B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Southern District of Indiana** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Eastern Livestock Co., LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN
(If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**135 W. Market Street**<br>**New Albany, IN 47150** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Floyd** | |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>**Thomas P. Gibson and Patsy M. Gibson** | Case Number<br>**10-93867** | Date<br>**12/1/2010** |
|---|---|---|
| Relationship<br>**Officer, Organizer and Owner of Debtor** | District<br>**Southern District of Indiana** | Judge<br>**Hon. Basil H. Lorch, III** |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor  **Eastern Livestock Co., LLC**
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ David L. Rings
Signature of Petitioner or Representative (State title)

**David L. Rings**                    **December 6, 2010**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
David L. Rings
1288 Frontage Road
Russell Springs, KY 42642

X /s/ John W. Ames                    December 6, 2010
Signature of Attorney                 Date

John W. Ames
Name of Attorney Firm (If any)
Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Stree
Louisville, KY 40202
Address
Telephone No.  **(502) 589-4200**

X /s/ John M. Queen, General Manager
Signature of Petitioner or Representative (State title)

**Southeast Livestock Exchange, LLC**    **December 6, 2010**
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
John M. Queen, General Manager
Attn: John M. Queen, III, General Manager
PO Box 1306
Waynesville, NC 28786

X /s/ John W. Ames                    December 6, 2010
Signature of Attorney                 Date

John W. Ames
Name of Attorney Firm (If any)
Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Stree
Louisville, KY 40202
Address
Telephone No.  **(502) 589-4200**

X /s/ John F. Moseley Managing Partner
Signature of Petitioner or Representative (State title)

**Moseley Cattle Auction, LLC**       **December 6, 2010**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
John F. Moseley Managing Partner
Attn: John F. Moseley, III, Managing Partner
1044 Arlington Avenue
Blakely, GA 39823

X /s/ John W. Ames                    December 6, 2010
Signature of Attorney                 Date

John W. Ames
Name of Attorney Firm (If any)
Greenebaum Doll & McDonald PLLC
3500 Nationl City Tower
101 South Fifth Street
Louisville, KY 40202
Address
Telephone No.  **(502) 589-4200**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David L. Rings<br>1288 Frontage Road<br>Russell Springs, KY 42642 | Cattle Sold | 7,100.00 |
| Southeast Livestock Exchange, LLC<br>Attn: John M. Queen, III, General Manager<br>PO Box 1306<br>Waynesville, NC 28786 | Cattle Sold | 774,513.54 |
| Moseley Cattle Auction, LLC<br>Attn: John F. Moseley, III, Managing Partner<br>1044 Arlington Avenue<br>Blakely, GA 39823 | Cattle Sold | 670,949.88 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,452,563.42 |

_____0_____ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Eastern Livestock Co., LLC__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ David L. Rings_
Signature of Petitioner or Representative (State title)

__David L. Rings__          __December 6, 2010__
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ December 6, 2010
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

__Southeast Livestock Exchange, LLC__   __December 6, 2010__
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ December 6, 2010
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

__Moseley Cattle Auction, LLC__   __December 6, 2010__
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ December 6, 2010
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David L. Rings<br>1288 Frontage Road<br>Russell Springs, KY 42642 | Cattle Sold | 7,100.00 |
| Southeast Livestock Exchange, LLC<br>Attn: John M. Queen, III, General Manager<br>PO Box 1306<br>Waynesville, NC 28786 | Cattle Sold | 774,513.54 |
| Moseley Cattle Auction, LLC<br>Attn: John F. Moseley, III, Managing Partner<br>1044 Arlington Avenue<br>Blakely, GA 39823 | Cattle Sold | 670,949.88 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,452,563.42 |

__0__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Eastern Livestock Co., LLC__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____    X_____  December 6, 2010
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

__David L. Rings__    __December 6, 2010__
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity    Address
Telephone No.

X [signature] MEMBER MANAGER    X_____  December 6, 2010
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

__Southeast Livestock Exchange, LLC__    __December 6, 2010__
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity    Address
Telephone No.

X_____    X_____  December 6, 2010
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

__Moseley Cattle Auction, LLC__    __December 6, 2010__
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity    Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David L. Rings<br>1288 Frontage Road<br>Russell Springs, KY 42642 | Cattle Sold | 7,100.00 |
| Southeast Livestock Exchange, LLC<br>Attn: John M. Queen, III, General Manager<br>PO Box 1306<br>Waynesville, NC 28786 | Cattle Sold | 774,513.54 |
| Moseley Cattle Auction, LLC<br>Attn: John F. Moseley, III, Managing Partner<br>1044 Arlington Avenue<br>Blakely, GA 39823 | Cattle Sold | 670,949.88 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,452,563.42 |

____0____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Eastern Livestock Co., LLC__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____  
Signature of Petitioner or Representative (State title)

X_____ December 6, 2010  
Signature of Attorney                  Date

__David L. Rings__                   December 6, 2010  
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Name of Attorney Firm (If any)

Address  
Telephone No. _____

X_____  
Signature of Petitioner or Representative (State title)

X_____ December 6, 2010  
Signature of Attorney                  Date

__Southeast Livestock Exchange, LLC__   December 6, 2010  
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Name of Attorney Firm (If any)

Address  
Telephone No. _____

X _John F. Moseley III_   12/6/10  
Signature of Petitioner or Representative (State title)

X_____ December 6, 2010  
Signature of Attorney                  Date

__Moseley Cattle Auction, LLC__       December 6, 2010  
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Name of Attorney Firm (If any)

Address  
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David L. Rings<br>1288 Frontage Road<br>Russell Springs, KY 42642 | Cattle Sold | 7,100.00 |
| Southeast Livestock Exchange, LLC<br>Attn: John M. Queen, III, General Manager<br>PO Box 1306<br>Waynesville, NC 28786 | Cattle Sold | 774,513.54 |
| Moseley Cattle Auction, LLC<br>Attn: John F. Moseley, III, Managing Partner<br>1044 Arlington Avenue<br>Blakely, GA 39823 | Cattle Sold | 670,949.88 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,452,563.42 |

__0__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy