UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

B250E (rev 11/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA      EIN: NA
Debtor(s)

Case Number:

**10–93904–BHL–11**

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under title 11 of the U.S. Code was filed against you in this Court on December 6, 2010, requesting an **Order for Relief under a chapter 11**.

YOU ARE SUMMONED and required to file with the Clerk of Court a motion or answer to the involuntary petition within twenty–one (21) days after the service of this summons. A copy of the involuntary petition is attached. You must also serve a copy of the motion or answer on the petitioner. If you file a motion, your time to answer is governed by Fed.R.Bankr.P. 1011(c).

| **Address of Bankruptcy Clerk's Office:** | **Name and address of petitioner's attorney:** |
|---|---|
| SOUTHERN DISTRICT OF INDIANA<br>121 W Spring St Rm 110<br>New Albany, IN 47150 | John W Ames<br>101 S 5th St Ste 3300<br>Louisville, KY 40202 |

**If you fail to respond to this summons, an Order for Relief will be entered.**

/s/ KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT

Dated:   December 6, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

B250E (rev 11/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA          EIN: NA

Debtor(s)

Case Number:

**10−93904−BHL−11**

A PDF fillable Certification of Service is available at http://www.insb.uscourts.gov/webforms/newlaw/b250e.pdf.

## CERTIFICATE OF SERVICE REGARDING SUMMONS TO DEBTOR IN INVOLUNTARY CASE

I, _____ (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to this case. I further certify that the service of this summons and a copy of the involuntary petition were made on _____ (date), by one of the following methods:

☐ **Mail Service**: By regular, first class U.S. mail, and postage fully prepaid. (**List names/addresses below.**)

☐ **Personal Service**: By leaving the summons with the debtor or with an officer or agent of the debtor. (**List names/addresses below.**)

☐ **Residence Service**: By leaving the summons with an adult. (**List names/addresses below.**)

☐ **Certified Mail Service on an Insured Depository Institution**: By sending the summons by certified mail addressed to the debtor. (**List names/addresses below.**)

☐ **Publication**: By serving the debtor as outlined in the space below.

☐ **State Law**: By serving the debtor pursuant to the laws of the State of _____ (U.S. state) as outlined in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEBTOR WAS SERVED:**

**Under penalty of perjury, I declare that the foregoing is true and correct.**

_____     _____     _____
Signature                  Date                       Business Address

_____                                _____
Printed Name                                          Business City, State, and Zip