# Notice Recipients

District/Off: 0756–4          User: mturner          Date Created: 12/6/2010
Case: 10–93904–BHL–11          Form ID: b250e          Total: 6

**Recipients of Notice of Electronic Filing:**
ust          U.S. Trustee          ustpregion10.in.ecf@usdoj.gov
aty          John W Ames          jwa@gdm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb          Eastern Livestock Co., LLC          135 W. Market Street          New Albany, IN 47150
ptcrd          David L. Rings          1288 Frontage Road          Russell Springs, KY 42642
ptcrd          Southeast Livestock Exchange LLC          PO Box 1306          Waynesville, NC 28786
ptcrd          Moseley Cattle Auction, LLC          1044 Arlington Avenue          Blakely, GA 39823

TOTAL: 4