UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Eastern Livestock Co., LLC , | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### APPEARANCE FOR UNITED STATES TRUSTEE

Comes now Charles R. Wharton, Trial Attorney and enters his appearance on behalf of Nancy J. Gargula, the United States Trustee.

Charles R. Wharton
OFFICE OF UNITED STATES TRUSTEE
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Charles.R.Wharton@usdoj.gov

By:/s/ Charles R. Wharton
Charles R. Wharton
Trial Attorney
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204
Phone: (317) 226-6101
Fax:    (317) 226-6356
E-mail: Charles.R.Wharton@usdoj.gov