UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC. ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| DEBTOR. ) | CHAPTER 11 |
| ) | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned appears for David L. Rings, Southeast Livestock Exchange, LLC and Moseley Cattle Auction, LLC (collectively, the "Petitioning Creditors"), and hereby requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

C.R. Bowles, Jr.
GREENEBAUM, DOLL & MCDONALD PLLC
3500 National City Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Phone: 502.589.4200
E-Mail: crb@gdm.com
Facsimile: 502.587.3695

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Agent is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 6, 2010

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Phone: (502) 589-4200

COUNSEL TO THE PETITIONING CREDITORS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance and Request For Service of Papers and Reservation of Rights was served electronically via the Court's CM/ECF system to all counsel of record this 6TH day of December, 2010.

*/s/ John W. Ames*
John W. Ames