UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| Debtor. ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Jesse Cook-Dubin of Vorys, Sater, Seymour and Pease LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Fifth Third Bank in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Ohio Supreme Court | July 2007 |
| U.S. District Court, Northern District of Ohio | February 2008 |
| U.S. District Court, Southern District of Ohio | December 2008 |
| | |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

1

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

        VORYS, SATER, SEYMOUR AND PEASE LLP

/s/Jesse Cook-Dubin
Jesse Cook-Dubin
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6498
Facsimile: (614) 719-4752
E-mail: jcookdubin@vorys.com

Counsel for Fifth Third Bank

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, a copy of the foregoing Motion to Appear Pro Hac Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Eastern Livestock Co., LLC
135 West Market Street
New Albany, IN 47150

David L. Rings
1288 Frontage Road
Russell Springs KY 42642

John W. Ames
Ivana B. Shallcross
C.R. Bowles, Jr.
Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202

South Eastern Livestock Exchange, LLC
John M. Queen General Manager
P.O. Box 1306
Waynesville, NC 28786

John Moseley Cattle Auction, LLC
John F. Moseley
1044 Arlington Avenue
Blakely GA 39823

Charles R. Wharton
OFFICE OF UNITED STATES TRUSTEE
101 W. Ohio Street, Suite 1000
Indianapolis, IN

                                          /s/Jesse Cook-Dubin
                                          Jesse Cook-Dubin