UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                )
                                      )    Case No.: 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC            )
                                      )
         Debtor.                      )

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Jesse Cook-Dubin, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Ohio Supreme Court | July 2007 |
| U.S. District Court, Northern District of Ohio | February 2008 |
| U.S. District Court, Southern District of Ohio | December 2008 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

/s/ Jesse Cook-Dubin

## ACKNOWLEDGMENT

STATE OF OHIO            )
                         )    SS
COUNTY OF FRANKLIN       )

Before me, a notary public in and for said county and state, personally appeared Jesse Cook-Dubin, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 6th day of December, 2010.

Cindy D. Fricke
Notary Public