UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| Debtor. ) | |

### ORDER GRANTING MOTION FOR ADMISSION APPEAR *PRO HAC VICE* OF JESSE COOK-DUBIN [RE: DKT. NO. __]

Jesse Cook-Dubin, a member in good standing of the bar in the State of Ohio and the U.S. District Court for the Southern District of Ohio, having requested admission, ***pro hac vice***, to represent Fifth Third Bank in the above referenced case,

**IT IS ORDERED** that Jesse Cook-Dubin, Esq., is admitted ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided that the filing fee has been paid.

# # #