UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                    )
                                          )   Case No.: 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC                )
                                          )
        Debtor.                           )

## AFFIDAVIT IN SUPPORT OF
## MOTION TO APPEAR *PRO HAC VICE*

Randall D. LaTour, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| United States Court of Appeals for the Fourth Circuit | September, 1990 |
| United States Court of Appeals for the Sixth Circuit | February, 1994 |
| Ohio Supreme Court | November, 1987 |
| U.S. District Court, Northern District of Ohio | February, 1997 |
| U.S. District Court, Southern District of Ohio | January, 1988 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/Randall D. LaTour
Randall D. LaTour, Esq. (OH- 0038511)
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Email: rdlatour@vorys.com

1

| | |
|---|---|
| STATE OF OHIO | ) |
| | )   .ss |
| COUNTY OF FRANKLIN | ) |

    Before me, a notary public in and for said county and state, personally appeared Randall D. LaTour, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

    Signed and sealed this December 6, 2010.

                                            /s/Cindy D. Fricke
                                            Notary Public