UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) |
| | ) |
| Debtor. | ) |

### ORDER GRANTING MOTION FOR ADMISSION APPEAR *PRO HAC VICE* OF RANDALL D. LATOUR [RE: DKT. NO. ___]

Randall D. LaTour, a member in good standing of the bar in the State of Ohio and the U.S. District Court for the Southern District of Ohio, having requested admission, *pro hac vice*, to represent Fifth Third Bank in the above referenced case,

**IT IS ORDERED** that Randall D. LaTour, Esq., is admitted *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided that the filing fee has been paid.

# # #