UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) |
| | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that attorneys for Fifth Third Bank ("Fifth Third"), a creditor and party in interest, through counsel, Randall D. LaTour of Vorys, Sater, Seymour and Pease LLP, appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Randall D. LaTour, Esq.
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street
> Columbus, Ohio 43215
> Telephone: 614-464-8290
> Facsimile: 614-719-4821
> E-mail: rdlatour@vorys.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Mr. LaTour consents to service by e-mail in this bankruptcy case. The undersigned further requests to be added to the Clerk's mailing matrix in this case.

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/Randall D. LaTour
Randall D. LaTour, Esq. (OH- 0038511)
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Email: rdlatour@vorys.com

Attorneys for Fifth Third Bank

## CERTIFICATE OF SERVICE

I further certify that on December 6, 2010, a copy of the foregoing Notice of Appearance was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Eastern Livestock Co., LLC
135 West Market Street
New Albany, IN 47150

David L. Rings
1288 Frontage Road
Russell Springs KY 42642

John W. Ames
Ivana B. Shallcross
C.R. Bowles, Jr.
Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202

South Eastern Livestock Exchange, LLC
John M. Queen General Manager
P.O. Box 1306
Waynesville, NC 28786

John Moseley Cattle Auction, LLC
John F. Moseley
1044 Arlington Avenue
Blakely GA 39823

Charles R. Wharton
OFFICE OF UNITED STATES TRUSTEE
101 W. Ohio Street, Suite 1000
Indianapolis, IN

                                            /s/Randall D. LaTour
                                            Randall D. LaTour