IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court will hear and act upon the following matters:

1. Involuntary Petition filed by Petitioning Creditors, David L. Rings, Southeast Livestock Exchange, LLC and Moseley Cattle Auction, LLC (Doc. No. 1)

2. Emergency Motion Under 11 U.S.C. §§ 105, 303, 363, and 543 for an Order Permitting the Current Receiver to Act as a Custodian to Continue to Administer the Debtors' Property and Prohibiting Debtor's Management and Owners from Exercising any Rights Related to the Property (Doc. No. 11)

3. Any other pleadings that may be filed by the Receiver and the Proposed Interim Trustee.

When:  Tuesday, December 7, 2010, 3:00 P.M. EST.
Where:  U.S. Bankruptcy Court, Southern District of Indiana, 110 U.S. Courthouse, 121 West Spring Street, New Albany, Indiana, 47150.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the hearing telephonically may do so by dialing **888-354-0094** and entering the conference identification number **982515#** when prompted to do so.

Respectfully submitted,

/s/ John W. Ames
John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower, 101 S. 5th Street
Louisville, Kentucky  40202
Telephone (502) 589-4200
Facsimile (502) 587-3695

E-mail jwa@gdm.com
crb@gdm.com
ibs@gdm.com

**CERTICATE OF SERVICE**

    I hereby certify that on December 6th, 2010, a copy of the foregoing Notice of Hearing was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System. Parties may access this Filing through the Court's system.

/s/ *John W. Ames*
John W. Ames