**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| | Chapter 11 |
| Alleged Debtor. | |

### ORDER GRANTING EMERGENCY MOTION BY STATE COURT RECEIVER FOR ORDER APPROVING PROTOCOL FOR DISPOSITION OF PROCEEDS OF CATTLE SALES

This matter came before the Court on the Motion of the State Court-Appointed Receiver, Elizabeth Lynch ("the Receiver") for an Order approving protocol for disposition of proceeds of cattle sales. The Court finds the Motion to be well-taken, and, accordingly, it is hereby GRANTED.

The Court finds that the creditors of Eastern Livestock Co., LLC ("Eastern Livestock" or "Alleged Debtor"), and the cattle industry as a whole, would benefit from an Order governing the disposition of certain sale proceeds when the Receiver liquidates Eastern Livestock cattle inventory.

Accordingly, the Court hereby ORDERS that:

1. The Receiver is authorized to liquidate Eastern Livestock's inventory by selling cattle from Eastern Livestock's inventory. The Receiver shall deduct from the gross sale proceeds relating to a particular sale at a livestock market the following costs of sale (collectively, the "Sale Costs Deduction Amount"): any applicable commission; cattle feed/yardage at the market; federal and state beef check off fee; livestock insurance; veterinarian inspection fees; expenses necessary to maintain the health and reasonable market value of the cattle; any freight or transportation costs for hauling livestock to the market, if applicable; and any reasonable feed/veterinary charges for the care of the livestock (typically referred to as agister fees) (collectively, the "Sales Costs"). All rights and claims of persons or entities for Sales Costs relating to a particular sale shall attach to the Sales Cost

Deduction Amount for such Sale and the Alleged Debtor's estate shall have no continuing right or claim in and to the Sales Costs Deduction Amount for such sale.

2. The proceeds of any particular sale in excess of the Sales Cost Deduction Amount for such sale shall be consistent with Section 2(h) of this Court's November 9 Order Appointing the Receiver (the "Receivership Order"), deposited into the Receiver's bank account, with all liens, encumbrances, claims, or interests relating to such sales to be determined pursuant to further order of this Court.

3. The foregoing sale process shall not be considered to be or construed as the Receiver engaging in the ongoing business operations of Eastern Cattle. Rather, the foregoing describes the process by which the Receiver shall liquidate Eastern Livestock's inventory so as to maximize the potential recovery to Eastern Livestock's creditors.

IT IS SO ORDERED.

_____
The Honorable Basil H. Lorch, III