IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC,

        Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

## JOINDER OF STATE COURT RECEIVER TO EMERGENCY MOTION UNDER 11 USC SECTIONS 105, 303, 363, AND 543 FOR AN ORDER PERMITTING THE CURRENT RECEIVER TO ACT AS A CUSTODIAN TO CONTINUE TO ADMINISTER THE DEBTOR'S PROPERTY AND PROHIBITING DEBTOR'S MANAGEMENT AND OWNERS FROM EXERCISING ANY RIGHTS RELATED TO THE PROPERTY

The State Court-Appointed Receiver for the above-captioned Alleged Debtor, Elizabeth Lynch (the "Receiver"), hereby respectfully joins in the Emergency Motion Under 11 USC Sections 105, 303, 363, and 543 for an Order Permitting the Current Receiver to Act as a Custodian to Continue to Administer the Debtor's Property and Prohibiting Debtor's Management and Owners from Exercising any Rights Related to the Property filed December 6, 2010[Doc. No. 11](the "Motion"). The Receiver respectfully requests that the Court grant the relief requested in the Motion for the reasons set forth in the Motion.

Dated: December 6, 2010

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Jeremy S. Rogers
Jeremy S. Rogers (IN # 24670 10)
1400 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
Phone: (502) 540-2384

Kim Martin Lewis (OH #0043533)
Tim J. Robinson (OH #0046668)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202

Telephone: (513) 977-8200
Facsimile: (513) 977-8141
kim.lewis@dinslaw.com
tim.robinson@dinslaw.com

Counsel for Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on December 6th, 2010, a copy of the foregoing Joinder of State Court Receiver to Emergency Motion Under 11 USC Sections 105, 303, 363, and 543 for an Order Permitting the Current Receiver to Act as a Custodian to Continue to Administer the Debtor's Property and Prohibiting Debtor's Management and Owners from Exercising any Rights Related to the Property was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ *Jeremy S. Rogers*
Counsel for Receiver