## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC,

Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

## EMERGENCY MOTION BY STATE COURT RECEIVER FOR AN EXPEDITED HEARING ON EMERGENCY MOTIONS

The State Court-Appointed Receiver for the above-captioned Alleged Debtor, Elizabeth Lynch (the "Receiver"), hereby respectfully moves, on an emergency basis, this Court for an Expedited Hearing (the "Expedited Hearing Motion") on the Emergency Motion of the State Court-Appointed Receiver for an Order Approving Protocol for Disposition of Proceeds of Cattle Sales [Doc. No. 14]. In support of this Expedited Hearing Motion, the Receiver respectfully states as follows:

### JURISDICTION AND VENUE

1.      As of the filing of this Motion, no order for relief has been entered in the Alleged Debtor's case. The Receiver is in possession of the Debtor's property.

2.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 157(a)(b)(1) and 1334(b) and the standing order of reference of the United States District Court for the Southern District of Indiana, dated July 11, 1984. This is a core proceeding under 28 §§ 157(a)(b)(2) and venue is proper under 28 §§ 1408 and 1409(a).

### RELIEF REQUESTED

3.      By the Expedited Hearing Motion, the Receiver respectfully requests this Court to schedule an expedited hearing on Tuesday, December 7, 2010, at 3:00 PM Eastern Time at the United States Bankruptcy Court for the Southern District of Indiana, 121 West Spring Street, New

Albany, Indiana 47150, on the Emergency Motion of the State Court-Appointed Receiver for an Order Approving Protocol for Disposition of Proceeds of Cattle Sales (the "Emergency Motion").

4.      Copies of the Expedited Hearing Motion and the Emergency Motion were served electronically in this case on the date hereof.

5.      Pursuant to Bankruptcy Rule 9006(c), cause exists for the Court to reduce and restrict notice in the manner requested herein due to (i) the immediate need to obtain the relief set forth in the Emergency Motion and (ii) the absence of injury to any party that does not receive notice.

6.      Further, cause also exists pursuant to 11 § 102(1) and Bankruptcy Rules 2002(b) and 9007 for the Court to limit the scope of notice to parties who receive electronic notices in this case.

7.      As certain cattle is currently in transit and because possession of said cattle by anyone other than the Alleged Debtor or Receiver would be detrimental to the Alleged Debtor's estate and creditors, the imminent threat of irreparable harm is sufficient to authorize the reduction of the period to notice of the hearing on the Emergency Motion in the manner set forth herein.

WHEREFORE, for the reasons set forth above, the Receiver respectfully requests that the Court grant the relief sought herein by (a) allowing the Emergency Motion to be heard on Tuesday, December 7, 2010, at 3:00 PM Eastern Time at the United States Bankruptcy Court for the Southern District of Indiana, 121 West Spring Street, New Albany, Indiana 47150; (b) determining that the notice period is appropriate in these circumstances; and (c) granting such other relief as the Court deems just and proper.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Emergency Motion shall be heard on Tuesday, December 7, 2010, at 3:00 PM Eastern Time at the United States Bankruptcy Court for the Southern District of Indiana, 121 West Spring Street, New Albany, Indiana 47150.  Parties

who wish to participate telephonically may do so by dialing 888-354-0094 and entering the

Conference Identification Code 982151# when prompted to do so.


Dated:  December 6, 2010

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Jeremy S. Rogers*
Jeremy S. Rogers (IN # 24670 10)
1400 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
Phone: (502) 540-2384

Kim Martin Lewis (OH #0043533)
Tim J. Robinson (OH #0046668)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
Telephone:  (513) 977-8200
Facsimile:  (513) 977-8141
kim.lewis@dinslaw.com
tim.robinson@dinslaw.com

Counsel for Receiver


## CERTIFICATE OF SERVICE

I hereby certify that on December 6th, 2010, a copy of the foregoing Expedited Hearing Motion was filed electronically.  Notice of this filing will be sent through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

*/s/ Jeremy S. Rogers*
**Counsel for Receiver**