UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

1. The undersigned attorney now appears as counsel in this case for creditor The First Bank and Trust Company.

2. The undersigned attorney certifies that he is admitted to practice in this court.

3. Attorney information (as applicable for service of process):

   Name:            John R. Carr III
   Attorney No.:    3131-49
   Address:         Ayres Carr & Sullivan, P.C.
                    251 East Ohio Street, Suite 500
                    Indianapolis, IN  46204-2184
   Phone:           317-636-3471
   Fax:             317-636-6575
   Computer Address: jrciii@acs-law.com

4. Service will be accepted by FAX at the above-noted number.

/s/ John R. Carr III
John R. Carr III  (#3131-49)
Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN  46204-2184
Phone:  317/636-3471
Facsimile:  317/636-6575
E-mail:  jrciii@acs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, a true and correct copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John W Ames
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles
crb@gdm.com, shm@gdm.com;lgw@gdm.com

Jesse Cook-Dubin
jcookdubin@vorys.com, cdfricke@vorys.com

Randall D. LaTour
rdlatour@vorys.com, cdfricke@vorys.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

Ivana B. Shallcross
ibs@gdm.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on December 7, 2010, a copy of the foregoing Notice of Appearance was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN  47150

/s/ John R. Carr III
John R. Carr III