**SO ORDERED: December 07, 2010.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

### ORDER

    A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on December 7, 2010, by Petitioning Creditor Moseley Cattle Auction, LLC, Petitioning Creditor Southeast Livestock Exchange LLC, and Petitioning Creditor David L. Rings.

    IT IS THEREFORE ORDERED that the Motion for Emergency/Expedited Hearing is GRANTED.

###