UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                                                    CASE NO. 10-93904-BHL-11

EASTERN LIVESTOCK CO., LLC

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Republic Bank and Trust Company, ("Republic"), a creditor and party in interest, and under, inter alia, Rules 2002 and 9007 of the Federal Rules Of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of Indiana and Section 1109(b) of Title 11 of the United States Code, request that all notices given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to and served upon:

> W. Robert Meyer
> STITES & HARBISON PLLC
> 400 West Market Street, Suite 1800
> Louisville, Kentucky  40202
> rmeyer@stites.com

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Republic, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds

thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of other(s) that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payments, or other conduct by Republic.

PLEASE TAKE FURTHER NOTICE that Republic intends that neither this Notice Of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Republic's right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) Republic's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Republic's right to have the District Court withdraw the reference of any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Republic is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Republic expressly reserves.

/s/W. Robert Meyer
W. Robert Meyer
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202
Telephone:    (502) 587-3400
Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee<br>charles.r.wharton@usdoj.gov | C.R. Bowles<br>crb@gdm.com |
| Ivana B. Shallcross<br>ibs@gdm.com | John W. Ames<br>jwa@gdm.com |

/s/W. Robert Meyer
W. Robert Meyer