**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

IN RE:

EASTERN LIVESTOCK CO., LLC,

                 Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

<u>**NOTICE OF TELEPHONIC HEARING**</u>

      **PLEASE TAKE NOTICE** that the Court will hold a telephonic hearing and act upon the

Emergency Motion of the State Court-Appointed Receiver for an Order Approving Protocol for

Disposition of Proceeds of Cattle Sales filed December 6, 2010 [Doc. No. 14].

      When: **Tuesday, December 7, 2010, 3:00 P.M. EST.**
      Where: **Telephonically**, all parties may participate by using the dial in
      instructions as follows:
      Call In Number **888-354-0094**, conference identification number **982515.**

Dated:  December 7, 2010

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Jeremy S. Rogers*
Jeremy S. Rogers (IN # 24670 10)
1400 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
Phone: (502) 540-2384
Facsimile: (502) 585-2207
jeremy.rogers@dinslaw.com

Kim Martin Lewis (OH #0043533)
Tim J. Robinson (OH #0046668)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
Telephone:  (513) 977-8200
Facsimile:  (513) 977-8141
kim.lewis@dinslaw.com
tim.robinson@dinslaw.com

Counsel for Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on December 7th, 2010, a copy of the foregoing Notice of Telephonic Hearing was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System and to all Parties listed below. Parties may access this filing through the Court's system.

Charles R. Wharton
Office of U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Charles.R.Wharton@usdoj.gov

Kim Martin Lewis
255 East Fifth Street
Cincinnati, Ohio  45202
Telephone:  (513) 977-8200
Facsimile:  (513) 977-8141
kim.lewis@dinslaw.com

Elizabeth M. Lynch
Development Specialists, Inc.
6375 Riverside Drive, Suite 200
Dublin, OH 43017-5045
Cell (216) 401-5642
Office (614) 734-2717
Fax (614) 734-2718
elynch@dsi.biz

C. R. Bowles, Jr
Ivana B. Shallcross
John W. Ames
Greenbaum Doll & McDonald
101 S. 5th St.
Louisville, KY 40202
502-589-4200
Email: crb@gdm.com
Email: ibs@gdm.com
Email: jwa@gdm.com

Randall D. LaTour, Esq.
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
rdlatour@vorys.com

Jessee Cook-Dubin
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6498
Facsimile: (614) 719-4752
jcookdubin@vorys.com
Counsel for Fifth Third Bank

Richard A. Schwartz
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205
(502) 485-9220
ecfmailschwartz@gmail.com
Counsel for Thomas & Patsy Gibson

Eastern Livestock Co., LLC
135 West Market Street
New Albany, IN 47150
(800) 634-2529
Fax (812) 949-9060
contact@easternlivestock.net

Southeast Livestock Exchange, LLC
Attn: John M. Queen, III
PO BOX 1306
Waynesville, NY 28786
(828) 454-0267
Fax (828) 454-0268
selex@bellsouth.net

Moseley Cattle Auction LLC
Attn: John F. Moseley, III
1044 Arlington Avenue
Blakely, GA 39823
(229) 308-6355
Fax (888) 461-7919
cmoseley@swgafarmcredit.com

David L. Rings
1288 Frontage Road
Russell Springs, KY 42642
(270) 585-1824
bonnierings@spsfence.com

Jeffrey T. Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
jeffrey.wegner@kutakrock.com

John O'Brien
Jessica E. Yates
1200 17th Street, Suite 1900
Denver, CO 80202
(303) 634-2000
Fax (303) 634-2020
jobrien@swlaw.com
jyates@swlaw.com
Counsel for Fredin Brothers, Inc.

David L. Abt
ABT Law Office
210 North Main Street, PO Box 128
Westby, WI 54667
(608) 634-2157
Fax (608) 634 - 2159
davidabt@mwt.net
Counsel for Rush Creek Ranch, LLP

John H. Lovell
Courtney D. Miller
Lovell, Lovell, Newsom, & Isern, LLP
112 West 8th Avenue, Suite 1000
Amarillo, TX 79101-2314
(806) 373-1515
Fax (806) 379-7176
john@lovell-law.net
courtney@lovell-law.net
Counsel for Cactus Growers, Inc.

Mark A. Rondeau
Watkins Calcara, CHTD
1321 Main - Suite 300
PO Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231
Fax (602) 792-8231
mrondeau@wcrf.com
Counsel for Innovative Livestock Services, Inc.

_/s/ Jeremy S. Rogers_____
**Counsel for Receiver**