**SO ORDERED: December 07, 2010.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

SGENERIC (rev 11/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC                        Case Number:
     SSN: NA       EIN: NA
   Debtor(s)                                   **10–93904–BHL–11**

### ORDER

    A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on December 6, 2010, by Other Professional Elizabeth M. Lynch.

    IT IS THEREFORE ORDERED that the Motion for Emergency/Expedited Hearing is GRANTED.

###