# Notice Recipients

District/Off: 0756–4 | User: kgoss | Date Created: 12/7/2010
Case: 10–93904–BHL–11 | Form ID: sgeneric | Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Allen Morris | amorris@stites.com |
| aty | Bret S. Clement | bclement@acs–law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook–Dubin | jcookdubin@vorys.com |
| aty | John R. Carr, III | jrciii@acs–law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 |

TOTAL: 1