**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-93904-BHL-11 |
| | |
| EASTERN LIVESTOCK CO., LLC | |
| | |
| | Chapter 11 |
| | |
| Debtor | |

DECLARATION OF JOHN F. MOSELEY, III ON BEHALF OF MOSELEY CATTLE AUCTION LLC IN SUPPORT OF THE EMERGENCY MOTION OF PETITIONING CREDITORS UNDER 11 USC §§ 303(f) AND (g), 105 AND 1104(a) FOR AN ORDER APPOINTING AN INTERIM TRUSTEE, AND AUTHORIZING AND DIRECTING INTERIM TRUSTEE TO OPERATE DEBTOR'S BUSINESS

I, John F. Moseley, III, being duly sworn, state:

1.    My name is John F. Moseley, III and I am a manager of Moseley Cattle Auction LLC (the "Company").

2.    I make this declaration in support of the Emergency Motion of Petitioning Creditors Under 11 U.S.C. §§ 303(f) and (g), 105, and 1104(a), For An Order Appointing Interim Trustee; and Authorizing and Directing Interim Trustee To Operate Debtors' Business. If called upon as a witness, I could and would testify as herein set forth.

3.    Eastern Livestock Co. LLC ("Eastern Livestock") is one of the largest cattle brokerage companies in the United States and engages in the business of purchasing cattle at auction, then selling them to feed lots where they gain weight and are prepared for slaughter.

4.    The Company holds weekly internet cattle sale every Tuesday. Eastern Livestock purchased cattle at the weekly cattle sale through the bidding process over the phone. The

1

Company did not require Eastern Livestock to pay any deposit for the cattle it purchased. John F. Moseley, III worked closely with the owners of Eastern Livestock and Southland Truckers on the details of picking up the cattle (pursuant to the attached Exhibit A, Southland Truckers trucked all but one of the loads at issue). The cattle would remain at the farmers' location until John F. Moseley, III picked up the cattle. At that time, John F. Moseley, III would pay the farmer and an invoice would be faxed to Eastern Livestock for the load of cattle. Eastern Livestock would then issue the Company a check for the cattle.

5.     Recently, Eastern Livestock has been issuing unfunded checks, prompting an investigation by the Grain Inspection, Packers and Stockyards Administration, which is part of the United States Department of Agriculture.

6.     Pursuant to the attached Exhibit A, the Company has not received payments from Eastern Livestock on numerous invoices as well as received "insufficient funds" checks from Eastern Livestock. See Exhibit A. Currently, Eastern Livestock is indebted to the Company in an amount of $670,949.88 (the "Debt"). The amount of the Debt, which Eastern Livestock owes to the Company, is fully liquidated, non-contingent and undisputed.

7.     Further, on November 9, 2010, a receiver for Eastern Livestock was appointed pursuant to a Verified Complaint filed against Eastern Livestock on November 9, 2010 in Hamilton County, Ohio. The receiver took possession and control over all Eastern Livestock's property and assets.

8.     On December 1, 2010, Thomas P. Gibson and Patsy M. Gibson, owners of Eastern Livestock, filed a chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Indiana.

2

9.      Upon information and belief, Eastern Livestock is not paying its debts as they come due.

10.     Therefore, In my opinion, based on: (1) the numerous unpaid invoices and the insufficient funds checks issued to the Company; (2) the allegations referenced in the Hamilton County action; and (3) the resulting order appointing a receiver over Eastern Livestock's assets and property, Eastern Livestock's unlawful activities pose a threat to the Company's business interests and interests of others.

11.     Therefore, extraordinary relief in form of an involuntary bankruptcy petition and the appointment of a chapter 11 Trustee is necessary in order to preserve Eastern Livestock's assets for the Company's benefit and for the benefit of others.

I declare under penalty of perjury under the laws of the state of Georgia that the foregoing is true and correct to the best of my knowledge and belief.

_____
John F. Moseley, III on behalf of Moseley
Cattle Auction LLC

3

STATE OF GEORGIA                                    )

                                              )ss:

COUNTY OF *Early*                                  )

Subscribed and sworn to me by John F. Moseley, III on behalf of Moseley Cattle Auction LLC this 6th day of December, 2010.

