**EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al. | ) | CASE NO.     BHL-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

**ORDER APPROVING THE IMMEDIATE APPOINTMENT**
**OF A TRUSTEE ON AN INTERIM BASIS**

This matter having come before the Court upon the Petitioning Creditors' (the "Movants") Emergency Motion Under 11 USC §§ 303(f) and (g), 105 And 1104(a) For An Order Appointing an Interim Trustee And Authorizing And Directing Interim Trustee to Operate Debtor's Business, (the "Motion"), the Court having considered and held a hearing on the motion, and being otherwise sufficiently advised, it is hereby;

**ORDERED** that _____ is hereby appointed interim trustee for all of the real and personal property, general intangibles, and all other assets of the Debtor of whatever kind or nature, and it is further;

**ORDERED** that the interim trustee, shall continue to operate the business of the Debtor with the full powers of a Chapter 11 Trustee pending further order of this Court.

# # #

4181314_1.doc