# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 07, 2010 03:00 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NIKKO RATLIFF |

### Matters:

1) EmergencyTelephonic Hearing Re:   Motion for Authority Emergency Motion Under 11 USC Sections 105, 303, 363, and 543 for an Order Permitting the Current Receiver to Act as a Custodian to Continue to Administer the Debtor's Property and Prohibiting Debtor's Management and Owners from Exercising any Rights Related to the Property filed by John W Ames on behalf of Petitioning Creditors Moseley Cattle Auction, LLC, David L. Rings, Southeast Livestock Exchange LLC.  [11]  with a Joinder Motion  filed by Jeremy S Rogers on behalf of Other Professional Elizabeth M. Lynch  [15]

   **R / M #:**   0 / 0

2) Emergency Telephonic Hearing Re:   Emergency Motion for Authority Emergency Motion of the State Court-Appointed Receiver for an Order Approving Protocol for Disposition of Proceeds of Cattle Sales filed by Jeremy S Rogers on behalf of Other Professional Elizabeth M. Lynch  [14]

   **R / M #:**   0 / 0

### Appearances:

CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JOHN W AMES, ATTORNEY FOR DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
BRIAN JOHNSTON/CODY SIMMONS - ATTORNEY FOR EDDIE EICHE
JOHN MASSOUH - ATTORNEY FOR FRIONA INDUSTRIES
ALLEN MORRIS - ATTORNEY FOR REPUBLIC BANK AND TRUST
JOHN OVELL - ATTORNEY FOR CACTUS FEEDERS
JEFF WEGNER - ATTORNEY FOR WELLS FARGO CAPITAL
KIM MARTIN LEWIS - ATTORNEY FOR RECEIVERSHIP (PROFESSIONAL  ELIZABETH M. LYNCH)
DAVE LABAS - ATTORNEY FOR OKLAHOMA HOLDINGS
LIZ LYNCH - RECEIVER
JESSICA YATES - ATTORNEY FOR CPC LIVESTOCK AND FEDEEN BROTHERS
ERNIE VANHOOSER - LIVESTOCK MARKETING ASSOCIATION
GARY BELL - PRO SE PARTY
JEREMY ROGERS - ATTORNEY FOR RECEIVERSHIP (PROFESSIONAL  ELIZABETH M. LYNCH)
TED KING - LOCAL ATTORNEY FOR FIFTH THIRD BANK
JOHN O'BRIEN/JIM KILROY - ATTORNEYS FOR SUPERIOR LIVESTOCK AUCTION INC.
DAN DONELLON/STEVE WIEGAND - ATTORNEYS FOR FIRST BANK AND TRUST
WILLIAM MILLS - REPRESENTATIVE OF MOSELEY LIVESTOCK
PATRICK O'MALLEY - ATTORNEY FOR DEVELOPMENT SPECIALISTS, INC.

### Proceedings:

  * Disposition:  Telephone Conference held.   (1)  Motion Granted.   Order to be submitted by Ames.
  (2)   Motion Granted.   Counsel for Receiver to submit order.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**