UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re:                                        )
                                              )
    EASTERN LIVESTOCK CO., LLC    )    Case No.: 10-93904-BHL-11
                                              )
                     Debtor.    )

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that attorneys for Fifth Third Bank ("Fifth Third"), a creditor and party in interest, through counsel, Edward M. King of Frost Brown Todd LLC, appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

Edward M. King, Esq.
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, Kentucky  40202
Telephone: 502-589-5400
Facsimile: 502-581-1087
E-mail: tking@fbtlaw.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

      Mr. King consents to service by e-mail in this bankruptcy case.  The undersigned further requests to be added to the Clerk's mailing matrix in this case.

                                                                                           FROST BROWN TODD LLC

                                                                                         /s/ Edward M. King
                                                                                         Edward M. King, Esq. (19440-02)
                                                                                         Frost Brown Todd LLC
                                                                                         400 W. Market Street, 32nd Floor
                                                                                         Louisville, Kentucky  40202
                                                                                         E-mail: tking@fbtlaw.com
                                                                                         Attorneys for Fifth Third Bank

## CERTIFICATE OF SERVICE

  I further certify that on December 7, 2010, a copy of the foregoing Notice of Appearance was served by this Court's CM/ECF System.

                /s/ Edward M. King
                COUNSEL FOR FIFTH THIRD BANK

FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY  40202
(502) 589-5400