## Notice Recipients

District/Off: 0756–4     User: kgoss     Date Created: 12/8/2010
Case: 10–93904–BHL–11     Form ID: sgeneric     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr     crb@gdm.com

TOTAL: 1