UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC. | )   CASE NO. 10-93904-BHL-11 |
| | ) |
| DEBTOR. | )   CHAPTER 11 |
| | ) |

## MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

Comes now, C.R.Bowles, Jr., ("Movant") a member in good standing of the Bar of the State of Indiana, pursuant to S.D. Ind. Local Rule 83.5(c) hereby moves this Court to enter an order permitting Charles A. Goodman III, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of Indiana and to act as counsel to Gary S. Bell, a Joining Creditor (the "Joining Creditor"), in this Proceeding. In support of this motion, Movant states as follows:

1. Mr. Goodman is an attorney with the law firm Garmon and Goodman and maintains an office at 139 North Public Square, Glasgow, Kentucky, 42141.

2. Mr. Goodman has been licensed to practice law in the State of Kentucky since 1976. Mr. Goodman is an active member in good standing of the bars of the State of Kentucky and is admitted to practice in the U.S. District Court for the Western District of Kentucky and the U.S. District Court for the Western District of Kentucky.

3. Mr. Goodman has not been the subject of any disciplinary action by the bar of the courts of any jurisdiction in which he is licensed and is currently a member in good standing of each such bar. Mr. Goodman has not been denied admission to the bar of any state or federal court.

4.      Mr. Goodman has agreed to subject himself to the jurisdiction of this Court, and has acquired a copy of the Local Rules of this Court and is generally familiar with such rules.

5.      The affidavit in support of Motion to Appear *Pro Hac Vice*, as required by S.D.Ind. L.R. B-9010-2 is attached hereto as <u>Exhibit A</u>.

WHEREFORE, C.R. Bowles, Jr., as counsel of record for the Petitioning Creditors, respectfully requests this Court to admit Charles A. Goodman III, *pro hac vice*, to participate in all aspects of this case on behalf of the Joining Creditor.

Respectfully submitted,

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone (502) 589-4200
Facsimile (502) 587-3695
E-mail jwa@gdm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically to those receiving CM/ECF pleadings this 8th day of December, 2010.

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.

# EXHIBIT A

EXHIBIT A

B-9010-2 - Created 6/1/10

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

(Insert Case or Adversary Proceeding Caption here.)

## AFFIDAVIT IN SUPPORT OF
## MOTION TO APPEAR PRO HAC VICE

(Required if applicant is not admitted in the State of Indiana)

CHARLES A. GOODMAN III being first duly sworn upon (his/her) oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Example: Northern District of Indiana | Example: October 2005 |
| Western District of Kentucky | June 1981 |
| Sixth Circuit | June 2002 |
| Commonwealth of Kentucky | May 1976 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

_____
Name of Applicant
CHARLES A. GOODMAN III

-1-

B-9010-2 - Created 6/1/10

STATE OF KENTUCKY   )
                    )
COUNTY OF BARREN    )

Before me, a notary public in and for said county and state, personally appeared CHARLES A. GOODMAN III, and being first duly sworn upon (his/her) oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this _December 8_, 2010

[Notary Seal: Pamela Lynn Wilhoite, Notary Public, ID No. 427434, State at Large, Kentucky, My Commission Expires on Sept. 21, 2014]

_Pamela Lynn Wilhoite_
Notary Public

My Commission Expires:

9-21-2014

-2-