IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| ) | Chapter 11 |
| ) | |
| Debtor ) | |
| ) | |

### JOINDER TO INVOLUNTARY PETITION BY CREDITOR GARY S. BELL

1.      Gary S. Bell (the "Joining Petitioner"), is a creditor of Eastern Livestock Co., LLC (the "Debtor"). The Joining Petitioner is located at the following address and holds a claims (the "Claim") in the following amount:

| JOINING PETITIONER | ADDRESS | AMOUNT OF CLAIM | BASIS OF CLAIM |
|---|---|---|---|
| Gary S. Bell | P.O. Box 122<br>Edmonton, Kentucky 42129 | $14,289.74 | Cattle Sold/ Check Returned With "Refer to Maker" Label |

2.      The Claim is fully liquidated, non-contingent and undisputed.

3.      Pursuant to 11 U.S.C. § 303(c), the Joining Petitioner joins the involuntary petition (the "Involuntary Petition") filed herein on December 6, 2010 by David L. Rings, Southeast Livestock Exchange, LLC, and Moseley Cattle Auction LLC (collectively, the "Petitioning Creditors").

4.      The Joining Petitioner refers to and makes part of this Joinder each and every allegations of the: (1) Involuntary Petition; (2) the Emergency Motion under 11 USC §§ 303(f) and (g), 105 and 1114(a) For an Order Appointing an Interim Trustee and

1

Authorizing and Directing the Interim Trustee to Operate the Debtor's Business; and (3) Emergency Motion Under 11 U.S.C. §§ 105, 303, 363 and 543 for an Order Permitting the Current Receiver to Act as a Custodian to Continue to Administer Property and Prohibiting Debtor's Management From Exercising any Rights Related to the Property, filed by the Petitioning Creditors on December 6 and 7, 2010.

WHEREFORE, the Joining Petitioner joins in the prayer that an order for relief be entered against the Debtor under chapter 11 of title 11 of the United States Code and that a chapter 11 Trustee be appointed for the Debtor.

Respectfully submitted,

/s/ C.R. Bowles, Jr.
John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com
COUNSEL FOR THE PETITIONING CREDITORS

-AND-

Charles A. Goodman III
GARMON & GOODMAN
139 North Public Square
Glasgow, Kentucky 42141
Tele: 270-651-8812
e-mail: cgoodman@gglex.com
COUNSEL FOR THE PETITIONING CREDITOR, GARY S. BELL

2

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8th, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                               /s/ C.R. Bowles, Jr.
                                               COUNSEL FOR THE PETITIONING CREDITORS

4182158_1.doc