**SO ORDERED: December 08, 2010.**



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, et al. ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | CHAPTER 11 |
| ) | |

**ORDER PERMITTING CURRENT RECEIVER TO ACT AS A CUSTODIAN TO CONTINUE TO ADMINISTER THE DEBTOR'S PROPERTY AND PROHIBITING DEBTOR'S MANAGEMENT AND OWNERS FROM EXERCISING ANY RIGHTS RELATED TO THE DEBTOR AND ITS ASSETS**

This matter coming before the Court on the Emergency Motion under 11 USC §§ 105, 303, 363 and 543 for an Order Permitting the Current Receiver to act as a custodian to Continue to Administer Property and Prohibiting Debtor's Management from Exercising any Rights Related to the Debtor's Assets ("543 Motion") and the Court having reviewed the pleadings, having held a hearing on the 543 Motion on December 7, 2010, having found that all necessary and appropriate notice of the 543 Motion was given and being otherwise sufficiently advised;

**IT IS THEREFORE ORDERED** that the Receiver[1] in the Ohio Litigation is excused from compliance with 11 USC § 543(a)-(c) to the extent it is inconsistent with the Receiver's duties under the Receiver Order; and

**IT IS FURTHER ORDERED** that the Receiver, acting as a custodian, shall operate and control the Assets of the Debtor pursuant to the Receiver Order for the benefit of all of the Debtor's Creditors until further Order of this Court; and

**IT IS FINALLY ORDERED** that the Debtor's Management Owners, Employees and other Insiders be and hereby are enjoined under 11 USC §§ 105 from taking any action which could impact the Debtor or its Assets without prior Order of this Court.

# # #

4182480_2.doc

---

[1] Capitalized terms not defined in this Order shall have the meaning given them in the 543 Motion.