# Notice Recipients

District/Off: 0756–4 | User: alstarks | Date Created: 12/8/2010
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 4

**Recipients of Notice of Electronic Filing:**
aty   C. R. Bowles, Jr   crb@gdm.com
aty   Ivana B. Shallcross   ibs@gdm.com
aty   John W Ames   jwa@gdm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb   Eastern Livestock Co., LLC   135 W. Market Street   New Albany, IN 47150

TOTAL: 1