IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |

## JOINDER TO INVOLUNTARY PETITION BY CREDITOR SUPERIOR LIVESTOCK AUCTION, INC.

1. Superior Livestock Auction, Inc. (the "Joining Creditor"), is a creditor of Eastern Livestock Co., LLC (the "Debtor"). The Joining Creditor is located at the following address and holds a claim (the "Claim") in the following amount:

| JOINING PETITIONER | ADDRESS | AMOUNT OF CLAIM | BASIS OF CLAIM |
|---|---|---|---|
| Superior Livestock Auction, Inc. | 1155 North Colorado Avenue Bush, Colorado 80723 | In excess of $19,000,000 | Cattle Sold Through Video Auctions Held by the Joining Creditor |

2. The Joining Creditor is the nation's leader in marketing load-lots of cattle via satellite video, internet auctions and a daily private treaty cattle listing service.

3. Through Joining Creditor's cattle auctions, the Debtor defaulted on approximately five hundred (500) contracts for purchase of cattle. Pursuant to the purchase contracts, the Debtor would place bids on the cattle at auctions held by the Joining Creditor and arrange for the cattle to be picked up at a later date. When the cattle were picked up for delivery, an invoice was sent to the Debtor, who would then issue a check to the Joining Creditor.

1

4. The Joining Creditor has not received payment from the Debtor on numerous invoices. Further, numerous checks issued to the Joining Creditor by the Debtor have either been returned, marked "Refer to Maker," or have been sent for collection and returned to the Joining Creditor. *See* Exhibit A.

5. Currently, the Debtor is indebted to the Joining Creditor in excess of $19,000,000. The Claim is fully liquidated, non-contingent and undisputed.

6. Pursuant to 11 U.S.C. § 303(c), the Joining Creditor joins the involuntary petition (the "Involuntary Petition") filed herein on December 6, 2010 by David L. Rings, Southeast Livestock Exchange, LLC, and Moseley Cattle Auction LLC (collectively, the "Petitioning Creditors").

7. The Joining Creditor refers to and makes part of this Joinder each and every allegations of the: (1) Involuntary Petition; (2) the Emergency Motion under 11 USC §§ 303(f) and (g), 105 and 1114(a) For an Order Appointing an Interim Trustee and Authorizing and Directing the Interim Trustee to Operate the Debtor's Business; and (3) Emergency Motion Under 11 U.S.C. §§ 105, 303, 363 and 543 for an Order Permitting the Current Receiver to Act as a Custodian to Continue to Administer Property and Prohibiting Debtor's Management From Exercising any Rights Related to the Property, filed by the Petitioning Creditors on December 6 and 7, 2010.

WHEREFORE, the Joining Petitioner joins in the prayer that an order for relief be entered against the Debtor under chapter 11 of title 11 of the United States Code and that a chapter 11 Trustee be appointed for the Debtor.

2

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone:502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com
COUNSEL FOR THE PETITIONING
CREDITORS

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ C.R. Bowles, Jr.
COUNSEL FOR THE PETITIONING
CREDITORS

