UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

B250E (rev 11/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA    EIN: NA

Debtor(s)

Case Number:

**10-93904-BHL-11**

A PDF fillable Certification of Service is available at
http://www.insb.uscourts.gov/webforms/newlaw/b250e.pdf.

### CERTIFICATE OF SERVICE REGARDING
### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

I, **Susan Mays** (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to this case. I further certify that the service of this summons and a copy of the involuntary petition were made on **12/6/10** (date), by one of the following methods:

- ☒ **Mail Service**: By regular, first class U.S. mail, and postage fully prepaid. (**List names/addresses below.**)
- ☒ **Personal Service**: By leaving the summons with the debtor or with an officer or agent of the debtor. (**List names/addresses below.**)
- ☐ **Residence Service**: By leaving the summons with an adult. (**List names/addresses below.**)
- ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the summons by certified mail addressed to the debtor. (**List names/addresses below.**)
- ☐ **Publication**: By serving the debtor as outlined in the space below.
- ☐ **State Law**: By serving the debtor pursuant to the laws of the State of _____ (U.S. state) as outlined in the space below.

LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEBTOR WAS SERVED:

Capitol Corporation Services, Inc. (Registered Agent for the Debtor)
828 Lane Allen Road, Suite 219
Lexington, KY 40504

Under penalty of perjury, I declare that the foregoing is true and correct.

_Susan Mays_
Signature

12/9/10
Date

3500 National City Tower
101 S. 5th St.
Business Address

Susan Mays
Printed Name

Louisville, KY 40202
Business City, State, and Zip

**GREENEBAUM DOLL & McDONALD PLLC**                     **ERRAND REQUEST FORM**

| | | | |
|---|---|---|---|
| From: | Angie Coates | Date: | December 6, 2010 |
| Errand Type: | Driving | Errand Time | Special Delivery |
| Client Name: | Involuntary Bankruptcy of Eastern Livestock Co., LLC | | |
| Client/Matter #: | 089443.088888 | Charge Amount: | $ |

Deliver To

| | |
|---|---|
| Name: | |
| Company Name | Capitol Corporation Services, Inc. |
| Address | 828 Lane Allen Road, Suite 219 |
| City, State, Zip | Lexington KY 40504 |

*Delivery Instructions*

Signature of Receipt by Anyone Available

Special Instructions: Please deliver the attached summons to the Registered Agent Listed Below and Please send me a receipt. Thank you.

Received By: Pat Mann   Time: 2:40 pm
Manager, Kentucky Lenders Assistance, Inc.
Delivery Completed By: SCA