## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC. | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |
| | ) | |

## MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

Comes now, C.R. Bowles, Jr., ("Movant") a member in good standing of the Bar of the State of Indiana, pursuant to S.D. Ind. Local Rule 83.5(c) hereby moves this Court to enter an order permitting Robert H. Foree to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of Indiana and to act as counsel to the Kentucky Cattlemen's Association, in this Proceeding.  In support of this motion, Movant states as follows:

1.    Mr. Foree is a sole practitioner as Robert H. Foree, Attorney at Law, and maintains an office at 2440 Eminence Road, Eminence, Kentucky, 40019.

2.    Mr. Foree has been licensed to practice law in the State of Kentucky since May, 1991.  Mr. Foree is an active member in good standing of the bars of the State of Kentucky and is admitted to practice in the U.S. District Court for the Western District of Kentucky, the U.S. District Court for the Eastern District of Kentucky, and the Kentucky Supreme Court.

3.    Mr. Foree has not been the subject of any disciplinary action by the bar of the courts of any jurisdiction in which he is licensed and is currently a member in good standing of each such bar. Mr. Foree has not been denied admission to the bar of any state or federal court.

4.      Mr. Foree has agreed to subject himself to the jurisdiction of this Court, and has acquired a copy of the Local Rules of this Court and is generally familiar with such rules.

5.      The affidavit in support of Motion to Appear *Pro Hac Vice*, as required by S.D.Ind. L.R. B-9010-2 is attached hereto as Exhibit A.

WHEREFORE, C.R. Bowles, Jr., as counsel of record for the Petitioning Creditors, respectfully requests this Court to admit Robert H. Foree, *pro hac vice,* to participate in all aspects of this case on behalf of the Petitioning Creditors.

Respectfully submitted,

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202
Telephone (502) 589-4200
Facsimile (502) 587-3695
E-mail crb@gdm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically to those receiving CM/ECF pleadings this 9th day of December, 2010.

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Robert H. Foree being duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| U.S. District Court, Western District of Kentucky | November, 1996 |
| U.S. District Court Eastern District of Kentucky | December, 1996 |
| Kentucky Supreme Court | May, 1991 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

*Robert H Foree*
Robert H. Foree

State of Kentucky       )
                        )
County of Henry         )

Before me, a notary public in and for said county and state, personally appeared Robert H. Foree, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this ___9th___ day of December, 2010.

_Mary S Sharp_
Notary Public

My Commission Expires:

___8/22/12___

4185273_1.doc