**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

IN RE:

EASTERN LIVESTOCK CO., LLC,

            Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

## NOTICE OF APPEARANCE

      Jeremy S. Rogers of the law firm of Dinsmore & Shohl LLP hereby enters his appearance in the above-captioned matter on behalf of State Court-Appointed Receiver Elizabeth Lynch (the "Receiver").

Dated:  December 10, 2010

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Jeremy S. Rogers*
Jeremy S. Rogers (IN # 24670 10)
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 W. Jefferson Street
Louisville, Kentucky 40202
(502) 540-2300
(502) 585-2207 (fax)
jeremy.rogers@dinslaw.com

Counsel for Receiver

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10th, 2010, a copy of the foregoing Notice of Apperance was filed electronically.  Notice of this filing will be sent through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

*/s/ Jeremy S. Rogers*
**Counsel for Receiver**