IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court will hear and act upon the following matter:

1.  Emergency Motion to Appoint Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business filed by John W Ames on behalf of Petitioning Creditors Moseley Cattle Auction, LLC, David L. Rings, Southeast Livestock Exchange LLC [Doc. No. 27]

    When:  **Monday December 13, 2010, 1:30 P.M. EST.**
    Where:  U.S. Bankruptcy Court, Southern District of Indiana, 121 West Spring Street, New Albany, Indiana, 47150, Room 103.

    **PLEASE TAKE FURTHER NOTICE** that parties who wish to participate **Telephonically**, may do so by dialing **888-354-0094** and entering the conference identification number **982151** when prompted to do so**.**

                                            Respectfully submitted,

                                            /s/ C.R. Bowles
                                            C.R. Bowles, Jr.
                                            Ivana B. Shallcross
                                            GREENEBAUM DOLL & MCDONALD PLLC
                                            3500 National City Tower, 101 S. 5th Street
                                            Louisville, Kentucky  40202
                                            Telephone (502) 589-4200
                                            Facsimile (502) 587-3695
                                            E-mail:crb@gdm.com
                                                      ibs@gdm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2010 the foregoing Notice of Hearing was filed electronically.  Notice of this filing was sent to the following parties through the

Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

John W Ames on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles on behalf of Creditor Gary Bell
crb@gdm.com, shm@gdm.com;lgw@gdm.com

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Jesse Cook-Dubin on behalf of Creditor Fifth Third Bank
jcookdubin@vorys.com, cdfricke@vorys.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
rdlatour@vorys.com, cdfricke@vorys.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Jeremy S Rogers on behalf of Other Professional Elizabeth Lynch
Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ibs@gdm.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

I further certify that on December 10, 2010 a copy of the foregoing Notice of Hearing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Eastern Livestock Co., LLC
c/o Capital Corporate Services, Inc. (Agent of Process)
828 Lane Allen Rd., Ste 219
Lexington, KY  40504

Richard A. Schwartz
Kruget & Schwartz
3339 Taylorsville Road
Louisville, KY  40205

          /s/ C.R. Bowles, Jr.
          C.R. Bowles, Jr.