IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC,

         Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

### MOTION FOR *PRO HAC VICE* ADMISSION OF KIM MARTIN LEWIS

Pursuant to S. D. Ind. Local Rule 83.5(c), Kim Martin Lewis hereby moves for *pro hac vice* admission to practice in this Court on behalf of State Court-Appointed Receiver Elizabeth Lynch (the "Receiver") in this case. In support of this motion, Kim Martin Lewis states that the attached affidavit demonstrates that she has complied with the requirements of Rule 83.5(c), including the payment of the registration fee in the sum of $30.00 each, which is being submitted electronically to the clerk along with this motion.

**WHEREFORE**, Kim Martin Lewis moves the Court for an Order granting her permission to appear *pro hac vice* on behalf of State Court-Appointed Receiver Elizabeth Lynch for purposes of this case only.

         DINSMORE & SHOHL LLP

         */s/ Kim Martin Lewis*
         Kim Martin Lewis (OH #0043533)
         1900 Chemed Center
         255 East Fifth Street
         Cincinnati, Ohio  45202
         Telephone:  (513) 977-8200
         Facsimile:  (513) 977-8141
         kim.lewis@dinslaw.com

         Counsel to Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2010, a copy of the foregoing Motion for Pro Hac Vice Admission of Kim Martin Lewis was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ Kim Martin Lewis
**Counsel for Receiver**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC,

Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

### AFFIDAVIT OF KIM MARTIN LEWIS, ESQ.

I, Kim Martin Lewis, having been first duly sworn upon oath, do depose and state the following:

1. I have personal knowledge of the facts stated herein.

2. I am admitted to practice in the following state and federal jurisdictions: the United States Supreme Court, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Southern District of Ohio and the state of Ohio.

3. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

4. I have never been charged with any complaints concerning my conduct as an attorney.

5. I have made an electronic payment of thirty dollars ($30.00) for the administrative fees required to process this motion for *pro hac vice* admission.

6. I hereby subject myself to the jurisdiction and rules of this Court governing professional conduct.

3

FURTHER Affiant sayeth not.

_____
Kim Martin Lewis, Affiant


STATE OF OHIO         )
                      )
COUNTY OF Hamilton    )

Signed, sworn to and acknowledged before me by Kim Martin Lewis, this 10th day of December, 2010.

My Commission expires: Never.

_____
Notary Public

Devon E. Merling, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| | Chapter 11 |
| Alleged Debtor. | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

THIS MATTER, having come before the Court upon a Motion for Admission *Pro Hac Vice*, and the Court having considered the matter and being sufficiently advised, IT IS HEREBY ORDERED that said Motion be, and is hereby, GRANTED and that Kim Martin Lewis, of the firm Dinsmore & Shohl, LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202, be and hereby is admitted *pro hac vice* to practice this case as counsel for the Receiver Elizabeth Lynch.

**IT IS SO ORDERED.**

###