UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

B250E (rev 11/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA        EIN: NA

Debtor(s)

Case Number:

10-93904-BHL-11

A PDF fillable Certification of Service is available at
http://www.insb.uscourts.gov/webforms/newlaw/b250e.pdf.

## CERTIFICATE OF SERVICE REGARDING
## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

I, **Michael T Evans** (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to this case. I further certify that the service of this summons and a copy of the involuntary petition were made on **12-06-2010** (date), by one of the following methods:

☐ **Mail Service:** By regular, first class U.S. mail, and postage fully prepaid. **(List names/addresses below.)**

☑ **Personal Service:** By leaving the summons with the debtor or with an officer or agent of the debtor. **(List names/addresses below.)**

☐ **Residence Service:** By leaving the summons with an adult. **(List names/addresses below.)**

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the summons by certified mail addressed to the debtor. **(List names/addresses below.)**

☐ **Publication:** By serving the debtor as outlined in the space below.

☐ **State Law:** By serving the debtor pursuant to the laws of the State of _____ (U.S. state) as outlined in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEBTOR WAS SERVED:**

Eastern Livestock Co., LLC - HAND DELIVERED
Elizabeth Lynch - Receiver
135 W. Market St.
New Albany, IN 47150

Under penalty of perjury, I declare that the foregoing is true and correct.

| Signature: *Michael T Evans* | Date: 12-06-2010 | Business Address: 1530 Bicknell Ave. |
|---|---|---|
| Printed Name: Michael T Evans | | Business City, State, and Zip: Lou, KY 40215 |

**GREENEBAUM DOLL & McDONALD PLLC**                    **ERRAND REQUEST FORM**

| | | | |
|---|---|---|---|
| From: | *Susan Mayr* | Date: | December 6, 2010 |
| Errand Type: | Driving | Errand Time: | Special Delivery |
| Client Name: | Involuntary Bankruptcy of Eastern Livestock Co., LLC | | |
| Client/Matter #: | 089443.088888 | Charge Amount: | $ |

Deliver To

| | |
|---|---|
| Name: | |
| Company Name | Eastern Livestock Co., LLC |
| Address | 135 W. Market Street |
| City, State, Zip | New Albany, Inc. 47150 |

*Delivery Instructions*

Signature of Receipt by Anyone Available

Special Instructions:   Please deliver the attached summons.

Received By: _Elizabeth M. Lynch, Receiver_   Time: 3:15 PM

Delivery Completed By: