IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**JOINDER TO INVOLUNTARY PETITION BY
CREDITORS OF THE DEBTOR**

1. Breeding Brothers, B&B Farms, Jeremy Coffey, Brent Keith, Dennis Neat, Billy Neat, Jimmy Brummett and Mike Loy, (collectively, the "Joining Creditors"), are each a creditor of Eastern Livestock Co., LLC (the "Debtor"). The Joining Creditors are located at the following addresses and hold claims (the "Claims") in the following amounts:

| JOINING CREDITOR | ADDRESS | AMOUNT OF CLAIM | BASIS OF CLAIM |
|---|---|---|---|
| Breeding Brothers | Attn: Wade Breeding<br>9440 Columbia Hwy.<br>Greensburg, KY  42743 | $8,482.36 | Cattle Sold |
| B&B Farms | Attn: Keith Breeding<br>8090 Greensburg Road<br>Greensburg, KY  42743 | $6,393.67 | Cattle Sold |
| Jeremy Coffey | 6205 Greensburg Road<br>Columbia, KY  42728 | $13,539.07 | Cattle Sold |
| Brent Keith | 505 Marlo-Campbell Road<br>Columbia, KY  42728 | $8,725.51 | Cattle Sold |
| Dennis Neat | 6198 Burkesville Road<br>Columbia, KY  42728 | $6,891.00 | Cattle sold |
| Billy Neat | 705 B. Neat Road<br>Columbia, KY 42728 | 1,225.79 | Cattle Sold |
| Jimmy Brummett | 7594 Hwy. 555<br>Glens Fork, KY  42741 | $11,161.37 | Cattle Sold |
| Mike Loy | 668 P.D. Pyles Road<br>Columbia, KY  42728 | $28,569.25 | Cattle Sold |

1

2. The Claims are fully liquidated, non-contingent and undisputed.

3. Pursuant to 11 U.S.C. § 303(c), the Joining Petitioners join the involuntary petition (the "Involuntary Petition") filed herein on December 6, 2010 by David L. Rings, Southeast Livestock Exchange, LLC, and Moseley Cattle Auction LLC (collectively, the "Petitioning Creditors").

4. The Joining Petitioners refer to and make part of this Joinder each and every allegations of the: (1) Involuntary Petition; (2) the Emergency Motion under 11 USC §§ 303(f) and (g), 105 and 1114(a) For an Order Appointing an Interim Trustee and Authorizing and Directing the Interim Trustee to Operate the Debtor's Business; and (3) Emergency Motion Under 11 U.S.C. §§ 105, 303, 363 and 543 for an Order Permitting the Current Receiver to Act as a Custodian to Continue to Administer Property and Prohibiting Debtor's Management From Exercising any Rights Related to the Property, filed by the Petitioning Creditors on December 6 and 7, 2010.

WHEREFORE, the Joining Petitioners join in the prayer that an order for relief be entered against the Debtor under chapter 11 of title 11 of the United States Code and that a chapter 11 Trustee be appointed for the Debtor.

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone:502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2010 the foregoing was filed electronically. Notice of this filing wase sent to the following parties through the Court's Electronic Case Filing System. Parties may access these filings through the Court's System.

John W Ames on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles on behalf of Creditor Gary Bell
crb@gdm.com, shm@gdm.com;lgw@gdm.com

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Jesse Cook-Dubin on behalf of Creditor Fifth Third Bank
jcookdubin@vorys.com, cdfricke@vorys.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
rdlatour@vorys.com, cdfricke@vorys.com

Kim Martin Lewis on behalf of Other Professional Elizabeth Lynch
kim.lewis@dinslaw.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Jeremy S Rogers on behalf of Other Professional Elizabeth Lynch
Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ibs@gdm.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov, [Charles.R.Wharton@usdoj.gov](Charles.R.Wharton@usdoj.gov)

      I further certify that on December 10, 2010 a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Eastern Livestock Co., LLC
c/o Capital Corporate Services, Inc. (Agent of Process)
828 Lane Allen Rd., Ste 219
Lexington, KY  40504

Richard A. Schwartz
Kruget & Schwartz
3339 Taylorsville Road
Louisville, KY  40205

                                                  */s/ C.R. Bowles, Jr.*
                                                  COUNSEL FOR THE PETITIONING CREDITORS