**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

IN RE:

EASTERN LIVESTOCK CO., LLC,

                    Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

**ORDER GRANTING MOTION OF RECEIVER TO OPERATE IN**
**THE PRE-APPOINTMENT PERIOD**

       This matter came before the Court on the Motion of the State Court-Appointed Receiver, Elizabeth Lynch (the "Receiver"), as custodian for the Alleged Debtor pursuant the Court's December 8 Order (Doc. No. 35), for an Order allowing the Receiver to operate the Alleged Debtor's business until such date as there is an appointment of a trustee (the "Motion")(Doc. No. __).  The Court finds the Motion to be well-taken, and, accordingly, it is hereby GRANTED.

The Court finds that the creditors of Eastern Livestock Co., LLC ("Eastern Livestock" or "Alleged Debtor"), and the cattle industry as a whole, would benefit from an Order allowing the Receiver to operate the business of the Alleged Debtor in the period until the appointment of a trustee in this case.

Accordingly, the Court hereby ORDERS that:

1.    The Receiver may operate the business of the Alleged Debtor during the period until such a date that a trustee is appointed in this case.

2.    Specifically, the Receiver may operated the Alleged Debtor's business according to the budget attached to the Motion as <u>Exhibit A</u>, including the ability to, in its discretion, sell cattle, collect accounts receivable, continue to investigate and locate potential assets of the estate, review contracts, and pay salaries and other operational costs such as purchasing cattle feed, costs related to the care of cattle, utilities costs, and occupancy costs.

3.    This Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and enforcement of this Order.

4.    This Order is effective immediately upon entry.

**IT IS SO ORDERED.**

**###**