## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC,

        Alleged Debtor.

Case No. 10-93904-BHL-11

Chapter 11

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court will hold a hearing and act upon the:

Motion of Receiver to Operate in the Pre-Appointment Period, filed December 13, 2010 [Doc. No. 52].

When: **Monday, December 13, 2010, 1:30 P.M. EST.**
Where: U.S. Bankruptcy Court, Southern District of Indiana, 121 West Spring Street, New Albany, Indiana, 47150, Room 103.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate **Telephonically**, may do so by dialing **888-354-0094** and entering the conference identification number **982151** when prompted to do so**.**

Dated:  December 13, 2010

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Jeremy S. Rogers*
Jeremy S. Rogers (IN # 24670 10)
1400 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
Phone: (502) 540-2384
Facsimile: (502) 585-2207
jeremy.rogers@dinslaw.com

Kim Martin Lewis (OH #0043533)
Tim J. Robinson (OH #0046668)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
Telephone:  (513) 977-8200
Facsimile:  (513) 977-8141
kim.lewis@dinslaw.com
tim.robinson@dinslaw.com

Counsel for Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on December 13th, 2010, a copy of the foregoing Notice of Hearing was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System and to all Parties listed below. Parties may access this filing through the Court's system.

Charles R. Wharton, Trustee
Charles.R.Wharton@usdoj.gov

Kim Martin Lewis
kim.lewis@dinslaw.com

Elizabeth M. Lynch
elynch@dsi.biz

John W Ames on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles on behalf of Creditor Gary Bell
crb@gdm.com, shm@gdm.com;lgw@gdm.com

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
rdlatour@vorys.com, cdfricke@vorys.com

Jesse Cook-Dubin on behalf of Creditor Fifth Third Bank
jcookdubin@vorys.com, cdfricke@vorys.com

Richard A. Schwartz on behalf of Thomas and Patsy Gibson
ecfmailschwartz@gmail.com

Eastern Livestock Co., LLC
contact@easternlivestock.net

Southeast Livestock Exchange, LLC
selex@bellsouth.net

Moseley Cattle Auction LLC, Attn: John F. Moseley, III
cmoseley@swgafarmcredit.com

David L. Rings
bonnierings@spsfence.com

Jeffrey T. Wegner
jeffrey.wegner@kutakrock.com

John O'Brien and Jessica E. Yates on behalf of Fredin Brothers, Inc.
jobrien@swlaw.com, jyates@swlaw.com

David L. Abt on behalf of Rush Creek Ranch, LLP
davidabt@mwt.net

John H. Lovell and Courtney D. Miller on behalf of Cactus Growers, Inc.
john@lovell-law.net, courtney@lovell-law.net

Mark A. Rondeau on behalf of Innovative Livestock Services, Inc.
mrondeau@wcrf.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

                                                    */s/ Jeremy S. Rogers*_____
                                                    **Counsel for Receiver**