UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

## MOTION TO ADMIT FOREIGN ATTORNEY *PRO HAC VICE*

John R. Carr III ("Movant"), pursuant to S.D. Ind. Local Rule 83.5(c) and S.D. Ind. B-9010-2(c), respectfully requests that the Court admit Daniel J. Donnellon, *pro hac vice*, to practice before the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division, for the purpose of representing The First Bank and Trust Company in the above-captioned proceeding, and in support of this Motion, Movant would show the Court the following:

1. Movant is an attorney duly admitted to practice law since 1974, and is in good standing to practice before the courts of the State of Indiana, the United States District Court for the Northern and Southern Districts of Indiana, the Court of Appeals for the Seventh Federal Circuit, and the United States Supreme Court.

2. Daniel J. Donnellon is a partner of the firm of Faruki Ireland & Cox P.L.L., which maintains offices for the practice of law at 201 East Fifth Street, Suite 1420, Cincinnati, Ohio 45202.

3. Daniel J. Donnellon is an attorney duly admitted to practice law since 1986, and is in good standing to practice before the courts of the State of Ohio, the United States

District Court for Southern District of Ohio, the United States Court of Appeals for the Sixth Circuit, the United States Supreme Court, and the United States District Court for the Eastern District of Michigan.

4.      Daniel J. Donnellon has never been suspended or barred from practicing in any court and is not currently involved in any other litigation before the United States District Court, Southern District of Indiana, New Albany Division.

5.      Daniel J. Donnellon has considerable expertise and experience with the matters involved in this litigation and would be well qualified to represent The First Bank and Trust Company as co-counsel in these proceedings.

6.      Movant desires that Daniel J. Donnellon assist Movant in the representation of The First Bank and Trust Company as co-counsel in these proceedings.

7.      In order for Daniel J. Donnellon to adequately assist, as co-counsel, in the representation of The First Bank and Trust Company in these proceedings, it is necessary that Daniel J. Donnellon be admitted to practice, *pro hac vice*, before the United States Bankruptcy Court, Southern District of Indiana, New Albany Division.

8.      The affidavit in support of this Motion to Admit Foreign Attorney Pro Hac Vice, as required by S.D. Ind. B-9010-2(c)(2), is attached hereto as Exhibit "A."

WHEREFORE, Movant, John R. Carr III, respectfully requests that the Court admit Daniel J. Donnellon, *pro hac vice*, to practice before the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division, for the purpose of representing

The First Bank and Trust Company herein, and that the Court grant such other and further relief as is just.

/s/ John R. Carr III
John R. Carr III  (#3131-49)
Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN  46204-2184
Tel. 317-636-3471/Fax 317-636-6575
E-mail:  jrciii@acs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2010, a true and correct copy of the foregoing Motion to Admit Foreign Attorney *Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John W Ames – jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
C. R. Bowles – crb@gdm.com, shm@gdm.com;lgw@gdm.com
John R. Carr – jrciii@acs-law.com, sfinnerty@acs-law.com
Bret S. Clement – bclement@acs-law.com, sfinnerty@acs-law.com
Jesse Cook-Dubin – jcookdubin@vorys.com, cdfricke@vorys.com
Edward M King – tking@fbtlaw.com, dgioffre@fbtlaw.com
Randall D. LaTour – rdlatour@vorys.com, cdfricke@vorys.com
Kim Martin Lewis – kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com
William Robert Meyer – rmeyer@stites.com
Allen Morris – amorris@stites.com, dgoodman@stites.com
Jeremy S Rogers – Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
Ivana B. Shallcross – ibs@gdm.com
U.S. Trustee – ustpregion10.in.ecf@usdoj.gov
Charles R. Wharton – Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

I further certify that on December 13, 2010, a copy of the foregoing Motion to Admit Foreign Attorney *Pro Hac Vice* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

>Eastern Livestock Co., LLC
>135 W. Market Street
>New Albany, IN 47150

>/s/ John R. Carr III
>John R. Carr III

John W Ames:  jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
C. R. Bowles:  crb@gdm.com, shm@gdm.com;lgw@gdm.com
John R. Carr     jrciii@acs-law.com, sfinnerty@acs-law.com
Bret S. Clement     bclement@acs-law.com, sfinnerty@acs-law.com
Jesse Cook-Dubin     jcookdubin@vorys.com, cdfricke@vorys.com
Edward M King     tking@fbtlaw.com, dgioffre@fbtlaw.com
Randall D. LaTour     rdlatour@vorys.com, cdfricke@vorys.com
Kim Martin Lewis     kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com
William Robert Meyer     rmeyer@stites.com
Allen Morris     amorris@stites.com, dgoodman@stites.com
Jeremy S Rogers     Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
Ivana B. Shallcross     ibs@gdm.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AFFIDAVIT OF DANIEL J. DONNELLON IN SUPPORT OF MOTION TO ADMIT FOREIGN ATTORNEY PRO HAC VICE

STATE OF OHIO          )
                       ) ss:
COUNTY OF HAMILTON     )

Daniel J. Donnellon, being first duly sworn, states as follows:

I am a practicing attorney, duly licensed to practice and currently in good standing in:

| Court(s) | Date(s) of Admission |
|---|---|
| Supreme Court of Ohio | 1986 |
| United States District Court for the Southern District of Ohio | 1986 |
| United States Court of Appeals for the Sixth Circuit | 1994 |
| United States Supreme Court | 1999 |
| United States District Court for the Eastern District of Michigan | 2003 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.



EXHIBIT "A"

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant sayeth not.

_____
Daniel J. Donnellon

Sworn to and subscribed in my presence by the said Daniel J. Donnellon, this 10th day of December, 2010.

_____
Notary Public

SHARON LEE RODE, Notary Public
In and for the State of Ohio
My Commission Expires Apr. 20, 2011

439546.1

2