## Notice Recipients

District/Off: 0756–4         User: kgoss              Date Created: 12/13/2010
Case: 10–93904–BHL–11        Form ID: sgeneric        Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Kim Martin Lewis          kim.lewis@dinslaw.com

TOTAL: 1