# CERTIFICATE OF SERVICE

I hereby certify that on December 13th, 2010, a copy of the Order Granting the Receiver's Motion for an Expedited Hearing on the Receiver's Motion to Operate in the Pre-Appointment Period [Doc. No. 58] was served on all parties listed below.

Charles R. Wharton, Trustee
Charles.R.Wharton@usdoj.gov

Kim Martin Lewis
kim.lewis@dinslaw.com

Elizabeth M. Lynch
elynch@dsi.biz

John W Ames on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles on behalf of Creditor Gary Bell
crb@gdm.com, shm@gdm.com;lgw@gdm.com

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
rdlatour@vorys.com, cdfricke@vorys.com

Jesse Cook-Dubin on behalf of Creditor Fifth Third Bank
jcookdubin@vorys.com, cdfricke@vorys.com

Richard A. Schwartz on behalf of Thomas and Patsy Gibson
ecfmailschwartz@gmail.com

Eastern Livestock Co., LLC
contact@easternlivestock.net

Southeast Livestock Exchange, LLC
selex@bellsouth.net

Moseley Cattle Auction LLC, Attn: John F. Moseley, III
cmoseley@swgafarmcredit.com

David L. Rings
bonnierings@spsfence.com

Jeffrey T. Wegner
jeffrey.wegner@kutakrock.com

John O'Brien and Jessica E. Yates on behalf of Fredin Brothers, Inc.
jobrien@swlaw.com, jyates@swlaw.com

David L. Abt on behalf of Rush Creek Ranch, LLP
davidabt@mwt.net

John H. Lovell and Courtney D. Miller on behalf of Cactus Growers, Inc.
john@lovell-law.net, courtney@lovell-law.net

Mark A. Rondeau on behalf of Innovative Livestock Services, Inc.
mrondeau@wcrf.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ibs@gdm.com

*/s/ Jeremy S. Rogers*_____
**Counsel for Receiver**