SF00075 (rev 05/2008)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

Eastern Livestock Co., LLC                    Case Number:

  SSN: NA          EIN: NA                   **10–93904–BHL–11**

Debtor(s)

## NOTICE OF DEFICIENT FILING

The Motion to Appear Pro Hac Vice, which was filed on December 13, 2010, is deficient in the following respect(s):

Per Local Rule 9010–2, the Motion must be filed by the attorney seeking admission.

The above–cited deficiencies must be corrected by December 27, 2010 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   December 13, 2010            KEVIN P. DEMPSEY, CLERK
                                     U.S. BANKRUPTCY COURT