**SO ORDERED: December 10, 2010.**



_(signature)_

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                          )
                                                )      Case No.: 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC                      )
                                                )
                        Debtor.                 )

### ORDER GRANTING MOTION FOR ADMISSION APPEAR *PRO HAC VICE* OF JESSE COOK-DUBIN [RE: DKT. NO. 7]

Jesse Cook-Dubin, a member in good standing of the bar in the State of Ohio and the

U.S. District Court for the Southern District of Ohio, having requested admission, ***pro hac vice***,

to represent Fifth Third Bank in the above referenced case,

**IT IS ORDERED** that Jesse Cook-Dubin, Esq., is admitted ***pro hac vice***, in the above

referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided

that the filing fee has been paid.

# # #

1