**SO ORDERED: December 10, 2010.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| Debtor. ) | |

### ORDER GRANTING MOTION FOR ADMISSION APPEAR *PRO HAC VICE* OF RANDALL D. LATOUR [RE: DKT. NO. 9]

Randall D. LaTour, a member in good standing of the bar in the State of Ohio and the U.S. District Court for the Southern District of Ohio, having requested admission, *pro hac vice*, to represent Fifth Third Bank in the above referenced case,

**IT IS ORDERED** that Randall D. LaTour, Esq., is admitted *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided that the filing fee has been paid.

# # #