

**National Cattlemen's Beef Association**

December 10, 2010

FILED
U.S. BANKRUPTCY COURT
NEW ALBANY, INDIANA

DEC 13 2010

SOUTHERN DISTRICT OF INDIANA
KEVIN P. DEMPSEY, CLERK

The Honorable Basil H. Lorch III
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of Indiana
121 W. Spring Street, Room 110
New Albany, IN 47150

Re: Eastern Livestock Co., LLC Case No. 10-93904-BHL_11

Dear Judge Lorch:

The National Cattlemen's Beef Association (NCBA) is writing in support of the Petitioning Creditors' (Moseley Cattle Auction, Southeast Livestock Exchange, and David L. Rings) motion for the appointment of a trustee in bankruptcy proceedings of Eastern Livestock Co., LLC - case number 10-93904- BHL-11.

NCBA is a national trade association representing over 139,000 members engaged in all aspects of beef production. NCBA members are cow calf producers (producers that operate cow herds whose products are baby calves), backgrounders (producers that raise baby calves from weights of 300 lbs to 600 lbs), and commercial cattle feeders (producers who specialize in the fattening of cattle from weights of 600 lbs to slaughter weights of 1,000 plus lbs). NCBA has 44 affiliated state and breed organizations. NCBA's mission is to protect members' businesses, maintain a favorable business climate, and increase consumer demand which leads to producer profitability.

NCBA believes that the filing of the involuntary bankruptcy petition by the Petitioning Creditors', and the court's immediate orders for the appointment of a trustee, are vital first steps to providing stability to the marketplace. It is our understanding from documents filed with the United States Department of Agriculture's Grain Inspection, Packers, and Stockyards Administration (GIPSA), and NCBA member input, that Eastern had a significant nationwide business of purchasing, selling, and moving cattle throughout the United States. Cattle producers throughout the nation have been impacted by the activities of Eastern Livestock Co., LLC. In addition, cattle are perishable commodities. Significant resources of management, feed, handling, and hauling have been invested in thousands of animals. To interrupt these time-sensitive schedules will cause the value of these animals to fall and significantly disrupt supply chains to processors, retailers, and ultimately consumers.

NCBA, while not a creditor, is a party to these proceedings and asks that the court enter an order naming a Trustee, and to direct the Trustee to seek the input of industry experts to assure the orderly movement of livestock. NCBA further requests that the Court direct the Trustee

to develop a system of public notification of activities of the court so that producers across the nation have a reliable source of information regarding the filing of claims, payment of monies owed to Eastern, and the clearance of title to livestock by said Trustee accepting or cancelling contracts for the delivery of cattle.

NCBA offers our support to identify industry experts who may assist the Trustee and/or the Court in the resolution of this estate.

If you have any questions or comments please do not hesitate contacting:

Alice "Allie" Devine (JD, LLM agricultural law)
Special Counsel to NCBA
6031 SW 37th Street
Topeka, Kansas 66610
(785) 273-5115 or (785) 640-9992

or

Colin Woodall – Vice President, Government Affairs
NCBA
1301 Pennsylvania Avenue, NW Suite 300
Washington, DC 20004-1701
(202) 347-0228

Thank you for your time and consideration.

Sincerely,

Steve Foglesong
President

cc: John Ames – Greenebaum Doll & McDonald PLLC