UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                          CASE NO. 10-93904-BHL-11

EASTERN LIVESTOCK CO., LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2010, I served a copy of the Notice of the hearing on Republic Bank and Trust Company's Motion to Abandon in addition to Motion for Relief From Stay which is scheduled on January 12, 2011 at 10:00 a.m. [Document Number 69] to the following parties by electronic mail.

| | |
|---|---|
| U.S. Trustee<br>charles.r.wharton@usdoj.gov | C.R. Bowles<br>crb@gdm.com |
| Ivana B. Shallcross<br>ibs@gdm.com | John W. Ames<br>jwa@gdm.com |
| Edward M. King<br>tking@fbtlaw.com | John R. Carr III<br>jrciii@acs-law.com |
| Jeremy S. Rogers<br>jeremy.rogers@dinslaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Bret S. Clement<br>bclement@acs-law.com |
| Eastern Livestock Co., LLC<br>contact@easternlivestock.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Elizabeth M. Lynch<br>elynch@dsi.biz | Richard A. Schwartz<br>ecfmailschwartz@gmail.com |
| Southeast Livestock Exchange LLC<br>selex@bellsouth.net | Moseley Cattle Auction, LLC<br>John F. Moseley III<br>cmoseley@wsgafarmcredit.com |
| David L. Rings<br>bonnierings@spsfence.com | Jeffrey T. Wegner<br>Jeffrey.wegner@kutakrock.com |

R9565:9647:70013:1:JEFFERSONVILLE

-2-

| | |
|---|---|
| John O' Brien<br>jobrien@swlaw.com | Jessica E. Yates<br>jyates@swlaw.com |
| David L. Abt<br>davidabt@mwt.net | John H. Lovell<br>john@lovell-law.net |
| Courtney D. Miller<br>Courtney@lovell-law.net | Mark A. Rondeau<br>mrondeau@wcrf.com |

/s/Allen L. Morris
Allen L. Morris
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone: (812) 282-7566
COUNSEL FOR CREDITOR