UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE

Meredith R. Thomas, of the law firm of DALE & EKE, P.C., pursuant to Fed.R.Bankr.P. 9010, S.D.Ind. B-2002-1 and S.D.Ind. B-9010-1, hereby provides notice of her appearance in the above-captioned bankruptcy case on behalf of Kathryn L. Pry, Chapter 7 Trustee of the Bankruptcy Estate of Thomas P. Gibson and Patsy M. Gibson, and requests that copies of all documents filed in this bankruptcy case be given to and served upon her at the following:

> Meredith R. Thomas
> DALE & EKE, P.C.
> 9100 Keystone Crossing, Suite 400
> Indianapolis, Indiana 46240
> Tel: (317) 844-7400
> Fax: (317) 574-9426
> Email: mthomas@daleeke.com

The undersigned authorizes service by e-mail at the above e-mail address, and certifies that he is admitted to practice in this Court.

Respectfully submitted,

/s/ Meredith R. Thomas
Meredith R. Thomas
DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, Indiana 46240
Tel: (317) 844-7400
Fax: (317) 574-9426
Email: mthomas@daleeke.com
Attorneys for Kathryn L. Pry, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2010, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John W Ames
*jwa@gdm.com,*
*shm@gdm.com;tlm@gdm.com;rtrow bridge@kslaw.com*

C. R. Bowles
*crb@gdm.com,*
*shm@gdm.com;lgw@gdm.com*

John R. Carr
*jrciii@acs-law.com, sfinnerty@acs-law.com*

Bret S. Clement
*bclement@acs-law.com,*
*sfinnerty@acs-law.com*

Jesse Cook-Dubin
*jcookdubin@vorys.com,*
*cdfricke@vorys.com*

Edward M King
*tking@fbtlaw.com,*
*dgioffre@fbtlaw.com*

Randall D. LaTour
*rdlatour@vorys.com,*
*cdfricke@vorys.com*

William Robert Meyer
*rmeyer@stites.com*

Allen Morris
*amorris@stites.com,*
*dgoodman@stites.com*

Jeremy S Rogers
*Jeremy.Rogers@dinslaw.com,*
*joyce.jenkins@dinslaw.com*

Ivana B. Shallcross
*ibs@gdm.com*

U.S. Trustee
*ustpregion10.in.ecf@usdoj.gov*

Charles R. Wharton
*Charles.R.Wharton@usdoj.gov,*
*Charles.R.Wharton@usdoj.gov*

I further certify that on December 14, 2010, a copy of the foregoing *Notice of Appearance* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

                /s/ Meredith R. Thomas
                Meredith R. Thomas

i:\client\p\pry101\appearance.mrt.ch.11.doc