# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 13, 2010 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | KRISTIN GOSS |

## *Matters:*

1) Emergency Hearing Re:   Emergency Motion to Appoint Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business filed by John W Ames on behalf of Petitioning Creditors Moseley Cattle Auction, LLC, David L. Rings, Southeast Livestock Exchange LLC  [27]
   **R / M #:**   0 / 0

2) Emergency Hearing Re:   Motion for Authority to Operate in the Pre-Appointment Period filed by Jeremy S Rogers on behalf of Other Professional Elizabeth M. Lynch. [52]
   **R / M #:**   0 / 0

## *Appearances:*

IN COURT APPEARANCES:

KIM MARTIN LEWIS/JEREMY ROGERS - ATTORNEY FOR RECEIVERSHIP (PROFESSIONAL  ELIZABETH M. LYNCH)
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JOHN W AMES/CHIP BOWLES , ATTORNEY FOR DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
ROB MEYER  - ATTORNEY FOR REPUBLIC BANK AND TRUST
TED KING - LOCAL ATTORNEY FOR FIFTH THIRD BANK
KATHRYN PRY -  TRUSTEE FOR THOMAS AND PATSY GIBSON CASE
DAN DONNELLON/STEVE WEIGAND - ATTORNEYS FOR FIRST  BANK AND TRUST
LIZ LYNCH - RECEIVER

PHONE APPEARANCES:

JOHN LOVELL - ATTORNEY FOR CACTUS FEEDERS
JEFF WEGNER - ATTORNEY FOR WELLS FARGO CAPITAL
DAVE LABAS - ATTORNEY FOR OKLAHOMA HOLDINGS
JESSICA YATES - ATTORNEY FOR CPC LIVESTOCK AND FEDEEN BROTHERS
WILLIAM MOSELEY - REPRESENTATIVE OF MOSELEY LIVESTOCK
JOHN MASSOUH - ATTORNEY FOR FRIONA INDUSTRIES
LAURA DELCOTTO - ATTORNEY FOR BLUEGRASS STOCKYARDS
JOHN QUEEN -  ATTORNEY FOR SOUTHEAST LIVESTOCK EXCHANGE
CHRIS BRUMFIELD - ATTORNEY FOR FARM CREDIT WEST
ROBERT FOREE - ATTORNEY FOR KENTUCKY CATTLEMEN ASSOCIATION

## *Proceedings:*

\* Amended
 Disposition: Hearing held.  (1)   Motion Granted.   Ames to submit order.
    (2)   Motion Granted .    Court orders Receive only to operate Alleged Debtor's business.    Creditor's counsel to submit order.

Note:   Motion for Relief from Stay and Abandonment and Refusal to Waive filed by Republic Bank set for 1/21/11 @ 10:00 a.m. in New Albany.   Notice to be issued.

Future ominbus dates:   Jan. 21, 2011 @ 10:00 a.m. in New Albany.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**