**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**(EVANSVILLE)**

| | |
|---|---|
| **In re:** | |
| **EASTERN LIVESTOCK CO., LLC,** | Case No. 10-93904-BHL-11 |
| | Chapter 11 |
| **Alleged Debtor.** | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE**

PLEASE TAKE NOTICE that the law firm of Bass, Berry & Sims PLC, 100 Peabody Place, Suite 900, Memphis, Tennessee 38103 will represent the interests of Cattlco, LLC ("Cattlco"), a creditor and party in interest, in this matter.  Cattlco hereby requests that, pursuant to F.R.B.P. 2002 and 9007, all notices given or required to be given in this case and all papers served or required to be served in this case shall be provided to and served upon the following:

> Nolan M. Johnson, Esq.
> BASS, BERRY & SIMS PLC
> 100 Peabody Place, Suite 900
> Memphis, Tennessee  38103
> (901) 543-5900 - Telephone
> (901) 543-5999 – Facsimile
> njohnson@bassberry.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, applications, complaints, motions, petitions, pleadings, requests and demands, whether formal or informal, whether ex parte or on notice, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph or otherwise.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court or otherwise waiving any rights.

In re: EASTERN LIVESTOCK CO., LLC
Case No. 10-93904-BHL-11
Page 2 of 2

Respectfully submitted,

/s/ Nolan M. Johnson
Nolan M. Johnson (TN BPR #026399)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee  38103
(901) 543-5900 - Telephone
(901) 543-5999 – Facsimile
njohnson@bassberry.com

*Attorneys for Cattlco, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's electronic filing system and/or U.S. mail upon the following parties this 14th day of December, 2010:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, Indiana 47150

*Alleged Debtor*

C.R. Bowles, Jr., Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
GREENBAUM DOLL & MCDONALD
3500 National City Tower
101 S. 5th Street
Louisville, Kentucky 40202

*Attorneys for Petitioning Creditors*

Charles R. Wharton, Esq.
Office of the U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204

*U.S. Trustee*

/s/ Nolan M. Johnson

9037468.1