# Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 12/14/2010
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Allen Morris | amorris@stites.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | John W Ames | jwa@gdm.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 |

TOTAL: 1