JARED M. LEFEVRE         (ID No. 5979)
ELI J. PATTEN            (ID No. 11219)
CROWLEY FLECK PLLP
500 TRANSWESTERN PLAZA II
490 NORTH 31ST STREET
P.O. BOX 2529
BILLINGS, MT 59103-2529
TELEPHONE: (406) 252-3441
FACSIMILE: (406) 259-4159
EMAIL:  jlefevre@crowleyfleck.com
E-MAIL: epatten@crowleyfleck.com

Attorneys for Northern Livestock Video Auction

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

| | |
|---|---|
| IN RE: ) | Case No. 10-93904-BHL-11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| Debtor. ) | **REQUEST FOR SPECIAL NOTICE** |
| ) | |

Pursuant to Fed. R. Bankr. P. 2002, NORTHERN LIVESTOCK VIDEO AUCTION, creditor and party in interest in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtors or any other party in the case, be sent or delivered to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), the following be added to the Court's master mailing list:

> Jared M. LeFevre
> Crowley Fleck PLLP
> 500 TransWestern Plaza II
> 490 North 31st Street
> P.O. Box 2529
> Billings, Montana 59103-2529
> Email:  jlefevre@crowleyfleck.com

and

        Eli J. Patten
        Crowley Fleck PLLP
        500 TransWestern Plaza II
        490 North 31st Street
        P.O. Box 2529
        Billings, Montana 59103-2529
        E-mail: epatten@crowleyfleck.com

Attorneys for Northern Livestock Video Auction

      Such notices shall include notices by mail, fax, telephone, or any other means of transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in Fed. R. Bankr. P. 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirmation of a plan; matters relating to adequate protection and the debtor's obtaining of credit under 11 U.S.C. § 361 or 364; matters relating to the use of cash collateral under 11 U.S.C. § 364; matters relating to the use, sale or lease of property under 11 U.S.C. § 363; and assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

      DATED this 14th day of December, 2010.

                                      CROWLEY FLECK PLLP

                                      By: /s/ Eli J. Patten
                                          JARED M. LE FEVRE
                                          ELI J. PATTEN
                                          P.O. Box 2529
                                          Billings, MT  59103-2529

                                          Attorneys for Northern Livestock Video
                                             Auction

## CERTIFICATE OF SERVICE

I, Eli J. Patten, hereby certify under penalty of perjury that a copy of the foregoing Notice of Appearance and Request for Notice was served upon the following parties of record by:

      [ ]    U.S. First Class Mail, Postage Prepaid

      [ ]    UPS Overnight Mail

      [ ]    Hand-Delivery

      [ ]    Telefax

      [X]    ECF

addressed to:

**OFFICE OF THE U.S. TRUSTEE**
via ECF

**C.R. BOWLES**
via ECF

**IVANA B. SHALLCROSS**
via ECF

**JOHN W. AMES**
via ECF

      **ON** this 14th day of December, 2010.

                            /s/ Eli J. Patten
                            ELI J. PATTEN