**SO ORDERED: December 16, 2010.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | | | |
|---|---|---|---|
| IN RE | ) | | |
| | ) | | |
| EASTERN LIVESTOCK CO., LLC, et al. | ) | CASE NO. | BHL-11 |
| | ) | | |
| Debtor. | ) | CHAPTER 11 |

### ORDER APPROVING MOTION FOR THE APPOINTMENT OF A TRUSTEE
### UNDER 11 U.S.C. §§ 105, 303 AND 1104

This matter having come before the Court upon the Petitioning Creditors'[1] Emergency Motion Under 11 USC §§ 303(f) and (g), 105 And 1104(a) For An Order Appointing an Interim Trustee And Authorizing And Directing Interim Trustee to Operate Debtor's Business, (the "Motion"), the Court having found that proper notice of the Motion was given, considered the Motion, held an evidentiary hearing on the Motion on December 13, 2010 at which time it made oral findings of fact and conclusions of law which are incorporated herein, found no objection to the Motion having been made, and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Motion be and hereby is **APPROVED**, as the Court holds that the appointment of a Trustee under 11 U.S.C § 1104 was necessary in

---

[1] Capitalized terms not defined herein shall have the meaning given them in the Brief in Support of the Motion (Doc. No. 55).

this case for both the period prior to the adjudication of the involuntary petition and after the entry of the Order of Relief in this case; and

**IT IS FURTHER ORDERED** that the Office of the United States Trustee shall appoint a Chapter 11 Trustee for the Debtor.

**SO ORDERED**

# # #

4190001_1.doc