# Notice Recipients

District/Off: 0756–4            User: kgoss              Date Created: 12/16/2010
Case: 10–93904–BHL–11          Form ID: pdfOrder        Total: 16

**Recipients of Notice of Electronic Filing:**
aty        Allen Morris           amorris@stites.com
aty        Bret S. Clement        bclement@acs–law.com
aty        C. R. Bowles, Jr       crb@gdm.com
aty        Deborah Caruso         dcaruso@daleeke.com
aty        Edward M King          tking@fbtlaw.com
aty        Ivana B. Shallcross    ibs@gdm.com
aty        Jeremy S Rogers        Jeremy.Rogers@dinslaw.com
aty        Jesse Cook–Dubin       jcookdubin@vorys.com
aty        John R. Carr, III      jrciii@acs–law.com
aty        John W Ames            jwa@gdm.com
aty        Kim Martin Lewis       kim.lewis@dinslaw.com
aty        Meredith R. Thomas     mthomas@daleeke.com
aty        Randall D. LaTour      rdlatour@vorys.com
aty        William Robert Meyer, II     rmeyer@stites.com

                                                          TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb        Eastern Livestock Co., LLC      135 W. Market Street      New Albany, IN 47150
op         National Cattlemen's Beef Association      c/o Alice Devine      6031 SW 37th St.      Topeka, KA 66610

                                                          TOTAL: 2