SO ORDERED: December 14, 2010.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| | Chapter 11 |
| Alleged Debtor. | |

**ORDER GRANTING MOTION OF RECEIVER TO OPERATE IN
THE PRE-APPOINTMENT PERIOD**

This matter came before the Court on the Motion of the State Court-Appointed Receiver, Elizabeth Lynch (the "Receiver"), as custodian for Eastern Livestock Co., LLC ("Eastern Livestock" or the "Alleged Debtor") pursuant the Court's December 8 Order (Doc. No. 35), for an order allowing the Receiver to operate the Alleged Debtor's business until such date as there is an appointment of a trustee (the "Motion")(Doc. No. 52). The Court finds the Motion to be well-taken, and, accordingly, it is hereby GRANTED.

The Court finds that the creditors of the Alleged Debtor, and the cattle industry as a whole, would benefit from an Order allowing the Receiver to operate the business of the Alleged Debtor in the period until the appointment of a trustee in this case.

Accordingly, the Court hereby ORDERS that:

1. The Receiver may operate the business of the Alleged Debtor during the period until such a date that a trustee is appointed in this case.

2. Specifically, the Receiver may operated the Alleged Debtor's business according to the budget attached to the Motion as Exhibit A, including the ability to, in its discretion, sell cattle, collect accounts receivable, continue to investigate and locate potential assets of the estate, review contracts, and pay salaries and other operational costs such as purchasing cattle feed, costs related to the care of cattle, utilities costs, and occupancy costs.

3. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and enforcement of this Order.

4. This Order is effective immediately upon entry.

**IT IS SO ORDERED.**

###

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: edixon              Page 1 of 1              Date Rcvd: Dec 14, 2010
Case: 10-93904                Form ID: pdfOrder         Total Noticed: 1

The following entities were noticed by first class mail on Dec 16, 2010.
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2010**                    **Signature:**    _Joseph Speetjens_