UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
    Eastern Livestock Co., LLC
    SSN: NA        EIN: NA
    Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion for Relief from Stay, which was filed on December 16, 2010, is deficient in the following respect(s):

    Motion not proceeded or accompanied by appearance filed as separate document as required by Local Rule B−9010−1.

The above−cited deficiencies must be corrected by January 3, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   December 17, 2010                    KEVIN P. DEMPSEY, CLERK
                                               U.S. BANKRUPTCY COURT