## Notice Recipients

District/Off: 0756–4   User: edixon   Date Created: 12/17/2010
Case: 10–93904–BHL–11   Form ID: SF00075   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Mark A. Robinson   mrobinson@vhrlaw.com

TOTAL: 1