UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | § |
| | § CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | § |
| | § |
| Debtor. | § |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

John Frederick Massouh, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | November 2000 |
| U.S. District Court, Northern District of Texas | February 2001 |
| United States Court of Appeals for the Fifth Circuit | November 2007 |
| United States Tax Court | August 2008 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

_____
John Massouh

### ACKNOWLEDGEMENT

| | |
|---|---|
| STATE OF TEXAS | § |
| | §   SS |
| COUNTY OF POTTER | § |

Before me, a notary public in and for said county and state, personally appeared John Frederick Massouh, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 17th day of December 2010.

*[Notary Seal: NANCY C. RIFFE, Notary Public, State of Texas, My Commission Expires 12/11/2012]*

_____
Notary Public

AFFIDAVIT IN SUPPORT OF MOTION                                                              613518.1