IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| **Debtor** | ) | Chapter 11 |
| | ) | |

### REQUEST FOR HEARING TRANSCRIPT

Come now the Petitioning Creditors, *et al* ("Petitioning Creditors") by counsel and hereby request a copy of the transcript from the hearing held in this matter on December 13, 2010 at 1:30 P.M.

        Respectfully submitted,

        */s/ C.R. Bowles, Jr.*
        C.R. Bowles, Jr.
        GREENEBAUM DOLL & MCDONALD PLLC
        3500 National City Tower
        101 South Fifth Street
        Louisville, Kentucky 40402
        Phone: 502-587-3746
        Facsimile: 502-540-2274
        e-mail: crb@gdm.com

        **COUNSEL FOR THE PETITIONING CREDITORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2010, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System and the parties listed below. Parties may access this filing through the Court's system.

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.