SO ORDERED: December 16, 2010.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al. | ) | CASE NO.   BHL-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

### ORDER APPROVING MOTION FOR THE APPOINTMENT OF A TRUSTEE UNDER 11 U.S.C. §§ 105, 303 AND 1104

This matter having come before the Court upon the Petitioning Creditors'[1] Emergency Motion Under 11 USC §§ 303(f) and (g), 105 And 1104(a) For An Order Appointing an Interim Trustee And Authorizing And Directing Interim Trustee to Operate Debtor's Business, (the "Motion"), the Court having found that proper notice of the Motion was given, considered the Motion, held an evidentiary hearing on the Motion on December 13, 2010 at which time it made oral findings of fact and conclusions of law which are incorporated herein, found no objection to the Motion having been made, and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Motion be and hereby is **APPROVED**, as the Court holds that the appointment of a Trustee under 11 U.S.C § 1104 was necessary in

---

[1] Capitalized terms not defined herein shall have the meaning given them in the Brief in Support of the Motion (Doc. No. 55).

this case for both the period prior to the adjudication of the involuntary petition and after the entry of the Order of Relief in this case; and

**IT IS FURTHER ORDERED** that the Office of the United States Trustee shall appoint a Chapter 11 Trustee for the Debtor.

**SO ORDERED**

# # #

4190001_1.doc

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: kgoss              Page 1 of 1              Date Rcvd: Dec 16, 2010
Case: 10-93904                Form ID: pdfOrder        Total Noticed: 2

The following entities were noticed by first class mail on Dec 18, 2010.
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2010**                              Signature:      _Joseph Speetjens_