UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: §
§ CASE NO. 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC §
§
   Debtor. §

## MOTION TO APPEAR *PRO HAC VICE*

John Hunt Lovell of Lovell, Lovell, Newsom & Isern, L.L.P. moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Cactus Growers, Inc. in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | 11/1984 |
| U.S. District Court, Northern District of Texas | 02/1985 |
| U.S. District Court, Western District of Texas | 11/1988 |
| U.S. District Court, Southern District of Texas | 01/2001 |
| U.S. District Court, Eastern District of Wisconsin | 08/2002 |
| United States Court of Appeals for the Fifth Circuit | 04/1985 |
| United States Supreme Court | 1994 |
| Previously Admitted *Pro Hac Vice* LaPorte Superior Court #1 – Michigan County, Indiana | 1995 |
| Indiana Court of Appeals | 1998 and 2001 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice.*

4. Accompanying this motion is an affidavit, as required by S.D. Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.
John Lovell, TX SBN 12609300
112 W. 8th Ave., Suite 1000
Amarillo, Texas 79101
(806) 373-1515
FAX (806) 679-7176

/s/ John Lovell_____
   John Lovell

**ATTORNEYS FOR CACTUS GROWERS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail this 20th day of December, 2010 upon all parties entitled to such notice as provided by the ECF filing system, including the parties specifically set forth in the motion to receive notice thereof.

/s/ John Lovell_____
   John Lovell