UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                                    §
                                                          § CASE NO. 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC                                §
                                                          §
                                                          §
   Debtor.                                                §

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

John Hunt Lovell, being first duly sworn upon his oath, states as follows:

1. I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | 11/1984 |
| U.S. District Court, Northern District of Texas | 02/1985 |
| U.S. District Court, Western District of Texas | 11/1988 |
| U.S. District Court, Southern District of Texas | 01/2001 |
| U.S. District Court, Eastern District of Wisconsin | 08/2002 |
| United States Court of Appeals for the Fifth Circuit | 04/1985 |
| United States Supreme Court | 1994 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

                                        /s/ John H. Lovell
                                        John H. Lovell

## ACKNOWLEDGEMENT

STATE OF TEXAS §
§ SS
COUNTY OF POTTER §

Before me, a notary public in and for said county and state, personally appeared John Hunt Lovell, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 20th day of December 2010.

*Sabrina Dubberly*
Notary Public

SABRINA DUBBERLY
Notary Public, State of Texas
My Commission Expires
April 15, 2014