IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Robert H. Foree, a solo practitioner as Robert H. Foree, Attorney at Law moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Kentucky Cattlemen's Association in the above-styled cause only. In support of this motion, the application states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| U.S. District Court, Western District of Kentucky | November, 1996 |
| U.S. District Court Eastern District of Kentucky | December, 1996 |
| Kentucky Supreme Court | May, 1991 |

2. The applicant is not currently under supervision or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9012-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for the purposes of this cause only.

ROBERT H. FOREE, ATTORNEY AT LAW

/s/ Robert H. Foree
Robert H. Forere
Attorney at Law

2440 Eminence Road
Eminence, Kentucky, 40019
Telephone (502) 939-4607
Fascimile (502) 845-4947
E-mail robertforee@bellsouth.net

Counsel for The Kentucky Cattlemen's Association

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2010 the foregoing was filed electronically. Notice of this filing was sent to the following parties through the Court's Electronic Case Filing System. Parties may access these filings through the Court's System.

John W Ames on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles on behalf of Creditor Gary Bell
crb@gdm.com, shm@gdm.com;lgw@gdm.com

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Jesse Cook-Dubin on behalf of Creditor Fifth Third Bank
jcookdubin@vorys.com, cdfricke@vorys.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
rdlatour@vorys.com, cdfricke@vorys.com

Kim Martin Lewis on behalf of Other Professional Elizabeth Lynch
kim.lewis@dinslaw.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Jeremy S Rogers on behalf of Other Professional Elizabeth Lynch
Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ibs@gdm.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

/s/ *Robert H. Foree*
COUNSEL FOR THE KENTUCKY
CATTLEMEN'S ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: )
)
EASTERN LIVESTOCK CO., LLC ) CASE NO. 10-93904-BHL-11
)
Debtor. ) Chapter 11
)

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Robert H. Foree being duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| U.S. District Court, Western District of Kentucky | November, 1996 |
| U.S. District Court Eastern District of Kentucky | December, 1996 |
| Kentucky Supreme Court | May, 1991 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

_Robert H. Foree_
Robert H. Foree

State of Kentucky ) 
)
County of Henry )

Before me, a notary public in and for said county and state, personally appeared Robert H. Foree, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 9th day of December, 2010.

_____Mary S. Sharp_____
Notary Public

My Commission Expires:

8/22/12

4185273_1.doc