UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, § | |
| § | CHAPTER 11 |
| Alleged Debtor. § | |
| § | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Local Rule B-9010-1 and the attached Notice of Deficient Filing, Mark A. Robinson of the law firm Valenti Hanley & Robinson, PLLC, hereby enters his appearance on behalf of Cactus Growers, Inc., and requests, pursuant to Rule 2002 of the Rules of Federal Bankruptcy Procedure, that all future notices, motions, orders, and all other pleadings and papers filed in the instant proceeding shall be served upon:

        Mark A. Robinson
        VALENTI HANLEY & ROBINSON, PLLC
        1950 One Riverfront Plaza
        401 West Main Street
        Louisville, KY, 40202
        (502) 568-2100
        mrobinson@vhrlaw.com

        Respectfully submitted,

        /s/ Mark A. Robinson
        Mark A. Robinson
        VALENTI HANLEY & ROBINSON, PLLC
        1950 One Riverfront Plaza
        401 West Main Street
        Louisville, Kentucky  40202
        mrobinson@vhrlaw.com
        502.568.2100

        **Counsel for Cactus Growers, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail this 21st day of December, 2010 upon all parties entitled to such notice as provided by the ECF filing system.

/s/ Mark A. Robinson
Mark A. Robinson

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
121 W Spring St Rm 110  
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:

Eastern Livestock Co., LLC  
   SSN: NA       EIN: NA  
Debtor(s)

Case Number:

**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion for Relief from Stay, which was filed on December 16, 2010, is deficient in the following respect(s):

Motion not proceeded or accompanied by appearance filed as separate document as required by Local Rule B−9010−1.

The above−cited deficiencies must be corrected by January 3, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   December 17, 2010                     KEVIN P. DEMPSEY, CLERK  
                                                  U.S. BANKRUPTCY COURT