UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In Re:

Eastern Livestock Co., LLC,

Case No. 10-93904-BHL-11

Debtor.

### MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID L. ABT

Pursuant to S.D. Ind. Local Rule 83.5(c), David L. Abt hereby moves for *pro hac vice* admission to practice in this Court on behalf of Rush Creek Ranch, LLLP, and Reid Ludlow in this case. In support of this Motion, David L. Abt states that the attached Affidavit demonstrates that he has complied with the requirements of Rule 83.5(c), including the payment of the registration fee in the sum of $30, which is being submitted electronically to the Clerk along with this Motion.

WHEREFORE, David L. Abt moves the Court for an Order granting him permission to appear *pro hac vice* on behalf of Rush Creek Ranch, LLLP, and Reid Ludlow for purposes of this case only.

Dated this ___ day of December, 2010.

ABT LAW OFFICE
Attorneys for Rush Creek Ranch, LLP
and Reid Ludlow

By: _____
David L. Abt
WI State Bar No. 1017076
PO Box 128
Westby, WI 54667
608.634.2157

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In Re:

Eastern Livestock Co., LLC,

Case No. 10-93904-BHL-11

Debtor.

### AFFIDAVIT OF DAVID L. ABT, ESQ.

STATE OF WISCONSIN )
                    )ss
COUNTY OF VERNON    )

David L. Abt, having been first duly sworn upon oath, deposes and states the following:

1. I have personal knowledge of the facts stated herein.

2. I am admitted to practice in the following state and federal jurisdictions: Wisconsin Circuit Courts, Wisconsin Appellate Courts, and United States Federal Court.

3. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

4. I have never been charged with any complaints concerning my conduct as an attorney.

5. I have made an electronic payment of Thirty Dollars ($30) for the administrative fees required to process this Motion for *pro hac vice* admission.

6. I hereby subject myself to the jurisdiction and rules of this Court governing professional conduct.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
David L. Abt, Affiant

Subscribed and sworn to before me this
___16th___ day of December, 2010.

_____
Notary Public – State of Wisconsin
My Commission expires: ___6-22-14___