**SO ORDERED: December 21, 2010.**



_(signature)_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| | Chapter 11 |
| Alleged Debtor. | |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

THIS MATTER, having come before the Court upon a Motion for Admission *Pro Hac Vice*, and the Court having considered the matter and being sufficiently advised, IT IS HEREBY ORDERED that said Motion be, and is hereby, GRANTED and that Kim Martin Lewis, of the firm Dinsmore & Shohl, LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202, be and hereby is admitted *pro hac vice* to practice this case as counsel for the Receiver Elizabeth Lynch.

**IT IS SO ORDERED.**

###