## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 12/21/2010
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 2

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr     crb@gdm.com
aty     Kim Martin Lewis     kim.lewis@dinslaw.com

TOTAL: 2