# Notice Recipients

District/Off: 0756-4        User: kgoss2        Date Created: 12/21/2010
Case: 10-93904-BHL-11       Form ID: SF00200    Total: 21

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Allen Morris | amorris@stites.com |
| aty | Bret S. Clement | bclement@acs-law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook-Dubin | jcookdubin@vorys.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell-law.net |
| aty | John R. Carr, III | jrciii@acs-law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert Hughes Foree | robertforee@bellsouth.net |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

adb   Eastern Livestock Co., LLC    135 W. Market Street    New Albany, IN 47150
op    National Cattlemen's Beef Association    c/o Alice Devine    6031 SW 37th St.    Topeka, KA 66610

TOTAL: 2