UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Stephen A. Weigand of Faruki Ireland & Cox P.L.L. moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of The First Bank and Trust Company in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

   | Court(s) | Date(s) of Admission |
   |---|---|
   | Supreme Court of Ohio | 2008 |
   | United States District Court for the Southern District of Ohio | 2008 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has presented payment electronically in the amount of $30.00 as payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D. Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

/s/ Stephen A. Weigand
Stephen A. Weigand (Ohio #0083573)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: 937-227-3739
Telecopier: 513-632-0319
Email: sweigand@ficlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 21st day of December, 2010, I electronically filed the foregoing Motion to Appear *Pro Hac Vice* with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants. Parties may access this filing through the Court's system.

/s/ Stephen A. Weigand
Stephen A. Weigand

439607.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
|---|---|---|
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AFFIDAVIT IN SUPPORT OF
### MOTION TO APPEAR *PRO HAC VICE*

Stephen A. Weigand, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice and currently in good standing in:

| Court(s) | Date(s) of Admission |
|---|---|
| Supreme Court of Ohio | 2008 |
| United States District Court for the Southern District of Ohio | 2008 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant sayeth not.

_____
Stephen A. Weigand

STATE OF OHIO )
) ss:
COUNTY OF HAMILTON )

Before me, a notary public in and for said county and state, personally appeared Stephen A. Weigand, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 21st day of December, 2010.

*Sharon Lee Rode*
Notary Public

SHARON LEE RODE, Notary Public
In and for the State of Ohio
My Commission Expires Apr. 20, 2011

439609.1