UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| Eastern Livestock Co., LLC , | ) CASE NO. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**TRUSTEE'S VERIFIED STATEMENT**
**AND NOTICE OF ACCEPTANCE**

To the best of my knowledge and belief, neither I, or Kroger, Gardis and Regas, LLP nor any member, associate, or employee of Kroger, Gardis and Regas, LLP have any connection with the debtor, creditors ,any other parties in interest, their respective attorneys and accountants, the United States trustee and persons employed in the office of the United States trustee aside from those connections noted in the "Affidavit of Disinterest" filled concurrently herewith.

To the best of my knowledge, I and Kroger, Gardis and Regas, LLP are "disinterested persons" as that term is defined in 11 U.S.C. §101(14).

I hereby accept the appointment as trustee in <u>Eastern Livestock, Co. LLC</u>, Case No. 10-93904 BHL-11.

I verify and affirm under penalty of perjury that the foregoing representations are true.

DATED this _22_ day of December , 2010.

_/s/ James A. Knauer_
James A. Knauer
