UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Cause Number: 10-93904-BHL-11 |
| **EASTERN LIVESTOCK CO., LLC** | ) |
| | ) Chapter 11 |
| Debtor. | ) |

### AFFIDAVIT OF DISINTEREST

James A. Knauer, under penalty of perjury, says:

1.  I am an attorney admitted to practice before the United States District Court for the Southern District of Indiana, and a partner in Kroger, Gardis & Regas, LLP ("Kroger Gardis & Regas" or the "Firm") located at 111 Monument Circle, Suite 900, Indianapolis, Indiana 46204-5125.

2.  In preparing this affidavit, I submitted, or caused to be submitted, for review pursuant to the Firm's conflicts check system, the names of all of the persons or entities that I was able to identify from the filed appearances and docket entries of the Debtor, given that no schedules have been filed and there is no list of twenty largest creditors.

3.  Neither the affiant, his law firm or any other member, associate or professional employee of his law firm has any connection with the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee, or to the Debtor's estate, except as discussed herein.

4.  I have never represented Fifth Third Bank, however the Firm presently has five open matters for Fifth Third Bank, three of which were opened during the preceding twelve months. Four of those matters involve the preparation of loan documents for transactions between Fifth Third and its customers. In each of these instances, the fees paid to Kroger Gardis & Regas

are paid by Fifth Third's loan customer, not Fifth Third. The only litigation matter in which Kroger Gardis & Regas has represented Fifth Third in the past twelve months is the defense of a Fair Credit Reporting Act claim. The damages sought are not significant.

5. I have personally undertaken three matters which were adverse to Fifth Third Bank during the past twelve months. In each of these cases, I represented borrowers or guarantors in regard to real estate loans in workout. I am not presently representing anyone in any transactions adverse to Fifth Third.

6. From time to time Kroger Gardis & Regas also acts as local counsel for Brice Vander Linden & Wernicka ("BVLW"), a Dallas, Texas law firm who files consumer proofs of claim, consumer lift stay motions and chapter 13 plan objections for Fifth Third. In each case these pleadings are filed directly by BVLW. Occasionally, if there is a challenge, KGR appears on behalf of Fifth Third as co-counsel for BVLW on a flat fee basis for which it is allowed to bill a maximum of $250. KGR has no direct contact with Fifth Third in handling these claims. There are presently approximately 25 active matters for BVLW which have a potential, aggregate gross billing of $6,250.

7. Income received by the Firm from engagements for Fifth Third in the immediately preceding twelve months constituted approximately 1% or less of the Firm's revenue.

8. To the best of my knowledge, neither I nor the Firm represent any creditor of the Debtor in connection with any transactions or negotiations entered into with the Debtor.

9. To the best of my knowledge, neither I nor any member or associate of my law firm is a relative of any judge of this Court.

10. I affirm under penalty of perjury that the foregoing statements are true.

*James A. Knauer*
James A. Knauer
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Telephone: 317.777.7440
Facsimile: 317.777-7451
Cell: 317-250-6554
Email: jak@kgrlaw.com

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

Before me, a Notary Public in and for said County and State, personally appeared James A. Knauer who acknowledged the execution of the foregoing Affidavit, and who, having been duly sworn, stated that any representations contained therein are true.

Witness my hand and Notarial Seal this 23rd day of December, 2010,

*Heather N. Schuyler*
Heather N. Schuyler, Notary Printed

My Commission Expires:   11-30-2015
County of Residence:     Marion



HEATHER N. SCHUYLER
Marion County
My Commission Expires
November 30, 2015