# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Eastern Livestock Co., LLC, | ) | Case No.: 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

---

### APPEARANCE OF JAMES A. KNAUER AS TRUSTEE

Comes now James A. Knauer of the law firm of Kroger, Gardis & Regas, L.L.P., Bank One Center/Circle Side, 111 Monument Circle, Suite 900, Indianapolis, Indiana 46204-5125, and enters his appearance as Trustee in the above captioned Bankruptcy.

*KROGER, GARDIS & REGAS, LLP*

By: __/s/ James A. Knauer_____
James A. Knauer, Trustee
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
jak@kgrlaw.com
(317) 692-9000 – Telephone
(317) 777-7451 - Fax

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on December 27, 2010 a copy of the foregoing Appearance of James A. Knauer as Trustee was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| John W Ames | - | jwa@ilgdm.com |
| C. R. Bowles, Jr | - | crb@gdm.com |
| Ivana B. Shallcross | - | ibs@gdm.com |
| David L. Abt | - | davudabt@mwt.net |
| John Hunt Lovell | - | john@lovell-law.net |
| Mark A. Robinson | - | mrobinson@vhrlaw.com |
| Jesse Cook-Dubin | - | jcookdubin@vorys.com |
| Edward M. King | - | tking@fbtlaw.com |
| Randall D. LaTour | - | rdlatour@vorys.com |
| John R. Carr, III | - | jrciii@acs-law.com |
| Bret S. Clement | - | bclement@acs-law.com |
| Daniel J. Donnellon | - | ddonnellon@ficlaw.com |
| Stephen A. Weigand | - | sweigand@ficlaw.com |
| John Frederick Massouh | - | john.massouh@sprouselaw.com |
| Robert Hughes Foree | - | robertforee@bellsouth.net |
| Kim Martin Lewis | - | kim.lewis@dinslaw.com |
| Jeremy S Rogers | - | jeremy.Rogers@dinslaw.com |
| Deborah Caruso | - | dcaruso@daleeke.com |
| Meredith R. Thomas | - | mthomas@daleeke.com |
| William Robert Meyer, II | - | rmeyer@stites.com |
| Allen Morris | - | amorris@stites.com |

       I further certify that on December 27, 2010, a copy of the foregoing Appearance of James A. Knauer as Trustee was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Eastern Livestock Co., LLC
135 West Market Street
New Albany, Indiana 47150

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th Street
Topeka, KA 66610

                        ___/s/ James A. Knauer___
                        James A. Knauer, Trustee
                        KROGER, GARDIS & REGAS, LLP
                        111 Monument Circle, Suite 900
                        Indianapolis, Indiana   46204-5125
                        jak@kgrlaw.com
                        (317) 692-9000 – Telephone
                        (317) 777-7451 - Fax