**SO ORDERED: December 27, 2010.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Eastern Livestock Co., LLC , | ) | CASE NO.  10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

ORDER APPROVING THE APPOINTMENT
OF JAMES A. KNAUER AS CHAPTER 11 TRUSTEE

This matter coming before the Court on the United States Trustee's Application for an Order  Approving the Appointment of James A. Knauer as Chapter 11 trustee in the Eastern Livestock Co. LLC, case.

The Court, being duly advised, does hereby GRANT the Application and APPROVES the appointment of James A. Knauer as Chapter 11 trustee pursuant to 11 U.S.C. §1104.

####