UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

S001013 (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE AND
## ORDER TO COMPLETE FILING

    An involuntary petition was filed against the debtor on December 6, 2010, by Petitioning Creditors David L. Rings, Southeast Livestock Exchange LLC, Moseley Cattle Auction, LLC, and et al. The Court, after reviewing this petition, finds that the relief requested under chapter 11 of title 11 of the U.S. Code is proper.

    IT IS THEREFORE ORDERED that the petition for an order for relief under chapter 11 is GRANTED.

    IT IS FURTHER ORDERED that the debtor must file an Involuntary Creditor List by January 4, 2011, and the Schedules and Statement of Affairs by January 11, 2011.

###