# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: kgoss2 | Date Created: 12/28/2010 |
| Case: 10−93904−BHL−11 | Form ID: s001013 | Total: 46 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| aty | Allen Morris | amorris@stites.com |
| aty | Bret S. Clement | bclement@acs−law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook−Dubin | jcookdubin@vorys.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell−law.net |
| aty | John R. Carr, III | jrciii@acs−law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert Hughes Foree | robertforee@bellsouth.net |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| ptcrd | David L. Rings | 1288 Frontage Road | Russell Springs, KY 42642 | |
| ptcrd | Southeast Livestock Exchange LLC | PO Box 1306 | Waynesville, NC 28786 | |
| ptcrd | Moseley Cattle Auction, LLC | 1044 Arlington Avenue | Blakely, GA 39823 | |
| op | Elizabeth M. Lynch | Development Specialists, Inc. | 6375 Riverside Drive | Suite 200 | Dublin, OH 43017 |
| cr | First Bank and Trust Company, The | c/o Ayres Carr &Sullivan, P.C. | 251 East Ohio Street, Suite 500 | Indianapolis, IN 46204−2184 |
| cr | Republic Bank and Trust Company | 661 South Hurstbourne Parkway | Louisville, KY 40222 | |
| cr | Gary S. Bell | PO Box 122 | Edmonton, KY 42129 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |
| ptcrd | Southland Haulers, LLC | Howard &Myra Compton | P O Box 142 | Bratley, AL 36009 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs | 3087 Ervin Town Rd. | Castlewood, VA 24224 |
| ptcrd | Breeding Brothers | Attn: Wade Breeding | 9440 Columbia Hwy. | Greensburg, KY 42743 |
| ptcrd | BBFarms | Attn: Keith Breeding | 8090 Greensburg Road | Greensburg, KY 42743 |
| ptcrd | Jeremy Coffey | 6205 Greensburg Road | Columbia, KY 42728 | |
| ptcrd | Brent Keith | 505 Marlo−Campbell Road | Columbia, KY 42728 | |
| ptcrd | Dennis Neat | 6198 Burkesville Road | Columbia, KY 42728 | |
| ptcrd | Billy Neat | 705 B. Neat Road | Columbia, KY 42728 | |
| ptcrd | Jimmy Brummett | 7594 Hwy. 555 | Glens Fork, KY 42741 | |
| ptcrd | Mike Loy | 668 P.D. Pyles Road | Columbia, KY 42728 | |
| ptcrd | Superior Livestock Auction, Inc. | 1155 North Colorado Ave. | Bush, CO 80723 | |
| ptcrd | Gary S. Bell | P.O. Box 122 | Edmonton, KY 42129 | |
| op | David L. Abt | 210 N Main St | PO Box 128 | Westby, WI 54667 |

TOTAL: 22