**SO ORDERED: December 28, 2010.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SRESVAC (rev 09/2009)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

### ORDER

    A(n) Order for Relief in an Involuntary Case and Order to Complete Filing was entered in error on December 28, 2010.

    IT IS THEREFORE ORDERED that the Order for Relief in an Involuntary Case and Order to Complete Filing is VACATED.

###