# Notice Recipients

District/Off: 0756–4                 User: kgoss2                 Date Created: 12/28/2010
Case: 10–93904–BHL–11                Form ID: sresvac            Total: 26


**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Allen Morris | amorris@stites.com |
| aty | Bret S. Clement | bclement@acs–law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook–Dubin | jcookdubin@vorys.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell–law.net |
| aty | John R. Carr, III | jrciii@acs–law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert Hughes Foree | robertforee@bellsouth.net |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 22


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

adb         Eastern Livestock Co., LLC         135 W. Market Street         New Albany, IN 47150
op          National Cattlemen's Beef Association         c/o Alice Devine         6031 SW 37th St.         Topeka, KA 66610
10361078    Cattlco, LLC         c/o Nolan M. Johnson, Esq.         BASS, BERRY &SIMS PLC         100 Peabody Place, Suite 900         Memphis, TN 38103
10361254    ELI J. PATTEN         CROWLEY FLECK PLLP         P.O. BOX 2529         BILLINGS, MT 59103         epatten@crowleyfleck.com

TOTAL: 4