**SO ORDERED: December 28, 2010.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

B253 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE AND ORDER TO COMPLETE FILING

    On consideration of the petition filed on December 6, 2010 against the above−named debtor, an order for relief under Chapter 11 of title 11 of the United States Code is GRANTED.

    IT IS FURTHER ORDERED that the debtor shall file or submit all documents required by Fed.R.Bankr.P. 1007(a)(2), (b), and (f) within the time limits set by that Rule.

###