# Notice Recipients

District/Off: 0756−4     User: kgoss     Date Created: 12/28/2010
Case: 10−93904−BHL−11     Form ID: pdfOrder     Total: 26

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Allen Morris | amorris@stites.com |
| aty | Bret S. Clement | bclement@acs−law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook−Dubin | jcookdubin@vorys.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell−law.net |
| aty | John R. Carr, III | jrciii@acs−law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert Hughes Foree | robertforee@bellsouth.net |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

adb     Eastern Livestock Co., LLC     135 W. Market Street     New Albany, IN 47150
op     National Cattlemen's Beef Association     c/o Alice Devine     6031 SW 37th St.     Topeka, KA 66610
10361078     Cattlco, LLC     c/o Nolan M. Johnson, Esq.     BASS, BERRY &SIMS PLC     100 Peabody Place, Suite 900     Memphis, TN 38103
10361254     ELI J. PATTEN     CROWLEY FLECK PLLP     P.O. BOX 2529     BILLINGS, MT 59103     epatten@crowleyfleck.com

TOTAL: 4