**SO ORDERED: December 29, 2010.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

 

UNITED STATES BANKRUPTCY COURT  SF00076 (rev 07/2006)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

   Eastern Livestock Co., LLC                      Case Number:
     SSN: NA       EIN: NA
   Debtor(s)                                                  **10−93904−BHL−11**

### ORDER STRIKING DEFICIENT FILING

     A Notice of Deficient Filing dated December 13, 2010 was issued to Creditor Gary S. Bell and Petitioning Creditor Gary S. Bell. The responsible party failed to timely cure the deficiency, and the Court finds that the deficient filing should be stricken from the record.

     IT IS THEREFORE ORDERED that the following deficient filing shall be, and hereby is, STRICKEN from the record:

   Document:       Motion to Appear Pro Hac Vice
   File Date:         December 8, 2010
   Document Number: 33

###