## Notice Recipients

District/Off: 0756–4           User: edixon              Date Created: 12/29/2010
Case: 10–93904–BHL–11          Form ID: pdfOrder         Total: 1

**Recipients of Notice of Electronic Filing:**
aty          C. R. Bowles, Jr          crb@gdm.com

                                                                TOTAL: 1