SO ORDERED: December 27, 2010.



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Eastern Livestock Co., LLC , | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

ORDER APPROVING THE APPOINTMENT
OF JAMES A. KNAUER AS CHAPTER 11 TRUSTEE

This matter coming before the Court on the United States Trustee's Application for an Order Approving the Appointment of James A. Knauer as Chapter 11 trustee in the Eastern Livestock Co. LLC, case.

The Court, being duly advised, does hereby GRANT the Application and APPROVES the appointment of James A. Knauer as Chapter 11 trustee pursuant to 11 U.S.C. §1104.

####

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: edixon              Page 1 of 1              Date Rcvd: Dec 27, 2010
Case: 10-93904                Form ID: pdfOrder         Total Noticed: 3

The following entities were noticed by first class mail on Dec 29, 2010.
aty          +James A Knauer,    Kroger, Gardis & Regas, LLP,    111 Monument Circle, Suite 900,
               Indianapolis, IN 46204-5125
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2010**            **Signature:**   _Joseph Speetjens_