UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**MOTION FOR EMERGENCY HEARING**

Comes now James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by proposed counsel, and respectfully moves, on an emergency basis, this Court for an emergency hearing ("Motion") on the *Emergency Motion For Order Authorizing Chapter 11 Trustee To Settle A Class Of Contracts Pursuant To Bankruptcy Rule 9019(B)* ("Emergency Motion").  In support of this Motion, the Trustee respectfully states as follows:

1. The Trustee believes there are over 100 contracts between Eastern Livestock Co., LLC ("Debtor") and others pertaining to the future purchase of cattle by Debtor.

2. Because such contracts are expiring daily and represent exposure of the estate to significant claims and/or the loss of down payments made by the Debtor, prior authority to settle or cancel the class of such contracts is needed on an emergency basis.

3. The Trustee requests authority to settle contracts for benefit of the Debtor's estate.

WHEREFORE, the Trustee requests that the Court schedule its Emergency Motion for hearing at its earliest convenience.

                                             Respectfully submitted,

                                             BAKER & DANIELS LLP

                                           By:  /s/ Terry E. Hall

Terry E. Hall (#22041-49)                      *Proposed Counsel for Trustee*
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
terry.hall@bakerd.com

### **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2010, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | | |

      I further certify that on December 30, 2010, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

6480162_1.DOC                               2

/s/ Terry E. Hall