SO ORDERED: December 28, 2010.



Basil H. Lorch III
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

B253 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA        EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE AND ORDER TO COMPLETE FILING

   On consideration of the petition filed on December 6, 2010 against the above−named debtor, an order for relief under Chapter 11 of title 11 of the United States Code is GRANTED.

   IT IS FURTHER ORDERED that the debtor shall file or submit all documents required by Fed.R.Bankr.P. 1007(a)(2), (b), and (f) within the time limits set by that Rule.

###

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: kgoss                Page 1 of 1               Date Rcvd: Dec 28, 2010
Case: 10-93904                Form ID: pdfOrder          Total Noticed: 4

The following entities were noticed by first class mail on Dec 30, 2010.
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128
10361078     +Cattlco, LLC,    c/o Nolan M. Johnson, Esq.,    BASS, BERRY & SIMS PLC,
               100 Peabody Place, Suite 900,    Memphis, TN 38103-3653
10361254     +ELI J. PATTEN,    CROWLEY FLECK PLLP,    P.O. BOX 2529,    BILLINGS, MT 59103-2529,
               epatten@crowleyfleck.com

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**          **Signature:** _Joseph Speetjens_