UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

S001013 (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA       EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE AND ORDER TO COMPLETE FILING

    An involuntary petition was filed against the debtor on December 6, 2010, by Petitioning Creditors David L. Rings, Southeast Livestock Exchange LLC, Moseley Cattle Auction, LLC, and et al. The Court, after reviewing this petition, finds that the relief requested under chapter 11 of title 11 of the U.S. Code is proper.

    IT IS THEREFORE ORDERED that the petition for an order for relief under chapter 11 is GRANTED.

    IT IS FURTHER ORDERED that the debtor must file an Involuntary Creditor List by January 4, 2011, and the Schedules and Statement of Affairs by January 11, 2011.

###

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: kgoss2              Page 1 of 1                  Date Rcvd: Dec 28, 2010
Case: 10-93904                Form ID: s001013          Total Noticed: 21

The following entities were noticed by first class mail on Dec 30, 2010.
 ptcrd         +B&B Farms,    Attn: Keith Breeding,    8090 Greensburg Road,    Greensburg, KY 42743-9002
 ptcrd         +Billy Neat,    705 B. Neat Road,    Columbia, KY 42728-8500
 ptcrd         +Breeding Brothers,    Attn: Wade Breeding,    9440 Columbia Hwy.,    Greensburg, KY 42743-9130
 ptcrd         +Brent Keith,    505 Marlo-Campbell Road,    Columbia, KY 42728-5106
 op            +David L. Abt,    210 N Main St,    PO Box 128,    Westby, WI 54667-0128
 ptcrd         +David L. Rings,    1288 Frontage Road,    Russell Springs, KY 42642-7871
 ptcrd         +Dennis Neat,    6198 Burkesville Road,    Columbia, KY 42728-8529
 adb           +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
 op            +Elizabeth M. Lynch,    Development Specialists, Inc.,    6375 Riverside Drive,    Suite 200,
                 Dublin, OH 43017-5045
 cr             First Bank and Trust Company, The,    c/o Ayres Carr & Sullivan, P.C.,
                 251 East Ohio Street, Suite 500,    Indianapolis, IN 46204-2184
 cr            +Gary S. Bell,    PO Box 122,    Edmonton, KY 42129-0122
 ptcrd         +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
 ptcrd         +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
 ptcrd          Jimmy Brummett,    7594 Hwy. 555,    Glens Fork, KY 42741
 ptcrd         +Mike Loy,    668 P.D. Pyles Road,    Columbia, KY 42728-9455
 ptcrd         +Moseley Cattle Auction, LLC,    1044 Arlington Avenue,    Blakely, GA 39823-2362
 op            +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
                 Topeka, KA 66614-5128
 cr            +Republic Bank and Trust Company,    661 South Hurstbourne Parkway,    Louisville, KY 40222-5079
 ptcrd         +Southeast Livestock Exchange LLC,    PO Box 1306,    Waynesville, NC 28786-1306
 ptcrd         +Southland Haulers, LLC,    Howard & Myra Compton,    P O Box 142,    Bratley, AL 36009-0142
 ptcrd         +Superior Livestock Auction, Inc.,    1155 North Colorado Ave.,    Bush, CO 80723-2901

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 ptcrd*        +Gary S. Bell,    P.O. Box 122,    Edmonton, KY 42129-0122
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 30, 2010**                    Signature:    *Joseph Speetjens*