# Notice Recipients

District/Off: 0756−4     User: kgoss     Date Created: 1/3/2011
Case: 10−93904−BHL−11     Form ID: sgeneric     Total: 26

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com | |
| aty | Allen Morris | amorris@stites.com | |
| aty | Bret S. Clement | bclement@acs−law.com | |
| aty | C. R. Bowles, Jr | crb@gdm.com | |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com | |
| aty | David L. Abt | davidabt@mwt.net | |
| aty | Deborah Caruso | dcaruso@daleeke.com | |
| aty | Edward M King | tking@fbtlaw.com | |
| aty | Ivana B. Shallcross | ibs@gdm.com | |
| aty | James A. Knauer | jak@kgrlaw.com | |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com | |
| aty | Jesse Cook−Dubin | jcookdubin@vorys.com | |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com | |
| aty | John Hunt Lovell | john@lovell−law.net | |
| aty | John R. Carr, III | jrciii@acs−law.com | |
| aty | John W Ames | jwa@gdm.com | |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com | |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com | |
| aty | Meredith R. Thomas | mthomas@daleeke.com | |
| aty | Randall D. LaTour | rdlatour@vorys.com | |
| aty | Robert Hughes Foree | robertforee@bellsouth.net | |
| aty | Stephen A. Weigand | sweigand@ficlaw.com | |
| aty | Terry E. Hall | terry.hall@bakerd.com | |
| aty | William Robert Meyer, II | rmeyer@stites.com | |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |

TOTAL: 2