UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, § | |
| § | CHAPTER 11 |
| Alleged Debtor. § | |
| § | |

**LIMITED OBJECTION TO EMERGENCY MOTION FOR ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO SETTLE A CLASS OF CONTRACTS PURSUANT TO BANKRUPTCY RULE 9019(B)**

TO THE HONORABLE UNITED STATES BANKRUPTPCY JUDGE:

Interested Parties, Friona Industries, LP ("Friona"), Cactus Growers, Inc. ("Cactus"), and J & F Oklahoma Holdings, Inc. ("J&F"), collectively "Movants," file this Limited Objection to Emergency Motion for Order Authorizing Chapter 11 Trustee to Settle a Class of Contracts Pursuant to Bankruptcy Rule 9019(B), and would show the Court as follows:

1.  On December 30, 2010, the Chapter 11 Trustee (the "Trustee") filed his Emergency Motion for Order Authorizing Chapter 11 Trustee to Settle a Class of Contracts Pursuant to Bankruptcy Rule 9019(B) ("Trustee's Motion").  Trustee's Motion seeks authority to negotiate and settle unspecified contracts for future delivery of cattle or to assume and assign such contracts.

2.  The contracts at issue appear to only relate to contracts for the future purchase of cattle by Debtor that are expiring or for which a demand for adequate assurance of performance was made.  However, the Trustee's Motion is unclear.  There is no other description of, or explanation about, the contracts, the terms of the contracts, or the parties to the contracts.  The Trustee is simply asking the Court to grant him broad authority to do as he wishes with regard to numerous unknown transactions.

3.  Likewise, the Trustee is asking the Court grant him authority to assume and assign such contracts.  There is no explanation of how the Debtor intends to perform under an assumed contract or an explanation of to whom the Trustee intends to assign such contracts.

4.     Therefore, the Movants file this limited objection as they are unable to determine the nature of the Trustee's Motion as the Trustee's Motion is too vague and general.

Respectfully submitted,

/s/ John Massouh
John Massouh, Texas State Bar No. 24026866
SPROUSE SHRADER SMITH P.C.
701 S. Taylor, Suite 500
P. O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 fax
John.massouh@sprouselaw.com

David L. LeBas
NAMEN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
(512) 474-0300; (512) 474-1901 FAX

John H. Lovell
LOVELL, LOVELL, NEWSON & ISERN, LLP
112 West 8th Avenue, Suite 1000
Eagle Center Building
Amarillo, Texas 79101-2314
(806) 373-1515; (806) 379-7176 FAX

Mark A. Robinson
VALENTI HANLEY & ROBINSON, PLLC
One Riverfront Plaza, Suite 1950
401 West Main Street
Louisville, KY 40202
(502) 568-2100; (502) 568 2101 FAX
mrobinson@vhrlaw.com

ATTORNEYS FOR MOVANTS.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail this 3rd day of January, 2011 upon all parties entitled to such notice as provided by the ECF filing system.

/s/John Massouh
John Massouh

615699.1