UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | § | |
| | § | CHAPTER 11 |
| Alleged Debtor. | § | |
| | § | |

## SUPPLEMENTAL MOTION FOR RELIEF FROM STAY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Creditors, Friona Industries, LP ("Friona"), Cactus Growers, Inc. ("Cactus"), and J & F Oklahoma Holdings, Inc. ("J&F"), collectively "Movants," file this Supplemental Motion for Relief from Stay, and would show the Court as follows:

1.      On December 16, 2010, Movants filed their Motion for Relief [Doc. # 78]. The Supplemental Motion seeks to add additional grounds for relief from the stay.

2.      Movants hereby incorporate by reference their Motion for Relief and submit as additional grounds (1) the continuation of the Interpleader Action does not constitute an action subject to the automatic stay for purposes of 11 U.S.C. § 362(a)(1); and (2) the stay should be terminated pursuant to 11 U.S.C.§ 362(d)(1) for cause.

WHEREFORE, the Movants respectfully request the Court to terminate the automatic stay under 11 U.S.C.§ 362, or otherwise enter an order to permit the Interpleader Action to continue and go forward in the United States District Court for the Northern District of Texas, Amarillo Division.

Respectfully submitted,


/s/ Mark A. Robinson
Mark A. Robinson
VALENTI HANLEY & ROBINSON, PLLC
One Riverfront Plaza, Suite 1950
401 West Main Street
Louisville, KY 40202
(502) 568-2100; (502) 568 2101 FAX
mrobinson@vhrlaw.com


John Massouh, Texas State Bar No. 24026866
SPROUSE SHRADER SMITH  P.C.
701 S. Taylor, Suite 500
P. O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 fax
John.massouh@sprouselaw.com


David L. LeBas
NAMEN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
(512) 474-0300; (512) 474-1901 FAX


John H. Lovell
LOVELL, LOVELL, NEWSON & ISERN, LLP
112 West 8th Avenue, Suite 1000
Eagle Center Building
Amarillo, Texas 79101-2314
(806) 373-1515; (806) 379-7176 FAX


ATTORNEYS FOR MOVANTS.

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via electronic

and/or U.S. Mail this 4th day of January, 2011 upon all parties entitled to such notice as provided

by the ECF filing system.


/s/ Mark A. Robinson
Mark A. Robinson


615657.1