# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC | | |
| **Case Number:** | 10-93904-BHL-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 04, 2011 10:00 AM   NA 103 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | KRISTIN GOSS | | |
| **Reporter / ECR:** | NOT RECORDED | | |

## *Matter:*

Expedited Telephonic Hearing Re:   Emergency Motion for Authority Emergency Motion For Order Authorizing Chapter 11 Trustee To Settle A Class Of Contracts Pursuant To Bankruptcy Rule 9019(B) filed by Terry E. Hall on behalf of Trustee James A. Knauer. [115]  with an Objection to Motion for Authority filed by John Hunt Lovell, Mark A. Robinson, John Frederick Massouh on behalf of Creditors Cactus Growers, Inc., Friona Industries, LP, J&F Oklahoma Holdings, Inc  [128]

**R / M #:**   0 / 0

## *Appearances:*

JIM CARR/ BOB STANLEY/ TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
JIM KNAUER - TRUSTEE
LIZ LYNCH - RECEIVER
CHIP BOWLES - ATTORNEY FOR PETITIONING CREDITORS
CHUCK WHARTON - UST
JOHN CARR/BRETT CLEMENTS - ATTORNEYS FOR FIRST BANK AND TRUST
RANDALL LATOUR - ATTORNEY FOR FIFTH THIRD BANK
DAVID LEBAS - ATTORNEY FOR OKLAHOMA HOLDINGS
JOHN MASSOUGH - ATTORNEY FOR FRIONA INDUSTRIES
DAN DONNELLON/STEVE WEIGAND - ATTORNEYS FOR FIRST BANK AND TRUST
JOHN LEVELL - ATTORNEY FOR CACTUS GROWERS
DEBBIE CARUSO - ATTORNEY FOR KATHRYN PRY - TRUSTEE IN GIBSON CASE

## *Proceedings:*

Disposition:  Telephone Conference held.    Motion Granted.  Order to be submitted by Knauer.

Note:   This proceeding was not recorded and no transcript will be available.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**