UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                    §
                                          §
EASTERN LIVESTOCK CO., LLC                §    Case No.: 10-93904-BHL-11
                                          §
Debtor.                                   §
                                          §

## MOTION TO APPEAR *PRO HAC VICE*

James B. Johnston of Easterwood, Boyd & Simmons, PC, moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Eddie Eicke/Eicke Ranch II in the above-styled cause only. In support of this motion, the applicant states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| Courts | Dates of Admission (month/year) |
|---|---|
| Texas Supreme Court | May 1985 |
| U.S. District Court, Northern District of Texas | March 1986 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

EASTERWOOD, BOYD & SIMMONS, PC
623 N. Main Street
P. O. Box 273
Hereford, Texas 79045
Tel: (806) 364-6801
Fax: (806) 364-2526
e-mail: bjtexas59@hotmail.com
alt. e-mail: bryan@ebs-law.net
Counsel for Eddie Eicke/Eicke Ranch II

By: /s/ James B. Johnston
James B. Johnston
Texas State Bar No. 10838200

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011 a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- **David L. Abt**  davidabt@mwt.net
- **John W Ames**  jwa@gdm.com, shm@gdm.com; tlm@gdm.com; rtrowbridge@kslaw.com
- **C. R. Bowles**  crb@gdm.com, shm@gdm.com;lgw@gdm.com
- **John R. Carr**  jrciii@acs-law.com, sfinnerty@acs-law.com
- **Deborah Caruso**  dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com
- **Bret S. Clement**  bclement@acs-law.com, sfinnerty@acs-law.com
- **Jesse Cook-Dubin**  jcookdubin@vorys.com, cdfricke@vorys.com
- **Daniel J. Donnellon**  ddonnellon@ficlaw.com
- **Robert Hughes Foree**  robertforee@bellsouth.net
- **Terry E. Hall**  terry.hall@bakerd.com, sarah.laughlin@bakerd.com; sharon.korn@bakerd.com
- **Edward M King**  tking@fbtlaw.com, dgioffre@fbtlaw.com
- **James A. Knauer**  jak@kgrlaw.com, hns@kgrlaw.com
- **Randall D. LaTour**  rdlatour@vorys.com, cdfricke@vorys.com
- **Kim Martin Lewis**  kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com
- **John Hunt Lovell**  john@lovell-law.net, sabrina@lovell-law.net
- **John Frederick Massouh**  john.massouh@sprouselaw.com
- **William Robert Meyer**  rmeyer@stites.com
- **Allen Morris**  amorris@stites.com, dgoodman@stites.com
- **Mark A. Robinson**  mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- **Jeremy S Rogers**  Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- **Ivana B. Shallcross**  ibs@gdm.com
- **Meredith R. Thomas**  mthomas@daleeke.com, kmark@daleeke.com
- **U.S. Trustee**  ustpregion10.in.ecf@usdoj.gov
- **Stephen A. Weigand**  sweigand@ficlaw.com
- **Charles R. Wharton**  Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

I further certify that on December 31, 2010, a copy of the foregoing Motion to Appear Pro Hac Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

**Eastern Livestock Co., LLC**
135 W. Market Street
New Albany, IN 47150

**Kentucky Cattlemen's Association**
176 Pasadena Drive
Lexington, KY 40503-2900

-3-

**National Cattlemen's Beef Association**
c/o Alice Devine
6031 SW 37th St.
Topeka, Kansas 66610

_____
James B. Johnston