UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| In re: | § | |
|---|---|---|
| | § | Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | § | |
| | § | |
| Debtor. | § | |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

James B. Johnston, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | May 1985 |
| U.S. District Court, Northern District of Texas | March 1986 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

James B. Johnston

### ACKNOWLEDGMENT

STATE OF TEXAS              §

COUNTY OF DEAF SMITH   §

Before me, a notary public in and for said county and state, personally appeared James B. Johnston, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 30th day of December, 2010.



Notary Public