UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | § |
| | § |
| EASTERN LIVESTOCK CO., LLC | §   Case No.: 10-93904-BHL-11 |
| | § |
| Debtor. | § |

### ORDER GRANTING MOTION OF JAMES B. JOHNSTON FOR ADMISSION TO APPEAR *PRO HAC VICE*

James B. Johnston, a member in good standing of the bar in the State of Texas and the U.S. District Court for the Northern District of Texas, having requested admission, *pro hac vice,* to represent Eddie Eicke/Eicke Ranch II in the above referenced case,

**IT IS ORDERED** that the motion is granted and James B. Johnston is admitted *pro hac vice,* in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana.

###