UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| DEBTOR. | ) | |

**APPEARANCE**

Comes now Rubin & Levin, P.C., by James T. Young, and hereby enters their appearance on behalf of Michael J. Walro, Trustee of East-West Trucking Co., LLC, Bankruptcy Case No. 10-93799-BHL-7, in the above-entitled case.

RUBIN & LEVIN, P.C.
Attorneys for Michael J. Walro, Trustee of East-West Trucking Co., LLC

By: /s/ James T. Young
James T. Young  Atty. No. 13834-71
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue, Ste. 500
Indianapolis, IN  46204
(317) 634-0300; FAX (317) 453-8613
james@rubin-levin.net

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| United States Trustee | ustpregion10.in.ecf@usdoj.gov |
| Charles Wharton | charles.r.wharton@usdoj.gov |
| James Knauer | jak@kgrlaw.com |
| Terry Hall | terry.hall@bakerd.com |
| C.R. Bowles, Jr. | crb@gdm.com |
| Ivana Shallcross | ibs@gdm.com |
| John Ames | jwa@gdm.com |
| David Abt | davidabt@mwt.net |
| John Carr, III | jrciii@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com |
| Bret Clement | bclement@acs-law.com |
| Jesse Cook-Dubin | jcookdubin@vorys.com |
| Daniel Donnellon | ddonnellon@ficlaw.com |
| Edward King | tking@fbtlaw.com |
| Randall LaTour | rdlatour@vorys.com |
| Kim Lewis | kim.lewis@dinslaw.com |
| John Massouh | john@lovell-law.net |
| William Meyer, II | rmeyer@stites.com |
| Allen Morris | amorris@stites.com |

| | |
|---|---|
| Mark Robinson | mrobinson@vhrlaw.com |
| Jeremy Rogers | jeremy.rogers@dinslaw.com |
| Meredith Thomas | mthomas@daleeke.com |
| Stephen Weigand | sweigand@ficlaw.com |

      I further certify that on January 4, 2011, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

N/A

                                      /s/James T. Young
                                      James T. Young

JTY/kc
G:\WP80\TRUSTEE\Walro\East-West Trucking Co LLC - 83344301\Appearance in Eastern B.wpd

Case 10-93904-BHL-11   Doc 132   Filed 01/04/11   EOD 01/04/11 13:13:56   Pg 2 of 2