# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 1/4/2011 |
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 28 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Bret S. Clement | bclement@acs–law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James T. Young | james@rubin–levin.net |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook–Dubin | jcookdubin@vorys.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell–law.net |
| aty | John R. Carr, III | jrciii@acs–law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert Hughes Foree | robertforee@bellsouth.net |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |

TOTAL: 2