UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: § 
 § CASE NO. 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC § 
 § 
Debtor. § 

## MOTION TO APPEAR *PRO HAC VICE*

David L. LeBas of Naman Howell Smith & Lee, PLLC moves the Court for an order granting admission *Pro Hac Vice* for the purpose of appearing as counsel on behalf of J & F Oklahoma, Inc. in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission |
|---|---|
| Texas Supreme Court | 1982 |
| U.S. District Court, Northern District of Texas | 1982 |
| United States Court of Appeals for the Fifth Circuit | 1989 |
| U.S. Supreme Court | 1993 |
| U.S. District Court for the Eastern District of Texas | 2007 |
| U.S. District Court for the Southern District of Texas | 2008 |
| U.S. District Court for the Western District of Texas | 1989 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice.*

4. Accompanying this motion is an affidavit, as required by S.D. Inc. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *Pro Hac Vice* for purposes of this cause only.

Respectfully submitted,

David L. LeBas, SBN 12098600
NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901

By: /s/ David L. LeBas
David L. LeBas

*Attorneys for J & F Oklahoma Holdings, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail this the 5th day of January, 2011 upon all parties entitled to such notice as provided by the ECF filing system, including the parties specifically set forth in the motion to receive notice thereof.

/s/ David L. LeBas
David L. LeBas