UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: § 
§ CASE NO. 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC § 
§ 
Debtor. § 

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

David L. LeBas, being first duly sworn upon his oath, states as follows:

1. "I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission |
|---|---|
| Texas Supreme Court | 1982 |
| U.S. District Court, Northern District of Texas | 1982 |
| United States Court of Appeals for the Fifth Circuit | 1989 |
| U.S. Supreme Court | 1993 |
| U.S. District Court for the Eastern District of Texas | 2007 |
| U.S. District Court for the Southern District of Texas | 2008 |
| U.S. District Court for the Western District of Texas | 1989 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief."

Further affiant sayeth not.

_____
David L. LeBas

## ACKNOWLEDGEMENT

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

Before me, a notary public in and for said county and state, personally appeared David L. LeBas, and after first being duly sworn upon his oath, stated that the facts alleged in the foregoing instrument are true.

Signed and sealed this _____ day of December 2010.

_____
Notary Public in and for
the State of Texas

KAREN M. OSWALD
Notary Public, State of Texas
My Commission Expires
May 12, 2013