UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR ADMISSION TO APPEAR**
***PRO HAC VICE* OF DAVID L. LEBAS**

David L. LeBas, a member in good standing of the bar in the State of Texas and the U.S.

District Court for the Northern District of Texas, having requested admission, ***pro hac vice,*** to

represent J & F Oklahoma Holdings, Inc. in the above referenced case,

**IT IS ORDERED** that David L. LeBas, Esq., is admitted ***pro hac vice*** in the above

referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided

that the filing fee has been paid.

# # #

1