IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )  Case No. 10-93904-BHL |
| | )  Chapter 11 |
| DEBTOR. | ) |

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Judy Hamilton Morse, being first duly sworn upon her oath, states as follows:

1. I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Courts | Date(s) of Admission |
|---|---|
| Supreme Court, State of Oklahoma | October 14, 1979 |
| Tenth Circuit Court of Appeals | January 5, 1982 |
| Supreme Court of the United States | February 23, 2004 |
| U.S. District Court, Western District of Oklahoma | February 25, 1980 |
| U.S. District Court, Eastern District of Oklahoma | July 18, 1997 |
| U.S. District Court, Northern District of Oklahoma | July 20, 1998 |
| U.S. District Court, Northern District of Texas | May 16, 2001 |
| U.S. District Court, District of Colorado | June 7, 2010 |

2. My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

3. I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant saith not.

Respectfully submitted,

*Judy Hamilton Morse*

Judy Hamilton Morse, OBA # 6450
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700　(405) 239-6651 (Facsimile)
judy.morse@crowedunlevy.com

**ATTORNEYS FOR HERITAGE FEEDERS, LP**

STATE OF OKLAHOMA　)
　　　　　　　　　　　)
COUNTY OF OKLAHOMA )

　Before me, a notary public in and for said County and State, on this 5th day of January, 2011, personally appeared Judy Hamilton Morse, and being first duly sworn upon her oath, states that the facts alleged in the foregoing instrument are true.

NOTARY PUBLIC

My Commission Expires:

7-2-11

[Notary Seal: KAROL BROWN, NOTARY PUBLIC, STATE OF OKLAHOMA, #99009102, EXP. 07/02/11]

2