IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL |
| | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

John M. Thompson of the firm Crowe & Dunlevy, P.C. moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Heritage Feeders, LP in the above-styled cause only. In support of this motion, the applicant states:

1. The court in which I am admitted to practice and the dates of admission are as follows:

| Courts | Date(s) of Admission |
|---|---|
| United States District Court for the Eastern District of Oklahoma | November 1998 |
| United States District Court for the Northern District of Oklahoma | November 1998 |
| United States District Court for the Western District of Oklahoma | November 1998 |
| Tenth Circuit Court of Appeals | February 2006 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice.*

4. Accompanying this motion is an affidavit, as required by S.D. Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

        Respectfully submitted,

        /s/*John M. Thompson*
        John M. Thompson, OBA #
        -Of the Firm-
        CROWE & DUNLEVY
        A Professional Corporation
        20 North Broadway, Suite 1800
        Oklahoma City, OK 73102-8273
        (405) 235-7700
        (405) 239-6651 (Facsimile)
        john.thompson@crowedunlevy.com

        ATTORNEYS FOR HERITAGE FEEDERS, LP

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of January, 2011, a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

Charles R. Wharton, Trustee
Charles.R.Wharton@usdoj.gov

Kim Martin Lewis
kim.lewis@dinslaw.com

Elizabeth M. Lynch
elynch@dsi.biz

John W. Adams on behalf of Petitioning Creditor Mosely Cattle Auction, LLC
jwa@gdm.com, shm@gdm.com; tlm@gdm.com; rtrowbridge@kslaw.com

C. R. Bowles on behalf of Creditor Gary Bell
crb@gdm.com, shm@gdm.com; lgw@gdm.com

John R. Carr on behalf of Creditor First Bank and Trust Company
jrciii@acs-law.com, sfinnerty@acs-law.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
rdlatour@vorys.com, cdfricke@vorys.com

Jesse Cook-Dubin on behalf of Creditor Fifth Third Bank
jcookdubin@vorys.com, cdfrick@vorys.com

Richard A. Schwartz on behalf of Thomas and Patsy Gibson
ecfmailschwartz@gmail.com

Eastern Livestock Co., LLC
contact@easternlivestock.net

Southeast Livestock Exchange, LLC
selex@bellsouth.net

Mosely Cattle Auction LLC, Attn: John F. Mosley, III
cmoseley@swgafarmcredit.com

David L. Rings
bonnierings@spsfence.com

Jeffrey T. Wegner
Jeffrey.wegner@kutakrock.com

John O'Brien and Jessica E. Yates on behalf of Fredin Brothers, Inc.
jobrien@swlaw.com, jyates@swlaw.com

David L. Abt on behalf of Rush Creek Ranch, LLP
davidabt@mwt.net

John H. Lovell and Courtney D. Miller on behalf of Cactus Growers, Inc.
john@lovell-law.net, Courtney@lovell-law.net

Mark A. Rondeau on behalf of Innovative Livestock Services, Inc.
mrondeau@wcrf.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Fifth Third Bank
amorris@stites.com, dgoodman@stites.com

Edward M. King on behalf of Creditor Fifth Third Bank
tking@tbtlaw.com, dgioffre@fbtlaw.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company
bclement@acs-law.com, sfinnerty@acs-law.com

Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ibs@gdm.com

      I further certify that on the 5th day of January, 2011, a copy of the foregoing Motion to Appear Pro Hac Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

| | |
|---|---|
| Eastern Livestock Co., LLC<br>135 W. Market Street<br>New Albany, IN  47150 | National Cattlemen's Beef Association<br>c/o Alice Devine<br>6031 SW 37th St.<br>Topeka, KS  66610 |
| Eli J. Pattne<br>Crowley Fleck PLLP<br>P.O. Box 2529<br>Billings, MT  59103-2529 | |

                                                */s/ John M. Thompson*_____
                                                John M. Thompson