IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )  Case No. 10-93904-BHL |
| | )  Chapter 11 |
| DEBTOR. | ) |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

John M. Thompson, being first duly sworn upon his oath, states as follows:

1. I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Courts | Date(s) of Admission |
|---|---|
| United States District Court for the Eastern District of Oklahoma | November 1998 |
| United States District Court for the Northern District of Oklahoma | November 1998 |
| United States District Court for the Western District of Oklahoma | November 1998 |
| 10th Circuit Court of Appeals | February 2006 |

2. My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

3. I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant saith not.

Respectfully submitted,

*/s/ John M. Thompson*

John M. Thompson, OBA #17532
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800

Oklahoma City, OK 73102-8273
(405) 235-7700   (405) 239-6651 (Facsimile)
john.thompson@crowedunlevy.com

**ATTORNEYS FOR HERITAGE FEEDERS, LP**

STATE OF OKLAHOMA )
                                            )
COUNTY OF OKLAHOMA )

Before me, a notary public in and for said County and State, on this 5th day of January, 2011, personally appeared John M. Thompson, and being first duly sworn upon his oath, states that the facts alleged in the foregoing instrument are true.

_____
NOTARY PUBLIC

My Commission Expires:

Feb. 15, 2013

[Notary Seal: JODY L. MOORE, NOTARY, # 01002773, EXP. 02/15/13, STATE OF OKLAHOMA]

2