**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**


| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **EASTERN LIVESTOCK CO., LLC,** | ) | **Case No. 10-93904-BHL** |
| | ) | **Chapter 11** |
| | ) | |
| **DEBTOR.** | ) | |


### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS MATTER, having come before the Court upon a Motion to Appear *Pro Hac Vice*, and the Court having considered the matter and being sufficiently advised, IT IS HEREBY ORDERED that said Motion be, and is hereby, GRANTED and that John M. Thompson of the firm Crowe & Dunlevy, P.C.,  20 N. Broadway, Suite 1800, Oklahoma City, Oklahoma 73102, be and hereby is admitted *pro hac vice* to practice in this case as counsel for Heritage Feeders LP.

IT IS SO ORDERED.

_____