## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL |
| | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that  John M. Thompson, of the firm Crowe & Dunlevy, P.C. represents Heritage Feeders LP, and hereby requests copies of all notices and pleadings filed in the case pursuant to FED.R.BANKR.P. 9010(b), 2002(a) and (b), and 3017(a) and Local Rule B-9010-1 of the United States Bankruptcy Court for the Southern District of Indiana.

Respectfully submitted,

 /s/John M. Thompson
John M. Thompson, OBA # 17532
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
john.thompson@crowedunlevy.com

ATTORNEYS FOR HERITAGE FEEDERS, LP

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2011, a copy of the foregoing Entry of Appearance and Request for Notice was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system:

Charles R. Wharton, Trustee
Charles.R.Wharton@usdoj.gov

Kim Martin Lewis
kim.lewis@dinslaw.com

Elizabeth M. Lynch
elynch@dsi.biz

John W. Adams on behalf of Petitioning Creditor Mosely Cattle Auction, LLC
jwa@gdm.com, shm@gdm.com; tlm@gdm.com; rtrowbridge@kslaw.com

C. R. Bowles on behalf of Creditor Gary Bell
crb@gdm.com, shm@gdm.com; lgw@gdm.com

John R. Carr on behalf of Creditor First Bank and Trust Company
jrciii@acs-law.com, sfinnerty@acs-law.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
rdlatour@vorys.com, cdfricke@vorys.com

Jesse Cook-Dubin on behalf of Creditor Fifth Third Bank
jcookdubin@vorys.com, cdfrick@vorys.com

Richard A. Schwartz on behalf of Thomas and Patsy Gibson
ecfmailschwartz@gmail.com

Eastern Livestock Co., LLC
contact@easternlivestock.net

Southeast Livestock Exchange, LLC
selex@bellsouth.net

Mosely Cattle Auction LLC, Attn: John F. Mosley, III
cmoseley@swgafarmcredit.com

David L. Rings
bonnierings@spsfence.com

Jeffrey T. Wegner
Jeffrey.wegner@kutakrock.com

John O'Brien and Jessica E. Yates on behalf of Fredin Brothers, Inc.
jobrien@swlaw.com, jyates@swlaw.com

David L. Abt on behalf of Rush Creek Ranch, LLP
davidabt@mwt.net

John H. Lovell and Courtney D. Miller on behalf of Cactus Growers, Inc.
john@lovell-law.net, Courtney@lovell-law.net

Mark A. Rondeau on behalf of Innovative Livestock Services, Inc.
mrondeau@wcrf.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Fifth Third Bank
amorris@stites.com, dgoodman@stites.com

Edward M. King on behalf of Creditor Fifth Third Bank
tking@tbtlaw.com, dgioffre@fbtlaw.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company
bclement@acs-law.com, sfinnerty@acs-law.com

Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ibs@gdm.com

        I further certify that on the 5th day of January, 2011, a copy of the foregoing Entry of
Appearance and Request for Notice was mailed by first-class U.S. Mail, postage prepaid and
properly addressed, to the following:

Eastern Livestock Co., LLC                    National Cattlemen's Beef Association
135 W. Market Street                          c/o Alice Devine
New Albany, IN  47150                         6031 SW 37th St.
                                              Topeka, KS  66610

Eli J. Pattne
Crowley Fleck PLLP

P.O. Box 2529
Billings, MT  59103-2529

/s/ John M. Thompson
John M. Thompson