Exhibit B

Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF MARCH 31, 2011 DEADLINE AND PROCEDURE FOR THE FILING OF PURCHASE MONEY CLAIMS**

Deadline for all persons and entities wishing to assert a claim to proceeds realized from the sale of Debtor's cattle (each, a "Purchase Money Claim" and collectively, the "Purchase Money Claims"): **11:59 p.m. EST on March 31, 2011 ("Purchase Money Claim Bar Date")**

A creditor may be the holder of a "Purchase Money Claim" if that creditor sold cattle to Debtor, provided services for the benefit of Debtor's cattle, or transported Debtor's cattle and remains unpaid on account of such sale or service.

PLEASE TAKE NOTICE that certain petitioning creditors commenced the above-captioned chapter 11 case (the "Chapter 11 Case") against Debtor on December 6, 2010 (the "Petition Date") by filing an involuntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division (the "Court").  The Court entered the Order For Relief in An Involuntary Case and Order to Complete Filing [Dock. No. 110] on December 28, 2010.

**THE COURT HAS SET A DEADLINE FOR FILING PURCHASE MONEY CLAIMS.  THE COURT HAS NOT YET SET DEADLINES FOR FILING ANY OTHER TYPE OF CLAIM, SUCH AS GENERAL UNSECURED OR PRIORITY CLAIMS.  IF FURTHER OR OTHER BAR DATES ARE SET BY ORDER OF THE COURT, YOU WILL BE PROVIDED WITH SEPARATE NOTICE THEREOF.  FAILURE TO FILE A PURCHASE MONEY CLAIM BY THE PURCHASE MONEY CLAIM BAR DATE WILL BAR THE HOLDERS OF SUCH PURCHASE MONEY CLAIMS FROM ASSERTING OR PARTICIPATING IN ANY RECOVERY ON ACCOUNT OF SUCH PURCHASE MONEY CLAIM.  THE DEADLINE TO FILE PURCHASE MONEY CLAIMS IS 11:59 E.S.T. ON MARCH 31, 2011.**

**YOU SHOULD CONSULT WITH YOUR OWN COUNSEL REGARDING THIS NOTICE AND THE NECESSITY OF FILING A PURCHASE MONEY CLAIM.**

**Purchase Money Claim Bar Date and Procedures**

PLEASE TAKE FURTHER NOTICE that the Court has entered an order dated January __, 2011 (the "Purchase Money Claim Bar Date Order"), requiring all persons and entities wishing to assert a Purchase Money Claim to file a complete and duly executed proof of

claim form on account of such Purchase Money Claim, along with all supporting documentation for the Purchase Money Claim, so that it is actually received NO LATER THAN 11:59 p.m. EST on **March 31, 2011** at the address set forth below or via the Court's CM/ECF system:

> United States Bankruptcy Court Clerk
> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

Notwithstanding the foregoing, the Clerk's office closes at 4:30 p.m. (prevailing Eastern Time), so filings made in a fashion other than through CM/ECF must be **actually received** by 4:30 p.m. (prevailing Eastern Time) on the Purchase Money Claim Bar Date.

The Purchase Money Claim Bar Date Order also requires that each Purchase Money Claim be served upon counsel for the Trustee, James M. Carr, Baker & Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, Indiana 46204 on or before the Purchase Money Claim Bar Date.

**NOTICE IS FURTHER GIVEN THAT IF YOU ARE REQUIRED TO FILE A PROOF OF CLAIM EVIDENCING YOUR PURCHASE MONEY CLAIM AND FAIL TO DO SO IN THE MANNER PRESCRIBED, YOU SHALL BE FOREVER BARRED FROM RECEIVING DISTRIBUTIONS ON AND SHALL BE FOREVER BARRED FROM ASSERTING SUCH PURCHASE MONEY CLAIM AGAINST THE DEBTOR OR ITS SUCCESSORS OR ASSIGNS.**

The Trustee reserves the right to dispute, or to assert offsets or defenses against any filed Purchase Money Claims as to the nature, amount, liability, priority, classification, timing of payment or otherwise. Nothing contained in this notice shall preclude the Trustee from objecting to any Purchase Money Claim.

Copies of documents filed in the Chapter 11 Case are available online via the Court's CM/ECF system (PACER account required and a fee may be charged per page) or may be inspected during regular business hours at the Office of the Clerk, United States Bankruptcy Court for the Southern District of Indiana, New Albany Division, 110 U.S. Courthouse, 121 West Spring Street, New Albany, IN 47150. Additional information is available at the website maintained by the Trustee: www.easternlivestockbkinfo.com.

**CLAIMANTS SHOULD CONSULT WITH AN ATTORNEY REGARDING THEIR RIGHTS AND RESPONSIBILITIES OF ASSERTING AND FILING PURCHASE MONEY CLAIMS.**

Dated: New Albany, Indiana       /s/_____
       January __, 2011          Clerk, United States Bankruptcy Court

2

BDDB01 6486557v2