Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S EMERGENCY REGARDING TRUSTEE SELLING DEBTOR'S CURRENT CATTLE INVENTORY**

This matter came before the Court on the Emergency Motion Regarding Trustee Selling Debtor's Current Cattle Inventory [Dock. No. 143] ("Motion") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), seeking entry of an order authorizing the Trustee, in his discretion and business judgment, to sell the cattle inventory of Eastern Livestock Co., LLC ("Debtor") free and clear of all liens, claims, encumbrances and interests, including contract rights and any statutory trusts under 7 U.S.C. 181 et seq. (collectively, "Claims") pursuant to the procedures set forth therein (the "Sale Procedures") with any such Claims attaching to the proceeds of the sales.

Upon the consideration of the Motion, and any objections to the Motion, and upon the record of the hearing held on the Motion, the Court now being duly advised finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been served and that no other or further notice is necessary; (v) granting the relief requested on an emergency basis is necessary to preserve and maximize assets of the estate and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief set forth herein.  Accordingly,

IT IS THEREFORE ORDERED that:

A. The Motion is granted and any objections thereto are hereby overruled.

B. The Sale Procedures[1] set forth in the Motion represent a sound exercise of the Trustee's business judgment and are hereby approved in their entirety.

C. The Trustee is authorized to sell cattle pursuant to the Sale Procedures free and clear of any and all Claims with any such Claims attaching to the proceeds of the sales.

E. This Court retains authority to construe and enforce the terms of this Order.

### 

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.