# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10—93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Jessica E. Yates of the firm of Snell & Wilmer L.L.P. moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of CPC Livestock, LLC in the above-styled cause only. In support of this motion, the applicant states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| Courts | Dates of Admission |
|---|---|
| Supreme Court of Colorado | October 23, 2006 |
| United States District Court for the District of Colorado | September 27, 2007 |
| US Court of Appeals, Tenth Circuit | May 9, 2007 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has presented a check in the amount of $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated this 6th day of January, 2011.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/Jessica E. Yates
    Jessica E. Yates

12409402.1

Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202-5854
Phone: (303) 634-2097
Fax: (303) 634-2020
Email:  jyates@swlaw.com

12409402.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2011, a copy of the foregoing **MOTION TO APPEAR PRO HAC VICE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- David L. Abt    davidabt@mwt.net
- John W Ames    jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- C. R. Bowles    crb@gdm.com, shm@gdm.com;lgw@gdm.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Jesse Cook-Dubin    jcookdubin@vorys.com, cdfricke@vorys.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com
- Robert Hughes Foree    robertforee@bellsouth.net
- Terry E. Hall    terry.hall@bakerd.com, sarah.laughlin@bakerd.com;sharon.korn@bakerd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Randall D. LaTour    rdlatour@vorys.com, cdfricke@vorys.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net
- John Frederick Massouh    john.massouh@sprouselaw.com
- William Robert Meyer    rmeyer@stites.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- Ivana B. Shallcross    ibs@gdm.com
- Meredith R. Thomas    mthomas@daleeke.com, kmark@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- James T. Young    james@rubin-levin.net, marie@rubin-levin.net;ATTY_JTY@trustesolutions.com

I further certify that on January 6, 2011, a copy of the Motion to Appear Pro Hac Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

12409402.1

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

                                                  /s/ Joanne E. Milelli
                                                    Joanne E. Milelli

12409402.1