UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | CASE NO.: 10—93904-BHL-11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE***

Jessica E. Yates, being first duly sworn upon her oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Courts | Dates of Admission |
|---|---|
| Supreme Court of Colorado | October 23, 2006 |
| United States District Court for the District of Colorado | September 27, 2007 |
| US Court of Appeals, Tenth Circuit | May 9, 2007 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant sayeth note.

/s/Jessica E. Yates
Jessica E. Yates
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202-5854
Phone: (303) 634-2097
Fax: (303) 634-2020
Email: jyates@swlaw.com

12409219.1

STATE OF COLORADO            )
                             )
CITY AND COUNTY OF DENVER    )

Before me, a notary public in and for said county and state, personally appeared Jessica E. Yates and being first duly sworn upon her oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 6th day of January, 2011.

*Joanne E. Milelli*
Notary Public

JOANNE E. MILELLI
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires 11/07/2014

12409219.1