**SO ORDERED: January 06, 2011.**



_Basil H. Lorch III_

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT          SGENERIC (rev 11/2010)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

   Eastern Livestock Co., LLC                    Case Number:
    SSN: NA          EIN: NA                **10–93904–BHL–11**
   Debtor(s)

### ORDER

A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on January 6, 2011, by Trustee James A. Knauer.

IT IS THEREFORE ORDERED that the Motion for Emergency/Expedited Hearing is GRANTED.

### ###