**SO ORDERED: January 06, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

### ORDER

    A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on January 6, 2011, by Trustee James A. Knauer.

    IT IS THEREFORE ORDERED that the Motion for Emergency/Expedited Hearing is GRANTED.

###