SO ORDERED: January 06, 2011.



*/s/ Basil H. Lorch III*
Basil H. Lorch III
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC. | )   CASE NO. 10-93904-BHL-11 |
| | ) |
| DEBTOR. | )   CHAPTER 11 |
| | ) |

### ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

Robert H. Foree, a member in good standing of the bar in the State of Kentucky, the U.S. District Court for the Eastern and Western Districts of Kentucky and the Kentucky Supreme Court, having requested admission, *pro hac vice,* to represent the Kentucky Cattlemen's Association in the above referenced case,

**IT IS ORDERED** that Robert H. Foree, Esq., is admitted *pro hac vice,* in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, providing that the filing fee has been paid.

### # # #