# Notice Recipients

District/Off: 0756–4              User: edixon              Date Created: 1/6/2011
Case: 10–93904–BHL–11        Form ID: pdfOrder        Total: 5

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer        jak@kgrlaw.com
aty     James A. Knauer        jak@kgrlaw.com
aty     Robert Hughes Foree         robertforee@bellsouth.net
aty     Terry E. Hall        terry.hall@bakerd.com

                                                          TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb     Eastern Livestock Co., LLC        135 W. Market Street        New Albany, IN 47150

                                                          TOTAL: 1