UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                          )        CASE NO. 10-93904-BHL-11
                                                )
EASTERN LIVESTOCK CO., LLC,                     )
                                                )
        Debtor.                                 )
                                                )

## AFFIDAVIT OF ERNEST E. COPENHAVER, JR.

COMMONWEALTH OF VIRGINIA        )
                                ) ss:
COUNTY OF WASHINGTON            )

        Ernest E. Copenhaver, Jr., being first duly sworn upon his oath, states as

follows:

        1.      I am making this affidavit based upon personal knowledge (except

where stated on information and belief), I am over 18 years of age, and I am competent to

testify to all of the matters stated in this affidavit.

        2.      I am the Vice President and Regional Supervisor for Agricultural

Lending of The First Bank & Trust Company ("First Bank"), located at 18528 Lee

Highway, Abingdon, Virginia. First Bank had a lending relationship with Thomas P.

Gibson and Patsy M. Gibson (jointly, "Gibsons") of New Albany, Indiana. I am the

primary account manager for First Bank's lending to the Gibsons, and have been the

primary account manager since First Bank started lending to the Gibsons.



**EXHIBIT**

"A"

3. First Bank loaned money directly to the Gibsons for the purchase of cattle that would be shipped to various farms or feedlots. Thomas Gibson would take title to such cattle personally and arrange for their care and feeding. Among other security interests for such transactions, First Bank would take a purchase money security interest in all cattle that Thomas Gibson purchased with First Bank's money. First Bank's lending relationship with the Gibsons is evidenced by a valid note, security agreement and perfected by appropriate UCC filing. First Bank's perfected security interest in this lending relationship with the Gibsons included not only purchase money interest in cattle, and products, and proceeds thereof, but also all accounts such as cash, accounts receivable, and commodity accounts.

4. First Bank would lend money for the Gibsons' purchase of cattle only upon First Bank's receipt of an invoice or invoices from the Gibsons as evidence of such a purchase that would specify the total and average weight of the cattle, number of head of cattle purchased, and the location of the farm or feedlot to which the cattle were shipped. Upon receipt of an invoice or invoices relating to the Gibsons' purchase of cattle, First Bank would transfer funds electronically into the Gibsons' account with First Bank in an amount corresponding to the purchase price from the invoice or invoices, which would allow the Gibsons to write drafts as purchase money for such cattle.

5. On a regular basis, I would obtain from the Gibsons an inventory report that would provide (among other information) the location, number of head, weight, and lot number of all cattle financed by First Bank. I traveled to each location listed on a current inventory report to make sure that First Bank was fully secured, by

confirming that the cattle listed on the inventory report corresponded to the cattle located at a particular farm or feedlot for the cattle that the Gibsons financed through First Bank.

6.    From approximately September 26, 2010 to September 30, 2010, I traveled to each location listed on an inventory report dated September 23, 2010 ("September Inventory Report") that related to cattle purchased by the Gibsons and financed by First Bank.  I was able to confirm that the cattle listed on the September Inventory Report were located at their respective farms and feedlots listed on the September Inventory Report.

7.    From approximately November 11, 2010 to December 14, 2010, I conducted additional inspections of the cattle that were financed by First Bank, using an inventory report dated November 4, 2010 ("November Inventory Report").  These inspections resulted in the discovery that approximately 8,000 cattle financed by First Bank were missing, as these cattle could not be found at the locations specified on the November Inventory Report.  I have reasonable suspicion that these cattle were transported to other farms or feedlots, sold, slaughtered, or are currently being prepared for slaughter without proper recognition of First Bank's security interest.

8.    In preparation of this affidavit, I have reviewed the following information:  (1) inventory reports that were prepared by the Gibsons relating to cattle in which First Bank has a security interest; (2) invoices submitted by the Gibsons to First Bank, as described above in paragraph 4; (3) East-West Trucking Log Sheets; and (4) documentation attached to the three complaints in the interpleader action styled

Friona Industries, LP v. Eastern Livestock Co., LLC, No. 2:10-cv-00266-J, in the United
States District Court for the Northern District of Texas.

