UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## NOTICE OF HEARING

The *Emergency Motion Regarding Trustee Selling Debtor's Current Cattle Inventory* (docket #143) was filed with the Clerk of this Court by James A. Knauer, the chapter 11 trustee appointed in this case, on January 6, 2011.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the above documents must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party and the Service List on or before January 11, 2011.

The Court will hold a hearing on:

| | |
|---|---|
| Date: | January 12, 2011 |
| Time: | 10:00 a.m. EST |
| Place: | 121 W. Spring Street, Room 103 |
| | New Albany, Indiana |

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The originals of the documents are on file with the Clerk's Office and are available for inspection upon request.

Dated: January 6, 2011                            Respectfully submitted,

                                                  BAKER & DANIELS LLP


                                                  By:   /s/Terry E. Hall
Terry E. Hall (#22041-49)                               *Proposed Counsel for Chapter 11 Trustee*
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Tel:  (317) 237-0300
Fax:  (317) 237-1000
terry.hall@bakerd.com

6488195_1.DOC