UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | § |
| | § CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | § |
| | § |
| Debtor. | § |

## **MOTION TO APPEAR *PRO HAC VICE***

John Thomas Huffaker of Sprouse Shrader Smith P.C. moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Friona Industries, L.P. in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | October 1974 |
| U.S. District Court, Northern District of Texas | December 1974 |
| United States Court of Appeals for the Fifth Circuit | October 1981 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D. Inc. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

SPROUSE SHRADER SMITH P.C.
John Huffaker, SBN 10187600
701 S. Taylor, Suite 500
Amarillo, Texas 79101
(806) 468-3300
FAX (806) 373-3454

/s/ John Huffaker_____
   John Huffaker

**ATTORNEYS FOR FRIONA INDUSTRIES, L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail on January 7, 2011upon all parties entitled to such notice as provided by the ECF filing system, including the parties specifically set forth in the motion to receive notice thereof.

/s/ John Huffaker_____
   John Huffaker

615984.1
3554.31