UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: §
§ CASE NO. 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC §
§
Debtor. §

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

John Thomas Huffaker, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | October 1974 |
| U.S. District Court, Northern District of Texas | December 1974 |
| United States Court of Appeals for the Fifth Circuit | October 1981 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

_____
John Huffaker

### ACKNOWLEDGEMENT

STATE OF TEXAS §
§  SS
COUNTY OF POTTER §

Before me, a notary public in and for said county and state, personally appeared John Thomas Huffaker, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 7th day of January 2011.

_____
Notary Public

NANCY C. RIFFE
Notary Public, State of Texas
My Commission Expires 12/11/2012

AFFIDAVIT IN SUPPORT OF MOTION                                                                                    615985.1