## Notice Recipients

District/Off: 0756–4           User: edixon                 Date Created: 1/7/2011
Case: 10–93904–BHL–11          Form ID: pdfOrder            Total: 5

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer       jak@kgrlaw.com
aty     C. R. Bowles, Jr      crb@gdm.com
aty     James A. Knauer       jak@kgrlaw.com
aty     Terry E. Hall         terry.hall@bakerd.com

                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb     Eastern Livestock Co., LLC     135 W. Market Street     New Albany, IN 47150

                                                                                TOTAL: 1