UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## JOINDER OF MOTION FOR RELIEF FROM STAY

**To the Honorable United States Bankruptcy Judge**:

    Creditor CPC Livestock ("CPC") hereby joins the Motion for Relief from Stay filed by Friona Industries, L.P., Cactus Growers, Inc. and J&F Oklahoma Holdings, Inc., **[Doc. # 78]** and as supplemented **[Doc. # 129]**, for the reasons set forth in their motion and supplement.

                            Respectfully submitted,

                            SNELL & WILMER L.L.P.

                            By: /s/Jessica E. Yates
                            Jessica E. Yates
                            Snell & Wilmer L.L.P.
                            1200 Seventeenth Street, Suite 1900
                            Denver, Colorado 80202-5854
                            Phone: (303) 634-2097
                            Fax: (303) 634-2020
                            Email: jyates@swlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com |
| John Hunt Lovell<br>john@lovell-law.net | Mark A. Robinson<br>mrobinson@vhrlaw.com |
| Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com |
| Bret S. Clement<br>bclement@acs-law.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net |
| Kim Martin Lewis<br>kim.lewis@dinslaw.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com |
| Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com |
| Allen Morris<br>amorris@stites.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov |
| James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com |
| John M. Thompson<br>john.thompson@crowedunlevy.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| Terry E. Hall<br>terry.hall@bakerd.com | |

/sLinda Ralph
For Snell & Wilmer L.L.P.

12418602.1