SO ORDERED: January 06, 2011.



*Basil H. Lorch III*
Basil H. Lorch III
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC. ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| DEBTOR. ) | CHAPTER 11 |
| ) | |

### ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

Robert H. Foree, a member in good standing of the bar in the State of Kentucky, the U.S. District Court for the Eastern and Western Districts of Kentucky and the Kentucky Supreme Court, having requested admission, *pro hac vice,* to represent the Kentucky Cattlemen's Association in the above referenced case,

**IT IS ORDERED** that Robert H. Foree, Esq., is admitted *pro hac vice,* in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, providing that the filing fee has been paid.

###

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: edixon              Page 1 of 1              Date Rcvd: Jan 06, 2011
Case: 10-93904                Form ID: pdfOrder         Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 08, 2011.
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**                    **Signature:**     *Joseph Speetjens*