UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00100 (rev 11/2010)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA        EIN: NA
  Debtor(s)

Case Number:
**10–93904–BHL–11**

## NOTICE

    A(n) Application to Employ was filed with the Clerk of this Court on December 30, 2010, by Trustee James A. Knauer.

    Trustee seeks an Order employing Baker & Daniels to serve as Trustee's counsel in the above captioned case.

    NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office in accordance with Local Rule S.D.Ind. B−9013−1(d). Any objection must be served on the attorney for the filing party and filed by January 28, 2011.

    If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

    The document referenced above is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:    January 7, 2011                    KEVIN P. DEMPSEY, CLERK
                                                  U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: edixon              Page 1 of 1              Date Rcvd: Jan 07, 2011
Case: 10-93904                Form ID: SF00100          Total Noticed: 5

The following entities were noticed by first class mail on Jan 09, 2011.
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,    New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128
10361078     +Cattlco, LLC,   c/o Nolan M. Johnson, Esq.,   BASS, BERRY & SIMS PLC,
              100 Peabody Place, Suite 900,   Memphis, TN 38103-3653
10361254     +ELI J. PATTEN,   CROWLEY FLECK PLLP,   P.O. BOX 2529,   BILLINGS, MT 59103-2529,
              epatten@crowleyfleck.com
10394176     +Tom M Caneff,   Thomson West,   610 Opperman Drive, D6- 11-3710,   Eagan, MN 55123-1340

The following entities were noticed by electronic transmission.
NONE.                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2011**               **Signature:**   *Joseph Speetjens*