SO ORDERED: January 07, 2011.



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND DEADLINE FOR FILING DEBTOR'S CREDITOR MATRIX, STATEMENT AND SCHEDULES PURSUANT TO §§ 105(a), 521, AND FED. R. BANKR. P. 1007(c)**

This matter came before the Court on the *Trustee's Motion To Extend Deadline For Filing Debtor's Creditor Matrix, Statement And Schedules Pursuant To §§ 105(a), 521, And Fed. R. Bankr. P. 1007(c)* ("Schedules Extension Motion") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), for entry of an Order granting the Trustee additional time within which to file a creditor matrix and the Statement and Schedules[1] of Eastern Livestock Co., LLC ("Debtor"). The Court, having considered the Schedules Extension Motion, and being duly advised of the premises, hereby GRANTS the Schedules Extension Motion.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Schedules Extension Motion.

IT IS THEREFORE ORDERED that:

A. The Trustee shall file the Debtor's creditor matrix, Statement and Schedules required under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) on or before February 10, 2011.

B. The extension granted hereby is without prejudice to the Trustee's right to file a motion seeking further extension.

###

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: edixon              Page 1 of 1              Date Rcvd: Jan 07, 2011
Case: 10-93904                Form ID: pdfOrder         Total Noticed: 1

The following entities were noticed by first class mail on Jan 09, 2011.
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2011**                    **Signature:** _Joseph Speetjens_