**SO ORDERED: January 10, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00076 (rev 07/2006)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER STRIKING DEFICIENT FILING

    A Notice of Deficient Filing dated December 13, 2010 was issued to Creditor Gary S. Bell and Petitioning Creditor Gary S. Bell. The responsible party failed to timely cure the deficiency, and the Court finds that the deficient filing should be stricken from the record.

    IT IS THEREFORE ORDERED that the following deficient filing shall be, and hereby is, STRICKEN from the record:

    Document:    Motion to Appear Pro Hac Vice
    File Date:     December 8, 2010
    Document Number:  33

###