## Notice Recipients

District/Off: 0756–4      User: edixon      Date Created: 1/10/2011
Case: 10–93904–BHL–11      Form ID: pdfOrder      Total: 1

**Recipients of Notice of Electronic Filing:**
aty      C. R. Bowles, Jr      crb@gdm.com

TOTAL: 1