**SO ORDERED: January 10, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

                UNITED STATES BANKRUPTCY COURT    SGENERIC (rev 11/2010)
                  SOUTHERN DISTRICT OF INDIANA
                      121 W Spring St Rm 110
                        New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC                    Case Number:
     SSN: NA        EIN: NA                  **10−93904−BHL−11**
   Debtor(s)

## ORDER

    A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on January 7, 2011, by John Huffaker.

    IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

                                          ###