UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) Hon. Basil H. Lorch III |

**JOINDER OF MOTION FOR RELIEF FROM STAY**

**To the Honorable United States Bankruptcy Judge**:

Creditor CPC Livestock ("CPC") hereby joins the Motion for Relief from Stay filed by Friona Industries, L.P., Cactus Growers, Inc. and J&F Oklahoma Holdings, Inc., **[Doc. # 78]** and as supplemented **[Doc. # 129]**, for the reasons set forth in their motion and supplement.

    Respectfully submitted,

    SNELL & WILMER L.L.P.

    By: /s/Jessica E. Yates
    Jessica E. Yates
    Snell & Wilmer L.L.P.
    1200 Seventeenth Street, Suite 1900
    Denver, Colorado 80202-5854
    Phone: (303) 634-2097
    Fax: (303) 634-2020
    Email: jyates@swlaw.com

12418602.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com |
| John Hunt Lovell<br>john@lovell-law.net | Mark A. Robinson<br>mrobinson@vhrlaw.com |
| Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com |
| Bret S. Clement<br>bclement@acs-law.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net |
| Kim Martin Lewis<br>kim.lewis@dinslaw.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com |
| Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com |
| Allen Morris<br>amorris@stites.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov |
| James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com |
| John M. Thompson<br>john.thompson@crowedunlevy.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| Terry E. Hall<br>terry.hall@bakerd.com | |

/sLinda Ralph
For Snell & Wilmer L.L.P.

12418602.1