UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| EASTERN LIVESTOCK CO., LLC § | Case No.: 10-93904-BHL-11 |
| § | |
| Debtor. § | Chapter 11 |

## JOINDER OF MOTION FOR RELIEF FROM STAY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Eddie Eicke/Eicke Ranch II hereby joins the Motion For Relief From Stay filed by Friona Industries, L.P., Cactus Growers, Inc. and J&F Oklahoma Holdings, Inc. [Doc. #78] and as supplemented [Doc. #129 and Doc. #163], for the reasons set forth in their motion and supplemental motions.

Respectfully submitted,

EASTERWOOD, BOYD & SIMMONS, PC
623 N. Main Street
P. O. Box 273
Hereford, Texas 79045
Tel: (806) 364-6801
Fax: (806) 364-2526
e-mail: bjtexas59@hotmail.com
alt. e-mail: bryan@ebs-law.net
Counsel for Eddie Eicke/Eicke Ranch II

By: /s/ James B. Johnston
James B. Johnston
Texas State Bar No. 10838200

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011 a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- **David L. Abt**   davidabt@mwt.net
- **John W Ames**   jwa@gdm.com, shm@gdm.com; tlm@gdm.com; rtrowbridge@kslaw.com
- **C. R. Bowles**   crb@gdm.com, shm@gdm.com;lgw@gdm.com
- **John R. Carr**   jrciii@acs-law.com, sfinnerty@acs-law.com

-1-

- **Deborah Caruso**   dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com
- **Bret S. Clement**   bclement@acs-law.com, sfinnerty@acs-law.com
- **Jesse Cook-Dubin**   jcookdubin@vorys.com, cdfricke@vorys.com
- **Daniel J. Donnellon**   ddonnellon@ficlaw.com
- **Robert Hughes Foree**   robertforee@bellsouth.net
- **Terry E. Hall**   terry.hall@bakerd.com, sarah.laughlin@bakerd.com; sharon.korn@bakerd.com
- **Edward M King**   tking@fbtlaw.com, dgioffre@fbtlaw.com
- **James A. Knauer**   jak@kgrlaw.com, hns@kgrlaw.com
- **Randall D. LaTour**   rdlatour@vorys.com, cdfricke@vorys.com
- **Kim Martin Lewis**   kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com
- **John Hunt Lovell**   john@lovell-law.net, sabrina@lovell-law.net
- **John Frederick Massouh**   john.massouh@sprouselaw.com
- **William Robert Meyer**   rmeyer@stites.com
- **Allen Morris**   amorris@stites.com, dgoodman@stites.com
- **Mark A. Robinson**   mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- **Jeremy S Rogers**   Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- **Ivana B. Shallcross**   ibs@gdm.com
- **Meredith R. Thomas**   mthomas@daleeke.com, kmark@daleeke.com
- **U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov
- **Stephen A. Weigand**   sweigand@ficlaw.com
- **Charles R. Wharton**   Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- **David L. LeBas**   dlebas@namanhowell.com
- **Jessica E. Yates**   jyates@swlaw.com
- **Judy Hamilton Morse**   judy.morse@crowedunlevy.com
- **John Huffaker**   john.huffaker@sprouselaw.com
- **James T. Young**   james@rubin-levin.net
- **John M. Thompson**   john.thompson@crowedunlevy.com
- **Matthew J. Ochs**   matt.ochs@moyewhite.com

I further certify that on December 31, 2010, a copy of the foregoing Motion to Appear Pro Hac Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

    **Eastern Livestock Co., LLC**
    135 W. Market Street
    New Albany, IN 47150

    **Kentucky Cattlemen's Association**
    176 Pasadena Drive
    Lexington, KY 40503-2900

    **National Cattlemen's Beef Association**
    c/o Alice Devine
    6031 SW 37th St.
    Topeka, Kansas 66610

                                          /s/ James B. Johnston
                                          James B. Johnston