UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No.: 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF APPEARANCE

James B. Johnston, of Easterwood, Boyd & Simmons, P.C., pursuant to Rule B-9010-1(a)(2) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enters his appearance on behalf of Eddie Eicke/Eicke Ranch II, in the above-referenced bankruptcy proceeding.

All notices, pleadings and documents should be served on the attorney of record at the address indicated below.

Respectfully submitted,

EASTERWOOD, BOYD & SIMMONS, PC
623 N. Main Street
P. O. Box 273
Hereford, Texas 79045
Tel: (806) 364-6801
Fax: (806) 364-2526
e-mail: bjtexas59@hotmail.com
alt. e-mail: bryan@ebs-law.net
Counsel for Eddie Eicke/Eicke Ranch II

By: /s/ James B. Johnston
James B. Johnston
Texas State Bar No. 10838200

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011 a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- **David L. Abt**   davidabt@mwt.net
- **John W Ames**   jwa@gdm.com, shm@gdm.com; tlm@gdm.com; rtrowbridge@kslaw.com

-1-

- **C. R. Bowles**   crb@gdm.com, shm@gdm.com;lgw@gdm.com
- **John R. Carr**   jrciii@acs-law.com, sfinnerty@acs-law.com
- **Deborah Caruso**   dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com
- **Bret S. Clement**   bclement@acs-law.com, sfinnerty@acs-law.com
- **Jesse Cook-Dubin**   jcookdubin@vorys.com, cdfricke@vorys.com
- **Daniel J. Donnellon**   ddonnellon@ficlaw.com
- **Robert Hughes Foree**   robertforee@bellsouth.net
- **Terry E. Hall**   terry.hall@bakerd.com, sarah.laughlin@bakerd.com; sharon.korn@bakerd.com
- **Edward M King**   tking@fbtlaw.com, dgioffre@fbtlaw.com
- **James A. Knauer**   jak@kgrlaw.com, hns@kgrlaw.com
- **Randall D. LaTour**   rdlatour@vorys.com, cdfricke@vorys.com
- **Kim Martin Lewis**   kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com
- **John Hunt Lovell**   john@lovell-law.net, sabrina@lovell-law.net
- **John Frederick Massouh**   john.massouh@sprouselaw.com
- **William Robert Meyer**   rmeyer@stites.com
- **Allen Morris**   amorris@stites.com, dgoodman@stites.com
- **Mark A. Robinson**   mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- **Jeremy S Rogers**   Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- **Ivana B. Shallcross**   ibs@gdm.com
- **Meredith R. Thomas**   mthomas@daleeke.com, kmark@daleeke.com
- **U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov
- **Stephen A. Weigand**   sweigand@ficlaw.com
- **Charles R. Wharton**   Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- **David L. LeBas**   dlebas@namanhowell.com
- **Jessica E. Yates**   jyates@swlaw.com
- **Judy Hamilton Morse**   judy.morse@crowedunlevy.com
- **John Huffaker**   john.huffaker@sprouselaw.com
- **James T. Young**   james@rubin-levin.net
- **John M. Thompson**   john.thompson@crowedunlevy.com
- **Matthew J. Ochs**   matt.ochs@moyewhite.com

I further certify that on December 31, 2010, a copy of the foregoing Notice of Appearance was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

**Eastern Livestock Co., LLC**
135 W. Market Street
New Albany, IN 47150

**Kentucky Cattlemen's Association**
176 Pasadena Drive
Lexington, KY 40503-2900

**National Cattlemen's Beef Association**
c/o Alice Devine
6031 SW 37th St.
Topeka, Kansas 66610

/s/ James B. Johnston
James B. Johnston

-2-