# Exhibit A

**Cattle Claimants Named by Friona Industries, LP**

| Party Name | Status of Appearance | Docket Control Number | Attorney Name |
|---|---|---|---|
| Athens Livestock | Answered Filed w/ counterclaim on 12/06/10 | 56 | Jerry Smith Hereford, Texas |
| BBL Cattle (Tommy Bynum d/b/a) | Served on 12/01/10 | | Cody Simmons James B. Johnston EASTERWOOD, BOYD & SIMMONS Hereford, Texas |
| Blue Grass Stockyards, LLC | Answered Filed w/ counterclaim on 12/06/10 | 58 | Jerry Smith Hereford, Texas |
| C&M Cattle (Chuck Murdoch) | Answered Filed w/ counterclaim on 12/10/10 | 107 | Charles G. White Amarillo, Texas |
| Diamond B Ranches, Inc. | Answered on 11/30/10 | 16 | James E. Smith SMITH AKINS Little Rock, Arkansas |
| Dietrich, Allen (Farmers Bank of Carnegie) | Answered Filed w/ counterclaim on 12/03/10 | 24 | Clint R. Latham MULLIN HOARD & BROWN, LLP Amarillo, Texas |
| East Tennessee Live Stock Center, Inc. | Answered Filed w/ counterclaim on 12/06/10 | 61 | Jerry Smith Hereford, Texas |
| Eastern Livestock Co., Inc. | Served on 11/16/10 Waiver Filed on 12/16/2010 | Doc. No. 117 | |
| Eickie, Eddie | Answered Filed w/ counterclaim on 12/09/10 | 102 | Cody Simmons James B. Johnston EASTERWOOD, BOYD & SIMMONS Hereford, Texas |
| Fifth Third Bank | Answered on 12/17/10 | 122 | John Ben Blanchard BROWN & FORTUNATO Amarillo, Texas |
| K & K Farms (Amos & Paul Kroph) | Answered Filed w/ counterclaim on 11/19/10 | 5 | David J. Potter Texarkana, Texas |
| Moreno, Gabriel | Answered Filed w/ counterclaim on 11/30/10 | 15 | Timothy T. Pridmore McWhorter, Cobb & Johnson Lubbock, Texas |
| Moseley Cattle Auction, LLC | Answered Filed w/ counterclaim on 12/06/10 | 63 | Jerry Smith Hereford, Texas |
| Southeast Livestock Exchange, LLC | Answered Filed w/ counterclaim on 12/06/10 | 65 | Jerry Smith Hereford, Texas |
| Superior Livestock Auction, Inc. | Answer Filed w/ counterclaim to Friona filed on 12/13/2010  Waiver Filed by Cactus Growers, Inc. 12/09/2010  Waiver Filed by J & F Oklahoma, Inc. 12/10/2010 | Answer's Doc. No. 108  Cactus Grower's Doc. No. 99  J & F's Doc. No. 104 | John O'Brien SNELL & WILMER, L.L.P. Denver, Colorado  Johnny Merritt Kevin T. Wakley IRWIN MERRITT HOGUE PRICE & CARTHEL Amarillo, Texas |
| Turner County Stock Yards, Inc. | Answered Filed w/ counterclaim on 12/06/10 | 67 | Jerry Smith Hereford, Texas |

