UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: )                    CASE NO. 10-93904-BHL-11
)
EASTERN LIVESTOCK CO., LLC, )
)
Debtor. )
)
)

## THE FIRST BANK AND TRUST COMPANY'S FIRST SET OF INTERROGATORIES TO CREDITOR FIFTH THIRD BANK

Pursuant to Federal Rule of Bankruptcy Procedure 9014(c), The First Bank and Trust Company ("First Bank") requests Creditor Fifth Third Bank to answer, under oath, each of the following Interrogatories within 30 days of service or as such earlier time as the Court may order in advance of a hearing on the Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee.

DEFINITIONS AND INSTRUCTIONS

1.     As used in these Interrogatories, "Identify" when used in reference to any person means to state his or her full name and present or last known home and business addresses, his or her occupation, his or her present or last known position, employer, or business affiliation, his or her present or last known business and home telephone numbers, and if such person has ever been employed by the Creditor Fifth Third Bank or owned or participated in any way in the Creditor Fifth Third Bank business or activities, so indicate and state the nature and time period of such employment, ownership or participation.  When a person has been identified

**Exhibit B**

in full in response to an Interrogatory as required by these definitions, it shall be sufficient to identify such person in response to subsequent Interrogatories, to state the full name of such person and refer to the previous Interrogatory where a full identification was given so long as all other information regarding such person required by these definitions remains the same.

2.      "Persons" means natural persons, corporations, partnerships, joint ventures, unincorporated associations, and all other entities.

3.      "Fifth Third" means Fifth Third Bank and its present and former subsidiaries and affiliates, directors, consultants, employees, agents, representatives, counsel, and all other persons acting or purporting to act on its behalf or under its control.

4.      "Baker & Daniels" means the law firm Baker & Daniels LLP and its present and former subsidiaries and affiliates, directors, consultants, employees, agents, representatives, counsel, and all other persons acting or purporting to act on its behalf or under its control.

INTERROGATORIES

<u>INTERROGATORY NO. 1:</u>    Identify each matter for which Fifth Third has retained Baker & Daniels since January 1, 2007, including, but not limited to (a) the date(s) of engagement; (b) whether the matter is still active or has concluded; and (c) a brief, non-privileged description of the type of matter.

<u>RESPONSE:</u>

<u>INTERROGATORY NO. 2:</u>  For each matter identified in response to Interrogatory No. 1,

identify the primary person(s) at Fifth Third responsible for (a) being the primary contact person

at Fifth Third; and (b) making decisions regarding legal strategy.

<u>RESPONSE:</u>

<u>INTERROGATORY NO. 3:</u>  For all matters identified in response to these interrogatories state

the total time and costs billed, paid, or incurred from January 1, 2007.

<u>RESPONSE:</u>

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: ddonnellon@ficlaw.com

Attorneys for The First Bank and Trust
Company

## CERTIFICATE OF SERVICE

I certify that both a printed and an electronic copy of the foregoing The First Bank and Trust Company's First Set of Interrogatories to Creditor Fifth Third Bank has been served via first class U.S. mail, postage prepaid with a copy via electronic mail upon the following, this 10th day of January, 2011:

> Randall D. LaTour, Esq.
> VORYS, SATER, SEYMOUR AND PEASE LLP
> 52 East Gay Street
> Columbus, OH  43215
>
> Attorneys for Fifth Third Bank

/s/ Daniel J. Donnellon
Daniel J. Donnellon

445126.1