UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**PROPOSED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 12, 2011 AT 10:00 A.M. EST**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel,

submits this proposed agenda for the hearing scheduled for January 12, 2011 at 10:00 a.m. EST

("Hearing").  The Trustee anticipates that the matters before the Court for the Hearing will take

approximately three (3) hours.

## I.    DIAL IN INFORMATION

The dial-in telephone number for interested parties to participate in the Hearing

by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key

## II.    NEW MATTERS

1.    **["Republic Bank & Trust Company's Relief Motion"]** Motion For
Relief From Stay And Abandonment Of Property (docket #60)

(a)    Trustee's Objection To Motion For Relief From Stay And
Abandonment Of Property (docket #161)

*Status:    Going forward*

2.    **["Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma
Holdings, Inc.'s Relief Motion"]** Motion For Relief From Stay (docket
#78)

(a)    Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma
Holdings, Inc.'s Supplemental Motion For Relief From Stay
(docket #129)

      (b)      The First Bank and Trust Company's Objection To Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., And J & F Oklahoma Holdings, Inc. (docket #149)

      (c)      CPC Livestock's Joinder Of Motion For Relief From Stay (docket #160)

      (d)      Trustee's Objection To Motion For Relief From Stay (docket #162)

      (e)      Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Second Supplemental Motion For Relief From Stay (docket #163)

      (f)      Cactus Growers' Brief On Texas And Kansas Agister's Liens (docket #172)

      (g)      CPC Livestock's Joinder Of Motion For Relief From Stay (docket #174)

      (h)      Eddie Eicke/Eicke Ranch II's Joinder Of Motion For Relief From Stay (docket #175)

      (i)      Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #179)

      (j)      Corrected Exhibit "A" To Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #180)

*Status:*   *Going forward*

3.      **["Trustee's Sale Payment Motion"]** Trustee's Emergency Motion Regarding Payments On Debtor's Cattle Sales (docket #141)

      (a)      Friona Industries, LP, Cactus Growers, Inc. and J&F Oklahoma Holdings, Inc.'s Objection And Response To "Emergency Motion Regarding Payments On Debtor's Cattle Sales" (docket #177)

*Status:*   *Going forward*

4.    **["Trustee's Sale Motion"]** Emergency Motion Regarding Trustee Selling Debtor's Current Cattle Inventory (docket #143)

   (a)    Friona Industries, LP, Cactus Growers, Inc. and J&F Oklahoma Holdings, Inc.'s Objection And Response To "Emergency Motion Regarding Trustee Selling Debtor's Current Cattle Inventory" (docket #176)

   *Status:*   *Going forward*

                              Respectfully submitted,

                              BAKER & DANIELS LLP

                         By:    /s/Terry E. Hall
                              _____

James M. Carr (#3128-49)              *Proposed Counsel for Trustee*
Terry E. Hall (#22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
jim.carr@bakerd.com
terry.hall@bakerd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
jwa@gdm.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

C. R. Bowles, Jr
crb@gdm.com

Jesse Cook-Dubin
jcookdubin@vorys.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ibs@gdm.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

/s/ Terry E. Hall