UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
    Eastern Livestock Co., LLC
       SSN: NA       EIN: NA
    Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Brief in Support of Motion for Relief from Stay, which was filed on January 10, 2011, is deficient in the following respect(s):

    Electronic signature not in correct format per Administrative Procedures Manual, available at www.insb.uscourts.gov/WebForms/CMecf/ecfadmin.pdf.

The above−cited deficiencies must be corrected by January 25, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

    IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   January 11, 2011                  KEVIN P. DEMPSEY, CLERK
                                           U.S. BANKRUPTCY COURT