UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                              CASE NO. 10-93904
                                                        CHAPTER 11

       DEBTOR

---

## NOTICE OF ENTRY OF APPEARANCE

---

Come Laura Day DelCotto, Esq. and the law firm of DelCotto Law Group PLLC, 200 North Upper Street, Lexington, Kentucky 40507 ("Counsel"), and hereby enter their appearance herein as counsel for Blue Grass Stockyards, LLC; Blue Grass South Livestock Market, LLC; Blue Grass Stockyards East, LLC; Blue Grass Stockyards of Campbellsville, LLC; Blue Grass Maysville Stockyards, LLC and Blue Grass Stockyards of Richmond, LLC (collectively referred to herein as "the Blue Grass Companies").  In addition, pursuant to Fed. R. Bankr. P. 2002, Counsel hereby requests copies of all notices, pleadings, and other matters filed herein to be served on Counsel, and that they be placed on the Court's electronic service list.

Please take further notice that the Blue Grass Companies intend that neither this Notice of Appearance nor any later pleading, claim or suit shall waive (1) the right of the Blue Grass Companies to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of the Blue Grass Companies to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the right of the Blue Grass Companies to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Blue Grass Companies are or may be entitled under agreements in

law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the Companies expressly reserve.

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR THE BLUE GRASS
COMPANIES

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt.
davidabt@mwt.net

John Hunt Lovell
john@lovell-law.net

Jesse Cook-Dubin
jcookdubin@vorys.com

Randall D. LaTour
rdlatour@vorys.com

Bret S. Clement
bclement@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

John W. Ames
jwa@gdm.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Ivana B. Shallcross
ibs@gdm.com

Meredith R. Thomas
mthomas@daleeke.com

Allen Morris
amorris@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

David L. LeBas
dlebas@namanhowell.com

John M. Thompson
john.thompson@crowedunlevy.com

Terry E. Hall
terry.hall@bakerd.com

C. R. Bowles, Jr.
crb@gdm.com

Mark A. Robinson
mrobinson@vhrlaw.com

Edward M. King
tking@fbtlaw.com

John R. Carr, III
jrciii@acs-law.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John Frederick Massouh
john.massouh@sprouselaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

William Robert Meyer, II
rmeyer@stites.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

James T. Young
james@rubin-levin.net

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

James M. Carr
james.carr@bakerd.com

James A. Knauer
jak@kgrlaw.com

Matthew J. Ochs
matt.ochs@moyewhite.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Jessica E. Yates
jyates@swlaw.com

/s/ Laura Day DelCotto, Esq.
COUNSEL FOR THE BLUE GRASS
COMPANIES

Z:\Clients\Blue Grass Stockyards, LLC\Eastern Livestock\Pleadings\Entry of Appearance Eastern Livestock 20110111.doc