UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No.: 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Chapter 11 |

### NOTICE OF APPEARANCE ON BEHALF OF JOHNNY MAYO, JR.

James B. Johnston, of Easterwood, Boyd & Simmons, P.C., pursuant to Rule B-9010-1(a)(2) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enters his appearance as attorney of record on behalf of Johnny Mayo, Jr., an individual whose address is P. O. Box 317, Eldorado, Texas 76936, in the above-referenced bankruptcy proceeding.

All notices, pleadings and documents should be served on the attorney of record at the address indicated below.

Respectfully submitted,

EASTERWOOD, BOYD & SIMMONS, PC
623 N. Main Street
P. O. Box 273
Hereford, Texas 79045
Tel: (806) 364-6801
Fax: (806) 364-2526
e-mail: bjtexas59@hotmail.com
alt. e-mail: bryan@ebs-law.net
Counsel for Johnny Mayo, Jr.

By: /s/ James B. Johnston
    James B. Johnston
    Texas State Bar No. 10838200

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, a copy of the foregoing Notice of Appearance on Behalf of Johnny Mayo, Jr. was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

**David L. Abt**
davidabt@mwt.net

**John W Ames**
jwa@gdm.com
shm@gdm.com
tlm@gdm.com
rtrowbridge@kslaw.com

**C. R. Bowles**
crb@gdm.com
shm@gdm.com
lgw@gdm.com

**John R. Carr**
jrciii@acs-law.com
sfinnerty@acs-law.com

**Deborah Caruso**
dcaruso@daleeke.com
lharves@daleeke.com
mthomas@daleeke.com

**Bret S. Clement**
bclement@acs-law.com
sfinnerty@acs-law.com

**Jesse Cook-Dubin**
jcookdubin@vorys.com
cdfricke@vorys.com

**Daniel J. Donnellon**
ddonnellon@ficlaw.com

**Robert Hughes Foree**
robertforee@bellsouth.net

**Terry E. Hall**
terry.hall@bakerd.com
sarah.laughlin@bakerd.com
sharon.korn@bakerd.com

**Edward M King**
tking@fbtlaw.com
dgioffre@fbtlaw.com

**James A. Knauer**
jak@kgrlaw.com
hns@kgrlaw.com

**Randall D. LaTour**
rdlatour@vorys.com
cdfricke@vorys.com

**Kim Martin Lewis**
kim.lewis@dinslaw.com
lisa.geeding@dinslaw.com
Patrick.burns@dinslaw.com

**John Hunt Lovell**
john@lovell-law.net
sabrina@lovell-law.net

**John Frederick Massouh**
john.massouh@sprouselaw.com

**William Robert Meyer**
rmeyer@stites.com

**Allen Morris**
amorris@stites.com
dgoodman@stites.com

**Mark A. Robinson**
mrobinson@vhrlaw.com
dalbers@vhrlaw.com

**Jeremy S Rogers**
Jeremy.Rogers@dinslaw.com
joyce.jenkins@dinslaw.com

**Ivana B. Shallcross**
ibs@gdm.com

**Meredith R. Thomas**
mthomas@daleeke.com
kmark@daleeke.com

**U.S. Trustee**
ustpregion10.in.ecf@usdoj.gov

**Stephen A. Weigand**
sweigand@ficlaw.com

**Charles R. Wharton**
Charles.R.Wharton@usdoj.gov

**David L. LeBas**
dlebas@namanhowell.com
koswald@namanhowell.com

**Jessica E. Yates**
jyates@swlaw.com
edufficy@swlaw.com

**Judy Hamilton Morse**
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@drowedunlevy.com
karol.brown@crowedunlevy.com

**John Huffaker**
john.huffaker@sprouselaw.com
lynn.acton@sprouselaw.com
rhonda.rogers@sprouselaw.com

**James T. Young**
james@rubin-levin.net
marie@rubin-levin.net
ATTY_JTY@trustesolutions.com

**John M. Thompson**
john.thompson@crowedunlevy.com
jody.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

**Matthew J. Ochs**
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

I further certify that on January 11, 2011, a copy of the foregoing Notice of Appearance on Behalf of Johnny Mayo, Jr. was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

**Eastern Livestock Co., LLC**
135 W. Market Street
New Albany, IN 47150

**Kentucky Cattlemen's Association**
176 Pasadena Drive
Lexington, KY 40503-2900

**National Cattlemen's Beef Association**
c/o Alice Devine
6031 SW 37th St.
Topeka, Kansas 66610

/s/ James B. Johnston
James B. Johnston