UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Notice of Submission, which was filed on January 11, 2011, is deficient in the following respect(s):

   Incorrect event used. Document must be re−filed using Objection event on Bankruptcy/Objection−Responses/Objection menu.

The above−cited deficiencies must be corrected by January 26, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   January 12, 2011                    KEVIN P. DEMPSEY, CLERK
                                                U.S. BANKRUPTCY COURT