## Notice Recipients

District/Off: 0756–4         User: edixon               Date Created: 1/12/2011
Case: 10–93904–BHL–11        Form ID: SF00075           Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Bret S. Clement          bclement@acs–law.com

TOTAL: 1