UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**AMENDED
PROPOSED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 12, 2011 AT 10:00 A.M. EST**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, submits this amended proposed agenda for the hearing scheduled for January 12, 2011 at 10:00 a.m. EST ("Hearing").  The Trustee anticipates that the matters before the Court for the Hearing will take approximately three (3) hours.

    **I.**    **DIAL IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key

    **II.**    **NEW MATTERS**

    1.    **["Republic Bank & Trust Company's Relief Motion"]** Motion For Relief From Stay And Abandonment Of Property (docket #60)

    (a)    Trustee's Objection To Motion For Relief From Stay And Abandonment Of Property (docket #161)

    *Status:*    Going forward

    2.    **["Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Relief Motion"]** Motion For Relief From Stay (docket #78)

    (a)    Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Supplemental Motion For Relief From Stay (docket #129)

(b) The First Bank and Trust Company's Objection To Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., And J & F Oklahoma Holdings, Inc. (docket #149)

(c) CPC Livestock's Joinder Of Motion For Relief From Stay (docket #160)

(d) Trustee's Objection To Motion For Relief From Stay (docket #162)

(e) Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Second Supplemental Motion For Relief From Stay (docket #163)

(f) Cactus Growers' Brief On Texas And Kansas Agister's Liens (docket #172)

(g) CPC Livestock's Joinder Of Motion For Relief From Stay (docket #174)

(h) Eddie Eicke/Eicke Ranch II's Joinder Of Motion For Relief From Stay (docket #175)

(i) Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #179)

(j) Corrected Exhibit "A" To Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #180)

(k) (Amended) Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #188)

(l) The First Bank and Trust Company's Objection To Second Supplemental Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc. (docket #190)

(m) Eddie Eicke/Eicke Ranch II, Bynum Ranch Co., Bobby and Debbie Bynum, Bill Davis, Bill Davis Quarter Horse, Tom Svoboda, Johnny Mayo, Jr., and Frank Powell's Response In Support Of Motion For Relief From Stay (docket #198)

*Status:*   Going forward

6493959_1.DOC

2

3. **["Trustee's Sale Payment Motion"]** Trustee's Emergency Motion Regarding Payments On Debtor's Cattle Sales (docket #141)

   (a) Friona Industries, LP, Cactus Growers, Inc. and J&F Oklahoma Holdings, Inc.'s Objection And Response To "Emergency Motion Regarding Payments On Debtor's Cattle Sales" (docket #177)

   *Status:* Going forward

4. **["Trustee's Sale Motion"]** Emergency Motion Regarding Trustee Selling Debtor's Current Cattle Inventory (docket #143)

   (a) Friona Industries, LP, Cactus Growers, Inc. and J&F Oklahoma Holdings, Inc.'s Objection And Response To "Emergency Motion Regarding Trustee Selling Debtor's Current Cattle Inventory" (docket #176)

   *Status:* Going forward

                    Respectfully submitted,

                    BAKER & DANIELS LLP


                    By:   /s/Terry E. Hall

James M. Carr (#3128-49)           *Proposed Counsel for Trustee*
Terry E. Hall (#22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
terry.hall@bakerd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
jwa@gdm.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

C. R. Bowles, Jr
crb@gdm.com

Jesse Cook-Dubin
jcookdubin@vorys.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ibs@gdm.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

                                                  /s/ Terry E. Hall