KELLY GREENE McCONNELL (ISB #4900)
GIVENS PURSLEY, LLP
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701
Telephone: (208) 388-1200
Facsimile: (208) 388-1300

Attorneys for Supreme Cattle Feeders, L.L.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | Case No. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | MOTION TO APPEAR |
| | ) | PRO HAC VICE |

KELLY GREENE MCCONNELL of Givens Pursley LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Supreme Cattle Feeders, L.L.C., in the above-styled cause only   In support of this motion, the applicant states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| Courts | Dates of Admission (month/year) |
|---|---|
| Idaho Supreme Court | April, 1994 |
| U.S. District Court, District of Idaho | April, 1994 |
| U.S. District Court, District of California | December, 1989 |
| U.S. District Court, District of Oregon | September, 2003 |
| 9th Circuit | December, 1989 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has presented a check in the amount of $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court to enter an order of admission pro hac vice for purposes of this cause only.

DATED this 12th day of January, 2011.

/s/ Kelly Greene McConnell
Kelly Greene McConnell
Givens Pursley LLP
Attorneys for Supreme Cattle Feeders, L.L.C.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's electronic filing system upon the following parties this 12th day of January, 2011:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, Indiana 47150
*Debtor*

C.R. Bowles, Jr., Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
GREENBAUM DOLL & MCDONALD
3500 National City Tower
101 S. 5th Street
Louisville, Kentucky 40202
*Attorneys for Petitioning Creditors*

Charles R. Wharton, Esq.
Office of the U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204
*U.S. Trustee*

/s/ Kelly Greene McConnell
Kelly Greene McConnell