KELLY GREENE McCONNELL (ISB #4900)
GIVENS PURSLEY, LLP
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701
Telephone: (208) 388-1200
Facsimile: (208) 388-1300

Attorneys for Supreme Cattle Feeders, L.L.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | Case No. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | AFFIDAVIT IN SUPPORT |
| | ) | OF MOTION TO APPEAR |
| | ) | PRO HAC VICE |

KELLY GREENE MCCONNELL, having personal knowledge of the following and if called to testify would and could competently testify thereto:

I am a practicing attorney, duly licensed to practice and currently in good standing in:

| Courts | Dates of Admission (month/year) |
|---|---|
| Idaho Supreme Court | April, 1994 |
| U.S. District Court, District of Idaho | April, 1994 |
| U.S. District Court, District of California | December, 1989 |
| U.S. District Court, District of Oregon | September, 2003 |
| 9th Circuit | December, 1989 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, under the laws of the United States and the State of Idaho, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

DATED this 12th day of January, 2011.

/s/ Kelly Greene McConnell
Kelly Greene McConnell
Givens Pursley LLP
Attorneys for Supreme Cattle Feeders, L.L.C.

STATE OF IDAHO    )
                  )
COUNTY OF ADA     )

Before me, a notary public in and for said county and state, personally appeared KELLY GREENE MCCONNEL, and being first duly sworn upon her oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 12th day of January, 2011.

_____
Notary Public

My Commission Expires:

March 22, 2013

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's electronic filing system upon the following parties this 12th day of January, 2011:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, Indiana 47150
*Debtor*

C.R. Bowles, Jr., Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
GREENBAUM DOLL & MCDONALD
3500 National City Tower
101 S. 5th Street
Louisville, Kentucky 40202
*Attorneys for Petitioning Creditors*

Charles R. Wharton, Esq.
Office of the U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204
*U.S. Trustee*

/s/ Kelly Greene McConnell
Kelly Greene McConnell