UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                                         CASE NO. 10-93904
                                                                                         CHAPTER 11
    DEBTOR

---

**MOTION TO APPEAR PRO HAC VICE**

---

T. Kent Barber of DelCotto Law Group PLLC moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Blue Grass Stockyards, LLC; Blue Grass Stockyards East, LLC; Blue Grass Stockyards of Campbellsville, LLC; Blue Grass Stockyards of Richmond, LLC; Blue Grass South Livestock Market, LLC; and Bluegrass-Maysville Stockyards, LLC (collectively referred to herein as "the Blue Grass Companies") in the above-styled cause only. In support of this motion, the applicant states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| **Courts** | **Dates of Admission (month/year)** |
|---|---|
| U.S. District Court, Eastern District of Kentucky | October 2008 |
| U.S. Bankruptcy Court, Eastern District of Kentucky | October 2008 |
| U.S. Bankruptcy Court, Western District of Kentucky | October 2008 |
| Commonwealth of Kentucky | October 2008 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice.*

4. Accompanying this motion is an affidavit, as required by the S.D. Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this case only.

>Respectfully submitted,
>
>DELCOTTO LAW GROUP PLLC
>
>/s/  T. Kent Barber, Esq.
>200 North Upper Street
>Lexington, KY 40507
>Telephone:  (859) 231-5800
>Facsimile:   (859) 281-1179
>kbarber@dlgfirm.com
>COUNSEL FOR THE BLUE GRASS
>COMPANIES

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt. | Bret S. Clement |
| davidabt@mwt.net | bclement@acs-law.com |
| | |
| John Hunt Lovell | Stephen A. Weigand |
| john@lovell-law.net | sweigand@ficlaw.com |
| | |
| Jesse Cook-Dubin | John W. Ames |
| jcookdubin@vorys.com | jwa@gdm.com |
| | |
| Randall D. LaTour | Kim Martin Lewis |
| rdlatour@vorys.com | kim.lewis@dinslaw.com |

2

| | |
|---|---|
| Ivana B. Shallcross<br>ibs@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net |
| Meredith R. Thomas<br>mthomas@daleeke.com | Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com |
| Allen Morris<br>amorris@stites.com | Deborah Caruso<br>dcaruso@daleeke.com |
| James Bryan Johnston<br>bjtexas59@hotmail.com | William Robert Meyer, II<br>rmeyer@stites.com |
| David L. LeBas<br>dlebas@namanhowell.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov |
| John M. Thompson<br>john.thompson@crowedunlevy.com | James T. Young<br>james@rubin-levin.net |
| Terry E. Hall<br>terry.hall@bakerd.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com |
| C. R. Bowles, Jr.<br>crb@gdm.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | James M. Carr<br>james.carr@bakerd.com |
| Edward M. King<br>tking@fbtlaw.com | James A. Knauer<br>jak@kgrlaw.com |
| John R. Carr, III<br>jrciii@acs-law.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | Jessica E. Yates<br>jyates@swlaw.com |

4

      I further certify that on January 13, 2011, a copy of the foregoing Motion to Appear Pro Hac Vice was mailed by first-class U.S. mail, postage prepaid and properly addressed, to the following:

| | |
|---|---|
| Eastern Livestock Co., LLC<br>135 W. Market Street<br>New Albany, IN 47150 | National Cattlemen's Beef Association<br>c/o Alice Devine<br>6031 SW 37th St.<br>Topeka, KS 66610 |

      /s/ T. Kent Barber, Esq.
      COUNSEL FOR THE BLUE GRASS COMPANIES

Z:\Clients\Blue Grass Stockyards, LLC\Eastern Livestock\Pleadings\Pro Hac Vice Mot 20110113.doc