UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                    CASE NO. 10-93904
                                              CHAPTER 11
　　　DEBTOR

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

T. Kent Barber, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Courts | Dates of Admission (month/year) |
|---|---|
| U.S. District Court, Eastern District of Kentucky | October 2008 |
| U.S. Bankruptcy Court, Eastern District of Kentucky | October 2008 |
| U.S. Bankruptcy Court, Western District of Kentucky | October 2008 |
| Commonwealth of Kentucky | October 2008 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant sayeth not.

　　　　　　　　　　　　　　　　　　　　　/s/ T. Kent Barber, Esq.

2

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY | ) |
| | ) |
| COUNTY OF FAYETTE | ) |

The foregoing was acknowledged, subscribed, and sworn to before me by T. Kent Barber on January 13, 2011.

My commission expires: 12/15/14

/s/ Beverly Hagar Rawlings
Notary Public, State at Large, KY

Z:\Clients\Blue Grass Stockyards, LLC\Eastern Livestock\Pleadings\Pro Hac Vice Affidavit 20110113.doc