# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 12, 2011 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

## *Matters:*

1) Hearing Re:   Motion to Abandon, in addition to Motion for Relief from Stay and Refusal to Waive 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Allen Morris on behalf of Creditor Republic Bank and Trust Company  [60]  with an Objection to Motion to Abandon, Motion for Relief from Stay filed by Terry E. Hall on behalf of Trustee James A. Knauer   [161]
   **R / M #:**    0 / 0

2) Hearing Re:   Motion for Relief from Stay and Refusal to Waive 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Mark A. Robinson on behalf of Creditors J&F Oklahoma Holdings, Inc., Cactus Growers, Inc., Friona Industries, LP  [78]  with Objections filed by  Bret S. Clement on behalf of Creditor First Bank and Trust Company, The  [149] [163] and  Terry E. Hall on behalf of Trustee James A. Knauer [162]
   **R / M #:**    0 / 0

3) Expedited Hearing Re:   Emergency Motion for Authority Emergency Motion Regarding Payments On Debtor's Cattle Sales filed by Terry E. Hall on behalf of Trustee James A. Knauer  [141]  with an Objection  to Motion for Authority filed by John Huffaker, David L. LeBas, John Hunt Lovell, Mark A. Robinson, John Frederick Massouh on behalf of Creditors Cactus Growers, Inc., Friona Industries, LP, J&F Oklahoma Holdings, Inc [177]
   **R / M #:**    0 / 0

4) Expedited Hearing Re:   Emergency Motion for Authority Emergency Motion Regarding Trustee Selling Debtor's Current Cattle Inventory filed by Terry E. Hall on behalf of Trustee James A. Knauer [143] with an Objection  to Motion for Authority filed by John Huffaker, David L. LeBas, John Hunt Lovell, Mark A. Robinson, John Frederick Massouh on behalf of Creditors Cactus Growers, Inc., Friona Industries, LP, J&F Oklahoma Holdings, Inc  [176]
   **R / M #:**    0 / 0

5) Hearing Re:   Response in Support of Motion for Relief from Stay filed by Jessica E. Yates on behalf of Creditor CPC Livestock, LLC  [174] and
   **R / M #:**    0 / 0

6) Hearing Re:   Response in Support of Motion for Relief from Stay filed by James Bryan Johnston on behalf of Creditor Eddie Eicke  [198]
   **R / M #:**    0 / 0

## *Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11           WEDNESDAY, JANUARY 12, 2011 10:00 AM

In Court appearances:
TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
ALLEN MORRIS, ATTORNEY FOR REPUBLIC BANK AND TRUST COMPANY
EDWARD M KING, ATTORNEY FOR FIFTH THIRD BANK
MARK A. ROBINSON, ATTORNEY FOR CACTUS GROWERS, INC., FRIONA INDUSTRIES, LP, J&F OKLAHOMA HOLDINGS, INC.
JOHN FREDERICK MASSOUH, ATTORNEY FOR FRIONA INDUSTRIES, LP
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS GROWERS, INC.
JOHN HUFFAKER, ATTORNEY FOR FRIONA INDUSTRIES, LP
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
KATHRYN PRY - TRUSTEE IN GIBSON CASE
C. R. BOWLES, ATTORNEY FOR B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
JOHN W AMES, ATTORNEY FOR DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
LIZ LYNCH - RECEIVER

Phone appearances:
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JAMES BRYAN JOHNSTON, ATTORNEY FOR EDDIE EICKE
JUDY HAMILTON MORSE, ATTORNEY FOR HERITAGE FEEDERS LP
JESSICA E. YATES, ATTORNEY FOR CPC LIVESTOCK, LLC
DEBBIE CARUSO - ATTORNEY FOR K. PRY IN GIBSON CASE
LAURA DELCOTTO/KENT BARBER - ATTORNEYS FOR BLUEGRASS STOCKYARDS
ROSS PLOURDE - ATTORNEY FOR STOCKMAN OKLAHOMA
DUSTIN DENEAL - ATTORNEY FOR TRUSTEE - JIM KNAUER
JARED LEFEVRE - ATTORNEY FOR NOTHERN LIVESTOCK
JOHN ANDERSON - ATTORNEY FOR ATHENS STOCKYARDS

## *Proceedings:*

* Disposition: Hearing held.
(1) Agreement reached.  Agreement was read into the record.  Morris to submit order.
(2) Motion Denied Preliminarily.  Final Hearing set for 3/11/11 @ 9:30 a.m. (Eastern) in New Albany.  Notice given in open court.  Matter set for Pretrial
Conference on 2/11/11 @ 10:30 a.m.  No evidence to be taken at pretrial conference and parties are permitted to appear by phone.  Notice given in open court.  Court orders parties to have a conference prior to 2/11/11 pretrial.    Fifth Third Bank to submit proof of claim form on or before 2/4/11.
(3) Motion Granted.  Order to be entered.
(4) Motion Granted.  Order to be entered.  Order to include language regarding interpleder action.
Bar date set for 4/30/11 unbeknownst to Judge at the hearing this date is a Saturday.   Bar date to be reset for 5/2/11 which is the next business day.

Note:  Next omnibus dates:  2/11/11 @ 10:30 a.m (Eastern) in New Albany
3/11/11 @ 9:30 a.m. (Eastern) in New Albany.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**