UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
    Eastern Livestock Co., LLC
       SSN: NA        EIN: NA
    Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: Application to Employ Baker & Daniels as Counsel for Trustee, James A. Knauer filed by James A. Knauer on behalf of Trustee James A. Knauer [13] with an Objection to Application to Employ filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [181]

Any other objections to be filed wiill also be heard on this omnibus date.

Date: February 11, 2011
Time: 10:30 AM EST
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated: January 13, 2011        KEVIN P. DEMPSEY, CLERK
                                     U.S. BANKRUPTCY COURT