## Notice Recipients

District/Off: 0756-4          User: kgoss2              Date Created: 1/13/2011
Case: 10-93904-BHL-11         Form ID: SF00200          Total: 38

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer          | jak@kgrlaw.com |
| aty | Allen Morris             | amorris@stites.com |
| aty | Bret S. Clement          | bclement@acs-law.com |
| aty | C. R. Bowles, Jr         | crb@gdm.com |
| aty | Daniel J. Donnellon      | ddonnellon@ficlaw.com |
| aty | David L. Abt             | davidabt@mwt.net |
| aty | David L. LeBas           | dlebas@namanhowell.com |
| aty | Deborah Caruso           | dcaruso@daleeke.com |
| aty | Edward M King            | tking@fbtlaw.com |
| aty | Ivana B. Shallcross      | ibs@gdm.com |
| aty | James A. Knauer          | jak@kgrlaw.com |
| aty | James Bryan Johnston     | bjtexas59@hotmail.com |
| aty | James M. Carr            | james.carr@bakerd.com |
| aty | James T. Young           | james@rubin-levin.net |
| aty | Jeremy S Rogers          | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook-Dubin         | jcookdubin@vorys.com |
| aty | Jessica E. Yates         | jyates@swlaw.com |
| aty | John Huffaker            | john.huffaker@sprouselaw.com |
| aty | John Frederick Massouh   | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell         | john@lovell-law.net |
| aty | John M. Thompson         | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III        | jrciii@acs-law.com |
| aty | John W Ames              | jwa@gdm.com |
| aty | Judy Hamilton Morse      | judy.morse@crowedunlevy.com |
| aty | Kelly Greene McConnell   | lisahughes@givenspursley.com |
| aty | Kim Martin Lewis         | kim.lewis@dinslaw.com |
| aty | Laura Day DelCotto       | ldelcotto@dlgfirm.com |
| aty | Mark A. Robinson         | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs          | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas       | mthomas@daleeke.com |
| aty | Randall D. LaTour        | rdlatour@vorys.com |
| aty | Robert Hughes Foree      | robertforee@bellsouth.net |
| aty | Stephen A. Weigand       | sweigand@ficlaw.com |
| aty | T. Kent Barber           | kbarber@dlgfirm.com |
| aty | Terry E. Hall            | terry.hall@bakerd.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC        | 135 W. Market Street | New Albany, IN 47150 | |
| op  | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |

TOTAL: 2