**SO ORDERED: January 14, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

---

## ORDER REGARDING REQUEST FOR REFUND OF FILING FEE

---

This matter coming on before the Court on CPC Livestock's Request for Refund of Filing

Fee, the Court having reviewed the request and the file, and being fully advised in the premises;

IT IS ORDERED that CPC Livestock's Request for Refund of Filing Fee is hereby

GRANTED, and the Clerk of the Court shall refund $150 to CPC Livestock (to Marjorie J.

Dolson of Snell & Wilmer L.L.P.).

\#

\#

\#