## Notice Recipients

District/Off: 0756–4         User: mturner              Date Created: 1/14/2011
Case: 10–93904–BHL–11        Form ID: pdfOrder          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Jessica E. Yates          jyates@swlaw.com

TOTAL: 1