UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC
    SSN: NA          EIN: NA
Debtor(s)

Case Number:

**10–93904–BHL–11**

## NOTICE

  NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

  Hearing Re: Application to Employ Baker & Daniels as Counsel for Trustee, James A. Knauer filed by James A. Knauer on behalf of Trustee James A. Knauer [13] with an Objection to Application to Employ filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [181]

  Any other objections to be filed wiill also be heard on this omnibus date.

  Date:  February 11, 2011
  Time: 10:30 AM EST
  Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

  Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

  The above–referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   January 13, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss2          Page 1 of 1          Date Rcvd: Jan 13, 2011
Case: 10-93904               Form ID: SF00200      Total Noticed: 2

The following entities were noticed by first class mail on Jan 15, 2011.
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2011**                    **Signature:**