# Notice Recipients

District/Off: 0756–4          User: edixon          Date Created: 1/19/2011
Case: 10–93904–BHL–11          Form ID: SF00075          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Ross A. Plourde          ross.plourde@mcafeetaft.com

TOTAL: 1