UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00100 (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
      SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

    A(n) Application to Employ was filed with the Clerk of this Court on January 18, 2011, by Trustee James A. Knauer.

    Trustee seeks to employ Hoover Hull, LLP as Special Counsel to Trustee.

    NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office in accordance with Local Rule S.D.Ind. B−9013−1(d). Any objection must be served on the attorney for the filing party and filed by February 9, 2011.

    If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

    The document referenced above is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   January 19, 2011                   KEVIN P. DEMPSEY, CLERK
                                                 U.S. BANKRUPTCY COURT