## Notice Recipients

District/Off: 0756−4            User: edixon                Date Created: 1/19/2011
Case: 10−93904−BHL−11           Form ID: SF00100            Total: 45

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr  | James A. Knauer        | jak@kgrlaw.com |
| aty | Allen Morris           | amorris@stites.com |
| aty | Bret S. Clement        | bclement@acs−law.com |
| aty | C. R. Bowles, Jr       | crb@gdm.com |
| aty | Daniel J. Donnellon    | ddonnellon@ficlaw.com |
| aty | David L. Abt           | davidabt@mwt.net |
| aty | David L. LeBas         | dlebas@namanhowell.com |
| aty | Deborah Caruso         | dcaruso@daleeke.com |
| aty | Edward M King          | tking@fbtlaw.com |
| aty | Ivana B. Shallcross    | ibs@gdm.com |
| aty | James A. Knauer        | jak@kgrlaw.com |
| aty | James Bryan Johnston   | bjtexas59@hotmail.com |
| aty | James M. Carr          | james.carr@bakerd.com |
| aty | James T. Young         | james@rubin−levin.net |
| aty | Jeremy S Rogers        | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook−Dubin       | jcookdubin@vorys.com |
| aty | Jessica E. Yates       | jyates@swlaw.com |
| aty | John Huffaker          | john.huffaker@sprouselaw.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell       | john@lovell−law.net |
| aty | John M. Thompson       | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III      | jrciii@acs−law.com |
| aty | John W Ames            | jwa@gdm.com |
| aty | Judy Hamilton Morse    | judy.morse@crowedunlevy.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kim Martin Lewis       | kim.lewis@dinslaw.com |
| aty | Laura Day DelCotto     | ldelcotto@dlgfirm.com |
| aty | Mark A. Robinson       | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs        | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas     | mthomas@daleeke.com |
| aty | Randall D. LaTour      | rdlatour@vorys.com |
| aty | Robert Hughes Foree    | robertforee@bellsouth.net |
| aty | Robert K Stanley       | robert.stanley@bakerd.com |
| aty | Ross A. Plourde        | ross.plourde@mcafeetaft.com |
| aty | Stephen A. Weigand     | sweigand@ficlaw.com |
| aty | T. Kent Barber         | kbarber@dlgfirm.com |
| aty | Terry E. Hall          | terry.hall@bakerd.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

                                                                                                                                                 TOTAL: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |
| 10361078 | Cattlco, LLC      c/o Nolan M. Johnson, Esq.    BASS, BERRY &SIMS PLC    100 Peabody Place, Suite 900      Memphis, TN 38103 | | | |
| 10411904 | David Bowles dba Amos Development LLC | 1401 Pigeon fork Rd | Lawrenceburg, KY 40342 | |
| 10361254 | ELI J. PATTEN    CROWLEY FLECK PLLP    P.O. BOX 2529    BILLINGS, MT 59103      epatten@crowleyfleck.com | | | |
| 10417341 | Jeffery L. Young | 518 Willow Grove School Road | Allons, TN 38541 | |
| 10394176 | Tom M Caneff | Thomson West | 610 Opperman Drive, D6− 11−3710 | Eagan, MN 55123 |

                                                                                                                                                 TOTAL: 7