IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| Debtor ) | Chapter 11 |
| ) | |

### RULE 2019 STATEMENT OF GREENEBAUM DOLL & MCDONALD PLLC

The law firm of Greenebaum Doll & McDonald PLLC ("Greenebaum"), 3500 National City Tower, 101 South Fifth Street, Louisville, Kentucky, 40202, and the undersigned attorneys pursuant to Bankruptcy Rule 2019 submit that the following list represents the creditors which are or have been represented in the above captioned case by Greenebaum,

| Name and Address | Nature of Claim |
|---|---|
| David L. Rings<br>1288 Frontage Road<br>Russell Springs, KY  42642 | Cattle Sold |
| Southeast Livestock Exchange, LLC<br>Attn:  John M. Queen<br>PO Box 1306<br>Waynesville, NC  28786 | Cattle Sold |
| Moseley Cattle Auction, LLC<br>Attn:  John F. Moseley<br>1044 Arlington Avenue<br>Blakely, GA  39823 | Cattle Sold |
| Gary S. Bell<br>PO Box 122<br>Edmonton, KY  42129 | Cattle Sold |
| Superior Livestock Auction, Inc.<br>1155 North Colorado Avenue<br>Bush, Colorado  80723 | Cattle Sold |

| | |
|---|---|
| Breeding Brothers<br>9440 Columbia Hwy<br>Greensburg, KY  42743 | Cattle Sold |
| B&B Farms<br>8090 Greensburg Road<br>Greensburg, KY  42743 | Cattle Sold |
| Jeremy Coffey<br>6205 Greensburg Road<br>Columbia, KY  42728 | Cattle Sold |
| Brent Keith<br>505 Marlo-Campbell Road<br>Columbia, KY  42728 | Cattle Sold |
| Dennis Neat<br>6198 Burkesville Road<br>Columbia, KY  42728 | Cattle Sold |
| Billy Neat<br>705 B. Neat Road<br>Columbia, KY  42728 | Cattle Sold |
| Jimmy Brummett<br>7594 Hwy 555<br>Glens Ford, KY  42741 | Cattle Sold |
| Mike Loy<br>668 P.D. Pyles Road<br>Columbia, KY  42728 | Cattle Sold |
| Glenn Franklin<br>PO Box 703<br>House, MN  88121-0703 | Cattle Sold |

The undersigned and Greenebaum have no instruments whereby they are empowered to act on behalf of the Creditors they represent.

The undersigned and Greenebaum do not own any interest in the Creditors or their claims against the debtor in the above styled proceeding.

Respectfully submitted,

*/s/ John W. Ames*
John W. Ames
C.R. Bowles, Jr.
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-589-4200
Facsimile: 502-587-3695
e-mail: jwa@gdm.com
crb@gdm.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System and the parties listed below. Parties may access this filing through the Court's system.

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.

4224998_1.doc