UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                    )
                                          )   Case No: 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC,  )
                                          )
    Debtor.                           )

## **APPEARANCE**

Comes now Jeffrey E. Ramsey, of the law firm of Hopper Blackwell, P.C., 111 Monument Circle, Suite 452, Indianapolis, Indiana 46204-5170, telephone (317) 635-5005, facsimile (317) 634-2501, electronic mail address jramsey@hopperblackwell.com, and hereby enters his appearance on behalf of Intrust Bank, NA, a creditor herein, pursuant to paragraph 3.1 of General Order number 03-10 (the "General Order") of the United States Bankruptcy Court Southern District of Indiana. The undersigned hereby authorize service by electronic mail at the above listed address, consistent with paragraph 3.1 of the General Order.

                                          Respectfully submitted,

                                          HOPPER BLACKWELL, P.C.

                    BY:   /s/ *Jeffrey E. Ramsey*
                                          JEFFREY E. RAMSEY

HOPPER BLACKWELL, P.C.
111 Monument Circle, Suite 452
Indianapolis, Indiana 46204-5170
(317) 635-5005
Attorneys for Intrust Bank, NA

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following via e-mail or first class mail this 20th day of January, 2011.

C.R. Bowles, Jr., Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
GREENBAUM DOLL & McDONALD
101 S. 5th Street
Louisville, Kentucky 40202
crb@gdm.com; ibs@gdm.com; jwa@gdm.com
*Attorneys for David L. Rings, Southeast Livestock Exchange, LLC, Moseley Cattle Auction, LLC, Southland Haulers, LLC, Ike's Trucking, Inc., Breeding Brothers, B&B Farms, Jeremy Coffey, Brent Keith, Dennis Neat, Billy Neat, Jimmy Brummett, Mike Loy, Superior Livestock Auction, Inc., Gary S. Bell, Kentucky Cattlemen's Assoc.*

David L. Abt, Esq.
ABT LAW OFFICE
210 N. Main Street
P.O. Box 128
Westby, WI 54667
davidabt@mwt.net
*Attorneys for Gary S. Bell*

James A. Knauer, Esq.
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
jak@kgrlaw.com
Trustee

James M. Carr, Esq.
Terry E. Hall, Esq.
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
James.carr@bakerd.com; terry.hall@bakerd.com
*Attorneys for Trustee*

U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204

Ustpregion10.in.ecf@usdoj.gov
Charles R. Wharton, Esq.
Office of the U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana  46204
Charles.r.wharton@usdoj.gov
*Attorneys for U.S. Trustee*

Jesse Cook-Dubin, Esq.
Randall D. LaTour, Esq.
VORYS, SATER, SEYMOUR and PEASE, LLP
P.O. Box 1008
52 East Gary Street
Columbus, Ohio  43216-1008
jcookdubin@vorys.com; rdlatour@vorys.com
*Attorneys for Fifth Third Bank*

John R. Carr, III, Esq.
Brett S. Clement, Esq.
jrciii@acs-law.com; bclement@acs-law.com
*Attorneys for First Bank and Trust Company*

Allen Morris, Esq.
William Robert Meyer, II, Esq.
*Attorneys for Republic Bank and Trust Company*

Edward M. King, Esq.
*Attorneys for Fifth Third Bank*

Charles R. Goodman, III, Esq.
*Attorneys for Gary S. Bell*

Jeremy S. Rogers, Esq.
Kim Martin Lewis, Esq.
*Attorneys for Elizabeth M. Lynch*

Daniel J. Donnellon, Esq.
Stephen A. Weigand, Esq.
*Attorneys for First Bank and Trust Company*

Deborah J. Caruso, Esq.
Meredith R. Thomas, Esq.
DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, IN  46240
mthomas@daleke.com
*Attorneys for Trustee Kathryn L. Pry*

John Frederick Massouh, Esq.
*Attorneys for Friona Industries, LP*

Robert Hughes Foree, Esq.
*Attorneys for Kentucky Cattlemen's Assoc.*

John Hunt Lowell, Esq.
*Attorneys for Cactus Growers, Inc.*

Mark A. Robinson, Esq.
*Attorneys for J&F Oklahoma Holdings, Inc.*

James Bryan Johnston, Esq.
*Attorneys for Eddie Eicke*

James T. Young, Esq.
*Attorneys for Michael J. Walro*

David L. LeBas, Esq.
*Attorneys for J&F Oklahoma Holdings, Inc.*

Judy Hamilton Morse, Esq.
*Attorneys for Heritage Feeders LP*

John M. Thompson, Esq.
*Attorneys for Heritage Feeders LP*

Jessica E. Yates, Esq.
*Attorneys for CPC Livestock, LLC*

John Huffaker, Esq.
*Attorneys for Friona Industries, LP*

Matthew J. Ochs, Esq.
*Attorneys for Peoples Bank of Coldwater Kansas*

                                                        /s/ *Jeffrey E. Ramsey*
                                                     JEFFREY E. RAMSEY