**SO ORDERED: January 21, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

                UNITED STATES BANKRUPTCY COURT      SGENERIC (rev 11/2010)
                  SOUTHERN DISTRICT OF INDIANA
                          121 W Spring St Rm 110
                            New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC                    Case Number:
     SSN: NA        EIN: NA
   Debtor(s)                                    **10−93904−BHL−11**

## ORDER

    A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on January 12, 2011, by Kelly Greene McConnell.

    IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

                                         ###