SO ORDERED: January 21, 2011.



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC    CASE NO. 10-93904
                              CHAPTER 11
    DEBTOR

**ORDER GRANTING
MOTION TO APPEAR PRO HAC VICE**

A Motion to Appear Pro Hac Vice was filed with the Clerk of Court on January 13, 2011, by T. Kent Barber.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###