## Notice Recipients

District/Off: 0756–4　　　　　　　　User: edixon　　　　　　　　　　Date Created: 1/21/2011
Case: 10–93904–BHL–11　　　　　　Form ID: pdfOrder　　　　　　　Total: 3

**Recipients of Notice of Electronic Filing:**
aty　　　C. R. Bowles, Jr　　　　crb@gdm.com
aty　　　T. Kent Barber　　　　　kbarber@dlgfirm.com
aty　　　Terry E. Hall　　　　　　terry.hall@bakerd.com

TOTAL: 3