UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00100 (rev 11/2010)

In Re:

   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:

**10−93904−BHL−11**

## NOTICE

   A(n) Application to Employ was filed with the Clerk of this Court on January 18, 2011, by Trustee James A. Knauer.

   Trustee seeks to employ Hoover Hull, LLP as Special Counsel to Trustee.

   NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office in accordance with Local Rule S.D.Ind. B−9013−1(d). Any objection must be served on the attorney for the filing party and filed by February 9, 2011.

   If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

   The document referenced above is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   January 19, 2011                   KEVIN P. DEMPSEY, CLERK
                                                  U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0756-4           User: edixon                 Page 1 of 1                  Date Rcvd: Jan 19, 2011
Case: 10-93904                 Form ID: SF00100             Total Noticed: 7

The following entities were noticed by first class mail on Jan 21, 2011.
adb            +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op             +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
                 Topeka, KA 66614-5128
10361078       +Cattlco, LLC,   c/o Nolan M. Johnson, Esq.,   BASS, BERRY & SIMS PLC,
                 100 Peabody Place, Suite 900,   Memphis, TN 38103-3653
10411904       +David Bowles dba Amos Development LLC,   1401 Pigeon fork Rd,   Lawrenceburg, KY 40342-9488
10361254       +ELI J. PATTEN,   CROWLEY FLECK PLLP,   P.O. BOX 2529,   BILLINGS, MT 59103-2529,
                 epatten@crowleyfleck.com
10417341       +Jeffery L. Young,   518 Willow Grove School Road,   Allons, TN 38541-3007
10394176       +Tom M Caneff,   Thomson West,   610 Opperman Drive, D6- 11-3710,   Eagan, MN 55123-1340

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2011**                    **Signature:**   *Joseph Speetjens*