# Notice Recipients

District/Off: 0756–4    User: edixon    Date Created: 1/25/2011
Case: 10–93904–BHL–11    Form ID: ntcts    Total: 73

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Bret S. Clement | bclement@acs–law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James M. Carr | james.carr@bakerd.com |
| aty | James T. Young | james@rubin–levin.net |
| aty | Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook–Dubin | jcookdubin@vorys.com |
| aty | Jessica E. Yates | jyates@swlaw.com |
| aty | John Huffaker | john.huffaker@sprouselaw.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell–law.net |
| aty | John M. Thompson | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III | jrciii@acs–law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Laura Day DelCotto | ldelcotto@dlgfirm.com |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert Hughes Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@bakerd.com |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

                                                                                                TOTAL: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| ptcrd | David L. Rings | 1288 Frontage Road | Russell Springs, KY 42642 | |
| ptcrd | Southeast Livestock Exchange LLC | PO Box 1306 | Waynesville, NC 28786 | |
| ptcrd | Moseley Cattle Auction, LLC | 1044 Arlington Avenue | Blakely, GA 39823 | |
| op | Elizabeth M. Lynch | Development Specialists, Inc. | 6375 Riverside Drive   Suite 200   Dublin, OH 43017 | |
| cr | First Bank and Trust Company, The | c/o Ayres Carr &Sullivan, P.C. | 251 East Ohio Street, Suite 500    Indianapolis, IN 46204–2184 | |
| cr | Republic Bank and Trust Company | 661 South Hurstbourne Parkway | Louisville, KY 40222 | |
| cr | Gary S. Bell | PO Box 122 | Edmonton, KY 42129 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St.   Topeka, KA 66610 | |
| ptcrd | Southland Haulers, LLC | Howard &Myra Compton | P O Box 142 | Bratley, AL 36009 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs | 3087 Ervin Town Rd. | Castlewood, VA 24224 |
| ptcrd | Breeding Brothers | Attn: Wade Breeding | 9440 Columbia Hwy. | Greensburg, KY 42743 |
| ptcrd | BBFarms | Attn: Keith Breeding | 8090 Greensburg Road | Greensburg, KY 42743 |
| ptcrd | Jeremy Coffey | 6205 Greensburg Road | Columbia, KY 42728 | |
| ptcrd | Brent Keith | 505 Marlo–Campbell Road | Columbia, KY 42728 | |
| ptcrd | Dennis Neat | 6198 Burkesville Road | Columbia, KY 42728 | |
| ptcrd | Billy Neat | 705 B. Neat Road | Columbia, KY 42728 | |
| ptcrd | Jimmy Brummett | 7594 Hwy. 555 | Glens Fork, KY 42741 | |
| ptcrd | Mike Loy | 668 P.D. Pyles Road | Columbia, KY 42728 | |
| ptcrd | Superior Livestock Auction, Inc. | 1155 North Colorado Ave. | Bush, CO 80723 | |
| ptcrd | Gary S. Bell | P.O. Box 122 | Edmonton, KY 42129 | |
| op | David L. Abt | 210 N Main St | PO Box 128   Westby, WI 54667 | |

| | | | | | |
|---|---|---|---|---|---|
| cr | Eddie Eicke | Eicke Ranch II | 1188 County Rd 1202 | Snyder, TX 79549 | |
| cr | Heritage Feeders LP | c/o Crowe &Dunlevy | 20 North Broadway | Suite 1800 | Oklahoma City, ok 73102 |
| cr | Bobby Bynum | P. O. Box 43 | Rankin, TX 79778 UNITED STATES | | |
| cr | Bill Davis | 7726 W. FM 2335 | Christoval, TX 76935 UNITED STATES | | |
| cr | Johnny Mayo, Jr. | P. O. Box 317 | Eldorado, TX 76936 UNITED STATES | | |
| cr | Frank Powell | 700 W. Denger | Midland, TX 79705 UNITED STATES | | |
| cr | Davis Quarter Horse | 7726 W. FM 2335 | Christoval, TX 76935 UNITED STATES | | |
| cr | Tom Svoboda | 3065 AA Avenue | Herrington, KS 67449 UNITED STATES | | |
| cr | Bynum Ranch Co. | P. O. Box 104 | Sterling City, TX 76951 UNITED STATES | | |
| cr | Florida Association Livestock Markets | P.O. Box 421929 | Kissimmee, FL 34742–1929 | | |
| aty | David A Domina | DominaLaw Group pc llo | 2425 South 144th St | Omaha, NE 68144 | |

TOTAL: 33