IKE'S TRUCKING INC
P O BOX 81
ST PAUL, VA 24283

FILED
U.S. BANKRUPTCY CT.
NEW ALBANY DIVISION

2011 JAN 24 AM 10: 32

SOUTHERN DISTRICT
OF INDIANA
KEVIN P. DEMPSEY
CLERK

10-93904

JANUARY 19, 2010

TO WHOM IT MAY CONCERN:

I HAVE FILED UNDER EACH OF THE DIFFERENT NAMES OF THOMAS GIBSON DUE TO NOT BEING SURE WHICH IS CORRECT. EASTERN LIVESTOCK IS THE COMPANY THAT PRIMARILY PAID US, BUT WE DID NOT HAVE A WRITTEN CONTRACT BY THEM. SINCE THOMAS GIBSON IS THE PERSON THAT OWES US MONEY FOR HAULING HIS CATTLE I HAVE ENCLOSED PROOF OF CLAIM UNDER EACH ENTITY. IF THIS IS NOT CORRECT PLEASE LET ME KNOW. THANK YOU FOR YOUR HELP.

SINCERELY YOURS,

*Charlie Isaac Jacobs*

CHARLIE ISAAC JACOBS
PRESIDENT

ENVELOPE NOT PROVIDED
COPIES NOT PROVIDED