

United States Bankruptcy Court
Southern District of Indiana
New Albany Division

```
                    FILED
              U.S. BANKRUPTCY CT.
              NEW ALBANY DIVISION

              2011 JAN 24 AM 10: 39

              SOUTHERN DISTRICT
                 OF INDIANA
              KEVIN P. DEMPSEY
                   CLERK
```

In Re:

EASTERN LIVESTOCK CO., LLC,

Debtor,

Chapter 11
Case No. 10-93904-DHL-11
Hon. Basil H. Lorch III

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, David A. Domina of DOMINALAW Group pc llo respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of

> Nu-Technologies, Inc., a South Dakota corporation, Gretna, Nebraska;
>
> Madden Brothers, a partnership, and Madden Brothers, LLC, Wyoming entities, Torrington, Wyoming; and
>
> Travis Bellar and Bellar Feed Lots, Inc., Wisner, Nebraska

in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice in the following states and federal jurisdictions:

| Title of Court | Date Admitted | Bar No. |
|---|---|---|
| Nebraska | 1973 | 11043 |
| Missouri | 1973 | 24687 |
| New York | 1995 | 476682 |
| Michigan | 1999 | P59800 |
| US District Court of Nebraska | 1973 | |
| US District Court Western District of Missouri | 1973 | |
| US District Court Northern District of New York | 1995 | |
| US District Court District of Arizona | 1995 | |
| US Court of Appeals 8th Circuit | 1974 | |
| US Court of Appeals 10th Circuit | 1991 | |
| US Supreme Court | 1996 | |
| US Court of Federal Claims | 1997 | |
| US Tax Court | 1974 | |



☒ ENVELOPE NOT PROVIDED
☒ COPIES NOT PROVIDED

| | |
|---|---|
| US Court of Appeals 6th Circuit | 2006 |
| US Court of Appeals 9th Circuit | 2005 |
| US Court of Appeals 11th Circuit | 2004 |

2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: January 20, 2011.

Respectfully submitted,

David A. Domina, #11043
DOMINALAW Group pc llo
2425 South 144th Street
Omaha, NE 68144
402-493-4100
ddomina@dominalaw.com

## CERTIFICATE OF SERVICE

I certify that on January 20, 2011, I sent the foregoing document to the Clerk of the Court by United States Mail, postage prepaid, which sent notification of such filing to all Counsel of Record.

David A. Domina, #11043

AU3272

United States Bankruptcy Court
Southern District of Indiana, New Albany Division

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 10-93904-DHL-11 |
| EASTERN LIVESTOCK CO., LLC, | Hon. Basil H. Lorch III |
| Debtor, | |
| | Affidavit of David A. Domina |

Nebraska    )
            ) ss.:
Douglas     )

I, David A. Domina, Affiant, duly sworn under oath, state in support of Motion for Admission *Pro Hac Vice*:

1. I am the attorney for

    1.1. Nu-Technologies, Inc., a South Dakota Corporation, Gretna, Nebraska;

    1.2. Madden Brothers, a partnership and Madden Brothers, LLC, Wyoming entities, Torrington, Wyoming; and

    1.3. Travis Bellar and Bellar Feed Lots, Inc., Wisner, Nebraska.

2. I am a shareholder in the law firm of DominaLaw Group pc llo, 2425 S. 144th Street, Omaha, Nebraska 68144, telephone (402) 493-4100.

3. I graduated from the University of Nebraska College of Law in December 1972.

4. I am a citizen and resident of Omaha, Nebraska, and I am currently licensed to practice in the following courts:

| Title of Court | Date Admitted | Bar No. |
|---|---|---|
| Nebraska | 1973 | 11043 |
| Missouri | 1973 | 24687 |
| New York | 1995 | 476682 |
| Michigan | 1999 | P59800 |
| US District Court of Nebraska | 1973 | |
| US District Court Western District of Missouri | 1973 | |
| US District Court Northern District of New York | 1995 | |
| US District Court District of Arizona | 1995 | |
| US Court of Appeals 8th Circuit | 1974 | |
| US Court of Appeals 10th Circuit | 1991 | |
| US Supreme Court | 1996 | |
| US Court of Federal Claims | 1997 | |
| US Tax Court | 1974 | |
| US Court of Appeals 6th Circuit | 2006 | |
| US Court of Appeals 9th Circuit | 2005 | |
| US Court of Appeals 11th Circuit | 2004 | |

5. I am in good standing in all Bars admitted, and there are no disciplinary or grievance proceedings filed or pending against me.

6. I agree to submit myself to the jurisdiction of the Courts of Indiana in any manner arising out of my conduct in this case, and I am familiar with and agree to be bound by the rules of the State Bar of Indiana governing the conduct of its members, and to the interpretations thereof by the Indiana Courts.

January 20, 2011

David A. Domina

SUBSCRIBED AND SWORN TO before me this 20, day of January 2011.

GENERAL NOTARY - State of Nebraska
KIM WEBER
My Comm. Exp. May 11, 2014

Notary Public

AU3512

2