## Notice Recipients

District/Off: 0756–4        User: mturner        Date Created: 1/24/2011
Case: 10–93904–BHL–11        Form ID: pdfOrder        Total: 3

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer      jak@kgrlaw.com
aty      James A. Knauer      jak@kgrlaw.com
aty      James M. Carr      james.carr@bakerd.com

TOTAL: 3