# Notice Recipients

District/Off: 0756–4          User: mturner                    Date Created: 1/24/2011
Case: 10–93904–BHL–11          Form ID: pdfOrder               Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |

TOTAL: 4