UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10—93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, W. SCOTT NEWBERN of W. SCOTT NEWBERN, P.L., respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel in the above-styled cause only on behalf of the Florida Association of Livestock Markets ("FALM") and its member livestock markets as follows:

> Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard
> Cattlemen's Livestock Market,
> Columbia Livestock Market Of Lake City, Inc.,
> Hardee Livestock Market, Inc.
> North Florida Livestock Market,
> Ocala Livestock Market, Inc.,
> Okeechobee Livestock Market,
> Sumter County Farmer's Market, Inc.,
> Townsend Livestock Market,

In support of this motion, the undersigned states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| Courts | Type | Date Of Admission |
|---|---|---|
| Florida State Courts | State | October 24, 1996 |
| U.S. District Court, Northern District of Florida | Federal | August 22, 1997 |
| U.S. District Court, Middle District of Florida | Federal | June 6, 16, 2008 |
| U.S. Court of Appeals, Eleventh Circuit | Federal | March 4, 2004 |
| U.S. Court of Appeals, Fifth Circuit | Federal | September 8, 1997 |

2. The applicant is currently not the subject of any professional disciplinary sanction, proceeding or investigation with respect to the practice of law in any jurisdiction.

3. The applicant has presented a check in the amount of Thirty Dollars ($30.00) payable to the Clerk, United States District Court, in payment of the administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the undersigned applicant, W. Scott Newbern, requests this Court enter an Order of admission pro hac vice for purposes of the above-styled cause only.

Respectfully submitted,

W. SCOTT NEWBERN, P. L

/s/ W. Scott Newbern
W. SCOTT NEWBERN
Florida Bar No. 0098108
2982 East Giverny Circle
Tallahassee, Florida 32309
(T) 850.591.1707
(F) 850.894.0824
wsnewbern@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2011, a copy of the foregoing **MOTION TO APPEAR PRO HAC VICE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- David L. Abt    davidabt@mwt.net
- John W Ames    jwa@gdm.com; shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- C. R. Bowles    crb@gdm.com, shm@gdm.com;lgw@gdm.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com; lharves@daleeke.com;mthomas@daleeke.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Jesse Cook-Dubin    jcookdubin@vorys.com, cdfricke@vorys.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com
- Robert Hughes Foree    robertforee@bellsouth.net
- Terry E. Hall    terry.hall@bakerd.com; sarah.laughlin@bakerd.com; sharon.korn@bakerd.com
- James Bryan    Johnston bjtexas59@hotmail.com, bryan@ebs-law.net
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Randall D. LaTour    rdlatour@vorys.com, cdfricke@vorys.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net
- John Frederick Massouh    john.massouh@sprouselaw.com
- William Robert Meyer    rmeyer@stites.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- Ivana B. Shallcross    ibs@gdm.com
- Meredith R. Thomas    mthomas@daleeke.com, kmark@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com; jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

- James T. Young   james@rubin-levin.net, marie@rubinlevin.net; ATTY_JTY@trustesolutions.com

I further certify that on January 6, 2011, a copy of the Motion to Appear Pro Hac Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

/s/ W. Scott Newbern
W. SCOTT NEWBERN
Florida Bar No. 0098108