UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10—93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AFFIDAVIT OF W. SCOTT NEWBERN IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

W. Scott Newbern, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), believe in the obligation of an oath, and am competent to attest to the matters herein.

2. I make this Affidavit in support of my *Motion To Appear Pro Hac Vice* in the above-styled case before this Court.

3. I was admitted to the practice of law in Florida in 1996 and am a member in good standing of the bars of the State of Florida, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Northern and Middle Districts of Florida.

4. I have not been denied admission or disciplined by this Court or any other court, and my license has never been suspended or revoked. I am not subject to any disciplinary action with respect to the practice of law.

5. I have fully reviewed and am familiar with the Local Civil Rules of the United States District Court for the Southern District of Indiana.

I affirm, under penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief

1

Further affiant sayeth not.

                                               W. SCOTT NEWBERN
                                               Florida Bar No. 0098108
                                               W. SCOTT NEWBERN, P. L
                                               2982 East Giverny Circle
                                               Tallahassee, Florida 32309
                                               (T) 850.591.1707
                                               (F) 850.894.0824
                                               wsnewbern@msn.com

STATE OF FLORIDA
COUNTY OF LEON

     PERSONALLY APPEARED BEFORE ME, the undersigned authority, duly authorized to take acknowledgments and administer oath W. SCOTT NEWBERN, who after first being duly sworn on oath, deposes and says: that he is the individual described in and who executed the above and foregoing document, the statements contained therein are true and correct. W. SCOTT NEWBERN is personally known to me.

     WITNESS my hand and official seal in the County and State last aforesaid this 24th day of January of 2011.

                                                 NOTARY PUBLIC STATE OF FLORIDA
                                                 Marilyn M. Alpern
                                                 Commission # DD730649
                                                 Expires: NOV. 03, 2011
                                                 BONDED THRU ATLANTIC BONDING CO., INC.

                                                 Notary Public (Print Name)
                                                 My commission expires:
                                                 My commission number: