**SO ORDERED: January 25, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:

  Eastern Livestock Co., LLC
    SSN: NA      EIN: NA
  Debtor(s)

Case Number:

**10−93904−BHL−11**

### ORDER

A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on January 24, 2011, by Allen Morris, Bret S. Clement, C. R. Bowles Jr, Daniel J. Donnellon, David A Domina, David L. LeBas, Edward M King, James Bryan Johnston, James T. Young, Jeffrey E. Ramsey, Jesse Cook−Dubin, Jessica E. Yates, John Huffaker, John Frederick Massouh, John Hunt Lovell, John M. Thompson, John R. Carr III, Judy Hamilton Morse, Kelly Greene McConnell, Laura Day DelCotto, Mark A. Robinson, Matthew J. Ochs, Randall D. LaTour, Ross A. Plourde, Stephen A. Weigand, T. Kent Barber, Walter Scott Newbern III, and William Robert Meyer II.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###