UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                        CASE NO. 10-93904-BHL-11

EASTERN LIVESTOCK CO., LLC

## MOTION TO AMEND THE COURT'S
## ORDER OF JANUARY 18, 2011

Comes now the creditor, Republic Bank and Trust Company, ("Republic"), by counsel, and moves to amend the Order on Motion for Relief From Automatic Stay and for Abandonment of Property entered herein on January 18, 2011 [Document No. 217] to accurately reflect the agreement of the parties. The parties agreed that any proceeds remaining from the sale of the real estate after the payment of Republic's judgment would be turned over to the trustee, but that agreement was not set forth in the court's order. Republic therefore moves the court to amend its order to add that language.

WHEREFORE, Republic prays the Court will amend its order accordingly, and for all other relief which is just and proper.

/s/Allen L. Morris
Allen L. Morris
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
COUNSEL FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, a copy of the foregoing MOTION TO AMEND COURT'S ORDER OF JANUARY 18, 2011 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee
charles.r.wharton@usdoj.gov

Ivana B. Shallcross
ibs@gdm.com

Edward M. King
tking@fbtlaw.com

Jeremy S. Rogers
jeremy.rogers@dinslaw.com

Randall D. LaTour
rdlatour@vorys.com

Eastern Livestock Co., LLC
contact@easternlivestock.net

Elizabeth M. Lynch
elynch@dsi.biz

Southeast Livestock Exchange LLC
selex@bellsouth.net
David L. Rings
bonairfarms@yahoo.com

John O' Brien
jobrien@swlaw.com

David L. Abt
davidabt@mwt.net

Courtney D. Miller
Courtney@lovell-law.net

Deborah J. Caruso
dcaruso@daleeke.com

Jared M. LeFevre
jlefevre@crowleyfleck.com

John Massouh

C.R. Bowles
crb@gdm.com

John W. Ames
jwa@gdm.com

John R. Carr III
jrciii@acs-law.com

Jesse Cook-Dubin
jcookdubin@vorys.com

Bret S. Clement
bclement@acs-law.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Richard A. Schwartz
ecfmailschwartz@gmail.com

James A. Knauer
jak@kgrlaw.com

Jeffrey T. Wegner
Jeffrey.wegner@kutakrock.com

Jessica E. Yates
jyates@swlaw.com

John H. Lovell
john@lovell-law.net

Mark A. Rondeau
mrondeau@wcrf.com

Nolan M. Johnson
njohnson@bassberry.com

Meredith R. Thomas
mthomas@daleeke.com

Robert H. Foree
robertforee@bellsouth.net

Mark A. Robinson
mrobinson@vhrlaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

David LeBas

Judy Hamilton Morse

John M. Thompson

Laura Day DelCotto
ldelcotto@dlgfirm.com

James B. Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Kelly Greene McConnell

Robert K. Stanley
robert.stanley@bakerd.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

T. Kent Barber

David A. Domina

/s/Allen L. Morris
Allen L. Morris