**SO ORDERED: January 27, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

## ORDER

   A(n) Motion for Authority was filed with the Clerk of Court on January 26, 2011, by Creditor Republic Bank and Trust Company.

   IT IS THEREFORE ORDERED that the Motion for Authority is GRANTED.

###