## Notice Recipients

District/Off: 0756–4 | User: mturner | Date Created: 1/27/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Allen Morris    amorris@stites.com

TOTAL: 1