UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**THE FIRST BANK AND TRUST COMPANY'S WITHDRAWAL OF
OBJECTION TO EMPLOYMENT OF BAKER & DANIELS LLP
AS COUNSEL TO CHAPTER 11 TRUSTEE**

On December 30, 2010, James A. Knauer filed an Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee ("Application") [Doc. 113], along with an Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee [Doc. 114]. The First Bank and Trust Company ("First Bank") filed an objection to Mr. Knauer's Application because of the relationship between Fifth Third Bank and Baker & Daniels LLP [Doc. 181]. Baker & Daniels LLP subsequently filed an Amended Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee [Doc. 235], which included additional disclosures. Mr. Knauer also filed an Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee [Doc. 219], for purposes of addressing claims or objections involving Fifth Third Bank. In reliance upon the amended affidavit and the retention of special counsel, First Bank, by counsel, hereby withdraws the Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee [Doc. 181].

Respectfully submitted,


/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: ddonnellon@ficlaw.com

Attorneys for The First Bank and Trust Company

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2011, a true and correct copy of the foregoing The First Bank and Trust Company's Withdrawal of Objection to Employment of Baker & Daniels LLP as Counsel to Chapter 11 Trustee was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

John W Ames
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

T. Kent Barber
kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

C. R. Bowles
crb@gdm.com, shm@gdm.com;lgw@gdm.com

James M. Carr
james.carr@bakerd.com, sarah.laughlin@bakerd.com;patricia.moffit@bakerd.com

John R. Carr
jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com

Bret S. Clement
bclement@acs-law.com, sfinnerty@acs-law.com

Jesse Cook-Dubin
jcookdubin@vorys.com, cdfricke@vorys.com

Laura Day DelCotto
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert Hughes Foree
robertforee@bellsouth.net

Terry E. Hall
terry.hall@bakerd.com, sarah.laughlin@bakerd.com;sharon.korn@bakerd.com

John Huffaker
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

James Bryan Johnston
bjtexas59@hotmail.com, bryan@ebs-law.net

Edward M King
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, hns@kgrlaw.com

Randall D. LaTour
rdlatour@vorys.com, cdfricke@vorys.com

David L. LeBas
dlebas@namanhowell.com, koswald@namanhowell.com

Kim Martin Lewis
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

John Hunt Lovell
john@lovell-law.net, sabrina@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

William Robert Meyer
rmeyer@stites.com

Allen Morris
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
matt.ochs@moyewhite.com, kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com, mhaught@hopperblackwell.com

Mark A. Robinson
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

Ivana B. Shallcross
ibs@gdm.com

Robert K Stanley
robert.stanley@bakerd.com

Meredith R. Thomas
mthomas@daleeke.com, kmark@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Jessica E. Yates
jyates@swlaw.com, edufficy@swlaw.com

James T. Young
james@rubin-levin.net

- 6 -

I further certify that on January 27, 2011, a copy of the foregoing The First Bank and Trust Company's Withdrawal of Objection to Employment of Baker & Daniels LLP as Counsel to Chapter 11 Trustee was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

David A Domina
DominaLaw Group PC LLO
2425 South 144th St.
Omaha, NE 68144

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KS 66610

/s/ Daniel J. Donnellon
Daniel J. Donnellon

451057.1