UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:

Eastern Livestock Co., LLC                              Case Number:
    SSN: NA              EIN: NA                         **10–93904–BHL–11**
Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 12, 2011 was filed on January 24, 2011.

Parties have until January 31, 2011, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is February 14, 2011. Once a Request for Redaction is filed, the redacted transcript is due by February 24, 2011.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

GCI Transcription Services
210 Bayberry Avenue
Egg Harbor Township, NJ 08234
1–800–471–0299

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is April 25, 2011. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:   January 25, 2011                    KEVIN P. DEMPSEY, CLERK
                                             U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: edixon           Page 1 of 1              Date Rcvd: Jan 25, 2011
Case: 10-93904               Form ID: ntcts         Total Noticed: 32
```

The following entities were noticed by first class mail on Jan 27, 2011.
```
aty          +David A Domina,   DominaLaw Group pc llo,   2425 South 144th St,   Omaha, NE 68144-3267
ptcrd        +B&B Farms,   Attn: Keith Breeding,   8090 Greensburg Road,   Greensburg, KY 42743-9002
cr           +Bill Davis,   7726 W. FM 2335,   Christoval, TX 76935-3308,   UNITED STATES
ptcrd        +Billy Neat,   705 B. Neat Road,   Columbia, KY 42728-8500
cr           +Bobby Bynum,   P. O. Box 43,   Rankin, TX 79778-0043,   UNITED STATES
ptcrd        +Breeding Brothers,   Attn: Wade Breeding,   9440 Columbia Hwy.,   Greensburg, KY 42743-9130
ptcrd        +Brent Keith,   505 Marlo-Campbell Road,   Columbia, KY 42728-5106
cr           +Bynum Ranch Co.,   P. O. Box 104,   Sterling City, TX 76951-0104,   UNITED STATES
op           +David L. Abt,   210 N Main St,   PO Box 128,   Westby, WI 54667-0128
ptcrd        +David L. Rings,   1288 Frontage Road,   Russell Springs, KY 42642-7871
cr           +Davis Quarter Horse,   7726 W. FM 2335,   Christoval, TX 76935-3308,   UNITED STATES
ptcrd        +Dennis Neat,   6198 Burkesville Road,   Columbia, KY 42728-8529
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr            Eddie Eicke,   Eicke Ranch II,   1188 County Rd 1202,   Snyder, TX 79549
op           +Elizabeth M. Lynch,   Development Specialists, Inc.,   6375 Riverside Drive,   Suite 200,
               Dublin, OH 43017-5045
cr            First Bank and Trust Company, The,   c/o Ayres Carr & Sullivan, P.C.,
               251 East Ohio Street, Suite 500,   Indianapolis, IN  46204-2184
cr            Florida Association Livestock Markets,   P.O. Box 421929,   Kissimmee, FL  34742-1929
cr           +Frank Powell,   700 W. Denger,   Midland, TX 79705-5319,   UNITED STATES
cr           +Gary S. Bell,   PO Box 122,   Edmonton, KY 42129-0122
cr            Heritage Feeders LP,   c/o Crowe & Dunlevy,   20 North Broadway,   Suite 1800,
               Oklahoma City, ok 73102-8296
ptcrd        +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
ptcrd        +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
ptcrd         Jimmy Brummett,   7594 Hwy. 555,   Glens Fork, KY  42741
cr           +Johnny Mayo, Jr.,   P. O. Box 317,   Eldorado, TX 76936-0317,   UNITED STATES
ptcrd        +Mike Loy,   668 P.D. Pyles Road,   Columbia, KY 42728-9455
ptcrd        +Moseley Cattle Auction, LLC,   1044 Arlington Avenue,   Blakely, GA 39823-2362
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128
cr           +Republic Bank and Trust Company,   661 South Hurstbourne Parkway,   Louisville, KY 40222-5079
ptcrd        +Southeast Livestock Exchange LLC,   PO Box 1306,   Waynesville, NC 28786-1306
ptcrd        +Southland Haulers, LLC,   Howard & Myra Compton,   P O Box 142,   Bratley, AL 36009-0142
ptcrd        +Superior Livestock Auction, Inc.,   1155 North Colorado Ave.,   Bush, CO 80723-2901
cr           +Tom Svoboda,   3065 AA Avenue,   Herrington, KS 67449-5051,   UNITED STATES
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ptcrd*       +Gary S. Bell,   P.O. Box 122,   Edmonton, KY 42129-0122
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2011**                    **Signature:**   *Joseph Speetjens*