UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the *Notice Of May 2, 2011 Deadline And Procedure For The Filing Of Purchase Money Claims*, attached hereto as <u>Exhibit 1</u>, as approved by the *Order Granting Trustee's Emergency Motion Regarding Payments On Debtor's Cattle Sales* (docket #234) was sent to those persons listed on the service list, attached hereto as <u>Exhibit 2</u>, at the addresses shown thereon via first class United States mail, postage prepaid, on January 28, 2011.

Respectfully submitted,

BAKER & DANIELS LLP

By:   /s/Terry E. Hall

James M. Carr (#3128-49)
Terry E. Hall (#22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
jim.carr@bakerd.com
terry.hall@bakerd.com

*Proposed Counsel for James A. Knauer, Chapter 11 Trustee*

BDDB01 6518567v1