SO ORDERED: January 27, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

_____

SGENERIC (rev 11/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Motion for Authority was filed with the Clerk of Court on January 26, 2011, by Creditor Republic Bank and Trust Company.

   IT IS THEREFORE ORDERED that the Motion for Authority is GRANTED.

###

# CERTIFICATE OF NOTICE

```
District/off: 0756-4            User: kgoss                  Page 1 of 1              Date Rcvd: Jan 27, 2011
Case: 10-93904                  Form ID: sgeneric            Total Noticed: 3
```

The following entities were noticed by first class mail on Jan 29, 2011.
aty          +David A Domina,   DominaLaw Group pc llo,   2425 South 144th St,   Omaha, NE 68144-3267
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2011**                       **Signature:**          *Joseph Speetjens*