UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA - NEW ALBANY

| | |
|---|---|
| IN THE MATTER OF: | . Case #10-93904-BHL-11 |
| | . |
| EASTERN LIVESTOCK CO., LLC | . New Albany, Indiana |
| | . **December 13, 2010** |
| Debtor | . 2:02:50 p.m. |

TRANSCRIPT OF EMERGENCY TELEPHONIC HEARING RE:
(#27) - Page 4 - EMERGENCY MOTION TO APPOINT TRUSTEE, AND
AUTHORIZING AND DIRECTING INTERIM TRUSTEE TO OPERATE DEBTOR'S
BUSINESS, FILED BY PETITIONING CREDITORS MOSELEY CATTLE AUCTION,
LLC, DAVID L. RINGS, SOUTHEAST LIVESTOCK EXCHANGE, LLC;
(#52) - Page 10 - MOTION FOR AUTHORITY TO OPERATE IN THE PRE-
APPOINTMENT PERIOD, FILED BY OTHER PROFESSIONAL,
ELIZABETH M. LYNCH
BEFORE THE HONORABLE BASIL H. LORCH, III, J.U.S.B.C.

**APPEARANCES:**

| | |
|---|---|
| For Petitioning Creditors, Moseley Cattle Auction, Moseley Cattle Auction, et al: | JOHN W. AMES, ESQ.<br>C.R. "CHIP" BOWLES, ESQ.<br>Greenebaum, Doll & McDonald, PLLC<br>3500 National City Tower<br>101 S. 5th Street<br>Louisville, KY 40202 |
| For the U.S. Trustee: | CHARLES R. WHARTON, AUST<br>Office of the U.S. Trustee<br>101 W. Ohio Street   Suite 1000<br>Indianapolis, IN 46204<br>-------------continued-----------> |
| Electronic Sound Recording Operator: | Not identified |

Proceedings Recorded by FTR Gold Digital Sound Recording
Transcript Produced by Certified Transcription Service

**GCI TRANSCRIPTION SERVICES**
210 Bayberry Avenue
Egg Harbor Township, NJ 08234-5901
1-609-927-0299     FAX 1-609-927-9768     1-800-471-0299
e-mail - irwingloria@comcast.net

Page 2 Cover
#10-93904
12-13-2010

**APPEARANCES: (continued)**

For First Bank & Trust Company:	STEPHEN A. WEIGAND, ESQ.
	DANIEL J. DONNELLON, ESQ.
	Faruki, Ireland & Cox, PLL
	201 East Fifth Street   Suite 1420
	Cincinnati, OH 45202

	JOHN R. CARR, III, ESQ.
	BRET S. CLEMENT, ESQ.
	Ayers, Carr & Sullivan, P.C.
	251 E. Ohio Street   Suite 500
	Indianapolis, IN   46204

For Fifth Third Bank:	EDWARD M. KING, ESQ.
	Frost, Brown & Todd, LLC
	400 W. Market Street   3nd Fl.
	Louisville, KY 40202

	RANDALL D. LaTOUR, ESQ.
	Vorys, Sater, Seymour & Pease, LLP
	52 East Gay Street
	Columbus, OH   43216

For Republic Bank & Trust Company:	WILLIAM ROBERT MEYER, II, ESQ.
	Stites & Harbison, PLLC
	400 West Market Street
	Louisville, KY 40202
	-- continued------------>

Electronic Sound Recording Operator:   Not identified

Proceedings Recorded by FTR Gold Digital Recording
Transcript Produced by Certified Transcription Service

GCI TRANSCRIPTION SERVICES
210 Bayberry Avenue
Egg Harbor Township, NJ 08234-5901
1-609-927-0299     FAX 1-609-927-9768     1-800-471-0299
e-mail - irwingloria@comcast.net

