**SO ORDERED: February 01, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING APPLICATION TO EMPLOY
BAKER & DANIELS LLP AS COUNSEL TO CHAPTER 11 TRUSTEE**

Upon the *Application To Employ Baker & Daniels LLP As Counsel To Chapter 11 Trustee* ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), and after a hearing, the Court, based on the record before it, finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is in the best interests of the Debtor, its estate, and creditors; (iv) proper and adequate notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; (v) Baker & Daniels LLP (a) holds no interest adverse to the Debtor or its estate in the

matters upon which it is sought to be engaged; (b) is a disinterested person as that term is defined pursuant to 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327; and (c) has disclosed any connections with parties as required by Bankruptcy Rule 2014; (vi) none of the representations or engagements set out in the *Affidavit Of Terry E. Hall In Support Of Application To Employ Baker & Daniels LLP As Counsel To Chapter 11 Trustee* constitutes a conflict of interest, or such potential conflict of interest has been consented to, waived, or has been excepted from the proposed representation, or impairs the disinterestedness of Baker & Daniels LLP, or otherwise precludes the Trustee's retention of Baker & Daniels LLP in this case; and (vii) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

Therefore, IT IS HEREBY ORDERED THAT:

1. The Application is granted on a final basis.

2. The Trustee is authorized to employ Baker & Daniels LLP as counsel for the Trustee pursuant to 11 U.S.C. §§ 327 and 330.

3. The Trustee is authorized to pay Baker & Daniels LLP interim compensation consistent with the terms of any order governing billings by and payment to professionals in this chapter 11 case.

4. Interim and final allowance of compensation will be awarded upon application and a hearing consistent with the requirements of 11 U.S.C. §§ 330 and 331.

###