## Notice Recipients

District/Off: 0756–4 User: edixon Date Created: 2/1/2011
Case: 10–93904–BHL–11 Form ID: pdfOrder Total: 3

**Recipients of Notice of Electronic Filing:**
tr James A. Knauer jak@kgrlaw.com
aty C. R. Bowles, Jr crb@gdm.com
aty James A. Knauer jak@kgrlaw.com

TOTAL: 3