IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC. | § | CASE NO. 10-93904-BHL-11 |
| | § | |
| Debtor | § | |

## MOTION TO APPEAR PRO HAC VICE

Kirk Crutcher of Mayfield, Crutcher & Sharpee, LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of GENE SHIPMAN in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| | |
|---|---|
| Texas Supreme Court | November, 1993 |
| U.S. District Court, Northern District of Texas | November, 1994 |
| United State Court of Appeals for the Fifth Circuit | October, 2008 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D. Inc. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

MAYFIELD CRUTCHER & SHARPEE, LLP
Kirk Crutcher, SBN 00787309
Joseph M. Parsons, SBN 24067815
320 S. Polk, Suite 400
Amarillo, Texas 79101
(806) 242-0152
(806) 242-0159 (Fax)
kcrutcher@mcs-law.com

By: /s/Kirk E. Crutcher
    Kirk E. Crutcher

ATTORNEY FOR DEFENDANT
GENE SHIPMAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail this 1st day of February, 2011 upon all parties entitled to such notice as provided by the ECF filing system, including the parties specifically set forth in the motion to receive notice thereof.

By: /s/Kirk E. Crutcher
    Kirk E. Crutcher