IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC. | § | CASE NO. 10-93904-BHL-11 |
| | § | |
| Debtor | § | |

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Kirk E. Crutcher, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| | |
|---|---|
| Texas Supreme Court | November, 1993 |
| U.S. District Court, Northern District of Texas | November, 1994 |
| United State Court of Appeals for the Fifth Circuit | October, 2008 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant sayeth not.

By:_____
    Kirk E. Crutcher
MAYFIELD CRUTCHER & SHARPEE, LLP
320 S. Polk, Suite 400
Amarillo, Texas 79101
(806) 242-0152
(806) 242-0159 (Fax)
kcrutcher@mcs-law.com

Affidavit in Support of
Motion To Appear *Pro Hac Vice*                                                                 Page 1

## ACKNOWLEDGEMENT

STATE OF TEXAS §
§
COUNTY OF POTTER §

     Before me, a notary public in and for said county and state, personally appeared Kirk E. Crutcher, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

     Signed and sealed this 1st day of February, 2011.

                                                                                              _____
                                                                                             Notary Public