IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC. | § | CASE NO. 10-93904-BHL-11 |
| | § | |
| Debtor | § | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
## OF KIRK E. CRUTCHER

A Motion to Appear Pro Hac Vice was filed with the Clerk of Court on February 1, 2011 by Kirk E. Crutcher.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###