KELLY GREENE McCONNELL (ISB #4900)
GIVENS PURSLEY, LLP
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701
Telephone: (208) 388-1200
Facsimile: (208) 388-1300

Attorneys for Supreme Cattle Feeders, L.L.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | Chapter 11 |
| ) | |
| Debtor ) | MOTION TO WITHDRAW |
| ) | MOTION TO APPEAR |
| ) | PRO HAC VICE NUNC PRO |
| ) | TUNC |

KELLY GREENE MCCONNELL of Givens Pursley LLP, on behalf of Supreme Cattle Feeders, L.L.C., moves the Court to withdraw the Motion to Appear *pro hac vice, nunc pro tunc.*

On January 12, 2011, the Motion to Appear *pro hac vice* was inadvertently filed via CM/ECF, along with the accompanying draft Order and Affidavit. However, Supreme Cattle Feeders, L.L.C. does not wish to be a party to these proceedings, and Ms. McConnell intended only that a Request for Notice be filed.

Federal Rule of Civil Procedure 60(b), made applicable in bankruptcy by Federal Rule of Bankruptcy Procedure 9024, states in relevant part:

> (b) On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) Mistake, inadvertence, surprise, or excusable neglect;

Because the Motion to Appear *pro hac vice* was inadvertently filed by mistake or due to

Motion to Withdraw Motion to Appear *Pro Hac Vice Nunc Pro Tunc* - 1

excusable neglect, Supreme Cattle Feeders, L.L.C. requests that the Motion be withdrawn, *nunc pro tunc*.

DATED this 1st day of February, 2011.

/s/ Kelly Greene McConnell
Kelly Greene McConnell
Givens Pursley LLP
Attorneys for Supreme Cattle Feeders, L.L.C.

Motion to Withdraw Motion to Appear *Pro Hac Vice Nunc Pro Tunc* - 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's electronic filing system upon the following parties this 1st day of February, 2011:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, Indiana 47150
*Debtor*

C.R. Bowles, Jr., Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
GREENBAUM DOLL & MCDONALD
3500 National City Tower
101 S. 5th Street
Louisville, Kentucky 40202
*Attorneys for Petitioning Creditors*

Charles R. Wharton, Esq.
Office of the U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204
*U.S. Trustee*

/s/ Kelly Greene McConnell
Kelly Greene McConnell