KELLY GREENE McCONNELL (ISB #4900)
EMILY L. McCLURE (ISB #8050)
GIVENS PURSLEY, LLP
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701
Telephone: (208) 388-1200
Facsimile: (208) 388-1300

Attorneys for Supreme Cattle Feeders, L.L.C.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | REQUEST FOR NOTICE |
| | ) | |

PLEASE TAKE NOTICE THAT Party in Interest Supreme Cattle Feeders, L.L.C., through its attorneys, and pursuant to Fed. R. Bankr. P. 2002, hereby requests all notices, papers and pleadings which must be noticed to parties in interest, whether sent by the Court, the debtors or any other party in the case, be sent or delivered to Supreme Cattle Feeders, L.L.C., through its attorneys, as follows:

Kelly Greene McConnell
Givens Pursley LLP
601 West Bannock Street
P.O. Box 2720
Boise, ID 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300

The foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules, statements, reports, and pleadings, whether formal or informal, written or oral, transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise.

DATED this 1st day of February, 2011.

/s/ Kelly Greene McConnell
Kelly Greene McConnell
Givens Pursley LLP
Attorneys for Supreme Cattle Feeders, L.L.C.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's electronic filing system upon the following parties this 1st day of February, 2011:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, Indiana 47150
*Debtor*

C.R. Bowles, Jr., Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
GREENBAUM DOLL & MCDONALD
3500 National City Tower
101 S. 5th Street
Louisville, Kentucky 40202
*Attorneys for Petitioning Creditors*

Charles R. Wharton, Esq.
Office of the U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204
*U.S. Trustee*

/s/ Kelly Greene McConnell
Kelly Greene McConnell