UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**APPEARANCE AND REQUEST TO INTERVENE GENERALLY**

Dustin R. DeNeal and the firm of Baker & Daniels LLP, pursuant to Rule B-9010-1(a)(2) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enter their appearance on behalf of James A. Knauer, Chapter 11 Trustee ("Trustee") in the above-referenced bankruptcy proceeding.

The Trustee requests that all notices, pleadings and documents be mailed to his attorneys of record, addressed to:

> Dustin R. DeNeal (#27535-49)
> Baker & Daniels LLP
> 300 N. Meridian Street, Suite 2700
> Indianapolis, IN 46204-1782
> Telephone: (317) 237-0300
> Facsimile: (317) 237-1000
> dustin.deneal@bakerd.com

6531705_1.DOC

Respectfully submitted,

BAKER & DANIELS LLP

By: /s/ Dustin R. DeNeal

Dustin R. DeNeal (#27535-49)  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204-1782  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
dustin.deneal@bakerd.com

*Counsel for James A. Knauer, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt  
davidabt@mwt.net

Mark A. Robinson  
mrobinson@vhrlaw.com

Randall D. LaTour  
rdlatour@vorys.com

Daniel J. Donnellon  
ddonnellon@ficlaw.com

John W. Ames  
jwa@gdm.com

Jeremy S Rogers  
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas  
mthomas@daleeke.com

Charles R. Wharton  
Charles.R.Wharton@usdoj.gov

David L. LeBas  
dlebas@namanhowell.com

Jessica E. Yates  
jyates@swlaw.com

Laura Day Delcotto  
ldelcotto@dlgfirm.com

Ross A. Plourde  
ross.plourde@mcafeetaft.com

Kirk Crutcher  
kcrutcher@mcs-law.com

C. R. Bowles, Jr  
crb@gdm.com

Jesse Cook-Dubin  
jcookdubin@vorys.com

John R. Carr, III  
jrciii@acs-law.com

Stephen A. Weigand  
sweigand@ficlaw.com

Robert Hughes Foree  
robertforee@bellsouth.net

Ivana B. Shallcross  
ibs@gdm.com

William Robert Meyer, II  
rmeyer@stites.com

James Bryan Johnston  
bjtexas59@hotmail.com

Judy Hamilton Morse  
judy.morse@crowedunlevy.com

John Huffaker  
john.huffaker@sprouselaw.com

Kelly Greene McConnell  
lisahughes@givenspursley.com

Jeffrey E. Ramsey  
jramsey@hopperblackwell.com

John Hunt Lovell  
john@lovell-law.net

Edward M King  
tking@fbtlaw.com

Bret S. Clement  
bclement@acs-law.com

John Frederick Massouh  
john.massouh@sprouselaw.com

Kim Martin Lewis  
kim.lewis@dinslaw.com

Deborah Caruso  
dcaruso@daleeke.com

Allen Morris  
amorris@stites.com

James T. Young  
james@rubin-levin.net

John M. Thompson  
john.thompson@crowedunlevy.com

Matthew J. Ochs  
matt.ochs@moyewhite.com

T. Kent Barber  
kbarber@dlgfirm.com

Walter Scott Newbern  
wsnewbern@msn.com

6531705_1.DOC

     I further certify that on February 7, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

David A. Domina
ddomina@dominalaw.com

                                          /s/ Dustin R. DeNeal

6531705_1.DOC