# Notice Recipients

District/Off: 0756–4           User: kgoss2              Date Created: 2/8/2011
Case: 10–93904–BHL–11         Form ID: sgeneric          Total: 45

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer           | jak@kgrlaw.com |
| aty | Allen Morris              | amorris@stites.com |
| aty | Bret S. Clement           | bclement@acs–law.com |
| aty | C. R. Bowles, Jr          | crb@gdm.com |
| aty | Daniel J. Donnellon       | ddonnellon@ficlaw.com |
| aty | David Alan Domina         | dad@dominalaw.com |
| aty | David L. Abt              | davidabt@mwt.net |
| aty | David L. LeBas            | dlebas@namanhowell.com |
| aty | Deborah Caruso            | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal          | dustin.deneal@bakerd.com |
| aty | Edward M King             | tking@fbtlaw.com |
| aty | Ivana B. Shallcross       | ibs@gdm.com |
| aty | James A. Knauer           | jak@kgrlaw.com |
| aty | James Bryan Johnston      | bjtexas59@hotmail.com |
| aty | James M. Carr             | james.carr@bakerd.com |
| aty | James T. Young            | james@rubin–levin.net |
| aty | Jeffrey E. Ramsey         | jramsey@hopperblackwell.com |
| aty | Jeremy S Rogers           | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook–Dubin          | jcookdubin@vorys.com |
| aty | Jessica E. Yates          | jyates@swlaw.com |
| aty | John Huffaker             | john.huffaker@sprouselaw.com |
| aty | John Frederick Massouh    | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell          | john@lovell–law.net |
| aty | John M. Thompson          | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III         | jrciii@acs–law.com |
| aty | John W Ames               | jwa@gdm.com |
| aty | Judy Hamilton Morse       | judy.morse@crowedunlevy.com |
| aty | Kelly Greene McConnell    | lisahughes@givenspursley.com |
| aty | Kim Martin Lewis          | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher             | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto        | ldelcotto@dlgfirm.com |
| aty | Mark A. Robinson          | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs           | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas        | mthomas@daleeke.com |
| aty | Randall D. LaTour         | rdlatour@vorys.com |
| aty | Robert Hughes Foree       | robertforee@bellsouth.net |
| aty | Robert K Stanley          | robert.stanley@bakerd.com |
| aty | Ross A. Plourde           | ross.plourde@mcafeetaft.com |
| aty | Stephen A. Weigand        | sweigand@ficlaw.com |
| aty | T. Kent Barber            | kbarber@dlgfirm.com |
| aty | Terry E. Hall             | terry.hall@bakerd.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | William Robert Meyer, II  | rmeyer@stites.com |

TOTAL: 43

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC       | 135 W. Market Street | New Albany, IN 47150 | |
| op  | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |

TOTAL: 2