## Notice Recipients

District/Off: 0756–4        User: edixon        Date Created: 2/8/2011
Case: 10–93904–BHL–11        Form ID: pdfOrder        Total: 2

**Recipients of Notice of Electronic Filing:**
aty      C. R. Bowles, Jr      crb@gdm.com
aty      Terry E. Hall      terry.hall@bakerd.com

TOTAL: 2