IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: § | |
| § | |
| EASTERN LIVESTOCK CO., LLC § | CASE NO. 10-93904-BHL-11 |
| § | |
| Debtor. § | |
| § | |

**MOTION TO APPEAR *PRO HAC VICE***

Todd Jeffrey Johnston of McWhorter, Cobb & Johnson, LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Gabriel Moreno in the above-styled case only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | November 2005 |
| U.S. District Court, Northern District of Texas | November 2005 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this Motion for Admission Pro Hac Vice.

4. The accompanying this motion is an affidavit, as required by S.D. Inc. L.R. B-9010-2.

**WHEREFORE**, the applicant requests this Court enter an order of admission pro hac vice for purposes of this cause only.

00031536.WPD - ver               Page 1 of 2

Respectfully submitted,

**McWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
806-762-0214 - Telephone
806-762-8014 - Facsimile

By: _/s/ Todd J. Johnston_
Todd J. Johnston
*Attorneys for Gabriel Moreno*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail this 9th day of February, 2011 upon all parties entitled to such notice as provided by the ECF filing systems, including the parties specifically set forth in the motion to receive notice thereof..

_/s/ Todd J. Johnston_
Todd J. Johnston

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| In re: | § | |
|---|---|---|
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | CASE NO. 10-93904-BHL-11 |
| | § | |
| Debtor. | § | |
| | § | |

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Todd Jeffrey Johnston, being duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Texas Supreme Court | November 2005 |
| U.S. District Court, Northern District of Texas | November 2005 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

_____
Todd J. Johnston

**ACKNOWLEDGEMENT**

| STATE OF TEXAS | § | |
|---|---|---|
| | § | |
| COUNTY OF LUBBOCK | § | |

Before me, a notary public in and for said county and state, personally appeared Todd Jeffrey Johnston, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 9th day of February 2011



_____
Notary Public, State of Texas

00031538.WPD - ver