**EXHIBIT B**

# DINSMORE & SHOHL LLP

*Charleston WV    Cincinnati OH    Columbus OH    Dayton OH    Frankfort KY*
*Lexington KY    Louisville KY    Morgantown WV    Pittsburgh PA    Wheeling WV*

Federal I.D.: 31-0263070

---

Elizabeth M. Lynch  
Development Specialists, Inc.  
6375 Riverside Drive, Suite 200  
Dublin OH 43017-5045

January 20, 2011  
Invoice # 2623380

Billing Attorney - Kim Martin Lewis

Client Number - 69494.1  
Matter: Eastern Livestock Company, LLC

---

## Remittance Advice

For Professional Services Rendered Through December 31, 2010:

| | |
|---|---|
| Current Fee for Hours Worked | $ 51,920.50 |
| Attorney Costs | $ 1,391.25 |
| Total Due for Professional Services | $ 53,311.75 |

### Payment Due on Receipt
Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP  
P.O. Box 640635  
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard and American Express**  
*Please call (513) 977-8131 to initiate credit card payment.*

  

January 20, 2011
Invoice # 2623380

Dinsmore & Shohl LLP
Client Number – 69494.1
**Matter: Eastern Livestock Company, LLC**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| H. Toby Schisler | Partner | 18.70 | |
| Kim Martin Lewis | Partner | 43.40 | |
| Richard D. Porotsky, Jr. | Partner | 1.00 | |
| Tim J. Robinson | Partner | 10.60 | |
| John B. Persiani | Of Counsel | 5.60 | |
| Brandon M James | Associate | 3.80 | |
| Devon Merling | Associate | 36.50 | |
| Elizabeth A Arend | Associate | 0.70 | |
| Jeremy S Rogers | Associate | 6.90 | |
| Patrick D Burns | Associate | 23.60 | |
| Lisa M Geeding | Paralegal | 0.40 | |
| Total Hours / Fees | | 151.20 | $ 51,920.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Audio Conference | $ 55.00 |
| Computer Legal Research/Lexis | $ 141.96 |
| Photocopies | $ 314.10 |
| Filing and Recording Fees | $ 30.00 |
| Local Travel Expenses | $ 113.00 |
| Other Travel | $ 177.08 |

Dinsmore & Shohl LLP  
Client Number – 69494.1  
**Matter: Eastern Livestock Company, LLC**

January 20, 2011  
Invoice # 2623380

| | |
|---|---|
| Long Distance Telephone | $ 560.11 |
| Total Attorney Costs | $1,391.25 |
| Current Amount Due This Invoice | $53,311.75 |

January 20, 2011
Invoice # 2623380

Dinsmore & Shohl LLP
Client Number – 69494.1
**Matter: Eastern Livestock Company, LLC**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/06/10 | KML | 4.30 | Numerous calls regarding the involuntary bankruptcy filed; review and revise motions to file; telephone conferences with Greenebaum; numerous emails regarding involuntary bankruptcy, cattle issues, and receivables issues. |
| 12/06/10 | TJR | 4.90 | Correspondence with T. Schisler, K. Lewis regarding LMA review of motion and timing of hearing on same in HCCP; telephone conference with E. Lynch regarding Superior contracts; correspondence with counsel for Heritage Feeders regarding notice of contract disaffirmance; correspondence with K. Lewis regarding involuntary petition against Eastern Livestock; review of docketed pleadings; telephone conferences with K. Lewis and DSI regarding involuntary petition; telephone conferences with C. Bowles regarding 543 motion; telephone conference with petitioning creditors' counsel, bank counsel, DSI representatives and Dinsmore & Shohl team regarding involuntary chapter 11, motion for trustee and 543 custodian motion; telephone conference with D. DuFour regarding sample contract as template for Superior; draft/revise same; telephone conference with Fifth Third and Wells Fargo counsel; follow up telephone conference with K. Lewis regarding same; telephone conferences and correspondence with D. Merling regarding emergency 543(d) motion; review/revise/finalize pleadings regarding E. Lynch's authority to operate business pending appointment of trustee/order for relief; review/comment on petitioning creditors' motion; review/revise joinder to petitioning creditors' motion. |
| 12/06/10 | HTS | 0.20 | Revise letter to Cattlemen's demanding information; finalize same for delivery. |
| 12/06/10 | HTS | 0.40 | Review and analyze motion to intervene in Hamilton County proceedings, and objection to Receiver Order. |
| 12/06/10 | HTS | 0.30 | Telephone conversation w/ Terry Malone regarding response to Kansas interpleader action. |
| 12/06/10 | HTS | 0.20 | Telephone conversation with Dan Donnellon regarding motion to intervene and objections to Receivership. |
| 12/06/10 | HTS | 0.20 | Telephone conversation with Kent Britt regarding status and coordination of approach to pending items associated with Eastern Livestock receivership. |
| 12/06/10 | HTS | 0.40 | Review and analysis of involuntary bankruptcy petition; attorney conference with Kim Lewis and Tim Robinson regarding same. |
| 12/06/10 | HTS | 0.30 | Follow-up telephone conversation with Kent Britt regarding effect of involuntary bankruptcy petition. |
| 12/06/10 | HTS | 0.20 | Prepare e-mail to counsel for involuntary bankruptcy creditors regarding copy of proposed motion and order related to distribution of proceeds. |
| 12/06/10 | HTS | 0.50 | Participate in telephone conference with Kim Lewis and counsel for involuntary bankruptcy petition regarding status and procedure. |
| 12/06/10 | HTS | 0.30 | Prepare e-mail to counsel for involuntary bankruptcy creditors regarding contact information for various parties. |

