**<u>EXHIBIT C</u>**

## **VENDOR EXPENSES**

| Vendor | Pre-Petition | Post-Petition | Purpose |
|---|---|---|---|
| Ware Trucking | $ 250.00 | | Move Feed |
| Bradley Rummel Custom H | $ 6,320.00 | | Hay |
| Brantley Security Services | $ 3,840.00 | | Security |
| Brantley Security Services | | $ 1,508.57 | Security |