**EXHIBIT D**

Eastern Livestock Co., LLC
Cash Requirements

|  | Week ending 12/17/2010 |
|---|---|
| Payroll (inclusive of taxes) | $ 28,000 |
| Health insurance | $ 9,800 |
| Insurance | $ 14,313 |
| Computer technical support | $ 3,200 |
| Pest control | $ 500 |
| Utilities | $ 1,500 |
| Feed and Medicine | $ 35,000 |
| Contingency | $ 200 |
|  |  |
| Total | $ 92,513 |