**EXHIBIT E**

EASTERN LIVESTOCK CO., LLC

| Professional/ Vendor | Description | Through December 5, 2010 ("Receivership Period") | Through 12/27/1010 ("Custodial Period") | Total | IOLTA account | Custodial Fund Account |
|---|---|---|---|---|---|---|
| Account balance | | | | | 479,610.00 | 377,612.00 (b) |
| Professional Fees: | | | | | | |
| Dinsmore & Shohl | Counsel | 147,451.01 | 42,548.99 (a) | 190,000.00 | (147,451.01) | (42,548.99) |
| Development Specialists, Inc. (a) | Receiver/Custodian | 267,118.66 | 175,722.80 | 442,841.46 | (267,118.66) | (175,722.80) |
| Total professional fees | | 414,569.67 | 218,271.79 | 632,841.46 | (414,569.67) | (218,271.79) |
| Outstanding Expenses: | | | | | | |
| Ware Trucking | Deliver Feed | 250.00 | - | 250.00 | - | (250.00) |
| Bradley Rummel Custom Hay | Hay | 6,320.00 | - | 6,320.00 | - | (6,320.00) |
| Brantley Security Services | Security- 11/16 - 12/07 | 3,840.00 | - | 3,840.00 | - | (3,840.00) |
| Brantley Security Services | Security- 12/08 - 12/28 | - | 1,508.57 | 1,508.57 | - | (1,508.57) |
| Total outstanding expenses | | 10,410.00 | 1,508.57 | 11,918.57 | - | (11,918.57) |
| Grand total expenses to be paid | | 424,979.67 | 219,780.36 | 644,760.03 | (414,569.67) | (230,190.36) |
| Use IOLTA account funds for Custodial fees and expenses | | | | | (65,040.33) | 65,040.33 |
| Balance remaining after proposed disbursements | | | | | - | 212,461.97 |

Notes:
(a) Dinsmore has agreed to reduce their fees by $10,762.76 by mutual agreement with the secured lender.
(b) Represents amounts funded by Fifth Third Bank of $342,612 plus approximately $35,000 held back from net proceeds transferred to the Trustee to cover unpaid Receivership and Custodial expenses.