**<u>EXHIBIT C</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

IN RE:

EASTERN LIVESTOCK CO., LLC,

               Debtor.

Case No. 10-93904-BHL-11

Chapter 11

**ORDER GRANTING MOTION OF DINSMORE & SHOHL AND RECEIVER**
**FOR PERMISSION TO SEEK ALLOWANCE OF PRE-PETITION**
**ATTORNEY AND RECEIVER FEES AND REIMBURSEMENT**
**OF PRE-PETITION EXPENSES IN THE RECEIVERSHIP COURT**

This matter came before the Court on the Motion of the State Court-Appointed Receiver,

Elizabeth Lynch (the "Receiver")[1] for Eastern Livestock Co., LLC (the "Debtor") and Dinsmore &

Shohl, LLP ("D&S"), as counsel for the Receiver, for an order permitting D&S and the Receiver to

seek allowance from the state court in which the receivership action was brought (the "Receivership

---

[1] Capitalized terms not defined herein are given the meaning ascribed to them in the Motion.

Court") of pre-petition attorney receiver fees and reimbursement of expenses incurred by the Receiver, her employer DSI, and D&S, to be paid out of a pre-petition IOLTA account (the "Motion")(Doc. No. __). The Court finds the Motion to be well-taken, and in the best interest of the Debtor's estate and its creditors, and that monies in the D&S IOLTA Account were not property of the Debtor's estate, and accordingly, the Motion is hereby GRANTED.

Accordingly, the Court hereby ORDERS that:

1.      The Receiver may continue to seek pre-petition attorney and receiver fees and reimbursement of expenses for the Receiver, DSI, and D&S in the Receivership Court.

2.      This Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and enforcement of this Order.

3.      This Order is effective immediately upon entry.

**IT IS SO ORDERED.**

                                        ###