(K33804/ms4)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY, DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-93904 |
| | ) | |
| Eastern Livestock Co., LLC | ) | Chapter 11 Proceedings |
| | ) | |
| | ) | Judge Basil H. Lorch III |
| Debtor(s). | ) | |

**NOTICE OF APPEARANCE**

Now comes, Theodore A. Konstantinopoulos of Javitch, Block & Rathbone, and enters an appearance on behalf of the Creditor herein, General Electric Capital Corporation, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

/s/Theodore A. Konstantinopoulos
THEODORE A. KONSTANTINOPOULOS (OH Bar #0065542)
CHRISTOPHER CASSIDY #22837-32
Attorneys for Creditor
Javitch, Block, & Rathbone
1100 Superior Avenue, 19th Floor
Cleveland, Ohio 44114-9971
(216) 623-0000
ndohbky@jbandr.com

## **CERTIFICATE**

I certify that on February 10, 2011, copies of this Notice of Appearance was served electronically and by ordinary U.S. Mail, postage prepaid, to the persons listed on the Creditor Mailing Matrix.

/s/Theodore A. Konstantinopoulos
THEODORE A. KONSTANTINOPOULOS (OH Bar #0065542)
CHRISTOPHER CASSIDY #22837-32
Attorneys for Movant