| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 10-93904-BHL-11<br>Southern District of Indiana<br>New Albany<br>Thu Feb 10 12:45:48 EST 2011 | B&B Farms<br>Attn: Keith Breeding<br>8090 Greensburg Road<br>Greensburg, KY 42743-9002 | Breeding Brothers<br>Attn: Wade Breeding<br>9440 Columbia Hwy.<br>Greensburg, KY 42743-9130 |
| Bynum Ranch Co.<br>P. O. Box 104<br>Sterling City, TX 76951-0104 | Davis Quarter Horse<br>7726 W. FM 2335<br>Christoval, TX 76935-3308 | Eastern Livestock Co., LLC<br>135 W. Market Street<br>New Albany, IN 47150-3561 |
| First Bank and Trust Company, The<br>c/o Ayres Carr & Sullivan, P.C.<br>251 East Ohio Street, Suite 500<br>Indianapolis, IN 46204-2184 | Florida Association Livestock Markets<br>P.O. Box 421929<br>Kissimmee, FL 34742-1929 | Heritage Feeders LP<br>c/o Crowe & Dunlevy<br>20 North Broadway<br>Suite 1800<br>Oklahoma City, ok 73102-8296 |
| Ike's Trucking, Inc.<br>Ike and Cherie Jacobs<br>3087 Ervin Town Rd.<br>Castlewood, VA 24224-9686 | Moseley Cattle Auction, LLC<br>1044 Arlington Avenue<br>Blakely, GA 39823-2362 | National Cattlemen's Beef Association<br>c/o Alice Devine<br>6031 SW 37th St.<br>Topeka, KA 66614-5128 |
| Republic Bank and Trust Company<br>661 South Hurstbourne Parkway<br>Louisville, KY 40222-5079 | Southeast Livestock Exchange LLC<br>PO Box 1306<br>Waynesville, NC 28786-1306 | Southland Haulers, LLC<br>Howard & Myra Compton<br>P O Box 142<br>Bratley, AL 36009-0142 |
| Superior Livestock Auction, Inc.<br>1155 North Colorado Ave.<br>Bush, CO 80723-2901 | (c)BEN ARMSTRONG<br>2290 LETTER OAK RD<br>ALBANY KY  42602-6288 | Buetow, LeMastus & Dick PLLC<br>Terry L Stapp<br>1510 PNC Plaza<br>Louisville, KY 40202-2855 |
| Cattlco, LLC<br>c/o Nolan M. Johnson, Esq.<br>BASS, BERRY & SIMS PLC<br>100 Peabody Place, Suite 900<br>Memphis, TN 38103-3653 | Charles Leon Isenberg<br>4942 Edmonton Rd<br>Tompkinsville, KY 42167-9411 | Christine Family Enterprises, Inc.<br>Lincoln and Amber Crhistie<br>5161 Eagle Feather Rd.<br>Delta, CO 81416-8402 |
| DUKE ENERGY<br>EF-367<br>P.O. BOX 960<br>CINCINNATI, OHIO 45273-9598 | David Bowles dba Amos Development LLC<br>1401 Pigeon fork Rd<br>Lawrenceburg, KY 40342-9488 | David Marrs Gordon<br>1758 Old Temple Hill Road<br>Tompkinsville, KY 42167-8545 |
| ELI J. PATTEN<br>CROWLEY FLECK PLLP<br>P.O. BOX 2529<br>BILLINGS, MT 59103-2529<br>epatten@crowleyfleck.com | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Fifth Third Bank<br>c/o Randall D. LaTour, Esq.<br>52 East Gay Street<br>Columbus, OH 43215-3108 |
| Halee Bunch<br>Harlan E Judd III<br>McCracken & Judd PLLC<br>PO Box 27<br>Bowling Green, KY 42102-0027 | Ike's Trucking Inc.<br>P O Box 81<br>St. Paul, VA 24283-0081 | Jeffery L. Young<br>518 Willow Grove School Road<br>Allons, TN 38541-3007 |

| | | |
|---|---|---|
| John D. Thompson<br>P.O. Box 224<br>Edmonton, KY 42129-0224 | Reps Dispatch LLC<br>16150 MCR 19<br>Fort Morgan, CO 80701 | Rita Cravens<br>1525 Dogwalk Rd.<br>Alpine, TN 38543-6140 |
