UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## PROPOSED AGENDA OF MATTER SCHEDULED FOR
## TELEPHONIC HEARING ON FEBRUARY 11, 2011 AT 10:30 A.M. EST

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel,

submits this proposed agenda for the telephonic hearing scheduled for February 11, 2011 at

10:30 a.m. EST ("Hearing").  The Trustee anticipates that the matter before the Court for the

Hearing will take approximately one (1) hour.

### I.      DIAL IN INFORMATION

The dial-in telephone number for interested parties to participate in the Hearing

by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

### II.     CONTINUED MATTER

1.     **["Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Relief Motion"]** Motion For Relief From Stay ("Motion") (docket #78) *continued from January 12, 2011*

(a)     Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Supplemental Motion For Relief From Stay (docket #129)

(b)     The First Bank and Trust Company's Objection To Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., And J & F Oklahoma Holdings, Inc. (docket #149)

(c)     CPC Livestock's Joinder Of Motion For Relief From Stay (docket #160)

(d)     Trustee's Objection To Motion For Relief From Stay (docket #162)

(e)    Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Second Supplemental Motion For Relief From Stay (docket #163)

(f)    Cactus Growers' Brief On Texas And Kansas Agister's Liens (docket #172)

(g)    CPC Livestock's Joinder Of Motion For Relief From Stay (docket #174)

(h)    Eddie Eicke/Eicke Ranch II's Joinder Of Motion For Relief From Stay (docket #175)

(i)    Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #179)

(j)    Corrected Exhibit "A" To Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #180)

(k)    Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #188)

(l)    The First Bank and Trust Company's Objection To Second Supplemental Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc. (docket #190)

(m)    Eddie Eicke/Eicke Ranch II, Bynum Ranch Co., Bobby and Debby Bynum, Bill Davis, Bill Davis Quarter Horse, Tom Svoboda, Johnny Mayo, Jr., and Frank Powell's Response In Support Of Motion For Relief From Stay (docket #198)

*Status:*    *This matter is set for pretrial conference.*

*Motion denied preliminarily at January 12, 2011 hearing.*

*This matter is set for final hearing on March 11, 2011 at 9:30 a.m. EST*

Respectfully submitted,

BAKER & DANIELS LLP


By:   /s/Terry E. Hall

James M. Carr (#3128-49)                 *Counsel for Trustee*
Terry E. Hall (#22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
jim.carr@bakerd.com
terry.hall@bakerd.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com | Walter Scott Newbern<br>wsnewbern@msn.com |

Kirk Crutcher                          Todd J. Johnston                         Timothy T. Pridmore
kcrutcher@mcs-law.com                  tjohnston@mcjllp.com                     tpridmore@mcjllp.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com


     I further certify that on February 10, 2011, a copy of the foregoing pleading was served
via electronic mail transmission on the following:

David A. Domina
ddomina@dominalaw.com


                                          /s/ Terry E. Hall