# Notice Recipients

District/Off: 0756–4     User: kgoss2     Date Created: 2/10/2011
Case: 10–93904–BHL–11     Form ID: SF00200     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Theodore A Konstantinopoulos     ndohbky@jbandr.com

TOTAL: 1