# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: mturner | Date Created: 2/10/2011 |
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| tr | James A. Knauer | jak@kgrlaw.com |
|---|---|---|
| aty | James A. Knauer | jak@kgrlaw.com |

TOTAL: 2