UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**TRUSTEE'S SECOND MOTION TO EXTEND DEADLINE FOR FILING DEBTOR'S CREDITOR MATRIX, STATEMENT AND SCHEDULES PURSUANT TO §§ 105(a), 521, AND FED. R. BANKR. P. 1007(c)**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, hereby files this second motion ("Schedules Extension Motion") for entry of an order extending the date by which the Trustee must file a creditor matrix, the Statement of Financial Affairs and Schedules of Assets and Liabilities (collectively, "Statement and Schedules") on behalf of Eastern Livestock Co., LLC ("Debtor") pursuant to 11 U.S.C. § 521 and Rule 1007(c) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). The proposed form of the order ("Order") granting this Schedules Extension Motion is attached hereto as Exhibit A.

**JURISDICTION**

1. Certain petitioning creditors commenced the above-captioned chapter 11 case ("Chapter 11 Case") against Debtor on December 6, 2010 ("Petition Date") by filing an involuntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code"). This Court entered the *Order For Relief In An Involuntary Case And Order To Complete Filing* [Docket #110] ("Order for Relief") on December 28, 2010. The Order for Relief requires Trustee to file a listing of Debtor's creditors on or before January 4, 2011 and all other documents comprising the Statement and Schedules on or before January 11, 2011.

2. On December 27, 2010, the Court entered the *Order Approving The Appointment Of James A. Knauer As Chapter 11 Trustee* [Docket #102] ("Trustee Order"), approving the United States Trustee's *Notice Of Appointment And Application For Order Approving Appointment of Trustee* [Docket #98] pursuant to 11 U.S.C. § 1104.

3. This Court has jurisdiction to consider this Schedules Extension Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

4. The statutory bases for the relief sought herein are §§ 105(a) and 521 of the Bankruptcy Code.

## BACKGROUND

5. The Debtor is one of the largest cattle brokerage companies in the United States, with operations and assets located in at least eleven states.  Debtor generated revenue through the purchase and sale of cattle at auctions throughout the country, both on its own behalf and as broker for others.  Additional background information on the Debtor may be found in the pleadings filed by the initial petitioning creditors in this Chapter 11 Case.

## RELIEF REQUESTED

### A. Summary of Relief

6. On January 6, 2011, the Trustee filed the *Trustee's Motion To Extend Deadline For Filing Debtor's Creditor Matrix, Statement And Schedules Pursuant To §§ 105(a), 521, And Fed. R. Bankr. P. 1007(c)* (docket #140).  On January 7, 2011, the Court entered the *Order Granting Trustee's Motion To Extend Deadline For Filing Debtor's Creditor Matrix, Statement And Schedules Pursuant To §§ 105(a), 521, And Fed. R. Bankr. P. 1007(c)* (docket #154), extending the Trustee's deadline to file the Debtor's Statement and Schedules required under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) to February 10, 2011 ("Schedule

Deadline"). The Trustee seeks an extension of the Schedule Deadline for an additional twenty-five (25) days up through and including March 7, 2011, thus extending the period of time provided under Fed. R. Bankr. P. 1007(c), to file the Statement and Schedules.

### B. Basis for Relief

7. The Trustee is in the process of assembling the information necessary to complete the Debtor's Statement and Schedules. Debtor's filing occurred on an involuntary basis and the Trustee needs more time to complete the Statement and Schedules as accurately and completely as possible.

8. The Trustee is still in the process of locating Debtor's books and records, to the extent they continue to exist and the Trustee has not had the opportunity to review and/or fully prepare the Debtor's Statement and Schedules. The Trustee is in the process of obtaining books and records from non-Debtor third parties in order to more accurately complete the Statement and Schedules and believes that the current deadlines do not allow for sufficient time to complete the Statement and Schedules to the best of his ability. No Official Committee of Unsecured Creditors has been appointed and no meeting of creditors has yet been set in this Chapter 11 Case.

9. Counsel for the Trustee has contacted the United States Trustee ("UST") regarding the relief requested herein and the UST has no objection thereto.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order (a) extending the Schedule Deadline for an additional twenty-five (25) days up through and including March 7, 2011 by which the Trustee will file Debtor's Statement and Schedules, and (b) granting such other and further relief as the Court deems appropriate.

        Respectfully submitted,

        BAKER & DANIELS LLP

        By:  /s/ Terry E. Hall

James M. Carr (#3128-49)        *Counsel for James A. Knauer, Chapter 11 Trustee*
Robert K. Stanley (#1745-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
robert.stanley@bakerd.com
terry.hall@bakerd.com
dustin.deneal@bakerd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
jwa@gdm.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

C. R. Bowles, Jr
crb@gdm.com

Jesse Cook-Dubin
jcookdubin@vorys.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ibs@gdm.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Todd J. Johnston
tjohnston@mcjllp.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

I further certify that on February 10, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

David A. Domina
ddomina@dominalaw.com

/s/ Terry E. Hall

6533593_1.DOC    5