SO ORDERED: February 08, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA        EIN: NA
  Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

    A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on February 1, 2011, by Kirk Crutcher.

    IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###

# CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: kgoss2              Page 1 of 1                Date Rcvd: Feb 08, 2011
Case: 10-93904                Form ID: sgeneric         Total Noticed: 2

The following entities were noticed by first class mail on Feb 10, 2011.
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2011**　　　　　　　　　　　Signature:　　　*Joseph Speetjens*