UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the *Notice* (docket #264) was sent to those persons listed on the service list, attached hereto as Exhibit 1, at the addresses shown thereon via first class United States mail, postage prepaid, on February 11, 2011.

    Respectfully submitted,

    BAKER & DANIELS LLP

    By: /s/Terry E. Hall

    *Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)
Terry E. Hall (#22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
terry.hall@bakerd.com

6539472_1.DOC