**<u>Exhibit 1</u>**

24 Trading Co., LLC
PO Box 1530
Canutillo TX 79835

3 B Farms, LLC
709 N. Pratt St., PO Box 6
Yates Center KS 66783

Ag Partners
PO Box 128
Sheldon IA 51201

Agri Beef Company
PO Box 6640
Boise ID 83707

Alabama Livestock Auction, Inc.
PO Box 279
Uniontown AL 36786

Alfred Keeton Cooper
1397 Upper Hilham Rd.
Livingston TN 38570

Allen B. Brown
248 A.B. Brown Rd.
Cave City KY 42127

Allen Barry
221 S Washington St
Byron IL 61010

Allen Dietrich
RR 2 Box 416
Carnegie OK 73015-1066

Allen Miller
701 Falling Springs Hollow
Horse Caves KY 42749

Alltech, Inc
3031 Catnip Hill Pike
Nicholasville KY 40356

Alvin Barbee
9730 Brownsville Rd.
Park City KY 42160

American Rock
131 Industrial Park Dr.  Suite 3
c/o Dane Braden
Hollister MO 65672

Amos Kropf
6987 Hwy 278 West
Ozan AR 71855

Anderson Cattle
PO Box 859
Wisner NE 68791

Anderson Farm
Tupelo MS

Andrew Beau Tabor
166 Edgar Ford Rd.
Summer Shade KY 42166

Andy Lolley
104 S Armstrong Dr
Samson AL 36477

Andy Wilson
2415 Byrdstown Hwy
Monroe TN 38573

Angie Honaker
1186 Leatherwood Rd.
Tompkinsville KY 42167

Arab Livestock Market Inc.
PO Box 178
c/o Robbie Gibbs
Arab AL 35016

Arnold Farms c/o Howard B. Arnold
9845 Weatherly Rd.
Lascassas TN 37085

Arrowhead Cattle
9303 West AirPOrt Drive
Visalia CA 93277

Arthur Andrew Sturdivant
740 Coles Bend Rd.
Smiths Grove KY 42171

Arthur Lowhorn
3160 Letterhead Oak Road
Albany KY 42602

Ash Flat Livestock Auction, Inc.
PO Box 308
Ash Flat AR 72513

Ashville Stockyard, Inc.
PO Box 580
Ashville AL 35953

Athens Stockyard, LLC
PO Box 67
Athens TN 37371

Atkinson Livestock
22385 US Hwy 6
Atkinson IL 61235

Avalon Russell
2727 POplar Springs Rd.
Glasgow KY 42141

B G Gosser
3087 Hwy 3525
Russell Springs KY 42642

B&B Farms
8090 Greensburg Rd.
c/o Keith Breeding
Greensburg KY 42743

B&F Cattle (Joe Farmer)
300 W Lamar St
Richland TX 76681

Baca County Feed Yard, Inc.
45445 Hwy 160
Walsh CO 81090

Balsy Haven Dairy
5830 W Holland Rd E
Holland IN 47541

Bar K Cattle
1275 7th Ave
Sioux Center IA 51250

Barnes Trucking
21936 Lawrence 2222
c/o Shannon Barnes
Aurora MO 65605

Barry Hale
PO Box 8205
Longview TX 75607

Bart Houser
PO Box 570
Okolona MS 38860

Beef Marketing Group
PO Box 1506
Great Bend KS 67530

Bellar Feedlot
Box 649
Wisner NE 68791

Ben Delworth
Okolona MS

Ben Gibson
207 Fairway Drive
Providence KY 42450

Ben H. Armstrong
2290 Lettered Oak Rd.
Albany KY 42602

Ben Rhodes
13869 N Rd 90W
Selden KS 67757

Bennie Mutter
527 Mutter Rd
Glasgow KY 42141

Big Drive Cattle
3701 190th Ave
Cedar Rapids NE 68627

Bill Chase
1157 Harry King Rd.
Glasgow KY 42142-2038

Bill Courter
10068 N Luce Rd
Alma MI 48801

Bill Crenshaw
HC #6
Taiban NM 88134

Bill Eberle
2876 E 800 N
Pine Village IN 47975

Bill Fletcher
2609 Old Glensfork Rd
Columbia KY 42728

Bill Warren
180 Qualls Lane
Livingston TN 38570

Billie W. Hurt
29 Barren River Dam Rd
Scottsville KY 42164

Billy Neat
705 B Neat Road
Columbia KY 42728

Billy Wayne Price
1391 Summersville Rd.
Greensburg KY 42743

Blue Grass South Livestock Market,
LLC
PO Box 438
277 Cordier Lane
Stanford KY 40484

