# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11      **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 11, 2011 10:30 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | KRISTIN GOSS |

### Matters:

1) Pretrial Hearing Re:   Motion for Relief from Stay and Refusal to Waive 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Mark A. Robinson on behalf of Creditors J&F Oklahoma Holdings, Inc., Cactus Growers, Inc., Friona Industries, LP  [78]  with Objections filed by  Bret S. Clement on behalf of Creditor First Bank and Trust Company, The  [149] [163] and  Terry E. Hall on behalf of Trustee James A. Knauer [162]
   **R / M #:**     0 / 0

2) Hearing Re:   Application to Employ Baker & Daniels as Counsel for Trustee, James A. Knauer filed by James A. Knauer on behalf of Trustee James A. Knauer  [13] with an Objection to Application to Employ filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The  [181]
   **R / M #:**     0 / 0
   **VACATED:   Objection Withdrawn.   Application to be approved.**

3) Status Hearing  Re:  Motion for Relief from Stay and Waiver of 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by James Bryan Johnston on behalf of Creditor Eddie Eicke  [175]
   **R / M #:**     0 / 0

### Appearances:

TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
ROBERT K STANLEY, ATTORNEY FOR JAMES A. KNAUER
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
EDWARD M KING, ATTORNEY FOR FIFTH THIRD BANK
MARK A. ROBINSON, ATTORNEY FOR CACTUS GROWERS, INC., FRIONA INDUSTRIES, LP, J&F OKLAHOMA HOLDINGS, INC.
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JOHN FREDERICK MASSOUH, ATTORNEY FOR FRIONA INDUSTRIES, LP
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS GROWERS, INC.
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
JAMES BRYAN JOHNSTON, ATTORNEY FOR BILL DAVIS, BOBBY BYNUM, BYNUM RANCH CO., DAVIS QUARTER HORSE, EDDIE EICKE, FRANK POWELL, JOHNNY MAYO, TOM SVOBODA
T. KENT BARBER, ATTORNEY FOR BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC
C. R. BOWLES, ATTORNEY FOR B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
JOHN W AMES, ATTORNEY FOR DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
KATHY PRY - TRUSTEE IN GIBSON CASE
JERRY SMITH - REPRESENTATIVE OF MOSELY STOCKYARDS
JEFF TODD - STOCKMAN OKLAHOMA LIVESTOCK MARKETING
BRIAN CHRISTIANSEN -  CREDITOR
NICK WHITE - GENERAL COUNSEL FOR J & F OKLAHOMA HOLDINGS

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11             FRIDAY, FEBRUARY 11, 2011 10:30 AM

### *Proceedings:*

* Disposition: Telephone Conference held.  (1) Court orders 10 days for submission by any party for Pretria/Prehearing Statements, witness/exhibit lists, summary of witness(es) testimony and list of legal contentions.  Any opposing side has 7 days to respond.  Hall to draft an order and circulate to parties prior to submission.  Matter continued to Hearing on 3/11/11 @ 9:30 a.m. in New Albany.  Notice given in open court.
(2) VACATED:  Objection Withdrawn.   Application to be approved.
(3)  Held.  Motion is a joinder motion to Motion for  Relief from STay field by Creditors J & F Oklahoma Holdings, Inc.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**