IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

**SUPPLEMENTAL RULE 2019 STATEMENT OF GREENEBAUM DOLL & MCDONALD PLLC**

The law firm of Greenebaum Doll & McDonald PLLC ("Greenebaum"), 3500 National City Tower, 101 South Fifth Street, Louisville, Kentucky, 40202, and the undersigned attorneys pursuant to Bankruptcy Rule 2019 submit that the following list represents additional creditors which are or have been represented in the above captioned case by Greenebaum,

| Name and Address | Nature of Claim |
|---|---|
| Southland Haulers, LLC<br>PO Box 142<br>Bratley, AL  36009 | Cattle Sold |

The undersigned and Greenebaum have no instruments whereby they are empowered to act on behalf of the Creditors they represent.

The undersigned and Greenebaum do not own any interest in the Creditors or their claims against the debtor in the above styled proceeding.

Respectfully submitted,

*/s/ John W. Ames*
John W. Ames
C.R. Bowles, Jr.
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street

Louisville, Kentucky 40402
Phone:502-589-4200
Facsimile: 502-587-3695
e-mail: jwa@gdm.com
crb@gdm.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.

4263947_1.doc