# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| Debtor. | Chapter 11 |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given to all parties of the following change of address for the undersigned, effective February 22, 2011.

>Jeremy S. Rogers
>DINSMORE & SHOHL LLP
>Suite 2500, 101 South Fifth Street
>Louisville, Kentucky 40202

The telephone and facsimile numbers, as well as email address, for Attorney Rogers will not change.

Dated: February 9, 2011

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ Jeremy S. Rogers*
Jeremy S. Rogers (IN #2467010)
1400 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
Phone: (502) 540-2384

Kim Martin Lewis (OH #0043533)
Tim J. Robinson (OH #0046668)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
kim.lewis@dinslaw.com
tim.robinson@dinslaw.com

Counsel for Receiver

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14th, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

C.R. Bowles, Jr
crb@gdm.com

John Hunt Lovell
john@lovell-law.net

Mark A. Robinson
mrobinson@vhrlaw.com

Jesse Cook-Dubin
jcookdubin@vorys.com

Edward M King
tking@fbtlaw.com

Randall D. LaTour
rdlatour@vorys.com

John R. Carr, III
jrciii@acs-law.com

Bret S. Clement
bclement@acs-law.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

John Frederick Massouh
john.massouh@sprouselaw.com

John W. Ames
jwa@gdm.com

Robert Hughes Foree
robertforee@bellsouth.net

Kim Martin Lewis
kim.lewis@dinslaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Ivana B. Shallcross
ibs@gdm.com

Deborah Caruso
dcaruso@daleeke.com

Meredith R. Thomas
mthomas@daleeke.com

William Robert Meyer, II
rmeyer@stites.com

3

AllenMorris
amorris@stites.com

CharlesR.Wharton
Charles.R.Wharton@usdoj.gov

JamesBryanJohnston
bjtexas59@hotmail.com

JamesT.Young
james@rubin-levin.net

DavidL.LeBas
dlebas@namanhowell.com

JudyHamiltonMorse
judy.morse@crowedunlevy.com

JohnM.Thompson
john.thompson@crowedunlevy.com

JessicaE.Yates
jyates@swlaw.com

JohnHuffaker
john.huffaker@sprouselaw.com

MatthewJ.Ochs
matt.ochs@moyewhite.com

LauraDayDelcotto
ldelcotto@dlgfirm.com

KellyGreeneMcConnell
lisahughes@givenspursley.com

T.KentBarber
kbarber@dlgfirm.com

RossA.Plourde
ross.plourde@mcafeetaft.com

JeffreyE.Ramsey
jramsey@hopperblackwell.com

WalterScottNewbern
wsnewbern@msn.com

KirkCrutcher
kcrutcher@mcs-law.com

ToddJ.Johnston
tjohnston@mcjllp.com

JamesM.Carr
James.carr@bakerd.com

DustinR.DeNeal
Dustin.deneal@bakerd.com

DavidAlanDomina
dad@dominalaw.com

TerryE.Hall
Terry.hall@bakerd.com

TimothyT.Pridmore
tpridmore@mcjllp.com

4

Robert K. Stanley
Robert.stanley@bakerd.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

James A. Knauer
jak@kgrlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

/s/ Jeremy S. Rogers

832601v1