**SO ORDERED: February 14, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S SECOND MOTION TO EXTEND DEADLINE FOR FILING DEBTOR'S CREDITOR MATRIX, STATEMENT AND SCHEDULES PURSUANT TO §§ 105(a), 521, AND FED. R. BANKR. P. 1007(c)**

This matter came before the Court on the *Trustee's Second Motion To Extend Deadline For Filing Debtor's Creditor Matrix, Statement And Schedules Pursuant To §§ 105(a), 521, And Fed. R. Bankr. P. 1007(c)* ("Schedules Extension Motion") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), for entry of an Order granting the Trustee additional time within which to file a creditor matrix and the Statement and Schedules[1] of Eastern Livestock Co., LLC ("Debtor"). The Court, having considered the Schedules

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Schedules Extension Motion.

Extension Motion, and being duly advised of the premises, hereby GRANTS the Schedules Extension Motion.

        IT IS THEREFORE ORDERED that:

        A.    The Trustee shall file the Debtor's creditor matrix, Statement and Schedules required under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) on or before March 7, 2011.

        B.    The extension granted hereby is without prejudice to the Trustee's right to file a motion seeking further extension.

###