# Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 2/14/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |

TOTAL: 5