UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

# NOTICE

    NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Final Hearing Re: Motion for Use of Cash Collateral Motion To Approve Trustee's Borrowing And Use Of Cash Collateral, Modify The Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, And Schedule Final Hearing filed by James M. Carr on behalf of Trustee James A. Knauer. [271]

   Objections are due three (3) business days prior to hearing.

   Date:  March 11, 2011
   Time: 09:30 AM EST
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

    Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

    The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  February 14, 2011                   KEVIN P. DEMPSEY, CLERK
                                                  U.S. BANKRUPTCY COURT