UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the *Notice* (docket #276) was sent to those

persons listed on the attached service list at the addresses shown thereon via (i) electronic mail

transmission through the Bankruptcy Court's CM/ECF system on February 14, 2011, (ii) first

class United States mail, postage prepaid, on February 15, 2011, or (iii) electronic mail

transmission on February 15, 2011.

Respectfully submitted,

BAKER & DANIELS LLP

By:   /s/Terry E. Hall

James M. Carr (#3128-49)          *Counsel for James A. Knauer, Chapter 11 Trustee*
Terry E. Hall (#22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
jim.carr@bakerd.com
terry.hall@bakerd.com

6546484_1.DOC

## Bankruptcy Court's CM/ECF system:

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
jwa@gdm.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

C. R. Bowles, Jr
crb@gdm.com

Jesse Cook-Dubin
jcookdubin@vorys.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ibs@gdm.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Todd J. Johnston
tjohnston@mcjllp.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

## First class United States mail, postage prepaid:

Southland Haulers LLC.
Howard Compton
P.O. Box 142
Brantley, AL 36009

G & G Trucking Inc
P.O.Box 335
Ecru, MS 38841

West Plains dba CT Livestock
14210 Hillsdale Circle
Omaha, NE 68137

Bomhak Trucking
5704 North Shephard
El Reno, OK 73036

Buetow Lemastus & Dick, PLLC
Attn: Terry L. Stapp
1510 Cit. Plaza, 500 W. Jeff.
Louisville, KY 40202

Reps Dispatch, LLC
16150 MCR19
Fort Morgan, CO 80701

Edmonton Collection
Edmonton Livestock
310 North Main
Edmonton, KY 42129

G & C Trucking
P.O. Box 24
Munday, TX 76371

Cook Trucking Inc
Bryan
RRT Box225-C
Stroud, OK 74075

Buddy Head
1830 Safari Camp Road
Lebanon, TN 37087

Humana Insurance Co
P.O. Box 533
Carol Stream, IL 60132-0533

Crystal's Livestock Express
Dave Crystal
692 E 600 Ave
Pittsburg, KS 66762

Walco International
Central Accounting Center
P O Box 911423
Dallas, TX 75391-1423

Green Valley LLC
P.O. Box 65
Salvisa, KY 40372

Ike's Trucking Inc.
Ike Jacobs
P.O. Box 81
St. Paul, VA 24283

Scott Ledbetter Trucking LLC
P.O. Box 373
Bruce, MS 38915

G&W/L.L.T. Trucking, Inc
2501 Exchange Ave Rm138
Oklahoma City, OK 73108

Dale Stull Trucking
Box 41
Nara Visa, NM 88430

Bertram Cattle Hauling
P.O. Box 437
Vinita, OK 74301

Heath & Turpin, Inc.
P.O. Box 1078
Lamar, CO 81052

## Electronic mail transmission:

David A. Domina
ddomina@dominalaw.com