UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | )         (Involuntary) |
| Debtor. | ) |

## APPEARANCE

TO THE CLERK:

    Please enter an Appearance for Karen L. Lobring, Lobring & Associates, L.L.P. as counsel for Deere & Company, a secured creditor, in the above-entitled case, and place Lobring & Associates, L.L.P. on the Clerk's official distribution list.

    /s/ Karen L. Lobring
    Karen L. Lobring   (#19226-49)
    Lobring & Associates, L.L.P.
    5977 West State Road 252
    Edinburgh, IN  46124
    Telephone:  (812)587-0010
    Facsimile:   (812)587-0027
    E-mail:        Lobring@msn.com

    Attorneys for Deere & Company

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served by first class United States mail, postage prepaid, or electronically, this 16th day of February, 2011, upon the persons in the attached.

      /s/ Karen L. Lobring
      Karen L. Lobring

- David L. Abt davidabt@mwt.net
- John W Ames jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- T. Kent Barber kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- C. R. Bowles crb@gdm.com, shm@gdm.com;lgw@gdm.com
- James M. Carr james.carr@bakerd.com, sarah.herendeen@bakerd.com;patricia.moffit@bakerd.com
- John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com
- Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com
- Jesse Cook-Dubin jcookdubin@vorys.com, vdarmstrong@vorys.com
- Kirk Crutcher kcrutcher@mcs-law.com
- Dustin R. DeNeal dustin.deneal@bakerd.com, sarah.herendeen@bakerd.com;patricia.moffit@bakerd.com
- Laura Day DelCotto ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Robert Hughes Foree robertforee@bellsouth.net
- Terry E. Hall terry.hall@bakerd.com, sarah.herendeen@bakerd.com;sharon.korn@bakerd.com
- John Huffaker john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- James Bryan Johnston bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston tjohnston@mcjllp.com
- Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer jak@kgrlaw.com, hns@kgrlaw.com
- Theodore A Konstantinopoulos ndohbky@jbandr.com
- Randall D. LaTour rdlatour@vorys.com, khedwards@vorys.com
- David L. LeBas dlebas@namanhowell.com, koswald@namanhowell.com
- Kim Martin Lewis kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net
- John Frederick Massouh john.massouh@sprouselaw.com
- Kelly Greene McConnell lisahughes@givenspursley.com
- William Robert Meyer rmeyer@stites.com
- Allen Morris amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern

- wsnewbern@msn.com
- Matthew J. Ochs
  matt.ochs@moyewhite.com,
  kim.maynes@moyewhite.com
- Ross A. Plourde
  ross.plourde@mcafeetaft.com,
  erin.clogston@mcafeetaft.com
- Timothy T. Pridmore
  tpridmore@mcjllp.com,
  lskibell@mcjllp.com
- Jeffrey E. Ramsey
  jramsey@hopperblackwell.com,
  mhaught@hopperblackwell.com
- Mark A. Robinson
  mrobinson@vhrlaw.com,
  dalbers@vhrlaw.com
- Jeremy S Rogers
  Jeremy.Rogers@dinslaw.com,
  joyce.jenkins@dinslaw.com
- Ivana B. Shallcross
  ibs@gdm.com
- Robert K Stanley
  robert.stanley@bakerd.com
- Meredith R. Thomas
  mthomas@daleeke.com,
  kmark@daleeke.com
- John M. Thompson
  john.thompson@crowedunlevy.com,
  jody.moore@crowedunlevy.com,
  donna.hinkle@crowedunlevy.com
- U.S. Trustee
  ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand
  sweigand@ficlaw.com
- Charles R. Wharton
  Charles.R.Wharton@usdoj.gov,
  Charles.R.Wharton@usdoj.gov
- Jessica E. Yates
  jyates@swlaw.com,
  edufficy@swlaw.com
- James T. Young james@rubin-levin.net, marie@rubin-levin.net;ATTY_JTY@trustesolutions.com;kim@rubin-levin.net;lemerson@rubin-levin.net

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Kentucky Cattlemen's Association
,

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610