IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| EASTERN LIVESTOCK CO., LLC. | § | CASE NO. 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Hon. Basil H. Lorch III |

**JOINDER OF MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Creditor Gene Shipman hereby joins the Motion for Relief from Stay filed by Friona Industries, L.P., Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc. **[Doc. #78],** as modified by a Supplemental Motion **[Doc. #129],** and as further modified by a Second Supplemental Motion **[Doc. #163]**, for the reasons set forth in their motion, supplements, and Brief in Support **[Doc. #188]**.

Respectfully submitted,

MAYFIELD CRUTCHER & SHARPEE, LLP
Kirk Crutcher, SBN 00787309
Joseph M. Parsons, SBN 24067815
320 S. Polk, Suite 400
Amarillo, Texas 79101
(806) 242-0152
(806) 242-0159 (Fax)
Email: kcrutcher@mcs-law.com
       jparsons@mcs-law.com

/s/Kirk E. Crutcher
    Kirk E. Crutcher

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2011, I caused a true and correct copy of the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court – Bankruptcy Court, Southern District of Indiana, using the electronic case filing system of the court and electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

/s/Kirk E. Crutcher
Kirk E. Crutcher