**SO ORDERED: February 17, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER ON PRETRIAL CONFERENCE ON STAY RELIEF MOTION AND
RESPONSES (TEXAS INTERPLEADER ACTION) AND SETTING EVIDENTIARY
HEARING ON DISCRETE ISSUE**

This matter came before the Court on pretrial conference set on the Motion(s) for Relief from the Automatic Stay [Docket Nos. 78, 129, 160, 163, 174, 175, and 180] ("Motions") and the responses filed thereto [Docket Nos. 149, 162, 172, 179, 180, 188, 190, and 198] ("Responses").

The Court continues to reserve its final ruling on the relief requested in the Motions and sets for evidentiary hearing on March 11, 2011 at 10:30 a.m. EST ("Hearing") a single issue ("Issue"):

> Whether Eastern Livestock Co., LLC ("Debtor") has no claim to or
> interest in some or all of the funds interplead in the action currently

BDDB01 6547806v1

stayed in Case No. 2:10-cv-00266-J, styled <u>Friona Industries, L.P. vs. Eastern Livestock Co., Inc., et al</u>, in the United States District Court for the Northern District of Texas, Amarillo Division ("<u>Texas Interpleader Funds</u>")?

Any party in interest that intends to present evidence at the Hearing on the Issue to support the contention that the Debtor's estate has no claim to or interest in some or all of the Texas Interpleader Funds, shall, file with the Court on or before February 25, 2011 a prehearing statement ("<u>Prehearing Statement</u>") containing the following information:

      a.    Summary of the factual and legal contentions to be presented;

      b.    List of witnesses and exhibits to be presented; and

      c.    Summary of the testimony to be given by the witnesses.

Any party in interest who intends to present evidence in response to any filed Prehearing Statement shall file a Responsive Prehearing Statement within seven (7) days after the date of filing of a Prehearing Statement containing the same information as set forth above.

The only evidence to be presented at the Hearing is on the Issue. The Court reserves all other matters raised in the Motions and Responses for later determination.

###