# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: kgoss2 | Date Created: 2/18/2011 |
| Case: 10–93904–BHL–11 | Form ID: SF00200 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

aty          Karen L. Lobring          lobring@msn.com

TOTAL: 1