UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

IN RE:

EASTERN LIVESTOCK CO., LLC                      CASE NO. 10-93904-BHL-11
    DEBTOR

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that Sandra D. Freeburger of the law firm of Deitz, Shields & Freeburger, LLP, 101 First Street, P. O. Box 21, Henderson, KY 42419-0021, (270) 830-0830 hereby enters her appearance as attorney for the Estate of John Shirley Gibson, Anna Gayle Gibson, Executrix.

Notice is further given to other parties in interest to serve notice of all pleadings and other matters regarding this case upon the undersigned.

                                               Respectfully submitted,

                                               /s/ Sandra D. Freeburger
                                               Sandra D. Freeburger (Ky 23467)
                                               DEITZ, SHIELDS & FREEBURGER, LLP
                                               101 First Street, (42420)
                                               P. O. Box 21
                                               Henderson, KY  42419-0021
                                               Tel:    (270) 830-0830
                                               Fax:   (270) 830-9115
                                               Email: sfreeburger@dsf-atty.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Entry of Appearance was served upon those parties who participate in the Court's CM\ECF mail system on this the 21st day of February, 2011.

                                               /s/ Sandra D. Freeburger
                                               Sandra D. Freeburger