UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                    CASE NO. 10-93904-BHL-11
        DEBTOR

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that Sandra D. Freeburger of the law firm of Deitz, Shields & Freeburger, LLP, 101 First Street, P. O. Box 21, Henderson, KY 42419-0021, (270) 830-0830 hereby enters her appearance as attorney for Gibson Farms, LLC and asks that she be placed on the active service matrix to receive all notices sent by the Clerk pursuant to Bankruptcy Rule 2002, either electronically or via first class mail. Notice is further given to other parties in interest to serve notice of all pleadings and other matters regarding this case upon the undersigned.

Please take further notice that this Entry of Appearance of Gibson Farms, LLC is not intended as a waiver of: (1) the right of this claimant to have final orders in non-core matters entered only after de novo review by a U. S. District Court Judge; (2) the right of this claimant to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the right of this claimant to have the U. S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which the claimant is or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, action, defenses, setoffs and recoupments the claimant, Gibson Farms, LLC, expressly reserves.

Respectfully submitted,

DEITZ, SHIELDS & FREEBURGER, LLP
101 First Street (42420)
P. O. Box 21
Henderson KY 42419-0021
Tel:  (270) 830-0830
Fax: (270) 830-9115
Email: sfreeburger@dsf-atty.com


/s/ Sandra D. Freeburger
Sandra D. Freeburger

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was transmitted  by the Court to the parties who have consented to electronic notice on February 21, 2011.

/s/ Sandra D. Freeburger
Sandra D. Freeburger

2/21/11 .\gibson livestock\thomas gibson individual case entry of appearance.wpd