UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | )         (Involuntary) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Hearing on Deere & Company and FPC Financial, f.s.b.'s Motion to Abandon, Motion for Relief from Stay and Refusal to Waive 30-Day Preliminary & 60-Day Final Hearing Time Requirement, was served upon the parties listed in the attached by first class United States mail, postage prepaid, or electronically, on February 22nd , 2011.

Respectfully Submitted,

/s/ Karen L. Lobring
Karen L. Lobring    #19226-49
Lobring & Associates L.L.P.
5977 W. State Road 252
Edinburgh, Indiana 46124
Phone:        (812) 587-0010
Fax:            (812) 587-0027
E-Mail :      Lobring@msn.com

Attorneys for Deere & Company and
FPC Financial, f.s.b.

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA   EIN: NA
Debtor(s)

Case Number:

**10-93904-BHL-11**

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re:
(1) Motion to Abandon, Motion for Relief from Stay and Refusal to Waive 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Karen L. Lobring on behalf of Creditor FPC Financial, f.s. [279]

(2) Motion to Abandon, Motion for Relief from Stay and Refusal to Waive 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Karen L. Lobring on behalf of Creditor Deere & Company [281]

Objections are due three (3) business days prior to hearing.

Date: March 11, 2011
Time: 09:30 AM EST
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above-referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   February 18, 2011              KEVIN P. DEMPSEY, CLERK
                                        U.S. BANKRUPTCY COURT

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 10-93904-BHL-11<br>Southern District of Indiana<br>New Albany<br>Tue Feb 22 11:30:11 EST 2011 | B&B Farms<br>Attn: Keith Breeding<br>8090 Greensburg Road<br>Greensburg, KY 42743-9002 | Breeding Brothers<br>Attn: Wade Breeding<br>9440 Columbia Hwy.<br>Greensburg, KY 42743-9130 |
| Bynum Ranch Co.<br>P. O. Box 104<br>Sterling City, TX 76951-0104 | Davis Quarter Horse<br>7726 W. FM 2335<br>Christoval, TX 76935-3308 | Eastern Livestock Co., LLC<br>135 W. Market Street<br>New Albany, IN 47150-3561 |
| Estate of John S. Gibson, Anna Gayle Gibson,<br>13140 Nebo Rd<br>Providence, KY 42450-9606 | First Bank and Trust Company, The<br>c/o Ayres Carr & Sullivan, P.C.<br>251 East Ohio Street, Suite 500<br>Indianapolis, IN 46204-2184 | Florida Association Livestock Markets<br>P.O. Box 421929<br>Kissimmee, FL 34742-1929 |
| Gibson Farms. LLC<br>13140 Nebo Rd.<br>Providence, KY 42450-9606 | Heritage Feeders LP<br>c/o Crowe & Dunlevy<br>20 North Broadway<br>Suite 1800<br>Oklahoma City, ok 73102-8296 | Ike's Trucking, Inc.<br>Ike and Cherie Jacobs<br>3087 Ervin Town Rd.<br>Castlewood, VA 24224-9686 |
| Moseley Cattle Auction, LLC<br>1044 Arlington Avenue<br>Blakely, GA 39823-2362 | National Cattlemen's Beef Association<br>c/o Alice Devine<br>6031 SW 37th St.<br>Topeka, KA 66614-5128 | Republic Bank and Trust Company<br>661 South Hurstbourne Parkway<br>Louisville, KY 40222-5079 |
| Southeast Livestock Exchange LLC<br>PO Box 1306<br>Waynesville, NC 28786-1306 | Southland Haulers, LLC<br>Howard & Myra Compton<br>P O Box 142<br>Bratley, AL 36009-0142 | Superior Livestock Auction, Inc.<br>1155 North Colorado Ave.<br>Bush, CO 80723-2901 |
| (c)BEN ARMSTRONG<br>2290 LETTER OAK RD<br>ALBANY KY  42602-6288 | Bradley Rummel<br>8860 W. Farm Road 112<br>Willard, MO 65781-9377 | Buetow, LeMastus & Dick PLLC<br>Terry L Stapp<br>1510 PNC Plaza<br>Louisville, KY 40202-2855 |
| Cattlco, LLC<br>c/o Nolan M. Johnson, Esq.<br>BASS, BERRY & SIMS PLC<br>100 Peabody Place, Suite 900<br>Memphis, TN 38103-3653 | Charles Leon Isenberg<br>4942 Edmonton Rd<br>Tompkinsville, KY 42167-9411 | Christine Family Enterprises, Inc.<br>Lincoln and Amber Crhistie<br>5161 Eagle Feather Rd.<br>Delta, CO 81416-8402 |
| DUKE ENERGY<br>EF-367<br>P.O. BOX 960<br>CINCINNATI, OHIO 45273-9598 | David Bowles dba Amos Development LLC<br>1401 Pigeon fork Rd<br>Lawrenceburg, KY 40342-9488 | David Marrs Gordon<br>1758 Old Temple Hill Road<br>Tompkinsville, KY 42167-8545 |
| David Rings<br>1288 Frontage Road<br>Russell Springs KY 42642-7871 | ELI J. PATTEN<br>CROWLEY FLECK PLLP<br>P.O. BOX 2529<br>BILLINGS, MT 59103-2529<br>epatten@crowleyfleck.com | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |

