UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No.: 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Chapter 11 |

**PREHEARING STATEMENT OF BYNUM RANCH COMPANY,
BOBBY AND DEBBIE BYNUM; BILL DAVIS, INDIVIDUALLY; BILL
DAVIS QUARTER HORSE; JOHNNY MAYO, JR.; AND FRANK POWELL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Bynum Ranch Company; Bobby and Debbie Bynum; Bill Davis, Individually; Bill Davis Quarter Horse; Johnny Mayo, Jr.; and Frank Powell submits the following Prehearing Statement pursuant to the order of the Court dated February 17, 2011.

1. (a)    **Summary of the factual background**

On November 4, 2010, 196 steers weighing a total of approximately 146,549 pounds and 108 heifers weighing a total of approximately 75,617 pounds were loaded onto five trucks at Midwest Feedyards in San Angelo, Texas and transported to Friona Feedyard in Friona, Parmer County, Texas under the direction of Friona Industries, L.P. The ownership interests in these cattle are as follows:

| | | |
|---|---|---|
| Bynum Ranch Company | 103.5 | steers |
| Frank Powell | 39.5 | steers |
| Bobby and Debbie Bynum | 14 | steers |
| Bill Davis | 19 | steers |
| Davis Quarter Horse | 20 | steers |
| **Total steers** | **196** | |

| | |
|---|---|
| Bynum Ranch Company | 53 heifers |
| Bobby and Debbie Bynum | 10 heifers |
| Bill Davis | 11 heifers |
| Davis Quarter Horse | 14 heifers |
| Johnny Mayo, Jr. | 20 heifers |
| **Total heifers** | **108** |

At the time of the shipment, the above producers/owners were advised directly or indirectly that the cattle were being shipped to Friona Industries, L.P. and that Friona Industries was purchasing the cattle and would issue payment directly to the producers/owners for the cattle. Eastern Livestock Co., LLC did not enter into any written contract with the producers/owners for the purchase of the cattle, Eastern Livestock Co., LLC did not ever take possession of the cattle, Eastern Livestock Co., LLC did not ever issue checks, drafts, or any other form of payment to the producers/owners for the cattle, and Eastern Livestock Co., LLC expressly represented that the subject cattle could not and would not be paid for by Eastern Livestock Co., LLC.

(b)     **Summary of legal contentions**

Bynum Ranch Company, et. al. contend that there exists no binding contractual relationship between these producers/owners and Eastern Livestock Co., LLC which would give rise to any claim of an interest in the subject cattle by Eastern Livestock Co., LLC. Bynum Ranch Company et. al. further contend that Eastern Livestock Co., LLC does not fall within the definition of a purchaser or good faith purchaser of the subject cattle and that Eastern Livestock Co., LLC has never acquired any ownership or other legal interest in the subject cattle which would allow any security interest of Fifth Third Bank, First Republic Bank or any other financier to attach to the cattle or the proceeds from the sale of the cattle.

2. **List of witnesses and exhibits to be presented**

WITNESS

Randy Lloyd
2452 Private Road 2821
Ballinger, Texas
(325) 786-2743

EXHIBITS

"Exhibit A" attached to the "Complaint in the Nature of Interpleader" filed by Friona Industries, LP in Cause No. 2:10-cv-00266-J filed in the United States District Court for the Northern District of Texas

3. **Summary of testimony by the witness**

In addition to the factual assertions set out in paragraph 1 above, Mr. Lloyd will testify that Eastern Livestock, LLC did not arrange for, contract for or pay for the trucking services by which the cattle in question were transported to Friona Feedyard on November 4, 2011. Mr. Lloyd will also testify that the cattle identified as belonging to BBL Cattle in Exhibit A to the interpleader petition filed by Friona Industries, LP in Cause No. 2:10-cv-00266-J filed in the United States District Court for the Northern District of Texas are the same cattle as identified in paragraph 1(a) of this pleading.

