UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:

Eastern Livestock Co., LLC                                Case Number:
   SSN: NA            EIN: NA                              **10−93904−BHL−11**
Debtor(s)

## NOTICE OF DEFICIENT FILING

The Motion for Relief from Stay, which was filed on February 28, 2011, is deficient in the following respect(s):

PDF and docket text do not match. PDF is a Motion for Relief from Automatic Stay and Abandonment of Property and docket text reads Motion for Relief from Stay.

The above−cited deficiencies must be corrected by March 17, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   March 3, 2011                          KEVIN P. DEMPSEY, CLERK
                                                U.S. BANKRUPTCY COURT