# Notice Recipients

District/Off: 0756–4      User: edixon      Date Created: 3/3/2011
Case: 10–93904–BHL–11      Form ID: SF00075      Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Lisa Koch Bryant      courtmail@fbhlaw.net

TOTAL: 1