# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, MARCH 04, 2011 09:59 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## *Matter:*

Telephonic Status Conference Re: Agreed Entry Resolving motion for relief from stay filed by Randall D. LaTour, David L. LeBas, John Hunt Lovell, Robert K Stanley, John Frederick Massouh on behalf of Creditors Cactus Growers, Inc., Fifth Third Bank, Friona Industries, LP, J&F Oklahoma Holdings, Inc., Trustee James A. Knauer [301]

**R / M #:** 0 / 0

## *Appearances:*

TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
ROBERT K STANLEY, ATTORNEY FOR JAMES A. KNAUER
MARK A. ROBINSON, ATTORNEY FOR CACTUS GROWERS, INC., FRIONA INDUSTRIES, LP, J&F OKLAHOMA HOLDINGS, INC.
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JOHN FREDERICK MASSOUH, ATTORNEY FOR FRIONA INDUSTRIES, LP
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS GROWERS, INC.
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
JAMES BRYAN JOHNSTON, ATTORNEY FOR BILL DAVIS, BOBBY BYNUM, BYNUM RANCH CO., DAVIS QUARTER HORSE, EDDIE EICKE, FRANK POWELL, JOHNNY MAYO, TOM SVOBODA
JESSICA E. YATES, ATTORNEY FOR CPC LIVESTOCK, LLC
T. KENT BARBER, ATTORNEY FOR BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC
C. R. BOWLES, ATTORNEY FOR B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
JOHN W AMES, ATTORNEY FOR DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
SARAH HEGI - ATTORNEY FOR T. PRIDMORE

## *Proceedings:*

\* Disposition: Telephone Conference held.   Agreed Entry to be approved.   Court to enter order.
Final Hearing on Motion for Relief from Stay and filed by Mark A. Robinson on behalf of Creditors J&F Oklahoma Holdings, Inc., Cactus Growers, Inc., Friona Industries, LP [78] with Objections filed by Bret S. Clement on behalf of Creditor First Bank and Trust Company, The [149] and Terry E. Hall on behalf of Trustee James A. Knauer [162] has now been changed to a Pretrial Conference regarding this motion for 3/11/11.

Note: Trustee's counsel to advise Court if 3/11/11 will be telephonic.   Parties are permitted to appear by phone on 3/11/11.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**