# Bovine Medical Associates, LLC
# 1500 Soper Road
# Carlisle, KY   40311

RECEIVED

FEB 28 2011

CLERK
U.S. BANKRUPTCY COURT
NEW ALBANY, INDIANA

**United States Bankruptcy Court Clerk**
**110 U.S. Courthouse**
**121 West Spring Street**
**New Albany, IN  47150**

**RE:  Eastern Livestock, LLC**

**TO WHOM IT MAY CONCERN:**

I am one of the Veterinarians that worked/processed the purchased cattle for Eastern Livestock and my claim is for this work/process.

I am enclosing copies of all invoices sent to Eastern Livestock during the period of October 1, 2010 – November 3, 2010.  The total of my claim is $6,255.00.

If you should need further information from me, please contact me at the above address or on my mobile phone (859)953-0508.

Sincerely,

**Dr. Dawn Bush-Crouch**
**Bovine Medical Associates, LLC**

ENVELOPE NOT PROVIDED
COPIES NOT PROVIDED

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/3/2010 | 20009 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)PI Test;Nasal;Pinkeye;Tetradure | 8 | 30.00 | 240.00 |
| Pregnancy Exam Heifer | 8 | 3.00 | 24.00 |
| Estrumate/Lutalyse Abortion Injection | 3 | 4.00 | 12.00 |
| #80 | | | |
| | | **Total** | $276.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/3/2010 | 20010 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)PI Test;Pinkeye;Nasal;Tetradure | 18 | 30.00 | 540.00 |
| Calicrate Band with Tetanus #801 | 15 | 6.00 | 90.00 |
| | | **Total** | $630.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/2/2010 | 19984 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Processing Charge - Tags out<br>60X | 73 | 1.00 | 73.00 |
| | | **Total** | $73.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/2/2010 | 19985 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Processing Charge - Tags out<br>#70X | 56 | 1.00 | 56.00 |
| | | **Total** | $56.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/2/2010 | 19986 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 1 | 10.00 | 10.00 |
| | | **Total** | $10.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/2/2010 | 19991 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Calicrate Band with Tetanus<br>Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)PI test;Pinkeye;Nasal;Tetradure #801 | 20<br>25 | 6.00<br>30.00 | 120.00<br>750.00 |
| | | **Total** | $870.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/2/2010 | 19992 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)PI test;Pinkeye;Nasal;Tetradure | 39 | 30.00 | 1,170.00 |
| Pregnancy Exam Heifer | 39 | 3.00 | 117.00 |
| Estrumate/Lutalyse Abortion Injection | 11 | 4.00 | 44.00 |
| #80 | | | |
| | | **Total** | $1,331.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 11/1/2010 | 19959 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 1 | 10.00 | 10.00 |
| | | **Total** | $10.00 |

Bovine Medical Associates, LLC

1500 Soper Rd.
Carlisle, KY 40311

# **Invoice**

| Date | Invoice # |
|------|-----------|
| 10/28/2010 | 19937 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Tetradure Metaphylaxis Treatment<br>Scott Broughton | 49 | 7.00 | 343.00 |
| | | **Total** | $343.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/27/2010 | 19925 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Calicrate Band with Tetanus<br>Full Vet & ID (Deworm, Implant, Castrate, Dehorn, 7 Way, 4 Way, Pasteurella, and Mycoplasma)Pinkeye;nasal;Tetradure;Pl test<br>#801 Steers | 5<br>10 | 6.00<br>30.00 | 30.00<br>300.00 |
| | | **Total** | $330.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/27/2010 | 19926 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Pregnancy Exam Heifer | 8 | 3.00 | 24.00 |
| Estrumate/Lutalyse Abortion Injection | 6 | 4.00 | 24.00 |
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)Pinkeye;Nasal;Tetradure;PI Test #80  Heifers | 8 | 30.00 | 240.00 |
| | | **Total** | $288.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/27/2010 | 19927 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)Pinkeye;Nasal;Tetradure Stan Broughton | 18 | 23.00 | 414.00 |
| | | **Total** | $414.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/27/2010 | 19933 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 3 | 10.00 | 30.00 |
| | | **Total** | $30.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/26/2010 | 19913 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 2 | 10.00 | 20.00 |
| | | **Total** | $20.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/25/2010 | 19902 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Deworm Ivomec Injectable | 18 | 5.00 | 90.00 |
| 7 Way Blackleg With H Somnus | 18 | 1.50 | 27.00 |
| 4 Way | 18 | 2.50 | 45.00 |
| Metaphylaxis Excede Injection | 18 | 15.00 | 270.00 |
| #5 Holst | | | |

| | **Total** | $432.00 |
|---|-----------|---------|

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/25/2010 | 19903 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Pregnancy Exam Heifer | 4 | 3.00 | 12.00 |
| Estrumate/Lutalyse Abortion Injection | 2 | 4.00 | 8.00 |
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)Nasal,Pinkeye,Tetradure,P1 test | 4 | 30.00 | 120.00 |
| | | | |
| #801  Heifers | | | |

| | **Total** | $140.00 |
|--|-----------|---------|

Bovine Medical Associates, LLC

# **Invoice**

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/25/2010 | 19904 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Calicrate Band with Tetanus | 10 | 6.00 | 60.00 |
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)Nasal;Pinkeye;Tetradure;PI test #80 Bulls | 11 | 30.00 | 330.00 |
| | | **Total** | $390.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/20/2010 | 19874 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 1 | 10.00 | 10.00 |
| | | **Total** | $10.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/20/2010 | 19935 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Samples Submitted to Diagnostic Laboratory | 26 | 4.00 | 104.00 |

| | **Total** | $104.00 |
|--|-----------|---------|

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/18/2010 | 19854 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Full Vet Without Implant ( Deworm, 7 Way, HS, 4 Way, Pasteurella, Mycoplasma, Castrate, and Dehorn)Tetradure;Nasal;Pinkeye Vacc Stan Broughton | 14 | 23.00 | 322.00 |
| | | **Total** | $322.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/13/2010 | 19822 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 2 | 10.00 | 20.00 |
| | | **Total** | $20.00 |

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/12/2010 | 19806 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 2 | 10.00 | 20.00 |
| | | **Total** | $20.00 |

Bovine Medical Associates,  LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/5/2010 | 19740 |

| Bill To |
|---------|
| Eastern Livestock |
| 135 W. Market |
| New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 1 | 10.00 | 10.00 |

| | Total | $10.00 |
|--|-------|--------|

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/4/2010 | 19728 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 2 | 10.00 | 20.00 |

| | **Total** | $20.00 |
|--|-----------|--------|

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/1/2010 | 19748 |

**Bill To**

Eastern Livestock
135 W. Market
New Albany, IN 47150

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Official Health Certificate | 1 | 10.00 | 10.00 |

| | **Total** | $10.00 |
|---|-----------|--------|

Bovine Medical Associates, LLC

# Invoice

1500 Soper Rd.
Carlisle, KY 40311

| Date | Invoice # |
|------|-----------|
| 10/1/2010 | 19787 |

| Bill To |
|---------|
| Eastern Livestock<br>135 W. Market<br>New Albany, IN 47150 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Samples Submitted to Diagnostic Laboratory (9-29-10) | 24 | 4.00 | 96.00 |

| | **Total** | **$96.00** |
|---|---|---|