## Notice Recipients

District/Off: 0756–4 | User: jhelton | Date Created: 3/7/2011
Case: 10–93904–BHL–11 | Form ID: retmaild | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb     Eastern Livestock Co., LLC     135 W. Market Street     New Albany, IN 47150

TOTAL: 1