## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER 11 |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor | ) | Hon. Basil H. Lorch, III |

### ENTRY OF APPEARANCE OF COUNSEL
### AND DEMAND FOR NOTICES AND PAPERS

**\*\*\* \*\*\* \*\*\***

Please take notice that the undersigned firm of Weber & Rose, P.S.C. hereby enters its appearance as counsel for Phillip Taylor Reed a/k/a Taylor Reed ("Reed") in the above-captioned cases, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following person at the following address, telephone and telecopy number:

> Cathy S. Pike, Esquire
> WEBER & ROSE, P.S.C.
> 471 West Main Street, Suite 400
> Louisville, Kentucky 40202
> Tel:   (502) 589-2200
> Fax:   (502) 589-3400
> Email: cpike@weberandrose.com

Please further take notice that pursuant to section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Reed's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Reed is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Reed Ranch expressly reserves.

Dated: March 7, 2011

Respectfully submitted,

_____/s/   Cathy S. Pike_____
Cathy S. Pike, Esquire
WEBER & ROSE, P.S.C.
471 West Main Street, Suite 400
Louisville, Kentucky 40202
(502) 589-2200
*Counsel for Phillip Taylor Reed a/k/a Taylor Reed*

## **CERTIFICATE**

It is hereby certified that a copy of the foregoing was served on the electronic service list, this 7th day of March 2011.

_____/s/    Cathy S. Pike_____
Cathy S. Pike