Eastern Livestock LLC  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Ag Partners | | | | 10/12/14 | 316139 | $ 51,779 |
| **Ag Partners Total** | | P.O. Box 128 | Sheldon, IA 51201 | | | 51,779 |
| | | | | | | |
| Agri Beef Company | | | | 10/10/28 | 2315537 | 70,245 |
| Agri Beef Company | | | | 10/10/27 | 2315507 | 53,335 |
| Agri Beef Company | | | | 10/11/03 | 2315387 | 109,517 |
| **Agri Beef Company Total** | | P.O. Box 6640 | Boise, ID 83707 | | | 233,097 |
| | | | | | | |
| Allen Barry | | | | 10/02/24 | 2304590 | 118,546 |
| **Allen Barry Total** | 221 S. Washington St | P.O. Box 1085 | Byron, IL 61010 | | | 118,546 |
| | | | | | | |
| Amos Kropf | | | | 10/11/01 | 05310933 011 | 1,860 |
| **Amos Kropf Total** | | 6987 Hwy 278 West | Ozan, AR 71855 | | | 1,860 |
| | | | | | | |
| Anderson Cattle Company | | | | 10/11/01 | 3315512 | 57,660 |
| **Anderson Cattle Company Total** | | P.O. Box 859 | Wisner, NE 68791 | | | 57,660 |
| | | | | | | |
| Andy Lolly | | | | | | 36,086 |
| **Andy Lolly Total** | | | Samson, AL | | | 36,086 |
| | | | | | | |
| Arrowhead Cattle Co | | | | 10/11/03 | 31314384 | 48,734 |
| Arrowhead Cattle Co | | | | 10/11/02 | 31310964 | 51,945 |
| Arrowhead Cattle Co | | | | 10/11/01 | 31310948 | 53,479 |
| Arrowhead Cattle Co | | | | 10/11/01 | 35314365 | 62,012 |
| **Arrowhead Cattle Co Total** | | 9303 West Airport Drive | Visalia, CA 93277 | | | 216,170 |
| | | | | | | |
| Atkinson Livestock Mark | | | | 10/10/27 | 31310901 | 56,328 |
| Atkinson Livestock Mark | | | | 10/10/27 | 31310904 | 57,319 |
| Atkinson Livestock Mark | | | | 10/10/22 | 31310841 | 56,735 |
| Atkinson Livestock Mark | | | | 10/10/22 | 31310845 | 58,057 |
| Atkinson Livestock Mark | | | | 10/10/22 | 31310842 | 59,136 |
| Atkinson Livestock Mark | | | | 10/10/21 | 31310827 | 1,976 |
| Atkinson Livestock Mark | | | | 10/10/20 | 31312289 | 58,335 |
| Atkinson Livestock Mark | | | | 10/10/19 | 31314153 | 56,453 |
| Atkinson Livestock Mark | | | | 10/10/18 | 31311437 | 54,333 |
| Atkinson Livestock Mark | | | | 10/10/18 | 31312161 | 109,114 |
| Atkinson Livestock Mark | | | | 10/10/15 | 31314671 | 53,055 |
| Atkinson Livestock Mark | | | | 10/10/13 | 31314652 | 54,097 |
| Atkinson Livestock Mark | | | | 10/10/12 | 31314640 | 58,655 |
| Atkinson Livestock Mark | | | | 10/10/12 | 31314642 | 62,989 |
| Atkinson Livestock Mark | | | | 10/10/12 | 31314647 | 65,619 |
| Atkinson Livestock Mark | | | | 10/10/11 | 31314627 | 114,390 |
| Atkinson Livestock Mark | | | | 10/10/08 | 31314621 | 114,476 |
| Atkinson Livestock Mark | | | | 10/10/05 | 31314599 | 60,872 |
| Atkinson Livestock Mark | | | | 10/11/02 | 31310958 | 52,738 |
| Atkinson Livestock Mark | | | | 10/11/01 | 7310946 | 57,094 |
| Atkinson Livestock Mark | | | | 10/11/01 | 31310945 | 59,989 |
| Atkinson Livestock Mark | | | | 10/11/01 | 31310942 | 116,414 |
| Atkinson Livestock Mark | | | | 10/10/01 | 31312154 | 110,813 |
| Atkinson Livestock Mark | | | | 10/10/01 | 31312153 | 115,353 |
| Atkinson Livestock Mark | | | | 10/09/30 | 31312143 | 25,578 |
| **Atkinson Livestock Mark Total** | | P.O. Box 236 | Atkinson, IL 61235-0236 | | | 1,689,919 |
| | | | | | | |
| Atkinson Livestock Mkt. | | | | 10/10/28 | 2315131 | 110,105 |
| Atkinson Livestock Mkt. | | | | 10/10/27 | 13315128 | 55,132 |
| Atkinson Livestock Mkt. | | | | 10/10/27 | 13315520 | 108,624 |
| Atkinson Livestock Mkt. | | | | 10/10/26 | 2315486 | 56,676 |
| Atkinson Livestock Mkt. | | | | 10/10/26 | 2315487 | 57,508 |
| Atkinson Livestock Mkt. | | | | 10/10/25 | 3315607 | 53,013 |
| Atkinson Livestock Mkt. | | | | 10/10/22 | 2315571 | 56,409 |
| Atkinson Livestock Mkt. | | | | 10/10/22 | 15315483 | 122,023 |
| Atkinson Livestock Mkt. | | | | 10/10/12 | 15315182 | 54,815 |
| Atkinson Livestock Mkt. | | | | 10/10/12 | 15315258 | 55,082 |
| Atkinson Livestock Mkt. | | | | 10/10/12 | 15315174 | 55,456 |
| Atkinson Livestock Mkt. | | | | 10/11/03 | 13314942 | 51,084 |
| Atkinson Livestock Mkt. | | | | 10/11/03 | 13314936 | 52,036 |
| **Atkinson Livestock Mkt. Total** | | 22385 US Hwy 6 | Atkinson, IL 61235 | | | 887,961 |
| | | | | | | |
| Baca County Feed Yard | | | | 10/10/21 | 31314517 | 59,130 |

