**EASTERN LIVESTOCK CO., LLC**
**Fixed Asset and Depreciation Report - Equipment**
**As of December 6, 2010**
**Schedule B-28 (Office Equipment) and B-29 (Machinery & Equipment)**

Note that this information was taken from the books and records of the Debtor. No attempt was made to verify the valuation or existance of the items contained herein.

| System No | Description | In Svc Date | Acquired Value | Est Life | Net Book Value |
|---|---|---|---|---|---|
| 000285 | CUT FROM THE HERD/PAINTING | 05/06/93 | $ 1,049.00 | 7 Years | $ - |
| 000286 | GETTING A GOOD LOOK/PAINT | 05/06/93 | 1,049.00 | 7 Years | - |
| 000334 | OFFICE BRONZE | 02/02/95 | 3,000.00 | 7 Years | - |
| 000603 | APPLIANCES 135 W MARKET | 07/01/01 | 2,632.39 | 10 Years | 175.49 |
| 000610 | FIRE SAFE | 11/14/02 | 500.00 | 5 Years | - |
| 000613 | eMerge Furniture (bulk transfer) | 09/30/02 | 350,000.00 | 7 Years | - |
| 000614 | eMerge Computer Equipment (bulk transfer) | 09/30/02 | 250,000.00 | 5 Years | - |
| 000616 | Skip Loader | 01/01/03 | 30,538.50 | 10 Years | 3,618.72 |
| 000626 | Dell Computers | 02/01/08 | 5,516.24 | 3 Years | 459.68 |
| 000627 | Dell Computers | 03/01/08 | 1,426.76 | 3 Years | 158.53 |
| 000628 | Dell Computers | 07/01/08 | 1,344.96 | 3 Years | 298.88 |
| 000629 | COMPUTER EQ | 01/01/08 | 17,978.77 | 5 Years | 7,790.82 |
|  |  |  | $ 665,035.62 |  | $ 12,502.12 |