Eastern Livestock Co., LLC
Case #10-93904
Southern District of Indiana
Schedule B-30; Inventory

Note that these balances were taken from the books and records of the Debtor, modified for known errors, and are subject to change

| BRANCH | COST | ELC to invoice | Unsold | Redirected Payments/Deliveries | Unknown Location | Unsupported transaction |
|---|---|---|---|---|---|---|
| 02 INVENTORY Total | 1,038,354.32 | 19,403.01 | 135,833.65 | 44,031.97 | - | 839,085.69 |
| 03 INVENTORY Total | 32,615.94 | - | - | 16,516.50 | 16,099.44 | - |
| 04 INVENTORY Total | 57,791.94 | 57,791.94 | - | - | - | - |
| 07 INVENTORY Total | 135,995.84 | - | - | 135,995.84 | - | - |
| 13 INVENTORY Total | 265,000.26 | 91,474.57 | 87,695.73 | 10,238.15 | 75,591.81 | - |
| 14 INVENTORY Total | 4,710,089.40 | 1,101,097.35 | - | 3,608,992.05 | - | - |
| 15 INVENTORY Total | 254,844.85 | - | 71,716.80 | 9,229.16 | 173,898.89 | - |
| 22 INVENTORY Total | 141,623.27 | 141,623.27 | - | - | - | - |
| 24 INVENTORY Total | 7,349,959.58 | 2,967,377.52 | 484,661.76 | 131,212.11 | 3,766,862.43 | - |
| 25 INVENTORY Total | 8,217.73 | - | - | 8,217.73 | - | - |
| 28 INVENTORY Total | 1,103,794.95 | 51,395.90 | 135,928.91 | 916,470.14 | - | - |
| 31 INVENTORY Total | 19,505,689.54 | 35,203.57 | - | - | 17,578.24 | 19,452,907.73 |
| 31 INVENTORY Total | 153,144.79 | - | - | 153,144.79 | - | - |
| 34 INVENTORY Total | 3,459.47 | - | - | - | 3,459.47 | - |
| 35 INVENTORY Total | 348,814.96 | 54,483.22 | 54,373.37 | 226,625.78 | 13,332.59 | - |
| Grand Total | 35,109,396.84 | 4,519,850.35 | 970,055.98 | 5,260,674.22 | 4,066,822.87 | 20,291,993.42 |