Eastern Livestock
Case #10-93904
Southern District of Indiana

Schedule G; Executory Contracts and Unexpired Leases AND Schedule F; Unsecured Nonpriority Claims
Forward Sale Contracts

| CONTRACT-NO | TYPE-C | DELIVERY-DATE1 (YY/MM/DD) | DELIVERY-DATE2 (YY/MM/DD) | NAME-1 | TOTAL HEADS | DELIVERED-HEAD | NET PREPAYMENT RECEIVED |
|---|---|---|---|---|---|---|---|
| 12 | S | 101210 | 101220 | JF CATTLE | 155 | | - |
| 36 | S | 110301 | 110330 | CATTLCO | 500 | | 15,000.00 |
| 115 | S | 101101 | 101130 | SUPREME CATTLE FEEDERS | 1,000 | | 30,000.00 |
| 129 | S | 110115 | 110130 | SUPREME CATTLE FEEDERS | 450 | | 13,500.00 |
| 136 | S | 110115 | 110120 | D B FEEDYARD | 250 | | 10,000.00 |
| 155 | S | 110101 | 110130 | FRIONA INDUSTRIES, L.P. | 1,000 | | 30,000.00 |
| 156 | S | 110101 | 110130 | JVCO,LLC | 1,500 | | 45,000.00 |
| 157 | S | 110110 | 110125 | D B FEEDYARD | 140 | | 5,600.00 |
| 160 | S | 110101 | 110130 | FRIONA INDUSTRIES, L.P. | 500 | | 11,700.00 |
| 162 | S | 110101 | 110130 | FRIONA INDUSTRIES, L.P. | 2,000 | | 60,000.00 |
| 163 | S | 110101 | 110130 | FRIONA INDUSTRIES, L.P. | 2,000 | | 60,000.00 |
| 172 | S | 110101 | 110130 | SUPREME CATTLE FEEDERS | 1,084 | | 32,520.00 |
| 175 | S | 110101 | 110115 | SUPREME CATTLE FEEDERS | 525 | | 15,750.00 |
| 206 | S | 110301 | 110330 | BAR K CATTLE | 1,000 | | 30,000.00 |
| 214 | S | 110201 | 110210 | BAR K CATTLE | 415 | | 16,600.00 |
| 217 | S | 110201 | 110225 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 218 | S | 110201 | 110225 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 224 | S | 110207 | 110215 | SUPREME CATTLE FEEDERS | 220 | | 6,600.00 |
| 227 | S | 110201 | 110225 | BAR K CATTLE | 248 | | 7,440.00 |
| 310 | S | 110301 | 110330 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 311 | S | 110301 | 110330 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 316 | S | 110301 | 110330 | SUPREME CATTLE FEEDERS | 1,000 | | 30,000.00 |
| 317 | S | 110301 | 110330 | FIVE RIVERS CATTLE FEEDING | 500 | | 15,000.00 |
| 323 | S | 110301 | 110330 | BAR K CATTLE | 1,100 | | 33,000.00 |
| 413 | S | 110401 | 110430 | SUPREME CATTLE FEEDERS | 6,225 | | 186,750.00 |
| 420 | S | 110401 | 110430 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 421 | S | 110401 | 110430 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 423 | S | 110401 | 110430 | CACTUS FEEDERS, INC. | 1,044 | | 31,320.00 |
| 514 | S | 110501 | 110530 | SUPREME CATTLE FEEDERS | 3,410 | | 102,300.00 |
| 515 | S | 110501 | 110530 | SUPREME CATTLE FEEDERS | 2,000 | | 60,000.00 |
| 526 | S | 110501 | 110530 | CATTLCO | 1,210 | | 36,300.00 |
| 527 | S | 110501 | 110530 | CATTLCO | 1,782 | | 53,460.00 |
| 532 | S | 110501 | 110530 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 533 | S | 110501 | 110530 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 540 | S | 110501 | 110530 | CACTUS FEEDERS, INC. | 823 | | 24,690.00 |
| 541 | S | 110501 | 110530 | CACTUS FEEDERS, INC. | 380 | | 11,400.00 |
| 542 | S | 110501 | 110530 | CATTLCO | 1,675 | | 50,250.00 |
| 550 | S | 110501 | 110520 | CATTLCO | 400 | | 12,000.00 |
| 556 | S | 110501 | 110530 | CACTUS FEEDERS, INC. | 1,700 | | 51,000.00 |
| 1013 | S | 101101 | 101101 | SUPREME CATTLE FEEDERS | 1,000 | 932 | 6,060.00 |
| 1049 | S | 101101 | 101101 | BUD HEINE | 80 | | 3,200.00 |
| 1122 | S | 101101 | 101115 | WEBORG FEEDING CO.,LLC | 244 | | 9,760.00 |
| 1136 | S | 101101 | 101130 | FIVE RIVERS CATTLE FEEDING | 570 | 113 | 15,390.00 |
| 1141 | S | 101101 | 101113 | WEBORG FEEDING CO.,LLC | 65 | | 2,600.00 |
| 1149 | S | 101120 | 101130 | FRIONA INDUSTRIES, L.P. | 395 | | 12,000.00 |
| 1151 | S | 101101 | 101115 | BEEF MARKETING GROUP COOP | 150 | | 6,000.00 |
| 1152 | S | 101101 | 101115 | BEEF MARKETING GROUP COOP | 95 | | 3,800.00 |
| 1154 | S | 101101 | 101120 | NUTECH, INC | 82 | | 3,280.00 |
| 1169 | S | 101130 | 101130 | FRIONA INDUSTRIES, L.P. | 75 | | 2,250.00 |
| 1171 | S | 101101 | 101120 | BRIGGS FEED YARD | 68 | | 2,720.00 |
| 1175 | S | 101110 | 101120 | FRIONA INDUSTRIES, L.P. | 135 | | 4,050.00 |
| 1185 | S | 101011 | 101120 | BAR K CATTLE | 80 | | 3,200.00 |
| 1186 | S | 101110 | 101120 | BAR K CATTLE | 90 | | 3,600.00 |
| 1192 | S | 101110 | 101120 | BAR K CATTLE | 87 | | 3,480.00 |

