**SO ORDERED: March 08, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | § |
| | §   CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | § |
| | §   CHAPTER 11 |
| Debtor. | § |
| | § |

**ORDER APPROVING AGREED ENTRY**

Came on before the Court the Agreed Entry Granting Limited Relief on Stay Relief Motion to Permit Removal and Transfer of the Texas Interpleader Action submitted by Friona Industries, LP, Cactus Growers, Inc., and J & F Oklahoma Holdings, Inc., Fifth Third Bank, and James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Agreed Entry"). The Court, after review of the Agreed Entry, and after consideration of the agreement set forth therein, hereby approves the Agreed Entry, and orders as follows:

IT IS ORDERED that the Agreed Entry is approved in all respects;

IT IS FURTHER ORDERED that the automatic stay shall be modified to permit the removal and transfer of the Texas Interpleader Case to this Court, as contemplated in the Agreed Entry:

IT IS FURTHER ORDERED that the hearing set on March 11, 2011 to determine the Debtor's interest in certain specified interpled funds in the Texas Interpleader Case is rescheduled and the Court shall conduct a pretrial conference on March 11, 2011 concerning the Texas Interpleader Case.

###End of Order###