# Notice Recipients

District/Off: 0756–4              User: alstarks              Date Created: 3/9/2011
Case: 10–93904–BHL–11             Form ID: pdfOrder           Total: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell–law.net |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert K Stanley | robert.stanley@bakerd.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | Wendy W Ponader | wendy.ponader@bakerd.com |

TOTAL: 10