UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## APPEARANCE AND REQUEST TO INTERVENE GENERALLY

Sean T. White and the firm of Hoover Hull LLP, pursuant to Rule B-9010-1(a)(1) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enter their appearance on behalf of James A. Knauer, Chapter 11 Trustee ("Trustee"), in the above-referenced bankruptcy proceeding, as special counsel for the Trustee pursuant to 11 U.S.C. §§ 327 and 330, and the Court's February 10, 2011 Order (Docket #267).

The Trustee requests that all notices, pleadings and documents be mailed to his attorneys of record, addressed to:

>Sean T. White
>Hoover Hull LLP
>111 Monument Circle, Suite 4400
>P.O. Box 44989
>Indianapolis, IN  46244-0989
>Telephone: (317) 822-4400
>Facsimile: (317) 822-0234
>swhite@hooverhull.com

>Respectfully submitted,

>By:    /s/ Sean T. White
>Hoover Hull LLP
>111 Monument Circle, Suite 4400
>P.O. Box 44989
>Indianapolis, IN  46244-0989
>Telephone: (317) 822-4400
>Facsimile: (317) 822-0234
>swhite@hooverhull.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt<br>davidabt@mwt.net | John W. Ames<br>jwa@gdm.com |
| T. Kent Barber<br>kbarber@dlgfirm.com | C.R. Bowles, Jr.<br>crb@gdm.com |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | James M. Carr<br>James.carr@bakerd.com |
| John R. Carr, III<br>jrciii@acs-law.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Bret S. Clement<br>bclement@acs-law.com | Jess Cook-Dubin<br>jcookdubin@vorys.com |
| Kirk Crutcher<br>kcrutcher@mcs-law.com | Dustin R. DeNeal<br>Dustin.deneal@bakerd.com |
| Laura Day DelCotto<br>ldelcotto@dlgfirm.com | David Alan Domina<br>dad@dominalaw.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Robert Hughes Foree<br>robertforee@bellsouth.net |
| Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Terry E. Hall<br>Terry.hall@bakerd.com |
| John Huffaker<br>John.huffaker@sprouselaw.com | James Bryan Johnston<br>Bjtexas59@hotmail.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Edward M. King<br>tking@fbtlaw.com |
| James A. Knauer<br>jak@kgrlaw.com | Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com |
| Randall D. LaTour<br>rdlatour@vorys.com | David L. LeBas<br>dlebas@namanhowell.com |

Elliott D. Levin
robin@rubin-levin.net

Kim Martin Lewis
kim.lewis@dinslaw.com

John Hunt Lovell
john@lovell-law.net

Kelly Greene McConnell
lisahughes@givenspursley.com

Allen Morris
amorris@stites.com

Walter Scott Newbern, III
wsnewbern@msn.com

Cathy S. Pike
cpike@weberandrose.com

Wendy W. Ponader
Wendy.ponader@bakerd.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com

Ivana B. Shallcross
ibs@gdm.com

Meredith R. Thomas
mthomas@daleeke.com

Steven A. Weigand
sweigand@ficlaw.com

Jessica E. Yates
jyates@swlaw.com

Elliott D. Levin
edl@rubin-levin.net

Karen L. Lobring
lobring@msn.com

John Frederick Massouh
John.massouh@sprouselaw.com

William Robert Meyer, II
rmeyer@stites.com

Judy Hamilton Morse
Judy.morse@crowedunlevy.com

Matthew J. Ochs
Matt.ochs@moyewhite.com

Ross A. Plourde
Ross.plourde@mcafeetaft.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Mark A. Robinson
mrobinson@vhrlaw.com

John M. Rogers
johnr@rubin-levin.net

Robert K. Stanley
Robert.stanley@bakerd.com

John M. Thompson
John.thompson@crowedunlevy.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

James T. Young
james@rubin-levin.net