**SO ORDERED: March 09, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER AND NOTICE OF HEARING ON
MOTION TO EXPEDITE HEARING ON APPLICATION FOR ORDER UNDER 28
U.S.C. § 156(c) AUTHORIZING THE RETENTION OF THE BMC GROUP, INC. AS
NOTICE AND CLAIMS AGENT FOR THE TRUSTEE**

THIS MATTER having come before the Court on the *Motion To Expedite Hearing On Application For Order Under 28 U.S.C. § 156(C) Authorizing The Retention Of The BMC Group, Inc. As Notice And Claims Agent For The Trustee* ("Motion") (docket #323) filed by James A. Knauer, as chapter 11 trustee for the Debtor, Eastern Livestock Co., LLC ("Trustee"), and the Court having reviewed the Motion and having been otherwise fully advised in the premises, the Court hereby finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) notice of the Motion was sufficient under the circumstances; and the Court

6576122_1.DOC

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

IT IS THEREFORE HEREBY ORDERED AND ADJUDGED, as follows:

1. The Motion shall be, and hereby is, granted; and

2. An expedited hearing on the *Application For Order Under 28 U.S.C. § 156(C) Authorizing The Retention Of The BMC Group, Inc. As Notice And Claims Agent For The Trustee* (docket #320) is scheduled for March 11, 2011 at 9:30 a.m. EST in Room 103, U.S. Courthouse, 121 West Spring Street, New Albany, Indiana 47150.  The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

###