# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: edixon2 | Date Created: 3/9/2011 |
| Case: 10−93904−BHL−11 | Form ID: pdfOrder | Total: 1 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Terry E. Hall | terry.hall@bakerd.com |

TOTAL: 1