IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| ) | Chapter 11 |
| ) | |
| Debtor ) | |
| ) | |

**MOTION TO REMOVE DOCUMENTS PURSUANT TO RULE 9037 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Superior Livestock Auction, Inc. ("Superior Livestock"), through counsel, respectfully submits this Motion to Remove Documents Pursuant to Rule 9037 of the Federal Rules of Bankruptcy Procedure (the "Motion"). In support of the Motion, Superior Livestock states as follows:

**BACKGROUND**

1. On February 25, 2011, Superior Livestock filed a prehearing statement (the "Prehearing Statement") (Doc. No. 294) and 42 exhibits in support (the "Exhibits"). Certain of the Exhibits may have contained information not intended for public view.

**RELIEF REQUESTED**

2. After an additional review of the Exhibits, Superior Livestock believes that some of the information contained in the Exhibits may need to be shielded from public view. Therefore, Superior Livestock is filing the Motion in an abundance of caution and respectfully requests this Court to remove the Exhibits from public view pursuant to Bankruptcy Rule 9037.

1

3.	Superior Livestock has already filed amended exhibits (the "Amended Exhibits") with this Court.

## CONCLUSION

WHEREFORE, for the reason set forth above, Superior Livestock respectfully requests that this Court enter an order: (1) removing the Exhibits from public view; (2) replacing the Exhibits with the Amended Exhibits; and (3) granting such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com

COUNSEL FOR SUPERIOR LIVESTOCK
AUCTION, INC.

2

## CERTIFICATE OF SERVICE

  I hereby certify that on March 9, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

            */s/ C.R. Bowles, Jr.*
            COUNSEL FOR SUPERIOR LIVESTOCK
            AUCTION, INC.

lou_4306202_2 (2).doc