UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC

CASE NO. 10-93904-BHL-11
CHAPTER 11

DEBTOR

## NOTICE OF APPEARANCE
## ON BEHALF OF KENTUCKY CATTLEMEN'S ASSOCIATION

Please take note that the undersigned hereby appears as counsel for Other Professional Kentucky Cattlemen's Association ("KCA"), and pursuant to Rule B-9010-1(a)(1) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana and under, inter alia, Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, requests that all notice, pleadings, and documents be mailed to the following attorney of record:

> Robert Hughes Foree
> Attorney At Law
> 2440 Eminence Road
> Eminence, KY 40019
> Phone & Fax: (502) 845-4947
> robertforee@bellsouth.net

Respectfully submitted,

By:   /s/ Robert H. Foree
ROBERT HUGHES FOREE
Attorney At Law
2440 Eminence Road
Eminence, KY 40019
Phone & Fax: (502) 845-4947
robertforee@bellsouth.net

## <u>CERTIFICATE OF SERVICE</u>

      **I** hereby certify that on March 10, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

T. Kent Barber
kbarber@dlgfirm.com

Lisa Koch Bryant
courtmai l@fbhlaw.net

John R. Carr, III
jrciii@acs-Jaw.com

Bret S. Clement
bclement@acs-Iaw.com

Kirk Crutcher
kcrutcher@mcs-Iaw.com

Laura Day DelCotto
Idelcotto(cv,dlgfirm
.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John Huffaker
John.huffaker@sprouseJaw.com

Todd J. Johnston
tjohnston@mcjllp.com

James A. Knauer
jak@kgriaw.com

Randall D. LaTour
rdlatour@vorys.com

John W. Ames
jwa@gdm.com

C.R. Bowles, Jr.
crb@gdm.com

James M. Carr
James.carr@bakerd.com

Deborah Caruso
dcaruso@daieeke.com

Jess Cook-Dubin
jcookdubin@vorys.com

Dustin R. DeNeal
Dustin.deneal@bakerd.com

David Alan Domina
dad@dominalaw.com

Terry E. Hall
Terry.hall@bakerd.com

James Bryan Johnston
B jtexas59@hotmail.com

Edward M. King
tking@fbtlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

David L. LeBas
dlebas@namanhowell.com

Elliott D. Levin
robin@rubin-Ievin.net

Kim Martin Lewis
kim.lewis@dinslaw.com

John Hunt Lovell
john@lovell-law.net

Kelly Greene McConnell
iisahughes@givenspursiey.com

Allen Morris
amorris@stites.com

Walter Scott Newbern, III
wsnewbern@msn.com

Cathy S. Pike
cpike@weberandrose.com

Wendy W. Ponader
Wendy. ponader@bakerd.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com

Ivana B. Shallcross
ibs@gdm.com

Meredith R. Thomas
mthomas@daleeke.com

Steven A. Weigand
sweigand@ficlaw.com

Jessica E. Yates
jyates@,swlaw.com

Elliott D. Levin
edl@rubin-Ievin.net

Karen L. Lobring
lobring@msn.com

John Frederick Massouh
John.massouh@sprouselaw.com

William Robert Meyer, II
rmeyer@,stites.com

Judy Hamilton Morse
J udy.morse@crowedunlevy.com

Matthew J. Ochs
Matt.ochs@moyewhite.com

Ross A. Plourde
Ross.plourde@mcafeetaft.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Mark A. Robinson
mrobinson@,vhrlaw.com

John M. Rogers
johnr@rubin-levin.net

Robert K. Stanley
Robert.stanley@bakerd.com

John M. Thompson
John.thompson@crowedunlevy.com

Charles R. Wharton
Charles.R. Wharton@usdoj.gov

James T. Young
james@,rubin-levin.net

Sean T. White

swhite@hooverhull.com

I further certify that on March 10, 2011, a copy of the foregoing Notice of Appearance was mailed by first class mail, postage prepaid to the following:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN  47150

/s/ Robert H. Foree_____
ROBERT HUGHES FOREE
Attorney at Law
2440 Eminence Road
Eminence, KY  40019
Phone & Fax:  (502) 845-4947
robertforee@bellsouth.net
