UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**JOINDER OF TRUSTEE'S
OBJECTION TO MOTION FOR RELIEF FROM
AUTOMATIC STAY AND ABANDONMENT OF PROPERTY
FILED BY PEOPLES BANK & TRUST COMPANY OF PICKETT COUNTY**

Kathryn L. Pry, Chapter 7 Trustee of the Bankruptcy Estate of Thomas P. Gibson and Patsy M. Gibson, Case No. 10-93867-BHL-7A (the "Gibson Trustee"), by counsel, joins the *Trustee's Objection to Motion for Relief from Automatic Stay and abandonment of property filed by Peoples Bank & Trust Company of Pickett County* (the "Trustee's Objection") filed by James A. Knauer, as trustee (the "Trustee") in the above-captioned case and, for the reasons stated therein, objects to the *Motion for Relief From Automatic Stay and Abandonment of Property Filed by Peoples Bank & Trust Company of Pickett County* (the "Motion"). As the Trustee points out, there may be equity in the subject property that can be realized for the benefit of creditors of the estate. Peoples Bank & Trust Company of Pickett County has made no showing that the estate lacks equity in the subject property and is therefore not entitled to relief from stay, let alone abandonment, at this time.

This joinder incorporates by reference the arguments set forth in the Trustee's Objection and shall be deemed to be a separate pleading from the Trustee's Objection, such that if the Trustee's Objection is withdrawn, this joinder shall remain of record in this chapter 11 case.

WHEREFORE, the Gibson Trustee respectfully requests that the Court enter an order denying the Motion and granting such other relief as is just and proper.

Respectfully submitted,

DALE & EKE, P.C.

By: /s/ Meredith R. Thomas
   Meredith R. Thomas (Atty. No. 28804-49)
   Deborah J. Caruso (Atty. No. 4273-49)

DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, Indiana 46240
Tel: (317) 844-7400
Fax: (317) 574-9426
Email: mthomas@daleeke.com
Attorneys for Kathryn L. Pry, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, a copy of the foregoing *Objection to Motion for Relief from Automatic Stay and Abandonment of Property Filed by Peoples Bank & Trust Company of Pickett County* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- David L. Abt    davidabt@mwt.net
- John W Ames    jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- C. R. Bowles    crb@gdm.com, shm@gdm.com
- Lisa Koch Bryant    courtmail@fbhlaw.net
- James M. Carr    james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Jesse Cook-Dubin    jcookdubin@vorys.com, vdarmstrong@vorys.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Dustin R. DeNeal    dustin.deneal@bakerd.com, patricia.moffit@bakerd.com
- Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Terry E. Hall    terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover    jdhoover@hooverhull.com

- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    rdlatour@vorys.com, khedwards@vorys.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net
- John Frederick Massouh    john.massouh@sprouselaw.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- William Robert Meyer    rmeyer@stites.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern    wsnewbern@msn.com
- Matthew J. Ochs    matt.ochs@moyewhite.com, kim.maynes@moyewhite.com
- Cathy S. Pike    cpike@weberandrose.com, jtench@weberandrose.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader    wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey    jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net
- Ivana B. Shallcross    ibs@gdm.com
- Robert K Stanley    robert.stanley@bakerd.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White    swhite@hooverhull.com, fgipson@hooverhull.com
- Jessica E. Yates    jyates@swlaw.com, edufficy@swlaw.com
- James T. Young    james@rubin-levin.net, ATTY_JTY@trustesolutions.com;kim@rubin-levin.net;lemerson@rubin-levin.net

- 4 -

I further certify that on March 10, 2011, a copy of the foregoing *Objection to Motion for Relief from Automatic Stay and Abandonment of Property Filed by Peoples Bank & Trust Company of Pickett County* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

> Bovine Medical Associates, LLC
> 1500 Soper Road
> Carlisle, KY 40311
>
> Eastern Livestock Co., LLC
> 135 W. Market Street
> New Albany, IN 47150
>
> National Cattlemen's Beef Association
> c/o Alice Devine
> 6031 SW 37th St.
> Topeka, KA 66610

          /s/ Meredith R. Thomas
Meredith R. Thomas

i:\client\p\pry101\eastern livestock\objection.peoplesbank.mrs.eastern.doc