UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**PROPOSED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 11, 2011 AT 9:30 A.M. EST**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, submits this proposed agenda for the hearing scheduled for March 11, 2011 at 9:30 a.m. EST ("Hearing") in Room 103, U.S. Courthouse, 121 West Spring Street, New Albany, Indiana. The Trustee anticipates that the matters before the Court for the Hearing will take approximately two (2) hours.

**I.   DIAL IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

**II.   CONTINUED MATTER**

1. **["Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Relief Motion"]** Motion For Relief From Stay ("Motion") (docket #78) *continued from January 12, 2011, February 11, 2011 and March 4, 2011 (telephonic conference)*

    (a)   Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Supplemental Motion For Relief From Stay (docket #129)

    (b)   The First Bank and Trust Company's Objection To Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., And J & F Oklahoma Holdings, Inc. (docket #149)

    (c)   CPC Livestock's Joinder Of Motion For Relief From Stay (docket #160)

(d)   Trustee's Objection To Motion For Relief From Stay (docket #162)

(e)   Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Second Supplemental Motion For Relief From Stay (docket #163)

(f)   Cactus Growers' Brief On Texas And Kansas Agister's Liens (docket #172)

(g)   CPC Livestock's Joinder Of Motion For Relief From Stay (docket #174)

(h)   Eddie Eicke/Eicke Ranch II's Joinder Of Motion For Relief From Stay (docket #175)

(i)   Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #179)

(j)   Corrected Exhibit "A" To Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #180)

(k)   Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #188)

(l)   The First Bank and Trust Company's Objection To Second Supplemental Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc. (docket #190)

(m)   Eddie Eicke/Eicke Ranch II, Bynum Ranch Co., Bobby and Debby Bynum, Bill Davis, Bill Davis Quarter Horse, Tom Svoboda, Johnny Mayo, Jr., and Frank Powell's Response In Support Of Motion For Relief From Stay (docket #198)

(n)   Gene Shipman's Joinder Of Motion For Relief From Stay (docket #282)

(o)   Prehearing Statement Of Superior Livestock Auction, Inc. (docket #294)

(p)   Prehearing Statement Of Bynum Ranch, Bobby and Debbie Bynum Bill Davis, Bill Davis Quarter Horse, Johnny Mayo, Jr. and Frank Powell (docket #295)

  (q) Agreed Entry Granting Limited Relief On Stay Relief Motion To Permit Removal And Transfer Of The Texas Interpleader Action (docket #301)

    (1) Order Approving Agreed Entry (docket #329)

*Status:* *Motion denied preliminarily at January 12, 2011 hearing.*

   *Matter is set for a pretrial conference on filed prehearing statements and discussion of discovery protocols for chapter 11 case.*

### III. NEW MATTERS

2. **["Trustee's Payment Motion"]** Motion Of Trustee To Pay Post-Petition Receiver And Attorney Fees And Expenses And Certain Vendor Expenses (docket #259)

 *Status:* *Going forward.*

3. **["Dinsmore & Shohl"]** Motion Of Dinsmore & Shohl And Receiver For Permission To Seek Allowance Of Pre-Petition Attorney And Receiver Fees And Reimbursement Of Pre-Petition Expenses In The Receivership Court (docket #260)

  (a) The First Bank and Trust Company's Objection To Motion Of Dinsmore & Shohl And Receiver For Permission To Seek Allowance Of Pre-Petition Attorney And Receiver Fees And Reimbursement Of Pre-Petition Expenses In The Receivership Court (docket #325)

 *Status:* *Going forward.*

4. **["GE"]** Motion Of General Electric Capital Corporation For Relief From Stay (docket #263)

 *Status:* *No objections filed; parties have reached an agreement.*

5. **["Trustee's Cash Collateral Motion"]** Motion To Approve Trustee's Borrowing And Use Of Cash Collateral, Modify The Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, And Schedule Final Hearing (docket #271)

  (a) Notice Of Submission Of Revised Exhibit A To Motion To Approve Trustee's Borrowing And Use Of Cash Collateral, Modify The Automatic Stay, Provide Adequate Protection Payments,

      Protect Confidential Information, And Schedule Final Hearing (docket #306)

  (b) Superior Livestock Auction, Inc.'s Objection To Trustee's Motion To Approve Trustee's Borrowing And Use Of Cash Collateral, Modify The Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, And Schedule Final Hearing (docket #319)

