UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, ) | |
| ) | |
| Debtor. ) | |

## APPEARANCE

Comes now Sarah S. Fanzini, of the law firm of Hopper Blackwell, P.C., 111 Monument Circle, Suite 452, Indianapolis, Indiana 46204-5170, telephone (317) 635-5005, facsimile (317) 634-2501, electronic mail address sfanzini@hopperblackwell.com, and hereby enters her appearance on behalf of Intrust Bank, NA, a creditor herein, pursuant to paragraph 3.1 of General Order number 03-10 (the "General Order") of the United States Bankruptcy Court Southern District of Indiana. The undersigned hereby authorize service by electronic mail at the above listed address, consistent with paragraph 3.1 of the General Order.

Respectfully submitted,

HOPPER BLACKWELL, P.C.

BY: /s/ *Sarah S. Fanzini*
SARAH S. FANZINI

HOPPER BLACKWELL, P.C.
111 Monument Circle, Suite 452
Indianapolis, Indiana 46204-5170
(317) 635-5005
Attorneys for Intrust Bank, NA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following via e-mail or first class mail this 10th day of March, 2011.

C.R. Bowles, Jr., Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
GREENBAUM DOLL & McDONALD
101 S. 5th Street
Louisville, Kentucky 40202

David L. Abt, Esq.
ABT LAW OFFICE
210 N. Main Street
P.O. Box 128
Westby, WI 54667
davidabt@mwt.net

James A. Knauer, Esq.
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
jak@kgrlaw.com

James M. Carr, Esq.
Terry E. Hall, Esq.
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
James.carr@bakerd.com;
terry.hall@bakerd.com

U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204
Ustpregion10.in.ecf@usdoj.gov

Charles R. Wharton, Esq.
Office of the U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, Indiana 46204
Charles.r.wharton@usdoj.gov

Jesse Cook-Dubin, Esq.
Randall D. LaTour, Esq.
VORYS, SATER, SEYMOUR and PEASE, LLP
P.O. Box 1008
52 East Gary Street
Columbus, Ohio 43216-1008
jcookdubin@vorys.com; rdlatour@vorys.com

John R. Carr, III, Esq.
Brett S. Clement, Esq.
jrciii@acs-law.com; bclement@acs-law.com

Allen Morris, Esq.
William Robert Meyer, II, Esq.
*Attorneys for Republic Bank and Trust Company*

Edward M. King, Esq.
*Attorneys for Fifth Third Bank*

Charles R. Goodman, III, Esq.
*Attorneys for Gary S. Bell*

Jeremy S. Rogers, Esq.
Kim Martin Lewis, Esq.
DINSMORE & SHOHL, LLP
Suite 2500, 101 South Fifth Street
Louisville, KY 40202

Daniel J. Donnellon, Esq.
Stephen A. Weigand, Esq.
*Attorneys for First Bank and Trust Company*

Deborah J. Caruso, Esq.
Meredith R. Thomas, Esq.
DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, IN 46240

John Frederick Massouh, Esq.
*Attorneys for Friona Industries, LP*

Robert Hughes Foree, Esq.
*Attorneys for Kentucky Cattlemen's Assoc.*

John Hunt Lowell, Esq.
*Attorneys for Cactus Growers, Inc.*

Mark A. Robinson, Esq.
*Attorneys for J&F Oklahoma Holdings, Inc.*

James Bryan Johnston, Esq.
*Attorneys for Eddie Eicke*

James T. Young, Esq.
*Attorneys for Michael J. Walro*

David L. LeBas, Esq.
*Attorneys for J&F Oklahoma Holdings, Inc.*

Judy Hamilton Morse, Esq.
*Attorneys for Heritage Feeders LP*

John M. Thompson, Esq.
*Attorneys for Heritage Feeders LP*

Jessica E. Yates, Esq.
*Attorneys for CPC Livestock, LLC*

John Huffaker, Esq.
*Attorneys for Friona Industries, LP*

Matthew J. Ochs, Esq.
*Attorneys for Peoples Bank of Coldwater Kansas*

Kelly Greene McConnell, Esq.
GIVENS PURSLEY, LLP
601 W. Bannock Street
P.O. Box 2720
Boise, ID 83701-2720

T. Kent Barber, Esq.
David A. Domina, Esq.
DominaLaw Group, PC

W. Scott Newbern, Esq.
W. Scott Newbern, P.L.
2982 East Giverny Circle
Tallahassee, Florida 32309

Kirk Crutcher, Esq.
MAYFIELD CRUTCHER & SHARPE, LLP
320 S. Polk, Suite 400
Amarillo, Texax 79101

Theodore A. Konstaninopoulos, Esq.
JAVITCH, BLOCK & RATHBONE
1100 Superior Avenue, 19th Floor
Cleveland, Ohio 44114-9971

Karen L. Lobring, Esq.
Lobring & Associates, LLP
5977 W. St. Rd. 252
Edinburgh, IN 46124

Sandra D. Freeburger, Esq.
Deitz Shields & Freeburger, LLP
101 First Street
P.O. Box 21
Henderson, KY 42419-0021

Timothy T. Pridemore, Esq.

Todd J. Johnston, Esq.

Lisa Koch Bryant, Esq.
Foley Bryant Holloway & Raluy
500 W. Jefferson Street, Suite 2450
Louisville, KY 40202

Wendy W. Ponader, Esq.
BAKER & DANIELS, LLP
600 East 96th Street, Suite 600
Indianapolis, Indiana 46240

Elliott D. Levin, Esq.
John M. Rogers, Esq.
RUBIN & LEVIN, PC
500 Marott Center
342 Masachusetts Avenue
Indianapolis, Indiana  46204

Cathy S. Pike, Esq.
WEBER & ROSE, P.S.C.
471 W. Main Street, Suite 400
Louisville, KY  40202

John David Hoover, Esq.
Sean T. White, Esq.
Hoover Hull, LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244

/s/ *Sarah S. Fanzini*
Sarah S. Fanzini