# U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| Case Name: | Eastern Livestock Co., LLC | Date Filed: | December 6, 2010 |
| Case Number: | 10-93904, Southern District of Indiana | SIC Code: | 5154 |

Month (or portion) covered by this report: Dec. 6, 2010 - Dec. 27, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_Elizabeth M. Lynch, Custodian for Eastern Livestock Co., LLC_ (signature)  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

_March 10, 2011_  
DATE REPORT SIGNED

Elizabeth M. Lynch, Custodian for Eastern Livestock Co., LL  
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** Dec. 6, 2010 - Dec. 27, 2010

|  | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? |  | ✓ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? |  | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? |  | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ |  |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ YES   ✓ NO

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $1,422,181

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** $60,230

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** $1,361,951

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** Dec. 6, 2010 - Dec. 27, 2010

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES**  $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES**  $29,126,622

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 6 |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $0 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $317,599 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $317,599 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 317,599 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $317,599 |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** Dec. 6, 2010 - Dec. 27, 2010

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

*NOT APPLICABLE*

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**December, 2010 Monthly Operating Report**
**For the Period December 6, 2010 - December 27, 2010**
**Exhibit B; Cash Receipts**

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---:|
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Willie Downs Farm | | Accounts Receivable Collections | 468.00 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Ceridian Cobra Scv | | Health Insurance | 939.44 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Ceridian Cobra Scv | | Health Insurance | 939.44 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Sealy and Son Livestock | | Accounts Receivable Collections | 976.35 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Pontotoc Stockyard | | Accounts Receivable Collections | 1,960.00 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Billingsley Auction | | Accounts Receivable Collections | 2,162.04 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Darren Brangers | cobra | Health Insurance | 2,440.61 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Gibson Farms | | Accounts Receivable Collections | 4,080.00 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Sealy and Son Livestock | | Accounts Receivable Collections | 4,815.75 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Broughton | 316533 | Accounts Receivable Collections | 9,455.36 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Gibson Farms | | Accounts Receivable Collections | 14,013.59 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Demaio Farm | | Accounts Receivable Collections | 38,966.46 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Thomas Hagedorn | | Accounts Receivable Collections | 50,347.57 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Tim Moore | | Cattle sales | 64,985.30 |
| 12/8/10 | Chase (Receiver's Operating Account) | Deposit | Robert Dobbs | 306748 | Accounts Receivable Collections | 178,935.79 |
| 12/15/10 | Chase (Receiver's Operating Account) | Deposit | Jim Woods | | Cattle sales | 141,149.35 |
| 12/21/10 | Chase (Receiver's Operating Account) | Deposit | Miscellaneous | | Refunds | 17.97 |
| 12/21/10 | Chase (Receiver's Operating Account) | Deposit | Miscellaneous | | Refund | 64.52 |
| 12/21/10 | Chase (Receiver's Operating Account) | Deposit | Steirwald | | Accounts Receivable Collections | 63,531.03 |
| 12/21/10 | Chase (Receiver's Operating Account) | Deposit | Steirwald | | Accounts Receivable Collections | 64,301.20 |
| 12/21/10 | Chase (Receiver's Operating Account) | Deposit | Ed Edens branch | | Cattle sales | 117,119.02 |
| | Sub-Total; Receipts - Receiver's Operating | | | | | 761,668.79 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Thomas Brothers | | Accounts Receivable Collections | 58.13 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Bowie Livestock | | Accounts Receivable Collections | 1,210.90 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Blue Grass Stockyard | | Accounts Receivable Collections | 3,534.65 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Marion Cattle | | Cattle sales | 17,387.79 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Sam Countiss | | Accounts Receivable Collections | 31,236.72 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Robert Dobbs | lot 6303 70 steers | Cattle sales | 49,981.65 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Steirwald | | Accounts Receivable Collections | 50,409.80 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Steirwald | | Accounts Receivable Collections | 56,309.96 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Ogle Cattle Co. | | Accounts Receivable Collections | 63,000.00 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Frank Madison | | Accounts Receivable Collections | 99,129.88 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Marion Cattle | | Cattle sales | 132,620.74 |
| 12/13/10 | Chase (Receiver's Escrow Account) | Deposit | Stephen Dilks | | Accounts Receivable Collections | 155,364.58 |
| 12/15/10 | Chase (Receiver's Escrow Account) | Deposit | Brian Lovell | | Accounts Receivable Collections | 267.38 |
| | Sub-Total; Receipts - Receiver's Escrow | | | | | 660,512.18 |
| | **Total Cash Receipts** | | | | | 1,422,180.97 |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**December, 2010 Monthly Operating Report**
**For the Period December 6, 2010 - December 27, 2010**
**Exhibit C; Cash Disbursements**

