## U.S. Trustee Basic Monthly Operating Report

Case Name: Eastern Livestock Co., LLC        Date Filed: December 6, 2010

Case Number: 10-93904, Southern District of Indiana    SIC Code: 5154

Month (or portion) covered by this report: Dec. 28, 2010 - Jan. 31, 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_/s/ James Knauer_        3/10/2011
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? |  | ✓ |
| 2. | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? |  | ✓ |
| 3. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? |  | ✓ |
| 4. | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? |  | ✓ |
| 5. | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ |  |
| 6. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ |  |
| 7. | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ |  |
| 8. | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ |  |
| 9. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? |  | ✓ |
| 10. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? |  | ✓ |
| 11. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? |  | ✓ |
| 12. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? |  | ✓ |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  
**Date Filed:** December 6, 2010  
**Case Number:** 10-93904, Southern District of Indiana  
**SIC Code:** 5154  

**Month (or portion) covered by this report:** Dec. 28, 2010 - Jan. 31, 2011

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ YES   ✓ NO

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**   $2,371,922

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES**   $69,593

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH**   $2,302,329

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana **SIC Code:** 5154

**Month (or portion) covered by this report:** Dec. 28, 2010 - Jan. 31, 201˙

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $27,928,875

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 9

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 5

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? $0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? $0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? $509,325

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? $826,924

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? 509,325

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? $826,924

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC        **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana    **SIC Code:** 5154

**Month (or portion) covered by this report:** Dec. 28, 2010 - Jan. 31, 2011

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

**NOT APPLICABLE**

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
January, 2011 Monthly Operating Report
For the Period December 28, 2010 - January 31, 2011
Exhibit B; Cash Receipts and Transfers

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---:|
| 1/7/2011 | Checking | DEP | Tulia Livestock | from Ed Eden | Cattle sales | 621.64 |
| 1/7/2011 | Checking | DEP | Abiline TX Foods | | Other Inc | 3,541.67 |
| 1/7/2011 | Checking | DEP | Producers Livestock | Down money | Down money refund | 7,000.00 |
| 1/7/2011 | Checking | DEP | John Gibson | Cattle final 25% | Cattle sales | 20,674.94 |
| 1/7/2011 | Checking | DEP | US Premium Beef | 2010 Special dividend | Dividend | 129,360.00 |
| 1/14/2011 | Checking | DEP | Kentucky Utility | refund | Other Inc | 47.64 |
| 1/18/2011 | Checking | DEP | US Premium Beef | 2010 dividend | Dividend | 21,366.00 |
| | Sub-Total; Receipts - Trustee's Checking | | | | | 182,611.89 |
| 1/7/2011 | Escrow | DEP | E4 Cattle Co. | 311074 | Accts receivable collection | 14,000.00 |
| 1/7/2011 | Escrow | DEP | Tim May Farm | | Accts receivable collection | 308,422.16 |
| 1/13/2011 | Escrow | DEP | Superior Livestock | 63 Steers | Cattle sales | 18,159.20 |
| 1/13/2011 | Escrow | DEP | Superior Livestock | | Cattle sales | 192,871.56 |
| 1/14/2011 | Escrow | DEP | Superior Livestock | Mitch Worrell | Accts receivable collection | 342,700.28 |
| 1/18/2011 | Escrow | DEP | Kentucky Tennessee Livestock | | Cattle sales | 715.77 |
| 1/18/2011 | Escrow | DEP | Jerry Thompson | 306745 | Accts receivable collection | 54,782.96 |
| 1/18/2011 | Escrow | DEP | Kentucky Tennessee Livestock | | Cattle sales | 46,950.73 |
| 1/18/2011 | Escrow | DEP | Joe Or Donna Thompson | 306732; 306744 | Accts receivable collection | 193,603.79 |
| 1/27/2011 | Escrow | DEP | Gary Robinson | Jim Woods | Cattle sales | 132.71 |
| 1/27/2011 | Escrow | DEP | Gary Robinson | Jim Woods | Cattle sales | 4,976.49 |
| 1/27/2011 | Escrow | DEP | Gary Robinson | Jim Woods | Cattle sales | 42,832.00 |
| 1/27/2011 | Escrow | DEP | Superior Livestock | 60 S | Cattle sales | 51,033.78 |
| 1/27/2011 | Escrow | DEP | Superior Livestock | 79 Mixed | Cattle sales | 60,861.14 |
| 1/27/2011 | Escrow | DEP | Stierwald | | Accts receivable collection | 117,900.11 |
| 1/27/2011 | Escrow | DEP | Stierwald | | Accts receivable collection | 151,590.34 |
| 1/27/2011 | Escrow | DEP | Superior Livestock | 195 H | Cattle sales | 83,493.15 |
| 1/27/2011 | Escrow | DEP | Superior Livestock | 131 steers | Cattle sales | 98,465.22 |
| 1/27/2011 | Escrow | DEP | Superior Livestock | 206 H | Cattle sales | 169,650.97 |
| 1/27/2011 | Escrow | DEP | Superior Livestock | | Cattle sales | 236,167.94 |
| | Sub-Total; Receipts - Trustee's Escrow | | | | | 2,189,310.30 |
| | **Total Cash Receipts** | | | | | **2,371,922.19** |
| 12/28/2010 | Trustee's Checking | EFT | James Knauer | Transfer from Receiver's Accounts | | 691,686.58 |
| 12/28/2010 | Trustee's Escrow | EFT | James Knauer | Transfer from Receiver's Accounts | | 661,512.18 |
| | **Total Transfers from Receiver's Accounts** | | | | | **1,353,198.76** |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**January, 2011 Monthly Operating Report**
**For the Period December 28, 2010 - January 31, 2011**
**Exhibit C; Cash Disbursements**

