**SO ORDERED: March 11, 2011.**



_Basil H. Lorch III signature_

**Basil H. Lorch III**
**United States Bankruptcy Judge**

SGENERIC (rev 11/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

## ORDER

A(n) Motion to Remove Document Pursuant to Fed.R.Bankr.P. 9037 was filed with the Clerk of Court on March 9, 2011, by Petitioning Creditor Superior Livestock Auction, Inc.

IT IS THEREFORE ORDERED that the Motion to Remove Document Pursuant to Fed.R.Bankr.P. 9037 is GRANTED. The Clerk of Court is directed to remove the following document(s) from the record:

   Exhibit A filed on February 25, 2011 as docket entry #294
   Exhibit B filed on February 25, 2011 as docket entry #294
   Exhibit C Part 1 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 10 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 2 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 3 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 4 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 5 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 6 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 7 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 8 filed on February 25, 2011 as docket entry #294
   Exhibit C Part 9 filed on February 25, 2011 as docket entry #294
   Exhibit D filed on February 25, 2011 as docket entry #294
   Exhibit E filed on February 25, 2011 as docket entry #294
   Exhibit F Part 1 filed on February 25, 2011 as docket entry #294
   Exhibit F Part 10 filed on February 25, 2011 as docket entry #294
   Exhibit F Part 11 filed on February 25, 2011 as docket entry #294
   Exhibit F Part 12 filed on February 25, 2011 as docket entry #294
   Exhibit F Part 13 filed on February 25, 2011 as docket entry #294

Exhibit F Part 14 filed on February 25, 2011 as docket entry #294
Exhibit F Part 15 filed on February 25, 2011 as docket entry #294
Exhibit F Part 16 filed on February 25, 2011 as docket entry #294
Exhibit F Part 17 filed on February 25, 2011 as docket entry #294
Exhibit F Part 2 filed on February 25, 2011 as docket entry #294
Exhibit F Part 3 filed on February 25, 2011 as docket entry #294
Exhibit F Part 4 filed on February 25, 2011 as docket entry #294
Exhibit F Part 5 filed on February 25, 2011 as docket entry #294
Exhibit F Part 6 filed on February 25, 2011 as docket entry #294
Exhibit F Part 7 filed on February 25, 2011 as docket entry #294
Exhibit F Part 8 filed on February 25, 2011 as docket entry #294
Exhibit F Part 9 filed on February 25, 2011 as docket entry #294
Exhibit G filed on February 25, 2011 as docket entry #294
Exhibit H Part 1 filed on February 25, 2011 as docket entry #294
Exhibit H Part 2 filed on February 25, 2011 as docket entry #294
Exhibit H Part 3 filed on February 25, 2011 as docket entry #294
Exhibit H Part 4 filed on February 25, 2011 as docket entry #294
Exhibit H Part 5 filed on February 25, 2011 as docket entry #294
Exhibit H Part 6 filed on February 25, 2011 as docket entry #294
Exhibit H Part 7 filed on February 25, 2011 as docket entry #294
Exhibit H Part 8 filed on February 25, 2011 as docket entry #294
Exhibit I filed on February 25, 2011 as docket entry #294
Exhibit J filed on February 25, 2011 as docket entry #294
Main Document filed on February 25, 2011 as docket entry #294

###