## Notice Recipients

District/Off: 0756−4             User: alstarks              Date Created: 3/11/2011
Case: 10−93904−BHL−11            Form ID: retmaild           Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb         Eastern Livestock Co., LLC      135 W. Market Street      New Albany, IN 47150
                                                                                TOTAL: 1