## Notice Recipients

District/Off: 0756–4     User: jhelton     Date Created: 3/11/2011
Case: 10–93904–BHL–11     Form ID: retmaild     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb     Eastern Livestock Co., LLC     135 W. Market Street     New Albany, IN 47150

TOTAL: 1