UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

RETMAILD (rev 08/2007)

In Re:

   Eastern Livestock Co., LLC                                Case Number:
     SSN: NA        EIN: NA                            **10−93904−BHL−11**
   Debtor(s)

## NOTICE OF REQUEST FOR CHANGE OF ADDRESS

   TO: Debtor(s)/Attorney for Debtor(s)

   The Court received a 341 meeting notice for Branch 15 Deathloss from the U.S. Post Office. This party has not received notice of the filing of the bankruptcy case.

   YOU ARE HEREBY NOTIFIED that it is your responsibility to forward the 341 meeting notice to the affected party, and to file in writing with the Court a Notice of Change of Address listing the party's corrected address.

Dated:   March 11, 2011                               KEVIN P. DEMPSEY, CLERK
                                                                           U.S. BANKRUPTCY COURT