United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
     Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: alstarks      Page 1 of 1      Date Rcvd: Mar 11, 2011  
                        Form ID: retmaild    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2011.  
adb       +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2011**                                   **Signature:** _/s/ Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

RETMAILD (rev 08/2007)

In Re:

Eastern Livestock Co., LLC
SSN: NA    EIN: NA
Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF REQUEST FOR CHANGE OF ADDRESS

TO: Debtor(s)/Attorney for Debtor(s)

The Court received a 341 meeting notice for Waddie Hills from the U.S. Post Office. This party has not received notice of the filing of the bankruptcy case.

YOU ARE HEREBY NOTIFIED that it is your responsibility to forward the 341 meeting notice to the affected party, and to file in writing with the Court a Notice of Change of Address listing the party's corrected address.

Dated:   March 11, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT