United States Bankruptcy Court
Southern District of Indiana

In re:                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0756-4          User: kgoss2              Page 1 of 1              Date Rcvd: Mar 11, 2011
                              Form ID: sgeneric         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2011.
cr           +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2011**                    **Signature:**    _Joseph Speetjens_

SO ORDERED: March 11, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## ORDER

    A(n) Motion to Remove Document Pursuant to Fed.R.Bankr.P. 9037 was filed with the Clerk of Court on March 9, 2011, by Petitioning Creditor Superior Livestock Auction, Inc.

    IT IS THEREFORE ORDERED that the Motion to Remove Document Pursuant to Fed.R.Bankr.P. 9037 is GRANTED. The Clerk of Court is directed to remove the following document(s) from the record:

    Exhibit A filed on February 25, 2011 as docket entry #294
    Exhibit B filed on February 25, 2011 as docket entry #294
    Exhibit C Part 1 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 10 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 2 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 3 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 4 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 5 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 6 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 7 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 8 filed on February 25, 2011 as docket entry #294
    Exhibit C Part 9 filed on February 25, 2011 as docket entry #294
    Exhibit D filed on February 25, 2011 as docket entry #294
    Exhibit E filed on February 25, 2011 as docket entry #294
    Exhibit F Part 1 filed on February 25, 2011 as docket entry #294
    Exhibit F Part 10 filed on February 25, 2011 as docket entry #294
    Exhibit F Part 11 filed on February 25, 2011 as docket entry #294
    Exhibit F Part 12 filed on February 25, 2011 as docket entry #294
    Exhibit F Part 13 filed on February 25, 2011 as docket entry #294

Exhibit F Part 14 filed on February 25, 2011 as docket entry #294
Exhibit F Part 15 filed on February 25, 2011 as docket entry #294
Exhibit F Part 16 filed on February 25, 2011 as docket entry #294
Exhibit F Part 17 filed on February 25, 2011 as docket entry #294
Exhibit F Part 2 filed on February 25, 2011 as docket entry #294
Exhibit F Part 3 filed on February 25, 2011 as docket entry #294
Exhibit F Part 4 filed on February 25, 2011 as docket entry #294
Exhibit F Part 5 filed on February 25, 2011 as docket entry #294
Exhibit F Part 6 filed on February 25, 2011 as docket entry #294
Exhibit F Part 7 filed on February 25, 2011 as docket entry #294
Exhibit F Part 8 filed on February 25, 2011 as docket entry #294
Exhibit F Part 9 filed on February 25, 2011 as docket entry #294
Exhibit G filed on February 25, 2011 as docket entry #294
Exhibit H Part 1 filed on February 25, 2011 as docket entry #294
Exhibit H Part 2 filed on February 25, 2011 as docket entry #294
Exhibit H Part 3 filed on February 25, 2011 as docket entry #294
Exhibit H Part 4 filed on February 25, 2011 as docket entry #294
Exhibit H Part 5 filed on February 25, 2011 as docket entry #294
Exhibit H Part 6 filed on February 25, 2011 as docket entry #294
Exhibit H Part 7 filed on February 25, 2011 as docket entry #294
Exhibit H Part 8 filed on February 25, 2011 as docket entry #294
Exhibit I filed on February 25, 2011 as docket entry #294
Exhibit J filed on February 25, 2011 as docket entry #294
Main Document filed on February 25, 2011 as docket entry #294

###