## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: oherit | Date Created: 3/14/2011 |
| Case: 10–93904–BHL–11 | Form ID: retmaild | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb      Eastern Livestock Co., LLC      135 W. Market Street      New Albany, IN 47150

TOTAL: 1