## Notice Recipients

District/Off: 0756–4 | User: jhelton | Date Created: 3/14/2011
Case: 10–93904–BHL–11 | Form ID: retmaild | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb    Eastern Livestock Co., LLC    135 W. Market Street    New Albany, IN 47150

TOTAL: 1