UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

    Eastern Livestock Co., LLC

      SSN: NA      EIN: NA

    Debtor(s)

Case Number:

**10–93904–BHL–11**

## NOTICE

    NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Final Hearing Re: Corrected Motion to Abandon, Corrected Motion for Relief from Stay (Refusal to Waive Time Requirement filed previously) (receipt # 15020992) filed by Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County [317] with an Objection to Corrected Motion to Abandon, Corrected Motion for Relief from Stay filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [334] and

    Response in Support of Objection by Trustee J. Knauer filed by Meredith R. Thomas on behalf of Other Professional Kathryn Pry [337]

    Objections are due three (3) business days prior to hearing.

    Date:  April 15, 2011
    Time: 09:30 AM EDT
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

    Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

    The above–referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:    March 15, 2011

                   KEVIN P. DEMPSEY, CLERK
                   U.S. BANKRUPTCY COURT