## Notice Recipients

District/Off: 0756–4     User: kgoss     Date Created: 3/15/2011
Case: 10–93904–BHL–11     Form ID: SF00200     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Lisa Koch Bryant     courtmail@fbhlaw.net

TOTAL: 1