# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC,

    Debtor.

Case No. 10-93904-BHL-11

Chapter 11

## AGREED ENTRY REGARDING MOTION OF DINSMORE & SHOHL AND RECEIVER FOR PERMISSION TO SEEK ALLOWANCE OF PRE-PETITION ATTORNEY AND RECEIVER FEES AND REIMBURSEMENT OF PRE-PETITION EXPENSES IN THE RECEIVERSHIP COURT

**WHEREAS**, this matter came before the Court on the Motion of the State Court-Appointed Receiver, Elizabeth Lynch (the "Receiver")[1] for Eastern Livestock Co., LLC (the "Debtor") and Dinsmore & Shohl, LLP ("D&S"), as counsel for the Receiver, for an order permitting D&S and the Receiver to seek allowance from the state court in which the receivership action was brought (the "Receivership Court") of pre-petition attorney receiver fees and reimbursement of expenses incurred by the Receiver, her employer DSI, and D&S, to be paid out of a pre-petition IOLTA account (the "Motion")(Doc. No. 260), and

**WHEREAS**, First Bank and Trust Company ("First Bank") filed an Objection thereto (the "Objection")(Doc. No. 325); and

**WHEREAS**, the Court conducted a hearing on the issues presented in the Motion and the Objection on Friday, March 11, 2011.

**The Parties being fully advised and in agreement hereby agree as follows:**

    1.    The Receiver may seek an order for pre-petition attorney and receiver fees and reimbursement of expenses for the Receiver, DSI, and D&S in the Receivership Court.

    2.    First Bank's Objection is hereby withdrawn.

---

[1] Capitalized terms not defined herein are given the meaning ascribed to them in the Motion.

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and enforcement of this Agreed Entry.

**SEEN AND AGREED TO BY:**

| | |
|---|---|
| DINSMORE AND SHOHL, LLP | AYERS CARR & SULLIVAN, P.C. |
| | |
| By: */s/ Jeremy S. Rogers* | By: */s/ Bret S. Clement* |
| Jeremy S. Rogers (IN # 24670 10) | Bret S. Clement (#3708-49) |
| 1400 PNC Plaza | Ayers Carr & Sullivan, P.C. |
| 500 W. Jefferson St. | 251 East Ohio Street, Suite 500 |
| Louisville, KY 40202 | Indianapolis, IN 46204-2184 |
| Phone: (502) 540-2384 | Telephone: 317-636-3471 |
| jeremy.rogers@dinslaw.com | Facsimile: 317-636- |
| | bclement@acs-law.com |
| Kim Martin Lewis (OH #0043533) | |
| Tim J. Robinson (OH #0046668) | Counsel for First Bank |
| 1900 Chemed Center | |
| 255 East Fifth Street | |
| Cincinnati, Ohio 45202 | |
| Telephone: (513) 977-8200 | |
| Facsimile: (513) 977-8141 | |
| kim.lewis@dinslaw.com | |
| tim.robinson@dinslaw.com | |
| | |
| Counsel for Receiver | |