**SO ORDERED: March 17, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION TO REMOVE TRUSTEE'S RESPONSE WITHOUT
PREJUDICE AND REPLACE WITH AMENDED RESPONSE**

The Court, having reviewed the Motion to Remove Trustee's Response Without

Prejudice and Replace With Amended Response [Dock. No. 354] ("Motion") filed by the Trustee

on March 11, 2011 and being otherwise duly advised, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED THAT

1.      The Trustee's Response to Objections to Trustee's Financing Motion filed

on March 10, 2011 [Dock. No. 340] ("Trustee's Response") shall be removed from the docket

without prejudice.

2.      The Trustee's Amended Response to Objections to Trustee's Financing

Motion filed on March 11, 2011 [Dock. No. 353] ("Trustee's Amended Response") replaces and

supercedes the Trustee's Response in its entirety.

BDDB01 6580667v1

3.     The Trustee's Amended Response shall be effective in all respects as of March 10, 2011.

4.     Nothing contained herein or in the Motion shall be construed to waive or prejudice in any way any of the Trustee's rights with regard to the Financing Motion (as defined in the Trustee's Amended Response) and the objections thereto.

###