## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 3/17/2011 |
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty         C. R. Bowles, Jr         crb@gdm.com
aty         Terry E. Hall         terry.hall@bakerd.com

TOTAL: 2