UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | )  CHAPTER 11 |
| | ) |
| Debtor | )  CASE NO. 10-93904-BHL-11 |
| | ) |
| | ) |

## ENTRY OF APPEARANCE

Comes now Michael W. McClain of Ballinger McClain, PLLC, Attorneys at Law, and enters his appearance on behalf of Grant Gibson and requests that all further pleadings and notices be sent to the undersigned at the address indicated below.

Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
Indiana Bar No. 22464-49
BALLINGER MCCLAIN, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241
(502) 426-3215
mike@kentuckytrial.com
***Counsel for Grant Gibson***

## CERTIFICAT OF SERVICE

I hereby certify that on March 17, 2011, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's ECF System at the electronic addresses as set forth in the ECF System to the U.S. Trustee, and all other persons receiving electronic notifications in this case and to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ Michael W. McClain
Michael W. McClain