**SO ORDERED: March 16, 2011.**



_Basil H. Lorch III_
**Basil H. Lorch III
United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| | Chapter 11 |
| Debtor. | |

### ORDER APPROVING AGREED ENTRY

**The Court hereby ORDERS that:**

1. The Agreed Entry Regarding Motion of Dinsmore & Shohl and Receiver for Permission to Seek Allowance of Pre-Petition Attorney and Receiver Fees and Reimbursement is hereby approved.

2. This Order is effective immediately upon entry.

###