## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 3/17/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 2

**Recipients of Notice of Electronic Filing:**
aty      Bret S. Clement      bclement@acs–law.com
aty      Jeremy S Rogers      Jeremy.Rogers@dinslaw.com

TOTAL: 2