UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF CHANGE OF ADDRESSES**

**To the Court:** The correct addresses for the following creditors are as follows:

Austin Martin
3160 N Jackson
Canmer, KY 42722

Barry McCoy
1850 E Bench Road
Dillon, MT 59725-8544

Bobby Smith
1105 Grady Road
Munfordville, KY 42765-9264

Brian Bean
3177 Celina Rd
Burkesville, KY 42717

Camen Martin
3160 N Jackson Hwy
Canmer, KY 42722

Charles Douglas Copher
1280 Peastick Road
Owingsville, KY 40360

Chris Martin
251 Pond Road
Canmer, KY 42722

BDDB01 6589985v2

Clyde Hall
1266 County Road
New Albany, IN 38652

Cooper Christenson
PO Box 442
Okolona, MS 38860

Dante Zago & Farm Credit
3461 Underwood Road
Mount Juliet, TN 37122-4724

Darrell Beauchamp
13410 Hardin Springs
East View, KY 42732

Dean Hayes
4501 Burkesville Road
Columbia, KY 42728

George Washer
261 Gibbons Rd
Cave City, KY 42127

Henry Sims
219 Sims Road
Faunsdale, AL 36738

Jeff Reece
195 Locust Grove Church Road
Knob Lick, KY 42154

Jimmy Brummett
7594 Hwy 55 South Road
Columbia, KY 42728

Jimmy Collums
130 CR 409
Houlka, MS 38850

Joe Bishop
1198 Country Road 188
Blue Springs, MS 38828

KU
1 Quality Street
Lexington, KY 40507

Leon Isenberg
4942 Edmonton Road
Tompkinsville, KY 42167-9411

Martin Bros
3160 N Jackson Hwy
Canmer, KY 42722-9437

Mike White
177 Breeding Road
Edmonton, KY 42129

Nathan Acree
175 Donald Hurt Road
Summer Shade, KY 42166-7600

Randy Gray
60051 Stonewall Road
Amory, MS 38821

Rod Case
PO Box 108
Flemingsburg, KY 41041

Sabrina Stapp
1609 Cedar Grove
Greensburg, KY 42743

Scott Browning
3730 Edmonton Road
Glasgow, KY 42141-9511

Stop N Save #4
400 N Main Street
Edmonton, KY 42129

TNCI
PO Box 981038
Boston, MA 02298-1038

Thomas and Patsy Gibson
7536 Tandy Road
Lanesville, IN 47136

Tim Napier
4173 Peters Creek Rd
Austin, KY 42123-9753

Timothy Watts Napier
4173 Peters Creek Rd
Austin, KY 42123-9753

Wayne Firkins
298 Judd Road
Edmonton, KY 42129-9000

Southern Livestock Auction Co.
2677 Pulaski Hwy
Columbia, TN 38401

Gary Emery
Emery Farms
4955 Genesis Rd
Crossville, TN 38571-0217

Platt Livestock, LLC
2278 North 400 East
Newcastle, UT 84756

Pine Ridge Farm
1160 The Ridings
Winchester, KY 40391

Randy Sherrard
2763 Oak Hill Rd
Sonora, KY 42776-9438

Tim Riley
5146 Crater Rd
Hamptonville, NC 27020-7707

John Flood
1722 Highway 2779
Hardinsburg, KY 40143-4316

Lexington Fayette Urban County Government
200 E. Main St
Lexington, KY 40507

Jon Washer
1308 Alaska Ave
Fort Campbell, KY 42223

Intrade Consultants, Inc.
US Customs Brokers
7101 Chino Dr
El Paso, TX 79915

Benton Farms
306 4th Street
Benton, AL 36785

Donnie Coomer
150 Coomer Rd.
Edmonton, KY 42129

Edmonton Reserve
Edmonton Livestock
312 North Main Street
Edmonton, KY 42129

B & M Trucking
239 James Street
Gallatin, TN 37066

Sandy Froedge
207 Tuney Geralds Rd
Edmonton, KY 42129

Indiana-American Water Co. Inc.
Main Office
555 East County Line Road, Suite 201
Greenwood, IN 46143

