## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: alstarks | Date Created: 3/17/2011 |
| Case: 10−93904−BHL−11 | Form ID: retmaild | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb        Eastern Livestock Co., LLC        135 W. Market Street        New Albany, IN 47150

TOTAL: 1