# Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 3/18/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 2

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr     crb@gdm.com
aty     Terry E. Hall     terry.hall@bakerd.com

TOTAL: 2