**SO ORDERED: March 17, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| | Chapter 11 |
| Debtor. | |

**ORDER GRANTING MOTION OF TRUSTEE TO PAY POST-PETITION RECEIVER AND ATTORNEY FEES AND EXPENSES AND CERTAIN VENDOR EXPENSES**

This matter came before the Court on the Motion of the trustee James Knauer for Eastern Livestock Co., LLC ("Debtor")[1] for an order allowing the trustee to pay: (1) the post-petition fees and expenses of State Court-Appointed Receiver and bankruptcy custodian, Elizabeth Lynch (the "Receiver") and her employer Development Specialists, Inc. ("DSI"); (2) the post-petition fees and expenses of counsel to the Receiver, Dinsmore & Shohl, LLP ("D&S"); and (3) certain pre-petition

---

[1] Capitalized terms not defined herein are given the meaning ascribed to them in the Motion.

and post-petition expenses incurred by certain vendors that were necessary to preserve value of the estate ("Vendor Expenses") ("Motion") (Doc No. 259).  The Court finds the Motion to be well taken and in the best interest of the Debtor's estate and creditors, and that the fees and expenses requested by the Receiver and D&S in Exhibit A and Exhibit B to the Motion were reasonable and necessary, and that the Vendor Expenses listed in Exhibit C to the Motion were reasonable and necessary, and accordingly, the Motion is hereby GRANTED.

Accordingly, the Court hereby ORDERS that:

1. The trustee may pay: (1) the post-petition fees and expenses of the Receiver and her employer DSI in the amount of $175,722.80, as set forth in Exhibit A to the Motion; (2) the post-petition fees and expenses of D&S in the amount of $42,548.99, as set forth in Exhibit B to the Motion[2]; and (3) the Vendor Expenses in the amount of $11,918.57, as set forth in Exhibit C to the Motion.

2. The trustee may pay the fees and expenses listed in paragraph 1 first from the D&S IOLTA Account and then from the Custodial Trust Account.

3. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and enforcement of this Order.

4. This Order is effective immediately upon entry.

---

[2] The Court is under the understanding that D&S has agreed to write off its fees by $10,762.76, providing total post-petition legal fees and expenses for D&S in the amount of $42,548.99.

###