# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER DIRECTING PRODUCTION OF DOCUMENTS AND EXAMINATION PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004**

The First Bank and Trust Company ("First Bank"), having filed its Motion for an order directing the examinations of Cactus Growers, Inc. ("Cactus"), Friona Industries, L.P. ("Friona"), and J&F Oklahoma Holdings, Inc. (including its captive feedlot JBS Five Rivers and its parent JBS USA) ("J&F") (collectively, "Three Major Feedlots") and directing the Three Major Feedlots to produce documents pursuant to Fed. R. Bankr. P. 2004, and good cause appearing therefor.

IT IS HEREBY ORDERED:

1. that the Motion is approved; and

2. that First Bank is authorized, pursuant to Fed. R. Bankr. P. 2004, to take examinations of and issue subpoenas to the Three Major Feedlots for the production of documents, which shall be made in accordance with the following terms and schedule:

> PHASE 1: On or before April 22, 2011, the Three Major Feedlots shall each produce at least two computer-generated reports from their cattle tracking software. First, the Three Major Feedlots shall each produce one report that summarizes all cattle received from transactions with Eastern Livestock Co., LLC or Thomas P. Gibson or Patsy M. Gibson in the period from June 1, 2010 to December 31, 2010. Second, the Three Major Feedlots shall each produce a report summarizing <u>all cattle on feed</u> that entered their respective feedlots from October 1, 2010 to March 31, 2011.
>
> Both of these reports shall include available information such as delivery date, lot number, in-weight, head count, sex, producer or seller, and origin location to the extent such information is readily available from the computer reports in the ordinary course of business.
>
> PHASE 2: On or before May 6, 2011, First Bank shall specify in writing specific transactions or specific lots of cattle from the reports produced by the Three Major Feedlots, for which the Three Major Feedlots shall produce additional information.
>
> On or before May 20, 2011, for each of the transactions or lots identified by First Bank, the Three Major Feedlots shall produce the entire lot file constituting or relating to transactions or lots identified by First Bank; as used herein "lot file" includes, but is not limited to receiving sheets, receiving notifications, receiving reports, processing records, purchase agreements for cattle, security agreements, promissory notes, financing statements, assignments, bills of sale, note histories, note summary analyses, hauling logs, bills of lading, documentation showing from where cattle were shipped, financial summaries, yard sheets, comprehensive yard sheets, checks, check stubs, invoices, and close out sheets. If copying and production of these portions of lot files identified by First Bank would be unduly burdensome, then the Three Major Feedlots shall permit First Bank to inspect and copy such lot files as maintained in the ordinary course of business at mutually convenient times and places.
>
> PHASE 3: If First Bank states in writing that it intends to examine representatives of the Three Major Feedlots after First Bank has had adequate time to review documents produced by the Three Major

Feedlots, then the Three Major Feedlots are directed to designate appropriate representatives who shall submit to examinations by First Bank. Such examinations shall begin at mutually convenient times and places and continue from day to day thereafter until completed.

### #

464908.1