UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor ) | |
| ) | |

## **APPEARANCE**

William E. Smith, III, of the Law Firm of Kightlinger & Gray, LLP, and enters his Appearance on behalf of Coffeyville Livestock Market., LLC, a creditor in the above-captioned matter.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP


By:  /s/ William E. Smith, III
     William E. Smith, III

     Counsel for Coffeyville Livestock Market, LLC

110291 / 1280855-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2011, a copy of the foregoing **"Appearance"** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt – davidabt@mwt.net

John W. Ames – jaw@gdm.com

T. Kent Barber – kbarber@dlgfirm.com

C. R. Bowles, Jr. – crb@gdm.com

Lisa Koch Bryant – courtmail@fbhlaw.net

James M. Carr – james.carr@backerd.com

John R. Carr, III – jrciii@acs-law.com

Deborah Caruso – dcaruso@daleeke.com

Bret S. Clement – bclement@acs-law.com

Jesse Cook-Dublin – jcookdublin@vorys.com

Kirk Crutcher – kcrutcher@mcs-law.com

Dustin R. DeNeal – dustin.deneal@bakerd.com

Laura Day DelCotto – ldelcotto@dlgfirm.com

David Alan Domina – dad@dominalaw.com

Daniel J. Donnellon – ddonnellon@ficlaw.com

Sarah Stites Fanzini – sfanzini@hooperblackwell.com

Robert H. Foree – robertforee@bellsouth.net

Sandra D. Freeburger – sfreeburger@dsf-atty.com

Terry E. Hall – terry.hall@bakerd.com

John David Hoover – jdhoover@hooverhull.com

John Huffaker – john.huffaker@sprouselaw.com

James Bryan Johnston – bjtexas59@hotmail.com

Todd J. Johnston – tjohnston@mcjllp.com

Edward M. King – tking@fbtlaw.com

James A. Knauer – jak@kgrlaw.com

Theodore A. Konstantinopoulos – ndohbky@bandr.com

Randall D. LaTour – rdlatour@vorys.com

David L. LeBas – dlebas@namanhowell.com

Elliott D. Levin – robin@rubin-levin.net

Elliott D. Levin – edl@rubin-levin.net

Kim Martin Lewis – kim.lewis@dinslaw.com

Karen L. Lobring – lobring@msn.com

John Hunt Lovell – john@lovell-law.net

John Frederick Massouh – john.massouh@sprouselaw.com

Michael W. McClain – mike@kentuckytrail.com

Kelly Greene McConnell – lisahughes@givenspursley.com

William Robert Meyer, II – rmeyer@stites.com

Allen Morris – amorris@stites.com

Judy Hamilton Morse – judy.morse@crowedunlevy.com

Walter Scott Newbern, III – wsnewbern@msn.com

Matthew J. Ochs – matt.ochs#moyewhite.com

110291 / 1280855-1

Cathy S. Pike – cpike@weberandrose.com

Ross A. Plourde – ross.plourde@mcafeeaft.com

Wendy W. Ponader – wendy.ponader@bakerd.com

Timothy D. Pridmore – tpridmore@mcjllp.com

Jeffrey E. Ramsey – jramsey@hooperblackwell.com

Mark A. Robinson – mrobinson@vhrlaw.com

Jeremy S. Rogers – Jeremy.Rogers@dinslaw.com

John M. Rogers – johnr@rubin-levin.net

Ivana B. Shallcross – ibs@gdm.com

Robert K. Stanley – robert.stanley@bakerd.com

Meredith R. Thomas – mthomas@daleeke.com

John M. Thompson – john.thompson@crowedunlevy.com

Stephen A. Weigand – sweigand@ficlaw.com

Sean T. White – swhite@hooverhull.com

Jessica E. Yates – jyates@swlaw.com

James T. Young – james@rubin-levin.net

U.S. Trustee – ustpregion10.in.ecf@usdoj.gov

/s/ William E. Smith, III
William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE: (812) 949-2300
FAX:     (812) 949-8556
E-MAIL: wsmith@k-glaw.com
110291 / 1280855-1