# Notice Recipients

District/Off: 0756−4     User: kgoss2     Date Created: 3/22/2011
Case: 10−93904−BHL−11     Form ID: SF00200     Total: 62

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com | |
| aty | Allen Morris | amorris@stites.com | |
| aty | Bret S. Clement | bclement@acs−law.com | |
| aty | C. R. Bowles, Jr | crb@gdm.com | |
| aty | Cathy S. Pike | cpike@weberandrose.com | |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com | |
| aty | David Alan Domina | dad@dominalaw.com | |
| aty | David L. Abt | davidabt@mwt.net | |
| aty | David L. LeBas | dlebas@namanhowell.com | |
| aty | Deborah Caruso | dcaruso@daleeke.com | |
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com | |
| aty | Edward M King | tking@fbtlaw.com | |
| aty | Elliott D. Levin | robin@rubin−levin.net | |
| aty | Elliott D. Levin | edl@rubin−levin.net | |
| aty | Ivana B. Shallcross | ibs@gdm.com | |
| aty | James A. Knauer | jak@kgrlaw.com | |
| aty | James Bryan Johnston | bjtexas59@hotmail.com | |
| aty | James M. Carr | james.carr@bakerd.com | |
| aty | James T Young | james@rubin−levin.net | |
| aty | Jeffrey E. Ramsey | jramsey@hopperblackwell.com | |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com | |
| aty | Jesse Cook−Dubin | jcookdubin@vorys.com | |
| aty | Jessica E. Yates | jyates@swlaw.com | |
| aty | John Huffaker | john.huffaker@sprouselaw.com | |
| aty | John David Hoover | jdhoover@hooverhull.com | |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com | |
| aty | John Hunt Lovell | john@lovell−law.net | |
| aty | John M. Rogers | johnr@rubin−levin.net | |
| aty | John M. Thompson | john.thompson@crowedunlevy.com | |
| aty | John R. Carr, III | jrciii@acs−law.com | |
| aty | John W Ames | jwa@gdm.com | |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com | |
| aty | Karen L. Lobring | lobring@msn.com | |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com | |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com | |
| aty | Kirk Crutcher | kcrutcher@mcs−law.com | |
| aty | Laura Day DelCotto | ldelcotto@dlgfirm.com | |
| aty | Lisa Koch Bryant | courtmail@fbhlaw.net | |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com | |
| aty | Matthew J. Ochs | matt.ochs@moyewhite.com | |
| aty | Meredith R. Thomas | mthomas@daleeke.com | |
| aty | Michael W. McClain | mike@kentuckytrial.com | |
| aty | Randall D. LaTour | rdlatour@vorys.com | |
| aty | Robert H. Foree | robertforee@bellsouth.net | |
| aty | Robert K Stanley | robert.stanley@bakerd.com | |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com | |
| aty | Sandra D. Freeburger | sfreeburger@dsf−atty.com | |
| aty | Sarah Stites Fanzini | sfanzini@hopperblackwell.com | |
| aty | Sean T. White | swhite@hooverhull.com | |
| aty | Stephen A. Weigand | sweigand@ficlaw.com | |
| aty | T. Kent Barber | kbarber@dlgfirm.com | |
| aty | Terry E. Hall | terry.hall@bakerd.com | |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com | |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com | |
| aty | Todd J. Johnston | tjohnston@mcjllp.com | |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com | |
| aty | Wendy W Ponader | wendy.ponader@bakerd.com | |
| aty | William E Smith, III | wsmith@k−glaw.com | |
| aty | William Robert Meyer, II | rmeyer@stites.com | |

TOTAL: 59

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | |

TOTAL: 3