**Exhibit A**

| Payor (customer, if different) | Endorsed Checks; Willie Downs |
|---|---:|
| Alltech, Inc. (Producer's Livestock Marketing Association) | 159,061.89 |
| Harold Feldkamp (Producer's Livestock Marketing Association) | 79,530.95 |
| Alltech, Inc.  (Producer's Livestock Marketing Association) | 37,976.78 |
| Harold Feldkamp (Producer's Livestock Marketing Association) | 18,988.39 |
| B.G. Gosser (Gary B. Gosser) | 4,618.95 |
| Bruce Bohnen | 52,011.77 |
| Lueken Dairy Farm, Inc. | 41,699.99 |
| Sam Neukam | 825.46 |
| Stanley Broughton | 12,170.27 |
| Stanley Broughton | 27,703.96 |
| Allen Barry | 52,496.29 |
| Bud/Francis Heine | 65,997.26 |
| Mitchell Wilson | 51,149.44 |
| Cornelison Farms | 57,367.11 |
| Dimmitt Feedyard | 26,039.95 |
| Dimmitt Feedyard | 26,679.50 |
| Donald McDowell | 15,854.93 |
| Douglas Van Gorp | 5,633.55 |
| HY-Plains Cattle Co. | 40,779.40 |
| HY-Plains Cattle Co. | 40,779.41 |
| Kirkland Feedyard | 12,834.03 |
| Mark Yazel Cattle Co. | 51,750.54 |
| Nortex Feedlot | 58,845.50 |
| Scott Dean | 18,294.85 |
| Arrow Head Cattle Co., Inc. | 53,479.13 |
| Arrow Head Cattle Co., Inc. | 62,012.04 |
| B.M.G. Natural, LLC | 109,417.58 |
| J&S Feedlot | 59,612.79 |
| **TOTAL** | **1,243,611.71** |