**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **EASTERN LIVESTOCK CO., LLC** | ) | **CASE NO. 10-93904-BHL-11** |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## LIST OF EXHIBITS FOR PREHEARING STATEMENT

A.    Livestock Contract

B.    Table of Superior-Friona Lots

C.    1-10 Friona Contracts

D.    Cactus Termination Letter

E.    Table of Superior-Cactus Lots

F.    1-17 Cactus Contracts

G.    Table of Superior-J&F Lots

H.    1-8 J&F Contracts

I.    Assignment of Livestock Contracts

J.    Rescindment of Livestock Contracts

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.


*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.