# EXHIBIT C PART 1

## Exhibit File Check List

**Lot #:** _4387_

| | |
|---|---|
| ___✕___ | Delivery Sheet |
| ___✕___ | Eastern Payment Info |
| ___✕___ | Livestock Contract |
| ___✕___ | Consignment Contract |
| ___✕___ | Cleared Part Payment Check |
| ___✕___ | Cleared Final Payment Check |
| ___✕___ | Copy of Part Payment Check |
| ___✕___ | Copy of Delivery Paperwork |

# SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

## BUYERS INVOICE
### Buyer # 0016

**Eastern Livestock**                                                                **Office:**   812 949-9035

**135 West Market**                                                                    **Fax:**   812 949-9060
New Albany, IN  47150

### LOT # 4387

**Delivery Date**   11/1/2010                                          **Auction Date**   5/21/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|--------|-------------|--------|--------|--------|--------|-------|--------------|
| 80 | Feeder Heifers | | 2 | | 625 | $106.50 | |
| **Delivered:** | | | | | | | |
| 80 | Feeder Heifers | 44620 | 2 | 43728 | 547 | $106.50 | $46,570.32 |
| **Total:** | | | | | | | |
| 80 | | | | 43728 | | | **$46,570.32** |

**Seller:**  Floyd Land & Cattle                           **Part Payment Paid:**   -   $3,200.00
**Location:**  Davis, OK                                    **Adjustments:**                $0.00
**Destination:**  Friona, TX
**Representative:**  Ralph Wade   405 574-6000              **Net Due:**              **$43,370.32**
                     David Ballou   580 695-2855

Superior Livestock Auction attests that all livestock referenced by this document are of        __USA__        origin.

Superior Livestock Auction by

*Eastern Livestock's
check was not deposited
it was sent for collection and
returned "unpaid"*

### Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle
referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior
Livestock Auction or the appropriate authority.

### Thank you for your business.  If you have any questions, please call 1-800-523-6610

## SUPERIOR LIVESTOCK AUCTION

LOT# 4387                    **DELIVERY DATE** Nov 1 2010          **SALE DATE** May 21 2010
SELLER Floyd Land & Cattle    405 364-6660          **PAPERWORK REC'D**
BANK                                                Date entered 11/1/2010
CONTRACT # 8116                                     Entered by mgm
12/2/2010  10:39:19

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|--------|-------|-----|-------|-----|--------|---------|-------|--------------|
| CONT 80 | Feeder Heifers | 2 | 5 | | | 625# | $ 106.50 | |
| DELV 80 | Feeder Heifer 44620 | 2 | 5 | 43728 | 547# | | $ 106.50 | $ 46,570.32 |

| TOTALS | | | | | | | | |
|--------|--|--|--|--|-------|--|--|--------------|
| 80 | | | | | 43728 | | | $ 46,570.32 |

| | | |
|--|--|--|
| PART PAYMENT | 2,400.00 | |
| GROSS COMMISSION | 931.41 | |
| ADDITIONAL COMMISSION | 160.00 | |
| CONSIGNMENT FEE CREDIT | .00 | |
| NET COMMISSION DEDUCTED | 1,091.41 | |
| BEEF CHECKOFF Davis, OK | 80.00 | |
| LA/AR | .00 | |
| OTHER | .00 | |
| TOTAL DEDUCTIONS | 3,571.41 | |
| NET PROCEEDS DISBURSED | | $ 42,998.91 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---------|-----------|--|---------|--|
| 45875 | Floyd Land & Cattle | | 42,998.91 11/22/2010 | $ 42,998.91 |

|  |  |
|--|--|
| **TOTAL PAID** $ | 42,998.91 |
| **UNDERPAID/OVERPAID** $ | .00 |

******************************************************************

BUYER Eastern Livestock   812 949-9035   812 949-9060(f)
    BUYER # 0016  New Albany, IN  (m)                    **GROSS AMT** $   46,570.32
COUNTRY OF ORIGIN USA              5/27/2010  **PART PAYMENT** $    3,200.00
                                              **ADJUSTMENTS** $         .00
PD @ DEL   FUNDS SENT VIA                      **NET DUE** $   43,370.32
BUYER CALLED X
DELIVERY DATE Oct. 15-30, 2010
SLIDE over the base weight       - 5
SLA REP Ralph Wade         405-224-6100   405-574-6000
      David Ballou         580-549-6193   580-695-2855
DESTINATION TULIA, TX

