# EXHIBIT C PART 3

# Exhibit File Check List

**Lot #:** _5298_

- [X] Delivery Sheet
- [X] Eastern Payment Info
- [X] Livestock Contract
- [X] Consignment Contract
- [X] Cleared Part Payment Check
- [X] Cleared Final Payment Check
- [X] Copy of Part Payment Check
- [X] Copy of Delivery Paperwork

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

### BUYERS INVOICE
Buyer # 0016-2

Eastern Livestock

135 West Market
New Albany, IN 47150

Office: 812 949-9035

Fax: 812 949-9060

### LOT # 5298

**Delivery Date** 10/27/2010

**Auction Date** 7/10/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 90 | Steer Calves | | 3 | | 540 | $119.25 | |

**Delivered:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 90 | Steer Calves | 44730 | 3 | 43388 | 482 | $119.25 | $51,740.19 |

**Total:**

| # Head | | | | Net Wt | | | Gross Amount |
|---|---|---|---|---|---|---|---|
| 90 | | | | 43388 | | | $51,740.19 |

Seller: Spur Ranch LLC
Location: Spur, TX
Destination: FRIONA, TX
Representative: Ed Murray 806 787-7604

Part Payment Paid:  -  $3,600.00
Adjustments:  $0.00

Net Due:  $48,140.19

Superior Livestock Auction attests that all livestock referenced by this document are of **USA** origin.

Superior Livestock Auction by _[signature]_

Eastern Livestock's
check was deposited
and returned
"Refer to Maker"

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723 Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

Thank you for your business. If you have any questions, please call 1-800-523-6610

## SUPERIOR LIVESTOCK AUCTION

LOT# 5298  DELIVERY DATE Oct 27 2010  SALE DATE July 10 2010
SELLER Spur Ranch LLC   806 891-4590  PAPERWORK REC'D 10/29/20
BANK                                   Date entered 10/27/2010
CONTRACT # 14968                       Entered by KZ
11/29/2010  15:23:34

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 90 | Steer Calves |  | 3 | 8 |  | 540# | $ 119.25 |  |
| DELV 90 | Steer Calves | 44730 | 3 | 8 | 43388 | 482# | $ 119.25 | $ 51,740.19 |

**TOTALS**
90                                         43388                  $ 51,740.19

| PART PAYMENT | | 2,700.00 | |
|---|---|---|---|
| GROSS COMMISSION | 1,034.80 | | |
| ADDITIONAL COMMISSION | 180.00 | | |
| CONSIGNMENT FEE CREDIT | .00 | | |
| NET COMMISSION DEDUCTED | | 1,214.80 | |
| BEEF CHECKOFF Spur, TX | | 90.00 | |
| LA/AR | | .00 | |
| OTHER | | .00 | |
| TOTAL DEDUCTIONS | | 4,004.80 | |
| NET PROCEEDS DISBURSED | | | $ 47,735.39 |

| CHECK # | PAYABLE TO | CLEARED | |
|---|---|---|---|
| 84219 | Spur Ranch LLC | 47,735.39  11/2/2010 | $ 47,735.39 |

TOTAL PAID  $  47,735.39
UNDERPAID/OVERPAID  $        .00

*************************************************************************

BUYER Eastern Livestock   812 949-9035   812 949-9060(f)
     BUYER # 0016-2 New Albany, IN   (m)                GROSS AMT   $  51,740.19
COUNTRY OF ORIGIN USA              7/14/2010  PART PAYMENT  $   3,600.00
                                              ADJUSTMENTS   $        .00
PD @ DEL    FUNDS SENT VIA                       NET DUE    $  48,140.19
BUYER CALLED
DELIVERY DATE Oct. 15-30, 2010
SLIDE over the base weight          - 8
SLA REP Ed Murray          806-271-3355   806-787-7604
DESTINATION FRIONA, TX

                              48,140.19  11/2/2010       $  48,140.19
                                          TOT AMOUNT PAID $  48,140.19
                                          UNDERPAID/OVERPAID $      .00
                                                 ADJ TOTAL $       .00

