# EXHIBIT C PART 5

# Exhibit File Check List

### Lot #: 8690 B

| | |
|---|---|
| x | Delivery Sheet |
| Not Pd | Eastern Payment Info |
| x | Livestock Contract |
| x | Consignment Contract |
| x | Cleared Part Payment Check |
| x | Cleared Final Payment Check |
| x | Copy of Part Payment Check |
| x | Copy of Delivery Paperwork |

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

### BUYERS INVOICE
Buyer # 0016-2

**Eastern Livestock**　　　　　　　　　　　　　　　　　　　　　　　Office:　812 949-9035

135 West Market
New Albany, IN 47150　　　　　　　　　　　　　　　　　　　　　　Fax:　812 949-9060

**LOT # 8690B**

Delivery Date　11/4/2010　　　　　　　　　　　　　　　　　　　　Auction Date　8/26/2010
Contracted:

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 150 | Weaned Hfr Calves | | 2 | | 585 | $118.75 | |
| **Delivered:** | | | | | | | |
| 150 | Weaned Hfr Calves | 91840 | 2 | 90003 | 600 | $117.70 | $105,933.53 |
| **Total:** | | | | | | | |
| 150 | | | | 90003 | | | $105,933.53 |

Seller: Lighthouse Ranch LP　　　　　　　　　　　Part Payment Paid:　-　$6,000.00
Location: 35 mls SE of Amarillo, TX　　　　　　　　Adjustments:　　　　　　$0.00
Destination: Amarillo, TX
Representative: Pete Glasscock  806 674-2686　　　Net Due:　　　　　　$99,933.53

Superior Livestock Auction attests that all livestock referenced by this document are of　　**USA**　　origin.

**Superior Livestock Auction by** _[signature]_

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

| | | |
|---|---|---|
| **LOT#** 8690B | **DELIVERY DATE** Nov 4 2010 | **SALE DATE** August 26 2010 |
| **SELLER** Lighthouse Ranch LP   806 355-5312 | | **PAPERWORK REC'D** 11/20/20 |
| **BANK** | | Date entered 11/4/2010 |
| **CONTRACT #** 22594 | | Entered by RH |
| 11/29/2010   15:24:04 | | |

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 150 | Weaned Hfr Calves | | 2 | 7 | | 585# | $ 118.75 | |
| DELV 150 | Weaned Hfr Ca 91840 | | 2 | 7 | 90003 | 600# | $ 117.70 | $ 105,933.53 |

| TOTALS | | | | |
|---|---|---|---|---|
| 150 | | 90003 | | $ 105,933.53 |
| PART PAYMENT | | | 4,500.00 | |
| GROSS COMMISSION | | 2,118.67 | | |
| ADDITIONAL COMMISSION | | 300.00 | | |
| CONSIGNMENT FEE CREDIT | | .00 | | |
| NET COMMISSION DEDUCTED | | | 2,418.67 | |
| BEEF CHECKOFF 35 mls SE of Amarillo, TX | | | 150.00 | |
| LA/AR | | | .00 | |
| OTHER | | | .00 | |
| TOTAL DEDUCTIONS | | | 7,068.67 | |
| NET PROCEEDS DISBURSED | | | | $ 98,864.86 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---|---|---|---|---|
| 85302 | Lighthouse Ranch LP | | 98,864.86  11/8/2010 | $ 98,864.86 |

|  |  |
|---|---|
| TOTAL PAID | $ 98,864.86 |
| UNDERPAID/OVERPAID | $ .00 |

****************************************************************************

**BUYER** Eastern Livestock   812 949-9035   812 949-9060(f)
    BUYER # 0016-2 New Albany, IN   (m)                   **GROSS AMT** $ 105,933.53
**COUNTRY OF ORIGIN** USA            8/31/2010   **PART PAYMENT** $ 6,000.00
                                                **ADJUSTMENTS** $ .00
**PD @ DEL**   **FUNDS SENT VIA**                **NET DUE** $ 99,933.53
**BUYER CALLED**
**DELIVERY DATE** Oct. 15-30, 2010
**SLIDE** over the base weight         - 7
**SLA REP** Pete Glasscock   806-656-0202   806-674-2686
**DESTINATION** Amarillo, TX

|  |  |  |
|---|---|---|
| 99,933.53  11/14/2010 | $ | 99,933.53 |
| **TOT AMOUNT PAID** | $ | 99,933.53 |
| **UNDERPAID/OVERPAID** | $ | .00 |
| **ADJ TOTAL** | $ | .00 |

