# EXHIBIT C PART 6

# Exhibit File Check List

Lot #: 9859

| | |
|---|---|
| X | Delivery Sheet |
| Not Pd | Eastern Payment Info |
| X | Livestock Contract |
| X | Consignment Contract |
| X | Cleared Part Payment Check |
| X | Cleared Final Payment Check |
| X | Copy of Part Payment Check |
| X | Copy of Delivery Paperwork |

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

### BUYERS INVOICE
Buyer # 0016

**Eastern Livestock**

135 West Market
New Albany, IN 47150

Office: 812 949-9035

Fax: 812 949-9060

### LOT # 9859

**Delivery Date** 11/4/2010

**Auction Date** 9/10/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 195 | Feeder Steers | | 3 | | 750 | $111.75 | |

**Delivered:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 195 | Feeder Steers | 155270 | 3 | 150612 | 772 | $110.87 | $166,983.52 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 195 | | | | 150612 | | | $166,983.52 |

**Seller:** La Escalera Ltd Partnership
**Location:** Seymour, TX
**Destination:** FRIONA, TX
**Representative:** Jim Kollman  432 770-5535

Part Payment Paid:    -   $7,800.00
Adjustments:                $0.00

Net Due:               $159,183.52

Superior Livestock Auction attests that all livestock referenced by this document are of **USA** origin.

Superior Livestock Auction by _____

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

```
LOT# 9859              DELIVERY DATE Nov 4 2010      SALE DATE Sept 10 2010
SELLER La Escalera Ltd Partnership    210 467-2357   PAPERWORK REC'D 11/13/20
BANK                                                 Date entered 11/4/2010
CONTRACT # 23325                                     Entered by MH
11/29/2010   15:24:12
```

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 195 | Feeder Steers | | 3 | 4 | | 750# | $ 111.75 | |
| DELV 195 | Feeder Steers | 155270 | 3 | 4 | 150612 | 772# | $ 110.87 | $ 166,983.52 |

```
TOTALS
    195                                        150612                    $  166,983.52

PART PAYMENT                                              5,850.00
GROSS COMMISSION                               3,339.67
ADDITIONAL COMMISSION                            390.00
CONSIGNMENT FEE CREDIT                              .00
NET COMMISSION DEDUCTED                        3,729.67
BEEF CHECKOFF Seymour, TX                        195.00
LA/AR                                               .00
OTHER                                               .00
TOTAL DEDUCTIONS                               9,774.67
NET PROCEEDS DISBURSED                                                  $  157,208.85

CHECK #          PAYABLE TO                                CLEARED

  49439    La Escalera Ltd Partnership     157,208.85  11/9/2010  $  157,208.85



                                                     TOTAL PAID  $   157,208.85
                                                UNDERPAID/OVERPAID $        .00
***************************************************************************
BUYER Eastern Livestock     812 949-9035    812 949-9060(f)
      BUYER # 0016   New Albany, IN    (m)                GROSS AMT  $  166,983.52
COUNTRY OF ORIGIN USA                    9/17/2010  PART PAYMENT $    7,800.00
                                                    ADJUSTMENTS  $         .00
PD @ DEL    FUNDS SENT VIA                          NET DUE      $  159,183.52
BUYER CALLED
DELIVERY DATE Oct. 20-Nov. 5, 2010
SLIDE over the base weight             - 4
SLA REP Jim Kollman           432-530-2020   432-770-5535
DESTINATION FRIONA, TX

                                159,183.52  11/14/2010    $   159,183.52
                                             TOT AMOUNT PAID$  159,183.52
                                          UNDERPAID/OVERPAID $        .00
                                                 ADJ TOTAL  $         .00
COMMENTS TRUCKED BY LTL - LEAD DRIVER IS WALT HASTE 620-388-8097 - MH   SLA PD
11/14
```

**SUPERIOR Livestock Auction**

**LIVESTOCK CONTRACT**

431 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117

P.O. Box 38
Brush, CO 80723
1-800-523-6610

353                                      Lot #: 9859                                                                 0016

THIS CONTRACT made and entered into this **10th** day of **September, 2010**, in Brush, Morgan County, Colorado by and between **La Escalera Ltd Partnership** of **4801 NW Loop 410, Ste 500     San Antonio     TX     78229     Phone Number,**
hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market     New Albany     IN     47150     Phone, 812-949-9035     Fax, 812-949-9060**
Cell,     , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 195 | Feeder Steers | 750 | $111.75 |
|  |  |  |  |

BREED TYPE: Out of Brangus, Brangus Hereford cross & Angus Brangus cross cows by Northern Angus (many Stevenson Basin) bulls. Some Gardiner influence. Black, BMF & 1-2% colored strs. Bloodlines include New Design 878 & 1407, Midland, Conneely Online & EXT.

