# EXHIBIT C PART 7

# Exhibit File Check List

**Lot #:** 9937

- _X_ Delivery Sheet
- _Not PD_ Eastern Payment Info
- _X_ Livestock Contract
- _X_ Consignment Contract
- _✓_ Cleared Part Payment Check
- _X_ Cleared Final Payment Check
- _X_ Copy of Part Payment Check
- _X_ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
**Buyer # 0016**

Eastern Livestock

135 West Market
New Albany, IN 47150

Office: 812 949-9035

Fax: 812 949-9060

**LOT # 9937**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Delivery Date | 11/3/2010 | | | | | Auction Date | 9/10/2010 |

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 195 | Feeder Heifers | | 3 | | 750 | $104.50 | |

**Delivered:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 195 | Feeder Heifers | 145095 | 3 | 140742 | 722 | $104.50 | $147,075.39 |

**Total:**

| # Head | | | | Net Wt | | | Gross Amount |
|---|---|---|---|---|---|---|---|
| 195 | | | | 140742 | | | $147,075.39 |

Seller: La Escalera Ltd Partnership
Location: Seymour, TX
Destination: AMARILLO, TX
Representative: Jim Kollman 432 770-5535

Part Payment Paid: - $7,800.00
Adjustments: $0.00

Net Due: $139,275.39

Superior Livestock Auction attests that all livestock referenced by this document are of **USA** origin.

Superior Livestock Auction by _[signature]_

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723 Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

**LOT#** 9937  **DELIVERY DATE** Nov 3 2010  **SALE DATE** Sept 10 2010
**SELLER** La Escalera Ltd Partnership   210 467-2357   **PAPERWORK REC'D 11/13/20**
**BANK**  Date entered 11/3/2010
CONTRACT # 23326  Entered by SW
11/29/2010   15:23:55

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 195 | Feeder Heifers | | 3 | 4 | | 750# | $ 104.50 | |
| DELV 195 | Feeder Heifer | 145095 | 3 | 4 | 140742 | 722# | $ 104.50 | $ 147,075.39 |

**TOTALS**
195                                  140742                  $ 147,075.39

| | |
|---|---|
| PART PAYMENT | 5,850.00 |
| GROSS COMMISSION | 2,941.51 |
| ADDITIONAL COMMISSION | 390.00 |
| CONSIGNMENT FEE CREDIT | .00 |
| NET COMMISSION DEDUCTED | 3,331.51 |
| BEEF CHECKOFF Seymour, TX | 195.00 |
| LA/AR | .00 |
| OTHER | .00 |
| TOTAL DEDUCTIONS | 9,376.51 |
| NET PROCEEDS DISBURSED | $ 137,698.88 |

CHECK #        PAYABLE TO                              CLEARED

  49438    La Escalera Ltd Partnership    137,698.88  11/9/2010  $ 137,698.88


                                                TOTAL PAID  $ 137,698.88
                                           UNDERPAID/OVERPAID $       .00
**************************************************************************
**BUYER** Eastern Livestock   812 949-9035   812 949-9060(f)
     BUYER # 0016   New Albany, IN   (m)               **GROSS AMT** $ 147,075.39
**COUNTRY OF ORIGIN** USA              9/17/2010   **PART PAYMENT** $   7,800.00
                                                  **ADJUSTMENTS** $         .00
**PD @ DEL**    **FUNDS SENT VIA**                    **NET DUE** $ 139,275.39
**BUYER CALLED**
**DELIVERY DATE** Oct. 20-Nov. 5, 2010
**SLIDE** over the base weight           - 4
**SLA REP** Jim Kollman        432-530-2020   432-770-5535
**DESTINATION** AMARILLO, TX

                               139,275.39  11/14/2010       $ 139,275.39
                                            **TOT AMOUNT PAID** $ 139,275.39
                                           UNDERPAID/OVERPAID $        .00
                                                  ADJ TOTAL $        .00

COMMENTS 2 LDS WENT TO RANDALL CNTY FDYD, 15000 FM 2219, AMARILLO, TX 79119
(806)499-3701. TRUCKED BY DALE STULL (T ER) 1-806-276-5875 & JACOB THOMPSON
PITKIN, LA (TRUCK #7) 1-318-335-8293.  SLA PD 11/14

