# EXHIBIT C PART 8

# Exhibit File Check List

**Lot #:** 10250

- [x] Delivery Sheet
- [x] Eastern Payment Info
- [x] Livestock Contract
- [x] Consignment Contract
- [x] Cleared Part Payment Check
- [x] Cleared Final Payment Check
- [x] Copy of Part Payment Check
- [x] Copy of Delivery Paperwork

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

### BUYERS INVOICE
Buyer # 0016

**Eastern Livestock**

Office:   812 949-9035

135 West Market
New Albany, IN  47150

Fax:   812 949-9060

### LOT # 10250

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Delivery Date | 10/28/2010 | | | | | Auction Date | 9/24/2010 |

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 78 | Weaned Str Calves | | 2 | | 625 | $115.00 | |
| 70 | Weaned Hfr Calves | | | | 575 | $109.00 | |

**Delivered:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 77 | Weaned Str Calves | 48510 | 2 | 47540 | 617 | $115.00 | $54,671.00 |
| 68 | Weaned Hfr Calves | 40660 | 2 | 39847 | 586 | $108.12 | $43,082.58 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 145 | | | | 87387 | | | $97,753.58 |

Seller:  Ekstrom Enterprises                    Part Payment Paid:   -   $5,920.00
Location:  Fort Worth, TX                        Adjustments:                $0.00
Destination: FRIONA, TX
Representative: Ronnie McNutt 817 291-0708       Net Due:               $91,833.58

Superior Livestock Auction attests that all livestock referenced by this document are of     **USA**     origin.

**Superior Livestock Auction by**     _[signature]_

Eastern Livestock's
check was deposited
and returned
"Refer to Maker"

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

LOT# 10250                    DELIVERY DATE Oct 28 2010           SALE DATE Sept 24 2010
SELLER Ekstrom Enterprises     817 771-4393                       PAPERWORK REC'D 11/3/201
BANK                                                              Date entered 10/28/2010
CONTRACT # 22875                                                  Entered by KF
11/29/2010  15:23:15

| | # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CONT | 78 | Weaned Str Calves | | 2 | 8 | | 625# | $ 115.00 | |
| | 70 | Weaned Hfr Calves | | 0 | 8 | | 575# | $ 109.00 | |
| DELV | 77 | Weaned Str Ca | 48510 | 2 | 8 | 47540 | 617# | $ 115.00 | $ 54,671.00 |
| | 68 | Weaned Hfr Ca | 40660 | 2 | 8 | 39847 | 586# | $ 108.12 | $ 43,082.58 |

TOTALS
    145                                           87387                            $    97,753.58

PART PAYMENT                                            4,440.00
GROSS COMMISSION                         1,955.07
ADDITIONAL COMMISSION                      290.00
CONSIGNMENT FEE CREDIT                        .00
NET COMMISSION DEDUCTED                                 2,245.07
BEEF CHECKOFF Fort Worth, TX                              145.00
LA/AR                                                        .00
OTHER                                                        .00
TOTAL DEDUCTIONS                                        6,830.07
NET PROCEEDS DISBURSED                                                  $    90,923.51

CHECK #              PAYABLE TO                                         CLEARED

   50535       Ekstrom Enterprises                   90,923.51  11/2/2010  $    90,923.51


                                                         TOTAL PAID  $    90,923.51
                                                    UNDERPAID/OVERPAID  $          .00
*****************************************************************************
BUYER Eastern Livestock    812 949-9035   812 949-9060(f)
      BUYER # 0016   New Albany, IN    (m)                 GROSS AMT  $    97,753.58
COUNTRY OF ORIGIN USA                    10/1/2010      PART PAYMENT  $     5,920.00
                                                         ADJUSTMENTS  $          .00
PD @ DEL    FUNDS SENT VIA                                   NET DUE  $    91,833.58
BUYER CALLED
DELIVERY DATE Oct. 18-30, 2010
SLIDE over the base weight                - 8
SLA REP Ronnie McNutt        817-613-9786    817-291-0708
DESTINATION FRIONA, TX

                                          91,833.58  11/3/2010         $    91,833.58
                                                    TOT AMOUNT PAID$        91,833.58
                                                    UNDERPAID/OVERPAID $          .00
                                                         ADJ TOTAL  $             .00
COMMENTS   BRAD TOLD JLO WENT TO FRIONA & THEY HADN'T PAID. MW 11-11 SLA PD RTM

