# EXHIBIT C PART 9

## SUPERIOR LIVESTOCK AUCTION

LOT# 10630B  DELIVERY DATE Nov 8 2010  SALE DATE Nov 5 2010
SELLER J&J Cattle Co.  979 575-2701  PAPERWORK REC'D 11/13/20
BANK  Date entered 11/8/2010
CONTRACT # 59648  Entered by Sw
12/2/2010  13:16:38

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 83 | Weaned Hfr Calves | 2 | 6 | | | 590# | $ 104.00 | |
| DELV 80 | Weaned Hfr Ca 49980 | 2 | 6 | 48980 | 612# | $ 102.68 | $ 50,292.66 | |

**TOTALS**
80                              48980                     $ 50,292.66

PART PAYMENT                                                  .00
GROSS COMMISSION                              1,005.85
ADDITIONAL COMMISSION                          160.00
CONSIGNMENT FEE CREDIT                            .00
NET COMMISSION DEDUCTED                       1,165.85
BEEF CHECKOFF Bryan, TX                          80.00
LA/AR                                              .00
OTHER                                              .00
TOTAL DEDUCTIONS                              1,245.85
NET PROCEEDS DISBURSED                                    $ 49,046.81

CHECK #       PAYABLE TO                      CLEARED

44424       J&J Cattle Co.            49,046.81 11/12/2010 $ 49,046.81

                                           TOTAL PAID  $  49,046.81
                                      UNDERPAID/OVERPAID $      .00
*****************************************************************
BUYER Superior Livestock Auction  970 842-5566  970 842-2705(  PAID IN FULL
    BUYER # 0161  Brush, CO  (m)               GROSS AMT $ 50,292.66
COUNTRY OF ORIGIN USA                        PART PAYMENT $      .00
                                              ADJUSTMENTS $      .00
                                                  NET DUE $ 50,292.66
PD @ DEL   FUNDS SENT VIA
BUYER CALLED
DELIVERY DATE Nov. 8-20, 2010
SLIDE Over the base weight        - 6
SLA REP Greg Goudeau        936-873-2646   936-661-8432
DESTINATION Friona Yard in TX

                              50,292.66  11/14/2010   $    50,292.66
                                         TOT AMOUNT PAID $ 50,292.66
                                      UNDERPAID/OVERPAID $      .00
                                             ADJ TOTAL $        .00

COMMENTS Going to 1 of the 4 Friona yards in TX: Littlefield, Tulia, Amarillo
or Friona. Trucked by: Ken Davis Farm Svs Trucks 817-866-2641  SLA PD 11/14

## LIVESTOCK CONTRACT

**Superior Livestock Auction**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
1-800-422-2117

P.O. Box 38
Brush, CO 80723
1-800-523-6610

Lot #: 10630B

90                                                                                                                                                                 1            0161

THIS CONTRACT made and entered into this    5th    day of    November, 2010   , in Brush, Morgan County, Colorado by and between
J&J Cattle Co.                                                                                                                                                                                              of
9698 Cotrone-Dix Ln        Bryan        TX        77807   ,        Phone Number,    (979) 575-2701
hereinafter known as SELLER, and    Superior Livestock Auction                                                                                                                              of
PO Box 38        Brush    CO    80723    Phone, (970) 842-5566        Fax, (970) 842-2705
Cell,                       , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described
livestock (the livestock) for the consideration set forth in this contract.    VACCINATION PROGRAM: VAC PRECON

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 83 | Weaned Hfr Calves | 590 | $104.00 |
|  |  |  |  |

BREED TYPE:    English & Exotic cross. Black, BWF, Charolais cross, Red & RWF.

MIXED LOADS:    Heifer price will be $           /CWT under original price of steers.
ORIGIN:    Purchased Central TX                                        COUNTRY OF ORIGIN: USA
FRAME:    Med - Med Lg                                                    FLESH: Medium
HORNS:    Dehorned or Tipped                                       EST WT VARIANCE: Very Uneven
FEEDING PROGRAM:    Grass traps with free choice grow ration.

CURRENT LOCATION:    Ranch, 10 mile(s) W of Bryan, TX which is 175 miles SW of Fort Worth, TX

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.

DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.                                Ranch                                    on/between
Nov. 8-20, 2010           at the option of the representative.
WEIGHING CONDITIONS:    Gather early, load on buyers truck, haul approx. 10 miles & weigh on truck w/a 2%.

SLIDE: If the livestock average    over the base weight           the price will be adjusted        6    cents per pound for every
pound    over    that weight on the total net pounds.
COMMENTS:    Nice set of weaned hfrs ready for grass.

VACCINATIONS: Tested PI Free. VAC PRECON. Express 5, Covexin 8, PolyBac Somnus, Pulmoguard, Mycoplasma, Ocuguard Pinkeye &
Cydectin. Boostered w/Express 5.

AGE/SOURCE VERIFIED:    No
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:        Yes        IMPLANTED:    Synovex C 8/10.
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    83    head, the sum of $  3,320.00   , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $    0.00                , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT.
In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    J&J Cattle Co.                                                        BUYER:    Superior Livestock Auction

BY:  *M. Morrow SLA*                                                        BY:  *K. Fruje SLA*

REPRESENTED BY:  Greg Goudeau            (936) 873-2646        (936) 825-6545        (936) 661-8432

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117


Superior Livestock Auction

Brush, CO 80723
(970) 842-5568
1-800-523-6610

2010

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

FAX TO: (970) 842-2705
(877) 523-6610

CONSIGNMENT # _____
Accepted by SLA  106308
Effective Date _____   AUCTION DATE  Nov 5 20 10

THIS CONTRACT made and entered into this  25th  day of  October  20 10 , by and between

J+J Cattle Co  (SELLER'S NAME AS PAYMENT TO BE MADE)   Owner  Jerad Johnson  (IF NOT CORPORATION, LLC, ETC.)

of  9698 Cotrone Dix Ln  (MAILING ADDRESS) , Bryan (CITY) , TX (STATE) , 77807 (ZIP)

Phone  979 575-2701   SS#/FEDERAL ID#  __-__-8812  (LAST 4 DIGITS)   (SELLER), Superior Livestock Auction, Inc. (SLA) and

Greg Goudeau  (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| | | Feeder Steers | | | | Weaned Steer Calves | |
| | | Feeder Heifers | | 83 | 1 | Weaned Heifer Calves | 590 |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $____/cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)
VACCINATION PROGRAM: (circle one) SLA VAC 24   34   34+   45   (PreCon)   PFIZER SelectVac 24   34   34+   45   PreCon
AGE & SOURCE VERIFIED:  no  (PROGRAM)   RFID TAGS: YES (NO)   TESTED PI FREE: (YES)   OWNER CERTIFIED NATURAL: YES
PROGRESSIVE GENETICS: Yes ___ 1) ____ (BREEDER 1)  2) ____ (BREEDER 2)  3) ____ (BREEDER 3)
SLIDE:  6  cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE:  English + Exotic cross, Black, BWF Charolais Cross, Red + RWF

ORIGIN: Home Raised and/or (Purchased) from  Central TX  (STATE(S) OR GEOGRAPHIC REGION)   COUNTRY:  USA
FRAME SIZE: Small (Medium) Medium Large Large   FLESH CONDITION: Light Light Medium (Medium) Medium Heavy Heavy
ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight) ____ UNEVEN (10-15% +/- pay weight) ____
VERY UNEVEN (15-25% +/- pay weight) ____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS:  dehorned or tipped    FEEDING PROGRAM: 1) On cows & native grass  2) Native grass  3)  grass traps receiving free choice grow ration.
CURRENT LOCATION: Cattle are located at  J+J Cattle  (RANCH, PASTURE, FEEDYARD, ETC.)  which is  10  miles  W  (DIRECTION) of
 Bryan  (NEAREST TOWN)  TX  (STATE) ; which is  175  miles  SW  (DIRECTION) of  Fort Worth  (NEAREST CITY)  TX  (STATE) .
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.
DELIVERY: Seller will deliver cattle to Buyer's truck(s) at _____ (RANCH, SCALE, ETC.) on / between
 Nov 8-20, 2010  (DELIVERY DATE WITHIN 2 WEEK PERIOD) at the option of Marketing Representative, unless otherwise stated.  IMMEDIATE DELIVERY: (YES) NO
WEIGHING CONDITIONS:  gather early, load on buyers truck haul approx 10 mile + weigh on the truck with a 2%

