# EXHIBIT C PART 10

## Exhibit File Check List

Lot #: __8747__

- __x__ Delivery Sheet
- __Not lo__ Eastern Payment Info
- __✓__ Livestock Contract
- __✓__ Consignment Contract
- __✓__ Cleared Part Payment Check
- __✓__ Cleared Final Payment Check
- __✓__ Copy of Part Payment Check
- __✓__ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION

1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
### Buyer # 0016

**Eastern Livestock**                                                    Office:   812 949-9035

**135 West Market**
**New Albany, IN 47150**                                                 Fax:      812 949-9060

### LOT # 8747

**Delivery Date**   11/3/2010                                            **Auction Date**   8/26/2010

**Contracted:**

| # Head | Description   | Weight | Shrink | Net Wt | Ave Wt | Price    | Gross Amount |
|--------|---------------|--------|--------|--------|--------|----------|--------------|
| 70     | Feeder Steers |        | 2      |        | 700    | $115.75  |              |

**Delivered:**

| # Head | Description   | Weight | Shrink | Net Wt | Ave Wt | Price    | Gross Amount |
|--------|---------------|--------|--------|--------|--------|----------|--------------|
| 68     | Feeder Steers | 49970  | 2      | 48971  | 720    | $114.95  | $56,292.16   |

**Total:**

| # Head |   |   |   | Net Wt |   |   | Gross Amount |
|--------|---|---|---|--------|---|---|--------------|
| 68     |   |   |   | 48971  |   |   | $56,292.16   |

**Seller:** Sulphur Bluff Ranch                     **Part Payment Paid:**   -   $2,800.00
**Location:** Sulphur Bluff, TX                     **Adjustments:**             $0.00
**Destination:** AMARILLO, TX
**Representative:** R.B. Richardson 903 676-6504    **Net Due:**                 $53,492.16

Superior Livestock Auction attests that all livestock referenced by this document are of    **USA**    origin.

Superior Livestock Auction by    _Tom E. [signature]_

                                                              Eastern Livestock
                                                              Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723 Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

| | | |
|---|---|---|
| **LOT#** 8747 | **DELIVERY DATE** Nov 3 2010 | **SALE DATE** August 26 2010 |
| **SELLER** Sulphur Bluff Ranch   903 945-2222 | | **PAPERWORK REC'D** |
| **BANK** | | Date entered 11/3/2010 |
| **CONTRACT #** 22291 | | Entered by MGM |
| 12/2/2010  12:20:00 | | |

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 70 | Feeder Steers | | 2 | 4 | | 700# | $ 115.75 | |
| | | | Wt Stop = 725 | | | | | |
| DELV 68 | Feeder Steers | 49970 | 2 | 4 | 48971 | 720# | $ 114.95 | $ 56,292.16 |
| **TOTALS** | | | | | | | | |
| 68 | | | | | 48971 | | | $ 56,292.16 |

| | | |
|---|---|---|
| PART PAYMENT | | 2,100.00 |
| GROSS COMMISSION | 1,125.84 | |
| ADDITIONAL COMMISSION | 136.00 | |
| CONSIGNMENT FEE CREDIT | .00 | |
| NET COMMISSION DEDUCTED | 1,261.84 | |
| BEEF CHECKOFF Sulphur Bluff, TX | 68.00 | |
| LA/AR | .00 | |
| OTHER | .00 | |
| TOTAL DEDUCTIONS | 3,429.84 | |
| NET PROCEEDS DISBURSED | | $ 52,862.32 |

| CHECK # | PAYABLE TO | CLEARED | |
|---|---|---|---|
| 46436 | Sulphur Bluff Ranch | 52,862.32  11/12/2010 | $ 52,862.32 |

