# EXHIBIT E

Superior-Cactus Lots

| SUPERIOR LOT # | Cactus Comm# | SELLER | HEAD CT (Superior) Eastern | WT | SEX | ORIGINAL SALE PRICE GROSS TOTAL$ | SUPERIOR'S COSTS/COMMISSIONS/ DEDUCTIONS FOR PARTIAL PAYMENTS | $ AMT SUPERIOR PAID TO SELLER | PART PAYMENT $ AMT EASTERN PAID SUPERIOR | ADJUSTMENTS TO BUYER (Freight, etc.) | $ AMT EASTERN OWES SUPERIOR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10088 | 40582 | TW Cattle Company | 67 | 48380 | S | $52,508.79 | $3,261.18 | $49,247.61 | | | $49,828.79 |
| 10141 | 40524B | Freeman Farms | 64 | 49760 | H | $48,652.84 | $3,209.06 | $45,443.78 | $2,680.00 | | $46,012.84 |
| S10299 | 40582 | Big D Ranch | 129 | 94120 | S | $97,680.04 | $6,669.60 | $91,010.44 | $2,640.00 | ($300.00) | $92,180.04 |
| 10319 | 40582 | Underwood Ranch | 67 | 47020 | S | $48,960.00 | $3,250.20 | $45,709.80 | $5,200.00 | | $46,200.00 |
| 4151A | 40493A | Hans Ray | 80 | 47710 | S | $51,899.16 | $3,607.98 | $48,291.18 | $2,760.00 | | $48,899.16 |
| 5614 | 39903 | Four of A Kind Cattle Co | 165 | 135320 | S | $141,021.73 | $8,657.63 | $132,364.10 | $3,000.00 | ($407.20) | $133,814.53 |
| 7194 | 39903 | Mike Gattis | 120 | 98135 | S | $105,067.91 | $6,181.36 | $98,886.55 | $6,800.00 | | $100,267.91 |
| 7538A | 40581 | Spring Valley Ranch | 70 | 48600 | S | $55,153.22 | $3,473.06 | $51,680.16 | $4,800.00 | | $52,273.22 |
| 7538B | 40582 | Spring Valley Ranch | 67 | 52400 | S | $57,442.35 | $3,389.85 | $54,052.50 | $2,880.00 | | $54,722.35 |
| 8739 | 40493A | Nueces Cattle Co./CC | 210 | 154680 | S | $165,410.64 | $6,300.00 | $159,110.64 | $2,720.00 | | $157,010.64 |
| 8787 | 40357 | Kyle Smith | 58 | 47800 | S | $49,504.74 | $2,964.09 | $46,540.65 | $8,400.00 | | $47,104.74 |
| 8855 | | Will & Lane Anderson | 66 | 49925 | H | $50,986.83 | $3,383.74 | $47,603.09 | $2,400.00 | | $48,186.83 |
| 8894 | 40524B | Kyle Smith | 65 | 48320 | H | $47,235.62 | $3,059.71 | $44,175.91 | $2,800.00 | | $44,675.62 |
| | | | | | | | | | $2,560.00 | | |
| TOTALS | | | | | | $971,523.87 | $57,407.46 | $914,116.41 | $49,640.00 | -$707.20 | $921,176.67 |

Superior-Cactus Lots Should Not Have Interplead
Eastern Did Not Purchase These Lots

| SUPERIOR LOT # | Cactus Comm# | SELLER | HEAD CT (Superior's) Cactus | WT | SEX | ORIGINAL SALE PRICE GROSS TOTAL$ | SUPERIOR'S COSTS/COMMISSIONS/ DEDUCTIONS FOR PARTIAL PAYMENTS | $ AMT SUPERIOR PAID TO SELLER | PART PAYMENT $ AMT CACTUS PAID SUPERIOR | ADJUSTMENTS TO BUYER (Freight, etc.) | $ AMT CACTUS OWES SUPERIOR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10555 | 40524 | Seven Bar Ranch | 197 | 153960 | S | $164,399.94 | $3,879.00 | $160,520.94 | $0.00 | | $164,399.94 |
| 10556 | 39918 | R Brand Cattle Co | 66 | 50160 | S | $53,089.56 | $1,259.79 | $51,829.77 | $0.00 | | $53,089.56 |
| 10568 | 39903 | Spring Valley Ranch | 54 | 45865 | S | $47,158.34 | $1,205.17 | $45,953.17 | $0.00 | | $47,058.34 |
| 10671 | 40581 | Stubbs Ranch | 69 | 50290 | S | $52,722.50 | $1,261.45 | $51,461.05 | $0.00 | ($100.00) | $52,722.50 |
| TOTALS | | | | | | $317,370.34 | $7,605.41 | $309,764.93 | $0.00 | -$100.00 | $317,270.34 |