# EXHIBIT F PART 1

## Exhibit File Check List

Lot #: __10088__

| | |
|---|---|
| _X_ | Delivery Sheet |
| _Not Po_ | Eastern Payment Info |
| _x_ | Livestock Contract |
| _x_ | Consignment Contract |
| _x_ | Cleared Part Payment Check |
| _x_ | Cleared Final Payment Check |
| _x_ | Copy of Part Payment Check |
| _X_ | Copy of Delivery Paperwork |

# SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
### Buyer # 0016

**Eastern Livestock**                                                                                          Office:    812 949-9035

**135 West Market**
**New Albany, IN 47150**                                                                                       Fax:       812 949-9060

### LOT # 10088

**Delivery Date**  11/3/2010                                                                         **Auction Date**    9/24/2010

**Contracted:**

| # Head | Description   | Weight | Shrink | Net Wt | Ave Wt | Price     | Gross Amount |
|--------|---------------|--------|--------|--------|--------|-----------|--------------|
| 67     | Feeder Steers |        | 2      |        | 725    | $110.75   |              |

**Delivered:**

| 67 | Feeder Steers | 48380 | 2 | 47412 | 708 | $110.75 | $52,508.79 |

**Total:**

| 67 | | | | 47412 | | | $52,508.79 |

**Seller:** TW Cattle Company                                    **Part Payment Paid:**    -    $2,680.00
**Location:** Lindale, TX                                        **Adjustments:**                 $0.00
**Destination:** AMARILLO, TX
**Representative:** Barry Hale  903 738-4233                     **Net Due:**                $49,828.79

Superior Livestock Auction attests that all livestock referenced by this document are of    **USA**    origin.

Superior Livestock Auction by

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

Thank you for your business. If you have any questions, please call 1-800-523-6610

**SUPERIOR LIVESTOCK AUCTION**

LOT# 10088   DELIVERY DATE Nov 3 2010   SALE DATE Sept 24 2010
SELLER TW Cattle Company   903 882-4059   PAPERWORK REC'D 11/20/20
BANK                                       Date entered 11/3/2010
CONTRACT # 23717                           Entered by SS
12/1/2010  09:34:06

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 67 | Feeder Steers | | 2 | 4 | | 725# | $ 110.75 | |
| DELV 67 | Feeder Steers | 48380 | 2 | 4 | 47412 | 708# | $ 110.75 | $ 52,508.79 |

TOTALS
   67                                47412                    $  52,508.79

PART PAYMENT                                2,010.00
GROSS COMMISSION                            1,050.18
ADDITIONAL COMMISSION                         134.00
CONSIGNMENT FEE CREDIT                           .00
NET COMMISSION DEDUCTED                     1,184.18
BEEF CHECKOFF Lindale, TX                      67.00
LA/AR                                            .00
OTHER                                            .00
TOTAL DEDUCTIONS                            3,261.18
NET PROCEEDS DISBURSED                                    $  49,247.61

CHECK #      PAYABLE TO                            CLEARED

 83211    TW Cattle Company           49,247.61  11/5/2010  $  49,247.61


                                     TOTAL PAID  $   49,247.61
                               UNDERPAID/OVERPAID $          .00
**********************************************************************
BUYER Eastern Livestock   812 949-9035   812 949-9060(f)
      BUYER # 0016   New Albany, IN   (m)        GROSS AMT  $   52,508.79
COUNTRY OF ORIGIN USA             10/1/2010   PART PAYMENT  $    2,680.00
                                              ADJUSTMENTS   $         .00
PD @ DEL    FUNDS SENT VIA                        NET DUE   $   49,828.79
BUYER CALLED
DELIVERY DATE Oct. 25-Nov. 5, 2010
SLIDE over the base weight          - 4
SLA REP Barry Hale         903-762-6564   903-738-4233
DESTINATION AMARILLO, TX

                          49,828.79  11/14/2010   $   49,828.79
                                TOT AMOUNT PAID  $   49,828.79
                             UNDERPAID/OVERPAID  $         .00
                                    ADJ TOTAL   $         .00

