# EXHIBIT F PART 2

# Exhibit File Check List

Lot #: __10141__

- __x__ Delivery Sheet
- __Not Po__ Eastern Payment Info
- __x__ Livestock Contract
- __x__ Consignment Contract
- __x__ Cleared Part Payment Check
- __x__ Cleared Final Payment Check
- __x__ Copy of Part Payment Check
- __x__ Copy of Delivery Paperwork

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

### BUYERS INVOICE
Buyer # 0022-E

**Eastern Livestock**

135 West Market
New Albany, IN 47150

| Office: | 800 687-2333 |
|---|---|
| Home: | 806 373-2333 |
| Cell: | 806 679-7580 |
| Fax: | 806 371-4774 |

### LOT # 10141

| Delivery Date | 11/8/2010 | | | | | Auction Date | 9/24/2010 |

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 66 | Feeder Heifers | | 2 | | 750 | $100.25 | |

**Delivered:**

| 64 | Feeder Heifers | 49760 | 2 | 48765 | 762 | $99.77 | $48,652.84 |

**Total:**

| 64 | | | | 48765 | | | $48,652.84 |

| Seller: | Freeman Farms | | Part Payment Paid: | - $2,640.00 |
| Location: | Tilly, AR | | Adjustments: | $0.00 |
| Destination: | Hale Center, TX | | | |
| Representative: | Steve Anderson  870 615-1164 | | Net Due: | $46,012.84 |

Superior Livestock Auction attests that all livestock referenced by this document are of    **USA**    origin.

Superior Livestock Auction by  _[signature]_

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

LOT# 10141  
SELLER Freeman Farms    501 745-2518  
BANK  
CONTRACT # 23685  
12/1/2010  09:34:23  

DELIVERY DATE Nov 8 2010  
SALE DATE Sept 24 2010  
PAPERWORK REC'D 11/20/20  
Date entered 11/8/2010  
Entered by mgm  

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 66 | Feeder Heifers | | 2 | 4 | | 750# | $ 100.25 | |
| DELV 64 | Feeder Heifer 49760 | | 2 | 4 | 48765 | 762# | $ 99.77 | $ 48,652.84 |

TOTALS  
64              48765                $ 48,652.84  

PART PAYMENT                              1,980.00  
GROSS COMMISSION                    973.06  
ADDITIONAL COMMISSION               128.00  
CONSIGNMENT FEE CREDIT                 .00  
NET COMMISSION DEDUCTED            1,101.06  
BEEF CHECKOFF Tilly, AR               64.00  
LA/AR Arkansas Brucellosis Fund  $1.00/head    64.00  
OTHER                                    .00  
TOTAL DEDUCTIONS                   3,209.06  
NET PROCEEDS DISBURSED                         $   45,443.78  

CHECK #       PAYABLE TO                    CLEARED  

50143    Freeman Farms           45,443.78  11/10/2010 $  45,443.78  

TOTAL PAID  $   45,443.78  
UNDERPAID/OVERPAID  $         .00  

*************************************************************************

BUYER Eastern Livestock    812 949-9035  
NEW BUYER Cactus Feeders   800 687-2333   806 371-4774(f)  
      BUYER # 0022-EAmarillo, TX   806 679-7580(m)     GROSS AMT  $  48,652.84  
COUNTRY OF ORIGIN USA              10/1/2010     PART PAYMENT  $   2,640.00  
                                             ADJUSTMENTS  $         .00  
PD @ DEL    FUNDS SENT VIA                       NET DUE  $  46,012.84  
BUYER CALLED X  
DELIVERY DATE Nov. 1-10, 2010  
SLIDE over the base weight          - 4  
SLA REP Steve Anderson      870-746-4636   870-615-1164  
DESTINATION Hale Center, TX  

                  46,012.84  11/14/2010      $   46,012.84  
                          TOT AMOUNT PAID $   46,012.84  
                       UNDERPAID/OVERPAID  $         .00  
                              ADJ TOTAL  $         .00  

COMMENTS Hale Center Feeders, Trucked by Crystal Livestock Express, Pittsburg  
. SLA PD 11/14




