# EXHIBIT F PART 3

## Exhibit File Check List

### Lot #: S10299

- __X__ Delivery Sheet
- __Not ld__ Eastern Payment Info
- __X__ Livestock Contract
- __X__ Consignment Contract
- __X__ Cleared Part Payment Check
- __X__ Cleared Final Payment Check
- __X__ Copy of Part Payment Check
- __X__ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
Buyer # 0022-E

| | |
|---|---|
| **Eastern Livestock** | Office: 800 687-2333 |
| | Home: 806 373-2333 |
| 135 West Market | Cell: 806 679-7580 |
| New Albany, IN 47150 | Fax: 806 371-4774 |

### LOT # S10299

Delivery Date 11/9/2010                    Auction Date 9/24/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 130 | Feeder Steers | | 2 | | 700 | $106.50 | |

**Delivered:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 129 | Feeder Steers | 94120 | 2 | 92238 | 715 | $105.90 | $97,680.04 |

**Total:**

| # Head | | | | Net Wt | | | Gross Amount |
|---|---|---|---|---|---|---|---|
| 129 | | | | 92238 | | | $97,680.04 |

| | |
|---|---|
| Seller: Big D Ranch | Part Payment Paid: - $5,200.00 |
| Location: 25 mls N of Morrilton, AR | Adjustments: ($300.00) |
| Destination: STRATFORD, TX | Freight |
| Representative: Tracy Leonard 479 414-1460 | Net Due: $92,180.04 |

Superior Livestock Auction attests that all livestock referenced by this document are of    **USA**    origin.

Superior Livestock Auction by _(signature)_

> Eastern Livestock
> Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723 Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

Thank you for your business. If you have any questions, please call 1-800-523-6610

## SUPERIOR LIVESTOCK AUCTION

| | | |
|---|---|---|
| LOT# S10299 | DELIVERY DATE Nov 9 2010 | SALE DATE Sept 24 2010 |
| SELLER Big D Ranch   000 000-0000 | | PAPERWORK REC'D 11/29/20 |
| BANK | | Date entered 11/9/2010 |
| CONTRACT # 23844 | | Entered by RH |
| 12/1/2010   09:38:30 | | |

| | # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CONT | 130 | Feeder Steers | | 2 | 4 | | 700# | $ 106.50 | |
| DELV | 129 | Feeder Steers | 94120 | 2 | 4 | 92238 | 715# | $ 105.90 | $ 97,680.04 |
| TOTALS | 129 | | | | | 92238 | | | $ 97,680.04 |

| | |
|---|---:|
| PART PAYMENT | 3,900.00 |
| GROSS COMMISSION | 1,953.60 |
| ADDITIONAL COMMISSION | 258.00 |
| CONSIGNMENT FEE CREDIT | .00 |
| NET COMMISSION DEDUCTED | 2,211.60 |
| BEEF CHECKOFF 25 mls N of Morrilton, AR | 129.00 |
| LA/AR Arkansas Brucellosis Fund $1.00/head | 129.00 |
| OTHER Freight | 300.00 |
| TOTAL DEDUCTIONS | 6,669.60 |
| NET PROCEEDS DISBURSED | $ 91,010.44 |

| CHECK # | PAYABLE TO | CLEARED | |
|---|---|---|---:|
| 46036 | BIG D RANCH | 49,865.09 11/12/2010 | $ 49,865.09 |
| 46037 | BIG D RANCH/TONY DESALBO | 17,145.35 11/12/2010 | $ 17,145.35 |
| 46038 | TERRY MILLER | 24,000.00 11/23/2010 | $ 24,000.00 |
| | | TOTAL PAID | $ 91,010.44 |
| | | UNDERPAID/OVERPAID | $ .00 |

*************************************************************************

| | |
|---|---|
| BUYER Eastern Livestock   812 949-9035 | |
| NEW BUYER Cactus Feeders   800 687-2333   806 371-4774(f) | |
|   BUYER # 0022-EAmarillo, TX   806 679-7580(m) | GROSS AMT $ 97,680.04 |
| COUNTRY OF ORIGIN USA               10/1/2010 | PART PAYMENT $ 5,200.00 |
|   Freight | ADJUSTMENTS $ -300.00 |
| PD @ DEL   FUNDS SENT VIA | NET DUE $ 92,180.04 |
| BUYER CALLED | |
| DELIVERY DATE Nov. 1-5, 2010 | |
| SLIDE over the base weight           - 4 | |
| SLA REP Tracy Leonard   479-996-5995   479-414-1460 | |
| DESTINATION STRATFORD, TX | |

| | | | |
|---|---|---|---:|
| | 92,180.04 | 11/14/2010 | $ 92,180.04 |
| | | TOT AMOUNT PAID | $ 92,180.04 |
| | | UNDERPAID/OVERPAID | $ .00 |
| | | ADJ TOTAL | $ .00 |

