# EXHIBIT F PART 4

# Exhibit File Check List

**Lot #:** 10319

| | |
|---|---|
| x | Delivery Sheet |
| Not Pd | Eastern Payment Info |
| x | Livestock Contract |
| x | Consignment Contract |
| x | Cleared Part Payment Check |
| x | Cleared Final Payment Check |
| x | Copy of Part Payment Check |
| x | Copy of Delivery Paperwork |

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

**BUYERS INVOICE**
**Buyer # 0016**

**Eastern Livestock**                                                                 Office:    812 949-9035

135 West Market
New Albany, IN  47150                                                           Fax:       812 949-9060

**LOT # 10319**

| Delivery Date | 11/2/2010 | | | | | | Auction Date | 10/8/2010 |

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 69 | Feeder Steers | | 2 | | 700 | $106.25 | |

**Delivered:**

| 67 | Feeder Steers | 47020 | 2 | 46080 | 688 | $106.25 | $48,960.00 |

**Total:**

| 67 | | | | 46080 | | | $48,960.00 |

Seller:  Underwood Ranch                                       Part Payment Paid:    -   $2,760.00
Location:  Sealy, TX                                                 Adjustments:                  $0.00
Destination:  ULYSSES, KS
Representative:  Mike Arnold  979 732-7679           Net Due:                 $46,200.00

Superior Livestock Auction attests that all livestock referenced by this document are of    **USA**    origin.

Superior Livestock Auction by

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

SUPERIOR LIVESTOCK AUCTION

LOT# 10319      DELIVERY DATE Nov 2 2010      SALE DATE Oct 8 2010
SELLER Underwood Ranch   832 444-5988      PAPERWORK REC'D 11/10/20
BANK                                       Date entered 11/2/2010
CONTRACT # 59261                           Entered by KF
12/1/2010  09:33:38

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 69 | Feeder Steers | | 2 | 5 | | 700# | $ 106.25 | |
| DELV 67 | Feeder Steers | 47020 | 2 | 5 | 46080 | 688# | $ 106.25 | $ 48,960.00 |

TOTALS
67                                46080                     $ 48,960.00

PART PAYMENT                                 2,070.00
GROSS COMMISSION                               979.20
ADDITIONAL COMMISSION                          134.00
CONSIGNMENT FEE CREDIT                            .00
NET COMMISSION DEDUCTED                      1,113.20
BEEF CHECKOFF Sealy, TX                         67.00
LA/AR                                             .00
OTHER                                             .00
TOTAL DEDUCTIONS                             3,250.20
NET PROCEEDS DISBURSED                                 $ 45,709.80

CHECK #        PAYABLE TO                    CLEARED

  43671    Underwood Ranch        45,709.80 11/15/2010$  45,709.80


                                  TOTAL PAID $   45,709.80
                             UNDERPAID/OVERPAID $        .00
*************************************************************************
BUYER Eastern Livestock   812 949-9035
NEW BUYER Cactus Feeders   800 687-2333  806 371-4774(f)
     BUYER # 0022-ENew Albany, IN  806 679-7580(m)   GROSS AMT $  48,960.00
COUNTRY OF ORIGIN USA              10/14/2010 PART PAYMENT $   2,760.00
                                           ADJUSTMENTS $        .00
PD @ DEL   FUNDS SENT VIA                      NET DUE $   46,200.00
BUYER CALLED X
DELIVERY DATE Nov. 1-10, 2010
SLIDE Over the base weight        - 5
SLA REP Mike Arnold      979-732-3878   979-732-7679
DESTINATION ULYSSES, KS

                        46,200.00  11/14/2010     $   46,200.00
                              TOT AMOUNT PAID $   46,200.00
                         UNDERPAID/OVERPAID $        .00
                                 ADJ TOTAL $        .00

COMMENTS   SLA PD 7 DAYS

## SUPERIOR Livestock Auction

**LIVESTOCK CONTRACT**

131 East Exchange Ave., Suite 121  P.O. Box 38
Fort Worth, TX 76164  Brush, CO 80723
1-800-422-2117  1-800-523-6610

Lot # : 10319

29  0016

THIS CONTRACT made and entered into this **8th** day of **October, 2010**, in Brush, Morgan County, Colorado by and between **Underwood Ranch** of
**10906 Underwood Rd**  **Sealy**  **TX**  **77474**  Phone Number,  **(832) 444-5988**,
hereinafter known as SELLER, and  **Eastern Livestock**  of
**135 West Market**  **New Albany**  **IN**  **47150**  Phone, **(812) 949-9035**  Fax, **(812) 949-9060**
Cell,  , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract.  VACCINATION PROGRAM: **VAC 45**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 69 | Feeder Steers | 700 | $106.25 |

BREED TYPE:  Out of Brangus & Braford cows by Mound Creek Brangus bulls. 100% Black or Black Baldy.

