# EXHIBIT F PART 5

# Exhibit File Check List

**Lot #:** 4151 A

- __X__ Delivery Sheet
- __Not Pd__ Eastern Payment Info
- __x__ Livestock Contract
- __x__ Consignment Contract
- __x__ Cleared Part Payment Check
- __x__ Cleared Final Payment Check
- __x__ Copy of Part Payment Check
- __x__ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION

1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
Buyer # 0016

**Eastern Livestock**

135 West Market
New Albany, IN 47150

Office: 812 949-9035

Fax: 812 949-9060

### LOT # 4151A

Delivery Date   11/2/2010

Auction Date   5/7/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 75 | Weaned Str Calves | | 2 | | 650 | $111.00 | |

**Delivered:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80 | Weaned Str Calves | 47710 | 2 | 46756 | 584 | $111.00 | $51,899.16 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80 | | | | 46756 | | | $51,899.16 |

**Seller:** Hans Ray
**Location:** 35 ml rad. Nashville, AR
**Destination:** ULYSSES, KS
**Representative:** Norman Sansom 903 838-5309
Dale Sansom 870 898-6629

Part Payment Paid:   -   $3,000.00
Adjustments:   $0.00

Net Due:   $48,899.16

Superior Livestock Auction attests that all livestock referenced by this document are of   USA   origin.

Superior Livestock Auction by

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

# SUPERIOR LIVESTOCK AUCTION

| | | |
|---|---|---|
| **LOT#** 4151A | **DELIVERY DATE** Nov 2 2010 | **SALE DATE** May 7 2010 |
| **SELLER** Hans Ray   000 000-0000 | | **PAPERWORK REC'D** 11/9/201 |
| **BANK** | | Date entered 11/2/2010 |
| **CONTRACT #** 7068 | | Entered by KZ |
| 12/1/2010   09:33:47 | | |

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 75 | Weaned Str Calves | 2 | 6 | | | 650# | $ 111.00 | |
| DELV 80 | Weaned Str Ca 47710 | 2 | 6 | | 46756 | 584# | $ 111.00 | $ 51,899.16 |

| | | | |
|---|---|---|---|
| **TOTALS** | | | |
| 80 | | 46756 | $ 51,899.16 |

| | |
|---|---|
| PART PAYMENT | 2,250.00 |
| GROSS COMMISSION | 1,037.98 |
| ADDITIONAL COMMISSION | 160.00 |
| CONSIGNMENT FEE CREDIT | .00 |
| NET COMMISSION DEDUCTED | 1,197.98 |
| BEEF CHECKOFF 35 ml rad. Nashville, AR | 80.00 |
| LA/AR Arkansas Brucellosis Fund $1.00/head | 80.00 |
| OTHER | .00 |
| TOTAL DEDUCTIONS | 3,607.98 |
| NET PROCEEDS DISBURSED | $ 48,291.18 |

| CHECK # | PAYABLE TO | CLEARED | |
|---|---|---|---|
| 45119 | SOUTH FREDE | 48,291.18  11/4/2010 | $ 48,291.18 |

TOTAL PAID $ 48,291.18
UNDERPAID/OVERPAID $ .00

`************************************************************************`

BUYER Eastern Livestock   812 949-9035
NEW BUYER Cactus Feeders   800 687-2333   806 371-4774(f)
     BUYER # 0022-ENew Albany, IN   806 679-7580(m)   GROSS AMT $ 51,899.16
COUNTRY OF ORIGIN USA           5/14/2010   PART PAYMENT $ 3,000.00
                                            ADJUSTMENTS $ .00
PD @ DEL   FUNDS SENT VIA                   NET DUE $ 48,899.16
BUYER CALLED
DELIVERY DATE Oct. 15-Nov. 10, 2010
SLIDE over the base weight           - 6
SLA REP Norman Sansom       903-838-5309   903-838-5309
       Dale Sansom          870-898-6629   870-898-6629
DESTINATION ULYSSES, KS

                              48,899.16  11/14/2010   $  48,899.16
                                       TOT AMOUNT PAID$  48,899.16
                                    UNDERPAID/OVERPAID $       .00
                                             ADJ TOTAL $       .00

