# EXHIBIT F PART 6

Case 10-93904-BHL-11 Doc 410-20 Filed 03/28/11 EOD 03/28/11 12:22:40 Pg 1 of 17

# Exhibit File Check List

**Lot #:** 5614

- __x__ Delivery Sheet
- __NorPd__ Eastern Payment Info
- __x__ Livestock Contract
- __x__ Consignment Contract
- __x__ Cleared Part Payment Check
- __x__ Cleared Final Payment Check
- __x__ Copy of Part Payment Check
- __x__ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION

1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
### Buyer # 0016

**Eastern Livestock**

Office: 812 949-9035

135 West Market
New Albany, IN 47150

Fax: 812 949-9060

### LOT # 5614

**Delivery Date** 11/3/2010

**Auction Date** 7/10/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 170 | Feeder Steers | | 2 | | 775 | $107.50 | |

**Delivered:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 165 | Feeder Steers | 135320 | 2 | 132614 | 804 | $106.34 | $141,021.73 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 165 | | | | 132614 | | | $141,021.73 |

**Seller:** Four of A Kind Cattle Co.
**Location:** Pinetop, AZ
**Destination:** Ulysses, KS
**Representative:** Richard Smyer  928 636-4585

Part Payment Paid: - $6,800.00
Adjustments: ($407.20)
Freight
Net Due: $133,814.53

Superior Livestock Auction attests that all livestock referenced by this document are of **USA** origin.

Superior Livestock Auction by

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723  Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

```
LOT# 5614            DELIVERY DATE Nov 3 2010      SALE DATE July 10 2010
SELLER Four of A Kind Cattle Co.    480 947-6200   PAPERWORK REC'D 11/9/201
BANK                                               Date entered 11/3/2010
CONTRACT # 14981                                   Entered by mgm
12/1/2010  09:34:14
```

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 170 | Feeder Steers | | 2 | 4 | | 775# | $ 107.50 | |
| DELV 165 | Feeder Steers | 135320 | 2 | 4 | 132614 | 804# | $ 106.34 | $ 141,021.73 |

```
TOTALS
    165                                132614                        $ 141,021.73

PART PAYMENT                                    5,100.00
GROSS COMMISSION                                2,820.43
ADDITIONAL COMMISSION                             330.00
CONSIGNMENT FEE CREDIT                               .00
NET COMMISSION DEDUCTED                         3,150.43
BEEF CHECKOFF Pinetop, AZ                            .00
LA/AR                                                .00
OTHER Freight                                     407.20
TOTAL DEDUCTIONS                                8,657.63
NET PROCEEDS DISBURSED                                        $ 132,364.10

CHECK #       PAYABLE TO                                      CLEARED

  38249    Four of A Kind Cattle Co. & (    132,364.09  11/9/2010  $ 132,364.09

   ADJ     SLA-Underpaid Seller                  -.01  11/30/2010 $       .01


                                          TOTAL PAID  $   132,364.10
                                     UNDERPAID/OVERPAID $         .00
*************************************************************************
BUYER Eastern Livestock     812 949-9035
NEW BUYER Cactus Feeders    800 687-2333    806 371-4774(f)
      BUYER # 0022-ENew Albany, IN   806 679-7580(m)   GROSS AMT  $ 141,021.73
COUNTRY OF ORIGIN USA                     7/15/2010    PART PAYMENT $  6,800.00
      Freight                                          ADJUSTMENTS $   -407.20
PD @ DEL    FUNDS SENT VIA                             NET DUE    $ 133,814.53
BUYER CALLED X
DELIVERY DATE Oct. 29, 2010
SLIDE over the base weight              - 4
SLA REP Richard Smyer       928-636-4585    928-636-4585
DESTINATION ULYSSES, KS


                                133,814.53  11/14/2010   $ 133,814.53
                                         TOT AMOUNT PAID$  133,814.53
                                       UNDERPAID/OVERPAID $        .00
                                              ADJ TOTAL $          .00
COMMENTS CACTUS DIDN'T MAKE A PT PMT TO EASTERN - OWES IN FULL - BRING TO MONA
R MITCH SLA PD 11/14
```




