# EXHIBIT F PART 7

# Exhibit File Check List

Lot #: __7194__

- __x__ Delivery Sheet
- __Not Po__ Eastern Payment Info
- __x__ Livestock Contract
- __x__ Consignment Contract
- __x__ Cleared Part Payment Check
- __x__ Cleared Final Payment Check
- __x__ Copy of Part Payment Check
- __x__ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
### Buyer # 0022-E

**Eastern Livestock**

135 West Market
New Albany, IN 47150

| | |
|---|---|
| Office: | 800 687-2333 |
| Home: | 806 373-2333 |
| Cell: | 806 679-7580 |
| Fax: | 806 371-4774 |

### LOT # 7194

**Delivery Date** 11/8/2010                     **Auction Date** 7/23/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 120 | Feeder Steers | | 2 | | 810 | $109.25 | |

**Delivered:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 120 | Feeder Steers | 98135 | 2 | 96172 | 801 | $109.25 | $105,067.91 |

**Total:**

| # Head | | | | Net Wt | | | Gross Amount |
|---|---|---|---|---|---|---|---|
| 120 | | | | 96172 | | | $105,067.91 |

**Seller:** Mike Gattis
**Location:** 40 mls E of Fort Smith, AR
**Destination:** CACTUS, TX
**Representative:** Tracy Leonard  479 414-1460

| | | |
|---|---|---|
| Part Payment Paid: | - | $4,800.00 |
| Adjustments: | | $0.00 |
| Net Due: | | $100,267.91 |

Superior Livestock Auction attests that all livestock referenced by this document are of     **USA**     origin.

Superior Livestock Auction by _[signature]_

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723  Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

```
LOT#  7194           DELIVERY DATE Nov 8 2010      SALE DATE July 23 2010
SELLER Mike Gattis     501 635-2133                PAPERWORK REC'D 11/29/20
BANK                                               Date entered 11/8/2010
CONTRACT # 17699                                   Entered by KF
12/1/2010  09:37:02
```

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 120 | Feeder Steers | | 2 | 4 | | 810# | $ 109.25 | |
| DELV 120 | Feeder Steers 98135 | 2 | 4 | | 96172 | 801# | $ 109.25 | $ 105,067.91 |

```
TOTALS
      120                                96172                    $   105,067.91

PART PAYMENT                                      3,600.00
GROSS COMMISSION                                  2,101.36
ADDITIONAL COMMISSION                               240.00
CONSIGNMENT FEE CREDIT                                 .00
NET  COMMISSION DEDUCTED                          2,341.36
BEEF  CHECKOFF 40 mls E of Fort Smith, AR           120.00
LA/AR Arkansas Brucellosis Fund  $1.00/head         120.00
OTHER                                                  .00
TOTAL DEDUCTIONS                                  6,181.36
NET  PROCEEDS DISBURSED                                       $    98,886.55

CHECK #         PAYABLE TO                              CLEARED

  35469        Mike Gattis                       98,886.56 11/10/2010$    98,886.56

    ADJ       SLA-Overpaid Seller                      .01 11/30/2010$       -.01


                                                   TOTAL PAID  $    98,886.55
                                            UNDERPAID/OVERPAID $          .00
******************************************************************************
BUYER Eastern Livestock     812 949-9035
NEW BUYER Cactus Feeders     800 687-2333   806 371-4774(f)
         BUYER # 0022-EAmarillo, TX   806 679-7580(m)    GROSS AMT  $   105,067.91
COUNTRY OF ORIGIN USA                    7/30/2010   PART PAYMENT $     4,800.00
                                                     ADJUSTMENTS $          .00
PD @ DEL    FUNDS SENT VIA                               NET DUE $   100,267.91
BUYER CALLED
DELIVERY DATE Oct. 20-Nov. 10, 2010
SLIDE over the base weight                   - 4
SLA REP Tracy Leonard           479-996-5995    479-414-1460
DESTINATION CACTUS, TX

                                    100,267.91  11/14/2010    $   100,267.91
                                                TOT AMOUNT PAID$   100,267.91
                                           UNDERPAID/OVERPAID $          .00
                                                    ADJ TOTAL $          .00
COMMENTS    ULYSSES WEST, TRUCK-H & B TRUCKING, KENDALL 580-515-8010 SLA PD 11/14
```




