# EXHIBIT F PART 8

## Exhibit File Check List

Lot #: __7538 A__

- __x__ Delivery Sheet
- __Not Lp__ Eastern Payment Info
- __x__ Livestock Contract
- __x__ Consignment Contract
- __x__ Cleared Part Payment Check
- __x__ Cleared Final Payment Check
- __x__ Copy of Part Payment Check
- __x__ Copy of Delivery Paperwork

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

### BUYERS INVOICE
Buyer # 0022-E

**Eastern Livestock**

135 West Market
New Albany, IN 47150

| Office: | 800 687-2333 |
|---|---|
| Home: | 806 373-2333 |
| Cell: | 806 679-7580 |
| Fax: | 806 371-4774 |

LOT # 7538A

**Delivery Date** 11/9/2010

**Auction Date** 8/6/2010

| | # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| Contracted: | 72 | Weaned Str Calves | | 3,2 | | 675 | $116.00 | |
| Delivered: | 70 | Weaned Str Calves | 48600 | 2 | 47628 | 680 | $115.80 | $55,153.22 |
| Total: | 70 | | | | 47628 | | | $55,153.22 |

**Seller:** Spring Valley Ranch
**Location:** Waco, TX
**Destination:** Ulysses, KS
**Representative:** Stuart Wharton  254 645-0189

| Part Payment Paid: | - $2,880.00 |
|---|---|
| Adjustments: | $0.00 |
| Net Due: | $52,273.22 |

Superior Livestock Auction attests that all livestock referenced by this document are of   **USA**   origin.

Superior Livestock Auction by  _[signature]_

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

| | | |
|---|---|---|
| LOT# 7538A | DELIVERY DATE Nov 9 2010 | SALE DATE August 6 2010 |
| SELLER Spring Valley Ranch   254 857-4080 | | PAPERWORK REC'D |
| BANK | | Date entered 11/9/2010 |
| CONTRACT # 20402 | | Entered by mgm |
| 12/2/2010   12:13:11 | | |

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 72 | Weaned Str Calves | | 3,2 | 4 | | 675# | $ 116.00 | |
| DELV 70 | Weaned Str Ca | 48600 | 2 | 4 | 47628 | 680# | $ 115.80 | $ 55,153.22 |

| TOTALS | | | | |
|---|---|---|---|---|
| 70 | | 47628 | | $ 55,153.22 |

| | | |
|---|---|---|
| PART PAYMENT | 2,160.00 | |
| GROSS COMMISSION | 1,103.06 | |
| ADDITIONAL COMMISSION | 140.00 | |
| CONSIGNMENT FEE CREDIT | .00 | |
| NET COMMISSION DEDUCTED | 1,243.06 | |
| BEEF CHECKOFF Waco, TX | 70.00 | |
| LA/AR | .00 | |
| OTHER | .00 | |
| TOTAL DEDUCTIONS | 3,473.06 | |
| NET PROCEEDS DISBURSED | | $ 51,680.16 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---|---|---|---|---|
| 44674-1 | Spring Valley CATTLE | 51,680.16 | 11/12/2010 | $ 51,680.16 |

| | |
|---|---|
| TOTAL PAID | $ 51,680.16 |
| UNDERPAID/OVERPAID | $ .00 |

*************************************************************

| | | |
|---|---|---|
| BUYER Eastern Livestock   812 949-9035 | | |
| NEW BUYER Cactus Feeders   800 687-2333   806 371-4774(f) | | |
| BUYER # 0022-EAmarillo, TX   806 679-7580(m) | GROSS AMT | $ 55,153.22 |
| COUNTRY OF ORIGIN USA   8/11/2010 | PART PAYMENT | $ 2,880.00 |
| | ADJUSTMENTS | $ .00 |
| PD @ DEL   FUNDS SENT VIA | NET DUE | $ 52,273.22 |
| BUYER CALLED X | | |
| DELIVERY DATE Nov. 1-15, 2010 | | |
| SLIDE over the base weight     - 4 | | |
| SLA REP Stuart Wharton   254-729-3191   254-645-0189 | | |
| DESTINATION Ulysses, KS | | |

| | | | |
|---|---|---|---|
| | 52,273.22 | 11/14/2010 | $ 52,273.22 |
| | | TOT AMOUNT PAID | $ 52,273.22 |
| | | UNDERPAID/OVERPAID | $ .00 |
| | | ADJ TOTAL | $ .00 |

COMMENTS   SLA PD 11/14 - BELONG TO SLA



DDA Debits - 08/24/2010

DDA Debits - 08/24/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N°- 044674
LOT # 7538 A+B
DATE November 9, 2010

PAY TO THE ORDER OF Spring Valley Cattle    $105,732.66

One hundred Five Thousand Seven hundred Thirty-two 66/xx DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/10/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check...

