# EXHIBIT F PART 10

## Exhibit File Check List

Lot #: __8739__

- __x__ Delivery Sheet
- __Not pd__ Eastern Payment Info
- __✓__ Livestock Contract
- __✓__ Consignment Contract
- __✓__ Cleared Part Payment Check
- __✓__ Cleared Final Payment Check
- __✓__ Copy of Part Payment Check
- __✓__ Copy of Delivery Paperwork

## SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

**BUYERS INVOICE**
Buyer # 0022-E

| | |
|---|---|
| **Eastern Livestock** | Office: 800 687-2333 |
| | Home: 806 373-2333 |
| 135 West Market | Cell: 806 679-7580 |
| New Albany, IN 47150 | Fax: 806 371-4774 |

**LOT # 8739**

Delivery Date  11/9/2010                                    Auction Date   8/26/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 210 | Feeder Steers | | 2 | | 675 | $111.00 | |

**Delivered:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 210 | Feeder Steers | 154680 | 2 | 151586 | 722 | $109.12 | $165,410.64 |

**Total:**

| # Head | | | | Net Wt | | | Gross Amount |
|---|---|---|---|---|---|---|---|
| 210 | | | | 151586 | | | $165,410.64 |

Seller: Nueces Cattle Co./CC                          Part Payment Paid:  -   $8,400.00
Location: Goerge West, TX                             Adjustments:             $0.00
Destination: ULYSSES, KS
Representative: Willy Shannon  361 449-7156           Net Due:             $157,010.64
                Riley Rhodes  361 813-6650
                SLA  970 842-5566

Superior Livestock Auction attests that all livestock referenced by this document are of    **USA**    origin.

Superior Livestock Auction by   _[signature]_

Eastern Livestock
Did not pay for this Lot

Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723  Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

Thank you for your business. If you have any questions, please call 1-800-523-6610

## SUPERIOR LIVESTOCK AUCTION

```
LOT#  8739              DELIVERY DATE Nov 9 2010    SALE DATE August 26 2010
SELLER Nueces Cattle Co./CC   000 000-0000          PAPERWORK REC'D 11/17/20
BANK                                                Date entered 11/9/2010
CONTRACT # 22564                                    Entered by FAYE
12/1/2010  09:38:17
```

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 210 | Feeder Steers | | 2 | 4 | | 675# | $ 111.00 | |
| DELV 210 | Feeder Steers | 154680 | 2 | 4 | 151586 | 722# | $ 109.12 | $ 165,410.64 |

```
TOTALS
     210                                151586                      $  165,410.64

PART PAYMENT                                        6,300.00
GROSS COMMISSION                                         .00
ADDITIONAL COMMISSION                                    .00
CONSIGNMENT FEE CREDIT                                   .00
NET  COMMISSION DEDUCTED                                          .00
BEEF CHECKOFF RESALE,                                             .00
LA/AR                                                             .00
OTHER                                                             .00
TOTAL DEDUCTIONS                                    6,300.00
NET  PROCEEDS DISBURSED                                           $  159,110.64

CHECK #        PAYABLE TO                           CLEARED

  52897    Continental Cattle Co.       159,110.64 11/15/2010$    159,110.64


                                            TOTAL PAID $    159,110.64
                                            UNDERPAID/OVERPAID $        .00
*********************************************************************
BUYER Eastern Livestock    812 949-9035
NEW BUYER Cactus Feeders   800 687-2333  806 371-4774(f)
     BUYER # 0022-ENew Albany, IN  806 679-7580(m)  GROSS AMT $  165,410.64
COUNTRY OF ORIGIN USA                 8/31/2010  PART PAYMENT $    8,400.00
                                                 ADJUSTMENTS  $         .00
PD @ DEL   FUNDS SENT VIA                        NET DUE     $  157,010.64
BUYER CALLED
DELIVERY DATE Nov. 1-15, 2010
SLIDE over the base weight                - 4
SLA REP Willy Shannon      361-449-1183    361-449-7156
        Riley Rhodes       361-449-2425    361-813-6650
        SLA                                970-842-5566
DESTINATION ULYSSES, KS

                                 157,010.64  11/14/2010    $  157,010.64
                                       TOT AMOUNT PAID$      157,010.64
                                       UNDERPAID/OVERPAID $         .00
                                       ADJ TOTAL    $              .00
COMMENTS PREV LOT 7815. SENT TO ULYSSES FEEDYARD AT ULYSSES KS. PHONE NO.
620-356-1750 AND TRUCKED BY JIM ENGLAND TRUCK, DOUBLE V AND REITER TRUCKS. PER
WILLY.   SLA PD 11/14
```



