# EXHIBIT F PART 11

# Exhibit File Check List

## Lot #:  8787

| | |
|---|---|
| __x__ | Delivery Sheet |
| NorPo | Eastern Payment Info |
| __x__ | Livestock Contract |
| __x__ | Consignment Contract |
| __x__ | Cleared Part Payment Check |
| __x__ | Cleared Final Payment Check |
| __x__ | Copy of Part Payment Check |
| __x__ | Copy of Delivery Paperwork |

# SUPERIOR LIVESTOCK AUCTION

1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
### Buyer # 0022-E

**Eastern Livestock**

| | |
|---|---|
| Office: | 800 687-2333 |
| Home: | 806 373-2333 |
| Cell: | 806 679-7580 |
| Fax: | 806 371-4774 |

135 West Market
New Albany, IN 47150

### LOT # 8787

Delivery Date   11/8/2010                                              Auction Date   8/26/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 60 | Feeder Steers | | 2 | | 800 | $106.00 | |

**Delivered:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 58 | Feeder Steers | 47800 | 2 | 46844 | 808 | $105.68 | $49,504.74 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 58 | | | | 46844 | | | $49,504.74 |

| | | | |
|---|---|---|---|
| **Seller:** Kyle Smit | | Part Payment Paid: | -   $2,400.00 |
| **Location:** Donalsonville, GA | | Adjustments: | $0.00 |
| **Destination:** ULYSSES, KS | | | |
| **Representative:** Jim Farley  904 284-5010 | | Net Due: | $47,104.74 |
| Josh Farley  904 509-2467 | | | |

Superior Livestock Auction attests that all livestock referenced by this document are of     __USA__     origin.

Superior Livestock Auction by

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle
referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior
Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

**LOT#** 8787                           **DELIVERY DATE** Nov 8 2010              **SALE DATE** August 26 2010
**SELLER** Kyle Smith    000 000-0000                                  **PAPERWORK REC'D**
**BANK** :                                                             Date entered 11/9/2010
**CONTRACT #** 22388                                                   Entered by FAYE
12/1/2010  09:37:12

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|--------|-------|-----|-------|-----|--------|---------|-------|--------------|
| CONT 60 | Feeder Steers | | 2 | 4 | | 800# | $ 106.00 | |
| DELV 58 | Feeder Steers | 47800 | 2 | 4 | 46844 | 808# | $ 105.68 | $ 49,504.74 |

**TOTALS**
          58                                          46844                        $   49,504.74

| | |
|---|---|
| PART PAYMENT | 1,800.00 |
| GROSS COMMISSION | 990.09 |
| ADDITIONAL COMMISSION | 116.00 |
| CONSIGNMENT FEE CREDIT | .00 |
| NET COMMISSION DEDUCTED | 1,106.09 |
| BEEF CHECKOFF Donalsonville, GA | 58.00 |
| LA/AR | .00 |
| OTHER | .00 |
| TOTAL DEDUCTIONS | 2,964.09 |
| NET PROCEEDS DISBURSED | $   46,540.65 |

CHECK #           PAYABLE TO                        CLEARED

  48166-2  Kyle Smith                   46,540.65 11/16/2010$   46,540.65


                                              **TOTAL PAID** $   46,540.65
                                    **UNDERPAID/OVERPAID** $        .00
'*************************************************************************
**BUYER** Eastern Livestock   812 949-9035
**NEW BUYER** Cactus Feeders   800 687-2333  806 371-4774(f)
     BUYER # 0022-EAmarillo, TX  806 679-7580(m)    **GROSS AMT** $   49,504.74
**COUNTRY OF ORIGIN** USA              8/31/2010  **PART PAYMENT** $    2,400.00
                                              **ADJUSTMENTS** $        .00
**PD @ DEL   FUNDS SENT VIA**                    **NET DUE** $   47,104.74
**BUYER CALLED**
**DELIVERY DATE** Oct. 20-Nov. 10, 2010
**SLIDE** over the base weight              - 4
**SLA REP** Jim Farley          904-284-5010   904-284-5010
      Josh Farley          904-509-2467   904-509-2467
**DESTINATION** ULYSSES, KS


