# EXHIBIT F PART 12

# Exhibit File Check List

**Lot #:** 8855

- ☒ Delivery Sheet
- ☒ Eastern Payment Info
- ☒ Livestock Contract
- ☒ Consignment Contract
- ☒ Cleared Part Payment Check
- ☒ Cleared Final Payment Check
- ☒ Copy of Part Payment Check
- ☒ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

## BUYERS INVOICE
Buyer # 0016

**Eastern Livestock**  Office: 812 949-9035

135 West Market
New Albany, IN 47150  Fax: 812 949-9060

**LOT # 8855**

**Delivery Date** 11/1/2010  **Auction Date** 8/26/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 70 | Feeder Heifers | | 2 | | 700 | $105.85 | |

**Delivered:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 66 | Feeder Heifers | 49925 | 2 | 48927 | 741 | $104.21 | $50,986.83 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 66 | | | | 48927 | | | $50,986.83 |

**Seller:** Will & Lane Anderson  **Part Payment Paid:** - $2,800.00
**Location:** 150 mls SE of Springfield, MO  **Adjustments:** $0.00
**Destination:** AMARILLO, TX
**Representative:** Steve Anderson 870 615-1164  **Net Due:** $48,186.83

Superior Livestock Auction attests that all livestock referenced by this document are of  **USA**  origin.

Superior Livestock Auction by

*Eastern Livestock's check was not deposited it was sent for collection and returned "unpaid"*

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To: Bank of Colorado, 301 Clayton St, Brush, CO 80723 Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

| | | |
|---|---|---|
| LOT# 8855 | DELIVERY DATE Nov 1 2010 | SALE DATE August 26 2010 |
| SELLER Will & Lane Anderson  870 615-9145 | | PAPERWORK REC'D 11/20/20 |
| BANK | | Date entered 11/1/2010 |
| CONTRACT # 22578 | | Entered by RH |
| 12/1/2010  09:33:55 | | |

| | # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CONT | 70 | Feeder Heifers | | 2 | 4 | | 700# | $ 105.85 | |
| DELV | 66 | Feeder Heifer 49925 | | 2 | 4 | 48927 | 741# | $ 104.21 | $ 50,986.83 |

| | | | | |
|---|---|---|---|---|
| TOTALS | | | | |
| 66 | | 48927 | | $ 50,986.83 |

| | |
|---|---|
| PART PAYMENT | 2,100.00 |
| GROSS COMMISSION | 1,019.74 |
| ADDITIONAL COMMISSION | 132.00 |
| CONSIGNMENT FEE CREDIT | .00 |
| NET COMMISSION DEDUCTED | 1,151.74 |
| BEEF CHECKOFF 150 mls SE of Springfield, AR | 66.00 |
| LA/AR Arkansas Brucellosis Fund  $1.00/head | 66.00 |
| OTHER | .00 |
| TOTAL DEDUCTIONS | 3,383.74 |
| NET PROCEEDS DISBURSED | $ 47,603.09 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---|---|---|---|---|
| 50139 | Will & Lane Anderson | 47,603.09 | 11/3/2010 | $ 47,603.09 |

| | |
|---|---|
| TOTAL PAID | $ 47,603.09 |
| UNDERPAID/OVERPAID | $ .00 |

*******************************************************************************

BUYER Eastern Livestock   812 949-9035   812 949-9060(f)
      BUYER # 0016   New Albany, IN   (m)
COUNTRY OF ORIGIN USA          8/31/2010

| | |
|---|---|
| GROSS AMT | $ 50,986.83 |
| PART PAYMENT | $ 2,800.00 |
| ADJUSTMENTS | $ .00 |
| NET DUE | $ 48,186.83 |

PD @ DEL    FUNDS SENT VIA
BUYER CALLED
DELIVERY DATE Oct. 20-Nov. 10, 2010
SLIDE over the base weight             - 4
SLA REP Steve Anderson        870-746-4636   870-615-1164
DESTINATION AMARILLO, TX

| | | | |
|---|---|---|---|
| | 48,186.83 | 11/8/2010 | $ 48,186.83 |
| | | TOT AMOUNT PAID | $ 48,186.83 |
| | | UNDERPAID/OVERPAID | $ .00 |
| | | ADJ TOTAL | $ .00 |

COMMENTS   CACTUS WILL PAY FOR THIS LOT    SLA PD 7 DAYS

Cactus

```
CHECK NUMBER:    125163    CHECK DATE: 10/11/02    CHECK AMOUNT:    148,058.07
   101101    67H @  49588#                          00006        56,232.79
   101101  10684  -E#9839    53,432.79              00006         2,800.00-
   101101    65H @  48573#                          00006        49,238.45
   101101  11219  -E#7538D   46,438.45              00005         2,800.00-
   101101    66H @  48927#                          00006        50,986.83
   101101  10561  -E#8855    48,186.83              00006         2,800.00-
                             148,058.07
```

