# EXHIBIT F PART 13

## Exhibit File Check List

Lot #: __8894__

- __v__ Delivery Sheet
- __Not Pd__ Eastern Payment Info
- __x__ Livestock Contract
- __✓__ Consignment Contract
- __✓__ Cleared Part Payment Check
- __✓__ Cleared Final Payment Check
- __✓__ Copy of Part Payment Check
- __✓__ Copy of Delivery Paperwork

# SUPERIOR LIVESTOCK AUCTION
1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

## BUYERS INVOICE
**Buyer # 0022-E**

**Eastern Livestock**

**135 West Market**
**New Albany, IN  47150**

| | |
|---|---|
| Office: | 800 687-2333 |
| Home: | 806 373-2333 |
| Cell: | 806 679-7580 |
| Fax: | 806 371-4774 |

**LOT # 8894**

**Delivery Date**   11/8/2010

**Auction Date**   8/26/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 64 | Feeder Heifers | | 2 | | 760 | $99.75 | |

**Delivered:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | Feeder Heifers | 48320 | 2 | 47354 | 729 | $99.75 | $47,235.62 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | | | | 47354 | | | $47,235.62 |

**Seller:**  Kyle Smit
**Location:**  Donalsonville, GA
**Destination:**  ULYSSES, KS
**Representative:**  Jim Farley  904 284-5010
Josh Farley  904 509-2467

| | | |
|---|---|---|
| Part Payment Paid: | - | $2,560.00 |
| Adjustments: | | $0.00 |
| Net Due: | | $44,675.62 |

Superior Livestock Auction attests that all livestock referenced by this document are of    **USA**    origin.

Superior Livestock Auction by

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

**SUPERIOR LIVESTOCK AUCTION**

LOT# 8894
SELLER Kyle Smith      000 000-0000
BANK
CONTRACT # 22389
12/1/2010  09:34:31

DELIVERY DATE Nov 8 2010
SALE DATE August 26 2010
PAPERWORK REC'D
Date entered 11/9/2010
Entered by FAYE

| | # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CONT | 64 | Feeder Heifers | | 2 | 4 | | 760# | $ 99.75 | |
| DELV | 65 | Feeder Heifer 48320 | 2 | 4 | 47354 | 729# | $ 99.75 | $ 47,235.62 |

TOTALS
65                                47354                        $  47,235.62

PART PAYMENT                                  1,920.00
GROSS COMMISSION                        944.71
ADDITIONAL COMMISSION            130.00
CONSIGNMENT FEE CREDIT              .00
NET COMMISSION DEDUCTED                        1,074.71
BEEF CHECKOFF Donalsonville, GA           65.00
LA/AR                                              .00
OTHER                                              .00
TOTAL DEDUCTIONS                              3,059.71
NET PROCEEDS DISBURSED                              $  44,175.91

CHECK #        PAYABLE TO                              CLEARED
48166-3  Kyle Smith                  44,175.91  11/16/2010  $  44,175.91

TOTAL PAID  $    44,175.91
UNDERPAID/OVERPAID  $         .00
****************************************************************
BUYER Eastern Livestock      812 949-9035
NEW BUYER Cactus Feeders    800 687-2333   806 371-4774(f)
    BUYER # 0022-EAmarillo, TX   806 679-7580(m)    GROSS AMT  $  47,235.62
                            8/31/2010           PART PAYMENT $   2,560.00
D @ DEL    FUNDS SENT VIA                    ADJUSTMENTS  $         .00
BUYER CALLED                                  NET DUE    $  44,675.62
DELIVERY DATE Oct. 20-Nov. 10, 2010
SLIDE over the base weight              - 4
LA REP Jim Farley          904-284-5010   904-284-5010
      Josh Farley          904-509-2467   904-509-2467
DESTINATION ULYSSES, KS

                          44,675.62  11/14/2010    $   44,675.62
                                    TOT AMOUNT PAID $  44,675.62
                                    UNDERPAID/OVERPAID $      .00
                                    ADJ TOTAL      $       .00
COMMENTS ULYSSES FEEDERS, ULYSSES KANSAS TRUCKED BY THE FARLEYS PER JOSH. FW.
PD 11/14

Case 10-93904-BHL-11    Doc 410-22    Filed 03/28/11    EOD 03/28/11 12:22:40    Pg 5 of 14



**SUPERIOR Livestock Auction**

**LIVESTOCK CONTRACT**

232 East Exchange, Suite 521  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

944C

Lot #: 8894

0016

THIS CONTRACT made and entered into this 26th day of August, 2010, in Brush, Morgan County, Colorado by and between **Kyle Smith** of **6041 Hwy 39 Apt #2    Donalsonville    GA    39845    Phone Number,** hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market    New Albany    IN    47150    Phone, 812-949-9035    Fax, 812-949-9060 Cell,** , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 64 | Feeder Heifers | 760 | $99.75 |

BREED TYPE: Angus, Angus cross & Charolais cross.

