# EXHIBIT F PART 14

## SUPERIOR LIVESTOCK AUCTION

LOT# 10555   DELIVERY DATE Nov 9 2010   SALE DATE Nov 5 2010
SELLER Seven Bar Ranch   903 489-0465   PAPERWORK REC'D 11/15/20
BANK   Date entered 11/9/2010
CONTRACT # 59579   Entered by RH
12/1/2010   09:37:55

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 198 | Feeder Steers | | 2 | 4 | | 765# | $ 109.00 | |
| | | | | | Wt Stop = 785 | | | |
| DELV 197 | Feeder Steers | 153960 | 2 | 4 | 150881 | 766# | $ 108.96 | $ 164,399.94 |

TOTALS
197                                         150881                              $ 164,399.94

PART PAYMENT                                                        .00
GROSS COMMISSION                                     3,288.00
ADDITIONAL COMMISSION                                  394.00
CONSIGNMENT FEE CREDIT                                    .00
NET COMMISSION DEDUCTED                              3,682.00
BEEF CHECKOFF Malakoff, TX                             197.00
LA/AR                                                                 .00
OTHER                                                                 .00
TOTAL DEDUCTIONS                                     3,879.00
NET PROCEEDS DISBURSED                                                $ 160,520.94

CHECK #        PAYABLE TO                                 CLEARED

46438     Seven Bar Ranch                  160,053.77 11/15/2010$   160,053.77

54404     SEVEN BAR RANCH                       467.17 11/23/2010$       467.17

                                                      TOTAL PAID $ 160,520.94
                                                UNDERPAID/OVERPAID $         .00
*************************************************************************
BUYER Superior Livestock Auction    970 842-5566  970 842-2705(   PAID IN FULL
     BUYER # 0161   Brush, CO   (m)                  GROSS AMT $ 164,399.94
COUNTRY OF ORIGIN USA                              PART PAYMENT $         .00
                                                    ADJUSTMENTS $         .00
PD @ DEL   FUNDS SENT VIA                               NET DUE $ 164,399.94
BUYER CALLED
DELIVERY DATE Nov. 9-26, 2010
SLIDE Over the base weight              - 4
SLA REP R.B. Richardson         903-675-3870   903-676-6504
DESTINATION STRATFORD, TX

                                   164,399.94  11/14/2010    $ 164,399.94
                                                TOT AMOUNT PAID$ 164,399.94
                                           UNDERPAID/OVERPAID $         .00
                                                    ADJ TOTAL $         .00
COMMENTS GOING TO CACTUS YARD-STRATFORD FEEDYARD & TRUCKED BY F&M TRUCK #542
(CELL) 903-504-7623 & R&R TRUCKING #85 (CELL) 859-519-9351 & BOMHAK TRUCK #5
(CELL) 580-351-8485. CHGD HD CT 195 TO 197 11-11   SLA PD 11/14



# LIVESTOCK CONTRACT

131 East Exchange Ave., Suite 121   P.O. Box 38
Fort Worth, TX 76164   Brush, CO 80723
1-800-422-2117   1-800-523-6610

39  Superior Livestock Auction

Lot #: 10555

0161

THIS CONTRACT made and entered into this **5th** day of **November, 2010**, in Brush, Morgan County, Colorado by and between

**Seven Bar Ranch**   of
**PO Box 1149**   **Malakoff**   **TX**   **75148**   Phone Number, **(903) 489-0465**,
hereinafter known as SELLER, and   **Superior Livestock Auction**   of
**PO Box 38**   **Brush**   **CO**   **80723**   Phone, **(970) 842-5566**   Fax, **(970) 842-2705**
Cell,   , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract.   VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 198 | Feeder Steers | 765 | $109.00 |
| | | | |

BREED TYPE: English, English Exotic cross & Brahman cross showing 1/4 or less Brahman influence. Approx. 90% Black, BWF or Charolais cross & 10% mixed color.

MIXED LOADS: Heifer price will be $ 0 /CWT under original price of steers.
ORIGIN: Purchased Central TX   COUNTRY OF ORIGIN: USA
FRAME: Med Lg   FLESH: Lt Med
HORNS: Tipped   EST WT VARIANCE: Uneven
FEEDING PROGRAM: Native grass, free choice mineral & 2# 20% range cubes per hd per day.

CURRENT LOCATION: Ranch, 1 mile(s) S of Malakoff, TX which is 120 miles SE of Fort Worth, TX

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.

DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.   **Ranch**   on/between
**Nov. 9-26, 2010**   at the option of the **representative**.
WEIGHING CONDITIONS: Gather ASAP, drive approx. 1 mile by horseback to pens, load on buyers trucks, haul approx. 20 miles & weigh on trucks w/a 2%.
SLIDE: If the livestock average **over the base weight** the price will be adjusted **4** cents per pound for every pound **over** that weight on the total net pounds.
Any lbs. over 785 are free.
COMMENTS: Nice set of stretchy, good boned feeders. Selling largest cut of 198 hd from 250 filmed 10/27/10.

