# EXHIBIT F PART 15

## SUPERIOR LIVESTOCK AUCTION

```
LOT# 10556            DELIVERY DATE Nov 8 2010       SALE DATE Nov 5 2010
SELLER R Brand Cattle Co.      903 675-8241          PAPERWORK REC'D 11/15/20
BANK                                                 Date entered 11/8/2010
CONTRACT # 59582                                     Entered by RH/KZ
12/1/2010   09:36:48
```

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 66 | Feeder Steers | | 2 | 4 | | 750# | $ 108.00 | |
| | | | Wt Stop = 775 | | | | | |
| DELV 66 | Feeder Steers | 50160 | 2 | 4 | 49157 | 745# | $ 108.00 | $ 53,089.56 |

```
TOTALS
    66                                    49157                        $    53,089.56

PART PAYMENT                                                .00
GROSS COMMISSION                                       1,061.79
ADDITIONAL COMMISSION                                    132.00
CONSIGNMENT FEE CREDIT                                      .00
NET COMMISSION DEDUCTED                                1,193.79
BEEF CHECKOFF Athens, TX                                  66.00
LA/AR                                                       .00
OTHER                                                       .00
TOTAL DEDUCTIONS                                       1,259.79
NET PROCEEDS DISBURSED                                                 $    51,829.77

CHECK #         PAYABLE TO                              CLEARED

 46437     R Brand Cattle Co.              51,829.77  11/15/2010$        51,829.77


                                                    TOTAL PAID $    51,829.77
                                               UNDERPAID/OVERPAID $          .00
**************************************************************************
BUYER Superior Livestock Auction   970 842-5566  970 842-2705(    PAID IN FULL
      BUYER # 0161  Brush, CO  (m)                 GROSS AMT  $    53,089.56
COUNTRY OF ORIGIN USA                              PART PAYMENT $         .00
                                                   ADJUSTMENTS $         .00
PD @ DEL    FUNDS SENT VIA                         NET DUE    $    53,089.56
BUYER CALLED
DELIVERY DATE Nov. 6-16, 2010
SLIDE Over the base weight                    - 4
SLA REP R.B. Richardson       903-675-3870   903-676-6504
DESTINATION STRATFORD, TX

                                 53,089.56  11/14/2010   $       53,089.56
                                           TOT AMOUNT PAID$      53,089.56
                                       UNDERPAID/OVERPAID $            .00
                                              ADJ TOTAL  $             .00

COMMENTS   SLA PD 11/14
```

**SUPERIOR Livestock Auction**

**LIVESTOCK CONTRACT**

131 East Exchange Ave., Suite 121  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

Lot #: 10556

42                    0161

THIS CONTRACT made and entered into this **5th** day of **November, 2010**, in Brush, Morgan County, Colorado by and between

**R Brand Cattle Co.**                                                                 of

**3314 US 175 E**        **Athens**        **TX**    **75752**    Phone Number,    **(903) 675-8241**

hereinafter known as SELLER, and    **Superior Livestock Auction**                 of

**PO Box 38**        **Brush**    **CO**    **80723**    Phone, **(970) 842-5566**    Fax, **(970) 842-2705**

Cell,                , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract.    VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 66 | Feeder Steers | 750 | $108.00 |
|  |  |  |  |

BREED TYPE:    **English & English Exotic Brahman cross with most showing 1/4 or less Brahman influence. Approx. 60% Black & BWF, bal. Charolais cross & mixed color.**

MIXED LOADS:    Heifer price will be $    **0**    /CWT under original price of steers.

ORIGIN:    **Purchased Central TX**                    COUNTRY OF ORIGIN: **USA**

FRAME:    **Medium - Large**                        FLESH: **Lt Med**

HORNS:    **Tipped**                        EST WT VARIANCE: **Uneven**

FEEDING PROGRAM:    **Native grass, free choice mineral & protein tubs.**

CURRENT LOCATION:    **Farm, 3 mile(s) E of Athens, TX which is 130 miles SE of Fort Worth, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.

DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.        **Scales**                on/between

**Nov. 6-16, 2010**        at the option of the **representative.**

WEIGHING CONDITIONS:    **Gather ASAP @ Richardson C/C, drive approx. 1 mile to pens & weigh on ground w/a 2%.**

SLIDE: If the livestock average    **over the base weight**    the price will be adjusted    **4**    cents per pound for every pound    **over**    that weight on the total net pounds.

