# EXHIBIT F PART 16

## SUPERIOR LIVESTOCK AUCTION

```
LOT# 10568            DELIVERY DATE Nov 9 2010       SALE DATE Nov 5 2010
SELLER Spring Valley Ranch   254 857-4080            PAPERWORK REC'D
BANK                                                 Date entered 11/9/2010
CONTRACT # 59689                                     Entered by mgm
12/2/2010  13:14:52
```

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 60 | Feeder Steers | | 2,3 | 4 | | 825# | $ 106.00 | |
| DELV 54 | Feeder Steers 45865 | | 3 | 4 | 44489 | 824# | $ 106.00 | $ 47,158.34 |

```
TOTALS
   54                                      44489                          $   47,158.34

PART PAYMENT                                                   .00
GROSS COMMISSION                                            943.17
ADDITIONAL COMMISSION                                       108.00
CONSIGNMENT FEE CREDIT                                         .00
NET COMMISSION DEDUCTED                                            1,051.17
BEEF CHECKOFF Waco, TX                                                54.00
LA/AR                                                                    .00
OTHER Freight                                                        100.00
TOTAL DEDUCTIONS                                                   1,205.17
NET PROCEEDS DISBURSED                                                           $   45,953.17

CHECK #        PAYABLE TO                                      CLEARED

  44675     Spring Valley CATTLE            23,019.50 11/12/2010$   23,019.50

  53301     SW Cattle Co                    22,933.67 11/12/2010$   22,933.67

                                                     TOTAL PAID $   45,953.17
                                                UNDERPAID/OVERPAID $        .00
************************************************************************
BUYER Superior Livestock Auction   970 842-5566   970 842-2705(   PAID IN FULL
      BUYER # 0161  Brush, CO   (m)              GROSS AMT  $   47,158.34
COUNTRY OF ORIGIN USA                            PART PAYMENT $         .00
      Freight                                    ADJUSTMENTS $     -100.00
PD @ DEL    FUNDS SENT VIA                       NET DUE    $   47,058.34
BUYER CALLED X
DELIVERY DATE Nov. 8-16, 2010
SLIDE Over the base weight            - 4
SLA REP Stuart Wharton       254-729-3191    254-645-0189
DESTINATION ULYSSES, KS

                             47,058.34  11/14/2010     $   47,058.34
                                          TOT AMOUNT PAID $   47,058.34
                                     UNDERPAID/OVERPAID $         .00
                                               ADJ TOTAL $         .00

COMMENTS  Cactus Feeders @ Ulysses, KS   SLA PD 11/14
```



# LIVESTOCK CONTRACT

131 East Exchange Ave., Suite 121  
Fort Worth, TX 76164  
1-800-422-2117

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610

Lot #: 10568

129    Livestock Auction    0161

THIS CONTRACT made and entered into this    5th    day of    November, 2010, in Brush, Morgan County, Colorado by and between

**Spring Valley Ranch**    of  
1034 Foggy Valley Rd    Moody    TX    76557    Phone Number,    (254) 857-4080  
hereinafter known as SELLER, and    **Superior Livestock Auction**    of  
PO Box 38    Brush    CO    80723    Phone, (970) 842-5566    Fax, (970) 842-2705  
Cell,    , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract.    VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 60 | Feeder Steers | 825 | $106.00 |
|  |  |  |  |

BREED TYPE:    Angus cross, Charolais cross, a few Hereford cross & English Exotic cross.

MIXED LOADS:    Heifer price will be $         /CWT under original price of steers.  
ORIGIN:    Home Raised & Purchased Local Ranch    COUNTRY OF ORIGIN: USA  
FRAME:    Med Lg - Lg    FLESH: Lt Med - Med  
HORNS:    Tipped or Muley    EST WT VARIANCE: Uneven  
FEEDING PROGRAM:    Native grass & cake 2-3 times weekly for handling.

CURRENT LOCATION:    Ranch, 20 mile(s) S of Waco, TX which is 100 miles S of Fort Worth, TX

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.

DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.    Ranch    on/between  
**Nov. 8-16, 2010**    at the option of the representative.  
WEIGHING CONDITIONS:    Gather early & weigh on ground w/a 3% or load on buyers truck, haul approx. 10 miles & weigh on truck w/a 2%, depending on location on ranch.  
SLIDE: If the livestock average    over the base weight    the price will be adjusted    4    cents per pound for every pound    over    that weight on the total net pounds.  
COMMENTS:    Knife cut. Nice set of strs. Filmed 11/1/10.

VACCINATIONS: BoviShield Gold 5, One Shot Ultra 8 & wormed w/Dectomax.

