# EXHIBIT F PART 17

**SUPERIOR LIVESTOCK AUCTION**

**LOT#** 10671                **DELIVERY DATE** Nov 9 2010          **SALE DATE** Nov 5 2010
**SELLER** Stubbs Ranch    432 364-2451          **PAPERWORK REC'D**
**BANK**                                         Date entered 11/9/2010
**CONTRACT #** 59668                             Entered by mgm
2/14/2011  15:10:48

| | # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CONT | 74 | Weaned Str Calves | | 3 | 6 | | 675# | $ 110.00 | |
| DELV | 69 | Weaned Str Ca | 50290 | 3 | 6 | 48781 | 707# | $ 108.08 | $ 52,722.50 |

| **TOTALS** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 69 | | | | | 48781 | | $ | 52,722.50 |

| PART PAYMENT | | .00 | |
|---|---|---|---|
| GROSS COMMISSION | 1,054.45 | | |
| ADDITIONAL COMMISSION | 138.00 | | |
| CONSIGNMENT FEE CREDIT | .00 | | |
| NET COMMISSION DEDUCTED | | 1,192.45 | |
| BEEF CHECKOFF Alpine, TX | | 69.00 | |
| LA/AR | | .00 | |
| OTHER | | .00 | |
| TOTAL DEDUCTIONS | | 1,261.45 | |
| NET PROCEEDS DISBURSED | | | $ 51,461.05 |

| CHECK # | PAYABLE TO | CLEARED | |
|---|---|---|---|
| 44775-1 | Stubbs Ranch | .00 | $ 51,461.05 |

TOTAL PAID $    51,461.05
UNDERPAID/OVERPAID $         .00
********************************************************************
**BUYER** Superior Livestock Auction   970 842-5566  970 842-2705(   PAID IN FULL
     BUYER # 0161  Brush, CO  (m)                GROSS AMT $   52,722.50
**COUNTRY OF ORIGIN** USA                     PART PAYMENT $         .00
                                              ADJUSTMENTS $         .00
**PD @ DEL    FUNDS SENT VIA**                  NET DUE $   52,722.50
**BUYER CALLED** X
**DELIVERY DATE** Nov. 9-12, 2010
**SLIDE** Over the base weight       - 6
**SLA REP** Joe Williams          432-557-6341
**DESTINATION** ULYSSES, KS

                         52,722.50  11/14/2010    $   52,722.50
                          TOT AMOUNT PAID $   52,722.50
                         UNDERPAID/OVERPAID $         .00
                                ADJ TOTAL $         .00
COMMENTS Ulysses Feedyard, Ulysses KS, Trucked by Chester Bay. CACTUS   SLA PD
11/14

**LIVESTOCK CONTRACT**

Lot # : 10671

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
1-800-422-2117

P.O. Box 38
Brush, CO 80723
1-800-523-6610

109

1

0161

THIS CONTRACT made and entered into this    **5th**    day of    **November, 2010** , in Brush, Morgan County, Colorado by and between

**Stubbs Ranch**                                                                                                                                of

**Box 1211**                  **Alpine**        **TX**      **79831**          Phone Number,      **(432) 364-2451**      ,

hereinafter known as SELLER, and    **Superior Livestock Auction**                                                             of

**PO Box 38**            **Brush**      **CO**    **80723**    Phone,  **(970) 842-5566**        Fax,  **(970) 842-2705**

Cell,                      , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described

livestock (the livestock) for the consideration set forth in this contract.    VACCINATION PROGRAM: **VAC 45**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|--------|----------|-------------|-------|
| 74 | Weaned Str Calves | 675 | $110.00 |

BREED TYPE:    **Out of large frame Brangus Angus cross cows by Fink Composite bulls.**

MIXED LOADS:    Heifer price will be $    **0**    /CWT under original price of steers.

ORIGIN:  **Home Raised**                                    COUNTRY OF ORIGIN: **USA**

FRAME:  **Med - Med Lg**                                    FLESH: **Medium**

HORNS:  **Few**                                        EST WT VARIANCE: **Uneven**

FEEDING PROGRAM:    **Native grass, mineral & cottonseed.**

CURRENT LOCATION:    **Ranch, 8 mile(s) NE of Alpine, TX which is 370 miles S of Amarillo, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.

DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.                    **Ranch**                    on/between

**Nov. 9-12, 2010**              at the option of the  **representative.**

WEIGHING CONDITIONS:    **Gather early from pasture, drive to pens, sort & weigh on ground w/a 3%.**

SLIDE: If the livestock average    **over the base weight**        the price will be adjusted        **6**    cents per pound for every

pound        **over**      that weight on the total net pounds.

