# EXHIBIT G

Superior-J&F Lots

| SUPERIOR LOT # | Feedlot Invoice# | SELLER | HEAD CT (Superior) Eastern | WT | SEX | ORIGINAL SALE PRICE GROSS TOTAL$ | SUPERIOR'S COSTS/COMMISSIONS/DEDUCTIONS FOR PARTIAL PAYMENTS | $ AMT SUPERIOR PAID TO SELLER | PART PAYMENT $ AMT EASTERN PAID SUPERIOR | $ AMT EASTERN OWES SUPERIOR |
|---|---|---|---|---|---|---|---|---|---|---|
| 10147 | JYUY310967-IN | I & I Cattle | 63 | 50550 | H | $50,138.42 | $3,111.77 | $47,026.65 | $2,560.00 | $47,578.42 |
| 7010C | JIN315380-IN | Olson, Grove & Brook Ranches | 97 | 56185 | H | $58,750.09 | $4,519.00 | $54,231.09 | $4,200.00 | $54,550.09 |
| 7543C | JYUY310938-IN | Diamond S Land & Cattle Co | 144 | 96620 | H | $99,990.53 | $6,751.81 | $93,238.72 | $5,760.00 | $94,230.53 |
| 7543D | JYUY310938-IN | Diamond S Land & Cattle Co | 70 | 51980 | H | $52,967.41 | $3,369.35 | $49,598.06 | $2,800.00 | $50,167.41 |
| 8771 | JCI316074-IN | Nueces Cattle Co | 320 | 243600 | S | $259,616.70 | $15,752.33 | $243,864.37 | $12,800.00 | $246,816.70 |
| 9839 | | Tom & Michele Fanning | 67 | 50600 | S | $56,232.79 | $3,425.66 | $52,807.13 | $2,800.00 | $53,432.79 |
| 9931 | JYUY310939-IN | T.W. Burton | 65 | 50160 | H | $51,251.09 | $3,183.02 | $48,068.07 | $2,600.00 | $48,651.09 |
| N780 | JIN310528-IN | VEV Ranch | 55 | 49165 | H | $45,963.62 | $2,799.27 | $43,164.35 | $2,360.00 | $43,603.62 |
| TOTALS | | | | | | $674,910.65 | $42,912.21 | $631,998.44 | $35,880.00 | $639,030.65 |

C:\Documents and Settings\crb\Local Settings\Temporary Internet Files\OLK20\Superior JF Lots.xls