# EXHIBIT H PART 1

Case 10-93904-BHL-11 Doc 410-33 Filed 03/28/11 EOD 03/28/11 12:22:40 Pg 1 of 15

EXHIBIT H PART 1

# Exhibit File Check List

**Lot #:** 10147

- _x_ Delivery Sheet
- _Not Pd_ Eastern Payment Info
- _x_ Livestock Contract
- _x_ Consignment Contract
- _x_ Cleared Part Payment Check
- _x_ Cleared Final Payment Check
- _x_ Copy of Part Payment Check
- _x_ Copy of Delivery Paperwork

**SUPERIOR LIVESTOCK AUCTION**
1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

**BUYERS INVOICE**
Buyer # 0016

**Eastern Livestock**   Office:   812 949-9035

135 West Market
New Albany, IN  47150   Fax:   812 949-9060

LOT # 10147

**Delivery Date**  11/2/2010   Auction Date   9/24/2010

**Contracted:**

| # Head | Description   | Weight | Shrink | Net Wt | Ave Wt | Price    | Gross Amount |
|--------|---------------|--------|--------|--------|--------|----------|--------------|
| 64     | Feeder Heifers |        | 2      |        | 760    | $102.25  |              |

**Delivered:**

| 63 | Feeder Heifers | 50550 | 2 | 49539 | 786 | $101.21 | $50,138.42 |

**Total:**

| 63 | | | | 49539 | | | $50,138.42 |

Seller:  I & I Cattle   Part Payment Paid:   -   $2,560.00
Location:  Nowata, OK   Adjustments:   $0.00
Destination:  YUMA, CO
Representative:  Pat Johnson  620 756-4576   Net Due:   $47,578.42

Superior Livestock Auction attests that all livestock referenced by this document are of   **USA**   origin.

Superior Livestock Auction by   _[signature]_

Eastern Livestock
Did not pay for this Lot

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723  Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

Thank you for your business.  If you have any questions, please call 1-800-523-6610

## SUPERIOR LIVESTOCK AUCTION

LOT# 10147  DELIVERY DATE Nov 2 2010  SALE DATE Sept 24 2010
SELLER I & I Cattle  918 519-4442  PAPERWORK REC'D 11/9/201
BANK  Date entered 11/2/2010
CONTRACT # 22947  Entered by KF
12/2/2010  12:33:55

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 64 | Feeder Heifers | | 2 | 4 | | 760# | $ 102.25 | |
| DELV 63 | Feeder Heifer 50550 | | 2 | 4 | 49539 | 786# | $ 101.21 | $ 50,138.42 |
| TOTALS 63 | | | | | 49539 | | | $ 50,138.42 |

| | | |
|---|---|---|
| PART PAYMENT | 1,920.00 | |
| GROSS COMMISSION | 1,002.77 | |
| ADDITIONAL COMMISSION | 126.00 | |
| CONSIGNMENT FEE CREDIT | .00 | |
| NET COMMISSION DEDUCTED | 1,128.77 | |
| BEEF CHECKOFF Nowata, OK | 63.00 | |
| LA/AR | .00 | |
| OTHER | .00 | |
| TOTAL DEDUCTIONS | 3,111.77 | |
| NET PROCEEDS DISBURSED | | $ 47,026.65 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---|---|---|---|---|
| 42841 | I & I Cattle | 47,026.65 | 11/5/2010 | $ 47,026.65 |

TOTAL PAID $ 47,026.65
UNDERPAID/OVERPAID $ .00

**********************************************************************

BUYER Eastern Livestock  812 949-9035  812 949-9060(f)
    BUYER # 0016  New Albany, IN  (m)  GROSS AMT $ 50,138.42
COUNTRY OF ORIGIN USA  10/1/2010  PART PAYMENT $ 2,560.00
    ADJUSTMENTS $ .00
PD @ DEL  FUNDS SENT VIA  NET DUE $ 47,578.42
BUYER CALLED
DELIVERY DATE Oct. 25-Nov. 5, 2010
SLIDE over the base weight  - 4
SLA REP Pat Johnson  620-756-4576  620-756-4576
DESTINATION YUMA, CO

