# EXHIBIT H PART 2

# Exhibit File Check List

**Lot #:** _7010 C_

_____✓___ Delivery Sheet
_____✓___ Eastern Payment Info _(Collection)_
_____✓___ Livestock Contract
_____✓___ Consignment Contract
_____✓___ Cleared Part Payment Check
_____✓___ Cleared Final Payment Check
_____✓___ Copy of Part Payment Check
_____✓___ Copy of Delivery Paperwork

## SUPERIOR LIVESTOCK AUCTION

1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

### BUYERS INVOICE
Buyer # 0016-4

**Eastern Livestock**                                                        Office:    812 949-9035

**135 West Market**
**New Albany, IN  47150**                                          Fax:    812 949-9060

### LOT # 7010C

**Delivery Date**   10/30/2010                                     Auction Date    7/10/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|--------|-------------|--------|--------|--------|--------|-------|--------------|
| 105 | Heifer Calves | | 2 | | 525 | $111.00 | |
| **Delivered:** | | | | | | | |
| 97 | Heifer Calves | 56185 | 2 | 55061 | 568 | $106.70 | $58,750.09 |
| **Total:** | | | | | | | |
| 97 | | | | 55061 | | | **$58,750.09** |

**Seller:**  Olson, Grove & Brook Ranches                **Part Payment Paid:**    -    $4,200.00
**Location:**   Judith Gap, MT                                   **Adjustments:**                    $0.00
**Destination:**  MALTA, ID
**Representative:** Steve Frerichs  712 251-2501       **Net Due:**                **$54,550.09**
                   Roger Janes  712 490-3876
                   Robert Stone  406 538-3385

Superior Livestock Auction attests that all livestock referenced by this document are of    <u>USA</u>    origin.

**Superior Livestock Auction by**     *Tom E M_____*

> Eastern Livestock's
> check was not deposited
> it was sent for collection and
> returned "unpaid"

**Please remit to Superior Livestock Auction via Wire Transfer or O_____**
<u>Please include the Lot Number on your payment</u>

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle
referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior
Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

LOT# 7010C          DELIVERY DATE Oct 30 2010          SALE DATE July 10 2010
SELLER Olson, Grove & Brook Ranches     406 473-2219   PAPERWORK REC'D 11/4/201
BANK                                                   Date entered 10/30/2010
CONTRACT # 15525                                       Entered by MW
12/2/2010   12:08:44

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|--------|-------|-----|-------|-----|--------|---------|-------|--------------|
| CONT 105 | Heifer Calves | | 2 | 10 | | 525# | $ 111.00 | |
| DELV 97 | Heifer Calves 56185 | | 2 | 10 | 55061 | 568# | $ 106.70 | $ 58,750.09 |

| TOTALS | | | | | | | | |
|--------|-------|-----|-------|-----|--------|---------|-------|--------------|
| 97 | | | | | 55061 | | | $ 58,750.09 |

| | | |
|---|---|---|
| PART PAYMENT | | 3,150.00 |
| GROSS COMMISSION | 1,175.00 | |
| ADDITIONAL COMMISSION | 194.00 | |
| CONSIGNMENT FEE CREDIT | .00 | |
| NET COMMISSION DEDUCTED | | 1,369.00 |
| BEEF CHECKOFF Judith Gap, MT | | .00 |
| LA/AR | | .00 |
| OTHER | | .00 |
| TOTAL DEDUCTIONS | | 4,519.00 |
| NET PROCEEDS DISBURSED | | $ 54,231.09 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---------|-----------|-----|---------|-----|
| 32180-2 | Rod Brook | 36,736.04 | 11/5/2010 | $ 36,736.04 |
| 32181 | Stacey Grove | 17,493.05 | 11/10/2010 | $ 17,493.05 |
| ADJ | SLA-Underpaid Seller | -2.00 | 10/31/2010 | $ 2.00 |

