# EXHIBIT H PART 5

# Exhibit File Check List

## Lot #: _____ 8771 _____

    __x___  Delivery Sheet
    __x___  Eastern Payment Info
    __x___  Livestock Contract
    __x___  Consignment Contract
    __x___  Cleared Part Payment Check
    __x___  Cleared Final Payment Check
    __x___  Copy of Part Payment Check
    __✓___  Copy of Delivery Paperwork

## SUPERIOR LIVESTOCK AUCTION

1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

### BUYERS INVOICE
### Buyer # 0016

**Eastern Livestock**                                                    **Office:**    812 949-9035

**135 West Market**
**New Albany, IN  47150**                                                **Fax:**    812 949-9060

### LOT # 8771

**Delivery Date**    10/29/2010                                          **Auction Date**    8/26/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|--------|-------------|--------|--------|--------|--------|-------|--------------|
| 320 | Feeder Steers | | 2 | | 775 | $108.75 | |
| **Delivered:** | | | | | | | |
| 320 | Feeder Steers | 243600 | 2 | 238728 | 746 | $108.75 | $259,616.70 |
| **Total:** | | | | | | | |
| **320** | | | | **238728** | | | **$259,616.70** |

**Seller:**  Nueces Cattle Co.                          **Part Payment Paid:**   -    $12,800.00
**Location:**  George West, TX                          **Adjustments:**              $0.00
**Destination:** Dalhart, TX
**Representative:** Willy Shannon  361 449-7156          **Net Due:**             **$246,816.70**
Riley Rhodes  361 813-6650

Superior Livestock Auction attests that all livestock referenced by this document are of        **USA**        origin.

**Superior Livestock Auction by**

*Eastern Livestock's*
*check was not deposited*
*it was sent for collection and*
*returned "unpaid"*

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO  80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle
referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior
Livestock Auction or the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

LOT# 8771                  **DELIVERY DATE** Oct 29 2010        **SALE DATE** August 26 2010
**SELLER** Nueces Cattle Co.     361 449-2425               **PAPERWORK REC'D 11/8/201**
BANK                                                        Date entered 10/29/2010
CONTRACT # 21979                                            Entered by mgm
12/2/2010   12:20:20

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|--------|-------|-----|-------|-----|--------|---------|-------|--------------|
| CONT 320 | Feeder Steers | | 2 | 4 | | 775# | $ 108.75 | |
| DELV 320 | Feeder Steers | 243600 | 2 | 4 | 238728 | 746# | $ 108.75 | $ 259,616.70 |
| | | | | | | | | |
| **TOTALS** | | | | | | | | |
| 320 | | | | | 238728 | | | $ 259,616.70 |

| | | |
|---|---|---|
| **PART PAYMENT** | | 9,600.00 |
| **GROSS COMMISSION** | 5,192.33 | |
| **ADDITIONAL COMMISSION** | 640.00 | |
| **CONSIGNMENT FEE CREDIT** | .00 | |
| **NET COMMISSION DEDUCTED** | | 5,832.33 |
| **BEEF CHECKOFF** George West, TX | | 320.00 |
| **LA/AR** | | .00 |
| **OTHER** | | .00 |
| **TOTAL DEDUCTIONS** | | 15,752.33 |
| **NET PROCEEDS DISBURSED** | | $ 243,864.37 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---------|-----------|---|---------|---|
| 46601 | Nueces Cattle Co. | 243,864.37 | 11/2/2010 | $ 243,864.37 |

                                                  **TOTAL PAID** $   243,864.37
                                        **UNDERPAID/OVERPAID** $          .00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
  BUYER Eastern Livestock   812 949-9035   812 949-9060(f)
       BUYER # 0016  New Albany, IN   (m)        **GROSS AMT** $   259,616.70
**COUNTRY OF ORIGIN** USA                    8/31/2010  **PART PAYMENT** $   12,800.00
                                              **ADJUSTMENTS** $          .00
  **PD @ DEL   FUNDS SENT VIA**                      **NET DUE** $  246,816.70
  **BUYER CALLED** X
  **DELIVERY DATE** Oct. 15-Nov. 1, 2010
  **SLIDE** over the base weight              – 4
  **SLA REP** Willy Shannon        361-449-1183   361-449-7156
       Riley Rhodes         361-449-2425   361-813-6650
  **DESTINATION** TEXHOMA, OK

|  | | | |
|---|---|---|---|
| 246,816.70 | 11/5/2010 | $ | 246,816.70 |
| | **TOT AMOUNT PAID** | $ | 246,816.70 |
| | **UNDERPAID/OVERPAID** | $ | .00 |
| | **ADJ TOTAL** | $ | .00 |

