# EXHIBIT H PART 6

# Exhibit File Check List

**Lot #:** _9839_

- ✗ Delivery Sheet
- ✗ Eastern Payment Info
- ✗ Livestock Contract
- ✗ Consignment Contract
- ✗ Cleared Part Payment Check
- ✗ Cleared Final Payment Check
- ✗ Copy of Part Payment Check
- ✗ Copy of Delivery Paperwork

**SUPERIOR LIVESTOCK AUCTION**
1155 North Colorado Avenue
Brush, CO 80723
800-523-6610

**BUYERS INVOICE**
Buyer # 0016

**Eastern Livestock**

Office: 812 949-9035

135 West Market
New Albany, IN 47150

Fax: 812 949-9060

LOT # 9839

**Delivery Date** 11/1/2010

**Auction Date** 9/10/2010

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 70 | Feeder Steers | | 2 | | 700 | $115.00 | |

**Delivered:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | Feeder Steers | 50600 | 2 | 49588 | 740 | $113.40 | $56,232.79 |

**Total:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | | | | 49588 | | | $56,232.79 |

**Seller:** Tom & Michele Fanning
**Location:** Selman, OK
**Destination:** YUMA, CO
**Representative:** Bill Broadie  620 635-5870

**Part Payment Paid:** -  $2,800.00
**Adjustments:** $0.00

**Net Due:** $53,432.79

Superior Livestock Auction attests that all livestock referenced by this document are of   **USA**   origin.

Superior Livestock Auction by   _[signature]_

Eastern Livestock's
check was not deposited
it was sent for collection and
returned "unpaid"

**Please remit to Superior Livestock Auction via Wire Transfer or Overnight Delivery of a Check**
Please include the Lot Number on your payment

Wire Transfer or ACH To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Livestock Auction; 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Livestock Auction
1155 N Colorado Avenue
Brush, CO 80723

Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle referenced on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.

**Thank you for your business. If you have any questions, please call 1-800-523-6610**

## SUPERIOR LIVESTOCK AUCTION

LOT# 9839         DELIVERY DATE Nov 1 2010         SALE DATE Sept 10 2010
SELLER Tom & Michele Fanning   580 727-5530        PAPERWORK REC'D 11/9/201
BANK                                               Date entered 11/1/2010
CONTRACT # 23504                                   Entered by MH
12/2/2010   12:27:26

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CONT 70 | Feeder Steers |  | 2 | 4 |  | 700# | $ 115.00 |  |
| DELV 67 | Feeder Steers | 50600 | 2 | 4 | 49588 | 740# | $ 113.40 | $ 56,232.79 |

TOTALS
     67                                  49588                           $   56,232.79

| | |
|---|---|
| PART PAYMENT | 2,100.00 |
| GROSS COMMISSION | 1,124.66 |
| ADDITIONAL COMMISSION | 134.00 |
| CONSIGNMENT FEE CREDIT | .00 |
| NET COMMISSION DEDUCTED | 1,258.66 |
| BEEF CHECKOFF Selman, OK | 67.00 |
| LA/AR | .00 |
| OTHER | .00 |
| TOTAL DEDUCTIONS | 3,425.66 |
| NET PROCEEDS DISBURSED | $   52,807.13 |

| CHECK # | PAYABLE TO | CLEARED | |
|---|---|---|---|
| 46876 | Tom & Michele Fanning | 2,874.13  11/15/2010 | $ 52,874.13 |
| ADJ | REP ADJ-Overpaid Seller | 67.00  11/30/2010 | $ -67.00 |

                                              TOTAL PAID  $   52,807.13
                                          UNDERPAID/OVERPAID $        .00
**********************************************************************
BUYER Eastern Livestock   812 949-9035   812 949-9060(f)
      BUYER # 0016   New Albany, IN   (m)              GROSS AMT    $   56,232.79
COUNTRY OF ORIGIN USA                  9/17/2010  PART PAYMENT   $    2,800.00
                                                  ADJUSTMENTS    $         .00
PD @ DEL    FUNDS SENT VIA                        NET DUE        $   53,432.79
BUYER CALLED X
DELIVERY DATE Oct. 20-Nov. 10, 2010
SLIDE over the base weight              - 4
SLA REP Bill Broadie         620-635-4462   620-635-5870
DESTINATION YUMA, CO

