# EXHIBIT H PART 8

# Exhibit File Check List

**Lot #:** _____ *N 780* _____

___X___ Delivery Sheet
___X___ Eastern Payment Info
___X___ Livestock Contract
___X___ Consignment Contract
___X___ Cleared Part Payment Check
___X___ Cleared Final Payment Check
___X___ Copy of Part Payment Check
___X___ Copy of Delivery Paperwork

# SUPERIOR STAMPEDE

1155 North Colorado Avenue
Brush, CO  80723
800-523-6610

## BUYERS INVOICE
### Buyer # 0016

**Eastern Livestock**

**135 West Market**
**New Albany, IN  47150**

**Office:   812 949-9035**

**Fax:   812 949-9060**

### LOT # N780

| | | | | | | |
|---|---|---|---|---|---|---|
| **Delivery Date**   10/29/2010 | | | | | **Auction Date**   6/23/2010 | |

**Contracted:**

| # Head | Description | Weight | Shrink | Net Wt | Ave Wt | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| 59 | Spayed Heifers | | 3 | | 790 | $101.00 | |
| **Delivered:** | | | | | | | |
| 55 | Spayed Heifers | 49165 | 3 | 47690 | 867 | $96.38 | $45,963.62 |
| **Total:** | | | | | | | |
| 55 | | | | 47690 | | | $45,963.62 |

| | |
|---|---|
| **Seller:**  \EV Ranch | **Part Payment Paid:**   -   $2,360.00 |
| **Location:**   40 mi. SW of Meeker, CO; , CO | **Adjustments:**   $0.00 |
| **Destination:** MALTA, ID | |
| **Representative:** Boone Vaughn  970 878-5107 | **Net Due:**   $43,603.62 |

Superior Stampede attests that all livestock referenced by this document are of   <u>USA</u>   origin.

**Superior Livestock Auction by**   *[signature]*

Eastern Livestock's
check was not deposited
it was sent for collection and
returned "unpaid"

**Please remit to Superior Stampede via Wire Transfer or Overnight Delivery of a Check**
<u>Please include the Lot Number on your payment</u>

Wire Transfer To:  Bank of Colorado, 301 Clayton St, Brush, CO 80723  Routing #107002448
Credit: Superior Stampede, 1155 N Colo Ave, Brush, CO 80723 Acct # 4100022896

Address for overnight delivery of a check (Fed Ex, UPS or Express Mail)
Superior Stampede
1155 N Colorado Avenue
Brush, CO  80723

Superior Stampede certifies that the Beef Checkoff assessment on the sale of the cattle referenced on
this invoice has been collected and remitted to the proper State Beef Council by Superior Stampede or
the appropriate authority.

**Thank you for your business.  If you have any questions, please call 1-800-523-6610**

## SUPERIOR STAMPEDE

**LOT#** N780            **DELIVERY DATE** Oct 29 2010        **SALE DATE** June 23 2010
**SELLER** \EV Ranch      970 878-4818                        **PAPERWORK REC'D**
**BANK**                                                       Date entered 10/29/2010
**CONTRACT #** N48856                                          Entered by FAYE
12/2/2010   12:42:59

| # HEAD | DESC. | WT | SHRNK | SLD | NET WT | AVG.WT. | PRICE | GROSS AMOUNT |
|--------|-------|-----|-------|-----|--------|---------|-------|--------------|
| CONT 59 | Spayed Heifers | | 3 | 4 | | 790# | $ 101.00 | |
| DELV 55 | Spayed Heifer 49165 | | 3 | 6 | 47690 | 867# | $ 96.38 | $ 45,963.62 |

