IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No. 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Hon. Basil H. Lorch III |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FRIONA INDUSTRIES, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| EASTERN LIVESTOCK CO., INC., FIFTH THIRD BANK, ALLEN DIETRICH, FARMERS BANK OF CARNEGIE, TOMMY BYNUM d/b/a BBL CATTLE, DIAMOND B RANCHES, INC., MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE, LLC, SUPERIOR LIVESTOCK AUCTION, INC., TURNER COUNTY STOCK YARDS, INC., PAUL KROPH, d/b/a K & K FARMS, AMOS KROPH, d/b/a K & K FARMS, ATHENS LIVESTOCK, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVE STOCK CENTER, INC., EDDIE EICKIE, GABRIEL MORENO, AND CHUCK MURDOCH d/b/a C&M CATTLE, | § | ADVERSARY NO. _____ |
| | § | |
| Defendants, | § | |
| and | § | |
| | § | |
| CACTUS GROWERS, INC., | § | |
| | § | |
| Intervenor, | § | |
| | § | |
| v. | § | |
| | § | |
| EASTERN LIVESTOCK COMPANY, INC. GENE SHIPMAN, EASTERN TENNESSEE LIVESTOCK CENTER, INC., ALTON | § | |



EXHIBIT "A"

| | |
|---|---|
| DARNELL d/b/a DARNELL ALTON BARN, DE CORDOVA CATTLE COMPANY, SUPERIOR LIVESTOCK AUCTION, INC., STOCKMAN OKLAHOMA LIVESTOCK MARKETING, INC., NICHOLS LIVESTOCK, FIFTH THIRD BANK, CHESTER BAY TRUCKING, EAST WEST TRUCKING CO., LLC., IKE'S TRUCKING, INC., PARKER TRUCKING, NEWMAN TRUCKING, CHASE CATTLE COMPANY, JC POWELL d/b/a JC POWELL TRUCKING, JANE, LLC, H & B TRUCKING, LLC, RON NEUFELD, CRYSTAL'S LIVESTOCK EXPRESS, BOMHAK TRUCKING, REITER TRUCKING, INGLAND TRUCKING, LEON BOGARD, PARKS LIVESTOCK, DOUBLE V. EXPRESS, and LLT TRUCKING, INC. | § § § § § § § § § § § § § § § § § § § § |
| Defendants, | § |
| and | § |
| J & F OKLAHOMA HOLDINGS, INC., | § § |
| Intervenor, | § |
| v. | § |
| EASTERN LIVESTOCK CO., LLC, FIFTH THIRD BANK, SOUTHEAST LIVESTOCK EXCHANGE, LLC, SUPERIOR LIVESTOCK AUCTION, INC., TURNER COUNTY STOCK YARDS, INC., CPC LIVESTOCK, LLC, NORTHERN LIVESTOCK, believed to be doing business as BILLINGS LIVESTOCK COMMISSION COMPANY, LLC, GIBSON CATTLE COMPANY, L.L.C., JOPLIN REGIONAL STOCKYARDS, INC., PIEDMONT LIVESTOCK COMPANY, INC., DON GREEN, GARY SEALS LIVESTOCK, WILLIAM BUSH, TOM SVOBODA, CLF FEEDERS, RANDY HOOVER & SON, LLC and OTTO HAMBELTON, | § § § § § § § § § § § § § § § § § § |
| Defendants. | § |

## NOTICE OF REMOVAL AND REFFERAL OF CIVIL ACTION TO BANKRUPTCY COURT AND MOTION TO TRANSFER VENUE

TO THE HONORABLE COURT:

Plaintiff, Friona Industries, L.P. ("Friona"), and Intervenor Plaintiffs, Cactus Growers, Inc. ("Cactus") and J&F Oklahoma, Inc. ("J&F"), jointly file this Notice of Removal of Civil Action to Bankruptcy Court and Motion to Transfer Venue and would show the Court as follows:

**A. NOTICE OF REMOVAL**

1.  This notice is filed under Bankruptcy Rule 9027 and 28 U.S.C. §§ 157, 1452 and 1334, as applicable, and under the Order of Reference of Bankruptcy Cases and Proceedings filed among the records of the United States District Court for the Northern District of Texas. Upon removal and referral of the civil action, this litigation will constitute an adversary proceeding that is a core proceeding under 28 U.S.C. §157(K) and/or (O). Accordingly, this bankruptcy court has jurisdiction over this adversary proceeding.

