

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



The following constitutes the ruling of the court and has the force and effect therein described.

United States Bankruptcy Judge

**Signed March 23, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No. 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Hon. Basil H. Lorch III |

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FRIONA INDUSTRIES, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| EASTERN LIVESTOCK CO., INC., FIFTH | § | |
| THIRD BANK, ALLEN DIETRICH, | § | |
| FARMERS BANK OF CARNEGIE, TOMMY | § | |
| BYNUM d/b/a BBL CATTLE, DIAMOND B | § | ADVERSARY NO. 11-02008-rlj |
| RANCHES, INC., MOSELEY CATTLE | § | |
| AUCTION, LLC, SOUTHEAST LIVESTOCK | § | |
| EXCHANGE, LLC, SUPERIOR LIVESTOCK | § | ORDER GRANTING MOTION FOR |
| AUCTION, INC., TURNER COUNTY STOCK | § | SHORTENED NOTICE PERIOD AND |
| YARDS, INC., PAUL KROPH, d/b/a K & K | § | <u>EXPEDITED HEARING</u> |
| FARMS, AMOS KROPH, d/b/a K & K | § | |
| FARMS, ATHENS LIVESTOCK, BLUE | § | |
| GRASS STOCKYARDS, LLC, EAST | § | |


EXHIBIT "B"

| | |
|---|---|
| TENNESSEE LIVESTOCK CENTER, INC., EDDIE EICKIE, GABRIEL MORENO, AND CHUCK MURDOCH d/b/a C&M CATTLE, | § § § § § |
| Defendants, and | § § § |
| CACTUS GROWERS, INC., | § § |
| Intervenor, | § § |
| v. | § § |
| EASTERN LIVESTOCK COMPANY, INC. GENE SHIPMAN, EASTERN TENNESSEE LIVESTOCK CENTER, INC., ALTON DARNELL d/b/a DARNELL ALTON BARN, DE CORDOVA CATTLE COMPANY, SUPERIOR LIVESTOCK AUCTION, INC., STOCKMAN OKLAHOMA LIVESTOCK MARKETING, INC., NICHOLS LIVESTOCK, FIFTH THIRD BANK, CHESTER BAY TRUCKING, EAST WEST TRUCKING CO., LLC., IKE'S TRUCKING, INC., PARKER TRUCKING, NEWMAN TRUCKING, CHASE CATTLE COMPANY, JC POWELL d/b/a JC POWELL TRUCKING, JANE, LLC, H & B TRUCKING, LLC, RON NEUFELD, CRYSTAL'S LIVESTOCK EXPRESS, BOMHAK TRUCKING, REITER TRUCKING, INGLAND TRUCKING, LEON BOGARD, PARKS LIVESTOCK, DOUBLE V. EXPRESS, and LLT TRUCKING, INC. | § § § § § § § § § § § § § § § § § § § § § § § § § |
| Defendants, and | § § § |
| J & F OKLAHOMA HOLDINGS, INC., | § § |
| Intervenor, | § § |
| v. | § § |
| EASTERN LIVESTOCK CO., LLC, FIFTH THIRD BANK, SOUTHEAST LIVESTOCK EXCHANGE, LLC, SUPERIOR LIVESTOCK AUCTION, INC., TURNER COUNTY STOCK YARDS, INC., CPC LIVESTOCK, LLC, NORTHERN LIVESTOCK, believed to | § § § § § § § |

| | |
|---|---|
| be doing business as BILLINGS LIVESTOCK COMMISSION COMPANY, LLC, GIBSON CATTLE COMPANY, L.L.C., JOPLIN REGIONAL STOCKYARDS, INC., PIEDMONT LIVESTOCK COMPANY, INC., DON GREEN, GARY SEALS LIVESTOCK, WILLIAM BUSH, TOM SVOBODA, CLF FEEDERS, RANDY HOOVER & SON, LLC and OTTO HAMBELTON, | § § § § § § § § § § § |
| Defendants. | § |

## ORDER GRANTING MOTION FOR SHORTENED NOTICE PERIOD AND EXPEDITED HEARING

The Court has considered Friona Industries, L.P.'s ("Friona") Motion for Shortened Notice Period and Expedited Hearing. The Court finds that it is necessary and appropriate under the circumstances of this case to shorten the required notice period and set an expedited hearing on the Notice of Removal and Referral of Civil Action to Bankruptcy Court and Motion to Transfer Venue (the "Notice and Motion") filed on March 22, 2011 by Friona and the Intervenor Plaintiffs in this adversary proceeding.

IT IS, THEREFORE, ORDERED:

1. An expedited hearing on the Notice and Motion is set for April 14, 2011 at 1:30 p.m. via video at Room 100, 624 S. Polk St., Amarillo, Texas; and

2. Responses to the Notice and Motion shall be filed on or before April 11, 2011. If no responses are filed, the Court may enter the relief requested.

### # # # END OF ORDER # # #

**SUBMITTED BY:**

John Huffaker, SBN 10187600
John Massouh, SBN 24026866
David Jones, State Bar No. 00784353
SPROUSE SHRADER SMITH P.C.
701 S. Taylor, Suite 500
Amarillo, Texas 79101
(806) 468-3300; (806) 373-3454 FAX
*Attorneys for Friona Industries, L.P.*

625408_1