UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00101 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE WITH HEARING OPPORTUNITY

A(n) Motion to Extend Exclusivity Period to File Ch 11 Plan/Disclosure Statement was filed with the Clerk of this Court on March 22, 2011, by Trustee James A. Knauer.

Trustee seeks the exclusive right to file a chp. 11 plan for 90 days up to and including July 26, 2011, and an additional 90 days to solicit acceptances of such plan, up to and including September 26, 2011.

NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed by **April 12, 2011** at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office. Any objection must be served on the attorney for the filing party in accordance with Local Rule S.D.Ind. B−9013−1(d).

If no objections are filed, the Court may enter an appropriate order granting the relief requested, and such other related relief as may be required, without conducting an actual hearing.

If any objections are timely filed, the Court will hold a hearing on:

Date:  April 15, 2011
Time: 09:30 AM EDT
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance, or the efforts made to contact opposing counsel to make such an inquiry.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   March 30, 2011                    KEVIN P. DEMPSEY, CLERK
                                                   U.S. BANKRUPTCY COURT