# Notice Recipients

District/Off: 0756–4 | User: kgoss2 | Date Created: 3/30/2011
Case: 10–93904–BHL–11 | Form ID: SF00101 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty        Dustin R. DeNeal        dustin.deneal@bakerd.com

TOTAL: 1