**SO ORDERED: March 30, 2011.**



*[signature]*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Trustee. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION FOR RELIEF FROM STAU FILED BY GE ELECTRIC CAPITAL CORPORATION**

This matter came to be considered on the Motion for Relief from Stay (Docket # 263) (the "Motion") filed by General Electric Capital Corporation (the "Movant").

Due and appropriate notice of the Motion and the hearing thereon having been served on all necessary parties, no objections having been filed to the Motion, and the Trustee having had a chance to review the proposed order thereon, it appears that good cause exists for granting the Motion. Accordingly, the Court having reviewed the Motion and being otherwise duly advised in the premises, finds that the Motion should be granted.

 IT IS THEREFORE ORDERED that

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns, with respect to the Debtor's lease of Two 2007 Peterbilt 355 Trucks (hereinafter "collateral").

2. The parties acknowledge that the Trustee does not have any information as to the location of the collateral and as such cannot agree to voluntarily turn-over of the collateral.

###