UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF11260B (rev 10/2004)

In Re:

Eastern Livestock Co., LLC
SSN: NA      EIN: NA
Debtor(s)

Case Number:

**10−93904−BHL−11**

## ORDER AND NOTICE OF DEADLINE
## TO FILE PROOF OF CLAIM OR INTEREST

The Court, having reviewed the record in the above−captioned Chapter 11 case, and being duly advised, finds that a deadline for filing proofs of claim or interest should be set pursuant to Rule 3003(c)(3) Fed.R.Bankr.P.

THEREFORE, it is ORDERED AND NOTICE IS HEREBY GIVEN that any creditor or equity security holder whose claim or interest either has not been listed or has been listed as disputed, contingent, or unliquidated MUST FILE A PROOF OF CLAIM OR INTEREST in accordance with Rule 3003(c) Fed.R.Bankr.P. by May 2, 2011

Dated:   March 31, 2011

JUDGE BASIL H. LORCH III
U.S. BANKRUPTCY COURT