## Notice Recipients

District/Off: 0756–4      User: edixon      Date Created: 3/31/2011
Case: 10–93904–BHL–11      Form ID: pdfOrder      Total: 4

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer      jak@kgrlaw.com
aty      C. R. Bowles, Jr      crb@gdm.com
aty      James A. Knauer      jak@kgrlaw.com
aty      Terry E. Hall      terry.hall@bakerd.com

TOTAL: 4