# EXHIBIT "A"

## Production By The Three Major Feedlots

PHASE I:  On or before April 22, 2011, the Three Major Feedlots shall each produce at least two computer-generated reports from their cattle tracking software.  First, the Three Major Feedlots shall each produce one report that summarizes all cattle purchased from transactions with Eastern Livestock, Co., LLC or Thomas P. Gibson or Patsy M. Gibson and received during the period from June 1, 2010 to December 31, 2010.  Second, the Three Major Feedlots shall each produce a report summarizing all cattle purchased from any other person or entity and received between October 1, 2010 and March 31, 2011.  There may be overlap between these reports, depending on the Feedlot's data capture facilities.

Both of these reports shall include available information such as delivery date, lot number, in-weight, head count, sex, producer or seller, and origin location to the extent such information is readily available from the computer reports in the ordinary course of business.

PHASE 2:  On or before May 6, 2011, First Bank shall specify in writing specific lots of cattle described on the reports produced by the Three Major Feedlots, for which the Three Major Feedlots shall produce additional information specified below.

On or before May 20, 2011, for each of the lots identified by First Bank, the Three Major Feedlots shall produce all cattle source documents for the specified lot files to First Bank as such documents are kept in the usual course of business.  The Three Major Feedlots shall have the option to produce complete lot files or portions thereof as is most efficient; _provided however_, that they shall not withhold any of the lot file contents describing shipment source or location.  If copying and production of these portions of the lot files identified by First Bank would be unduly burdensome, then the Three Major Feedlots shall permit First Bank to inspect and copy such lot files as maintained in the ordinary course of business at mutually convenient times and places.

To the extent lot files are produced First Bank agrees to pay reasonable copy costs.  Further, the Three Major Feedlots also reserve their rights under the Federal Rules of Civil Procedure to seek protection in the form of an order for costs.

PHASE 3:  First Bank may notice depositions for corporate representatives of the Three Major Feedlots pursuant to Fed. R. Civ. P. Civ. 30(b)(6), and the Three Major Feedlots will provide such corporate representatives as are knowledgeable.  Such examinations shall begin at mutually convenient times and places and be conducted pursuant to the Federal Rules of Civil Procedure.

The Three Major Feedlots will deliver the documents described in Phase I above to their respective counsel on or before ten (10) days following the date of this Order.  Counsel for the Three Major Feedlots shall notify counsel for First Bank immediately of the receipt of such documents.

Production of the above documents is expressly subject to and conditioned on the terms of a Confidentiality Agreement.

**Production By First Bank**

Without necessity of a Rule 2004 Motion or other formal discovery request, First Bank agrees to produce the following documents to counsel for the Three Major Feedlots:

1. The loan agreements, promissory notes, security agreements and UCC filings as would have been the governing lending documents on September 1, 2010 with respect to its lending relationship with Tommy Gibson, or any other Gibson family members or Eastern Livestock Co., LLC.

2. Reference is made to the Affidavit of Ernest E. Copenhaver, Jr. ("Copenhaver Affidavit") dated January 6, 2011, attached in support of the "Objection To Motion For Relief From Stay Filed By Cattlemen's Feedlot, Ltd. filed by First Bank on January 6, 2011.

    (a) First Bank will produce the invoices describing cattle that First Bank believed it was financing as described in the Copenhaver Affidavit at page 4.

    (b) First Bank will produce inspection reports or notes of inspections conducted by Mr. Copenhaver or others for First Bank from September 1, 2010 through December 31, 2010.

3. Inventory reports dated September 1, 2010 or later received by First Bank from Tommy Gibson or Eastern Livestock Co., LLC and any other borrowing base certificates or representation lists received by First Bank during such time period.

Upon receipt of the above described documents from First Bank by its counsel, First Bank's counsel will notify counsel for the Three Major Feedlots. When counsel for the Three Major Feedlots and for First Bank have each notified the other of receipt of such documents, the production documents will be transmitted.