

# Cattle on Feed

ISSN: 1948-9080

---

Released March 18, 2011, by the National Agricultural Statistics Service (NASS), Agricultural Statistics Board, United States Department of Agriculture (USDA).

**United States Cattle on Feed Up 5 Percent**

**Cattle and calves on feed** for slaughter market in the United States for feedlots with capacity of 1,000 or more head totaled 11.4 million head on March 1, 2011. The inventory was 5 percent above March 1, 2010.

**Placements** in feedlots during February totaled 1.66 million, 1 percent below 2010. Net placements were 1.60 million head. During February, placements of cattle and calves weighing less than 600 pounds were 400,000, 600-699 pounds were 365,000, 700-799 pounds were 489,000, and 800 pounds and greater were 410,000.

**Marketings** of fed cattle during February totaled 1.79 million, 4 percent above 2010.

**Other disappearance** totaled 60,000 during February, 12 percent below 2010.

**Number of Cattle on Feed, Placements, Marketings, and Other Disappearance on 1,000+ Capacity Feedlots – United States: March 1, 2010 and 2011**

| Item | Number | | Percent of previous year |
|---|---|---|---|
| | 2010 | 2011 | |
| | (1,000 head) | (1,000 head) | (percent) |
| On feed February 1 ................................................................ | 10,959 | 11,583 | 106 |
| Placed on feed during February ............................................ | 1,674 | 1,664 | 99 |
| Fed cattle marketed during February .................................... | 1,716 | 1,793 | 104 |
| Other disappearance during February ................................... | 68 | 60 | 88 |
| On feed March 1 .................................................................... | 10,849 | 11,394 | 105 |

**Number of Cattle on Feed, Placements, Marketings, and Other Disappearance on 1,000+ Capacity Feedlots – United States: February 1, 2010 and 2011**

| Item | Number | | Percent of previous year |
|---|---|---|---|
| | 2010 | 2011 | |
| | (1,000 head) | (1,000 head) | (percent) |
| On feed January 1 ................................................................. | 10,983 | 11,514 | 105 |
| Placed on feed during January ............................................. | 1,822 | 1,899 | 104 |
| Fed cattle marketed during January ..................................... | 1,776 | 1,774 | 100 |
| Other disappearance during January .................................... | 70 | 56 | 80 |
| On feed February 1 ................................................................ | 10,959 | 11,583 | 106 |

**Number of Cattle on Feed on 1,000+ Capacity Feedlots by Month – States and United States: 2010 and 2011**

| State | March 1, 2010 | February 1, 2011 | March 1, 2011 | | |
|---|---|---|---|---|---|
| | | | Number | Percent of previous year | Percent of previous month |
| | (1,000 head) | (1,000 head) | (1,000 head) | (percent) | (percent) |
| Arizona | 286 | 266 | 269 | 94 | 101 |
| California | 425 | 470 | 460 | 108 | 98 |
| Colorado | 940 | 1,070 | 1,070 | 114 | 100 |
| Idaho | 195 | 230 | 220 | 113 | 96 |
| Iowa | 610 | 660 | 650 | 107 | 98 |
| Kansas | 2,220 | 2,270 | 2,220 | 100 | 98 |
| Nebraska | 2,350 | 2,460 | 2,430 | 103 | 99 |
| Oklahoma | 355 | 375 | 360 | 101 | 96 |
| South Dakota | 240 | 270 | 260 | 108 | 96 |
| Texas | 2,650 | 2,880 | 2,840 | 107 | 99 |
| Washington | 168 | 209 | 208 | 124 | 100 |
| Other States | 410 | 423 | 407 | 99 | 96 |
| United States | 10,849 | 11,583 | 11,394 | 105 | 98 |

