## Affidavit of James G. Robb

STATE OF COLORADO §
§
COUNTY OF DENVER §

I swear or affirm under penalty of perjury that the following facts are true:

1. My name is James G. Robb. I am over the age of eighteen (18) years. I am fully competent to make this affidavit. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I am the Director of Livestock Marketing Information Center ("LMIC"). LMIC is a non-profit cooperative that has provided economic analysis and market projections concerning the livestock industry since 1955. Information about LMIC is available on our website, at www.lmic.info.

3. I am a custodian of the records described below which are attached to this affidavit. These records are kept by me in the regular course of my business and it was the regular course of business, with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter: Monthly Cattle Placed on Feed, dated March 18, 2011 (the "Report").

4. The records described in this Affidavit are exact duplicates of the originals.

5. The Report is generated from information provided by the United States Department of Agriculture (the "USDA") and is updated on a monthly basis as new information is provided. The Report show the number of cattle placed in feedlots with more that 1,000 head capacity, on a monthly basis, from January 2004 through February 2011. The Report shows cattle in selected states, and in the United States as a whole.

EXHIBIT B

_____  4-1-2011
James G. Robb/ Date

## MONTHLY CATTLE PLACED ON FEED
### Selected States, 1000+ Head Capacity
### (1,000 Head)

03/18/11
2,119

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Colorado** | | | | | | | | | | | | | |
| 2004 | 165 | 155 | 150 | 150 | 270 | 145 | 145 | 205 | 265 | 260 | 175 | 135 | 185 |
| 2005 | 175 | 175 | 165 | 120 | 165 | 130 | 125 | 155 | 280 | 285 | 165 | 155 | 175 |
| 2006 | 225 | 140 | 155 | 130 | 165 | 170 | 145 | 200 | 240 | 215 | 145 | 135 | 172 |
| 2007 | 155 | 140 | 160 | 150 | 175 | 120 | 115 | 170 | 255 | 260 | 190 | 170 | 172 |
| 2008 | 180 | 155 | 135 | 115 | 150 | 85 | 110 | 190 | 255 | 245 | 185 | 150 | 163 |
| 2009 | 200 | 190 | 165 | 150 | 140 | 125 | 125 | 205 | 260 | 245 | 165 | 110 | 173 |
| 2010 | 130 | 160 | 185 | 170 | 185 | 125 | 140 | 190 | 295 | 270 | 155 | 160 | 180 |
| 2011 | 185 | 215 | | | | | | | | | | | |
| **Idaho** | | | | | | | | | | | | | |
| 2004 | 41 | 43 | 39 | 45 | 74 | 47 | 43 | 58 | 84 | 78 | 50 | 55 | 55 |
| 2005 | 37 | 33 | 44 | 39 | 61 | 70 | 36 | 51 | 69 | 76 | 49 | 48 | 51 |
| 2006 | 46 | 32 | 42 | 31 | 37 | 58 | 36 | 55 | 72 | 71 | 43 | 39 | 47 |
| 2007 | 43 | 39 | 38 | 35 | 43 | 37 | 35 | 48 | 48 | 69 | 48 | 39 | 44 |
| 2008 | 43 | 39 | 37 | 28 | 28 | 33 | 29 | 45 | 57 | 55 | 65 | 36 | 41 |
| 2009 | 37 | 38 | 26 | 30 | 35 | 32 | 33 | 42 | 53 | 50 | 44 | 41 | 38 |
| 2010 | 27 | 36 | 34 | 27 | 32 | 34 | 34 | 46 | 57 | 53 | 52 | 42 | 40 |
| 2011 | 31 | 31 | | | | | | | | | | | |
| **Iowa** | | | | | | | | | | | | | |
| 2004 | 64 | 61 | 69 | 57 | 50 | 50 | 52 | 62 | 70 | 125 | 90 | 71 | 68 |
| 2005 | 77 | 57 | 55 | 55 | 55 | 49 | 49 | 69 | 90 | 131 | 108 | 65 | 72 |
| 2006 | 81 | 60 | 55 | 64 | 51 | 59 | 60 | 80 | 81 | 109 | 82 | 82 | 72 |
| 2007 | 76 | 64 | 72 | 61 | 54 | 52 | 64 | 71 | 100 | 120 | 96 | 71 | 75 |
| 2008 | 72 | 62 | 59 | 59 | 58 | 41 | 51 | 72 | 81 | 104 | 92 | 66 | 68 |
| 2009 | 81 | 62 | 77 | 79 | 60 | 59 | 61 | 74 | 105 | 123 | 108 | 85 | 81 |
| 2010 | 96 | 78 | 77 | 76 | 64 | 57 | 69 | 93 | 122 | 142 | 114 | 93 | 90 |
| 2011 | 93 | 71 | | | | | | | | | | | |
| **Kansas** | | | | | | | | | | | | | |
| 2004 | 455 | 390 | 460 | 355 | 495 | 400 | 520 | 520 | 520 | 570 | 390 | 490 | 464 |
| 2005 | 475 | 360 | 445 | 375 | 510 | 400 | 480 | 520 | 510 | 580 | 465 | 495 | 468 |
| 2006 | 570 | 410 | 480 | 375 | 415 | 445 | 590 | 590 | 500 | 520 | 405 | 410 | 476 |
| 2007 | 365 | 385 | 510 | 365 | 465 | 375 | 430 | 520 | 540 | 530 | 450 | 385 | 443 |
| 2008 | 405 | 390 | 440 | 360 | 410 | 330 | 430 | 520 | 485 | 450 | 405 | 380 | 417 |
| 2009 | 435 | 420 | 395 | 330 | 345 | 305 | 480 | 550 | 510 | 465 | 355 | 375 | 414 |
| 2010 | 475 | 405 | 440 | 315 | 420 | 365 | 500 | 610 | 510 | 435 | 375 | 410 | 438 |
| 2011 | 435 | 365 | | | | | | | | | | | |

