## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 4/5/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 3

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr     crb@gdm.com
aty     Karen L. Lobring     lobring@msn.com
aty     Terry E. Hall     terry.hall@bakerd.com

                                                                                                                                         TOTAL: 3