SO ORDERED: April 05, 2011.



*Basil H. Lorch III*
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | Case No. 10-93904-BHL-11 |
| Debtor. ) | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter is before the Court on Deere & Company's ("Deere") Motion for Relief from the Automatic Stay (the "Motion"). The Debtor, in open Court, advised the Court that it had no objection to the Court entering an Order granting relief from the automatic stay as to the equipment identified in the Motion, provided that abandonment of the equipment was not yet granted. The Court having considered the Motion, and being duly advised in the premises, grants the following relief.

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the automatic stay of 11 U.S.C. §362 is lifted as to the John Deere 320 Skid Steer, Identification No. ending 157740 (the "Equipment"). Deere may take possession of and sell, transfer and otherwise exercise its rights upon the Equipment without further Order of this Court provided that such disposition is accomplished in a commercially reasonable manner; and further provided, that the Equipment and proceeds, are not abandoned from the bankruptcy estate pending further Order of the Court. Deere shall provide the Trustee with an accounting of sale proceeds and agrees to remit to the Trustee any proceeds in excess of Deere's debt.

###