UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**MOTION FOR EXPEDITED HEARING ON MOTION FOR
EXTENSION OF MAY 2, 2011, BAR DATE FOR FILING OF THE
FIRST BANK AND TRUST COMPANY'S PURCHASE MONEY CLAIMS**

The First Bank and Trust Company ("First Bank"), by counsel, respectfully requests that the Court set an expedited hearing on the Motion for Extension of May 2, 2011, Bar Date for Filing of The First Bank and Trust Company's Purchase Money Claims (the "Motion"), and in support thereof states as follows:

1. The Motion seeks relief from the bar dates set in this case to permit First Bank additional time to file its Purchase Money Claims.

2. First Bank is a secured creditor of Thomas and Patsy Gibsons (the "Gibsons"). As set forth in its Motion, First Bank is presently engaged in discovery and is otherwise continuing to investigate the whereabouts of approximately 8,000 head of cattle that collateralized the Gibson's indebtedness to First Bank. First Bank will be unable to determine whether it has a Purchase Money Claim against the Debtor until it completes its investigation and discovery.

3. First Bank requests that its Motion be set for hearing on the omnibus hearing date set for April 15, 2011, in order that its Motion be heard prior to the May 2, 2011, deadlines for filing proofs of claim that the Motion seeks to extend.

WHEREFORE, The First Bank and Trust Company respectfully requests that the Court schedule its Motion for hearing on April 15, 2011, or as soon thereafter as the Court's calendar will allow, and for all other appropriate relief.

/s/ Bret S. Clement
Bret S. Clement  (#3708-49)
Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN  46204-2184
Phone:  317/636-3471
Facsimile:  317/636-6575
E-mail:  bclement@acs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, a true and correct copy of the foregoing Motion for Expedited Hearing on Motion for Extension of May 2, 2011, Bar Date for Filing of The First Bank and Trust Company's Purchase Money Claims was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

John W Ames
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

T. Kent Barber
kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

C. R. Bowles
crb@gdm.com, shm@gdm.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Carr III
jrciii@acs-law.com, sfinnerty@acs-law.com

James M. Carr
james.carr@bakerd.com, patricia.moffit@bakerd.com

Deborah Caruso
dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com

Jesse Cook-Dubin
jcookdubin@vorys.com, vdarmstrong@vorys.com

Kirk Crutcher
kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Dustin R. DeNeal
dustin.deneal@bakerd.com, patricia.moffit@bakerd.com

Laura Day DelCotto
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com, mroth@hopperblackwell.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Terry E. Hall
terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

James Bryan Johnston
bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Edward M King
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, hns@kgrlaw.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
rdlatour@vorys.com, khedwards@vorys.com

David L. LeBas
dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin
robin@rubin-levin.net, edl@trustesolutions.com

Elliott D. Levin
edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net

Harmony A Mappes
harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com

William Robert Meyer
rmeyer@stites.com

Allen Morris
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com, ecf@crowedunlevy.com; donna.hinkle@crowedunlevy.com; karol.brown@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
matt.ochs@moyewhite.com, kim.maynes@moyewhite.com

Cathy S. Pike
cpike@weberandrose.com, jtench@weberandrose.com

Ross A. Plourde
ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Wendy W Ponader
wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com

Timothy T. Pridmore
tpridmore@mcjllp.com, lskibell@mcjllp.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com, mhaught@hopperblackwell.com

Mark A. Robinson
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

John M. Rogers
johnr@rubin-levin.net, susan@rubin-levin.net

Ivana B. Shallcross
ibs@gdm.com

William E Smith
wsmith@k-glaw.com, rheid@k-glaw.com

Robert K Stanley
robert.stanley@bakerd.com

Meredith R. Thomas
mthomas@daleeke.com, kmark@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com, fgipson@hooverhull.com;vwilliams@hooverhull.com

Jessica E. Yates
jyates@swlaw.com, edufficy@swlaw.com

James T Young
james@rubin-levin.net, ATTY_JTY@trustesolutions.com; lemerson@rubin-levin.net; mthornburg@rubin-levin.net

      I further certify that on April 5, 2011, a copy of the foregoing Motion for Expedited Hearing on Motion for Extension of May 2, 2011, Bar Date for Filing of The First Bank and Trust Company's Purchase Money Claims was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| Bovine Medical Associates, LLC<br>1500 Soper Road<br>Carlisle, KY  40311 | Greenebaum Doll & McDonald PLLC<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, KY  40202-3103 |

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA  66610

                                /s/ Bret S. Clement
                                Bret S. Clement