UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  CASE NO. 10-93904-BHL-11

EASTERN LIVESTOCK CO., LLC

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Rosenbaum Feeder Cattle Company, LLC and Todd Rosenbaum, ("Rosenbaum"), a creditor and party in interest, and under, inter alia, Rules 2002 and 9007 of the Federal Rules Of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of Indiana and Section 1109(b) of Title 11 of the United States Code, request that all notices given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to and served upon:

> Allen L. Morris
> STITES & HARBISON PLLC
> 323 East Court Avenue
> P.O. Box 946
> Jeffersonville, IN  47131-0946
> amorris@stites.com

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case,

R9571:9671:71526:1:JEFFERSONVILLE

including Rosenbaum, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of other(s) that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payments, or other conduct by Rosenbaum.

PLEASE TAKE FURTHER NOTICE that Rosenbaum intends that neither this Notice Of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Rosenbaum's right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) Rosenbaum's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Rosenbaum's right to have the District Court withdraw the reference of any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Rosenbaum is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Rosenbaum expressly reserves.

/s/Allen L. Morris
Allen L. Morris
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone: (812) 282-7566
COUNSEL FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee – Charles R. Wharton<br>charles.r.wharton@usdoj.gov | C.R. Bowles<br>crb@gdm.com |
| Ivana B. Shallcross<br>ibs@gdm.com | John W. Ames<br>jwa@gdm.com |
| Edward M. King<br>tking@fbtlaw.com | John R. Carr III<br>jrciii@acs-law.com |
| Jeremy S. Rogers<br>jeremy.rogers@dinslaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Bret S. Clement<br>bclement@acs-law.com |
| Eastern Livestock Co., LLC<br>contact@easternlivestock.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Elizabeth M. Lynch<br>elynch@dsi.biz | Richard A. Schwartz<br>ecfmailschwartz@gmail.com |
| Southeast Livestock Exchange LLC<br>selex@bellsouth.net | James A. Knauer<br>jak@kgrlaw.com |
| David L. Rings<br>bonairfarms@yahoo.com | Jeffrey T. Wegner<br>Jeffrey.wegner@kutakrock.com |
| John O' Brien<br>jobrien@swlaw.com | Jessica E. Yates<br>jyates@swlaw.com |
| David L. Abt<br>davidabt@mwt.net | John H. Lovell<br>john@lovell-law.net |
| Courtney D. Miller<br>Courtney@lovell-law.net | Mark A. Rondeau<br>mrondeau@wcrf.com |
| Deborah J. Caruso<br>dcaruso@daleeke.com | Nolan M. Johnson<br>njohnson@bassberry.com |

Jared M. LeFevre
jlefevre@crowleyfleck.com

John Massouh
john.massouh@sprouselaw.com

Mark A. Robinson
mrobinson@vhrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@crowedunlevy.com
karol.brown@crowedunlevy.com

Laura Day DelCotto
ldelcotto@dlgfirm.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

T. Kent Barber
kbarber@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

Terry E. Hall
terry.hall@bakerd.com

Randall D. LaTour
rdlatour@vorys.com
cdfricke@vorys.com

Matthew J. Ochs
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

Meredith R. Thomas
mthomas@daleeke.com

Robert H. Foree
robertforee@bellsouth.net

Daniel J. Donnellon
ddonnellon@ficlaw.com

David LeBas
dlebas@namanhowell.com
koswald@namanhowell.com

John M. Thompson
john.thompson@crowedunlevy.com
judy.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

James B. Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Robert K. Stanley
robert.stanley@bakerd.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

David A. Domina


John Huffaker
joh.huffaker@sprouselaw.com

Walter Scott Newbern
wsnewbern@msn.com

James T. Young
james@rubin-levin.net
marie@rubin-levin.net
atty_jty@trusteesolutions.com

|  |  |
|---|---|
|  | kim@rubin-levin.net |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | Todd J. Johnson |
| Timothy T. Pridmore | Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Lisa Koch Bryant | Elliott D. Levin<br>edl@rubin-levin.net |
| John M. Rogers<br>johnr@rubin-levin.net | Wendy W. Ponader<br>wendy.ponader@bakerd.com |
| Cathy S. Pike<br>cpike@weberandrose.com | Robert Hughes Foree<br>robertforee@bellsouth.net |
| Sarah S. Fanzini | Michael W. McClain<br>mike@kentuckytrial.com |
| William E. Smith III<br>wsmith@k-glaw.com |  |

I further certify that on April 5, 2011, a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

David A. Domina
Domina Law Group PC LLO
2425 South 144th Street
Omaha, NE  68144

Eastern Livestock Co., LLC
135 West Market Street
New Albany, IN  47150

National Cattlemen's Beef
Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KS  66610

/s/Allen L. Morris
Allen L. Morris