UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                      CASE NO. 10-93904-BHL-11

EASTERN LIVESTOCK CO., LLC

**DISCLOSURE STATEMENT PURSUANT
TO BANKRUPTCY RULE 2019**

Comes now Stites & Harbison PLLC, by Allen L. Morris, and pursuant to the provisions of Bankruptcy Rule 2019, states as follows:

1.   Stites & Harbison represents the following creditors in the above-referenced bankruptcy:

   (a)   Republic Bank and Trust Company;

   (b)   Rosenbaum Feeder Cattle Company, LLC and Todd Rosenbaum.

2.   The claim of Republic Bank and Trust Company, 661 South Hurstbourne Parkway, Louisville, Kentucky is $672,629.37;

3.   The claim of Rosenbaum Feeder Cattle Company, LLC and Todd Rosenbaum, P.O. Box 141, Glade Spring, Virginia is $150,823.92.

4.   Counsel was hired on December 1, 2010 to protect the interests of Republic Bank and Trust Company;

5.   Counsel was hired on March 31, 2011 to protect the interests of Rosenbaum Feeder Cattle Company, LLC and Todd Rosenbaum.

6.   The claims of both clients are supported by separate collateral.

R9571:9671:71527:1:JEFFERSONVILLE

/s/Allen L. Morris
Allen L. Morris
STITES & HARBISON, PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone: (812) 282-7566
COUNSEL FOR CREDITORS

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, a copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO BANKRUPTCY RULE 2019 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee – Charles R. Wharton<br>charles.r.wharton@usdoj.gov | C.R. Bowles<br>crb@gdm.com |
| Ivana B. Shallcross<br>ibs@gdm.com | John W. Ames<br>jwa@gdm.com |
| Edward M. King<br>tking@fbtlaw.com | John R. Carr III<br>jrciii@acs-law.com |
| Jeremy S. Rogers<br>jeremy.rogers@dinslaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Bret S. Clement<br>bclement@acs-law.com |
| Eastern Livestock Co., LLC<br>contact@easternlivestock.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Elizabeth M. Lynch<br>elynch@dsi.biz | Richard A. Schwartz<br>ecfmailschwartz@gmail.com |
| Southeast Livestock Exchange LLC<br>selex@bellsouth.net | James A. Knauer<br>jak@kgrlaw.com |
| David L. Rings | Jeffrey T. Wegner |

bonairfarms@yahoo.com

John O' Brien
jobrien@swlaw.com

David L. Abt
davidabt@mwt.net

Courtney D. Miller
Courtney@lovell-law.net

Deborah J. Caruso
dcaruso@daleeke.com

Jared M. LeFevre
jlefevre@crowleyfleck.com

John Massouh
john.massouh@sprouselaw.com

Mark A. Robinson
mrobinson@vhrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@crowedunlevy.com
karol.brown@crowedunlevy.com

Laura Day DelCotto
ldelcotto@dlgfirm.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

T. Kent Barber
kbarber@dlgfirm.com

Jeffrey.wegner@kutakrock.com

Jessica E. Yates
jyates@swlaw.com

John H. Lovell
john@lovell-law.net

Mark A. Rondeau
mrondeau@wcrf.com

Nolan M. Johnson
njohnson@bassberry.com

Meredith R. Thomas
mthomas@daleeke.com

Robert H. Foree
robertforee@bellsouth.net

Daniel J. Donnellon
ddonnellon@ficlaw.com

David LeBas
dlebas@namanhowell.com
koswald@namanhowell.com

John M. Thompson
john.thompson@crowedunlevy.com
judy.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

James B. Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Robert K. Stanley
robert.stanley@bakerd.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

David A. Domina

dlgecf@dlgfirm.com
dlgecfs@gmail.com

Terry E. Hall
terry.hall@bakerd.com

Randall D. LaTour
rdlatour@vorys.com
cdfricke@vorys.com

Matthew J. Ochs
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

Dustin R. DeNeal
dustin.deneal@bakerd.com

Timothy T. Pridmore

Karen L. Lobring
lobring@msn.com

Lisa Koch Bryant

John M. Rogers
johnr@rubin-levin.net

Cathy S. Pike
cpike@weberandrose.com

Sarah S. Fanzini

William E. Smith III
wsmith@k-glaw.com

John Huffaker
joh.huffaker@sprouselaw.com

Walter Scott Newbern
wsnewbern@msn.com

James T. Young
james@rubin-levin.net
marie@rubin-levin.net
atty_jty@trusteesolutions.com
kim@rubin-levin.net

Todd J. Johnson

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Elliott D. Levin
edl@rubin-levin.net

Wendy W. Ponader
wendy.ponader@bakerd.com

Robert Hughes Foree
robertforee@bellsouth.net

Michael W. McClain
mike@kentuckytrial.com

-5-

I further certify that on April 5, 2011, a copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO BANKRUPTCY RULE 2019 was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

    David A. Domina                      Eastern Livestock Co., LLC
    Domina Law Group PC LLO       135 West Market Street
    2425 South 144th Street             New Albany, IN  47150
    Omaha, NE  68144

    National Cattlemen's Beef
    Association
    c/o Alice Devine
    6031 SW 37th St.
    Topeka, KS  66610

                                           /s/Allen L. Morris
                                           Allen L. Morris