UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00101 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE WITH HEARING OPPORTUNITY

   A(n) Application for Payment of Administrative Expenses Pursuant to Sec. 503 was filed with the Clerk of this Court on March 30, 2011, by Other Professional Greenebaum Doll & McDonald PLLC.

   Greenbaum Doll & McDonald, PLLC, requests payment of compensation in the amount of $74,696.50, which represents the actual, reasonable and necessary professional services rendered by Greenbaum to the Petitioning Creditors from December, 1, 2010, when Greenbaum commenced preparing the Involuntary Petition, through December 28, 2010, when the order of relief was entered in the Debtor's case, as well as for services rendered from March 2, 2011 through March 28, 2011 in connection with the drafting of and preparation of the Request, and reimbursement of $3,145.26 for actual, reasonable and necessary expenses incurred during that same period.

   NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed by **May 6, 2011** at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office. Any objection must be served on the attorney for the filing party in accordance with Local Rule S.D.Ind. B−9013−1(d).

   If no objections are filed, the Court may enter an appropriate order granting the relief requested, and such other related relief as may be required, without conducting an actual hearing.

   If any objections are timely filed, the Court will hold a hearing on:

   Date:  May 11, 2011
   Time:  10:00 AM EDT
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance, or the efforts made to contact opposing counsel to make such an inquiry.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   April 6, 2011                            KEVIN P. DEMPSEY, CLERK
                                                    U.S. BANKRUPTCY COURT