# Notice Recipients

District/Off: 0756–4 | User: kgoss | Date Created: 4/6/2011
Case: 10–93904–BHL–11 | Form ID: SF00101 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    C. R. Bowles, Jr    crb@gdm.com

TOTAL: 1