**SO ORDERED: April 06, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA        EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on April 5, 2011, by Creditor First Bank and Trust Company, The.

   IT IS THEREFORE ORDERED that the Motion for Emergency/Expedited Hearing is GRANTED.

###