COURT CLERK
KIOWA COUNTY

2011 JAN 18 AM 8:51

CHRIS JASSER, CLERK

DEPUTY

IN THE DISTRICT COURT OF KIOWA COUNTY
STATE OF OKLAHOMA

ROBERT AND JANE NICHOLS, d/b/a )
NICHOLS LIVESTOCK, )
 )
    Plaintiffs, )
 )
v. ) Case No. CJ-11-5
 )
CACTUS GROWERS, INC., )
a/k/a CACTUS FEEDERS, INC. )
 )
    Defendant. )
 )

## PETITION

Plaintiffs allege that:

1. On or about November 8, 2010, Plaintiff sold and delivered 125 steers to Defendant, and sent Defendant an invoice, a copy of which is attached hereto, marked as Exhibit A, and made a part hereof.

2. Defendant accepted delivery of the steers and the invoice. On information and belief, Defendant has sold those steers to a third party, and cannot or will not return them to Plaintiffs, or tell them where the steers are located.

3. Plaintiffs have demanded payment from Defendant of $110,230.17 for the steers plus $2,370.00 in trucking fees, but Defendant has refused to make any payment to Plaintiffs.

WHEREFORE Plaintiffs pray for judgment against Defendant in the sum of $112,600.17, plus interest, costs and attorney fees, and for any such other and further relief that this Court may deem just and proper.

EXHIBIT 1

Respectfully submitted,

*[signature]*

Jack S. Dawson, OBA #2235
Miller Dollarhide, P.C.
100 Park Avenue, Second Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 236-8541
Facsimile: (405) 235-8130
*Attorneys for Plaintiffs*

ATTORNEY LIEN CLAIMED

11-8-10

# NICHOLS LIVESTOCK

21767 E. 1580 Rd.
Mountain Park, OK 73559

INVOICE NO. 2018

SOLD TO: Cactus Feeders, Inc.
Address: P.O. Box 3050
City-State-Zip: Amarillo, TX 79116

SHIP TO: Stratford Feedyard
Address:
City-State-Zip:

| Number of Head | Kind | Weight | Averages | Amounts |
|---|---|---|---|---|
| 125 | Strs | 98,549 | 788 | |
| | | | (750)  113.50 | |
| | | | 38×4 = (1.52) | |
| | | | 111.98 | 110,355.17 |
| | | | less BC | (125.00) |
| | | | | 110,230.17 |

TOTALS: Cactus pays trucks

TRUCKER: Jane 2lds
Waurika, OK +50 to Stratford, TX
395 miles × 3.00 × 2 = $2370.00

COMMISSION
VETERINARY
TRUCKING
OTHER
TOTAL

Please Remit to:
Robert & Jane Nichols
24 NW Eagle Mtn. Rd.
Lawton, OK 73507

EXHIBIT A