UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re:                                       )
                                             )
Eastern Livestock Co., LLC ,                 )     CASE NO.  10-93904-BHL-11
                                             )
                    Debtor.                  )

**CHAPTER 11 §341 MINUTES**
Date of Meeting: April 5, 2011

1. Appearances:

   | | |
   |---|---|
   | Chapter 11 Trustee | James A. Knauer |
   | Attorney for Chapter 11 Trustee: | Terry E. Hall |
   | Trial Attorney - United States Trustee | Charles R. Wharton |

2. Will an Unsecured Creditors' Committee be formed?     Possible

3. Does meeting need to be continued?                    No

4. Prior bankruptcy filings?                             No

                                    By:/s/ Charles R. Wharton
                                    Charles R. Wharton
                                    Trial Attorney
                                    Office of the United States Trustee
                                    101 W. Ohio Street,  Suite 1000
                                    Indianapolis, Indiana  46204
                                    Phone: (317) 226-6101
                                    Fax:    (317) 226-6356
                                    E-mail: Charles.R.Wharton@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2011, a copy of the foregoing **CHAPTER 11 §341 MINUTES** was filed electronically. Notice of this filing will be sent to those parties receiving notice through the Courts Electronic Case Filing System. Parties may access this filing through the Courts system.

      /s/ Charles R. Wharton
      Charles R. Wharton
      Trial Attorney