UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE:
NOTICE OF HEARING**

The undersigned, counsel for The First Bank and Trust Company, hereby certifies that the Notice of Hearing [Doc 435] on the Motion to Extend Time to File The First Bank and Trust Company's Purchase Money Claims [extension of May 2, 2011, bar date][Doc 421] has been mailed by first class U.S. mail, postage prepaid and properly addressed, to the following parties-in-interest:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY  40311

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY  40202-3103

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA  66610

Dated:  April 7, 2011

/s/ Bret S. Clement
Bret S. Clement  (#3708-49)
Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN  46204-2184
Phone:  317/636-3471
Facsimile:  317/636-6575
E-mail:  bclement@acs-law.com