UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | CHAPTER 11 |
| ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| DEBTOR ) | |

## APPEARANCE

Come now Susan K. Roberts of Stuart & Branigin LLP, and enters her Appearance as counsel on behalf of Rex Elmore, and request that said attorneys' names and address be added to the Clerk's mailing matrix in this case.

/s/   Susan K. Roberts
**SUSAN K. ROBERTS**
Attorney #10954-37
*STUART & BRANIGIN LLP*
300 Main Street, Ste. 900
P. O. Box 1010
Lafayette, IN 47902-1010
P:   765-423-1561
F:   765-742-8175
*Attorney for Rex Elmore*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of April, 2011, service of a true and complete copy of the above and foregoing pleading or paper was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/   Susan K. Roberts
**SUSAN K. ROBERTS**