# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | (Judge Basil H. Lorch III) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF ERNEST E. COPENHAVER, JR.

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | ) |
| | ) ss: |
| COUNTY OF WASHINGTON | ) |

Ernest E. Copenhaver, Jr., being first duly sworn upon his oath, states as follows:

1. I am making this affidavit based upon personal knowledge (except where stated on information and belief), I am over 18 years of age, and I am competent to testify to all of the matters stated in this affidavit.

2. I am the Vice President and Regional Supervisor for Agricultural Lending of The First Bank & Trust Company ("First Bank"), located at 18528 Lee Highway, Abingdon, Virginia. First Bank had a lending relationship with Thomas P. Gibson and Patsy M. Gibson (jointly, "Gibsons") of New Albany, Indiana. I am the primary account manager for First Bank's lending to the Gibsons, and have been the primary account manager since First Bank started lending to the Gibsons.

3.  First Bank loaned money directly to the Gibsons for the purchase of cattle that would be shipped to various farms or feedlots. Thomas Gibson would take title to such cattle personally and arrange for their care and feeding. Among other security interests for such transactions, First Bank would take a purchase money security interest in all cattle that Thomas Gibson purchased with First Bank's money. First Bank's lending relationship with the Gibsons is evidenced by a valid note, security agreement and perfected by appropriate UCC filing. First Bank's perfected security interest in this lending relationship with the Gibsons included not only purchase money interest in cattle, and products, and proceeds thereof, but also all accounts such as cash, accounts receivable, and commodity accounts.

4.  First Bank would lend money for the Gibsons' purchase of cattle only upon First Bank's receipt of an invoice or invoices from the Gibsons as evidence of such a purchase that would specify the total and average weight of the cattle, number of head of cattle purchased, and the location of the farm or feedlot to which the cattle were shipped. Upon receipt of an invoice or invoices relating to the Gibsons' purchase of cattle, First Bank would transfer funds electronically into the Gibsons' account with First Bank in an amount corresponding to the purchase price from the invoice or invoices, which would allow the Gibsons to write drafts as purchase money for such cattle.

5.  On a regular basis, I traveled to the locations at which the Gibsons kept their cattle assets to make sure that First Bank was fully secured, by confirming that the cattle listed as assets of the Gibsons in which First Bank had security were, in fact, located at the particular farm or pasture identified by the Gibsons.

2

6.      From approximately September 26, 2010 to September 30, 2010, I traveled to several locations of farms or pastures at which the Gibsons held cattle and confirmed the existence of thousands of head, worth millions of dollars of the Gibsons' assets. During these visits, I would inspect the condition of the cattle and assess the extent of the care provided. As part of this process, I would speak to the caretakers about the health and prospects for the cattle. On Sunday September 26, 2010, I observed 2539 head of cattle owned by the Gibsons, worth over $2 million, on a farm in the Southeastern United States. The caretaker with whom I spoke told me, "these cattle will do well on feed in Texas." As explained below, at the time of his petition for bankruptcy, Thomas Gibson could not account for the whereabouts of these assets.

7.      From approximately November 11, 2010 to December 14, 2010, I conducted additional inspections of the cattle that were previously at the farms and pastures I confirmed as containing the Gibsons' assets and discovered that approximately 8,000 cattle financed by First Bank were missing. I spoke again with several of the caretakers at these locations who could provide little to no information as to who moved the cattle, how they were moved, where they were sent, or virtually any other identification or tracking information. As of the filing of the petition for bankruptcy by the Gibsons, they could no longer account for these millions of dollars of assets. I have reasonable suspicion that these cattle were transported to other farms or feedlots, sold, slaughtered, or are currently being prepared for slaughter without proper recognition of First Bank's security interest. Based upon the information from the caretakers, and other information I have observed, it is reasonable to conclude that many of these cattle may

3

have gone to feedlots in Texas, specifically lots owned by Cactus Feeders, Friona Industries, and JBS Five Rivers.

