# EXHIBIT D

## EXHIBIT B

| SUPER-IOR LOT # | FRIONA EX. A: FI PO# | SELLER | HEAD CT (Superior's) Eastern's | WT | SEX | ORIGINAL SALE PRICE GROSS TOTAL $ | SUPERIOR'S COSTS/ COMMISIONS/ DEDUCTIONS FOR PARTIAL PAYMENTS | $ AMT SUPERIOR PAID TO SELLER | PART PAYMENT $ AMT EASTERN PAID SUPERIOR | $ AMT EASTERN OWES SUPERIOR (bounced check) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4387 | 22292 | Floyd Land & Cattle | 80 | 43728 | H | $46,570.32 | $3,571.41 | $42,998.91 | $3,200 | $43,370.32 |
| 4740B | 21768 | James Strittmatter | (74) 72 | (42846) 41703 | H | $45,673.84 | $3,475.48 | $42,198.36 | $3,120 | $42,553.84 |
| 5298 | 21894 | Spur Ranch LLC | 90 | 43388 | S | $51,740.19 | $4,004.80 | $47,735.39 | $3,600 | $48,140.19 |
| 5790 | 21921 | P&P Cattle | 72 | 45394 | H | $50,954.77 | $3,439.50 | $47,515.27 | $2,920 | $48,034.77 |
| 8690B | 22292 | Lighthouse Ranch LP | 150 | 90003 | H | $105,933.53 | $7,068.67 | $98,864.86 | $6,000 | $99,933.53 |
| 9859 | 22293 | La Escalera Ltd Partnership | 195 | 150612 | S | $166,983.52 | $9,774.67 | $157,208.85 | $7,800 | $159,183.52 |
| 9937 | 22529 | La Escalera Ltd Partnership | 195 | 140742 | H | $147,075.39 | $9,376.51 | $137,698.88 | $7,800 | $139,275.39 |
| 10250 | 2 LOTS: 21493 | Elkstrom Enterprises | 2 LOTS: 68 / 77 | 2 LOTS: 39847 / 47540 | 2 LOTS: H / S | 2 LOTS: $43,082.58 / $54,671.00 = $97,753.58 | $6,830.07 | $90,923.51 | $5,9200 | $91,833.58 |
| 10630B | 22292 | J&J Cattle Co. | (80) 79 | (48980) 48368 | H | $50,292.66 | $1,245.85 | $49,046.81 | 0 | $50,292.66 |
| 8747 | 22293 | Sulfur Bluff Ranch | 68 | 48971 | S | $56,292.16 | $3,429.84 | $52,862.32 | $2,800 | $53,492.16 |
| **TOTALS** | | | | | | $819,269.96 | $52,216.80 | $767,053.16 | $43,160 | $776,109.96 |