# EXHIBIT E



John H. Lovell ✧
Joe L. Lovell ✧ † ‡
Tim Newsom † ‡
Kevin A. Isern † ‡
Brad B. Boyd
Courtney D. Miller
Greg S. Freeman
Deborah D. Reeves

✧ Board Certified Civil Trial Law
Texas Board of Legal Specialization

† Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

‡ Board Certified Civil Trial Advocate
National Board of Trial Advocacy

**A Limited Liability Partnership**
Attorneys Licensed in Texas, New Mexico, Oklahoma & Mississippi

November 12, 2010

Ms. Elizabeth Lynch
Vice President
Development Specialists, Inc.
6375 Riverside Drive, Suite 200
Dublin, Ohio 43017-5045

*Via Fax to: 614/734-2718*
*812/949-9060*
*Electronic Mail to: elynch@dsi.biz*

    RE:   Eastern Livestock

Dear Ms. Lynch:

    Cactus Feeders, Inc. has not received a response to my November 11, 2010 demand for adequate assurance of performance in regard to the contracts listed on my November 11, 2010 letter.

    Cactus also learned today that Superior Livestock terminated its sales contracts to Eastern Livestock on November 10, 2010. Those Superior Livestock sales contracts to Eastern were to be the source of the cattle to be delivered to Cactus. So, it appears that it is now contractually impossible for you to perform Eastern's contracts with Cactus. And, Eastern's obvious insolvency makes it clear that Eastern Livestock cannot financially perform on its open contracts with Cactus Feeders to acquire the cattle to fill Eastern's contracts with Cactus.

    Cactus hereby terminates all its open purchase contracts with Eastern Livestock.

    Cactus Feeders hereby demands the return of its down payments on the undelivered cattle.

Sincerely,

John H. Lovell

JHL/sb
xc: Cactus Feeders (via email)
xc: Tim Robinson (via email)
xc: Kim Martin Lewis (via email)
xc: John Persiani (via email)
xc: Chris Brumfield (via email)

EAGLE CENTRE BUILDING • 112 West 8th Avenue, Suite 1000 • Amarillo, TX 79101-2314
Telephone: (806) 373-1515 • Facsimile: (806) 379-7176
www.lovell-law.net



EXHIBIT
C