UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**SUPPLEMENT TO TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY FILED BY PEOPLES BANK & TRUST COMPANY OF PICKETT COUNTY**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, objects to the Motion for Relief From Automatic Stay and Abandonment of Property [Docket Nos. 300 and 317] ("Peoples Bank Motion") filed by Peoples Bank & Trust Company of Pickett County ("Peoples Bank") on February 28, 2011, as may have been modified on March 8, 2011.  In support of this supplemental objection (the "Supplemental Objection"), the Trustee states:

1.  The Peoples Bank Motion requests entry of an order terminating the automatic stay of section 362 of the Bankruptcy Code and abandoning from the Debtor's estate certain real estate owned by Debtor and located in Harrison County, Indiana (as more particularly described in the Peoples Bank Motion, the "Real Estate"). Peoples Bank states that Eastern Livestock Co., LLC ("Debtor") granted it a mortgage against the Real Estate (the "Mortgage") to secure a personal loan made to Thomas and Patsy Gibson by Peoples Bank in 2008, and alleges that the Real Estate "is of no, or inconsequential, value to the estate and should be abandoned from the estate." (*See* Peoples Bank Motion ¶4.)[1]

---

[1] The Trustee filed the Trustee's Objection to Motion for Relief From Automatic Stay and Abandonment of Property filed by Peoples Bank & Trust Company of Pickett County [Docket No. 334] (the "Original Objection") on March 9, 2011.

BDDB01 6620017v2

2.  In addition to the arguments raised in the Original Objection, the Trustee objects to the Peoples Bank Motion because the Trustee has reason to dispute the validity of the Mortgage.

3.  The Real Estate is property of the Debtor. Peoples Bank alleges that Debtor mortgaged the Real Estate to secure a personal loan to the Gibsons. There is no evidence that Debtor received any consideration or value for its grant of the Mortgage to Peoples Bank and Debtor was likely insolvent at the time of the granting of the Mortgage. As a result, the Mortgage may be unenforceable for lack of consideration and/or constitutes a fraudulent transfer that may be avoided by the Trustee pursuant to Ind. Code § 32-18-2-15 and section 544 of the Bankruptcy Code.

4.  For the reasons asserted in both the Original Objection and this Supplemental Objection, the Trustee believes that the Real Estate is of value to Debtor's bankruptcy estate, that the security interest asserted by Peoples Bank is void or may be avoided by the Trustee, and that there are no grounds for granting Peoples Bank relief from stay.

WHEREFORE, the Trustee respectfully requests that the Court enter an order denying the Peoples Bank Motion and granting the Trustee all other just and appropriate relief.

                                      Respectfully submitted,

                                  By: /s/ Dustin R. DeNeal

James M. Carr (#3128-49)          *Counsel for James A. Knauer, Chapter 11 Trustee*
Robert K. Stanley (#1745-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
robert.stanley@bakerd.com
terry.hall@bakerd.com
dustin.deneal@bakerd.com

Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@bakerd.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Kirk Crutcher<br>kcrutcher@mcs-law.com | Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Theodore A Konstantinopoulos<br>ndohbky@jbandr.com | Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com | John M. Rogers<br>johnr@rubin-levin.net |
| Cathy S. Pike<br>cpike@weberandrose.com | John David Hoover<br>jdhoover@hooverhull.com | Sean T. White<br>swhite@hooverhull.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Michael W. McClain<br>mike@kentuckytrial.com |
| William E Smith<br>wsmith@k-glaw.com | Susan K. Roberts<br>skr@stuartlaw.com | |

5

      I further certify that on April 12, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

David A. Domina
ddomina@dominalaw.com

                                             /s/ Dustin R. DeNeal