UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, § | |
| § | CHAPTER 11 |
| Debtor. § | |

### WITNESS AND EXHIBIT LIST FOR HEARINGS ON APRIL 15, 2011

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Creditors, Friona Industries, LP ("Friona"), Cactus Growers, Inc. ("Cactus"), and J & F Oklahoma Holdings, Inc. ("J&F"), collectively "Movants," file this their Witness and Exhibit List for Hearings scheduled on April 15, 2011.

### WITNESS LIST

The movants disclose that they may introduce the following witnesses:

| | | |
|---|---|---|
| 1. | Brad Hastings | Cactus Growers, Inc. |
| 2. | Surcy Peoples | Cactus Growers, Inc. |
| 3. | Dal Reid | Friona Industries, L.P. |
| 4. | Luke Lind | J&F Oklahoma Holdings |
| 5. | James G. Robb | Director of Livestock Marketing Information Center |
| 6. | Ernest E. Copenhaver | The First Bank and Trust Company |

## **EXHIBIT LIST**

| 1. | Complaint in the Nature of Interpleader - Friona Industries, L.P. |
|---|---|
| 2. | Cactus Growers, Inc.'s Original Complaint in Intervention in the Nature of Interpleader |
| 3. | Intervention and Complaint in the Nature of Interpleader - J&F Oklahoma Holdings, Inc. |
| 4. | Supporting documents for J&F Oklahoma Holdings, Inc.<br>Notebook:<br>A. Stopped Cattle Purchase Payments to Eastern<br>B. Unprocessed Cattle Purchase Payments to Eastern<br>C. Stopped Cattle Purchase Contract Adjustments<br>D. Age and Source Verification Funds<br>E. Down Payment Funds<br>F. Market Price Difference Calculation<br><br>*This notebook was previously produced to counsel for The First Bank and Trust Company Bates numbered 1-354.* |
| 5. | Supporting documents related to Cactus Growers, Inc. Interpleader Defendants<br>Notebook:<br>A. Alton Darnell d/b/a Darnell Alton Barn<br>B. DeCordova Cattle Company<br>C. East Tennessee Livestock Center<br>D. Nichols Livestock<br>E. Gene Shipman<br>F. Stockman Oklahoma Livestock Marketing<br>G. Superior Livestock Auction<br><br>*This notebook was previously produced to counsel for The First Bank and Trust Company and confirmed on February 24, 2011.* |
| 6. | Supporting documents related to Friona Industries, L.P.<br><br>*Previously produced to counsel for The First Bank and Trust Company* |
| 7. | Eastern Livestock Docket No. 180<br>Chart of all Texas Interpleader Defendants, their status and counsel |
| 8. | UCC Financing Statement (Fifth Third Bank) |

| | |
|---|---|
| 9. | Order Staying Case - Judge Robinson, USDC, Northern District of Texas 12-28-10 |
| 10. | Order Modifying Stay - Judge Robinson - to permit the Interpleader Plaintiffs to seek removal to the bankruptcy court and seek transfer to the bankruptcy court for the Southern District of Indiana 3-21-11 |
| 11. | Notice of Removal and Referral of Civil Action to Bankruptcy Court Filed 3-24-11 in the USDC, Northern District of Texas |
| 12. | Order Referring Texas Interpleader case to the Amarillo Bankruptcy Court for transfer to the Southern District of Indiana pursuant to the Indiana Bankruptcy Court's March 8, 2011 Order Filed 4-1-11 in the USDC, Northern District of Texas |
| 13. | Proof of Claim filed by The First Bank and Trust Company in the *East West Trucking* bankruptcy case, 10-93799-BHL-7 |
| 14. | Docket No. 50 in the *East West Trucking* bankruptcy case 10-93799-BHL-7 - The First Bank and Trust Company's Objection to Motion for Relief from Stay Filed by Cattlemen's Feedlot, Ltd. Affidavit of Ernest E. Copenhaver signed January 6, 2011 |
| 15. | Livestock Marketing Association Membership Directory |
| 16. | USDA Cattle on Feed Reports released: November 19, 2010 December 17, 2010 January 21, 2011 February 18, 2011 March 18, 2011 |
| 17. | Pie Charts:  Feedyards' capacity v. Industry v. First Bank Missing Cattle A.  By number B.  By percentage |
| 18. | Proposed Letter Agreement *Gibson* Bankruptcy Docket No. 221 Exhibit *Eastern Livestock* Bankruptcy Docket No. 418 Exhibit |
| 19. | Letter from Huffaker to Donnellon on March 17, 2011 |
| 20. | E-Mail from Huffaker to Donnellon with letter on April 4, 2011 |
| 21. | April 8, 2011 Letter from Donnellon to Huffaker in response to April 4, 2011 E-Mail |

| | |
|---|---|
| 22. | Affidavit of Ernest Copenhaver of The First Bank and Trust Company, dated April 11, 2011 |

The movants reserve the right to amend this Witness and Exhibit List and to introduce other witnesses and exhibits as may be necessary for impeachment purposes. The movants also reserve the right to introduce witnesses and exhibits designated by other parties.

DATED this the 12th day of April, 2011.

    Respectfully submitted,

    LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.
    John Lovell, TX SBN 12609300
    112 W. 8th Ave., Suite 1000
    Amarillo, Texas 79101
    (806) 373-1515
    FAX (806) 379-7176

    /s/ John Lovell
    John H. Lovell

    **ATTORNEYS FOR CACTUS GROWERS, INC.**

    John F. Massouh
    John T. Huffaker
    SPROUSE SHRADER SMITH, PC
    701 S. Taylor, Suite 500
    P.O. Box 15008
    Amarillo, Texas 79105-5008
    (806) 468-3300; (806) 373-3454 FAX

    By: /s/ John Huffaker
        John T. Huffaker

    **ATTORNEYS FOR FRIONA INDUSTRIES, LP**

David L. LeBas
NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
(512) 474-0300; (512) 474-1901 FAX

By: /s/ David LeBas
    David L. LeBas

**ATTORNEYS FOR J&F OKLAHOMA HOLDINGS**

## CERTIFICATE OF SERVICE

On April 12, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court - Bankruptcy Court, Southern District of Indiana, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ John Lovell
John H. Lovell