**SO ORDERED: April 12, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| EASTERN LIVESTOCK CO., LLC, | § | CASE NO. 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Hon. Basil H. Lorch, III |

**ORDER AND NOTICE OF HEARING ON
MOTION TO EXPEDITE HEARING ON CACTUS GROWERS, INC., FRIONA
INDUSTRIES, L.P., AND J&F OKLAHOMA HOLDINGS MOTION FOR
PROTECTIVE ORDER FROM §2004 EXAMINATION REQUEST**

THIS MATTER having come before the Court on the *Motion for Expedited Hearing on Motion of Cactus Growers, Inc., Friona Industries, L.P. and J&f Oklahoma Holdings for Protective Order from §2004 Examination Request* ("Motion") (Docket No. 448) filed by John H. Lovell, David L. LeBas, and John F. Massouh on behalf of Cactus Growers, Inc., J&F Oklahoma Holdings, and Friona Industries, L.P. ("Movants"), and the Court having reviewed the Motion and having been otherwise fully advised, the Court hereby finds that (a) it is necessary and appropriate under the

circumstances of this case to shorten the required notice period and set an expedited hearing on the Motion for Protective Order from §2004 Examination Request (Docket No. 447) filed on April 11, 2011 by Cactus Growers, Inc., J&F Oklahoma Holdings, and Friona Industries, L.P. in this bankruptcy matter; (b) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (c) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and (d) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

IT IS THEREFORE ORDERED:

1. The Motion for expedited hearing on the Motion for Protective Order (Docket No. 448) shall be, and hereby is, granted; and

2. An expedited hearing on the Motion for Protective Order from §2004 Examination Request (Docket No. 447) is set for April 15, 2011 at 9:30 a.m. EST in Room 103, U.S. Courthouse, 121 West Spring Street, New Albany, Indiana 47150.

**PLEASE TAKE DUE NOTICE THAT THE HEARING ON THE MOTION FOR PROTECTIVE ORDER FROM §2004 EXAMINATION REQUEST, (DOCKET NO. 447), WILL BE HEARD AT THE TIME AND PLACE SET FORTH IMMEDIATELY ABOVE.**

###