## Notice Recipients

District/Off: 0756–4            User: edixon            Date Created: 4/13/2011
Case: 10–93904–BHL–11           Form ID: pdfOrder       Total: 3

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr        crb@gdm.com
aty     John Hunt Lovell        john@lovell–law.net
aty     Terry E. Hall           terry.hall@bakerd.com

TOTAL: 3