UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC. | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2011 the Notice with Hearing Opportunity (Doc. No. 427), was mailed first class, postage prepaid to all parties listed on the Debtor's Mailing Matrix on file with this Court.

Respectfully submitted,

*/s/ C.R. Bowles, Jr..*
C.R. Bowles, Jr.
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com