UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**PROPOSED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 15, 2011 AT 9:30 A.M. EDT**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel,

submits this proposed agenda for the hearing scheduled for April 15, 2011 at 9:30 a.m. EDT

("Hearing") in Room 103, U.S. Courthouse, 121 West Spring Street, New Albany, Indiana.  The

Trustee anticipates that the matters before the Court for the Hearing will take approximately two

(2) hours.

**I.      DIAL IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing

by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

**II.      CONTINUED MATTERS**

1.     **["Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma
       Holdings, Inc.'s Relief Motion"]** Motion For Relief From Stay
       ("Motion") (docket #78) *continued from January 12, 2011, February 11,
       2011, March 4, 2011 (telephonic conference) and March 11, 2011*

   (a)     Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma
           Holdings, Inc.'s Supplemental Motion For Relief From Stay
           (docket #129)

   (b)     The First Bank and Trust Company's Objection To Motion For
           Relief From Stay Filed By Friona Industries, LP, Cactus Growers,
           Inc., And J & F Oklahoma Holdings, Inc. (docket #149)

   (c)     CPC Livestock's Joinder Of Motion For Relief From Stay (docket
           #160)

(d)     Trustee's Objection To Motion For Relief From Stay (docket #162)

(e)     Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc.'s Second Supplemental Motion For Relief From Stay (docket #163)

(f)     Cactus Growers' Brief On Texas And Kansas Agister's Liens (docket #172)

(g)     CPC Livestock's Joinder Of Motion For Relief From Stay (docket #174)

(h)     Eddie Eicke/Eicke Ranch II's Joinder Of Motion For Relief From Stay (docket #175)

(i)     Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #179)

(j)     Corrected Exhibit "A" To Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #180)

(k)     Movants' Brief In Support Of Motion For Relief And Response To Objections Of Trustee And First Bank And Trust (docket #188)

(l)     The First Bank and Trust Company's Objection To Second Supplemental Motion For Relief From Stay Filed By Friona Industries, LP, Cactus Growers, Inc., and J&F Oklahoma Holdings, Inc. (docket #190)

(m)     Eddie Eicke/Eicke Ranch II, Bynum Ranch Co., Bobby and Debby Bynum, Bill Davis, Bill Davis Quarter Horse, Tom Svoboda, Johnny Mayo, Jr., and Frank Powell's Response In Support Of Motion For Relief From Stay (docket #198)

(n)     Gene Shipman's Joinder Of Motion For Relief From Stay (docket #282)

(o)     Prehearing Statement Of Superior Livestock Auction, Inc. (docket #294)

(p)     Prehearing Statement Of Bynum Ranch, Bobby and Debbie Bynum Bill Davis, Bill Davis Quarter Horse, Johnny Mayo, Jr. and Frank Powell (docket #295)

(q) Agreed Entry Granting Limited Relief On Stay Relief Motion To Permit Removal And Transfer Of The Texas Interpleader Action (docket #301)

(1) Order Approving Agreed Entry (docket #329)

(r) Superior Livestock Auction, Inc.'s List Of Exhibits For Prehearing Statement (docket #410)

(s) Friona Industries, L.P.'s Notice of the Removal and Referral of the Texas Interpleader Action to Bankruptcy Court (docket #411)

*Status:*   *Resolved by agreed entry (docket #301).*

2.   **["Peoples Bank & Trust"]** Peoples Bank & Trust Company of Pickett County's Motion For Relief From Automatic Stay And Abandonment Of Property (docket #300) *continued from March 11, 2011*

(a) Peoples Bank & Trust Company of Pickett County's Motion For Relief From Automatic Stay And Abandonment Of Property (Corrected Motion) (docket #317)

(b) Trustee's Objection To Motion For Relief From Automatic Stay And Abandonment Of Property Filed By Peoples Bank & Trust Company of Pickett County (docket #334)

(c) Kathryn L. Pry's Joinder Of Trustee's Objection To Motion For Relief From Automatic Stay And Abandonment Of Property Filed By Peoples Bank & Trust Company Of Pickett County (docket #337)

(d) Supplement To Trustee's Objection To Motion For Relief From Automatic Stay And Abandonment Of Property Filed By Peoples Bank & Trust Company of Pickett County (docket #454)

*Status:*   *Going forward.*

## III.   NEW MATTERS

3.   **["2004 Examination"]** The First Bank and Trust Company's Motion For Examination And Production Of Documents Pursuant To Fed. R. Bankr. P. 2004 (docket #401)

(a) Cactus Growers, Inc., J & F Oklahoma Holdings, Inc., and Friona Industries, L.P.'s Response And Brief In Support To Motion For

Examination And Production Of Documents Pursuant To Fed. R. Bankr. P. 2004 Filed By First Bank And Trust (docket #418)

(b)  Cactus Growers, Inc.'s, Friona Industries, L.P.'s And J&F Oklahoma Holdings' Motion For Protective Order From §2004 Examination Request (docket #447)

(1)  Motion For Expedited Hearing On Motion Of Cactus Growers, Inc., Friona Industries, L.P. And J&F Oklahoma Holdings For Protective Order From §2004 Examination Request (docket #448)

(c)  The First Bank and Trust Company's Reply Brief To Objection To Examination And Production Of Documents Pursuant To Fed. R. Bankr. P. 2004 (docket #450)

(d)  The First Bank And Trust Company's Objection To Motion For Protective Order (docket #455)

(e)  Cactus Growers, Inc., Friona Industries, L.P. And J&F Oklahoma Holdings' Witness And Exhibit List For Hearings On April 15, 2011 (docket #456)

*Status:*   *Going forward.*

4.  **["Lease Assumption"]** Motion Under Bankruptcy Code Section 365(d)(4)(B) For An Order Extending The Deadline To Assume Leases Of Nonresidential Real Property (docket #407)

*Status:*   *Hearing to be held only if objections are timely filed. No objections filed.*

5.  **["Bar Date Extension"]** The First Bank and Trust Company's Motion For Extension Of May 2, 2011, Bar Date For Filing Of The First Bank And Trust Company's Purchase Money Claims (docket #421)

*Status:*   *Going forward.*

Respectfully submitted,

BAKER & DANIELS LLP


By:    /s/Terry E. Hall

*Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)
Robert K. Stanley (#1745-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
robert.stanley@bakerd.com
terry.hall@bakerd.com
dustin.deneal@bakerd.com

Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@bakerd.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

Cathy S. Pike
cpike@weberandrose.com

Robert H. Foree
robertforee@bellsouth.net

William E Smith
wsmith@k-glaw.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com
John David Hoover
jdhoover@hooverhull.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Susan K. Roberts
skr@stuartlaw.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

I further certify that on April 14, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

David A. Domina
ddomina@dominalaw.com

/s/ Terry E. Hall

6618959_1.DOC                6