# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 15, 2011 09:30 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

## Matters:

1) Continued Telephonic Hearing Re: Motion for Relief from Stay and Refusal to Waive 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Mark A. Robinson on behalf of Creditors J&F Oklahoma Holdings, Inc., Cactus Growers, Inc., Friona Industries, LP [78] with Objections filed by Bret S. Clement on behalf of Creditor First Bank and Trust Company, The [149] [163] and Terry E. Hall on behalf of Trustee James A. Knauer [162]
   **R / M #:**   0 / 0

2) Final Hearing Re: Corrected Motion to Abandon, Corrected Motion for Relief from Stay (Refusal to Waive Time Requirement filed previously) (receipt # 15020992) filed by Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County [317] with an Objection to Corrected Motion to Abandon, Corrected Motion for Relief from Stay filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [334]  and

   Response in Support of Objection by Trustee J. Knauer filed by Meredith R. Thomas on behalf of Other Professional Kathryn Pry [337]
   Supplemental Objection to Corrected Motion to Abandon, Corrected Motion for Relief from Stay filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [454]
   **R / M #:**   0 / 0

3) Hearing Re: Motion for Examination Under Fed.R.Bankr.P. 2004 and Production of Documents filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [401]
   **R / M #:**   0 / 0

4) Hearing Re: Motion to Extend Exclusivity Period to File a Chapter 11 Plan filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [406]
   **R / M #:**   0 / 0

   **VACATED:   Motion withdrawn on 4/7/11**

5) Hearing Re: Motion to Extend Time to File (Motion Under Bankruptcy Code Section 365(d)(4)(B) For An Order Extending The Deadline To Assume Leases Of Nonresidential Real Property) filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer. [407]
   **R / M #:**   0 / 0

6) Emergency Hearing Re: Motion to Extend Time to File The First Bank and Trust Company's Purchase Money Claims [extension of May 2, 2011, bar date] filed by Bret S. Clement on behalf of Creditor First Bank and Trust Company, The [421]
   **R / M #:**   0 / 0

7) Expedited Hearing Re: Motion for Protection from 2004 Examination Request filed by David L. LeBas, John Frederick Massouh, John Hunt Lovell on behalf of Creditors Cactus Growers, Inc., Friona Industries, LP, J&F Oklahoma Holdings, Inc. [447] with an Objection to Motion for Protective Order filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [455]
   **R / M #:**   0 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    10-93904-BHL-11            FRIDAY, APRIL 15, 2011 09:30 AM

### *Appearances:*

In Court Appearances:

Robert Stanley -  Attorney for Trustee
Dan Donnellon -  Attorney for First Bank and Trust
Steve Weigand - Attorney for First Bank and Trust
Deborah Caruso - Attorney for Trustee in Gibson case  10-93867\
John Huffaker - Attorney for Friona Industries
Dave LeBas - Attorney for J & F Oklahoma Holdings Inc.
John Lovell - Attorney for Cactus Growers, Inc.
Mark Robinson -  Local Counsel for Friona, Cactus and J & F Oklahoma
Kathryn Pry - Trustee in Gibson case  10-93867

Phone Appearances:

CR Bowles/John Ames - Attorneys for Petitioning Creditors
Randall LaTour - Attorney for Fifth Third Bank
Brett Clement - Attorney for First Bank and Trust
Laura Day DelCotto - Attorney for Bluegrass
Charles Wharton - Attorney for UST
Dustin DeNeal/Terry Hall - Attorneys for Trustee Knauer
Jim Knauer - Trustee
John Massouh - Attorney for Friona Industries
Jessica Yates - Attorney for CPC Livestock

### *Proceedings:*

* Disposition:  Hearing held.
(1)   Parties reported on the status of the pending action in the bankruptcy court in Amarillo Texas.   The bankruptcy court has orally granted the motion to remove the action in Texas and to transfer to southern district of Indiana.
(2)   Matter continued to Status Hearing on 5/11/11 @ 10:00 a.m. (Eastern) in New Albany.   Notice given in open court.
(3)   Matter resolved.  Parties to submit an Agreed Entry.
(4)   Matter resolved.  Parties to submit an Agreed Entry.
(5)   Motion Granted.  Order to be submitted.
(6)   Motion Granted.  Order to be submitted.  Time extended for 90 days.
(7)   Matter resolved.  Parties to submit an Agreed Entry.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**