**SO ORDERED: April 19, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF
MAY 2, 2011, BAR DATE FOR FILING OF THE FIRST
BANK AND TRUST COMPANY'S PURCHASE MONEY CLAIMS**

The First Bank and Trust Company ("First Bank"), by counsel, having filed its Motion for Extension of May 2, 2011, Bar Date for Filing of First Bank and Trust Company's Purchase Money Claims, and the Court being duly advised in the premises finds that such Motion should be granted. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that The First Bank and Trust Company be, and hereby is, granted an extension of time of ninety (90) days to and including August 1, 2011, to file its Purchase Money Claims and the deadlines previously fixed in this Court's Orders of January 24, 2011, and March 31, 2011, are hereby extended as to The First Bank and Trust Company.

# # #