## Notice Recipients

District/Off: 0756–4           User: edixon                  Date Created: 4/19/2011
Case: 10–93904–BHL–11          Form ID: pdfOrder             Total: 3

**Recipients of Notice of Electronic Filing:**
aty        C. R. Bowles, Jr        crb@gdm.com
aty        John R. Carr, III       jrciii@acs–law.com
aty        Terry E. Hall           terry.hall@bakerd.com

TOTAL: 3