```
                                                        FILED
                                                   U.S. BANKRUPTCY CT.
                                                   NEW ALBANY DIVISION
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

2011 APR 20 AM 10: 32

SOUTHERN DISTRICT
OF INDIANA
DEMPSEY

| IN RE: | § | |
|---|---|---|
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No.: 10-93904-BHL-11 |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Alton Darnell d/b/a Darnell Alton Barn ("Darnell") an interested person in the above-captioned bankruptcy case, appears herein by its counsel, Blanco Tackabery & Matamoros, P.A.; such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and Section 102(1) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the addresses, telephone, and facsimile numbers indicated:

>   Ashley S. Rusher, Esq.
>   Blanco Tackabery & Matamoros P.A.
>   P.O. Drawer 25008
>   Winston-Salem, NC 27114-5008
>   [Street Address: 110 S. Stratford Road, 5th Floor
>   Winston-Salem, NC 27104-4299]
>   Telephone: 336-293-9000
>   Facsimile: 336-293-9030
>   E-mail: asr@blancolaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application,

BTM:462125v1

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT this Notice of Appearance and Demand for Notices and Papers shall not, in and of itself, constitute a submission by Darnell to the jurisdiction of the Bankruptcy Court and neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive the rights of Darnell (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other, rights, claims, actions, defenses, setoffs, or recoupments to which Darnell is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

This the 14th day of April, 2011.

BLANCO TACKABERY & MATAMOROS, P.A.

*Ashley A. Rusher*

Ashley S. Rusher, NCSB #14296
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Fax: (336) 293-9030
Email: asr@blancolaw.com

*Attorney for Alton Darnell d/b/a Darnell Alton Barn*

BTM:462125v1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| EASTERN LIVESTOCK CO., LLC | § Case No.: 10-93904-BHL-11 |
| | § Chapter 11 |
| Debtor. | § |
| | § |

## CERTIFICATE OF SERVICE

This is to certify that on the below date, the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS.** Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

This the 14th day of April, 2011.

BLANCO TACKABERY & MATAMOROS, P.A.

/s/ Ashley S. Rusher

Ashley S. Rusher, NCSB #14296
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Fax: (336) 293-9030
Email: asr@blancolaw.com

*Attorney for Alton Darnell d/b/a Darnell Alton Barn*

BTM:462125v1