UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
|     Debtor | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| | | Hon. Basil H. Lorch, III |

### MOTION TO SUBSTITUTE COUNSEL

Cathy S. Pike ("Pike") and the firm of Weber & Rose, P.S.C. ("W&R") hereby withdraw as counsel for Phillip Taylor Reed a/k/a Taylor Reed ("Reed") in the above-captioned cases, and John W. Ames ("Ames") and the firm of Greenbaum Doll & McDonald, PLLC ("GDM") hereby enter their appearance as counsel for Reed.   Reed has authorized the aforesaid substitution of counsel.

Pike and W&R hereby move the Court to enter an Order relieving them of responsibility for representation of  Reed, and permitting Ames and GDM to substitute as counsel for Reed.

Dated:  April 21, 2011

_____/s/   Cathy S. Pike_____
Cathy S. Pike
WEBER & ROSE, P.S.C.
471 West Main Street, Suite 400
Louisville, Kentucky 40202
(502) 589-2200


_____/s/     John W. Ames_____
John W. Ames
GREENBAUM DOLL & McDONALD, PLLC
National City Tower
101 S. Fifth Street, Suite 3500
Louisville, Kentucky 40202
(502) 589-4200

## CERTIFICATE

It is hereby certified that a copy of the foregoing was served on the electronic service list, this 21st day of April 2011.


_____/s/   Cathy S. Pike_____
Cathy S. Pike