UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion to Withdraw as Attorney, which was filed on April 21, 2011, is deficient in the following respect(s):

   PDF and docket text do not match.

The above−cited deficiencies must be corrected by May 5, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   April 21, 2011                       KEVIN P. DEMPSEY, CLERK
                                            U.S. BANKRUPTCY COURT