## Notice Recipients

District/Off: 0756–4             User: mturner                  Date Created: 4/21/2011
Case: 10–93904–BHL–11            Form ID: SF00075               Total: 1

**Recipients of Notice of Electronic Filing:**
aty         C. R. Bowles, Jr        crb@gdm.com

TOTAL: 1