## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: ) | |
|     Eastern Livestock Co., LLC ) | Case No. 10-93904 |

### CERTIFICATE OF SERVICE

Comes the Creditor, Matthew White, by and through undersigned counsel, and hereby gives notice that a copy of his claim, with supporting attachments, has been forwarded, via U.S. Mail, postage prepaid, to Counsel for the Trustee, James M. Carr, Bakers & Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, Indiana 46204, on this the 22nd day of April, 2011.

/s/ Julie E. Officer
JULIE E. OFFICER, BPR #13605
Attorney for Claimant
THE OFFICER LAW OFFICE
109 South Court Square
P. O. Box 636
Livingston, TN 38570
(931) 823-5657
(931) 823-8235 (telefax)
jeofficer@officerlaw.net