**SO ORDERED: April 25, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No. 10-93904-BHL-11 |
| | § | |
| Debtors. | § | Hon. Basil H. Lorch III |

### ORDER APPROVING
### AGREED ENTRY

Upon an Agreed Entry being filed with the Court, and the Court being sufficiently

advised,

IT IS HEREBY ORDERED by the Court that the Agreed Entry concerning

Document Production Procedures [Doc.# 463] filed herein on April 19, 2011, be, and it

is, APPROVED

###