# Notice Recipients

District/Off: 0756–4　　　　　　User: edixon　　　　　　Date Created: 4/25/2011
Case: 10–93904–BHL–11　　　　Form ID: pdfOrder　　　Total: 5

**Recipients of Notice of Electronic Filing:**
tr　　James A. Knauer　　jak@kgrlaw.com
aty　C. R. Bowles, Jr　　crb@gdm.com
aty　James A. Knauer　　jak@kgrlaw.com
aty　Mark A. Robinson　mrobinson@vhrlaw.com
aty　Terry E. Hall　　　terry.hall@bakerd.com

TOTAL: 5