**SO ORDERED: April 26, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Trustee. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION UNDER BANKRUPTCY CODE SECTION 365(d)(4)(B) FOR AN ORDER EXTENDING THE DEADLINE TO ASSUME LEASES OF NONRESIDENTIAL REAL PROPERTY**

This matter comes before the Court on the *Motion Under Bankruptcy Code Section 365(d)(4)(B) for an Order Extending the Deadline to Assume Leases of Nonresidential Real Property* [Dock. No. 407] ("Motion") filed by James M. Knauer in his capacity as chapter 11 trustee ("Trustee") of Eastern Livestock Co., LLC ("Debtor") on March 22, 2011. The Court, having reviewed and considered the Motion, and having found that cause exists for the requested extension; and being otherwise fully advised in the premises, hereby grants the Motion.

IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED; and

BDDB01 6592787v1

      2.      The Trustee's deadline to assume leases of nonresidential real property is extended through and including **July 26, 2011**.

###

Case 10-93904-BHL-11    Doc 474    Filed 04/26/11    EOD 04/26/11 10:32:57    Pg 2 of 2