# Notice Recipients

District/Off: 0756–4        User: edixon            Date Created: 4/26/2011
Case: 10–93904–BHL–11       Form ID: pdfOrder       Total: 5

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer         jak@kgrlaw.com
aty     C. R. Bowles, Jr        crb@gdm.com
aty     Dustin R. DeNeal        dustin.deneal@bakerd.com
aty     James A. Knauer         jak@kgrlaw.com
aty     Terry E. Hall           terry.hall@bakerd.com

TOTAL: 5