**SO ORDERED: April 26, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No. 10-93904-BHL-11 |
| | § | |
| Debtors. | § | Hon. Basil H. Lorch III |

---

### <u>ORDER APPROVING</u><br><u>AGREED ENTRY</u>

Upon an Agreed Entry being filed with the Court, and the Court being sufficiently

advised,

IT IS HEREBY ORDERED by the Court that the Agreed Entry containing

Protective Stipulations [Doc.# 464] filed herein on April 19, 2011, be, and it is,

APPROVED

### ###