**SO ORDERED: April 27, 2011.**



_Basil H. Lorch III (signature)_

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
|     Debtor | ) | CASE NO. 10-93904-BHL-11 |
| | ) | Hon. Basil H. Lorch, III |

### ORDER GRANTING
### MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court on Motion of Cathy S. Pike ("Pike") and the firm of Weber & Rose, P.S.C. ("W&R"), and John W. Ames ("Ames") and the firm of Greenbaum Doll & McDonald, PLLC ("GDM"), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Pike and W&R be and are hereby permitted to withdraw as counsel for Phillip Taylor Reed a/k/a Taylor Reed ("Reed"), and are relieved from all responsibility for representation of Reed.

IT IS FURTHER ORDERED that Ames and GDM be and are hereby permitted to substitute as counsel for Reed.

###