UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF INTERVENTION AND APPEARANCE

Comes now Christopher E. Baker, of Hostetler & Kowalik, P.C., and enters his appearance in the above-entitled bankruptcy proceeding on behalf of Ozarks Regional Stockyard, a creditor herein, and moves to intervene generally on behalf of Ozarks Regional Stockyard in said proceeding. The undersigned requests that he receive copies of all Applications, Motions, Notices and Orders at the following addresses:

Christopher E. Baker
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
(317) 262-1001; (317) 262-1010 FAX
cbaker@hklawfirm.com


HOSTETLER & KOWALIK, P.C.


By: */s/ Christopher E. Baker*
      Christopher E. Baker

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2011, a copy of the foregoing was filed via CM/ECF. Notice of such filing will be sent electronically to the following parties:

- David L. Abt   davidabt@mwt.net
- John W Ames   jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- T. Kent Barber   kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- C. R. Bowles   crb@gdm.com, shm@gdm.com
- Lisa Koch Bryant   courtmail@fbhlaw.net
- James M. Carr   james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr   jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso   dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com
- Bret S. Clement   bclement@acs-law.com, sfinnerty@acs-law.com
- Jesse Cook-Dubin   jcookdubin@vorys.com, vdarmstrong@vorys.com
- Kirk Crutcher   kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Dustin R. DeNeal   dustin.deneal@bakerd.com, patricia.moffit@bakerd.com
- Laura Day DelCotto   ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina   dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon   ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Sarah Stites Fanzini   sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree   robertforee@bellsouth.net
- Sandra D. Freeburger   sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Terry E. Hall   terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover   jdhoover@hooverhull.com

- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jay Jaffe    jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    rdlatour@vorys.com, khedwards@vorys.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- William Robert Meyer    rmeyer@stites.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern    wsnewbern@msn.com
- Matthew J. Ochs    matt.ochs@moyewhite.com, kim.maynes@moyewhite.com

- Ross A. Plourde     ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader     wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey     jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Susan K. Roberts     skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson     mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers     Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers     johnr@rubin-levin.net, susan@rubin-levin.net
- Ivana B. Shallcross     ibs@gdm.com
- William E Smith     wsmith@k-glaw.com, rheid@k-glaw.com
- Robert K Stanley     robert.stanley@bakerd.com
- Meredith R. Thomas     mthomas@daleeke.com
- John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand     sweigand@ficlaw.com
- Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White     swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates     jyates@swlaw.com, edufficy@swlaw.com
- James T Young     james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;mthornburg@rubin-levin.net

The undersigned further certifies that on May 9, 2011, a copy of the foregoing was sent to the following parties via U.S. regular mail, postage pre-paid:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

David M Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

Ashley S Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

Kevin M Toner
Baker & Daniels LLP
300 N Meridian Street Suite 2700
Indianapolis, IN 46204-1782

By: */s/ Christopher E. Baker*
     Christopher E. Baker

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, Indiana 46204-4211
(317) 262-1001; (317) 262-1010 FAX
cbaker@hklawfirm.com