UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No: 10-93904-BHL-11 |
| Eastern Livestock Co, LLC, ) | |
| Debtor ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the Notice with Hearing Opportunity dated May 10, 2011 [Docket No. 488] was sent via U.S. regular mail, postage pre-paid on May 11, 2011, to the claimants listed on the attached Exhibit "A".

Dated: May 12, 2011

Respectfully submitted,

HOSTETLER & KOWALIK, P.C.

By: /s/ Christopher E. Baker
Christopher E. Baker

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
(317) 262-1001; (317) 262-1010 FAX
cbaker@hklawfirm.com

| | | |
|---|---|---|
| Tom M Caneff<br>Thomson West<br>610 Opperman Drive, D6- 11-3710<br>Eagan, MN 55123 | David Bowles dba Amos Development LLC<br>1401 Pigeon fork Rd<br>Lawrenceburg, KY 40342 | Jeffery L. Young<br>518 Willow Grove School Road<br>Allons, TN 38541 |
| Buetow, LeMastus & Dick PLLC<br>Terry L Stapp<br>1510 PNC Plaza<br>Louisville, KY 40202 | Ike's Trucking Inc.<br>P O Box 81<br>St. Paul, VA 24283 | David Marrs Gordon<br>1758 Old Temple Hill Road<br>Tompkinsville, KY 42167 |
| Christine Family Enterprises, Inc.<br>Lincoln and Amber Christie<br>5161 Eagle Feather Rd.<br>Delta, CO 81416 | Fia Card Services, NA<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | Rita Cravens<br>1525 Dogwalk Rd.<br>Alpine, TN 38543 |
| Reps Dispatch LLC<br>16150 MCR 19<br>Fort Morgan, CO 80701 | DUKE ENERGY<br>EF-367<br>P.O. BOX 960<br>CINCINNATI, OHIO 45273-9598 | Steven R Taylor<br>1010 Old Buck Creek Rd<br>Adolphus, KY 42120 |
| Fifth Third Bank<br>c/o Randall D. LaTour, Esq.<br>52 East Gay Street<br>Columbus, OH 43215 | Televent DTN, Inc<br>9110 W. Dodge Road<br>Omaha, NE 68114 | Stokes Baird<br>PO Box 218<br>Munfordville KY 42765 |
| John D. Thompson<br>P.O. Box 224<br>Edmonton, KY 42129 | Halee Bunch<br>Harlan E Judd III<br>McCracken & Judd PLLC<br>PO Box 27<br>Bowling Green, KY 42102 | Ben Armstrong<br>Rt 2 Box 256<br>Albany, KY 42602 |
| Charles Leon Isenberg<br>4942 Edmonton Rd<br>Tompkinsville, KY 42167 | Bradley Rummel<br>8860 W. Farm Road 112<br>Willard, MO 65781 | Wischmeier Trucking, Inc.<br>P.O. Box 244<br>Brownstown, IN 47220 |
| Marion Bradford<br>197 Hidden Lake Rd.<br>Hendersonville, TN 37075 | Jay Burford<br>108 Glenoaks Court<br>McDonough, GA 30223 | Randall Spurling Trucking<br>2120 Spurling Rd.<br>Campbellsville, KY 42718 |
| David Rings<br>1288 Frontage Road<br>Russell Springs KY 42642 | Reiter Trucking<br>324 Elm St<br>Hereford, TX 79045 | Robert Brown<br>325 Flat Lick Lane<br>Herndon KY 42236 |
| Southland Haulers LLC<br>Howard Compton<br>P.O. Box 142<br>Brantley, AL 36009 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Madison Welch<br>4030 N. 900 E.<br>Lafayette, IN 47905 |

EXHIBIT "A"

