# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11        **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 11, 2011 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### *Matters:*

1) Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Greenebaum Doll & McDonald PLLC in the amount of $77,841.76 filed by C. R. Bowles Jr on behalf of Other Professional Greenebaum Doll & McDonald PLLC [413]  with an Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [483]  and a Response  in Opposition to Objection filed by C. R. Bowles Jr on behalf of Other Professional Greenebaum Doll & McDonald PLLC   [487]
   **R / M #:**   0 / 0

3) Continued Final Hearing Re:    Corrected Motion to Abandon, Corrected Motion for Relief from Stay (Refusal to Waive Time Requirement filed previously) (receipt # 15020992) filed by Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County  [317]  with an Objection to Corrected Motion to Abandon, Corrected Motion for Relief from Stay filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [334]   and

   Response in Support of Objection by Trustee J. Knauer filed by Meredith R. Thomas on behalf of Other Professional Kathryn Pry   [337]
   Supplemental Objection to Corrected Motion to Abandon, Corrected Motion for Relief from Stay filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [454]
   **R / M #:**   0 / 0

2) Hearing Re:   Motion to Extend Time to File the Gibson Trustee's Purchase Money Claims [extension of May 2, 2011, bar date] filed by Meredith R. Thomas on behalf of Other Professional Kathryn Pry  [473]
   **R / M #:**   0 / 0

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11        WEDNESDAY, MAY 11, 2011 10:00 AM

In Court Appearances:
JOHN AMES/CHIP BOWLES - ATTORNEYS FOR SUPERIOR LIVESTOCK
BOB STANLEY/KEVIN TONER - ATTORNEY FOR TRUSTEE, JAMES KNAUER
JIM KNAUER - TRUSTEE (Eastern Livestock)
LISA BRYANT - ATTORNEY FOR PEOPLES BANK & TRUST CO.
EDWARD M. KING, ATTORNEY FOR FIFTH THIRD BANK
MARK ROBINSON - LOCAL COUNSELFOR J & F OKLAHOMA, FRIONA and CACTUS GROWERS
ANDREW STOSBERG - ATTORNEY FOR M. DOWNS

Phone Appearances:
DEBORAH CARUSO, ATTORNEY FOR KATHRYN L PRY
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
BRET S. CLEMENT, ATTORNEY FOR THE FIRST BANK AND TRUST COMPANY
LAURA DAY DELCOTTO, ATTORNEY FOR AGRICULTURAL CASUALTY & INDEMNITY, LTD, BLUE GRASS AGRICULTURAL DEVELOPMENT EAST, BLUE GRASS AGRICULTURAL DEVELOPMENT, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, BLUEGRASS-MAYSVILLE STOCKYARDS, LLC, CATTLE GROUP, LLC, MARKET MANAGEMENT SERVICES, LLC
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS FEEDERS FINANCE, LLC, CACTUS GROWERS, INC., CACTUS OPERATING, LLC
DANIEL J. DONNELLON, ATTORNEY FOR THE FIRST BANK AND TRUST COMPANY
SARAH PANZINI - ATTORNEY FOR INTRUST
JOHN ROGERS - ATTORNEY FOR SUPERIOR LIVESTOCK
TERRY HALL - ATTORNEY FOR TRUSTEE, KNAUER
BRYAN JOHNSTON -ATTORNEY FOR EDDIE EICKE
S. HEGI - ATTORNEY FOR BILL MARENO
JESSICA YATES - ATTORNEY FOR CPC LIVESTOCK
JOHN MASSOUGH - ATTORNEY FOR FRIONA INDUSTRIES
D. LEBAS - ATTORNEY FOR J & F OKLAHOMA

## *Proceedings:*

\*Disposition:  Hearing held.    (1)  Application Granted.  Order to be submitted by Bowles.   Order to include agreement language with the Trustee for payment to Greenbaum, Doll & McDonald.

(2)  No objections filed.   Motion Granted.  Order to be entered.

(3)  Parties to discuss possible settlement.  If settled, Agreed Entry to be submitted.  If no settlement, matter to be rescheduled for 6/24/11 @ 10:00 a.m. (Eastern).   Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**