UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | ) CHAPTER 11 |
| | ) |
| Debtor | ) CASE NO. 10-93904-BHL-11 |
| | ) |

### ENTRY OF APPEARANCE

Comes now James E. McGhee, III of Seiller Waterman LLC, Attorneys, and enters his appearance on behalf of Vermilion Ranch Corporation, a creditor herein, and requests that all further pleadings and notices be sent to the undersigned at the address indicated below.

Respectfully submitted,

/s/ James E. McGhee, III
JAMES E. MCGHEE, III
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: mcghee@derbycitylaw.com
Attorneys for Vermilion Ranch Corporation

### CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2011, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee, and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ James E. McGhee, III
JAMES E. MCGHEE, III

G:\doc\JEM\VERMILION RANCH CORPORATION\Pldgs\APPEAR.wpd