## U.S. Trustee Basic Monthly Operating Report

Case Name: Eastern Livestock Co., LLC   Date Filed: May 12, 2011

Case Number: 10-93904, Southern District of Indiana   SIC Code: 5154

Month (or portion) covered by this report: March, 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_/s/ James Knauer, Trustee_   5/12/11
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY   DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

QUESTIONNAIRE:

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | | ✓ |
| 2. | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 5. | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 6. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7. | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8. | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 12. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |

## U.S. Trustee Basic Monthly Operating Report

Case Name: Eastern Livestock Co., LLC   Date Filed: May 12, 2011

Case Number: 10-93904, Southern District of Indiana   SIC Code: 5154

Month (or portion) covered by this report: March, 2011

|  | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ |  |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? |  | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? |  | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ |  |

### TAXES

| | YES | NO |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? |  | ✓ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**   $3,138,899

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES**   $49,973

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH**   $3,088,926

## U.S. Trustee Basic Monthly Operating Report

| | |
|---|---|
| **Case Name:** Eastern Livestock Co., LLC | **Date Filed:** May 12, 2011 |
| **Case Number:** 10-93904, Southern District of Indiana | **SIC Code:** 5154 |

**Month (or portion) covered by this report:** March, 2011

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $24,885,521

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 5 |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $218,272 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $218,272 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $489,724 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $1,710,657 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 489,724 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $1,710,657 |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** May 12, 2011

