**SO ORDERED: May 12, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR EXTENTION OF MAY 2, 2011 BAR
DATE FOR FILING OF THE GIBSON TRUSTEE'S PURCHASE MONEY CLAIMS**

Kathryn L. Pry, chapter 7 trustee of the bankruptcy estate of Thomas P. Gibson and Patsy M. Gibson (the "Gibson Bankruptcy Estate"), Case No. 10-93867-BHL-7A (the "Gibson Trustee"), by counsel, having filed her *Motion for Extension of May 2, 2011 Bar Date for Filing of the Gibson Trustee's Purchase Money Claims* (the "Motion"), and the Court being duly advised in the premises finds that the Motion should be granted. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Gibson Trustee be, and hereby is, granted an extension of time of ninety (90) days, to and including August 1, 2011, to file Purchase Money Claims on behalf of the Gibson Bankruptcy Estate and the deadline

previously fixed in this Court's Order of January 24, 2011, is hereby extended as to the Gibson Trustee.

###