## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 5/13/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 3

**Recipients of Notice of Electronic Filing:**
aty   C. R. Bowles, Jr   crb@gdm.com
aty   Meredith R. Thomas   mthomas@daleeke.com
aty   Terry E. Hall   terry.hall@bakerd.com

TOTAL: 3