Exhibit A

## CONTRACT FOR DEED

THIS CONTRACT FOR DEED ("Contract") made this 1 day of April, 2010, as follows:

1. **Sale.** For and in consideration of the premises hereinafter set out, Estate of Darrell Moore (West Star Farms, Inc.), hereinafter called the Seller, agrees to sell, and Eastern Livestock Company, LLC (2/3) and Chad Schuchmann (1/3), hereinafter called the Buyers, agree to buy, the following described unimproved real estate, situated in the County of Greene, State of Missouri, more particularly described as follows:

> A tract of land located in the NE 1/4 of the NE 1/4 and the NW 1/4 of the NE 1/4 of Section 20, Township 29 North, Range 24 West, Greene County, Missouri, described as follows: Beginning at the NE corner of said NE 1/4 of the NE 1/4 of Section 20; thence along East line of said NE 1/4, S 01 degrees 44'02" W, 1330.99 feet to the SE corner of said NE 1/4 of the NE 1/4; thence N 89 degrees 56'58" W, 2284.18 feet along the South line of said NE 1/4 of the NE 1/4 and said NW 1/4 of the NE 1/4; thence N 01 degrees 52'28" E, 1327.14 feet to the North line of said NW 1/4 of the NE 1/4 and said NE 1/4 of the NE 1/4; thence N 89 degrees 57'04" E, 2261.02 feet to the point of beginning. Subject to all easement and restrictions of record.

2. **Purchase Price.** The Buyers agree to pay therefore the sum of $302,766.37 as follows: $40,363.44 on the signing of this Contract, the receipt of which is hereby acknowledged; and $20,181.72 on a semi-annual basis beginning March 1, 2010, and on the same scheduled date semi-annually thereafter, together with interest on the principal remaining unpaid on said day at the rate of four percent (4%) per annum, until the entire purchase price is paid, regardless of loss, destruction or damage to any of the improvements thereon. The Buyers shall have the right to pay larger installments and to pay the whole or any part of the balance remaining unpaid on this Contract ahead at any time before the same becomes due and payable. Any payments not paid when due shall bear interest until paid at seven (7%) per annum.

3. **Taxes, Assessments, Insurance.** The Buyers shall pay all taxes and assessments which may be hereafter imposed on said premises, and shall keep the improvements thereon insured against loss by fire in a reliable insurance company, in the sum of $ <u>none</u>, with loss payable to Seller and Buyers, as their interests appear.

4. **Default by Buyers.** In the event that the Buyers shall make default in payment as herein contained, or shall fail to make payments aforesaid at the times specified, then the Seller may declare this Contract null and void after a forty-five (45) day Notice has been provided Buyers at the address below.

5. **Possession.** The Buyers may use and occupy said premises during compliance with the terms hereof, but if default of any condition herein shall be made, the Buyers are permitted to remain in possession, and shall be entitled to notice to vacate as is provided by law, and such notice to vacate shall be deemed to be a declaration of the termination of this Contract; all improvements placed thereon prior to the date first mentioned above shall become a part of said real estate, and as equity shall not be moved or altered without the written consent of the Seller, but improvements subsequent belong to Buyers.

6. **Conveyance.** When the Buyers shall have paid the several sums of money aforesaid, the Seller will surrender the duplicate of this Contract marked "PAID IN FULL" and deliver to the Buyers a good and sufficient Warranty Deed conveying said premises in fee simple with the usual covenants of warranty, free from all encumbrances.

7. **Title.** The Seller has furnished an abstract of title or policy of title insurance to these premises, which the Buyers have copied, examined and found sufficient, and which is to be retained in original form by the Seller until the last payment is made; and the Seller shall not be

called upon to have same brought down to the date of the last payment but shall pay the costs of such items as are caused by or on account of his acts or acts of his successors in interest.

8. Seller shall not encumber the property now being sold nor allow any lien to be placed thereon during the term of this Contract so that if the Buyers fail to pay property taxes when due during the term hereof Seller may pay same and add the amount paid to the unpaid balance due herein with interest.

