UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## APPEARANCE

Comes now Bingham McHale LLP by Thomas C. Scherer and enters its Appearance on behalf of Cullman Stockyard, Inc. and requests that all pleadings and notices be sent to the undersigned at the address shown below:

> Thomas C. Scherer (#24-49)
> BINGHAM McHALE, LLP
> 10 West Market Street, #2700
> Indianapolis, IN  46204
> 1-317-968-5407
> Facsimile 1-317-236-9907
> E-mail:  tscherer@binghammchale.com

> Respectfully submitted,
>
> ___/s/ Thomas C. Scherer___
> Thomas C. Scherer (#24-49)
> *Counsel for Cullman Stockyard, Inc.*

BINGHAM McHALE LLP
10 West Market Street, #2700
Indianapolis, IN  46204
Telephone: (317) 635-8901
Facsimile:  (317) 236-9907
tscherer@binghammchale.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 18, 2011, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

     See Attached

     I further certify that on May 18, 2011, a copy of the foregoing Appearance was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

     See Attached

                                                                  /s/ *Thomas C. Scherer*

1586043

| | | |
|---|---|---|
| Christopher E. Baker<br>Hostetler & Kowalik<br>101 W. Ohio St., Suite 2100<br>Indianapolis, IN 46204-4211 | David L. Abt<br>Abt Law Office<br>210 North Main Street<br>P.O. Box 128<br>Westby, WI 54667-0128 | John W. Ames<br>C.R. Bowles Jr.<br>Greenebaum, Doll & McDonald<br>101 S. 5th Street, Suite 3300<br>Louisville, KY 40202-3197 |
| T. Kent Barber<br>Laura Day DelCotto<br>DelCotto Law Group PLLC<br>200 N. Upper Street<br>Lexington, KY 40507-1017 | Lisa Koch Bryant<br>Foley Bryant & Holloway<br>500 West Jefferson St., Suite 2450<br>Louisville, KY 40202-2812 | James M. Carr<br>Dustin R. DeNeal<br>Baker & Daniels<br>300 N. Meridian St., Ste. 2700<br>Indianapolis, IN 46204-1782 |
| John R. Carr III<br>Bret S. Clement<br>Ayres Carr & Sullivan PC<br>251 E. Ohio St., Ste 500<br>Indianapolis, IN 46204-2184 | Deborah Corsaro<br>Dale & Ike<br>9100 Keystone Crossing, Ste 400<br>Indianapolis, IN 46240-2100 | Jesse Cook-Dubin<br>Randall D. LaTour<br>Vorys, Sater, Seymour and Pease, LLP<br>52 East Gay Street, P.O. Box 1008<br>Columbus, OH 43216-1008 |
| David Allen Domina<br>Domina Law Group<br>2425 S. 144th<br>Omaha, NE 68144-3267 | Kirk Crutcher<br>Mayfield, Crutcher & Sharpee<br>320 S. Polk, Ste 400<br>Amarillo, TX 79101-1426 | Daniel J. Donnellon<br>Stephen A. Weigand<br>Faruki Ireland & Cox, PLL<br>201 E. Fifth St., Ste. 1420<br>Cincinnati, OH 45202-4115 |
| Sarah Stites Fanzini<br>Hopper Blackwell, PC<br>111 Monument Circle, Ste. 452<br>Indianapolis, IN 46204-5101 | Robert H. Foree<br>Robert H. Foree, Attorney at Law<br>2440 Eminence Road<br>Eminence, KY 40019-6443 | Sandra D. Freeburger<br>Deitz & Freeburger, PSC<br>101 First St., 2nd Fl (42420)<br>PO Box 21<br>Henderson, KY 42419-0021 |
| Terry E. Hall<br>Baker & Daniels<br>300 N. Meridian St., Ste. 2700<br>Indianapolis, IN 46204-1782 | John David Hoover<br>Hoover Hull LLP<br>111 Monument Circle, Ste. 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 | John Huffaker<br>Sprouse Shrader Smith, P.C.<br>P.O. Box 15008<br>Amarillo, TX 79105-5008 |
| James Bryan Johnston<br>Easterwood, Boyd & Simmons, PC<br>623 N. Main Street<br>P.O. Box 273<br>Hereford, TX 79045-0273 | Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>1722 Broadway<br>Lubbock, TX 79401-3093 | Edward M. King<br>Frost, Brown Todd LLC<br>400 W. Market St, 32nd Fl<br>Louisville, KY 40202-3346 |
| James A. Knauer<br>Kroger Gardis & Regas, LLP<br>111 Monument Circle, Ste. 900<br>Indianapolis, IN 46204-5125 | Theodore A. Konstantinopoulos<br>Javitch, Block & Rathbone<br>1100 Superior Ave.<br>19th Floor<br>Cleveland, OH 44114-2521 | David L. LeBas<br>Naman Howell Smith & Lee, PLLC<br>8310 N. Capital of Texas Highway<br>Suite 490<br>Austin, TX 78731-1081 |
| Elliott D. Levin<br>John M Rogers<br>Rubin & Levin<br>342 Massachusetts Ave., Ste 500<br>Indianapolis, IN 46204-2161 | Kim Martin Lewis<br>Dinsmore & Shohl LLP<br>255 E. Fifth St., Ste. 1900<br>Cincinnati, OH 45202-1971 | Karen L. Lobring<br>Lobring & Associates, LLP<br>5977 W. St. Rd. 252<br>Edinburgh, IN 46124-9409 |
| John Hunt Lowell<br>Lovell, Lovell, Newson & Isern, LLP<br>112 W. 8th Ave., Ste. 1000<br>Amarillo, TX 79101-2343 | John Frederick Massouh<br>Sprouse Shrader Smith PC<br>701 S. Taylor, Ste. 500<br>Amarillo, TX 79101-2424 | Michael W. McClain<br>Ballinger McClain PLLC<br>9720 Park Plaza Avenue<br>Suite 102<br>Louisville, KY 40241-2289 |

