UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: )
) Case No: 10-93904-BHL-11
EASTERN LIVESTOCK CO., LLC, )
)
Debtor. )

## MOTION TO WITHDRAW REPRESENTATION

The undersigned counsel respectfully request permission to withdraw their representation of Intrust Bank, NA in this bankruptcy proceeding, and in support of this motion, state as follows:

1. The undersigned counsel represent Intrust Bank, NA ("Intrust") in this bankruptcy proceeding.

2. However, Intrust has now requested that the undersigned counsel withdraw their appearance on Intrust's behalf. A copy of the correspondence requesting such withdrawal is attached hereto and incorporated herein by reference as Exhibit "A".

3. Accordingly, pursuant Bankruptcy Rule B-9010-1(c), the undersigned counsel respectfully request that the Court grant them leave to withdraw their appearance on behalf of Intrust, in this bankruptcy proceeding effective May 19, 2011, and for all other just and proper relief.

Respectfully submitted,

HOPPER BLACKWELL, P.C.

BY: /s/ *Jeffrey E. Ramsey*
JEFFREY E. RAMSEY

BY: /s/ *Sarah Stites Fanzini*
SARAH STITES FANZINI

HOPPER BLACKWELL, P.C.
111 Monument Circle, Suite 452
Indianapolis, Indiana 46204
(317) 635-5005
Attorneys for Intrust Bank, NA

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served upon the following by electronic mail or First Class United States Mail, postage prepaid this 18th day of May, 2011.

C.R. Bowles, Jr., Esq.
James E. McGhee, III, Esq.
Ivana B. Shallcross, Esq.
John W. Ames, Esq.
David L. Abt, Esq.
Christopher E. Baker, Esq.
James A. Knauer, Esq.
James M. Carr, Esq.
Terry E. Hall, Esq.
U.S. Trustee
Charles R. Wharton, Esq.
Jesse Cook-Dubin, Esq.
Randall D. LaTour, Esq.
John R. Carr, III, Esq.
Brett S. Clement, Esq.
Allen Morris, Esq.
William Robert Meyer, II, Esq.
Edward M. King, Esq.
Charles R. Goodman, III, Esq.
Jeremy S. Rogers, Esq.
Kim Martin Lewis, Esq.
Daniel J. Donnellon, Esq.
Stephen A. Weigand, Esq.
Deborah J. Caruso, Esq.
Meredith R. Thomas, Esq.
John Frederick Massouh, Esq.
Robert Hughes Foree, Esq.
John Hunt Lowell, Esq.
Mark A. Robinson, Esq.
James Bryan Johnston, Esq.
James T. Young, Esq.
David L. LeBas, Esq.
Judy Hamilton Morse, Esq.
John M. Thompson, Esq.
Jessica E. Yates, Esq.
John Huffaker, Esq.
Matthew J. Ochs, Esq.
Kelly Greene McConnell, Esq.
T. Kent Barber, Esq.
David A. Domina, Esq.
W. Scott Newbern, Esq.

W. Scott Newbern, P.L.
Kirk Crutcher, Esq.
Theodore A. Konstaninopoulos, Esq.
Karen L. Lobring, Esq.
Sandra D. Freeburger, Esq.
Timothy T. Pridemore, Esq.
Todd J. Johnston, Esq.
Lisa Koch Bryant, Esq.
Wendy W. Ponader, Esq.
Elliott D. Levin, Esq.
John M. Rogers, Esq.
Cathy S. Pike, Esq.
John David Hoover, Esq.
Sean T. White, Esq.
Michael W. McClain, Esq.
William E. Smith, III, Esq.
Allen L. Morris, Esq.
Susan K. Roberts, Esq.
Ashley S. Rusher, Esq.

/s/ *Jeffrey E. Ramsey*
JEFFREY E. RAMSEY

**Jeffrey E. Ramsey**

**From:** Voth, Kent G [Kent.Voth@INTRUSTBANK.COM]
**Sent:** Tuesday, May 17, 2011 12:06 PM
**To:** Jeffrey E. Ramsey
**Cc:** Sarah S. Fanzini; Eilert, Daniel J
**Subject:** Gibson - Eastern





In any event, we regret to be forced to inform you that you and your firm are hereby disengaged from representing INTRUST Bank, N.A., and you are hereby asked to withdraw as counsel for the Bank in the subject cases. –Kent

Kent G. Voth
Associate General Counsel
INTRUST Financial Corporation

INTRUST Bank, N.A.
105 N. Main
P. O. Box One
Wichita, Kansas 67201-5001
Phone: 316.383.1171
Fax: 316.383.1828

*IMPORTANT:* This communication contains information that may be confidential and privileged. If it appears that this communication was addressed or sent to you in error, you may not use or copy this communication and you may not disclose this information to anyone else. If this is the case, please notify me immediately by reply e-mail or by telephone. Thank you.

1