# U.S. Bankruptcy Court

## Southern District of Indiana

Notice of Electronic Claims Filing

The following transaction was received from Scherer, Thomas on 5/18/2011 at 10:59 AM EDT

**Case Name:** Eastern Livestock Co., LLC
**Case Number:** 10-93904-BHL-11
**Creditor Name:** Cullman Stockyard, Inc.
c/o Thomas C. Scherer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
**Claim Number:** 249    Claims Register
**Total Unsecured Amount Claimed:**    $42708.02
**Total Secured Amount Claimed:**    $0.00
**Total Priority Amount Claimed:**    $0.00
**Total Unknown Amount Claimed:**    $0.00
**Total Administrative Amount Claimed:**    $0.00
**Total Amount Claimed:**    $42708.02

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\mm1\Desktop\Proof of Claim - Eastern Livestock Co., LLC.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1072195184 [Date=5/18/2011] [FileNumber=21232338-0] [c0b57845c37d8807173cb0e3ce176622c8768468a5c6c0a5196dc18c8f1c637a8d7947a2de41770f302ee2f08e24ecbf971f2af138751dae9e9dd47cc3dbaa55]]

File another claim


EXHIBIT A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Southern District of Indiana | PROOF OF CLAIM |
|---|---|

Name of Debtor:
Eastern Livestock Co., LLC

Case Number:
10-93904-BHL-11

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Cullman Stockyard, Inc.

Name and address where notices should be sent:

Hoagy Parrish
75 County Road 1339 Cullman, Alabama 35058

Telephone number:
(256) 734-5453

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**   $_____42,708.02_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:**   __purchase of livestock__
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   **Describe:**

   **Value of Property:** $_____   **Annual Interest Rate** _____%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**
   **if any:** $_____   **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____42,708.02_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**

   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ John C Scheer, attorney | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FEB-15-2011 10:25 From: To:256 739 3442 P.4/5

## PURCHASER'S RELEASE



## CULLMAN STOCKYARD, INC.

75 COUNTY ROAD 1339
CULLMAN, AL 35058
Office 256-734-4531

Keith Parrish and Hoagy Parrish
Cattle: Thursday – 8:30 AM
www.cullmanstockyard.com



SOLD FOR: E-
EASTERN LIVESTOCK CO. LLC
135 WEST MARKET
NEW ALBANY INDIANA 47150

DATE: 10/28/2010

| NUMBER | | | DESCRIPTION OF PROPERTY | | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Count | Pen | Buyer | | Avg Wt. | Wt. | Avg. Prc. | |
| 6 | 73 | E-101 | | 205 | 1230 | 1.5006 | |
| 3 | 73 | E-225 | | 228 | 685 | 1.4000 | |
| 2 | 73 | E-275 | | 252 | 505 | 1.2007 | |
| 12 | 81 | E-300 | | 320 | 3840 | 1.3026 | |
| 15 | 109 | E-375X | | 383 | 5755 | 1.0591 | |
| 18 | 83 | E-395 | | 398 | 7165 | 1.2648 | |
| 3 | 111 | E-400 | | 441 | 1325 | 1.1866 | |
| 1 | 75 | E-402 | | 420 | 420 | 1.0200 | |
| 2 | 75 | E-451 | | 467 | 935 | 1.1500 | |
| 1 | 79 | E-501 | | 515 | 515 | 1.0500 | |
| 7 | 77 | E-59 | | 610 | 4275 | .9194 | |
| 2 | 55 | E-61 | | 822 | 1645 | .7500 | |
| 9 | 55 | E-65 | | 701 | 6315 | .8614 | |
| 4 | 71 | E-6X | | 665 | 2660 | .8108 | |
| 2 | 57 | E-700 | | 735 | 1470 | .9350 | |
| 1 | 71 | E-7X | | 765 | 765 | .8400 | |
| 1 | 57 | E-800 | | 815 | 815 | .9100 | |

| Total HD | Com. Rate | Com. Amt. | Total Wt. | | |
|---|---|---|---|---|---|
| 89 | | | 40320 | 42708.02 | 42708.02 |

Trucking

PURC. BY: SCOTT AARON
9705 TRAMMEL ROAD   10/29/10
DORA AL 35062

Pd ck# 33557

Vet

Hay

AL ANGUS SALE NOV 13 AT 12PM
BCIA BULL SALE DEC 11 AT 11AM

TOTAL

FEB-15-2011 10:26 From:                      To:256 739 3442       P.5/5

DATE: 11/02/10

NOTICE OF CHARGE BACK ITEMS

| AMOUNT | ACTION | CHARGE | PAYOR NAME/REASON FOR RETURN |
|---|---|---|---|
| 42,708.02 | CHRGD BACK | .00 | REFER TO MAKER\EASTERN LIVESTO |

ACCOUNT NUMBER:       50001458
CHARGE BACKS:       42,708.02
CHARGES:       .00

CULLMAN STOCKYARD INC     CUSTODIA     Premier Bank of the South
KEITH PARRISH                             101 First Avenue NW
75 COUNTY ROAD 1339                   P. O. Box 1708
CULLMAN AL 35058-0428                 Cullman AL 35055

*062203890*
11/03/2010
395501013000157

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Return Reason (S)
Refer to Maker



Check No. F 33557, dated October 29, 2010, payable to Cullman Stockyard for $42,708.02 — "Forty two thousand seven hundred eight dollars + 02/100" — drawn on Eastern Livestock Co., LLC, Fifth Third Bank. Stamped "Return Reason(s) Refer to Maker."

⌐033557⌐ ⌴:042100272⌴: 7480493837⌴           ⌐000427080 2⌐