STATE OF ALABAMA

CULLMAN COUNTY

### AFFIDAVIT

Before me, the undersigned authority, personally appeared **Hugh C. Harris** whose name is signed to this Affidavit and who is known to me and who, being by me first duly sworn, does depose and state as follows:

I, Hugh C. Harris, being first duly sworn upon oath state that I have personal knowledge of the following:

I am a partner with Bland, Harris & McClellan, P.C. located in Cullman, Alabama. I am an attorney licensed to practice law in the State of Alabama and have been so for more than thirty (30) years. Our firm, Bland, Harris & McClellan, P.C. represents Cullman Stockyard, Inc. ("Cullman Stockyard") in various legal matters.

On April 27, 2011, Cullman, Alabama suffered severe damage due to an F4 tornado causing the entire county to be without power for several days and the downtown area, including our office, to be without power for six (6) days. The Cullman area suffered tremendous devastation. Although the offices of Bland, Harris & McClellan, P.C. had only minor damage, surrounding buildings suffered extensive damage with complete destruction to some. Due to the severity of the damage in the surrounding areas, we were unable to gain access to our office and computer systems for several days. During this catastrophic time, the deadline to file claims against the bankruptcy of Eastern Livestock, Co., LLC lapsed. Immediately upon return of normal business, I contacted Cullman Stockyard to discuss further options to protect their interest in the bankruptcy proceedings. My office then began seeking local Indiana counsel to represent Cullman Stockyard's interest in said bankruptcy proceedings.

FURTHER AFFIANT SAITH NOT.

Dated this 18th day of May 2011.

_____
HUGH C. HARRIS



EXHIBIT B

STATE OF ALABAMA
CULLMAN COUNTY

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that Hugh C. Harris, whose name is signed to the foregoing document and who is known to me, acknowledged before me on this date that, being informed of the contents of said document, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this the 18th day of May 2011.

SEAL

Notary Public
My Commission Expires: 7-2-2012