## Notice Recipients

District/Off: 0756–4     User: kgoss     Date Created: 5/23/2011
Case: 10–93904–BHL–11     Form ID: SF00101     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Andrea L Wasson     andreawassonatty@gmail.com

TOTAL: 1