**Eastern Livestock Co., LLC**
**Analysis of Cash Receipts; Through May 13, 2011**
**Exhibit A to Trustee's Purchase Money Report**

| # | Date | Payor | Total Paid and Held in Holding Account | Proceeds to be Transferred to Operating Account | Comments |
|---|---|---|---|---|---|
| 1 | 12/13/10 | Thomas Brothers | 58.13 | 58.13 | |
| 2 | 12/13/10 | Bowie Livestock Commission | 1,210.90 | 1,210.90 | |
| 3 | 12/13/10 | Blue Grass Stockyard of Campbellsville | 3,534.65 | 3,534.65 | |
| 4 | 12/13/10 | Sam Countiss | 31,236.72 | 31,236.72 | |
| 5 | 12/13/10 | Robert Dobbs | 49,981.65 | 49,981.65 | |
| 6 | 12/13/10 | Ogle Cattle | 63,000.00 | 63,000.00 | |
| 7 | 12/13/10 | Fort Scott Livestock Market | 99,129.88 | 99,129.88 | |
| 8 | 12/13/10 | Superior Livestock Auction | 106,719.76 | 106,719.76 | |
| 9 | 12/13/10 | Kentucky-Tennessee L/S Mkt. | 150,008.53 | 150,008.53 | |
| 10 | 12/13/10 | Stephen Dilks | 155,364.58 | 155,364.58 | |
| 11 | 12/15/10 | Brian Lovell | 267.38 | 267.38 | |
| 12 | 01/07/11 | E 4 Cattle | 14,000.00 | 14,000.00 | |
| 13 | 01/07/11 | Tim May farm | 308,422.16 | 308,422.16 | |
| 14 | 01/13/11 | Superior Livestock | 18,159.20 | 18,159.20 | |
| 15 | 01/13/11 | Kentucky- Tenn. Livestock | 47,666.50 | 47,666.50 | |
| 16 | 01/13/11 | Superior Livestock | 192,871.56 | 192,871.56 | |
| 17 | 01/13/11 | Superior Livestock | 342,700.28 | - | Subject to Superior Adversary (Mitch Worrell) |
| 18 | 01/18/11 | Jerry Thompson | 54,782.96 | 54,782.96 | |
| 19 | 01/18/11 | Joe Thompson | 193,603.79 | 193,603.79 | |
| 20 | 01/27/11 | Gary Robinson | 132.71 | 132.71 | |
| 21 | 01/27/11 | Gary Robinson | 4,976.49 | 4,976.49 | |
| 22 | 01/27/11 | Gary Robinson | 42,832.00 | 42,832.00 | |
| 23 | 01/27/11 | Superior Livestock | 51,033.78 | 51,033.78 | |
| 24 | 01/27/11 | Superior Livestock | 60,861.14 | 60,861.14 | |
| 25 | 01/27/11 | Superior Livestock | 83,493.15 | 83,493.15 | |
| 26 | 01/27/11 | Superior Livestock | 98,465.22 | 98,465.22 | |
| 27 | 01/27/11 | South Coffeyville Stkyrd | 117,900.11 | 117,900.11 | |
| 28 | 01/27/11 | Stierwalt/Lightning Lvstk | 151,590.34 | 151,590.34 | |
| 29 | 01/27/11 | Superior Livestock | 169,650.97 | 169,650.97 | |
| 30 | 01/27/11 | Superior Livestock | 236,167.94 | 236,167.94 | |
| 31 | 02/01/11 | Superior Livestock | 42,060.01 | 42,060.01 | |
| 32 | 02/01/11 | Superior Livestock | 89,249.09 | 89,249.09 | |
| 33 | 02/08/11 | Texhoma Livestock | 75,555.32 | 75,555.32 | |

**Eastern Livestock Co., LLC**
**Analysis of Cash Receipts; Through May 13, 2011**
**Exhibit A to Trustee's Purchase Money Report**

