UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### NOTICE OF HEARING

The *Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account* (Dock. No. 501) ("Purchase Money Claims Report") was filed with the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division ("Court") by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), on May 23, 2011.

Pursuant to the Purchase Money Claims Report, the Trustee objected to all filed "Purchase Money Claims" (as that term is defined in the Purchase Money Claims Report) and requested that the Court enter an order disallowing the Purchase Money Claims as secured claims in and against the Cattle Sales Proceeds (the funds listed on Exhibit A attached to the Purchase Money Claims Report which represent payments made to the Trustee pursuant to the *Order Granting Trustee's Emergency Motion Regarding Payments on Debtor's Cattle Sales* [Dock. No. 234]). If you have filed a Purchase Money Claim, you should review the Purchase Money Claims Report. If you believe that you possess a valid Purchase Money Claim, you must file a written response to the Purchase Money Claims Report setting forth in detail both (1) the basis for your Purchase Money Claim and (2) the specific Cattle Sales Proceeds (both by "Payor" name and amount) that you assert a secured claim against. Any response must be filed in the manner and by the deadline set forth below.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Purchase Money Claims Report must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorneys for the Trustee and the Service List on or before 11:59 p.m. EDT on June 17, 2011.

The Court will hold a hearing on the Purchase Money Claims Report and any filed objections on:

Date: June 24, 2011
Time: 10:00 a.m. EDT
Place: 121 W. Spring Street, Room 103
New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

6676614_1.DOC

   The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

   The original of the Purchase Money Claims Report is enclosed with this Notice. Additional copies may be requested by contacting the undersigned.

Dated: May 23, 2011

                   Respectfully submitted,

                   BAKER & DANIELS LLP

                   By: /s/ Dustin R. DeNeal

James M. Carr (#3128-49)       *Counsel for James A. Knauer, Chapter 11 Trustee*
Robert K. Stanley (#1745-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
robert.stanley@bakerd.com
terry.hall@bakerd.com
dustin.deneal@bakerd.com

Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@bakerd.com

6676614_1.DOC