**SO ORDERED: May 23, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al. | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

### ORDER GRANTING REQUEST OF GREENEBAUM DOLL & MCDONALD PLLC FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 USC §§ 503(B)(3)(A) AND 503(B)(4) AND RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter coming before the Court on the Request (the "Request") of Greenebaum Doll & McDonald PLLC ("Greenebaum") for payment of fees and expenses pursuant to 11 USC §§ 503(b)(3)(a) and 503(b)(4), and this Court having reviewed the Request and all pleadings related thereto, having conducted a hearing on the Request, having found that all necessary and appropriate notice of the Request was given and being otherwise sufficiently advised;

**IT IS THEREFORE ORDERED** that the Request[1] is GRANTED in its entirety; and

**IT IS FURTHER ORDERED** that the Petitioning Fees and Expenses, in the amount of $77,841.76, are hereby ALLOWED as administrative expenses; and

**IT IS FINALLY ORDERED** that pursuant to an agreement with the Trustee, the Debtor shall pay eighty percent (80%) of the Petitioning Fees and Expenses to Greenebaum within fourteen (14) days from the entry of this Order.

# # #

Seen and Agreed To:

/s/ John W. Ames
John W. Ames
GREENEBAUM DOLL & MCDONALD PLLC
101 South Fifth Street, Suite 3500
Louisville, Kentucky 40402
Phone: (502) 587-3746
Facsimile: (502) 587-3695
E-mail: jwa@gdm.com

/s/ Terry E. Hall
Terry E. Hall
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
Phone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-mail:  terry.hall@bakerd.com

COUNSEL FOR DEBTOR

4333369_1.doc

---

[1] Capitalized terms not defined in this Order shall have the meaning given them in the Request.