# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 5/26/2011 |
| Case: 10–93904–BHL–11 | Form ID: ntcts | Total: 109 |

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| tr  | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Andrea L Wasson | andreawassonatty@gmail.com |
| aty | Bret S. Clement | bclement@acs–law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Christopher E. Baker | cbaker@hklawfirm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David Alan Domina | dad@dominalaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Elliott D. Levin | robin@rubin–levin.net |
| aty | Elliott D. Levin | edl@rubin–levin.net |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr | james.carr@bakerd.com |
| aty | James T Young | james@rubin–levin.net |
| aty | Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook–Dubin | jcookdubin@vorys.com |
| aty | Jessica E. Yates | jyates@swlaw.com |
| aty | John Huffaker | john.huffaker@sprouselaw.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell–law.net |
| aty | John M. Rogers | johnr@rubin–levin.net |
| aty | John M. Thompson | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III | jrciii@acs–law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring | lobring@msn.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant | courtmail@fbhlaw.net |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Michael W. McClain | mike@kentuckytrial.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert H. Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@bakerd.com |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf–atty.com |
| aty | Sarah Stites Fanzini | sfanzini@hopperblackwell.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@binghammchale.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@bakerd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 63

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 |

| | | | | |
|---|---|---|---|---|
| ptcrd | David L. Rings | 1288 Frontage Road | Russell Springs, KY 42642 | |
| ptcrd | Southeast Livestock Exchange LLC | PO Box 1306 | Waynesville, NC 28786 | |
| ptcrd | Moseley Cattle Auction, LLC | 1044 Arlington Avenue | Blakely, GA 39823 | |
| op | Elizabeth M. Lynch | Development Specialists, Inc. | 6375 Riverside Drive | Suite 200  Dublin, OH 43017 |
| cr | First Bank and Trust Company, The | c/o Ayres Carr &Sullivan, P.C. | 251 East Ohio Street, Suite 500  Indianapolis, IN 46204–2184 | |
| cr | Republic Bank and Trust Company | 661 South Hurstbourne Parkway | Louisville, KY 40222 | |
| cr | Gary S. Bell | PO Box 122 | Edmonton, KY 42129 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |
| ptcrd | Southland Haulers, LLC | Howard &Myra Compton | P O Box 142 | Bratley, AL 36009 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs | 3087 Ervin Town Rd. | Castlewood, VA 24224 |
| ptcrd | Breeding Brothers | Attn: Wade Breeding | 9440 Columbia Hwy. | Greensburg, KY 42743 |
| ptcrd | BBFarms | Attn: Keith Breeding | 8090 Greensburg Road | Greensburg, KY 42743 |
| ptcrd | Jeremy Coffey | 6205 Greensburg Road | Columbia, KY 42728 | |
| ptcrd | Brent Keith | 505 Marlo–Campbell Road | Columbia, KY 42728 | |
| ptcrd | Dennis Neat | 6198 Burkesville Road | Columbia, KY 42728 | |
| ptcrd | Billy Neat | 705 B. Neat Road | Columbia, KY 42728 | |
| ptcrd | Jimmy Brummett | 7594 Hwy. 555 | Glens Fork, KY 42741 | |
| ptcrd | Mike Loy | 668 P.D. Pyles Road | Columbia, KY 42728 | |
| ptcrd | Superior Livestock Auction, Inc. | 1155 North Colorado Ave. | Bush, CO 80723 | |
| ptcrd | Gary S. Bell | P.O. Box 122 | Edmonton, KY 42129 | |
| op | David L. Abt | 210 N Main St | PO Box 128 | Westby, WI 54667 |
| cr | Eddie Eicke | Eicke Ranch II | 1188 County Rd 1202 | Snyder, TX 79549 |
| cr | Heritage Feeders LP | c/o Crowe &Dunlevy | 20 North Broadway  Suite 1800 | Oklahoma City, ok 73102 |
| cr | Bobby Bynum | P. O. Box 43 | Rankin, TX 79778 UNITED STATES | |
| cr | Bill Davis | 7726 W. FM 2335 | Christoval, TX 76935 UNITED STATES | |
| cr | Johnny Mayo, Jr. | P. O. Box 317 | Eldorado, TX 76936 UNITED STATES | |
| cr | Frank Powell | 700 W. Denger | Midland, TX 79705 UNITED STATES | |
| cr | Davis Quarter Horse | 7726 W. FM 2335 | Christoval, TX 76935 UNITED STATES | |
| cr | Tom Svoboda | 3065 AA Avenue | Herrington, KS 67449 UNITED STATES | |
| cr | Bynum Ranch Co. | P. O. Box 104 | Sterling City, TX 76951 UNITED STATES | |
| cr | Florida Association Livestock Markets | P.O. Box 421929 | Kissimmee, FL 34742–1929 | |
| cr | Gene Shipman | 11401 E. Fm 1075 | Happy, TX 79042 | |
| cr | Gabriel Moreno | c/o Todd J. Johnston | McWhorter, Cobb &Johnson | 1722 Broadway  Lubbock, TX 79401 |
| cr | Gabriel Moreno | c/o Timothy T. Pridmore | McWhorter, Cobb &Johnson | 1722 Broadway  Lubbock, TX 79401 |
| cr | Estate of John S. Gibson, Anna Gayle Gibson, Execu | 13140 Nebo Rd | Providence, KY 42450 | |
| cr | Gibson Farms. LLC | 13140 Nebo Rd. | Providence, KY 42450 | |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | |
| cr | Phillip Taylor Reed | a/k/a Taylor Reed | | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202–3103 |
| cr | Todd Rosenbaum | P.O. Box 141 | Glade Spring, VA 24340 | |
| cr | Rosenbaum Feeder Cattle Company, LLC | P.O. Box 141 | Glade Spring, VA 24340 | |
| cr | Rex Elmore | 1817 Tobacco Road | Glasgow, KY 42141–8486 | |
| cr | Lytle Street Development | c/o Edward C. Airhart | 440 South Seventh Street | Louisville, KY 40203–1967 |
| cr | Cullman Stockyard, Inc. | c/o Thomas C. Scherer, Esq. | Bingham McHale LLP | 2700 Market Tower  10 West Market Street  Indianapolis, IN 46204 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 |

TOTAL: 46