**SO ORDERED: May 25, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

### ORDER

   A(n) Motion to Withdraw as Attorney was filed with the Clerk of Court on May 18, 2011, by Jeffrey E. Ramsey.

   IT IS THEREFORE ORDERED that the Motion to Withdraw as Attorney is GRANTED.

###