# Notice Recipients

District/Off: 0756–4 | User: kgoss2 | Date Created: 5/25/2011
Case: 10–93904–BHL–11 | Form ID: sgeneric | Total: 68

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Andrea L Wasson | andreawassonatty@gmail.com |
| aty | Bret S. Clement | bclement@acs–law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Christopher E. Baker | cbaker@hklawfirm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David Alan Domina | dad@dominalaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Elliott D. Levin | robin@rubin–levin.net |
| aty | Elliott D. Levin | edl@rubin–levin.net |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr | james.carr@bakerd.com |
| aty | James T Young | james@rubin–levin.net |
| aty | Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jesse Cook–Dubin | jcookdubin@vorys.com |
| aty | Jessica E. Yates | jyates@swlaw.com |
| aty | John Huffaker | john.huffaker@sprouselaw.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell–law.net |
| aty | John M. Rogers | johnr@rubin–levin.net |
| aty | John M. Thompson | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III | jrciii@acs–law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring | lobring@msn.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant | courtmail@fbhlaw.net |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Michael W. McClain | mike@kentuckytrial.com |
| aty | Randall D. LaTour | rdlatour@vorys.com |
| aty | Robert H. Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@bakerd.com |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf–atty.com |
| aty | Sarah Stites Fanzini | sfanzini@hopperblackwell.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@binghammchale.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@bakerd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 63

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 |

| | | | | | |
|---|---|---|---|---|---|
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 | |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202–3103 | |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 | |

TOTAL: 5