```
                        United States Bankruptcy Court
                         Southern District of Indiana
In re:                                                      Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                  Chapter 11
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss              Page 1 of 1               Date Rcvd: May 24, 2011
                              Form ID: pdfOrder        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2011.
cr         +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
adb        +Eastern Livestock Co., LLC,    135 W. Market Street,   New Albany, IN 47150-3561
op         +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
             ?Louisville, KY 40202-3157
op         +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
             Topeka, KA 66614-5128
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: asr@btcmlaw.com May 24 2011 22:08:46      Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2011                    Signature:     _Joseph Speetjens_

SO ORDERED: May 23, 2011.

*[signature: Basil H. Lorch III]*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al. | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

### ORDER GRANTING REQUEST OF GREENEBAUM DOLL & MCDONALD PLLC FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 USC §§ 503(B)(3)(A) AND 503(B)(4) AND RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter coming before the Court on the Request (the "Request") of Greenebaum Doll & McDonald PLLC ("Greenebaum") for payment of fees and expenses pursuant to 11 USC §§ 503(b)(3)(a) and 503(b)(4), and this Court having reviewed the Request and all pleadings related thereto, having conducted a hearing on the Request, having found that all necessary and appropriate notice of the Request was given and being otherwise sufficiently advised;

**IT IS THEREFORE ORDERED** that the Request[1] is GRANTED in its entirety; and

**IT IS FURTHER ORDERED** that the Petitioning Fees and Expenses, in the amount of $77,841.76, are hereby ALLOWED as administrative expenses; and

**IT IS FINALLY ORDERED** that pursuant to an agreement with the Trustee, the Debtor shall pay eighty percent (80%) of the Petitioning Fees and Expenses to Greenebaum within fourteen (14) days from the entry of this Order.

# # #

Seen and Agreed To:

/s/ John W. Ames
John W. Ames
GREENEBAUM DOLL & MCDONALD PLLC
101 South Fifth Street, Suite 3500
Louisville, Kentucky 40402
Phone: (502) 587-3746
Facsimile: (502) 587-3695
E-mail: jwa@gdm.com


/s/ Terry E. Hall
Terry E. Hall
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
Phone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: terry.hall@bakerd.com

COUNSEL FOR DEBTOR

4333369_1.doc

---

[1] Capitalized terms not defined in this Order shall have the meaning given them in the Request.

Case 10-93904-BHL-11    Doc 509    Filed 05/26/11    EOD 05/27/11 00:33:37    Pg 4 of 4