UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## NOTICE OF HEARING

The *Motion For Authority To Assign Interest In Land Sale Contract To Chad Schuchmann* (Dock. No. 496) (the "Motion") was filed with the Clerk of this Court by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), on May 16, 2011. Pursuant to the Motion, the Trustee requests that the Court enter an order authorizing the Trustee to assign Eastern Livestock Co., LLC's interest in and to that certain Contract for Deed dated April 1, 2010 (regarding certain unimproved real estate located in Greene County, Missouri and commonly known as 13486 W. Farm Road 132, Bois D'Arc, MO 65612) to Chad Schuchmann for $20,000.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before June 17, 2011.

The Court will hold a hearing on the Motion on:

Date:     June 24, 2011
Time:     10:00 a.m. EDT
Place:    121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the document is on file with the Clerk's Office and is available for inspection upon request

Dated: May 27, 2011

                       Respectfully submitted,

                       BAKER & DANIELS LLP

                       By:    /s/ Dustin R. DeNeal

James M. Carr (#3128-49)         *Counsel for James A. Knauer, Chapter 11 Trustee*
Robert K. Stanley (#1745-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
robert.stanley@bakerd.com
terry.hall@bakerd.com
dustin.deneal@bakerd.com

Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@bakerd.com

6686845_2.DOC