UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-bhl-11 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID A. LAIRD

Pursuant to S. D. Ind. L.R. 9010-2, David A. Laird moves for *pro hac vice* admission to practice in this Court on behalf of Peoples Bank ("Peoples Bank") in this case. In support of this Motion, David A. Laird states that the attached affidavit demonstrates that he has complied with the requirements of L.R. 9010-2, including the payment of the registration fee in the sum of $30.00, which is being submitted electronically to the clerk along with this Motion.

**WHEREFORE**, David A. Laird moves the Court for an Order granting his permission to appear *pro hac vice* on behalf of Peoples Bank for purposes of this case only.

DATED this 25th day of May, 2011.

Respectfully submitted,

**MOYE WHITE LLP**

By: /s/ *David A. Laird*
David A. Laird, (Colorado No. #31067)
1400 16th Street, 6th Floor
Denver, Colorado 80202-1486
Telephone: (303) 292-2900
Fax: (303) 292-4510
Email: david.laird@moyewhite.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

In re:  )
        )
EASTERN LIVESTOCK CO., LLC,  )   Case No. 10-93904-bhl-11
        )   Chapter 11
     Debtor.  )

### AFFIDAVIT OF DAVID A. LAIRD, ESQ.

I, David A. Laird, having been first duly sworn upon oath, do depose and state the following:

1. I have personal knowledge of the facts stated here.

2. I am admitted to practice in the following state and federal jurisdictions: the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the District of Colorado and the State of Colorado.

3. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

4. I have never been charged with any complaints concerning my conduct as an attorney.

5. I have made an electronic payment of thirty dollars ($30.00) for the administrative fees required to process this motion for *pro hac vice* admission.

6. I hereby subject myself to the jurisdiction and rules of this Court governing professional conduct.

FURTHER Affiant sayeth not.

_____
David A. Laird

00968075.DOC:1

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| CITY AND COUNTY OF DENVER | ) |

    Signed, sworn to and acknowledged before me by David A. Laird this 25th day of May, 2011.

My commission expires: _10-2-2011_

*[Notary seal: LISA R. OLIVER, NOTARY PUBLIC, STATE OF COLORADO]*
My Commission Expires Oct. 2, 2011

_____
Notary Public

00968075.DOC:1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2011, a true and correct copy of the foregoing Motion for Pro Hac Vice Admission of David A. Laird was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    /s/Lisa R. Oliver
    Lisa R. Oliver