UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-bhl-11 |
| | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

THIS MATTER, having come before the Court upon a Motion for Admission *Pro Hac Vice*, and the Court having considered the matter and being sufficiently advised, IT IS HEREBY ORDERED that said Motion be, and is hereby, GRANTED and that David A. Laird, of the firm Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202, be and hereby is admitted *pro hac vice* to practice in this case as counsel for Peoples Bank.

IT IS SO ORDERED.

DATED this _____ day of May, 2011.

BY THE COURT:

_____
United States Bankruptcy Judge

00968075.DOC:1