**SO ORDERED: June 02, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:

Eastern Livestock Co., LLC                    Case Number:
  SSN: NA            EIN: NA                   **10–93904–BHL–11**
Debtor(s)

### ORDER

A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on May 27, 2011, by David A. Laird.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

### ###