## EXHIBIT B

**Out-Of-Pocket Expenses**

EASTERN LIVESTOCK
SUMMARY OF EXPENSES
TO APRIL 30, 2011

| CATEGORY | DESCRIPTION | AMOUNT |
|---|---|---:|
| TRAVEL: | | |
|   AIRFARE | See Attached | 33,454.99 |
|   LODGING | See Attached | 29,083.75 |
|   MEALS | See Attached | 8,276.09 |
|   RENTAL CAR | See Attached | 11,181.52 |
|   PARKING, TOLLS, ETC. | See Attached | 6,221.81 |
|   TOTAL TRAVEL | | 88,218.16 |
| OTHER: | | |
|   LONG DISTANCE PHONE | | 256.33 |
|   PHOTOCOPIES | (1365 @.15) | 204.75 |
|   POSTAGE | | 9.12 |
|   LOCKSMITH | | 217.55 |
|   OUTSIDE COPY SERVICE | | 42.80 |
|   OFFICE SUPPLIES | | 385.38 |
|   LEXIS/NEXIS | | 35.44 |
|   OVERNIGHT DELIVERY | | 52.95 |
|   GRAND TOTAL | | 89,422.48 |

EASTERN LIVESTOCK
SUMMARY OF TRAVEL EXPENSES
TO APRIL 30, 2011

| FROM | TO | NAME | DESTINATION LOCATION | ORIGINATING LOCATION | NIGHTS | AIRFARE | LODGING | MEALS | RENTAL CAR | PARKING, ETC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/10 | 12/30/10 | E. LYNCH | CLEVELAND, OH | LOUISVILLE, KY | 2 | 409.09 | 221.90 | 11.34 | 222.42 | 30.32 | 895.07 |
| 12/28/10 | 12/30/10 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 2 |  | 197.58 | 73.54 |  | 45.00 | 316.12 |
| 01/02/11 | 01/07/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 5 | 407.96 | 549.45 | 129.10 | 227.57 | 91.06 | 1,405.14 |
| 01/03/11 | 01/07/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 858.18 | 443.80 | 108.79 |  | 91.70 | 1,502.47 |
| 01/04/11 | 01/07/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 3 | 352.96 | 329.67 | 52.45 | 225.55 | 104.10 | 1,064.73 |
| 01/04/11 | 01/07/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 367.96 | 335.67 | 89.65 |  | 125.00 | 918.28 |
| 01/09/11 | 01/13/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 379.18 | 439.56 | 248.61 |  | 117.00 | 1,184.35 |
| 01/10/11 | 01/14/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 838.18 | 421.60 | 75.92 |  | 93.20 | 1,428.90 |
| 01/09/11 | 01/14/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 5 | 354.18 | 559.45 | 104.34 | 361.39 | 83.00 | 1,462.36 |
| 01/13/11 | 01/14/11 | P. O'MALLEY | CHICAGO, IL | LOUISVILLE, KY | 1 | 278.48 | 105.40 | 23.03 | 221.70 | 43.60 | 672.21 |
| 01/17/11 | 01/21/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 2 | 842.18 | 221.90 | 11.53 | 157.01 | 93.20 | 1,325.82 |
| 01/16/11 | 01/21/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 5 | 354.18 | 559.45 | 69.81 | 361.39 | 83.00 | 1,427.83 |
| 01/16/11 | 01/20/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 3 | 331.18 | 439.56 | 78.56 |  | 135.10 | 984.40 |
| 01/17/11 | 01/21/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 354.18 | 439.56 | 410.21 |  | 179.00 | 1,382.95 |
| 01/17/11 | 01/23/11 | T. GRETT | VARIOUS | COLORADO | 4 | 1,556.60 | 378.95 | 228.29 | 814.15 | 97.64 | 3,075.63 |
| 01/23/11 | 01/28/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 5 | 846.18 | 554.75 | 197.45 | 299.82 | 61.14 | 1,959.34 |
| 01/24/11 | 01/28/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 375.96 | 447.56 | 73.73 |  | 123.00 | 1,020.25 |
| 01/24/11 | 01/28/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 483.18 | 439.56 | 244.88 |  | 133.00 | 1,300.62 |
| 01/31/11 | 02/04/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 400.96 | 447.56 | 55.66 | 377.73 | 91.00 | 1,372.91 |
| 01/31/11 | 02/04/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 846.18 | 436.98 | 283.95 |  | 94.20 | 1,661.31 |
| 01/31/11 | 02/04/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 180.48 | 439.56 | 139.12 |  | 95.00 | 854.16 |
| 02/07/11 | 02/11/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 180.48 | 439.56 | 285.19 | 319.11 | 100.00 | 1,324.34 |
| 02/07/11 | 02/11/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 850.18 | 437.05 | 126.65 | 272.37 | 70.50 | 1,756.75 |
| 02/07/11 | 02/10/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 3 | 360.96 | 329.67 | 28.29 |  | 174.10 | 893.02 |
| 02/07/11 | 02/11/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 378.96 | 447.56 | 94.10 |  | 162.00 | 1,082.62 |
| 02/13/11 | 02/16/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 3 | 458.18 | 329.67 | 51.63 | 223.12 | 168.00 | 1,230.60 |
| 02/14/11 | 02/18/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 2 | 205.48 | 219.78 | 26.17 | 150.21 | 70.50 | 672.14 |
| 02/14/11 | 02/18/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 850.18 | 443.80 | 275.65 | 298.70 | 55.20 | 1,923.53 |
| 02/14/11 | 02/18/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 375.96 | 491.96 | 120.19 |  | 161.00 | 1,149.11 |
| 02/21/11 | 02/24/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 3 | 216.56 | 329.67 | 81.83 | 298.62 | 145.00 | 1,071.68 |
| 02/21/11 | 02/25/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 375.96 | 447.56 | 131.53 |  | 87.00 | 1,042.05 |
| 02/21/11 | 02/26/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 5 | 902.96 | 615.17 | 390.08 | 278.30 | 112.14 | 2,298.65 |
| 02/22/11 | 02/25/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 3 | 353.18 | 329.67 |  |  | 139.10 | 821.95 |
| 02/28/11 | 03/04/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 900.18 | 836.56 | 190.62 | 411.13 | 100.50 | 2,438.99 |
| 03/01/11 | 03/03/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 2 | 514.96 | 582.66 | 76.74 |  | 128.10 | 1,302.46 |
| 02/28/11 | 03/04/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 488.18 | 483.96 | 263.06 | 319.10 | 100.00 | 1,654.30 |
| 02/28/11 | 03/04/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 395.96 | 491.96 | 52.39 |  | 86.00 | 1,026.31 |
| 03/07/11 | 03/11/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 400.96 | 491.96 | 57.91 |  | 130.00 | 1,080.83 |
| 03/07/11 | 03/11/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 4 | 563.18 | 483.96 | 38.51 |  | 212.20 | 1,297.85 |
| 03/07/11 | 03/11/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 403.18 | 483.96 | 306.06 | 367.19 | 125.00 | 1,685.39 |
| 03/07/11 | 03/11/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 900.18 | 443.80 | 141.97 | 360.94 | 70.50 | 1,917.39 |
| 03/13/11 | 03/16/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 3 | 388.18 | 522.55 | 200.40 |  | 121.00 | 1,232.13 |

