UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF HEARING**

The *First Interim Application Of Baker & Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* (Docket #520) was filed with the Clerk of this Court by Baker & Daniels LLP on June 1, 2011.

Movant seeks allowance of $634,614.50 in compensation and $25,851.82 for out-of-pocket expenses during the period December 27, 2010 through April 30, 2011

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the above document must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party and the Service List on or before June 17, 2011.

The Court will hold a hearing on:

Date:    June 24, 2011
Time:    10:00 a.m. EDT
Place:   121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the document is on file with the Clerk's Office and is available for inspection upon request.

Dated: June 2, 2011

Respectfully submitted,

BAKER & DANIELS LLP

By:    /s/ James M. Carr
*Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)                     Wendy W. Ponader (#14633-49)
Robert K. Stanley (#1745-49)                 Baker & Daniels LLP
Terry E. Hall (#22041-49)                    600 East 96th Street, Suite 600
Dustin R. DeNeal (#27535-49)                 Indianapolis, IN 46240
300 N. Meridian Street, Suite 2700           Telephone: (317) 569-9600
Indianapolis, IN 46204-1782                  Facsimile:  (317) 569-4800
Telephone: (317) 237-0300                    wendy.ponader@bakerd.com
Facsimile: (317) 237-1000
jim.carr@bakerd.com
robert.stanley@bakerd.com
terry.hall@bakerd.com
dustin.deneal@bakerd.com

6698415_2.DOC