                                                  *Marcile A. Clarke*

                                                      Notary Public

My Commission Expires: ——— MY COMMISSION EXPIRES APRIL 28, 2012

                                      (SEAL)

4

**EXHIBIT A**

| INVOICE # | LOT #/SALE DATE | LOAD DATE | HD | PAY WEIGHT | INVOICE AMT. | REMARKS | TRUCKING COMPANY | TRUCKING CHARGE |
|---|---|---|---|---|---|---|---|---|
| # 5763 | #2/9-21-2010 SALE | 10/9/2010 | 71 ST | 47,471 | $ 51,619.48 | NEVER RECIEVED PAYMENT FROM EASTERN. CATTLE AT FIVE RIVERS FEEDYARD. FIVE RIVERS PAID EASTERN FOR CATTLE | SOUTHLAND | $ 4,590.00 |
| # 5745 | AL SAFE 38-2A | 10/18/2010 | 210 HF | 149,313 | $ 158,212.05 | NEVER RECEIVED PAYMENT FROM EASTERN. CATTLE AT JBS FEEDYARD IN TX. THEY HAVE PAID EASTERN FOR CATTLE | SOUTHLAND | $ 11,385.00 |
| #5835 | #2/10-26-2010 SALE | 11/2/2010 | 75 HF | 48,262 | $ 49,849.02 | NEVER RECV PAYMENT. SITTING AT FRIONA AND LISTED ON SUIT PAPERS | SOUTHLAND | $ 3,825.00 |
| #5843 | #3/10-26-2010 | 11/3/2010 | 70 HF | 50,372 | $ 51,095.71 | NEVER RECV PAYMENT. SITTING AT FRIONA AND LISTED ON SUIT PAPERS | SOUTHLAND | $ 3,936.00 |
| #5841 | #4/10-26-2010 | 11/3/2010 | 67HF | 47,981 | $ 49,419.74 | NEVER RECV PAYMENT. SITTING AT FRIONA AND LISTED ON SUIT PAPERS | SOUTHLAND | $ 3,747.00 |
| #5846 | GA SAFE 42-2 | 11/5/2010 | 140 HF | 92,767 | $ 98,982.39 | NEVER RECV PAYMENT. SITTING AT FRIONA AND LISTED ON SUIT PAPERS | SOUTHLAND | $ 7,440.00 |
| #5802 | GA SAFE 41-1B | 10/25/2010 | 68ST | 48,040 | $ 53,703.92 | EASTERN CHECK# 123323 RETURNED BY BANK. CATTLE AT FIVE RIVERS FEEDYARD | EASTERN TRUCK | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| #5815 | #2/8-24-2010 | 10/26/2010 | 85 HF | 46,726 | $ | 51,230.20 | EASTERN CHECK #124654 RETURNED BY BANK. CATTLE AT LITTLEFIELD FEEDYARD IN TX. | SOUTHLAND | $ | 3,510.00 |
| #5819 | AL SAFE 71-1B | 10/27/2010 | 77 ST | 45,276 | $ | 54,376.48 | EASTERN CHECK # 124808 RETURNED BY BANK. CATTLE AT ATKINSON LIVESTOCK | SOUTHLAND | $ | 2,490.00 |
| #5820 | #5/7-27-2010 | 10/27/2010 | 70 ST | 48,334 | $ | 52,460.89 | EASTERN CHECK# 124808 RETURNED BY BANK. CATTLE AT ULYSSUS FEEDYARD IN KS. | SOUTHLAND | $ | 3,750.00 |
| TOTAL | | | | | $ | 670,949.88 | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |

**DECLARATION OF JOHN M. QUEEN, III ON BEHALF OF SOUTHEAST
LIVESTOCK EXHANGE, LLC IN SUPPORT OF THE EMERGENCY MOTION OF
PETITIONING CREDITORS UNDER 11 USC §§ 303(f) AND (g), 105 AND 1104(a) FOR
AN ORDER APPOINTING AN INTERIM TRUSTEE, AND AUTHORIZING AND
DIRECTING INTERIM TRUSTEE TO OPERATE DEBTOR'S BUSINESS**

I, John M. Queen, III, being duly sworn, state:

1.      My name is John M. Queen, III and I am a manager of Southeast Livestock
Exchange, LLC (the "Company").

2.      I make this declaration in support of the Emergency Motion of Petitioning
Creditors Under 11 U.S.C. §§ 303(f) and (g), 105, and 1104(a), For An Order Appointing
Interim Trustee; and Authorizing and Directing Interim Trustee To Operate Debtors' Business.
If called upon as a witness, I could and would testify as herein set forth.

3.      Eastern Livestock Co., LLC ("Eastern Livestock") is one of the largest cattle
brokerage companies in the United States and engages in the business of purchasing cattle at
auction, then selling them to feed lots where they gain weight and are prepared for slaughter.