4183727_3.doc

**EXHIBIT A**

EASTERN LIVESTOCK LOTS PAID BY SUPERIOR LIVESTOCK AUCTION GENERAL ACCOUNT

| SLA Lot # | | Date Delvd | Eastern Check # Returned Refer to Maker | | Amount Due to Superior Livestock Auction | Due Superior Livestock Auction from Eastern Livestock |
|---|---|---|---|---|---|---|
| 3140 | 0 | 27-Oct | 124786 | | $204,742.68 | |
| 3140 | 1 | 28-Oct | 124899 | | $204,310.02 | |
| 3903 | B | 28-Oct | 124916 | | $45,827.90 | |
| 4098 | | 28-Oct | 124905 | | $48,343.59 | |
| 4736 | | 23-Oct | 123229 | | $48,069.90 | |
| 4737 | | 22-Oct | 123263 | | $47,695.76 | |
| 4738 | | 23-Oct | 123227 | | $43,849.66 | |
| 5020 | B | 27-Oct | 124778 | | $45,991.29 | |
| 5060 | B | 26-Oct | 124638 | | $128,786.30 | |
| 5077 | A | 28-Oct | 124913 | | $70,418.99 | |
| 5077 | B | 28-Oct | 124913 | | $40,641.23 | |
| 5157 | C | 26-Oct | 123371 | | $57,670.15 | |
| 5195 | B | 26-Oct | 124580 | | $49,371.95 | |
| 5243 | | 27-Oct | 124584 | | $49,604.95 | |
| 5293 | | 23-Oct | 123229 | | $50,667.16 | |
| 5298 | | 27-Oct | 124782 | | $48,140.19 | |
| 5349 | | 22-Oct | 123203 | | $48,187.58 | |
| 5363 | | 27-Oct | 124778 | | $69,943.96 | |
| 5623 | | 27-Oct | 124776 | | $95,152.00 | |
| 5790 | | 28-Oct | 124905 | | $48,034.77 | |
| 5911 | | 25-Oct | 123385 | | $76,749.70 | |
| 6048 | | 26-Oct | 124644 | | $231,853.65 | |
| 6279 | A | 22-Oct | 123205 | | $63,707.45 | |
| 6279 | B | 22-Oct | 123201 | | $116,817.21 | |
| 6281 | C | 23-Oct | 123227 | | $57,245.23 | |
| 6281 | D | 23-Oct | 123227 | | $58,208.39 | |
| 6298 | A | 23-Oct | 124772 | | $56,893.48 | |
| 6319 | A | 25-Oct | 123389 | | $54,798.59 | |
| 6319 | E | 26-Oct | 124633 | | $55,913.87 | |
| 6323 | A | 26-Oct | 124581 | | $102,333.44 | |
| 6365 | A | 27-Oct | 124780 | | $53,455.59 | |
| 6380 | B | 27-Oct | 124782 | | $49,022.09 | |
| 6614 | | 26-Oct | 124583 | | $61,340.70 | |
| 6621 | | 22-Oct | 123205 | | $62,280.50 | |
| 6625 | | 22-Oct | 123203 | | $65,191.85 | |
| 6635 | A | 23-Oct | 123211 | | $165,749.84 | |
| 6639 | A | 27-Oct | 124784 | | $245,071.26 | |
| 6743 | C | 28-Oct | 124913 | | $43,930.54 | |
| 6750 | | 25-Oct | 123389 | | $52,690.45 | |
| 6760 | A | 22-Oct | 123197 | | $304,301.70 | |
| 6763 | A | 27-Oct | 124739 | | $55,223.20 | |
| 6783 | A | 28-Oct | 124883 | | $159,007.67 | |
| 6783 | C | 28-Oct | 124885 | | $96,084.65 | |

## EASTERN LIVESTOCK LOTS PAID BY SUPERIOR LIVESTOCK AUCTION GENERAL ACCOUNT

| Lot | Sub | Date | Ref | Amount |
|---|---|---|---|---|
| 6783 | E | 28-Oct | 124885 | $99,237.00 |
| 6784 | A | 25-Oct | 123389 | $49,456.80 |
| 6789 | A | 26-Oct | 124717 | $50,911.33 |
| 6789 | B | 26-Oct | 124717 | $52,519.86 |
| 6820 | B | 23-Oct | 123263 | $49,283.05 |
| 6920 | A | 25-Oct | 123375 | $67,531.99 |
| 6924 | A | 22-Oct | 123199 | $114,695.00 |
| 6970 | | 26-Oct | 124640 | $123,397.38 |
| 6971 | A | 26-Oct | 124641 | $166,928.09 |
| 7015 | B | 27-Oct | 124788 | $57,093.45 |
| 7078 | A | 26-Oct | 124634 | $64,217.63 |
| 7174 | | | 124914 | $74.65 |
| 7260 | | 26-Oct | 124642 | $170,360.58 |
| 7279 | | 27-Oct | 124788 | $51,142.11 |
| 7456 | B | 28-Oct | 124917 | $48,741.29 |
| 7456 | A | 28-Oct | 124918 | $49,918.76 |
| 7510 | A | 28-Oct | 124918 | $53,635.88 |
| 7510 | B | 28-Oct | 124918 | $46,800.05 |
| 7543 | A | 28-Oct | 124893 | $107,339.44 |
| 7543 | B | 28-Oct | 124914 | $53,164.97 |
| 7676 | A | 26-Oct | 124580 | $69,221.93 |
| 7770 | A | 23-Oct | 123229 | $54,504.03 |
| 7797 | C | 26-Oct | 124782 | $48,760.00 |
| 7800 | A | 25-Oct | 123385 | $63,984.85 |
| 8555 | C | 27-Oct | 124778 | $47,552.67 |
| 8555 | B | 28-Oct | 124916 | $45,809.01 |
| 8555 | A | 28-Oct | 124917 | $49,558.93 |
| 8604 | | 28-Oct | 124907 | $48,614.03 |
| 8708 | A | 25-Oct | 123381 | $46,671.10 |
| 8708 | B | 25-Oct | 123381 | $46,297.29 |
| 8746 | | 26-Oct | 124583 | $51,807.27 |
| 8790 | | 28-Oct | 124889 | $108,027.27 |
| 8871 | | 27-Oct | 124780 | $99,205.12 |
| 8872 | | 26-Oct | 124584 | $47,632.41 |
| 9356 | | 23-Oct | 123263 | $50,890.63 |
| 9445 | | 27-Oct | 124739 | $60,116.02 |
| 9446 | A | 28-Oct | 124916 | $57,232.48 |
| 9447 | B | 27-Oct | 124741 | $55,264.80 |
| 9447 | A | 27-Oct | 124741 | $61,239.25 |
| 9493 | | 25-Oct | 123387 | $151,922.60 |
| 9510 | A | 26-Oct | 124581 | $57,697.34 |
| 9510 | C | 26-Oct | 124634 | $49,808.00 |
| 9522 | A | 25-Oct | 123371 | $56,019.67 |
| 9522 | B | 25-Oct | 123375 | $50,590.60 |
| 9667 | | 25-Oct | 123373 | $108,785.44 |
| 9852 | | 28-Oct | 124901 | $100,876.87 |
| 9856 | | 28-Oct | 124897 | $150,323.53 |
| 9906 | | 27-Oct | 124774 | $93,560.74 |
| 9939 | | 28-Oct | 124895 | $95,736.19 |