9.       The inventory reports and invoices I reviewed are accurate copies
of records maintained by First Bank, which were regularly prepared and provided to First
Bank by the Gibsons as part of the lending relationship between First Bank and the
Gibsons. These invoices and inventory reports were kept in the course of the regularly
conducted business activities of First Bank. The invoices are records of or supporting
documentation for the amounts for which First Bank financed the Gibsons' purchases of
cattle, for the amounts and cattle specified in each invoice. The inventory reports are
records of First Bank that were prepared regularly by the Gibsons to reflect the cattle
financed by First Bank at a particular moment in time, contemporaneous with the date on
which each inventory report was prepared. With regard to the East-West Trucking Log
Sheets, I obtained these log sheets from First Bank's counsel, who obtained them from
Michael J. Walro, Trustee of East-West Trucking Co., LLC ("East-West Trucking"),
Bankruptcy Case No. 10-93799-BHL-7. Upon information and belief, the East-West
Trucking Log Sheets were created contemporaneously with each shipment of cattle made
by East-West Trucking.

10.      I make the following statements in this paragraph on information
and belief. Based on a preliminary review of available documentation (including the
documentation listed in paragraph 8), First Bank has an interest in at least some of the
cattle that were shipped to locations owned or controlled by Friona Industries, LP, Cactus
Growers, Inc., and J&F Oklahoma Holdings, Inc. (including JBS Five Rivers or any of its
affiliated entities). For example, on November 4, 2010, 80 heifers were shipped from

Glasgow, Kentucky to Friona, Texas, according to the East-West Trucking Log Sheets, Sheet No. 131, Line 59 (attached as Exhibit 1). A transaction involving 80 heifers is also included in the summary document attached to Friona Industries, LP's Complaint in the Nature of Interpleader (attached as an exhibit to its Motion for Relief from Stay filed herein [Doc. No. 78]). Thomas P. Gibson owned cattle that were located in Glasgow, Kentucky on or about November 4, 2010, in which First Bank maintained a security interest as confirmed by my inventory inspection in September. Some of Thomas Gibson's cattle that were later found to be missing were previously located in Glasgow, Kentucky. However, First Bank was not compensated for the 80 heifers shipped from Glasgow, Kentucky to Friona, Texas. Since the inspection I performed in late September, First Bank has roughly 8,000 cattle that it financed that are missing, as these cattle could not be found at the locations specified in the November Inventory Report. Some of these missing cattle were shipped by East-West Trucking, which includes, but is not limited to, shipments to locations owned or controlled by Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc. (including JBS Five Rivers or any of its affiliated entities). Other missing cattle in which First Bank has a perfected security interest were likely shipped by companies other than East-West Trucking or by independent drivers using East-West Trucking's trailers, the records of which have not been made available to me.

Sworn testimony concluded.

[THE REMAINDER OF PAGE INTENTIONALLY LEFT BLANK, SIGNATURE PAGE FOLLOWS]

Ernest E. Copenhaver, Jr.

Before me appeared Ernest E. Copenhaver, Jr., this ___6___ day of January,

2011, who acknowledged under oath that the above statements are true, except as to those

statements expressly made on his knowledge, information and belief.