{01366513.DOCX \ }

## Cattle Claimants Named by Friona Industries, LP

| Party Name | Status of Appearance | Docket Control Number | Attorney Name |
|---|---|---|---|
| Athens Livestock | Answered Filed w/ counterclaim on 12/06/10 | 56 | Jerry Smith<br>Hereford, Texas |
| BBL Cattle (Tommy Bynum d/b/a) | Served on 12/01/10 | | Cody Simmons<br>James B. Johnston<br>EASTERWOOD, BOYD & SIMMONS<br>Hereford, Texas |
| Blue Grass Stockyards, LLC | Answered Filed w/ counterclaim on 12/06/10 | 58 | Jerry Smith<br>Hereford, Texas |
| C&M Cattle (Chuck Murdoch) | Answered Filed w/ counterclaim on 12/10/10 | 107 | Charles G. White<br>Amarillo, Texas |
| Diamond B Ranches, Inc. | Answered on 11/30/10 | 16 | James E. Smith<br>SMITH AKINS<br>Little Rock, Arkansas |
| Dietrich, Allen (Farmers Bank of Carnegie) | Answered Filed w/ counterclaim on 12/03/10 | 24 | Clint R. Latham<br>MULLIN HOARD & BROWN, LLP<br>Amarillo, Texas |
| East Tennessee Live Stock Center, Inc. | Answered Filed w/ counterclaim on 12/06/10 | 61 | Jerry Smith<br>Hereford, Texas |
| Eastern Livestock Co., Inc. | Served on 11/16/10<br><br>Waiver Filed on 12/16/2010 | Doc. No. 117 | |
| Eickie, Eddie | Answered Filed w/ counterclaim on 12/09/10 | 102 | Cody Simmons<br>James B. Johnston<br>EASTERWOOD, BOYD & SIMMONS<br>Hereford, Texas |
| Fifth Third Bank | Answered on 12/17/10 | 122 | John Ben Blanchard<br>BROWN & FORTUNATO<br>Amarillo, Texas |
| K & K Farms (Amos & Paul Kroph) | Answered Filed w/ counterclaim on 11/19/10 | 5 | David J. Potter<br>Texarkana, Texas |
| Moreno, Gabriel | Answered Filed w/ counterclaim on 11/30/10 | 15 | Timothy T. Pridmore<br>McWhorter, Cobb & Johnson<br>Lubbock, Texas |
| Moseley Cattle Auction, LLC | Answered Filed w/ counterclaim on 12/06/10 | 63 | Jerry Smith<br>Hereford, Texas |
| Southeast Livestock Exchange, LLC | Answered Filed w/ counterclaim on 12/06/10 | 65 | Jerry Smith<br>Hereford, Texas |
| Superior Livestock Auction, Inc. | Answer Filed w/ counterclaim to Friona filed on 12/13/2010<br><br>Waiver Filed by Cactus Growers, Inc. 12/09/2010<br><br>Waiver Filed by J & F Oklahoma, Inc. 12/10/2010 | Answer's Doc. No. 108<br><br>Cactus Grower's Doc. No. 99<br><br>J & F's Doc. No. 104 | John O'Brien<br>SNELL & WILMER, L.L.P.<br>Denver, Colorado<br><br>Johnny Merritt<br>Kevin T. Wakley<br>IRWIN MERRITT HOGUE PRICE & CARTHEL<br>Amarillo, Texas |
| Turner County Stock Yards, Inc. | Answered Filed w/ counterclaim on 12/06/10 | 67 | Jerry Smith<br>Hereford, Texas |