Page 3 Cover
#10-93904
12-13-2010

**APPEARANCES: (continued)**

| | |
|---|---|
| For Receiver, Elizabeth M. Lynch: | KIM MARTIN LEWIS, ESQ.<br>Dinsmore & Shohl, LLP<br>255 E. Fifth Street   Suite 1900<br>Cincinnati, OH   45202 |
| | JEREMY S. ROGERS, ESQ.<br>Dinsmore & Shohl, LLP<br>1400 PNC Plaza<br>500 West Jefferson Street<br>Louisville, KY   40202 |
| For Bluegrass Stockyards, LLC, and related entities: | LAURA DAY DELCOTTO, ESQ.<br>DelCotto Law Group, PLLC  *(Via phone)*<br>200 North Upper Street<br>Lexington, KY 40507 |
| Trustee for Thomas Gibson Bankruptcy Estate: | KATHRYN L. PRY *(Via phone)* |
| For Friona Industries: | JOHN FREDERICK MASSOUH, ESQ.<br>Sprouse Shrader Smith, P.C. *(Via phone)*<br>701 S. Taylor   Suite 500<br>Amarillo, TX   79105 |
| For Cactus Growers, Inc.: | JOHN HUNT LOVELL, ESQ. *(Via phone)*<br>Lovell, Lovell, Newson & Isern, LLP<br>112 W. 8th Avenue   Suite 1000<br>Amarillo, TX 79101 |

Electronic Sound Recording Operator:   Not identified

Proceedings Recorded by FTR Gold Digital Recording
Transcript Produced by Certified Transcription Service

---

**GCI TRANSCRIPTION SERVICES**
**210 Bayberry Avenue**
**Egg Harbor Township, NJ 08234-5901**
**1-609-927-0299         FAX 1-609-927-9768         1-800-471-0299**
**e-mail - irwingloria@comcast.net**

Page 4 Cover
#10-93904
12-13-2010

## APPEARANCES: (continued)

| | |
|---|---|
| For Wells Fargo Capital Finance: | JEFFERY T. WEGNER, ESQ. *(Via phone)* <br> Kutak Rock, LLP <br> The Omaha Building <br> 1650 Farnam Street <br> Omaha, NE 68102 |
| For CPC Livestock: | JESSICA YATES, ESQ. (Phonetic) <br> (No further information provided) |
| For Cactus Growers, Inc.: | JOHN HUNT LOVELL, ESQ. *(Via phone)* <br> Lovell, Lovell, Newson & Isern, LLP <br> 112 W. 8th Avenue   Suite 1000 <br> Amarillo, TX 79101 |
| General Counsel, Farm Credit West: | CHRISTOPHER BRUMFIELD, ESQ. <br> Farm Credit West  *(Via phone)* <br> No address known or provided |
| For J&F Oklahoma Holdings, Inc. | DAVID L. LeBAS, ESQ. *(Via phone)* <br> Namen, Howell, Smith & Lee, PLLC <br> Suite 490 <br> 8310 N. Capital of Texas Highway <br> Austin, TX   78731 |

Electronic Sound Recording Operator:    Not identified

Proceedings Recorded by FTR Gold Digital Recording
Transcript Produced by Certified Transcription Service

GCI TRANSCRIPTION SERVICES
210 Bayberry Avenue
Egg Harbor Township, NJ 08234-5901
1-609-927-0299    FAX 1-609-927-9768    1-800-471-0299
e-mail - irwingloria@comcast.net

1  wanted to raise that to the Court because I would expect that
2  if there is a proposal, that you would need to seek more
3  immediate relief from the funding of the case sooner than
4  that.  So I wanted to at least alert the Court to that fact.
5          THE COURT:  We can do it on an emergency basis.
6  Probably we'll do it telephonically.
7          MS. LEWIS:  Okay. Thank you, Your Honor.
8          THE COURT:  All right, anything else?  Okay.
9  We're adjourned.
10         ATTORNEYS:  Thank you, Your Honor.
11  (End at 2:56:15 p.m.)
12              * * * * * * * * * * *
13         I certify that the foregoing is a true and accurate
14  transcript from the digitally sound recorded record of the
15  proceedings.

/s/ Gloria C. Irwin                              1/5/2011

**GLORIA C. IRWIN**
Certified Transcriber NJ AOC200
    Federal CERT #122
GCI TRANSCRIPTION SERVICES
210 Bayberry Avenue
Egg Harbor Township, NJ 08234-5901
609-927-0299  1-800-471-0299
    FAX 609-927-9768
e-mail irwingloria@comcast.net

#10-93904                                        12-13-2010