Dinsmore & Shohl LLP  
Client Number – 69494.1  
**Matter: Eastern Livestock Company, LLC**

January 20, 2011  
Invoice # 2623380

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/06/10 | HTS | 0.30 | Attorney conference regarding procedure for addressing bankruptcy proceedings. |
| 12/06/10 | HTS | 0.40 | Review and analyze proposed motion by involuntary bankruptcy creditors to provide authority to Receiver; review and analyze motion by Receiver to address sale proceeds |
| 12/06/10 | DM | 7.70 | Research status and rights of a receiver in an involuntary bankruptcy (4.2); prepare motion to conduct cattle sales (2.4); file motion to conduct cattle sales(.2); discuss motion to conduct cattle sales with T. Robinson (.5); discuss rights of receiver in an involuntary bankruptcy with K. Lewis (.2); discuss motion to conduct cattle sales with K. Lewis (.2). |
| 12/06/10 | DM | 1.60 | Prepare Joinder to Custodian Motion (.5); prepare Motion for and Notice of Expedited Hearing (1.1). |
| 12/06/10 | DM | 0.50 | File Joinder to Custodian Motion (.1); discuss Expedited Hearing Motion with T. Robinson (.2); file Expedited Hearing Motion and Notice (.2). |
| 12/06/10 | DM | 0.30 | Edit Agreement regarding cattle auction. |
| 12/06/10 | JBP | 0.40 | Attend to issues regarding involuntary bankruptcy; telephone call with T. Robinson. |
| 12/07/10 | KML | 4.80 | Prepare for and participate in emergency hearing; review and respond to numerous emails; numerous telephone conferences with Liz Lynch; numerous telephone conferences with Greenebaum. |
| 12/07/10 | TJR | 1.20 | Correspondence with A. Owens regarding schedules/statements of financial affairs and effective date of same; correspondence with J. Rogers regarding scheduling of hearings on motions in involuntary chapter 11 case; respond to creditor inquiry regarding court/case number for involuntary chapter 11 case; review petitioning creditors' motion for appointment of trustee; review/finalize notice of appearance for filing in T. Gibson and East-West Trucking chapter 11 cases. |
| 12/07/10 | HTS | 0.20 | Prepare e-mail to Dan Donnellon regarding receiver motions filed in bankruptcy proceeding. |
| 12/07/10 | HTS | 0.30 | Review correspondence from Tommy Gibson's counsel regarding Cattlemen's yard sheet; prepare e-mail to client regarding same. |
| 12/07/10 | HTS | 0.40 | Obtain information related to Liz Lynch representative experience; prepare e-mail to Kim Lewis regarding same associated with bankruptcy proceedings. |
| 12/07/10 | HTS | 0.30 | Telephone conversation with Kent Britt regarding effect of bankruptcy proceedings upon pending litigation. |
| 12/07/10 | DM | 1.40 | Prepare Notice of Telephonic Hearing (1.1); file Notice of Telephonic Hearing (.1); distribute Notice of Telephonic Hearing to parties-in-interest (.2). |
| 12/07/10 | DM | 4.40 | Prepare revised order for cattle sales motion (2.7); participate in telephonic hearing on motions (.9); correspond with K. Lewis and E. Lynch regarding revised order (.4); research automatic stay in involuntary bankruptcies (.2); correspond with K. Lewis regarding automatic stay in involuntary bankruptcies (.1); correspond with E. Lynch regarding cattle sales (.1); correspond with parties-in-interest regarding call number for telephonic hearing (.1). |