| Steven R Taylor<br>1010 Old Buck Creek Rd<br>Adolphus, KY 42120-6115 | Stokes Baird<br>PO Box 218<br>Munfordville KY 42765-0218 | Televent DTN, Inc<br>9110 W. Dodge Road<br>Omaha, NE 68114-3346 |
| Tom M Caneff<br>Thomson West<br>610 Opperman Drive, D6- 11-3710<br>Eagan, MN 55123-1340 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | Bill Davis<br>7726 W. FM 2335<br>Christoval, TX 76935-3308 |
| Billy Neat<br>705 B. Neat Road<br>Columbia, KY 42728-8500 | Bobby Bynum<br>P. O. Box 43<br>Rankin, TX 79778-0043 | Brent Keith<br>505 Marlo-Campbell Road<br>Columbia, KY 42728-5106 |
| David L. Abt<br>210 N Main St<br>PO Box 128<br>Westby, WI 54667-0128 | David L. Rings<br>1288 Frontage Road<br>Russell Springs, KY 42642-7871 | Dennis Neat<br>6198 Burkesville Road<br>Columbia, KY 42728-8529 |
| Eddie Eicke<br>Eicke Ranch II<br>1188 County Rd 1202<br>Snyder, TX 79549 | Elizabeth M. Lynch<br>Development Specialists, Inc.<br>6375 Riverside Drive<br>Suite 200<br>Dublin, OH 43017-5045 | Frank Powell<br>700 W. Denger<br>Midland, TX 79705-5319 |
| Gabriel Moreno<br>c/o Timothy T. Pridmore<br>McWhorter, Cobb & Johnson<br>1722 Broadway<br>Lubbock, TX 79401-3093 | Gabriel Moreno<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson<br>1722 Broadway<br>Lubbock, TX 79401-3093 | Gary S. Bell<br>P.O. Box 122<br>Edmonton, KY 42129-0122 |
| Gene Shipman<br>11401 E. Fm 1075<br>Happy, TX 79042-3422 | James A. Knauer<br>Kroger Gardis & Regas, LLP<br>111 Monument Cir Ste 900<br>Indianapolis, IN 46204-5125 | Jeremy Coffey<br>6205 Greensburg Road<br>Columbia, KY 42728-9487 |
| Jimmy Brummett<br>7594 Hwy. 555<br>Glens Fork, KY 42741 | Johnny Mayo Jr.<br>P. O. Box 317<br>Eldorado, TX 76936-0317 | Mike Loy<br>668 P.D. Pyles Road<br>Columbia, KY 42728-9455 |
| Tom Svoboda<br>3065 AA Avenue<br>Herrington, KS 67449-5051 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Ben Armstrong
Rt 2 Box 256
Albany, KY  42602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bellar Feed Lots, Inc. | (u)Blue Grass Maysville Stockyards, LLC | (u)Blue Grass South Livestock Market, LLC |
| (u)Blue Grass Stockyards East, LLC | (u)Blue Grass Stockyards of Campbellsville, L | (u)Blue Grass Stockyards of Richmond, LLC |
| (u)Blue Grass Stockyards, LLC | (u)CPC Livestock, LLC | (u)Cactus Growers, Inc. |
| (u)Fifth Third Bank | (u)Friona Industries, LP | (u)Intrust Bank, NA |
| (u)J&F Oklahoma Holdings, Inc. | (u)Kentucky Cattlemen's Association | (u)Madden Brothers |
| (du)Madden Brothers, LLC | (u)Nu-Technologies, Inc | (u)Peoples Bank of Coldwater Kansas |
| (u)Stockman Oklahoma Livestock Marketing, Inc | (u)Supreme Cattle Feeders, L.L.C. | (d)Gary S. Bell<br>PO Box 122<br>Edmonton, KY 42129-0122 |

(u)Kathryn Pry                    (u)Michael J Walro                    (u)Travis Bellar

```
End of Label Matrix
Mailable recipients    57
Bypassed recipients    24
Total                  81
```