Blue Grass Stockyards
PO Box 1023
Lexington KY 40588

Blue Grass Stockyards of Richmond,
LLC
348 K Street
Richmond KY 40475

Bluegrass - Maysville Stockyard, LLC
7124 AA Hwy East
Maysville KY 41056

Bluegrass Stockyards East, LLC
PO Box 765
Mt. Sterling KY 40353

Bluegrass Stockyards of
Campbellsville,
PO Box 509
Campbellsville KY 42719

Bluegrass Stockyards, LLC
PO Box 1623
Lexington KY 40588

Bob Everett
Box 1887
Woodward OK 73802

Bob Foote
14100 W 223rd St
Bucyrus KS 66013

Bob Sawyers
616 Willis Creek Rd.
Albany KY 42602

Bobby Groce
1567 Oil City Rd.
Glasgow KY 42141

Bobby L. Stinnett
62 Tatesville Rd.
Palmer TN 37365

Bovine Medical Associates
1500 Soper Rd.
Carlisle KY 40311

Boyd Copas
2195 E. Phillippi Church Rd.
Tompkinsville kY 42167

Brack Briscoe
2069 South Meridian Rd
Mitchell IN 47446

Brad Flood
910 W. Main St.
CloverPOrt KY 40111

Bradbury & York Cattle
PO Box 588
Tatum TX 75691

Brandon Maggard
11085 Co Rd
Carthage MO 64836

Brenda Gayle Hunt
1419 Akersville Rd.
Fountain Run KY 42133

Brent Bennett
5488 E St Hwy 52
Hartford AL 36344

Brian Bauman
Hoxie KS

Brian Lovell
8394 Tandy Ln
Lanesville IN 47136

Brian Scott
4163 Aetna Grove Church Rd.
Summersville KY 42782

Broughton Cattle
577 Lanarkshire Place
Lexington KY 40509

Brown Trucking
2725 N. 383
Wetumke OK 74883

Bruce Bohnam
19623 Grant Rd
Dorrance KS 67634

Bryan Gorder
2475 Sioux Ave
Garner IA 50348

Bryan Mosier
814 SE 50 Rd
Ellinwood KS 67526

Brystice Amanger Wright
198 Dry Fork Rd.
Brush Creek TN 38457

Bud Heine
412 Sterling Street
Vermillion SD 57069

Buffalo Feeders
PO Box 409
Buffalo OK 73834

Buffalo Livestock Auction, LLC
Box 427
Buffalo WY 82834

Burke Livestock Auction
420 W 4th St.
Burke SD 57523

Butch Gibson
2431 Breeding Rd.
Edmonton KY 42129

C & M Cattle
PO Box 67
Boise City OK 73933

C&C Farm
293 Chapman Rd.
c/o Teddy & Toby Chapman
Tompkinsville KY 42167

Cactus Feeders
PO Box 3050
Ararillo TX 79116

Cactus Feedyard (Big Cabin, OK)
2209 West 7th Street
Amarillo TX 79116

Cactus Feedyard (Happy, TX)
2210 West 7th Street
Amarillo TX 79117

Cactus Feedyard (Stringston, OK)
2211 West 7th Street
Amarillo TX 79118

Carl Jeffries
471 Hubbard Harris Rd.
Edmonton KY 42129

Carol T. Walden
1341 Kino Rd.
Glasgow KY 42141

Carolyn Bledsoe
1131 Weed Sparksville Rd.
Columbia KY 42728

Carolyn Thompson
1300 Ritchie Lane
Bardstown KY 40004

Cattlco
775 Ridge Lake Blvd S#450
Memphis TN 38120

Cattle Empire
1174 Empire Circle
Satanta KS 67870

Cattleman's Livestock
PO Box 26
Lakeland FL 33802

Chad Baker
11755 North Tabacco Landing
Laconia IN 47135

Chad Daniel Withrow
2100 Bishop Rd
Glasgow KY 42141

Chad Houck
409 County Rd 6
Black AL 36314

Chad Schuchmann
1912 Winged Foot Drive
Nixa MO 65714

Champ Colley
2002 Law 2120
Sarcoxie MO 64062

Chandler Burton
4088 Blackburn Hollow Rd
Pulaski TN 38478

Charles Graham Farms
PO Box 775
Gatesville TX 76528

Charles Leon Isenberg
4942 Edmonton Rd.
Tompkinsville KY 42167

Charles M. Rush
5335 Tompkinsville Rd.
Summer Shade KY 42166

Charles W. Anderson, Jr.
Route 1, Box 364
Okolona MS 38860

Charles W. Haines Jr
1925 Loren Collins Rd
Glen Fork Ky 42741

Charlie Dee Brown
4931 Old Burkesville Rd.
Albany KY 42602

Charlie Robinson
191 Carson Street
POntotoc MS 38863

Charlie T. Fisher
448 Lambert Rd.
Scottsville KY 42164

Chip Miller Trucking
PO Box 126
c/o Chip Lee Miller
St. George KY 66535

Chris Barton
1172 Bridge Hollow Rd.
Scottsville KY 42164

Cimarron Feeders, Inc.
PO Box 349
 KS 67835

Circle 3 Feedyard
201 County Road 505
Hereford TX 79045

Clarence B. Gilbert
4374 Bloomfield Rd.
Taylorsville KY 40071

Clark Christensen
PO Box 442
Okolona MS 38860

Claude Jones
6 Claude Jones Rd.
Edmonton KY 42129

Clem Nelson
490a South Road I
Johnson KS 67855

Clifford Oldham
PO Box 128
Shamrock TX 79079

Clinton Alton Darnell
480 Blevins Hollow Rd.
Piney Creek NC 28663

Clyde Wooldridge
298 Wooldridge Rd
Russell Springs KY 42642

Coffeyville Livestock Market LLC
PO Box 1074
Coffeyville KS 67337

Colton Downey
PO Box 88
Columbia KY 42728

Cook Trucking
810923 South 3570 Road
Bob Cook
Stroud OK 74079

Corcoran Trucking, Inc.
221 Lomond Lane
Billings MT 59101

Corey Kay
HC 64 Box 52
Coldwater KS 67029

Cornelison Farm
420 Duncanon Lane
Richmond KY 40475

CPC Livestock
13196 Holland Road
Fountain Run KY 42133

Crooked Oak Services (Clinton Crowley)
19575 Crooked Oaks Rd
St. Onge SD 57779

Crumpler Brothers
4925 Friberg Church Rd.
Wichita Falls TX 76305

Cullman Stockyard, Inc.
75 County Rd. 1339
Cullman AL 35058

CV Farms
70 Roberts Rd.
c/o Paul George
Watertown TN 37184

D & B Cattle Company
100 Bonita St.
c/o Bill Moler
Elk City OK 73644

D Farms
4840 New Haven Road
Bardstown KY 40004

D.S. Johnson Farms
1420 Mill Creek Rd.
Tompkinsville KY 42167

Dale Page
9525 Edmonton Rd
Summer Shade KY 42166

Dalton W Bragg
869 Society Hill Rd
Edmonton KY 42129

Dan Byrd
PO Box 2057
Okeechobee FL 34973

Daniel G Fulkerson
237 Dekoven Rd
Sturgis KY 42459

Danny Clifton Billingsley
197 Barbour Cemetary Rd.
Glasgow KY 42141

Dante Zago
8201 Couchville Pk.
Mt. Juliet TN 37122

Darrell Lynn Wood
845 Captain Redford Rd.
Cave City KY 42127

Dave Wingo
4231 North 371 Rd
Holdenville OK 74848

David E. Read
583 Love Knob Rd.
Glasgow KY 42141

David Gordon
1758 Old Temple Hill Rd.
Tompkinsville KY 42167

David Holley
377 Blue Springs Rd.
Knob Lick KY 42154