| | | |
|---|---|---|
| Fifth Third Bank<br>c/o Randall D. LaTour, Esq.<br>52 East Gay Street<br>Columbus, OH 43215-3108 | Halee Bunch<br>Harlan E Judd III<br>McCracken & Judd PLLC<br>PO Box 27<br>Bowling Green, KY 42102-0027 | Ike's Trucking Inc.<br>P O Box 81<br>St. Paul, VA 24283-0081 |
| Jay Burford<br>108 Glenoaks Court<br>McDonough, GA 30253-4840 | Jeffery L. Young<br>518 Willow Grove School Road<br>Allons, TN 38541-3007 | John D. Thompson<br>P.O. Box 224<br>Edmonton, KY 42129-0224 |
| Marion Bradford<br>197 Hidden Lake Rd.<br>Hendersonville, TN 37075-5528 | Randall Spurling Trucking<br>2120 Spurling Rd.<br>Campbellsville, KY  42718 | Reiter Trucking<br>324 Elm St<br>Hereford, TX 79045-2707 |
| Reps Dispatch LLC<br>16150 MCR 19<br>Fort Morgan, CO  80701 | Rita Cravens<br>1525 Dogwalk Rd.<br>Alpine, TN 38543-6140 | Robert Brown<br>325 Flat Lick Lane<br>Herndon KY 42236-8210 |
| Steven R Taylor<br>1010 Old Buck Creek Rd<br>Adolphus, KY 42120-6115 | Stokes Baird<br>PO Box 218<br>Munfordville KY 42765-0218 | Televent DTN, Inc<br>9110 W. Dodge Road<br>Omaha, NE 68114-3346 |
| Tom M Caneff<br>Thomson West<br>610 Opperman Drive, D6- 11-3710<br>Eagan, MN 55123-1340 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | Wischmeier Trucking, Inc.<br>P.O. Box 244<br>Brownstown, IN 47220-0244 |
| Bill Davis<br>7726 W. FM 2335<br>Christoval, TX 76935-3308 | Billy Neat<br>705 B. Neat Road<br>Columbia, KY 42728-8500 | Bobby Bynum<br>P. O. Box 43<br>Rankin, TX 79778-0043 |
| Brent Keith<br>505 Marlo-Campbell Road<br>Columbia, KY 42728-5106 | David L. Abt<br>210 N Main St<br>PO Box 128<br>Westby, WI 54667-0128 | David L. Rings<br>1288 Frontage Road<br>Russell Springs, KY 42642-7871 |
| Dennis Neat<br>6198 Burkesville Road<br>Columbia, KY 42728-8529 | Eddie Eicke<br>Eicke Ranch II<br>1188 County Rd 1202<br>Snyder, TX 79549 | Elizabeth M. Lynch<br>Development Specialists, Inc.<br>6375 Riverside Drive<br>Suite 200<br>Dublin, OH 43017-5045 |
| Frank Powell<br>700 W. Denger<br>Midland, TX 79705-5319 | Gabriel Moreno<br>c/o Timothy T. Pridmore<br>McWhorter, Cobb & Johnson<br>1722 Broadway<br>Lubbock, TX 79401-3093 | Gabriel Moreno<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson<br>1722 Broadway<br>Lubbock, TX 79401-3093 |

| | | |
|---|---|---|
| Gary S. Bell<br>P.O. Box 122<br>Edmonton, KY 42129-0122 | Gene Shipman<br>11401 E. Fm 1075<br>Happy, TX 79042-3422 | James A. Knauer<br>Kroger Gardis & Regas, LLP<br>111 Monument Cir Ste 900<br>Indianapolis, IN 46204-5125 |
| Jeremy Coffey<br>6205 Greensburg Road<br>Columbia, KY 42728-9487 | Jimmy Brummett<br>7594 Hwy. 555<br>Glens Fork, KY 42741 | Johnny Mayo Jr.<br>P. O. Box 317<br>Eldorado, TX 76936-0317 |
| Mike Loy<br>668 P.D. Pyles Road<br>Columbia, KY 42728-9455 | Tom Svoboda<br>3065 AA Avenue<br>Herrington, KS 67449-5051 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Ben Armstrong
Rt 2 Box 256
Albany, KY  42602