> Respectfully submitted,
>
> EASTERWOOD, BOYD & SIMMONS, PC
> P. O. Box 273
> Hereford, Texas 79045
> Tel: (806) 364-6801
> Fax: (806) 364-2526
> e-mail: bjtexas59@hotmail.com
> Counsel for Bynum Ranch Co.; Bobby and Debbie Bynum; Bill Davis, Individually; Bill Davis Quarter Horse; Johnny Mayo, Jr.; and Frank Powell
>
> By: /s/ James B. Johnston
>     James B. Johnston
>     Texas State Bar No. 10838200

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, a copy of the foregoing Prehearing Statement was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

**David L. Abt**
davidabt@mwt.net

**John W Ames**
jwa@gdm.com
shm@gdm.com
tlm@gdm.com
rtrowbridge@kslaw.com

**C. R. Bowles**
crb@gdm.com
shm@gdm.com
lgw@gdm.com

**John R. Carr**
jrciii@acs-law.com
sfinnerty@acs-law.com

**Deborah Caruso**
dcaruso@daleeke.com
lharves@daleeke.com
mthomas@daleeke.com

**Bret S. Clement**
bclement@acs-law.com
sfinnerty@acs-law.com

**Jesse Cook-Dubin**
jcookdubin@vorys.com
cdfricke@vorys.com

**Daniel J. Donnellon**
ddonnellon@ficlaw.com

**Robert Hughes Foree**
robertforee@bellsouth.net

**Terry E. Hall**
terry.hall@bakerd.com
sarah.laughlin@bakerd.com
sharon.korn@bakerd.com

**Edward M King**
tking@fbtlaw.com
dgioffre@fbtlaw.com

**James A. Knauer**
jak@kgrlaw.com
hns@kgrlaw.com

**Randall D. LaTour**
rdlatour@vorys.com
cdfricke@vorys.com

**Kim Martin Lewis**
kim.lewis@dinslaw.com
lisa.geeding@dinslaw.com
Patrick.burns@dinslaw.com

**John Hunt Lovell**
john@lovell-law.net
sabrina@lovell-law.net

**John Frederick Massouh**
john.massouh@sprouselaw.com

**William Robert Meyer**
rmeyer@stites.com

**Allen Morris**
amorris@stites.com
dgoodman@stites.com

**Mark A. Robinson**
mrobinson@vhrlaw.com
dalbers@vhrlaw.com

**Jeremy S Rogers**
Jeremy.Rogers@dinslaw.com
joyce.jenkins@dinslaw.com

**Ivana B. Shallcross**
ibs@gdm.com

**Meredith R. Thomas**
mthomas@daleeke.com
kmark@daleeke.com

**U.S. Trustee**
ustpregion10.in.ecf@usdoj.gov

**Stephen A. Weigand**
sweigand@ficlaw.com

**Charles R. Wharton**
Charles.R.Wharton@usdoj.gov

**David L. LeBas**
dlebas@namanhowell.com
koswald@namanhowell.com

**Jessica E. Yates**
jyates@swlaw.com
edufficy@swlaw.com

**Judy Hamilton Morse**
judy.morse@crowedunlevy.com

ecf@crowedunlevy.com
donna.hinkle@drowedunlevy.com
karol.brown@crowedunlevy.com

**John Huffaker**
john.huffaker@sprouselaw.com
lynn.acton@sprouselaw.com
rhonda.rogers@sprouselaw.com

**James T. Young**
james@rubin-levin.net
marie@rubin-levin.net
ATTY_JTY@trustesolutions.com

**John M. Thompson**
john.thompson@crowedunlevy.com
jody.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

**Matthew J. Ochs**
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

**Allen Morris**
amorris@stites.com

I further certify that on February 25, 2011, a copy of the foregoing Prehearing Statement was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