Eastern Livestock LLC  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Baca County Feed Yard | | | | 10/09/24 | 13312092 | 18,897 |
| Baca County Feed Yard | | | | 10/09/22 | 13304529 | 49,801 |
| Baca County Feed Yard | | | | 10/09/22 | 31312064 | 53,250 |
| Baca County Feed Yard | | | | 10/14/21 | 31310834 | 111,062 |
| Baca County Feed Yard | | | | 10/09/21 | 31312055 | 111,908 |
| Baca County Feed Yard | | | | 10/10/20 | 14314174 | 54,171 |
| Baca County Feed Yard | | | | 10/09/17 | 31310701 | 29,360 |
| Baca County Feed Yard | | | | 10/09/17 | 13304489 | 56,244 |
| Baca County Feed Yard | | | | 10/09/15 | 13305108 | 59,366 |
| Baca County Feed Yard | | | | 10/10/14 | 31314667 | 49,205 |
| Baca County Feed Yard | | | | 10/10/13 | 13315669 | 53,040 |
| Baca County Feed Yard | | | | 10/10/13 | 31314313 | 58,449 |
| Baca County Feed Yard | | | | 10/10/12 | 31314645 | 53,717 |
| Baca County Feed Yard | | | | 10/10/05 | 14314468 | 129,452 |
| Baca County Feed Yard | | | | 10/10/04 | 31NB1004 | 22,873 |
| Baca County Feed Yard | | | | 10/10/01 | 31312157 | 58,567 |
| Baca County Feed Yard | | | | 10/10/01 | 14314264 | 66,597 |
| Baca County Feed Yard | | | | 10/10/41 | 31312156 | 48,500 |
| **Baca County Feed Yard Total** | | 45445 Highway 160 | Walsh, CO 81090 | | | 1,143,588 |
| | | | | | | |
| Bar K Cattle | | | | 10/11/03 | 31310555 | 54,241 |
| **Bar K Cattle Total** | | 1275 7th Ave | Sioux Center, IA 51250 | | | 54,241 |
| | | | | | | |
| Bart Houser | | | | | | 453 |
| **Bart Houser Total** | | P.O. Box 570 | Okolona, MS 38860 | | | 453 |
| | | | | | | |
| Beef Marketing Group Co | | | | 10/10/20 | 05312177 010 | 1,302 |
| Beef Marketing Group Co | | | | 10/10/16 | 35314698 | 66,297 |
| Beef Marketing Group Co | | | | 10/10/13 | 35314320 | 221,857 |
| Beef Marketing Group Co | | | | 10/11/08 | 35310556 | 10,960 |
| Beef Marketing Group Co | | | | 10/11/03 | 35310979 | 53,330 |
| Beef Marketing Group Co | | | | 10/11/03 | 35310975 | 61,028 |
| Beef Marketing Group Co | | | | 10/11/03 | 35310977 | 106,942 |
| Beef Marketing Group Co | | | | 10/11/01 | 05310932 011 | 2,064 |
| Beef Marketing Group Co | | | | 10/11/01 | 05310934 011 | 3,350 |
| Beef Marketing Group Co | | | | 10/11/01 | 05310931 011 | 3,792 |
| Beef Marketing Group Co | | | | 10/11/01 | 35310935 | 102,289 |
| **Beef Marketing Group Co Total** | | PO Box 1506 | Great Bend, KS 67530 | | | 633,210 |
| | | | | | | |
| Bellar Feedlots, Inc. | | | | 10/11/01 | 7310551 | 106,474 |
| **Bellar Feedlots, Inc. Total** | | PO Box 1506 | Great Bend, KS 67530 | | | 106,474 |
| | | | | | | |
| Ben Delworth | | | | | | 1,913 |
| **Ben Delworth Total** | | | Okolona, MS | | | 1,913 |
| | | | | | | |
| Ben Rhodes | | | | 10/10/20 | 25248329 | 42,104 |
| **Ben Rhodes Total** | | 13869 N Rd 90W | Selden, KS 67757 | | | 42,104 |
| | | | | | | |
| Big Drive Cattle LLC | | | | 10/09/21 | 28304527 | 99,763 |
| **Big Drive Cattle LLC Total** | | 3701 190th Ave | Cedar Rapids, NE 68627 | | | 99,763 |
| | | | | | | |
| Bill Chase | | | | 10/10/28 | 13280472 | 8,342 |
| Bill Chase | | | | 10/09/21 | 13312480 | 168,371 |
| Bill Chase | | | | 10/08/20 | 13311749 | 113,068 |
| Bill Chase | | | | 10/11/02 | 13314918 | 3,285 |
| **Bill Chase Total** | P O Box 2038 | 1157 Harry King Rd. | Glasgow, KY 42142-2038 | | | 293,066 |
| | | | | | | |
| Bill Courter | | | | 10/10/29 | 2314908 | 82,845 |
| Bill Courter | | | | 10/11/03 | 2316523 | 81,476 |
| **Bill Courter Total** | Wm. Courter Farms Inc | 10068 N Luce Rd | Alma, MI 48801 | | | 164,321 |
| | | | | | | |
| Bill Eberle | | | | 10/10/22 | 2315485 | 273,202 |
| **Bill Eberle Total** | | 2876 E 800 N | Pine Village, IN 47975 | | | 273,202 |
| | | | | | | |
| Blue Grass South | | | | 10/10/29 | 15315548 | 519 |
| Blue Grass South | | | | 10/10/29 | 13314904 | 4,037 |
| **Blue Grass South Total** | Livestock Market, LLC. | P.O. Box 438 | Stanford, KY 40484 | | | 4,556 |
| | | | | | | |
| Blue Grass Stockyards C | | | | 10/11/02 | 15315265 | 2,545 |

**Eastern Livestock LLC**  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| **Blue Grass Stockyards C Total** | | P.O. Box 1023 | Lexington, KY 40588 | | | 2,545 |
| | | | | | | |
| Bluegrass Stockyards Ea | | | | 10/10/29 | 13314905 | 6,998.13 |
| **Bluegrass Stockyards Ea Total** | | P.O. Box 765 | Mt Sterling, KY 40353 | | | 6,998.13 |
| | | | | | | |
| Bob Foote | | | | 10/10/29 | 31310927 | 189,033 |
| Bob Foote | | | | 10/10/27 | 31310509 | (80) |
| Bob Foote | | | | 10/11/02 | 31310542 | 21,116 |
| Bob Foote | | | | 10/11/02 | 31310540 | 30,777 |
| Bob Foote | | | | 10/11/02 | 31310538 | 46,460 |
| Bob Foote | | | | 10/11/02 | 31310544 | 48,233 |
| Bob Foote | | | | 10/11/02 | 31314372 | 51,452 |
| Bob Foote | | | | 10/11/02 | 31310547 | 52,661 |
| Bob Foote | | | | 10/11/02 | 31310545 | 53,229 |
| Bob Foote | | | | 10/11/02 | 31310548 | 53,726 |
| Bob Foote | | | | 10/11/02 | 31310543 | 57,934 |
| Bob Foote | | | | 10/11/02 | 31310539 | 58,770 |
| Bob Foote | | | | 10/11/02 | 31314373 | 107,654 |
| Bob Foote | | | | 10/11/01 | 31310554 | 55,812 |
| Bob Foote | | | | 10/11/01 | 31310553 | 65,617 |
| Bob Foote | | | | 10/11/01 | 31310549 | 117,429 |
| **Bob Foote Total** | | 14100 W 223rd St | Bucyrus, KS 66013 | | | 1,009,826 |
| | | | | | | |
| Brandon Maggard | | | | 10/10/27 | 28315118 | 21,440 |
| **Brandon Maggard Total** | | 11085 Co Rd | Carthage, MO 64836 | | | 21,440 |
| | | | | | | |
| Brian Lovell | | | | 10/11/03 | 2316527 | 267 |
| **Brian Lovell Total** | | 8394 Tandy Ln | Lanesville, IN 47136 | | | 267 |
| | | | | | | |
| Bryan Gorder | | | | 10/09/30 | 2295954 | 52,284 |
| **Bryan Gorder Total** | | 2475 Sioux Ave | Garner, IA 50348 | | | 52,284 |
| | | | | | | |
| Bryan Mosier | | | | 10/10/25 | 31310662 | 113,199 |
| Bryan Mosier | | | | 10/10/22 | 31310840 | 54,918 |
| **Bryan Mosier Total** | Central Bank And Trust Co | 814 SE 50 Rd | Ellinwood, KS 67526 | | | 168,117 |
| | | | | | | |
| Bud Heine | | | | 10/11/03 | 7314380 | 108,732 |
| Bud Heine | | | | 10/11/01 | 7310536 | 61,335 |
| **Bud Heine Total** | | 412 Sterling Street | Vermillion, SD 57069 | | | 170,066 |
| | | | | | | |
| Buffalo Feeders | | | | 10/09/29 | 24290793 | 7,255 |
| **Buffalo Feeders Total** | | P.O. Box 409 | Buffalo, OK 73834 | | | 7,255 |
| | | | | | | |
| C & M Cattle | | | | 10/10/29 | 31310923 | 54,190 |
| C & M Cattle | | | | 10/10/28 | 13315133 | 51,989 |
| C & M Cattle | | | | 10/10/28 | 14314251 | 61,740 |
| C & M Cattle | | | | 10/10/25 | 14314219 | 59,586 |
| C & M Cattle | | | | 10/10/22 | 31316245 | 3,944 |
| C & M Cattle | | | | 10/11/03 | 31316114 | 63,245 |
| C & M Cattle | | | | 10/11/03 | 13314934 | 103,080 |
| C & M Cattle | | | | 10/11/01 | 31316083 | 36,068 |
| **C & M Cattle Total** | | P.O. Box 67 | Boise City, OK 73933 | | | 433,843 |
| | | | | | | |
| Cactus Feeders, Inc. | | | | 10/10/29 | 31316061 | 444 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316098 | 52,531 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316096 | 52,834 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316101 | 53,984 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316100 | 54,982 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316102 | 85,866 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316097 | 101,973 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316099 | 109,822 |
| Cactus Feeders, Inc. | | | | 10/11/02 | 31316103 | 114,062 |
| Cactus Feeders, Inc. | | | | 10/11/01 | 31316077 | 47,387 |
| Cactus Feeders, Inc. | | | | 10/11/01 | 31316080 | 52,039 |
| **Cactus Feeders, Inc. Total** | | P.O. Box 3050 | Amarillo, TX 79116-3050 | | | 725,923 |
| | | | | | | |
| Cattlco | | | | 10/11/02 | 31310959 | 107,362 |
| **Cattlco Total** | Suite 450 | 775 Ridge Lake Blvd | Memphis, TN 38120 | | | 107,362 |