**Note that these contracts have been taken from the books and records of the Debtor. Some of these contracts may have expired, been fulfilled, assigned, or become otherwise invalid. This list is subject to change.**

Eastern Livestock
Case #10-93904
Southern District of Indiana

Schedule G; Executory Contracts and Unexpired Leases AND Schedule F; Unsecured Nonpriority Claims
Forward Sale Contracts

| CONTRACT-NO | TYPE-C | DELIVERY-DATE1 (YY/MM/DD) | DELIVERY-DATE2 (YY/MM/DD) | NAME-1 | TOTAL HEADS | DELIVERED-HEAD | NET PREPAYMENT RECEIVED |
|---|---|---|---|---|---|---|---|
| 1193 | S | 101115 | 101130 | BAR K CATTLE | 160 | | 6,400.00 |
| 1194 | S | 101110 | 101115 | BAR K CATTLE | 73 | | 2,920.00 |
| 1199 | S | 101126 | 101130 | BAR K CATTLE | 80 | | 3,200.00 |
| 8217 | S | 101001 | 101001 | WEBORG FEEDING CO.,LLC | 500 | | - |
| 8320 | S | 101001 | 101001 | FRIONA INDUSTRIES, L.P. | 75 | | 2,400.00 |
| 10114 | S | 101101 | 101101 | SUPREME CATTLE FEEDERS | 375 | 311 | 1,920.00 |
| 10228 | S | 101101 | 101101 | BAR K CATTLE | 85 | | 3,400.00 |
| 10322 | S | 101115 | 101130 | NUTECH, INC | 80 | | 3,200.00 |
| 10340 | S | 101101 | 101101 | CACTUS FEEDERS, INC. | 3,000 | 1,355 | - |
| 10354 | S | 101101 | 101101 | SUPREME CATTLE FEEDERS | 325 | 269 | 1,680.00 |
| 10355 | S | 101101 | 101101 | SUPREME CATTLE FEEDERS | 325 | 267 | 1,740.00 |
| 10362 | S | 101101 | 101101 | DOUGLAS D. SUNDERMAN | 1,000 | 542 | 13,740.00 |
| 10486 | S | 101101 | 101101 | CATTLCO | 3,000 | 2,807 | 5,790.00 |
| 10509 | S | 101101 | 101101 | SUPREME CATTLE FEEDERS | 740 | | 22,200.00 |
| 10616 | S | 101001 | 101030 | CACTUS FEEDERS, INC. | 1,366 | 1,278 | - |
| 10648 | S | 101028 | 101030 | COTTONWOOD FEEDERS | 745 | | 29,800.00 |
| 10685 | S | 101001 | 101015 | BEEF MARKETING GROUP COOP | 278 | | 8,340.00 |
| 10689 | S | 101001 | 101030 | FIVE RIVERS CATTLE FEEDING | 2,000 | 1,907 | - |
| 10775 | S | 101001 | 101030 | CACTUS FEEDERS, INC. | 1,090 | 882 | - |
| 10780 | S | 101001 | 101030 | JAMES PERSCHBACHER | 1,000 | 801 | - |
| 10870 | S | 101201 | 101220 | CRAIG CATTLE LLC | 130 | | - |
| 10871 | S | 101016 | 101030 | JF CATTLE | 650 | 407 | - |
| 10872 | S | 101016 | 101030 | JF CATTLE | 650 | 572 | - |
| 10894 | S | 101019 | 101030 | CACTUS FEEDERS, INC. | 1,000 | 909 | - |
| 10927 | S | 101025 | 101030 | CACTUS FEEDERS, INC. | 2,000 | 1,789 | - |
| 11100 | S | 101101 | 101110 | BAR K CATTLE | 70 | | 2,800.00 |