  (c) The First Bank and Trust Company's Objection To Motion To Approve Trustee's Borrowing And Use Of Cash Collateral, Modify The Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, And Schedule Final Hearing (docket #324)

  (d) Kathryn L. Pry's Limited Objection To Trustee's Financing Motion (docket #326)

  (e) Friona Industries, LP, Cactus Growers, Inc., And J & F Oklahoma Holdings, Inc.'s Response To Motion To Approve Trustee's Borrowing And Use Of Cash Collateral, Modify The Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, And Schedule Final Hearing (docket #327)

  (f) Phillip Taylor Reed's Objection To Motion To Approve Trustee's Borrowing And Use Of Cash Collateral, Modify The Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, And Schedule Final Hearing (docket #328)

  (g) Trustee's Response To Objections To Trustee's Financing Motion (docket #340)

 *Status:* Going forward.

6. **["FPC Financial, f.s.b."]** Motion For Relief From The Automatic Stay And Abandonment Of Property From The Bankruptcy Estate (docket #279)

  (a) Trustee's Limited Objection To Motion For Relief From Stay Filed By FPC Financial, F.S.B. (docket #315)

 *Status:* Going forward.

7. **["Deere & Company"]** Motion For Relief From The Automatic Stay And Abandonment Of Property From The Bankruptcy Estate (docket #281)

   (a) Trustee's Limited Objection To Motion For Relief From Stay Filed By Deere & Company (docket #316)

   *Status:*   *Going forward.*

8. **["Peoples Bank & Trust"]** Peoples Bank & Trust Company of Pickett County's Motion For Relief From Automatic Stay And Abandonment Of Property (docket #300)

   (a) Peoples Bank & Trust Company of Pickett County's Motion For Relief From Automatic Stay And Abandonment Of Property (Corrected Motion) (docket #317)

   (b) Trustee's Objection To Motion For Relief From Automatic Stay And Abandonment Of Property Filed By Peoples Bank & Trust Company of Pickett County (docket #334)

   (c) Kathryn L. Pry's Joinder Of Trustee's Objection To Motion For Relief From Automatic Stay And Abandonment Of Property Filed By Peoples Bank & Trust Company Of Pickett County (docket #337)

   *Status:*   *Pretrial hearing.*

   *Going forward.*

9. **["BMC Retention"]** Application For Order Under 28 U.S.C. § 156(c) Authorizing The Retention Of The BMC Group, Inc. As Notice And Claims Agent For The Trustee (docket #320)

   (a) Notice Of Submission Of Declaration Of Tinamarie Feil In Support Of The Application For Order Under 28 U.S.C. § 156(C) Authorizing The Retention Of The BMC Group, Inc. As Notice And Claims Agent For The Trustee (docket #321)

   *Status:*   *Going forward.*

          Respectfully submitted,

          BAKER & DANIELS LLP

          By:   /s/Terry E. Hall

James M. Carr (#3128-49)  
Robert K. Stanley (#1745-49)  
Terry E. Hall (#22041-49)  
Dustin R. DeNeal (#27535-49)  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204-1782  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
jim.carr@bakerd.com  
robert.stanley@bakerd.com  
terry.hall@bakerd.com  
dustin.deneal@bakerd.com  

*Counsel for James A. Knauer, Chapter 11 Trustee*

Wendy W. Ponader (#14633-49)  
Baker & Daniels LLP  
600 East 96th Street, Suite 600  
Indianapolis, IN 46240  
Telephone: (317) 569-9600  
Facsimile: (317) 569-4800  
wendy.ponader@bakerd.com  

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |

| | | |
|---|---|---|
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Kirk Crutcher<br>kcrutcher@mcs-law.com | Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Theodore A Konstantinopoulos<br>ndohbky@jbandr.com | Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com | John M. Rogers<br>johnr@rubin-levin.net |
| Cathy S. Pike<br>cpike@weberandrose.com | John David Hoover<br>jdhoover@hooverhull.com | Sean T. White<br>swhite@hooverhull.com |
| Robert H. Foree<br>robertforee@bellsouth.net | | |

I further certify that on March 10, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

David A. Domina
ddomina@dominalaw.com


                                                                    /s/ Terry E. Hall