|     | Date | Account | Num | Description | Memo | Category | Amount |
|-----|------|---------|-----|-------------|------|----------|--------|
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 107 | Indiana American Water | | Utilities | (86.15) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 108 | Companion Life Insurance | | Insurance Expense | (2,306.75) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 109 | Duke Energy | | Utilities | (732.03) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 110 | New Albany Muni Utilities | | Utilities | (121.24) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 111 | Insight | | Utilities | (121.12) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 112 | Industrial disposal | | Utilities | (148.22) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 113 | Vectren Energy | | Utilities | (25.01) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 114 | Aire Spring | | Utilities | (902.20) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 115 | AT&T | | Utilities | (1,648.53) |
| (x) | 12/3/10 | Chase (Receiver's Operating Account) | 116 | Tri-County Electric | | Utilities | (1,655.86) |
|     | 12/10/10 | Chase (Receiver's Operating Account) | EFT | ADP  FSA | | Payroll Expenses | (2,159.86) |
|     | 12/13/10 | Chase (Receiver's Operating Account) | 117 | Bradley Rummel | | Feed and related labor and util | (2,470.00) |
|     | 12/13/10 | Chase (Receiver's Operating Account) | 118 | Colley Farms | | Feed and related labor and util | (2,689.00) |
|     | 12/13/10 | Chase (Receiver's Operating Account) | 119 | Marian Miller | | Feed and related labor and util | (2,300.00) |
|     | 12/13/10 | Chase (Receiver's Operating Account) | 120 | Chastain Feeds | | Feed and related labor and util | (4,640.00) |
|     | 12/13/10 | Chase (Receiver's Operating Account) | Debit | returned item | | Accounts Receivable Collections | (1,960.90) |
|     | 12/13/10 | Chase (Receiver's Operating Account) | Debit | Debit | | Bank Service Charges | (10.00) |
|     | 12/14/10 | Chase (Receiver's Operating Account) | 134 | Debit | | Bank Service Charges | (20.00) |
|     | 12/14/10 | Chase (Receiver's Operating Account) | EFT | ADP | | Payroll Expenses | (21,522.78) |
|     | 12/15/10 | Chase (Receiver's Operating Account) | 126 | Vectren Energy | | Utilities | (102.00) |
|     | 12/15/10 | Chase (Receiver's Operating Account) | 127 | Industrial disposal | | Utilities | (151.18) |
|     | 12/15/10 | Chase (Receiver's Operating Account) | 130 | Aire Spring | | Utilities | (1,400.38) |
|     | 12/15/10 | Chase (Receiver's Operating Account) | 132 | Humana | | Insurance Expense | (9,379.00) |
|     | 12/15/10 | Chase (Receiver's Operating Account) | 133 | Viewtrack Technologies | | Computer and Internet Expenses | (3,200.00) |
|     | 12/16/10 | Chase (Receiver's Operating Account) | EFT | ADP | | Payroll Expenses | (377.31) |
|     | 12/17/10 | Chase (Receiver's Operating Account) | 6029 | Debit | | Bank Service Charges | (100.00) |
|     | 12/28/10 | Chase (Receiver's Operating Account) | 2 | General Journal | | Reconciliation Discrepancies | (0.60) |
|     |  | Sub-total; Disbursements - (Receiver's's) Operating | | | | | (60,230.12) |
|     |  | Sub-total; Disbursements - (Receiver's's) Escrow | | | | | - |
|     |  | **Total Cash Disbursements** | | | | | (60,230.12) |
|     |  | **Cash Flow - Positive/(Negative)** | | | | | 1,361,950.85 |

(x)  Written during the Receivership period but not included in the previously filed Receiver Report.

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904,**
**Southern District of Indiana**
**Monthly Operating Report for December, 2010**
**December 6, 2010 – December 27, 2010**
**Comments/Disclaimer**

An Involuntary petition was filed against Eastern Livestock Co., Inc. ("ELC") on December 6, 2010. Elizabeth M. Lynch had been appointed on November 9, 2010 as Receiver of ELC by the Court of Common Pleas in Hamilton County, Ohio. On December 7, 2010, the Bankruptcy Court for the Southern District of Indiana entered an order permitting Elizabeth M. Lynch to act as Custodian of ELC. Late in the day on December 27, 2010, the Bankruptcy Court for the Southern District of Indiana entered an order appointing James A. Knauer as Chapter 11 Trustee of ELC.

The December 2010 Monthly Operating Report covers the period from December 6, 2010 through December 27, 2010 ("the Custodial period") and reflects the activity in the Receiver's bank accounts that were continued to be utilized by Elizabeth M. Lynch during the Custodial period. The January 2011 Monthly Operating Report covers the cash activity beginning December 28, 2010 through January 31, 2011.