| Date | Account | Ref | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 12/29/2010 | (Trustee's) Checking | 999991 | Greg Baumgart | O/S @ 12/31/10 | Transportation | (346.30) |
| 12/29/2010 | Checking | EFT | Payroll | | Salaries and w... | (16,092.70) |
| 12/29/2010 | Checking | EFT | Cline Wood | | Workers comp Insurance | (14,313.00) |
| 12/30/2010 | Checking | EFT | Wire Transfer | | Bank Charge | (25.00) |
| 12/30/2010 | Checking | EFT | Wire Transfer | | Bank Charge | (25.00) |
| 1/5/2011 | Checking | EFT | Check Printing | | Bank Charge | (88.92) |
| 1/5/2011 | Checking | EFT | Check Printing | | Bank Charge | (88.92) |
| 1/7/2011 | Checking | 999992 | Teena Moore | | Housekeeping | (581.69) |
| 1/7/2011 | Checking | 999993 | Data Copy | scanner and printer maintenance | Office expense | (1,166.50) |
| 1/10/2011 | Checking | ATM | Returned Check | | Bank Charge | (10.00) |
| 1/12/2011 | Checking | EFT | Wire Transfer | | Bank Charge | (25.00) |
| 1/15/2011 | Checking | EFT | ADP | Payroll w/e 1/... | Salaries and wages | (11,786.03) |
| 1/18/2011 | Checking | 1001 | Brantley Security - Post petition | | Security Services | (1,508.57) |
| 1/18/2011 | Checking | 1004 | KCL Group | | Insurance | (261.06) |
| 1/18/2011 | Checking | 1005 | Humana | 925293850 | Insurance | (5,276.02) |
| 1/18/2011 | Checking | 1006 | ADS Advanced | O/S @ 1/31/11 | Security system | (3,692.06) |
| 1/18/2011 | Checking | 1007 | Viewtrack | Computer srvcs; O/S @ 1/31/11 | Information Technology | (2,305.00) |
| 1/18/2011 | Checking | 1008 | ADP | Bank fee | Fees | (680.00) |
| 1/25/2011 | Checking | EFT | ADP | w/e 1/23/11 | Salaries and wages | (11,296.34) |
| 1/26/2011 | Checking | EFT | Wire Transfer | | Bank Charge | (25.00) |
| | Sub-total; Disbursements - Trustee's Checking | | | | | (69,593.11) |
| | Sub-total; Disbursements - Trustee's Escrow | | | | | - |
| | **Total Cash Disbursements** | | | | | (69,593.11) |
| | **Cash Flow - Positive/(Negative)** | | | | | 2,302,329.08 |
| | **Transfers from Receiver's Accounts** | | | | | 1,353,198.76 |
| | **Net Increase in Cash** | | | | | 3,655,527.84 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904,
Southern District of Indiana
Monthly Operating Report for January, 2011
December 28, 2010 – January 31, 2010
Comments/Disclaimer