Larry Wayne Carter
6007 Lone Star Ridge Rd
Edmonton, KY 42129

Waddie Hills
3377 FM 1226 N
Anson, TX 79501

Edmonton Collection
Edmonton Livestock
312 North Main Street
Edmonton, KY 42129

Rafter K Farms
Attn: Ken R. Hostetler
116 Wildlife Road
Buffalo, MO 65622-4137

Lane Cattle Company and Dave Rings
1302 Benton Road
Lowndesboro, AL  36752-4707

James Perschbacher
McMahan Cattle
1515 Capitol of Texas Hwy, Ste 204
Austin, TX 78746

DIRECTV
2230 E. Imperial Hwy
El Segundo, CA 90245

Verizon Wireless
Attn: Bankruptcy Administration
PO Box 3397
Bloomington, IL 61702

**To the Listed Creditors:** You are listed as a creditor in this case, but the original address was incorrect or missing.  Accompanying this notice is the following document:

- ■   notice of meeting of creditors

Respectfully submitted,

BAKER & DANIELS LLP

By: /s/Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)
Robert K. Stanley (#1745-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
robert.stanley@bakerd.com
terry.hall@bakerd.com
dustin.deneal@bakerd.com

Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
wendy.ponader@bakerd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Kirk Crutcher<br>kcrutcher@mcs-law.com | Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Theodore A Konstantinopoulos<br>ndohbky@jbandr.com | Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com | John M. Rogers<br>johnr@rubin-levin.net |
| Cathy S. Pike<br>cpike@weberandrose.com | John David Hoover<br>jdhoover@hooverhull.com | Sean T. White<br>swhite@hooverhull.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Michael W. McClain<br>mike@kentuckytrial.com |

I further certify that on March 17, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

David A. Domina
ddomina@dominalaw.com

6589985_2.DOCX                                        8

I further certify that on March 17, 2011, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