| | | | |
|--|--|--|--|
| | 43,370.32  11/8/2010 | $ | 43,370.32 |
| | **TOT AMOUNT PAID** $ | | 43,370.32 |
| | **UNDERPAID/OVERPAID** $ | | .00 |
| | **ADJ TOTAL** $ | | .00 |

COMMENTS UNLOADED @ SWISHER, TULIA, TX FOR FRIONA IND. & TRUCKED BY EXCALIBUR
TRUCKING, WOODWARD, OK & DRIVEN BY BOB EVERETTE (580)254-4446 - PER DAVID B. &
BOB EVERETTE 11/18/10. SLA PD 7 DAYS

Nº 125165

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

Friona

CHECK NUMBER:   125165   CHECK DATE: 10/11/02   CHECK AMOUNT:   134,281.75

| | | | | |
|---|---|---|---|---|
| 101101 | 80H @ 43728# | 43370.32 | 00008 | 46,570.32 |
| 101101 | 1052  -E#4387 | | 00008 | 3,200.00- |
| 101101 | 90H @ 45462# | | 00009 | 46,598.55 |
| 101101 | 1133  -E#4590 | 42,998.55 | 00009 | 3,600.00- |
| 101101 | 80H @ 46256# | | 00008 | 51,112.88 |
| 101101 | 1134  -E#4589 | 47,912.88 | 00008 | 3,200.00- |

134,281.75

## EASTERN LIVESTOCK CO., LLC

E   E
**EASTERN**
**LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

Nº 125165

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 10/11/02 | 125165 | | **134,281.75 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

SENT FOR COLLECTION



## FIFTH THIRD BANK

November 30, 2010

Bank of Colorado
Central Operations
PO Box 147
Fort Lupton, CO 80621

Re: Collection Request – Eastern Livestock Co LLC

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on the above referenced account

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-358-9355

Regards,

Katie Block
Garnishment Clerk



## FIFTH THIRD BANK

November 26, 2010

Bank of Colorado
Central Operations
PO Box 147
Fort Lupton, CO 80621

Re: Collection Request – Eastern Livestock Co LLC

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on the above referenced account.

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-358-9355

Regards,

Ben Loomis
Support Services Manager

# Domestic/Draft Collection Request Letter

10/07/08 update

Date of Request: 11/8/2010

Customer Name: Superior Livestock Auction Inc

Apply to account upon collection: 4100022896

Amount of Item: $1,370,111.69

Type of Item: Domestic Item/Sending Bank to Bank ▼ (choose one)

Charge to Customer: Waived ▼
If waived, give reason:

**Standard bank charge is $15.00 and applies to all items regardless of how item is processed**

**Domestic items have a 9 digit US ABA number**

Employee Name: Tori Mesch

Branch Number: 41 ▼

---

# Shared Ops Use Only

E-mail received from branch: _____

Date item sent: _____

Date received credit: _____

Ops Employee: _____

Date Received: _____

Amount of CL: _____

E-mail branch of receipt: _____

Sent Customer Receipt: _____

|  | Eastern Checks |
|--|--|
|  | Received 11-8 |
|  | Sent for Collection |
| 125140 | $113,636.96 |
| 125151 | $96,511.90 |
| 125152 | $120,213.96 |
| 125154 | $109,969.97 |
| 125156 | $147,678.34 |
| 125158 | $120,844.59 |
| 125160 | $157,423.23 |
| 125162 | $116,903.60 |
| 125163 | $148,058.07 |
| 125165 | $134,281.75 |
|  | $1,265,522.37 |
|  |  |
|  |  |
| 125166 | $104,589.32 |

```
113,636.96  +
 96,511.90  +
120,213.96  +
109,969.97  +
147,678.34  +
120,844.59  +
157,423.23  +
116,903.60  +
148,058.07  +
134,281.75  +
104,589.32  +
1,370,111.69  *
```