COMMENTS   BRAD TOLD JLO WENT TO FRIONA & HADN'T PAID. MW 11-11 SLA PD RTM

## TRIPS Incoming Item Seq. # 98000082
## Business Date: 11/05/2010
## Comments: REFER TO MAKER

5298
6380B
7797C





```
CHECK NUMBER:    124782   CHECK DATE: 10/10/28   CHECK AMOUNT:    145,922.28

    101027    90H @   43388#                    00009         51,740.19
    101027  10125  -E#5298    48,140.19         00009          3,600.00-
    101027    85H @   47765#                    00008         52,422.09
    101027  10235  -E#6380B   49,022.09         00008          3,400.00-
    101027    95H @   48000#                    00009         52,560.00
    101027  10469  -E#7797C   48,760.00         00009          3,800.00-
                              145,922.28
```

**EASTERN LIVESTOCK CO., LLC**

**LIVESTOCK CONTRACT**

131 East Exchange, Suite 121           P.O. Box 38
Fort Worth, TX 76164                   Brush, CO 80723
1-800-422-2117                         1-800-523-6610

1723    Livestock Auction    Lot #: 5298                              0016-2

THIS CONTRACT made and entered into this **10th** day of **July, 2010**, in Brush, Morgan County, Colorado by and between **Spur Ranch LLC** of
**PO Box 65207       Lubbock     TX      79464**       Phone Number,
hereinafter known as SELLER, and **Eastern Livestock** of
**135 West Market              New Albany    IN    47150**   Phone, **812-949-9035**    Fax, **812-949-9060**
Cell,               , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM: **SelectVAC 34**

| # HEAD | KIND/SEX     | BASE WEIGHT | PRICE    |
|--------|--------------|-------------|----------|
| 90     | Steer Calves | 540         | $119.25  |
|        |              |             |          |

BREED TYPE: **Out of Angus & BWF cows by reg. Express Ranch genetics Angus bulls. 100% Black & BWF. Few may show Brahman influence.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Home Raised**                    COUNTRY OF ORIGIN **USA**
FRAME: **Medium**                          FLESH: **Medium**
HORNS: **Polled**                          EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **On cows & native grass.**

CURRENT LOCATION: **Ranch, 12 miles NW of Spur, TX which is 60 miles E of Lubbock, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.          **Ranch**           on/between
**Oct. 15-30, 2010**               at the option of the    **representative.**
WEIGHING CONDITIONS: **Gather early, sort off cows, sex & weigh on ground w/a 3%, 50,000# ld(s).**

SLIDE: If the livestock average **over** the base weight    the price will be adjusted    **8**    cents per pound for every pound **over** that weight on the total net pounds.

COMMENTS: **Knife cut. Outstanding set of natural, age & source verified strs.**

VACCINATIONS: **SelectVAC 34. Ultrabac 7 @ branding. CattleMaster Gold 5 & One Shot Ultra 7 2-4 weeks prior to delivery.**

AGE/SOURCE VERIFIED: **SUPERIOR VERIFIED w/ IMIGlobal (SLA does not warrant harvest date)**    **OWNER CERTIFIED NATURAL**
SLA cannot warrant the harvest date on age and source verified cattle and cannot guarantee availability of data from source provider.
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**    IMPLANTED: **No**
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    **90** head, the sum of $ **3,600.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **2,700.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    **Spur Ranch LLC**                        BUYER:    **Eastern Livestock**

BY: *M. Morrow SLA*                                  BY: *K. Frye SLA*

REPRESENTED BY:    **Ed Murray**      806 271-3355          806 787-7604

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, ir the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold , Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

*EXECUTION: Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

CONSIGNMENT # Accepted by SLA: 1723
Effective Date: ___
AUCTION DATE: 5-9 July 10
FAX TO: (970) 842-2705 / (877) 523-6610