**COMMENTS**   TRUCKED BY RYDER. Randall Co Feedyard Friona Feedyard   SLA PD 7 DAYS

**SUPERIOR Livestock Auction**

**LIVESTOCK CONTRACT**

431 East Exchange, Suite 121     P.O. Box 38
Fort Worth, TX 76164     Brush, CO 80723
1-800-422-2117     1-800-523-6610

1154B     Lot #: 8690B     0016-2

THIS CONTRACT made and entered into this **26th** day of **August, 2010**, in Brush, Morgan County, Colorado by and between **Lighthouse Ranch LP** of **7517 Duling Lane**, **Amarillo**, **TX**, **79110** Phone Number, hereinafter known as SELLER, and **Eastern Livestock**, **135 West Market**, **New Albany**, **IN**, **47150** Phone, **812-949-9035** Fax, **812-949-9060** Cell, hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM: **VAC PRECON**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 150 | Weaned Hfr Calves | 585 | $118.75 |

BREED TYPE: **Angus. Out of Angus & Angus cross cows by Whitestone Krebs & Clint Johnson Angus bulls. 100% Black hided, 10% BWF.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Home Raised**     COUNTRY OF ORIGIN **USA**
FRAME: **Med - Med Lg**     FLESH: **Medium**
HORNS: **None**     EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass & cake. Weaned 45+ days.**

CURRENT LOCATION: **Ranch, 35 miles SE of Amarillo, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B. **Ranch** on/between **Oct. 15-30, 2010** at the option of the **representative**.
WEIGHING CONDITIONS: **Gather early a.m., load on buyers truck, haul 10 miles & weigh on truck w/a 2%.**

SLIDE: If the livestock average **over the base weight** the price will be adjusted **7** cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS: **Top set of TX Panhandle calves.**

VACCINATIONS: **VAC PRECON. Covexin 8 & Pyramid 5 @ branding. Boostered w/both @ weaning 9/1/10.**

AGE/SOURCE VERIFIED: **No**     **OWNER CERTIFIED NATURAL**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**     IMPLANTED: **No**
BANGS VACCINATED:
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **150** head, the sum of $ **6,000.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **4,500.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER: **Lighthouse Ranch LP**            BUYER: **Eastern Livestock**

BY: *M Morrow SLA*            BY: *K Frye SLA*

REPRESENTED BY: **Pete Glasscock**     806 656-0202     806 674-2686

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the remainder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

Apr 09 10 03:06p  Pete Glasscock    806-656-9668    p.1

**SUPERIOR Livestock Auction**

101 East Exchange, Suite 721
Fort Worth, TX 76106
(817) 624-3800
1-800-422-2117

Brush, CO 80723
(970) 842-5566
1-800-523-6610

CONSIGNMENT # 1154B
Accepted by SLA
Effective Date _____

CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK
AUCTION DATE 8/26/10

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT, made and entered into this **9** day of **August**, 20**10**, by and between **Lighthouse Ranch L.P.** (SELLER'S NAME AS PAYMENT IS TO BE MADE), Owner **Brenda Michael & Mindy Clint Johnston** (IF NOT CORPORATION, LLC, ETC.) of **7517 Lane** (MAILING ADDRESS) **Amarillo** (CITY) , **TX** (STATE) **79110** Phone **806-355-5312** SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA) and **Pete Glasscock** (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| | | Feeder Steers | | 165 | 2 | Weaned Steer Calves | 625 |
| | | Feeder Heifers | | 150 | 2 | Weaned Heifer Calves | 585 |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ _____ / cwt under original price of steers. SPECIAL LOGO: **Angus** (ANGUS, HEREFORD, ETC.)