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Home Raised**                                       COUNTRY OF ORIGIN: **USA**
FRAME: **Medium**                                                  FLESH: **Medium**
HORNS: **Muley, Dehorned, sm. Scurs & Tipped**     EST WT VARIANCE: **Very Uneven**
FEEDING PROGRAM: Dry native pasture. Molasses & cubes on ground. Weaned as lightweights in fall '09.

CURRENT LOCATION: **Ranch, 15 miles NE of Seymour, TX which is 200 miles SE of Amarillo, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.     **Ranch**     on/between
**Oct. 20-Nov. 5, 2010**                                    at the option of the     **representative.**
WEIGHING CONDITIONS: Gather w/helicopter & weigh on ground w/a 3%. Biggest 195 presorted from 230 hd.

SLIDE: If the livestock average **over the base weight**     the price will be adjusted     **4**     cents per pound for every pound     **over**     that weight on the total net pounds.

COMMENTS: Banded. Strs are gentle & know how to eat from bunks.

VACCINATIONS: Titanium 5, IBR, 8-way & wormed w/Cydectin. All shots in neck.

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**     IMPLANTED: **No**
BANGS VACCINATED:
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on     **195**
head, the sum of $ **7,800.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **5,850.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:     **La Escalera Ltd Partnership**                          BUYER:     **Eastern Livestock**

BY: *M. Morrow SLA*                                                              BY: *K. Frye SLA*

REPRESENTED BY:     Jim Kollman                     432 530-2020                                   432 770-5535

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

*EXECUTION: Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

**Superior Livestock Auction**

131 E. Exchange Ave., Suite 221
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. Box 98
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

CONSIGNMENT # _____
Accepted by SLA _353_
Effective Date _____
AUCTION DATE _Labor Day Sale_
Lot # 4286A
Date 5/22/2009

REVISED DATE 2010

THIS CONTRACT made and entered into this _20_ day of _August_, 20_10_, by and between

La Escalera Ltd Partnership , Owner / Ltd Partnership
of 4801 NW Loop 410, Ste 500  San Antonio  TX  78229
Phone Number 210-467-2357  SS#/Federal ID# 1742  (Seller), and Superior Livestock Auction, Inc. (SLA) and
Kollman, Jim  (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| 320 | Weaned Str Calves | 600 | 05/28/2009 | 611 |
| 306 195 | Feeder Steers | 750 | | |

MIXED LOADS: Heifer price will be $ 0 / CWT under original price of steers. SPECIAL LOGO: _Angus_
SLA VACCINATION PROGRAM:                                                OWNER CERTIFIED NATURAL: YES (NO)
AGE & SOURCE VERIFIED PROGRAM: No                     RFID TAGS: YES (NO)  PI FREE: YES (NO)
PROGRESSIVE GENETICS: 1) _Stevenson Basin_ 2) _____ 3) _____
                        (BREEDER1)         (BREEDER2)   (BREEDER3)
SLIDE: 10 cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____  If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: Out of Brangus, Brangus Hereford cross & Angus Brangus cross cows by Northern Angus (many Stevenson Basin) bulls. Some Gardiner influence. Black, BMF & 1-2% colored strs. Bloodlines include New Design 878 & 1407, Midland, Connealy Online & EXT.
ORIGIN: Home Raised                    COUNTRY: USA
FRAME SIZE: Medium                     FLESH CONDITION: _Lt_ Med
ESTIMATED WEIGHT VARIANCE: Very Uneven    FAIRLY EVEN (0 - 10% +/- pay weight)   UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 25% +/- pay weight)  Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: Muley, Dehorned, sm. Scurs & Tipped
FEEDING PROGRAM: ~~Weaned 428 days on~~ dry native pasture, ~~chopped~~ ~~sorghum~~. Molasses & cubes on ground. _Weaned as lightweights in fall 2009_
CURRENT LOCATION: Cattle are located at Ranch, 15 miles NE of Seymour, TX which is 200 miles SE of Amarillo, TX
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at Ranch
~~May 26-29 2009~~ Oct 20 - Nov 5 - 2010 at the option of the Marketing Representative, unless otherwise stated.
IMMEDIATE DELIVERY: YES (NO)  If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather w/helicopter & weigh on ground w/a 3%. Biggest ~~320~~ _195_ presorted from ~~355~~ _230_ hd.
LOADS: 48,000 pounds or _48750_   FREIGHT ADJUSTMENT: _____
IMPLANTED: No
BANGS VACCINATED:
COMMENTS: Cattle know how to eat from bunks. Selling light ~~due to extremely dry conditions~~. Strs are gentle. ~~Filmed 5/18/09~~. _Banded_.
VACCINATIONS: Titanium 5, IBR, 8-way & wormed w/Cydectin. All shots in neck.
BRANDS: _III_ _Right side_
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of
Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _585.00_ on _delivery_ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
Jim Kollman 432-530-2020 432-770-5535