**SUPERIOR Livestock Auction**

**LIVESTOCK CONTRACT**

131 East Exchange, Suite 124  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

354  Lot #: 9937  0016

THIS CONTRACT made and entered into this **10th** day of **September, 2010**, in Brush, Morgan County, Colorado by and between **La Escalera Ltd Partnership** of **4801 NW Loop 410, Ste 500**, **San Antonio  TX  78229**  Phone Number, hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market**, **New Albany  IN  47150**  Phone, **812-949-9035**  Fax, **812-949-9060** Cell, , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 195 | Feeder Heifers | 750 | $104.50 |
| | | | |

BREED TYPE: Out of Brangus, Brangus Hereford cross & Angus Brangus cross cows by Northern Angus (many Stevenson Basin) bulls. Some Gardiner influence. Black, BMF & 1-2% colored hfrs. Sires selected for top Angus breed, maternal & carcass traits. Gentle hfrs. Filmed 5/12/10.

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.  
ORIGIN: **Home Raised**   COUNTRY OF ORIGIN: **USA**  
FRAME: **Medium**   FLESH: **Medium**  
HORNS: **Muley, Dehorned, sm. Scurs & Tipped**   EST WT VARIANCE: **Very Uneven**  
FEEDING PROGRAM: **Dry native pasture. Molasses & cubes on ground. Weaned as lightweights in fall '09.**

CURRENT LOCATION: **Ranch, 15 miles NE of Seymour, TX which is 200 miles SE of Amarillo, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.  
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B. **Ranch** on/between **Oct. 20-Nov. 5, 2010** at the option of the **representative**.  
WEIGHING CONDITIONS: **Gather w/helicopter & weigh on ground w/a 3%. Biggest 195 presorted from 230 hd.**

SLIDE: If the livestock average **over the base weight** the price will be adjusted **4** cents per pound for every pound **over** that weight on the total net pounds.  
COMMENTS: **Cattle know how to eat from bunks & on the ground.**

VACCINATIONS: **Titanium 5, IBR, 8-way & wormed w/Cydectin. All shots in neck.**

AGE/SOURCE VERIFIED: **No**  
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**   IMPLANTED: **No**  
BANGS VACCINATED: **Yes**

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.  
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.  
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **195** head, the sum of $ **7,800.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **5,850.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER: **La Escalera Ltd Partnership**   BUYER: **Eastern Livestock**

BY: *M. Morrow SLA*   BY: *K. Frye SLA*

REPRESENTED BY: **Jim Kollman**   432 530-2020   432 770-5535

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs; *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold. Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

**ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.**

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

REVISED DATE 2010

CONSIGNMENT # _____
Accepted by SLA  354
Effective Date _____
Lot # 4286B
Date 5/22/2009

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE  Labor Day Sale

THIS CONTRACT made and entered into this  20  day of  August , 20 10 , by and between
La Escalera Ltd Partnership ,Owner Ltd Partnership
of 4801 NW Loop 410, Ste 500    San Antonio    TX    78229
Phone Number  210-467-2357   SS#/Federal ID#  1742   (Seller), and Superior Livestock Auction, Inc. (SLA) and
Kollman, Jim   (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| ~~176~~ | ~~Weaned Hfr Calves~~ | ~~650~~ | 05/28/2009 | 573 |
| ~~366~~ 195 | Feeder Hfrs. | 750 | | |