## TRIPS Incoming Item Seq. # 98000064
## Business Date: 11/08/2010

8604
10250





```
CHECK NUMBER:    124907    CHECK DATE: 10/10/29    CHECK AMOUNT:    140,447.61
        101028    79H @   45634#                     00007        52,014.03
        101028   10536  -E#8604     48614.03         00007         3,400.00-
        101028   145H @   87387#                     00014        97,753.58
        101028   10757  -E#10250    91833.58         00014         5,920.00-
```

**EASTERN LIVESTOCK CO., LLC**



**SUPERIOR LIVESTOCK CONTRACT**

Livestock Auction

121 East Exchange, Suite 101        P.O. Box 38
Fort Worth, TX 76164               Brush, CO 80723
1-800-422-2117                     1-800-523-6610

16                           Lot #:   10250                                    0016

THIS CONTRACT made and entered into this **24th** day of **September, 2010**, in Brush, Morgan County, Colorado by and between **Ekstrom Enterprises** of **12501 Aledo Road    Benbrook    TX    76126**    Phone Number, hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market    New Albany    IN    47150**    Phone, **812-949-9035**    Fax, **812-949-9060** Cell,          , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:  **VAC 45**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 78 | Weaned Str Calves | 625 | $115.00 |
| 70 | Weaned Hfr Calves | 575 | $109.00 |

BREED TYPE: **Out of Angus cows by M6 & Wood Charolais & a few Angus bulls.**

MIXED LOADS: Heifer price will be $ **6** /CWT under original price of steers.
ORIGIN: **Home Raised**              COUNTRY OF ORIGIN: **USA**
FRAME: **Med - Med Lg**               FLESH: **Medium**
HORNS: **Dehorned**                   EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass & 3-5# 38% cubes/hd/day.**

CURRENT LOCATION: **Veale Ranch, 5 miles SW of Fort Worth, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.    **Ranch**    on/between
**Oct. 18-30, 2010**                at the option of the    **representative.**
WEIGHING CONDITIONS: **Gather ASAP, drive to pens, sex & weigh on ground w/a 2%.**

SLIDE: If the livestock average **over the base weight** the price will be adjusted **8** cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS: **Knife cut. Nice set of Charolais cross yearlings. Cake & grass only.**

VACCINATIONS: **VAC 45. BoviShield Gold & 7-way Blackleg at branding.**

AGE/SOURCE VERIFIED: **No**                                    **OWNER CERTIFIED NATURAL**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**    IMPLANTED: **No**
BANGS VACCINATED: **No**
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **148** head, the sum of $ **5,920.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **4,440.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    **Ekstrom Enterprises**                    BUYER:    **Eastern Livestock**


BY: _M. Morrow SLA_                                  BY: _K. Drye SLA_
REPRESENTED BY:   **Ronnie McNutt**        817 613-9786           817 291-0708



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

REVISED DATE 20-0

CONSIGNMENT # __10__
Accepted by SLA
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE __Sept. 23, 24, 2010__

Lot # __10709__
Date __9/25/2009__

THIS CONTRACT made and entered into this __3rd__ day of __Sept__, 20 __10__, by and between

Owner: __Lee Ekstrom__

of __Ekstrom Enterprises__
__12501 Aledo Road__
Phone Number __817-771-4393__
SS#/Federal ID# __Benbrook__   __TX__  __76126__
(Seller), and Superior Livestock Auction, Inc. (SLA) and

__McNutt, Ronnie__
(MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | | KIND/SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|---|
| 78 | 78 | Weaned Str Calves | 625 | 10/21/2009 | 654 |
| 59 | 70 | Weaned Hfr Calves | 575 | 10/21/2009 | 592 |

MIXED LOADS: Heifer price will be $ __6__ / CWT under original price of steers. SPECIAL LOGO: __CHAROLAIS__
SLA VACCINATION PROGRAM: __VAC 45__   OWNER CERTIFIED NATURAL: YES (NO)
AGE & SOURCE VERIFIED PROGRAM: __No__   RFID TAGS: YES NO   PI FREE: YES (NO)
PROGRESSIVE GENETICS: 1) _____ (BREEDER 1)   2) _____ (BREEDER 2)   3) _____ (BREEDER 3)
SLIDE: ___ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ __8__   If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery
BREED TYPE: __Out of Angus cows by Charolais (M6 & Wood) & a few by Angus bulls.__