LOADS: 48,000 pounds or ____   FREIGHT ADJUSTMENT: ____
IMPLANTED: 1) No  2) Not by this owner  3)(Yes) with  Synovex C  (BRAND NAME) on  Aug 2010  (DATE IMPLANTED - IF KNOWN)
BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No   CASTRATION: 1) Knife cut  2) Banded  3) Pinched  (circle one)
COMMENTS:  nice set of weaned heifers that are ready for grass

VACCINATIONS:  Vac Prec Express 5, Covexin 8 Poly Bac Somnus, Pulmoguard mycoplasma, Ociguard pinkeye, Cydectin, Express 5 Booster, PI Free.

BRANDS: ____   WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of _____ (LIENHOLDER) of _____ (CITY) _____ (STATE)

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S/FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g.: meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE (signature)   SELLER  Jerad Johnson  (PRINT NAME)
By: (signature)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER

**OPEN FEEDER HEIFERS:** Heifers that are sold as "Open Feeder Heifers" must be pregnancy checked by a licensed veterinarian (seller's expense) within 21 days prior to delivery. A veterinarian's certificate must accompany the heifers. No part payment will be paid on "Open Feeder Heifers".

**SLA VACCINATION PROGRAM:** A Vaccination Certificate (provided by SLA) must accompany cattle sold in a Superior Livestock Auction Value- Added Health Program. This certificate must state the date the cattle were vaccinated, the brand name of the vaccine administered and the injection site(s).

**NO. HEAD** is the **ACTUAL HEAD COUNT TO BE DELIVERED** on the contract, after sorting. Seller agrees to deliver within 95% of the number of cattle stated in this contract. Buyer, his Agent, SLA or the Marketing Representative shall have the right, at delivery, to sort and reject any stags, crippled, blind, bad eyed, loco, lump-jawed or otherwise unmerchantable cattle, or any other cattle that are not described in this contract, as determined by the Marketing Representative.

**FAILURE TO DELIVER WITHIN 95%:** In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

**LOAD LOTS:** Cattle will be sold in load lots, with a maximum of 48,000 pounds per load, unless otherwise stated. Buyer is not required to accept a specific number of cattle sold, if the load(s) exceed 48,000 pounds.

**BASE WEIGHT** is the estimated average pay weight of the cattle on the day of delivery.

**SLIDE:** If the average pay weight of the cattle at delivery is in excess of the base weight, the price will be adjusted by the amount stated in this contract, for every pound over that weight, on the total net pounds for the first 50 (fifty) pounds. If the average pay weight of the cattle is 51 pounds over the base weight, the slide will INCREASE 2 cents.

*Example: A lot of feeder steers with a base weight of 700# sell for $100.00 / cwt. At delivery, the steers can weigh up to 700# (average) and the price will remain the same. If the steers weigh 701# (average) with a .4 cent (.04) slide, the price will be adjusted to $99.96/cwt; 710# - $99.60/cwt; 715# - $99.40/cwt; 750# - $98.00/cwt; if the steers weigh 751# (average) the slide will accelerate 2 cents to a 6 cent (.06) slide for a price of $96.94/cwt; etc.

**WEIGHING CONDITIONS:** All cattle will be weighed on a certified scale. Split weighing is not allowed.

**OVERNIGHT DRY STAND:** Cattle will be drylotted (no feed or water) the evening prior to delivery.

**WARRANTIES:** Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. If cattle are encumbered by a lien, security interest or chattel mortgage, payment will be issued jointly to Seller and lienholder.

**PAYMENT TO OTHERS:** If the cattle described in this contract are not encumbered, Seller may authorize SLA to disburse proceeds of the sale to others. If the cattle are encumbered, SLA will not make payment to others without a written release from the secured party.