| | |
|---|---|
| TOTAL PAID | $ 52,862.32 |
| UNDERPAID/OVERPAID | $ .00 |

****************************************************************

| | | |
|---|---|---|
| BUYER Eastern Livestock   812 949-9035  812 949-9060(f) | | |
| BUYER # 0016   New Albany, IN   (m) | **GROSS AMT** | $ 56,292.16 |
| COUNTRY OF ORIGIN USA         8/31/2010 | **PART PAYMENT** | $ 2,800.00 |
| | **ADJUSTMENTS** | $ .00 |
| PD @ DEL    FUNDS SENT VIA | **NET DUE** | $ 53,492.16 |
| BUYER CALLED X | | |
| DELIVERY DATE Oct. 25-Nov. 10, 2010 | | |
| SLIDE over the base weight            - 4 | | |
| SLA REP R.B. Richardson    903-675-3870   903-676-6504 | | |
| DESTINATION AMARILLO, TX | | |

| | | |
|---|---|---|
| | 53,492.16  11/14/2010 | $ 53,492.16 |
| | TOT AMOUNT PAID | $ 53,492.16 |
| | UNDERPAID/OVERPAID | $ .00 |
| | ADJ TOTAL | $ .00 |

COMMENTS WENT TO RANDALL COUNTY FEEDYARD, 15000 FM 2219, AMARILLO, TX 79119 (806)499-3701. 11/11/10 R.B.  FRIONA SLA PD 11/14

# LIVESTOCK CONTRACT

**Superior Livestock Auction**

134 East Exchange, Suite 129  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

839    Lot #:  8747    0016

THIS CONTRACT made and entered into this 26th day of August, 2010, in Brush, Morgan County, Colorado by and between **Sulphur Bluff Ranch** of 147 Dunham Ranch Rd, Sulphur Bluff, TX 75481, Phone Number, hereinafter known as SELLER, and **Eastern Livestock** of 135 West Market, New Albany, IN 47150, Phone, 812-949-9035, Fax, 812-949-9060, Cell, , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM: **SelectVAC 45**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 70 | Feeder Steers | 700 | $115.75 |
| | | | |

BREED TYPE: **English & Exotic cross showing 1/8 or less Brahman influence. 100% Black, BWF or Charolais. By Charolais & Angus bulls.**

MIXED LOADS: Heifer price will be $ 0 /CWT under original price of steers.  
ORIGIN: **Home Raised**    COUNTRY OF ORIGIN  **USA**  
FRAME: **Med Lg**    FLESH: **Medium**  
HORNS: **Tipped or Muley**    EST WT VARIANCE: **Uneven**  
FEEDING PROGRAM: **Native grass, wheat pasture & protein block.**

CURRENT LOCATION: **Sulphur Bluff Ranch, 5 miles N of Sulphur Bluff, TX which is 120 miles E of Fort Worth, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.  
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.    **Sulpur Bluff Ranch**    on/between  
**Oct. 25-Nov. 10, 2010**    at the option of the    **representative.**  
WEIGHING CONDITIONS: **Gather ASAP & weigh on ground w/a 2%.**

SLIDE: If the livestock average **over the base weight**    the price will be adjusted    **4** cents per pound for every pound    over that weight on the total net pounds.  
**Any lbs. over 725 are free.**  
COMMENTS: **Real nice set of feeder strs. Filmed 8/8/10.**

VACCINATIONS:  **SelectVAC 45. Wormed w/Valbazen @ weaning spring 2010.**

AGE/SOURCE VERIFIED:  **No**  
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:  **Yes**    IMPLANTED: **No**  
BANGS VACCINATED:  
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.  
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.  
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **70** head, the sum of $ **2,800.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **2,100.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:  **Sulphur Bluff Ranch**    BUYER:  **Eastern Livestock**

BY: *M. Morrow SLA*    BY: *K Frye SLA*

REPRESENTED BY:  **R.B. Richardson**    903 675-3870    903 675-8241    903 676-6504

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required. Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks rendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U.S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

REVISED DATE 2010

**SUPERIOR Livestock Auction**

CONSIGNMENT # **839**
Accepted by SLA
Effective Date _____
Lot # **2143**
Date **2/13/2009**

CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK
AUCTION DATE **Aug -22 -23 -24 -25**

THIS CONTRACT made and entered into this **8** day of **Aug**, 20 **10**, by and between

Sulphur Bluff Ranch
147 Dunham Ranch Rd
Phone Number 903-945-2222
Richardson, R.B.