COMMENTS   SLA PD 7 DAYS



**LIVESTOCK CONTRACT**

231 East Exchange, Suite 221  P.O. Box 38
Fort Worth, TX 76164  Brush, CO 80723
1-800-422-2117  1-800-523-6610

168A  Superior Livestock Auction  Lot #: 10088  0016

THIS CONTRACT made and entered into this **24th** day of **September, 2010**, in Brush, Morgan County, Colorado by and between **TW Cattle Company** of
**17450 Co Rd 498**  **Lindale**  **TX**  **75771**  Phone Number,
hereinafter known as SELLER, and  **Eastern Livestock**  ,
**135 West Market**  **New Albany**  **IN**  **47150**  Phone, **812-949-9035**  Fax, **812-949-9060** of
Cell,  , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 67 | Feeder Steers | 725 | $110.75 |
|  |  |  |  |

BREED TYPE:  Out of mostly Angus & Brangus cross w/a few Exotic cross cows by Brangus, Angus & Charolais bulls.

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Home Raised**  COUNTRY OF ORIGIN: **USA**
FRAME: **Medium**  FLESH: **Medium**
HORNS: **None or Dehorned**  EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass, 5#/hd/day soy hull pellets & free choice mineral.**

CURRENT LOCATION: **Ranch, 2 miles E of Lindale, TX which is 140 miles E of Fort Worth, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.  **Ranch**  on/between
**Oct. 25-Nov. 5, 2010**  at the option of the  **representative.**
WEIGHING CONDITIONS: **Gather early, sort, load on buyers truck, haul 5 miles & weigh on truck w/a 2%.**

SLIDE: If the livestock average **over the base weight**  the price will be adjusted **4** cents per pound for every pound **over** that weight on the total net pounds.

COMMENTS: **Knife cut. Nice set of home raised feeders.**

VACCINATIONS:  **BarVac 7 w/Somnus, Titanium 5L5 & wormed w/SafeGuard. Boostered same way & wormed w/Dectomax.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**  IMPLANTED: **No**
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances.  Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **67** head, the sum of $ **2,680.00** , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery.  Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check.  If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **2,010.00** , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:  **TW Cattle Company**  BUYER:  **Eastern Livestock**

BY: *M Morrow SLA*  BY: *K Frye SLA*
REPRESENTED BY:  **Barry Hale**  903 762-6564  903 738-4233

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the remainder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

**Superior Livestock Auction**

Fort Worth, TX 76164  
(817) 624-3800  
1-800-422-2117

Brush, CO 80723  
(970) 842-5536  
1-800-523-6610

FAX TO: (970) 842-2705  
(877) 523-6610

CONSIGNMENT # _____  
Accepted by SLA _____  
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**  
AUCTION DATE: 9/29/10

THIS CONTRACT made and entered into this **9th** day of **Sept.**, 20**10**, by and between

**TW Cattle Company**, Owner _____ (IF NOT CORPORATION, LLC, ETC.)

of **17450 CR 498**, **Lindale**, **TX**, **75771**

Phone **903 882-4059**   SS#/FEDERAL ID# **20-2435889**   (SELLER), Superior Livestock Auction, Inc. (SLA) and

_____ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| 67 | 1 | Feeder Steers | 725 | | | Weaned Steer Calves | |
| ~~53~~ | 1 | Feeder Heifers | 750 | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ ____ / cwt under original price of steers. SPECIAL LOGO: ____ (ANGUS, HEREFORD, ETC.)

VACCINATION PROGRAM: (circle one) SLA VAC 24  34  34+  45  PreCon   PFIZER SelectVac 24  34  34+  45  PreCon

AGE & SOURCE VERIFIED: _____ (PROGRAM) RFID TAGS: YES NO   TESTED PI FREE: YES   OWNER CERTIFIED NATURAL: YES

SLIDE: **.04** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.

WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.

BREED TYPE: **mostly Angus + brangus cross cows with a few exotic cross, And by brangus, Angus + charolais bulls.**

ORIGIN: (Home Raised) 1st Calf Born _____ (DATE) and/or Purchased from _____ (STATE(S) OR GEOGRAPHIC REGION) COUNTRY: **USA**

FRAME SIZE: **med**  Small (Medium) Medium Large Large   FLESH CONDITION: **med.**  Light Light Medium (Medium) Medium Heavy Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight) ____  UNEVEN (10-15% +/- pay weight) ____  
VERY UNEVEN (15-25% +/- pay weight) ____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: **None or dehorned**   FEEDING PROGRAM: 1) On cows & native grass  2) (Native grass) 3) **5 lbs/hd/day Soy hull pellets + free choice mineral.**