## LIVESTOCK CONTRACT

P.O. Box 38
131 East Exchange, Suite 129
Fort Worth, TX 76164
1-800-422-2117

Brush, CO 80723
1-800-523-6610

136B   Livestock Auction   Lot #: 10141   0016

THIS CONTRACT made and entered into this **24th** day of **September, 2010**, in Brush, Morgan County, Colorado by and between **Freeman Farms** of
**39335 Hwy 27**   **Tilly**   **AR**   **72679**   Phone Number,
hereinafter known as SELLER, and   **Eastern Livestock**
**135 West Market**   **New Albany**   **IN**   **47150**   Phone, **812-949-9035**   Fax, **812-949-9060**
Cell,   , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM: **VAC PRECON**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 66 | Feeder Heifers | 750 | $100.25 |

BREED TYPE: **English, English cross & English Exotic cross. Some will show up to 1/4 ear.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Local & Southeast**   COUNTRY OF ORIGIN: **USA**
FRAME: **Medium**   FLESH: **Medium**
HORNS: **Dehorned**   EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass, grow ration of hay, cotton burrs & corn gluten.**

CURRENT LOCATION: **Ranch, Tilly, AR, 55 miles NE of Russellville, AR which is 265 miles E of Oklahoma City, OK**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.   **Ranch Pens**   on/between
**Nov. 1-10, 2010**   at the option of the   **representative.**
WEIGHING CONDITIONS: **Gather early, sort & weigh on ground w/a 2%.**

SLIDE: If the livestock average **over the base weight** the price will be adjusted **4** cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS:

VACCINATIONS: **VAC PRECON. BoviShield Gold twice, Presponse, 7-way & wormed.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**   IMPLANTED: **Not by this owner**
BANGS VACCINATED:
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **66** head, the sum of $ **2,640.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.
Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **1,980.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:   **Freeman Farms**   BUYER:   **Eastern Livestock**

BY: *M. Morrow SLA*   BY: *K. Frye SLA*
REPRESENTED BY:   **Steve Anderson**   870 746-4636   870 746-4399   870 615-1164

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

**ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.**

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

*EXECUTION: Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

REVISED DAT 2009

CONSIGNMENT # 136B
Accepted by SLA
Effective Date 9/13/10
Lot # 7848
Date 8/1/2008

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE 9/23/10

THIS CONTRACT made and entered into this __13__ day of __Sept__, 20__10__, by and between

Freeman Farms
of 39335 Hwy 27                    Tilly                    Owner Rudy Freeman
                                                            AR, 72679,
Phone Number 501-745-2518    SS#/Federal ID#              (Seller), and Superior Livestock Auction, Inc. (SLA) an
Anderson, Steve                (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract

—1 load strs + 1 load heifers

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| load 60 | ~~feeder calves~~ | ~~750~~ | ~~9/23/2008~~ | ~~2092~~ |
| 33 | Feeder heifers = 660 bl | 800 | | |
| 27 | Feeder strs | 850 | | |

MIXED LOADS: Heifer price will be $ 0 / CWT under original price of steers. SPECIAL LOGO:
SLA VACCINATION PROGRAM: VAC Pre-Con                    OWNER CERTIFIED NATURAL: YES (NO)
AGE & SOURCE VERIFIED PROGRAM: No                    RFID TAGS: YES (NO)    PI FREE: YES (NO)
SLIDE: 0 4 cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents
WT STOP @ _____ If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for deliver
BREED TYPE: English, English cross & English Exotic cross. ~~~~
Some will show up to 1/4 ear.

ORIGIN: Local & Southeast                    COUNTRY: USA    1st Calf Born _____
FRAME SIZE: Medium                    FLESH CONDITION: Medium
ESTIMATED WEIGHT VARIANCE: Uneven        FAIRLY EVEN (0 - 10% +/- pay weight)    UNEVEN (10-15% +/- pay weigh
VERY UNEVEN (15 - 25% +/- pay weight)    Seller warrants that no individual animal will vary more or less than these percentages from the average p
weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: Dehorned
FEEDING PROGRAM: Native grass, ~~~~ grow ration of hay, cottonseed, corn gluten.