COMMENTS   TRUCKED BY BOGART 918-916-3270 & LLT 406-747-0423.   SLA PD 11/14

# LIVESTOCK CONTRACT

291                                                                                                                                    P.O. Box 38
                                                                     131 East Exchange, Suite 129        Brush, CO 80723
                                                                     Fort Worth, TX 76164                 1-800-523-6610
Livestock Auction                                                    1-800-422-2117

Lot #:   S10299                                                                                          0016

THIS CONTRACT made and entered into this  **24th**  day of  **September,**  **2010**  , in Brush, Morgan County, Colorado by and between **Big D Ranch** of
**173 Miller Lane**              **Center Ridge**     **AR**     **72027**           Phone Number,
hereinafter known as SELLER, and **Eastern Livestock** of
**135 West Market**              **New Albany**       **IN**     **47150**    Phone, **812-949-9035**    Fax, **812-949-9060**
Cell,             , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:  **SelectVAC 45**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 130 | Feeder Steers | 700 | $106.50 |

BREED TYPE:   **Out of Cow Creek based Brangus & Ultra Black cows by Cow Creek Ultra Black bulls. Pred. Black hided, 2-3 hd Red or Gray.**

MIXED LOADS: Heifer price will be $  **0**  /CWT under original price of steers.
ORIGIN: **Home Raised**                                  COUNTRY OF ORIGIN:  **USA**
FRAME:  **Med - Med Lg**                                 FLESH:  **Medium**
HORNS:  **May be 2 Scurs**                               EST WT VARIANCE:  **Uneven**
FEEDING PROGRAM:  **Weaned 9/10/10 (60+ days) on traps & 12# Purina Impact Beef Grower.**

CURRENT LOCATION:  **Ranch, 25 miles N of Morrilton, AR which is 100 miles E of Fort Smith, AR**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.         **Ranch**          on/between
**Nov. 1-5, 2010**                        at the option of the   **representative.**
WEIGHING CONDITIONS:  **Gather early, load on buyers truck, haul approx. 30 miles & weigh on truck w/a 2%. $300 frt adj.**

SLIDE: If the livestock average  **over the base weight**     the price will be adjusted  **4**  cents per pound for every pound  **over**  that weight on the total net pounds.
COMMENTS:  **Banded. Nice set of Cow Creek calves w/lots of Ultra Black influence.**

VACCINATIONS:   **SelectVAC 45. 2 rounds: BoviShield Gold, Ultrabac, One Shot & wormed w/Dectomax.**

AGE/SOURCE VERIFIED:  **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:  **No**      IMPLANTED:  **Yes**
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on  **130**  head, the sum of $  **5,200.00**  , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $  **3,900.00**  , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:   **Big D Ranch**                                               BUYER:   **Eastern Livestock**

BY: *M Morrow SLA*                                                     BY: *K Bruyn SLA*

REPRESENTED BY:   **Tracy Leonard**        479 996-5995                     479 414-1460

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required. Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.

EXECUTION: Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

REVISED DATE 2010

*Charges Added*

FAX TO: (970) 842-2705
(877) 523-6610

CONSIGNMENT #: _____
Accepted by SLA: _____
Effective Date: 291
Lot #: 12071
Date: 12/18/2009

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE: Supplement Sept 24

THIS CONTRACT made and entered into this ___ day of ___, 20 ___, by and between

Big D Ranch ................................................. Owner  Philip Desalvo
of 173 Miller Lane                   Center Ridge              AR    72027
Phone Number           SS#/Federal ID#                (Seller), and Superior Livestock Auction, Inc. (SLA) and
Leonard, Tracy                      (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| ~~50~~ 130 | Feeder Steers | ~~825~~ 700 | 12/22/2009 | 810 |

MIXED LOADS: Heifer price will be $ 0 / CWT under original price of steers. SPECIAL LOGO:
SLA VACCINATION PROGRAM: SelectVAC 45                                       OWNER CERTIFIED NATURAL: YES    NO
AGE & SOURCE VERIFIED PROGRAM: ~~Brangus OptimaxX~~         RFID TAGS: YES  NO    PI FREE: YES    NO
PROGRESSIVE GENETICS:     1) Cow Creek Ranch    2) (BREEDER2)    3) (BREEDER3)
SLIDE: $4 cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: Out of Cow Creek based Brangus & Ultra Black cows by Cow Creek Ultra Black bulls. All Black expect 2 ~~to~~ 3 hd - Red or Grey