MIXED LOADS:  Heifer price will be $  0  /CWT under original price of steers.
ORIGIN:  Home Raised  COUNTRY OF ORIGIN: USA
FRAME:  Med - Med Lg  FLESH: Medium
HORNS:  Polled, some Tipped  EST WT VARIANCE: Uneven
FEEDING PROGRAM:  Native grass & grow ration.

CURRENT LOCATION:  Ranch, 10 mile(s) NW of Sealy, TX which is 60 miles W of Houston, TX

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.  Ranch  on/between
**Nov. 1-10, 2010**  at the option of the **representative**.
WEIGHING CONDITIONS:  Gather ASAP, sort, load on buyers truck, haul 8 miles & weigh on truck w/a 2%.

SLIDE: If the livestock average  Over the base weight  the price will be adjusted  5  cents per pound for every pound  Over  that weight on the total net pounds.
COMMENTS:  Knife cut. Middle cut from 100 hd.

VACCINATIONS:  VAC 45. CattleMaster 4, Ultrabac 8 & wormed w/Cydectin. Rewormed w/Dectomax. Boostered w/CattleMaster 5 & One Shot Pasteurella.
AGE/SOURCE VERIFIED:  No
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:  Yes  IMPLANTED:
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on  69  head, the sum of $ **2,760.00**  , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $  **2,070.00**  , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT.
In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:  Underwood Ranch  BUYER:  Eastern Livestock

BY:  *M. Morrow SLA*  BY:  *K. Frye SLA*
REPRESENTED BY:  Mike Arnold  (979) 732-3878  (979) 732-6275  (979) 732-7679

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold , Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: **Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas: (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.**

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

1-800-422-2117     1-800-523-6610

**Livestock Auction**

FAX TO: (970) 842-2705    (877) 523-6610

CONSIGNMENT # _____    **CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
Accepted by SLA
Effective Date _____    AUCTION DATE: Sept 23-24 2010
Lot # 10352
Date 9/12/2008

THIS CONTRACT made and entered into this __13__ day of __Sept__, 20_10_, by and between

Underwood Ranch , Owner David Underwood
of 10906 Underwood Rd    Sealy    TX    77474
Phone Number 832-444-5988    SS#/Federal ID# _____ (Seller), and Superior Livestock Auction, Inc. (SLA) and
Arnold, Mike (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND/SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| ~~82~~ 75 / 69 | Weaned Str Calves | ~~600~~ 570 / 700 | 10/09/2008 | 572 |

MIXED LOADS: Heifer price will be $ 0 / CWT under original price of steers. SPECIAL LOGO: ____
SLA VACCINATION PROGRAM: VAC 45     OWNER CERTIFIED NATURAL: YES (NO)
AGE & SOURCE VERIFIED PROGRAM: No    RFID TAGS: YES (NO)    PI FREE: YES (NO)
SLIDE: $.10 cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: Out of Brangus & Braford cows by Brangus (Mound Creek) & ~~3rd Gen~~ & ~~Hereford (W4)~~ bulls.

ORIGIN: Home Raised     COUNTRY: USA    1st Calf Born: Jan 1st
FRAME SIZE: Med - Med Lg    FLESH CONDITION: Medium
ESTIMATED WEIGHT VARIANCE: Uneven    FAIRLY EVEN (0 - 10% +/- pay weight)    UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 25% +/- pay weight) Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: Polled or ~~Tipped~~ Some tipped
FEEDING PROGRAM: Native grass & grow ration.

CURRENT LOCATION: Cattle are located at Ranch, 10 miles NW of Sealy, TX which is 60 miles W of Houston, TX
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at Ranch on / between ~~Oct. 6-10 2008~~ Oct Nov 1-10 2010 at the option of the Marketing Representative, unless otherwise stated.
IMMEDIATE DELIVERY: YES (NO) If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather ASAP, sort, load on buyers truck, haul 8 miles & weigh on truck w/a 2%.

LOADS: 48,000 pounds or _____ FREIGHT ADJUSTMENT: _____
IMPLANTED: No
BANGS VACCINATED: _____
COMMENTS: Knife cut. Middle cut from ~~106~~ 100 hd.

VACCINATIONS: VAC 45. CattleMaster 4, Ultrabac 8 & wormed w/Cydectin. Rewormed w/Dectomax. Boostered w/CattleMaster 5 & One Shot Pasteurella.