COMMENTS   CACTUS   SLA PD 7 DAYS




Livestock Auction

# LIVESTOCK CONTRACT

21 East Exchange, Suite 121    P.O. Box 38
Fort Worth, TX 76164         Brush, CO 80723
1-800-422-2117               1-800-523-6610

226                                    Lot #:    4151A                                                0016

THIS CONTRACT made and entered into this   7th   day of   May,   2010   , in Brush, Morgan County, Colorado by and between
**Hans Ray** of
**478 Co Rd 44**             **Ozan**           **AR**        **71855**   ,    Phone Number,
hereinafter known as SELLER, and   **Eastern Livestock**                                                                of
**135 West Market**          **New Albany**    **IN**     **47150**   Phone,   **812-949-9035**   Fax,   **812-949-9060**
Cell,         , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described
livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:   **VAC 45**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 75 | Weaned Str Calves | 650 | $111.00 |
|  |  |  |  |

BREED TYPE:   **Out of Braford, Brangus & crossbred with a few Charolais cross cows by Charolais & a few by Angus bulls.**

MIXED LOADS: Heifer price will be $  0  /CWT under original price of steers.
ORIGIN:  **Home Raised**                          COUNTRY OF ORIGIN   **USA**
FRAME:   **Med - Med Lg**                         FLESH:  **Medium**
HORNS:   **May be a few**                         EST WT VARIANCE:   **Uneven**
FEEDING PROGRAM:   **On cows & native grass until weaning, then native grass, hay if needed & 3-4# feed daily until delivery.**

CURRENT LOCATION:  **Ranch pastures, 35 mile radius of Nashville, AR which is 50 miles N of texarkana, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.           **Ranch**                      on/between
**Oct. 15-Nov. 10, 2010**                  at the option of the    **representative.**
WEIGHING CONDITIONS:  **Gather, sort if needed & weigh on ground w/a 2%.  49,000# ld(s).**

SLIDE: If the livestock average   **over the base weight**         the price will be adjusted    6   cents per pound for every
pound    **over**    that weight on the total net pounds.
COMMENTS:   **Knife cut. Nice, growthy weaned calves. Pred. Charolais cross.**

VACCINATIONS:   **VAC 45.**

AGE/SOURCE VERIFIED:   **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:   **Yes**       IMPLANTED:
BANGS VACCINATED:
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed from the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    **75**
head, the sum of $   **3,000.00**   , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.
Seller acknowledges that it has received from SLA $30.00 per head, the sum of $    **2,250.00**   , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:                                                         BUYER:      **Eastern Livestock**
     **Hans Ray**

BY:   *M. Morrow SLA*                        BY:   *K. Frye SLA*
REPRESENTED BY:   **Norman Sansom**      903 838-5309   903 838-5309   903 277-7318
                 **Dale Sansom**         870 898-6629                  903 276-8737

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.

EXECUTION: Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

APR-29-2010 03:26 PM    SANSOM RANCH    8708986629    P.08

Accepted by SLA _____
Effective Date _____    JCTION DATE _____    (877) 523-0010

THIS CONTRACT made and entered into this **25th** day of **April**, 20**10**, by and between **Hance Ray**, Owner _____ (IF NOT CORPORATION, LLC, ETC.)
(SELLER'S NAME AS PAYMENT IS TO BE MADE)

of **478 CR 44**, **Ozan**, **Ark**, **71855**
(MAILING ADDRESS)    (CITY)    (STATE)    (ZIP)

Phone _____ SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA) and

**Sansom + Sansom** (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| | | Feeder Steers | | | 1 | Weaned Steer Calves | 635 |
| | | Feeder Heifers | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ _____ / cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)

VACCINATION PROGRAM: (circle one) SLA VAC 24 · 34 · 34+ · **(45)** · PreCon    PFIZER SelectVac 24 · 34 · 34+ · 45 · PreCon

AGE & SOURCE VERIFIED: _____ (PROGRAM)    RFID TAGS: YES NO    TESTED PI FREE: YES    OWNER CERTIFIED NATURAL: YES

SLIDE: **.07** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents

WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery

BREED TYPE: **out of Brafred, Brangus, + crossbred cows + by Charolais + a few Angus Bulls**