**LIVESTOCK CONTRACT**

P.O. Box 38
Brush, CO 80723
1-800-523-6610

1736    Lot #: 5614    0016

Livestock Auction

THIS CONTRACT made and entered into this 10th day of July, 2010, in Brush, Morgan County, Colorado by and between **Four of A Kind Cattle Co.** of
**7520 E Angus Dr    Scottsdale    AZ    85251**    Phone Number,
hereinafter known as SELLER, and **Eastern Livestock** of
**135 West Market    New Albany    IN    47150**    Phone, **812-949-9035**    Fax, **812-949-9060**
Cell,             , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 170 | Feeder Steers | 775 | $107.50 |
|  |  |  |  |

BREED TYPE: **100% Black hided. Approx. 95% show less than 1/4 ear w/approx. 5% showing 3/8 or less.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Northern AZ**    COUNTRY OF ORIGIN **USA**
FRAME: **Medium**    FLESH: **Medium**
HORNS: **A few Nubs**    EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass @ 7,600'.**

CURRENT LOCATION: **Ranch, 3 miles E of Pinetop, AZ which is 270 miles W of Albuquerque, NM**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.    **Ranch**    on/between
**Oct. 29, 2010**    at the option of the    **representative.**
WEIGHING CONDITIONS: **Gather, load on buyers trucks, haul approx. 6 miles to Perkins Ander truck scale & weigh on trucks w/a 2%. Frt adjusted to $4.00 cwt under 48,000#. 3-43,900# ld(s).**

SLIDE: If the livestock average **over the base weight**    the price will be adjusted    **4** cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS: **Knife cut. Very nice set of feeder strs.**

VACCINATIONS: **Ultrabac 7 6/6/10.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**    IMPLANTED: **No**
BANGS VACCINATED:
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    **170** head, the sum of $ **6,800.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $    **5,100.00**    , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    **Four of A Kind Cattle Co.**    BUYER:    **Eastern Livestock**

BY: *M Morrow SLA*    BY: *K Frye SLA*
REPRESENTED BY:    **Richard Smyer**    928 636-4585    928 445-9571    928 925-1848

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc., a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following. If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder as herein required. Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

131 E. Exchange Ave., Suite 121  
Fort Worth, TX 76106  
(817) 624-3800  
1-800-422-2117  

**SUPERIOR Livestock Auction**

P.O. Box 38  
Brush, CO 80723  
(970) 842-5666  
1-800-523-6610  

REVISED DATE 2009

FAX TO: (970) 842-2705  
(877) 523-6610

CONSIGNMENT # _1236_  
Accepted by SLA ____  
Effective Date ____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

AUCTION DATE _July 5, 6, 7, 8, 9_

THIS CONTRACT made and entered into this _16_ day of _June_, 20_10_, by and between

_Four of a Kind Cattle Co._ Owner ____ (IF NOT CORPORATION, LLC, ETC.)  
(SELLER'S NAME AS PAYMENT IS TO BE MADE)

of _7520 E. Angus Drive_, _Scottsdale_, _AZ_ _85251_  
(MAILING ADDRESS) (CITY) (STATE) (ZIP)

Phone _480-947-6200_ SS#/FEDERAL ID# _0037_ (SELLER), Superior Livestock Auction, Inc. (SLA) and

_Richard Smyer_ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| 170 | 3 | Feeder Steers | 775 | | | Weaned Steer Calves | |
| | | Feeder Heifers | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

**MIXED LOADS:** Heifer price will be $ ____ / cwt under original price of steers. **SPECIAL LOGO:** ____ (ANGUS, HEREFORD, ETC.)