## LIVESTOCK CONTRACT

**Livestock Auction**

262     Lot #: 7194     0016

312 East Exchange, Suite 121  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

THIS CONTRACT made and entered into this **23rd** day of **July**, **2010**, in Brush, Morgan County, Colorado by and between **Mike Gattis** of **12712 N State Hwy 23**   **Ratcliff**   **AR**   **72951** Phone Number, hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market**   **New Albany**   **IN**   **47150** Phone, **812-949-9035** Fax, **812-949-9060** Cell, , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 120 | Feeder Steers | 810 | $109.25 |
| | | | |

BREED TYPE: **Approx. 75% Angus cross, Brangus cross & approx. 20% Red hided, Red Angus cross, Hereford cross & a few Limousin cross & 5% Charolais cross.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Local**     COUNTRY OF ORIGIN **USA**
FRAME: **Medium**     FLESH: **Lt Med - Med**
HORNS: **Some**     EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass & mineral. Catch feed only.**

CURRENT LOCATION: **Ranch, 40 miles E of Fort Smith, AR which is 200 miles E of Oklahoma City, OK**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B. **Ranch** on/between **Oct. 20-Nov. 10, 2010** at the option of the **representative.**
WEIGHING CONDITIONS: **Gather early, drive to pens & weigh on ground w/a 2%.**

SLIDE: If the livestock average **over the base weight** the price will be adjusted **4** cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS: **May be some blue eyes. Will check weigh 9/15 and may feed if weather dictates.**

VACCINATIONS: **BoviShield Gold, 7-way, Pinkeye & wormed.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**     IMPLANTED: **Not by this owner**
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **120** head, the sum of $ **4,800.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **3,600.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:                            BUYER:    **Eastern Livestock**
    **Mike Gattis**

BY: *M. Morrow SLA*                  BY: *K. Obye SLA*
REPRESENTED BY:   **Tracy Leonard**     479 996-5995           479 414-1460

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY. No partial invalidity of this agreement shall affect the remainder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold. Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

[Superior Livestock Auction Consignment Contract for Sale of Livestock]

Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

CONSIGNMENT #: 262
Accepted by SLA
Effective Date: _____
AUCTION DATE: July 20-22

THIS CONTRACT made and entered into this ___ day of _____, 20___, by and between

Mike Gattis (SELLER'S NAME AS PAYMENT IS TO BE MADE), Owner
of 12712 N. State Hwy 23 (MAILING ADDRESS), Rutcliff (CITY), AR (STATE), 72951 (ZIP)

Phone _____ SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA) and _____ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| 120 | 2 | Feeder Steers | 810 | | | Weaned Steer Calves | |
| | | Feeder Heifers | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ ___ / cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)
VACCINATION PROGRAM: (circle one) SLA VAC 24  34  34+  45  PreCon   PFIZER SelectVac 24  34  34+  45  PreCon
AGE & SOURCE VERIFIED: _____ (PROGRAM)  RFID TAGS: YES NO   TESTED PI FREE: YES   OWNER CERTIFIED NATURAL: YES
SLIDE: 4 cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: Aprox 75% Angus cross, Brangus cross, Aprox 20% Red hided, Red Angus cross, Hereford cross, few limosne cross, 5% Char cross

ORIGIN: Home Raised / 1st Calf Born _____ (DATE) and/or Purchased from local (STATE(S) OR GEOGRAPHIC REGION) COUNTRY: _____
FRAME SIZE: Medium   FLESH CONDITION: Light Medium / Medium
ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight) _____  UNEVEN (10-15% +/- pay weight) ✓
VERY UNEVEN (15-25% +/- pay weight) _____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: Some   FEEDING PROGRAM: 1) On cows & native grass  2) Native grass  3) mineral, grass, feed only unless bought check weights on Sept 15 if feed need added

CURRENT LOCATION: Cattle are located at Ranch which is 20-40 miles E (DIRECTION) of Fort Smith (NEAREST TOWN), AR (STATE); which is 200 miles E (DIRECTION) of OKC (NEAREST CITY), OK (STATE), where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at Ranch (RANCH, SCALE, ETC.) on / between Oct 20 - Nov 10 (DELIVERY DATE WITHIN 2 WEEK PERIOD) at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES NO
WEIGHING CONDITIONS: Gather early can drive to pens + weigh and good w/ 2%

LOADS: 48,000 pounds or _____   FREIGHT ADJUSTMENT: _____
IMPLANTED: 1) No  (2) Not by this owner  3) Yes with _____ (BRAND NAME) on _____ (DATE IMPLANTED - IF KNOWN)
BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No   CASTRATION: 1) Knife cut  2) Banded  3) Pinched  (circle one)
COMMENTS: Maybe some blue eyes
VACCINATIONS: Bovishield Gold, 7-way, Pinkeye, wormed, sprayed

BRANDS: _____   WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of _____ (LIENHOLDER) of _____ (CITY), _____ (STATE).