DDA Debits - 11/10/2010





**LIVESTOCK CONTRACT**

431 East Exchange, Suite 221  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

1512B     Livestock Auction     Lot #:   7538A     0016

THIS CONTRACT made and entered into this **6th** day of **August, 2010**, in Brush, Morgan County, Colorado by and between **Spring Valley Ranch** of **1034 Foggy Valley Rd**   **Moody**   **TX**   **76557**   Phone Number, hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market**   **New Albany**   **IN**   **47150**   Phone, **812-949-9035**   Fax, **812-949-9060** Cell, , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM: **SelectVAC 45**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 72 | Weaned Str Calves | 675 | $116.00 |

BREED TYPE: **Out of Angus cross, Brangus & Braford cows by outstanding Charolais, Angus & a few Hereford bulls.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.  
ORIGIN: **Home Raised**     COUNTRY OF ORIGIN **USA**  
FRAME: **Med Lg - Lg**     FLESH: **Lt Med - Med**  
HORNS: **Tipped or Muley**     EST WT VARIANCE: **Uneven**  
FEEDING PROGRAM: **Native grass & coastal bermuda grass. Weaned approx. 45+ days.**

CURRENT LOCATION: **Ranch, 20 miles S of Waco, TX which is 100 miles S of Ft. Worth, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.  
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.    **Ranch**    on/between **Nov. 1-15, 2010**    at the option of the **representative.**  
WEIGHING CONDITIONS: **Gather early & weigh on ground w/a 3% or load on buyers trucks, haul 10 miles & weigh on trucks w/a 2% depending on location on ranch.**

SLIDE: If the livestock average **over the base weight**    the price will be adjusted   **4**   cents per pound for every pound **over** that weight on the total net pounds.

COMMENTS: **Nice set of strs. Filmed 7/22/10.**

VACCINATIONS: **SelectVAC 45. BoviShield Gold 5 & One Shot Ultra 8 spring '10 & again @ weaning. Boostered w/BoviShield Gold 5 & Dectomax.**  
AGE/SOURCE VERIFIED: **No**  
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**    IMPLANTED: **No**  
BANGS VACCINATED: **No**

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.  
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.  
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **72** head, the sum of $ **2,880.00** , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **2,160.00** , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:   **Spring Valley Ranch**           BUYER:   **Eastern Livestock**

BY: *M. Morrow SLA*           BY: *K. Frye SLA*

REPRESENTED BY:   **Stuart Wharton**    254 729-3191    254 729-5468    254 645-0189

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117


SUPERIOR
Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

REVISED DA
2010

CONSIGNMENT # _____
Accepted by SLA _____
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE  Aug 2-6

Lot # 10089
Date 9/11/2009

THIS CONTRACT made and entered into this __15__ day of __July__, 20_10_, by and betwee

of **Spring Valley Ranch** .Owner  **Maurice Campbell**
1034 Foggy Valley Rd          Moody              TX    76557
Phone Number 254-857-4080  SS#/Federal ID# _____ (Seller), and Superior Livestock Auction, Inc. (SLA) an
Wharton, Stuart                                 (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| ~~60~~ | ~~Feeder Steers~~ | 750 / 735 | 10/06/2009 | 688 |
| 72 / ~~140~~ | Weaned Steer Calves | 700 / 675 | | |

MIXED LOADS: Heifer price will be $ 0 / CWT under original price of steers. SPECIAL LOGO:
SLA VACCINATION PROGRAM: SelectVAC 45
AGE & SOURCE VERIFIED PROGRAM: No                                    OWNER CERTIFIED NATURAL: YES   NO
PROGRESSIVE GENETICS:  1) _____ (BREEDER1)  2) _____ (BREEDER2)  3) _____ (BREEDER3)     RFID TAGS: YES NO   PI FREE: YES NO
SLIDE: 4 cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery
BREED TYPE: Out of Angus cross, Brangus & Braford cows by outstanding Charolais, Angus & a few Hereford bulls.