# LIVESTOCK CONTRACT

1124  Lot #: 8739  0016

151 East Exchange, Suite 121  P.O. Box 38
Fort Worth, TX 76164  Brush, CO 80723
1-800-422-2117  1-800-523-6610

THIS CONTRACT made and entered into this 26th day of August, 2010, in Brush, Morgan County, Colorado by and between **Nueces Cattle Co./CC** of
PO Box 38  Brush  CO  80723  Phone Number,
hereinafter known as SELLER, and **Eastern Livestock**, of
135 West Market  New Albany  IN  47150  Phone, 812-949-9035  Fax, 812-949-9060
Cell, , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 210 | Feeder Steers | 675 | $111.00 |
| | | | |

BREED TYPE: Exotic cross & some Beefmaster cross. 1/4-3/8 Brahman Influence.

MIXED LOADS: Heifer price will be $ 0 /CWT under original price of steers.
ORIGIN: South TX  COUNTRY OF ORIGIN  USA
FRAME: Medium  FLESH: Medium
HORNS: Polled or Dehorned  EST WT VARIANCE: Uneven
FEEDING PROGRAM: Native grass.

CURRENT LOCATION: Hailey Ranch, 8 miles E of George West, TX which is 85 miles S of San Antonio, TX

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.  Ranch  on/between
Nov. 1-15, 2010  at the option of the  representative.
WEIGHING CONDITIONS: Gather from traps early, sort, load on buyers trucks, haul 20 miles & weigh on trucks w/a 2%.

SLIDE: If the livestock average **over the base weight**  the price will be adjusted  4  cents per pound for every pound  **over**  that weight on the total net pounds.

COMMENTS: Knife cut. Good set of South TX strs. Turned out on grass since 4/10.

VACCINATIONS: BoviShield Gold 4, 8-way & wormed w/ivomec.

AGE/SOURCE VERIFIED: No
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: Yes  IMPLANTED: Not by this owner
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on  210
head, the sum of $ 8,400.00 , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ 6,300.00 , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT.
In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:  Nueces Cattle Co./CC  BUYER:  Eastern Livestock

BY: _M. Morrow SLA_  BY: _K. Brye SLA_
REPRESENTED BY:  Willy Shannon  361 449-1183  361 786-2553  361 449-7156
  Riley Rhodes  361 449-2425  361 786-2553  361 813-6650

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the remainder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold. Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.



# LIVESTOCK CONTRACT

| | 131 East Exchange, Suite 121 | P.O. Box 38 |
|---|---|---|
| | Fort Worth, TX 76164 | Brush, CO 80723 |
| | 1-800-422-2117 | 1-800-523-6610 |

Lot #: 7815        0777

THIS CONTRACT made and entered into this **6th** day of **August, 2010**, in Brush, Morgan County, Colorado by and between **Nueces Cattle Co.** of 435 S Hwy 37 Access **George West TX 78022** Phone Number, hereinafter known as SELLER, and **Continental Cattle Co.** of **PO Box 38 Brush CO 80723** Phone, **970-842-5566** Fax, Cell, hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 210 | Feeder Steers | 675 | $113.50 |
| | | | |

BREED TYPE: **Exotic cross & some Beefmaster cross. 1/4-3/8 Brahman influence.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **South TX**        COUNTRY OF ORIGIN **USA**
FRAME: **Medium**        FLESH: **Medium**
HORNS: **Polled or Dehorned**        EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass.**

CURRENT LOCATION: **Hailey Ranch, 8 miles E of Gorge West, TX which is 85 miles S of San Antonio, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B. **Ranch** on/between **Nov. 1-15, 2010** at the option of the **representative**.
WEIGHING CONDITIONS: **Gather from traps early, sort, load on buyers trucks, haul 20 miles & weigh on trucks w/a 2%.**

SLIDE: If the livestock average **over the base weight** the price will be adjusted **4** cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS: **Knife cut. Good set of South Texas strs. Turned out on grass since 4/10.**