                     47,104.74  11/14/2010   $    47,104.74
                          **TOT AMOUNT PAID**$   47,104.74
                     **UNDERPAID/OVERPAID** $        .00
                              **ADJ TOTAL** $        .00
COMMENTS ULYSSES FEEDERS, ULYSSES KANSAS TRUCKED BY THE FARLEYS PER JOSH. FW.
LA PD 11/14



DDA Debits - 09/14/2010



DDA Debits - 09/14/2010

non post
9/15



**SUPERIOR**
**Livestock Auction**

Nº 06745

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

August 26, 2010

Kyle Smith

6041 Hwy 39 Apt #2

Donalsonville, GA  39845

60564          6745

Phone:

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|-------|-------|-------------|---------------|---------|--------|--|----------|
| 8786 | 64 | Feeder Steers | Oct. 20-Nov. 10 | 750# | $108.00 | | $1,920.00 |
| 8787 | 60 | Feeder Steers | Oct. 20-Nov. 10 | 800# | $106.00 | | $1,800.00 |
| 8894 | 64 | Feeder Heifers | Oct. 20-Nov. 10 | 760# | $99.75 | | $1,920.00 |
| TOTAL | 188 | HEAD | Part Pmt. Paid on | | 188 | HEAD | $5,640.00 |

DEDUCTIONS:

No Sale/Scratch Fees:                                    $0.00

NET PROCEEDS:                                          $5,640.00



**SUPERIOR**
**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

Nº 06745

August 26, 2010

PAY TO THE
ORDER OF     Kyle Smith

$ 5,640.00

Five Thousand Six Hundred Forty  Dollars and No Cents                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS



NON-NEGOTIABLE

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5558
Fax: (970) 842-2705
1-800-523-6610

Nº 048166

LOT # _8786/8787/8894_

DATE _Nov. 8, 2010_

PAY TO THE ORDER OF _Kyle Smith and_    $ _137.638.47_

One hundred thirty one thousand six hundred thirty eight and 47/100 _____ DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE IN
BANK OF COLORADO
P.O. BOX 525
BRUSH, Co., CRAFT 80723
Phone 970-842-2644

DDA Debits - 11/15/2010

*Ok Paul*

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

DDA Debits - 11/15/2010

FROM :                                                                        Jun. 27 2007 12:40PM  P1

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117


SUPERIOR
Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

REVISED
2006

CONSIGNMENT # _____                FAX TO: (970) 842-2705
Accepted by SLA _____     **CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**     (877) 523-6610
Effective Date _____          **AUCTION DATE** Aug 23-27 2010

THIS CONTRACT made and entered into this __9__ day of __Aug__ 2010, by and bet

__Kyle Smith__ _____ Owner _____
of __6041 Hwy 39 Apartment 2__ __Donalsonville__ __GA__ 39845
Phone _____ SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA

__Farley / Farley__ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this con

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGH |
|----------|-----------|------|-------------|----------|-----------|------|------------|
| 60 | 1 | Feeder Steers | 800 | | | Weaned Steer Calves | |
| 64 | 1 | Feeder Heifers | 760 | | | Weaned Heifer Calves | |
| 64 | 1 | Feeder Heifers Open w/ Vet Cert | 750 steers | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $_____ / cwt under original price of steers. SPECIAL LOGO: _____
VACCINATION PROGRAM: (circle one) SLA VAC 24  34  34+  45  PreCon   PFIZER SelectVac 24  34  34+  45  PreC

AGE & SOURCE VERIFIED: _____ RFID TAGS: YES NO  TESTED PI FREE: YES  OWNER CERTIFIED NATURAL:

SLIDE : __4__ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for de

BREED TYPE: __Angus, Angus cross and Charolais cross__

ORIGIN: Home Raised / 1st Calf Born _____ and/or Purchased from __SLA 2 Reputation Fc__ Ranches COUNTRY: _____

FRAME SIZE: __med__ (Small  Medium  Medium Large  Large)  FLESH CONDITION: __med__ (Light  Light Medium  Medium  Medium Heavy  Heavy