**EASTERN LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

N⁰ 125163    73-27/421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 10/11/02 | 125163 | ** | **148,058.07 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

SENT FOR COLLECTION



# FIFTH THIRD BANK

November 30, 2010

Bank of Colorado
Central Operations
PO Box 147
Fort Lupton, CO 80621

Re: Collection Request – Eastern Livestock Co LLC

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on the above referenced account

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-358-9355

Regards,

Katie Block
Garnishment Clerk



FIFTH THIRD BANK

November 26, 2010

Bank of Colorado
Central Operations
PO Box 147
Fort Lupton, CO 80621

Re: Collection Request – Eastern Livestock Co LLC

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on the above referenced account.

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-358-9355.


Regards,

Ben Loomis
Support Services Manager

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

```
CHECK NUMBER:      125163    CHECK DATE: 10/11/02   CHECK AMOUNT:      148,058.07
   101101     67H @   49588#                          00006              56,232.79
   101101   10684  -E#9839   53,432.79                00006               2,800.00-
   101101     65H @   48573#                          00006              49,238.45
   101101   11219  -E#7538D  46,438.45                00006               2,800.00-
   101101     66H @   48927#                          00006              50,986.83
   101101   10561  -E#8855   48,186.83                00006               2,800.00-
                             148,058.07
```

**EASTERN LIVESTOCK CO., LLC**

**EASTERN LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

N° 125163

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 10/11/02 | 125163 | ** | **148,058.07 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

# Domestic/Draft Collection Request Letter

10/07/08 update

Date of Request: 11/8/2010

Customer Name: Superior Livestock Auction Inc

Apply to account upon collection:

Amount of Item: $1,370,111.69

Type of Item: Domestic Item/Sending Bank to Bank ▼ (choose one)

Charge to Customer: Waived ▼
If waived, give reason:

**Standard bank charge is $15.00 and applies to all items regardless of how item is processed**

**Domestic items have a 9 digit US ABA number**

Employee Name: Tori Mesch
Branch Number: 41 ▼

---

## Shared Ops Use Only

E-mail received from branch: _____      Date Received: _____

Date item sent: _____                    Amount of CL: _____

Date received credit: _____              E-mail branch of receipt: _____

Ops Employee: _____                      Sent Customer Receipt: _____

|        | Eastern Checks          |
|--------|-------------------------|
|        | Received 11-8           |
|        | Sent for Collection     |
| 125140 | $113,636.96             |
| 125151 | $96,511.90              |
| 125152 | $120,213.96             |
| 125154 | $109,969.97             |
| 125156 | $147,678.34             |
| 125158 | $120,844.59             |
| 125160 | $157,423.23             |
| 125162 | $116,903.60             |
| 125163 | $148,058.07             |
| 125165 | $134,281.75             |
|        | $1,265,522.37           |
|        |                         |
|        |                         |
| 125166 | $104,589.32             |

```
113,636.96  +
 96,511.90  +
120,213.96  +
109,969.97  +
147,678.34  +
120,844.59  +
157,423.23  +
116,903.60  +
148,058.07  +
134,281.75  +
104,589.32  +
1,370,111.69  *
```




# LIVESTOCK CONTRACT

121 East Exchange, Suite 121  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

1138   Livestock Auction   Lot #: 8855   0016

THIS CONTRACT made and entered into this **26th** day of **August, 2010**, in Brush, Morgan County, Colorado by and between **Will & Lane Anderson** of **8565 Hwy 66**, **Timbo** **AR** **72680** Phone Number, , hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market**, **New Albany** **IN** **47150** Phone, **812-949-9035** Fax, **812-949-9060** Cell, , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 70 | Feeder Heifers | 700 | $105.85 |

BREED TYPE: **English, English cross, English Exotic cross & Exotic cross. Few may have 1/4 Brahman influence, depending on sort.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.

ORIGIN: **Local**    COUNTRY OF ORIGIN **USA**

FRAME:     FLESH:

HORNS: **Dehorned**    EST WT VARIANCE: **Uneven**

FEEDING PROGRAM: **Tame grass, cut over Bermuda grass & supplemented with 4# DDG per hd per day.**

CURRENT LOCATION: **Anderson Ranch, 150 miles SE of Springfield, MO**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.

DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.    **Anderson Ranch Scale**    on/between **Oct. 20-Nov. 10, 2010**    at the option of the    **representative**.

WEIGHING CONDITIONS: **Gather early, size & weigh on ground w/a 2%.**

SLIDE: If the livestock average **over the base weight** the price will be adjusted **4** cents per pound for every pound **over** that weight on the total net pounds.