MIXED LOADS: Heifer price will be $ 0 /CWT under original price of steers.
ORIGIN: SLA 2 FL Ranches          COUNTRY OF ORIGIN  USA
FRAME: Medium                      FLESH: Medium
HORNS: Dehorned, Polled, very few Calf Horns    EST WT VARIANCE: Uneven
FEEDING PROGRAM: Native grass w/free choice mineral & limited grow ration.

CURRENT LOCATION: Farm, 5 miles N of Donalsonville, GA which is 50 miles E of Dothan, AL

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.    Shipping Pens    on/between
Oct. 20-Nov. 10, 2010                     at the option of the    representative.
WEIGHING CONDITIONS: Gather early, pen, sort for quality, load on buyers truck, haul 5 miles & weigh on truck w/a 2%.

SLIDE: If the livestock average  over the base weight   the price will be adjusted   4   cents per pound for every pound   over   that weight on the total net pounds.

COMMENTS: Outstanding set of feeders that will hair up to go North. Good sort. Complete vacc. program while on cows.

VACCINATIONS: Ultrabac 7 w/Somnus, BoviShield Gold 5, One Shot & wormed w/Dectomax Inj. @ weaning. Cylence Pour-On for fly control.
AGE/SOURCE VERIFIED: No
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: Yes    IMPLANTED: Not by this owner
BANGS VACCINATED: No

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on   64   head, the sum of $  2,560.00  , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $  1,920.00  , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:                                    BUYER:    Eastern Livestock
Kyle Smith

BY: *M Morrow SLA*                         BY: *K Frye SLA*
REPRESENTED BY:  Jim Farley        904 284-5010    904 284-5010    904 237-8480
                 Josh Farley       904 509-2467    904 284-5010    904 509-2467

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

FROM :  FAX NO. : Oct. 27 2009 12:40PM P1

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

REVISE 20

CONSIGNMENT # _____
Accepted by SLA
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE Aug 23-27, 2010

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this **9** day of **Aug**, 20**10**, by and be

Kyle Smith (SELLER'S NAME AS PAYMENT IS TO BE MADE) ........ Owner ...... (IF NOT CORPORATION, LLC, ETC.)

of **6041 Hwy 39 Apartment 2**, **Donalsonville**, **GA** **39845**
(MAILING ADDRESS) (CITY) (STATE) (ZIP)

Phone _____ SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA

**Farley / Farley** (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this con

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGH |
|---|---|---|---|---|---|---|---|
| 60 | 1 | Feeder Steers | 800 | | | Weaned Steer Calves | |
| 64 | 1 | Feeder Heifers | 740 | | | Weaned Heifer Calves | |
| 64 | 1 | Feeder ~~Heifers~~ Steers Open w/ Vet Cert | ~~750~~ Steers | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $_____ / cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)
VACCINATION PROGRAM: (circle one) SLA VAC 24   34   34+   45   PreCon      PFIZER SelectVac 24   34   34+   45   PreCon
AGE & SOURCE VERIFIED: _____ (PROGRAM) RFID TAGS: YES NO   TESTED PI FREE: YES   OWNER CERTIFIED NATURAL:
SLIDE: **4** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 c
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for deli
BREED TYPE: **Angus, Angus cross and Charolais cross**