VACCINATIONS: 7-way Blackleg, BoviShield 5 twice & wormed w/Dectomax spring '10.

AGE/SOURCE VERIFIED: No
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:   Yes   IMPLANTED: Revalor G Spring '10.
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **198** head, the sum of $ **7,920.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **0.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT.
In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:   Seven Bar Ranch   BUYER:   Superior Livestock Auction

BY: _M. Morrow SLA_   BY: _K. Bruye SLA_

REPRESENTED BY:  R.B. Richardson   (903) 675-3870   (903) 675-8241   (903) 676-6504

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold , Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 221
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

REVISED DATE 2010

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

CONSIGNMENT #: Signature
Accepted by SLA: 10655
Effective Date: 7226
Lot #: 7/31/2009
Date: ON 1a

AUCTION DATE: Nov-5

THIS CONTRACT made and entered into this 21 day of Oct, 20 10, by and between

Seven Bar Ranch (Seller), Owner Jerry M Stone
of PO Box 1149 Malakoff, TX 75148
Phone Number 903-489-0465 SS#/Federal ID# 9205
R.B. Richardson (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND / SEX | BASEWEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| 198 3hang | Feeder Steers | 7.50 | 08/01/2009 | 820 |

MIXED LOADS: Heifer price will be $ 0 / CWT under original price of steers. SPECIAL LOGO: OWNER CERTIFIED NATURAL: YES NO
SLA VACCINATION PROGRAM: RFID TAGS: YES NO PI FREE: YES NO
AGE & SOURCE VERIFIED PROGRAM: No
PROGRESSIVE GENETICS: 1) (BREEDER1) 2) (BREEDER2) 3) (BREEDERS)
SLIDE: 4 cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ 775 If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: English, English Exotic cross & Brahman cross showing 1/4 or less Brahman influence. Approx. 90% Black, BWF or Charolais cross & 10% mixed color cattle.

ORIGIN: Central TX
FRAME SIZE: Med Lg
ESTIMATED WEIGHT VARIANCE: Uneven
COUNTRY: USA
FLESH CONDITION: Lt-med
FAIRLY EVEN (0 - 10% +/- pay weight) UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 26% +/- pay weight) Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: Tipped
FEEDING PROGRAM: Native grass & free choice mineral. #2 20% Range cubes per day

CURRENT LOCATION: Cattle are located at Seven Bar Ranch, 1 mile S of Malakoff, TX which is 120 miles SE of Fort Worth, TX where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at Seven Bar Ranch on / between Nov-9-26 at the option of the Marketing Representative, unless otherwise stated.
IMMEDIATE DELIVERY: YES NO If yes, no part payment will be issued. The Seller will be paid in full at delivery. Load on
WEIGHING CONDITIONS: Gather ASAP, drive approx. 1 mile by horseback to pens. Trucks haul app 20 miles wt on Trucks w/a 2% pencil

FREIGHT ADJUSTMENT:
LOADS: 48,000 pounds or
IMPLANTED: Revalor @ spring-2010 198
BANGS VACCINATED:
COMMENTS: Nice set of stretchy, good boned feeders. Selling largest cut of 250 hd from filmed 10-27-2010.
VACCINATIONS: 7-way Blackleg, BoviShield 5 twice & wormed w/Dectomax Spring 2010

BRANDS:
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of
Lienholder:
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ 594 on (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.

MARKETING REPRESENTATIVE:
R.B. Richardson 903-675-3870 903-676-6504

SELLER: Seven Bar Ranch

_R.B. Richardson_ By _Jay M Stone_
(SIGNATURE) (SIGNATURE)
OFFICE COPY

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

N° 046438
LOT # 10555
DATE 11-9-10

PAY TO THE ORDER OF  Seven Bar Ranch     $ 160,053 77

One hundred Sixty Thousand + Fifty three + 77/100  DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 523
BRUSH, COLORADO 80723
Phone: 970 842 2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
R B Richardson

195 strs

DDA Debits - 11/12/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
INDORSE BELOW

DDA Debits - 11/12/2010

Case 10-93904-BHL-11 Doc 410-28 Filed 03/28/11 EOD 03/28/11 12:22:40 Pg 7 of 12



**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

N°-054404
LOT #: 10555
DATE: 11/11/10

PAY TO THE ORDER OF: Seven Bar Ranch     $467 17/100

Four hundred sixty-seven dollars 17/100 DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

DDA Debits - 11/22/2010

DDA Debits - 11/22/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.