**Any lbs. over 775 are free.**

COMMENTS:    **Knife cut. Nice set of feeders. Selling biggest 66 from 80 hd filmed 10/22/10. May be 3 hd with 1 blue eye, depending on sort.**

VACCINATIONS:    **8-way Blackleg, CattleMaster 4 twice, One Shot & Ivomec spring '10.**

AGE/SOURCE VERIFIED:    **No**

LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:    **Yes**    IMPLANTED:    **Not by this Owner**

BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.

PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    **66**    head, the sum of $ **2,640.00**    , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $    **0.00**    , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    **R Brand Cattle Co.**                    BUYER:    **Superior Livestock Auction**

BY: _M. Morrow SLA_                    BY: _K. C. Enye - SLA_

REPRESENTED BY:    **R.B. Richardson**        (903) 675-3870        (903) 675-8241        (903) 676-6504

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quaiity or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

131 E. Exchange Ave., Suite 121  
Fort Worth, TX 76164  
(817) 624-3600  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
1-800-523-6610

REVISED DATE 2010

P.O. Box 38  
(970) 842-2705  
(877) 523-6610

FAX TO: (970) 842-2705

**Livestock Auction**

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

CONSIGNMENT # _____  
Accepted by SLA _____  
Effective Date _____  
Lot # 11379  
Date 11/6/2009

AUCTION DATE __Nov - 5__

THIS CONTRACT made and entered into this __22__ day of __Oct__, 20__10__, by and between

,Owner **R.B. Richardson**

of **R Brand Cattle Co.**  
Phone Number: **3314 US 175 E**  
**903-675-8241**  
**Richardson, R.B.**

SS#/Federal ID# **Athens**  
**TX 75752**  
**4152**

(Seller), and Superior Livestock Auction, Inc. (SLA) an (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| 66 | Feeder Steers | 750 | 11/10/2009 | 781 |

MIXED LOADS: Heifer price will be $ __0__ / CWT under original price of steers. SPECIAL LOGO:  
SLA VACCINATION PROGRAM:    OWNER CERTIFIED NATURAL: YES NO  
AGE & SOURCE VERIFIED PROGRAM: No    RFID TAGS: YES NO    PI FREE: YES NO  
PROGRESSIVE GENETICS: 1) _____ (BREEDER 1) 2) _____ (BREEDER 2) 3) _____ (BREEDER 3)  
SLIDE: __4__ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.  
WT STOP @ __775__   If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.  
BREED TYPE: English & English Exotic Brahman cross with most showing 1/4 or less Brahman influence. Approx. 60% Black & BWF, bal. Charolais cross & mixed color.

ORIGIN: Central TX    COUNTRY: USA  
FRAME SIZE: Med to Lg    FLESH CONDITION: Lt Med  
ESTIMATED WEIGHT VARIANCE: Uneven    FAIRLY EVEN (0 - 10% +/- pay weight)    UNEVEN (10-15% +/- pay weight)  
VERY UNEVEN (15 - 25% +/- pay weight)   Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.  
HORNS: Tipped  
FEEDING PROGRAM: Native grass, free choice mineral & Protein Tubs. ~~range cubes~~ ~~3 ~~  
~~Added R # 3 beginning Oct 20, 2010~~

CURRENT LOCATION: ~~Cattle are located~~ at Day Farm, 3 miles E of Athens, TX which is 130 miles SE of Fort Worth, TX  
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's trucks at Richardson C/C on / between Nov 6 - 16 at the option of the Marketing Representative, unless otherwise stated.  
IMMEDIATE DELIVERY: YES NO    If yes, no part payment will be issued. The Seller will be paid in full at delivery.  
WEIGHING CONDITIONS: Gather ASAP, drive approx. 1 mile to pens & weigh on ground w/a 2%.

LOADS: 48,000 pounds or _____    FREIGHT ADJUSTMENT: _____  
IMPLANTED:  
BANGS VACCINATED: Not by this owner  
COMMENTS: Knife cut. Nice set of feeders. Selling biggest 66 from 80 hd filmed 10/22/00. 10  
VACCINATIONS: 8-way Blackleg, CattleMaster 4 twice, One Shot & Ivomec spring '2010.

BRANDS: _____  
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of  
Lienholder: _____  
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ __198.00__ on _____ (DATE)  
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.  
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.  
MARKETING REPRESENTATIVE:  
R.B. Richardson ~~903-675-8070~~ 903-676-6504

SELLER: R Brand Cattle Co.