AGE/SOURCE VERIFIED:    No  
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:    Yes    IMPLANTED:    No  
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of  
**SEE ADDENDUM**  
which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.  
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    60    head, the sum of $    2,400.00    , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $    0.00    , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    Spring Valley Ranch    BUYER:    Superior Livestock Auction

BY: _M. Morrow SLA_    BY: _K. Frye SLA_

REPRESENTED BY:    Stuart Wharton    (254) 729-3191    (254) 729-5468    (254) 645-0189

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

10/25/2010  09:58    254-7255050    SW CATTLE    PAGE  05

SUPERIOR Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5666
1-800-523-6610

REVISED DATE 2010

CONSIGNMENT # **129**
Accepted by SLA
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

AUCTION DATE **Nov 5**

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this **25** day of **Oct**, 20**10**, by and between **Spring Valley Ranch** (SELLER'S NAME & PAYMENT IS TO BE MADE), Owner **Maurice Campbell** (IF NOT CORPORATION, LLC, ETC.) of **1034 Foggy Valley Rd** (MAILING ADDRESS) **Moody** (CITY) **TX** (STATE) **76557** (ZIP)

Phone **254-857-4080**  SS#/FEDERAL ID# _____ (LAST 4 DIGITS) (SELLER), Superior Livestock Auction, Inc. (SLA) and _____ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| 60 | 1 | Feeder Steers | 825 | | | Weaned Steer Calves | |
| | | Feeded Heifers | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ ____ / cwt under original price of steers. SPECIAL LOGO: _____
VACCINATION PROGRAM: (circle one) SLA VAC 24   34   34+   45   PreCon    PFIZER SelectVac 24   34   34+   45   PreCon  (ANGUS, HEREFORD, ETC.)
AGE & SOURCE VERIFIED: _____ (PROGRAM) _____ RFID TAGS: YES  NO    TESTED PI FREE: YES    OWNER CERTIFIED NATURAL: YES
PROGRESSIVE GENETICS: Yes ___ 1) ____ (BREEDER 1)  2) ____ (BREEDER 2)  3) ____ (BREEDER 3)
SLIDE: **4** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: **Angus Cross, Charlais Cross a few Hereford Cross & English Exotic cross**

ORIGIN: **Home Raised** and/or Purchased from **Local Ranch** (STATES OR GEOGRAPHIC REGION)    COUNTRY: ____
FRAME SIZE: Small  Medium  **Medium Large**  Large    FLESH CONDITION: Light  **Light Medium**  **Medium**  Medium Heavy  Heavy
ESTIMATED WEIGHT VARIANCE: CHECK ONE   FAIRLY EVEN (0-10% +/- of pay weight) ___  **UNEVEN (10-15% +/- pay weight)**
VERY UNEVEN (15-25% +/- pay weight) ____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: **Tipped or Muley**    FEEDING PROGRAM: 1) On cows & native grass  2) **Native grass**  3) **Caked 2-3 Times Weekly for Handling**
CURRENT LOCATION: Cattle are located at **Ranch** (RANCH, PASTURE, FEEDYARD, ETC.)   which is **20** miles **S** of **Waco** (NEAREST TOWN) **TX** ; which is **100** miles **S** of **Ft Worth** **TX**
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.
DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Ranch** on / between **Nov 8-16** at the option of Marketing Representative, unless otherwise stated.   IMMEDIATE DELIVERY: **YES**  NO
WEIGHING CONDITIONS: **Gather Early Am weigh on the ground w/ 3% or load on Buyers Truck Haul Approx 10 miles weigh on the Truck w/ 2% depending location on the Ranch**
LOADS: 48,000 pounds or ____    FREIGHT ADJUSTMENT: ____
IMPLANTED: 1) **No**  2) Not by this owner  3) Yes with ____ (BRAND NAME) on ____ (DATE IMPLANTED - IF KNOWN)
BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at: a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at: a) Seller's  b) Buyer's expense  5) No   CASTRATION: 1) **Knife cut**  2) Banded  3) Pinched  (circle one)
COMMENTS: **Nice set of Steers filmed** _____ **11/1/10**

VACCINATIONS: **Bovishield Gold 5 & one shot Ultra 8 wormed w/ Dectomax**

BRANDS: _____    WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of _____ (LIENHOLDER) _____ of _____ (CITY) _____ (STATE)
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)
**50% check to Spring Valley Cattle  50% SW Cattle & Wells Fargo Bank**
LIVESTOCK OWNER'S FEED CERTIFICATE: the undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE _____ (SIGNATURE)     SELLER _____ (PRINT NAME)  By: _____ (SIGNATURE)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

N⁰ 044675
LOT # 10568
DATE November 9, 2010

PAY TO THE ORDER OF Spring Valley Cattle       $23019.50

Twenty-three Thousand Nineteen and 50/xx DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/10/2010

NOTICE: This check must be endorsed by Payee the check... individual entity, signed at back title.