COMMENTS:    **Good set of strs w/outstanding genetics. Sort 74 hd from 92 total.**

VACCINATIONS: **VAC 45. 7-way twice, BoviShield 5 twice, One Shot Pasteurella & wormed w/Ivomec.**

AGE/SOURCE VERIFIED:  **No**

LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:        **Yes**    IMPLANTED:    **Synovex C**

BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.

PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on    **74**    head, the sum of $  **2,960.00**  , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $    **0.00**            , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT.

In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    **Stubbs Ranch**                    BUYER:  **Superior Livestock Auction**

BY:  *M. Marrow SLA*                    BY:  *K. Large SLA*

                                    **(432) 557-6341**

REPRESENTED BY:    **Joe Williams**

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the remainder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required. Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.

EXECUTION: Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.



131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

**SUPERIOR**
Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
1-800-523-6610

REVISED DATE
2010

FAX TO: (970) 842-2705
(877) 523-6610

CONSIGNMENT #
Accepted by SLA ___ 109
Effective Date ___ 11/6/2009
Lot # ___ 11570D
Date ___ 11/6/2009

CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK
AUCTION DATE NOV 5, 2010

THIS CONTRACT made and entered into this ___ 25 ___ day of ___ Oct ___ 20 10 ___ by and between

Stubbs Ranch
of Box 1211 ___ Alpine ___ TX ___ 79831 Owner ___ John & Andy Stubbs
Phone Number 432-364-2451 ___ SS#/Federal ID # ___ (Seller), and Superior Livestock Auction Inc. (SLA) and
Williams, Joe ___ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | KIND / SEX | BASE WEIGHT | DELIVERY DATE | WEIGHT |
|---|---|---|---|---|
| 78 74 | Weaned Hfr Calves | 720 675 | 11/12/2009 | 708 |

MIXED LOADS: Heifer price under $ ___ 0 ___ / CWT under original price of steers. SPECIAL LOGO: _____
SLA VACCINATION PROGRAM: VAC 45 ___ OWNER CERTIFIED NATURAL: YES (NO)
AGE & SOURCE VERIFIED PROGRAM: No ___ RFID TAGS: YES NO PI FREE: YES NO
PROGRESSIVE GENETICS: 64 1) Fink Beef Genetics 2) ___ 3) ___ (BREEDERS)
SLIDE: 8¢ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ ___ If the cattle change class the min increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: Out of Brangus Angus cross cows by Fink Genetics Charolais & Angus & Fink Composite Charolais Angus cross bulls

ORIGIN: Home Raised ___ COUNTRY: USA
FRAME SIZE: Med - Med Lg ___ FLESH CONDITION: Medium
ESTIMATED WEIGHT VARIANCE: Uneven ___ FAIRLY EVEN (0 - 10% +/- pay weight) ___ UNEVEN (10-15% +/- pay weight)
VERY UNEVEN (15 - 25% +/- pay weight) ___ Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.
HORNS: Few
FEEDING PROGRAM: Native grass, mineral & cottonseed.

CURRENT LOCATION: Cattle are located at Stubbs Ranch, 8 miles NE of Alpine, TX which is 370 miles S of Amarillo, TX
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.
10-26 TX
DELIVERY: Seller will deliver cattle to Buyer's trucks at 9-2 Stubbs Ranch Scales ___ at the option of the Marketing Representative, unless otherwise stated. on / between
Nov. 10-17 2009 2-5 2010. ___ The Seller will be paid in full at delivery.
IMMEDIATE DELIVERY: (YES) NO ___ If yes, no part payment will be issued. The Seller will be paid in full at delivery.
WEIGHING CONDITIONS: Gather early from pasture, drive to pens, sort & weigh on ground w/a 3%.

LOADS: 48,000 pounds or _____ ___ FREIGHT ADJUSTMENT: _____
IMPLANTED: Relgro Synovex C Steers
BANGS VACCINATED:
COMMENTS: Good set of hfrs w/outstanding genetics. Sorting 74 Head from 92 Total Steers
VACCINATIONS: VAC 45. 7-way twice, BoviShield 5 twice, One Shot Pasteurella & wormed w/Ivomec.

BRANDS:
WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interests or chattel mortgage in favor of
Lienholder: _____
SLA acknowledges receipt of a check for $3.00 per head in the amount of $ _____ on _____ (DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/her/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues.
Seller acknowledges he has read and understands all the terms and conditions on the front and back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery of the livestock described herein.
MARKETING REPRESENTATIVE
Joe Williams 432-557-6341

SELLER: Stubbs Ranch

By: _____

**SUPERIOR Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6610

N⁰ 044775

LOT # 10671/10672

DATE 1/3/11

PAY TO THE ORDER OF  Stubbs Ranch

$ 99,881 53

Ninety Nine Thousand Eight Hundred Eighty One Dollars ~ 53/100 ~ DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 01/05/2011

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW:

DDA Debits - 01/05/2011