47,578.42  11/14/2010  $ 47,578.42
TOT AMOUNT PAID $ 47,578.42
UNDERPAID/OVERPAID $ .00
ADJ TOTAL $ .00

COMMENTS  SLA PD 7 DAYS

**SUPERIOR Livestock Auction**

# LIVESTOCK CONTRACT

131 East Exchange, Suite 121   P.O. Box 38
Fort Worth, TX 76164   Brush, CO 80723
1-800-422-2117   1-800-523-6610

70   Lot #: 10147   0016

THIS CONTRACT made and entered into this 24th day of September, 2010, in Brush, Morgan County, Colorado by and between **I & I Cattle** of
**RR 2 Box 279**   **Nowata**   **OK**   **74048**   Phone Number,
hereinafter known as SELLER, and **Eastern Livestock** of
**135 West Market**   **New Albany**   **IN**   **47150**   Phone, **812-949-9035**   Fax, **812-949-9060**
Cell,   , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 64 | Feeder Heifers | 760 | $102.25 |
|  |  |  |  |

BREED TYPE: **English cross, Exotic cross & English. Few may show slight Brangus influence.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Native**   COUNTRY OF ORIGIN: **USA**
FRAME: **Med - Some Med Lg**   FLESH: **Med - Some Med Hvy**
HORNS: **Tipped or None**   EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native & bermuda grass receiving syrup tubs & 3# protein/grain, hand fed.**

CURRENT LOCATION: **Ranch, 3 miles NE of Nowata, OK which is 20 miles S of Coffeyville, KS**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.   **Ranch**   on/between
**Oct. 25-Nov. 5, 2010**   at the option of the   **representative.**
WEIGHING CONDITIONS: **Gather ASAP, drive to pens & weigh on scales w/a 2%.**

SLIDE: If the livestock average **over the base weight**   the price will be adjusted   **4**   cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS: **Nice load of Northeast Oklahoma hfrs coming off fall grass.**

VACCINATIONS: **Good vacc. program including boosters going to spring grass.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **Yes**   IMPLANTED: **Not by this owner**
BANGS VACCINATED: **Not 100%**

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of ~~[redacted]~~
which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **64** head, the sum of $ **2,560.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.
Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **1,920.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:   **I & I Cattle**   BUYER:   **Eastern Livestock**

BY: _M. Morrow SLA_   BY: _K. Frye SLA_

REPRESENTED BY: **Pat Johnson**   620 756-4576   620 756-4496   620 224-0964

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required. Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications: (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

**SUPERIOR Livestock Auction** — REVISED DATE 2010

Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. Box ___
Brush, CO 80723
(970) 842-5566
1-800-523-6610

B-15

CONSIGNMENT # _____
Accepted by SLA _____
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE: Sept 23-24

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this **12th** day of **Sept**, 20 **10**, by and between **I & I Cattle** (SELLER'S NAME AS PAYMENT IS TO BE MADE), Owner **Jack James** (IF NOT CORPORATION, LLC, ETC.) of **RZ B279** (MAILING ADDRESS) **Nowata** (CITY) **Okla** (STATE) **7404** (ZIP) Phone **918-273-0498** SS#/FEDERAL ID# **448-40-64__** (LAST 4 DIGITS) (CIRCLE ONE), Superior Livestock Auction, Inc. (SLA) and **Pat Johnson** (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| | | Feeder Steers | | | | Weaned Steer Calves | |
| 64 | 1 | Feeded Heifers | 760 | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ _____ / cwt under original price of steers. SPECIAL LOGO: _____

VACCINATION PROGRAM: (circle one) SLA VAC 24   34   34+   45   PreCon       PFIZER SelectVac 24   **34**   34+   45   PreCon   (ANGUS, HEREFORD, ETC.)

AGE & SOURCE VERIFIED: _____ (PROGRAM)    RFID TAGS: YES NO    TESTED PI FREE: YES    OWNER CERTIFIED NATURAL: YES

PROGRESSIVE GENETICS: Yes ___ 1) _____ (BREEDER 1)   2) _____ (BREEDER 2)   3) _____ (BREEDER 3)

SLIDE: **4** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.

WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.