TOTAL PAID $ 54,231.09
UNDERPAID/OVERPAID $ .00

*****************************************************************************

BUYER Eastern Livestock   812 949-9035   812 949-9060(f)       GROSS AMT $ 58,750.09
       BUYER # 0016-4New Albany, IN  (m)                       PART PAYMENT $ 4,200.00
COUNTRY OF ORIGIN USA              7/16/2010   ADJUSTMENTS $ .00
                                               NET DUE $ 54,550.09
PD @ DEL   FUNDS SENT VIA
BUYER CALLED
DELIVERY DATE Oct. 25-30, 2010
SLIDE over the base weight          - 10
SLA REP Steve Frerichs     712-947-4235   712-251-2501
       Roger Janes        512-386-1880   712-490-3876
       Robert Stone       406-538-3385   406-538-3385
DESTINATION MALTA, ID

| | | |
|---|---|---|
| | 54,550.09  11/5/2010 | $ 54,550.09 |
| TOT AMOUNT PAID | | $ 54,550.09 |
| UNDERPAID/OVERPAID | | $ .00 |
| ADJ TOTAL | | $ .00 |

COMMENTS  SLA PD 7 DAYS



## FIFTH THIRD BANK

November 23, 2010

Bank of Colorado
P.O. Box 147
Fort Lupton, CO 80621

Re: Collection Request: Eastern Livestock Co LLC
Check Numbers: 125060, 125059, 125058, 125056, 125055, 125053, 125044, 125042,
125040, 125036, 125051, 125048, 125046, 125034, 125032, 125030, 125028, 125019,
125017, 125038, 125013

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on
the above referenced account.

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-
358-9355


Regards,

Katie Block
Garnishment Clerk


*not going to be paid*
*Ben Loomis*

№ 125019

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

```
                                        #6759 B
                                              46,244·26+
                                        #6759 C
                                              52,411·24+
    CHECK NUMBER:    125019   CHECK                         AMOUNT:      153,205.59
                                        #7010 C
         101030     95H LOT11125  no1        54,550·09+          3,800.00-
         101030     97H @   55061#                             58,750.09
         101030    10315  -E#7010C  67°   003                   4,200.00-
         101030     95H @   50010#           153,205·59*+      56,211.24
         101030     74H @   43230#                            49,524.26
         101030    11134  -E#6759B                             3,280.00-

                                              0·*
```

## EASTERN LIVESTOCK CO., LLC

---

**E**
**EASTERN**
**LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

№ 125019

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|------|-----------|---|--------|
| 10/11/01 | 125019 ** | | **153,205.59 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

SENT FOR COLLECTION

**SUPERIOR Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117

P.O. Box 38
Brush, CO 80723
1-800-523-6610

# LIVESTOCK CONTRACT

2297

Lot #:   **7010C**

0016-4

THIS CONTRACT made and entered into this **10th** day of **July**, **2010** , in Brush, Morgan County, Colorado by and between **Olson, Grove & Brook Ranches** of **3684 Hwy 295** **Judith Gap** **MT** **59453** Phone Number, , hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market** **New Albany** **IN** **47150** Phone, **812-949-9035** Fax, **812-949-9060** Cell, , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM: **VAC 34**

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|--------|----------|-------------|-------|
| 105 | Heifer Calves | 525 | $111.00 |

BREED TYPE:  **Out of Black Angus cows by reg. Gaugler & Hilltop Black Angus bulls. All Black hided.**

MIXED LOADS: Heifer price will be $   **0**   /CWT under original price of steers.

ORIGIN: **Home Raised**          COUNTRY OF ORIGIN  **USA**

FRAME:  **Medium**          FLESH: **Medium**

HORNS: **No**          EST WT VARIANCE:  **Uneven**

FEEDING PROGRAM: **On cows, native grass & high copper mineral program. No supplement.**

CURRENT LOCATION: **Olson, Grove & Brook Ranches, 3 miles S of Judith Gap, MT which is 110 miles N of Billings, MT**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.

DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.          **Snelling Ranch Scales**          on/between **Oct. 25-30, 2010**          at the option of the     **representative.**

WEIGHING CONDITIONS:  **Gather ASAP from 3 ranches, sort off cows, sex, load on sellers trailers, haul 3 miles, unload, size & weigh on ground w/a 2%.  60,000# ld(s).**

SLIDE: If the livestock average  **over the base weight**          the price will be adjusted     **10**     cents per pound for every pound    **over**   that weight on the total net pounds.

COMMENTS:  **Selling 1 good load (middle cut) from 190 hd. Replacements kept. 1st yr/SLA. Filmed 6/13/10. MBQA cert. RFID tagged PVP program.**

VACCINATIONS:  **VAC 34. Alpha 7 @ birth. 2 wks later, Covexin 8. Ultrabac 7 @ branding. Express 5PHM & Vision 7 w/Somnus @ preweaning.**

AGE/SOURCE VERIFIED: **Verified Beef (SLA does not warrant harvest date)**
SLA cannot warrant the harvest date on age and source verified cattle and cannot guarantee availability of data from source provider.

LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:  Yes          IMPLANTED: **Ralgro @ branding**

BANGS VACCINATED:  **No**

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

SEE ADDENDUM

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS:  The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.

PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on     **105** head, the sum of $   **4,200.00**   , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $   **3,150.00**   , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE:  THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF.  SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed in Brush, Morgan County, Colorado on the date indicated above.

SELLER:   **Olson, Grove & Brook Ranches**          BUYER:   **Eastern Livestock**

BY:  *M. Morrow SLA*          BY:  *K. Frye SLA*

REPRESENTED BY:   Steve Frerichs          712 947-4235          712 251-2501

Roger Janes          512 386-1880          712 490-3876

Robert Stone          406 538-3385          406 366-1002

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold , Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitration shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

Livestock Auction

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**

CONSIGNMENT #: _2297_
Assigned by SLA
Effective Date

AUCTION DATE _Green boat spring_

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this __13__ day of __June__ 20 _10_ by and between

_Olson, Grove & Brook Ranches_ (SELLER'S NAME AS PAYMENT IS TO BE MADE), Owner _Chad Olson_ _Shady Grove_ _Red Brook_ (IF CORPORATION, PARTNERSHIP, LLC, ETC.)

of _3684 Hwy 295_ (MAILING ADDRESS) _Judith Gap_ (CITY) _MT_ (STATE) _59453_ (ZIP)

Phone _406-473-2219_ SS#/FEDERAL ID# _6854_ (LAST 4 #'S) (CIRCLE ONE) (SELLER), Superior Livestock Auction, Inc. (SLA) and

_Hi Tech_ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| | | Feeder Steers | | | | Weaned Steer Calves | |
| | | Feeded Heifers | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | 105 | YES | Heifer Calves on Cows | 525 |

MIXED LOADS: Heifer price will be $_____ / cwt under original price of steers. SPECIAL LOGO: _M + Angus_ (ANGUS/HEREFORD, ETC.)

VACCINATION PROGRAM: (circle one) SLA VAC 24 **34** 34+ 45 PreCon PFIZER SelectVac 24 34 34+ 45 PreCon

AGE & SOURCE VERIFIED _Verified Beef_ RFID TAGS: (YES) NO TESTED PI FREE: YES OWNER CERTIFIED NATURAL: YES
(PROGRAM)

PROGRESSIVE GENETICS: Yes 1) _Single Angus_ 2) _Hilltop Angus_ 3)
(BREEDER 1) (BREEDER 2) (BREEDER 3)

SLIDE : _10_ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.

WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.

BREED TYPE: _Out of High Angus cows by Gaugler & Hilltop Registered Black Angus Bulls_

ORIGIN: Home Raised and/or Purchased from _____ COUNTRY: _USA_

FRAME SIZE: Small (Medium) Medium Large Large FLESH CONDITION: Light Light Medium (Medium) Medium Heavy Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE FAIRLY EVEN (0-10% +/-of pay weight) _____ UNEVEN (10-15% +/- pay weight) _____
VERY UNEVEN (15-25% +/- pay weight) _____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: _none_ FEEDING PROGRAM: 1) On cows & native grass 2) Native grass 3) _no supplement with High copper mineral program_

CURRENT LOCATION: Cattle are located at _Olson Grove & Brook Ranches_ which is _3_ miles _NE_ of
(RANCH, POST OFC, FEEDYARD, ETC.) (DIRECTION)
_Judith Gap_ _MT_ ; which is _110_ miles _N_ of _Billings_
(NEAREST TOWN) (STATE) (HWYS) (CITY)
where they shall remain in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at _Snelling Ranch Scales_ on / between
_Oct 25-30-10_ at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: (YES) NO
(SUGGESTED DATE WITHIN 2 WEEK PERIOD)
WEIGHING CONDITIONS: _gather AS AS from 3 ranches, cut off cows, also take off replacements, haul 3 miles, unload weigh on the ground with a 12# pencil shrink_
LOADS: 48,000 pounds or _1-60,000 lbs load_ FREIGHT ADJUSTMENT: _0_