COMMENTS WENT TO CIMMARRON FEEDERS, TEXHOMA, OK FOR 5 RIVERS & TRUCKED BY
REITER & BORHAM. SLA PD 7 DAYS



## FIFTH THIRD BANK

November 23, 2010

Bank of Colorado
P.O. Box 147
Fort Lupton, CO 80621

Re: Collection Request: Eastern Livestock Co LLC
Check Numbers: 125060, 125059, 125058, 125056, 125055, 125053, 125044, 125042,
125040, 125036, 125051, 125048, 125046, 125034, 125032, 125030, 125028, 125019,
125017, 125038, 125013

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on
the above referenced account.

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-
358-9355

Regards,

Katie Block
Garnishment Clerk

*Not going to be paid*
*Ben Loomis*

№ 125056

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

8 771

CHECK NUMBER:   125056   CHECK DATE: 10/11/01   CHECK AMOUNT:   246,816.70

101029   320H @ 238728#                          00032                    259,616.70
101029  10547 = E#8771                           00032                     12,800.00—

## EASTERN LIVESTOCK CO., LLC

E EASTERN LIVESTOCK CO., LLC

135 West Market
New Albany, IN 47150
812-949-9035

№ 125056          73-27
                  421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|------|-----------|---|--------|
| 10/11/01 | 125056 * | | **246,816.70 |

SUPERIOR LIVESTOCK AUCTION,INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

SENT FOR COLLECTION



**SUPERIOR**
**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-6556
Fax (970) 842-2705
1-800-523-6610

Nº 06669

August 26, 2010

PAY TO THE ORDER OF    Nueces Cattle Co.    $ 9,600.00

Nine Thousand Six Hundred Dollars and No Cents _____ DOLLARS

PAWNEE LEROY
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2344

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

*Mona Wahlert*

DDA Debits - 09/01/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 09/01/2010

**SUPERIOR**
**Livestock Auction**

P.O. Box 38
Brush, CO 80723
(970) 842-5586
Fax: (970) 842-2705
1-800-523-6610

LOT # _8771_

Nº-046601

DATE _October 29, 2010_

PAY TO THE
ORDER OF _Nueces Cattle Company_     $_243,864.³⁷_

_Two hundred forty three thousand eight hundred sixty four ³⁷/₁₀₀_ DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 925
BRUSH, COLORADO 80723
Phone: 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

_Willy Schwim_

DDA Debits - 11/01/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as named(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.
ENDORSE BELOW

DDA Debits - 11/01/2010



SUPERIOR
Livestock Auction

**LIVESTOCK CONTRACT**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117

P.O. Box 38
Brush, CO 80723
1-800-523-6610

509                          Lot #:   8771                          0016

THIS CONTRACT made and entered into this  26th  day of  **August**,  2010  , in Brush, Morgan County, Colorado by and between  **Nueces Cattle Co.**                                                                                    of
435 S Hwy 37 Access                    **George West    TX**         78022         Phone Number,                    ,
hereinafter known as SELLER, and  **Eastern Livestock**                                                              of
135 West Market            **New Albany    IN    47150**    Phone,  812-949-9035    Fax,  812-949-9060
Cell,                    , hereinafter known as BUYER.  Seller agrees to sell and Buyer agrees to purchase the following described
livestock (the livestock) for the consideration set forth in this contract.  VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|--------|----------|-------------|-------|
| 320 | Feeder Steers | 775 | $108.75 |
| | | | |
| | | | |

BREED TYPE:  **Exotic & Exotic cross w/some Beefmaster cross & Brangus cross. 1/4-3/8 Brahman influence w/10% up to 1/2 Brahman influence.**

MIXED LOADS: Heifer price will be $   0   /CWT under original price of steers.
ORIGIN:  **South TX**                          COUNTRY OF ORIGIN  **USA**
FRAME:  **Medium**                              FLESH:  **Medium**
HORNS:  **Polled or Dehorned**                  EST WT VARIANCE:  **Uneven**
FEEDING PROGRAM:  **Native grass.**

CURRENT LOCATION:  **Ranch, 20 miles S of George West, TX which is 85 miles S of San Antonio, TX**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.                    **Ranch**                on/between
**Oct. 15-Nov. 1, 2010**                    at the option of the      **representative.**
WEIGHING CONDITIONS:  **Gather early from traps, sort, load on buyers trucks, haul 30 miles & weigh on trucks w/a 2%.**

SLIDE: If the livestock average  **over** the base weight          the price will be adjusted      **4**    cents per pound for every
pound      **over**    that weight on the total net pounds.