                            53,432.79   11/8/2010     $   53,432.79
                                     TOT AMOUNT PAID $   53,432.79
                                  UNDERPAID/OVERPAID $         .00
                                         ADJ TOTAL   $         .00

COMMENTS   SLA PD 7 DAYS

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK                N° 125163

CHECK NUMBER:    125163    CHECK DATE: 10/11/02    CHECK AMOUNT:        148,058.07

J&F

| 101101 | 67H @ 49588# | | 00006 | 56,232.79 |
| 101101 | 10684 -E#9839 | 53,432.79 | 00006 | 2,800.00- |
| 101101 | 65H @ 48573# | | 00006 | 49,238.45 |
| 101101 | 11219 -E#75380 | 46,438.45 | 00006 | 2,800.00- |
| 101101 | 66H @ 48927# | | 00006 | 50,986.83 |
| 101101 | 10561 -E#8855 | 48,186.83 | 00006 | 2,800.00- |

148,058.07

**EASTERN LIVESTOCK CO., LLC**

---

EASTERN LIVESTOCK CO., LLC

135 West Market
New Albany, IN 47150
812-949-9035

N° 125163     73-27/421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
| 10/11/02 | 125163 | ********* | **148,058.07 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

SENT FOR COLLECTION



FIFTH THIRD BANK

November 30, 2010

Bank of Colorado
Central Operations
PO Box 147
Fort Lupton, CO 80621

Re: Collection Request – Eastern Livestock Co LLC

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on the above referenced account

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-358-9355

Regards,

Katie Block
Garnishment Clerk



**FIFTH THIRD BANK**

November 26, 2010

Bank of Colorado
Central Operations
PO Box 147
Fort Lupton, CO 80621

Re: Collection Request – Eastern Livestock Co LLC

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on the above referenced account.

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-358-9355

Regards,

Ben Loomis
Support Services Manager

# Domestic/Draft Collection Request Letter

10/07/08 update

**Date of Request:** 11/8/2010

**Customer Name:** Superior Livestock Auction Inc

**Apply to account upon collection:**

**Amount of Item:** $1,370,111.69

**Type of Item:** Domestic Item/Sending Bank to Bank ▼ (choose one)

**Charge to Customer:** Waived ▼
**If waived, give reason:**

Standard bank charge is $15.00 and applies to all items regardless of how item is processed

Domestic items have a 9 digit US ABA number

**Employee Name:** Tori Mesch
**Branch Number:** 41 ▼

---

## Shared Ops Use Only

E-mail received from branch: _____        Date Received: _____

Date item sent: _____                      Amount of CL: _____

Date received credit: _____                E-mail branch of receipt: _____

Ops Employee: _____                        Sent Customer Receipt: _____

| | Eastern Checks |
| --- | --- |
| | Received 11-8 |
| | Sent for Collection |
| 125140 | $113,636.96 |
| 125151 | $96,511.90 |
| 125152 | $120,213.96 |
| 125154 | $109,969.97 |
| 125156 | $147,678.34 |
| 125158 | $120,844.59 |
| 125160 | $157,423.23 |
| 125162 | $116,903.60 |
| 125163 | $148,058.07 |
| 125165 | $134,281.75 |
| | $1,265,522.37 |
| | |
| | |
| 125166 | $104,589.32 |

```
 113,636.96  +
  96,511.90  +
 120,213.96  +
 109,969.97  +
 147,678.34  +
 120,844.59  +
 157,423.23  +
 116,903.60  +
 148,058.07  +
 134,281.75  +
 104,589.32  +
1,370,111.69  =
```

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK  N⁰ 125163

```
CHECK NUMBER:   125163   CHECK DATE: 10/11/02   CHECK AMOUNT:      148,058.07

   101101    67H @   49588#                      00006            56,232.79
   101101   10684  -E#9839    53,432.79          00006             2,800.00-
   101101    65H @   48573#                      00006            49,238.45
   101101   11219  -E#7538D   46,438.45          00006             2,800.00-
   101101    66H @   48927#                      00006            50,986.83
   101101   10561  -E#8855    48,186.83          00006             2,800.00-
                              148,058.07
```