**TOTALS**

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| 55 | | | | | 47690 | | | $ 45,963.62 |

| | | |
|--|--|--|
| PART PAYMENT | 1,770.00 | |
| GROSS COMMISSION | 919.27 | |
| ADDITIONAL COMMISSION | 110.00 | |
| CONSIGNMENT FEE CREDIT | .00 | |
| NET COMMISSION DEDUCTED | 1,029.27 | |
| BEEF CHECKOFF 40 mi. SW of Meeker, CO;, CO | .00 | |
| LA/AR | .00 | |
| OTHER | .00 | |
| TOTAL DEDUCTIONS | 2,799.27 | |
| NET PROCEEDS DISBURSED | | $ 43,164.35 |

| CHECK # | PAYABLE TO | | CLEARED | |
|---------|-----------|--|---------|--|
| 107316 | \EV Ranch | 43,164.35 | 11/3/2010 | $ 43,164.35 |

| | |
|--|--|
| TOTAL PAID $ | 43,164.35 |
| UNDERPAID/OVERPAID $ | .00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BUYER** Eastern Livestock   812 949-9035   812 949-9060(f)
     **BUYER #** 0016  New Albany, IN   (m)                    **GROSS AMT** $ 45,963.62
**COUNTRY OF ORIGIN** USA                    7/1/2010    **PART PAYMENT** $ 2,360.00
                                                          **ADJUSTMENTS** $ .00
**PD @ DEL**   FUNDS SENT VIA                              **NET DUE** $ 43,603.62
**BUYER CALLED**
**DELIVERY DATE** Oct 15-Nov 01, 2010
**SLIDE** over the base weight          - 4
**REP**    Boone Vaughn        970-878-5107   970-878-5107
**DESTINATION** MALTA, ID

| | | | |
|--|--|--|--|
| 43,603.62 | 11/5/2010 | $ | 43,603.62 |
| | TOT AMOUNT PAID | $ | 43,603.62 |
| | UNDERPAID/OVERPAID | $ | .00 |
| | ADJ TOTAL | $ | .00 |

**COMMENTS**   SLA PD 7 DAYS



## FIFTH THIRD BANK

November 23, 2010

Bank of Colorado
P.O. Box 147
Fort Lupton, CO 80621

Re: Collection Request: Eastern Livestock Co LLC
Check Numbers: 125060, 125059, 125058, 125056, 125055, 125053, 125044, 125042,
125040, 125036, 125051, 125048, 125046, 125034, 125032, 125030, 125028, 125019,
125017, 125038, 125013

To Whom It May Concern:

This letter is being sent regarding checks presented by your company for collection on
the above referenced account.

Your request for collection has been denied due to the following reason(s):

Account does not have sufficient available funds.

If you have any questions, or need further assistance please feel free to contact me at 513-358-9355

Regards,

Katie Block
Garnishment Clerk

*not going to be paid*
*Ben Loomis*

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

N⍐ 125046

```
                                              0 · *

                            N780 ·
                                    43,603·62+

CHECK NUMBER:    125046   CHECK DATE  #7176 ·              NT:      146,935.06
                                          49,911·19+
    101029    55H @   47690#                           45,963.62
    101029  10109  --E#N780              #8753 ·        2,360.00--  8753
    101029    67H @   48677#                           56,100.25  ⟩ +.01
    101029  10549  --E#8753          53,420·25+        2,680.00--
    101029    60H @   48775#                           52,311.19
    101029  10386  --E#7176         003                2,400.00--
                                    146,935·06*+
                                              0 · *
```

## EASTERN LIVESTOCK CO., LLC

**EASTERN LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

N⍐ 125046

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|------|-----------|--|--------|
| 10/11/01 | 125046 ** | | **146,935.06 |