2.  On or about November 11, 2010, Friona filed a Complaint in the Nature of an Interpleader, under Case No. 2:10-cv-00266-J, styled *Friona Industries, L.P. vs. Eastern Livestock Co., Inc., et al*, in the United States District Court for the Northern District of Texas, Amarillo Division (the "Interpleader Action"). Thereafter, on November 19, 2010, Cactus intervened in the Interpleader Action and filed a Complaint in the Nature of an Interpleader, and on November 30, 2010, J&F intervened in the Interpleader Action and filed a Complaint in the Nature of an Interpleader. The District Court in the Interpleader Action ordered the District Clerk for the Northern District of Texas (the "District Clerk") to accept funds tendered by Friona, Cactus, and J&F as interpleader funds (the "Interpleader Funds"). The District Clerk now holds the Interpleader Funds, plus accrued interest, subject to order of the court having jurisdiction of the Interpleader Action.

3.  On December 6, 2010, petitioning creditors filed an involuntary petition under chapters 3 and 11 of the Bankruptcy Code commencing an involuntary bankruptcy proceeding in the

Southern District of Indiana, New Albany Division, Case No. 10-93904 (the "Indiana Bankruptcy"), naming Eastern Livestock Co., L.L.C. ("Eastern") as Debtor. Eastern was and is a defendant in the Interpleader Action.

4. On December 27, 2010, an order was entered in the Indiana Bankruptcy appointing a Chapter 11 Trustee and on December 28, 2010, an order for relief was entered in the Indiana Bankruptcy.

5. On December 28, 2010, the District Court in the Interpleader Action signed an order that stayed the Interpleader Action until further Order, and counsel of record were directed to inform the District Court if a lift stay order was entered by the Indiana Bankruptcy Court. On March 1, 2011, an Agreed Entry was filed in the Indiana Bankruptcy in which the necessary parties stipulated to limited relief from the automatic stay to allow the removal and transfer of the Interpleader Action to the Indiana Bankruptcy Court. On March 9, 2011, the Indiana Bankruptcy Court entered an order approving the Agreed Entry and modifying the automatic stay to allow the removal and transfer of the Interpleader Action.

6. In accordance with Bankruptcy Rule 9027, a "notice of removal shall be filed with the clerk for the district and division within which is located the state or federal court where the civil action is pending." As the civil action is pending in the United States District Court for the Northern District of Texas, Amarillo Division, it is proper to file this pleading with the clerk of the bankruptcy court in the Northern District of Texas, Amarillo Division.

7. This Court has jurisdiction "of all civil proceedings arising under title 11, or arising in or related to a case under title 11." 28 U.S.C. § 1334(b). For "related to" jurisdiction to attach to the Complaint, "the anticipated outcome of the action must both (1) alter the rights, obligations, and choices of action of the debtor, and (2) have an effect on the administration of the estate." *In re*

*Bissonnet Investments, LLC*, 320 F.3d 520, 525 (5th Cir. 2003). The Interpleader Action is "related to" the Indiana Bankruptcy because it concerns the right to certain interplead funds, of which the Debtor is a claimant, and the result may "(1) alter the rights, obligations, and choices of action of the debtor, and (2) have an effect on the administration of the estate." *In re Bissonnet Investments, LLC*, 320 F.3d 520, 525 (5th Cir. 2003).

8. Copies of all the Interpleader Action pleadings and processes are being filed contemporaneously with this Notice. Exhibit "A" attached to this Notice is the docket sheet from the Interpleader Action identifying those pleadings and processes.

9. Attached to this Notice as Exhibit "B" is a Certificate of Interested Parties.

### B. MOTION TO TRANSFER VENUE

10. The disposition of certain contested matters in the Indiana Bankruptcy may be potentially dispositive of some of the claims or interests asserted in the Interpleader Action – thus, it is in the interest of judicial economy and consistent rulings on matters pertaining to the administration of the bankruptcy estate for matters in which the Debtor has an interest to be removed to the United State Bankruptcy Court for the Southern District of Indiana, New Albany Division, where the underlying Eastern bankruptcy case is now pending.

11. A motion to transfer venue in a "proceeding under title 11" is governed by 28 U.S.C. § 1412. Alternatively, 28 U.S.C § 1404(a) governs a motion to transfer venue for a case "related to a proceeding under title 11." *Edge Petroleum Operating Co., Inc. v. Duke Energy Trading & Mktg., L..L.C.*, 311 B.R. 740, 743 n.1 (S.D.Tex. 2003). "Regardless the inquiry is the same under either statute so the Court's analysis would not be any different" under 28 U.S.C. § 1412 or 28 U.S.C. § 1404(a). *Id.*

12. 28 U.S.C. § 1404(a) also requires that the action sought to be transferred could have been originally brought in the district in which transfer is sought. *Sabre Tech., L.P. d/b/a Skyline Displays of Houston v. TSM Skyline Exhibits, Inc., et al.,* WL4330897 at *9 (S.D.Tex. 2008). Eastern is a Kentucky limited liability company with its principal place of business in New Albany, Indiana. The Interpleader Action could have been brought in New Albany, Indiana in accordance with 28 U.S.C. §§1335 and 1397. Section 1397 provides that "[a]ny civil action of interpleader or in the nature of interpleader under section 1335 of this title may be brought in the judicial district in which one or more of the claimants reside." 28 U.S.C. §1397. Because Eastern resides in New Albany, Indiana, the Interpleader Action could have been brought there.