## United States Cattle on Feed
## 1,000+ Capacity Feedlots



**Cattle on Feed (March 2011)** 3
USDA, National Agricultural Statistics Service

**Number of Cattle Placed on Feed on 1,000+ Capacity Feedlots by Month – States and United States: 2010 and 2011**

| State | During February 2010 | During January 2011 | During February 2011 | | |
|---|---|---|---|---|---|
| | | | Number | Percent of previous year | Percent of previous month |
| | (1,000 head) | (1,000 head) | (1,000 head) | (percent) | (percent) |
| Arizona | 21 | 36 | 29 | 138 | 81 |
| California | 51 | 54 | 43 | 84 | 80 |
| Colorado | 160 | 185 | 215 | 134 | 116 |
| Idaho | 36 | 31 | 31 | 86 | 100 |
| Iowa | 78 | 93 | 71 | 91 | 76 |
| Kansas | 405 | 435 | 365 | 90 | 84 |
| Nebraska | 365 | 430 | 350 | 96 | 81 |
| Oklahoma | 54 | 66 | 60 | 111 | 91 |
| South Dakota | 52 | 51 | 42 | 81 | 82 |
| Texas | 365 | 440 | 380 | 104 | 86 |
| Washington | 30 | 31 | 31 | 103 | 100 |
| Other States | 57 | 47 | 47 | 82 | 100 |
| United States | 1,674 | 1,899 | 1,664 | 99 | 88 |

## United States Cattle on Feed
## 1,000+ Capacity Feedlots Number Placed



Case 10-93904-BHL-11　　Doc 418-2　　Filed 04/04/11　　EOD 04/04/11 19:54:08　　Pg 5 of 9

**Number of Cattle Placed on Feed by Weight Group on 1,000+ Capacity Feedlots by Month – States and United States: 2010-2011**

| State | During February | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Under 600 lbs | | 600-699 lbs | | 700-799 lbs | | 800+ lbs | | Total | |
| | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 |
| | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) |
| Colorado | 15 | 30 | 35 | 45 | 50 | 65 | 60 | 75 | 160 | 215 |
| Kansas | 50 | 55 | 90 | 80 | 150 | 150 | 115 | 80 | 405 | 365 |
| Nebraska | 55 | 60 | 80 | 85 | 110 | 100 | 120 | 105 | 365 | 350 |
| Texas | 105 | 160 | 95 | 85 | 110 | 85 | 55 | 50 | 365 | 380 |
| Other States | 95 | 95 | 70 | 70 | 99 | 89 | 115 | 100 | 379 | 354 |
| United States | 320 | 400 | 370 | 365 | 519 | 489 | 465 | 410 | 1,674 | 1,664 |
| State | During January | | | | | | | | | |
| | Under 600 lbs | | 600-699 lbs | | 700-799 lbs | | 800+ lbs | | Total | |
| | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 |
| | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) |
| Colorado | 20 | 25 | 25 | 50 | 45 | 65 | 40 | 45 | 130 | 185 |
| Kansas | 60 | 55 | 125 | 120 | 190 | 165 | 100 | 95 | 475 | 435 |
| Nebraska | 70 | 70 | 110 | 105 | 120 | 130 | 110 | 125 | 410 | 430 |
| Texas | 135 | 165 | 100 | 115 | 115 | 105 | 70 | 55 | 420 | 440 |
| Other States | 110 | 150 | 85 | 85 | 92 | 84 | 100 | 90 | 387 | 409 |
| United States | 395 | 465 | 445 | 475 | 562 | 549 | 420 | 410 | 1,822 | 1,899 |