Livestock Marketing Information Center
Data Source: USDA/NASS

PAGE 1 OF 2

## MONTHLY CATTLE PLACED ON FEED
### Selected States, 1000+ Head Capacity
### (1,000 Head)

03/18/11
2,119

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Nebraska** | | | | | | | | | | | | | |
| 2004 | 380 | 350 | 295 | 320 | 390 | 285 | 310 | 420 | 470 | 600 | 410 | 390 | 385 |
| 2005 | 425 | 315 | 300 | 320 | 360 | 290 | 325 | 415 | 500 | 660 | 440 | 350 | 392 |
| 2006 | 425 | 330 | 335 | 320 | 340 | 370 | 380 | 470 | 500 | 560 | 460 | 390 | 407 |
| 2007 | 420 | 360 | 350 | 290 | 390 | 330 | 350 | 465 | 540 | 620 | 485 | 355 | 413 |
| 2008 | 380 | 350 | 360 | 340 | 370 | 290 | 320 | 445 | 550 | 590 | 440 | 345 | 398 |
| 2009 | 400 | 310 | 360 | 350 | 310 | 270 | 410 | 460 | 550 | 620 | 400 | 320 | 397 |
| 2010 | 410 | 355 | 360 | 350 | 310 | 270 | 410 | 460 | 550 | 620 | 400 | 320 | 397 |
| 2011 | 430 | 350 | 380 | 400 | 380 | 310 | 370 | 480 | 540 | 580 | 445 | 380 | 420 |
| **Oklahoma** | | | | | | | | | | | | | |
| 2004 | 50 | 47 | 74 | 51 | 92 | 52 | 61 | 76 | 80 | 87 | 43 | 53 | 64 |
| 2005 | 55 | 48 | 61 | 52 | 86 | 54 | 62 | 70 | 69 | 79 | 68 | 64 | 64 |
| 2006 | 65 | 49 | 68 | 48 | 76 | 63 | 58 | 77 | 71 | 65 | 50 | 46 | 61 |
| 2007 | 50 | 59 | 68 | 54 | 71 | 52 | 48 | 75 | 72 | 74 | 62 | 44 | 61 |
| 2008 | 54 | 45 | 50 | 40 | 76 | 57 | 46 | 70 | 60 | 75 | 69 | 49 | 58 |
| 2009 | 54 | 51 | 68 | 52 | 67 | 44 | 69 | 73 | 80 | 83 | 57 | 50 | 62 |
| 2010 | 60 | 54 | 64 | 57 | 93 | 66 | 49 | 81 | 87 | 60 | 60 | 55 | 67 |
| 2011 | 66 | 60 | | | | | | | | | | | |
| **Texas** | | | | | | | | | | | | | |
| 2004 | 390 | 350 | 490 | 415 | 740 | 455 | 395 | 530 | 600 | 650 | 320 | 405 | 478 |
| 2005 | 425 | 340 | 480 | 500 | 750 | 550 | 400 | 480 | 550 | 670 | 495 | 465 | 509 |
| 2006 | 540 | 360 | 485 | 455 | 590 | 530 | 480 | 570 | 495 | 590 | 435 | 370 | 492 |
| 2007 | 340 | 390 | 520 | 380 | 710 | 465 | 390 | 520 | 590 | 700 | 510 | 380 | 493 |
| 2008 | 400 | 440 | 450 | 360 | 560 | 460 | 460 | 510 | 510 | 630 | 510 | 405 | 475 |
| 2009 | 440 | 430 | 510 | 395 | 455 | 380 | 495 | 510 | 570 | 610 | 455 | 350 | 467 |
| 2010 | 420 | 365 | 490 | 400 | 620 | 470 | 410 | 540 | 580 | 640 | 475 | 420 | 486 |
| 2011 | 440 | 380 | | | | | | | | | | | |
| **US Total** | | | | | | | | | | | | | |
| 2004 | 1754 | 1612 | 1810 | 1600 | 2370 | 1647 | 1719 | 2102 | 2375 | 2701 | 1743 | 1834 | 1939 |
| 2005 | 1888 | 1523 | 1750 | 1660 | 2223 | 1769 | 1678 | 1993 | 2355 | 2788 | 2045 | 1884 | 1963 |
| 2006 | 2199 | 1588 | 1837 | 1619 | 1903 | 1946 | 1958 | 2290 | 2227 | 2430 | 1884 | 1714 | 1966 |
| 2007 | 1630 | 1659 | 1960 | 1568 | 2159 | 1657 | 1622 | 2119 | 2415 | 2725 | 2125 | 1701 | 1950 |
| 2008 | 1787 | 1723 | 1736 | 1536 | 1900 | 1518 | 1656 | 2061 | 2281 | 2438 | 2016 | 1647 | 1858 |
| 2009 | 1858 | 1678 | 1808 | 1600 | 1638 | 1391 | 1863 | 2113 | 2388 | 2474 | 1844 | 1526 | 1848 |
| 2010 | 1822 | 1674 | 1856 | 1634 | 2030 | 1628 | 1758 | 2271 | 2463 | 2505 | 1959 | 1789 | 1949 |
| 2011 | 1899 | 1664 | | | | | | | | | | | |

Livestock Marketing Information Center
Data Source: USDA/NASS

PAGE 2 OF 2