    8.  In addition to the information produced by the Three Major Feedlots in the interpleader proceedings, I have reviewed other documents that suggest Thomas Gibson's personal cattle assets went to the Three Major Feedlots in the Fall of 2010, some under suspicious circumstances. On April 5, 2011, I met with Trustee Knauer and his financial professional Patrick O'Malley of DSI to review some of the records the Trustee has in his possession about the business activity of Eastern Livestock Co., LLC and affiliated businesses. Attached to this affidavit as Exhibit 1, is a 4 page excerpt from hauling and trucking records relating to Eastern Livestock Co., LLC. I understand from the Trustee and Mr. O'Malley that these are business records maintained in the ordinary course, accurately reflect the transactions described at the time of recording, and have indicia of reliability. The highlighted portions of these records show cattle hauled from locations at which I previously confirmed the presence of Thomas Gibson's assets. But, instead of listing the origin location of the shipments as Thomas Gibson affiliated pastures, the haulers were instructed to "say" or "write down" other origin locations. The highlighted suspicious transactions show final destinations of Yuma Feedyard and Kuner Feedyard both of which are owned by JBS Five Rivers, the feedyard affiliate of J&F Oklahoma Holdings, and Friona Feedyard, owned by Friona Industries.

  Sworn testimony concluded.

_[signature]_
Ernest E. Copenhaver, Jr.

Before me appeared Ernest E. Copenhaver, Jr., this 11 day of April, 2011, who acknowledged under oath that the above statements are true, except as to those statements expressly made on his knowledge, information and belief.

[Notary Seal: B. Carol Robinson, Notary Public, Reg. #173877, My Commission Expires 12/31/2011, Commonwealth of Virginia]

B. Carol Robinson
Notary Public

5

# EXHIBIT 1

EASTERN LIVESTOCK TRUCKING LIST

DATE: 10/1/10 FRIDAY

PAGE 2

| Trucking Company | Name Unit # | Head Weight | Origin | Lot # | Destination | E % | RATE | Shipper or Rep. |
|---|---|---|---|---|---|---|---|---|
| Code: EASWES02 | MARY | 55 | SAY LEXINGTON,KY LANESVILLE,IN | | YUMA FEEDLOT YUMA,CO | | | SCOTT GIBSON |
| 17. EAST-WEST | EX | | | | | | 3.00 | |
| Code: EASWES02 | JAMES | 55 | SAY LEXINGTON,KY LANESVILLE,IN | | YUMA FEEDLOT YUMA,CO | | | SCOTT GIBSON |
| 18. EAST-WEST | EX | | | | | | 3.00 | |
| Code: EASWES02 | | | SAY LEXINGTON,KY LANESVILLE,IN | | YUMA FEEDLOT YUMA,CO | | | SCOTT GIBSON |
| 19. EAST-WEST | EX | | | | | | 3.00 | |
| Code: KELRAM01 | | | SAY LEXINGTON,KY LANESVILLE,IN | | YUMA FEEDLOT YUMA,CO | 5% | | SCOTT GIBSON |
| 20. KELLY RAMEY | 261 | | | | | | 3.00 | |
| Code: SHALEE01 | | 417-342 | SAY LEXINGTON,KY LANESVILLE,IN | | YUMA FEEDLOT YUMA,CO | 5% | | SCOTT GIBSON |
| 21. SHANE LEER | 261 | 86O8 | | | | | 3.00 | |
| Code: SANGLA01 | MARK | | HOPKINSVILLE,KY | 1 | YUMA FEEDLOT YUMA,CO | 5% | | BILL CHASE |
| 22. SANDY GLASS | 261 | | | | | | 3.00 | |
| Code: GARTHO06 | | | SUP.10209B BELLE CHASE,LA | | WITCHATA FALLS,TX | 5% | | BENJAMIN BREWTON |
| 23. GARY THOMPSON | 261 | | | | | | 3.00 | |
| Code: GEOHOR03 | | | JRS 10-2119 BOLIVAR,MO | 2 | STRATFORD FYD STRATFORD,TX | 5% | | JIM HACKER |
| 24. GEORGE HORA | 261 | | | | | | 3.00 | |
| Code: GEOHOR03 | | | JRS 10-2119 BOLIVAR,MO | 2 | STRATFORD FYD STRATFORD,TX | 5% | | JIM HACKER |
| 25. GEORGE HORA | 261 | | | | | | 3.00 | |
| Code: CRYLIV01 | | | JRS 10-210 BOLIVAR,MO | | STRATFORD FYD STRATFORD,TX | 5% | | TROY WATSON |
| 26. CRYSTAL LIV. | 261 | | | | | | 3.00 | |
| Code: BERCAT02 | | | LAMAR,MO | 3 | YUMA FEEDLOT YUMA,CO | 5% | | CHAD SCHUCHMAN |
| 27. BERTRAM CATTLE | 261 | | | | | | 3.00 | |
| Code: DOUD06 | | | LAMAR,MO | | YUMA FEEDLOT YUMA,CO | 5% | | CHAD SCHUCHMAN |
| 28. DOUBLE D | 261 | | | | | | 3.00 | |
| Code: RRFAR07 | | | LAMAR,MO | 2 | YUMA FEEDLOT YUMA,CO | 5% | | CHAD SCHUCHMAN |
| 29. RR FARMS | 261 | | | | | | 3.00 | |
| Code: CRYLIV01 | | | LAMAR,MO | | YUMA FEEDLOT YUMA,CO | 5% | | CHAD SCHUCHMAN |
| 30. CRYSTAL LIV. | 261 | | | | | | 3.00 | |
| Code: CRYLIV01 | | | SAY ATHENS,GA OKOLONA,MS | | CACTUS / CACTUS,TX | 5% | | ED EDENS |
| 31. CRYSTAL LIV. | 261 | | | | | | 3.00 | |
| Code: EASWES02 | | | SAY ATHENS,GA OKOLONA,MS | | CACTUS / CACTUS,TX | | | ED EDENS |
| 32. EAST-WEST | EX | | | | | | 3.00 | |