Platt Livestock, LLC
P.O. Box 164
New Castle, UT 84756

Jack Schlessiger
1266 N E 120 Road
Claflin, KS 67525

Richard Rivers Trucking
11510 Tanner Williams Rd.
Lucedale, MS 39452

David E. Read
583 Love Knob Rd.
Glasgow, KY 42141

Phil Mulder Trucking, Inc.
PO Box 205 Main St.
Doon, IA 51235

Seibert Cattle Co., LLC
1136 E. Campbell Ave.
Phoenix, AZ 85014

Donald Hawks
8829 Finney Rd.
Glasgow, KY 42141

Arthur Lowhorn
3160 Letterhead Oak Road
Albany, KY 42602

Roy Kinslow
1844 Dripping Springs
Glasgow, KY 42141

Westley Kinslow
2371 Dripping Springs Road
Glasgow, KY 42141

Homer Copeland
295 Copeland Ln.
Celina, TN 38551

Capitol Indemnity Corporation
P.O. Box 5900
Madison, WI 53705-0900

Charlie Dee Brown
4931 Old Burkesville Rd.
Albany, KY 42602

Rolando Acotsa-Reza
PO Box 503
Alliance, NE 69301

Lawrence County Treasurer
916 15th Street, Ste. 27
Bedford, IN 47421-3852

Larry Bragg
305 Bradshaw Rd.
Austin, KY 42123

Bill Warren
108 Qualls Lane
Livingston, TN 38570

Eddie Claywell
Harlan E Judd III
PO Box 27
Bowling Green, KY 42102

Brenda Hunt
1419 Akersville Rd
Fountain Run, KY 42133

J&J Livestock Trucking
PO Box 202
Darrouzett, TX 79024

Peggy Smith Carey
1321 Brown Road
Park City, KY 42160

Dwayne Smith
4238 Garfield Hinds Rd.
Monroe, TN 38573

Leonard Clifton Smith
1133 Brown Road
Park City, KY 42160

The Animal Hospital
P.O. Box 6
Campbellsville, KY 42719

Athens Stockyard, LLC
c/o Thomas E Ray
130 Jordan Dr
Chattanooga, TN 37421

Mid State Waste
P.O. Box 2068
Glasgow, KY 42142

High & High
1150 Sulphur Lick Rd
Tompkinsville, KY 42167

Richardson, Inc
P.O. Box 172
Lucerne, CO 80646

Jimmy Rogers, Inc.
5042 Hwy 54
Liberal, KS 67901

Ron Neufeld Trucking
5590 NE 157th Terr
Williston, FL 32696

| | | |
|---|---|---|
| Bob Sawyers<br>616 Willis Creek Rd.<br>Albany, KY 42602 | Fousek Farms & Trucking, LLC<br>28381 US Hwy 281<br>Armour, SD 57313 | Jason Farmer Transportation<br>Jason Farmer<br>192 County Road 427<br>Lorena, TX 76655 |
| BAR K CATTLE<br>1275 7TH AVE<br>SIOUX CENTER, IA 51250 | Boyd Copas<br>2195 E. Phillippi Church Rd.<br>Tompkinsville, KY 42167 | 3 B Farms<br>709 N. Pratt<br>P.O. Box 6<br>Yates Center, KS 66783 |
| L.W. Miller Trucking Inc.<br>94 N. 400 West<br>No. Salt Lake, UT 84054 | Dale Stull Trucking<br>Box 41<br>Nara Visa, NM 88430 | Marion Bradford<br>197 Hidden Lake Rd.<br>Hendersonville, TN 37075 |
| Bob Sawyers<br>616 Willis Creek Rd.<br>Albany, KY 42602 | Jimmie Dale High<br>1150 Sulphur Lick Rd<br>Tompkinsville, KY 42167 | Nelson Trucking Inc<br>Jefferey Nelson<br>2547 Cold Spring Road<br>Mountain City, TN 37683 |
| Bovine Medical Associates<br>1500 Soper Rd.<br>Carlisle, KY 40311 | Steven R Taylor<br>1010 Old Buck Creek Rd<br>Adolphus, KY 42120 | Billy Neat<br>705 B Neat Road<br>Columbia, KY 42728 |
| Jesse R. Brown<br>107 Karakal Dr.<br>Glasgow, KY 42141 | T R Smith Livestock<br>921 West Choctaw Street<br>Lindsay, OK 73052 | Jimmy Hendrick<br>PO Box 127<br>Smiths Grove, KY 42171 |
| Maxine Morgan Estate<br>3965 Lawson Bottom Rd.<br>Burkesville, KY 42717 | Byron Lang Inc.<br>P.O. Box 301<br>Jackson, MO 63755 | Keeton Cooper<br>1397 Upper Hilham Rd<br>Livingston, TN 38570 |
| SEALY AND SON<br>700 HIGHWAY 80 E<br>UNIONTOWN, AL 36786 | Indiana American Water<br>P.O. Box 578<br>Alton, IL 62002 | Floyd County Treasurer<br>PO Box 2010<br>New Albany, IN 47151 |
| Chip Miller Trucking<br>PO Box 126<br>c/o Chip Lee Miller<br>St. George, KY 66535 | Arthur Lowhorn<br>Rt 2<br>Albany, KY 42602 | Jerry Bagby<br>5360 Hwy. 1464<br>Greensburg, KY 42743 |
| Milligan Farms<br>651 Grassy Springs Rd.<br>Columbia, KY 42728 | Dennis Neat<br>6198 Burkesville Rd<br>Columbia, KY 42728 | Roger Turner<br>9046 Old Glasgow Rd.<br>Mt. Hermon, KY 42157 |