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** March, 2011

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## NOT APPLICABLE

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

**Eastern Livestock Co., LLC**
Bankruptcy Case #10-93904
March, 2011 Monthly Operating Report
For the Period March 1, 2011 - March 31, 2011
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---:|
| 03/09/11 | | | Producers Livestock Marketing | | Patronage dividend | 18.12 |
| 03/11/11 | Checking | | Tri-County Electric | | Refund | 348.21 |
| 03/15/11 | Checking | | Abiline Texas Foods | | Payment on Note Receivable | 3,010.42 |
| 03/15/11 | Checking | | Ceridian Cobra Services | | COBRA Health insurance payments | 6,488.36 |
| 03/28/11 | Checking | | Concho Valley Corrections Dept | | Restitution | 89.35 |
| 03/28/11 | Checking | | Wellpoint | | Dividend | 125.00 |
| 03/31/11 | Checking | | Complete Claim Solutions, LLC | | Class action settlement distribution | 11.52 |
| | Sub-Total; Receipts - Checking | | | | | 10,090.98 |
| | | | | | | |
| 02/28/11 | | | Keith Varner | | | 277,640.19 |
| 03/04/11 | | | Ranchland Livestock | | | 17,983.88 |
| 03/04/11 | | | Thornberry Brothers | | | 63,484.08 |
| 03/04/11 | | | Harry Shelton Livestock | | | 73,292.18 |
| 03/04/11 | | | E4 Cattle | | | 8,747.00 |
| 03/04/11 | | | Ecco 1, LLC | | | 212,128.43 |
| 03/01/11 | | | Nick Fowler | Kuenning & Son | | 171,576.30 |
| 03/01/11 | | | Dinklage Feed Yard | Cattle sale | | 156,191.36 |
| 03/07/11 | | | Transfer from Fifth Third | BACA | | 331,752.03 |
| 03/09/11 | | | Pawnee Valley Feed Yard | Winter Livestock | | 55,145.38 |
| 03/09/11 | | | La Junta Livestock Comm. | High Plains Feeders | | 39,059.63 |
| 03/09/11 | | | Lueken Dairy Farm | | | 83,284.20 |
| 03/10/11 | | | AG Partners | | | 51,779.05 |
| 03/11/11 | | | Doug Sunderman | | | 107,977.54 |
| 03/11/11 | | | Doug Sunderman | | | 131,347.39 |
| 03/11/11 | | | Doug Sunderman | | | 55,051.70 |
| 03/11/11 | | | Doug Sunderman | | | 58,374.53 |
| 03/11/11 | | | Doug Sunderman | | | 168,283.51 |
| 03/11/11 | | | Doug Sunderman | | | 107,660.36 |
| 03/15/11 | | | Donica Livestock | | Kent Donica | 47,356.50 |
| 03/15/11 | | | CA Cattle Company | | Mason County Feed Yard | 50,582.62 |
| 03/25/11 | | | Mark Hohenberger | | | 42,289.76 |
| 03/25/11 | | | Baca County Feed Yard | | | 693,094.23 |
| 03/29/11 | | | Mark Hohenberger | | | 24,325.93 |
| 03/31/11 | | | Kirkland AG Credit, Inc. | | Kirkland Feedyard | 5,588.40 |
| 03/31/11 | | | Paula J. Holloway | | Bart Houser | 452.71 |
| 03/31/11 | | | Paco Feed Yard | | | 42,104.00 |
| 03/31/11 | | | Dean Cluck Feedyard | | | 52,254.85 |
| | Sub-Total; Receipts - Escrow | | | | | 3,128,807.74 |
| | | | | | | |
| | **Total Cash Receipts** | | | | | 3,138,898.72 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
March, 2011 Monthly Operating Report
For the Period March 1, 2011 - March 31, 2011
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 3/2/2011 | Checking | EFT | ADP | Payroll fees | Fees | (300.00) |
| 3/2/2011 | Checking | EFT | ADP | Payroll fees | Fees | (184.35) |
| 3/2/2011 | Checking | EFT | ADP | Payroll fees | Fees | (183.95) |
| 3/2/2011 | Checking | EFT | ADP | Payroll fees | Fees | (141.55) |
| 3/2/2011 | Checking | EFT | ADP | Payroll fees | Fees | (139.55) |
| 3/4/2011 | Checking | EFT | ADP | w/e 3/4/11 | Fees | (139.55) |
| 3/8/2011 | Checking | EFT | ADP | w/e 3/4/11 | Salaries and wages | (10,678.01) |
| 3/8/2011 | Checking | EFT | Chase | | Bank Charge | (30.00) |
| 3/10/2011 | Checking | | 1044 Humana | 925293850 | Insurance | (13,027.92) |
| 3/10/2011 | Checking | | 1045 Data Copy | scanner and printing | Office expense | (129.50) |
| 3/10/2011 | Checking | | 1046 Industrial Disposal | 304758-1168077 | Utilities | (171.05) |
| 3/10/2011 | Checking | | 1047 AT&T | | Utilities:Telephone | (1,522.24) |
| 3/10/2011 | Checking | | 1048 IPM | Insect control | Office expense | (150.00) |
| 3/14/2011 | Checking | | 1051 Vectrin | Deposit | Utilities | (1,242.19) |
| 3/14/2011 | Checking | EFT | ADP | w/e 2/28/11 | Fees | (163.95) |
| 3/16/2011 | Checking | EFT | ADP | w/e 2/28/11 | Fees | (195.95) |
| 3/22/2011 | Checking | EFT | ADP | w/e 3/4/11 | Salaries and wages | (11,263.67) |
| 3/22/2011 | Checking | EFT | Chase | | Bank Charge | (30.00) |
| 3/24/2011 | Checking | | 1052 Mountain Valley | | Office expense | (25.85) |
| 3/24/2011 | Checking | | 1053 Duke Energy | | Utilities:Gas & Electric | (497.68) |
| 3/24/2011 | Checking | | 1054 Duke Energy | | Utilities:Gas & Electric | (12.72) |
| 3/24/2011 | Checking | | 1055 Humana | 925293850 | Insurance | (6,441.42) |
| 3/24/2011 | Checking | | 1056 New Albany Municipal Utilities | | Utilities | (26.04) |
| 3/24/2011 | Checking | | 1057 New Albany Municipal Utilities | | Utilities | (37.14) |
| 3/28/2011 | Checking | | 1058 Teena Moore | | Housekeeping | (573.48) |
| 3/28/2011 | Checking | | 1059 Viewtrack | Comp. programming services # 3826 & 371 | Information Technologies | (2,925.00) |
| 3/30/2011 | Checking | ADJ | Chase Bank | | Reversal of Bank Charges | 260.00 |
| | Total Cash Disbursements | | | | | (49,972.74) |

Cash Flow - Positive/(Negative)                                                3,088,925.98

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904,**
**Southern District of Indiana**
**Monthly Operating Report for March, 2011**
**March 1, 2011 – March 31, 2011**
**Comments/Disclaimer**