9. **Successors.** This Contract shall be binding upon and shall inure to the benefit of the successors in interest of the parties hereto, and their assigns.

10. Contemporaneously with the execution of this Contract for Deed, parties hereto agree to execute and place in escrow with Meridian Title Company at 1354 E. Kingsley Street, Springfield, MO 65804 the following attached hereto as Exhibit A and incorporated:

   a. Warranty Deed;
   b. Quit Claim Deed;
   c. Escrow Instructions;
   d. Amortization Schedule; and
   e. Promissory Note

11. See Exhibit B attached hereto and incorporated herein by reference as "Additional Agreements" concerning and including personal property included in the sale.

*[SIGNATURE PAGE FOLLOWS]*

3

**SELLER:**

Name: _____
Address: _____
_____
_____
Phone: _____
Fax: _____

**BUYER:**

*Thomas P Gibson* (signature)

Name: Thomas P. Gibson for Eastern Livestock
Address: 135 West Market St.
New Albany, IN 47150
Phone: (812) 949-9035
Fax: _____

**BUYER:**

*Chad Shuck* (signature)

Name: Chad Schuchmann
Address: 1912 Winged Foot Dr
Nixa MO 65714
Phone: 417-250-0915
Fax: _____

STATE OF _____ )
                            ) ss.
COUNTY OF _____ )

On this _____ day of _____, 2010 before me, _____, a Notary Public in and for said State, personally appeared _____, and known to me to be the person who executed the within CONTRACT FOR DEED and acknowledged to me that he executed the same for the purposes stated therein.

_____
Notary Public

My Commission Expires: _____

4

STATE OF _Indiana_ )
) ss.
COUNTY OF _Floyd_ )

On this _15th_ day of _March_, 2010 before me, _Steve McDonald_, a Notary Public in and for said State, personally appeared _Thomas P. Gibson_ and known to me to be the person who executed the within CONTRACT FOR DEED and acknowledged to me that she executed the same for the purposes stated therein.

_____
Notary Public
Steve McDonald

My Commission Expires: _11/27/16_


STATE OF _MISSOURI_ )
) ss.
COUNTY OF _GREENE_ )

On this _22nd_ day of _March_, 2010 before me, _Janet L. Higdon_, a Notary Public in and for said State, personally appeared _Chad Schuchmann_, and known to me to be the person who executed the within CONTRACT FOR DEED and acknowledged to me that she executed the same for the purposes stated therein.

_Janet L. Higdon_
Notary Public

My Commission Expires: _April 1, 2013_

[Notary Seal: JANET L. HIGDON, COMMISSION EXPIRES April 1, 2013, NOTARY SEAL, GREENE COUNTY, NOTARY PUBLIC STATE OF MISSOURI]

5

| SELLER: | BUYER: |
|---|---|
| Name: _Tiffany Ward_ / _Tim Ward P.R._ | Name: _____ |
| Address: P.O. Box 517 | Address: _____ |
| Marionville, MO 65705 | _____ |
| Phone: (417) 258-7000 | Phone: _____ |
| Fax: (417) 258-7222 | Fax: _____ |

BUYER:

Name: _____
Address: _____
_____
_____
Phone: _____
Fax: _____

STATE OF _Missouri_ )
                    ) ss.
COUNTY OF _Lawrence_ )

On this _1st_ day of _April_, 2010 before me, _Ryan F. Ricketts_, a Notary Public in and for said State, personally appeared _Tim Moore & Tiffany Ward_, and known to me to be the persons who executed the within CONTRACT FOR DEED and acknowledged to me that he executed the same for the purposes stated therein.
_they_

RYAN F. RICKETTS
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County - Comm#08391569
My Commission Expires Apr. 4, 2012

_Ryan F. Ricketts_
Notary Public

My Commission Expires: _____

4

"Exhibit B"
Additional Agreements

1. Sale includes all barns, all buildings, house, workshop, pens, gates, waterers, concrete bunks, scales, 1 head chute, excess pipe and excess guardrail.

2. Buyer shall keep and maintain adequate comprehensive and liability insurance on all buildings attached and not attached on premises. Insurance binder must show _____ as lien holder.