Kelly Greene McConnell
Givens Pursley LLP
601 W. Bannock
Boise, ID 83702-5919

Allen Morris
Stitles & Harbison
PO Box 946
323 E. Court Ave
Jeffersonville, IN 47131-0946

Matthew J. Ochs
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202

Timothy T. Pridmore
McWhorter, Cobb & Johnson LLP
1722 Broadway
Lubbock, TX 79401-3093

Mark A. Robinson
Valenti Hanley & Robinson, PLLC
401 W. Main St.
1950 One Riverfront
Louisville, KY 4020-2948

Ivana B. Shallcross
Greenbaum Doll & McDonald
3500 National City Tower
101 S. 5th Street
Louisville, KY 40202-3157

Meredith R. Thomas
Dale & Eke PC
9100 Keystone Crossing, Ste 400
Indianapolis, IN 46240-2100

Andrea L Wasson
440 South Seventh Street
Louisville, KY 40203-1967

Jessica E. Yates
Snell & Wilmer, LL
1200 Seventeenth St, Ste. 1900
Denver, CO 80202-5854

James Edwin McGhee III
Seiller Waterman LLC
462 S. Fourth Street
Louisville, KY 40202-3466

Judy Hamilton Morse
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102

Ross A. Plourde
McAfee & Taft
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7109

Jeffrey E. Ramsey
Hopper Blackwell PC
111 Monument Cir., Ste. 452
Indianapolis, IN 46204-5101

Jeremy S. Rogers
Dinsmore & Shohl LLP
1400 PNC Plaza
500 W. Jefferson St
Louisville, KY 40202-2823

William E. Smith III
Kightlinger & Gray LLP
Bonterra Bldg, Ste 200
3620 Blackston Blvd
New Albany, IN 47150-8538

John M. Thompson
Crowe & Dunlevy
20 N. Broadway, Ste. 1800
Oklahoma City, OK 73102-8273

Charles R. Wharton
Office of US Trustee
101 W. Ohio St., Ste 1000
Indianapolis, IN 46204-1982

James T. Young
Rubin & Levin PC
342 Massachusetts Ave., Ste 500
Indianapolis, IN 46204-2161

William Robert Meyer II
Stites & Harbison PLLC
400 West Market St
Louisville, KY 40202-3352

Walter Scott Newbern III
W. Scott Newbern, PL
2982 East Gevemy
Tallahassee, FL 32309

Wendy W. Ponader
Baker & Daniels LLP
600 E. 96th Street, Ste. 600
Indianapolis, IN 46240-3789

Susan K. Roberts
Stuart & Branigin
PO Box 1010
Lafayette, IN 47902-1010

Ashley S. Rusher
Blanco Tackabery & Matamoros PA
PO Box 25008
Winston-Salem, NC 27114-5008

Robert K. Stanley
Baker & Daniels LLP
300 N. Meridian Ste. 2700
Indianapolis, IN 46204-1782

US Trustee
101 W. Ohio St., Ste 1000
Indianapolis, IN 46204-1982

Sean T. White
Hoover Hull LLP
111 Monument Cir, Ste. 4400
Indianapolis, IN 46204-5127