|  | Date | Payor | Total Paid and Held in Holding Account | Proceeds to be Transferred to Operating Account | Comments |
|---|---|---|---|---|---|
| 34 | 02/08/11 | Superior Livestock | 112,570.61 | 112,570.61 | |
| 35 | 02/08/11 | Superior Livestock | 321,782.25 | 321,782.25 | |
| 36 | 02/18/11 | Gary Robinson | 19,292.38 | 19,292.38 | |
| 37 | 02/18/11 | Bar K Cattle | 54,240.28 | - | Subject to Superior Adversary |
| 38 | 02/18/11 | Bryan Mosier | 79,658.39 | 79,658.39 | |
| 39 | 02/18/11 | Meyer Farms | 88,458.38 | 88,458.38 | |
| 40 | 02/18/11 | Harlan Feeders | 97,868.78 | 97,868.78 | |
| 41 | 02/18/11 | Len Miller | 148,172.53 | 148,172.53 | |
| 42 | 02/22/11 | Broughton Cattle | 2,777.73 | 2,777.73 | |
| 43 | 02/22/11 | Tim McCary/Lester Denny | 3,060.00 | 3,060.00 | |
| 44 | 02/22/11 | Feller & Co | 58,833.28 | 58,833.28 | |
| 45 | 02/22/11 | Schaller Brothers | 63,672.99 | 63,672.99 | |
| 46 | 02/25/11 | Scott Thompson | 15,189.40 | 15,189.40 | |
| 47 | 02/28/11 | Keith Varner | 277,640.19 | 141,396.14 | $136,244.05 subject to Superior Adversary |
| 48 | 03/01/11 | Dinklage Feed Yard | 156,191.36 | 156,191.36 | |
| 49 | 03/01/11 | Nick Fowler | 171,576.30 | 171,576.30 | |
| 50 | 03/04/11 | E4 Cattle | 8,747.00 | 8,747.00 | |
| 51 | 03/04/11 | Ranchland Livestock | 17,983.88 | 17,983.88 | |
| 52 | 03/04/11 | Thornberry Brothers | 63,484.08 | 2,404.70 | $61,079.38 subject to Superior Adversary |
| 53 | 03/04/11 | Harry Shelton Livestock | 73,292.18 | 73,292.18 | |
| 54 | 03/04/11 | Ecco 1, LLC | 212,128.43 | 212,128.43 | |
| 55 | 03/07/11 | Transfer from Fifth Third | 331,752.03 | 331,752.03 | BACA |
| 56 | 03/09/11 | Producers Livestock Marketing | 18.12 | 18.12 | |
| 57 | 03/09/11 | La Junta Livestock Comm. | 39,059.63 | 39,059.63 | |
| 58 | 03/09/11 | Pawnee Valley Feed Yard | 55,145.38 | 55,145.38 | |
| 59 | 03/09/11 | Lueken Dairy Farm | 83,284.20 | 83,284.20 | |
| 60 | 03/10/11 | AG Partners | 51,779.05 | 51,779.05 | |
| 61 | 03/11/11 | Tri-County Electric | 348.21 | 348.21 | Refund |
| 62 | 03/11/11 | Doug Sunderman | 55,051.70 | 55,051.70 | |
| 63 | 03/11/11 | Doug Sunderman | 58,374.53 | 1,629.63 | $56,744.90 subject to Superior Adversary |
| 64 | 03/11/11 | Doug Sunderman | 107,660.36 | 107,660.36 | |
| 65 | 03/11/11 | Doug Sunderman | 107,977.54 | 107,977.54 | |
| 66 | 03/11/11 | Doug Sunderman | 131,347.39 | 131,347.39 | |

**Eastern Livestock Co., LLC**
**Analysis of Cash Receipts; Through May 13, 2011**
**Exhibit A to Trustee's Purchase Money Report**

|    | Date | Payor | Total Paid and Held in Holding Account | Proceeds to be Transferred to Operating Account | Comments |
|----|------|-------|---------:|---------:|----------|
| 67 | 03/11/11 | Doug Sunderman | 168,283.51 | 168,283.51 | |
| 68 | 03/15/11 | Donica Livestock | 47,356.50 | 47,356.50 | |
| 69 | 03/15/11 | CA Cattle Company | 50,582.62 | 50,582.62 | |
| 70 | 03/25/11 | Mark Hohenberger | 42,289.76 | 42,289.76 | |
| 71 | 03/25/11 | Baca County Feed Yard | 693,094.23 | 400,072.44 | $293,021.79 subject to Superior Adversary |
| 72 | 03/29/11 | Mark Hohenberger | 24,325.93 | 24,325.93 | |
| 73 | 03/31/11 | Paula J. Holloway | 452.71 | 452.71 | |
| 74 | 03/31/11 | Kirkland AG Credit, Inc. | 5,588.40 | 5,588.40 | |
| 75 | 03/31/11 | Paco Feed Yard | 42,104.00 | 42,104.00 | |
| 76 | 03/31/11 | Dean Cluck Feedyard | 52,254.85 | 52,254.85 | |
| 77 | 04/05/11 | Tom Fellhauer | 9,103.83 | 9,103.83 | |
| 78 | 04/08/11 | Nutritional Advances, Inc. | 53,807.00 | 53,807.00 | |
| 79 | 04/08/11 | P & R Livestock | 60,000.00 | 60,000.00 | |
| 80 | 04/08/11 | Steve Krajicek | 326,679.71 | 274,119.71 | $52,560.00 subject to Superior Adversary |
| 81 | 04/12/11 | Baca County Feedyard | 1,316.14 | 1,316.14 | |
| 82 | 04/20/11 | Blue Grass Stockyards | 3,244.46 | 3,244.46 | |
| 83 | 04/22/11 | Irsik & Doll | 59,473.67 | 59,473.67 | |
| 84 | 04/29/11 | Ralph Hoodenpyle | 675,544.35 | 333,987.06 | $341,551.29 subject to Superior Adversary |
| 85 | 05/03/11 | P & R Livestock, Inc. | 60,000.00 | 60,000.00 | |
| 86 | 05/06/11 | Bellar Feed Lots | 100,000.00 | - | Subject to Superior Adversary |
| 87 | 05/09/11 | Dean Cluck Feedyard | 67,888.32 | 67,888.32 | |
| 88 | 05/10/11 | Pawnee Feed Lot | 26,141.11 | 26,141.11 | |
|    |          |                 | 8,694,636.56 | 7,256,488.59 | |