EASTERN LIVESTOCK
SUMMARY OF TRAVEL EXPENSES
TO APRIL 30, 2011

| FROM | TO | NAME | DESTINATION LOCATION | ORIGINATING LOCATION | NIGHTS | AIRFARE | LODGING | MEALS | RENTAL CAR | PARKING, ETC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/14/11 | 03/18/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 900.18 | 421.60 | 100.30 | 343.86 | 70.50 | 1,836.44 |
| 03/14/11 | 03/18/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 405.96 | 739.48 | 72.57 | 357.34 | 89.00 | 1,664.35 |
| 03/21/11 | 03/25/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 900.18 | 443.80 | 20.97 | 350.42 | 70.50 | 1,785.87 |
| 03/21/11 | 03/25/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 694.58 | 659.15 | 419.50 | | 50.00 | 1,823.23 |
| 03/21/11 | 03/25/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 405.96 | 702.68 | 63.38 | 390.49 | 87.00 | 1,649.51 |
| 03/29/11 | 03/31/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 2 | 415.96 | 360.77 | 60.46 | | 125.10 | 962.29 |
| 03/27/11 | 03/31/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 835.28 | 488.20 | 280.66 | 309.48 | 100.00 | 2,013.62 |
| 03/28/11 | 03/31/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 403.18 | 361.05 | 57.70 | | 139.00 | 960.93 |
| 03/28/11 | 03/31/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 910.18 | 332.85 | 29.75 | 292.12 | 49.26 | 1,614.16 |
| 04/04/11 | 04/08/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 418.18 | 658.19 | 340.82 | | 100.00 | 1,517.19 |
| 04/04/11 | 04/08/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 418.18 | 726.88 | 32.06 | 398.92 | 85.00 | 1,661.04 |
| 04/05/11 | 04/06/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 1 | 395.96 | 309.29 | 20.97 | 219.42 | 73.10 | 1,018.74 |
| 04/11/11 | 04/13/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 2 | 900.18 | 288.50 | 26.63 | 221.99 | 52.50 | 1,489.80 |
| 04/11/11 | 04/15/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 418.18 | 694.68 | 252.46 | | 100.00 | 1,465.32 |
| 04/11/11 | 04/15/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 418.18 | 702.68 | 112.95 | 367.67 | 91.00 | 1,692.48 |
| 04/18/11 | 04/22/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 900.18 | 577.00 | 17.17 | 252.38 | 59.25 | 1,805.98 |
| 04/18/11 | 04/22/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 455.96 | 694.68 | 326.24 | 281.58 | 100.00 | 1,858.46 |
| 04/25/11 | 04/28/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 1,130.74 | 432.75 | 39.20 | 427.46 | 66.50 | 2,096.65 |
| 04/25/11 | 04/29/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 418.18 | 702.68 | 57.61 | 400.87 | 87.00 | 1,666.34 |
| 04/25/11 | 04/29/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 4 | 428.18 | 694.88 | 295.76 | | 100.00 | 1,518.82 |
| | | | | | | 33,454.99 | 29,083.75 | 8,276.09 | 11,181.52 | 6,221.81 | 88,218.16 |