4.      The Company is a livestock video auction company that sold cattle to Eastern
Livestock at auctions held by the Company.  The cattle would be picked up at a later date, at

1

which point an invoice would be sent to Eastern Livestock for the load of cattle. Eastern Livestock would then issue the Company a check for the cattle.

5.      Recently, Eastern Livestock has been issuing unfunded checks, prompting an investigation by the Grain Inspection, Packers and Stockyards Administration, which is part of the United States Department of Agriculture.

6.      Pursuant to the attached Exhibit A, the Company has not received payments from Eastern Livestock on numerous invoices as well as received "insufficient funds" checks from Eastern Livestock. *See* Exhibit A. Currently, Eastern Livestock is indebted to the Company in an amount of $774,513.54 (the "Debt"). The amount of the Debt, which Eastern Livestock owes to the Company, is fully liquidated, non-contingent and undisputed.

7.      Further, on November 9, 2010, a receiver for Eastern Livestock was appointed pursuant to a Verified Complaint filed against Eastern Livestock on November 9, 2010 in Hamilton County, Ohio. The receiver took possession and control over all Eastern Livestock's property and assets.

8.      On December 1, 2010, Thomas P. Gibson and Patsy M. Gibson, owners of Eastern Livestock, filed a chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Indiana.

9.      Upon information and belief, Eastern Livestock is not paying its debts as they come due.

10.     In my opinion, based on: (1) numerous unpaid invoices and the insufficient funds checks issued to the Company; (2) the allegations referenced in the Hamilton County action; and (3) the resulting order appointing a receiver over Eastern Livestock's assets and property,

2

Eastern Livestock's unlawful activities pose a threat to the Company's business interest and interests of others.

11.     Therefore, extraordinary relief in form of an involuntary bankruptcy petition and the appointment of a chapter 11 Trustee is necessary in order to preserve Eastern Livestock's assets for the Company's benefit and for the benefit of others.

I declare under penalty of perjury under the laws of the state of North Carolina that the foregoing is true and correct to the best of my knowledge and belief.


_____
John M. Queen, III on behalf of Southeast Livestock Exchange, LLC

3

STATE OF NORTH CAROLINA                                    )

                                                           )ss:

COUNTY OF HAYWOOD                                          )


Subscribed and sworn to me by John M. Queen, III on behalf of Southeast Livestock Exchange, LLC this 6th day of December, 2010.


                    _Frank G. Queen_

FRANK G. QUEEN, Notary Public

My Commission Expires: 6/21/20/3


                    Notary Public, North Carolina
                    County of Haywood
                    FRANK G. QUEEN
                    My Commission Expires June 21, 2013


                    (SEAL)


4

**EXHIBIT A**



### SOUTHEAST LIVESTOCK EXCHANGE, LLC

P.O. BOX 1306
WAYNESVILLE, NC  28786

828-454-0267                    828-454-0268  FAX

**Returned checks**

| lot | number head | kind | amount | shipping date | destination name | location |
|-----|-------------|------|--------|---------------|------------------|----------|
| 461 | 62 | steers | $49,155.26 | 10/26/10 | JBS-Five Rivers | Yuma, CO |
| 191 | 77 | steers | $52,471.00 | 10/25/10 | JBS-Five Rivers | Yuma, CO |
| 284 | 71 | heifers | $51,551.02 | 10/25/10 | JBS-Five Rivers | Yuma, CO |
| 240 | 81 | steers | $54,463.66 | 10/22/10 | Larry Zeien | Atkinson, IL |
| 243 | 73 | steers | $55,378.73 | 10/22/10 | Larry Zeien | Atkinson, IL |
| 259 | 65 | steers | $53,318.10 | 10/22/10 | Larry Zeien | Atkinson, IL |
| 370 | 124 | heifers | $97,767.00 | 10/27/10 | Kuner Feedlot | Lamar, CO |
| 371 | 115 | heifers | $96,649.68 | 10/25/10 | Kuner Feedlot | Lamar, CO |
| | | total | $510,754.45 | | | |

**Unpaid Invoices**

| lot | number head | kind | amount | shipping date | destination name | location |
|-----|-------------|------|--------|---------------|------------------|----------|
| 317 | 67 | steers | $52,801.85 | 11/1/10 | JBS-Five Rivers | XIT Feeders  Dalhart, TX |
| 318 | 57 | steers | $50,773.37 | 11/1/10 | JBS-Five Rivers | XIT Feeders  Dalhart, TX |
| 310 | 84 | heifers | $50,616.30 | 11/3/10 | Friona Industries | Amarillo, TX |
| 251 | 136 | steers | $109,567.57 | 11/1/10 | Larry Zeien | Atkinson, IL |
| | | total | $263,759.09 | | | |
| | grand total | | $774,513.54 | | | |