EASTERN LIVESTOCK LOTS PAID BY SUPERIOR LIVESTOCK AUCTION GENERAL ACCOUNT

| Lot # | | Date Delvd | Eastern Check # | Adj. | Nov 5 Payment made by SLA | |
|---|---|---|---|---|---|---|
| 10106 | | 28-Oct | 124903 | | $103,893.98 | |
| 10250 | | 28-Oct | 124907 | | $91,833.58 | |
| 10259 | B | 26-Oct | 124633 | | $85,196.37 | |
| 10259 | A | 26-Oct | 124636 | | $94,306.83 | |
| 10265 | B | 27-Oct | 124774 | | $44,382.21 | |
| 10355 | | 22-Oct | 123377 | | $46,856.24 | |
| 10407 | | 27-Oct | 123203 | | $50,111.49 | |
| 10409 | | 25-Oct | 123377 | | $49,124.51 | |
| N10455 | | 28-Oct | 124905 | | $35,228.98 | |
| N10456 | | 28-Oct | 124915 | | $46,782.10 | |
| N10457 | | 28-Oct | 124914 | | $44,549.00 | |
| N10459 | | 26-Oct | 124584 | | $53,784.23 | |
| N10460 | | 28-Oct | 124914 | | $47,917.88 | |
| N10461 | | 25-Oct | 123377 | | $50,470.92 | |
| N10474 | | 26-Oct | 124637 | | $99,411.90 | |
| N10476 | | 25-Oct | 123379 | | $143,594.90 | |
| N10491 | | 28-Oct | 124915 | | $90,679.47 | |
| N10512 | | 25-Oct | 123381 | | $45,714.45 | |
| N10513 | | 26-Oct | 124636 | | $48,032.37 | |
| N10514 | | 26-Oct | 124637 | | $47,390.57 | |
| N10517 | | 25-Oct | 123377 | | $49,716.71 | |
| NS10532 | | 28-Oct | 124891 | | $100,089.53 | |
| PT331 | | 25-Oct | 123210 | | $142,314.43 | |
| PT333 | | 26-Oct | 123383 | | $108,812.08 | |
| | | | | | $8,957,675.19 | $8,957,675.19 |
| | | | Not Deposited Sent for Collection | | | |
| Lot # | | Date Delvd | Eastern Check # | Adj. | Nov 5 Payment made by SLA | |
| N554 | | 31-Oct | 125013 | | $92,543.08 | |
| N780 | | 29-Oct | 125046 | | $43,603.62 | |
| 4038 | | 29-Oct | 125055 | | $141,953.65 | |
| 4374 | A | 29-Oct | 125059 | | $47,567.16 | |
| 4374 | B | 29-Oct | 125038 | | $38,233.32 | |
| 5014 | A | 30-Oct | 125030 | | $57,678.86 | |
| 5014 | B | 30-Oct | 125030 | | $47,989.67 | |
| 5059 | B | 30-Oct | 125166 | | $104,589.32 | |
| 5770 | | 29-Oct | 125042 | | $50,987.95 | |
| 5793 | | 29-Oct | 125053 | $367.03 | $188,093.17 | |
| 6286 | A | 29-Oct | 125059 | | $61,119.05 | |
| 6308 | | 30-Oct | 125018 | $988.04 | $58,523.02 | |
| 6310 | | 30-Oct | 125046 | | $51,647.38 | |
| 6357 | A | 29-Oct | 125040 | | $44,971.73 | |
| 6413 | A | 31-Oct | 125017 | | $60,711.75 | |
| 6424 | B | 29-Oct | 125013 | | $43,478.04 | |
| 6754 | A | 30-Oct | 125034 | | $57,030.92 | |
| 6759 | A | 30-Oct | 125032 | | $54,562.53 | |