B. Carol Robinson

Notary Public

443119.1

| Driver | trac | trl | load @ | destination | #hd (week of 10/29) | ld date | mt date | miles | rate | line haul | fsc | total fsc | tot.rev | bill to | on wgt | off wgt | depart | check # | amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D halcomb | 4 | 221 | el dorado sp | dalhart ? | 64st | 10/29 | 10/30 | 524 | 2.40 | 1,257.60 | 0.60 | 314.40 | 1,572.00 | elc | 48890 | | | | |
| W watkins | 112 | 218 | batesville ar | ulysses ks | 55 | 10/29 | 10/30 | 717 | 2.40 | 1,720.80 | 0.60 | 430.20 | 2,151.00 | elc | | | | | 1,150.00 |
| c smith | 10 | 202 | atkinson il | wisner ne | | 10/29 | 10/30 | 400 | 2.40 | 960.00 | 0.60 | 240.00 | 1,200.00 | l zine | | | | 3492 | |
| D sells | 108 | 213 | richmond ky | gilcrest co | | 10/29 | 10/30 | 1235 | 2.40 | 2,964.00 | 0.60 | 741.00 | 3,705.00 | elc | | | | | |
| j mitchell | 7 | 217 | ft smith ar | yuma co | 64 | 10/30 | 10/31 | 760 | 2.40 | 1,824.00 | 0.60 | 456.00 | 2,280.00 | elc | | | | | |
| c pruett | 101 | 211 | ft smith ar | yuma co | 67 | 10/30 | 10/31 | 760 | 2.40 | 1,824.00 | 0.60 | 456.00 | 2,280.00 | elc | | | | | |
| j barker | jp4 | 224 | pittsburg | hale center | 67 | 10/30 | 10/31 | 523 | 2.40 | 1,255.20 | 0.60 | 313.80 | 1,569.00 | elc | | | | | |
| r vanvactor | 104 | 204 | pittsburg | larned ks | 557 | 10/30 | 10/31 | 557 | 2.40 | 1,336.80 | 0.60 | 334.20 | 1,671.00 | elc | | | | | |
| c smith | 10 | 202 | fremont ne | simpsonville ky | | 10/31 | 11/1 | 763 | | 1,413.30 | | 226.06 | 1,639.36 | elc | | | | 38362 | 1,639.36 |
| j hardwick | 106 | 206 | des moines ia | simpsonville ky | | 10/31 | 11/1 | 612 | | 1,145.82 | | 140.86 | 1,286.68 | purnell | | | | 38362 | 1,286.68 |
| j pass more | 103 | 212 | peoria il | simpsonville ky | | 10/31 | 11/1 | 349 | | 818.04 | | 99.06 | 917.10 | purnell | | | | 38362 | 917.10 |
| d halcomb | 4 | 221 | hedley tx | greenbay wi | | 10/31 | 11/1 | 1201 | 1.40 | 1,681.40 | 0.27 | 324.27 | 2,005.67 | elc | | | | | |
| k burchett | 179 | 216 | kingston tn | swisher tulia | 66s | 11/1 | 11/2 | 1142 | 2.40 | 2,740.80 | 0.60 | 685.20 | 3,426.00 | elc | 49305 | | | | |
| j bunch | jp2 | 205 | glasgow ky | hagerstown in | 39 | 11/1 | 11/2 | 264 | 2.40 | 633.60 | 0.60 | 158.40 | 792.00 | collect | | | | | |
| n kidd | jp3 | 210 | clarkrange tn | perryton tx | 55st | 11/1 | 11/2 | 1019 | 2.40 | 2,445.60 | 0.60 | 611.40 | 3,057.00 | elc | | | | | |
| D galyean | 1656 | 208 | galax va | richmond ky | 95 | 11/1 | 11/2 | 340 | 2.40 | 816.00 | 0.60 | 204.00 | 1,020.00 | elc | | | | | |
| j brandon | 1657 | 223 | galax va | tulia tx | 75 | 11/1 | 11/2 | 1394 | 2.40 | 3,345.60 | 0.60 | 836.40 | 4,182.00 | elc | | | | | |
| g johnson | 1658 | 209 | galax va | tulia tx/boise city | 90 | 11/1 | 11/2 | 1570 | 2.40 | 3,768.00 | 0.60 | 942.00 | 4,710.00 | elc | | | | | |
| r vanvactor | 104 | 204 | buffalo mo | yuma co | 59st | 11/1 | 11/2 | 677 | 2.40 | 1,624.80 | 0.60 | 406.20 | 2,031.00 | elc | | | | | |