{01366513.DOCX \ }

## Cattle Claimants Named by J & F Oklahoma, Inc.

| Party Name | Status of Appearance | Docket Control Number | Attorney Name |
|---|---|---|---|
| Eastern Livestock Co. | Served on 11/16/10<br><br>Waiver Filed on 12/16/2010 | Doc. No. 117 | **Elizabeth M Lynch**<br>*Receiver for Eastern Livestock Company, LLC*<br><br>Represented by:<br>**R Edward Perkins**<br>Sheehy Serpe & Ware<br>2500 Two Houston Center<br>909 Fannin St<br>Houston, TX 77010-1003<br>713/951-1004<br>Email: eperkins@sheehyware.com |
| Fifth Third Bank | Answered Friona on 12/17/10 | 122 | **John Ben Blanchard**<br>Brown & Fortunato PC<br>905 S Fillmore<br>Suite 400<br>Amarillo, TX 79101<br>806/345-6300<br>Fax: 806/345-6363<br>Email: jblanchard@bf-law.com<br><br>**David A Oliver**<br>Vorys Sater Seymour & Pease LLP<br>700 Louisiana St<br>Suite 4100<br>Houston, TX 77002<br>713/588-7000<br>Email: daoliver@vorys.com |
| Southeast Livestock Exchange, LLC | Answered Friona on 12/06/10 | 65 | **Jerry S Smith**<br>Law Office of Jerry Smith<br>205 W 4th St<br>Suite 101<br>Hereford, TX 79045<br>806/364-8100<br>Fax: 806/364-8103<br>Email: jerry@jerrysmithlaw.com |
| Superior Livestock Auction, Inc. | Answer to Friona filed on 12/13/2010<br><br>Waiver Filed by Cactus Growers, Inc. 12/09/2010<br><br>Waiver Filed by J & F Oklahoma, Inc. 12/10/2010 | Answer's Doc. No. 108<br><br>Cactus Grower's Doc. No. 99<br><br>J & F's Doc. No. 104 | **Kevin T Wakley**<br>Irwin Merritt Hogue Price & Carthel PC<br>320 S Polk<br>Suite 700<br>Amarillo, TX 79101<br>806/322-1440<br>Fax: 806/332-1441<br>Email: kwakley@amalaw.org<br><br>**James D Kilroy**<br>Snell & Wilmer LLP<br>1200 Seventeenth St<br>Suite 1900<br>Denver, CO 80202<br>303/634-2005 |

| Party Name | Status of Appearance | Docket Control Number | Attorney Name |
|---|---|---|---|
| | | | Fax: 303/634-2020<br>Email: jkilroy@swlaw.com<br><br>**John O'Brien**<br>Snell & Wilmer LLP<br>1200 Seventeenth St<br>Suite 1900<br>Denver, CO 80202-5854<br>303/634-2000<br>Fax: 303/634-2020<br>Email: jobrien@swlaw.com<br><br>**Johnny Kent Merritt**<br>Irwin Merritt Hogue & Price<br>320 S Polk St<br>Suite 500<br>Amarillo, TX 79101<br>806/322-0333<br>Fax: 806/322-1441 FAX<br>Email: jmerritt@imhplaw.com<br><br>**Jonathon P Martin**<br>Snell & Wilmer LLP<br>1200 Seventeenth St<br>Suite 1900<br>Denver, CO 80202<br>303/634-2070<br>Fax: 303/634-2020<br>Email: jpmartin@swlaw.com |
| Turner County Stock Yards, Inc. | Answered Friona on 12/06/10 | 67 | **Jerry S Smith**<br>Law Office of Jerry Smith<br>205 W 4th St<br>Suite 101<br>Hereford, TX 79045<br>806/364-8100<br>Fax: 806/364-8103<br>Email: jerry@jerrysmithlaw.com |
| CPC Livestock, LLC | Waiver Signed 12/22/2010 | | **Jessica E Yates**<br>Snell & Wilmer LLP<br>1200 Seventeenth St<br>Suite 1900<br>Denver, CO 80202<br>303-634-2000<br>Email: jyates@swlaw.com<br><br>**Johnny Kent Merritt**<br>Irwin Merritt Hogue & Price<br>320 S Polk St<br>Suite 500<br>Amarillo, TX 79101<br>806/322-0333<br>Fax: 806/322-1441 FAX<br>Email: jmerritt@imhplaw.com |

{01366513.DOCX \ }

| Party Name | Status of Appearance | Docket Control Number | Attorney Name |
|---|---|---|---|
| Northern Livestock, believed to be doing business as Billings Livestock Commission Company, LLC | | | |
| Gibson Cattle Company, L.L.C. | | | |
| Joplin Regional Stockyards, Inc. | | | |
| Piedmont Livestock Company, Inc. | Waiver Filed on 12/28/2010 | 133 | |
| Don Green | | | |
| Gary Seals Livestock | | | |
| William Bush | Waiver Filed on 12/16/2010 | 118 | |
| Tom Svoboda | Waiver Signed 12/15/2010 | | |
| CLF Feeders | Waiver Filed on 12/16/2010 | 116 | |
| Randy Hoover & Son, LLC | | | |
| Otto Hamilton | | | |

{01366513.DOCX \ }