Dinsmore & Shohl LLP  
Client Number – 69494.1  
**Matter: Eastern Livestock Company, LLC**

January 20, 2011  
Invoice # 2623380

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/07/10 | JSR | 2.80 | Calls with court regarding motion for emergency hearing; calls with T. Robinson and K. Lewis regarding same; review various pleadings from other interested parties; attend telephonic hearing. |
| 12/08/10 | KML | 0.40 | Call with Randy LaTour regarding financing of receiver/bankruptcy estate. |
| 12/08/10 | TJR | 0.90 | Review of additional pleadings filed by petitioning creditors in involuntary chapter 11 case; review order granting motion to approve E. Lynch's custodian duties; correspondence with E. Lynch regarding final version of Superior's contract; correspondence with K. Lewis regarding Eastern Livestock Co., LLC corporation memberships; correspondence with J. Rogers regarding Superior's joinder to involuntary petition. |
| 12/08/10 | HTS | 0.40 | Telephone conversation with Liz Lynch regarding requesting additional information from T. Gibson's counsel regarding cattle located at Cattlemen's; prepare correspondence to T. Gibson's counsel regarding same. |
| 12/08/10 | HTS | 0.30 | Prepare e-mail to Alan Omori regarding exemplar Hamilton County Receiver report. |
| 12/08/10 | HTS | 0.30 | Telephone conversation with Wisconsin counsel regarding extension of time to respond to interpleader action; prepare e-mail to Wisconsin counsel regarding same. |
| 12/08/10 | HTS | 0.20 | E-mail exchange with Terry Malone regarding Kansas interpleader action. |
| 12/08/10 | DM | 1.20 | Discuss pro hac vice motion issue with J. Rogers (.2); uploaded order regarding cattle sales (.1); edit Auction Agreement (.5); discuss Auction Agreement with K. Lewis (.1); edit order regarding cattle sales (.3). |
| 12/08/10 | DM | 0.30 | Review pleadings and documents filed in case. |
| 12/08/10 | JSR | 1.20 | Calls with D. Merling regarding pro hac vice materials and relating pleading issues; review various orders and pleadings in the bankruptcy case; emails to K. Lewis and T. Robinson regarding same. |
| 12/09/10 | KML | 3.30 | Telephone conferences with Chip Bowles; telephone conferences with John Carr; telephone conferences with Ross Plourde; telephone conferences with Liz Lynch; numerous emails regarding customers' data. |
| 12/09/10 | TJR | 0.20 | Review orders on expedited hearing motions and J. Rogers' correspondence regarding same. |
| 12/09/10 | HTS | 0.30 | Telephone conversation with Liz Lynch regarding buy-sell contracts and other miscellaneous items. |
| 12/09/10 | HTS | 0.80 | Conference call with Liz Lynch, Kim Lewis, and Terry Malone to discuss current status and strategy for Receiver matters. |
| 12/09/10 | HTS | 0.50 | Review and analyze materials submitted to bankruptcy court. |
| 12/09/10 | DM | 1.20 | Review pleadings and documents filed in case, including Appointment of Trustee Motion. |
| 12/09/10 | DM | 0.10 | Correspond with K. Lewis, E. Lynch regarding Appointment of Trustee Motion. |
| 12/09/10 | BMJ | 3.00 | Draft entity chart for Gibson entities. |
| 12/10/10 | KML | 2.90 | Obtain operating agreements for Dave Dufour; emails regarding cattle |