David L. Rings
1288 Frontage Rd.
Russell Springs KY 42642

David Lynn Cassady
1497 Pleasant Valley Church Rd.
Horse Cave KY 42749

David Michael Burgess
360 Cherokee Rd.
Lucas KY 42156

David Peterson
763 10th Road
West POint NE 68788

Dean Cluck Cattle Co.
HCR 3, Box 47
Gruver TX 79040

Delphia Ann Garrett
4567 Randolph-Good Luck Rd.
Summer Shade KY 42166

Demaio Farm & Ranch
1198 CR. T.
Clovis NM 88101

Dennis Jones
165 Anderson Perkins Rd
Edmonton KY 42129

Dennis Ray Neat
6098 Burkesville Rd.
Columbia KY 42728

Dennis Schroeder
29304 Cr 110
Freedom OK 73842

Dennis Spressor
Hoxie KS

Denwalt & Son Cattle Co.
10004 Reno W.
El Reno OK 73036

Development Specialists, Inc.
Suite 2300
70 W. Madison
Chicago IL 60602

Diamond 3
546 Debra Ct.
Versailles KY 40383

Diamond Cattle
3794 County Rd I
Hereford TX 79045

Dick Wallace
8045 FM 182
Gatesville TX 76528

Dickson Livestock Center, Inc.
PO Box 591
c/o Terry Lemons
Dickson TN 37056

Dimmitt Feedyard
PO Box 638
Dimmitt TX 79027

Dollar K Cattle
PO Box 125
Elmore City OK 73433

Don Stallbaumer
1832 Utah Road
Frankfort KS 66427

Donald Hawks
8829 Finney Rd.
Glasgow KY 42141

Donald McDowell
3460 New Jackson Road
Hodgenville KY 42748

Donald R. Alexander
16550 Cainsville Rd.
Lancassas TN 37085

Donald R. Sympson
151 Murrays Run Rd.
Bardstown KY 40004

Donald Richard Lyle
8627 New Glasgow Rd.
Scottsville KY 42164

Donnie Coomer
150 Coomer Rd.
Edmonton KY 42129

Dorinda Morrison
8035 Fairplay Rd.
Columbia KY 42728

Doris Jean Depp
PO Box 43163
Louisville KY 40253

Dothan Livestock Co
9711 Hwy 231 South
Dothan AL 36301

Doug Browning
3730 Edmonton Rd.
Glasgow KY 42141

Doug Vangorp
39186  260th St
Stickney SD 57375

Douglas D Sunderman
83386  556th Ave
Norfolk NE 68701

Dr Daniels III
548 NW 50th Dr
Okeechobee FL 34972

Dr. James M. Boyer
PO Box 551
Houston MS 38851

Dr.James M. Boyer
PO Box 551
Houston MS 38851

Dudley Waldrop
Rockhill Road
Starkville MS 39759

Dusty Spressor
Seldon KS

Dwayne Loy
PO Box 2
Glensfork KY 42741

Dwayne Smith
4238 Garfield Hinds Rd.
Monroe TN 38573

E 4 Cattle Co
PO Box 55
Okolona MS 38860

East Mississippi Farmers Livestock Co
12190 Pecan Ave.
Philadelphia MS 39350

Ecco 1, LLC
14111 Co Rd 2
Wiggins CO 80654

ECF Farms
PO Box 8
Byrdstown TN 38549

Ed Edens Farms
PO Box 570
Okolona MS 38860

Ed Edens IV
PO Box 570
Okolona MS 38860

Ed Vander Brink
319 Main St.
Alvord IA 51230

Eddie Claywell
PO Box 498
Burkesville KY 42717

Eddie Eicke
11888 CR 1202
Snyder TX 79549

Edens/Matt Eller
PO Box 570
Okolona MS 38860

Edward L. Arterburn
PO Box 186
Park City KY 42160

Edwin A. Strickland
3408 Hwy 389
Phela MS 39755

Eischeid Trucking, LLC
32390 454th
c/o Joseph Leonard Eischeid
Motley MN 56466

Elizabeth Lynch
c/o Development Specialists, Inc.
70 W. Madison, Suite 2300
Chicago IL 60602

Elmer C. Rigdon
1320 Horton Rigdon Rd.
Glasgow KY 42141

Ephriam Wilson
5614 County House Rd
Tompkinsville KY 42167

Eric Doll
5355 N Doll Road
Ingalls KS 67853

Erik Paul Brown
707 Cleveland Ave.
Glasgow KY 42141

Ernie Elder
PO Box 153
Byrdstown TN 38549

Faith Cattle Co
409 CR 6
Black AL 36314

Farm Data Services
1770 West Lakeview Road
Stillwater OK 74075

Farmers Livestock Marketing
PO Box 87
Carthage MS 39051

Feller & Company
PO Box 784
Wisner NE 68791

Fifth Third Bank
38 Fountain Square Plaza
MD 10AT63
Cincinnati OH 45263

Fischer Bros. Trucking, LLC
29549 431st Ave.
Lesterville SD 57040

Five Rivers Cattle (Gilcrest)
22777 WCR 31
Lasalle CO 80645

Five Rivers Cattle (Kuner)
28625 US Hwy 34
Kersey CO 80644

Five Rivers Cattle (Yuma)
38002 County Road North
Yuma CO 80759

Floyd Haywood Marr
4532 Sandhill Rd.
Louisville KY 40219

FNJ, LLC
PO Box 596
Wisner NE 68791

Forbis Farms
230 Walnut Hills Rd.
Summer Shade KY 42166

Fort Payne Stockyard, Inc.
PO Box 681126
Fort Payne AL 35968

Four Way Cattle Co.
Box 130
c/o Tom Estes
Adrian TX 79001

Fousek Farms & Trucking, LLC
28381 US Hwy 281
Armour SD 57313

Francis J Madison
1945 215th Street
Fort Scott KS 66701

Fred L. Dickson
1636 Prices Creek Rd.
Edmonton KY 42129

Fred Smith
29186 St Hwy 115
Lawton OK 73507

Frederick David Thomas
1150 Christin Sano Rd.
Columbia KY 42728

Fredin Brothers
Highway 14E Box 37
Springfield Mn 56087

Freeman Shetler
2543 Peters Creek Rd
Austin KY 42123

Friona Industries
PO Box 15568
Amarillo TX 79105

Frontera Feedyard
HCR 3, Box 37
Spearman TX 79081

Frontier Feeders
HCR 3, Box 37
Spearman TX 79081

G7 Ranch Inc
1137 N. Lake Shore Blvd
Lakewales FL 33853

Gabriel Moreno Medina
1201 N. Mesa Suite B
El Paso TX 79902

Ganado, Inc
PO Box 713
Grand Island NE 68802

Garrett Farms
31 W Plantation Rd
Steve A. Garrett
Amarillo TX 79118

Gary Bell
PO Box 122
Edmonton KY 42129

Gary Carter
Route 2, Box 215
Waurika OK 73573

Gary Franklin Whitley
794 Lawrence Rd.
Smiths Grove KY 42171

Gary Laib
28141 397th Ave
Armour SD 57317

Gary Pickett
2721 Coral Hill Halfway Rd
Glasgow KY 42141

Gary Robinson
3309 Richland Church Rd
Morgantown KY 42261

Gary Seals
PO Box 935
Dunlap TN 37327

Gary Tate
6510 West Lake Rd.
Abilene TX 79601

Gary W. Campbell
3191 Caudill Rd.
Franklin KY 42134

Gary Welch Cattle Company
PO Box 10
Norman NC 28367

Gene Shipman Cattle Co.
11401 E. FM 1075
Happy TX 79042

George E. Logsdon
11045 Hardyville Rd.
Hardyville KY 42746

George Hora Trucking, LLC
1894 N. Dubuque Rd.
c/o George E. Hora
Iowa City IA 52245