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bellar Feed Lots, Inc. | (u)Blue Grass Maysville Stockyards, LLC | (u)Blue Grass South Livestock Market, LLC |
| (u)Blue Grass Stockyards East, LLC | (u)Blue Grass Stockyards of Campbellsville, L | (u)Blue Grass Stockyards of Richmond, LLC |
| (u)Blue Grass Stockyards, LLC | (u)CPC Livestock, LLC | (u)Cactus Growers, Inc. |
| (u)Deere & Company | (u)FPC Financial, f.s.b. | (u)Fifth Third Bank |

| | | |
|---|---|---|
| (u)Friona Industries, LP | (u)General Electric Capital Corporation | (u)Intrust Bank, NA |
| (u)J&F Oklahoma Holdings, Inc. | (u)Kentucky Cattlemen's Association | (u)Madden Brothers |
| (du)Madden Brothers, LLC | (u)Nu-Technologies, Inc | (u)Peoples Bank of Coldwater Kansas |
| (u)Stockman Oklahoma Livestock Marketing, Inc | (u)Supreme Cattle Feeders, L.L.C. | (d)Gary S. Bell<br>PO Box 122<br>Edmonton, KY 42129-0122 |
| (u)Kathryn Pry | (u)Michael J Walro | (u)Travis Bellar |

End of Label Matrix
Mailable recipients    67
Bypassed recipients    27
Total                  94

- David L. Abt davidabt@mwt.net
- John W Ames jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- T. Kent Barber kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- C. R. Bowles crb@gdm.com, shm@gdm.com;lgw@gdm.com
- James M. Carr james.carr@bakerd.com, sarah.herendeen@bakerd.com;patricia.moffit@bakerd.com
- John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com
- Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com
- Jesse Cook-Dubin jcookdubin@vorys.com, vdarmstrong@vorys.com
- Kirk Crutcher kcrutcher@mcs-law.com
- Dustin R. DeNeal dustin.deneal@bakerd.com, sarah.herendeen@bakerd.com;patricia.moffit@bakerd.com
- Laura Day DelCotto ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Robert Hughes Foree robertforee@bellsouth.net
- Terry E. Hall terry.hall@bakerd.com, sarah.herendeen@bakerd.com;sharon.korn@bakerd.com
- John Huffaker john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- James Bryan Johnston bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston tjohnston@mcjllp.com
- Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer jak@kgrlaw.com, hns@kgrlaw.com
- Theodore A Konstantinopoulos ndohbky@jbandr.com
- Randall D. LaTour rdlatour@vorys.com, khedwards@vorys.com
- David L. LeBas dlebas@namanhowell.com, koswald@namanhowell.com
- Kim Martin Lewis kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net
- John Frederick Massouh john.massouh@sprouselaw.com
- Kelly Greene McConnell lisahughes@givenspursley.com
- William Robert Meyer rmeyer@stites.com
- Allen Morris amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern

- wsnewbern@msn.com
- Matthew J. Ochs
  matt.ochs@moyewhite.com,
  kim.maynes@moyewhite.com
- Ross A. Plourde
  ross.plourde@mcafeetaft.com,
  erin.clogston@mcafeetaft.com
- Timothy T. Pridmore
  tpridmore@mcjllp.com,
  lskibell@mcjllp.com
- Jeffrey E. Ramsey
  jramsey@hopperblackwell.com,
  mhaught@hopperblackwell.com
- Mark A. Robinson
  mrobinson@vhrlaw.com,
  dalbers@vhrlaw.com
- Jeremy S Rogers
  Jeremy.Rogers@dinslaw.com,
  joyce.jenkins@dinslaw.com
- Ivana B. Shallcross
  ibs@gdm.com
- Robert K Stanley
  robert.stanley@bakerd.com
- Meredith R. Thomas
  mthomas@daleeke.com,
  kmark@daleeke.com
- John M. Thompson
  john.thompson@crowedunlevy.com,
  jody.moore@crowedunlevy.com,
  donna.hinkle@crowedunlevy.com
- U.S. Trustee
  ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand
  sweigand@ficlaw.com
- Charles R. Wharton
  Charles.R.Wharton@usdoj.gov,
  Charles.R.Wharton@usdoj.gov
- Jessica E. Yates
  jyates@swlaw.com,
  edufficy@swlaw.com
- James T. Young james@rubin-levin.net, marie@rubin-levin.net;ATTY_JTY@trustesolutions.com;kim@rubin-levin.net;lemerson@rubin-levin.net

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Kentucky Cattlemen's Association
,

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610