**Eastern Livestock Co., LLC**
135 W. Market Street
New Albany, IN 47150

**Kentucky Cattlemen's Association**
176 Pasadena Drive
Lexington, KY 40503-2900

**National Cattlemen's Beef Association**
c/o Alice Devine
6031 SW 37th St.
Topeka, Kansas 66610

/s/ James B. Johnston
James B. Johnston

Case 2:10-cv-00266-J  Document 1-1  Filed 11/11/10  Page 1 of 1  PageID 13

| Seller | Claimant | FI PO Number | Head ct | PW | $/cwt | Sex | Net Invoice |
|---|---|---|---|---|---|---|---|
| Eastern Livestock | Alan Dietrich | 22293 | 72 | 48647 | $ 119.31 | S | $ 55,880.74 |
| Eastern Livestock | Athens Livestock, TN | 22292 | 59 | 49110 | $ 105.72 | H | $ 50,149.09 |
| Eastern Livestock | BBL Cattle | 22292 | 108 | 75617 | $ 111.00 | H | $ 80,694.87 |
| Eastern Livestock | BBL Cattle | 22293 | 196 | 146549 | $ 116.43 | S | $ 164,747.00 |
| Eastern Livestock | Blue Grass Stockyards | 22528 | 69 | 50054 | $ 113.55 | S | $ 54,766.22 |
| Eastern Livestock | Blue Grass Stockyards | 22292 | 95 | 61887 | $ 112.96 | H | $ 67,057.56 |
| Eastern Livestock | C&M Cattle | 22292 | 69 | 43291 | $ 113.92 | H | $ 47,247.11 |
| Eastern Livestock | Diamond B Ranch | 22896 | 60 | 48402 | $ 108.72 | S | $ 52,622.65 |
| Eastern Livestock | Diamond B Ranch | 22896 | 63 | 48539 | $ 106.20 | H | $ 51,548.42 |
| Eastern Livestock | East Tenn. Livestock | 22292 | 65 | 48976 | $ 108.88 | H | $ 51,375.07 |
| Eastern Livestock | East Tenn. Livestock | 22528 | 66 | 48417 | $ 113.19 | S | $ 52,823.20 |
| Eastern Livestock | Eastern Livestock | 22292 | 72 | 46960 | $ 112.92 | H | $ 50,867.23 |
| Eastern Livestock | Eastern Livestock | 22528 | 68 | 51110 | $ 112.47 | S | $ 55,443.42 |
| Eastern Livestock | Eastern Livestock | 22529 | 71 | 51610 | $ 106.07 | H | $ 52,612.73 |
| Eastern Livestock | Eastern Livestock | 22529 | 63 | 49420 | $ 103.79 | H | $ 49,403.02 |
| Eastern Livestock | Eastern Livestock | 22528 | 59 | 44825 | $ 112.15 | S | $ 48,501.24 |
| Eastern Livestock | Eastern Livestock | 22292 | 108 | 60567 | $ 116.56 | H | $ 67,356.90 |
| Eastern Livestock | Eddie Eickie | 22293 | 64 | 48255 | $ 116.19 | S | $ 54,147.49 |
| Eastern Livestock | Gabriel Moreno | 22895 | 160 | 111285 | $ 100.00 | H | $ 111,285.00 |
| Eastern Livestock | Gabriel Moreno | 22903 | 137 | 99450 | $ 106.57 | S | $ 105,983.87 |
| Eastern Livestock | K&K Farms | 22528 | 65 | 45562 | $ 114.51 | S | $ 50,223.05 |
| Eastern Livestock | Mosley Cattle | 22292 | 140 | 92767 | $ 112.48 | H | $ 100,144.32 |
| Eastern Livestock | Mosley Cattle | 22529 | 67 | 47981 | $ 106.51 | H | $ 49,094.56 |
| Eastern Livestock | Mosley Cattle | 22529 | 70 | 50372 | $ 106.35 | H | $ 51,470.62 |
| Eastern Livestock | Mosley Cattle | 22292 | 75 | 48262 | $ 113.28 | H | $ 52,421.19 |
| Eastern Livestock | Southeast Livestock | 22529 | 84 | 48206 | $ 112.19 | H | $ 51,562.31 |
| Eastern Livestock | Superior L/S | 21768 | 72 | 41703 | $ 107.10 | H | $ 43,628.91 |
| Eastern Livestock | Superior L/S | 21493 | 68 | 39847 | $ 117.49 | H | $ 44,776.24 |
| Eastern Livestock | Superior L/S | 21921 | 72 | 45394 | $ 115.16 | H | $ 50,117.13 |
| Eastern Livestock | Superior L/S | 22293 | 77 | 47540 | $ 121.67 | S | $ 55,531.92 |
| Eastern Livestock | Superior L/S | 21894 | 90 | 43388 | $ 121.19 | S | $ 49,880.12 |
| Eastern Livestock | Superior L/S | 22292 | 80 | 43728 | $ 117.12 | H | $ 48,814.23 |
| Eastern Livestock | Superior L/S | 22529 | 195 | 140742 | $ 106.27 | H | $ 143,716.52 |
| Eastern Livestock | Superior L/S | 22292 | 150 | 90003 | $ 115.00 | H | $ 99,003.45 |
| Eastern Livestock | Superior L/S | 22293 | 195 | 150612 | $ 115.47 | S | $ 168,061.68 |
| Eastern Livestock | Superior L/S | 22293 | 68 | 48971 | $ 117.55 | S | $ 55,525.41 |
| Eastern Livestock | Superior L/S | 22292 | 79 | 48368 | $ 114.52 | H | $ 53,021.03 |
| Eastern Livestock | Turner Co. Stockyds | 22292 | 69 | 48049 | $ 111.16 | H | $ 51,341.27 |

**TOTAL DEPOSIT**  $ 2,542,846.79

# EXHIBIT "A"