**Eastern Livestock LLC**  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Cattle Empire | | | | 10/09/24 | 24290775 | 5,437 |
| Cattle Empire | | | | 10/10/02 | 24290834 | 5,633 |
| **Cattle Empire Total** | | 1174 Empire Circle | Satanta, KS 67870 | | | 11,071 |
| | | | | | | |
| Chad Baker | | | | 10/11/29 | 02316120 | 19,403 |
| Chad Baker | | | | 10/11/03 | 2316526 | 35,666 |
| Chad Baker | | | | 10/11/02 | 248332 | 1,131 |
| **Chad Baker Total** | | 11755 North Tobacco Landing | Laconia, IN 47135 | | | 56,200 |
| | | | | | | |
| Chad Houck | | | | | | 23,526 |
| **Chad Houck Total** | | | | | | 23,526 |
| | | | | | | |
| Cimarron Feeders, Inc. | | | | 10/10/29 | 31316058 | 270,246 |
| **Cimarron Feeders, Inc. Total** | | Route 1, Box 59 | Texhoma, OK 73949 | | | 270,246 |
| | | | | | | |
| Circle 3 Feedyard | | | | 10/10/29 | 32284802 | 49,430 |
| **Circle 3 Feedyard Total** | | | | | | 49,430 |
| | | | | | | |
| Colton Downey | | | | 10/11/03 | 13280475 | 471 |
| **Colton Downey Total** | c/o Bobby Downey | P O Box 88 | Columbia, KY 42728 | | | 471 |
| | | | | | | |
| Corey Kay | | | | 10/10/08 | 24290874 | 13,337 |
| Corey Kay | | | | 10/10/08 | 24290873 | 34,358 |
| Corey Kay | | | | 10/10/06 | 24290853 | 25,045 |
| Corey Kay | | | | 10/10/06 | 24290854 | 28,943 |
| Corey Kay | | | | 10/10/02 | 24290837 | 31,891 |
| **Corey Kay Total** | | HC 64 Box 52 | Coldwater, KS 67029 | | | 133,575 |
| | | | | | | |
| CPC Livestock | | | | 10/11/03 | 13314941 | 10,470 |
| **CPC Livestock Total** | Farm Credit Services | 13196 Holland Road | Fountain Run, KY 42133 | | | 10,470 |
| | | | | | | |
| Dave Wingo | | | | | | 53,321 |
| **Dave Wingo Total** | & National Livestock Credit Co | 4231 North 371 Rd | Holdenville, OK 74848 | | | 53,321 |
| | | | | | | |
| David Peterson | | | | 10/10/28 | 7310521 | 62,408 |
| David Peterson | | | | 10/10/25 | 7316281 | 50,498 |
| **David Peterson Total** | | 763 10th Road | West Point, NE 68788 | | | 112,906 |
| | | | | | | |
| Dean Cluck Cattle | | | | | | 53,321 |
| **Dean Cluck Cattle Total** | | HCR 3, Box 47 | Gruver, TX 79040 | | | 53,321 |
| | | | | | | |
| Demaio Farm | | | | | | 170,519 |
| **Demaio Farm Total** | PCA Of Southern New Mexico | 1198 Crt | Clovis, NM 88101 | | | 170,519 |
| | | | | | | |
| Demaio Farm & Ranch | | | | 10/10/15 | 24290922 | 52,790.64 |
| Demaio Farm & Ranch | | | | 10/09/15 | 24307828 | 2,000 |
| Demaio Farm & Ranch | | | | 10/10/12 | 24290892 | 57,776 |
| Demaio Farm & Ranch | | | | 10/11/08 | 24307949 | 60 |
| **Demaio Farm & Ranch Total** | PCA Of Southern New Mexico | 1198 Crt | Clovis, NM 88101 | | | 112,627 |
| | | | | | | |
| Dennis Spressor | | | | 10/10/22 | 25248322 | 34,730 |
| Dennis Spressor | | | | 10/11/05 | 25248334 | 10,271 |
| Dennis Spressor | | | | 10/11/05 | 25248335 | 44,920 |
| Dennis Spressor | | | | 10/10/30 | 25248327 | 4,915 |
| **Dennis Spressor Total** | | | Hoxie, KS | | | 94,836 |
| | | | | | | |
| Diamond Cattle Feeders | | | | 10/09/23 | 24290754 | 8,442 |
| **Diamond Cattle Feeders Total** | | 3794 County Road I | Hereford, TX 79045 | | | 8,442 |
| | | | | | | |
| Dimmitt Feedyard, L.L.C. | | | | 10/11/01 | 24307930 | 53,359 |
| **Dimmitt Feedyard, L.L.C. Total** | | P.O. Box 638 | Dimmitt, TX 79027 | | | 53,359 |
| | | | | | | |
| Don Stallaumer | | | | 10/09/29 | 13295942 | 10,045 |
| **Don Stallaumer Total** | | 1832 Utah Road | Frankfort, KS 66427 | | | 10,045 |
| | | | | | | |
| Douglas D. Sunderman | | | | 10/10/28 | 2315541 | 107,978 |
| Douglas D. Sunderman | | | | 10/08/09 | 10362 S001 | (2,430) |
| Douglas D. Sunderman | | | | 10/11/03 | 15316530 | 57,816 |
| Douglas D. Sunderman | | | | 10/11/02 | 15315260 | 168,283 |

Eastern Livestock LLC  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| **Douglas D. Sunderman Total** | Renee L. Sunderman | 83386 556th Ave | Norfolk, NE 68701 | | | 331,647 |
| | | | | | | |
| Dr Daniels III | | | | 10/11/05 | 22291256 | 34,373 |
| **Dr Daniels III Total** | | 548 NW 50th Dr | Okeechobee, FL 34972 | | | 34,373 |
| | | | | | | |
| Dr. James Boyer | | | | | | 7,548 |
| **Dr. James Boyer Total** | | P.O. Box 551 | Houston, MS 38851 | | | 7,548 |
| | | | | | | |
| DS Farms | | | | 10/10/12 | 15315185 | 6,463 |
| DS Farms | | | | 10/11/03 | 15315274 | 1,897 |
| **DS Farms Total** | | 4840 New Haven Road | Bardstown, KY 40004 | | | 8,360 |
| | | | | | | |
| Dudley Waldrop | | | | | | 6,667 |
| **Dudley Waldrop Total** | National Bank Of Commerce | Rockhill Road | Starkville, MS 39759 | | | 6,667 |
| | | | | | | |
| Dusty Spressor | | | | 10/11/05 | 25248336 | 23,968 |
| **Dusty Spressor Total** | | | Selden, KS | | | 23,968 |
| | | | | | | |
| Dwayne Loy | | | | 10/11/03 | 13280483 | 15,164 |
| **Dwayne Loy Total** | | P O Box 2 | Glensfork, KY 42741 | | | 15,164 |
| | | | | | | |
| E4 Cattle Company | | | | 10/09/29 | 24290804 | 55,399 |
| E4 Cattle Company | | | | | | 160,768 |
| E4 Cattle Company | | | | | | 14,000 |
| **E4 Cattle Company Total** | James Ed Edens IV | P.O. Box 55 | Okolona, MS 38860 | | | 230,167 |
| | | | | | | |
| Ecco I LLC | | | | 10/11/03 | 13314940 | 52,438 |
| Ecco I LLC | | | | 10/10/26 | 2315490 | 53,094 |
| Ecco I LLC | | | | 10/10/26 | 2315491 | 56,711 |
| Ecco I LLC | | | | 10/11/02 | 2315259 | 49,885 |
| **Ecco I LLC Total** | | 14111 Co Rd 2 | Wiggins, CO 80654 | | | 212,128 |
| | | | | | | |
| Ed Edens Farms | | | | 10/10/09 | 24290886 | 12,513 |
| **Ed Edens Farms Total** | | PO Box 570 | Okolona, MS 38860 | | | 12,513 |
| | | | | | | |
| Ed Edens IV | | | | 10/09/29 | 24290773 009 | 10,452 |
| Ed Edens IV | | | | 10/09/24 | 24290766 | 5,397 |
| Ed Edens IV | | | | 10/09/22 | 24290725 | 50,736 |
| Ed Edens IV | | | | 10/09/22 | 24290726 | 59,987 |
| Ed Edens IV | | | | 10/10/21 | 24290947 | 87,324 |
| Ed Edens IV | | | | 10/10/21 | 24290948 | 87,859 |
| Ed Edens IV | | | | 10/10/21 | 24307559 | 90,014 |
| Ed Edens IV | | | | 10/10/21 | 24290946 | 95,075 |
| Ed Edens IV | | | | 10/10/21 | 24307862 | 97,200 |
| Ed Edens IV | | | | 10/10/21 | 24307842 | 97,491 |
| Ed Edens IV | | | | 10/10/21 | 24290950 | 100,984 |
| Ed Edens IV | | | | 10/10/21 | 24290949 | 103,234 |
| Ed Edens IV | | | | 10/10/21 | 24307857 | 106,424 |
| Ed Edens IV | | | | 10/09/21 | 24290721 | 12,001 |
| Ed Edens IV | | | | 10/10/19 | 24290942 | 52,757 |
| Ed Edens IV | | | | 10/10/19 | 24290938 | 89,528 |
| Ed Edens IV | | | | 10/10/19 | 24290943 | 96,024 |
| Ed Edens IV | | | | 10/10/19 | 24290940 | 98,753 |
| Ed Edens IV | | | | 10/10/19 | 24290939 | 124,630 |
| Ed Edens IV | | | | 10/10/19 | 24290941 | 153,975 |
| Ed Edens IV | | | | 10/10/13 | 24290900 | 45,591 |
| Ed Edens IV | | | | 10/10/13 | 24290898 | 84,630 |
| Ed Edens IV | | | | 10/10/13 | 24290901 | 110,495 |
| Ed Edens IV | | | | 10/10/13 | 24290899 | 118,515 |
| Ed Edens IV | | | | 10/10/13 | 24290897 | 122,492 |
| Ed Edens IV | | | | 10/11/03 | 24NB1103 RE | (206,822) |
| Ed Edens IV | | | | 10/11/01 | 24307934 | 80,302 |
| Ed Edens IV | | | | 10/11/01 | 24307936 | 101,150 |
| Ed Edens IV | | | | 10/11/01 | 24307933 | 110,005 |
| Ed Edens IV | | | | 10/11/01 | 24307935 | 155,323 |
| Ed Edens IV | | | | 10/09/30 | 24290821 | 11,990 |
| **Ed Edens IV Total** | 4724 Hwy 32 | P.O. Box 570 | Okolona, MS 38860 | | | 2,353,516 |
| | | | | | | |
| Eric Doll | | | | 10/11/05 | 25248339 | 7,143 |