| 11152 | S | 101110 | 101120 | WHEELER BROS. GRAIN CO. | 95 | | 3,800.00 |
| 11162 | S | 101130 | 101130 | MULL FARMS & FEEDING | 1,264 | 51 | 48,520.00 |
| 11163 | S | 101130 | 101130 | MULL FARMS & FEEDING | 1,000 | 39 | 38,440.00 |
| 11164 | S | 101101 | 101130 | SUPREME CATTLE FEEDERS | 325 | 203 | 3,660.00 |
| 11167 | S | 101101 | 101130 | SUPREME CATTLE FEEDERS | 195 | | 5,850.00 |
| 11179 | S | 101115 | 101120 | BUD HEINE | 84 | | 3,360.00 |
| 11198 | S | 101101 | 101130 | JVCO,LLC | 1,500 | | 45,000.00 |
| 11203 | S | 101101 | 101110 | NU-TECHNOLOGIES | 90 | | 3,600.00 |
| 11205 | S | 101101 | 101115 | WHEELER BROS. GRAIN CO. | 90 | | 3,600.00 |
| 11206 | S | 101101 | 101130 | CACTUS FEEDERS, INC. | 2,000 | | - |
| 11207 | S | 101101 | 101130 | CACTUS FEEDERS, INC. | 2,000 | 453 | - |
| 11208 | S | 101101 | 101130 | HERITAGE FEEDERS | 2,500 | 1,299 | 36,030.00 |
| 11240 | S | 101105 | 101120 | JVCO,LLC | 74 | | 2,960.00 |
| 11243 | S | 101120 | 101130 | WEBORG FEEDING CO.,LLC | 140 | | 5,600.00 |
| 11245 | S | 101110 | 101116 | NU-TECHNOLOGIES | 95 | | 3,800.00 |
| 11269 | S | 101115 | 140113 | WEBORG FEEDING CO.,LLC | 500 | | 15,000.00 |
| 11279 | S | 101103 | 101110 | BAR K CATTLE | 150 | | 6,000.00 |
| 11288 | S | 101122 | 101130 | DOUG SHEPPARD | 350 | | 10,500.00 |
| 11296 | S | 101101 | 101130 | FRIONA INDUSTRIES, L.P. | 2,000 | 926 | 46,320.00 |
| 11300 | S | 101120 | 101130 | WEBORG FEEDING CO.,LLC | 120 | | 3,600.00 |
| 11307 | S | 101105 | 101115 | NU-TECHNOLOGIES | 300 | | 12,000.00 |
| 11308 | S | 101101 | 101130 | WEBORG FEEDING CO.,LLC | 60 | | 1,800.00 |
| 11323 | S | 101115 | 101119 | BAR K CATTLE | 66 | | 2,640.00 |
| 11324 | S | 101122 | 101130 | KENNETH TIMMS | 80 | | 3,200.00 |
| 11333 | S | 101105 | 101115 | NU-TECHNOLOGIES | 89 | | 3,560.00 |
| 11337 | S | 101107 | 101120 | NU-TECHNOLOGIES | 80 | | 3,200.00 |
| 11374 | S | 101105 | 101130 | BAR K CATTLE | 470 | | 18,800.00 |
| 11377 | S | 101120 | 101130 | MULL FARMS & FEEDING | 148 | | 5,920.00 |

**Note that these contracts have been taken from the books and records of the Debtor. Some of these contracts may have expired, been fulfilled, assigned, or become otherwise invalid. This list is subject to change.**

Eastern Livestock
Case #10-93904
Southern District of Indiana

Schedule G; Executory Contracts and Unexpired Leases AND Schedule F; Unsecured Nonpriority Claims
Forward Sale Contracts