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of December, 2010

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| .J T NUCKOLS | $ 355,605 |
| AG Partners | 51,779 |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| Andy Lolly | 36,086 |
| ARROWHEAD CATTLE CO | 216,170 |
| ATKINSON LIVESTOCK MARK | 1,689,919 |
| ATKINSON LIVESTOCK MKT. | 887,961 |
| BACA COUNTY FEED YARD | 1,143,588 |
| BAR K CATTLE | 54,241 |
| Bart Houser | 453 |
| BEEF MARKETING GROUP CO | 633,210 |
| BELLAR FEEDLOTS, INC. | 106,474 |
| Ben Delworth | 1,913 |
| BEN RHODES | 42,104 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 293,066 |
| BILL COURTER | 164,321 |
| BILL EBERLE | 273,202 |
| BLUE GRASS SOUTH | 4,556 |
| BLUE GRASS STOCKYARDS C | 2,545 |
| BOB FOOTE | 1,009,826 |
| BRANDON MAGGARD | 21,440 |
| BRYAN GORDER | 52,284 |
| BRYAN MOSIER | 168,117 |
| BUD HEINE | 170,066 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 433,843 |
| CACTUS FEEDERS, INC. | 725,923 |
| CATTLCO | 107,362 |
| CATTLE EMPIRE | 11,071 |
| CHAD BAKER | 56,200 |
| Chad Houck | 23,526 |
| CIMARRON FEEDERS, INC. | 270,246 |
| CIRCLE 3 FEEDYARD | 49,430 |
| COLTON DOWNEY | 471 |
| COREY KAY | 133,575 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of December, 2010

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| CPC LIVESTOCK | 10,470 |
| Dave Wingo | 53,321 |
| DAVID PETERSON | 112,906 |
| Dean Cluck Cattle | 53,321 |
| DeMaio Farm | 170,519 |
| DEMAIO FARM & RANCH | 59,836 |
| DENNIS SPRESSOR | 94,836 |
| DIAMOND CATTLE FEEDERS | 8,442 |
| DIMMITT FEEDYARD, L.L.C | 53,359 |
| DON STALLLAUMER | 10,045 |
| DOUGLAS D. SUNDERMAN | 331,647 |
| DR DANIELS III | 34,373 |
| Dr. James Boyer | 7,548 |
| DS FARMS | 8,360 |
| Dudley Waldrop | 6,667 |
| DUSTY SPRESSOR | 23,968 |
| DWAYNE LOY | 15,164 |
| E 4 CATTLE CO | 55,399 |
| E4 Cattle Co. | 160,768 |
| E4 CATTLE COMPANY | 14,000 |
| ECCO 1, LLC | 52,438 |
| ECCO I LLC | 159,690 |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 2,353,516 |
| ERIC DOLL | 7,143 |
| FAITH CATTLE CO. | 123,480 |
| FELLER & COMPANY | 58,833 |
| FIVE RIVERS CATTLE FEED | 1,428,423 |
| FIVE RIVERS CATTLE FEED (KUNNER) | 327,015 |
| FRANCIS J. MADISON | 60,087 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 1,107,053 |
| FRONTERA FEEDYARD | 51,066 |
| FRONTIER FEEDERS | 302,966 |
| GANADO, INC | 228,027 |
| GARY LAIB | 104,917 |
| GARY ROBINSON | 19,292 |
| GARY SEALS | 199,756 |
| GLENN FRANKLIN | 125,602 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of December, 2010

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| Glover Farms | 414,614 |
| HARLAN FEEDERS, INC. | 97,869 |
| HARRY SHELTON | 75,655 |
| HENRY C HITCH FEEDLOT,I | 8,747 |
| HERITAGE FEEDERS | 126,414 |
| HIGH PLAINS FEEDLOT | 49,368 |
| HOHENBERGER CATTLE | 568,973 |
| J & S FEEDLOTS INC. | 59,613 |
| J Bar H Cattle | 83,807 |
| JACOB LARSON | 14,548 |
| Jake Johns | 900 |
| JAMES ED EDENS & LEE ED | 57,274 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEREMY COFFEY | 6,531 |
| JERRY THOMPSON | 54,783 |
| JF CATTLE | 153,318 |
| JIM ROY WELLS CATTLE | 1,513 |
| JOE THOMPSON | 208,352 |
| JVCO, LLC | 62,765 |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 524,001 |
| KEVIN SMITH | 156,315 |
| KIRKLAND FEEDYARDS INC. | 49,811 |
| KUENNING & SON | 171,576 |
| LARRY OGLE | 64,890 |
| LEN MILLER | 148,594 |
| LEROY SAYLOR | 137,026 |
| LUEKEN DAIRY FARM INC | 83,284 |
| MAMOT FEEDYARD TK. INC. | 27,964 |
| MARK FREEMAN | 101,610 |
| MARK FREEMAN (150 dead) | 58,496 |
| MARK FREEMAN IV | 104,913 |
| MASON COUNTY FEEDYARD | 51,066 |
| MATT JUNNEMAN | 44,922 |
| MATTHEW CATES | 153,150 |
| MELVIN MOTT | 40,062 |
| MID-AMERICA FEEDERS LLC | 28,068 |
| MIKE MASSEY | 935,652 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of December, 2010