An Involuntary petition was filed against Eastern Livestock Co., Inc. ("ELC") on December 6, 2010. Elizabeth M. Lynch had been appointed on November 9, 2010 as Receiver of ELC by the Court of Common Pleas in Hamilton County, Ohio. On December 7, 2010, the Bankruptcy Court for the Southern District of Indiana entered an order permitting Elizabeth M. Lynch to act as Custodian of ELC. Late in the day on December 27, 2010, the Bankruptcy Court for the Southern District of Indiana entered an order appointing James A. Knauer as Chapter 11 Trustee of ELC.

The December 2010 Monthly Operating Report covers the period from December 6, 2010 through December 27, 2010 ("the Custodial period") and reflects the activity in the Receiver's bank accounts that were continued to be utilized by Elizabeth M. Lynch during the Custodial period. The January 2011 Monthly Operating Report covers the cash activity beginning December 28, 2010 through January 31, 2011.

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of January, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| .J T NUCKOLS | $ 355,605 |
| AG Partners | 51,779 |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| Andy Lolly | 36,086 |
| ARROWHEAD CATTLE CO | 216,170 |
| ATKINSON LIVESTOCK MARK | 1,689,919 |
| ATKINSON LIVESTOCK MKT. | 887,961 |
| BACA COUNTY FEED YARD | 1,143,588 |
| BAR K CATTLE | 54,241 |
| Bart Houser | 453 |
| BEEF MARKETING GROUP CO | 633,210 |
| BELLAR FEEDLOTS, INC. | 106,474 |
| Ben Delworth | 1,913 |
| BEN RHODES | 42,104 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 293,066 |
| BILL COURTER | 164,321 |
| BILL EBERLE | 273,202 |
| BLUE GRASS SOUTH | 4,556 |
| BLUE GRASS STOCKYARDS C | 2,545 |
| BOB FOOTE | 1,009,826 |
| BRANDON MAGGARD | 21,440 |
| BRYAN GORDER | 52,284 |
| BRYAN MOSIER | 168,117 |
| BUD HEINE | 170,066 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 433,843 |
| CACTUS FEEDERS, INC. | 725,923 |
| CATTLCO | 107,362 |
| CATTLE EMPIRE | 11,071 |
| CHAD BAKER | 56,200 |
| Chad Houck | 23,526 |
| CIMARRON FEEDERS, INC. | 270,246 |
| CIRCLE 3 FEEDYARD | 49,430 |
| COLTON DOWNEY | 471 |
| COREY KAY | 133,575 |

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of January, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| CPC LIVESTOCK | 10,470 |
| Dave Wingo | 53,321 |
| DAVID PETERSON | 112,906 |
| Dean Cluck Cattle | 53,321 |
| DeMaio Farm | 170,519 |
| DEMAIO FARM & RANCH | 59,836 |
| DENNIS SPRESSOR | 94,836 |
| DIAMOND CATTLE FEEDERS | 8,442 |
| DIMMITT FEEDYARD, L.L.C | 53,359 |
| DON STALLLAUMER | 10,045 |
| DOUGLAS D. SUNDERMAN | 331,647 |
| DR DANIELS III | 34,373 |
| Dr. James Boyer | 7,548 |
| DS FARMS | 8,360 |
| Dudley Waldrop | 6,667 |
| DUSTY SPRESSOR | 23,968 |
| DWAYNE LOY | 15,164 |
| E 4 CATTLE CO | 55,399 |
| E4 Cattle Co. | 160,768 |
| ECCO 1, LLC | 52,438 |
| ECCO I LLC | 159,690 |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 2,353,516 |
| ERIC DOLL | 7,143 |
| FAITH CATTLE CO. | 123,480 |
| FELLER & COMPANY | 58,833 |
| FIVE RIVERS CATTLE FEED | 1,428,423 |
| FIVE RIVERS CATTLE FEED (KUNNER) | 327,015 |
| FRANCIS J. MADISON | 60,087 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 1,107,053 |
| FRONTERA FEEDYARD | 51,066 |
| FRONTIER FEEDERS | 302,966 |
| GANADO, INC | 228,027 |
| GARY LAIB | 104,917 |
| GARY ROBINSON | 19,292 |
| GARY SEALS | 199,756 |
| GLENN FRANKLIN | 125,602 |
| Glover Farms | 414,614 |