| | | |
|---|---|---|
| Austin Martin<br>3160 N Jackson<br>Canmer, KY 42722 | Barry McCoy<br>1850 E Bench Road<br>Dillon, MT 59725-8544 | Bobby Smith<br>1105 Grady Road<br>Munfordville, KY 42765-9264 |
| Brian Bean<br>3177 Celina Rd<br>Burkesville, KY 42717 | Camen Martin<br>3160 N Jackson Hwy<br>Canmer, KY 42722 | Charles Douglas Copher<br>1280 Peastick Road<br>Owingsville, KY 40360 |
| Chris Martin<br>251 Pond Road<br>Canmer, KY 42722 | Clyde Hall<br>1266 County Road<br>New Albany, IN 38652 | Cooper Christenson<br>PO Box 442<br>Okolona, MS 38860 |
| Dante Zago & Farm Credit<br>3461 Underwood Road<br>Mount Juliet, TN 37122-4724 | Darrell Beauchamp<br>13410 Hardin Springs<br>East View, KY 42732 | Dean Hayes<br>4501 Burkesville Road<br>Columbia, KY 42728 |
| George Washer<br>261 Gibbons Rd<br>Cave City, KY 42127 | Henry Sims<br>219 Sims Road<br>Faunsdale, AL 36738 | Jeff Reece<br>195 Locust Grove Church Road<br>Knob Lick, KY 42154 |
| Jimmy Brummett<br>7594 Hwy 55 South Road<br>Columbia, KY 42728 | Jimmy Collums<br>130 CR 409<br>Houlka, MS 38850 | Joe Bishop<br>1198 Country Road 188<br>Blue Springs, MS 38828 |
| KU<br>1 Quality Street<br>Lexington, KY 40507 | Leon Isenberg<br>4942 Edmonton Road<br>Tompkinsville, KY 42167-9411 | Martin Bros<br>3160 N Jackson Hwy<br>Canmer, KY 42722-9437 |
| Mike White<br>177 Breeding Road<br>Edmonton, KY 42129 | Nathan Acree<br>175 Donald Hurt Road<br>Summer Shade, KY 42166-7600 | Randy Gray<br>60051 Stonewall Road<br>Amory, MS 38821 |
| Rod Case<br>PO Box 108<br>Flemingsburg, KY 41041 | Sabrina Stapp<br>1609 Cedar Grove<br>Greensburg, KY 42743 | Scott Browning<br>3730 Edmonton Road<br>Glasgow, KY 42141-9511 |
| Stop N Save #4<br>400 N Main Street<br>Edmonton, KY 42129 | TNCI<br>PO Box 981038<br>Boston, MA 02298-1038 | Thomas and Patsy Gibson<br>7536 Tandy Road<br>Lanesville, IN 47136 |
| Tim Napier<br>4173 Peters Creek Rd<br>Austin, KY 42123-9753 | Timothy Watts Napier<br>4173 Peters Creek Rd<br>Austin, KY 42123-9753 | Wayne Firkins<br>298 Judd Road<br>Edmonton, KY 42129-9000 |
| Southern Livestock Auction Co.<br>2677 Pulaski Hwy<br>Columbia, TN 38401 | Gary Emery<br>Emery Farms<br>4955 Genesis Rd<br>Crossville, TN 38571-0217 | Platt Livestock, LLC<br>2278 North 400 East<br>Newcastle, UT 84756 |
| Pine Ridge Farm<br>1160 The Ridings<br>Winchester, KY 40391 | Randy Sherrard<br>2763 Oak Hill Rd<br>Sonora, KY 42776-9438 | Tim Riley<br>5146 Crater Rd<br>Hamptonville, NC 27020-7707 |
| John Flood<br>1722 Highway 2779<br>Hardinsburg, KY 40143-4316 | Lexington Fayette Urban County Government<br>200 E. Main St<br>Lexington, KY 40507 | Jon Washer<br>1308 Alaska Ave<br>Fort Campbell, KY 42223 |

| | | |
|---|---|---|
| Intrade Consultants, Inc.<br>US Customs Brokers<br>7101 Chino Dr<br>El Paso, TX 79915 | Benton Farms<br>306 4th Street<br>Benton, AL 36785 | Donnie Coomer<br>150 Coomer Rd.<br>Edmonton, KY 42129 |
| Edmonton Reserve<br>Edmonton Livestock<br>312 North Main Street<br>Edmonton, KY 42129 | B & M Trucking<br>239 James Street<br>Gallatin, TN 37066 | Sandy Froedge<br>207 Tuney Geralds Rd<br>Edmonton, KY 42129 |
| Indiana-American Water Co. Inc.<br>Main Office<br>555 East County Line Road, Suite 201<br>Greenwood, IN 46143 | Larry Wayne Carter<br>6007 Lone Star Ridge Rd<br>Edmonton, KY 42129 | Waddie Hills<br>3377 FM 1226 N<br>Anson, TX 79501 |
| Edmonton Collection<br>Edmonton Livestock<br>312 North Main Street<br>Edmonton, KY 42129 | Rafter K Farms<br>Attn: Ken R. Hostetler<br>116 Wildlife Road<br>Buffalo, MO 65622-4137 | Lane Cattle Company and Dave Rings<br>1302 Benton Road<br>Lowndesboro, AL 36752-4707 |
| James Perschbacher<br>McMahan Cattle<br>1515 Capitol of Texas Hwy, Ste 204<br>Austin, TX 78746 | DIRECTV<br>2230 E. Imperial Hwy<br>El Segundo, CA 90245 | Verizon Wireless<br>Attn: Bankruptcy Administration<br>PO Box 3397<br>Bloomington, IL 61702 |

/s/ Dustin R. DeNeal