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

Nº 125165

```
CHECK NUMBER:    125165   CHECK DATE: 10/11/02   CHECK AMOUNT:     134,281.75

     101101    80H @  43728#      43370.32    00008          46,570.32
     101101  1052    -E#4387                  00008           3,200.00-
     101101    90H @  45462#                  00009          46,598.55
     101101  1133    -E#4590      42998.55    00009           3,600.00-
     101101    80H @  46256#                  00008          51,112.88
     101101  1134    -E#4589      47,912.88   00008           3,200.00-
                                  134,281.75
```

## EASTERN LIVESTOCK CO., LLC



**EASTERN LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

Nº 125165                        73-27
                                  421

Fifth Third Bank
Northern Kentucky

AY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|------|-----------|--|--------|
| 10/11/02 | 125165 | | **134,281.75 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

**SUPERIOR**
**Livestock Auction**

**LIVESTOCK CONTRACT**

TJT East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117

P.O. Box 38
Brush, CO 80723
1-800-523-6610

196                                        Lot #:    4387                                        0016

THIS CONTRACT made and entered into this  21st  day of      May,    2010    , in Brush, Morgan County, Colorado by and between
**Floyd Land & Cattle**                                                                                                    of
**118 East Main              Norman        OK        73069              Phone Number,**                                    ,
hereinafter known as SELLER, and   **Eastern Livestock**                                                                  of
**135 West Market            New Albany        IN    47150    Phone,  812-949-9035    Fax,  812-949-9060**
**Cell,                , hereinafter known as BUYER.  Seller agrees to sell and Buyer agrees to purchase the following described**
livestock (the livestock) for the consideration set forth in this contract.  VACCINATION PROGRAM:  **VAC PRECON**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|--------|----------|-------------|-------|
| 80 | Feeder Heifers | 625 | $106.50 |
|  |  |  |  |

BREED TYPE:  **English & English Exotic cross w/a few showing tic of ear. Approx. 90% Black & BWF, bal. Charolais cross, Red & Red Motley Face.**

MIXED LOADS: Heifer price will be $   0   /CWT under original price of steers.

ORIGIN: **Local OK**                          COUNTRY OF ORIGIN   **USA**

FRAME:  **Med - Med Lg**                          FLESH:  **Medium**

HORNS:  **None or Tipped**                        EST WT VARIANCE:   **Uneven**

FEEDING PROGRAM: **Native grass & may hand feed cake, if needed.**

CURRENT LOCATION: **Ranch pasture, 4 miles W of Davis, OK which is 60 miles S of Oklahoma City, OK**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.          **Ranch Pens**            on/between
**Oct. 15-30, 2010**                        at the option of the    **representative.**
WEIGHING CONDITIONS:  **Gather early, sort, load on buyers truck, haul 3 miles & weigh on truck w/a 2%.  50,000# ld(s).**

SLIDE: If the livestock average  **over the base weight**            the price will be adjusted     **5**   cents per pound for every
pound    **over**   that weight on the total net pounds.

COMMENTS:  **Very nice set of lightweight feeder hfrs ready for feeding or grazing. May be a few blue eyes, depending on sort.**

VACCINATIONS:  **VAC PRECON. IBR, BVD, 8-way Blackleg, Pasteurella, wormed w/ivomec & boostered.**

AGE/SOURCE VERIFIED:  **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:  **Yes**        IMPLANTED: **Synovex 4/1/10**
BANGS VACCINATED:
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above.  If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer.  If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival.  Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock.  Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law.  If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense.  Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances.  Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery.  Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title.  THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS:  The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable.  Payment of the price shall be governed by the provisions of this agreement.  Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    **80**
head, the sum of $  **3,200.00**  , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery.  If Buyer is present at delivery, payment is to be made at delivery.  If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery.  Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check.  If there will be mutliple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein.  All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $     **2,400.00**   , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE:  THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF.  SAID CONDITIONS ARE A PART OF THIS AGREEMENT.
In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    **Floyd Land & Cattle**                          BUYER:        **Eastern Livestock**