THIS CONTRACT made and entered into this **17th** day of **June**, 20**10**, by and between **Spur Ranch LLC** (Owner), of **P.O. Box 65207**, **Lubbock**, **TX** **79464**, Phone **806-891-4590**, SS#/FEDERAL ID# ___ (SELLER), Superior Livestock Auction, Inc. (SLA) and **Ed Murray** (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
|  |  | Feeder Steers |  |  |  | Weaned Steer Calves |  |
|  |  | Feeder Heifers |  |  |  | Weaned Heifer Calves | 540 |
|  |  | Feeder Heifers Open w/ Vet Cert. |  | 90 |  | Steer Calves on Cows | 620 |
|  |  | Holstein Bulls / Steers / Heifers |  |  |  | Heifer Calves on Cows |  |

MIXED LOADS: Heifer price will be $___ / cwt under original price of steers. SPECIAL LOGO: **Angus**

VACCINATION PROGRAM: (circle one) SLA VAC 24  34  34+  45  PreCon    PFIZER SelectVac 24  **34**  34+  45  PreCon

AGE & SOURCE VERIFIED: **Superior Verified**    RFID TAGS: **YES** / NO    TESTED PI FREE: YES    OWNER CERTIFIED NATURAL: **YES**

PROGRESSIVE GENETICS: Yes ___ 1) ___ 2) ___ 3) ___

SLIDE: **8** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.

WT STOP @ ___ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.

BREED TYPE: **Angus + BWF cows out of Registered Angus bulls Express Ranch Genetics 100% Blk + BWF**

ORIGIN: **Home Raised** and/or Purchased from ___    COUNTRY: **USA**

FRAME SIZE: Small **Medium** Medium Large Large    FLESH CONDITION: Light Light Medium **Medium** Medium Heavy Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight) ___ **UNEVEN (10-15% +/- pay weight)** ___ VERY UNEVEN (15-25% +/- pay weight) ___. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: **polled**    FEEDING PROGRAM: 1) **On cows & native grass** 2) Native grass 3) ___

CURRENT LOCATION: Cattle are located at **Ranch** which is **12** miles **NW** of **Spur**, **TX**; which is **60** miles **E** of **Lubbock**, **TX** where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Ranch** on / between **15-30 Oct 2010** at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES **NO**

WEIGHING CONDITIONS: **Gather early, sort off cows, sek + weigh on the ground w/ 2 3%**

LOADS: 48,000 pounds or **50,000**    FREIGHT ADJUSTMENT: ___

IMPLANTED: 1) **No** 2) Not by this owner 3) Yes with ___ on ___

BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk  4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No    CASTRATION: 1) **Knife** 2) Banded 3) Pinched (circle one)

COMMENTS: **Outstanding set of natural, age + source verified 100% Black steers**

VACCINATIONS: **Select Vac 34 Ultrabac 7 @ branding Cattlemaster Gold + One Shot Ultra 7 2-4wks prior to delivery**

BRANDS: ___
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of ___ of ___.

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ ___ on ___.

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE: _Ed Murray_ (Signature)
SELLER: **Spur Ranch LLC by Rex Faust**
By: _Rex Faust_ (Signature)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER

[X] **Source and Age Verification Affidavit**   Auction Date: 5-9 July 10

The undersigned acknowledges that he/she has agreed to consign cattle to Superior Livestock or Superior Stampede as Source and Age Verified. The consignor understands that this affidavit serves as a preliminary agreement that the consignment below will be Source and Age Verified through a USDA Approved Program that supports RFID ear tags. To meet this agreement the consignor must complete the audit process and purchase ear tags.

Name of Data Service Provider: (circle one of the following)  (Superior Verified)   IMI Global   Ag Info Link

Angus Source   Angus Source w/dangle tag   Red Angus   Red Angus w/dangle tag   Verified Beef

Global Animal Management   Other _____

Superior Livestock Auction Date: 5-9 July 10   Cons#: _____ (For SLA use only)

Number of Head:   Steers  90    Heifers  —

[ ] ~~**NHTC Approved**~~ (Non-Hormone Treated Cattle approved for export to European Union)

Certified By: _____ (USDA Approved QSA Program)

[X] **Owner Certified Natural Consignment Affidavit**

The undersigned acknowledges that he/she has consigned cattle to Superior Livestock Auction or Superior Stampede and has the authority to represent them as "Owner Certified Natural".

The undersigned certifies that he/she is the original owner of the consigned cattle or if not the original owner, agrees to supply signed "All Natural" certification from the original owner.