SLA VACCINATION PROGRAM: Vac 24  Vac 34  Vac 45  **Vac PRECON**  VASE: _____ (DATA BASE)  OWNER CERTIFIED NATURAL: **YES**  NO

SLIDE: **7** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents

BREED TYPE: **Angus - set of Angus/Angus Cross Cows, by Krebbs & Clint Johnson Angus Bulls        100% BLK Hided - 10% BWF**

ORIGIN: Home Raised /1st Calf Born **2/10** (DATE) and/or Purchased from _____ (STATE(S) OR GEOGRAPHIC REGION)

FRAME SIZE: **Md - Md Lg**  Small  Medium  Medium Large  Large    FLESH CONDITION: **Md**  Light  Light Medium  Medium  Medium Heavy  Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight) _____  UNEVEN (10-15% +/- pay weight) _____
VERY UNEVEN (15-25% +/- pay weight) _____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: **None**    FEEDING PROGRAM: 1) On cows & native grass  2) Native grass  3) **Native grass & cake**

CURRENT LOCATION: Cattle are located at **Ranch** (RANCH, PASTURE, FEEDYARD, ETC.) _____ which is **7** miles _____ (DIRECTION) _____ ; which is **35** miles **SE** (DIRECTION) of **Amarillo** (NEAREST CITY) , **TX** (STATE)

where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Ranch** (RANCH, SCALE, ETC.) _____ on / between **Oct 15-30** (DELIVERY DATE WITHIN 2 WEEK PERIOD) at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES **NO**

WEIGHING CONDITIONS: **Early a.m. gather, load on buyers truck, haul 10 miles & weigh w/ 2 2% shrink**

LOADS: 48,000 pounds or _____    FREIGHT ADJUSTMENT: _____

IMPLANTED: 1) **No**  2) Not by this owner  3) Yes with _____ (BRAND NAME) _____ on _____ (DATE IMPLANTED - IF KNOWN)

BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at — a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at a) Seller's  b) Buyer's expense  5) No    CASTRATION: 1) **Knife cut**  2) Banded  3) Pinched  (circle one)

COMMENTS: **Covexin 8, Pyramid 5 @ branding; to be boostered w/ both @ weaning ± Sept 1, 2010 - ± 45 Days Weaned**

VACCINATIONS: **Top set of the TX Panhandle Calves - 100% BLK Hided - 10% BWF**

BRANDS: _____    WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of **None** (LIENHOLDER) _____ of _____ (CITY) , _____ (STATE)

CONSIGNMENT FEE: Seller agrees to pay SLA a consignment fee of $2.00/head, for a total of $ _____ SLA acknowledges receipt of payment on _____ (DATE). If SLA has not received payment by auction date, the consignment fee will be withheld from the part payment paid to Seller.

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residue. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE _____    SELLER _____ (PRINT NAME)

(SIGNATURE)    By: **see attached** (SIGNATURE)

WHITE / OFFICE - YELLOW / REP - PINK / SELLER

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

Aug 05 10 08:23a  Pete Glasscook  806-355-0099

FAX TO: (970) 842-2705 / (877) 523-6610

CONSIGNMENT #: _____
Accepted by SLA: _____
Effective Date: _____
AUCTION DATE: 8/24/10

THIS CONTRACT made and entered into this ___ day of ___ 20___ by and between

☑ Lighthouse Ranch L.P. — Owner: Brenda Michael / Mindy Johnson Family Cluster

7517 Dilling Lane, Amarillo, TX 79110

Phone: 806-355-5312   SS#/FEDERAL ID#: 75-2822-147

Marketing Rep: Pete Glasscook

| NO. HEAD | NO. LOADS | USE | BASE WEIGHT | NO. HEAD | NO. LOADS | USE | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
|  |  | Feeder Steers |  | ✓190 |  | Weaned Steer Calves | ✓ |
|  |  | Feeder Heifers |  | ✓150 |  | Weaned Heifer Calves | ✓ |
|  |  | Feeder Heifers Open w/ Vet Cert |  |  |  | Steer Calves on Cows |  |
|  |  | Holstein Bulls / Steers / Heifers |  |  |  | Heifer Calves on Cows |  |

625 - 18k

MIXED LOADS: Heifer price will be $___ / cwt under original price of steers. SPECIAL LOGO: Angus

SLA VACCINATION PROGRAM: Vac 24  Vac 34  Vac 45  Vac PRECON  VAC +  OWNER CERTIFIED NATURAL: YES  NO

SLIDE: ___ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.