SELLER: La Escalera Ltd Partnership

_Jim Kolba_ (SIGNATURE)    By: _KB Granberry_ (SIGNATURE)

OFFICE COPY



**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N⁰ 07609

September 10, 2010

PAY TO THE ORDER OF   La Escalera Ltd Partnership

$ 11,700.00

Eleven Thousand Seven Hundred Dollars and No Cents                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P O BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Wahlert

DDA Debits - 09/24/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

ENDORSE BELOW

DDA Debits - 09/24/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

LOT # 9937

N°- 049439

DATE 11-4-10

PAY TO THE ORDER OF: La Escalera LTD Partnership

$ 157,208.85

One Hundred Fifty Seven Thousand Two Hundred Eighty & 85/100 DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2544

Jim Kall

DDA Debits - 11/08/2010

FOR DEPOSIT ONLY
La Escalera Limited Partnership

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

ENDORSE BELOW

DDA Debits - 11/08/2010



**SUPERIOR Livestock Auction**

Nº 07609

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 10, 2010

La Escalera Ltd Partnership

4801 NW Loop 410, Ste 500

San Antonio, TX  78229

28888          7609

Phone:  210-467-2357

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | | PART PMT |
|---|---|---|---|---|---|---|---|---|
| 9859 | 195 | Feeder Steers | Oct. 20-Nov. 5 | 750# | $111.75 | | | $5,850.00 |
| 9937 | 195 | Feeder Heifers | Oct. 20-Nov. 5 | 750# | $104.50 | | | $5,850.00 |
| TOTAL | 390 | HEAD | Part Pmt. Paid on | | 390 | HEAD | | $11,700.00 |
| DEDUCTIONS: | | | | | | | | |
| | No Sale/Scratch Fees: | | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | | $11,700.00 |

---

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 10, 2010

Nº 07609

PAY TO THE ORDER OF:  La Escalera Ltd Partnership

$ 11,700.00

Eleven Thousand Seven Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

Nº 049439



# SUPERIOR Livestock Auction

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11-4-10
SELLER La Escalera LTD Partnership
ADDRESS 4801 NW Loop 410 Ste 500
CITY San Antonio    STATE Texas    ZIP CODE 78229
LOT # 9939    BUYER Eastern Livestock

| NO HD | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 195 | Steers | 155270 | 3% | 150612 | 772 | 1.087 | 166983 52 |

**DEDUCTIONS**

| | | |
|---|---|---|
| PART PAYMENT | 5850 | — |
| COMMISSION | 3339 | 67 |
| CONSIGNMENT FEE | 390 | — |
| BEEF CHECKOFF | 195 | — |
| TOTAL DEDUCTIONS | 9774 | 67 |

NET PROCEEDS 157,208 85

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 9937    Nº 049439

DATE 11-4-10

PAY TO THE ORDER OF La Escalera LTD Partnership    $ 157,208 85/xx

One Hundred Fifty Seven Thousand Two Hundred Eight 85/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE
FICE COPY