MIXED LOADS: Heifer price will be $  0  / CWT under original price of steers. SPECIAL LOGO:  Angus
SLA VACCINATION PROGRAM:   OWNER CERTIFIED NATURAL: YES  (NO)
AGE & SOURCE VERIFIED PROGRAM: No    RFID TAGS: YES (NO)   PI FREE: YES (NO)
PROGRESSIVE GENETICS: 1) Stevenson Basin  (BREEDER2) 2)   3) (BREEDER3)
SLIDE: 10 ~~4~~ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: Out of Brangus, Brangus Hereford cross & Angus Brangus cross cows by
Northern Angus (many Stevenson Basin) bulls. Some Gardiner influence. Black,
BMF & 1-2% colored hfrs. Sires selected for top Angus breed, maternal &
carcass traits. Gentle hfrs. Filmed 5/12/09.
ORIGIN: Home Raised    COUNTRY: USA
FRAME SIZE: Medium    FLESH CONDITION: ~~Lt~~ - Med
ESTIMATED WEIGHT VARIANCE: Very Uneven   FAIRLY EVEN (0 - 10% +/- pay weight)   UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 25% +/- pay weight)   Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: Muley, Dehorned, sm. Scurs & Tipped
FEEDING PROGRAM: ~~Weaned 100+ days on~~ dry native pasture ~~& sheat wheat 30 days prior to~~ Weaned as lightweights in fall of 2009. Molasses & cubes on ground.
CURRENT LOCATION: Cattle are located at  Ranch, 15 miles NE of Seymour, TX which is 200 miles
SE of Amarillo, TX
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at  Ranch  on / between
~~May 26-29, 2009~~  Oct. 20 - Nov 5 - 2010  at the option of the Marketing Representative, unless otherwise stated.
IMMEDIATE DELIVERY: YES (NO) If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather w/helicopter & weigh on ground w/a 3%. Biggest ~~176~~ 195 hd
presorted from 230 hd.

LOADS: 48,000 pounds or  48750    FREIGHT ADJUSTMENT: _____
IMPLANTED: No
BANGS VACCINATED: Yes   and on the ground.
COMMENTS: Cattle know how to eat from bunks. ~~...~~

VACCINATIONS: Titanium 5, IBR, 8-way & wormed w/Cydectin. All shots in neck.

BRANDS:  III Right side.
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of
Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $  585.00  on  delivery  (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
Jim Kollman 432-530-2020 432-770-5535

SELLER: La Escalera Ltd Partnership

_Jim Kollman_ (SIGNATURE)    By: _KJ Granbury_ (SIGNATURE)

OFFICE COPY



**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

№ 07609

September 10, 2010

PAY TO THE ORDER OF   La Escalera Ltd Partnership

$ 11,700.00

Eleven Thousand Seven Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P O BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Wahlert

DDA Debits - 09/24/2010

FOR DEPOSIT ONLY
La Escalera Limited Partnership

ENDORSE BELOW

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

DDA Debits - 09/24/2010

**SUPERIOR Livestock Auction**
PO Box 38
Brush, CO 80723
(970) 842-5506
Fax (970) 842-2705
1-800-523-6610

LOT # 9937
N° 049438
DATE 11-3-10

PAY TO THE ORDER OF: La Escalera LTD Partnership    $137,698.88

One Hundred Thirty Seven Thousand Six Hundred Ninety Eight 88/XX DOLLARS

PAYABLE THRU
BANK OF COLORADO
PO BOX 525
BRUSH COLORADO 80723
Phone 970 842 2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

/s/ Jim Keller

DDA Debits - 11/08/2010

FOR DEPOSIT ONLY
La Escalera Limited Partnership

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/08/2010



# SUPERIOR Livestock Auction

Nº 07609

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 10, 2010

La Escalera Ltd Partnership        28888        7609
4801 NW Loop 410, Ste 500
San Antonio, TX  78229

Phone: 210-467-2357

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 9859 | 195 | Feeder Steers | Oct. 20-Nov. 5 | 750# | $111.75 | | $5,850.00 |
| 9937 | 195 | Feeder Heifers | Oct. 20-Nov. 5 | 750# | $104.50 | | $5,850.00 |
| TOTAL | 390 | HEAD | Part Pmt. Paid on | 390 | HEAD | | $11,700.00 |
| | DEDUCTIONS: | | | | | | |
| | | No Sale/Scratch Fees: | | | | $0.00 | |
| | NET PROCEEDS: | | | | | | $11,700.00 |

---



**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 07609

September 10, 2010

PAY TO THE ORDER OF   La Escalera Ltd Partnership

$ 11,700.00

Eleven Thousand Seven Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

**SUPERIOR Livestock Auction**

Nº 049438

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE: 11-3-10
SELLER: La Escalera LTD Partnership
ADDRESS: 4801 NW Loop 410 Ste 500
CITY: San Antonio   STATE: Texas   ZIP CODE: 78229
LOT #: 9937   BUYER: Eastern Livestock

| HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 195 | Heifer | 145095 | 3% | 140742 | 722 | 1.045 | 147075.39 |