ORIGIN: __Home Raised__
FRAME SIZE: __Med - Med Lg__
ESTIMATED WEIGHT VARIANCE: __Uneven__
COUNTRY: __USA__
FLESH CONDITION: __Medium__
FAIRLY EVEN (0 - 10% +/- pay weight)   UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 25% +/- pay weight)   Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: __Dehorned__
FEEDING PROGRAM: __Native grass & 3-5# 38% cubes/hd/day.__

CURRENT LOCATION: Cattle are located at __Veale Ranch, 5 miles SW of Fort Worth, TX__
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at __Ranch__ at the option of the Marketing Representative, unless otherwise stated on / between __Oct. 15-30 2010__
IMMEDIATE DELIVERY: YES (NO)   If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: __Gather ASAP, drive to pens, sex & weigh on ground w/a 2%.__

LOADS: 48,000 pounds or _____   FREIGHT ADJUSTMENT: _____
IMPLANTED: __No__
BANGS VACCINATED: __No__
COMMENTS: __Knife cut. Nice set of Charolais cross yearlings. Cake & grass only.__

VACCINATIONS: __VAC 45. BoviShield Gold & 7-way Blackleg at branding.__

BRANDS: _____
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of __none__
Lienholder _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
__Ronnie McNutt 817-613-9786 817-291-0708__

SELLER: __Ekstrom Enterprises__
By: _____ (SIGNATURE)

__Ronnie McNutt__

☐ **Source and Age Verification Affidavit**   Auction Date: _____

The undersigned acknowledges that he/she has agreed to consign cattle to Superior Livestock or Superior Stampede as Source and Age Verified. The consignor understands that this affidavit serves as a preliminary agreement that the consignment below will be Source and Age Verified through a USDA Approved Program that supports RFID ear tags. **To meet this agreement the consignor must complete the audit process and purchase ear tags.**

**Name of Data Service Provider:** (circle one of the following)   Superior Verified   IMI Global   Ag Info Link

Angus Source   Angus Source w/dangle tag   Red Angus   Red Angus w/dangle tag   Verified Beef

Global Animal Management   Other _____

**Superior Livestock Auction Date:** _____   Cons#: _____
For SLA use only

**Number of Head:**   Steers _____   Heifers _____

---

☐ **NHTC Approved** (Non-Hormone Treated Cattle approved for export to European Union)

Certified By: _____
USDA Approved QSA Program

---

☑ **Owner Certified Natural Consignment Affidavit**

The undersigned acknowledges that he/she has consigned cattle to Superior Livestock Auction or Superior Stampede and has the authority to represent them as "Owner Certified Natural".

The undersigned certifies that he/she is the original owner of the consigned cattle or if not the original owner, agrees to supply signed "All Natural" certification from the original owner.

The undersigned certifies that said cattle have never ever received and will not receive:
   A. Ionophores – (Rumensin, Bovatec, Cattlyst, Gain-Pro)
   B. Antibiotics and/or Sulfas – fed or injected (Aureomycin, Nuflor, Draxxin, CTC, Albon)
   C. Growth promoting hormones/steroids – fed, oral or injected (Revalor, MGA, Lutalyse, Ralgro, Dexamethasone)
   D. Beta Adrenoceptor – agonist – fed or injected (Optaflexx)
   E. Any type of Animal By-Product in feedstuffs, mineral supplement or feed tubs:
      Fish Oil         Milk Replacers      Animal Fat
      Feather Meal     Poultry Litter      Yellow Grease
      Any type of by-product from fish, birds or mammals

This list of prohibited products is not limited to only the examples given. Please review your feedstuffs, minerals and supplements for actual ingredient content before signing this affidavit.

The undersigned certifies that any cattle receiving therapeutic treatment will be individually identified and will not be shipped without buyer's permission.

**Number of Head:**   Steers **78**   Heifers **70**
**Superior Livestock Auction Date:** **9/23-24/10**   First Calf Born Date: **1-10-10**

---

INITIAL HERE _____

I hereby certify that I will complete the audit process necessary for my consignment to be Source and Age Verified prior to my cattle being delivered. I understand that I am responsible for the additional costs associated with Source and Age Verification; including telephone documentation audit and ear tags. Failure to complete this process could result in financial implications, upon which the consignor is responsible.