**COMMISSION:** Seller agrees to pay SLA a commission of 2% (two percent) of the gross proceeds of the sale (with a minimum of $8.00 per head) plus $2.00 per head consignment fee on the number of head delivered.

**PART PAYMENT:** Upon sale of the livestock, SLA will advance to Seller $30.00 per head, as part payment, for the livestock described in this contract. In the event that Seller fails to deliver to Buyer the cattle as described in this contract, or at the time of delivery, there are any federal or state regulations prohibiting interstate shipment of said livestock, Seller shall return to SLA all money advanced and this contract will be terminated. Seller acknowledges that SLA will receive $40.00 per head, as part payment, from Buyer. The $10.00 per head received from Buyer and not paid to Seller will be held in SLA's Custodial Account for Shippers' Proceeds as a deposit on commission, until delivery, when the actual commission can be determined.

**EXCEPTION — NO PART PAYMENT WILL BE PAID ON** heifers that are sold open w/ a vet certificate, any cattle that are not in the continental United States at the time of sale or cattle that are sold for immediate delivery.

**FINAL PAYMENT:** At delivery, SLA will pay Seller, by check, the balance of the purchase price, less SLA's commission and any lawful charges.

**EXPENSES OF SELLER:** Seller will be responsible for all expenses subject to federal and state regulations, such as health inspection, brand inspection, beef checkoff, weighing, etc.

**NO SALE OR PASS-OUT:** If Seller elects to decline the highest bid offered at the auction, he/she must do so before the next lot is offered for sale. If Seller declines the highest bid they will be charged $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. If this no sale/pass out fee is paid prior to the auction the check will not be cashed unless the cattle no sale. If the cattle no sale, the check will be cashed and applied to the no sale fee. If this fee is not paid prior to the auction and the Seller receives a part payment this fee will be deducted from the Seller's part payment. In the event the Seller does not receive a part payment, this fee will immediately become due and payable.

**SCRATCH:** If for any reason the Seller withdraws said livestock from the auction they will be allowed to re-consign them to one of the next two consecutive auctions. If the Seller withdraws livestock and does not re-consign them there will be a fee of $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. This fee will be collected in the same manner as the consignment fee as stated above.

**AMENDMENTS TO CONTRACT:** Seller hereby appoints SLA or the Marketing Representative as Seller's attorney-in-fact to amend, and authorizes SLA to amend the provisions of this Contract at any time prior to sale to accurately describe the livestock covered by this Contract.

**ARBITRATION OF DISPUTES:** Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

**DESIGNATION OF AGENT:** Seller authorizes SLA to complete and sign a Livestock Contract for the sale of the livestock described in this contract, on behalf of and in the name of the Seller, which will make Seller obligated to all terms and conditions of the Livestock Contract, as if Seller had signed the contract himself. Seller also authorizes SLA to negotiate a satisfactory settlement regarding any discrepancies at delivery.



DDA Debits - 11/10/2010



DDA Debits - 11/10/2010



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N° 044424

DATE: 11-8-10
SELLER: J&J Cattle Co
ADDRESS: 9698 Cotrone Dr
CITY: Bryan   STATE: TX   ZIP CODE: 77807
LOT #: 10630 B   BUYER: Superior Livestock

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 80 | wnd hfrs | 49980 | 2% | 48980 | 612 | 104.00 ~~1.30~~ 1.32 102.68 | 50292 66 |

**DEDUCTIONS:**

| PART PAYMENT | | |
|---|---|---|
| COMMISSION | 1,005 | 85 |
| CONSIGNMENT FEE | 160 | 00 |
| BEEF CHECKOFF | 80 | 00 |
| | | |
| TOTAL DEDUCTIONS | 1,245 | 85 |

NET PROCEEDS: $49,046.81

---

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 10630 B
N° 044424
DATE: 11-8-10

PAY TO THE ORDER OF: J&J Cattle Co
$ 49,046.81/xx
Forty-nine thousand forty-six 81/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE
OFFICE COPY

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610


Superior Livestock Auction

East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# 10630 B        DATE 11-8-10
SELLER J+J Cattle Co       BUYER Superior Livestock
LOADED AT Snook TX       DESTINATION
TRUCKED BY Ken Davis       TRUCK # 17
NUMBER OF HEAD LOADED 80      TIME OF DEPARTURE 9:15
CONDITION OF CATTLE WHEN LOADED good
COMMENTS