Owner **Corp.**
Sulphur Bluff   TX   75481
SS#/Federal ID# **5722**
(Seller), and Superior Livestock Auction, Inc. (SLA) and (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| ~~175~~ | Feeder ~~Heifers~~ | ~~700~~ **725** | 05/14/2009 | 774 |
| **68** | **Strs** | | | |
| **1 Load** | | | | |

MIXED LOADS: Heifer price will be $ **0** / CWT under original price of steers. SPECIAL LOGO:
SLA VACCINATION PROGRAM: VAC 45 **Select**     OWNER CERTIFIED NATURAL: YES   NO
AGE & SOURCE VERIFIED PROGRAM: No     RFID TAGS: YES   NO   PI FREE: YES   NO
PROGRESSIVE GENETICS:   1) _____ (BREEDER 1)   2) _____ (BREEDER 2)   3) _____ (BREEDER 3)
SLIDE: **4** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ **750** If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: English & Exotic cross showing 1/8 or less Brahman influence. ~~Approx.~~
~~90~~% Black, BWF, ~~10~~% Charolais & ~~10% Redneck~~. **Sire by Charolias + Angus**
**100%** ⁊  **or** ⁊                                                              **Bulls**

ORIGIN: Home Raised             COUNTRY: USA
FRAME SIZE: Med Lg             FLESH CONDITION: Medium
ESTIMATED WEIGHT VARIANCE: Uneven     FAIRLY EVEN (0 - 10% +/- pay weight)   UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 25% +/- pay weight)   Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: Tipped or Muley
FEEDING PROGRAM: Native grass & ~~wheat pasture~~. **Protein Block**

CURRENT LOCATION: Cattle are located at Sulphur Bluff Ranch, 5 miles N of Sulphur Bluff, TX which is 120 miles E of Fort Worth, TX
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at Sulpur Bluff Ranch on / between
~~Nov-5-20 2009~~ **Oct-25   Nov-10** at the option of the Marketing Representative, unless otherwise stated.
IMMEDIATE DELIVERY:   YES   NO   If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather ASAP & weigh on ground w/a 2%.

LOADS: 48,000 pounds or _____     FREIGHT ADJUSTMENT: _____
IMPLANTED: ~~No~~ **No**
BANGS VACCINATED: No
COMMENTS: Real nice set of feeder ~~hfrs~~ **Strs**. Filmed ~~6-22-09~~. **8-8-10**

VACCINATIONS: VAC 45. Wormed w/Valbazen @ weaning ~~10ccs~~. **Spring - 2010**
**Select** ⁊

BRANDS: _____
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of
Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ **204 ⁶⁰** on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
R.B. Richardson 903-675-3870 903-676-6504

SELLER: Sulphur Bluff Ranch
By _R B Richardson_ (SIGNATURE)
(SIGNATURE)
OFFICE COPY



**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

N° 06660

August 26, 2010

PAY TO THE ORDER OF  Sulphur Bluff Ranch     $ 2,100.00

Two Thousand One Hundred Dollars and No Cents     DOLLARS

PAYABLE THRU
BANK OF COLORADO
PO BOX 625
BRUSH, COLORADO 80723
Phone 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Wahlert

DDA Debits - 09/14/2010

ENDORSE BELOW

For Deposit Only
Sulphur Bluff Ranch

NOTICE: This check must be endorsed by payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

DDA Debits - 09/14/2010



DDA Debits - 11/10/2010

DDA Debits - 11/10/2010



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

N⁰ 06660

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

August 26, 2010

Sulphur Bluff Ranch
147 Dunham Ranch Rd
Sulphur Bluff, TX  75481

48565     6660

Phone:  903-945-2222

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | | PART PMT |
|---|---|---|---|---|---|---|---|---|
| 8747 | 70 | Feeder Steers | Oct. 25-Nov. 10 | 700# | $115.75 | | | $2,100.00 |
| TOTAL | 70 | HEAD | Part Pmt. Paid on | | 70 | HEAD | | $2,100.00 |
| DEDUCTIONS: | | | | | | | | |
| | No Sale/Scratch Fees: | | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | | $2,100.00 |