CURRENT LOCATION: Cattle are located at ~~farm~~ **ranch** (RANCH, PASTURE, FEEDYARD, ETC.) which is **2** miles **E** of **Lindale** (NEAREST TOWN), **TX** (STATE); which is **140** miles **E** of **Ft. Worth** (NEAREST CITY), **TX** (STATE),

where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Ranch** (RANCH, SCALE, ETC.) on / between **trs (Oct 25 - Nov 5) Hfrs (Nov 22 - Dec 3) 2010** (DELIVERY DATE WITHIN 2 WEEK PERIOD) at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES (NO)

WEIGHING CONDITIONS: **gather early A.M. sort, load on buyers truck, haul 5 miles weigh on the truck with a 2% pencil shrink**

LOADS: 48,000 pounds or _____   FREIGHT ADJUSTMENT: **None**

IMPLANTED: 1) No  2) Not by this owner  3) Yes with _____ (BRAND NAME) on _____ (DATE IMPLANTED - IF KNOWN)

BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk  
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No   CASTRATION: 1) (Knife cut)  2) Banded  3) Pinched  (circle one)

COMMENTS: **Nice set of home raised feeders.**

VACCINATIONS: **bar vac 7 w/somnus, titanium 5 L5, wormed with safeguard + boostered same way wormed w/ Dectomax**

BRANDS: **TW or Z (LH)**   WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest

or chattel mortgage in favor of _____ (LIENHOLDER) of _____ (CITY), _____ (STATE).

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ **390.00** on **9/9/10** (DATE).

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE  
*Barry Wade* (SIGNATURE)

SELLER **TW Cattle Company** (PRINT NAME)  
By: *Tommy Williams* (SIGNATURE)

**903 738-4233**   WHITE / OFFICE • YELLOW / REP • PINK / SELLER

**OPEN FEEDER HEIFERS:** Heifers that are sold as "Open Feeder Heifers" must be pregnancy checked by a licensed veterinarian (seller's expense) within 21 days prior to delivery. A veterinarian's certificate must accompany the heifers. No part payment will be paid on "Open Feeder Heifers".

**SLA VACCINATION PROGRAM:** A Vaccination Certificate (provided by SLA) must accompany cattle sold in a Superior Livestock Auction Value- Added Health Program. This certificate must state the date the cattle were vaccinated, the brand name of the vaccine administered and the injection site(s).

**NO. HEAD** is the ACTUAL HEAD COUNT TO BE DELIVERED on the contract, after sorting. Seller agrees to deliver within 95% of the number of cattle stated in this contract. Buyer, his Agent, SLA or the Marketing Representative shall have the right, at delivery, to sort and reject any stags, crippled, blind, bad eyed, loco, lump-jawed or otherwise unmerchantable cattle, or any other cattle that are not described in this contract, as determined by the Marketing Representative.

**FAILURE TO DELIVER WITHIN 95%:** In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

**LOAD LOTS:** Cattle will be sold in load lots, with a maximum of 48,000 pounds per load, unless otherwise stated. Buyer is not required to accept a specific number of cattle sold, if the load(s) exceed 48,000 pounds.

**BASE WEIGHT** is the estimated average pay weight of the cattle on the day of delivery.

**SLIDE:** If the average pay weight of the cattle at delivery is in excess of the base weight, the price will be adjusted by the amount stated in this contract, for every pound over that weight, on the total net pounds for the first 50 (fifty) pounds. If the average pay weight of the cattle is 51 pounds over the base weight, the slide will INCREASE 2 cents.

*Example: A lot of feeder steers with a base weight of 700# sell for $100.00 / cwt. At delivery, the steers can weigh up to 700# (average) and the price will remain the same. If the steers weigh 701# (average) with a .4 cent (.04) slide, the price will be adjusted to $99.96/cwt; 710# - $99.60/cwt; 715# - $99.40/cwt; 750# - $98.00/cwt; if the steers weigh 751# (average) the slide will accelerate 2 cents to a 6 cent (.06) slide for a price of $96.94/cwt; etc.

**WEIGHING CONDITIONS:** All cattle will be weighed on a certified scale. Split weighing is not allowed.

**OVERNIGHT DRY STAND:** Cattle will be drylotted (no feed or water) the evening prior to delivery.

**WARRANTIES:** Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. If cattle are encumbered by a lien, security interest or chattel mortgage, payment will be issued jointly to Seller and lienholder.