CURRENT LOCATION: Cattle are located at, Ranch, Tilly, AR which is 55 miles NE of
Russellville, AR which is 265 mi E of Okla. City, OK
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pastu
for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at    Ranch Pens Nov 1-10-2010        on / betwe
~~~~ at the option of the Marketing Representative, unless otherwise state
IMMEDIATE DELIVERY:    YES    NO    If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather early, sort, ~~~~ weigh on ground w/ 4 2% shrink,

LOADS: 48,000 pounds or _____    FREIGHT ADJUSTMENT: _____
IMPLANTED: Not by this owner
BANGS VACCINATED:
COMMENTS: ~~~~

VACCINATIONS:    VAC Pre-Con. BoviShield Gold twice, Presponse, ~~~~, 7-way & wormed.

BRANDS: _____
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, secu
interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of
Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)
_____

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livest
described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been
any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livest
will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agr
all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
Steve Anderson 870-746-4636 870-615-1164

SELLER: Freeman Farms

By: _Rudy Freeman_



DDA Debits - 10/12/2010



DDA Debits - 10/12/2010

**SUPERIOR Livestock Auction**
PO Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

LOT # 10141
N° 050143
DATE 11/8/10

PAY TO THE ORDER OF Freeman Farms    $ 45443.78

Forty-five Thousand four hundred forty three +78/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
PO BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2944

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

45443.78

DDA Debits - 11/09/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/09/2010



**SUPERIOR Livestock Auction**

№ 07674

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 24, 2010

Freeman Farms            53781        7674
39335 Hwy 27
Tilly, AR  72679                    Phone: 501-745-2518

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 10096 | 57 | Feeder Steers | Nov. 1-10 | 875# | $101.00 | | $1,710.00 |
| 10141 | 66 | Feeder Heifers | Nov. 1-10 | 750# | $100.25 | | $1,980.00 |
| TOTAL | 123 | HEAD | Part Pmt. Paid on | 123 | HEAD | | $3,690.00 |
| DEDUCTIONS: | | | | | | | |
| | No Sale/Scratch Fees: | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | $3,690.00 |

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 07674

September 24, 2010

PAY TO THE ORDER OF  Freeman Farms          $ 3,690.00

Three Thousand Six Hundred Ninety Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS



NON-NEGOTIABLE

Nº 050143



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/8/10

SELLER Freemin Farms
ADDRESS
CITY _____ STATE _____ ZIP CODE _____
LOT # 10141          BUYER Excell

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 64 | hy | 47760 | 2% | 48765 | 762 | 97² | 48651 44 |

| DEDUCTIONS: | | | |
|---|---|---|---|
| PART PAYMENT | | 1740 | 00 |
| COMMISSION | | 773 | 06 |
| CONSIGNMENT FEE | | 128 | 00 |
| BEEF CHECKOFF | | 64 | 00 |
| Bruc. | | 64 | 00 |
| | TOTAL DEDUCTIONS | 3207 | 06 |

NET PROCEEDS  45443.78

---

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 050143

LOT # 10141
DATE 11/8/10

PAY TO THE ORDER OF  Freemin Farms           $ 45443.78

Forty-five thousand four hundred forty three 78/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
**NON-NEGOTIABLE**

OFFICE COPY



**Superior Livestock Auction**

431 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | 11/8/10 | | Lot # | 1011 | |
|---|---|---|---|---|---|
| Buyer | C3 Co | | | | |
| Address | | | | | |
| City | | | State | | Zip Code |
| Seller | Thomas Farms | | Weighted At | Thomas | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 61 | 4 | 48760 | 2% | 48765 | 762 | 99.77 | 48652.84 |
| | | | | | | | |

DESTINATION: _____
TRUCKED BY: _____

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

LESS PART PAYMENT    2641.70

NET DUE    46012.84

☐ **CERTIFICATE OF VACCINATION**

**CIRCLE ONE**  SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

☐ **CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified    Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____    Date _____

Note:
Freeman Farms uses a printed tape to record the wts. The tape for this lot has been lost. The tape for lot #10096 is enclosed.