ORIGIN: Home Raised                                         COUNTRY: USA
FRAME SIZE: Med - Med Lg                                    FLESH CONDITION: Medium
ESTIMATED WEIGHT VARIANCE: Uneven         FAIRLY EVEN (0 - 10% +/- pay weight)    UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 25% +/- pay weight)    Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: May be 2 Scurs     10 (60+ days)    ~~Green~~ Tags    12#
FEEDING PROGRAM: Weaned 9/10/~~09~~ (100+ days) on ~~native pasture~~ & ~~9# soy hulls daily~~ Purina Impact Beef Grower

CURRENT LOCATION: Cattle are located at Ranch, 25 miles N of Morrilton, AR which is 100 miles E of Fort Smith, AR
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at __Ranch__ on / between
~~Dec. 20-23, 2009~~ Nov 1-5  at the option of the Marketing Representative, unless otherwise stated
IMMEDIATE DELIVERY:    YES    NO    If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather early, ~~sort off 20 hd of light end~~, load on buyers truck, haul approx. 30 miles & weigh on truck w/a 2%.

LOADS: 48,000 pounds or _____  FREIGHT ADJUSTMENT: _____
IMPLANTED: Yes
BANGS VACCINATED:
COMMENTS: Knife cut. Nice set of Cow Creek calves w/lots of Ultra Black influence. $300 frt Adj. A Last yr. ~~cates~~ film ~~by~~ @ Nov.
VACCINATIONS: SelectVAC 45. 2 rounds: BoviShield Gold, Ultrabac, One Shot & wormed w/Dectomax. ~~Tested PI Free.~~ STRS are banded

BRANDS: _____
WARRANTIES: Seller represents and warrants that it has good and marketable title ~~...~~ and that they ~~...~~ free of all liens, security interests or encumbrances. Said livestock are subject to a lien ~~...~~ in favor of ~~...~~
Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published) (DATE)
Old Film

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
Tracy Leonard 479-996-5995 479-414-1460

SELLER: Big D Ranch



**Superior Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

Nº 07660

September 24, 2010

PAY TO THE ORDER OF: Big D Ranch

$3,900.00

Three Thousand Nine Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Wahlert

DDA Debits - 10/04/2010

DDA Debits - 10/04/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6510

LOT # S 10299   N°- 046036

DATE Nov 9, 2010

PAY TO THE ORDER OF: Big D Ranch

Ten Thousand Eight Hundred Sixty Five -09/00   $ 19,865.09 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 528
BRUSH, COLORADO 80723
Phone: 970-842-2544

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/10/2010

DDA Debits - 11/10/2010



DDA Debits - 11/10/2010

DDA Debits - 11/10/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

LOT # S10299    N°- 046038

DATE November 9, 2010

PAY TO THE ORDER OF Terry Miller    $ 24,000.00

Twenty Four Thousand ——— DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 528
BRUSH, COLORADO 80723
Phone: 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/22/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/22/2010



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

№ 07660

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 24, 2010

Big D Ranch                                                52995          7660
173 Miller Lane
Center Ridge, AR  72027                                              Phone:

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| S10299 | 130 | Feeder Steers | Nov. 1-5 | 700# | $106.50 | | $3,900.00 |
| TOTAL | 130 | HEAD | Part Pmt. Paid on | 130 | HEAD | | $3,900.00 |
| | DEDUCTIONS: | | | | | | |
| | No Sale/Scratch Fees: | | | | | $0.00 | |
| | NET PROCEEDS: | | | | | | $3,900.00 |

---

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 07660

September 24, 2010

PAY TO THE
ORDER OF  Big D Ranch                                    $ 3,900.00

Three Thousand Nine Hundred Dollars and No Cents                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**

N° 046036



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/9/10

SELLER B_j D

ADDRESS

CITY Center Ridge     STATE ____  ZIP CODE ____

LOT # S10299     BUYER ____

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 129 | Strs | 94,120 | 2% | 92,238 | 715 | 105.20 | 97,680.04 |
|  |  |  |  |  | 700 | 106.50 |  |
|  |  |  |  |  | 15.4 | 60 |  |

DEDUCTIONS:

| | | |
|---|---|---|
| PART PAYMENT | 3900 | 00 |
| COMMISSION | 1953 | 60 |
| CONSIGNMENT FEE | 258 | |
| BEEF CHECKOFF | 129 | |
| Ins. | 127 | |
| Tony | 17,145 | 35 |
| TOTAL DEDUCTIONS | 24,000 | 00 |
| | 300.00 | NET PROCEEDS 49,865.04 |