BRANDS: _____
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of _____ Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
Mike Arnold 979-732-3878 979-732-7679

_____ (SIGNATURE)     SELLER: Underwood Ranch
    By: _____ (SIGNATURE)

OFFICE COPY



**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 60723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N° 07770

October 08, 2010

PAY TO THE ORDER OF  Underwood Ranch

$ 2,070.00

Two Thousand Seventy Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O BOX 505
BRUSH, COLORADO 80723
Phone 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Waincert

DDA Debits - 10/25/2010

FOR DEPOSIT ONLY
UNDERWOOD RANCH

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

DDA Debits - 10/25/2010

Livestock Auction
PO Box 38
Brush, CO 80723
(970) 842-5556
Fax (970) 842-2705
1-800-523-6510

No- 043671
LOT # 10319
DATE 11-2-10

PAY TO THE ORDER OF Underwood Ranch $ 45,709.80

forty five thousand seven hundred nine — 80/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
PO BOX 540
BRUSH COLORADO 80723
Phone 970-842-5444

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/12/2010

FOR DEPOSIT ONLY
UNDERWOOD RANCH

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

DDA Debits - 11/12/2010



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

№ 07770

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

October 08, 2010

Underwood Ranch
10906 Underwood Rd
Sealy, TX 77474

2776          7770

Phone: (832) 444-5988

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 10319 | 69.00 | Feeder Steers | Nov. 1-10 | 700# | $106.25 | | $2,070.00 |
| TOTAL | 69.00 | HEAD | Part Pmt. Paid on | | 69.00 | HEAD | $2,070.00 |
| | DEDUCTIONS: | | | | | | |
| | | No Sale/Scratch Fees: | | | | ($0.00) | |
| | NET PROCEEDS: | | | | | | $2,070.00 |

---



**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 07770

October 08, 2010

PAY TO THE ORDER OF  Underwood Ranch                    $ 2,070.00

Two Thousand Seventy Dollars and No Cents                                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**

Nº 043671



**Superior Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11-2-10
SELLER Underwood Ranch
ADDRESS 10906 Underwood Rd
CITY Souly      STATE Tx      ZIP CODE 22474
LOT # 10319      BUYER Eastern

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 67 | Strs | 47020 | 2% | 46080 | 688 | 106.25 | 48960 00 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Thanks

| DEDUCTIONS: | | |
|---|---|---|
| PART PAYMENT | 2070 | 00 |
| COMMISSION | 979 | 20 |
| CONSIGNMENT FEE | 134 | 00 |
| BEEF CHECKOFF | 67 | 00 |
|  |  |  |
| TOTAL DEDUCTIONS | 3250 | 20 |

NET PROCEEDS $ 45,709 80

---

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 043671

LOT # 10319
DATE 11-2-10

PAY TO THE ORDER OF  Underwood Ranch      $ 45,709 80

forty five thousand seven hundred nine ——— 80/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

OFFICE COPY

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**SUPERIOR Livestock Auction**

1 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# 10319  DATE Nov. 2, 2010

SELLER Underwood Ron  BUYER Eastern Livestock

LOADED AT Sealy, Tx. plus 15 miles  DESTINATION Ulysis, Ks

TRUCKED BY Tommy Parker  TRUCK # 22

NUMBER OF HEAD LOADED 67  TIME OF DEPARTURE 10:20 AM

CONDITION OF CATTLE WHEN LOADED good

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_Melvin Layson_  _Mc A___
TRUCKER'S SIGNATURE      SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
   BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

OFFICE COPY

---

HARRISON FARM SERVICE, INC.
Bellville, Texas

Date 11/2/10          No. 75941
80,720 Gross   22/17
33,700 Tare    Commodity Cattle  67
47,020 Net     From
               To Underwood
               Weigher _____



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121  
Fort Worth, TX 76164  
(817) 624-3800  
Fax: (817) 624-3325  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610

Date: 11-2-10  
Lot #: 10319  
Buyer: Eastern Livestock  
Address: 135 W Market  
City: New Albany  
State: IN  
Zip Code: 47150  
Seller: Underwood Ranch  
Weighted At: Boyette, Tx

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 67 | Strs | 47020 | 2% | 46080 | 688 | 106.25 | 48,960.00 |
|  |  |  |  |  |  |  |  |
|  |  |  | Thanks so much |  |  |  |  |

| | |
|---|---|
| LESS PART PAYMENT | 2760.00 |
| NET DUE | $46,200.00 |

DESTINATION: Cactus Feeders, Ulysses, KS  
TRUCKED BY: Tommy Parker

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

## CERTIFICATE OF VACCINATION

**CIRCLE ONE**  SLA  VAC24  VAC34  VAC34+  (VAC45)  PRECON  
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | Ultrabac 8 | 4-30-10 | IM / Sub Q |
| IBR, PI3, BVD & BRSV | Cattlemaster 4 | 9-28-10 | IM / Sub Q |
| Boostered | Cattlemaster 5 | 10-12-10 | IM / Sub Q |
| Pasteurella | One Shot | 9-28-10 | IM / Sub Q |
| Boostered |  |  | IM / Sub Q |
| Other | Cydectin + Noromec | 4-30-10 / 9-28-10 | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

## CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified  
Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature: [signature]  
Date: 11-2-10