ORIGIN: **(Home Raised)** / 1st Calf Born _____ (DATE) and/or Purchased from _____ (STATE(S) OR GEOGRAPHIC REGION)    COUNTRY: **USA**

FRAME SIZE: Small **(Medium)** Medium Large Large    FLESH CONDITION: Light Light Medium **(Medium)** Medium Heavy Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE    FAIRLY EVEN (0-10% +/- pay weight) _____    **UNEVEN** (10-15% +/- pay weight) _____
VERY UNEVEN (15-25% +/- pay weight) _____ Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: **Most No**    FEEDING PROGRAM: 1) On cows & native grass 2) Native grass 3) **until weaned then nature grass, hay if needed, + 3-4# feed daily until ship**

CURRENT LOCATION: Cattle are located at **Ranch Pasture** w/ **35** miles (DIRECTION)
**Nashville** **Ark** which is **50** miles **N** of **Texarkana** **TX**
(NEAREST TOWN) (STATE)    (DIRECTION)    (NEAREST CITY)    (STATE)

where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Ranch pen** on / between **Oct 10 - Oct 30**, at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES **NO**

WEIGHING CONDITIONS: **Gather, sort if needed + weigh on the ground with a 2%**

LOADS: 48,000 pounds or **49,100-49,500 approx**    FREIGHT ADJUSTMENT: _____

IMPLANTED: 1) No 2) Not by this owner 3) Yes with _____ (BRAND NAME) on _____ (DATE IMPLANTED - IF KNOWN)

BANGS VACCINATED: 1) 100% 2) Not 100% 3) Can be after weighing if required for shipment at a) Seller's b) Buyer's expense and risk 4) Can be prior to delivery at a) Seller's b) Buyer's expense 5) No    CASTRATION: 1) **(Knife cut)** 2) Banded 3) Pinched (circle one)

COMMENTS: **Nice growthy weaned calves - mostly Char X.**

VACCINATIONS: **Vac 45**

BRANDS: _____    WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of _____ (LIENHOLDER) of _____ (CITY), _____ (STATE).

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE).

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residue Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE    SELLER    (PRINT NAME)
**Dale Sansom** (SIGNATURE)    By: **Allan Ray** (SIGNATURE)

Signed later

WHITE / OFFICE · YELLOW / REP · PINK / SELLER



DDA Debits - 05/17/2010

DDA Debits - 05/17/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5556
Fax: (970) 842-2705
1-800-523-6610

N° 045119

LOT # 4151A

DATE 11-2-10

PAY TO THE ORDER OF  South Frede     $ 48,291 18/100

Forty Eight Thousand Two Hundred Ninety One Dollars 18/100 DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Dale Jones

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2844

DDA Debits - 11/03/2010



NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, either non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/03/2010

# SUPERIOR Livestock Auction

**№ 03053**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

May 7, 2010

Hans Ray
478 Co Rd 44
Ozan, AR  71855

58063      3053

Phone:

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 4151A | 75 | Weaned Str Calves | Oct. 15-Nov. 10 | 650# | $111.00 | | $2,250.00 |
| 4151B | 78 | Weaned Hfr Calves | Oct. 15-Nov. 10 | 625# | $104.75 | | $2,340.00 |
| TOTAL | 153 | HEAD | Part Pmt. Paid on | 153 | HEAD | | $4,590.00 |
| DEDUCTIONS: | | | | | | | |
| No Sale/Scratch Fees: | | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | $4,590.00 |

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**№ 03053**

May 7, 2010

PAY TO THE ORDER OF  Hans Ray

$4,590.00

Four Thousand Five Hundred Ninety Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**

VOID

N° 045119



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11-2-10

SELLER South Fred
ADDRESS 478 CO Rd 44
CITY _____  STATE OK  ZIP CODE 71855
LOT # 4151 A  BUYER Eastern