**VACCINATION PROGRAM:** (circle one) SLA VAC 24  34  34+  45  PreCon  PFIZER SelectVac 24  34  34+  45  PreCon

**AGE & SOURCE VERIFIED:** _NO_ (PROGRAM) **RFID TAGS:** YES (NO) **TESTED PI FREE:** YES **OWNER CERTIFIED NATURAL:** YES

**SLIDE:** _4_ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.

**WT STOP @** ____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.

**BREED TYPE:** _Steers will be 100% Blk hided, approx 95% less than 1/4 ear._  
_approx 5% 3/8 ear or less._

**ORIGIN:** Home Raised /1st Calf Born ____ (DATE) and/or Purchased from _Northern Arizona_ **COUNTRY:** _USA_  
(STATE(S) OR GEOGRAPHIC REGION)

**FRAME SIZE:** ____ Small (Medium) Medium Large Large **FLESH CONDITION:** ____ Light Light Medium (Medium) Medium Heavy Heavy

**ESTIMATED WEIGHT VARIANCE:** CHECK ONE FAIRLY EVEN (0-10% +/- pay weight) ____ (UNEVEN) (10-15% +/- pay weight) ____  
VERY UNEVEN (15-25% +/- pay weight) ____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

**HORNS:** _a few nubs_ **FEEDING PROGRAM:** 1) On cows & native grass 2)(Native grass) 3) ____

**CURRENT LOCATION:** Cattle are located at _Four of a Kind Ranch_ which is _3_ miles _E_ of  
(RANCH, PASTURE, FEEDYARD, ETC.)

_Pinetop_, _AZ_; which is _270_ miles _W_ of _Albuquerque_, _NM_  
(NEAREST TOWN) (STATE) (DIRECTION) (NEAREST CITY) (STATE)

where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

**DELIVERY:** Seller will deliver cattle to Buyer's truck(s) at ____ on / between  
(RANCH, SCALE, ETC.)

_Oct 29, 2010_ at the option of Marketing Representative, unless otherwise stated. **IMMEDIATE DELIVERY:** YES NO  
(DELIVERY DATE WITHIN 2 WEEK PERIOD)

**WEIGHING CONDITIONS:** _Gather ___ gooseneck trucks. Haul approx 6 miles_  
_to Pinetop truck scale and weigh with a 2% shrink._

**LOADS:** 48,000 pounds or ____ **FREIGHT ADJUSTMENT:** _4.00 cwt under 48,000_ (found?)

**IMPLANTED:** 1)(No) 2) Not by this owner 3) Yes with ____ (BRAND NAME) on ____ (DATE IMPLANTED - IF KNOWN)

**BANGS VACCINATED:** 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk  
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No   **CASTRATION:** 1)(Knife cut)  2) Banded  3) Pinched  (circle one)

**COMMENTS:** _Very nice set of feeder steers coming out of 7600' elevation_

**VACCINATIONS:** _@ @ Ultrabac 7 on June 6, 2010_

**BRANDS:** _K left rib_ **WARRANTIES:** Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of _None_ of ____ (CITY) (STATE)  
(LIENHOLDER)

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _510.00_ on _delivery_ (DATE)

**ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE:** (not published)

**LIVESTOCK OWNER'S FEED CERTIFICATE:** The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

**MARKETING REPRESENTATIVE** _Richard H. Smyer_ (SIGNATURE)

**SELLER** _Four of a Kind Cattle Co._ (PRINT NAME)

By: ____ (SIGNATURE)

_I will mail contract with signature when I get it_

WHITE / OFFICE • YELLOW / REP • PINK / SELLER

**OPEN FEEDER HEIFERS:** Heifers that are sold as "Open Feeder Heifers" must be pregnancy checked by a licensed veterinarian (seller's expense) within 21 days prior to delivery. A veterinarian's certificate must accompany the heifers. No part payment will be paid on "Open Feeder Heifers".

**SLA VACCINATION PROGRAM:** A Vaccination Certificate (provided by SLA) must accompany cattle sold in a Superior Livestock Auction Value- Added Health Program. This certificate must state the date the cattle were vaccinated, the brand name of the vaccine administered and the injection site(s).

**NO. HEAD** is the **ACTUAL HEAD COUNT TO BE DELIVERED** on the contract, after sorting. Seller agrees to deliver within 95% of the number of cattle stated in this contract. Buyer, his Agent, SLA or the Marketing Representative shall have the right, at delivery, to sort and reject any stags, crippled, blind, bad eyed, loco, lump-jawed or otherwise unmerchantable cattle, or any other cattle that are not described in this contract, as determined by the Marketing Representative.