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE _____ (SIGNATURE)   SELLER Mike Gattis (PRINT NAME)   By: Mike Gattis (SIGNATURE)



DDA Debits - 08/05/2010

DDA Debits - 08/05/2010



DDA Debits - 11/09/2010



DDA Debits - 11/09/2010

# SUPERIOR Livestock Auction

№ 05391

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

July 23, 2010

Mike Gattis  34716  5391

12712 N State Hwy 23

Ratcliff, AR  72951

Phone: 501-635-2133

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 7194 | 120 | Feeder Steers | Oct. 20-Nov. 10 | 810# | $109.25 | | $3,600.00 |
| TOTAL | 120 | HEAD | Part Pmt. Paid on | 120 | HEAD | | $3,600.00 |
| DEDUCTIONS: | | | | | | | |
| No Sale/Scratch Fees: | | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | $3,600.00 |

---



SUPERIOR Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 05391

July 23, 2010

PAY TO THE ORDER OF  Mike Gattis

$3,600.00

Three Thousand Six Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

N° 35469



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/8/10
SELLER: Mike Guttis
ADDRESS: 12712 N State Hwy 23
CITY: Ratcliff   STATE: AR   ZIP CODE: 72951
LOT #: 7194   BUYER: Eastern Cactus

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 120 | STRS | 98,135 | 2% | 96,172 | 801 | 109.25 | 105,067.91 |

| DEDUCTIONS: | | |
|---|---|---|
| PART PAYMENT | 3600 | 00 |
| COMMISSION | 2101 | 36 |
| CONSIGNMENT FEE | 240 | 00 |
| BEEF CHECKOFF | 120 | 00 |
| Ar Brucellos Fund | 120 | 00 |
| TOTAL DEDUCTIONS | 6181 | 36 |

NET PROCEEDS  98,886.56

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N° 35469
LOT # 7194
DATE November 8, 2010

PAY TO THE ORDER OF  Mike Guttis   $ 98,886.56

Ninety Eight Thousand Eight Hundred Eighty Six 56/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE
OFFICE COPY

Case 10-93904-BHL-11   Doc 410-21   Filed 03/28/11   EOD 03/28/11 12:22:40   Pg 12 of 13



**Superior Livestock Auction**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

## WEIGH SHEET

SELLER: Mike Gattis
LOT #: 7194
BUYER: Eastern Ranch
WEIGHED AT: Ratcliff AR
DATE: 11/8/10

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| 3 | 2580 | 4 | 3420 | 4 | 3250 | 4 | 3260 |
| 3 | 2310 | 3 | 2475 | 1 | 3340 | 3 | 2560 |
| 3 | 2510 | 2 | 1470 | 1 | 3170 | 2 | 1610 |
| 4 | 3190 | | 50,110 | 1 | 3275 | 60 | 48,710 |
| 4 | 3330 | | | 1 | 880 | WEIGH BACKS ||
| 4 | 3455 | | | 4 | 3235 | 1 | 685 |
| 4 | 3400 | | | 2 | 1615 | | |
| 4 | 3175 | | | 4 | 3115 | | |
| 4 | 3430 | | | 4 | 3345 | | |
| 3 | 2275 | | | 4 | 3300 | | |
| 4 | 3165 | | | 3 | 2375 | | |
| 4 | 3415 | | | 2 | 1585 | | |
| 4 | 3330 | | | 3 | 2295 | | |
| 4 | 3210 | | | 4 | 2320 | | |
| 4 | 3420 | | | 4 | 3180 | | |

56   46,165

TOTAL CATTLE WEIGHED    120   98,820
LESS WEIGHBACKS    1   ~~685~~
GROSS WEIGHT    96,172    98,135

~~96,847~~
807

WEIGHED BY: [signature]
NOTES: 801

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

| Date | 11/8/10 | | Lot # | 7194 |
|---|---|---|---|---|
| Buyer | Eastern Cactus | | | |
| Address | | | | |
| City | | State | | Zip Code |
| Seller | Mkc Catts | Weighted At | | Cactus |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 120 | STRS. | 98,135 | 2% | 96,172 | 801 | 109.25 | 105,067.91 |

DESTINATION: Ulysses, West
TRUCKED BY: H+B 101-702

LESS PART PAYMENT: 4800 CK

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

NET DUE: 100,267.91

### CERTIFICATE OF VACCINATION

**CIRCLE ONE**  SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified    Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____    Date _____