ORIGIN: Home Raised                          COUNTRY: USA
FRAME SIZE: Med Lg - Lg
ESTIMATED WEIGHT VARIANCE: ~~Very~~ Uneven     FLESH CONDITION: Lt Med - Med
VERY UNEVEN (15 - 25% +/- pay weight)  Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.   FAIRLY EVEN (0 - 10% +/- pay weight)   UNEVEN (10-15% +/- pay weight)
HORNS: Tipped or Muley
FEEDING PROGRAM: Native grass & coastal bermuda grass. Weaned approx. 45+ days.

CURRENT LOCATION: Cattle are located at ~~Ft. Worth, TX~~  Ranch, 20 miles S of Waco, TX which is 100 miles S of
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at _____   Ranch
~~Sept. 20-30 2009~~ Nov 1-15                                            on / between
IMMEDIATE DELIVERY: YES  NO     at the option of the Marketing Representative, unless otherwise stated. If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather early & weigh on ground w/a 3%. or weigh on the
Truck w/2% depending on location on the Ranch

LOADS: 48,000 pounds or _____               FREIGHT ADJUSTMENT: _____
IMPLANTED: No
BANGS VACCINATED: No
COMMENTS: Nice set of strs. Filmed ~~8/27/09~~ 7/22/10

VACCINATIONS: SelectVAC 45. BoviShield Gold 5 & One Shot Ultra 8 spring '~~09~~ 10 &
again @ weaning. Boostered w/BoviShield Gold 5 & Dectomax.
BRANDS: _____
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of
Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE:
Stuart Wharton 254-729-3191 254-645-0189

SELLER: Spring Valley Ranch

_____           By: _____
(SIGNATURE)                         OFFICE COPY    (SIGNATURE)



**Superior Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 05617

August 6, 2010

Spring Valley Ranch
1034 Foggy Valley Rd
Moody, TX 76557

47061     5617

Phone: 254-857-4080

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | PART PMT |
|---|---|---|---|---|---|---|
| 7538A | 72 | Weaned Str Calves | Nov. 1-15 | 675# | $116.00 | $2,160.00 |
| 7538B | 68 | Weaned Str Calves | Nov. 1-15 | 735# | $113.10 | $2,040.00 |
| 7538C | 78 | Weaned Hfr Calves | Nov. 1-15 | 635# | $106.10 | $2,340.00 |
| 7538D | 70 | Weaned Hfr Calves | Nov. 1-15 | 700# | $103.25 | $2,100.00 |
| TOTAL | 288 HEAD | | Part Pmt. Paid on | 288 | HEAD | $8,640.00 |

DEDUCTIONS:
   No Sale/Scratch Fees:                                                $0.00
NET PROCEEDS:                                                          $8,640.00

---



**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 05617

August 6, 2010

PAY TO THE ORDER OF   Spring Valley Ranch                        $ 8,640.00

Eight Thousand Six Hundred Forty Dollars and No Cents                  DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE



**SUPERIOR Livestock Auction**

N° 044674

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/9/10

SELLER Spring Valley Ranch
ADDRESS
CITY _____ STATE _____ ZIP CODE _____
LOT # 7538 A & B   BUYER Eastern L/S

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 70 | WN Steers | 48600 | 2% | 47628 | 680 | 116.00 | | |
| | | | | 5 | .04 | <20> | | |
| | | | | | | 115.80 | 55153 | 22 |
| 67 | WN Steers | 52400 | 2% | 51352 | 766 | 113.10 | | |
| | | | | 31 | .04 | <1.24> | | |
| 137 | | | | | | 111.86 | 57442 | 35 |
| | | | | | | | 112595 | 57 |

| DEDUCTIONS: | | | |
|---|---|---|---|
| PART PAYMENT | 4200 | 00 | |
| COMMISSION | 2251 | 91 | |
| CONSIGNMENT FEE | 274 | 00 | |
| BEEF CHECKOFF | 137 | 00 | |
| | | | |
| | | | |
| TOTAL DEDUCTIONS | 6862 | 91 | |