VACCINATIONS: **BoviShield Gold 4, 8-way 7 wormed w/Ivomec.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**      IMPLANTED: **Not by this owner**
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **210** head, the sum of $ **8,400.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.
Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **6,300.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER: **Nueces Cattle Co.**        BUYER: **Continental Cattle Co.**

BY: _M. Morrow SLA_        BY: _K. Frye SLA_

REPRESENTED BY:    Willy Shannon      361 449-1183      361 786-2553      361 449-7156
                      Riley Rhodes       361 449-2425      361 786-2553      361 813-6650

Fort Worth, TX 76164
1-800-422-2117

Brush, CO 80723
(970) 842-2566
1-800-523-6610

**Superior Livestock Auction**

CONSIGNMENT #: 911
Accepted by SLA
Effective Date: _____

CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK
AUCTION DATE: Aug. 2, 3, 4, 5, +6 2010

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this **13th** day of **July**, 20**10**, by and between

**Nueces Cattle Company**, Owner _____ (IF NOT CORPORATION, LLC, ETC.)
(SELLER'S NAME AS PAYMENT IS TO BE MADE)

of **435 S IH 37 Access**, **George West**, **TX**, **78022**
(MAILING ADDRESS)   (CITY)   (STATE)   (ZIP)

Phone **361/449/2425**   SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA) a

**Riley Rhodes - Willy Shannon** (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| 146 | 2 | Feeder Steers | 675 | | | Weaned Steer Calves | |
| | | Feeder Heifers | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ _____ / cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)
VACCINATION PROGRAM: (circle one) SLA VAC 24   34   34+   45   PreCon   PFIZER SelectVac 24   34   34+   45   PreCon
AGE & SOURCE VERIFIED: _____ (PROGRAM)   RFID TAGS: YES (NO)   TESTED PI FREE: YES   OWNER CERTIFIED NATURAL: YE
SLIDE: **4¢** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cen
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delive
BREED TYPE: **Exotic Crosses; some Beefmaster Crosses**
**1/4 to 3/8 Brahman Influence**

ORIGIN: Home Raised / 1st Calf Born _____ and/or Purchased from **South Texas**   COUNTRY: **USA**
(DATE)   (STATE(S) OR GEOGRAPHIC REGION)
FRAME SIZE: **Medium**   FLESH CONDITION: **Medium**
Small (Medium) Medium Large Large   Light Light Medium (Medium) Medium Heavy Heavy
ESTIMATED WEIGHT VARIANCE: CHECK ONE   FAIRLY EVEN (0-10% +/- of pay weight)  (UNEVEN (10-15% +/- pay weight))
VERY UNEVEN (15-25% +/- pay weight) _____ Seller warrants that no individual animal will vary more or less than these percentages from t
average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: **polled or dehorned**   FEEDING PROGRAM: 1) On cows & native grass   2) Native grass   3) **Native Grass**
CURRENT LOCATION: Cattle are located at **Hailey Ranch** which is **8** miles **E**
(RANCH, PASTURE, FEEDYARD, ETC.)   (DIRECTION)
**George West**, **TX**; which is **85** miles **S** of **San Antonio**, **TX**
(NEAREST TOWN)   (STATE)   (DIRECTION)   (NEAREST CITY)   (STATE)
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pastu
for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.
DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Hailey Ranch** on / betwe
(RANCH, SCALE, ETC.)
**Oct. 15th - Nov 1st** at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES (N
(DELIVERY DATE WITHIN 2 WEEK PERIOD)
WEIGHING CONDITIONS: **Gather from traps early, sort & load on Buyers Truck, Haul 20 miles, weigh on truck with a 2% shrink**
LOADS: 48,000 pounds or _____   FREIGHT ADJUSTMENT: _____
IMPLANTED: 1) No  2)(Not by this owner)  3) Yes with _____ on _____
(BRAND NAME)   (DATE IMPLANTED - IF KNOWN)
BANGS VACCINATED: 1) 100%   2) Not 100%   3) Can be after weighing if required for shipment at   a) Seller's   b) Buyer's expense and risk
4) Can be prior to delivery at   a) Seller's   b) Buyer's expense   5) No   CASTRATION: 1)(Knife cut)   2) Banded   3) Pinched   (circle one)
COMMENTS: **A good set of South Texas Steers Turned out on Grass since April 2010**
VACCINATIONS: **Bovishield 4, 8-way & wormed w/ Ivomec**