ESTIMATED WEIGHT VARIANCES - CHECK ONE - FAIRLY EVEN (0-10% +/- of pay weight)     UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15-25% +/- pay weight)     Seller warrants that no individual animal will vary more or less than these percentages fr
average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: Dehorned / Polled / very few w/ condition  FEEDING PROGRAM: 1) On cows & native grass  2) Native grass  3) w/ free choice
mineral and limited grain ration

CURRENT LOCATION: Cattle are located at __Farm__ which is __5__ miles __N
__Donalsonville__ __GA__ which is __50__ miles __E__ of __Dothan__ _____
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or
for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at __Shipping Area__ on / t
__Oct 20 - Nov 10 2010__ at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: Y
WEIGHING CONDITIONS: __Gather early A.m., pen, sort for quality, load on buyers truck, haul__
__5 miles, weigh on truck w/ a 2%__

LOADS: 48,000 pounds or __48000__                      FREIGHT ADJUSTMENT: _____

IMPLANTED: 1) No  2) Not by this owner  3) Yes with __Steers w/ Ralgro Hfrs NO__ on __Sept. 1__
BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be prior weighing if required for shipment at  a) Seller's  b) Buyers expense and risk
4) Can be prior to delivery at a) Seller's  b) Buyers expense  5) NO  CASTRATION: 1) Knife cut  2) Banded  3) Pinched  (circle on
COMMENTS: __An outstanding set of feeders that will hair up to go north.__
__Good sort.__
VACCINATIONS: __Complete Vaccination Program while on cows. At weaning Ultrabac 7 w/ Somnus__
__Bovishield Gold 5. One shot, dewormed w/ Dectomax inj. Cylence Pour on for fly control.__
BRANDS: __N/A__                WARRANTIES: Seller represents and warrants that it has good and m
title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security
or chattel mortgage in favor of _____ of _____ (CITY) _____ (STA

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ __180/192 1/192__ on __Below__ (DATE)

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)
__Seller agrees to pay SLA $3 per hd. If cattle NO SALE or Scratch__
LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock
above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containin
derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug
Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them.  Seller a
information on this contract is accurate and guarantees delivery on the livestock described herein.
MARKETING REPRESENTATIVE _____      SELLER __Kyle Smith__ (PRINT NAME)

_____                     By: X __Kyle Smith__
(SIGNATURE)                              (SIGNATURE)



**SUPERIOR Livestock Auction**

Nº 048166

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE _Nov 8, 2010_

SELLER _Kyle Smith_

ADDRESS _6041 Hwy 39 Apt #2_

CITY _Donalsonville_     STATE _GA_     ZIP CODE _37845_

LOT # _8786 / 8787 / 8894_     BUYER _Season / Eastern / Eastern_

| NO. HD | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 66 | # 8786   Strs | 47280 | -2 | 46,334 | 702 | 1.08 | 50,040. 72 |
| 58 | # 8787   Strs | 47800 | -2 | 46,844 | 808 | 1.0568 | 49,504. 74 |
| 65 | # 8894   Hfrs | 48320 | -2 | 47354 | 729 | .9975 | 47,235. 62 |

| DEDUCTIONS: | 8786 | 8787 | 8894 | |
|---|---|---|---|---|
| PART PAYMENT | 1920. | 1800. | 1920. | |
| COMMISSION | 1000.81 | 990.09 | 944.71 | |
| CONSIGNMENT FEE | 132. | 116. | 130. | |
| BEEF CHECKOFF | 66. | 58. | 65. | |
| Total Deducts Per Lot # | 3118.81 | 2964.09 | 3059.71 | |
| Net Due Per Lot # | 46,921.91 | 46,540.65 | 44,175.91 | |

TOTAL DEDUCTIONS

NET PROCEEDS  $ _137,638. 47_

---

**SUPERIOR Livestock Auction**

Nº 048166

LOT # _8786 / 8787 / 8894_

DATE _Nov 8, 2010_

$ _137,638. 47_

PAY TO THE ORDER OF _Kyle Smith and_

_One hundred thirty seven thousand six hundred thirty eight and 47/100_ _____ DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. Box 128
BRUSH, COLORADO 80723
Phone: (970) 842-5051