COMMENTS: **Nice set of English based feeders. Backgrounded at this location since 12/09.**

VACCINATIONS: **3 rounds ViraShield 6, Blackleg & wormed as needed. Last worming 7/10.**

AGE/SOURCE VERIFIED: **No**

LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**    IMPLANTED: **No**

BANGS VACCINATED: **No**

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.

PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **70** head, the sum of $ **2,800.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **2,100.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    BUYER:    **Eastern Livestock**

**Will & Lane Anderson**

BY: _M. Morrow SLA_    BY: _K. Frye SLA_

REPRESENTED BY:    **Steve Anderson**    870 746-4636    870 746-4399    870 615-1164

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

**ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.**

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3600
1-800-422-2117



P.O. Box 36
Brush, CO 80723
(970) 842-5566
1-800-523-6610

REVISED DATE
2009

CONSIGNMENT # _____ 1138
Accepted by SLA _____
Effective Date 8-8-10   AUCTION DATE 8-23-10

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this __8__ day of __Aug__, 20__10__, by and between
__Will & Lane Anderson__ , Owner _____ (IF NOT CORPORATION, LLC, ETC.)
(SELLER'S NAME AS PAYMENT IS TO BE MADE)
of __8565 Hwy 66__ __Timbo__ , __AR__ __72680__
(MAILING ADDRESS) (CITY) (STATE) (ZIP)
Phone __870-615-9145__ SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA) and
__Steve Anderson__ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
|  |  | Feeder Steers |  |  |  | Weaned Steer Calves |  |
| 57 | 1 | Feeder Heifers | 725 |  |  | Weaned Heifer Calves |  |
|  |  | Feeder Heifers Open w/ Vet Cert. |  |  |  | Steer Calves on Cows |  |
|  |  | Holstein Bulls / Steers / Heifers |  |  |  | Heifer Calves on Cows |  |

MIXED LOADS: Heifer price will be $_____ / cwt under original price of steers. SPECIAL LOGO: _____
VACCINATION PROGRAM: (circle one) SLA VAC 24  34  34+  45  PreCon   PFIZER SelectVac 24  34  34+  45  PreCon
(ANGUS, HEREFORD, ETC.)
AGE & SOURCE VERIFIED: _____ RFID TAGS: YES (NO)   TESTED PI FREE: YES   OWNER CERTIFIED NATURAL: YES
(PROGRAM)
SLIDE : __4__ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery
BREED TYPE: __English, English cross, English exotic cross, exotic cross few__
__may ___ have 1/4 Brahman influence depending on sort.__

ORIGIN: Home Raised /1st Calf Born _____ and/or Purchased from __local__ COUNTRY: _____
(DATE) (STATE(S) OR GEOGRAPHIC REGION)
FRAME SIZE: _____   FLESH CONDITION: _____
Small  Medium  Medium Large  Large          Light  Light Medium  Medium  Medium Heavy  Heavy
ESTIMATED WEIGHT VARIANCE: **CHECK ONE**  FAIRLY EVEN (0-10% +/- of pay weight) _____  UNEVEN (10-15% +/- pay weight) _____
VERY UNEVEN (15-25% +/- pay weight) __✓__. Seller warrants that no individual animal will vary more or less than these percentages from the
average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: __dehorned__ FEEDING PROGRAM: 1) On cows & native grass  2) Native grass  3) __Tame grass, cut__
__over bermuda grass supplemented with 4# DDG per hd per day__
CURRENT LOCATION: Cattle are located at __Anderson Ranch__ which is __150__ miles __SE__ of
(RANCH, PASTURE, FEEDYARD, ETC.) (DIRECTION)
__Springfield__ __MO__ ; which is _____ miles _____ of _____, _____
(NEAREST TOWN) (STATE) (DIRECTION) (NEAREST CITY) (STATE)
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture,
for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.
DELIVERY: Seller will deliver cattle to Buyer's truck(s) at __Anderson Ranch Scale__ on / between
(RANCH, SCALE, ETC.)
__Oct 20 - Nov 10__ at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES (NO)
(DELIVERY DATE WITHIN 2 WEEK PERIOD)
WEIGHING CONDITIONS: __gather early, sort for size, weigh on ground with 2%__
__shrink__

LOADS: ~~48000~~ pounds or _____   FREIGHT ADJUSTMENT: _____
IMPLANTED: 1) Yes (No)  2) Not by this owner  3) Yes with _____ on _____
(BRAND NAME) (DATE IMPLANTED - IF KNOWN)
BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) (No)   CASTRATION: 1) Knife cut  2) Banded  3) Pinched  (circle one)
COMMENTS: __nice set of English based feeders, backgrounded at this location__
__since Dec. 09.__
VACCINATIONS: __Three rds Virashield 6, blackleg & wormed as needed (last__
__worming July '10.__