ORIGIN: Home Raised / 1st Calf Born _____ (DATE) and/or Purchased from **SLA 2 Reputation FL Ranches** COUNTRY: _____ (STATE(S) OR GEOGRAPHIC REGION)
FRAME SIZE: **med**   Small (Medium) Medium Large   Large       FLESH CONDITION: **med**   Light   Light Medium (Medium) Medium Heavy   Heavy
ESTIMATED WEIGHT VARIANCE: CHECK ONE - FAIRLY EVEN (0-10% +/- of pay weight) _____ (UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15-25% +/- pay weight) _____ Seller warrants that no individual animal will vary more or less than these percentages from
average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: **Dehorned / Polled / very few w/ calf horns** FEEDING PROGRAM: 1) On cows & native grass  2) native grass  3) **w/ free choice mineral and limited grow ration**
CURRENT LOCATION: Cattle are located at **Farm** (RANCH, PASTURE, FEEDYARD, ETC.) which is **5** miles **N** (DIRECTION)
**Donalsonville** , **GA** ; which is **50** miles **E** of **Dothan** , **AL**
(NEAREST TOWN) (STATE) (DIRECTION) (NEAREST CITY) (STATE)
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pas
for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.
DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Shipping Pens** (RANCH, SCALE, ETC.) on / bet
**Oct. 20 - Nov. 10, 2010** (DELIVERY DATE WITHIN 2 WEEK PERIOD) at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES
WEIGHING CONDITIONS: **Gather early A.M., pen, sort for quality, load on buyers truck haul 5 miles weigh on truck w/ a 2%**
LOADS: 48,000 pounds or **48000**       FREIGHT ADJUSTMENT: _____
IMPLANTED: 1) No  2) Not by this owner  3) Yes with **Steers w/ Ralgro Hfrs NO** (BRAND NAME) on **Sept 1** (DATE IMPLANTED - IF KNOWN)
BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) (No)   CASTRATION:(1) Knife cut  2) Banded  3) Pinched  (circle one)
COMMENTS: **An outstanding set of feeders that will hair up to go north. Good sort.**
VACCINATIONS: **Complete Vaccination program while on cows. At weaning Ultrabac 7 w/ Somnus Bovishield Gold 5, One shot, dewormed w/ Dectomax inj. Cylence Pour on for fly control.**
BRANDS: **N/A**        WARRANTIES: Seller represents and warrants that it has good and marke
title to the livestock, and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security int
or chattel mortgage in favor of _____ of _____ (LIENHOLDER) (STA
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ **180/192/192** on **Below** (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)
**Seller Agrees to pay SLA $3 per hd IF cattle NO SALE or Scratch**
LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock desc
above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing p
derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug res
Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agre
information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE _____        SELLER **Kyle Smith** (PRINT NAME)
_____ (SIGNATURE)       By: X **Kyle Smith** (SIGNATURE)

WHITE / OFFICE    YELLOW / REP    PINK / SELLER



DDA Debits - 09/14/2010



DDA Debits - 09/14/2010

non post
9/15

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

N°- 048166

LOT # 8286/8782/8894

DATE Nov. 8, 2010

PAY TO THE ORDER OF Kyle Smith and _____ $ 137,638.47

One hundred thirty seven thousand six hundred thirty eight and 47/100 — DOLLARS

PAYABLE TO
BANK OF COLORADO
P.O. BOX 523
BRUSH, CO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/15/2010

ok Paul

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/15/2010



**SUPERIOR Livestock Auction**

| | |
|---|---|
| 131 E. Exchange Ave., Suite 121<br>Fort Worth, TX 76164<br>(817) 624-3800<br>Fax: (817) 624-3325<br>1-800-422-2117 | P.O. Box 38<br>Brush, CO 80723<br>(970) 842-5566<br>Fax: (970) 842-2705<br>1-800-523-6610 |

**№ 06745**

August 26, 2010

Kyle Smith
6041 Hwy 39 Apt #2
Donalsonville, GA  39845

60564            6745

Phone:

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 8786 | 64 | Feeder Steers | Oct. 20-Nov. 10 | 750# | $108.00 | | $1,920.00 |
| 8787 | 60 | Feeder Steers | Oct. 20-Nov. 10 | 800# | $106.00 | | $1,800.00 |
| 8894 | 64 | Feeder Heifers | Oct. 20-Nov. 10 | 760# | $99.75 | | $1,920.00 |
| TOTAL | 188 | HEAD | Part Pmt. Paid on | 188 | HEAD | | $5,640.00 |
| DEDUCTIONS: | | | | | | | |
| | No Sale/Scratch Fees: | | | | | $0.00 | |
| NET PROCEEDS: | | | | | | | $5,640.00 |

---

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

**№ 06745**

August 26, 2010

PAY TO THE
ORDER OF  Kyle Smith

$ 5,640.00

Five Thousand Six Hundred Forty Dollars and No Cents

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DOLLARS

NON-NEGOTIABLE

FROM: Case 10-93904-BHL-11 Doc 410-27 FAX NO.: Filed 03/28/11 EOD 03/28/11 12:22:40 Pg 11 of 14 Oct. 14 2007 05:46AM P2