**Nº 046438**

**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11-9-10

SELLER Seven Bar Ranch
ADDRESS PO Box 1149
CITY Malakoff     STATE TX     ZIP CODE 75148
LOT # 10555     BUYER Superior L/S

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 195 | Strs | 153760 | 2% | 150881 | 774 | 109.00 | |
| | 7 hd 1 de | | | | | 36 | |
| | | | | | | 108.64 | |
| | | | | | | | 163,717 11 |

| DEDUCTIONS: | | | |
|---|---|---|---|
| PART PAYMENT | | | |
| COMMISSION | | 3272 | 34 |
| CONSIGNMENT FEE | | 390 | 00 |
| BEEF CHECKOFF | | 195 | 00 |
| | | | |
| | TOTAL DEDUCTIONS | 3863 | 34 |
| | | NET PROCEEDS | |

---

**Nº 046438**

SUPERIOR Livestock Auction
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 10555
DATE 11-9-10

PAY TO THE ORDER OF  Seven Bar Ranch     $ 160,053 77

One hundred Sixty Thousand + Fifty three + 77/x   DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

OFFICE COPY

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE

195 strs

N° 054404



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE: 11/11/10
SELLER: Seven Bar Ranch
ADDRESS: PO Box 1149
CITY: [illegible]　STATE: TX　ZIP CODE: 75148
LOT #: 1055　BUYER:

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | received | | 117 head | | | 467.17 |
| | | in lieu of | | 195 | | | |

DEDUCTIONS:
- PART PAYMENT
- COMMISSION
- CONSIGNMENT FEE
- BEEF CHECKOFF

TOTAL DEDUCTIONS

NET PROCEEDS

---

N° 054404

**Superior Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT #: 1055
DATE: 11/11/10

PAY TO THE ORDER OF: Seven Bar Ranch　$ 467.17

Four hundred sixty seven dollars 17/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2644

OFFICE COPY

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
**NON-NEGOTIABLE**

P.O. Box 36
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

859-59
9351

903-504-7623

**Superior Livestock Auction**

351-8400

East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# __10555__  DATE __Nov-9-10__

SELLER __Seven Bar Ranch__  BUYER __Superior L/S__

LOADED AT __Malakoff Tex__  DESTINATION __Stafford F/y__

TRUCKED BY __F&M – R&R – Bomhak  Stafford F/C__   TRUCK # __542-85-5__

NUMBER OF HEAD LOADED _____  TIME OF DEPARTURE _____

CONDITION OF CATTLE WHEN LOADED __Good__

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

__Steve (signature)__   __RB Richardson__
TRUCKER'S SIGNATURE   SLA MARKETING REPRESENTATIVE

Ry Sur (signature)

PAPERS SENT WITH TRUCKS:

BRAND _____  HEALTH _____  WEIGH TICKETS _____  BUYERS INVOICE _____

**OFFICE COPY**

131 East Exchange Ave., Suite 121  
Fort Worth, TX 76164  
(817) 624-3800  
Fax: (817) 624-3325  
1-800-422-2117



P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610

**Livestock Auction**  
**WEIGH SHEET**

SELLER: Seven Bar Ranch  LOT #: 10555  
BUYER: Superior L/S  DATE: 11-9-10  
WEIGHED AT: Ag Service Athens TX  DATE CERTIFIED: _____  
(NAME & LOCATION OF SCALE)

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
| 65 | 86520 | 65 | 84820 | | | | |
| | 33960 | | 34420 | | | | |
| | 52560 | | 50400 | | | | |
| | | | | | | | |
| | | | | | | | WEIGH BACKS |
| | | | | | | | |
| 65 | 83240 | | | | | | |
| | 32240 | | | | | | |
| | | | | | | | |
| | 51000 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL CATTLE WEIGHED | | 153960 |
| | | | | | LESS WEIGHBACKS | | |
| | | | | | GROSS WEIGHT | | |

WEIGHED BY: R B Richardson  
WITNESSED BY: Jerry Stone  
NOTES: _____

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

Date: 11-9-10
Lot #: 10555
Buyer: Superior L/S
Address: P.O. Box 38
City: Brush
State: CO
Zip Code: 80723
Seller: Seven Bar
Weighted At: Ag Louvin Athens TX

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 195 | Strs | 153,960 | 2% | 150,881 | 774 | 109.00 | |
| | 9 in 1's | | | | | 3.6 | |
| | 765.4 | | | | | 108.64 | |
| | 790 | | | | | | |

LESS PART PAYMENT: 71
163917

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

NET DUE

**CERTIFICATE OF VACCINATION**

| CIRCLE ONE | SLA PFIZER SELECTVAC | VAC24 24 | VAC34 34 | VAC34+ 34+ | VAC45 45 | PRECON PRECON |
|---|---|---|---|---|---|---|
| Vaccine | Brand Name | | Date Given | | | Administered |
| Hay | | | | | | IM / Sub Q |
| PI3, & BRSV | | | | | | IM / Sub Q |
| stered | | | | | | IM / Sub Q |
| eurella | | | | | | IM / Sub Q |
| stered | | | | | | IM / Sub Q |
| er | | | | | | IM / Sub Q |

Seller hereby certifies that these cattle were administered the above vaccinations.

**CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:
A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.
B. Fed any antibiotic ionophores.
C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.
D. Fed any feed containing protein derived from mammalian tissue.

Age/Source Verified  Database Provider _____

Seller Please Initial _____

Seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____  Date _____

OFFICE COPY