_R B Richardson_ (SIGNATURE)   By: _R B Richardson_ (SIGNATURE)

OFFICE COPY



**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

LOT # 10556   N°- 046437
DATE 11-8-2010

PAY TO THE ORDER OF R. Brand C/K     $ 51,829 77

Fifty One Thousand Eight Hundred Twenty Nine + 77/100 DOLLARS

CUSTODIAN ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2644

DDA Debits - 11/12/2010

DDA Debits - 11/12/2010

Case 10-93904-BHL-11   Doc 410-29   Filed 03/28/11   EOD 03/28/11 12:22:40   Pg 7 of 10

N° 046437



## Superior Livestock Auction

131 E. Exchange Ave., Suite 121  
Fort Worth, TX 76164  
(817) 624-3800  
Fax: (817) 624-3325  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610

DATE: 11-3-10  
SELLER: R. Brand c/c  
ADDRESS: 3314 US 175 E  
CITY: Athens   STATE: TX   ZIP CODE: 75752  
LOT #: 10556   BUYER: Superior L/S

| HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG. WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 66 | Str | 50160 | 2% | 49157 | 745 | 108² | 53089 56 |
|  |  |  |  |  |  |  |  |
|  | 750-W |  |  |  |  |  |  |

**DEDUCTIONS:**

| | | |
|---|---|---|
| PART PAYMENT | | |
| COMMISSION | 1061 | 79 |
| CONSIGNMENT FEE | 132 | 00 |
| BEEF CHECKOFF | 66 | 00 |
| TOTAL DEDUCTIONS | 1259 | 79 |

51829 77

NET PROCEEDS

---

**Superior Livestock Auction**  
P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610

N° 046437  
LOT #: 10556  
DATE: _____

PAY TO THE ORDER OF: R. Brand c/c         $ 51829 77  
Fifty One Thousand Eight Hundred Twenty Nine and 77/100 DOLLARS

PAYABLE THRU  
BANK OF COLORADO  
P.O. BOX 525  
BRUSH, COLORADO 80723  
Phone: 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS  
**NON-NEGOTIABLE**

OFFICE COPY

Case 10-93904-BHL-11   Doc 410-29   Filed 03/28/11   EOD 03/28/11 12:22:40   Pg 8 of

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610



**SUPERIOR Livestock Auction**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT #: 10556
DATE: 11-8-10
SELLER: R Brand C/C
BUYER: Superior 4S F/y
LOADED AT: Athens TX
DESTINATION: Stratford F/y Stratford TX
TRUCKED BY: JC Powell
TRUCK #: 1
NUMBER OF HEAD LOADED: 66
TIME OF DEPARTURE: 8:00 AM
CONDITION OF CATTLE WHEN LOADED: Good
COMMENTS: 

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_JC Powell_
TRUCKER'S SIGNATURE

_R.B. Richardson_
SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
  BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

**OFFICE COPY**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117



P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**Livestock Auction**
**WEIGH SHEET**

SELLER R Boand C/C      LOT # 10556
BUYER Superior 4s       DATE 11-8-10
WEIGHED AT Ranch Athens TX   DATE CERTIFIED
(NAME & LOCATION OF SCALE)

str

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
| 16   | 12150  |      |        |      |        |      |        |
| 16   | 12210  |      |        |      |        |      |        |
| 17   | 12900  |      |        |      |        |      |        |
| 17   | 12900  |      |        |      |        |      |        |
|      |        |      |        |      |        | WEIGH BACKS | |

TOTAL CATTLE WEIGHED  66  50160
LESS WEIGHBACKS
GROSS WEIGHT                    5

WEIGHED BY R B Richardson
WITNESSED BY Quazar Bensemer
NOTES

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

Strlou 80-556

| Field | Value |
|---|---|
| Date | 11-8-10 |
| Lot # | 10556 |
| Buyer | Superior 4/3 |
| Address | PO Box 38 |
| City | Brush, CO |
| State | CO |
| Zip Code | 80723 |
| Seller | R Brand c/c |
| Weighted At | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 66 | Strs | 50160 | 2% | 49157 | 745 | 108 | 53089.56 |
| | 750.4 | | | | | | |

LESS PART PAYMENT

DESTINATION: _____

TRUCKED BY: _____

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

NET DUE

☐ **CERTIFICATE OF VACCINATION**

**CIRCLE ONE**  SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

☐ **CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.
B. Fed any antibiotic ionophores.
C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.
D. Fed any feed containing protein derived from mammalian tissue.

The seller hereby certifies that these cattle were administered the above vaccinations.

☐ Age/Source Verified   Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____   Date _____

OFFICE COPY