DDA Debits - 11/10/2010



DDA Debits - 11/10/2010

DDA Debits - 11/10/2010

N° 044675



**SUPERIOR Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE 11/9/10
SELLER Spring Valley Ranch
ADDRESS
CITY _____ STATE _____ ZIP CODE _____
LOT # 10568     BUYER Easton L/S

| NO. HD | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 26 | Feeder Steers | 22970 | 3% | 22281 | 857 | 106.00 | 23617 86 |

**DEDUCTIONS:**

| | | |
|---|---|---|
| PART PAYMENT | — | |
| COMMISSION | 472 | 36 |
| CONSIGNMENT FEE | 52 | 00 |
| BEEF CHECKOFF | 26 | 00 |
| Freight Adjust | 48 | 00 |
| TOTAL DEDUCTIONS | 598 | 36 |

NET PROCEEDS  23019.50

---

N°- 044675
LOT # 10568
DATE November 9, 2010

PAY TO THE ORDER OF  Spring Valley Cattle     $23019.50

Twenty-three Thousand Nineteen and 50/xx DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 826
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON NEGOTIABLE
OFFICE COPY

Nº 053301



**Superior Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-8610

DATE: 11/9/10

SELLER: SW C+HC

ADDRESS: _____
CITY: _____   STATE: _____   ZIP CODE: _____
LOT #: 10568   BUYER: _____

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 28 | Feeder Strs | 22895 | 3% | 22208 | 793 | 106.50 | 23540.48 |

**DEDUCTIONS:**

| | | |
|---|---|---|
| PART PAYMENT | | |
| COMMISSION | 470 | 81 |
| CONSIGNMENT FEE | 56 | 00 |
| BEEF CHECKOFF | 28 | 00 |
| Freight Adjust | 52 | 00 |
| TOTAL DEDUCTIONS | 606 | 81 |

NET PROCEEDS: 22933.67

---

**Check Nº 053301**

LOT # 10568
DATE: November 9, 2010

PAY TO THE ORDER OF: SW C+HC and Wells Fargo Bank   $22,933.67

Twenty-two thousand nine hundred thirty three 67/100 DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS
NON-NEGOTIABLE
OFFICE COPY

PAYABLE THRU
BANK OF COLORADO

**SUPERIOR Livestock Auction**

**TRUCKER'S BILL OF LADING**

P.O. Box 38
Brush, CO 80723
(970) 842-5666
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange, Suite 121
Fort Worth, TX 76106
(817) 624-3600
Fax: (817) 624-3525
1-800-422-2117

LOT # 105CB
SELLER Spring Valley
LOADED AT Ranch
TRUCKED BY Tony Parker
NUMBER OF HEAD LOADED 54
CONDITION OF CATTLE WHEN LOADED Good

DATE 11/9/10
BUYER Cactus
DESTINATION _____
TIME OF DEPARTURE 10:30 A
TRUCK # 22

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

Melvin Nelson  254 305 0699
TRUCKER'S SIGNATURE                    SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND ___ HEALTH ___ WEIGH TICKETS ___ BUYERS INVOICE ___

OFFICE COPY

**SUPERIOR Livestock Auction**
**WEIGHSHEET**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5666
Fax: (970) 842-2705
1-800-523-6610

SELLER: Spg Valley Ranch     LOT #: 10568
BUYER: Cactus
WEIGHED AT: Ranch  (NAME & LOCATION OF SCALE)
DATE: 11/9/10
DATE CERTIFIED: _____

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
| 16   | 13625  |      |        |      |        |      |        |
| 18   | 15220  |      |        |      |        |      |        |
| 20   | 16970  |      |        |      |        |      |        |
| 54   | 45865  |      |        |      |        |      |        |

WEIGH BACKS

| | | 54 | 45865 |

TOTAL CATTLE WEIGHED: _____
LESS WEIGHBACKS: _____
GROSS WEIGHT: _____

WEIGHED BY: [signature]



**Superior Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-6566
Fax: (970) 842-2705

| Date | 11/9/10 | | | Lot # | 10568 | | | |
|---|---|---|---|---|---|---|---|---|
| Buyer | ~~scribbled~~ Cactus Feeders | | | | | | | |
| Address | P.O. Box 5050 | | | | | | | |
| City | Amarillo | | | State | TX | | Zip Code | 79116 |
| Seller | Spring Valley Cattle | | | Weighted At | Ranch | | | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 54 | Feeder Steers | 45865 | 3% | 44489 | 824 | 106.00 | 47158 | 34 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DESTINATION: _____

TRUCKED BY: Tommy Parker

LESS PART PAYMENT

Freight Adjust  100 | 00

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

NET DUE  47058 | 34

### CERTIFICATE OF VACCINATION

CIRCLE ONE   SLA   VAC24   VAC34   VAC34+   VAC45   PRECON
             PFIZER SELECTVAC   24   34   34+   45   PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| BR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified     Database Provider _____     Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____     Date _____

BUYER COPY