BREED TYPE: **English Cross Exotic Cross + English Few could show slight Brangus Influence**

ORIGIN: Home Raised and/or Purchased from **Native** (STATE(S) OR GEOGRAPHIC REGION) COUNTRY: **USA**

FRAME SIZE: **Med - Some Med Lg**   Small   Medium   Medium Large   Large    FLESH CONDITION: **Med, Some Med Hvy**   Light   Light Medium   Medium   Medium Heavy   Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight) _____ UNEVEN (10-15% +/- pay weight) _____
VERY UNEVEN (15-25% +/- pay weight) _____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: **Tipped or None**   FEEDING PROGRAM: 1) On cows & native grass  2) Native grass  3) **Native & Berm. Grass pasture receiving syrup tubs & 3 lbs protein/grain hand fed**

CURRENT LOCATION: Cattle are located at **Ranch** (RANCH, PASTURE, FEEDYARD, ETC.) which is **3** miles **E** of **Nowata** (NEAREST TOWN) **Okla** (STATE); which is **20** miles **Coffeyville** (DIRECTION) (NEAREST CITY) **KS** (STATE), where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Ranch pens** (RANCH, SCALE, ETC.) on / between **Oct 25 - Nov 5** (DELIVERY DATE WITHIN 2 WEEK PERIOD) at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES NO

WEIGHING CONDITIONS: **Gather ASAP drive to pens & weigh on ranch scales with a 2% shrink, sort off cuts & weigh back cuts**

LOADS: 48,000 pounds or _____    FREIGHT ADJUSTMENT: _____

IMPLANTED: 1) No  **2) Not by this owner**  3) Yes with _____ (BRAND NAME) on _____ (DATE IMPLANTED – IF KNOWN)

BANGS VACCINATED: 1) 100%  **2) Not 100%**  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  **a) Seller's**  b) Buyer's expense  5) No    CASTRATION: 1) Knife cut   2) Banded   3) Pinched   (circle one)

COMMENTS: **NE Okla Hfrs coming off fall grass will be a nice load of Hfrs**

VACCINATIONS: **Good vacc program including boosters going to grass**

BRANDS: _____   WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of _____ (LIENHOLDER) of _____ (CITY) _____ (STATE)

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ **None** on _____ (DATE)

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue. e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock have an illegal level of drug residues). Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE    SELLER **I & I Cattle** (PRINT NAME)
**Pat Johnson** (SIGNATURE)   By: **Jack _____** (SIGNATURE)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER

**OPEN FEEDER HEIFERS:** Heifers that are sold as "Open Feeder Heifers" must be pregnancy checked by a licensed veterinarian (seller's expense) within 21 days prior to delivery. A veterinarian's certificate must accompany the heifers. No part payment will be paid on "Open Feeder Heifers".

**SLA VACCINATION PROGRAM:** A Vaccination Certificate (provided by SLA) must accompany cattle sold in a Superior Livestock Auction Value- Added Health Program. This certificate must state the date the cattle were vaccinated, the brand name of the vaccine administered and the injection site(s).

**NO. HEAD** is the **ACTUAL HEAD COUNT TO BE DELIVERED** on the contract, after sorting. Seller agrees to deliver within 95% of the number of cattle stated in this contract. Buyer, his Agent, SLA or the Marketing Representative shall have the right, at delivery, to sort and reject any stags, crippled, blind, bad eyed, loco, lump-jawed or otherwise unmerchantable cattle, or any other cattle that are not described in this contract, as determined by the Marketing Representative.

**FAILURE TO DELIVER WITHIN 95%:** In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

**LOAD LOTS:** Cattle will be sold in load lots, with a maximum of 48,000 pounds per load, unless otherwise stated. Buyer is not required to accept a specific number of cattle sold, if the load(s) exceed 48,000 pounds.

**BASE WEIGHT** is the estimated average pay weight of the cattle on the day of delivery.

**SLIDE:** If the average pay weight of the cattle at delivery is in excess of the base weight, the price will be adjusted by the amount stated in this contract, for every pound over that weight, on the total net pounds for the first 50 (fifty) pounds. If the average pay weight of the cattle is 51 pounds over the base weight, the slide will INCREASE 2 cents.

*Example. A lot of feeder steers with a base weight of 700# sell for $100.00 / cwt. At delivery, the steers can weigh up to 700# (average) and the price will remain the same. If the steers weigh 701# (average) with a .4 cent (.04) slide, the price will be adjusted to $99.96/cwt; 710# - $99.60/cwt; 715# - $99.40/cwt; 750# - $98.00/cwt; if the steers weigh 751# (average) the slide will accelerate 2 cents to a 6 cent (.06) slide for a price of $96.94/cwt; etc.

**WEIGHING CONDITIONS:** All cattle will be weighed on a certified scale. Split weighing is not allowed.

**OVERNIGHT DRY STAND:** Cattle will be drylotted (no feed or water) the evening prior to delivery.

**WARRANTIES:** Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. If cattle are encumbered by a lien, security interest or chattel mortgage, payment will be issued jointly to Seller and lienholder.