IMPLANTED: 1) No 2) Not by this owner 3) Yes with _Ralgro_ on _Branding_
(BRAND NAME) (DATE IMPLANTED +/- KNOWN)
BANGS VACCINATED: 1) 100% 2) Not 100% 3) Can be after weighing if required for shipment at a) Seller's b) Buyer's expense and risk
4) Can be prior to delivery at a) Seller's b) Buyer's expense 5) No CASTRATION: 1) Knife cut 2) Banded 3) Pinched (circle one)

COMMENTS: _selling one good load (middle cut 119 hvy) with replacements kept. All black Angus hfrs. 1st year SLA. Filmed 6-13-10. MBQA certified._

VACCINATIONS: _Vac 24, alpha 7 at birth, 2 weeks Covexin 8, at weaning Alpha 7 bac 7, Express 5 PHM + Vision 7 at summer + prevaccine_

BRANDS: Rad 8 RR, Slac L Q L R, Chad S LA. WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of _____
(LIENHOLDER) (ADDRESS) (CITY) (STATE)

SLA acknowledges receipt of a check for $3.00 per head in the amount of $_____ on _____
(DATE)
ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)
☑ RFID Tagged - PAP Program

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residue). Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees & information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE _Hi Tech by KD Strong_ SELLER _Olson, Grove & Brook Ranches_
(SIGNATURE) By: _____
(SIGNATURE)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER

## Source and Age Verification Affidavit

Auction Date: 7-5-9-10

The undersigned acknowledges that he/she has agreed to consign cattle to Superior Livestock or Superior Stampede as Source and Age Verified. The consignor understands that this affidavit serves as a preliminary agreement that the consignment below will be Source and Age Verified through a USDA Approved Program that supports RFID ear tags. To meet this agreement the consignor must complete the audit process and purchase ear tags.

Name of Data Service Provider: (circle one of the following)    Superior Verified    IMI Global    Ag Info Link

Angus Source    Angus Source w/dangle tag    Red Angus    Red Angus w/dangle tag    (Verified Beef)

Global Animal Management    Other _____

Superior Livestock Auction Date: 7-5-9-10    Cons#: _____

Number of Head:    Steers 150    Heifers 105    For SLA use only

---

☐ **NHTC Approved** (Non-Hormone Treated Cattle approved for export to European Union)

Certified By: _____
USDA Approved QSA Program

---

☐ **Owner Certified Natural Consignment Affidavit**

The undersigned acknowledges that he/she has consigned cattle to Superior Livestock Auction or Superior Stampede and has the authority to represent them as "Owner Certified Natural".

The undersigned certifies that he/she is the original owner of the consigned cattle or if not the original owner, agrees to supply signed "All Natural" certification from the original owner.

The undersigned certifies that said cattle have never ever received and will not receive:
A. Ionophores -- (Rumensin, Bovatec, Catlyst, Gain-Pro)
B. Antibiotics and/or Sulfas – fed or injected (Aureomycin, Nuflor, Draxxin, CTC, Albon)
C. Growth promoting hormones/steroids – fed, oral or injected (Revalor, MGA, Lutalyse, Ralgro, Dexamethasone)
D. Beta Adrenoceptor – agonist – fed or injected (Optaflexx)
E. Any type of Animal By-Product in feedstuffs, mineral supplement or feed tubs:
    Fish Oil        Milk Replacers        Animal Fat
    Feather Meal    Poultry Litter        Yellow Grease
        Any type of by-product from fish, birds or mammals

This list of prohibited products is not limited to only the examples given. Please review your feedstuffs, minerals and supplements for actual ingredient content before signing this affidavit.

The undersigned certifies that any cattle receiving therapeutic treatment will be individually identified and will not be shipped without buyer's permission.

Number of Head:    Steers _____    Heifers _____

Superior Livestock Auction Date: _____    First Calf Born Date: _____

---

RB S6 I hereby certify that I will complete the audit process necessary for my consignment to be Source and Age Verified
INITIAL HERE prior to my cattle being delivered. I understand that I am responsible for the additional costs associated with Source and Age Verification; including telephone documentation audit and ear tags. Failure to complete this process could result in financial implications, upon which the consignor is responsible.

INITIAL HERE I hereby certify that the cattle represented as Owner Certified Natural and/or NHTC Approved in this consignment comply with all management practices and representations made by this affidavit.