COMMENTS: **Knife cut. Good set of South TX feeders. Biggest & best 320 hd from 375.**

VACCINATIONS:  **BoviShield 4, 8-way & wormed w/Ivomec.**

AGE/SOURCE VERIFIED:  **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:  **Yes**    IMPLANTED:  **Not by this owner**
BANGS VACCINATED:
INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above.  If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer.  If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc. (SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival.  Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock.  Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law.  If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense.  Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances.  Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery.  Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title.  THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS:  The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable.  Payment of the price shall be governed by the provisions of this agreement.  Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on      **320**
head, the sum of $  **12,800.00**  , as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery.  If Buyer is present at delivery, payment is to be made at delivery.  If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery.  Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check.  If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein.  All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $      **9,600.00**      , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE:  THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF.  SAID CONDITIONS ARE A PART OF THIS AGREEMENT.  In witness hereof, each party to this contract has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:    **Nueces Cattle Co.**                          BUYER:         **Eastern Livestock**

BY:  *M. Morrow SLA*                          BY:  *K. Frye SLA*

REPRESENTED BY:    **Willy Shannon**            361 449-1183      361 786-2553      361 449-7156
**Riley Rhodes**            361 449-2425      361 786-2553      361 813-6650

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the remainder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, attorney's fees, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold , Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

Superior
Livestock Auction

Livestock Exchange Bldg., #118
Fort Worth, TX 76164
(817) 624-3800
1-800-422-2117

P.O. BOX 1020
Brush, CO 80723
(970) 842-5566
1-800-523-6610

FAX TO: (970) 842-2705
(877) 523-6610

CONSIGNMENT #: 509
Accepted by SLA
Effective Date

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
AUCTION DATE Aug. 23-27, 2010

THIS CONTRACT made and entered into this **2ND** day of **August** 20 **10**, by and between

**Nueces Cattle Company**, Owner
(SELLER'S NAME AS PAYMENT IS TO BE MADE)                                           (IF NOT CORPORATION, LLC, ETC.)

of **435 S IH 37 Access** **George West** **Tx** **78022**
(MAILING ADDRESS)                        (CITY)                    (STATE)        (ZIP)

Phone **361/449/2425** SS#/FEDERAL ID# _____ (SELLER), Superior Livestock Auction, Inc. (SLA) and

**Clay Rhodes-Willy Slaven** (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|---|
| 320 | 5 | Feeder Steers | 775 | | | | Weaned Steer Calves | |
| | | Feeder Heifers | | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet. Cert. | | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $_____ / cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)

VACCINATION PROGRAM: (circle one) SLA VAC 24   34   34+   45   PreCon      PFIZER SelectVac 24   34   34+   45   PreCon

AGE & SOURCE VERIFIED: _____ RFID TAGS: YES (NO) TESTED PI FREE: YES   OWNER CERTIFIED NATURAL: YES
                       (PROGRAM)

SLIDE @ **44** cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.

WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.

BREED TYPE: **Exotic, Exotic crosses with some Beefmaster crosses**
**& Brangus Crosses**
**1/4 to 3/8 Braham Influence with 10% up to 1/2 Braham Influence**

ORIGIN: Home Raised / 1st Calf Born _____ and/or Purchased from **South Texas** COUNTRY: **USA**
                                                              (STATE(S) OR GEOGRAPHIC REGION)

FRAME SIZE: Small  **Medium**  Medium Large  Large      FLESH CONDITION: Light  Light Medium  **Medium**  Medium Heavy  Heavy

ESTIMATED WEIGHT VARIANCE: CHECK ONE  FAIRLY EVEN (0-10% +/- of pay weight)  (UNEVEN (10-15% +/- pay weight))
VERY UNEVEN (15-25% +/- pay weight) _____ Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: **Polled or dehorned** FEEDING PROGRAM: 1) On cows & native grass 2) Native grass 3) _____
**Native Grass**

CURRENT LOCATION: Cattle are located at **Ranch** which is **20** miles **S** of
(RANCH, PASTURE, FEEDYARD, ETC.)