**EASTERN LIVESTOCK CO., LLC**



EASTERN LIVESTOCK CO., LLC

135 West Market
New Albany, IN 47150
812-949-9035

N⁰ 125163    73-27/421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 10/11/02 | 125163 | ** | **148,058.07 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE



**LIVESTOCK CONTRACT**

131 East Exchange, Suite 121   P.O. Box 38
Fort Worth, TX 76164   Brush, CO 80723
1-800-422-2117   1-800-523-6610

534   Lot #: 9839   0016

THIS CONTRACT made and entered into this **10th** day of **September, 2010**, in Brush, Morgan County, Colorado by and between **Tom & Michele Fanning** of **RR 1 Box 174**, **May**, **OK**, **73851**, Phone Number, hereinafter known as SELLER, and **Eastern Livestock** of **135 West Market**, **New Albany**, **IN**, **47150**, Phone **812-949-9035**, Fax **812-949-9060**, Cell, hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described livestock (the livestock) for the consideration set forth in this contract. VACCINATION PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|---|---|---|---|
| 70 | Feeder Steers | 700 | $115.00 |
| | | | |

BREED TYPE: **English, English cross & Exotic cross. Small % w/Brahman influence.**

MIXED LOADS: Heifer price will be $ **0** /CWT under original price of steers.
ORIGIN: **Southeast**        COUNTRY OF ORIGIN: **USA**
FRAME: **Med - Med Lg**      FLESH: **Medium**
HORNS: **Dehorned or Tipped**    EST WT VARIANCE: **Uneven**
FEEDING PROGRAM: **Native grass, cottonseed hulls, grain screenings & range cubes to lead with.**

CURRENT LOCATION: **Farm, 3 miles SW of Selman, OK which is 90 miles SE of Dodge City, KS**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.   **Farm**   on/between **Oct. 20-Nov. 10, 2010**   at the option of the   **representative.**
WEIGHING CONDITIONS: **Gather from pasture ASAP, load on buyers truck, haul 9 miles & weigh on truck w/a 2%.**

SLIDE: If the livestock average **over the base weight**   the price will be adjusted   **4**   cents per pound for every pound **over** that weight on the total net pounds.
COMMENTS:

VACCINATIONS:   **2 rounds: Pyramid 5+Presponse, 7-way & Nasalgen. Tested PI Free.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE: **No**   IMPLANTED: **Ralgro 7/1/10**
BANGS VACCINATED:

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Livestock Auction, Inc.(SLA) of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify SLA shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and SLA warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold SLA and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.
RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay SLA for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay SLA for the benefit of Seller $40.00 per head on **70** head, the sum of $ **2,800.00**, as part payment, upon entering into this contract and to pay the remaining balance to SLA at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by SLA no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from SLA $30.00 per head, the sum of $ **2,100.00**, as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in SLA's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT. In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.

SELLER:   BUYER:   **Eastern Livestock**
**Tom & Michele Fanning**

BY: *M. Morrow SLA*         BY: *K. Frye SLA*
REPRESENTED BY:   **Bill Broadie**   620 635-4462   620 635-4043   620 635-5870

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

1-800-422-2117

CONSIGNMENT # __534__
Accepted by SLA
Effective Date _____

**CONSIGNMENT CONTRACT FOR SALE OF LIVESTOCK**
Livestock Auction

AUCTION DATE __Labor Day__

FAX TO: (970) 842-2705
(877) 523-6610

THIS CONTRACT made and entered into this __24__ day of __Aug__, 20__10__, by and between __Tom & Michele Fanning__, Owner _____ (IF NOT CORPORATION, LLC, ETC.)
(SELLER'S NAME AS PAYMENT IS TO BE MADE)

of __Rt 1 Bx 174__ __May__ __OK__ __73851__
(MAILING ADDRESS) (CITY) (STATE) (ZIP)

Phone __580__ __727__ __5530__ SS#/FEDERAL ID# _____ (LAST 4 DIGITS) (SELLER), Superior Livestock Auction, Inc. (SLA) and
(CIRCLE ONE)