SUPERIOR LIVESTOCK AUCTION, INC
1155 NORTH COLORADO
BOX 38
BRUSH, CO 80723

SIGNATURE

SENT FOR COLLECTION

# LIVESTOCK CONTRACT

**Management Office**
9303 W Airport Drive
Visalia CA 93277
877-625-6259 Fax: 559-651-1600
www.stampedecattle.com

**Business Office**
P.O. Box 38
Brush, CO 80723
800-523-6610

Lot #:   N780

0016

THIS CONTRACT made and entered into this **23rd** day of **June, 2010** , in Brush, Morgan County, Colorado by and between
**\EV Ranch**                                                                                                      of
**22593 RBC Rd 5**            **Rifle**            **CO**            **81650**            Phone Number, **970-878-4818**  ,
hereinafter known as SELLER, and **Eastern Livestock**                                                           of
**135 West Market**            **New Albany**    **IN**    **47150**    Phone, **812-949-9035**    Fax,  **812-949-9060**
Cell,               , hereinafter known as BUYER. Seller agrees to sell and Buyer agrees to purchase the following described
livestock (the livestock) for the consideration set forth in this contract. TAG PROGRAM:

| # HEAD | KIND/SEX | BASE WEIGHT | PRICE |
|--------|----------|-------------|-------|
| 59 | Spayed Heifers | 790 | $101.00 |
|  |  |  |  |

BREED TYPE:  **Predominately straigt Herefords.  May be few black or BWF heifers. Out of top Sand Hills Farms Hereford bulls.**

MIXED LOADS: Heifer price will be $   **0**   /CWT under original price of steers.
ORIGIN: **Home Raised**                     COUNTRY OF ORIGIN: **USA**
FRAME: **Medium**                           FLESH: **Medium**
HORNS: **Dehorned**                         EST WT VARIANCE:  **Uneven**
FEEDING PROGRAM: **Mountain pasture**

CURRENT LOCATION: **40 mi. SW of Meeker, CO; 240 mi. W of Denver, Colorado**

where the livestock shall remain and be handled in their normal and usual manner until delivery, unless otherwise expressly agreed in writing.
DELIVERY: Seller shall deliver the Livestock to Buyer F.O.B.                                         on/between
**Oct 15-Nov 01, 2010**                         at the option of the     **representative.**
WEIGHING CONDITIONS:  **Gather, sort, weigh on the ground w/a 3%.**

SLIDE: If the livestock average  **over the base weight**              the price will be adjusted     **4**     cents per pound for every
pound     **over**     that weight on the total net pounds.

COMMENTS:  **Reputation NW Colorado Hereford Ranch. Four family brands. Home raised yearlings. Birth records available.**

VACCINATIONS:  **At weaning: Bovishield 4, One Shot Ultra, 8-Way. Wormed with Ivermectin.**

AGE/SOURCE VERIFIED: **No**
LIVESTOCK OWNERS' FEED CERTIFICATE ON FILE:     **Yes**    IMPLANTED: **None**
BANGS VACCINATED:  **N/A**

INSPECTIONS AND WARRANTIES: Seller shall deliver within ninety-five percent (95%) of the above stated number of livestock, exclusive of any stags, crippled, blind, bad eyed, locoed, lump-jawed or otherwise unmerchantable livestock, and any livestock that are not as described above. If Buyer or his agent is present at delivery and the livestock are removed by the carrier, such action constitutes irrevocable acceptance of the livestock by the Buyer. If Buyer is not present at delivery Buyer shall notify Superior Stampede of any grievance regarding any livestock within twenty-four (24) hours after arrival. Buyers failure to so notify Superior Stampede shall constitute irrevocable acceptance of the livestock and bind him to pay the contract price for the livestock. Seller shall furnish to Buyer any brand and health certificates required for interstate shipment and Federal Law. If additional health certificates, tests, or documentation is required for shipment, it shall be at the Buyer's request and expense. Seller and Superior Stampede warrant that Seller has good and marketable title to the livestock and that the livestock will be delivered free from all security interests, liens or encumbrances. Said livestock are subject to a lien, security interest or chattel mortgage in favor of

which shall be satisfied by Seller prior to or at delivery. Seller agrees to defend title to the livestock and indemnify and hold Superior Stampede and Buyer harmless from any and all loss or damage on account of any liens, encumbrances, or other defects in title. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED BEYOND WHAT IS EXPRESSLY SET FORTH IN THIS CONTRACT.