13. Also, "under 28 U.S.C. § 1409(a), a proceeding arising under or related to a bankruptcy may be brought in the district where the bankruptcy proceeding is pending." *Id.* Therefore, because the Southern District of Indiana is the district in which Eastern's principal place of business is located, as well as the district in which Indiana Bankruptcy is pending, the New Albany Division of the Southern District of Indiana would have been a proper venue for the Interpleader Action to have been originally filed.

14. Therefore, the undersigned parties request that this Court transfer this adversary proceeding to the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully requests that this Court grant their Motion to Transfer Venue, and order that the Interpleader Action be transferred to the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division, together with the Interpleader Funds.

Respectfully submitted,

SPROUSE SHRADER SMITH P.C.

/s/ John Massouh
John Massouh
John Huffaker
701 S. Taylor, Suite 500
Amarillo, Texas 79101
(806) 468-3300
FAX (806) 373-3454
john.massouh@sprouselaw.com


/s/ David L. Lebas
David L. LeBas
NAMEN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
(512) 474-0300; (512) 474-1901 FAX

/s/ John H. Lovell
John H. Lovell
LOVELL, LOVELL, NEWSON & ISERN, LLP
112 West 8th Avenue, Suite 1000
Eagle Center Building
Amarillo, Texas 79101-2314
(806) 373-1515; (806) 379-7176 FAX

ATTORNEYS FOR MOVANTS.

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 22, 2011**, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept service of this document by electronic means. The following attorneys will be notified of the filing of this document via email and U.S. Mail.

John Ben Blanchard
Brown & Fortunato PC
905 S. Fillmore, Suite 400
Amarillo, Texas 79101
jblanchard@bf-law.com

Clint R. Latham
Mullin Hoard & Brown
500 S. Taylor, Suite 800 LB 213
Amarillo, Texas 79101
clatham@mhba.com

Jerry S. Smith
Law Office of Jerry Smith
204 W. 4th St., Suite 101
Hereford, Texas 79045
jerry@jerrysmithlaw.com

James D. Kilroy
Snell & Wilmer LLP
1200 Seventeenth St., Suite 1900
Denver, CO 80202
jkilroy@swlaw.com

Johnny Kent Merritt
Irwin Merritt Hogue Price & Carthel
320 S. Polk St., Suite 500
Amarillo, Texas 79101
jmerritt@amalaw.org

David J. Potter
David J. Potter & Associates
901 N Stateline Ave
Texarkana, Texas 75501
dpotter@potter-law.com

David Oliver
Vorys Sater Seymour & Pease LLP
700 Louisiana St., Suite 4100
Houston, Texas 77002
daoliver@vorys.com

James E. Smith
Smith Akins PA
400 W Capitol Ave., Suite 1700
Little Rock, AR 72201
jsmith@smithakins.com

Kevin T. Wakley
Irwin Merritt Hogue Price & Carthel
320 S. Polk, Suite 700
Amarillo, Texas 79101
kwakley@amalaw.org

John O'Brien
Snell & Wilmer LLP
1200 Seventeenth St., Suite 1900
Denver, CO 80202
jobrien@swlaw.com

Jonathon P. Martin
Snell & Wilmer LLP
1200 Seventeenth St., Suite 1900
Denver, CO 80202
jpmartin@swlaw.com

James B. Johnson
Easterwood Boyd & Simmons LLP
P.O. Box 273
Hereford, Texas 79045-0273
bjtexas59@hotmail.com