**Number of Cattle Marketed on 1,000+ Capacity Feedlots by Month – States and United States: 2010 and 2011**

| State | During February 2010 | During January 2011 | During February 2011 | | |
|---|---|---|---|---|---|
| | | | Number | Percent of previous year | Percent of previous month |
| | (1,000 head) | (1,000 head) | (1,000 head) | (percent) | (percent) |
| Arizona | 24 | 27 | 25 | 104 | 93 |
| California | 48 | 51 | 50 | 104 | 98 |
| Colorado | 175 | 190 | 210 | 120 | 111 |
| Idaho | 40 | 40 | 40 | 100 | 100 |
| Iowa | 65 | 69 | 79 | 122 | 114 |
| Kansas | 415 | 435 | 405 | 98 | 93 |
| Nebraska | 370 | 385 | 365 | 99 | 95 |
| Oklahoma | 62 | 64 | 73 | 118 | 114 |
| South Dakota | 44 | 40 | 50 | 114 | 125 |
| Texas | 400 | 390 | 405 | 101 | 104 |
| Washington | 27 | 30 | 30 | 111 | 100 |
| Other States | 46 | 53 | 61 | 133 | 115 |
| United States | 1,716 | 1,774 | 1,793 | 104 | 101 |

## United States Cattle on Feed
## 1,000+ Capacity Feedlots Number Marketed



**Other Disappearance on 1,000+ Capacity Feedlots by Month – States and United States: 2010 and 2011**

| State | During February 2010 | During January 2011 | During February 2011 | | |
|---|---|---|---|---|---|
| | | | Number | Percent of previous year | Percent of previous month |
| | (1,000 head) | (1,000 head) | (1,000 head) | (percent) | (percent) |
| Arizona | 1 | 1 | 1 | 100 | 100 |
| California | 8 | 3 | 3 | 38 | 100 |
| Colorado | 5 | 5 | 5 | 100 | 100 |
| Idaho | 1 | 1 | 1 | 100 | 100 |
| Iowa | 3 | 4 | 2 | 67 | 50 |
| Kansas | 10 | 10 | 10 | 100 | 100 |
| Nebraska | 15 | 15 | 15 | 100 | 100 |
| Oklahoma | 2 | 2 | 2 | 100 | 100 |
| South Dakota | 3 | 1 | 2 | 67 | 200 |
| Texas | 15 | 10 | 15 | 100 | 150 |
| Washington | 1 | 1 | 2 | 200 | 200 |
| Other States | 4 | 3 | 2 | 50 | 67 |
| United States | 68 | 56 | 60 | 88 | 107 |

## Terms and Definitions of Cattle on Feed Estimates

**Cattle on feed** are animals being fed a ration of grain, silage, hay and/or protein supplement for slaughter market that are expected to produce a carcass that will grade select or better. It excludes cattle being "backgrounded only" for later sale as feeders or later placement in another feedlot.

**Placements** are cattle put into a feedlot, fed a ration which will produce a carcass that will grade select or better, and are intended for the slaughter market.

**Marketings** are cattle shipped out of feedlots to a slaughter market.

**Other disappearance** includes death loss, movement from feedlots to pasture, and shipments to other feedlots for further feeding.

## Reliability of Cattle on Feed Estimates

**Survey Procedures:** During January and July all known feedlots in the United States with capacity of 1,000 or more head are surveyed to provide data for cattle on feed estimates. During the other months, all known feedlots from 16 States are surveyed. The 16 States account for 98 percent of the cattle on feed in feedlots with capacity of 1,000 or more head. Individual State estimates are published monthly for 11 of the 16 States. Data collected from the remaining 5 States are used to establish the "Other States" estimates. These 5 States include Illinois, Minnesota, New Mexico, Oregon, and Wyoming. The "Other States" category represents all cattle on feed with a capacity of 1,000 or more head for the rest of the United States.

**Estimating Procedures:** These cattle on feed estimates were prepared by the Agricultural Statistics Board after reviewing recommendations and analysis submitted by each State office. Regional and State survey data were reviewed for reasonableness with each other and with estimates from the previous month when establishing the current estimates.

**Revision Policy:** Revisions to previous estimates are made to improve month to month relationships. Estimates for the previous month are subject to revision in all States each month when current estimates are made. In February, all monthly estimates for the previous year, and the number of feedlots and annual marketings from two years ago are reviewed and subject to revisions. The reviews are primarily based on slaughter data, state check-off or brand data, and any other data that may have been received after the original estimate was made. Estimates will also be reviewed after data from the Census of Agriculture are available. No revisions will be made after that date and estimates become final.