EASTERN LIVESTOCK TRUCKING LIST

DATE: 10/4/10 MONDAY
PAGE 4

| Trucking Company | Name Unit # | Head Weight | Origin | Lot # | Destination | E % | RATE | Shipper or Rep. |
|---|---|---|---|---|---|---|---|---|
| Code: PRUFAR04 | | | 8848&8849 | | | | | |
| 49. PRUITT FARMS | 261 | | PRAIRIE HILL,TX | 1 | SWISHER / TULIA,TX | 5% | 3.00 | RUSS DE CORDOVA |
| Code: PRUFAR04 | | | 8848&8849 | | | | | |
| 50. PRUITT FARMS | 261 | | PRAIRIE HILL,TX | 1 | SWISHER / TULIA,TX | 5% | 3.00 | RUSS DE CORDOVA |
| Code: BOBEVE01 | | | 8848&8849 | | | | | |
| 51. BOB EVERETT | 261 | | PRAIRIE HILL,TX | 1 | SWISHER / TULIA,TX | 5% | 3.00 | RUSS DE CORDOVA |
| Code: BOBEVE01 | | 85 | 8848&8849 | | | | | |
| 52. BOB EVERETT | 261 | HFRS | PRAIRIE HILL,TX | 1 | SWISHER / TULIA,TX | 5% | 3.00 | RUSS DE CORDOVA |
| Code: SOUTRA02 | | | SUP.4752B | | ROBERT NICHOLS | | | |
| 53. SOUTHERN TRAN. | 261 | | BRISCOE,TX | | CHATTANOOGA,OK | 5% | 3.00 | CHARLES HICKEY |
| Code: JJLIV06 | | | SUP.10121 | | STRATFORD FYD | | | |
| 54. JJ LIVESTOCK | 261 | | COTULLA,TX | | STRATFORD,TX | 5% | 3.00 | JAKE HALVERSON |
| Code: RICRIV01 | | | SUP.9367 | | ROBERT NICHOLS | | | |
| 55. RICHARD RIVERS | 261 | | KAYCEE,WY | | WALTERS,OK | 5% | 3.00 | RAY MADER |
| Code: REPDIS01 | | | PRODUCER L/S | | ROBERT NICHOLS | | | |
| 56. REPS.DISPATCH | EX | | LINGEL,WY | | WALTERS,OK | | 3.15 | DANNY |
| Code: BUDHED01 | | | | | CUTTING | | | |
| 57. BUDDY HEAD | 261 | | CHILHOWIE,VA | | COLUMBUS,OH | 5% | 3.00 | KENNY PLOWMAN |
| Code: BUDHED01 | | | | | CUTTING | | | |
| 58. BUDDY HEAD | 261 | | ABINGDON,VA | | COLUMBUS,OH | 5% | 3.00 | KENNY PLOWMAN |
| Code: BUDHED01 | | | CUTTING | F/W | | | | |
| 59. BUDDY HEAD | 261 | | COLUMBUS,OH | SALINA | SUPREME / LIBERAL,KS | 5% | 3.00 | GRANT GIBSON |
| Code: BUDHED01 | | | CUTTING | F/W | | | | |
| 60. BUDDY HEAD | 261 | | COLUMBUS,OH | SALINA | SUPREME / LIBERAL,KS | 5% | 3.00 | GRANT GIBSON |
| Code: CLOTRU02 | DENNY | 64 | TURN IN CHILHOWIE,VA | | | | | |
| 61. CLOONEN | 261 | | LANESVILLE,IN | | KUNER / KERSEY,CO | 5% | 3.00 | SCOTT GIBSON |
| Code: CLOTRU02 | | 63 | TURN IN CHILHOWIE,VA | | | | | |
| 62. CLOONEN | 261 | | LANESVILLE,IN | | KUNER / KERSEY,CO | 5% | 3.00 | SCOTT GIBSON |
| Code: CTLIV01 | PAYTON | 63 | TURN IN CHILHOWIE,VA | | | | | |
| 63. CT LIVESTOCK | EX | | LANESVILLE,IN | | KUNER / KERSEY,CO | | 3.00 | SCOTT GIBSON |
| Code:JEFOFF02 | | 59 | | 2 | YUMA FEEDLOT | | | |
| 64.JEFF OFFICER | 261 | STRS | DUNLAP,TN | | YUMA,CO | 5% | 3.00 | MARK HOUSTON |