Columbia Gas Company Of Kentucky
200 Civic Center Dr., 11th Floor
Columbus, OH 43215

Tim Vibbert
444 Jack Brown Rd
Glasgow, KY 42141

Jerry Middletom
1108 W. Ridge
McAlester, OK 74501

J.C. Powell
Box 1389
Lindale, TX 75771

Thompson Brothers
1448 S. Jackson Hwy.
Hardyville, KY 42746

Timmy Slinker
1967 Columbia Rd
Edmonton, KY 42129

Haigh Livestock,LLC
P.O. Box 447
Merrill, OR 97633

Gene Shipman
c/o Kirk Crutcher
Mayfield, Crutcher & Sharpee, LLP
Amarillo, TX 79101

John Cowherd
Attorney At Law,PC
P.O. Box 268
Mount Vernon, MO 65712

Rachael Phelps
3133 Lawson Bottom Rd
Burkesville, KY 42717

Livestock Dispatch Service
Steve Hendershot
P.O. Box 133
La Porte City, IA 50651

Bradbury & York Cattle
PO Box 588
Tatum, TX 75691

Rita Cravens
1525 Dogwalk Rd.
Alpine, TN 38543

Junior Martin
1233 Hollow Rd
Glasgow, KY 42141

Ephriam Wilson
5614 County House Rd
Tompkinsville, KY 42167

Keywood Animal Clinic, LLC
P.O. Box 2195
21492 Vances Mill Rd.
Abingdon, VA 24211

Michael Emberton
1491 Sulphur Lick Rd.
Tompkinsville, KY 42164

Peggy Smith Carey
1321 Brown Road
Park City, KY 42160

Tony F. Setzer
Farm Credit Of Western Ok, PCA
Route 1, Box 39
Colony, OK 73021

Farmers Livestock Marketing
PO Box 87
Carthage, MS 39051

Lenny Asbury
650 Mahogany Lane
Hardyville, KY 42746

Junior Martin
1233 Hollow Rd
Glasgow, KY 42141

Republic Bank and Trust Company
661 South Hurstbourne Parkway
Louisville, KY 40222-5040