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of March, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| J T NUCKOLS | $ 355,605 |
| AG Partners | - |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| Andy Lolly | 36,086 |
| ARROWHEAD CATTLE CO | 216,170 |
| ATKINSON LIVESTOCK MARK | 1,689,919 |
| ATKINSON LIVESTOCK MKT. | 887,961 |
| BACA COUNTY FEED YARD | - |
| BAR K CATTLE | |
| Bart Houser | - |
| BEEF MARKETING GROUP CO | 633,210 |
| BELLAR FEEDLOTS, INC. | 106,474 |
| Ben Delworth | 1,913 |
| BEN RHODES | 42,104 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 293,066 |
| BILL COURTER | 164,321 |
| BILL EBERLE | 273,202 |
| BLUE GRASS SOUTH | 4,556 |
| BLUE GRASS STOCKYARDS C | 2,545 |
| BOB FOOTE | 1,009,826 |
| BRANDON MAGGARD | 21,440 |
| BRYAN GORDER | 52,284 |
| BRYAN MOSIER | |
| BUD HEINE | 170,066 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 433,843 |
| CACTUS FEEDERS, INC. | 725,923 |
| CATTLCO | 107,362 |
| CATTLE EMPIRE | 11,071 |
| CHAD BAKER | 56,200 |
| Chad Houck | 23,526 |

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of March, 2011  

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| CIMARRON FEEDERS, INC. | 270,246 |
| CIRCLE 3 FEEDYARD | 49,430 |
| COLTON DOWNEY | 471 |
| COREY KAY | 133,575 |
| CPC LIVESTOCK | 10,470 |
| Dave Wingo | 53,321 |
| DAVID PETERSON | 112,906 |
| Dean Cluck Cattle | - |
| DeMaio Farm | 170,519 |
| DEMAIO FARM & RANCH | 59,836 |
| DENNIS SPRESSOR | 94,836 |
| DIAMOND CATTLE FEEDERS | 8,442 |
| DIMMITT FEEDYARD, L.L.C | 53,359 |
| DON STALLLAUMER | 10,045 |
| DOUGLAS D. SUNDERMAN | - |
| DR DANIELS III | 34,373 |
| Dr. James Boyer | 7,548 |
| DS FARMS | 8,360 |
| Dudley Waldrop | 6,667 |
| DUSTY SPRESSOR | 23,968 |
| DWAYNE LOY | 15,164 |
| E 4 CATTLE CO | 46,652 |
| E4 Cattle Co. | 160,768 |
| ECCO 1,  LLC | - |
| ECCO I LLC | - |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 2,353,516 |
| ERIC DOLL | 7,143 |
| FAITH CATTLE CO. | 123,480 |
| FELLER & COMPANY | - |
| FIVE RIVERS CATTLE FEED | 1,428,423 |
| FIVE RIVERS CATTLE FEED (KUNNER) | 327,015 |
| FRANCIS J. MADISON | 60,087 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 1,107,053 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of March, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| FRONTERA FEEDYARD | 51,066 |
| FRONTIER FEEDERS | 302,966 |
| GANADO, INC | 228,027 |
| GARY LAIB | 104,917 |
| GARY ROBINSON | - |
| GARY SEALS | 199,756 |
| GLENN FRANKLIN | 125,602 |
| Glover Farms | 414,614 |
| HARLAN FEEDERS, INC. | - |
| HARRY SHELTON | 2,363 |
| HENRY C HITCH FEEDLOT,I | 8,747 |
| HERITAGE FEEDERS | 126,414 |
| HIGH PLAINS FEEDLOT | - |
| HOHENBERGER CATTLE | 502,357 |
| J & S FEEDLOTS INC. | 59,613 |
| J Bar H Cattle | 83,807 |
| JACOB LARSON | 14,548 |
| Jake Johns | 900 |
| JAMES ED EDENS & LEE ED | 57,274 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEREMY COFFEY | 6,531 |
| JF CATTLE | 153,318 |
| JIM ROY WELLS CATTLE | 1,513 |
| JVCO, LLC | 62,765 |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 524,001 |
| KEVIN SMITH | 156,315 |
| KIRKLAND FEEDYARDS INC. | 44,222 |
| KUENNING & SON | - |
| LARRY OGLE | 64,890 |
| LEN MILLER | 421 |
| LEROY SAYLOR | 137,026 |
| LUEKEN DAIRY FARM INC | - |
| MAMOT FEEDYARD TK. INC. | 27,964 |