John M. Queen, III
cell: 828-421-3446
selex@bellsouth.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE: )

) CASE NO. 10-93904 ·BHL· 11
)
EASTERN LIVESTOCK CO., LLC )
)
) Chapter 11
)
Debtor )
)

## DECLARATION OF DAVID L. RINGS IN SUPPORT OF THE EMERGENCY MOTION OF PETITIONING CREDITORS UNDER 11 USC §§ 303(f) AND (g), 105 AND 1104(a) FOR AN ORDER APPOINTING AN INTERIM TRUSTEE, AND AUTHORIZING AND DIRECTING INTERIM TRUSTEE TO OPERATE DEBTOR'S BUSINESS

I, David L. Rings, being duly sworn, state:

1.    My name is David L. Rings and I own and operate a farming operation in Russell Springs, Kentucky.

2.    I make this declaration in support of the Emergency Motion of Petitioning Creditors Under 11 U.S.C. §§ 303(f) and (g), 105, and 1104(a), For An Order Appointing Interim Trustee; and Authorizing and Directing Interim Trustee To Operate Debtors' Business. If called upon as a witness, I could and would testify as herein set forth.

3.    Eastern Livestock Co. LLC ("Eastern Livestock") is one of the largest cattle brokerage companies in the United States and engages in the business of purchasing cattle at auction, then selling them to feed lots where they gain weight and are prepared for slaughter.

4.    Recently, Eastern Livestock has been issuing unfunded checks, prompting an investigation by the Grain Inspection, Packers and Stockyards Administration, which is part of the United States Department of Agriculture.

1

5.      On October 19, 2010, I sold seven cows to Eastern Livestock and Eastern Livestock issued a check to me in an amount of $7,100(the "Debt"). The amount of the Debt, which Eastern Livestock owed, is fully liquidated, non-contingent and undisputed.

6.      On November 5, 2010, I attempted to deposit the check issued by Eastern Livestock and the check was returned as drawn on insufficient funds, resulting in a $7,100 personal loss. I am currently still owed the Debt by Eastern Livestock. *See* attached Exhibit A.

7.      Further, on November 9, 2010, a receiver for Eastern Livestock was appointed pursuant to a Verified Complaint filed against Eastern Livestock on November 9, 2010 in Hamilton County, Ohio. The receiver took possession and control over all Eastern Livestock's property and assets.

8.      On December 1, Thomas P. Gibson and Patsy M. Gibson, owners of Eastern Livestock, filed a chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Indiana.

9.      Upon information and belief, Eastern Livestock is not paying its debts as they come due.

10.     Therefore, In my opinion, based on: (1) the insufficient funds check issued to me/company; (2) the allegations referenced in the Hamilton County action; and (3) the resulting order appointing a receiver over Eastern Livestock's assets and property, Eastern Livestock's unlawful activities pose a threat to my/company's business interest and interests of others.

11.     Therefore, extraordinary relief in form of an involuntary bankruptcy petition and the appointment of a chapter 11 Trustee is necessary in order to preserve Eastern Livestock's assets for my benefit and for the benefit of others.

2

I declare under penalty of perjury under the laws of the Commonwealth of Kentucky that the foregoing is true and correct to the best of my knowledge and belief.

David L. Rings
David L. Rings

3

COMMONWEALTH OF KENTUCKY                              )

                                                     )ss:

COUNTY OF Russell                                    )


Subscribed and sworn to me by David L. Rings this 6th day of December, 2010.

Notary Public

My Commission Expires: 7-12-12

(SEAL)

4

**EXHIBIT A**

OMB CONTROL NO. 0580-0015

| U.S. Department of Agriculture Grain Inspection, Packers and Stockyards Administration Packers and Stockyards Program | Proof of Claim Under: 1. Surety Bond, (Clause 2, 3, or 4) 2. Trust Fund Agreement, (Clause 2, 3, or 4) 3. Trust Agreement, (Clause 2, 3, or 4) Issued Under Provisions of The Packers and Stockyards Act, 1921, as Amended and Supplemented |
|---|---|

State of (1) _Kentucky_

County (2) _Russell_

As the undersigned, I, (3) _DAVID L. Kings_
_1288 Frontage Road_    (full name of claimant)
Of (4) _Russell Springs, KY 42642_  (5) _270-866-5535/270-585-1824_
(complete mailing address)                    (phone: home, cell)
_bonairfarms@yahoo.com_
(other contact information: fax number, email address)

being duly sworn, depose and state:

I make this claim to (6) _Capital Indemnity Corp_
(name of trustee or surety)

Select One: .