EASTERN LIVESTOCK LOTS PAID BY SUPERIOR LIVESTOCK AUCTION GENERAL ACCOUNT

| Lot # | | Date | Check # | | Amount | |
|---|---|---|---|---|---|---|
| 6759 | B | 30-Oct | 125019 | | $46,244.26 | |
| 6759 | C | 30-Oct | 125019 | | $52,411.24 | |
| 6767 | A | 30-Oct | 125018 | | $52,983.62 | |
| 6767 | C | 30-Oct | 125034 | $0.01 | $51,366.05 | |
| 6776 | A | 29-Oct | 125060 | | $53,772.50 | |
| 6776 | D | 29-Oct | 125060 | | $54,311.30 | |
| 6799 | A | 29-Oct | 125060 | | $55,933.45 | |
| 6822 | | 30-Oct | 125036 | | $51,838.98 | |
| 7010 | C | 30-Oct | 125019 | | $54,550.09 | |
| 7152 | | 29-Oct | 125042 | | $47,093.21 | |
| 7176 | | 29-Oct | 125046 | | $49,911.19 | |
| 7178 | | 29-Oct | 125038 | | $51,722.00 | |
| 7543 | C | 29-Oct | 125044 | | $94,230.53 | |
| 7543 | D | 29-Oct | 125044 | | $50,167.41 | |
| 8216 | | 30-Oct | 125038 | $285.71 | $53,488.27 | |
| 8753 | | 29-Oct | 125046 | $0.01 | $53,420.24 | |
| 8771 | | 29-Oct | 125056 | | $246,816.70 | |
| 8789 | | 30-Oct | 125048 | | $105,804.07 | |
| 9322 | | 30-Oct | 125036 | | $56,562.68 | |
| 9334 | A | 29-Oct | 125058 | | $58,868.20 | |
| 9336 | | 29-Oct | 125058 | | $59,661.60 | |
| 9440 | A | 30-Oct | 125032 | | $62,378.44 | |
| 9931 | | 29-Oct | 125042 | | $48,651.09 | |
| 10318 | | 30-Oct | 125017 | $1.07 | $42,719.03 | |
| 10343 | | 30-Oct | 125030 | | $40,399.69 | |
| N10472 | | 29-Oct | 125040 | | $46,853.90 | |
| N10477 | | 29-Oct | 125040 | | $48,446.71 | |
| N10480 | | 30-Oct | 125051 | | $139,346.68 | |
| | | 5-Nov | | | $3,075,237.35 | $3,075,237.35 |
| N10460 | | | 125042 | -$3.92 | | |
| | | | | $1,637.95 | | |
| | | 4-Nov | | | $1,320,292.60 | |
| | | 5-Nov | | | $1,651,993.39 | |
| | | 8-Nov | | | $104,589.32 | |
| | | | | | $3,076,875.31 | |
| | | | | | | |
| | | | | | -$3,075,237.35 | |
| | | | | | $3,076,875.31 | |
| | | | | | $1,637.96 | |

| Lot # | | | Not Deposited Sent for Collection Eastern Check # | | Nov 8 Deposit Made by SLA | |
|---|---|---|---|---|---|---|
| 4387 | | 1-Nov | 125165 | | $43,370.32 | |
| 4589 | | 1-Nov | 125165 | | $47,912.88 | |