| m hocks | 178 | 201 | buffalo mo | yuma co | 60st | 11/1 | 11/2 | 677 | 2.40 | 1,624.80 | 0.60 | 406.20 | 2,031.00 | elc | | | | | |
| c smith | 10 | 202 | central in | kersey co | 62h | 11/1 | 11/2 | 1139 | 2.40 | 2,733.60 | 0.60 | 683.40 | 3,417.00 | elc | 52080 | | | | |
| m bartley | 102 | 215 | sweetwater tn | ulysses ks | 57s | 11/1 | 11/2 | 1137 | 2.40 | 2,728.80 | 0.60 | 682.20 | 3,411.00 | elc | 49000 | | | | |
| j passmore | 103 | 212 | bardstown ky | norfolk ne | 56s | 11/1 | 11/2 | 852 | 2.40 | 2,044.80 | 0.60 | 511.20 | 2,556.00 | elc | | | | | |
| j mitchell | 7 | 217 | nevada mo | simpsonville ky | | 11/1 | 11/2 | 563 | | 1,169.22 | | 140.86 | 1,310.08 | purnell | | | | 38362 | 1,310.08 |
| j bunch | jp2 | 205 | greensburg | simpsonville ky | | 11/1 | 11/2 | 325 | | 460.05 | | 48.05 | 517.10 | purnell | | | | 38362 | 517.10 |
| j hardwick | 106 | 206 | central in | kersey co | 62h | 11/1 | 11/2 | 1139 | 2.40 | 2,733.60 | 0.60 | 683.40 | 3,417.00 | elc | 54200 | | | | |
| s hart | 3 | 207 | central in | hartley ia | 65h | 11/1 | 11/2 | 788 | 2.40 | 1,891.20 | 0.60 | 472.80 | 2,364.00 | elc | | | | | |
| j mitchell | 7 | 217 | carthage tn | amarillo tx | 64 | 11/2 | 11/3 | 985 | 2.40 | 2,364.00 | 0.60 | 591.00 | 2,955.00 | elc | | | | | |
| w watkins | 2 | 219 | carthage tn | amarillo tx | 63 | 11/2 | 11/3 | 985 | 2.40 | 2,364.00 | 0.60 | 591.00 | 2,955.00 | elc | | | | | |
| d galyean | 1656 | 208 | london | lexington | | 11/2 | 11/3 | 75 | 2.40 | 180.00 | 0.60 | 45.00 | 225.00 | elc | | | | | |
| d galyean | 4 | 221 | jones/burlington | simpsonville ky | | 11/2 | 11/3 | 325 | 2.40 | 818.56 | | 99.06 | 917.62 | purnell | | | | 38362 | 917.62 |
| s hart | 3 | 207 | peoria /congerville | simpsonville ky | | 11/2 | 11/3 | 352 | 2.40 | 837.00 | | 99.06 | 936.06 | purnell | | | | 38362 | 936.06 |
| ray | r11 | 102 | sweetwater | amarillo tx | 64 | 11/2 | 11/3 | 1104 | 2.40 | 2,649.60 | 0.60 | 662.40 | 3,312.00 | elc | | | | | |
| d sells | 108 | 213 | wolf creek mt | polo il | 72h | 11/2 | 11/3 | 1540 | 2.40 | 3,696.00 | 0.60 | 924.00 | 4,620.00 | kness | 50600 | | | | |
| d galyean | 1656 | 208 | edmonton ky | wisner ne | 86 | 11/2 | 11/3 | 1021 | 2.40 | 2,450.40 | 0.60 | 612.60 | 3,063.00 | elc | | | | | |
| scott golden | 1 | 222 | edmonton ky | amarillo tx | 68 | 11/2 | 11/3 | 1043 | 2.40 | 2,503.20 | 0.60 | 625.80 | 3,129.00 | elc | | | | | |
| s ponsford | 12 | 203 | edmonton ky | wiggins co | 95 | 11/2 | 11/3 | 1176 | 2.40 | 2,822.40 | 0.60 | 705.60 | 3,528.00 | elc | | | | | |
| d galyean | 1656 | 208 | lex/lanesville | de tong il | | 11/2 | 11/3 | 316 | 2.40 | 758.40 | 0.60 | 189.60 | 948.00 | elc | | | | | |
| c smith | 10 | 202 | des moines | simpsonville ky | | 11/3 | 11/4 | 612 | | 1,229.28 | | 140.86 | 1,370.14 | purnell | | | | 38362 | 1,370.14 |
| r vanvactor | 104 | 204 | ireland | simpsonville ky | | 11/3 | 11/4 | 109 | | 343.55 | | 48.05 | 391.60 | purnell | | | | 38362 | 391.60 |