Dinsmore & Shohl LLP  
Client Number – 69494.1  
**Matter: Eastern Livestock Company, LLC**

January 20, 2011  
Invoice # 2623380

| Date | Atty | Hours | Description |
|---|---|---|---|
| | | | commingling; emails regarding involuntary joinders; telephone conferences with Chip Bowles; telephone conferences with Liz Lynch regarding cattle sales and identification. |
| 12/10/10 | TJR | 0.40 | Correspondence with E. Lynch regarding UCC issues with unmarked cattle; telephone conferences with J. Persiani, D. Merling regarding same; review memo and case law regarding UCC comingling issues with unbranded and untagged cattle. |
| 12/10/10 | RDP | 1.00 | Review and analysis of recent filings by another party seeking to intervene, and review status of the receivership and analyze plans for proceeding; review needs for additional accounting information from related entities. |
| 12/10/10 | DM | 6.00 | Prepare Motion to Operate in Pre-Appointment period (1.3); prepare Motion for Expedited Hearing and Notice on Motion to Operate (1.1); research commingling of goods under UCC (1.8); discuss commingling of goods with K. Lewis, T. Robinson and J. Persiani (.2); prepare pro hac vice motions (1.2); file pro hac vice motion and order (.2); discuss notice of appearance and pro hac issues with J. Rogers (.1); correspond with T. Robinson regarding pro hac motions (.1). |
| 12/10/10 | DM | 0.40 | Prepare Notice of Appearance for J. Rogers (.3); file J. Rogers' Notice of Appearance (.1). |
| 12/10/10 | JBP | 0.60 | Research UCC issues regarding commingling of assets; conference call with T. Robinson regarding same. |
| 12/10/10 | BMJ | 0.20 | Revise entity chart. |
| 12/12/10 | DM | 1.40 | Prepare Motion to Operate in Pre-Appointment period (1.2); correspond with K. Lewis regarding same (.2). |
| 12/13/10 | KML | 4.00 | Travel to and from Louisville for hearing. |
| 12/13/10 | KML | 8.00 | Meeting at Company with Liz Lynch regarding numerous issues related to sale of cattle, contracts, preparing proffer, accounts receivable, inventory identification and court hearing. |
| 12/13/10 | TJR | 0.20 | Finalize pro hac vice application for Eastern's involuntary case. |
| 12/13/10 | HTS | 0.30 | Compile information regarding aggregate amount of interpleader cases. |
| 12/13/10 | HTS | 0.50 | Review and analyze interpleader actions to assess extent of interest in interpleaded funds by Eastern affiliates; prepare e-mail to Kim Lewis regarding same |
| 12/13/10 | DM | 3.00 | Prepare Motion and proposed Order to Operate (2.5); file Motion to Operate (.3); discuss commingling of livestock with T. Robinson (.1); discuss case issue with T. Robinson (.1). |
| 12/13/10 | DM | 0.90 | Correspond with clerk regarding filing and notice of motions (.5); file and serve Notice of Hearing (.4). |
| 12/13/10 | DM | 2.20 | Prepare Motion for Expedited Hearing on Motion to Operate (.3); file Motion for Expedited Hearing on Motion to Operate (.1); prepare Certificate of Service and serve Order Granting Motion for Expedited Hearing (.2); telephonically participate in hearing regarding Motion to Operate and for Appointment of Trustee (1.2); discuss Motion to Operate with K. Lewis (.4). |
| 12/13/10 | DM | 1.10 | Prepare and upload proposed Order (.2); research commingling of livestock issue (.9). |

Dinsmore & Shohl LLP  
Client Number – 69494.1  
**Matter: Eastern Livestock Company, LLC**