George Washer
PO Box 1331
Glasgow KY 42142

Gerald Peterman
627 Old Celina Road
Allons TN 38541

Gibson Farms, LLC
534 Justice Lane
Providence KY 42450

Glen Hurt
7950 Old Glasgow Rd.
Scottsville KY 42164

Glen R. Franklin
PO Box 703
House NM 88121

Glenn Franklin
Box 703
House NM 88121

Glenwild Stockyard, Inc.
3383 Hwy 51 S.
Grenada MS 38901

Glover Farms
PO Box 5664
Pine Bluff AR 71611

GP Cattle Co
7827 Tandy Rd
Lanesville IN 47136

Grain Processing Corp.
PO Box 92670
Chicago IL 60675-2670

Grant Gibson
7827 Tandy Road
Lanesville IN 47136

Gregory Lynn Johnson
2750 Pleasant Valley Church Rd.
Center KY 42214

Halee Bunch
2821 Columbia Rd.
Burkesvile KY 42717

Hannah Broughton
577 Lanarkshire Place
Lexington KY 40509

Hardee Livestock Market, Inc.
PO Box 1479
Wauchula FL 33873

Hardin County Stockyard, Inc.
PO Box 189
Waynesboro TN 38485

Harlan Feeders
71125 L Road
Orleans NE 68966

Harold Feldkamp
5382 170th St
Sibley IA 51249

Harold Whitaker Livestock
TransPOrtation
PO Box 1179
Roswell NM 88202

Harry Shelton
315 M.G. England Road
Manchester TN 37355

Henry C Hitch Feedyard
PO Box 1559
Guymon OK 73942

Heritage Feeders
123 Robert S. Kerr Ave
Oklahoma City OK 73101

HHH Cattle Co.
PO Box 100
Clarendon TX 79226

High Plains Feedlot
21258 County Rd CC
La Junta CO 81050

Hilliard-McKettrick Investments, Inc.
d/b/a Arcadia Stockyard
PO Box 1418
Arcadia FL 34265