**Eastern Livestock LLC**  
Accounts Receivable Report  
As of December 6, 2010  

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| **Eric Doll Total** | | 5355 N Doll Road | Ingalls, KS 67853 | | | 7,143 |
| | | | | | | |
| Faith Cattle Co. | | | | 10/09/29 | 24290802 | 6,326 |
| Faith Cattle Co. | | | | 10/09/29 | 24290805 | 45,948 |
| Faith Cattle Co. | | | | 10/09/29 | 24290801 | 60,654 |
| Faith Cattle Co. | | | | 10/09/23 | 24290736 | 10,553 |
| **Faith Cattle Co. Total** | | 409 CR 6 | Black, AL 36314 | | | 123,480 |
| | | | | | | |
| Feller & Company | | | | 10/09/28 | 28296092 | 58,833 |
| **Feller & Company Total** | | P.O. Box 784 | Wisner, NE 68791 | | | 58,833 |
| | | | | | | |
| Five Rivers Cattle Feed | | | | 10/10/29 | 31310921 | 3,836 |
| Five Rivers Cattle Feed | | | | 10/10/25 | 31315600 | 51,427 |
| Five Rivers Cattle Feed | | | | 10/10/19 | 11462 001 | (12,120) |
| Five Rivers Cattle Feed | | | | 10/08/16 | 31310112 | 106,666 |
| Five Rivers Cattle Feed | | | | 10/08/12 | 31310069 | 36,853 |
| Five Rivers Cattle Feed | | | | 10/08/12 | 31310070 | 103,150 |
| Five Rivers Cattle Feed | | | | 10/11/03 | 13314944 | 54,916 |
| Five Rivers Cattle Feed | | | | 10/11/03 | 15315386 | 63,854 |
| Five Rivers Cattle Feed | | | | 10/10/03 | 31296124 | 895 |
| Five Rivers Cattle Feed | | | | 10/11/02 | 31310968 | 1,878 |
| Five Rivers Cattle Feed | | | | 10/11/02 | 31310967 | 52,789 |
| Five Rivers Cattle Feed | | | | 10/11/02 | 15315269 | 53,372 |
| Five Rivers Cattle Feed | | | | 10/11/02 | 31310956 | 64,130 |
| Five Rivers Cattle Feed | | | | 10/11/01 | 31310941 | 24,630 |
| Five Rivers Cattle Feed | | | | 10/11/01 | 31314366 | 56,762 |
| Five Rivers Cattle Feed | | | | 10/11/01 | 31310939 | 95,518 |
| Five Rivers Cattle Feed | | | | 10/11/01 | 31310936 | 96,478 |
| Five Rivers Cattle Feed | | | | 10/11/01 | 31314364 | 104,767 |
| Five Rivers Cattle Feed | | | | 10/11/01 | 31310938 | 156,529 |
| Five Rivers Cattle Feed | | | | 10/11/01 | 31310937 | 211,502 |
| Five Rivers Cattle Feed | | | | 10/11/30 | 13316121 | 48,170 |
| Five Rivers Cattle Feed | | | | 10/11/30 | 13316122 | 52,424 |
| **Five Rivers Cattle Feed Total** | Yuma Feedlot | 38002 County Road North | Yuma, CO 80759 | | | 1,428,423 |
| | | | | | | |
| Five Rivers Cattle Feed (Kuner) | | | | 10/10/2$ | 31310882 010 | 3,532 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/10/27 | 31310876 010 | 12 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/10/27 | 31310883 010 | 2,110 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/10/26 | 31312178 010 | 4,242 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/10/13 | 13315668 | 53,912 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/11/03 | 31314369 | 51,247 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/11/03 | 31314370 | 108,287 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/11/02 | 31310876 011 | 793 |
| Five Rivers Cattle Feed (Kuner) | | | | 10/11/01 | 31310550 | 102,879 |
| **Five Rivers Cattle Feed (Kuner) Total** | Kuner Feedlot | 28625 US Hwy 34 | Kersey, CO 80644 | | | 327,015 |
| | | | | | | |
| Francis J. Madison | | | | 10/08/27 | | 3,363 |
| Francis J. Madison | | | | 10/10/09 | | 53,402.55 |
| Francis J. Madison | | | | 10/09/08 | | 56,724 |
| Francis J. Madison | | | | 10/10/07 | | 51,856.32 |
| **Francis J. Madison Total** | Farmers State Bank | 1945 215th Street | Fort Scott, KS 66701 | | | 165,345.60 |
| | | | | | | |
| Fred Smith | | | | 10/03/16 | | 110,457 |
| **Fred Smith Total** | % C & S Livestock | 29186 St Hwy 115 | Lawton, OK 73507 | | | 110,457 |
| | | | | | | |
| Friona Industries, L.P. | | | | 10/09/29 | 13295934 | 733 |
| Friona Industries, L.P. | | | | 10/10/28 | 31310870 | 45,466 |
| Friona Industries, L.P. | | | | 10/10/28 | 31310910 | 50,087 |
| Friona Industries, L.P. | | | | 10/10/28 | 31310915 | 55,532 |
| Friona Industries, L.P. | | | | 10/10/28 | 31316054 | 105,984 |
| Friona Industries, L.P. | | | | 10/10/27 | 31310900 | 49,880 |
| Friona Industries, L.P. | | | | 10/10/27 | 31316040 | 111,285 |
| Friona Industries, L.P. | | | | 10/11/03 | 13314948 | 48,681 |
| Friona Industries, L.P. | | | | 10/11/03 | 13314931 | 49,601 |
| Friona Industries, L.P. | | | | 10/11/03 | 15316522 | 52,819 |
| Friona Industries, L.P. | | | | 10/11/03 | 13314943 | 55,648 |
| Friona Industries, L.P. | | | | 10/11/02 | 31310971 | (4,200) |
| Friona Industries, L.P. | | | | 10/11/02 | 31310960 | 44,673 |
| Friona Industries, L.P. | | | | 10/11/02 | 2315255 | 50,867 |