| CONTRACT-NO | TYPE-C | DELIVERY-DATE1 (YY/MM/DD) | DELIVERY-DATE2 (YY/MM/DD) | NAME-1 | TOTAL HEADS | DELIVERED-HEAD | NET PREPAYMENT RECEIVED |
|---|---|---|---|---|---|---|---|
| 11382 | S | 101101 | 101130 | XIT FEEDERS | 500 | | 15,000.00 |
| 11383 | S | 101101 | 101120 | XIT FEEDERS | 500 | 318 | 7,260.00 |
| 11395 | S | 101101 | 101130 | FRIONA INDUSTRIES, L.P. | 500 | 397 | 3,090.00 |
| 11417 | S | 101115 | 101130 | CIRCLE 3 FEEDYARD | 1,100 | | 33,000.00 |
| 11436 | S | 101101 | 101118 | FRIONA INDUSTRIES, L.P. | 310 | | 9,300.00 |
| 11460 | S | 101101 | 101130 | FIVE RIVERS CATTLE FEEDING | 2,000 | | 60,000.00 |
| 11461 | S | 101101 | 101130 | FIVE RIVERS CATTLE FEEDING | 2,000 | | 60,000.00 |
| 11462 | S | 101101 | 101130 | FIVE RIVERS CATTLE FEEDING | 2,000 | 523 | 44,310.00 |
| 11463 | S | 101101 | 101130 | DOUGLAS D. SUNDERMAN | 320 | | - |
| 11466 | S | 101101 | 101130 | SUPERIOR LIVESTOCK AUCTION,INC | 325 | | 9,750.00 |
| 11485 | S | 101110 | 101130 | SUPREME CATTLE FEEDERS | 1,039 | 169 | - |
| 11487 | S | 101101 | 101130 | FIVE RIVERS CATTLE FEEDING | 1,500 | 1,430 | - |
| 11488 | S | 101101 | 101130 | FIVE RIVERS CATTLE FEEDING | 1,500 | 510 | - |
| 11489 | S | 101101 | 101101 | FIVE RIVERS CATTLE FEEDING | 1,500 | 866 | - |
| 11491 | S | 101101 | 101110 | FIVE RIVERS CATTLE FEEDING | 600 | 482 | - |
| 11524 | S | 101101 | 101101 | FRIONA INDUSTRIES, L.P. | 240 | 60 | - |
| 11528 | S | 101101 | 101130 | CACTUS FEEDERS, INC. | 1,000 | 895 | - |
| 11529 | S | 101101 | 101130 | CACTUS FEEDERS, INC. | 1,000 | 464 | - |
| 12102 | S | 101201 | 101215 | CURT JONES | 86 | | 3,400.00 |
| 12103 | S | 101201 | 101215 | CURT JONES | 85 | | 3,400.00 |
| 12114 | S | 101201 | 101220 | WHEELER BROS. GRAIN CO. | 300 | | 12,000.00 |
| 12115 | S | 101201 | 101220 | WHEELER BROS. GRAIN CO. | 300 | | 12,000.00 |
| 12202 | S | 101201 | 101230 | FRIONA INDUSTRIES, L.P. | 1,000 | | 30,000.00 |
| 12203 | S | 101201 | 101230 | FRIONA INDUSTRIES, L.P. | 1,000 | | 30,000.00 |
| 12207 | S | 101201 | 101220 | WEBORG FEEDING CO.,LLC | 120 | | 3,600.00 |
| 12210 | S | 101201 | 101230 | SUPREME CATTLE FEEDERS | 570 | | 17,100.00 |
| 12213 | S | 101201 | 101230 | HERITAGE FEEDERS | 750 | | 22,500.00 |
| 12214 | S | 101201 | 101230 | HERITAGE FEEDERS | 750 | | 22,500.00 |
| 12217 | S | 101201 | 101210 | NU-TECHNOLOGIES | 67 | | 3,480.00 |
| 12218 | S | 101201 | 101212 | GARY KRANTZ | 350 | | 13,000.00 |
| 12237 | S | 101214 | 101220 | BAR K CATTLE | 70 | | 2,800.00 |
| 12251 | S | 101201 | 101230 | SUPREME CATTLE FEEDERS | 920 | | 27,600.00 |
| 12252 | S | 101201 | 101225 | SUPREME CATTLE FEEDERS | 700 | | 21,000.00 |
| 12253 | S | 101201 | 101230 | SUPREME CATTLE FEEDERS | 475 | | 14,250.00 |
| 12257 | S | 101201 | 101230 | FRIONA INDUSTRIES, L.P. | 1,500 | | 45,000.00 |
| 12259 | S | 101201 | 101230 | SUPREME CATTLE FEEDERS | 1,000 | | 30,000.00 |
| 12264 | S | 101201 | 101220 | XIT FEEDERS | 500 | | 15,000.00 |
| 12265 | S | 101201 | 101220 | XIT FEEDERS | 500 | | 15,000.00 |
| 12275 | S | 101201 | 101215 | BRIGGS FEED YARD | 58 | | 2,320.00 |
| 12279 | S | 101218 | 101230 | BRIGGS FEED YARD | 63 | | 2,520.00 |
| 12288 | S | 101201 | 101230 | CACTUS FEEDERS, INC. | 680 | | - |
| 12294 | S | 101227 | 101230 | BAR K CATTLE | 70 | | 2,800.00 |
| | | | | | 117,962 | | 2,567,840.00 |

Note that these contracts have been taken from the books and records of the Debtor.  Some of these contracts may have expired, been fulfilled, assigned, or become otherwise invalid.  This list is subject to change.