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| MITCH WORRELL | 342,700 |
| MORRIS STOCK FARM | 25,294 |
| MULL FARMS & FEEDING | 122,753 |
| NU-TECHNOLOGIES | 252,371 |
| OAKLAKE CATTLE COMPANY | 131,371 |
| P&R Livestock | 499,124 |
| PACO FEED YARDS INC. | 117,191 |
| PENNER CATTLE | 16,372 |
| PENNER FEEDYARD | 42,002 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| Ralph Hoodenpyle | 236,897 |
| RANCHLAND LIVESTOCK | 35,204 |
| Richland livestock | 31,519 |
| RITTER FEEDYARD | 29,228 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| ROYAL BEEF | 181,887 |
| RUSH CREEK RANCH | 159,519 |
| RUSSELL GARWOOD | 74,173 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE | 18,789 |
| SAUNDERS, BUCHER, BARBE | 8,789 |
| SCHALLER BROTHERS | 77,706 |
| SEALY AND SON | 4,330 |
| Shane Stierwald | 3,501 |
| SOUTHEAST KANSAS SY | 47,580 |
| SOUTHEAST LIVESTOCK EXC | 633 |
| STANLEY BROUGHTON | 322 |
| STEVE FLETCHER | 115,813 |
| STEVE KRAJICEK | 325,824 |
| STIERWALT RANCH | 563,768 |
| SUPREME CATTLE FEEDERS | 479,377 |
| THORESON ENTERPRISES | 50,710 |
| Tim Cook | 740 |
| TIM MAY | 308,422 |
| TODD ROSENBAUM | 207,216 |
| TOM HERRMANN | 23,027 |
| TOM SVOBODA | 48,882 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of December, 2010

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| TOMMY BEREND | 17,982 |
| TRAVIS DICKE | 163,206 |
| TRIANGLE CALF GROWERS (Ed Edens) | 293,816 |
| WEBORG FEEDING CO.,LLC | 144,189 |
| WEST KENTUCKY LIVESTOCK | 44,671 |
| WILLIE DOWNS LIVESTOCK, | 6,428 |
| WINTER LIVESTOCK | 70,615 |
| XIT FEEDERS | 111,619 |
| YOGI COPHER | 2,485 |
| $ | 29,126,622 |

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 28, 2010 through December 31, 2010
Account Number: ███████████



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00015300 DRE 034 141 00111 - NYNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE      OPERATING
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## CHECKING SUMMARY     Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 1 | 691,686.58 |
| Electronic Withdrawals | 2 | - 30,405.70 |
| Fees and Other Withdrawals | 2 | - 50.00 |
| Ending Balance | 5 | $661,230.88 |



RECEIVED JAN -5 2011

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | Deposit    792065061 | $691,686.58 |
| **Total Deposits and Additions** | | **$691,686.58** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | 12/30 Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: ADP Payroll Custodial Account Ref: Eastern Livestock Payroll/Bnf/Eastern Livestock Payroll Ssn: 0228834 Trn: 0405800364Es | $16,092.70 |
| 12/30 | 12/30 Fedwire Debit Via: Country Club Bk/101001306 A/C: Cline Wood Agency Inc Ref: Eastern Livestock/Bnf/Eastern Livestock Fbo Cline Wood Agency Incimad: 1230B1Qgc01C001795 Trn: 0407100364Es | 14,313.00 |
| **Total Electronic Withdrawals** | | **$30,405.70** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | Outgoing Domestic Wire Fee | $25.00 |
| 12/30 | Outgoing Domestic Wire Fee | 25.00 |
| **Total Fees & Other Withdrawals** | | **$50.00** |

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 28, 2010 through December 31, 2010
Account Number: ██████████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000189 DRE 034 141 00111 - NYNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE     *ESCROW*
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 1 | 661,512.18 |
| Ending Balance | 1 | **$661,512.18** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | Deposit   792065051 | $661,512.18 |
| **Total Deposits and Additions** | | **$661,512.18** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/28 | $661,512.18 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **1** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



RECEIVED JAN -5 2011

Page 1 of 2