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of January, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| HARLAN FEEDERS, INC. | 97,869 |
| HARRY SHELTON | 75,655 |
| HENRY C HITCH FEEDLOT,I | 8,747 |
| HERITAGE FEEDERS | 126,414 |
| HIGH PLAINS FEEDLOT | 49,368 |
| HOHENBERGER CATTLE | 568,973 |
| J & S FEEDLOTS INC. | 59,613 |
| J Bar H Cattle | 83,807 |
| JACOB LARSON | 14,548 |
| Jake Johns | 900 |
| JAMES ED EDENS & LEE ED | 57,274 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEREMY COFFEY | 6,531 |
| JF CATTLE | 153,318 |
| JIM ROY WELLS CATTLE | 1,513 |
| JVCO, LLC | 62,765 |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 524,001 |
| KEVIN SMITH | 156,315 |
| KIRKLAND FEEDYARDS INC. | 49,811 |
| KUENNING & SON | 171,576 |
| LARRY OGLE | 64,890 |
| LEN MILLER | 148,594 |
| LEROY SAYLOR | 137,026 |
| LUEKEN DAIRY FARM INC | 83,284 |
| MAMOT FEEDYARD TK. INC. | 27,964 |
| MARK FREEMAN | 101,610 |
| MARK FREEMAN (150 dead) | 58,496 |
| MARK FREEMAN IV | 104,913 |
| MASON COUNTY FEEDYARD | 51,066 |
| MATT JUNNEMAN | 44,922 |
| MATTHEW CATES | 153,150 |
| MELVIN MOTT | 40,062 |
| MID-AMERICA FEEDERS LLC | 28,068 |
| MIKE MASSEY | 935,652 |
| MORRIS STOCK FARM | 25,294 |
| MULL FARMS & FEEDING | 122,753 |
| NU-TECHNOLOGIES | 252,371 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of January, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| OAKLAKE CATTLE COMPANY | 131,371 |
| P&R Livestock | 499,124 |
| PACO FEED YARDS INC. | 117,191 |
| PENNER CATTLE | 16,372 |
| PENNER FEEDYARD | 42,002 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| Ralph Hoodenpyle | 236,897 |
| RANCHLAND LIVESTOCK | 35,204 |
| Richland livestock | 31,519 |
| RITTER FEEDYARD | 29,228 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| ROYAL BEEF | 181,887 |
| RUSH CREEK RANCH | 159,519 |
| RUSSELL GARWOOD | 74,173 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE | 18,789 |
| SAUNDERS, BUCHER, BARBE | 8,789 |
| SCHALLER BROTHERS | 77,706 |
| SEALY AND SON | 4,330 |
| Shane Stierwald | 3,501 |
| SOUTHEAST KANSAS SY | 47,580 |
| SOUTHEAST LIVESTOCK EXC | 633 |
| STANLEY BROUGHTON | 322 |
| STEVE FLETCHER | 115,813 |
| STEVE KRAJICEK | 325,824 |
| STIERWALT RANCH | 294,278 |
| SUPREME CATTLE FEEDERS | 479,377 |
| THORESON ENTERPRISES | 50,710 |
| Tim Cook | 740 |
| TODD ROSENBAUM | 207,216 |
| TOM HERRMANN | 23,027 |
| TOM SVOBODA | 48,882 |
| TOMMY BEREND | 17,982 |
| TRAVIS DICKE | 163,206 |
| TRIANGLE CALF GROWERS (Ed Edens) | 293,816 |
| WEBORG FEEDING CO.,LLC | 144,189 |
| WEST KENTUCKY LIVESTOCK | 44,671 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of January, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| WILLIE DOWNS LIVESTOCK, | 6,428 |
| WINTER LIVESTOCK | 70,615 |
| XIT FEEDERS | 111,619 |
| YOGI COPHER | 2,485 |
| Total Receivables at 1/31/11 | $ 27,928,875 |

## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 01, 2011 through January 31, 2011
Account Number: ███████████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00009276 DRE 034 141 03211 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE   OPERATING
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $661,230.88 |
| Deposits and Additions | 3 | 189,972.12 |
| Checks Paid | 7 | - 9,820.14 |
| Electronic Withdrawals | 4 | - 23,260.21 |
| Fees and Other Withdrawals | 4 | - 7,420.23 |
| Ending Balance | 18 | $810,702.42 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | Deposit | $168,558.48 |
| 01/13 | Deposit  815257549 | 47.64 |
| 01/18 | Deposit | 21,366.00 |
| **Total Deposits and Additions** | | **$189,972.12** |



RECEIVED FEB 11

Page 1 of 4



January 01, 2011 through January 31, 2011
Account Number: ▮▮▮▮▮▮▮▮



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001 ^ | | 01/26 | $1,508.57 |
| 1004 * ^ | | 01/25 | 261.06 |
| 1005 ^ | | 01/25 | 5,276.02 |
| 1008 * ^ | | 01/28 | 680.00 |
| 999991 * ^ | | 01/03 | 346.30 |
| 999992 ^ | | 01/10 | 1,166.50 |
| 999993 ^ | 01/31 | 01/31 | 581.69 |
| Total Checks Paid | | | $9,820.14 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | Dlx For Business Bus Prod   02019400104128   CCD ID: 1411877307 | $88.92 |
| 01/05 | Dlx For Business Bus Prod   02019400230128   CCD ID: 1411877307 | 88.92 |
| 01/12 | 01/12 Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eastern Livestock Payroll Ref: Payroll For Eastern Livestock/Bnf/For Deposit To Eastern Livestock Act For Payroll Ssn: 0304126 Trn: 0759100012Es | 11,786.03 |
| 01/26 | 01/26 Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eastern Livestock Payroll Ssn: 0339591 Trn: 1075400026Es | 11,296.34 |
| Total Electronic Withdrawals | | $23,260.21 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/12 | Deposited Item Returned   Stop Payment 099014914   # of Dep Amt0000000016855848Dep Svc Items00001Ck#:0000064761 Date010711Ck Amt0000736023 Fee001000 | $7,360.23 |
| 01/12 | Outgoing Domestic Wire Fee | 25.00 |
| 01/12 | Deposit Item Returned Fee: 01 Stop Payment 099014914   # of Dep Amt0000000016855848Dep Svc Items00001Ck#:0000064761 Date010711Ck Amt0000736023 Fee001000 | 10.00 |
| 01/26 | Outgoing Domestic Wire Fee | 25.00 |
| Total Fees & Other Withdrawals | | $7,420.23 |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 01/03 | $660,884.58 | 01/07 | 829,265.22 |
| 01/04 | 660,795.66 | 01/10 | 828,098.72 |
| 01/05 | 660,706.74 | 01/12 | 808,917.46 |



January 01, 2011 through January 31, 2011
Account Number: ▮▮▮▮▮▮▮▮

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 01/13 | 808,965.10 | 01/26 | 811,964.11 |
| 01/18 | 830,331.10 | 01/28 | 811,284.11 |
| 01/25 | 824,794.02 | 01/31 | 810,702.42 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 11 |
| Deposits / Credits | 3 |
| Deposited Items | 8 |
| Transaction Total | 22 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |

# CHASE 🟠

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 01, 2011 through January 31, 2011
Account Number: 

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00009277 DRE 034 141 03211 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE    *ESCROW*
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $661,512.18 |
| Deposits and Additions | 5 | 2,189,310.30 |
| Ending Balance | 5 | $2,850,822.48 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/07 | Deposit | | $322,422.16 |
| 01/13 | Deposit | 815257548 | 553,731.06 |
| 01/18 | Deposit | | 296,053.25 |
| 01/26 | Deposit | 829589155 | 317,430.63 |
| 01/27 | Deposit | 829589156 | 699,673.20 |
| Total Deposits and Additions | | | $2,189,310.30 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/07 | $983,934.34 |
| 01/13 | 1,537,665.40 |
| 01/18 | 1,833,718.65 |
| 01/26 | 2,151,149.28 |
| 01/27 | 2,850,822.48 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 5 |
| Deposited Items | 20 |
| Transaction Total | 25 |


RECEIVED FEB 11 2011

Page 1 of 4