BY: _M. Morrow SLA_                                BY: _K. Frye SLA_

REPRESENTED BY:    **Ralph Wade**          405 224-6100          405 574-6000
                   **David Ballou**          580 549-6193          580 695-2855

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief.  Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission.  Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following:  If Buyer defaults, he will forfeit his $40 per head part payment.  Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission.  Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer.  This shall constitute the only liability of Superior Livestock Auction to Buyer.  Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner.  In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold , Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option.  Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein.  The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA.  The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages.  Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties.  Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller.  However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein.  Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions.  Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock.  When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

Fort Worth, TX 76164
(817) 624-1234 / (817) 624-3880
1-800-422-2117

CONSIGNMENT # _____
Accepted by SLA _____   196
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE  5-21-10

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this  10  day of  May  20 10 , by and between

(OWNER) Floyd Land + Cattle , Owner (IF NOT CORPORATION, LLC, ETC.)

of  118 East Main  Norman  OK.  73069

Phone  405-364-6660  SS#/FEDERAL ID#  590-991-0180  (SELLER), Superior Livestock Auction, Inc. (SLA) and

Ballou/Wade (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|---|
| | | Feeder Steers | | | | | Weaned Steer Calves | |
| 80 | 1 | Feeded Heifers | 625 | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ _____ / cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)

VACCINATION PROGRAM: (circle one) SLA VAC 24  34  34+  45  (PreCon)  PFIZER SelectVac 24  34  34+  45  PreCon

AGE & SOURCE VERIFIED: _____ (PROGRAM)  RFID TAGS: YES NO  TESTED PI FREE: YES  OWNER CERTIFIED NATURAL: YES

PROGRESSIVE GENETICS: Yes _____ 1) _____ 2) _____ 3) _____
(BREEDER 1)  (BREEDER 2)  (BREEDER 3)

SLIDE :  5  cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents

WT STOP @ _____ (25# Max) If the cattle change class to increased weight (over the base weight), the cattle may be rejected for delivery

BREED TYPE: English + English Exotic Cross Aprox 90% Blk + BwF
Balance Char x Red+RwF few showing ¼ tic of Ear

ORIGIN: Home Raised and/or Purchased from  Local  OK  COUNTRY:  USA
(STATE(S) OR GEOGRAPHIC REGION)

FRAME SIZE:  Small  (Medium)  (Medium Large)  Large  FLESH CONDITION:  Light  Light Medium  (Medium)  Medium Heavy  Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight)  UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15-25% +/- pay weight) _____ Seller warrants that no individual animal will vary more or less than these percentages from the
average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: None or Tipped  FEEDING PROGRAM: 1) On cows & native grass 2) Native grass 3) Native Grass
+ may Hand feed if Needed Cattle

CURRENT LOCATION: Cattle are located at  Ranch Pasture  which is  4  miles  West
(RANCH, FARM, FEEDYARD, ETC.)  (DIRECTION)

Davis  OK ; which is  60  miles  South  of  Oklahoma City  OK
(NEAREST TOWN)  (STATE)  (DIRECTION)  (NEAREST TOWN)  (STATE)

where they must remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture
for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at  Ranch Pens  on / between
(RANCH, SCALE, ETC.)

Oct 15-30th 2010  at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES  (NO)
(DELIVERY DATE or TIME 2 WEEK SPREAD)

WEIGHING CONDITIONS: Gather Early AM  Sort Load Buyer Truck
Haul 3 mi + weigh on Truck w/a 2% Srink

LOADS: 48,000 pounds or  50,000  FREIGHT ADJUSTMENT: _____

IMPLANTED: 1) No (2) HAS NOT BEEN  (3) Yes with  Synovex  on  4-1-10  (BRAND NAME)  (DATE IMPLANTED = IF KNOWN)

BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment  at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No  CASTRATION: 1) Knife cut  2) Banded  3) Pinched  (circle one)