The undersigned certifies that said cattle have never ever received and will not receive:
   A. Ionophores – (Rumensin, Bovatec, Cattlyst, Gain-Pro)
   B. Antibiotics and/or Sulfas – fed or injected (Aureomycin, Nuflor, Draxxin, CTC, Albon)
   C. Growth promoting hormones/steroids – fed, oral or injected (Revalor, MGA, Lutalyse, Ralgro, Dexamethasone)
   D. Beta Adrenoceptor – agonist – fed or injected (Optaflexx)
   E. Any type of Animal By-Product in feedstuffs, mineral supplement or feed tubs:
      Fish Oil        Milk Replacers      Animal Fat
      Feather Meal    Poultry Litter      Yellow Grease
      Any type of by-product from fish, birds or mammals

This list of prohibited products is not limited to only the examples given. Please review your feedstuffs, minerals and supplements for actual ingredient content before signing this affidavit.

The undersigned certifies that any cattle receiving therapeutic treatment will be individually identified and will not be shipped without buyer's permission.

Number of Head:   Steers  90    Heifers  —

Superior Livestock Auction Date: 5-9 July 2010    First Calf Born Date: 2/25/10

x RWF INITIAL HERE — I hereby certify that I will complete the audit process necessary for my consignment to be **Source and Age Verified** prior to my cattle being delivered. I understand that I am responsible for the additional costs associated with Source and Age Verification; including telephone documentation audit and ear tags. Failure to complete this process could result in financial implications, upon which the consignor is responsible.

x RWF INITIAL HERE — I hereby certify that the cattle represented as **Owner Certified Natural and/or NHTC Approved** in this consignment comply with all management practices and representations made by this affidavit.

x _____ Consignor's Signature    19 Jun 10   Date

Seller Name as Consigned: Spur Ranch LLC
Address: P.O. Box 65207
City/State/Zip: Lubbock, TX 79464
Telephone #: 806-291-4590   SLA Representative: Ed Murray

OFFICE – WHITE    REP-YELLOW    SELLER – PINK

**SUPERIOR Livestock Auction**



**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 03906

July 10, 2010

PAY TO THE ORDER OF: Spur Ranch LLC      $2,700.00

Two Thousand Seven Hundred Dollars and No Cents      DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO
Phone: 970-842-28*

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Wahlert

DDA Debits - 07/15/2010

---

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation or other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual including their title.

ENDORSE BELOW

DDA Debits - 07/15/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N° 84219

LOT # 5298

DATE 27 Oct 2010

PAY TO THE ORDER OF Spur Ranch LLC     $ 47,735 39/xx

Forty Seven Thousand Seven Hundred Thirty-Five + 39/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Edward J Murray

DDA Debits - 11/01/2010

ALL PAYEES MUST ENDORSE THIS CHECK EXACTLY AS IT IS WRITTEN OR IT WILL BE RETURNED FOR PROPER ENDORSEMENT.

DDA Debits - 11/01/2010

# SUPERIOR Livestock Auction

**№ 03906**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

July 10, 2010

Spur Ranch LLC
PO Box 65207
Lubbock, TX 79464

58015     3906

Phone: 806-891-4590

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 5298 | 90 | Steer Calves | Oct. 15-30 | 540# | $119.25 | | $2,700.00 |
| TOTAL | 90 HEAD | | Part Pmt. Paid on | 90 | HEAD | | $2,700.00 |
| DEDUCTIONS: | | | | | | | |
| No Sale/Scratch Fees: | | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | $2,700.00 |

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

**№ 03906**

July 10, 2010

PAY TO THE
ORDER OF   Spur Ranch LLC                                    $2,700.00

Two Thousand Seven Hundred Dollars and No Cents                                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