BREED TYPE: 100% black sided - 90% Blk 10% bwf — Johnson-Greggs, Kreber

190
1"
36 H

ORIGIN: Home Raised ✓ / 1st Calf Born Feb 5, 2010 and/or Purchased from ___

FRAME SIZE: ___  FLESH CONDITION: ___

ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- pay weight)  UNEVEN (10-15% +/- pay weight)  VERY UNEVEN (15-25% +/- pay weight)

BRANDS: ___  FEEDING PROGRAM: 1) On cows & native grass  ②Native grass  3) ___

CURRENT LOCATION: Cattle are located at Ranch which is 35 miles SE of Amarillo

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at Ranch on/between ___

IMMEDIATE DELIVERY: YES  ☑NO

WEIGHING CONDITIONS: 3% on Ranch Scales or 2% on truck?

LOADS: 48,000 pounds or ___  FREIGHT ADJUSTMENT: ___

IMPLANTED: 1)☑No  2) Not by this owner  3) Yes with ___

BANGS VACCINATED: 1) 100%  ②Not 100%  3) Can be after weighing if required for shipment at — a) Seller's  b) Buyer's expense and risk  4. Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) NO  CASTRATION: 1) Knife cut  2) Banded  3) Pinched (circle one)

COMMENTS: ___

VACCINATIONS: May all calves had Covexin 8 and Pyramid 5 - calves will recieve another round at weaning which will be around last of Sept. Worm

BRANDS: 45 on L hip Covexin 8 and one

WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens...

or chattel mortgage in favor of ___

CONSIGNMENT FEE: Seller agrees to pay SLA a consignment fee of $2.00/head, for a total of $___

MARKETING REPRESENTATIVE: ___

SELLER: Brenda Michael DBA Lighthouse Ranch L.P.
By: Linda Michael

WHITE / OFFICE - YELLOW / REP - PINK / SELLER

Pyr 5
Covexin 8

36 # butt 1/2

☐ ~~Source and Age Verification Affidavit~~

The undersigned acknowledges that he/she has agreed to consign and Age Verified. The consignor understands that this affidavit will be Source and Age Verified through a USDA Approved Pr the consignor must complete the audit process and purchase

Name of Data Service Provider: (circle one of the following)

    Angus Source    Angus Source w/dangle tag    R

    Global Animal Management    Other _____

Superior Livestock Auction Date: _____

Number of Head:   Steers _____   Heife _____

*Handwritten note: Brenda — Following is the All Natural Certificate — Please read, sign, initial & fax back to 656-0669 — Thanks — Pete*

1153 - 54

USDA Approved QSA Program

☐ ~~NHTC Approved~~ (Non Hormone Treated Cattle)

☑ **Owner Certified Natural Consignment Affidavit**

The undersigned acknowledges that he/she has consigned cattle to Superior Livestock Auction or Superior Stampede and has the authority to represent them as "Owner Certified Natural".

The undersigned certifies that he/she is the original owner of the consigned cattle or if not the original owner, agrees to supply signed "All Natural" certification from the original owner.

The undersigned certifies that said cattle have never ever received and will not receive:
- A. Ionophores — (Rumensin, Bovatec, Cattlyst, Gain-Pro)
- B. Antibiotics and/or Sulfas — fed or injected (Aureomycin, Nuflor, Draxxin, CTC, Albon)
- C. Growth promoting hormones/steroids — fed, oral or injected (Revalor, MGA, Lutalyse, Ralgro, Dexamethasone)
- D. Beta Adrenoceptor — agonist — fed or injected (Optaflexx)
- E. Any type of Animal By-Product in feedstuffs, mineral supplement or feed tubs:
  - Fish Oil    Milk Replacers    Animal Fat
  - Feather Meal    Poultry Litter    Yellow Grease
  - Any type of by-product from fish, birds or mammals.

This list of prohibited products is not limited to only the examples given. Please review your feedstuffs, minerals and supplements for actual ingredient content before signing this affidavit.

The undersigned certifies that any cattle receiving therapeutic treatment will be individually identified and will not be shipped without buyer's permission.

Number of Head:   Steers **165**   Heifers **150**

Superior Livestock Auction Date: **8/23/10**   First Calf Born Date: **2/10**

INITIAL HERE: I hereby certify that I will complete the audit process necessary for my consignment to be Source and Age Verified prior to my cattle being delivered. I understand that I am responsible for the additional costs associated with Source and Age Verification, including telephone documentation audit and ear tags. Failure to complete this process could result in financial implications, upon which the consignor is responsible.

INITIAL HERE: *Jm* — I hereby certify that the cattle represented as Owner Certified Natural and/or NHTC Approved in this consignment comply with all management practices and representations made by this affidavit.