① 

P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610  

131 East Exchange, Suite 121  
Fort Worth, TX 76106  
(817) 624-3800  
Fax: (817) 624-3325  
1-800-422-2117  

**Superior Livestock Auction**

## TRUCKER'S BILL OF LADING

LOT # 9859    DATE 11-4-10  
SELLER La Escalera LTD Partnership Eastern Livestock  
LOADED AT 15 mile NE Seymour TX   DESTINATION Texas  
TRUCKED BY Longridge Trucking Alva    TRUCK # 799-  
NUMBER OF HEAD LOADED 65 Steers   TIME OF DEPARTURE 10:00 AM  
CONDITION OF CATTLE WHEN LOADED Good  
COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_Wil Harts 799_    _Jim Kelle_  
TRUCKER'S SIGNATURE         SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:  
  BRAND ____ HEALTH ____ WEIGH TICKETS ____ BUYERS INVOICE ____  

**OFFICE COPY**

---

② 

P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610  

131 East Exchange, Suite 121  
Fort Worth, TX 76106  
(817) 624-3800  
Fax: (817) 624-3325  
1-800-422-2117  

**Superior Livestock Auction**

## TRUCKER'S BILL OF LADING

LOT # 9859    DATE 11-4-10  
SELLER La Escalera LTD Partnership Eastern Livestock  
LOADED AT 15 mile NE Seymour   DESTINATION Texas  
TRUCKED BY Crumrine, Alva OK    TRUCK # 69-T6  
NUMBER OF HEAD LOADED 65 Steers   TIME OF DEPARTURE 10:35 AM  
CONDITION OF CATTLE WHEN LOADED Good  
COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

TRUCKER'S SIGNATURE         SLA MARKETING REPRESENTATIVE (Jim Kelle)

PAPERS SENT WITH TRUCKS:  
  BRAND ____ HEALTH ____ WEIGH TICKETS ____ BUYERS INVOICE ____  

**OFFICE COPY**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

Superior Livestock Auction

## TRUCKER'S BILL OF LADING

LOT# 9859  DATE 11-4-10

SELLER La Escalera LTD Partnership  BUYER Eastern Lvstock

LOADED AT 15 miles NE Seymour Tx  DESTINATION Texas

TRUCKED BY Longridge Cat Co  TRUCK # 380-8002

NUMBER OF HEAD LOADED 65 Hd  TIME OF DEPARTURE 10:50 AM

CONDITION OF CATTLE WHEN LOADED Good

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____ TRUCKER'S SIGNATURE         _____ SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND ____  HEALTH ____  WEIGH TICKETS ____  BUYERS INVOICE ____

**OFFICE COPY**



131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**Livestock Auction**
**WEIGH SHEET**

SELLER La Escalera LP Partnership # 9859
BUYER Eastern Livestock   DATE 11-4-10
WEIGHED AT La Escalera 5 miles NE Seymour TX   DATE CERTIFIED _____
(NAME & LOCATION OF SCALE)

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| 24 | 18300 | | | | | | |
| 25 | 19170 | | | | | | |
| 24 | 18390 | | | | | | |
| 25 | 19490 | | | | | | |
| 25 | 20210 | | | | | | colspan WEIGH BACKS |
| 31 | 24060 | | | | | 30 | 20470 |
| 25 | 19240 | | | | | 26 | 18030 |
| 29 | 21740 | | | | | 56 | 38500 |
| 25 | 19200 | | | | | | |
| 18 | 13890 | | | | | | |
| 251- | 193770 | | | | | | |
| | | | | | | | |
| | | | | | TOTAL CATTLE WEIGHED | 251 | 193770 |
| | | | | | LESS WEIGHBACKS | 56 | 38500 |
| | | | | | GROSS WEIGHT | 195 | 155270 |

WEIGHED BY Jim Kolb
WITNESSED BY Carl Parker
NOTES _____

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

Date: 11-3-10　　Lot #: 9859
Buyer: Eastern Livestock
Address: 135 W. Market
City: New Albany　　State: IN　　Zip Code: 47150
Seller: Pa Scaled LTD Partnership　　Weighted At: 15 miles NE Seymour TX

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 195 | Heifers | 145095 | 3% | 140742 | 722 | 1.045 | 147075 39 |

DESTINATION: Texas
TRUCKED BY: Hull, Reiter, Thompson

LESS PART PAYMENT: 7800 =

NET DUE: 139,275 39

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

### CERTIFICATE OF VACCINATION

**CIRCLE ONE**　SLA　VAC24　VAC34　VAC34+　VAC45　PRECON
PFIZER SELECTVAC　24　34　34+　45　PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

The seller hereby certifies that these cattle were administered the above vaccinations.

Age/Source Verified　　Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____　　Date _____

OFFICE COPY