**DEDUCTIONS:**

| | | |
|---|---|---|
| PART PAYMENT | 5850 | — |
| COMMISSION | 2941 | 51 |
| CONSIGNMENT FEE | 390 | — |
| BEEF CHECKOFF | 195 | — |
| TOTAL DEDUCTIONS | 9376 | 51 |

NET PROCEEDS: $137,698.88

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT #: 9937   Nº 049438
DATE: 11-3-10

PAY TO THE ORDER OF: La Escalera LTD Partnership   $137,698.88

One Hundred Thirty Seven Thousand Six Hundred Ninety Eight DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**

OFFICE COPY



**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# 9937  DATE 11-3-10
SELLER La Escalera LTD Partners  BUYER Eastern Livestock
LOADED AT 15 miles NE Seymour  DESTINATION Texas
TRUCKED Dalghull Nara Visa NM  TRUCK # 4-91
NUMBER OF HEAD LOADED 65 hfrs.  TIME OF DEPARTURE 10:00 AM
CONDITION OF CATTLE WHEN LOADED Good
COMMENTS

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

TRUCKER'S SIGNATURE   SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND ___ HEALTH ___ WEIGH TICKETS ___ BUYERS INVOICE ___

**OFFICE COPY**

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# 9937  DATE 11-3-10
SELLER La Escalera LTD Partners  BUYER Eastern Livestock
LOADED AT 15 miles NE Seymour  DESTINATION Texas
TRUCKED BY Reuter - Hereford Tx  TRUCK # 121-79
NUMBER OF HEAD LOADED 65 hfrs.  TIME OF DEPARTURE 10:30 AM
CONDITION OF CATTLE WHEN LOADED Good
COMMENTS

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

TRUCKER'S SIGNATURE   SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND ___ HEALTH ___ WEIGH TICKETS ___ BUYERS INVOICE ___

**OFFICE COPY**



## SUPERIOR Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

### TRUCKER'S BILL OF LADING

LOT # 9937        DATE 11-3-10

SELLER La Escalera LTD Partnership    BUYER Eastern Livestock

LOADED AT 15 miles NE Seymour Tx    DESTINATION Texas

TRUCKED BY Jacob Thompson Pittman    TRUCK # 7-T1

NUMBER OF HEAD LOADED 65 hfrs    TIME OF DEPARTURE 11:00 AM

CONDITION OF CATTLE WHEN LOADED Good

COMMENTS

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____    _____
TRUCKER'S SIGNATURE         SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
  BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

**OFFICE COPY**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117



**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

## WEIGH SHEET

SELLER: La Escalera LTD Partnership #937
BUYER: Eastern Livestock          DATE 11-3-10
WEIGHED AT: La Escalera 15 mi NE Seymour    DATE CERTIFIED _____
(NAME & LOCATION OF SCALE)

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| 15 | 10960 | 15 | 11605 | | | | |
| 15 | 9265 | 15 | 11710 | | | | |
| 15 | 10730 | 15 | 11905 | | | | |
| 15 | 11190 | 13 | 9210 | | | | |
| 15 | 11985 | 283 | 207240 | | | WEIGH BACKS | |
| 15 | 11635 | | | | | 15 | 8865 |
| 15 | 10635 | | | | | 16 | 12770 |
| 15 | 10250 | | | | | 17 | 10935 |
| 15 | 11450 | | | | | 14 | 9575 |
| 15 | 10915 | | | | | 15 | 11870 |
| 15 | 11260 | | | | | 11 | 8130 |
| 15 | 10685 | | | | | 88 | 62145 |
| 15 | 11010 | | | | | | |
| 15 | 1040 | | | | | | |
| 15 | 10530 | | | | | | |
| | | | | TOTAL CATTLE WEIGHED | | 283 | 207240 |
| | | | | LESS WEIGHBACKS | | 88 | 62145 |
| | | | | GROSS WEIGHT | | 195 | 145095 |

WEIGHED BY: _[signature]_
WITNESSED BY: _[signature]_
NOTES: _____

OFFICE COPY