INITIAL HERE *[initialed]*

I hereby certify that the cattle represented as Owner Certified Natural and/or NHTC Approved in this consignment comply with all management practices and representations made by this affidavit.

Consignor's Signature *[signed]*   Date **9-3-10**

Seller Name as Consigned: **EKSTROM ENTERPRISES**
Address: **12501 ALEDO RD.**
City/State/Zip: **BENBROOK, TX 76126**
Telephone #: **817-771-4393**   SLA Representative: **R. McNutt**
OFFICE – WHITE   REP-YELLOW   SELLER – PINK

**SUPERIOR Livestock Auction**



DDA Debits - 10/06/2010

DDA Debits - 10/06/2010



**SUPERIOR Livestock Auction**
PO Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

N° 050535
LOT # 10250
DATE Oct. 28, 2010

PAY TO THE ORDER OF Ekstrom Enterprises   $ 90,923⁵¹

Ninety Thousand Nine Hundred Twenty Three & 51/100 DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU
BANK OF COLORADO
PO BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2844

Ronnie McNutt

DDA Debits - 11/01/2010

DDA Debits - 11/01/2010



**SUPERIOR Livestock Auction**

№ 07737

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 24, 2010

Ekstrom Enterprises
12501 Aledo Road
Benbrook, TX  76126

54334        7737

Phone: 817-771-4393

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | | PART PMT |
|---|---|---|---|---|---|---|---|---|
| 10250 | 78 | Weaned Str Calves | Oct. 18-30 | 625# | $115.00 | | | $2,340.00 |
| | 70 | Weaned Hfr Calves | Oct. 18-30 | 575# | $109.00 | | | $2,100.00 |
| TOTAL | 148 | HEAD | Part Pmt. Paid on | 148 | HEAD | | | $4,440.00 |
| DEDUCTIONS: | | | | | | | | |
| | No Sale/Scratch Fees: | | | | | $0.00 | | |
| NET PROCEEDS: | | | | | | | | $4,440.00 |



**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 07737

September 24, 2010

PAY TO THE ORDER OF   Ekstrom Enterprises

$ 4,440.00

Four Thousand Four Hundred Forty Dollars and No Cents

DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU:
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

**NON-NEGOTIABLE**

Nº 050535



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE: Oct. 28, 2010
SELLER: Ekstrom Enterprises
ADDRESS: 12501 Aledo Rd
CITY: Benbrook        STATE: Tex        ZIP CODE: 76126
LOT #: 10250        BUYER: Eastern Livestock

| HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | weaned Strs | 48,510 | 2% | 47,540 | 617 | 115.00 | 54,671 00 |
| 8 | weaned Hfrs | 40,660 | 2% | 39,847 | 586 | 109.00 | |
| | | | | 11# × 8¢ = .88 | | 108.12 | 43,082 58 |
| | | | | | | | 97,753 58 |

**DEDUCTIONS:**

| | | |
|---|---|---|
| PART PAYMENT | 4440 | 00 |
| COMMISSION | 1955 | 07 |
| CONSIGNMENT FEE | 290 | 00 |
| BEEF CHECKOFF | 145 | 00 |
| TOTAL DEDUCTIONS | 6830 | 07 |

NET PROCEEDS: $ 90,923.51

---

Nº 050535
LOT #: 10250
DATE: Oct. 28, 2010
PAY TO THE ORDER OF: Ekstrom Enterprises     $ 90,923.51
Ninety Thousand Nine Hundred Twenty Three 51/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE
OFFICE COPY



1 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

**SUPERIOR Livestock Auction**

P.O. 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

## WEIGH SHEET

SELLER: Ekstrom Enterprises LOT #: 10250
BUYER: Eastern Livestock
WEIGHED AT: Veale Ranch   DATE: 10-28-10
steer   Benbrook TX   Hfr

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| 20 | 11,950 | | | 21 | 12,110 | | |
| 20 | 13,080 | | | 20 | 12,750 | | |
| 20 | 12,750 | | | 20 | 11,460 | | |
| 19 | 11,770 | | | 9 | 5,140 | | |
| | | | | | | | WEIGH BACKS |
| 79 | 49,550 | | | 70 | 41,460 | | |
| -2 | 1040 | | | -2 | 800 | | |
| 77 | 48,510 | | | 68 | 40,660 | | |
| | 47,540 | | | | 39,847# | | |
| | 617# | | | | 586# | | |
| | | | 2% | | | | |