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

TRUCKER'S SIGNATURE        SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND ___ HEALTH ___ WEIGH TICKETS ___ BUYERS INVOICE ___

OFFICE COPY

No: 14594

# SCALE TICKET

**ABC Equipment Company**
P.O. Box 470 • Snook, TX 77878
979-272-1084                    Fax 979-272-1125

09:41 am 11/08/10 Tm/01

| GROSS WEIGHT | Steering | 12040 lb | Gross |
| | Drivers | 12260 lb | Gross |
| | Trailer | 8960 lb | Gross |
| | Total | 33260 lb | Gross |

10:25 am 11/08/10 Tm/01

| TARE WEIGHT | Steering | 12460 lb | Gross |
| | Drivers | 37820 lb | Gross |
| | Trailer | 32960 lb | Gross |
| | Total | 83240 lb | Gross |

**NET WEIGHT**

Customer : Lot 10630 B   J J
Ticket # :
Carrier : Cattle
Driver : K Davis
Commodity : Cattle
Weigher : Day
Date : 11-8-10

**BILL OF LADING**
**KD FARM SERVICE LLC**
P.O. Box 3301, Grandview, Texas 76050
(817) 866-2641 Fax (817) 866-2715

Truck Number: _____ Trailer Number: _____ Date: _____

Load Origin: _____

Destination: _____

Shipper: _____ Loaded Miles: _____

| Quantity | Description of Number of Commodity | Weight | Rate | Amount of Charge |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Carrier: Bulk and Pork Stock Shipped At Owner's Risk • Shipper Responsible For Overweight Fines
Shipper Responsible for Animal Loss or Injury on Overweight Loads

Signature of Shipper: _____

Signature of Driver: _____

Received By: _____

Remarks: _____

Due and Payable in Johnson County, Texas
White - Office • Yellow - Receiver • Pink - Shipper



**Superior Livestock Auction**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

PO Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

## WEIGH SHEET

SELLER: J+J Cattle Co    LOT #: 10630B
BUYER: Superior Livestock    DATE: 11-8-10
WEIGHED AT: ABC Equipment Sneek TX    DATE CERTIFIED: 4-1-10
(NAME & LOCATION OF SCALE)

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
|      | 83240  |      |        |      |        |      |        |
|      | 3326 0 |      |        |      |        |      |        |
| 80   | 49980  |      |        |      |        |      |        |
|      |        |      |        |      |        | WEIGH BACKS | |

TOTAL CATTLE WEIGHED
LESS WEIGHBACKS
GROSS WEIGHT

WEIGHED BY
WITNESSED BY
NOTES

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | 11-8-10 | Lot # 10630 B |
|---|---|---|
| Buyer | Superior Livestock Auction | |
| Address | PO Box 38 | State CO   Zip Code 80723 |
| City | Brush | Weighted At ABC Equipment Snook TX |
| Seller | J&J Cattle Co | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 80 | Waned htr cfs | 49980 | 2% | 48980 | 612 | 104.92 | 50292.66 |

DESTINATION: Friona TX
TRUCKED BY: Ken Davis

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

LESS PART PAYMENT ~~33,20.00~~

NET DUE

### CERTIFICATE OF VACCINATION

CIRCLE ONE: SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | Covexin 8 | Sept 10 | IM / **SubQ** |
| IBR, PI3, BVD & BRSV | Express 5 | Sept 10 | IM / **SubQ** |
| Boostered | Express 5 | Sept 10 | IM / **SubQ** |
| Pasteurella | PolyBac Somnus | Sept 10 | **IM** / SubQ |
| Boostered | Pulmoguard | Sept 10 | IM / **SubQ** |
| Other | | Sept 10 | IM / **SubQ** |

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

Seller Please Initial

The seller hereby certifies that these cattle were administered the above vaccinations.

Age/Source Verified   Database Provider

The seller attests that all livestock referenced by this document are of USA origin.

Seller's Signature   Date 11-8-10

OFFICE COPY