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N⁰ 06660

August 26, 2010

PAY TO THE ORDER OF   Sulphur Bluff Ranch

$ 2,100.00

Two Thousand One Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 25
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

N° 046436



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE: 11-3-10
SELLER: Sulphur Bluff Ranch
ADDRESS: 147 Dunham Ranch Rd
CITY: Sulphur Bluff    STATE: TX    ZIP CODE: 25481
LOT #: 7147    BUYER: Eastern I/S

| NO. HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 68 | Strs | 49990 | 3% | 48771 | 720 | 115 | |
| | Dry Hide | | | | | .80 | |
| | | | | | | 114.95 | |
| | 700. 4 | | | | | | 56,292.16 |
| | 715 Stp | | | | | | |

| DEDUCTIONS: | | | | |
|---|---|---|---|---|
| PART PAYMENT | | 2100 | 00 | 52,862.32 |
| COMMISSION | | 1125 | 84 | |
| CONSIGNMENT FEE | | 136 | 00 | |
| BEEF CHECKOFF | | 68 | 00 | |
| | | | | |
| | | | | |
| TOTAL DEDUCTIONS | | 3429 | 84 | |
| | | | NET PROCEEDS | |

---

N° 046436

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT #
DATE

PAY TO THE
ORDER OF

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
**NON-NEGOTIABLE**

SLA REP COPY

PO Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax (970) 842-2705  
1-800-523-6610



1122 East Exchange, Suite 121  
Fort Worth, TX 76164  
(817) 624-8800  
Fax (817) 624-8325  
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT # 5742  DATE 11-3-10

SELLER John Loef Ranch  BUYER Eastern TK

LOADED AT _____  DESTINATION _____

TRUCKED BY Jim Ewing  TRUCK # 1

NUMBER OF HEAD LOADED 68  TIME OF DEPARTURE 9:15 AM

CONDITION OF CATTLE WHEN LOADED Good

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____  _____  
TRUCKER'S SIGNATURE  SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCK:  
BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____  
SLA REP

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117



P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**Livestock Auction**
**WEIGH SHEET**

SELLER: _____  LOT #: 8747

BUYER: _____  DATE: 11-3-10

WEIGHED AT: _____ (NAME & LOCATION OF SCALE)  DATE CERTIFIED: _____

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
| 27 | 21910 | | | | | | |
| 24 | 17025 | | | | | | |
| 27 | 15040 | | | | | | |
| | | | | | | | |
| | | | | | | | WEIGH BACKS |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL CATTLE WEIGHED | 74 53755 |
| | | | | | | LESS WEIGHBACKS | 6 3785 |
| | | | | | | GROSS WEIGHT | 68 49970 |

WEIGHED BY: _____
WITNESSED BY: _____
NOTES: _____

SLA REP



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | 11-3-10 | | | Lot # | 8747 | |
|---|---|---|---|---|---|---|
| Buyer | Eastern I/S | | | | | |
| Address | 135 West Market | | | | | |
| City | New Albany | | State | IN | Zip Code | 47150 |
| Seller | Clyde Duff Inc | | Weighted At | | | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 108 | Str | 49920 | 2% | 48921 | 710 | 115.25 | |
| | | | | | | -.30 | |
| | Dr. life | | | | | 114.95 | 56,292 |
| | 700-4 | | | | | | |
| | 705 stop | | | | | | |

| | |
|---|---|
| DESTINATION: | LESS PART PAYMENT    2800.00 |
| TRUCKED BY: | |
| "Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority." | NET DUE    53,492 |

### CERTIFICATE OF VACCINATION

**CIRCLE ONE**    SLA   VAC24   VAC34   VAC34+   VAC45   PRECON
PFIZER SELECTVAC   24   34   34+   45   PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

The seller hereby certifies that these cattle were administered the above vaccinations.

| ☐ Age/Source Verified | Database Provider _____ | Seller Please Initial _____ |
|---|---|---|

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____     Date _____