**PAYMENT TO OTHERS:** If the cattle described in this contract are not encumbered, Seller may authorize SLA to disburse proceeds of the sale to others. If the cattle are encumbered, SLA will not make payment to others without a written release from the secured party.

**COMMISSION:** Seller agrees to pay SLA a commission of 2% (two percent) of the gross proceeds of the sale (with a minimum of $8.00 per head) plus $2.00 per head consignment fee on the number of head delivered.

**PART PAYMENT:** Upon sale of the livestock, SLA will advance to Seller $30.00 per head, as part payment, for the livestock described in this contract. In the event that Seller fails to deliver to Buyer the cattle as described in this contract, or at the time of delivery, there are any federal or state regulations prohibiting interstate shipment of said livestock, Seller shall return to SLA all money advanced and this contract will be terminated. Seller acknowledges that SLA will receive $40.00 per head, as part payment, from Buyer. The $10.00 per head received from Buyer and not paid to Seller will be held in SLA's Custodial Account for Shippers' Proceeds as a deposit on commission, until delivery, when the actual commission can be determined.

**EXCEPTION — NO PART PAYMENT WILL BE PAID ON** heifers that are sold open w/ a vet certificate, any cattle that are not in the continental United States at the time of sale or cattle that are sold for immediate delivery.

**FINAL PAYMENT:** At delivery, SLA will pay Seller, by check, the balance of the purchase price, less SLA's commission and any lawful charges.

**EXPENSES OF SELLER:** Seller will be responsible for all expenses subject to federal and state regulations, such as health inspection, brand inspection, beef checkoff, weighing, etc.

**NO SALE OR PASS OUT:** If Seller elects to decline the highest bid offered at the auction, he/she must do so before the next lot is offered for sale. If Seller declines the highest bid they will be charged $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. If this no sale/pass out fee is paid prior to the auction the check will not be cashed unless the cattle no sale. If the cattle no sale, the check will be cashed and applied to the no sale fee. If this fee is not paid prior to the auction, and the Seller receives a part payment this fee will be deducted from the Seller's part payment. In the event the Seller does not receive a part payment, this fee will immediately become due and payable.

**SCRATCH:** If for any reason the Seller withdraws said livestock from the auction they will be allowed to re-consign them to one of the next two consecutive auctions. If the Seller withdraws livestock and does not re-consign them there will be a fee of $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. This fee will be collected in the same manner as the consignment fee as stated above.

**AMENDMENTS TO CONTRACT:** Seller hereby appoints SLA or the Marketing Representative as Seller's attorney-in-fact to amend, and authorizes SLA to amend the provisions of this Contract at any time prior to sale to accurately describe the livestock covered by this Contract.

**ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.**

**DESIGNATION OF AGENT:** Seller authorizes SLA to complete and sign a Livestock Contract for the sale of the livestock described in this contract, on behalf of and in the name of the Seller, which will make Seller obligated to all terms and conditions of the Livestock Contract, as if Seller had signed the contract himself. Seller also authorizes SLA to negotiate a satisfactory settlement regarding any discrepancies at delivery.



DDA Debits - 10/06/2010

DDA Debits - 10/06/2010

**SUPERIOR Livestock Auction**
P O Box 38
Brush, CO 80723
(970) 842-5555
Fax (970) 842-2705
1-800-523-6610

N°- 83211
LOT # 10088
DATE 11/3/10

PAY TO THE ORDER OF __TW Cattle Company__ $ 49,247. 61/xx

__Fourty nine thousand two hundred fourty seven & 61/100__ DOLLARS

PAYABLE THRU
BANK OF COLORADO
P O BOX 525
BRUSH, COLORADO 80723
Phone 970 842 2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

_Barry Hale_

DDA Debits - 11/04/2010

**NOTICE TO BANKS AND PAYEES**
Check must be endorsed by all Payees and exactly as drawn. If Payee is a corporation, bank or other non-individual entity, check must be endorsed by an authorized official...