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # S 10299   N° 046036

DATE Nov 9, 2010

PAY TO THE ORDER OF  B. D Ranch    $ 49,865.09

_Forty nine Thousand Eight hundred Sixty Five __09__ _ DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

82-244/1070

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
**NON-NEGOTIABLE**

OFFICE COPY

N° 046037



131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/9/10
SELLER Big D Ra_l
ADDRESS
CITY _____ STATE _____ ZIP CODE _____
LOT # S10299    BUYER _____

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | DEDUCTIONS: | | | | | | |
| | PART PAYMENT | | | | | | |
| | COMMISSION | | | | | | |
| | CONSIGNMENT FEE | | | | | | |
| | BEEF CHECKOFF | | | | | | |
| | TOTAL DEDUCTIONS | | | | | | |

NET PROCEEDS  17,115 35

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # S10299     N°- 046037

DATE Nov 9, 2010

PAY TO THE ORDER OF  Big D Ranc_ / Tony Desalvo   $ 17,115 35
_____ DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

OFFICE COPY

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE

Nº 046038



**Superior Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/9/10

SELLER Big D

ADDRESS

CITY ____ STATE ____ ZIP CODE ____

LOT # S 10299    BUYER ____

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

DEDUCTIONS:
- PART PAYMENT
- COMMISSION
- CONSIGNMENT FEE
- BEEF CHECKOFF

TOTAL DEDUCTIONS

NET PROCEEDS

---

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 046038
LOT # S10299
DATE November 9, 2010

PAY TO THE ORDER OF  Terry Miller    $ 21,000.00

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

OFFICE COPY

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE

**Ticket 18490**

Misc. _____
Misc. Pd Cash
Misc. #5
Potash
Ammonia Nitrate — Big D
Dap
Triple
Lime
Ammonia Sulfate
UREA
32%

AGRI CO-OP SUPPLY
1111 E. Broadway
P.O. Box 67
Morrilton, Arkansas 72110
501-354-2667

DRIVER ON/OFF

11-09-10  08:55 AM
Truck#  18490
Weight  33660 lb

11-09-10  11:24 AM
Truck#  18490
Gross  79860 lb
Tare   33660 lb
Net    46200 lb

TRK# 012
Yellow trk

SCALE TICKET NO. 18490
Billing No. _____  Pick Up No. _____  Customer: Superior LLT

---

**Ticket 18491**

Misc. Pd 5.00
Misc. Cash
Misc. _____
Potash
Ammonia Nitrate — Big D
Dap
Triple
Lime
Ammonia Sulfate
UREA
32%

AGRI CO-OP SUPPLY
1111 E. Broadway
P.O. Box 67
Morrilton, Arkansas 72110
501-354-2667

DRIVER ON/OFF

11-09-10  09:29 AM
Truck#  18491
Weight  31200 lb

11-09-10  11:23 AM
Truck#  18491
Gross  79120 lb
Tare   31200 lb
Net    47920 lb

TRK# 1237

SCALE TICKET NO. 18491
Billing No. _____  Pick Up No. _____  Customer: Bogard Superior



**Superior Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

| Date | 11/7/10 | | Lot # | S 10299 |
|---|---|---|---|---|
| Buyer | Superior / Eastern | | | |
| Address | | | | |
| City | | State | | Zip Code |
| Seller | | Weighted At | | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 129 | STRS | 94,120 | 2% | 92,278 | 715 | 105.80 | 97,722 | 40 |
| | | | | | | | 97,680 | 00 |
| | | | | | | part. | 5200 | 00 |
| | | | | | | C+ | 300 | 00 |
| | | | | | | | 92,180 | 00 |

DESTINATION: Cactus 125 miles
LESS PART PAYMENT: 5200

TRUCKED BY: Bogart - 918-916-3270
JLT 405-747-0343 0423

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

92,922 40
300 00
NET DUE 92,572 40

| | CERTIFICATE OF VACCINATION | | | |
|---|---|---|---|---|
| **CIRCLE ONE** | SLA VAC24 VAC34 VAC34+ VAC45 PRECON | | | |
| | PFIZER SELECTVAC 24 34 34+ 45 PRECON | | | |
| Vaccine | Brand Name | Date Given | Administered | |
| 7-way | | | IM / Sub Q | |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q | |
| Boostered | | | IM / Sub Q | |
| Pasteurella | | | IM / Sub Q | |
| Boostered | | | IM / Sub Q | |
| Other | | | IM / Sub Q | |

The seller hereby certifies that these cattle were administered the above vaccinations.

**CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

Age/Source Verified
Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____ Date _____