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 80 | W/Steer C/ | 47,710 | 2% | 46756 | 584 | 110 00 | 51707 45 |
| | | | | | | | 51899 16 |

| DEDUCTIONS: | | | | |
|---|---|---|---|---|
| PART PAYMENT | 72,500 00 | | | |
| COMMISSION | ~~238 18~~ | | 1037.98 | |
| CONSIGNMENT FEE | 160 00 | | | |
| BEEF CHECKOFF | 80 00 | | | |
| 2nd ck 44 | 80 00 | | | |
| | 3607 98 | | | |
| TOTAL DEDUCTIONS | ~~3608 18~~ | | 48291 18 | |
| | | NET PROCEEDS | | |

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N° 045119
LOT # 4151A
DATE 11-2-10

PAY TO THE ORDER OF  South Fred                    $ 48,291 18

Forty Eight Thousand Two Hundred Ninety One Dollars + 18/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE

OFFICE COPY



131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. x38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**Livestock Auction**
**WEIGH SHEET**

SELLER: Hans Rang
BUYER: Eastern
WEIGHED AT: Ranch (NAME & LOCATION OF SCALE)
LOT #: 4151 BA
DATE: 11-2-10
DATE CERTIFIED: 5-13-10
Pioneer Scale Co

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| 5 | 2980 | 7 | 4440 | | | | |
| 5 | 2680 | 2 | 1270 | | | | |
| 5 | 3170 | | | | | | |
| 2 | 1220 | | | | | | |
| 6 | 3810 | | | | | | WEIGH BACKS |
| 5 | 2910 | | | | | | |
| 6 | 3600 | | | | | | |
| 7 | 3960 | | | | | | |
| 4 | 2490 | | | | | | |
| 1 | 710 | | | | | | |
| 8 | 4600 | | | | | | |
| 4 | 2250 | | | | | | |
| 3 | 1740 | | | | | | |
| 7 | 4140 | | | | | | |
| 3 | 1740 | | | | | | |
| 71 | | | | TOTAL CATTLE WEIGHED | | 80 | 47710 |
| | | | | LESS WEIGHBACKS | | | |
| | | | | GROSS WEIGHT | | | |

WEIGHED BY: Norman Samson
WITNESSED BY:
NOTES: Hans Ray

OFFICE COPY

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610



**SUPERIOR Livestock Auction**

East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

25 ST

LOT # __4151 A__   DATE __11-2-10__

SELLER _____   BUYER __Eastern__

LOADED AT __Ranch Ozan Ark__   DESTINATION _____

TRUCKED BY __Newman__   TRUCK # __10__

NUMBER OF HEAD LOADED __80 ST__   TIME OF DEPARTURE _____

CONDITION OF CATTLE WHEN LOADED _____

COMMENTS __Good__

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____   _____
TRUCKER'S SIGNATURE          SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
   BRAND ____   HEALTH ____   ✓ WEIGH TICKETS ____   BUYERS INVOICE ____

OFFICE COPY



## SUPERIOR Livestock Auction

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | 11-2-10 | Lot # | 415117 |
|---|---|---|---|
| Buyer | Eastern | | |
| Address | 135 W Market | | |
| City | New Albany | State IN | Zip Code 47150 |
| Seller | | Weighted At | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 80 | Wd St Cl | 47710 | 2% | 46756 | $84 | 111.00 | 51899.16 |

DESTINATION: Cactus Amarillo TX
TRUCKED BY: Bobby N____

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

| | |
|---|---|
| LESS PART PAYMENT | 3000.00 |
| | 48899.16 |
| NET DUE | |

### CERTIFICATE OF VACCINATION

**CIRCLE ONE**   SLA   VAC24   VAC34   VAC34+   (VAC45)   PRECON
PFIZER SELECTVAC   24   34   34+   45   PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | Covexin 8 | Sept 1 | IM / (Sub Q) |
| IBR, PI3, BVD & BRSV | Bovishield Gold PH | Sept 1 | IM / (Sub Q) |
| Boostered | | Sept 15 | IM / (Sub Q) |
| Pasteurella | | Sept 15 | IM / (Sub Q) |
| Boostered | | 15 | IM / (Sub Q) |
| Other | | | IM / Sub Q |

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.
B. Fed any antibiotic ionophores.
C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.
D. Fed any feed containing protein derived from mammalian tissue.

The seller hereby certifies that these cattle were administered the above vaccinations.

☐ Age/Source Verified    Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature: Allen Levy

Date: _____