**FAILURE TO DELIVER WITHIN 95%:** In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

**LOAD LOTS:** Cattle will be sold in load lots, with a maximum of 48,000 pounds per load, unless otherwise stated. Buyer is not required to accept a specific number of cattle sold, if the load(s) exceed 48,000 pounds.

**BASE WEIGHT** is the estimated average pay weight of the cattle on the day of delivery.

**SLIDE:** If the average pay weight of the cattle at delivery is in excess of the base weight, the price will be adjusted by the amount stated in this contract, for every pound over that weight, on the total net pounds for the first 50 (fifty) pounds. If the average pay weight of the cattle is 51 pounds over the base weight, the slide will INCREASE 2 cents.

*Example: A lot of feeder steers with a base weight of 700# sell for $100.00 / cwt. At delivery, the steers can weigh up to 700# (average) and the price will remain the same. If the steers weigh 701# (average) with a .4 cent (.04) slide, the price will be adjusted to $99.96/cwt; 710# - $99.60/cwt; 715# - $99.40/cwt; 750# - $98.00/cwt; it the steers weigh 751# (average) the slide will accelerate 2 cents to a 6 cent (.06) slide for a price of $96.94/cwt; etc.

**WEIGHING CONDITIONS:** All cattle will be weighed on a certified scale. Split weighing is not allowed.

**OVERNIGHT DRY STAND:** Cattle will be drylotted (no feed or water) the evening prior to delivery.

**WARRANTIES:** Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. If cattle are encumbered by a lien, security interest or chattel mortgage, payment will be issued jointly to Seller and lienholder.

**PAYMENT TO OTHERS:** If the cattle described in this contract are not encumbered, Seller may authorize SLA to disburse proceeds of the sale to others. If the cattle are encumbered, SLA will not make payment to others without a written release from the secured party.

**COMMISSION:** Seller agrees to pay SLA a commission of 2% (two percent) of the gross proceeds of the sale (with a minimum of $8.00 per head) plus $2.00 per head consignment fee on the number of head delivered.

**PART PAYMENT:** Upon sale of the livestock, SLA will advance to Seller $30.00 per head, as part payment, for the livestock described in this contract. In the event that Seller fails to deliver to Buyer the cattle as described in this contract, or at the time of delivery, there are any federal or state regulations prohibiting interstate shipment of said livestock, Seller shall return to SLA all money advanced and this contract will be terminated. Seller acknowledges that SLA will receive $40.00 per head, as part payment, from Buyer. The $10.00 per head received from Buyer and not paid to Seller will be held in SLA's Custodial Account for Shippers' Proceeds as a deposit on commission, until delivery, when the actual commission can be determined.

**EXCEPTION —** ~~NO PART PAYMENT WILL BE PAID ON~~ heifers that are sold open w/ a vet certificate, any cattle that are not in the continental United States at the time of sale or cattle that are sold to ~~~~

**FINAL PAYMENT:** At delivery, SLA will pay Seller, by check, the balance of the purchase price, less SLA's commission~~~~

**EXPENSES OF SELLER:** Seller will be responsible for all expenses subject to federal and state regulations, such as health inspection, brand inspection, beef checkoff, weighing, etc.

**NO SALE OR PASS OUT:** If Seller elects to decline the highest bid offered at the auction, he/she must do so before the next lot is offered for sale. If Seller declines the highest bid they will be charged $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. If this no sale/pass out fee is paid prior to the auction the check will not be cashed unless the cattle no sale. If the cattle no sale, the check will be cashed and applied to the no sale fee. If this fee is not paid prior to the auction and the Seller receives a part payment this fee will be deducted from the Seller's part payment. In the event the Seller does not receive a part payment, this fee will immediately become due and payable.

**SCRATCH:** If for any reason the Seller withdraws said livestock from the auction they will be allowed to re-consign them to one of the next two consecutive auctions. If the Seller withdraws livestock and does not re-consign them there will be a fee of $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. This fee will be collected in the same manner as the consignment fee as stated above.