NET PROCEEDS  105,732.66

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N° 044674
LOT # 7538 A&B
DATE November 9, 2010

PAY TO THE ORDER OF  Spring Valley Cattle   $105,732.66

One hundred Five Thousand Seven hundred Thirty-two 66/xx DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 625
BRUSH, COLORADO 80723
Phone: 970-842-2644

OFFICE COPY

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON NEGOTIABLE

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610



Superior
Livestock Auction

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# __7538 A__   DATE __11/9/10__

SELLER __Spring Valley__   BUYER __Cactus__

LOADED AT __Ranch Moody TX__   DESTINATION _____

TRUCKED BY __Bomac__   TRUCK # __8701__

NUMBER OF HEAD LOADED __70__   TIME OF DEPARTURE __9:00 A__

CONDITION OF CATTLE WHEN LOADED __Good__

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

By __Bryan Boostree cell__
TRUCKER'S SIGNATURE                    SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
   BRAND ___ HEALTH ___ WEIGH TICKETS ___ BUYERS INVOICE ___

OFFICE COPY

Lot 7538A





**17673274**
TICKET NUMBER

# CERTIFIED AUTOMATED TRUCK SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

**17673274** LOCATION:
PUBLIC WEIGHMASTER'S CERTIFICATE OF WEIGHT & MEASURE

### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.

"**WEIGH WHAT WE SAY OR WE PAY**"®

If you get an overweight fine from the state **AFTER** one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, **OR**
(2) A representative of CAT Scale Company will appear in court **WITH** the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CATSCALE (Toll Free).
3) **IMMEDIATELY** send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

* The four weights shown below are separate weights. The **GROSS WEIGHT** is the **CERTIFIED WEIGHT** and was weighed on a full length platform scale. All weights are guaranteed.

DATE: APPROXIMATELY 1-09-2010
TIME: 843
SCALE: 2007
17673274 LOCATION: PILOT 432
I-35 EXIT 328
ROBINSON TX

| | | |
|---|---|---|
| STEER AXLE | 11720 | lb |
| DRIVE AXLE | 33720 | lb |
| TRAILER AXLE | 36060 | lb |
| *GROSS WEIGHT | 81500 lb | 48600 |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facie evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED

COMPANY BOMACK    TRACTOR #    FREIGHT ALL KINDS
                                                                           8701    TRAILER #    1
FEE 1.00    WEIGHMASTER OR WEIGHER SIGNATURE      FULL WEIGH TICKET # 17673274
                                          LISA STRICKLAND      (IF REWEIGH)

WEIGH NUMBER 3271
CUSTOMER COPY      DRIVER IN TRUCK UNLESS CHECKED HERE: ___

CAT SCALE COLLECTOR CARD INSIDE!

® CAT SCALES® FORM TEXAS 12/09

Lot 7538A

# CERTIFIED AUTOMATED TRUCK SCALE

TICKET NUMBER: 176/3271

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-8263
www.catscale.com

**THE CAT SCALE GUARANTEE**

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.®

**"WEIGH WHAT WE SAY OR WE PAY"**®

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

176/327 LOCATION:
PUBLIC WEIGHMASTERS
CERTIFICATE OF
WEIGHT & MEASURE

DATE: APPROXIMATE 1-09-2010
TIME: 701
SCALE: 2007
PILOT 432
I-35 EXIT 328
ROBINSON TX

| | | |
|---|---|---|
| STEER AXLE | 10600 | lb |
| DRIVE AXLE | 12860 | lb |
| TRAILER AXLE | 9440 | lb |
| *GROSS WEIGHT | 32900 | lb |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facie evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    FREIGHT ALL KINDS

COMPANY  BOMACK                TRACTOR # 8701  TRAILER # 1

FEE  9.00        WEIGHMASTER OR                FULL WEIGH
                 WEIGHER SIGNATURE             TICKET #
                                               (IF REWEIGH)

WEIGH NUMBER: 3271

DRIVER IN TRUCK UNLESS CHECKED HERE: ___  LISA STRICKLAND

CUSTOMER COPY

© CAT SCALE® FORM TEXAS 12/09

CAT SCALE COLLECTOR CARD INSIDE!