BRANDS: _____   WARRANTIES: Seller represents and warrants that it has good and marketab
title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security intere
or chattel mortgage in favor of _____ of _____
(LIENHOLDER)   (CITY)   (STATE)
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ **438.00** on _____
(DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock describe
above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing prote
derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residue.
Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees a
information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE   SELLER **Nueces Cattle Company**
(PRINT NAME)
_____ (SIGNATURE) _____ (SIGNATURE)   By: _____ (SIGNATURE)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER



DDA Debits - 09/01/2010

DDA Debits - 09/01/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax. (970) 842-2705
1-800-523-6610

No. 052897

LOT # 8739

DATE 11/9/10

PAY TO THE ORDER OF  Continental CfC    $ 159,110.64

One hundred fifty nine thousand one hundred ten & 64/100 DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 535
BRUSH, COLORADO 80723
Phone 970-842-2944

DDA Debits - 11/12/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

DDA Debits - 11/12/2010



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

№ 06656

August 26, 2010

Nueces Cattle Co./CC
PO Box 38
Brush, CO 80723

60579   6656

Phone:

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | | PART PMT |
|---|---|---|---|---|---|---|---|---|
| 8739 | 210 | Feeder Steers | Nov. 1-15 | 675# | $111.00 | | | $6,300.00 |
| TOTAL | 210 | HEAD | Part Pmt. Paid on | 210 | HEAD | | | $6,300.00 |
| | DEDUCTIONS: | | | | | | | |
| | | No Sale/Scratch Fees: | | | | | $0.00 | |
| | NET PROCEEDS: | | | | | | | $6,300.00 |

---



**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

August 26, 2010

№ 06656

PAY TO THE ORDER OF   Continental Cattle Co.

$ 6,300.00

Six Thousand Three Hundred Dollars and No Cents

DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

Nº 052897



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/9/10

SELLER Nunn C/C CC

ADDRESS

CITY _____ STATE _____ ZIP CODE _____

LOT # 8735   BUYER _____

| NO. HD | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 210 | Strs | 154630 | 2 | 151586 | 722 | 104.12 | 165544 64 |

DEDUCTIONS:
| PART PAYMENT | | | 6300 | — | | |
| COMMISSION | | | | | | |
| CONSIGNMENT FEE | | | | | | |
| BEEF CHECKOFF | | | | | | |
| TOTAL DEDUCTIONS | | | 6300 | — | | |

NET PROCEEDS  159110 64

---

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 052897

LOT # 8735

DATE 11/9/10

PAY TO THE ORDER OF  Continental C/C    $ 159110 64

One Hundred Fifty nine Thousand one hundred ten 64/  DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**

OFFICE COPY



131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

## Livestock Auction
### WEIGH SHEET

SELLER: Nueces Cattle Co.   LOT #: 7815
BUYER: ~~Easter~~ Continental Elco   DATE: 11-~~30~~09-10
WEIGHED AT: Three Rivers, Tx "Louis T.d. Shop"   DATE CERTIFIED: _____
(NAME & LOCATION OF SCALE)

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
|  | 85,140 |  |  |  |  |  |  |
| – | 33,900 |  |  |  |  |  |  |
|  | 51,240 → 70 hd |  |  |  |  |  |  |
|  |  |  |  |  |  | **WEIGH BACKS** | |
|  | 85,680 |  |  |  |  |  |  |
|  | –33,360 |  |  |  |  |  |  |
|  | 52,770 → 70 hd |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | 84,800 |  |  |  |  |  |  |
|  | –33,680 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| – | 51,120 → 70 hd |  |  |  |  |  |  |
|  |  |  | TOTAL CATTLE WEIGHED | | | 210 | 154,680 |
|  |  |  | LESS WEIGHBACKS | | |  |  |
|  |  |  | GROSS WEIGHT | | |  |  |

WEIGHED BY: Will S____
WITNESSED BY: _____
NOTES: _____

BUYERS COPY

**17698640**
TICKET NUMBER



## CERTIFIED AUTOMATED TRUCK SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

17698640
PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE

England (handwritten)