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON NEGOTIABLE

OFFICE COPY

## ELECTRONIC SCALE TICKET

DATE 11-8-10

SELLER/BUYER Kyle Smith

ADDRESS

CITY _____ STATE ____ ZIP ____

COMMODITY

PRICE

REMARKS 58 Steer

DRIVER ☐ ON ☒ OFF

WEIGHER ___ Williams

Seaborn Printing Co./7-10

cut July 10'

800# Steers

Buyer Eastern

Lot #8787

80820 lb 02:22 PM 11/08/10

33020 lb 08:44 AM 11/08/10

47,800 #5

824

808 pay

## ELECTRONIC SCALE TICKET

DATE 11-08-10

SELLER/BUYER Ricky Smith

ADDRESS

CITY _____ STATE ____ ZIP ____

COMMODITY Cows

PRICE

REMARKS All Steers

DRIVER ☒ ON ☐ OFF

WEIGHER D Yee

cut July 10'  904-284-2299

Lot #8786 750#

Steers

Buyer Neal Spooner

81330 lb 06:14 PM 11/08/10

34100 lb 08:12 AM 11/08/10

47280

716.  702#
      Pay

Lot
8787

# DENVER NAPIER TRUCKING

P.O. BOX 734
BRANFORD, FLORIDA 32008
(386) 935-2552

•••INVOICE

PICK UP: _Kyle Smith Farms_     SHIP TO: _Ulysses Pardo_
_Suwanic Livestock Auction Lot# 8787_
_Donaldsonville Ga_              _Ulysses Ks_

| 11-8-10 | 11-9-10 |
|---|---|
| DATE PICKED UP | DATE DELIVERED |

| # PICKED UP | DESCRIPTION | WEIGHT | DELIVERED | MILES | PER MILE | TOTAL |
|---|---|---|---|---|---|---|
| 58 | Steers | | 58 | | | |

PLEASE MAKE CHECKS PAYABLE TO:
DENVER NAPIER TRUCKING
P.O. BOX 734
BRANFORD, FL 32008

# RECIEVED IN GOOD CONDITION

DRIVER _____   RECIEVER _J L G G_

FROM :                    FAX NO. :                    Oct. 14 2007 05:45AM P1



**SUPERIOR**
**Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | Nov. 8, 2010 | Lot # | 8787/8894 |
|---|---|---|---|
| Buyer | Eastern Livestock | | |
| Address | 135 W Market | | |
| City | New Albany | State | IN | Zip Code | 47150 |
| Seller | | Weighted At | | | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 58 | 8787  Strs | 47800 | -2 | 46,844 | 808 | 1.0568 | 49,504.78 |
| | | | | Part Payment → | | | 2400 |
| | | | | Net Due | | | 47104.78 |
| 65 | 8894  Hfrs | 48320 | -2 | 47354 | 729 | .9975 | 47,235.62 |
| | | | | Part Payment → | | | 2560 |
| | | | | Net Due | | | 44,675.62 |

DESTINATION: _Ulysses, KS._

TRUCKED BY: _Farley_

| LESS PART PAYMENT | |
|---|---|

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

| NET DUE | |
|---|---|

| ☐ CERTIFICATE OF VACCINATION | | | |
|---|---|---|---|
| **CIRCLE ONE** SLA   VAC24   VAC34   VAC34+   VAC45   PRECON PFIZER SELECTVAC   24   34   34+   45   PRECON | | | |
| Vaccine | Brand Name | Date Given | Administered |
| 7-way | | | IM  /  Sub Q |
| IBR, PI3, BVD & BRSV | | | IM  /  Sub Q |
| Boostered | | | IM  /  Sub Q |
| Pasteurella | | | IM  /  Sub Q |
| Boostered | | | IM  /  Sub Q |
| Other | | | IM  /  Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

☐ **CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

| ☐ | Age/Source Verified | Database Provider _____ | | Seller Please Initial _____ |
|---|---|---|---|---|

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____                    Date _____