BRANDS: _____   WARRANTIES: Seller represents and warrants that it has good and marketable
title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest
or chattel mortgage in favor of _____ of _____, _____
(LIENHOLDER) (CITY) (STATE)
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____.
(DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described
above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein
derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all
information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE                SELLER _____ (PRINT NAME)
__Steve Anderson__                       By: X __Will Anderson__
(SIGNATURE)                                     (SIGNATURE)



DDA Debits - 09/15/2010

DDA Debits - 09/15/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

N°- 050139
LOT # 7855
DATE 11/1/10

PAY TO THE ORDER OF: Will & Lane Anderson        $ 47603.01

Forty-seven Thousand six hundred Three & 01/100's — DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Steve [signature]

DDA Debits - 11/02/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, or other non-individual entity, Bank or other lending institution check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/02/2010



**SUPERIOR Livestock Auction**

Nº 06717

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

August 26, 2010

Will & Lane Anderson

8565 Hwy 66

Timbo, AR  72680

60585      6717

Phone: 870-615-9145

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 8855 | 70 | Feeder Heifers | Oct. 20-Nov. 10 | 700# | $105.85 | | $2,100.00 |
| TOTAL | 70 | HEAD | | Part Pmt. Paid on | 70 | HEAD | $2,100.00 |
| | DEDUCTIONS: | | | | | | |
| | No Sale/Scratch Fees: | | | | | $0.00 | |
| | NET PROCEEDS: | | | | | | $2,100.00 |

---



**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 06717

August 26, 2010

PAY TO THE
ORDER OF   Will & Lane Anderson

$ 2,100.00

Two Thousand One Hundred Dollars and No Cents

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

N° 050139



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 1/1/10
SELLER Will & Lane Anderson
ADDRESS
CITY _____ STATE _____ ZIP CODE _____
LOT # 8855    BUYER Eastern

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 66 | 4 | 47925 | 2% | 46927 | 741 | 500 / 104.21 | 50946 83 |

| DEDUCTIONS: | | |
|---|---|---|
| PART PAYMENT | 2100 | 00 |
| COMMISSION | 1019 | 74 |
| CONSIGNMENT FEE | 132 | 00 |
| BEEF CHECKOFF | 66 | 00 |
| Brand | 66 | 00 |
| TOTAL DEDUCTIONS | 3383 | 74 |

NET PROCEEDS 47603.09

---

N° 050139

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 8855
DATE 1/1/10

PAY TO THE ORDER OF Will & Lane Anderson    $ 47603.09

Forty Seven Thousand Six hundred three 09/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE

OFFICE COPY

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117



P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

## Livestock Auction
### WEIGH SHEET

SELLER: Will & Lane Anderson    LOT #: 8855

BUYER: Eastern

WEIGHED AT: Anderson's    DATE: 11/1/10

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
| 8 | 6180 | | | | | | |
| 8 | 5870 | | | | | | |
| 7 | 5390 | | | | | | |
| 7 | 5830 | 39450 | | | | | |
| 4 | 3155 | | | | | | WEIGH BACKS |
| 3 | 2000 | | | | | | |
| 7 | 5125 | | | | | | |
| 8 | 5900 | | | | | | |
| 7 | 5315 | | | | | | |
| 7 | 5160 | | | | | | |
| | | 19925 x98 | | | | | |
| | | 48927 = 741 | | | | 50986.43 | |

TOTAL CATTLE WEIGHED
LESS WEIGHBACKS
GROSS WEIGHT

WEIGHED BY
NOTES:

OFFICE COPY

Case 10-93904-BHL-11   Doc 410-26   Filed 03/28/11   EOD 03/28/11 12:22:40   Pg 19 of 19



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | 11/1/10 | | Lot # | 8855 |
|---|---|---|---|---|
| Buyer | Asper | | | |
| Address | | | | |
| City | | State | | Zip Code |
| Seller | Will & Lane Anderson | Weighted At | Anderson's | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 66 | | 49925 | 2% | 48927 | 741 | 104²⁵ | 50986 83 |

DESTINATION: _____

TRUCKED BY: _____

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

| LESS PART PAYMENT | 2800 |
|---|---|
| NET DUE | 48186 83 |

### CERTIFICATE OF VACCINATION

**CIRCLE ONE**  SLA   VAC24   VAC34   VAC34+   VAC45   PRECON
PFIZER SELECTVAC   24   34   34+   45   PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

he seller hereby certifies that these cattle were administered the above vaccinations.

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

Age/Source Verified    Database Provider _____

Seller Please Initial _____

he seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____    Date _____