# SUPERIOR Livestock Auction

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

Nº 048166

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE: Nov. 8, 2010
SELLER: Kyle Smith and FSA, Colquitt GA
ADDRESS: 6041 Hwy 39 Apt #2
CITY: Donalsonville
STATE: GA
ZIP CODE: 39845
LOT #: 8286/8287/8894
BUYER: Spoon/Eastern/Eastern

| NO HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG. WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 66 | #8286 Strs | 47280 | -2 | 46334 | 702 | 1.08 | 50,040.72 |
| 58 | #8287 Strs | 47800 | -2 | 46844 | 808 | 1.0568 | 49,504.99 |
| 65 | #8894 Hfrs | 48320 | -2 | 47354 | 729 | .9975 | 47,235.43 |

| DEDUCTIONS: | | | |
|---|---|---|---|
| | 8286 | 8287 | 8894 |
| PART PAYMENT | 1920.- | 1800.- | 1920.- |
| COMMISSION | 1000.81 | 990.09 | 944.71 |
| CONSIGNMENT FEE | 132.- | 116.- | 130.- |
| BEEF CHECKOFF | 66.- | 58.- | 65.- |
| Total Deduct's Per Lot # | 3118.81 | 2964.09 | 3059.71 |
| Net Due Per Lot # | 46,921.91 | 46,540.65 | 44,175.91 |

TOTAL DEDUCTIONS

NET PROCEEDS $ 137,638.47

---

Nº 048166

LOT #: 8286/8287/8894
DATE: Nov. 8, 2010

PAY TO THE ORDER OF: Kyle Smith

$ 132,638.47

........................ 47/100 ................................ DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-

OFFICE COPY

# ELECTRONIC SCALE TICKET

DATE 11-8-10

SELLER/BUYER: Kyle Smith

ADDRESS: _____

CITY _____ STATE ____ ZIP ____

COMMODITY _____

PRICE _____

REMARKS: 65 heifers

DRIVER ☐ ON ☒ OFF

WEIGHER: [signature] Williams

Seaborn Printing Co./7-10

Cert Job 101

Buyer: Easter

Lot # 8894

80940 lb 05:04 PM 11/08/10

32620 lb 05:41 AM 11/08/10

48320

Dec 03 10 01:01p    Farley Cattle C              904-281-2299
Dec 03 10 01:51p    BG SEED                      3525280288         p.1
FROM :              FAX NO. :3869352552          Dec. 03 2010 01:37PM P2

Case 10-93904-BHL-11    Doc 410-27    Filed 03/28/11    EOD 03/28/11 12:22:40    Pg 13 of 14

# DENVER NAPIER TRUCKING

P.O. BOX 734
BRANFORD, FLORIDA 32008
(386) 935-2552

Trip # 33

Lot 8894

**PICK UP:** Kyle Smith
Superior Livestock Auction #8894
Opelousas, LA.

**SHIP TO:** Cactus
___
Hart, Cactus  TX

| DATE PICKED UP | DATE DELIVERED |
|---|---|
| 11-8-10 | 11-9-10 |

| # PICKED UP | DESCRIPTION | WEIGHT | DELIVERED | MILES | PER MILE | TOTAL |
|---|---|---|---|---|---|---|
| 65 | H | 540 | | 1186 | | |

PLEASE MAKE CHECKS PAYABLE TO:
DENVER NAPIER TRUCKING
P.O. BOX 734
BRANFORD, FL 32008

* RECEIVED IN GOOD CONDITION

**DRIVER** Mike Bevin      **RECIEVER** Neal

FROM: Case 10-93904-BHL-11    Doc 410-27    Filed 03/28/11    EOD 03/28/11 12:22:40    Pg 14 of 14    FAX NO.    Oct. 14 2007 05:45AM P1



**Superior Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

Date: Nov. 8, 2010
Buyer: Eastern Livestock
Address: 135 W Market
City: New Albany
State: IN
Zip Code: 47150
Lot #: 8787 / 8894

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 58 | 8787 Strs | 47800 | -2 | 46,844 | 808 | 1.0568 | 49,504.38 |
|  |  |  |  |  |  | Part Payment → | 2400 |
|  |  |  |  |  |  | Net Due | 47,104. |
| 65 | 8894 Hfrs | 48320 | -2 | 47354 | 729 | .9975 | 47,235. |
|  |  |  |  |  |  | Part Payment → | 2560. |
|  |  |  |  |  |  | Net Due | 44,675. |

DESTINATION: Ulysses, KS.
TRUCKED BY: Farley

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

LESS PART PAYMENT
NET DUE

**CERTIFICATE OF VACCINATION**

CIRCLE ONE: SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way |  |  | IM / Sub Q |
| IBR, PI3, BVD & BRSV |  |  | IM / Sub Q |
| Boostered |  |  | IM / Sub Q |
| Pasteurella |  |  | IM / Sub Q |
| Boostered |  |  | IM / Sub Q |
| Other |  |  | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

**CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.
B. Fed any antibiotic ionophores.
C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.
D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified   Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____   Date _____