**PAYMENT TO OTHERS:** If the cattle described in this contract are not encumbered, Seller may authorize SLA to disburse proceeds of the sale to others. If the cattle are encumbered, SLA will not make payment to others without a written release from the secured party.

**COMMISSION:** Seller agrees to pay SLA a commission of 2% (two percent) of the gross proceeds of the sale (with a minimum of $8.00 per head) plus $2.00 per head consignment fee on the number of head delivered.

**PART PAYMENT:** Upon sale of the livestock, SLA will advance to Seller $30.00 per head, as part payment, for the livestock described in this contract. In the event that Seller fails to deliver to Buyer the cattle as described in this contract, or at the time of delivery, there are any federal or state regulations prohibiting interstate shipment of said livestock, Seller shall return to SLA all money advanced and this contract will be terminated. Seller acknowledges that SLA will receive $40.00 per head, as part payment, from Buyer. The $10.00 per head received from Buyer and not paid to Seller will be held in SLA's Custodial Account for Shippers' Proceeds as a deposit on commission, until delivery, when the actual commission can be determined.

**EXCEPTION --- NO PART PAYMENT WILL BE PAID ON** heifers that are sold open w/ a vet certificate, any cattle that are not in the continental United States at the time of sale or cattle that are sold for immediate delivery.

**FINAL PAYMENT:** At delivery, SLA will pay Seller, by check, the balance of the purchase price, less SLA's commission and any lawful charges.

**EXPENSES OF SELLER:** Seller will be responsible for all expenses subject to federal and state regulations, such as health inspection, brand inspection, beef checkoff, weighing, etc.

**NO SALE OR PASS OUT:** If Seller elects to decline the highest bid offered at the auction, he/she must do so before the next lot is offered for sale. If Seller declines the highest bid they will be charged $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. If this no sale/pass out fee is paid prior to the auction the check will not be cashed unless the cattle no sale. If the cattle no sale, the check will be cashed and applied to the no sale fee. If this fee is not paid prior to the auction and the Seller receives a part payment this fee will be deducted from the Seller's part payment. In the event the Seller does not receive a part payment, this fee will immediately become due and payable.

**SCRATCH:** If for any reason the Seller withdraws said livestock from the auction they will be allowed to re-consign them to one of the next two consecutive auctions. If the Seller withdraws livestock and does not re-consign them there will be a fee of $3.00 per head on the number of head offered with a maximum of $1,500.00 per consignor per auction. This fee will be collected in the same manner as the consignment fee as stated above.

**AMENDMENTS TO CONTRACT:** Seller hereby appoints SLA or the Marketing Representative as Seller's attorney-in-fact to amend, and authorizes SLA to amend the provisions of this Contract at any time prior to sale to accurately describe the livestock covered by this Contract.

**ARBITRATION OF DISPUTES:** Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

**DESIGNATION OF AGENT:** Seller authorizes SLA to complete and sign a Livestock Contract for the sale of the livestock described in this contract, on behalf of and in the name of the Seller, which will make Seller obligated to all terms and conditions of the Livestock Contract, as if Seller had signed the contract himself. Seller also authorizes SLA to negotiate a satisfactory settlement regarding any discrepancies at delivery.



DDA Debits - 11/04/2010



DDA Debits - 11/04/2010

**SUPERIOR Livestock Auction**
PO Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

No- 042841
LOT # 10147
DATE 11-2-10

PAY TO THE ORDER OF  I + I Cattle                            $ 47,026 65

Forty-Seven Thousand Twenty-Six and 65/100 DOLLARS

PAYABLE THRU
BANK OF COLORADO
PO BOX 525
BRUSH, COLORADO 80723
Phone 970 842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Pat Johnson

DDA Debits - 11/04/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title. ENDORSE BELOW

DDA Debits - 11/04/2010



**SUPERIOR Livestock Auction**

Nº 07676

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 24, 2010

I & I Cattle

RR 2 Box 279

Nowata, OK 74048

43954        7676

Phone: 918-519-4442

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|-------|-------|-------------|---------------|---------|-------|---|----------|
| 10146 | 63 | Feeder Heifers | Sept 25-Oct 5 | 775# | $97.75 | *IMMEDIATE* | |
| 10147 | 64 | Feeder Heifers | Oct 25-Nov 5 | 760# | $102.25 | | $1,920.00 |
| TOTAL | 127 HEAD | | Part Pmt. Paid on | 64 | HEAD | | $1,920.00 |
| DEDUCTIONS | | | | | | | |
| No Sale/Scratch Fees: | | | | | | | $0.00 |
| NET PROCEEDS | | | | | | | $1,920.00 |