X Rodney Brook    6-13-10
Consignor's Signature        Date

Seller Name as Consigned: Olsen Grove + Brook Ranches

Address: 3684 Hwy 297    Please Print

City/State/Zip: Judith Gap, MT    59453

Telephone #: 473-2219    SLA Representative: _____

**SUPERIOR**
**Livestock Auction**

OFFICE – WHITE    REP-YELLOW    SELLER – PINK



DDA Debits - 07/27/2010



DDA Debits - 07/27/2010

**SUPERIOR**
Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 32180

LOT # 7010 A, B & C

DATE 10-30-10

PAY TO THE
ORDER OF Rod Brooks _____ $ 46,447 ³⁰

Forty six thousand four hundred forty seven 8 ³⁰⁄ _____ DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970 842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/04/2010



DDA Debits - 11/04/2010



**SUPERIOR**
**Livestock Auction**

PO Box 38
Brush, CO 80723
(970) 842-5568
Fax: (970) 842-2705
1-800-523-6810

No. 32181

LOT # 7010, A, B, &C

DATE 10-30-10

PAY TO THE ORDER OF Stacey Bros.                    $17,493 05

Seventeen thousand four hundred ninety three & 05/                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
PO BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2844

82-244/1070

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

DDA Debits - 11/09/2010

DDA Debits - 11/09/2010



# SUPERIOR
## Livestock Auction

N° 05220

1811 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624 3800
Fax: (817) 624 3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

July 10, 2010

Olson, Grove & Brook Ranches

60167          5220

3684 Hwy 295

Judith Gap, MT 59453

Phone: 406-473-2219

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|-------|-------|-------------|---------------|---------|-------|--|----------|
| 7010A | 27.2 | Steer Calves | Oct. 25-30 | 610# | $116.50 | | $816.00 |
| 7010B | 23.8 | Steer Calves | Oct. 25-30 | 710# | $115.50 | | $714.00 |
| 7010C | 35.7 | Heifer Calves | Oct. 25-30 | 525# | $111.00 | | $1,071.00 |
| TOTAL | 86.7 | HEAD | | Part Pmt. Paid on | 86.7 | HEAD | $2,601.00 |

DEDUCTIONS:

No Sale/Scratch Fees:                    $0.00

NET PROCEEDS:                           $2,601.00

---



# SUPERIOR
## Livestock Auction

N° 05220

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

July 10, 2010

PAY TO THE
ORDER OF     Chad Olson

$ 2,601.00

Two Thousand Six Hundred One Dollars and No Cents                    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 4500
BRUSH, COLORADO 80723
PHONE: (970) 842-5443

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

**NON-NEGOTIABLE**



# SUPERIOR
## Livestock Auction

No 05221

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

July 10, 2010

Olson, Grove & Brook Ranches

60167          5221

3684 Hwy 295

Judith Gap, MT  59453

Phone:  406-473-2219

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|-------|-------|-------------|---------------|---------|-------|--|----------|
| 7010A | 26.4 | Steer Calves | Oct. 25-30 | 610# | $116.50 | | $792.00 |
| 7010B | 23.1 | Steer Calves | Oct. 25-30 | 710# | $115.50 | | $693.00 |
| 7010C | 34.65 | Heifer Calves | Oct. 25-30 | 525# | $111.00 | | $1,039.50 |
| TOTAL | 84.15 | HEAD | | Part Pmt. Paid on | 84.15 | HEAD | $2,524.50 |
| | DEDUCTIONS | | | | | | |
| | No Sale/Scratch Fees | | | | | $0.00 | |
| | NET PROCEEDS | | | | | | $2,524.50 |



# SUPERIOR
## Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

No 05221

July 10, 2010

PAY TO THE
ORDER OF     Rod Brook

$2,524.50

Two Thousand Five Hundred Twenty Four Dollars and Fifty Cents

DOLLARS

PAYABLE THRU
BANKFIRST COLORADO

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

## NON-NEGOTIABLE

Nº 32179

# SUPERIOR
## Livestock Auction

3 1 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax (817) 624-3025
1-800-422-2117

P.O. Box
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

SELLER: Olson Grove & Brook    DATE 10-30-10
Chad Olson Ranches

ADDRESS: 3684 Hwy 251
CITY: Judith Gap    STATE: M    ZIP CODE: 5945-3
LOT #: 7010 A, B+C    BUYER: 

| No/Hd | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT | |
|-------|-------------|--------|--------|--------|--------|-------|--------|---|
| 64 | med str | 38595 Ac of 2% | | 37823 | 591 | 1.1650 | 44063 | 80 |
| 27 | hvy str | 18700 360 t 2% | | 18385 | 681 | 1.1550 | 21231 | 67 |
| 65 +1 | hfr clf | 3625 clot 2% | | 35549 | 540 | 1.0630 | 37930 | 78 |
| | | | | | | | 103,225 | 25 |