**George West** **Tx** ; which is **85** miles **S** of **San Antonio** **Tx**
(NEAREST TOWN)      (STATE)                    (NEAREST CITY)          (STATE)

where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at **Ranch** on / between
(RANCH, SCALE, ETC.)
**Oct. 15th - Nov. 1st** at the option of Marketing Representative, unless otherwise stated. IMMEDIATE DELIVERY: YES (NO)
(EARLIEST DATE WITHIN 2 WEEK RANGE)

WEIGHING CONDITIONS: **Gather from traps early AM. Sort & load on Buyers**
**Truck. Haul 30 miles weigh on truck with**
**A 2% Shrink**

LOADS: 48,000 pounds or _____ FREIGHT ADJUSTMENT: _____

IMPLANTED: 1) No  2)(Not by this owner)  3) Yes with _____ on _____
                                                    (BRAND NAME)              (DATE IMPLANTED - IF KNOWN)

BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No  CASTRATION: 1)(Knife cut)  2) Banded  3) Pinched  (circle one)

COMMENTS: **A good set of South Texas feeders sort 320 hd of**
**Biggest & Best from 375 hd**

VACCINATIONS: **Bovi-shield 4, 8-Way, wormed w/ Ivomec**

BRANDS: **3S on Left Side**        WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest

or chattel mortgage in favor of _____
                                (LIENHOLDER)                              (CITY)          (STATE)

SLA acknowledges receipt of a check for $3.00 per head in the amount of $ **960.00** on _____
                                                                              (DATE)

ADDITIONAL PROVISIONS AGREED UPON BETWEEN SELLER AND SLA AND/OR MARKETING REPRESENTATIVE: (not published)

LIVESTOCK OWNER'S FEED CERTIFICATE: The undersigned certifies that, to the best of his/hers/its knowledge, as of the date of delivery, none of the livestock described above, will be, on such date, adulterated within the meaning of the Federal Food, Drug and Cosmetic Act (i.e., none of the cattle have been fed any feed containing protein derived from mammalian tissue, e.g. meat and bone meal, as that term is defined in 21 CFR 589.2000 and none of the livestock will have an illegal level of drug residues. Seller acknowledges he has read and understands all the terms & conditions on the front & back of this contract, and will abide by them. Seller agrees all information on this contract is accurate and guarantees delivery on the livestock described herein.

MARKETING REPRESENTATIVE                               SELLER **Nueces Cattle Company**
                                                                    (PRINT NAME)
(SIGNATURE)                                      By: _____
                                                     (SIGNATURE)

WHITE / OFFICE • YELLOW / REP • PINK / SELLER



# SUPERIOR
## Livestock Auction

N° 06669

131 E. Exchange Ave. Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax (817) 626-4325
1-800-422-2117

P.O. Box 36
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

August 26, 2010

Nueces Cattle Co.                                    16933          6669
435 S Hwy 37 Access
George West, TX 78022                         Phone: 361-449-2425

| LOT# | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | PART PMT |
|------|-------|-------------|---------------|---------|-------|----------|
| 8771 | 320 | Feeder Steers | Oct. 15-Nov. 1 | 775# | $108.75 | $9,600.00 |
| TOTAL | 320 HEAD | | Part Pmt. Paid on | 320 | HEAD | $9,600.00 |

DEDUCTIONS:
No Sale/Scratch Fees:                          $0.00
NET PROCEEDS:                                              $9,600.00



# SUPERIOR
## Livestock Auction
N° 06669

August 26, 2010

PAY TO THE ORDER OF: Nueces Cattle Co.                    $ 9,600.00

Nine Thousand Six Hundred Dollars and No Cents                    DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE



# SUPERIOR
## Livestock Auction

Nº 046601

DATE *October 29, 2010*

SELLER *Nueces Cattle Company*

ADDRESS *435 S IH 37 Access*

CITY *George West*   STATE *TX*   ZIP CODE *78022*

LOT # *8771*   BUYER *EASTERN Livestock*

| HEAD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG. WT | PRICE | TOTAL CHARGE |
|------|-------------|--------|--------|--------|---------|-------|--------------|
| 340 | Feeder Steers | 243,600 | 2% | 238,728 | 746 | $108.75 | $259,616.70 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| DEDUCTIONS: | |
|---|---|
| PART PAYMENT | $9600.00 |
| COMMISSION | $5192.33 |
| CONSIGNMENT FEE | $640.00 |
| BEEF CHECKOFF | $320.00 |
|  |  |
|  |  |
| TOTAL DEDUCTIONS | $15752.33 |