__Bill Broadie__ (MARKETING REPRESENTATIVE) covers the listing for sale of the livestock described in this contract.

| NO. HEAD | NO. LOADS | KIND | BASE WEIGHT | NO. HEAD | NO. LOADS | KIND | BASE WEIGHT |
|---|---|---|---|---|---|---|---|
| 70 | | Feeder Steers | 700 | | | Weaned Steer Calves | |
| | | Feeded Heifers | | | | Weaned Heifer Calves | |
| | | Feeder Heifers Open w/ Vet Cert. | | | | Steer Calves on Cows | |
| | | Holstein Bulls / Steers / Heifers | | | | Heifer Calves on Cows | |

MIXED LOADS: Heifer price will be $ _____ / cwt under original price of steers. SPECIAL LOGO: _____ (ANGUS, HEREFORD, ETC.)
VACCINATION PROGRAM: (circle one) SLA VAC 24   34   34+   45   PreCon   PFIZER SelectVac 24   34   34+   45   PreCon
AGE & SOURCE VERIFIED: _____ (PROGRAM) RFID TAGS: YES NO   TESTED PI FREE: (YES)   OWNER CERTIFIED NATURAL: YES
PROGRESSIVE GENETICS: Yes ___ 1) _____ (BREEDER 1) 2) _____ (BREEDER 2) 3) _____ (BREEDER 3)
SLIDE: __4__ cents over base weight, up to 50 pounds over base weight. If cattle average 51 pounds over base weight, slide will increase 2 cents.
WT STOP @ _____ (25# Max) If the cattle change class due to increased weight (over the base weight), the cattle may be rejected for delivery.
BREED TYPE: __Eng, Eng x, Ex x - small Brahman Influence__

ORIGIN: Home Raised and/or Purchased from __SE__ (STATE(S) OR GEOGRAPHIC REGION)   COUNTRY: __USA__
FRAME SIZE: _____ Small (Medium) Medium Large Large   FLESH CONDITION: _____ Light Light Medium (Medium) Medium Heavy Heavy
ESTIMATED WEIGHT VARIANCE: CHECK ONE   FAIRLY EVEN (0-10% +/- of pay weight)   (UNEVEN (10-15% +/- pay weight))
VERY UNEVEN (15-25% +/- pay weight) _____. Seller warrants that no individual animal will vary more or less than these percentages from the average pay weight at delivery. SLA or Marketing Representative reserves the right to reject any animal that is not within these percentages.

HORNS: __Dehorned or Tipped__ FEEDING PROGRAM: 1) On cows & native grass 2) Native grass 3) __Native grass__
__Cottonseed hulls & grain screenings & range cubes & load with__
CURRENT LOCATION: Cattle are located at __farm__ (RANCH, PASTURE, FEEDYARD, ETC.) which is __3__ miles __SW__ (DIRECTION) of
__Selman__ (NEAREST TOWN) __OK__ (STATE); which is __90__ miles __SE__ (DIRECTION) of __Dodge City__ (NEAREST CITY) __KS__ (STATE)
where they shall remain and be handled in their normal manner until delivery. If cattle must be moved or changed to a different kind of feed or pasture, for any reason, SLA or Marketing Representative must be notified and change will be allowed only with Buyer's approval.

DELIVERY: Seller will deliver cattle to Buyer's truck(s) at __Farm__ (RANCH, SCALE, ETC.) on / between
__Oct 20 & Nov 10__ (DELIVERY DATE WITHIN 2 WEEK PERIOD) at the option of Marketing Representative, unless otherwise stated.   IMMEDIATE DELIVERY: YES  NO
WEIGHING CONDITIONS: __Gather from pasture ASAP, load on buyers truck haul 9 miles & weigh on the truck with a 2% pencil shrink__

LOADS: 48,000 pounds or _____   FREIGHT ADJUSTMENT: _____
IMPLANTED: 1) No  2) Not by this owner  3) Yes with __Ralgro__ (BRAND NAME) on __July 1__ (DATE IMPLANTED - IF KNOWN)
BANGS VACCINATED: 1) 100%  2) Not 100%  3) Can be after weighing if required for shipment at  a) Seller's  b) Buyer's expense and risk
4) Can be prior to delivery at  a) Seller's  b) Buyer's expense  5) No   CASTRATION: 1) Knife cut  2) Banded  3) Pinched  (circle one)