RISK OF LOSS: The risk of loss of the livestock passes to Buyer at the time that the livestock are loaded on the carrier.
PAYMENT OF CONSIDERATION: As consideration for the livestock, Buyer agrees to pay Superior Stampede for the benefit of Seller the price stated above, adjusted by the SLIDE, if applicable. Payment of the price shall be governed by the provisions of this agreement. Buyer agrees to pay Superior Stampede for the benefit of Seller
$40.00 per head on     **59**     head, the sum of $     **2,360.00**    , as part payment, upon entering into this contract and to pay the remaining balance to Superior Stampede at the time of delivery. If Buyer is present at delivery, payment is to be made at delivery. If Buyer is not present at delivery, payment is to be received by Superior Stampede no later than the first business day following the day of delivery. Buyer agrees to make payment by wire transfer of funds or by Express Mailing or Federal Expressing a check. If there will be multiple shipments, Buyer agrees to pay for each day's delivery in the manner stated herein. All payments are due and payable in Brush, Morgan County, Colorado.

Seller acknowledges that it has received from Superior Stampede $30.00 per head, the sum of $     **1,770.00**    , as part payment for the livestock and agrees that the remaining balance, (including the $10.00 per head received from Buyer and not paid to Seller which is being held in Superior Stampede's Custodial Account for Shipper's Proceeds as a deposit on commission until delivery when the actual commission can be determined), less commission and other lawful charges shall be paid at delivery.

REVERSE SIDE: THIS CONTRACT IS SUBJECT TO ALL CONDITIONS ON THE REVERSE SIDE HEREOF. SAID CONDITIONS ARE A PART OF THIS AGREEMENT.
In witness hereof, each party to this agreement has caused it to be executed at Brush, Morgan County, Colorado on the date indicated above.
SELLER:    **\EV Ranch**                                 BUYER:        **Eastern Livestock**

BY: _____                   BY: _____
MANAGER:    **Chris Nelson**            559 288-2131    877 625-6259    559 288-2131
REPRESENTED BY:   **Boone Vaughn**      970 878-5107                    970 618-1242

OPEN HEIFERS: Unless otherwise stated, heifers sold in this contract are not guaranteed open.

PARTIAL INVALIDITY: No partial invalidity of this agreement shall affect the reaminder.

SECURITY AGREEMENT: Buyer hereby grants to Superior Livestock Auction, Inc. a security interest in the livestock described herein, including the products and proceeds thereof, until such time as Superior Livestock Auction, Inc. actually receives final payment of the full purchase price of said livestock on any payment item issued or until Superior Livestock Auction, Inc. actually receives full and final payment for the livestock by cashier's check or wire transfer of funds.

DEFAULT: In case of default of either Buyer or Seller, the defaulting party shall be liable for actual and incidental damages as are permitted by the Uniform Commercial Code, plus court costs and attorney's fees, as well as to any available equitable relief. Default shall exist if full and final payment is not received within one day from the date Buyer takes possession of the livestock described herein, or if the check given in payment for the livestock is dishonored, or upon the death, bankruptcy or insolvency of the Buyer or upon the sale of said livestock without Superior Livestock Auction's written permission. Upon default, Superior Livestock Auction, with or without notice, may exercise any and all rights accorded it by law and this contract, including but not limited to the following: If Buyer defaults, he will forfeit his $40 per head part payment. Upon Seller's failure, for any reason whatsoever (other than an act of God), to deliver to Buyer, all cattle purchased hereunder, as herein required, Seller shall promptly refund to Superior Livestock Auction the part payment advanced on such undelivered cattle, plus commission. Superior Livestock Auction will refund to the Buyer the total amount of the part payment advanced by the Buyer. This shall constitute the only liability of Superior Livestock Auction to Buyer. Superior Livestock Auction shall also have the option, in the event of default by Buyer, of paying Seller in full for the cattle and of holding and reselling the cattle in a reasonable commercial manner. In that event, Buyer shall be liable to Superior Livestock Auction for all damages incurred, including costs, *attorney's fees*, and decline in market value of the cattle.