| | |
|---|---|
| Timothy T. Pridmore<br>McWhorter Cobb & Johnson<br>1722 Broadway<br>Lubbock, Texas 79408<br>tpridmore@mcjllp.com | R. Michael McCauley, Jr.<br>McWhorter Cobb & Johnson<br>1722 Broadway<br>Lubbock, Texas 79408<br>mccauley@mcjllp.com |
| Charles G. White<br>Law Offices of Charles G. White<br>500 S. Taylor St., Suite 505 LB 201<br>Amarillo, Texas 79101<br>charles.white.law@sbcglobal.net | Kirk Crutcher<br>Mayfield Crutcher & Sharpee<br>320 S. Polk, Suite 400<br>Amarillo, Texas 79101<br>kcrutcher@mcs-law.com |
| Joseph Mark Parsons<br>Mayfield Crutcher & Sharpee<br>320 S. Polk, Suite 400<br>Amarillo, Texas 79101<br>jparsons@mcs-law.com | Ross A. Plourde<br>McAfee & Taft a Professional Corporation<br>Two Leadership Square<br>211 N. Robinson 10th Floor<br>Oklahoma City, OK 73102<br>ross.plourde@mcafeetaft.com |
| Jeff L. Todd<br>McAfee & Taft a Professional Corporation<br>Two Leadership Square<br>211 N. Robinson 10th Floor<br>Oklahoma City, OK 73102<br>jeff.todd@mcfeetaft.com | H. Gordon Mosley<br>Law Office of Gordon Mosley<br>4411 Old Bullard Rd, Suite 700<br>Tyler, Texas 75703 |
| Ron Neufeld<br>5590 NE 157th Terr<br>Williston, FL 32696 | Jessica E. Yates<br>Snell & Wilmer LLP<br>1200 Seventeenth St., Suite 1900<br>Denver, CO 80202<br>jyates@swlaw.com |
| Dusty J. Stockard<br>Courtney Countiss Brian & Bailey<br>P.O. Box 9238<br>Amarillo, Texas 79105<br>dstockard@courtneylawfirm.com | Kenneth E. Weston<br>Courtney Countiss Brian & Bailey<br>P.O. Box 9238<br>Amarillo, Texas 79105<br>kweston@courtneylawfirm.com |
| R. Edward Perkins<br>Sheehy Serpe & Ware<br>2500 Two Houston Center<br>909 Fannin St.<br>Houston, Texas 77010-1003<br>eperkins@sheehyware.com | Terry E. Hall<br>Baker & Daniels LLP<br>300 N Meridian St, Suite 2700<br>Indianapolis, IN 46204-1782<br>terry.hall@bakerd.com |

/s/ John Massouh
John Massouh

## CERTIFICATE OF INTERESTED PERSONS

ALLEN DIETRICH
ALTON DARNELL d/b/a DARNELL ALTON BARN
AMOS KROPH d/b/a K & K FARMS
ATHENS LIVESTOCK
BLUEGRASS STOCKYARDS, LLC
BOMHAK TRUCKING
C&M CATTLE
CACTUS GROWERS, INC.
CHASE CATTLE COMPANY
CHESTER BAY TRUCKING
CHUCK MURDOCH
CLF FEEDERS
CPC LIVESTOCK, LLC
CRYSTAL'S LIVESTOCK EXPRESS
DE CORDOVA CATTLE COMPANY
DIAMOND B RANCHES, INC.
DON GREEN
DOUBLE V. EXPRESS
EAST TENNESSEE LIVESTOCK CENTER, INC.
EAST WEST TRUCKING CO. LLC.
EASTERN LIVESTOCK CO., INC.
EDDIE EICKIE
FARMERS BANK OF CARNEGIE
FIFTH THIRD BANK
FRIONA INDUSTRIES, L.P.
GABRIEL MORENO
GARY SEALS LIVESTOCK
GENE SHIPMAN
GIBSON CATTLE COMPANY, L.L.C.
H & B TRUCKING, LLC
IKE'S TRUCKING, INC.
INGLAND TRUCKING
J & F OKLAHOMA HOLDINGS, INC.
JANE, LLC
JC POWELL d/b/a JC POWELL TRUCKING
JOPLIN REGIONAL STOCKYARDS, INC.
LEON BOGARD
LLT TRUCKING, INC.
MOSELEY CATTLE AUCTION, LLC
NEWMAN TRUCKING
NICHOLS LIVESTOCK
NORTHERN LIVESTOCK, believed to be doing business as BILLINGS LIVESTOCK COMMISSION COMPANY LLC
OTTO HAMBELTON
PARKER TRUCKING
PARKS LIVESTOCK
PAUL KROPH d/b/a K & K FARMS
PIEDMONT LIVESTOCK COMPANY, INC.

RANDY HOOVER & SON, LLC
REITER TRUCKING
RON NEUFELD
SOUTHEAST LIVESTOCK EXCHANGE, LLC
STOCKMAN OKLAHOMA LIVESTOCK MARKETING, INC.
SUPERIOR LIVESTOCK AUCTION, INC.
TOM SVOBODA
TOMMY BYNUM d/b/a BBL CATTLE
TURNER COUNTY STOCKYARDS, INC.
WILLIAM BUSH