**Reliability:** Since all 1,000+ capacity cattle on feed operators in every State are not included in the monthly survey, survey estimates are subject to sampling variability. Survey results are also subject to non-sampling errors such as omissions, duplications, and mistakes in reporting, recording, and processing the data. The effects of these errors cannot be measured directly. They are minimized through rigid quality controls in the data collection process and through a careful review of all reported data for consistency and reasonableness.

To assist users in evaluating the reliability of estimates in this report, the **"Root Mean Square Error"** is shown for selected items in the table on the following page. The "Root Mean Square Error" is a statistical measure based on past performance and is computed using the differences between first and latest estimates. The "Root Mean Square Error" for cattle on feed inventory estimates over the past 24 months is 0.1 percent. This means that chances are 2 out of 3 that the final estimate will not be above or below the current estimate of 11.4 million head by more than 0.1 percent. Chances are 9 out of 10 that the difference will not exceed 0.2 percent.

The table on the following page shows a 24 month record of the range of differences between first and latest estimates for selected items. Using estimates of number on feed as an example, changes between the first estimate and the latest estimate during the past 24 months have averaged 9,000 head, ranging from 0 to 30,000 head. During this period the initial estimate has been above the latest estimate 8 times and has been below the latest estimate 10 times. This does not imply that the initial estimate is likely to understate or overstate final inventory.

## Reliability of Monthly Cattle on Feed Estimates

[Based on data for the past 24 months]

| Item | Root mean square error | 90 percent confidence level | Difference between first and latest estimate | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Smallest | Largest | Months | |
| | | | | | | Below latest | Above latest |
| | (percent) | (percent) | (1,000) | (1,000) | (1,000) | (number) | (number) |
| Number on feed | 0.1 | 0.2 | 9 | 0 | 30 | 10 | 8 |
| Placements | 0.3 | 0.6 | 3 | 0 | 20 | 11 | 5 |
| Marketings | 0.3 | 0.5 | 3 | 0 | 21 | 8 | 6 |

## Information Contacts

Listed below are the commodity specialists in the Livestock Branch of the National Agricultural Statistics Service to contact for additional information. E-mail inquiries may be sent to nass@nass.usda.gov

Dan Kerestes, Chief, Livestock Branch ................................................................................................ (202) 720-3570

Scott Hollis, Head, Livestock Section .................................................................................................. (202) 690-2424
    Sherry Bertramsen – Livestock Slaughter ................................................................................. (515) 284-4340
    Doug Bounds – Hogs and Pigs ................................................................................................. (202) 720-3106
    Vacant – Dairy Products Prices ................................................................................................ (202) 690-2168
    Jason Hardegree – Cattle, Cattle on Feed ................................................................................ (202) 720-3040
    Mike Miller – Milk Production and Milk Cows ....................................................................... (202) 720-3278
    Everett Olbert – Sheep and Goats ............................................................................................. (202) 720-4751
    Lorie Warren – Dairy Products ................................................................................................ (202) 690-3236

**Access to NASS Reports**

For your convenience, you may access NASS reports and products the following ways:

- ➢ All reports are available electronically, at no cost, on the NASS web site: http://www.nass.usda.gov

- ➢ Both national and state specific reports are available via a free e-mail subscription. To set-up this free subscription, visit http://www.nass.usda.gov and in the "Receive NASS Updates" box under "Receive reports by Email," click on "National" or "State" to select the reports you would like to receive.

- ➢ Printed reports may be purchased from the National Technical Information Service (NTIS) by calling toll-free (800) 999-6779, or (703) 605-6220 if calling from outside the United States or Canada. Accepted methods of payment are Visa, MasterCard, check, or money order.

For more information on NASS surveys and reports, call the NASS Agricultural Statistics Hotline at (800) 727-9540, 7:30 a.m. to 4:00 p.m. ET, or e-mail: nass@nass.usda.gov.

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.