DATE: 10/29/10 FRIDAY
PAGE 5

| Trucking Company | Name Unit # | Head Weight | Origin | Lot # | Destination | E % | RATE | Shipper or Rep. |
|---|---|---|---|---|---|---|---|---|
| Code: STAKAN01 | | | 6799A | | ROBERT NICHOLS | | | |
| 65. STAR KAN | 261 | | TOOELE,UT | | | 5% | 3.00 | RC BUCKLEY |
| Code: STAKAN01 | | | SUP.6776A | | ROBERT NICHOLS | | | |
| 66. STAR KAN | 261 | | ROOSEVELT,UT | | | 5% | 3.00 | SHANE FROST |
| Code: REPDIS01 | | | CCV 7169 | SA | DOUG SUNDERMAN NORFOLK,NE | PRO | RATED | |
| 67. REPS.DISPATCH | EX | | PINEDALE,WY | | | | 3.20 | BOB JETT |
| Code: REPDIS01 | | | CCV 7169 | SA | DOUG SUNDERMAN NORFOLK,NE | PRO | RATED | |
| 68. REPS.DISPATCH | EX | | PINEDALE,WY | | | | 3.20 | BOB JETT |
| Code: CHEBAY01 | | | SUP.9336 | | ROBERT NICHOLS | | | |
| 69. CHESTER BAY | 261 | | MEDICINE BOW,WY | | | 5% | 3.00 | JERRY WEEKES |
| Code: CARTRU06 | | | NORTHERN L/S 1046 | | MALTA,ID | | | |
| 70. CARCUSCO | | | BONDURENT,WY | | | | 3.15 | FRED SAUNDERS |
| Code: HEATUR01 | | | SUP.9334A | | ROBERT NICHOLS | | | |
| 71. HEATH&TURPIN | EX | | BAGGS,WY | | | | 3.05 | SCOTT LARAMORE |
| Code: GWTRU01 | | | | 1 | SUPREME / LIBERAL,KS | | | |
| 72. LLT | 261 | | CHEROKEE,OK | | | 5% | 3.00 | ED BRICKER |
| Code: GWTRU01 | | | | 1 | SUPREME / LIBERAL,KS | | | |
| 73. LLT | 261 | | CHEROKEE,OK | | | 5% | 3.00 | ED BRICKER |
| Code: GWTRU01 | | | | 1 | SUPREME / LIBERAL,KS | | | |
| 74. LLT | 261 | | CHEROKEE,OK | | | 5% | 3.00 | ED BRICKER |
| Code: TRSMI01 | | | | 3 | YUMA/YUMA,CO | | | |
| 75. TR SMITH | 261 | | DUNLAP,TN | | | 5% | 3.00 | GARY SEALS |
| Code: GWTRU01 | | | | 2 | CHRIS 940-841-1503 BOWIE,TX | | | CHAD SCHUCHMAN |
| 76. LLT | 261 | | BOIS D ARC,MO | 59 | | 5% | 3.00 | |
| Code: SOUHAU01 | | | | 2 | BOWIE,TX | | | CHAD SCHUCHMAN |
| 77. SOUTHLAND | 261 | | BOIS D ARC,MO | | | 5% | 3.00 | |
| Code:CRYLIV01 | | | BOIS D ARC,MO / COFFEYVILLE,KS | | WEBORG / PENDER,NE | | | CHAD SCHUCHMAN |
| 78.CRYSTALL LIV | 261 | | | | | 5% | 3.00 | |
| Code:COOTRU07 | | | SAY CHILHOWIE,VA RICHMOND,KY | | GILCREST / GILCREST,CO | | | WILLIE DOWNS |
| 79. COOK TRUCK | 261 | | | | | 5% | 3.00 | |
| Code:EASWES02 | | | SAY CHILHOWIE,VA RICHMOND,KY | 3 | GILCREST / GILCREST,CO | | | WILLIE DOWNS |
| 80.EAST WEST | | | | | | | 3.00 | |