J.C. Bar Trucking, Inc.
210 Windy Lane
c/o Charles Graham
Gatesville, TX 76528

L&F Cattle
8365 W. FM 217
c/o Troy Lathan & Joe Foote
Gatesville, TX 76528

David Gordon
1758 Old Temple Hill Rd.
Tompkinsville, KY 42167

Phillip Nathan Acree
175 Donald Hurt Rd.
Summer Shade, KY 42166

Leonard Clifton Smith
1133 Brown Road
Park City, KY 42160

Winona Stockyard-custodial
c/o Bank of Winona
PO Box 231
Winona, MS 38967

Kness Trucking, Inc.
PO Box 463
c/o Judith Kness
Chadwick, IL 61014

Star Kan Inc
P.O. Box 130
Edna, KS 67342

Willard R. Odle
491 Goodluck Beaumont Rd.
Edmonton, KY 42129

Gabriel Moreno Medina
c/o The Law Offices of Stephen H. Nickey
1201 N Mesa Ste B
El Paso TX 79902

Williams Cattle Co.
P.O. Box 447
London, KY 407430447

Jimmy Manion
107 Indie Circle
Glasgow, KY 42141

Dante Zago
8201 Couchville Pk.
Mt. Juliet, TN 37122

Carolyn Bledsoe
1131 Weed Sparksville Rd.
Columbia, KY 42728

Donald R. Alexander
16550 Cainsville Rd.
Lancassas, TN 37085

Coffeyville Livestock Market, LLC
c/o William E. Smith, III
Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN 47150

Michael J. Walro, Trustee for
East West Trucking Co., LLC
426 East Main Street
Madison, IN 47250

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702

CPC Livestock
13196 Holland Road
Fountain Run, KY 42133

CATTLE COUNTRY VIDEO
P.O. BOX 399
TORRINGTON, WY 82240

Torrington Livestock Cattle Company
PO Box 1097
Torrington, WY 82240

Nu Technologiesm Inc.
9203 Valaretta Drive
Gretna, NE 68208

Gary S. Bell
PO Box 122
Edmonton, KY 42129

Kentucky American Water
PO Box 578
Alton, IL 62002-0578

Mid-South Livestock Center, LLC
PO Box 3033
Lebanon, TN 37088

Mid-South Livestock Center, LLC
PO Box 3033
Lebanon, TN 37088

Mid-South Livestock Center, LLC
PO Box 3033
Lebanon, TN 37088

Mid-South Livestock Center, LLC
PO Box 3033
Lebanon, TN 37088

Rex Elmore
1817 Tobacco Rd
Glasgow, KY 42141

Heritage Feeders, LP
c/o Judy Hamilton Morse
Crowe & Dunlevy,P.C.
20 North Broadway, Ste. 1800
Oklahoma City,OK 73102

Rosenbaum Feeder Cattle, LLC
P.O. Box 411
Glade Spring, VA 24340

General Electric Capital Corporation
300 John Carpenter Fwy
Suite 207
Irving, Texas 75062

Matthew White
577 Jamestown Hwy
Livingston, TN 38570

UNITED PARCEL SERVICE
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094

Intrust Bank, NA
c/o Jeffrey E. Ramsey, Esq.
Hopper Blackwell, P.C.
111 Monument Circle, Suite 452
Indianapolis, IN 46204

Joplin Regional Stockyards, Inc.
PO Box 634
Carthage, MO 64836

Glen Franklin
PO Box 703
House NM 88121

Ron P. Reed
PO Box 695
Pawhuska OK 74056

Phillip Taylor Reed
21 Reed Rd.
Foraker, OK 74652

Breeding Bros
9440 Columbia Hwy
Greensburg, KY 42743

B&B Farms
8090 Greensburg Rd.
c/o Keith Breeding
Greensburg, KY 42743

Northwest Alabama Livestock Auction
PO Box 459
Russellville, AL 35653

Moseley Cattle Auction LLC
PO Box 548
Blakely GA 39823

Jerry N. Bagby
5360 Hwy. 1464
Greensburg, KY 42743

Clinton Alton Darnell
480 Blevins Hollow Rd.
Piney Creek, NC 28663

Hirsch Partnership
c/o Lynn D. Hirsch and Steven K. Hirsch
502 Locust Lane
Shelbyville KY 40065-9700