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of March, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| MARK FREEMAN | 101,610 |
| MARK FREEMAN | 58,496 |
| MARK FREEMAN IV | 104,913 |
| MASON COUNTY FEEDYARD | - |
| MATT JUNNEMAN | 44,922 |
| MATTHEW CATES | 153,150 |
| MELVIN MOTT | 40,062 |
| MID-AMERICA FEEDERS LLC | 28,068 |
| MIKE MASSEY | 935,652 |
| MORRIS STOCK FARM | 25,294 |
| MULL FARMS & FEEDING | 122,753 |
| NU-TECHNOLOGIES | 252,371 |
| OAKLAKE CATTLE COMPANY | 131,371 |
| P&R Livestock | 499,124 |
| PACO FEED YARDS INC. | 75,087 |
| PENNER CATTLE | 16,372 |
| PENNER FEEDYARD | 42,002 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| Ralph Hoodenpyle | 236,897 |
| RANCHLAND LIVESTOCK | 17,220 |
| Richland livestock | 31,519 |
| RITTER FEEDYARD | 29,228 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| ROYAL BEEF | 181,887 |
| RUSH CREEK RANCH | 159,519 |
| RUSSELL GARWOOD | 74,173 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE | 18,789 |
| SAUNDERS, BUCHER, BARBE | 8,789 |
| SCHALLER BROTHERS | 14,033 |
| SEALY AND SON | 4,330 |
| Shane Stierwald | 3,501 |
| SOUTHEAST KANSAS SY | 47,580 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of March, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| CUSTOMER | BALANCE |
|---|---:|
| SOUTHEAST LIVESTOCK EXC | 633 |
| STANLEY BROUGHTON | 322 |
| STEVE FLETCHER | 115,813 |
| STEVE KRAJICEK | 325,824 |
| STIERWALT RANCH | 294,278 |
| SUPREME CATTLE FEEDERS | 479,377 |
| THORESON ENTERPRISES | 50,710 |
| Tim Cook | 740 |
| TODD ROSENBAUM | 207,216 |
| TOM HERRMANN | 23,027 |
| TOM SVOBODA | 48,882 |
| TOMMY BEREND | 17,982 |
| TRAVIS DICKE | 163,206 |
| TRIANGLE CALF GROWERS (Ed Edens) | 293,816 |
| WEBORG FEEDING CO.,LLC | 144,189 |
| WEST KENTUCKY LIVESTOCK | 44,671 |
| WILLIE DOWNS LIVESTOCK, | 6,428 |
| WINTER LIVESTOCK | - |
| XIT FEEDERS | 111,619 |
| YOGI COPHER | 2,485 |
| Total Receivables at 3/31/11 | $ 24,885,521 |

Note that the receivables balance is subject to change as accounts are reconciled and/or researched.

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account:
For the Period 3/1/11 to 3/31/11

00001048 DPB 034 161 09111 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic (OPERATING)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 896,508.03 |
| Deposits & Credits | 15 | 220,620.58 |
| Checks Paid | 15 | (24,873.84) |
| Payments & Transfers | 11 | (233,678.25) |
| Fees, Charges & Other Withdrawals | 2 | (60.00) |
| Ending Balance | 43 | $858,516.52 |

J.P.Morgan


RECEIVED APR -5 2011

Page 1 of 6

# J.P. Morgan

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account:
For the Period 3/1/11 to 3/31/11

## Deposits & Credits

| Date | Description | Amount |
|---|---|---:|
| 03/09 | Deposit | 171,576.30 |
| 03/14 | Deposit | 39,059.63 |
| 03/15 | Deposit   860202026 | 9,498.78 |
| 03/28 | Deposit   860202027 | 214.35 |
| 03/30 | Miscellaneous Fee Reversal | 30.00 |
| 03/30 | Miscellaneous Fee Reversal | 30.00 |
| 03/30 | Miscellaneous Fee Reversal | 30.00 |
| 03/30 | Miscellaneous Fee Reversal | 30.00 |
| 03/30 | Miscellaneous Fee Reversal | 30.00 |
| 03/30 | Miscellaneous Fee Reversal | 25.00 |
| 03/30 | Miscellaneous Fee Reversal | 25.00 |
| 03/30 | Miscellaneous Fee Reversal | 25.00 |
| 03/30 | Miscellaneous Fee Reversal | 25.00 |
| 03/30 | Service Fee Reversal | 10.00 |
| 03/31 | Deposit   829709154 | 11.52 |
| **Total Deposits & Credits** | | **$220,620.58** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 1035 | 03/17 | 600.00 | 1045 | 03/22 | 129.50 | 1052 | 03/30 | 25.85 |
| 1039 | 03/01 | 14.21 | 1046 | 03/18 | 171.05 | 1055 | 03/31 | 6,441.42 |
| 1040 | 03/01 | 362.80 | 1047 | 03/18 | 1,522.24 | 1056 | 03/30 | 26.04 |
| 1041 | 03/01 | 550.00 | 1048 | 03/28 | 150.00 | 1057 | 03/30 | 37.14 |
| 1044 | 03/18 | 13,027.92 | 1051 | 03/18 | 1,242.19 | 1058 | 03/30 | 573.48 |
| **Total Checks Paid** | | | | | | | | **($24,873.84)** |