☒ under the bond issued by the (7a)
_Capital    Indemnity Corp_
(name of surety company)

☐ under the Trust Fund Agreement with security held by (7b)

_____
(depository, if one named)

☐ under the Trust Agreement with letter of credit held by (7c)

_____
(name of trustee)

on behalf of (8) _Eastern Livestock Co. LLC_
(full name and address of principle named in bond or trust agreement)
_135 W. Market, New Albany, IN 47150_

in the amount of (9) _7153.45_, due and owing for livestock purchased by

(10) _Eastern LivestockCo. New Albany_
(full name and address of buyer) Clause 2, 3, or 4

for his own account or as a market agency buying livestock on a commission basis. This

DEC. 6. 2010 9:02AM    STEPHENS PIPE & STEEL 2708582512    NO. 5261    P. 3/8

OMB CONTROL NO. 0580-0015

claim is based on the following described livestock which was purchased by

(11)  _Eastern Livestock, LLC_
(name of buyer) Clause 2, 3, or 4

(12)

| Date of Sale | Number of Head | Description of Livestock | Amount |
|---|---|---|---|
| 10/19/10 | 4 | Blk. Heifers | $ 3985.80 |
| 10/19/10 | 3 | Blk. Steers | 3217.25 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Attached and made a part of this claim are copies of the account of purchase and other

documents covering the livestock transaction, such as copies of checks issued and unpaid

for the livestock purchased by:

(13)  _Eastern Livestock_
(name of buyer) Clause 2, 3, or 4

and other documents indicating the sale of the livestock in question to such purchaser

for which payment has not been made. (*If full and complete documents of the transaction are not available or if these papers have become lost or destroyed, the claimant should insert a statement below of the facts.*)

(14)_____

_____

_____

_____

_____

_____

OMB CONTROL NO. 0580-0015

None of the claimed amounts has been paid, and there are no setoffs or counterclaims to the same.

I hereby authorize the Grain Inspection, Packers and Stockyards Administration, Packers and Stockyards Program to release this proof of claim form and all of the attached supporting documents to the trustee or other interested parties to facilitate the processing of my claim.

(15) _____
_____(signature and title of claimant)

(16) Subscribed and sworn to before me this _15_ day of _Nov_, 20_00_

(17) _____

(18) Notary Public for the State of _KY_

(19) Residing at _____

My commission expires

(20) _7-12-12_____ (seal)

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0580-0015. The time required to complete is estimated to average 30 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

DEC. 6. 2010  9:03AM   STEPHENS PIPE & STEEL 2708582512                    NO. 5261  P. 5/6

Print Selected Images                                                                  Page 2 of 5



| Account | Serial Number | Date | Amount |
|---|---|---|---|
| 7480493837 | 15768 | 11/10/2010 | $7,153.45 |

Front Image

**TRIPS Return - Refer to Maker**

DEC. 6. 2010  9:03AM   STEPHENS PIPE & STEEL 2708582512          NO.5261   P. 6/6

```
=========  =L-I-V-E-S-T-O-C-K=  ===B U Y E R===  ===============================
--COD---  --TAG HD DESC------   NUMB NAME---     --WEIGHT----              --TOTAL--
   59       1  4              F  2  1OX             1186    4,745   84.00  L  3,985.80
   59       2  3              F  2  10              1262    3,785   85.00  L  3,217.25
                                                          =======                =========
 CLF        7  7      8,530                         8,530                          7,203.05
                                                          =======
```

```
=========== =========== =========== =========== =========== =============
COMMISSION|CHECK/OFF| YARDAGE|-INSUR-| VET      |YDG#2    |VOL/DED  |---NET/CHECK---|
     7.00 |          21.00|        |          |  21.60 |         |    7,153.45 |
=========== =========== =========== =========== =========== =============
                          10/19/10 GRAND TOTAL GROSS---     7    7,203.05
```

P&S/CODES: O=OFFICER  B=BONDED-BUYER  E=EMPLOYEE  M=MARKET-SUPPORT

DAVE RINGS

9905

EASTERN LIVESTOCK CO., LLC
135 WEST MARKET

NO. F   015768