EASTERN LIVESTOCK LOTS PAID BY SUPERIOR LIVESTOCK AUCTION GENERAL ACCOUNT

| Lot # | | Date | Check # | | Amount | Total |
|---|---|---|---|---|---|---|
| 4590 | | 1-Nov | 125165 | | $42,998.55 | |
| 5253 | | 1-Nov | 125156 | | $99,152.30 | |
| 5257 | | 1-Nov | 125156 | | $48,526.04 | |
| 6757 | A | 1-Nov | 125158 | | $65,309.37 | |
| 6757 | B | 1-Nov | 125158 | | $55,535.22 | |
| 6787 | | 1-Nov | 125160 | | $50,661.53 | |
| 7054 | A | 1-Nov | 125162 | | $116,903.60 | |
| 7538 | C | 1-Nov | 125160 | | $46,973.54 | |
| 7538 | D | 1-Nov | 125163 | | $46,438.45 | |
| 7590 | A | 1-Nov | 125140 | | $58,403.60 | |
| 7658 | A | 1-Nov | 125160 | | $59,788.16 | |
| 8855 | | 1-Nov | 125163 | | $48,186.83 | |
| 9450 | A | 1-Nov | 125152 | | $63,134.58 | |
| 9450 | C | 1-Nov | 125140 | | $55,233.36 | |
| 9489 | A | 1-Nov | 125152 | | $57,079.38 | |
| 9537 | A | 1-Nov | 125154 | | $109,969.97 | |
| 9839 | | 1-Nov | 125163 | | $53,432.79 | |
| 553 | N | 1-Nov | 125151 | | $96,511.90 | |
| | | | | | $1,265,522.37 | $1,265,522.37 |
| | | | | | | |
| | | | | | POSTED 11-14 | |
| | | | Eastern Lots | | Nov 9 Deposit | |
| Lot # | | | Not Paid | | Made by SLA | |
| 4151 | A | 2-Nov | | | $48,899.16 | |
| 4151 | B | 2-Nov | | | $46,854.52 | |
| 4445 | B | 2-Nov | | | $40,642.88 | |
| 4740 | B | 2-Nov | | | $42,553.84 | |
| 5250 | | 2-Nov | | | $50,740.67 | |
| 5252 | | 2-Nov | | | $49,080.50 | |
| 5488 | | 2-Nov | | | $155,034.20 | |
| 6297 | A | 2-Nov | | | $58,211.59 | |
| 6745 | A | 2-Nov | | | $107,175.84 | |
| 6745 | B | 2-Nov | | | $51,212.69 | |
| 6786 | A | 2-Nov | | | $50,427.45 | |
| 6786 | B | 2-Nov | | | $49,862.37 | |
| 6835 | | 2-Nov | | | $54,077.59 | |
| 7356 | | 2-Nov | | | $55,027.20 | |
| 7536 | B | 2-Nov | | | $48,877.30 | |
| 9448 | C | 2-Nov | | | $55,276.86 | |
| 10147 | | 2-Nov | | | $47,578.42 | |
| 10319 | | 2-Nov | | | $46,200.00 | |
| | | | | | $1,057,733.08 | |
| | | | | | $1,060,733.08 | $1,060,733.08 |
| | | | | OVER PD | $3,000.00 | -$3,000.00 |
| | | | | | | |
| | | | | | POSTED 11-14 | |
| | | | Eastern Lots | | Nov 10 Deposit | |