Exhibit 1

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | d halcomb | 4 | 221 | greensburg in | simpsonville ky | | 11/3 | 11/4 | 101 | | 449.30 | | 48.05 | 497.35 | purnell | | | | 38362 | 499.00 |
| 44 | l hardwick | 106 | 206 | sioux city/trum | kodak tn | 80 | 11/3 | 11/5 | 1193 | | | | | | wiechman | | | | | |
| 45 | j passmore | 103 | 212 | louisville ky | friona tx | 79h | 11/3 | 11/4 | 1254 | 2.40 | 3,009.60 | 0.60 | 752.40 | 3,762.00 | elc | | | | | |
| 46 | s hart | 3 | 207 | mt st/lex/camp | edmonton | | 11/3 | 11/4 | 160 | 2.40 | 384.00 | 0.60 | 96.00 | 480.00 | elc | | | | | |
| 47 | j barker | jp4 | 224 | campbellsville | holland in | 79 | 11/3 | 11/4 | 135 | 2.40 | 324.00 | 0.60 | 81.00 | 405.00 | elc | | | | | |
| 48 | c smith | 10 | 202 | lexington ky | central in | 34 | 11/3 | 11/4 | 110 | 2.40 | 264.00 | 0.60 | 66.00 | 330.00 | elc | | | | | |
| 49 | d sells | 108 | 212 | peoria il | simpsonville ky | | 11/4 | 11/5 | 349 | | 775.20 | | 99.06 | 874.26 | purnell | | | | 38362 | 874.26 |
| 50 | c smith | | | loogootee in | simpsonville ky | | 11/4 | 11/5 | 101 | | 433.40 | | 48.05 | 481.45 | purnell | | | | 38362 | 481.45 |
| 51 | brandon | 1657 | 223 | mt vernon tx | dalhart tx | 68s | 11/4 | 11/5 | 531 | 2.40 | 1,274.40 | 0.60 | 318.60 | 1,593.00 | elc | | | | 9817 | 1,539.00 |
| 52 | w watkins | 2 | 219 | anthony ks | liberal ks | 58s | 11/4 | 11/5 | 207 | 2.40 | 496.80 | 0.60 | 124.20 | 621.00 | elc | | | | | |
| 53 | j mitchell | 7 | 207 | anthony ks | liberal ks | 58s | 11/4 | 11/5 | 207 | 2.40 | 496.80 | 0.60 | 124.20 | 621.00 | elc | | | | | |
| 54 | g johnson | 1658 | 209 | jeffersonville in | friona tx | 63h | 11/4 | 11/5 | 1095 | 2.40 | 2,628.00 | 0.60 | 657.00 | 3,285.00 | elc | | | | | |
| 55 | morris bartley | 102 | 215 | jeffersonville in | friona tx | 63h | 11/4 | 11/5 | 1095 | 2.40 | 2,628.00 | 0.60 | 657.00 | 3,285.00 | elc | | | | | |
| 56 | c smith | 10 | 202 | louisville ky | friona tx | 79h | 11/4 | 11/5 | 1089 | 2.40 | 2,613.60 | 0.60 | 653.40 | 3,267.00 | elc | | 1800 | | | |
| 57 | R bryant | r11 | 102 | chouteau ok | ulysses ks | 56st | 11/4 | 11/5 | 440 | 2.40 | 1,056.00 | 0.60 | 264.00 | 1,320.00 | elc | | | | 9804 | 1,254.00 |
| 58 | j barker | jp4 | 224 | mitchell in | danville ks | 94 | 11/4 | 11/5 | 747 | 2.40 | 1,792.80 | 0.60 | 448.20 | 2,241.00 | brack brisco | | | | | 2,241.00 |
| 59 | c pruett | | | glasgow ky | friona tx | 80h | 11/4 | 11/5 | 1094 | 2.40 | 2,625.60 | 0.60 | 656.40 | 3,282.00 | elc | | | | | |
| 60 | n kidd | jp2 | 205 | dunlap tn | yuma co | 67 | 11/4 | 11/5 | 1186 | 2.40 | 2,846.40 | 0.60 | 711.60 | 3,558.00 | elc | | | | 12917 | 3,558.00 |
| 61 | k burchett | 170 | 201 | dunlap/cooke | yuma co | 69 | 11/4 | 11/5 | 1213 | 2.40 | 2,911.20 | 0.60 | 727.80 | 3,639.00 | elc | | | | 12917 | 3,639.00 |
| 62 | s hart | 3 | 207 | edmonton ky | yuma co | 61h | 11/4 | 11/5 | 1094 | 2.40 | 2,625.60 | 0.60 | 656.40 | 3,282.00 | elc | | | | | |
| 63 | d halcomb | 4 | 221 | london | plainwell | 39 | 11/4 | 11/5 | 460 | 2.40 | 1,104.00 | 0.60 | 276.00 | 1,380.00 | mw | | | | 5021 | 2,230.00 |
| 64 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |
| 65 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |
| 66 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |
| 67 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |
| 68 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |
| 69 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |
| 70 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |
| 71 | | | | | | | | | 1 | 2.40 | 2.40 | 0.60 | 0.60 | 3.00 | | | | | | |