January 20, 2011  
Invoice # 2623380

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/13/10 | JBP | 0.80 | Review Motion and Order to Allow Trustee to Operate Business; meeting with D. Merling regarding same. |
| 12/13/10 | JSR | 2.90 | Attend court hearing on emergency motions. |
| 12/14/10 | KML | 0.60 | Numerous telephone conferences with Liz Lynch. |
| 12/14/10 | KML | 1.30 | Telephone conferences with attorney for Mitch Worrell regarding sale of cattle; emails regarding same. |
| 12/14/10 | TJR | 0.30 | Correspondence with E. Lynch regarding O Cattle issues and telephone conferences with L. Tate regarding same. |
| 12/14/10 | HTS | 0.30 | Communications with Liz Lynch and Claire Pierce regarding interpleader actions. |
| 12/14/10 | DM | 0.30 | Discuss proposed order with K. Lewis (.2); discuss proposed order with clerk (.1). |
| 12/14/10 | PDB | 3.50 | Review docket and various pleadings for general background (1.3); research Receiver and Trustee issues (1.8); draft Affidavit of Disinterestedness for proposed trustee (.4). |
| 12/15/10 | KML | 1.10 | Review budget; emails regarding custodian issues. |
| 12/15/10 | TJR | 0.10 | Telephone conference with O Cattle counsel regarding cattle title issues. |
| 12/15/10 | DM | 2.50 | Research receiver and trustee issues. |
| 12/15/10 | JBP | 0.20 | Attend to issues regarding UCC and lien priority. |
| 12/16/10 | KML | 1.90 | Conference call with Lenders and Custodian; emails regarding custodian issues; emails regarding interpleader actions; emails regarding relief from stay actions and responses. |
| 12/16/10 | TJR | 0.50 | Correspondence with A. O'Mori regarding operating agreements of affiliates; correspondence with C. Vance regarding handling of creditor inquiries, claims, etc. pending appointment of trustee; correspondence with T. Schisler regarding Colorado interpleader action. |
| 12/16/10 | HTS | 0.30 | Telephone conference with Liz Lynch and Claire Pierce regarding strategy for dealing with affiliate and related entities associated with fraudulent conveyances. |
| 12/16/10 | HTS | 0.30 | Telephone conversation w/ Jessica Yeats, counsel for plaintiff in Colorado interpleader action, regarding their request to release approximately $5,000 from interpleader amount. |
| 12/16/10 | HTS | 0.40 | Review and analyze plaintiff's first amended complaint in interpleader action; prepare e-mail to client regarding same. |
| 12/16/10 | HTS | 1.40 | Review and analyze motions for relief from stay; begin preparation of responses to same. |
| 12/16/10 | HTS | 0.50 | Update amount associated with various interpleader actions; prepare e-mail to client regarding same. |
| 12/16/10 | JBP | 3.30 | Review CLICRWEIGHT Operating Agreement; review Cattlemen's Feedlot L.P. Agreement; review Walters Sell Agreement; review email from A. Omorire regarding same; review various bankruptcy issues regarding same; meeting with K. Lewis regarding same. |
| 12/17/10 | KML | 2.60 | Conference calls with Chip Bowles regarding cattle sales and accounts receivable issues; telephone conferences with Liz Lynch regarding escrow accounts and cattle sales and collection of receivables; emails regarding Cattlemen's cattle. |

Dinsmore & Shohl LLP  
Client Number – 69494.1  
**Matter: Eastern Livestock Company, LLC**