Hohenberger Cattle
200 Hillcrest Drive
Stephenville TX 76401

Homer Copeland
295 Copeland Ln.
Celina TN 38551

Horizon Beef, Inc.
216 Main, Box 525
Sanborn IA 51248

Hoy P Hodges Collection
319 E 10th Ave
Bowling Green KY 42102-1865

Hy-Plains Feeders
Hwy 56
Montezuma KS 67867

Ike Boutwell
1815 Cann School Lane
Eastview KY 42732

Ike's Trucking, Inc.
PO Box 81
c/o Charlie Isaac Jacobs
St. Paul VA 24283

Issac M. Boutwell
1815 Camn School LN
Eastview KY 42752

Ivan Blyer
3014 St Rt 654 N
Marion KY 42064

J & S Feedlot
1747 Co Road West
Dodge NE 68633

J Bar H Cattle
PO Box 510  4433 CR 5
Hereford TX 79045

J&J Livestock Trucking
PO Box 202
Darrouzett TX 79024

J&L Cattle Co
2990 Hwy 62 NE
Corydon IN 47112

J.C. Bar Trucking, Inc.
210 Windy Lane
c/o Charles Graham
Gatesville TX 76528

J.C. Willis
7449 Greensburg Rd.
Greensburg KY 42743

Jack Roth Trucking
22147 Y Hwy.
Booneville MO 65233

Jack Schlessiger
1266 N E 120 Road
Claflin KS 67525

Jack Stevens
1121 Chapel Hill Rd.
Morganfield KY 42437

Jackie Estel Young
312 Beauty Swamp Rd.
Monroe TN 38573

Jackie Young
796 Big Springs Rd
Monroe TN 38573

Jackie Young
1336 Claude Jones Road
Edmonton KY 42129

Jacob Larson
9996 Hwy 98 N
Okeechobee FL 34932

Jake Johns
Shannon MS

James Ed Edens
PO Box 55
Okolona MS 38860

James G. Sympson
608 Murray's Run Rd.
Bardstown KY 40004

James H. Brass
PO Box 777
Coldwater KS 67029

James H. Gibson
1990 Columbia Rd.
Edmonton KY 42129

James Lee Elmore
1215 Hudgins Hwy
Summersville KY 42782

James Perschbacher
12117 FM 224 Bldg. 1, Suite 202
Austin TX 78738

James R.Thompson
1300 Ritchie Ln.
Bardstown KY 40004

James Robert Flickinger
417 Flickinger Ln.
Glasgow KY 42141

Janousek Farms, Inc.
36982 US Hwy 18
Fairfax SD 57335

Jared Ross Smith
989 West Black Dot Rd.
Knob Lick KY 42154

Jason Haley
265 Haley Rd.
Watertown TN 31784

Jay Burford
108 Glen Oaks Rd
McDonough GA 30253

JC Billingsley
2621 Kino Rd.
Glasgow KY 42141

JD Cattle Company, Inc.
1196 Twin Forks Lane
St. Paul NE 68873

Jeff A. Mowers
1200 Blacks Ferry Rd.
Burkesville KY 42717

Jeff Noe
PO Box 143
Edmonton KY 42129

Jeffery Lynn Young
518 Willow Grove School Rd.
Allons TN 38541

Jeffrey Madison
1782 215th St
Fort Scott KS 66701

Jerel Smith
819 Black Dot Rd.
Knob Lick KY 42154

Jeremy Coffey
6205 Greensburg Rd
Columbia KY 42728

Jerry Bagby
5360 Hwy. 1464
Greensburg KY 42743

Jerry Herald
1191 Oakhill School Rd.
Smiths Grove KY 42171

Jerry Middletom
1108 W. Ridge
McAlester OK 74501

Jerry Thompson
320 E Nebraska
Walters OK 73572

Jerry Wayne Jordan
6046 Simmons Bluff Rd.
Lebanon TN 37090

Jerry Wolfe
105 West Shore
Richardson TX 75080

Jesse Phillip Whitlow
5180 Randolph-Goodluck Rd
Summer Shade KY 42166

Jesse R. Brown
107 Karakal Dr.
Glasgow KY 42141

Jesse W. Simpson
415 Jesse Simpson Rd.
Tompkinsville KY 42167

JF Cattle
1710 South 2450 East
Malta ID 83342

Jim Roy Wells Co
2217 US Hwy 60
Friona TX 79035

Jim Woods
J\4 Ranch
RT. 6
Paris TX 75460

Jimmie Dale High
1150 Sulphur Lick Rd
Tompkinsville KY 42167

Jimmie Rogers, Inc.
5042 Hwy 54
Liberal KS 67901

Jimmy Harmon
4028 Greensburg Rd.
Columbia KY 42728

Jimmy Hendrick
PO Box 127
Smiths Grove KY 42171

Jimmy Manion
107 Indie Circle
Glasgow KY 42141

Joe Schmucker
19610 110th Street
Powersville MO 64672

Joe Thompson
320 E Nebraska
Walters OK 73572

John D. Thompson
PO Box 224
Edmonton KY 42129

John L. Page
PO Box 250
Tompkinsville KY 42167

John Neagle
2043 Hayes POndsville Rd.
Smiths Grove KY 42171

John Ross
107 South High Street
Waurika OK 73573

John Thomas Sexton
3711 Knob Lick-Wisdom Rd.
Knob Lick KY 42154

Johnny Bell
108 North Green Street
Glasgow KY 42141

Jon & Jack Tolleson
HCR 1 Box 18
Stinnett TX 79083

Joplin Regional Stockyards , Inc.
d/b/a B&M Cattle Co.
PO Box 634
Carthage MO 64836