**Eastern Livestock LLC**  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Friona Industries, L.P. | | | | 10/11/02 | 31310974 | 51,319 |
| Friona Industries, L.P. | | | | 10/11/02 | 31310972 | 56,441 |
| Friona Industries, L.P. | | | | 10/11/01 | 31316295 | 51,485 |
| Friona Industries, L.P. | | | | 10/11/01 | 31316297 | 230,753 |
| **Friona Industries, L.P. Total** | 500 S Taylor | P.O. Box 15568 | Amarillo, TX 79105 | | | 1,107,053 |
| | | | | | | |
| Frontera Feedyard | | | | 10/11/02 | 24307939 | 51,066 |
| **Frontera Feedyard Total** | | | Muleshoe, TX | | | 51,066 |
| | | | | | | |
| Frontier Feeders | | | | 10/10/23 | 24307871 | 23,462 |
| Frontier Feeders | | | | 10/10/23 | 24307372 | 43,904 |
| Frontier Feeders | | | | 10/10/20 | 24307845 | 25,307 |
| Frontier Feeders | | | | 10/10/19 | 24290944 | 28,534 |
| Frontier Feeders | | | | 10/10/18 | 24290937 | 53,869 |
| Frontier Feeders | | | | 10/10/15 | 24290923 | 27,841 |
| Frontier Feeders | | | | 10/10/14 | 24290911 | 23,511 |
| Frontier Feeders | | | | 10/10/14 | 24290913 | 24,494 |
| Frontier Feeders | | | | 10/10/14 | 2429091 | 26,375 |
| Frontier Feeders | | | | 10/10/11 | 24290936 | 25,668 |
| **Frontier Feeders Total** | | HCR 3, Box 37 | Spearman, TX 79081 | | | 302,966 |
| | | | | | | |
| Ganado, Inc | | | | 10/11/03 | 27193215 | 228,027 |
| **Ganado, Inc Total** | | P.O. Box 713 | Grand Island, NE 68802 | | | 228,027 |
| | | | | | | |
| Gary Laib | | | | 10/11/03 | 7314378 | 104,917 |
| **Gary Laib Total** | | 28141 397th Ave | Armour, SD 57317 | | | 104,917 |
| | | | | | | |
| Gary Robinson | | | | 10/11/0? | 15316525 | 19,292 |
| **Gary Robinson Total** | | 3309 Richland Church Rd | Morgantown, KY 42261 | | | 19,292 |
| | | | | | | |
| Gary Seals | | | | 10/10/28 | 16316041 | 40,156 |
| Gary Seals | | | | 10/10/27 | 15315509 | 26,844 |
| Gary Seals | | | | 10/10/27 | 16314239 | 46,737 |
| Gary Seals | | | | 10/10/27 | 16314253 | 53,255 |
| Gary Seals | | | | 10/10/26 | 16314224 | 32,764 |
| **Gary Seals Total** | | P.O. Box 935 | Dunlap, TN 37327 | | | 199,756 |
| | | | | | | |
| Gibson Farms, L.L.C. | | | | 10/11/02 | 2315264 | 13,722.79 |
| Gibson Farms, L.L.C. | | | | 10/11/00 | 02315261 011 | 290.80 |
| **Gibson Farms, L.L.C. Total** | | 534 Justice Lane | Providence, KY 42450 | | | 14,013.59 |
| | | | | | | |
| Glenn Franklin | | | | 10/11/03 | 2316529 | 62,099 |
| Glenn Franklin | | | | 10/11/02 | 2315257 | 63,503 |
| **Glenn Franklin Total** | PCA Of Eastern New Mexico | Box 703 | House, NM 88121 | | | 125,602 |
| | | | | | | |
| Glover Farms | | | | | | 414,614 |
| **Glover Farms Total** | | P.O. Box 5664 | Pine Bluff, AR 71611 | | | 414,614 |
| | | | | | | |
| Harlan Feeders, Inc. | | | | 10/11/02 | 20314919 | 97,869 |
| **Harlan Feeders, Inc. Total** | | 71125 L. Road | Orleans, NE 68966 | | | 97,869 |
| | | | | | | |
| Harry Shelton | | | | 10/11/04 | 13280487 | 75,655 |
| **Harry Shelton Total** | | 315 M.G. England Road | Manchester, TN 37355 | | | 75,655 |
| | | | | | | |
| Henry C Hitch Feedlot, Inc. | | | | 10/09/29 | 24290780 | 3,444 |
| Henry C Hitch Feedlot, Inc. | | | | 10/09/15 | 24307821 | 5,303 |
| **Henry C Hitch Feedlot, Inc. Total** | Hitch 1 | P.O. Box 1559 | Guymon, OK 73942 | | | 8,747 |
| | | | | | | |
| Heritage Feeders | | | | 10/08/06 | 11208 001 | (7,980) |
| Heritage Feeders | | | | 10/11/04 | 31310952 011 | 5,081 |
| Heritage Feeders | | | | 10/11/03 | 13314945 | 50,118 |
| Heritage Feeders | | | | 10/11/03 | 13314946 | 51,114 |
| Heritage Feeders | | | | 10/10/02 | 31315146 | 28,080 |
| **Heritage Feeders Total** | PO Box 2410 | 123 Robert S. Kerr Ave | Oklahoma City, OK 73101 | | | 126,414 |
| | | | | | | |
| High Plains Feedlot | | | | 10/10/13 | 13315676 | 49,368 |
| **High Plains Feedlot Total** | | 21258 County Rd. CC | La Junta, CO 81050 | | | 49,368 |
| | | | | | | |
| Hohenberger Cattle | | | | 10/11/03 | 24307944 | 97,797 |

**Eastern Livestock LLC**  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Hohenberger Cattle | | | | 10/11/03 | 24307943 | 151,316 |
| Hohenberger Cattle | | | | 10/11/01 | 24307937 | 158,494 |
| Hohenberger Cattle | | | | 10/11/01 | 24307928 | 161,366 |
| **Hohenberger Cattle Total** | | 200 Hillcrest Drive | Stephenville, TX 76401 | | | 568,973 |
| | | | | | | |
| J & S Feedlots Inc. | | | | 10/11/02 | 29314921 | 59,613 |
| **J & S Feedlots Inc. Total** | Steve Ruskamp | 1747 Co. Road West | Dodge, NE 68633 | | | 59,613 |
| | | | | | | |
| J Bar H Cattle | | | | | | 83,807 |
| **J Bar H Cattle Total** | | PO Box 510 4433 CR5 | Hereford, TX 79045 | | | 83,807 |
| | | | | | | |
| J T Nuckols | | | | 10/10/28 | 2315538 | 48,173 |
| J T Nuckols | | | | 10/09/23 | 2296166 | 33,544 |
| J T Nuckols | | | | 10/10/21 | 2315481 | 50,227 |
| J T Nuckols | | | | 10/10/14 | 2315207 | 62,215 |
| J T Nuckols | | | | 10/10/07 | 2295975 | 58,512 |
| J T Nuckols | | | | 10/11/03 | 2315388 | 63,969 |
| J T Nuckols | | | | 10/09/30 | 2295947 | 38,965 |
| **J T Nuckols Total** | First State Bank | 1800 West St Highway 217 | Canyon, TX 79015 | | | 355,605 |
| | | | | | | |
| Jacob Larson | | | | 10/11/05 | 2291252 | 14,548 |
| **Jacob Larson Total** | | 9996 Hwy 98 N | Okeechobee, FL 34932 | | | 14,548 |
| | | | | | | |
| Jake Johns | | | | | | 900 |
| **Jake Johns Total** | | | Shannon, MS | | | 900 |
| | | | | | | |
| James Ed Edens & Lee Ed | | | | 10/09/18 | 24290708 | 57,274 |
| **James Ed Edens & Lee Ed Total** | | P.O. Box 55 | Okolona, MS 38860 | | | 57,274 |
| | | | | | | |
| James Perschbacher | | | | 10/10/29 | 31310924 | 49,780 |
| James Perschbacher | | | | 10/11/03 | 31314385 | 51,451 |
| James Perschbacher | | | | 10/11/02 | 31316093 | 102,445 |
| James Perschbacher | | | | 10/11/02 | 31310965 | 102,908 |
| James Perschbacher | | | | 10/11 /01 | 31316085 | 39,741 |
| James Perschbacher | | | | 10/10/30 | 31315376 | 46,225 |
| **James Perschbacher Total** | 12117 Fm 2244 | Bldg. 1 Suite 202 | Austin, TX 78738 | | | 392,551 |
| | | | | | | |
| Janousek Farms | | | | 10/10/29 | 7310523 | 9,675 |
| **Janousek Farms Total** | | 36982 US Hwy 18 | Fairfax, SD 57335 | | | 9,675 |
| | | | | | | |
| Jeremy Coffey | | | | 10/10/27 | 13280437 | 1,007 |
| Jeremy Coffey | | | | 10/10/20 | 13280456 | 2,288 |
| Jeremy Coffey | | | | 10/11/03 | 13283480 | 3,236 |
| **Jeremy Coffey Total** | | 6205 Greensburg Rd | Columbia, KY 42728 | | | 6,531 |
| | | | | | | |
| Jerry Thompson | | | | 10/10/27 | 14306745 | 54,783 |
| **Jerry Thompson Total** | Chisholm Trail Farm Credit | 320 E. Nebraska | Walters, OK 73572 | | | 54,783 |
| | | | | | | |
| JF Cattle | | | | 10/10/29 | 31310528 | 48,558 |
| JF Cattle | | | | 10/10/29 | 31310526 | 49,589 |
| JF Cattle | | | | 10/11/04 | 31NB1104 | (6,200) |
| JF Cattle | | | | 10/10/30 | 31315380 | 61,371 |
| **JF Cattle Total** | | 729 CR 116 | Houston, MS 38851 | | | 153,318 |
| | | | | | | |
| Jim Roy Wells Cattle | | | | 10/10/30 | 24307918 | 1,513 |
| **Jim Roy Wells Cattle Total** | First National Bk, Hereford | 2217 US Highway 60 | Friona, TX 79035 | | | 1,513 |
| | | | | | | |
| Jim Woods | | | | 10/09/01 | 24307724 | 142,230.66 |
| **Jim Woods Total** | J\4 Ranch | Rt. 6 | Paris, TX 75460 | | | 142,230.66 |
| | | | | | | |
| Joe Thompson | | | | 10/10/27 | 14306744 | 87,134 |
| Joe Thompson | | | | 10/10/19 | 14306732 | 121,218 |
| **Joe Thompson Total** | Walters Bank & Trust | 320 E Nebraska | Walters, OK 73572 | | | 208,352 |
| | | | | | | |
| JVCO, LLC | | | | 10/11/03 | 31310982 | 62,765 |
| **JVCO, LLC Total** | | 11347 Business Park Circle | Firestone, CO 80504 | | | 62,765 |
| | | | | | | |
| Kelly Hostetler | | | | 10/09/23 | 31312068 | 1,950 |
| **Kelly Hostetler Total** | & Old Missouri Bank | 155 Foose Rd | Buffalo, MO 65622 | | | 1,950 |