COMMENTS:  Very Nice set of Light wt Feeder His Ready for
Feeding or Grazing may Be few Blue Eyes depending on sort
VACCINATIONS:  Vac Are Conn: IBR Bvd 8-way Blackleg Pasturella
+ Wormed w/ Ivomec + Boosterd

BRANDS: _____ WARRANTIES: Seller represents and warrants that it has good and marketable
title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest

or chattel mortgage in favor of  None  of _____ (LIENHOLDER)  (CITY)  (STATE)

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described
above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein
derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residue.
Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees
information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE: _____  SELLER: _____ (PRINT NAME)

By:  (Neil Ballou)  (SIGNATURE)  By: _____ (SIGNATURE)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER



**SUPERIOR**
**Livestock Auction**

P.O Box38
Brush, CO 80723
(970) 842-6506
Fax (970) 842-2705
1-800-523-6610

Nº 03156

May 21, 2010

PAY TO THE Floyd Land & Cattle
ORDER OF

$2,400.00

Two Thousand Four Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P O BOX525
BRUSH, COLORADO 80723
Phone 970-842-2544

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

*Mona Wahlert*

DDA Debits - 06/21/2010

**NOTICE:** This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

**ENDORSE BELOW**

DDA Debits - 06/21/2010

**SUPERIOR**
Livestock Auction

P.O. Box 38
Brush CO 80723
(970) 842-9566
Fax (970) 842-2705
1 800 523-6610

Nº 045875

LOT # *4387*

DATE *11-4-10*

PAY TO THE
ORDER OF *Floyd Land & Cattle Co*          $ *42,998 91*

*fifty two thousand Nine hundred thirty Eight & 91/100*          DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O BOX 525
BRUSH CO. 80723
Phone (970) 842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/19/2010



NOTICE: This check must be endorsed by
Payee(s) EXACTLY as name(s) are written on the front of
the check. If any Payee is a corporation, other non-individual
entity, Bank or other lending institution, check must be
signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/19/2010



**SUPERIOR**
**Livestock Auction**

Nº 03156

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

May 21, 2010

Floyd Land & Cattle

118 East Main

Norman, OK  73069

59873          3156

Phone:  405-364-6660

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|-------|-------|-------------|---------------|---------|-------|---|----------|
| 4387 | 80 | Feeder Heifers | Oct. 15-30 | 625# | $106.50 | | $2,400.00 |
| TOTAL | 80 | HEAD | Part Pmt. Paid on | | 80 | HEAD | $2,400.00 |
| | DEDUCTIONS: | | | | | | |
| | No Sale/Scratch Fees: | | | | | $0.00 | |
| | NET PROCEEDS: | | | | | | $2,400.00 |



**SUPERIOR**
**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

Nº 03156

May 21 2010

PAY TO THE
ORDER OF   Floyd Land & Cattle

$ 2,400.00

Two Thousand Four Hundred  Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 535
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**



131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**Livestock Auction**

DATE _11-1-10_

SELLER _Floyd Land & Cattle Co_

ADDRESS _118 East Main_

CITY _Norman_     STATE _OK_     ZIP CODE _73069_

LOT # _4387_     BUYER _Eureka 55_

| HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 0 | Feeder Hfrs | 44,620 | 2% | 43,728 | 547 | 106.50 | 43,540 | 32 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| DEDUCTIONS: | | | |
|---|---|---|---|
| PART PAYMENT | | 2400 | 00 |
| COMMISSION | | 951 | 41 |
| CONSIGNMENT FEE | | 160 | 00 |
| BEEF CHECKOFF | | 80 | 00 |
| | | | |
| | TOTAL DEDUCTIONS | 35 71 | 41 |
| | | NET PROCEEDS | 42,998 ⁹¹ |

---

**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nᵒ- 045875

LOT # _4387_

DATE _11-1-10_

PAY TO THE ORDER OF _Floyd Land & Cattle Co_     $ _42,998 ⁹¹_

_Forty two thousand Nine hundred Ninety Eight + ⁹¹/₁₀₀_ _____ DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

**NON-NEGOTIABLE**

OFFICE COPY

p. 2