Nº 84219



# SUPERIOR
## Livestock Auction

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 27 Oct 2010

SELLER Spur Ranch LLC
ADDRESS P.O. Box 65207
CITY Lubbock  STATE TX  ZIP CODE 79464
LOT # 5298  BUYER Eastern Livestock

| NO HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AV WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 90 | Steer Calves | 44730 | 3% | 43388 | 482 | 119.25 | 51740.19 |

| | | |
|---|---|---|
| PART PAYMENT | 3700 | 00 |
| GROSS COMMISSION | 1034 80 | |
| CONSIGNMENT FEE CREDIT | 180 00 | |
| NET COMMISSION DEDUCTED | 3940 | 80 |
| BEEF CHECKOFF | 90 | 00 |
| TOTAL DEDUCTIONS | 4604 | 80 |
| NET PROCEEDS | | 47735.39 |

---

Nº 84219

SUPERIOR Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 5298
DATE 27 Oct 2010

PAY TO THE ORDER OF Spur Ranch LLC     $ 47,735.39/xx

Forty Seven Thousand Seven Hundred Thirty Five + 39/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
**NON NEGOTIABLE**

OFFICE COPY

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**SUPERIOR**
Livestock Auction

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# __5298__  DATE __27 OCT 2010__

SELLER __Spur Ranch, LLC__  BUYER __Eastern Livestock__

LOADED AT __Spur Ranch__  DESTINATION _____

TRUCKED BY __Reiter Trucking__  TRUCK # __130__

NUMBER OF HEAD LOADED __90 hd Steers__  TIME OF DEPARTURE _____

CONDITION OF CATTLE WHEN LOADED __Good__

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____  _____
TRUCKER'S SIGNATURE                SLA MARKETING REPRESENTATIVE

806-683-9166

PAPERS SENT WITH TRUCKS:
   BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

**OFFICE COPY**



131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

## WEIGH SHEET

SELLER: Spur Ranch LLC     LOT #: 5298
BUYER: Eastern Livestock
WEIGHED AT: Spur Ranch Lubbock TX     DATE: 27 Oct 10

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| 12 | 5720 | | | | | | |
| 13 | 6420 | | | | | | |
| 12 | 6000 | | | | | | |
| 12 | 6040 | | | | | | |
| 12 | 5660 | | | | | | **WEIGH BACKS** |
| 12 | 6060 | | | | | | |
| 12 | 6030 | | | | | | |
| 5 | 7800 | | | | | | |
| | 44730 | | | | | | |
| | .97 | | | | | | |
| | 43388 | | | | | | |
| | 482 | | | | | | |
| | | | | TOTAL CATTLE WEIGHED | | | |
| | | | | LESS WEIGHBACKS | | | |
| | | | | GROSS WEIGHT | | | |

WEIGHED BY: Clay Murray
NOTES: Run font

OFFICE COPY



131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

| Date | 27 Oct 2011 | Lot # | 5298 |
|---|---|---|---|

| Buyer | Eastern Livestock |
|---|---|
| Address | 135 West Market |
| City | New Albany |
| State | IN |
| Zip Code | 47150 |
| Seller | Spur Ranch LLC |
| Weighted At | Spur Ranch |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 90 | Steer Calves | 44730 | 3% | 43388 | 482 | 119.25 | 51740 | 19 |

DESTINATION: _____

TRUCKED BY: _____

"Superior Livestock Auction certifies that the beef checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper state beef council or Beef Board by Superior Livestock Auction or the appropriate authority."

| LESS PART PAYMENT | 3600 | 00 |
|---|---|---|
| NET DUE | 48140 | 19 |

☐ **CERTIFICATE OF VACCINATION**

☐ VAC24  ☑ VAC34  ☐ VAC45  ☐ VAC PRECON

The seller hereby certifies that these cattle were administered the following vaccinations:

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | Ultrabac 7 | 6/11/2010 | IM / **Sub Q** |
| IBR, PI3, BVD & BRSV | Cattle Master Golds | 6/11/2010 | IM / **Sub Q** |
| Boostered | " | 10/11/2010 | IM / **Sub Q** |
| Pasteurella | One Shot | 6/11/2010 | IM / **Sub Q** |
| Boostered | " | 8/11/2010 | IM / **Sub Q** |
| Other | | | IM / Sub Q |

☑ **CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☑ VASE PROGRAM    Database Provider: IMI Global

Seller Please Initial _____

Seller's Signature: _[signature]_

Date: 27 Oct 2010

OFFICE COPY