X _Freda Michael_    X Aug 11, 2010
    Consignor's Signature        Date

Seller Name as Consigned: **Lighthouse Ranch LP**
Address: **2517 Deluia Ln**
City/State/Zip: **Amarillo, Tx 79118**
Telephone #: **806-355-5312**

*fax 355-1804*

SUPERIOR Livestock Auction

OFFICE - WHITE    SELLER - PINK    REP - YELLOW



DDA Debits - 09/09/2010

DDA Debits - 09/09/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5506
Fax: (970) 842-2705
1-800-523-6610

N°- 85302
LOT # 8690 B
DATE 11/4/10

PAY TO THE ORDER OF Lighthouse Ranch LLP        $ 98,864 86/100

Ninety eight thousand eight hundred sixty four + 86/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2514

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/05/2010

**NOTICE TO BANKS AND PAYEES**
Check must be endorsed by all Payees and exactly as drawn. If Payee is a corporation, bank or other non-individual entity, check must be endorsed by an authorized official, including their title.

DDA Debits - 11/05/2010

**SUPERIOR Livestock Auction**

Nº 06692

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

August 26, 2010

Lighthouse Ranch LP   60588   6692
7517 Duling Lane
Amarillo, TX  79110

Phone: 806-355-5312

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | PART PMT |
|---|---|---|---|---|---|---|
| 8690A | 165 | Weaned Str Calves | Oct. 15-30 | 625# | $121.00 | $4,950.00 |
| 8690B | 150 | Weaned Hfr Calves | Oct. 15-30 | 585# | $118.75 | $4,500.00 |
| TOTAL | 315 | HEAD | Part Pmt. Paid on | 315 | HEAD | $9,450.00 |

DEDUCTIONS:
   No Sale/Scratch Fees: $0.00
NET PROCEEDS: $9,450.00

---



**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 06692

August 26, 2010

PAY TO THE ORDER OF  Lighthouse Ranch LP     $ 9,450.00

Nine Thousand Four Hundred Fifty Dollars and No Cents     DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE



N° 85302

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/4/10

SELLER Lighthouse Ranch LLP

ADDRESS ___ TX

CITY ___ STATE ___ ZIP CODE ___

LOT # 86928    BUYER ___

| NO HD | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 151 | Wnd Hf Clvs | 91840 | 2% | 90,003 | 600 | 118 75 | |
| | | | | (1837) | | | |
| | Slide: 600# - 585# = 15# × 7¢ = (1.05) | | | | | 117 70 | 105,933 57 |
| | PART PAYMENT | | | | | 4500 — | |
| | GROSS COMMISSION | 2418 | 67 | | | | |
| | CONSIGNMENT FEE CREDIT | | | | | | |
| | NET COMMISSION DEDUCTED | | | | | 2418 67 | |
| | BEEF CHECKOFF | | | | | 151 — | |
| | TOTAL DEDUCTIONS | | | | | 7068 67 | |
| | NET PROCEEDS | | | | | | 98,864 86 |

---

N° 85302

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 8692 B    DATE 11/4/10

PAY TO THE ORDER OF  Lighthouse Ranch LLP    $ 98,864 86

Ninety Eight Thousand Eight Hundred Sixty Four & 86/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON NEGOTIABLE

OFFICE COPY

Date 11-4-10
Name: Light House
To: _____

Commodity _____ Moisture _____
Carrier Reiter #127  Test Wgt. _____
Sale _____ Dockage _____
Fm _____ SHBN _____ Tot. Def. _____
Driver ☒ ON  ☐ OFF

Consumers Elevator
Canyon TX

Gross 80980 LB 10:04 AM 11/04/2010 lb
Tare                                                    lb
Net  35500 LB 07:37 AM 11/04/2010 lb
45,480

Warehouseman's Signature _____

---

☐ IN   ☐ OUT          Nº 16635

Date 11-4-10
Name: Light House
To: _____

Commodity _____ Moisture _____
Carrier Reiter #123  Test Wgt. _____
Sale _____ Dockage _____
Fm _____ SHBN _____ Tot. Def. _____
Driver ☒ ON  ☐ OFF

Gross 80560 LB 10:13 AM 11/04/2010 lb
Tare                                                    lb
Net  34200 LB 07:39 AM 11/04/2010 lb
46,360

Warehouseman's Signature _____