TOTAL CATTLE WEIGHED
LESS WEIGHBACKS
GROSS WEIGHT

WEIGHED BY: Ronnie McNutt
NOTES:

1040

OFFICE COPY



P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# 10250   DATE 10-28-10
SELLER Ekstrom Enterprises   BUYER Eastern Livestock
LOADED AT Benbrook, TX   DESTINATION Friona, TX
TRUCKED BY Parker Trucking   TRUCK # 15
NUMBER OF HEAD LOADED 68   TIME OF DEPARTURE 10:45 AM
CONDITION OF CATTLE WHEN LOADED Good

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____   Ronnie McNutt
TRUCKER'S SIGNATURE   SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

**OFFICE COPY**

---

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# 10250   DATE 10-28-10
SELLER Ekstrom Enterprises   BUYER Eastern Livestock
LOADED AT Benbrook, TX   DESTINATION Friona, TX
TRUCKED BY CB Cattle & Trucking   TRUCK # 16
NUMBER OF HEAD LOADED 77   TIME OF DEPARTURE 9:45 AM
CONDITION OF CATTLE WHEN LOADED Good

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____   Ronnie McNutt
TRUCKER'S SIGNATURE   SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

**OFFICE COPY**



# SUPERIOR Livestock Auction

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | Oct 28, 2010 | Lot # | 70250 |
|---|---|---|---|
| Buyer | Eastern Livestock | | |
| Address | 135 West Market | | |
| City | New Albany | State: IN | Zip Code: 47150 |
| Seller | Ekstrom Enterprises | Weighted At | Veale Ranch |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 77 | weaned str | 48,510 | 2% | 47,540 | 617 | 115.00 | 54,671.00 |
| 68 | weaned hfr | 40,660 | 2% | 39,847 | 586 | ~~109.00~~ | |
| | | | | 11ᵗ × 84 = .88 | | 108.12 | 43,082.58 |
| | | | | | | | 97,753.58 |

DESTINATION: Friona, Tx

TRUCKED BY: CB + Parker

LESS PART PAYMENT: 5,920.00

NET DUE: 91,833.58

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

☑ CERTIFICATE OF VACCINATION

**CIRCLE ONE** — SLA  VAC24  VAC34  VAC34+  (VAC45)  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | Bovishield Gold | 9-13-10 | IM / (Sub Q) |
| Boostered | — | 10-1-10 | IM / (Sub Q) |
| Pasteurella | One Shot | 9-13-10 | IM / (Sub Q) |
| Boostered | — | 10-1-10 | IM / (Sub Q) |
| Other | | | IM / Sub Q |

☑ CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

The seller hereby certifies that these cattle were administered the above vaccinations.

☐ Age/Source Verified     Database Provider _____

Seller Please Initial

The seller attests that all livestock referenced by this document are of ___USA___ origin.

Seller's Signature _____     Date: 10-28-10

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121  
Fort Worth, TX 76164  
1-800-422-2117  
(817) 624-3800  
Fax: (817) 624-3325

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610  
(970) 842-5566  
Fax: (970) 842-2705

| Date | 11-4-10 | | | Lot # | 9937 | | | |
|---|---|---|---|---|---|---|---|---|
| Buyer | Eastern Livestock | | | | | | | |
| Address | 135 W. Market | | | | | | | |
| City | New Albany | | | State | IN | | Zip Code | 47150 |
| Seller | La Escalera LTD Partnership | | | Weighted At | 15 miles NE of Seymour TX | | | |

| NO. HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 195 | Steers | 155270 | 3% | 150612 | 772 | 1.1087 | 166,983 | 52 |

DESTINATION: Texas  
TRUCKED BY: Loughridge (2) Criminal Tros

| LESS PART PAYMENT | 7800 | — |
|---|---|---|
| NET DUE | 159,183 | 52 |

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

### ☐ CERTIFICATE OF VACCINATION

**CIRCLE ONE**: SLA  VAC24  VAC34  VAC34+  VAC45  PRECON  
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

### ☐ CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified    Database Provider _____    Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

_____'s Signature                                      Date

OFFICE COPY