DDA Debits - 11/04/2010



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

№ 07670

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 24, 2010

TW Cattle Company
17450 Co Rd 498
Lindale, TX 75771

27754    7670

Phone: 903-882-4059

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 10088 | 67 | Feeder Steers | Oct. 25-Nov. 5 | 725# | $110.75 | | $2,010.00 |
| 10130 | 65 | Feeder Heifers | Nov. 22-Dec. 3 | 750# | $101.75 | | $1,950.00 |
| TOTAL | 132 | HEAD | Part Pmt. Paid on | 132 | HEAD | | $3,960.00 |
| DEDUCTIONS: | | | | | | | |
| No Sale/Scratch Fees: | | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | $3,960.00 |

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 07670

September 24, 2010

PAY TO THE ORDER OF   TW Cattle Company

$ 3,960.00

Three Thousand Nine Hundred Sixty Dollars and No Cents                DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

N°– 83211



**Superior Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/3/10
SELLER TW Cattle Co.
ADDRESS 17450 CR 498
CITY Lindale   STATE Tx.   ZIP CODE 75771
LOT # 10088   BUYER Eastern Livestock

| NO.HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV.WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 67 | Strs. | 48,380 | 2% | 47,412 | 708 | 110.75 | 52,508 99 |
| | | | | | | | |
| | PART PAYMENT | | | 2010 00 | | | |
| | GROSS COMMISSION | 1050 18 | | | | | |
| | CONSIGNMENT FEE CREDIT | | | | | | |
| | NET COMMISSION DEDUCTED | | | 1184 18 | | | |
| | BEEF CHECKOFF | | | 67 00 | | | |
| | | | | | | | |
| | TOTAL DEDUCTIONS | | | 3261 18 | | | |
| | NET PROCEEDS | | | | | | 49,247 61 |

---

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 10088
DATE 11/3/10

N°– 83211

PAY TO THE ORDER OF  TW Cattle Company   $ 49,247 61/xx

Forty nine thousand, two hundred forty seven + 61/100   DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

OFFICE COPY

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON NEGOTIABLE**

## LINDALE FERTILIZER
19265 US HWY 69 NORTH
LINDALE, TX 75771

SELLER [✓]
BUYER [ ]

DATE 4-3-10

T W Cattle Co

CITY _____ STATE _____ ZIP _____

BLEND _____
TOTAL NITROGEN (N) _____ %
TOTAL AVAIL. PHOSPHATE ($P_2O_5$) _____ %
TOTAL POTASSIUM ($K_2O$) _____ %
TOTAL SULFUR (S) _____ %
TOTAL MAGNESIUM (Mg) _____ %

81799 lb
67 St
32380 lb GROSS
48380

GROSS
TARE
NET

_____ TONS    WEIGHED BY _____

# SUPERIOR LIVESTOCK AUCTION
## TRUCKER'S BILL OF LADING

LOT # 10088   DATE 11/3/10

SELLER TW Cattle Co.   BUYER Eastern Livestock

LOADED AT Lindale, Tx   DESTINATION Amarillo, Tx

TRUCKED BY Powell   TRUCK # 2

NUMBER OF HEAD LOADED 67   TIME OF DEPARTURE 8:30 am

CONDITION OF CATTLE WHEN LOADED good

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEADCOUNT AS STATED ABOVE.

COMMENTS _____

_JC Powell_   _Barry Hale_
TRUCKER'S SIGNATURE   SLA REPRESENTATIVE

PAPERS SENT WITH TRUCKS:   ____ BRAND   ✓ HEALTH
   ____ WEIGH TICKETS   ____ BEEF CHECKOFF   ____ INVOICE

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

| Date | 11/3/10 | | Lot # | 10088 | | |
|---|---|---|---|---|---|---|
| Buyer | Eastern Livestock | | | | | |
| Address | 135 W. Market | | | | | |
| City | New Albany | | State | IN | Zip Code | 47150 |
| Seller | JW Cattle Co. | | Weighted At | Lindale Tx | | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 67 | Strs. | 48,380 | 2% | 47,412 | 708 | 110.75 | 52,508 | 79 |

DESTINATION: Amarillo, Tx.
TRUCKED BY: Powell

| LESS PART PAYMENT | 2680 | 00 |
|---|---|---|
| NET DUE | 49,828 | 79 |

"Superior Livestock Auction certifies that the beef checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper state beef council or Beef Board by Superior Livestock Auction or the appropriate authority."

☐ **CERTIFICATE OF VACCINATION**

☐ VAC24  ☐ VAC34  ☐ VAC45  ☐ VAC PRECON
The seller hereby certifies that these cattle were administered the following vaccinations:

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

☐ **CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☐ VASE PROGRAM  Database Provider _____

Seller Please Initial _____

Seller's Signature _____  Date _____

OFFICE COPY