**AMENDMENTS TO CONTRACT:** Seller hereby appoints SLA or the Marketing Representative as Seller's attorney-in-fact to amend, and authorizes SLA to amend the provisions of this Contract at any time prior to sale to accurately describe the livestock covered by this Contract.

**ARBITRATION OF DISPUTES:** Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

**DESIGNATION OF AGENT:** Seller authorizes SLA to complete and sign a Livestock Contract for the sale of the livestock described in this contract, on behalf of and in the name of the Seller, which will make Seller obligated to all terms and conditions of the Livestock Contract, as if Seller had signed the contract himself. Seller also authorizes SLA to negotiate a satisfactory settlement regarding any discrepancies at delivery.

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

№ 04074

July 10, 2010

PAY TO THE ORDER OF  Four of A Kind Cattle Co.

$ 5,100.00

Five Thousand One Hundred Dollars and No Cents                              DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Wahlert

⑈00000510000⑈

DDA Debits - 07/15/2010

For Deposit Only

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 07/15/2010

Case 10-93904-BHL-11    Doc 410-20    Filed 03/28/11    EOD 03/28/11 12:22:40    Pg 10 of 17

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5666
Fax: (970) 842-2705
1-800-523-6610

N°- 38249
LOT # 5614
DATE 11/3/10

PAY TO THE ORDER OF Four of a Kind Cattle Co.     $ 132,364 09/100

One hundred thirty two thousand three hundred sixty four and 09/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Richard H. Smyer

DDA Debits - 11/08/2010

DDA Debits - 11/08/2010



**SUPERIOR Livestock Auction**

Nº 04074

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

July 10, 2010

Four of A Kind Cattle Co.
7520 E Angus Dr
Scottsdale, AZ  85251

55057     4074

Phone: 480-947-6200

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 5614 | 170 | Feeder Steers | Oct. 29 | 775# | $107.50 | | $5,100.00 |
| TOTAL | 170 | HEAD | Part Pmt. Paid on | 170 | HEAD | | $5,100.00 |
| | DEDUCTIONS: | | | | | | |
| | No Sale/Scratch Fees: | | | | | $0.00 | |
| | NET PROCEEDS: | | | | | | $5,100.00 |

---



**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 04074

July 10, 2010

PAY TO THE ORDER OF   Four of A Kind Cattle Co.     $ 5,100.00

Five Thousand One Hundred Dollars and No Cents     DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

N°- 38249



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/3/10

SELLER: Four of a Kind Cattle Co
ADDRESS: 7520 Angus Dr
CITY: Scottsdale   STATE: AZ   ZIP CODE: 85251
LOT #: 5614   BUYER: Eastern L/S

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 165 | Feeder steer | 135,320 | 2% | 132,614 | 804 | 106.34 | 141,021.72 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**DEDUCTIONS:**

| | | | |
|---|---|---|---|
| PART PAYMENT | | 5,100 | 00 |
| COMMISSION | 2% | 2,820 | 43 |
| CONSIGNMENT FEE | 2.00 hd | 330 | 00 |
| BEEF CHECKOFF | | | |
| 6 nt only | | 407 | 20 |
| TOTAL DEDUCTIONS | | 8,657 | 63 |

NET PROCEEDS: 132,364.09

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 5614
N°- 38249
DATE 11/3/10

PAY TO THE ORDER OF: Four of a Kind Cattle Co.   $ 132,364 09/100

One hundred thirty two thousand three hundred sixty four and 09/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

OFFICE COPY

775 101.50   29,000n   -100   
132,614            BOY 106   -116
            773

# SUPERIOR Livestock Auction
## WEIGH SHEET

131 East Exchange Ave., Suite 121  
Fort Worth, TX 76164  
(817) 624-3800  
Fax: (817) 624-3325  
1-800-422-2117

P.O. Box 8  
Bush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610

2.9 x.4 1.16

SELLER Four of a Kind Cattle Co.   LOT # 5614
BUYER Eastern L/S   DATE 11/3/10
WEIGHED AT Perkins Cinders Scale   DATE CERTIFIED could not
Show Low, AZ   locate sticker