WEIGH NUMBER
8629

CUSTOMER COPY

### THE CAT SCALE GUARANTEE
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**"WEIGH WHAT WE SAY OR WE PAY"®**
If you get an overweight fine from the state **AFTER** one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, **OR**
(2) A representative of CAT Scale Company will appear in court **WITH** the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) **IMMEDIATELY** send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | | | |
|---|---|---|---|
| DATE: | 11-09-2010 | STEER AXLE | 11280 lb |
| APPROXIMATE TIME: | 1021 | DRIVE AXLE | 36540 lb |
| SCALE | 2061 | TRAILER AXLE | 36980 lb |
| LOCATION: | LOVES TRAVEL CTR I 37 EXIT 72 THREE RIVERS TX | *GROSS WEIGHT | 84800 lb |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED: FREIGHT ALL KINDS
COMPANY: WILLIE SHANNON   TRACTOR # 1   TRAILER # 1
FEE 1.00  WEIGHMASTER OR WEIGHER SIGNATURE: ODELIA GUAJARDO  FULL WEIGH TICKET # 17698629 (IF REWEIGH)

DRIVER IN TRUCK UNLESS CHECKED HERE: ___   ©CAT SCALE® FORM TEXAS 12/09

---

**17698629**
TICKET NUMBER



## CERTIFIED AUTOMATED TRUCK SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

17698629
PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE



WEIGH NUMBER
8629

CUSTOMER COPY

### THE CAT SCALE GUARANTEE
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**"WEIGH WHAT WE SAY OR WE PAY"®**
If you get an overweight fine from the state **AFTER** one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, **OR**
(2) A representative of CAT Scale Company will appear in court **WITH** the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) **IMMEDIATELY** send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | | | |
|---|---|---|---|
| DATE: | 11-09-2010 | STEER AXLE | 11120 lb |
| APPROXIMATE TIME: | 709 | DRIVE AXLE | 13840 lb |
| SCALE | 2061 | TRAILER AXLE | 8720 lb |
| LOCATION: | LOVES TRAVEL CTR I 37 EXIT 72 THREE RIVERS TX | *GROSS WEIGHT | 33680 lb |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED: FREIGHT ALL KINDS
COMPANY: WILLIE SHANNON   TRACTOR # 1   TRAILER # 1
FEE 9.00  WEIGHMASTER OR WEIGHER SIGNATURE: BILLIE RODRIGUEZ  FULL WEIGH TICKET # ___ (IF REWEIGH)

DRIVER IN TRUCK UNLESS CHECKED HERE: ___   ©CAT SCALE® FORM TEXAS 12/09

## Ticket 17698641 (Customer Copy)

**CAT SCALE — Certified Automated Truck Scale**
CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

| Field | Value |
|---|---|
| TICKET NUMBER | 17698641 |
| DATE | 11-09-2010 |
| APPROXIMATE TIME | 1022 |
| SCALE | 2061 |
| LOCATION | LOVES TRAVEL CTR, I 37 EXIT 72, THREE RIVERS TX |
| STEER AXLE | 12180 lb |
| DRIVE AXLE | 37460 lb |
| TRAILER AXLE | 36040 lb |
| GROSS WEIGHT | 85680 lb |
| LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED | FREIGHT ALL KINDS |
| COMPANY | WILLIE SHANNON |
| TRACTOR # | 2 |
| TRAILER # | 3 |
| WEIGH NUMBER | 8630 |
| FEE | 1.00 |
| WEIGHMASTER OR WEIGHER SIGNATURE | ODILIA GUAJARDO |
| FULL WEIGH TICKET # (IF REWEIGH) | 17698630 |

Handwritten notations: "Double ✓", "10"

---

## Ticket 17698630

**CAT SCALE — Certified Automated Truck Scale**
CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

| Field | Value |
|---|---|
| TICKET NUMBER | 17698630 |
| DATE | 11-09-2010 |
| APPROXIMATE TIME | 710 |
| SCALE | 2061 |
| LOCATION | LOVES TRAVEL CTR, I 37 EXIT 72, THREE RIVERS TX |
| STEER AXLE | 10940 lb |
| DRIVE AXLE | 13620 lb |
| TRAILER AXLE | 8800 lb |
| GROSS WEIGHT | 33360 lb |
| LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED | FREIGHT ALL KINDS |
| COMPANY | WILLIE SHANNON |
| TRACTOR # | 2 |
| TRAILER # | 3 |
| WEIGH NUMBER | 8630 |
| FEE | 9.00 |
| WEIGHMASTER OR WEIGHER SIGNATURE | BILLIE RODRIGUEZ |