---



**SUPERIOR Livestock Auction**

Nº 07676

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

September 24, 2010

PAY TO THE ORDER OF   I & I Cattle                              $1,920.00

One Thousand Nine Hundred Twenty Dollars and No Cents                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX
BRUSH, COLORADO 80723
Phone 970-842-2441

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**

# SUPERIOR Livestock Auction

Nº 042841

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5666
Fax: (970) 842-2705
1-800-523-6610

DATE: 11-3-10
SELLER: E+I Cattle
ADDRESS: P2 B299
CITY: Nowata  STATE: Okla  ZIP CODE: 74048
LOT #: 10147  BUYER: Eastern

| NO HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 63 | Fdr Hf | 50550 | 2% | 49539 | 786 | 101.21 | 50,138.42 |

| DEDUCTIONS | | |
|---|---|---|
| PART PAYMENT | 1920 | 00 |
| COMMISSION | 1002 | 77 |
| CONSIGNMENT FEE | 126 | 00 |
| BEEF CHECKOFF | 63 | 00 |
| TOTAL DEDUCTIONS | 3111 | 77 |
| NET PROCEEDS | 47026 | 45 |

Nº 042841
LOT 10147
DATE 11-3-10

OFFICE COPY
NON NEGOTIABLE

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**SUPERIOR Livestock Auction**

131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# 10147   DATE 11-2-10
SELLER I&I Cattle   BUYER Eastern
LOADED AT Nowata Okla   DESTINATION Yuma Colo
TRUCKED BY H&B   TRUCK # _____
NUMBER OF HEAD LOADED 63   TIME OF DEPARTURE 8:40
CONDITION OF CATTLE WHEN LOADED Good

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____ TRUCKER'S SIGNATURE         Pat Johnson  SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:
BRAND _____ HEALTH ✓ WEIGH TICKETS _____ BUYERS INVOICE _____

**OFFICE COPY**

131 East Exchange, Suite 121  
Fort Worth, TX 76106  
(817) 624-3800  
Fax: (817) 624-3325  
1-800-422-2117  



**SUPERIOR Livestock Auction**

P.O. Box 38  
Brush, CO 80723  
(970) 842-5566  
Fax: (970) 842-2705  
1-800-523-6610  

## WEIGH SHEET

SELLER: I & I Cattle   LOT #: 10147  
BUYER: Eastern  
WEIGHED AT: Inman Ranch Scales   DATE: 11-2-10

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|---|---|---|---|---|---|---|---|
| 15 | 12180 | | | | | | |
| 15 | 11840 | | | | | | |
| 15 | 11930 | | | | | | |
| 15 | 12030 | | | | | | |
| 9 | 7030 | | | | | WEIGH BACKS | |

TOTAL CATTLE WEIGHED: 69   55010  
LESS WEIGHBACKS: 4460   6   ~~5040~~  
GROSS WEIGHT: 63   50550  
49539

WEIGHED BY: Pat Johnson  
NOTES:

OFFICE COPY



**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121  
Fort Worth, TX 76164  
1-800-422-2117  
(817) 624-3800  
Fax: (817) 624-3325

P.O. Box 38  
Brush, CO 80723  
1-800-523-6610  
(970) 842-5566  
Fax: (970) 842-2705

| Date | 11-2-10 | Lot # | 10147 |
|---|---|---|---|
| Buyer | Eastern Livestock | | |
| Address | 135 W Market | | |
| City | New Albany | State | Ind | Zip Code | 47150 |
| Seller | I&I Cattle | Weighted At | Furman Ranch Scales |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 63 | Str H4 | 50550 | 2% | 49539 | 786 | 101.21 | 50,138.42 |

DESTINATION: Yuma Colo  
TRUCKED BY: H&B

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

| LESS PART PAYMENT | 2560.00 |
|---|---|
| NET DUE | 47,578.42 |

**CERTIFICATE OF VACCINATION**

CIRCLE ONE: SLA   VAC24   VAC34   VAC34+   VAC45   PRECON  
PFIZER SELECTVAC   24   34   34+   45   PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

**CERTIFIED NATURAL**

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

☐ Age/Source Verified   Database Provider _____

Seller Please Initial _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____   Date _____

OFFICE COPY