**DEDUCTIONS:**

| | |
|---|---|
| PART PAYMENT | 360100 |
| COMMISSION | 2064 59 |
| CONSIGNMENT FEE | 312 00 |
| BEEF CHECKOFF | |
| | |
| | |
| TOTAL DEDUCTIONS | 4977 59 |

NET PROCEEDS  98,251 66

---

# SUPERIOR
## Livestock Auction

P.O. Box
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

Nº 32179

LOT # 7010 A, B+C

DATE 10-30-10

PAY TO THE ORDER OF: Chad Olson    $98,251 66

Ninety eight thousand two hundred fifty one & 66/100    DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. Box 539
BRUSH, COLORADO 80723
phone 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

OFFICE COPY    NON-NEGOTIABLE



**SUPERIOR**
**Livestock Auction**

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nᵒ 32180

Olson, Gvgne & Brook    DATE 10-30-10

SELLER  Red Brook Ranches

ADDRESS  Box 242

CITY  Jackson Stop    STATE  Mr    ZIP CODE  59453

LOT #  7010 A, B &C    BUYER

| NO HD | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT | |
|-------|-------------|--------|--------|---------|----------|-------|--------|---|
| 19 | Silent | 11500 | Adust 2% | 11270 | 593 | 1.168⁰ | 13129 | 55 |
| 31 | Coyote | 20900 Bdut 2% | | 20491 | 661 | 1.155⁰ | 23667 | 11 |
| 22 | Aft et | 12740 | Cdut 2% | 12485 | 568 | 1.067⁰ | 13,321 | 50 |
| 72 | | | | | | | 50,118 | 16 |

| DEDUCTIONS: | | | | | |
|-------------|--|--|--|--|--|
| PART PAYMENT | | | 2524 | 50 | |
| COMMISSION | | | 1002 | 36 | |
| CONSIGNMENT FEE | | | 144 | 00 | |
| BEEF CHECKOFF | | | | | |
| | | | | | |
| TOTAL DEDUCTIONS | | 3670 | 86 | |

NET PROCEEDS  46,447.30

**SUPERIOR**
**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nᵒ 32180

LOT # 7010 A B &C

DATE 10-30-10

PAY TO THE
ORDER OF  Red Brook                                    $ 46,447 ³⁰

Forty six thousand four hundred forty seven & 30 ─────  DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 6250
BRUSH, COLORADO 80723
Phone: (970) 842-5441

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON NEGOTIABLE

OFFICE COPY



# SUPERIOR
## Livestock Auction

Nº 32181

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5666
Fax (970) 842-2705
1-800-523-6610

Olsen, Gnore y Crook **DATE** 10-30-10

**SELLER** Stacey Gildzgher

**ADDRESS** 3684 Hwy 295

**CITY** Judith Gap   **STATE** mt   **ZIP CODE** 59453

**LOT #** 7010 A, B + C   **BUYER**

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | Heat one | | | | | |
| 16 | Str 5+ | 11470 BC 0T | 2% | 11241 | 703 | 115 50 | 12983 36 |
| 11 | Hfr ett | 7170 C L 0T | 2% 0 | 7027 | 639 | 1.06 70 | 7497 81 |
| 27 | | | | | | | 20481 17 |

| DEDUCTIONS: | | | | | | | |
|---|---|---|---|---|---|---|---|
| PART PAYMENT | | | | 2521 50 | | | |
| COMMISSION | | | | 409 62 | | | |
| CONSIGNMENT FEE | | | | 54 00 | | | |
| BEEF CHECKOFF | | | | | | | |
| | | | TOTAL DEDUCTIONS | 2988 12 | | | |

**NET PROCEEDS** 17,493 05



# SUPERIOR
## Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5666
Fax (970) 842-2705
1-800-523-6610

Nº 32181

LOT # Judy A, B + C

**DATE** 10-30-10

**PAY TO THE ORDER OF** Stacey Gildzgher   $ 17,493 05

Seventeen thousand four hundred ninety three and 05/100   DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 52
BRUSH, CO 80723-0052