NET PROCEEDS $243,864.37

---

# SUPERIOR
## Livestock Auction

Nº 046681

LOT # *8771*

DATE *October 29, 2010*

PAY TO THE ORDER OF *Nueces Cattle Company*   $*243,864⁰⁰*

*Two hundred forty three thousand eight hundred sixty four* DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

*William [signature]*

OFFICE COPY



**SUPERIOR**

East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax (817) 624-3325
1-800-422-2117

P.O. Box
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

**Livestock Auction**
**WEIGHSHEET**

SELLER _Nueces Cattle Co._   LOT # _8771_

BUYER _Eastern Livestock_   DATE _October 29, 2019_

WEIGHED AT _Love's Truck Stop (Three Rivers T.)_   DATE CERTIFIED _____
(NAME & LOCATION OF SCALE)

| # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT | # HD | WEIGHT |
|------|--------|------|--------|------|--------|------|--------|
|  | 82280 |  |  |  | 82320 |  |  |
| - | 34440 |  |  | - | 33840 |  |  |
|  | 47840 → 64 hel sts |  |  |  | 48480 → 64 hel sts |  |  |
|  | 84020 |  |  |  |  | WEIGH BACKS |  |
| - | 35820 |  |  |  |  |  |  |
|  | 48200 → 64 hel sts |  |  |  |  |  |  |
|  | 81000 |  |  |  |  |  |  |
| - | 31,660 |  |  |  |  |  |  |
|  | 49340 → 64 hel sts |  |  |  |  |  |  |
|  | 84380 |  |  |  |  |  |  |
| - | 34640 |  |  |  |  |  |  |
|  | 49740 → 64 hel sts |  |  |  |  |  |  |
|  |  |  |  | **TOTAL CATTLE WEIGHED** | | 320 | 243,600 |
|  |  |  |  | **LESS WEIGHBACKS** | |  |  |
|  |  |  |  | **GROSS WEIGHT** | |  |  |

WEIGHED BY _Wiley Swan_

WITNESSED BY _____

NOTES _____

OFFICE COPY

CAT SCALE
COLLECTOR
CARD
INSIDE!

**THE CAT SCALE GUARANTEE**

● What makes us different from other scale companies is that we back up our guarantee with cash.●

The CAT Scale Company guarantees that our scales will provide accurate weights.

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:

● **WEIGH IT WHAT WE SAY OR WE PAY®**

(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | |
|---|---|
| STEER AXLE | 11500 lb |
| DRIVE AXLE | 34950 lb |
| TRAILER AXLE | 35560 lb |
| *GROSS WEIGHT | 82320 lb |

**TICKET NUMBER** 1769842b

**CERTIFIED
AUTOMATED
TRUCK
SCALE**

CAT SCALE COMPANY
PO. BOX 630
WALCOTT IA 52773
(563) 264-5260
www.catscale.com

DATE: 10-29-2010
APPROXIMATE
TIME: 1125
SCALE 2081
1769842b LOCATION:
LOVES TRAVEL CTR
I 37 EXIT 72
THREE RIVERS TX

PUBLIC WEIGHMASTERS
CERTIFICATE OF
WEIGHT & MEASURE



WEIGH NUMBER
8416

FREIGHT ALL KINDS

TRACTOR # 96    TRAILER # 3

FULL WEIGH
(TRUCK)
(FREIGHT)    1769842b

* CAT SCALE FORM TX008 3/09

LIVESTOCK PRODUCE PROPERTY, COMMODITY, OR ARTICLE WEIGHED

COMPANY JUSTIN GUNNER

WEIGHMASTER OR
WEIGHER SIGNATURE    ADILIA GUANABOO

FEE 1.00

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

DRIVER IN TRUCK UNLESS CHECKED HERE: ☐

CUSTOMER COPY

1 7698416

TICKET NUMBER #

CAT SCALE
COLLECTOR
CARD
INSIDE!

CERTIFIED
AUTOMATED
TRUCK
SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT IA 52773
(563) 284-6263
www.catscale.com

1769841&LOCATION:
PUBLIC WEIGHMASTERS
CERTIFICATE OF
WEIGHT & MEASURE

CUSTOMER COPY

**THE CAT SCALE GUARANTEE**

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes a CAT Scale accurate? Scale companies that we tie into guarantee weights. What makes CAT Scale companies that we tie back to our guarantee weight. What?