COMMENTS: _____

VACCINATIONS: __Double vacc. with Pyramid 5 with presponse, 7 way & Nasalgen__

BRANDS: _____   WARRANTIES: Seller represents and warrants that it has good and marketable title to the livestock and that they will be delivered free of all liens, security interests or encumbrances. Said livestock are subject to a lien, security interest



**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5556
Fax: (970) 842-2705
1-800-523-6610

No. 07559

September 10, 2010

PAY TO THE ORDER OF Tom & Michele Fanning $2,100.00

Two Thousand One Hundred Dollars and No Cents DOLLARS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone: 970-842-2644

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

Mona Wahlert

DDA Debits - 09/22/2010

NOTICE: This check must be endorsed by Payee(s) EXACTLY as name(s) are written on the front of the check. If any Payee is a corporation, other non-individual entity, Bank or other lending institution, check must be signed by an authorized individual, including their title.

DDA Debits - 09/22/2010

**SUPERIOR Livestock Auction**
P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

No- 046876
LOT # 9839
DATE 11/1/10

PAY TO THE ORDER OF Tom & Michele Fanning    $ 52,874 13/100

Fifty two thousand eight hundred seventy four & 13/100 DOLLARS

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

PAYABLE THRU
BANK OF COLORADO
P.O. BOX 525
BRUSH, COLORADO 80723
Phone 970-842-2844

82-244/1070

Bill Broadie

DDA Debits - 11/12/2010

DDA Debits - 11/12/2010

NOTICE
Payee(s) Exhibit...



## SUPERIOR Livestock Auction

Nº 07559

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

September 10, 2010

Tom & Michele Fanning
RR 1 Box 174
May, OK 73851

59410     7559

Phone: 580-727-5530

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|---|---|---|---|---|---|---|---|
| 9839 | 70 | Feeder Steers | Oct. 20-Nov. 10 | 700# | $115.00 | | $2,100.00 |
| TOTAL | 70 HEAD | | Part Pmt Paid on | 70 | HEAD | | $2,100.00 |
| DEDUCTIONS: | | | | | | | |
| No Sale/Scratch Fees | | | | | | $0.00 | |
| NET PROCEEDS | | | | | | | $2,100.00 |

---

SUPERIOR Livestock Auction

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

Nº 07559

September 10, 2010

PAY TO THE ORDER OF  Tom & Michele Fanning

$ 2,100.00

Two Thousand One Hundred Dollars and No Cents                                DOLLARS

PAYABLE TO
BANK OF COLORADO
P.O. BOX
BRUSH, COLORADO 80723
Phone 970-842-2844

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE

Nº 046876

# SUPERIOR
## Livestock Auction

131 E. Exchange Ave., Suite 121
Fort Worth, TX 76164
(817) 624-3800
Fax: (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax: (970) 842-2705
1-800-523-6610

DATE: 11/1/10
SELLER: Tom & Michele Fanning
ADDRESS: RR 1 Box 174
CITY: May      STATE: OK      ZIP CODE: 73851
LOT #: 9839      BUYER: Eastern L/S

| HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 67 | Strs | 50,680 | 2% | 49,666 | 740 | 113.25 | 56,246.76 |

40 x .04 = 1.60

**DEDUCTIONS:**
| | | |
|---|---|---|
| PART PAYMENT | | 2,100.00 |
| COMMISSION | | 1,124.66 |
| CONSIGNMENT FEE | | 67.00 |
| BEEF CHECKOFF | | 67.00 |
| TOTAL DEDUCTIONS | | 3,358.66 |