FAILURE TO DELIVER WITHIN 95% OF CONTRACT: In the event Seller fails to deliver within 95% of the cattle sold, Seller will be liable for replacing any cattle not delivered with cattle of equal size and quality or pay the Buyer the difference between the price stipulated in the sales contract and the then prevailing market price on the number of livestock not delivered, based on the average weight of those delivered and/or make the necessary freight adjustment to Buyer at Buyer's option. Replacement of cattle, monetary adjustment and/or freight adjustment shall be at the Seller's expense and Buyer's approval.

GOVERNING LAW: *All legal actions instituted for any default in payment or lack of sufficient funds in any financial institution to pay checks tendered, or default by payment with no account checks, shall be determined exclusively by Colorado law.*

ARBITRATION OF DISPUTES: Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be submitted to binding arbitration upon the written demand of any party to this agreement, which demand shall be served on all parties at the addresses set forth herein. The parties shall promptly submit the dispute to the American Arbitration Association (the "AAA") for resolution by a single neutral arbitrator acceptable to both parties, as selected under the rules of the AAA. The dispute shall then be administered according to the AAA's Commercial Arbitration Rules, with the following modifications; (i) the arbitration shall be held in Ft. Worth, Texas; (ii) the arbitrator shall conduct the arbitration as if it were a bench trial and shall use, apply and enforce the Texas Rules of Evidence and Texas Rules of Civil Procedure; (iii) the arbitrator shall have no power or authority to make any award that provides for consequential, punitive or exemplary damages. Judgement on the award rendered by the arbitrator may be entered in any court having jurisdiction over the parties. Each party to the dispute shall bear its own expenses arising out of the arbitration.

NO ASSIGNMENT OR DELEGATION: *No right or interest in this contract shall be assigned by either party, Buyer or Seller. However, both Buyer and Seller acknowledge that Superior Livestock Auction, upon the default of Buyer or Seller, may take an assignment of this contract from either Buyer or Seller and enforce the contract in the name of Superior Livestock Auction.*

EXECUTION: *Should Buyer or Seller not be present or available to execute the herein contract on auction day, the making of part payment by Buyer, or the receipt and negotiation of part payment by Seller, shall constitute full agreement by Buyer or Seller to the terms and conditions set forth herein. Mailing, postage prepaid, of the herein agreement to Buyer or Seller at their last known address, shall serve as full notice to Buyer and Seller of the said terms and conditions. Failure of Buyer or Seller to object in writing, by facsimile transmission or first class U. S. mail, to the terms and conditions herein, within twenty-four (24) hours after receiving notice, shall constitute a waiver on the part of Buyer or Seller of lack of notice, or agreement, to all the terms and conditions herein.*

ACT OF GOD: Seller & Superior Livestock Auction shall not be liable for any delay or failure to deliver any or all of the livestock in case delay or failure is caused by any act of God or by destruction in whole or in part of the livestock. When Seller claims excuse for nonperformance under this paragraph, reasonable notice & documented proof must be given to Buyer & Superior Livestock Auction.

ENTIRE CONTRACT: This contract contains the entire agreement between Seller and Buyer and cannot be changed except in writing signed by both parties.