EASTERN LIVESTOCK TRUCKING LIST

DATE: 11/4/10 THURSDAY
PAGE 2

| Trucking Company | Name Unit # | Head Weight | Origin | Lot # | Destination | E % | RATE | Shipper or Rep. |
|---|---|---|---|---|---|---|---|---|
| Code: COLBRO07 | CLIFF | | | | ROBERT RAWLS | | | |
| 17. COLE BRO | 261 | | FT.DRUM,FL | 1 | BROOKHAVEN,MS | 5% | 3.00 | CHARLES STEVENS |
| Code: SOUHAU01 | | | MOSELEY 42-2 | | FRIONA FYD | | | |
| 18. SOUTHLAND | 261 | | BAINBRIDGE,GA | 1 | FRIONA,TX | 5% | 3.00 | JOHN |
| Code: SOUHAU01 | | | MOSELEY 42-2 | | FRIONA FYD | | | |
| 19. SOUTHLAND | 261 | | BAINBRIDGE,GA | 1 | FRIONA,TX | 5% | 3.00 | JOHN |
| Code: SOUHAU01 | | | TURNER LOT 6B | | FRIONA FYD | | | |
| 20. SOUTHLAND | 261 | | ASHBURN,GA | 1 | FRIONA,TX | 5% | 3.00 | DANNY |
| Code: EASWES02 | | | DR.MARTIN | | FRIONA FYD | | | |
| 21. EAST-WEST | EX | | JEFFERSONVILLE,IN | 3 | FRIONA,TX | | 3.00 | JOHN F. GIBSON |
| Code: EASWES02 | | | DR.MARTIN | | FRIONA FYD | | | |
| 22. EAST-WEST | EX | | JEFFERSONVILLE,IN | 3 | FRIONA,TX | | 3.00 | JOHN F. GIBSON |
| Code: EASWES02 | | | BRACK PAY TRUCKING | | | | | JOHN F. GIBSON |
| 23. EAST-WEST | EX | | MITCHELL,IN | 3 | DANVILLE,KS | | 3.00 | BRACK BRISCOE |
| Code: CTLIV01 | | | SUP.N10471 | | YUMA FYD | | | |
| 24. CT LIVESTOCK | EX | | DUNLAP,IA | 2 | YUMA,CO | | 3.10 | BOBBY SPENCER |
| Code: INGTRU01 | JIM | | SUP.7239 | | | | | |
| 25. INGLAND | 261 | | ULYSSES,KS | 2 | HERITAGE / SUBLETTE,KS | 5% | 3.00 | KEITH GOFF |
| Code: CHEBAY01 | | | SUP.7239 | | | | | |
| 26. CHESTER BAY | 261 | | ULYSSES,KS | | HERITAGE / SUBLETTE,KS | 5% | 3.00 | KEITH GOFF |
| Code: DANWER01 | | 80 | | F/W | FRIONA FYD | | | |
| 27. DAN WERNE | 261 | | LOUISVILLE,KY | | FRIONA,TX | 5% | 3.00 | BILL CHASE |
| Code: EASWES02 | | 79 | | F/W | FRIONA FYD | | | |
| 28. EAST-WEST | EX | | LOUISVILLE,KY | | FRIONA,TX | | 3.00 | BILL CHASE |
| Code: RRFAR07 | 138 | | | | | | | |
| 29. RR FARMS | | | ANTHONY,KS | | SUPREME / LIBERAL,KS | E | 3.00 | JEFF PARSONS |
| Code: RRFAR07 | 261 | | | | | | | |
| 30. RR FARMS | | | ANTHONY,KS | | SUPREME / LIBERAL,KS | E | 3.00 | JEFF PARSONS |
| Code: EASWES02 | | | | 3 | | | | |
| 31. EAST-WEST | EX | | ANTHONY,KS | | SUPREME / LIBERAL,KS | E | 3.00 | JEFF PARSONS |
| Code: EASWES02 | | | | 3 | | | | |
| 32. EAST-WEST | EX | | ANTHONY,KS | | SUPREME / LIBERAL,KS | E | 3.00 | JEFF PARSONS |