Fredin Brothers, Inc.
P.O. Box 37
Springfield, MN 56087

Grant Gibson
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

Grant Gibson
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

Irsik & Doll Feed Services, Inc.
P.O. Box 847
Cimarron, KS 67835-0847

GP Cattle, LLC
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

Grant Gibson
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

Grant Gibson
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

GP Cattle, LLC
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

Grant Gibson
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

Grant Gibson
c/o Michael W. McClain, Esq.
9720 Park Plaza Avenue
Suite 102
Louisville, KY 40241

Irsik & Doll Feed Services, Inc.
P.O. Box 847
Cimarron, KS 67835-0847

East Tennessee Livestock Center, Inc.
Attn: Jennifer Houston, Treasurer
P.O. Box 326
Sweetwater, TN 37874

Turner County Stockyards, Inc.
Attn: Roy Wiggins, Secretary/Treasurer
1315 US Hwy 41 S
Ashburn, GA 31714

Thoreson Ranch, Inc.
c/o Jerry W. Potocnik
1200 NW South Outer Road
Blue Springs, MO 64015

Peoples Bank of Coldwater Kansas
Attn: Wynn Alexander
101 E. Main Street
Coldwater, KS 67029

Cattlco, LLC
c/o Nolan M. Johnson, Esq.
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, TN 38103

Superior Livestock Auction, Inc.
PO Box 38
Brush, CO 80723

Mr. Louis Cernoch, Jr.
c/o Laura L. Worsham
Jones, Allen & Fuquay, LLP
8828 Greenville Ave.
Dallas, TX 75243

Southeast Livestock Exchange, LLC
Attn: John M. Queen, III, Member Manager
PO Box 1306
Waynesville, NC 28786

Randy Nelson
208 Butler St.
Columbia, KY 42728

Arcadia Stockyard
P.O. Drawer 1418
Arcadia, FL 34265

Okeechobee Livestock Market, Inc.
PO Box 1288
Okeechobee, FL 34973

Cattlemen's Livestock Auction Market, Inc.
3305 US Highway 92 E
Lakeland, FL 33802

Ocala Livestock Market, Inc.
9100 NW Highway 25A
Ocala, FL 3348

Hardee Livestock Market, Inc.
PO Box 1479
Wauchula, FL 33873

Sumter County Farmers Market, Inc.
524 North Market Blvd.
Webster, FL 33597

Oak Lake Cattle Co.
1055 U.S. Highway 98 North
Okeechobee, FL 34973

Eagle Bay, Inc
P.O. Box 1284
Okeechobee, FL 34973

Daniel Martin Byrd
c/o Oak Lake Cattle Co.
1055 U.S. Highway 98 North
Okeechobee, Florida 34973

Ron Sizemore Trucking, Inc.
9871 S.E. 22nd Avenue
Webster, FL 33597

Arcadia Stockyard
P.O. Drawer 1418
Arcadia, FL 34265

Cattlemen's Livestock Auction Market, Inc.
3305 U.S. Highway 92 E.
Lakeland, Florida 33802

Columbia Livestock Market
P.O. Box 354
Lake City, FL 32056

Hardee Livestock Market, Inc.
PO Box 1479
Wauchula, FL 33873

North Florida Livestock Market, Inc.
12171 S. U.S. Highway 441
Lake City, FL 32025