**J.P. Morgan**

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account:
For the Period 3/1/11 to 3/31/11

## Checks Paid CONTINUED

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|

You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 03/02 | ADP Payroll Fees ADP - Fees 10Gx2   3825516 CCD ID: 9659605001 | 300.00 |
| 03/02 | ADP Payroll Fees ADP - Fees 10Gx2   3825514 CCD ID: 9659605001 | 184.35 |
| 03/02 | ADP Payroll Fees ADP - Fees 10Gx2   3009844 CCD ID: 9659605001 | 183.95 |
| 03/02 | ADP Payroll Fees ADP - Fees 10Gx2   3825513 CCD ID: 9659605001 | 141.55 |
| 03/02 | ADP Payroll Fees ADP - Fees 10Gx2   3825515 CCD ID: 9659605001 | 139.55 |
| 03/04 | ADP Payroll Fees ADP - Fees 10Gx2   3601957 CCD ID: 9659605001 | 139.55 |
| 03/08 | 03/08 Fedwire Debit Via: Dbtco Americas Nyc/021001033 A/C: For ADP Ref: Eastern Livestock Payroll Transfer Imad: 0308B1Qgc06C005362 Trn: 0224900067Fe | 10,678.01 |
| 03/16 | ADP Payroll Fees ADP - Fees 10Gx2   4360528 CCD ID: 9659605001 | 195.95 |
| 03/18 | ADP Payroll Fees ADP - Fees 10Gx2   4167380 CCD ID: 9659605001 | 163.95 |
| 03/22 | 03/22 Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: ADP San Dimas, CA 91773 Ref: Eastern Livestock Payroll Transfer Ssn: 0351082 Trn: 0209300081Fe | 11,263.67 |
| 03/24 | 03/24 Online Transfer To  Chk Xxxxx9419 Transaction#: 2029839291 | 210,287.72 |
| **Total Payments & Transfers** | | **($233,678.25)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 03/08 | Outgoing Domestic Wire Fee | 30.00 |
| 03/22 | Outgoing Domestic Wire Fee | 30.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($60.00)** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

**J.P. Morgan**

*J.P.Morgan*

000000922019401
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account:
For the Period 3/1/11 to 3/31/11

## Daily Ending Balance

| Date  | Amount      | Date  | Amount       | Date  | Amount       |
|-------|-------------|-------|--------------|-------|--------------|
| 03/01 | 895,581.02  | 03/14 | 1,094,419.99 | 03/22 | 1,075,572.30 |
| 03/02 | 894,631.62  | 03/15 | 1,103,918.77 | 03/24 | 865,284.58   |
| 03/04 | 894,492.07  | 03/16 | 1,103,722.82 | 03/28 | 865,348.93   |
| 03/08 | 883,784.06  | 03/17 | 1,103,122.82 | 03/30 | 864,946.42   |
| 03/09 | 1,055,360.36| 03/18 | 1,086,995.47 | 03/31 | 858,516.52   |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 25 |
| Deposits / Credits | 5 |
| Deposited Items | 7 |
| Transaction Total | 37 |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| Total Service Fees | $0.00 |

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account:**
For the Period 3/1/11 to 3/31/11

00001049 DPB 034 161 09111 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

## Chase BusinessClassic  (ESCROW)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 4,123,263.90 |
| Deposits & Credits | 18 | 3,287,275.94 |
| Fees, Charges & Other Withdrawals | 7 | (210,704.93) |
| Ending Balance | 25 | $7,199,834.91 |


RECEIVED APR -5 2011

J.P.Morgan

Page 1 of 6

# JPMorgan

000000220194419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account:
For the Period 3/1/11 to 3/31/11