EASTERN LIVESTOCK LOTS PAID BY SUPERIOR LIVESTOCK AUCTION GENERAL ACCOUNT

| | | Not Paid For | | Made by SLA | |
|---|---|---|---|---|---|
| 4735 | A | | 3-Nov | $56,431.75 | |
| 4735 | B | | 3-Nov | $48,299.29 | |
| 4747 | | | 3-Nov | $49,052.29 | |
| 5251 | | | 3-Nov | $49,884.43 | |
| 5254 | | | 3-Nov | $97,136.38 | |
| 5258 | | | 3-Nov | $46,644.98 | |
| 5259 | | | 3-Nov | $47,385.21 | |
| 6440 | A | | 3-Nov | $51,614.13 | |
| 6816 | | | 3-Nov | $45,794.43 | |
| 7593 | B | | 3-Nov | $53,615.70 | |
| 8616 | | | 3-Nov | $35,995.43 | |
| 9467 | B | | 3-Nov | $49,164.00 | |
| 9491 | B | | 3-Nov | $58,476.02 | |
| 10088 | | | 3-Nov | $49,828.79 | |
| 5249 | | | 4-Nov | $51,484.50 | |
| 5255 | | | 4-Nov | $101,827.73 | |
| 5256 | | | 4-Nov | $48,244.18 | |
| 8690 | B | | 4-Nov | $99,933.53 | |
| | | | | $1,040,812.77 | $1,040,812.77 |
| | | | | | |
| | | | | | |
| | | | | POSTED 11-14 | |
| | | Eastern Lots | | Nov. 15 Deposit | |
| | | Not Paid For | | Made by SLA | |
| 5614 | | 3-Nov | | $133,814.53 | |
| 8747 | | 3-Nov | | $53,492.16 | |
| 9919 | | 3-Nov | | $47,392.04 | |
| 9937 | | 3-Nov | | $139,275.39 | |
| 7239 | | 4-Nov | | $90,979.12 | |
| 7695 | A | 4-Nov | | $55,272.88 | |
| 9859 | | 4-Nov | | $159,183.52 | |
| 10345 | | 4-Nov | | $91,182.38 | |
| 6428 | A | 4-Nov | | $64,596.81 | |
| 6442 | C | 5-Nov | | $43,679.96 | |
| 6762 | A | 5-Nov | | $61,549.86 | |
| 9439 | | 5-Nov | | $56,176.44 | |
| 9570 | A | 5-Nov | | $159,837.60 | |
| 6411 | A | 6-Nov | | $54,487.55 | |
| 9451 | A | 6-Nov | | $56,639.30 | |
| 9451 | B | 6-Nov | | $51,632.16 | |
| 9472 | | 6-Nov | | $50,430.40 | |
| 9494 | A | 6-Nov | | $59,716.25 | |
| 9815 | A | 6-Nov | | $53,077.12 | |
| 5031 | B0 | 8-Nov | | $60,337.38 | |
| 7194 | | 8-Nov | | $100,267.91 | |
| 8787 | | 8-Nov | | $47,104.74 | |
| 8894 | | 8-Nov | | $44,675.62 | |
| 10141 | | 8-Nov | | $46,012.84 | |

EASTERN LIVESTOCK LOTS PAID BY SUPERIOR LIVESTOCK AUCTION GENERAL ACCOUNT

| Lot | | Date | | | Amount | Total |
|---|---|---|---|---|---|---|
| 10556 | | 8-Nov | | | $53,089.56 | |
| 10630 | B | 8-Nov | | | $50,292.66 | |
| N10508 | | 8-Nov | | | $51,138.74 | |
| N10509 | | 8-Nov | | | $50,890.80 | |
| 7538 | A | 9-Nov | | | $52,273.22 | |
| 7538 | B | 9-Nov | | | $54,722.35 | |
| 8739 | | 9-Nov | | | $157,010.64 | |
| 10671 | | 9-Nov | | | $52,722.50 | |
| S10299 | | 9-Nov | | | $92,180.04 | |
| 10555 | | 9-Nov | | | $164,399.94 | |
| 10568 | | 9-Nov | | | $47,058.34 | |
| 7708 | | 10-Nov | | | $47,274.32 | |
| 10255 | B | 12-Nov | | | $194,432.28 | |
| | | | | | $2,848,299.35 | $2,848,299.35 |
| | | | | POSTED 11-14 | | |
| | | | | Nov. 15 Deposit | | |
| | | | | Made by SLA | | |
| | | | | for Eastern | | |
| | | | Eastern Lots | Cattle in our | | |
| | | | Not Paid For | Possession | | |
| 6428 | B | 5-Nov | | | $58,607.78 | |
| 6442 | B | 5-Nov | | | $48,447.96 | |
| 6740 | B | 5-Nov | | | $101,319.10 | |
| 6445 | | 6-Nov | | | $48,576.71 | |
| 6410 | A | 10-Nov | | | $47,778.23 | |
| 6410 | B | 10-Nov | | | $149,476.58 | |
| 6434 | A | 10-Nov | | | $53,551.26 | |
| 9340 | A | 10-Nov | | | $52,132.15 | |
| 10268 | B | 11-Nov | | | $45,525.84 | |
| 7480 | B | 11-Nov | | | $49,607.12 | |
| 4742 | | 12-Nov | | | $50,775.14 | |
| 9689 | | 12-Nov | | | $47,995.36 | |
| 6805 | | 13-Nov | | | $49,498.32 | |
| 9457 | B | 13-Nov | | | $57,479.91 | |
| | | | | | $860,771.46 | $860,771.46 |
| | | | Eastern Lots | POSTED 11-16 | | |
| | | | Not Paid For | Nov. 16 Deposit | | |
| 7545 | A | | | | $58,180.74 | |
| 10271 | B | | | | $52,034.19 | |
| 8639 | B | | | | $54,350.57 | |
| | | | | | $164,565.50 | $164,565.50 |
| | | | | TOTAL | | $19,270,617.07 |