January 20, 2011  
Invoice # 2623380

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/17/10 | TJR | 0.40 | Review lift stay motion (interpleader) and telephone conferences with P. Burns regarding removal of same to Bankruptcy Court; review of reclamation demands (SOLM, Crumpler Bros. Farms). |
| 12/17/10 | HTS | 2.30 | Legal research regarding automatic stay issues in order to prepare response to motions for relief from automatic stay. |
| 12/17/10 | HTS | 0.70 | Prepare notice of automatic stay to be filed in each interpleader action. |
| 12/17/10 | HTS | 0.30 | Attorney conference with Pat Burns regarding strategy for handling interpleader cases in context of bankruptcy proceeding. |
| 12/17/10 | JBP | 0.30 | Attend to issues regarding partnerships in bankruptcy. |
| 12/17/10 | PDB | 3.20 | Research removal, venue and relevance of district court (2.5); review Motion for Automatic Stay Relief (.7). |
| 12/17/10 | EAR | 0.40 | Correspondence with K. Lewis regarding Big Indian Farms; office conference with B. James regarding same. |
| 12/18/10 | PDB | 5.00 | Research Automatic Stay issues in regard to Interpleader Action (3.5); draft response to Motion for Relief from Stay (1.5). |
| 12/20/10 | KML | 1.70 | Emails with Deb Caruso regarding Eastern Cattle Co.; telephone conferences regarding same; telephone conferences regarding East-West Trucking; review memo regarding same. |
| 12/20/10 | TJR | 0.80 | Review/comment upon draft receiver's report (.2); review notice of partial dismissal (receivership case) (.2); correspondence with K. Lewis regarding Eastern Cattle Co. organizational documents (.2); review/revise draft of Notice of Automatic Stay for filing in interpleader cases (.2). |
| 12/20/10 | HTS | 0.50 | Review and revise Receiver's report; prepare notice of filing same. |
| 12/20/10 | HTS | 0.30 | Prepare notice of automatic stay to be filed for each interpleader action. |
| 12/20/10 | PDB | 3.60 | Draft Motion and Order and Agreed Order regarding use of funds during pre-appointment period and follow-up (2.6); conference call regarding East-West Trucking and open issues (.7); attend to relief from stay issues (.3). |
| 12/20/10 | EAR | 0.30 | Correspondence with K. Lewis and B. James regarding UCC search of Eastern Cattle Co. and East-West Trucking. |
| 12/20/10 | BMJ | 0.50 | Order Indiana lien search on East-West Trucking Co., LLC. |
| 12/21/10 | KML | 3.90 | Conference call with Court regarding East-West Trucking; telephone conference with Liz Lynch; telephone conference with Trustee for East-West Trucking; conference call with John Lovell and Deb Caruso regarding cattle; numerous emails regarding same. |
| 12/21/10 | TJR | 0.40 | Correspondence with A. Omori regarding draft correspondence to Eastern's outside counsel for preparation of the statement of financial affairs; review/revise same; review of yard sheets from various feedlots. |
| 12/21/10 | HTS | 0.40 | Attorney conference with Kim Lewis regarding removal issues; brief legal research regarding same. |
| 12/21/10 | PDB | 5.90 | Draft pro hac vice motions in East-West Trucking and Gibson bankruptcies and file same (3.0); review docket (.4); follow-up issues on motion for relief from stay (1.3); research interpleader issues (1.2). |
| 12/22/10 | KML | 2.60 | Telephone conferences with Chuck Wharton, Liz Lynch and Deb Caruso regarding sale of cattle; emails regarding same. |

January 20, 2011
Dinsmore & Shohl LLP
Invoice # 2623380
Client Number – 69494.1
**Matter: Eastern Livestock Company, LLC**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/22/10 | TJR | 0.30 | Review and circulate Fifth Third pleadings filed in Friona interpleader action. |
| 12/22/10 | HTS | 0.40 | Telephone conversation with Texas local counsel regarding stay of interpleader action; review and revise Texas pleadings. |
| 12/22/10 | HTS | 0.20 | Attorney conference with Kim Lewis regarding removal options. |
| 12/22/10 | HTS | 0.40 | Telephone conversation with Terry Malone regarding status update. |
| 12/22/10 | HTS | 0.30 | Finalize pleadings regarding stay of Colorado interpleader; prepare e-mail to Colorado local counsel regarding same. |
| 12/22/10 | PDB | 2.40 | Review docket for updates (.3); prepare and organize first day issues in advance of appointment of trustee (1.7); review order regarding use of funds for week (.4). |
| 12/23/10 | HTS | 0.70 | Participate in conference call with Kim Lewis and Liz Lynch regarding Eastern-Trucking evidentiary hearing. |
| 12/23/10 | HTS | 0.30 | E-mail exchange with Texas local counsel regarding filing of notice of stay. |
| 12/23/10 | HTS | 0.20 | Prepare e-mail to Liz Lynch regarding receiver report. |
| 12/27/10 | BMJ | 0.10 | Review East-West Trucking lien search results. |
| 12/28/10 | LG | 0.40 | Telephone conference with Court regarding changes to amended order allowing receiver to operate the business (.1); make changes and upload revised Order to Court (.3). |

Total Hours   151.20