Joshua Brian Loftis
460 Stockton Lane
Gainesboro TN 38562

Joshua Pitcock
33 Moore Rd
Summer Shade KY 42166

Joyce Barnes
1715 Karen Circle
Bowling Green KY 42104

Jr Byars
419 Byars Crossing
Winfield AL 35594

JT Nuckols
1800 West St Hwy 217
Canyon TX 79015

Julie Platt
PO Box 164
New Castle UT 84756

Junior Martin
1233 Hollow Rd
Glasgow KY 42141

JVCO, LLC
11347 Business Park Circle
Firestone CO 80504

KD Farm Service, LLC
PO Box 330
c/o Ken Davis
Grandview TX 76050

Keith Kilmon
8095 Edmonton Rd
Summer Shade KY 42166

Kelly Hostetler
155 Foose Rd
Buffalo MO 65622

Kelly Jeffries
471 Hubbard Harris Rd.
Edmonton KY 42129

Kenneth Bryant
6565 Russell Springs Rd.
Columbia KY 42728

Kenneth Cowles
1690 Chalybeate School Rd.
Bowling Green KY 42101

Kenneth Froedge
207 Tuney Geralds Rd.
Edmonton KY 42129

Kenneth Sanders
2487 Win School Rd.
Glasgow KY 42141

Kenny Ogden
1050 W Dade 72
Lockwood MO 65682

Kenny Plowman
1010 Tattle Branch Road
Chilhowie VA 24319

Kent Donica
6862 St Hwy 199
Adrmore OK 73401

Kentuckiana Livestock Market, Inc.
PO Box 774
Owensboro KY 42302

Kevin Smith
111 W Morris St
Seymour TX 76380

Kevin Underwood
7601 Underwood Trail
Louisville KY 40299

Kirby Johnson
615 Red Pond Rd
Bowling Green KY 42101

Kirkland Feedyard
Box 590
Vega TX 79092

Kness Trucking, Inc.
PO Box 463
c/o Judith Kness
Chadwick IL 61014

Knoxville Livestock Auction Center
8706 Mascot Road
Knoxville TN 37924

Kuenning & Son
74868  330 Ave
Imperial NE 69033

L&F Cattle
8365 W. FM 217
c/o Troy Lathan & Joe Foote
Gatesville TX 76528

Lane Cattle Co
2517 Benton Road
Lowndesboro AL 36752

Larry Bragg
305 Bradshaw Rd.
Austin KY 42123

Larry Congleton
5502 Campbellsburg Rd.
Campbellsburg KY 40011

Larry Nichols
1008  13th Street
Snyder OK 73566

Larry Ogle
PO Box 1449
Bowie TX 76230

Larry W. Gibbs
578 Antioch Greenbriar Rd
Alvaton KY 42122

Larry Wayne Carter
6008 Lonestar Ridge Rd.
Edmonton KY 42129

Larry Wayne Glover
PO Box 462
Elgin OK 73538

Larry Woody
2245 Sanders Ridge Rd.
Columbia KY 42728

Las Animas Transfer Inc.
242 Bent Ave.
Las Animas CO 81054

Laura Arrieta
1129 Stockwell Ln.
El Paso TX 79902-2151

Lawrence O. Richard
3151 Edmonton Rd.
Columbia KY 42728

Leland Douglas Glass
1814 Hiseville Park Rd.
Cave City KY 42127

Len Miller
1949 Roosevelt Rd 1 North
Portales NM 88130

Lenice H. Gibson
8310 Subtle Rd.
Edmonton KY 42129

Lenny Asbury
650 Mahogany Lane
Hardyville KY 42746

Leon Bogard Trucking
2003 N. Spruce
McAlester OK 74501

Leonard Clifton Smith
1133 Brown Road
Park City KY 42160

Leroy Saylor
29424 425th Ave
Scotland SD 57059

Lewis Randall Richard
2557 Richard Hollow Rd
Columbia KY 42728

Linda C. Wilson
399 Weed-Keltner
Edmonton KY 42129

Linden Stockyard Inc.
PO Box 480160
Linden AL 36748

Lipscomb Bros Livestock Market
PO Box 383
Como MS 38619

Livingston Stockyard
PO Box 398
c/o William Tinsley
Livingston AL 35470

Long Farms
992 Morrison Park Rd.
c/o Keith Long
Glasgow KY 42141

Louis Cernoch, Jr.
6711 Green Meadow Ln.
Terrell TX 75160

Loyd Dale Page
9253 Edmonton Rd.
Summer Shade KY 42166

Lueken Dairy Farm
10100 E Taylor Hollow Rd
Birdseye IN 47513

LW Miller Livestock, Inc.
94 N 400 W
North Salt Lake UT 84054

Lynn D. Hirsch
502 Locust Lane
Shelbyville KY 40065

Macon Stockyard, Inc.
PO Box 476; 12409 Hwy 145
Macon MS 39341

Madison A. Welch
4030 N. 900 E.
Lafayette IN 47905

Mamot Feedyard
233 Friend Road
St. Libory NE 68872

Marcia Cloud
2078 Whitney Woods Rd
Cave City KY 42127

Marion Bradford
197 Hidden Lake Rd.
Hendersonville TN 37075

Mark Freeman
227 70 Rd
Ponca City OK 74604

Mark Freeman IV
3715 County Road 6301
Fairfax OK 74637

Mark W. Shirley
2127 Cave Ridge New Liberty Rd
Knob Lick KY 42154

Mark Wayne Richmond
5121 Oak Ridge Rd
Ravenden Springs AR 72460

Mason County Feedyard
HC 81 Box 320
Mason TX 76856

Matt Brummett
Hwy 55 South
Glensfork KY 42741

Matt Eller
PO Box 570
Okolona MS 38860

Matt Junneman
Hoxie KS

Matthew Cameron White
577 Jamestown Hwy.
Livingston TN 38570

Matthew Cates
15927 County Road E
Follett TX 79034

Matthew Parrish Gibson
7827 Tandy Rd.
Lanesville IN 47136

Maxine Morgan Estate
3965 Lawson Bottom Rd.
Burkesville KY 42717

Maydell Whitlow
634 Philip Whitlow Rd.
Summer Shade KY 42166

McKinley Winters Livestock
1414 E. Trail
Box 41
Dodge City KS 67801

McPhail Land & Cattle
15888 N. 2235 Rd.
Mt. Park OK 73559

Melvin Mott
8905 E Plymell Road
Garden City KS 67868

Meridian Stockyards, Inc.
PO Box 581
Meridian MS 39305

Michael Emberton
1491 Sulphur Lick Rd.
Tompkinsville KY 42164

Michael Page
1310 County House Rd
Tompkinsville KY 42167

Michael Perry Travis
208 Oak Street
Marion KY 42064

Michael Wade Loula
Rt. 1 Box 50
Colony OK 73021

Mid State Stockyards, LLP
PO Box 210
Letohatchee AL 36047

Mid-America Feedyard
251 NW 10th Ave # 4
Great Bend KS 67530

Mid-Kentucky Livestock Market, LLC
PO Box 134
Upton KY 42784

Mid-South Livestock Center, LLC
PO Box 3033
Lebanon TN 37088

Mike Luke
4845 Cookeville Boatdock Rd.
Baxter TN 38344

Mike Massey
66450 Parkfield Rd
San Miguel CA 93451

Mike Smith
339 Euclatubba Rd
Guntown MS 38849

Miles Spurling
2120 Spurlington Rd
Campbellsville KY 42718

Milligan Farms
651 Grassy Springs Rd.
Columbia KY 42728

Mitch Wilson
460 1200th Ave
Abilene KS 67410

Mitch Worrell
20404 E County Rd 166
Altus OK 73521

Mitchell Kinser
2991 Jim Glover Rd.
Glasgow KY 42141

Monte Haiar
R.R.1, Box 2
Fairfax SD 57335

Moose Sullivan (Leonard)
5241 Rickman Rd.
Cookeville TN 38506

Morris Stock Farms
8075 Co Rd 4
Gruver TX 79040

Mosley Cattle Auction, LLC
1044 Arlington Ave.
Blakely GA 39823

Moulton Stockyard, Inc.
13130 AL Hwy 157
c/o William Whiteshell
Moulton AL 35650

Mull Farms & Feed
Rt. 1 Box 74
Pawnee Rock KS 67567

Myles Spurling
2120 Spurlington Rd.
Campbellsville KY 42718

Nathan Faughn
7193 Goodsprings Rd
Fredonia KY 42411

Nathan Nichols
21767 E. 1580 Rd.
Mt. Park OK 73559

Natural Bridge Stockyard
PO Box 401
Natural Bridge AL 35577

Nichols Livestock
21767 E. 1580 Rd.
Mt. Park OK 73559

Nolan Henderson
PO Box 64
Tehuacana TX 76686

Nora P. Dean
916 Thunderbird
El Paso TX 79912

Nortex Feedyard
PO Box 1420
Dalhart TX 79022

Northern Livestock Video Auction
2443 N, Frontage Rd.
Billings MT 59101

Northwest Alabama Livestock Auction
PO Box 459
Russellville AL 35653

Nu-Technologies
9203 Valaretta Dr
Gretna NE 68028

Oaklake Cattle Company
PO Box 1284
Okeechobee FL 34973

Ocala Livestock MarkET
PO Box 539
c/o Michael A. Yeomans
Lowell FL 32663

Okeechobee Livestock Market, Inc.
PO Box 1288
Okeechobee FL 34973

Orby Martin
5630 Burkesville Rd
Glasgow KY 42141

Ozarks Regional Stockyards, Inc
PO Box 928
West Plains MO 65775

P & R Livestock
6409 S. Prairie Rd.
Stillwater OK 74074

Paco Feed Yard
PO Box 956
Friona TX 79035

Paul Barnes
1715 Karen Circle
Bowling Green KY 42104

Peggy Smith Carey
1321 Brown Road
Park City KY 42160

Penner Cattle
6904  13 Rd
Ingalls KS 67853

Penner Feedyard
6904  13 Rd
Ingalls KS 67853

Peoples Stockyard
PO Box 3064
Cookeville TN 38502

Pesetsky Land & Cattle
50351 South 347 Road
Pawnee OK 74058

Phil Mulder Trucking, Inc.
PO Box 205 Main St.
Doon IA 51235

Philip Whitlow
634 Philip Whitlow Rd.
Summer Shade KY 42166

Phillip E. Martin
6853 Fairview Rd.
Cookeville TN 38501

Phillip L. Richey
111 J.W. York Rd.
Scottsville KY 42164

Phillip Nathan Acree
175 Donald Hurt Rd.
Summer Shade KY 42166

Phillip Taylor Reed
21 Reed Rd.
Foraker OK 74652

Phillip's Farms
560 Monterey Hwy.
c/o Terry H. Phillips, Jr.
Livingston TN 38570

Piedmont Livestock Inc.
PO Box 217
c/o Joseph R. Jones
Altamahaw NC 27202

Pierce Lane
PO Box 53
Benton AL 36785

Pine Ridge Farm
7594 Hwy 55 South
c/o Jimmie Brummett
Glens Fork KY 42741

Pontotoc Stockyard
PO Box 1026
c/o Ron Herndon
Pontotoc MS 38863

R C Buckley
3096 Pinyon Place
Grand Jct. CO 81504

R M Livestock
1342  7th Ave
Manson IA 50563

Rachel Phelps
3079 Lawson Bottom Rd.
Burkesville KY 42717

Rafter K Farms
116 Wild Life Rd.
Buffalo MO 65622

Ralph Hoodenpyle
Route 3, Box 218
Walters OK 73572

Ranchland Livestock Auction
PO Box 53
Wray CO 80758

Randall Spurling Trucking
2120 Spurlington Rd.
Campbellsville KY 42718

Randy Carden, Inc.
376 Wallis Rd.
Villa Rica GA 30180

Randy Lloyd
POBox 390
Blackwell TX 79506

Randy Nelson
208 Butler St.
Columbia KY 42728

Randy Richey
500 J.W. York Rd.
Scottsville KY 42164

Randy Roberts
5055 W. Swamp Rd.
Winchester OH 45697

Razorback Farms of Missouri
131 Industrial Park Dr.  Suite 3
c/o Dane Braden
Hollister MO 65672