**Eastern Livestock LLC**  
Accounts Receivable Report  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Kenny Ogden | | | | 10/10/27 | 28315116 | 9,428 |
| Kenny Ogden | | | | 10/10/27 | 28315117 | 26,720 |
| Kenny Ogden | | | | 10/10/26 | 28315111 | 9,405 |
| Kenny Ogden | | | | 10/10/26 | 28315110 | 64,895 |
| Kenny Ogden | | | | 10/10/20 | 28315559 | 54,750 |
| Kenny Ogden | | | | 10/10/19 | 28315690 | 126,321 |
| Kenny Ogden | | | | 10/11/02 | 28314924 | 53,734 |
| Kenny Ogden | | | | 10/11/02 | 28314925 | 56,591 |
| Kenny Ogden | | | | 10/11/02 | 28314920 | 122,158 |
| **Kenny Ogden Total** | | 1050 W Dade 72 | Lockwood, MO 65682 | | | 524,001 |
| Kevin Smith | | | | 10/11/02 | 35310957 | 156,315 |
| **Kevin Smith Total** | | 111 W Morris St | Seymour, TX 76380 | | | 156,315 |
| Kirkland Feedyards Inc. | | | | 10/10/29 | 24307907 | 6,375 |
| Kirkland Feedyards Inc. | | | | 10/10/28 | 24307898 | 4,875 |
| Kirkland Feedyards Inc. | | | | 10/10/07 | 24290863 | 23,777 |
| Kirkland Feedyards Inc. | | | | 10/10/30 | 24307919 | 14,784 |
| **Kirkland Feedyards Inc. Total** | Boatmans First National Bank | Box 590 | Vega, TX 79092 | | | 49,811 |
| Kuenning & Son | | | | 10/10/30 | 31315374 | 171,576 |
| **Kuenning & Son Total** | | 74868 330 Ave | Imperial, NE 69033 | | | 171,576 |
| Larry Ogle | | | | 10/10/30 | 28314917 | 64,890 |
| **Larry Ogle Total** | | P.O. Box 1449 | Bowie, TX 76230 | | | 64,890 |
| Len Miller | | | | 10/11/05 | 22291254 | 57,980 |
| Len Miller | | | | 10/10/30 | 22291248 | 90,614 |
| **Len Miller Total** | Ag New Mexico Of PCA | 1949 Roosevelt Rd 1 North | Portales, NM 88130 | | | 148,594 |
| Leroy Saylor | | | | 10/11/04 | 7314387 | 65,323 |
| Leroy Saylor | | | | 10/11/03 | 7314375 | 71,703 |
| **Leroy Saylor Total** | | 29424 425th Ave. | Scotland, SD 57059 | | | 137,026 |
| Lueken Dairy Farm Inc | | | | 10/10/27 | 2315514 | 83,284 |
| **Lueken Dairy Farm Inc Total** | | 10100 E Taylor Hollow Rd. | Birdseye, IN 47513 | | | 83,284 |
| Mamot Feedyard Tk. Inc. | | | | 10,09/10 | 24307799 | 9,999 |
| Mamot Feedyard Tk. Inc. | | | | 10/09/03 | 24307751 | 17,965 |
| **Mamot Feedyard Tk. Inc. Total** | | 233 Friend Road | St. Libory, NE 68872 | | | 27,964 |
| Mark Freeman | | | | 10/09/08 | 2304845 | 60,391 |
| Mark Freeman | | | | 10/09/02 | 2304650 | 41,219 |
| Mark Freeman | | | | 10/09/01 | 2304638 | 58,496 |
| **Mark Freeman Total** | | 227 70 Rd | Ponca City, OK 74604 | | | 160,106 |
| Mark Freeman IV | | | | 10/09/18 | 24290699 | 20,096 |
| Mark Freeman IV | | | | 10/09/18 | 24290698 | 66,362 |
| Mark Freeman IV | | | | 10/09/15 | 24307827 | 18,455 |
| **Mark Freeman IV Total** | Arvest Bank Of Bartlesville, O | 3715 County Road 6301 | Fairfax, OK 74637 | | | 104,913 |
| Mason County Feedyard | | | | 10/10/27 | 24307887 | 484 |
| Mason County Feedyard | | | | 10/11/03 | 24307946 | 50,583 |
| **Mason County Feedyard Total** | Mason National Bank | HC 81 Box 320 | Mason, TX 76856 | | | 51,066 |
| Matt Junneman | | | | 10/10/30 | 25248328 | 44,922 |
| **Matt Junneman Total** | | | Hoxie, KS | | | 44,922 |
| Matthew Cates | | | | 10/09/23 | 24290747 | 51,439 |
| Matthew Cates | | | | 10/10/20 | 24307846 | 486 |
| Matthew Cates | | | | 10/09/18 | 24290700 | 49,195 |
| Matthew Cates | | | | 10/10/07 | 24290860 | 52,030 |
| **Matthew Cates Total** | | 15927 County Road E | Follett, TX 79034 | | | 153,150 |
| Melvin Mott | | | | 10/11/05 | 25248337 | 40,062 |
| **Melvin Mott Total** | | | Garden City, KS | | | 40,062 |
| Mid-America Feeders LLC | | | | 10/10/28 | 28315136 | 28,068 |