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| weigh on truck | | | | | | | |
| ① | | ② | | ③ | | | WEIGH BACKS |
| | 79,380 | | 80,220 | | 77,320 | | |
| | 34,790 | | 34,270 | | 32,540 | | |
| | 44,590 gross | | 45,950 | | 44,780 | | |

TOTAL CATTLE WEIGHED  
LESS WEIGHBACKS  
GROSS WEIGHT   165   135,320

WEIGHED BY Richard Smyer  
WITNESSED BY  
NOTES

OFFICE COPY

## ELECTRONIC SCALE TICKET

ATE _____

ELLER _____
UYER _____

DDRESS _____

TY _____ STATE _____ ZIP _____

OMMODITY _____

RICE _____

EMARKS  TRUCK  Le 7

```
                              Perkins Cinder Co., Inc.
                              Show Low, Arizona 85902
                                   928-537-2009

              AD NO. 67              Ticket# -[illegible]
                      GROSS      77320 lb
              (IN)    TARE       32540 lb
                      NET        44780 lb
              NET             22.39 ton
              TIME 10:20 AM    03 NOV 2010
```

RIVER ☐ ON  ☐ OFF _____

EIGHER _____

rm ES-4

---

## ELECTRONIC SCALE TICKET

ATE _____

ELLER _____
UYER _____

DDRESS _____

TY _____ STATE _____ ZIP _____

OMMODITY _____

RICE _____

EMARKS  TRUCK  12  TARE

> Front  } 34270
> Rear

RIVER ☐ ON  ☐ OFF _____

EIGHER _____

ELECTRONIC SCALE TICKET

ATE _____

ELLER _____
BUYER _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

COMMODITY _____

PRICE _____

REMARKS 379 GROSS

```
Ticket#  :2:2:2:6.61
TIME 10:21 AM    03 NOV 2010
GROSS       43330 lb
```

```
Ticket#  :2:2:2:6.60
TIME 10:22 AM    03 NOV 2010
GROSS       36890 lb
```

} 80220

22.7

DRIVER ☐ ON ☐ OFF _____

WEIGHER _____

Form ES-4

---

ELECTRONIC SCALE TICKET

ATE _____

SELLER _____
BUYER _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

COMMODITY _____

PRICE _____

REMARKS 12 GROSS

```
Ticket#  :2:2:2:6.59
TIME 10:22 AM    03 NOV 2010
GROSS       45430 lb
```

```
Ticket#  :2:2:2:6.58
TIME 10:23 AM    03 NOV 2010
GROSS       33950 lb
```

} 79380

22.6 TON

DRIVER ☐ ON ☐ OFF _____

WEIGHER _____

**ELECTRONIC SCALE TICKET**

ITE _____

LLER _____
IYER _____

IDRESS _____

TY _____ STATE _____ ZIP _____

IMMODITY _____

IICE _____

MARKS  379  TARE _____

_____

_____

_____

IIVER ☐ ON  ☐ OFF _____

EIGHER _____

rm ES-4

```
Ticket# -;2;2;2:6.66
TIME 08:12 AM   03 NOV 2010  FRONT
GROSS TARE 24890 lb

Ticket# -;2;2;2:6.65
TIME 08:12 AM   03 NOV 2010  REAR
GROSS TARE 9900 lb
```

} 34790



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Date: 11/3/10
Lot #: 5614
Buyer: Eastern L/S
Address: 135 West Market
City: New Albany
State: IN
Zip Code: 47150
Seller: Four of a Kind Cattle Co.
Weighted At: Perkins Cinder Scale

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 165 | feeder strs | 135,320 | 2% | 132,614 | 804 | 106.34 | 141,021.72 |

DESTINATION: Cactus Feeder US51V503, KS
TRUCKED BY: K+N / Gila River / ?

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

LESS PART PAYMENT: 6,800.00
fat adj: 407.20
NET DUE: 133,814.52

### CERTIFICATE OF VACCINATION

**CIRCLE ONE**  SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.
B. Fed any antibiotic ionophores.
C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.
D. Fed any feed containing protein derived from mammalian tissue.

Seller Please Initial

Age/Source Verified   Database Provider _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature
Date: 11/3/10