## Ticket 17698642

**CAT SCALE**
CERTIFIED AUTOMATED TRUCK SCALE
CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

*Reiter*

PUBLIC WEIGHMASTER'S CERTIFICATE OF WEIGHT & MEASURE



WEIGH NUMBER **8631**

### THE CAT SCALE GUARANTEE
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.

**"WEIGH WHAT WE SAY OR WE PAY"®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | | |
|---|---|---|
| DATE: 11-09-2010 | STEER AXLE | 12440 lb |
| APPROXIMATE TIME: 1024 | DRIVE AXLE | 37080 lb |
| SCALE 2061 | TRAILER AXLE | 35620 lb |
| LOCATION: LOVES TRAVEL CTR I 37 EXIT 72 THREE RIVERS TX | *GROSS WEIGHT | 85140 lb  1° |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED: **FREIGHT ALL KINDS**
COMPANY: **WILLIE SHANNON**    TRACTOR #: **REITER**    TRAILER #: **00**
FEE **1.00**    WEIGHMASTER OR WEIGHER SIGNATURE: *Odilia Guajardo*    FULL WEIGH TICKET # (IF REWEIGH): **17698631**

CUSTOMER COPY    DRIVER IN TRUCK UNLESS CHECKED HERE: ___    © CAT SCALE® FORM TEXAS 12/09

---

## Ticket 17698631

**CAT SCALE**
CERTIFIED AUTOMATED TRUCK SCALE
CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

PUBLIC WEIGHMASTER'S CERTIFICATE OF WEIGHT & MEASURE



WEIGH NUMBER **8631**

### THE CAT SCALE GUARANTEE
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.

**"WEIGH WHAT WE SAY OR WE PAY"®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | | |
|---|---|---|
| DATE: 11-09-2010 | STEER AXLE | 11100 lb |
| APPROXIMATE TIME: 712 | DRIVE AXLE | 13640 lb |
| SCALE 2061 | TRAILER AXLE | 9160 lb |
| LOCATION: LOVES TRAVEL CTR I 37 EXIT 72 THREE RIVERS TX | *GROSS WEIGHT | 33900 lb |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED: **FREIGHT ALL KINDS**
COMPANY: **WILLIE SHANNON**    TRACTOR #: **REITER**    TRAILER #: **00**
FEE **9.00**    WEIGHMASTER OR WEIGHER SIGNATURE: *BR* **BILLIE RODRIGUEZ**    FULL WEIGH TICKET # (IF REWEIGH): ___

CUSTOMER COPY    DRIVER IN TRUCK UNLESS CHECKED HERE: ___    © CAT SCALE® FORM TEXAS 12/09

 

## TRUCKER'S BILL OF LADING

LOT # 7815 or 8739    DATE November 9, 2010
SELLER Pierce Cattle Co.    BUYER Eastern Livestock (S2A)
LOADED AT Cooloe West, TX    DESTINATION Ulysses Feedyard, Ulysses KS
TRUCKED BY Byford/Bishop Trucking    TRUCK # 27, 38
NUMBER OF HEAD LOADED 210    TIME OF DEPARTURE 11:05 AM
CONDITION OF CATTLE WHEN LOADED good

COMMENTS

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____    _____
TRUCKER'S SIGNATURE    SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____
BUYERS COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | November 9, 2010 | | Lot # | 8739 | |
|---|---|---|---|---|---|
| Buyer | Eastern Livestock — SLA | | | | |
| Address | 135 West Market | | | | |
| City | New Albany | State | IN | Zip Code | 47150 |
| Seller | Nueces Cattle Co. | Weighted At | Three Rivers, TX Love's Truck Stop | | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 210 | Feeder Steers | 154,680 | 2% | 151,586 | 722 | $109.12 | $165,410.69 |

DESTINATION: Ulysses Feedyard, Ulysses, KS
TRUCKED BY: England, Double V, Reiter

LESS PART PAYMENT: $8400.00

NET DUE: $157,010.64

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

### CERTIFICATE OF VACCINATION

CIRCLE ONE: SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.
B. Fed any antibiotic ionophores.
C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.
D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified    Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____    Date _____