**CUSTODIAL ACCOUNT OR SHIPPERS PROCEEDS**

OFFICE COPY   **NON-NEGOTIABLE**



P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

131 East Exchange Ave., Suite 230
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

**Superior**
**Livestock Auction**

## TRUCKER'S BILL OF LADING

LOT# _7010c_          DATE _10-30-10_

SELLER _Olson, Grove + Brook_     BUYER _Eastern 4s    Wheverly Feedlot_

LOADED AT _Jud.th Gap, M_     DESTINATION _Watonga, OK_

TRUCKED BY _B & W Truck_          TRUCK # _____

NUMBER OF HEAD LOADED _97 hd_     TIME OF DEPARTURE _____

CONDITION OF CATTLE WHEN LOADED _Excellent_

COMMENTS _97 hd @ 5685 lbs av 579 str grass_

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE
AND HEAD COUNT AS STATED ABOVE.

_____          _____
TRUCKER'S SIGNATURE                    SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:

BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

OFFICE COPY



131 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

**SUPERIOR**
**Livestock Auction**
**WEIGH SHEET**

SELLER _Olson, Grove & Brook Ranches_  LOT # _7010 c_

BUYER _Eastern 4/5_  DATE _10-30-10_

WEIGHED AT _Snelling Ranch Scale_  DATE CERTIFIED _10-10_
_Justin Cap, SD_ (NAME & LOCATION OF SCALE)

_Heifers_

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
| 9 | 5050 | Colsen | | | | | |
| 7 | 3880 | n " | | | | | |
| 10 | 5835 | n " | | | | | |
| 5 | 2800 | n " | | | | | |
| 10 | 5290 | n " | | | | | WEIGH BACKS |
| 6 | 2300 | n " | | | C. Olson | 1 | 520 |
| 10 | 5650 | n " | | | | | |
| 8 | 4590 | n " | | | | | |
| 6 | 3875 | Grove | | | | | |
| 5 | 3295 | n " | | | | | |
| 11 | 6360 | Brook | | | | | |
| | 6380 | n | | | | | |
| 97 | 56705 | No 579 | | | | | |

TOTAL CATTLE WEIGHED  | 97 | 56705 |

LESS WEIGHBACKS  | 1 | 520 |

GROSS WEIGHT  | 98 | 56705 |

97 - 56185

579  1

WEIGHED BY _R. D. Stone_

WITNESSED BY _Utz Snow_

NOTES _____

OFFICE COPY



131 East Exchange, Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

# SUPERIOR
## Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

| Date | 12-30-10 | Lot # | 7010C | |
|---|---|---|---|---|
| Buyer | Eastern Livestock | | | |
| Address | 135 West Market | | | |
| City | New Albany | State | IN | Zip Code 47150 |
| Seller | Olson, Graue & Brook Ranches | Weighted At | Judith Gap, NC | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 97 | hprclf | 56185 | 2% | 55 001 | 568 | 1.06²⁵ | 58750 | 09 |
| | | | Thank you we | | | | | |
| | | | appreciate your business | | | | | |
| | | Dave | Olson & Staff | | | | | |
| | | 5 AUVS | MA 154 34 | | | | | |

DESTINATION: Watonga, OK

LESS PART PAYMENT     4200 —

TRUCKED BY: B & W Truck

"Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority."

NET DUE     54,550 | 09

## CERTIFICATE OF VACCINATION

| CIRCLE ONE | SLA   VAC24   VAC34   VAC34+   VAC45   PRECON |
| | PFIZER SELECTVAC   24   34   34+   45   PRECON |

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | Alpha 7 | birth | IM / (Sub Q) |
| IBR, PI3, BVD & BRSV | Express 5 PHM | pre-con | IM / (Sub Q) |
| Boostered | Express 8 | 2wk afterbirth | IM / (Sub Q) |
| Pasteurella | | | IM / (Sub Q) |
| Boostered | Vision 7w Somnus | pre-con | IM / (Sub Q) |
| Other | | | IM / (Sub Q) |

The seller hereby certifies that these cattle were administered the above vaccinations.

### CERTIFIED NATURAL

The seller certifies that these cattle have NOT been:

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

| ☑ Age/Source Verified | Database Provider | Verified Beef | Seller Please Initial | S.O. |
|---|---|---|---|---|
| | | USA | | |

The seller attests that all livestock referenced by this document are of Olson, Graue Brook Ranches _____ origin.

Seller's Signature

Date     10-30-10

OFFICE COPY