**WEIGH! WHAT WE SAY, OR WE PAY®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) reimburse you for the cost of the overweight fine if our scale is wrong OR
(2) a representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**

1) Post bond and request a court date
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free)
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company/Attn Guarantee Department

DATE:  APPROXIMATE 10-29-2010
TIME:  652
SCALE: 2041
LOVES TRAVEL CTR
I 37 EXIT 72
THREE RIVERS TX

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

STEER AXLE        10540 lb

DRIVE AXLE        14240 lb

TRAILER AXLE       9060 lb

*GROSS WEIGHT    33840 lb

FREIGHT ALL KINDS

TRACTOR #  96    TRAILER #  3

FULL WEIGH
TICKET #
(IF REWEIGH)

CAT SCALE CERT FORM TICS 8/7/2 (?)

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

COMPANY  JUSTIN GUNNER

WEIGHMASTER OR
WEIGHER SIGNATURE  LAREGA RODRIGUEZ

FEE  9.00

DRIVER IN TRUCK UNLESS CHECKED HERE

WEIGH NUMBER
8414

CAT SCALE
COLLECTOR
CARD
INSIDE!

1769842 7
TICKET NUMBER

# CAT SCALE

CERTIFIED
AUTOMATED
TRUCK
SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6961
www.catscale.com

PUBLIC WEIGHMASTERS
CERTIFICATE OF
WEIGHT & MEASURE

WEIGH NUMBER
84421

CUSTOMER COPY

## THE CAT SCALE GUARANTEE
The CAT Scale Company guarantees that our scales will give an accurate weight What makes
us different from other scale companies is that we back up our guarantee with cash.®

### "WEIGH WHAT WE SAY OR WE PAY"®
If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will
immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we
believe our scale was correct.

### IF YOU SHOULD GET AN OVERWEIGHT FINE YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company at 1-877-CAT-SCALE (Toll Free) within 24 hours a day at 1-877-CAT-SCALE. Give your name, company, address, and phone number to
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to
CAT Scale Company Attn. Guarantee Department.

DATE:                    APPROXIMATE 10-29-2010
TIME:                    11:26
SCALE                    205.1
LOCATION:                LOVES TRAVEL CTR
176984212                I 37 EXIT 72
                         THREE RIVERS TX

*The four weights shown below are separate weights.  The GROSS WEIGHT is the CERTIFIED
WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| STEER AXLE   | 12780 lb |
| DRIVE AXLE   | 36300 lb |
| TRAILER AXLE | 35300 lb |
| *GROSS WEIGHT | 84380 lb |

This is to certify, that the following merchandise was weighed, counted, or measured by a
public weigher, and when properly signed shall be prima facie evidence of the accuracy of the weight
shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    FREIGHT ALL KINDS

COMPANY    WILLY                                    TRACTOR #   121   TRAILER #   121

                                                   FULL WEIGH
                                                   TICKET #    1769842
                                                   (IF RE-WEIGH)

WEIGHMASTER OR
WEIGHER SIGNATURE    ODILIA GUAJARDO

FEE    1.00    DRIVER IN TRUCK UNLESS CHECKED HERE:

*CAT SCALE® FORM TEX-01 2/08

CAT SCALE
COLLECTOR
CARD
INSIDE!

**17698421**
TICKET NUMBER

CERTIFIED
AUTOMATED
TRUCK
SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

**THE CAT SCALE GUARANTEE**

The CAT Scale company guarantees that our scales will give you an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WE GUARANTEE WHAT WE SAY OR WE PAY!©**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check your scale and we will:
(1) Reimburse you the cost of your weight if our scale was wrong, OR
(2) Prove to the proper authority if our weight is wrong if your scales is wrong, OR
(3) Pay the fine if our CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | |
|---|---|
| STEER AXLE | 11840 lb |
| DRIVE AXLE | 13960 lb |
| TRAILER AXLE | 9340 lb |
| *GROSS WEIGHT | 34640 lb |

DATE: APPROXIMATE10-29-2010
TIME: 703
SCALE LOCATION: 2061
LOVES TRAVEL CTR
I 37 EXIT 72
THREE RIVERS TX

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facie evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    FREIGHT ALL KINDS

COMPANY    WILLY

FEE    9.00

WEIGHMASTER
WEIGHER SIGNATURE    LAREBA RODRIGUEZ

DRIVER IN TRUCK UNLESS CHECKED HERE

TRACTOR #  121  TRAILER #  121

FULL WEIGH
TICKET #
(IF REWEIGH)

CAT SCALE FORM TEXAS 12/06

17698421
PUBLIC WEIGHMASTERS
CERTIFICATE OF
WEIGHT & MEASURE

WEIGH NUMBER
84421

CUSTOMER COPY

DEPARTMENT OF AGRICULTURE · TEXAS

CAT
SCALE

CAT SCALE
COLLECTOR
CARD
INSIDE!