NET PROCEEDS: 52,874.10

---

Nº 046876
LOT #: 9839
DATE: 11/1/10

PAY TO THE ORDER OF: Tom & Michele Fanning     $52,874.10

Fifty-two thousand eight hundred seventy-four and 10/100 DOLLARS

CUSTODY ACCOUNT FOR SHIPPERS PROCEEDS
NON NEGOTIABLE
OFFICE COPY

**BUFFALO FEEDERS, LLC**
**SHIPPING/RECEIVING TICKET**

DATE _____   NO. 30918

OWNER _____   TIME _____

LOT # _____   REC. PEN _____   HOME PEN _____

FROM _____   ORIGIN _____

_____ PAY WT _____   AVE _____   SHRINK % _____

HD. CT. _____   OTW _____   AVE _____

3 weighback

2340 lb 1

S - STR       A - THIN        A - WHEAT PAST          C - CALVES
H - HFR       B - LIGHT MED   B - RANCH PAST          SY - STRESS YRLG
X - HOL       C - MEDIUM      C - WHEAT PAST SILAGE   NY - NON STRESS YRLG
M - MIXED     D - MED HEAVY   D - SILAGE
                              E - SALE RING
                              F - GRAIN PRE COND
                              G - WHEAT PAST GRAZE OUT

FRAME _____   DOF _____

BREED:   A - HOL <600        G - #1 OKIES-SMALL      OUT WT _____
         B - HOL 600-800     H - EXOTIC X-MED
         C - HOL 800>        I - EXOTIC X-LARGE      OUT DATE _____
         D - BRAHMAN X'S     J - CHOICE
         E - PLAIN
         F - #1 OKIES-MEDS

INITIAL IMPLANT _____   IMPLANT PROGRAM CODE _____

CONDITION OFF TRUCK _____

COMMENTS _____

REC'D BY _____

5271

**BUFFALO FEEDERS, LLC**
P.O. BOX 409
BUFFALO, OKLAHOMA 73834

Customer's Name: Tom & Michele Fanning - Superior

Address: _____

COMMODITY: 40hd            ON/OFF (OFF circled)

37260 LB  10:24 AM  11/01/2010          756.29

34340 LB  8:39 AM  11/01/2010

52940   Driver _____
        Weigher _____

− 2340   shd weighbacks
_____
 50600

# SUPERIOR Livestock Auction

131 East Exchange, Suite 121
Fort Worth, TX 76164
1-800-422-2117
(817) 624-3800
Fax (817) 624-3325

P.O. Box 38
Brush, CO 80723
1-800-523-6610
(970) 842-5566
Fax (970) 842-2705

| Date | 11/1/10 | | Lot # | 9839 | | | |
|---|---|---|---|---|---|---|---|
| Buyer | Eastern Livestock | | | | | | |
| Address | 135 W Market | | | | | | |
| City | New Albany | | State | In | | Zip Code | 47150 |
| Seller | Tom & Michele Fanning | | Weighted At | Buffalo Fly | | | |

| NO. HD | DESCRIPTION | WEIGHT | SHRINK | NET WT | AVG WT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 67 | Str | 50600 | 2% | 49588 | 740 | 113.00 | 56234 |
| | 40 X .04 = 1.60 | | | | | | |

| DESTINATION | | LESS PART PAYMENT | 2800 00 |
|---|---|---|---|
| TRUCKED BY | | | |
| *Superior Livestock Auction certifies that the Beef Checkoff assessment on the sale of the cattle listed on this invoice has been collected and remitted to the proper State Beef Council by Superior Livestock Auction or the appropriate authority.* | | NET DUE | 53432 79 |

### CERTIFICATE OF VACCINATION

CIRCLE ONE: SLA  VAC24  VAC34  VAC34+  VAC45  PRECON
PFIZER SELECTVAC  24  34  34+  45  PRECON

| Vaccine | Brand Name | Date Given | Administered |
|---|---|---|---|
| 7-way | | | IM / Sub Q |
| IBR, PI3, BVD & BRSV | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Pasteurella | | | IM / Sub Q |
| Boostered | | | IM / Sub Q |
| Other | | | IM / Sub Q |

The seller hereby certifies that these cattle were administered the above vaccinations.

### ✓ CERTIFIED NATURAL

The seller certifies that these cattle have NOT been

A. Fed or injected with any antibiotics or ingredients containing possible antibiotic residues.
B. Fed any antibiotic ionophores.
C. Implanted with or fed any synthetic hormones, growth promotants or steroids of any kind.
D. Fed any feed containing protein derived from mammalian tissue.

Seller Please Initial _____

☐ Age/Source Verified    Database Provider _____

The seller attests that all livestock referenced by this document are of _____ origin.

Seller's Signature _____    Date _____