## Lot Details

Lot# 780                                      Floor Price: $0.00

Slash EV Ranch
59 Spayed Heifers                                                     Base Wt: 830#
Origin: Home Raised                                          Slide: 4 cents over 830#
Current Location: 40 mi. SW of Meeker, CO; 240 mi. W of Denver, CO
Breed Type: Predominately straigt Herefords. May be few black or BWF heifers. Out of top Sand Hills Farms
Hereford bulls.
Frame: Medium                                                         Flesh: Medium
Est. Wt. Var: Uneven                                              Horns: Dehorned
Feed: Mountain pasture                                                  Bangs: N/A
Delivery: October 15, 2010 - November 01, 2010
Weighing Cond: Gather, sort, weigh on the ground w/a 3%.
Comments:Reputation NW Colorado Hereford Ranch. Four family brands. Home raised yearlings. Birth
records available.
Vaccinations: At weaning: Bovishield 4, One Shot Ultra, 8-Way. Wormed with Ivermectin.
Implanted: None
Owners' Feed Certificate on File: Yes
Represented By: Boone Vaughn 970-878-5107                pistolriverpete@gmail.com
Reg. Manager: Chris Nelson 559-288-2131
    cnelson@stampedecattle.com





DDA Debits - 07/07/2010

DDA Debits - 07/07/2010

P. 001/001

Rx Date/Time     NOV-03-2010(WED) 10:01

11-03-2010   11:02am     From-Superior Livestock Auction

P. 001

T-234   P.001/001   F-024

**SUPERIOR STAMPEDE**

P.O.Box35
Brush, CO 80723
(970) 842-5666
Fax (970) 842-7706
800-622-6510

Nº 107316

LOT# N 780

DATE 10-29-10

$ 43,164 35

PAY TO THE ORDER OF   J EV RANCH

Fourty-Three-Thousand One-Hundred Sixty-Four and 35/100   DOLLARS

Paid Through
BANK OF COLORADO
Brush, Colorado 80723
Phone 970-842-2861

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

THIS CHECK MUST BE ENDORSED AS THE NAME(S) OF PAYEE(S) APPEAR ON THE FACE SIDE. ALL CORPORATIONS & LENDING INSTITUTIONS MUST HAVE AN OFFICERS SIGNATURE.

DDA Debits - 11/02/2010

DDA Debits - 11/02/2010

Attention:

From: Kathleen Zion, Superior Livestock Auction, Inc.

Date: November 3, 2010

I hereby authorize Superior Livestock Auction to pay the above check without it being payable jointly and endorsed by an officer of Mountain Valley Bank, Meeker, CO. This is for one time only.

Lender:

By:

Date: 11/5/10

Title MVB Banck

Please sign and fax back to 523-6610. Your prompt attention to this matter is greatly appreciated.   If you have any questions, you can reach me at 800-



# SUPERIOR
## Livestock Auction

Nº 03346

101 E. Exchange Ave. Suite 224
Fort Worth, TX 76164
(817) 624-3000
Fax (817) 624-3325
1-800-422-2117

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

June 23, 2010

AEV Ranch

22593 RBC Rd 5

Rifle, CO  81650

9280          3346

Phone:  970-878-4818

| LOT # | #HEAD | DESCRIPTION | DELIVERY DATE | BASE WT | PRICE | | PART PMT |
|-------|-------|-------------|---------------|---------|-------|--|----------|
| N780 | 59 | Spayed Heifers | Oct 15-Nov 01 | 790# | $101.00 | | $1,770.00 |
| TOTAL | 59 HEAD | | | Part Pmt. Paid on | 59 | HEAD | $1,770.00 |

DEDUCTIONS:

No Sale/Scratch Fees:                                                   $0.00

NET PROCEEDS:                                                        $1,770.00



# SUPERIOR
## Livestock Auction

Nº 03346

P.O. Box 38
Brush, CO 80723
(970) 842-5566
Fax (970) 842-2705
1-800-523-6610

June 23, 2010

PAY TO THE    AEV Ranch
ORDER OF:

1,770.00

One Thousand Seven Hundred Seventy  Dollars and No Cents

DOLLARS

PAY CLERK
BANK OF COLORADO
P.O. BOX
BRUSH COLORADO 80723
Phone 970-842-

CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

NON-NEGOTIABLE