Ocala Livestock Market, Inc.
9100 NW Highway 25A
Ocala, FL 3348

Okeechobee Livestock Market, Inc.
PO Box 1288
Okeechobee, FL 34973

Sumter County Farmers Market, Inc.
524 North Market Blvd.
Webster, FL 33597

Townsend Livestock Market
P.O. Box 577
Madison, FL 32341

Eddie Eicke
11888 CR 1202
Snyder, TX 79549

Eicke Ranch II
11888 Co. Rd 1202
Snyder, Texas 79549

TOM SVOBODA
3065 AA AVE
HERINGTON, KS 67449

Bynum Ranch Company c/o Tommy Bynum
P. O. Box 104
Sterling City, Texas 76951

BBL Cattle
Box 39
Blackwell, TX 79506

Bill Davis
726 W. FM 2335
Christoval, Texas 76935

Davis Quarter Horse c/o Bill Davis
7726 W. FM 2335
Christoval, Texas 76935

Johnny Mayo, Jr.
P. O. Box 317
Eldorado, Texas 76936

Bobby & Debby Bynum
P. O. Box 43
Rankin, Texas 79778

Frank Powell
700 W. Denger
Midland, Texas 79705

Charles Graham
PO Box 775
Gatesville, TX 76528

Walter Hills
3377 FM 1226 N.
Anson, Texas 79501

Dick Wallace
8045 FM 182
Gatesville, TX 76528

Gary Tate
6510 West Lake Rd.
Abilene, TX 79601

FPC Financial, f.s.b
Robert Allen, c/o John Deere Credit
23176 Network Place
Chicago, IL 60673-1231

Deere & Company
Robert Allen, c/o John Deere Credit
23176 Network Place
Chicago, IL 60673-1231

Blue Grass South Livestock Market
PO Box 438
277 Cordier Lane
Stanford, KY 40484

Blue Grass Stockyards of Richmond
348 K Street
Richmond, KY 40475

Bluegrass Maysville Stockyard, LLC
7124 AA Highway East
Maysville, KY 41056

Bluegrass Stockyards, LLC
Attn: Jim Akers, COO
P. O. Box 1023
Lexington, KY 40588

Bluegrass Stockyards East, LLC
PO Box 765
Mt. Sterling, KY 40353

Bluegrass Stockyards of Campbellsville
PO Box 509
Campbellsville, KY 42719

Kathryn L. Pry, Chapter 7 Trustee
c/o Meredith R. Thomas
9100 Keystone Crossing, Suite 400
Indianapolis, IN 46240

Vermilion Ranch Corporation d/b/a
Northern Livestock
2433 North Frontage Road
Billings, MT 59101

WEBORG FEEDING CO.,LLC
1737 V ROAD
PENDER, NE 68047

Arcadia Stockyard
P.O. Drawer 1418
Arcadia, FL 34265

Cattlemen's Livestock Auction Market
3305 U.S. Highway 92 E.
Lakeland, Florida 33802

Columbia Livestock Market
P.O. Box 354
Lake City, FL 32056

Hardee Livestock Market, Inc.
PO Box 1479
Wauchula, FL 33873

Ocala Livestock Market, Inc.
9100 NW Highway 25A
Ocala, FL 3348

Okeechobee Livestock Market, Inc.
PO Box 1288
Okeechobee, FL 34973

Anna Gayle Gibson
534 Justice Ln
Providence KY 42450

Sumter County Farmers Market, Inc.
524 North Market Blvd.
Webster, FL 33597

Townsend Livestock Market
P.O. Box 577
Madison, FL 32341

Townsend Livestock Market
P.O. Box 577
Madison, FL 32341

Crumpler Brothers
4925 Friberg Church Rd.
Wichita Falls, TX 76305

Crumpler Brothers
4925 Friberg Church Rd.
Wichita Falls, TX 76305

Gibson Farms LLC
c/o Anna Gayle Gibson
534 Justice Ln
Providence KY 42450

J&F Oklahoma Holdings, Inc.
c/o David LeBas, Attorney
8310 Capital of Texas Hwy., North,
Suite
Austin, Texas 78731

Mark Freeman, III
c/o Guy Clark, Esq.
PO Box 1669
Ponca City, OK 74602

Dollar K Cattle
PO Box 125
Elmore City, OK 73433

Dollar K Cattle
PO Box 125
Elmore City, OK 73433

James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, IN 46204

J & L Farms, LLC
Attention John Kopf
41 South High Street, 17th Floor
Columbus, Ohio 43215

SOLM, INC.
P.O. BOX 939
APACHE, OK 73006

SOLM, INC.
P.O. BOX 939
APACHE, OK 73006

Cactus Growers, Inc.
c/o John H. Lovell
Lovell, Lovell, Newsom & Isern, LLP
112 W. 8th Ave., Suite 1000
Amarillo, Texas 79101