Page 2 of 6

## Deposits & Credits

| Date | Description | | Amount |
|---|---|---|---|
| 03/01 | Deposit | 860202020 | 605,407.85 |
| 03/04 | Deposit | 860202021 | 375,635.57 |
| 03/07 | Fed Wire Credit Via: Fifth Third Bank/042000314 B/O: Eastern Livestock CO Llc New Albany IN 47150 Ref: Chase NyC/Ctr/Bnf=Eastern Livestock CO Llc James A Knauer, IN 46204-5106/Ac-000000009220 Rfb=Cm/001 I2108140 Obi=Ref. Trustee For Imad: 0307D2B74A1C001438 Tm: 2019409066FI | | 331,752.03 |
| 03/07 | Deposit | 860202022 | 177,507.33 |
| 03/11 | Deposit | 860202024 | 628,695.03 |
| 03/11 | Deposit | 860202023 | 52,127.26 |
| 03/14 | Service Fee Reversal | | 12.00 |
| 03/14 | Service Fee Reversal | | 12.00 |
| 03/15 | Deposit | 860202025 | 97,939.12 |
| 03/24 | Online Transfer From Chk Xxxxx9401 Transaction#: 2029839291 | | 210,287.72 |
| 03/25 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Mark Hohenberger Stephenville TX 76401-1656 Ref: Chase NyC/Ctr/Bnf=Eastern Livestock CO Llc Indianapolis IN 46204-5106/Ac-000000009220 Rfb=0000000054 Obi=For Eastern Livestock CO, Inc.Imad: 0325l1B7031R017618 Tm: 3378309084FI | | 42,289.76 |
| 03/25 | Deposit | | 693,094.23 |
| 03/29 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Mark Hohenberger Stephenville TX 76401-1656 Ref: Chase NyC/Ctr/Bnf=Eastern Livestock CO Llc Indianapolis IN 46204-5106/Ac-000000009220 Rfb=0000000056 Obi=For Eastern Livestock CO, Inc.Imad: 0329l1B7031R01035 Tm: 2217609088FI | | 24,325.93 |
| 03/30 | Miscellaneous Fee Reversal | | 15.00 |
| 03/30 | Miscellaneous Fee Reversal | | 15.00 |
| 03/30 | Miscellaneous Fee Reversal | | 15.00 |
| 03/31 | Deposit | 860202026 | 42,104.00 |
| 03/31 | Deposit | 829709153 | 6,041.11 |
| **Total Deposits & Credits** | | | **$3,287,275.94** |

*J.P. Morgan*

000000922019419
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account:
For the Period 3/1/11 to 3/31/11

## Fees, Charges & Other Withdrawals

| Date | Description | | Amount |
|---|---|---|---:|
| 03/04 | Deposited Item Returned    Endorse Missing099011831<br>Dep Amt000000060540785Dep Date030111Ck Amt0017157630 | # of Items00001Ck#:0000002760<br>Svc Fee001200 | 171,576.30 |
| 03/04 | Deposit Item Returned Fee: 01 Endorse Missing099011831<br>Dep Amt000000060540785Dep Date030111Ck Amt0017157630 | # of Items00001Ck#:0000002760<br>Svc Fee001200 | 12.00 |
| 03/07 | Incoming Domestic Wire Fee | | 15.00 |
| 03/10 | Deposited Item Returned    Endorse Irreg  099009506<br>Dep Amt000000017750733Dep Date030711Ck Amt0003905963 | # of Items00001Ck#:0000035342<br>Svc Fee001200 | 39,059.63 |
| 03/10 | Deposit Item Returned Fee: 01 Endorse Irreg  099009506<br>Dep Amt000000017750733Dep Date030711Ck Amt0003905963 | # of Items00001Ck#:0000035342<br>Svc Fee001200 | 12.00 |
| 03/25 | Incoming Domestic Wire Fee | | 15.00 |
| 03/29 | Incoming Domestic Wire Fee | | 15.00 |
| **Total Fees, Charges & Other Withdrawals** | | | **($210,704.93)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 03/01 | 4,728,671.75 | 03/11 | 6,083,714.04 | 03/25 | 7,127,333.87 |
| 03/04 | 4,932,719.02 | 03/14 | 6,083,738.04 | 03/29 | 7,151,644.80 |
| 03/07 | 5,441,963.38 | 03/15 | 6,181,677.16 | 03/30 | 7,151,689.80 |
| 03/10 | 5,402,891.75 | 03/24 | 6,391,964.88 | 03/31 | 7,199,834.91 |

**J.P.Morgan**