RD Lane
370 Maple Grove Lane
Rowletts KY 42765

Republic Bank & Trust Company
661 S. Hurstbourne Parkway
PO Box 70749
Louisville KY 40222-5040

Richard Banks
400 Johnson Cemetary Rd.
Columbia KY 42728

Richard Hope
3000 Mt. Moriah Rd.
Summer Shade KY 42166

Richard Rivers Trucking
11510 Tanner Williams Rd.
Lucedale MS 39452

Richard Ross
2463 Dragstrip Rd.
Tompkinsville KY 42167

Richie Melson
2628 Melson Ridge Rd.
Columbia KY 42728

Rita Cravens
1525 Dogwalk Rd.
Alpine TN 38543

Ritter Feedyard
1376 10th Road
Beemer NE 68716

Roanoke Stockyard, Inc.
1009 Chestnut St.; PO Box 307
Roanoke AL 36274

Rob Kirkland
Box 590
Vega TX 79092

Robert Dobbs
RR 1 Box 207
Temple OK 73568

Robert Douglas Alberson
Landmark Ln.
Hillman TN 38568

Robert M. Rodenberger, Jr.
Sutton Place #171
Oklahoma City OK 73120

Robert Minor
Glasgow KY

Robert Nichols
21767 E. 1580 Rd.
Mt. Park OK 73559

Robert Sprouls
395 Bakerton Road
Bakerton KY 42711

Rodney & Judy Burgess
4457 Peters Creek Rd.
Austin KY 42123

Rodney Anderson
1306  1300th Ave
Abilene KS 67410

Rodney Lane Richardson
376 South Jackson Hwy.
Hardyville KY 42746

Roger Dale Thomas
199 Rhoton Cave Rd.
Tompkinsville KY 42167

Roger P. Burris
1414 Love Knob Rd.
Knob Lick KY 42154

Roger Payne
115 Beverly Drive
Glasgow KY 42141

Roger Turner
9046 Old Glasgow Rd.
Mt. Hermon KY 42157

Rolando Acotsa-Reza
PO Box 503
Alliance NE 69301

Ron Neufeld Trucking
5590 NE 157th Terr
Williston FL 32696

Ron Shephard
80 Turner Rd
Creal Springs IL 62922

Ronald Rabich
5920 Dry Creek Road
Elk Horn KY 42733

Ronald Stahl
43255 SD Hwy 42
Bridgewater SD 57319

Ronnie Reiter
324 Elm Street
Hereford TX 79045

Roy Anthony DePOlitte
112 Hull Rd.
Monroe TN 38573

Roy Dee Blythe
210 Roy Blythe rd.
Summer Shade KY 42166

Roy Kinslow
1844 Dripping Springs
Glasgow KY 42141

Roy Pace
720 Judd Road
Edmonton KY 42129

Roy Starnes
398 Starnes Rd.
Mt. Hermon KY 42157

Royal Beef
11060 N Falcon Rd
Scott City KS 67871

Rush Creek Ranch
Rt 4 Box 155
Viroqua WI 54665

Russell Bros.
4193 POplar Grove School Rd.
Greensburg KY 42743

Russell Garwood
47951  901st Rd
Butte NE 68722

Russell Spradin Farm
766 Bishop Rd
Glasgow KY 42141

Rusty Rat Cattle
13410 Hardin Spring Rod
Eastview KY 42732

S & S Cattle
PO Box 99
Dimmitt TX 79127

S & S Cattle
407 Bakerton Rd.
Burkesville KY 42717

S&T Trucking Logistics
PO Box 400; 803 S. Ben St.
Parkston SD 57366

Sam Neukam
5908 W Kessner Bridge Rd
Huntingburg IN 47542

Sandy Froedge
201 Tuney Geralds Rd
Edmonton KY 42129

Sandy Glass Trucking
90 Circle Rd
Glasgow KY 42141

Saunders, Bucher, Barber LS
PO Box 8721
Lexington KY 40533

Schaller Brothers
RR 1
Offerle KS 67563

Sconyers & Son Cattle,Inc
106 S Commerce St
Geneva AL 36340

Scott Broughton
577 Lanarkshire Place
Lexington KY 40509

Scott Christopher Cowles
2363 Otter Gap Rd.
Bowling Green KY 42101

Scott Keach
1586 Hwy 136W
Henderson KY 42420

Scott Thompson
38 Daniels Rd
Adel GA 31621

Scotts Hill Stockyard
PO Box 1796
c/o James Linville
Savannah TN 38372

Sealy And Son
Uniontown AL

Seibert Cattle Co., LLC
1136 E. Campbell Ave.
Phoenix AZ 85014

Shane Stierwalt
5001 CR 4650
Foraker OK 74652

Southeast Kansas Stockyard
PO Box 130
Gas KS 66742

Southeast Livestock Exchange, LLC
PO Box 1306
c/o John Queen
Waynesville NC 28721

Southern Star Stockyard, Inc
d/b/a Pulaski Livestock
PO Box 1216
Pulaski TN 38478

Southern Transport LLC
309 Connie Rd
c/o Greg Wood
Elk City OK 73644

Southland Hauler, LLC
PO Box 142
Brantely AL 36009

Spencer Thompson
301 Beauchamp St.
Edmonton KY 42129

Stanley Broughton
3301 Versailes Road
Lexington KY 40510

Starkan Inc.
PO Box 366
Edna KS 67342

Stephen A. Oelze
2753 Hwy 2779
Hardinsburg KY 40143

Steve Caldwell
Box 391
Stanford KY 40484

Steve Callis
1934 Burnt House Rd
Lebanon TN 37090

Steve Fletcher
Route 3, Box 122
Walters OK 73572

Steve Graves Trucking, LLC
625 Ferguson Rd.
Wheatland WY 82201

Steve Krajicek
8120 Dundee Drive
Lincoln NE 68510

Steve Ray Taylor
1010 Old Buck CK Rd.
Adolphus KY 42120

Steven Terry
PO Box 448
Red Cloud NE 68970

Stierwalt Ranch
5001 CR 4650
Foraker OK 74652

Stitches Farms
PO Box 70
Gamaliel KY 42140

Stokes Baird
PO Box 218
Munfordsville KY 42765

Sumter Co. Farmers Market, Inc.
524 N. Market Blvd.
Webster FL 33597

Superior Livestock Auction, Inc.
PO Box 38
Brush CO 80723

Supreme Cattle
19016 Road I
Kismet KS 67859

Susan Garrett
831 Glasgow Rd.
Edmonton KY 42129

T. Harold Martin
6204 Charlestown Pike
Charlestown IN 47111

Tadlock Stockyard, Inc.
PO Box 42
Forest MS 39074

Tate Myatt
2163 POplar Spring Rd.
Glasgow KY 42141

Tennessee Livestock Producers, Inc.
d/b/a Somerville Livestock Sales
PO Box 382
Sommerville TN 38068