**Eastern Livestock LLC**  Schedule B-16; Trade Accounts Receivable
**Accounts Receivable Report**  Information presented on this schedule are from the books and records of the Debtor
As of December 6, 2010  We have not had the chance to verify the validity of these accounts receivable
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| **Mid-America Feeders LLC Total** | | 251 NW 10th Ave #4 | Great Bend, KS 67530 | | | 28,068 |
| | | | | | | |
| Mike Massey | | | | 10110/30 | 28315375 | 100,164 |
| Mike Massey | | | | 10/10/29 | 28314909 | 90,419 |
| Mike Massey | | | | 10/10/29 | 28314910 | 387,838 |
| Mike Massey | | | | 10/11/01 | 28310534 | 357,231 |
| **Mike Massey Total** | | 66450 Parkfield Rd | San Miguel, CA 93451 | | | 935,652 |
| | | | | | | |
| Mitch Worrell | | | | | | 342,700 |
| **Mitch Worrell Total** | First National Bank Of Altus | 20404 E County Rd 166 | Altus, OK 73521 | | | 342,700 |
| | | | | | | |
| Morris Stock Farm | | | | 10/09/23 | 24290755 | 25,294 |
| **Morris Stock Farm Total** | | 8075 Co Rd 4 | Gruver, TX 79040 | | | 25,294 |
| | | | | | | |
| Mull Farms & Feeding | | | | 10/10/28 | 31310912 | 51,410 |
| Mull Farms & Feeding | | | | 10/10/08 | 13315162 | 13,657 |
| Mull Farms & Feeding | | | | 10/11/03 | 31316107 | 23,622 |
| Mull Farms & Feeding | | | | 10/11/03 | 31316106 | 34,063 |
| **Mull Farms & Feeding Total** | Peoples State Bank | Rt. 1 Box 74 | Pawnee Rock, KS 67567 | | | 122,753 |
| | | | | | | |
| NU-technologies | | | | 10/10/29 | 7310524 | 232 |
| NU-technologies | | | | 10/11/03 | 7314362 | 64,245 |
| NU-technologies | | | | 10/11/03 | 7314381 | 118,337 |
| NU-technologies | | | | 10/11/01 | 7310552 | 69,558 |
| **NU-technologies Total** | c/o Judith Ackland | 9203 Valaretta Dr. | Gretna, NE 68028 | | | 252,371 |
| | | | | | | |
| Oaklake Cattle Company | | | | 10/11/29 | 22316119 | 131,371 |
| **Oaklake Cattle Company Total** | | P.O. Box 1284 | Okeechobee, FL 34973 | | | 131,371 |
| | | | | | | |
| P&R Livestock | | | | | | 499,124 |
| **P&R Livestock Total** | & Citizens Bank Of Leveland | 6409 S. Prairie Rd. | Stillwater, OK 74074 | | | 499,124 |
| | | | | | | |
| Paco Feed Yards Inc. | | | | 10/10/15 | 24290934 | 15,189 |
| Paco Feed Yards Inc. | | | | 10/09/07 | 24307764 | 49,475 |
| Paco Feed Yards Inc. | | | | 10/11/01 | 24307929 | 52,527 |
| **Paco Feed Yards Inc. Total** | Amarillo National Bank | P.O. Box 956 | Friona, TX 79035 | | | 117,191 |
| | | | | | | |
| Penner Cattle | | | | 10/09/23 | 24290745 | 16,372 |
| **Penner Cattle Total** | Dennis Penner | 6904 13 Rd | Ingalls, KS 67853 | | | 16,372 |
| | | | | | | |
| Penner Feedyard | | | | 10/10/28 | 24307891 | 34,546 |
| Penner Feedyard | | | | 10/09/13 | 24307814 | 7,456 |
| **Penner Feedyard Total** | | | Ingalls, KS | | | 42,002 |
| | | | | | | |
| Pesetsky Land & Cattle | | | | 10/06/25 | 2295839 | 56,559 |
| Pesetsky Land & Cattle | | | | 10/07/22 | 2305401 | 57,224 |
| Pesetsky Land & Cattle | | | | 10/07/16 | 2236446 | 53,150 |
| **Pesetsky Land & Cattle Total** | | 50351 South 347 Road | Pawnee, OK 74058 | | | 166,934 |
| | | | | | | |
| R M Livestock | | | | 10/10/27 | 28315121 | 30,869 |
| **R M Livestock Total** | | 1342 7th Ave | Manson, IA 50563 | | | 30,869 |
| | | | | | | |
| Ralph Hoodenpyle | | | | | | 236,897 |
| **Ralph Hoodenpyle Total** | | 22715 State Hwy 49 | Lawton, OK 73507 | | | 236,897 |
| | | | | | | |
| Ranchland Livestock | | | | 10/12/01 | 31316126 | 4,507 |
| Ranchland Livestock | | | | 10/12/01 | 31316127 | 30,697 |
| **Ranchland Livestock Total** | | P. O. Box 53 | Wray, CO 80758 | | | 35,204 |
| | | | | | | |
| Richland Livestock | | | | | | 31,519 |
| **Richland Livestock Total** | | P.O. Box 727 | Richland, MO 65556 | | | 31,519 |
| | | | | | | |
| Ritter Feedyard | | | | 10/09/23 | 28296064 | 608 |
| Ritter Feedyard | | | | 10/10/06 | 28315632 | 28,620 |
| **Ritter Feedyard Total** | & First Natl. Of Beemer | 1376 10th Road | Beemer, NE 68716 | | | 29,228 |
| | | | | | | |
| Robert Dobbs | | | | 10/10/27 | 14306745 | 178,935.79 |
| Robert Dobbs | | | | | | 49,981.65 |
| **Robert Dobbs Total** | First State Bank Of Temple | RR 1, Box 207 | Temple, OK 73568 | | | 228,917.44 |

**Eastern Livestock LLC**  Schedule B-16; Trade Accounts Receivable
**Accounts Receivable Report**  Information presented on this schedule are from the books and records of the Debtor
As of December 6, 2010  We have not had the chance to verify the validity of these accounts receivable
 There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Ron Shephard | | | | 10/10/27 | 13315126 | 16,456 |
| Ron Shephard | | | | 10/10/27 | 13315125 | 32,705 |
| Ron Shephard | | | | 10/10/20 | 13315556 | 50,750 |
| Ron Shephard | | | | 10/10/13 | 13315673 | 70,978 |
| Ron Shephard | | | | 10/11/03 | 13314947 | 48,212 |
| **Ron Shephard Total** | | 80 Turner Rd | Creal Springs, IL 62922 | | | 219,101 |
| Ronald Stahl | | | | 10/11/03 | 7314377 | 99,361 |
| **Ronald Stahl Total** | | 43255 SD Hwy 42 | Bridgewater, SD 57319 | | | 99,361 |
| Royal Beef | | | | 10/09/29 | 24290806 | 2,250 |
| Royal Beef | | | | 10/09/24 | 24290764 | 9,900 |
| Royal Beef | | | | 10/09/20 | 24290716 | 4,950 |
| Royal Beef | | | | 10/09/20 | 24307815 | 5,025 |
| Royal Beef | | | | 10/10/19 | 24290867 | 15,875 |
| Royal Beef | | | | 10/10/19 | 24290865 | 37,375 |
| Royal Beef | | | | 10/10/19 | 24290866 | 55,875 |
| Royal Beef | | | | 10/09/09 | 24307788 | 2,637 |
| Royal Beef | | | | 10/09/09 | 24307759 | 4,650 |
| Royal Beef | | | | 10/10/06 | 24290846 | 36,000 |
| Royal Beef | | | | 10/10/01 | 24290832 | 7,350 |
| **Royal Beef Total** | & Nations Bank | 11060 N. Falcon Rd. | Scott City, KS 67871 | | | 181,887 |
| Rush Creek Ranch | | | | 10/11/29 | 22316118 | 15,848 |
| Rush Creek Ranch | | | | 10/10/23 | 22291246 | 34,728 |
| Rush Creek Ranch | | | | 10/10/18 | 22291244 | 41,209 |
| Rush Creek Ranch | | | | 10/10/30 | 22291251 | 51,888 |
| Rush Creek Ranch | | | | | | 15,847 |
| **Rush Creek Ranch Total** | Reid Ludlow | Rt 4 Box 155 | Viroqua, WI 54665 | | | 159,519 |
| Russell Garwood | | | | 10/10/25 | 7316280 | 8,599 |
| Russell Garwood | | | | 10/10/22 | 7314530 | 16,282 |
| Russell Garwood | | | | 10/10/04 | 7314450 | 49,292 |
| **Russell Garwood Total** | | 47951 901st Rd | Butte, NE 68722 | | | 74,173 |
| Rusty Rat Cattle Co. | | | | 10/11/05 | 25248338 | 4,447 |
| Rusty Rat Cattle Co. | | | | 10/11/05 | 25248340 | 4,968 |
| Rusty Rat Cattle Co. | | | | 10/10/30 | 25248330 | 6,295 |
| **Rusty Rat Cattle Co. Total** | | Upper Smiths Grove Rd | Smiths Grove, KY 42171 | | | 15,710 |
| S & S Cattle | | | | 10/10/30 | 24307915 | 18,789 |
| **S & S Cattle Total** | c/o Stanley Shaffer | P.O. Box 99 | Dimmitt, TX 79127 | | | 18,789 |
| Sam Countiss | | | | | | 31,236.72 |
| **Sam Countiss Total** | First Farmers National Bank | RR 2, Box 24 | Waurika, OK 73573 | | | 31,236.72 |
| Saunders, Bucher, Barber | | | | 10/10/29 | 15315368 | 8,789 |
| **Saunders, Bucher, Barber Total** | S & B Cattle Co | P.O. Box 8721 | Lexington, KY 40533-8721 | | | 8,789 |
| Schaller Brothers | | | | 10/09/30 | 2295948 | 77,706 |
| **Schaller Brothers Total** | | R.R. 1 | Offerle, KS 67563 | | | 77,706 |
| Sealy And Son | | | | 10/10/28 | 24307892 | 4,815.75 |
| Sealy And Son | | | | 10/10/15 | 24290929 | 4,330 |
| **Sealy And Son Total** | | | Uniontown, AL | | | 9,145 |
| Shane Stierwald | | | | | | 3,501 |
| **Shane Stierwald Total** | | 5001 CR4650 | Foraker, OK 74652 | | | 3,501 |
| Southeast Kansas S/Y | | | | | | 47,580 |
| **Southeast Kansas S/Y Total** | | P.O. Box 130 | Gas, KS 66742 | | | 47,580 |
| Southeast Livestock Exc | | | | 10/11/01 | 14316081 | 633 |
| **Southeast Livestock Exc Total** | | PO Box 1306 | Waynesville, NC 28786 | | | 633 |
| Stanley Broughton | | | | 10/10/20 | 15315235 010 | 322 |
| Stanley Broughton | | | | 10/11/04 | 15316533 | 9,830.36 |
| **Stanley Broughton Total** | | 3301 Versailes Road | Lexington, KY 40510 | | | 10,152.36 |