17698430
TICKET NUMBER

CERTIFIED
AUTOMATED
TRUCK
SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6383
www.catscale.com

**THE CAT SCALE GUARANTEE**

The CAT Scale Co. guarantees that our scales will give an accurate ● What makes us different from other scale companies is that we back up our guarantee with cash.®

**"WEIGH WHAT WE SAY OR WE PAY"®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check out scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, **OR**
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

DATE: 10-29-2010
APPROXIMATE
TIME: 1131
SCALE 2061

LOCATION: LOVES TRAVEL CTR
I 37 EXIT 72
THREE RIVERS TX

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | |
|---|---|
| STEER AXLE | 11440 lb |
| DRIVE AXLE | 34500 lb |
| TRAILER AXLE | 34960 lb |
| *GROSS WEIGHT | 61000 lb |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK PRODUCE PROPERTY, COMMODITY OR ARTICLE WEIGHED    FREIGHT ALL KINDS

COMPANY    WILLY                    TRACTOR #  6    TRAILER #  6



WEIGHMASTER OR
WEIGHER SIGNATURE    ODALIA GUAJARDO

FEE    1.00

DRIVER IN TRUCK UNLESS CHECKED HERE: ☐

PUBLIC WEIGHMASTERS
CERTIFICATE OF
WEIGHT & MEASURE

17698430

WEIGH NUMBER
41416

CUSTOMER COPY

DEPARTMENT OF AGRICULTURE · TEXAS

FULLWEIGH
TICKET #
(IF REWEIGH)

CAT SCALE FORM

**CAT SCALE**
**COLLECTOR**
**CARD**
**INSIDE!**

**CERTIFIED**
**AUTOMATED**
**TRUCK**
**SCALE**

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6961
www.catscale.com

TICKET NUMBER
**1769841 8**

**THE CAT SCALE GUARANTEE**
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.®

**WEIGH WHAT WE SAY OR WE PAY®.**
If you get an overweight fine from the scale AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale is accurate.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**
1. Retain a copy of the ticket and your citation.
2. CALL CAT Scale Company at 1-877-CAT SCALE (Toll Free).
3. IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company's Guarantee Department.

DATE: **10-29-2010**
APPROXIMATE TIME: **459**
SCALE: **2041**
LOCATION: **LOVES TRAVEL CTR**
117 - 94th **I 37 EXIT 72**
PUBLIC WEIGHMASTERS **THREE RIVERS TX**
CERTIFICATE OF
WEIGHT & MEASURE

The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

| | |
|---|---|
| STEER AXLE | **10040  lb** |
| DRIVE AXLE | **12840  lb** |
| TRAILER AXLE | **8740  lb** |
| *GROSS WEIGHT | **31660  lb** |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

COMPANY  **WILLY**

FEE  **7.00**

FREIGHT ALL KINDS

WEIGHMASTER OR
WEIGHER SIGNATURE  **LAREEA RODRIGUEZ**

TRACTOR #  **6**
TRAILER #  **6**
FULL WEIGH
TICKET #
(IF PRE-WEIGH)

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED

DRIVER IN TRUCK UNLESS CHECKED HERE: ____

CAT SCALE FORM TEXAS 12/09

WEIGH NUMBER  **8418**

TEXAS DEPARTMENT OF AGRICULTURE

CUSTOMER COPY





CAT SCALE
COLLECTOR
CARD
INSIDE!

**THE CAT SCALE GUARANTEE**
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.®

"WEIGH WHAT WE SAY OR WE PAY"®

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CATSCALE (Toll Free)
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed.