Tennessee Livestock Producers, Inc.
(Col
PO Box 313
Columbia TN 33802

Tennessee Livestock Producers, Inc.
(Fay
PO Box 42
Fayetteville TN 37334

Terri Brown
5222 FM 103
Nocona TX 76255

Terry Baber
1062 Schmoker Rd
Burkburnett TX 76354

Terry Joe Patton
1224 New Concord Rd.
Columbia KY 42728

Terry L. Williams
1525 Mt. Pisgah Rd.
Glasgow KY 42141

Terry Phillips
560 Monterey Hwy.
Livingston TN 38570

Thomas A. Gibson
7536 Tandy Road
Lanesville IN 47136

Thomas Brothers
510 Hebron Church Rd
Marion KY 42064

Thomas County Stockyards, Inc
PO Box 2565
Thomasville GA 31799

Thomas J. Logsdon
PO Box 235
Brownsville KY 42210

Thomas J. Svoboda
3065 AA Ave.
Herington KS 67449

Thomas Rodgers Glover
4400 Temple Rd.
Pine Bluff AR 71611

Thomas S Gibson
4906 Prall Hill Road
Henryville IN 47126

Thompson Brothers
1448 S. Jackson Hwy.
Hardyville KY 42746

Thoreson Enterprises
PO Box 334
c/o Tate Thoreson
El Dorado Springs MO 64744

Thoreson Ranch
PO Box 334
c/o Tate Thoreson
El Dorado Springs MO 64744

Tim Cook
1779 Co Rd #254
Houston MS 38851

Tim May
544 Birmingham Ridge Rd
Saltillo MS 38866

Tim Vibbert
444 Jack Brown Rd
Glasgow KY 42141

Timothy Blackistone
PO Box 286
Columbia KY 42728

Timothy Clay Slinker
1967 Columbia Rd.
Edmonton KY 42129

Timothy Watts Napier
4519 Peters Creek Rd.
Austin KY 42123

Todd Lynn
195 Joe Lynn Rd.
Celing TN 38551

Todd Newport
5802 Meshack Rd.
Tompkinsville KY 42167

Todd Rosenbaum
PO Box 411
Glade Spring VA 24340

Tom Freeman
Box 596
Follett TX 79034

Tom Herrmann
190 Montclair Dr
Sherman TX 75092

Tom Svoboda
3065 AA Ave
Herington KS 67449

Tommy Berend
3073 Hwy 79 S
Wichita Falls TX 76310

Tony F. Setzer
Route 1, Box 39
Colony OK 73021

Torque TransPOrtation
10083 Queens Ferry Dr
South Jordan UT 84095

Travis Dicke
16963  415 St
Creston NE 68631

Travis Seals
PO Box 935
Dunlap TN 37327

Tri-County Livestock Exchange
PO Box 122
Smithfield KY 40068

Triangle Calf Growers
Box 119
Wildorado TX 79098

Truman Morgan
PO Box 43
Burkesville KY 42717

Tupper Livestock Co.
PO Box 20
c/o Wayne Tupper
Kimball SD 57355

Turner County Stockyard
1315 US Hwy 41 S
Ashburn GA 31714

Tyler McCombs
133 Scottsborough Circle
Bowling Green KY 42103

Union Ganadera
100 Frontera Blvd
Santa Teresa NM 88008

Union Stock Yards Co., Inc.
7510 State Rt 138 E
PO Box 129
Hillsboro OH 45133

United Producers, Inc.
8351 N. High St. Ste 250
Columbus OH 43235

Valley Stockyard
206 Pine Ave. SW
Decatur AL 35601

Veachel Adwell
226 H Miller Rd
Glasgow KY 42141

Vernon Inman
4460 Pulaski Hwy
Culleoka TN 38451

Veteran Denver Capps
330 Frogue Road
Burkesville KY 42717

Vtik
7536 Tandy Road
Lanesville IN 47136

W.C. Bush
16660 N. 2320 Rd.
Snyder OK 73566

Waddie Hills
3377 FM 1226 N.
Anson TX 79501

Wade Breeding
9440 Columbia Hwy.
Greensburg KY 42743

Wayne Tibbits
214 Sandwood Dr.
Glasgow KY 42141

Weborg Feeding
1737 V Road
Pender NE 68047

Wendy Cassell Chapman
1371 Frisbie Lane
Cookeville TN 38501

West Kentucky Livestock Market
1781 US Hwy 60 E
Marion KY 42064

West Plains Co.
d/b/a CT Livestock
4800 Main St. Suite 274
Kansas City MO 64112

Westley Kinslow
2371 Dripping Springs Road
Glasgow KY 42141

Wetstone Creek
442 Sunfish School Rd.
Brownsville KY 42210

Willard R. Odle
491 Goodluck Beaumont Rd.
Edmonton KY 42129

William A. Milby
6869 Greensburg Rd.
Buffalo KY 42716

William E. Henderson
5763 Hodgenville Rd
Summersville KY 42782

William Eugene Dedigo
8313 Randal Ph-Summer Shade Rd.
Summer Shade KY 42166

William Fred Birdwell
1543 Tommy Dodson Hwy.
Cookeville TN 38506

William McClure
5199 Smith Grove Rd.
Scottsville KY 42164

William Rex Elmore
1817 Tobacco Rd.
Glasgow KY 42141

William White
99 White Rd.
Summer Shade KY 42166

Williams Farms
893 CR 128
Town Creek AL 35672

Willie Downs Farm
1300 Richie Lane
Bardstown KY 40004

Willie Downs Livestock
1300 Richie Lane
Bardstown KY 40004

Willie Downs Trucking
1300 Richie Lane
Bardstown KY 40004

Winona Stockyard
PO Box 429
Winona MS 38967

Winter Livestock
1414 E Trail  Box 41
Dodge City KS 67801

Wischmeier Trucking, Inc.
PO Box 244
Brownstown IN 47220

Xit Feeders
2690 US Hwy 54
Dalhart TX 79022

Yankton Livestock Auction
PO Box 774
Yankton SD 57078

Yogi Copher
1280 Peasticks Rd
Owingsville KY 40360