**Eastern Livestock LLC**  Schedule B-16; Trade Accounts Receivable
**Accounts Receivable Report**  Information presented on this schedule are from the books and records of the Debtor
As of December 6, 2010  We have not had the chance to verify the validity of these accounts receivable
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Stephen Dilks | | | | | | 155,364.58 |
| **Stephen Dilks Total** | First State Bank Of Temple | Route 2, Box 25 | Randlett, OK 73562 | | | 155,364.58 |
| Steve Fletcher | | | | 10/10/26 | 14306739 | 115,813 |
| **Steve Fletcher Total** | Bancfirst Of Frederick | Route 3, Box 122 | Walters, OK 73572 | | | 115,813 |
| Steve Krajicek | | | | 10/10/27 | 31310905 | 105,335 |
| Steve Krajicek | | | | 10/10/27 | 31310903 | 166,683 |
| Steve Krajicek | | | | 10/10/23 | 28315572 | 53,807 |
| **Steve Krajicek Total** | | 8120 Dundee Drive | Lincoln, NE 68510-5212 | | | 325,824 |
| Stierwalt Ranch | | | | 10/09/29 | 24290793 | 116,750 |
| Stierwalt Ranch | | | | 10/09/24 | 24290784 | 58,838 |
| Stierwalt Ranch | | | | 10/10/23 | 24307974 | 71,565.31 |
| Stierwalt Ranch | | | | 10/09/23 | 24290744 | 62,095 |
| Stierwalt Ranch | | | | 10/10/21 | 24307860 | 56,277.24 |
| Stierwalt Ranch | | | | 10/10/02 | 24390935 | 54,565.26 |
| Stierwalt Ranch | | | | 10/10/30 | 24307921 | 7,342.08 |
| Stierwalt Ranch | | | | 10/10/30 | 24307922 | 60,637.45 |
| Stierwalt Ranch | | | | 10/09/30 | 24290825 | 56,594 |
| Stierwalt Ranch | | | | | | 117,900 |
| Stierwalt Ranch | | | | | | 151,590 |
| **Stierwalt Ranch Total** | | 5001 CR 4650 | Foraker, OK 74652 | | | 814,155 |
| Supreme Cattle Feeders | | | | 10/10/29 | 31316069 | 159,273 |
| Supreme Cattle Feeders | | | | 10/11/02 | 31310961 | 108,419 |
| Supreme Cattle Feeders | | | | 10/11/02 | 31316251 | 162,913 |
| Supreme Cattle Feeders | | | | 10/11/01 | 31316252 | 48,772 |
| **Supreme Cattle Feeders Total** | | 19016 Road I | Kismet, KS 67859 | | | 479,377 |
| Thomas Brothers | | | | 10/11/02 | 02295280 011 | 58.13 |
| **Thomas Brothers Total** | | 510 Hebron Church Rd | Marion, KY 42064 | | | 58.13 |
| Thoreson Enterprises | | | | 10/09/29 | 13295935 | 50,710 |
| **Thoreson Enterprises Total** | | P.O. Box 334 | Eldorado Spring, MO 64744 | | | 50,710 |
| Tim Cook | | | | | | 740 |
| **Tim Cook Total** | | | Houston, MS | | | 740 |
| Tim May | | | | | | 308,422 |
| **Tim May Total** | Bank Of Mississippi | 544 Birmingham Ridge Rd | Saltillo, MS 38866 | | | 308,422 |
| Todd Rosenbaum | | | | 10/09/29 | 13296102 | 28,103 |
| Todd Rosenbaum | | | | 10/09/17 | 13305129 | 10,975 |
| Todd Rosenbaum | | | | 10/09/15 | 13305120 | 100,095 |
| Todd Rosenbaum | | | | 10/09/08 | 13304938 | 68,043 |
| **Todd Rosenbaum Total** | | P.O. Box 411 | Glade Spring, VA 24340 | | | 207,216 |
| Tom Herrmann | | | | 10/10/30 | 22291249 | 23,027 |
| **Tom Herrmann Total** | | 190 Montclair Dr | Sherman, TX 75092 | | | 23,027 |
| Tom Svoboda | | | | 10/10/13 | 13315672 | 48,882 |
| **Tom Svoboda Total** | | 3065 AA Ave | Herington, KS 67449 | | | 48,882 |
| Tommy Berend | | | | 10/11/05 | 22291255 | 17,982 |
| **Tommy Berend Total** | | 3073 Hwy 79 S | Wichita Falls, TX 76310 | | | 17,982 |
| Travis Dicke | | | | 10/10/26 | 31316293 | 53,686 |
| Travis Dicke | | | | 10/09/24 | 2296183 | 52,502 |
| Travis Dicke | | | | 10/11/01 | 31310950 | 57,018 |
| **Travis Dicke Total** | Dicke Feedyard | 16963 415 St | Creston, NE 68631 | | | 163,206 |
| Triangle Calf Growers | | | | 10/09/20 | 24290715 | 293,816 |
| **Triangle Calf Growers Total** | | Box 119 | Wildorado, TX 79098 | | | 293,816 |
| Weborg Feeding Co.,LLC | | | | 10/10/28 | 28315137 | 37,404 |
| Weborg Feeding Co.,LLC | | | | 10/10/22 | 28315573 | 918 |
| Weborg Feeding Co.,LLC | | | | 10/10/09 | 28315649 | 872 |

**Eastern Livestock LLC**  
**Accounts Receivable Report**  
As of December 6, 2010

Schedule B-16; Trade Accounts Receivable  
Information presented on this schedule are from the books and records of the Debtor  
We have not had the chance to verify the validity of these accounts receivable  
There is no assurance that these balances are collectible

| CUSTOMER | ADDRESS 1 | ADDRESS 2 | CITY, STATE & ZIP | DATE (YR/MO/DY) | Inv | BALANCE |
|---|---|---|---|---|---|---|
| Weborg Feeding Co.,LLC | | | | 10/11/03 | 28314927 | 51,093 |
| Weborg Feeding Co.,LLC | | | | 10/10/30 | 28314916 | 53,902 |
| **Weborg Feeding Co.,LLC Total** | | 1737 V Road | Pender, NE 68047 | | | 144,189 |
| | | | | | | |
| West Kentucky Livestock | | | | 10/09/24 | 2315252 | 1,002 |
| West Kentucky Livestock | | | | 10/11/02 | 2315253 | 2,380 |
| West Kentucky Livestock | | | | 10/11/02 | 2315254 | 41,290 |
| **West Kentucky Livestock Total** | | 1781 US Hwy 60 E | Marion, KY 42064 | | | 44,671 |
| | | | | | | |
| Willie Downs Livestock, | | | | 10/10/08 | 15315165 | 720 |
| Willie Downs Livestock, | | | | 10/10/08 | 15315164 | 5,707 |
| **Willie Downs Livestock, Total** | | 1300 Richie Lane | Bardstown, KY 40004 | | | 6,428 |
| | | | | | | |
| Winter Livestock | | | | 10/09/19 | 28304912 | 59,681 |
| Winter Livestock | | | | 10/10/30 | 25247533 | 10,934 |
| **Winter Livestock Total** | 1414 E. Trail | Box 41 | Dodge City, KS 67801 | | | 70,615 |
| | | | | | | |
| XIT Feeders | | | | 10/09/14 | 11383 001 | (2,040) |
| XIT Feeders | | | | 10/11/02 | 31310951 | 5,771 |
| XIT Feeders | | | | 10/11/02 | 31310966 | 53,280 |
| XIT Feeders | | | | 10/11/01 | 31316089 | 54,608 |
| **XIT Feeders Total** | | 2690 US Hwy 54 | Dalhart, TX 79022 | | | 111,619 |
| | | | | | | |
| Yogi Copher | | | | 10/09/21 | 15296137 | 1,032 |
| Yogi Copher | | | | 10/10/20 | 15315241 | 172 |
| Yogi Copher | | | | 10/09/15 | 15304470 | 1,281 |
| **Yogi Copher Total** | Osbond Copher | 1280 Peasticks Rd | Owingsville, KY 40360 | | | 2,485 |
| | | | | | | |
| **Grand Total** | | | | | | $ 30,128,792 |