TICKET NUMBER 17698419

CAT SCALE

CERTIFIED
AUTOMATED
TRUCK
SCALE

CAT SCALE COMPANY
PO BOX 630
WALCOTT, IOWA 52773

1-877-SCALE
SCALE

BUILT TO LAST
BUILT FOR PROFIT
WEIGHTS & MEASURE

DATE
APPROXIMATED E2-E010
TIME        700
SCALE       2041
            LOVES TRAVEL CTR
            1-37 EXIT 72
            THREE RIVERS TX

STEER AXLE        10940 lb
DRIVE AXLE        14220 lb
TRAILER AXLE      10660 lb
*GROSS WEIGHT     35820 lb

FREIGHT ALL KINDS

TRACTOR #    130 TRAILER #  130

FULL WEIGHT
TICKET
(IF REVISED)

* CAT SCALE FORM (TEXAS 9/96)

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED

COMPANY      WILLY

             LARESA RODRIGUEZ
             WEIGHMASTER OR
             WEIGHER SIGNATURE

FEE          9.00

WEIGH NUMBER
41419

DRIVER IN TRUCK UNLESS CHECKED HERE.

CUSTOMER COPY

**CAT SCALE COLLECTOR CARD INSIDE!**

**1769428** TICKET NUMBER

**CAT SCALE**

**CERTIFIED AUTOMATED TRUCK SCALE**

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6383
www.catscale.com

**THE CAT SCALE GUARANTEE**

**WEIGH WHAT WE SAY OR WE PAY®**

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

DATE: 10-29-2010
TIME: 1:27
SCALE LOCATION: LOVES TRAVEL CTR
I 37 EXIT 72
THREE RIVERS, TX

STEER AXLE       12020 lb
DRIVE AXLE       34840 lb
TRAILER AXLE     35420 lb
*GROSS WEIGHT    82280 lb

FREIGHT ALL KINDS

TRAILER # 1

FULL WEIGH TICKET # 1769428

COMPANY  WILLY
FEE  1.00

WEIGHMASTER or WEIGHER SIGNATURE  ODILIA GUAJARDO

WEIGH NUMBER  8420

CUSTOMER COPY



P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610



**SUPERIOR**
Livestock Auction

13 East Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

## TRUCKER'S BILL OF LADING

LOT# _8771_

DATE _October 29, 2010_

SELLER _Nueces Cattle Co._

BUYER _Eastern Livestock_

LOADED AT _George West, TX_

DESTINATION _Dalhart, TX_

TRUCKED BY _Isanvery, Reiber, Bipham_

TRUCK # _96, 130, 121, 1, 6_

NUMBER OF HEAD LOADED _320hd_

TIME OF DEPARTURE _11:45 Am_

CONDITION OF CATTLE WHEN LOADED _good_

COMMENTS _____

DRIVER HAS VISUALLY INSPECTED AND COUNTED ALL CATTLE LOADED AND ACCEPTS CATTLE AND HEAD COUNT AS STATED ABOVE.

_____ _____
TRUCKER'S SIGNATURE                    SLA MARKETING REPRESENTATIVE

PAPERS SENT WITH TRUCKS:

BRAND _____ HEALTH _____ WEIGH TICKETS _____ BUYERS INVOICE _____

OFFICE COPY



**SUPERIOR**
**Livestock Auction**

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax: (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax: (970) 842-2705

| Date | October 29, 2010 | | Lot # | 8771 |
|---|---|---|---|---|
| Buyer | Eastern Livestock | | | |
| Address | 135 West Market | | | |
| City | New Albany | State | IN | Zip Code 47150 |
| Seller | Nueces Cattle Co. | Weighted At | Three Rivers, Tx | |

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AVG. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 320 | Feeder Steers | 243600 | 2% | 238,728 | 746 | $108.75 | $259,616.70 |
| | | | | | | | |
| | | | | | | | |

| DESTINATION: Dalhart, Tx | LESS PART PAYMENT | $12,800.00 |
|---|---|---|
| TRUCKED BY: Farmer, Dexter, Medina, Ulysses | | |

*Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

| NET DUE | $246,816.70 |
|---|---|

| CERTIFICATE OF VACCINATION | | | | | | CERTIFIED NATURAL |
|---|---|---|---|---|---|---|

CIRCLE ONE   SLA   VAC24   VAC34   VAC34+   VAC45   PRECON
PFIZER SELECTVAC   24   34   34+   45   PRECON

The seller certifies that these cattle have NOT been:

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7 way | | | IM / Sub Q |
| IBR, PI3 BVD, BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.

B. Fed any antibiotic ionophores.

C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.

D. Fed any feed containing protein derived from mammalian tissue.

The seller hereby certifies that these cattle were administered the above vaccinations.

| ☐ | Age/Source Verified | Database Provider | | Seller Please Initial |
|---|---|---|---|---|

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____   Date _____

OFFICE COPY