Eastern Livestock Bankruptcy

June 02, 2011
ACCOUNT NO:   110035-50M
INVOICE NO:            1

re: Trustee

DRAFT STATEMENT

[ ]Bill & Mail this statement as is/as modified
[ ]Return to _____ for letter
[ ]Return this statement to me VIA EMAIL
[ ]Hold this statement/Do not send
[ ]Send only previous balance
[ ]Close this matter as of __/__/__.
[ ]Make Inactive/leave on shelf.
[ ]Pay this invoice from TRUST
   (Trust is not automatically disbursed)
Other Comments_____

_____

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| 12/20/2010 JAK | Work on affidavit on disinterest; call to D Frewer to obtain revenue and case data | 435.00 | 0.80 | 38 |
| 12/21/2010 JAK | Work on revised affidavit; discussions with M Kinsey and J Lauck to obtain information on revenues sources and nature of work for 5/3 bank | 435.00 | 1.10 | 39 |
| 12/22/2010 JAK | Calls to and from KGR and office of US Trustee on inquiries for completion of version of Affidavit of disinterest. | 435.00 | 0.50 | 40 |
| 12/23/2010 JAK | Calls to and from KGR and office of US Trustee on inquiries for completion of version of Affidavit of disinterest. | 435.00 | 0.60 | 41 |
| 12/24/2010 JAK | Long call with Liz Lynch, (current receiver) to discuss case and her work to date. | 435.00 | 0.70 | 42 |
| 12/25/2010 JAK | Review of pleadings filed in Gibson personal bankruptcy and East-West | | | |

Eastern Livestock Bankruptcy

June 02, 2011
ACCOUNT NO:   110035-50M
INVOICE NO:           1

re: Trustee

| | | Rate | HOURS | |
|---|---|---|---|---|
| | Trucking bankruptcy and Eastern Livestock Receiver's First Report and Hamilton county Complaints; news articles. | 435.00 | 3.00 | 43 |
| **12/26/2010** | | | | |
| JAK | Calls with Jim Carr and Jay Jaffee on acting as counsel for Trustee. | 435.00 | 0.50 | 44 |
| **12/27/2010** | | | | |
| JAK | Call to Kim Lewis (receiver counsel) to discuss case; travel to New Albany to meet with Liz Lynch and inspect company and books and records; long call with Randy Latour concerning 5/3 bank issues; all day meeting with Lynch; conference call with Baker and Daniels on selecting counsel; return to Indy. | 435.00 | 8.50 | 45 |
| **12/28/2010** | | | | |
| JAK | Entire day at facility arranging assumption of control; changing bank accounts; conferences with counsel; numerous calls with customers; review of contracts; roughing out several preliminary motions; blog entries; | 435.00 | 11.00 | 46 |
| **12/29/2010** | | | | |
| JAK | At facility most of day; calls and document review; discussions with counsel, DSI and numerous customers and contract holders. | 435.00 | 6.00 | 47 |
| **01/03/2011** | | | | |
| JAK | Calls with counsel and DSI throughout the day on pending issues; creditor calls; calls with DSI; review of budget. | 435.00 | 3.50 | 1 |
| **01/04/2011** | | | | |
| JAK | To New Albany for all day meeting with Baker & Daniels and DSI on case issues and planning litigation strategy. | 435.00 | 11.50 | 2 |
| **01/05/2011** | | | | |
| JAK | Call from USDA counsel to discuss payment bond and acting as Trustee. | 435.00 | 0.40 | 3 |
| JAK | Call from counsel for DeCordava cattle. | 435.00 | 0.20 | 4 |

Eastern Livestock Bankruptcy                                    June 02, 2011
                                                    ACCOUNT NO:    110035-50M
                                                    INVOICE NO:           1

re: Trustee


|       |       |                                                                                                                                  | Rate   | HOURS |     |
|-------|-------|----------------------------------------------------------------------------------------------------------------------------------|--------|-------|-----|
|       | JAK   | E-mail correspondence with  Liz Lynch; e-mail correspondence with J Carr.                                                          | 435.00 | 0.30  | 5   |
|       | JAK   | Long call with Randy LaTour on discovery and pending litigation issues.                                                            | 435.00 | 0.40  | 6   |
|       | JAK   | Review of USDA article on cattle bonds.                                                                                            | 435.00 | 0.30  | 7   |
| 01/06/2011 | JAK | Conference call with DSI and Baker & Daniels concerning development of a budget for case funding and discuss other motions pending and to be filed. | 435.00 | 1.00  | 8   |
|       | JAK   | Calls from several cattle producers on unpaid claims.                                                                              | 435.00 | 0.50  | 9   |
|       | JAK   | Blog entry.                                                                                                                        | 435.00 | 0.30  | 10  |
|       | JAK   | Pleading review.                                                                                                                   | 435.00 | 0.50  | 11  |
|       | JAK   | Call from Randy LaTour and discuss 5/3 issues.                                                                                     | 435.00 | 0.30  | 12  |
| 01/07/2011 | JAK | Call with Superior Cattle Auction.                                                                                                 | 435.00 | 0.30  | 13  |
|       | JAK   | Call with Kansas Cattlemen's association representative.                                                                           | 435.00 | 0.20  | 14  |
|       | JAK   | Call from unpaid cattle seller.                                                                                                    | 435.00 | 0.20  | 15  |
|       | JAK   | Call from T. Hall.                                                                                                                 | 435.00 | 0.10  | 16  |
|       | JAK   | Call from C. Pearce to discuss results of comparison of contract deposits with actual cash value of contracts at current market price and affecting decision to accept return of earnest money on contracts. | 435.00 | 0.30  | 17  |
| 01/10/2011 | JAK | Review of 4 court orders issued in Gibson, Eastern and East West Bankruptices.                                                     | 435.00 | 0.30  | 18  |
| 01/11/2011 | JAK | Review of all pending motions and                                                                                                 |        |       |     |

Eastern Livestock Bankruptcy                                    June 02, 2011
                                                     ACCOUNT NO:   110035-50M
                                                     INVOICE NO:          1

re: Trustee

|  |  | Rate | HOURS |  |
|--|--|------|-------|--|
|  | filed briefs objecting to pending motions for tomorrow's hearing. | 435.00 | 2.50 | 19 |
| JAK | Meeting with John Hoover and discuss engaging his firm as conflicts counsel regarding Fifth Third Bank. | 435.00 | 0.40 | 20 |
| JAK | Conference call with Wells Fargo counsel and Jim Carr. | 435.00 | 0.50 | 21 |

01/12/2011

| JAK | To New Albany for hearings on pending stay relief motions and Trustee's motions to sell cattle and to allow account obligors to pay free of liens. Attend afternoon hearing on East West trucking motion to sell cattle and broker compromise on selling and retaining proceeds. Meetings after court with representatives of Cattleman's and Cactus Growers and staff to discus their claims. Meeting with E Lynch and C Pearce on revised operating budget and current staffing and other problems. Return to Indianapolis. | 435.00 | 13.50 | 22 |

01/13/2011

| JAK | E-mail correspondence with  K Fry on newly discovered real estate of Livestock; e-mail correspondence with  E Lynch re same and obtaining additional title and tax information. | 435.00 | 0.40 | 23 |
| JAK | E-mail correspondence with  R. Latour on getting Eastern Livestock balance sheets. | 435.00 | 0.10 | 24 |
| JAK | E-mail correspondence with C Pierce regarding rancher lien claim. | 435.00 | 0.30 | 25 |
| JAK | Meeting at office of J. Carr to work on case and strategy. | 435.00 | 2.50 | 26 |

01/17/2011

| JAK | Review of draft pleadings to engage Hoover , Hull  Motion, Affidavit and Order and e-mail correspondence with  D DeNeal. Review of pleadings issued today. E-mail correspondence with  Clare Pearce on Quicken file |  |  |  |

Eastern Livestock Bankruptcy

June 02, 2011

ACCOUNT NO:    110035-50M
INVOICE NO:         1

re: Trustee

|  | Rate | HOURS |  |
|---|---|---|---|
| and checks that need to be issued. E-mail correspondence by and between between Bob Stanley and Texas counsel. Call with John Gibson concerning his cattle purchase and review of letter from Mike Doering concerning same and prepare email response to Doering. | 435.00 | 1.50 | 27 |

**01/18/2011**
JAK    E-mail correspondence with attorney M Donina regarding NU techlologies and letters of inquiry and responses to cattle lien claimants; locate motion to protect claimants and e-mail correspondence with  response to M Domina. Calls to and from Len Miller concerning his contract and Florida Livestock Assn claims; e-mail correspondence with  Mille. E-mail correspondence with  5/3 re financing case. Conference call with 5/3 and counsel on financing memo. Conference call with 5/3 and Wells Fargo and DSI to give status report. E-mail correspondence with DSI on 13 week budget revisions - print and review 8 pages of spreadsheet budget detail. Calls from several ranchers with case questions and offers to purchase contracts. E-mail correspondence with  R LaTour and Review and revise fee funding memo.

|  | 435.00 | 4.80 | 28 |
|---|---|---|---|

**01/19/2011**
JAK    Conference call with Baker & Daniels counsel and DSI representatives to discuss all pending matters and strategy. Calls from various ranchers. Review of Gibson's bankruptcy schedules and prepare blog entry analyzing Gibson's personal bankruptcy.

|  | 435.00 | 4.20 | 29 |
|---|---|---|---|

**01/20/2011**
JAK    Call from Sheriff Sanders of Sterling Texas concerning Bynum cattle sale and Friona; e-mail correspondence with  Liz Lynch re same.  E-mail correspondence with Len Miller.  E-mail correspondence with  Russ Blanton.  Call from Ron

Eastern Livestock Bankruptcy                                    June 02, 2011

                                               ACCOUNT NO:    110035-50M
                                               INVOICE NO:           1

re: Trustee

                                          Rate      HOURS

        Crocker concerning payment to ELC;
        prepare e-mail correspondence on
        Ron Crocker issues.  Conference
        call with Liz Lynch, FBI, Postal
        Inspector and USDA.  Conference
        call with Superior livestock
        representative and their counsel,
        Boles and Ames  also T Hall and L
        Lynch to discuss Superior's setoff
        and assistance in valuing
        contracts.  Review of pleadings in
        Gibson case and EW Trucking. Two
        evening calls with D Caruso
        concerning FBI seizure of funds at
        Your Community Bank and
        implications for Gibson and Eastern
        cases.                            435.00     3.60                  30

01/21/2011
    JAK   Conference call with Liz and Clare
        to discuss claims of Heine, NU
        Technologies, Len Miller and Ron
        Cork. All hands call with Baker &
        Daniels and DSI to discuss all
        urgent matters. Call with Len
        Miller and then cal l to Miller's
        lawyer at his request. Review of
        2nd response from counsel for NU
        Technologies.  E-mail
        correspondence with  Clare on
        budget. Call to Randy LaTour to
        advise of FIB seizure and number of
        contracts assumed by Superior
        livestock. Call to D Caruso
        concerning first meeting of
        Gibson's on Monday and further
        discussions of FBI seizure and
        related issues. Review of various
        drafts and e-mail objections to
        current versions and compromise
        efforts; call with Terry Hall to
        discuss compromise language.
        Prepare blog entry on seizures.
        Revisions to form for assignment of
        forward contracts.                435.00     5.00                  31

01/24/2011
    JAK   Conference call with Randy LaTour,
        James Bosco and B & D counsel on
        values for contract assignment and
        sale procedures.  E-mail re Terry
        _____ (rancher).  Call with
        Jeffrey Wegner to discuss forensic
        accounting.  Work on revisions to

Eastern Livestock Bankruptcy                                         June 02, 2011
                                                    ACCOUNT NO:    110035-50M
                                                    INVOICE NO:           1

re: Trustee

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| | letter to all contract sellers. Pleading review. Call with Brian Witt on making offer on forward contracts. | 435.00 | 2.70 | 32 |
| 01/25/2011 JAK | Conference all with Carr, Lynch and others on case status. Calls throughout the day from creditors, account obligors and e-mail correspondence with same. Pleading review. | 435.00 | 5.00 | 33 |
| 01/26/2011 JAK | Long call from Billy Wallace to advise on Ed Edens activities and call to L Lynch to arrange contract with Wallace. Review of revised draft of contract assignment and comments to J. Carr. Call from Chase with questions on checking account - call to verify checks and call back Chase. E-mail correspondence throughout the day on case issues; revisions to demand letters; revisions to Willie Downs letter; inquiries on accounts receivable collections; issues with potential witnesses; calls from ranchers; emails with DSI staff on discrete issues. | 435.00 | 5.60 | 34 |
| 01/27/2011 JAK | Travel to Louisville for meeting with FBI and counsel for Gibson's receiver to discuss mutual cooperation, seizure of funds and other investigation issues - then to Eastern offices for meeting with Liz Lynch to review pending matters and return to Indianapolis. | 435.00 | 9.80 | 35 |
| 01/28/2011 JAK | Call with Jeff Wegner (Wells Fargo counsel) concerning additional forensic accounting assistance. E-mail correspondence with Baker and Daniels. Pleading review. Call from Clare Pearce with questions on budget. | 435.00 | 1.10 | 36 |
| 01/31/2011 JAK | Conference call with B&D counsel and DSI staff. Calls with Liz | | | |

Eastern Livestock Bankruptcy                                    June 02, 2011
                                                     ACCOUNT NO:    110035-50M
                                                     INVOICE NO:           1

re: Trustee

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| | Lynch and Clare Pierce on various problems. E-mail correspondence with atty Domina on NU Technologies on settlement offer. Pleading review in Gibson, East West Trucking and ELC cases. Work on getting letter to all forward sellers issued. | 435.00 | 3.30 | 37 |
| **02/01/2011** | | | | |
| JAK | Conference call with Fifth Third, DSI and Wells Fargo to discuss case status. | 435.00 | 1.00 | 48 |
| JAK | Conference call with B & D counsel and DSI to review completion of assignments. | 435.00 | 1.50 | 49 |
| JAK | Revise Willie Downs letter. | 435.00 | 0.30 | 50 |
| JAK | Review of ELC 300 page tax returns for 2009 and review of audited financial statement for 2007 & 2008. | 435.00 | 1.50 | 51 |
| JAK | Call from counsel for Bark K Cattle concerning contract for delivery; e-mail correspondence with counsel to provide letter on rejection of contracts. | 435.00 | 0.40 | 52 |
| **02/02/2011** | | | | |
| JAK | Call from creditors throughout the day; review of court filings; review of documents from DSI on accounts receivable claims; blog post work; review of draft account collection letter; call with Clare; calls with E Lynch (3); approve disbursements; review of filings in Gibson and East West Trucking; review of Cattlemen's discovery. | 435.00 | 4.20 | 53 |
| **02/03/2011** | | | | |
| JAK | Calls from Ranchers on contract letters. | 435.00 | 1.00 | 54 |
| JAK | E-mail correspondence with Len Miller on his account receivable and forwarding court order and motion on payment indemnity. | 435.00 | 0.20 | 55 |
| JAK | Review of E Lynch description of GR Cattle transaction / call to E | | | |

Eastern Livestock Bankruptcy                                    June 02, 2011
                                              ACCOUNT NO:   110035-50M
                                              INVOICE NO:          1

re: Trustee

|     |     | Rate | HOURS |     |
|-----|-----|------|-------|-----|
|     | Lynch to discuss / memo re same. | 435.00 | 0.50 | 56 |
| JAK | Pleading review. | 435.00 | 0.40 | 57 |
| JAK | Review of proposed pleading from Dinsmore & Schoal for allowances to Receiver and her counsel; call to E Lynch re same and e-mail correspondence with D & S to suggest changes in pleadings. | 435.00 | 0.50 | 58 |
| JAK | Review of Workman's comp insurance e-mail correspondence. | 435.00 | 0.20 | 59 |
| JAK | E-mail correspondence with various creditors; calls with various creditors. | 435.00 | 1.00 | 60 |
| JAK | Long call with Len Miller concerning his $154,000 account payable. | 435.00 | 0.50 | 61 |
| JAK | Call with Jim Odle of Superior. | 435.00 | 0.30 | 62 |
| 02/04/2011 | | | | |
| JAK | Calls from contract sellers in response to our mailing of 165 letters with my contact information throughout the day (see 4 pages of notes on rancher calls). | 435.00 | 4.50 | 63 |
| JAK | Conference call with counsel. | 435.00 | 1.70 | 64 |
| 02/07/2011 | | | | |
| JAK | Numerous calls from contract sellers. | 435.00 | 2.50 | 65 |
| 02/08/2011 | | | | |
| JAK | To New Albany for meetings with Brian Witt (cattle buyer) and meeting most of the afternoon with representatives of Superior Livestock and their counsel. Continued calls throughout the day from ranchers and their counsel responding to our demand letter on forwarding contracts; afternoon and early evening meetings with DSI Staff on collection and contract issues; meeting with RSI staff at the behaest of Wells Fargo. | 435.00 | 12.50 | 66 |
| 02/09/2011 | | | | |
| JAK | Calls all day with ranchers on | | | |

Eastern Livestock Bankruptcy
June 02, 2011
ACCOUNT NO:    110035-50M
INVOICE NO:              1

re: Trustee

| | | Rate | HOURS | |
|---|---|---|---|---|
| | forward contracts; calls to ELC offices with questions raised by calling ranchers; calls with B&D with Rancher contract issues; arrange for ELC payroll; | 435.00 | 4.00 | 67 |
| JAK | Review of e-mail correspondence United Beef Packers regarding ELC ownership interest; | 435.00 | 0.30 | 68 |
| JAK | E-mail correspondence with C Bowles regarding Superior Livestock contracts. | 435.00 | 0.10 | 69 |
| JAK | E-mail correspondence with P Lourdes regarding Stockman Marketing contracts and review of assignment and demands for adequate assurance; call to L Lynch concerning same; call to Terry Hall re same; compose e-mail response to Lourdes. | 435.00 | 0.70 | 70 |
| **02/10/2011** | | | | |
| JAK | Conference call with T Hall and Jim Carr on SOLM contract assignments. | 435.00 | 0.80 | 71 |
| JAK | Continued calls and faxes and emails from holders of forward contracts. | 435.00 | 3.00 | 72 |
| JAK | Call with Liz Lynch on contract and collection issues. | 435.00 | 0.30 | 73 |
| JAK | Letter to Northern Video Auction counsel demanding accounting | 435.00 | 0.40 | 74 |
| JAK | Provide accounting to Clare Pearce of funds on hand. | 435.00 | 0.20 | 75 |
| **02/11/2011** | | | | |
| JAK | Lengthy conference call with all professionals. | 435.00 | 2.50 | 76 |
| **02/14/2011** | | | | |
| JAK | 37 accounts receivable calls from account obligors to whom we sent letters (see notes of this date); forward several callers to ELC office and calls to Liz and Clare re same; | 435.00 | 4.80 | 77 |
| JAK | Pleading review in Gibson and ELC cases. | 435.00 | 0.30 | 78 |

Eastern Livestock Bankruptcy

June 02, 2011

ACCOUNT NO:   110035-50M
INVOICE NO:            1

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| **02/15/2011** | | | | | |
| | JAK | Conference call with counsel and DSI on pending matters. | 435.00 | 1.60 | 79 |
| | JAK | Call from L. Miler on sending funds. | 435.00 | 0.20 | 80 |
| | JAK | Call from Chase on account issues. | 435.00 | 0.20 | 81 |
| | JAK | Calls to and form company on replacing workman's comp insurance; review of comprehensive policy and e-mail correspondence with  C Pearce on limiting coverage renewal; | 435.00 | 0.50 | 82 |
| | JAK | Conference call with J Carr and R Plourde concerning agreement on Stockman Oklahoma Livestock Markets contracts; receive and review of master letter to be sent to SOLM contract holders and execute and image to R Plourde; | 435.00 | 0.60 | 83 |
| | JAK | Calls throughout the day from accounts receivable obligors. | 435.00 | 2.00 | 84 |
| | JAK | Long call with RSI to discuss their progress on forensic examination. | 435.00 | 0.40 | 85 |
| | JAK | E-mail correspondence with  UST on reporting and e-mail correspondence with  C Pearce re same. | 435.00 | 0.20 | 86 |
| **02/16/2011** | | | | | |
| | JAK | Review and forward AR calls to Staff. | 435.00 | 0.30 | 87 |
| | JAK | Update status call with Fifth Third and Wells Fargo and DSI. | 435.00 | 1.60 | 88 |
| | JAK | Call with S. White to discuss investigation of Fifth Third claim. | 435.00 | 0.50 | 89 |
| **02/18/2011** | | | | | |
| | JAK | Continued calls throughout the day rom account obligors. | 435.00 | 1.50 | 90 |
| | JAK | Call with E. Lynch and approve two settlements. | 435.00 | 0.10 | 91 |
| | JAK | Long call with counsel for Joplan Stockyards. | 435.00 | 0.40 | 92 |

Eastern Livestock Bankruptcy

June 02, 2011

ACCOUNT NO:   110035-50M
INVOICE NO:         1

re: Trustee

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | Bill review and payment. | 435.00 | 0.40 | 93 |
| | JAK | Lengthy conference call with Hoover Hull and Michael Herr  former 5th Third employee. | 435.00 | 1.00 | 94 |
| | JAK | Review of correspondence from counsel for ClickRweight and review accompanying articles of organization; prepare letter to counsel explaining that the bankruptcy provisions in the articles are not enforceable and making request for buyout proposal. | 435.00 | 0.70 | 95 |
| 02/21/2011 | JAK | Continued AR calls from ranchers. | 435.00 | 1.50 | 96 |
| 02/22/2011 | JAK | Call with E. Lynch to prepare for call with Agribeef. | 435.00 | 0.20 | 97 |
| | JAK | Conference call with counsel for Agribeef. | 435.00 | 0.40 | 98 |
| | JAK | Rancher account receivable calls. | 435.00 | 0.50 | 99 |
| 02/23/2011 | JAK | Long call with S. White with update on status of Fifth Third Claim investigation. | 435.00 | 0.70 | 100 |
| | JAK | Work on payroll wire transfers and other payments. | 435.00 | 0.50 | 101 |
| | JAK | Account receivable collection calls. | 435.00 | 0.40 | 102 |
| | JAK | Call concerning preparation of operating reports for United States Trustee. | 435.00 | 0.20 | 103 |
| 02/24/2011 | JAK | E-mail correspondence with DSI on AR collections. | 435.00 | 0.40 | 104 |
| | JAK | Review of Gibson motion to extend time to object to discharge by Gibson Trustee and UST; e-mail correspondence with  counsel on preparation of motion to extend time; receive and review of motion to extend. | 435.00 | 0.50 | 105 |

Eastern Livestock Bankruptcy

June 02, 2011
ACCOUNT NO:    110035-50M
INVOICE NO:            1

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
|  | JAK | Conference call with Carr and Hall to review all pending matters and case strategy. | 435.00 | 1.30 | 106 |
|  | JAK | Review of 90 day payment schedule. | 435.00 | 0.40 | 107 |
| 02/25/2011 | JAK | Call wit Sean White with questions on other liens and claims affecting review of 5/3 docs. | 435.00 | 0.50 | 108 |
|  | JAK | E-mail correspondence with E. Lynch on AR claims. | 435.00 | 0.50 | 109 |
|  | JAK | Call from OK Rancher; cal from Iowa rancher. | 435.00 | 0.30 | 110 |
|  | JAK | E-mail from counsel for Agribeef regarding next weeks meeting. | 435.00 | 0.20 | 111 |
| 02/28/2011 | JAK | Call from attorney for Matt Bros concerning contract demand.  Review of correspondence regarding the same; e-mail to E. Lynch regarding the same. | 435.00 | 0.50 | 112 |
|  | JAK | Pleading review Gibson case; object to FIrst Bank stay relief. | 435.00 | 0.10 | 113 |
|  | JAK | E-mail correspondence with E. Lynch on requests of Hoover Hull for documents. | 435.00 | 0.20 | 114 |
|  | JAK | Additional pleading review in Gibson and East-West. | 435.00 | 0.30 | 115 |
|  | JAK | Emails with E. Lynch and J. Carr and Agribeef counsel regarding Wednesday's meeting with Agribeef. | 435.00 | 0.40 | 116 |
| 03/02/2011 | JAK | To meeting at Baker & Daniels with representatives of Agribeef and discuss all Agribeef transactions and pending discovery issues. | 435.00 | 3.50 | 117 |
|  | JAK | Call from Schuchman on Moore family farm contract; Call from E Lynch re same; receive conveyance documents and review of same. | 435.00 |  | 118 |
|  | JAK | Email correspondence  W Ponader on |  |  |  |

Eastern Livestock Bankruptcy

June 02, 2011
ACCOUNT NO:   110035-50M
INVOICE NO:          1

re: Trustee

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | budget revisions. | 435.00 | | 119 |
| **03/03/2011** | | | | | |
| | JAK | Call from account debtor. | 435.00 | 0.20 | 120 |
| | JAK | Afternoon meeting with E. Lynch, P. O'Malley. J. Carr, T. Hall and B. Stanley to review all pending matters. | 435.00 | 3.00 | 121 |
| | JAK | Review of Domina letter and transmittal of checks totaling $375K. | 435.00 | 0.30 | 122 |
| | JAK | Call from Contract purchaser. | 435.00 | 0.20 | 123 |
| **03/07/2011** | | | | | |
| | JAK | Reviewing filed claims, | 435.00 | 0.40 | 124 |
| | JAK | Pleading review in Gibson case. | 435.00 | 0.30 | 125 |
| | JAK | Prepare extended budget through May 29th. | 435.00 | 0.80 | 126 |
| | JAK | Bank conference call with DSI. | 435.00 | 0.80 | 127 |
| **03/08/2011** | | | | | |
| | JAK | Review of draft letter to Superior concerning ELC position on Superior assignments and claims; draft suggested revisions. | 435.00 | 0.40 | 128 |
| | JAK | Review of Seals demand letter. | 435.00 | 0.10 | 129 |
| | JAK | Receive payroll and arrange payroll wire transfer. | 435.00 | 0.40 | 130 |
| **03/09/2011** | | | | | |
| | JAK | Conference call with US Atty and counsel and counsel for Gibson's Trustee on funds turnover. | 435.00 | 0.90 | 131 |
| | JAK | Long call with Debbie Caruso concerning finds turnover and cattle proceeds tracing issues related to First Bank and others. | 435.00 | 0.40 | 132 |
| | JAK | Compose email to E Lynch on First Bank Cattle tracing and issues. | 435.00 | 0.30 | 133 |
| | JAK | E-mail correspondence with C Pearce on checks with restricted endorsements and confer with D DeNeal re same. | 435.00 | 0.30 | 134 |

Eastern Livestock Bankruptcy

June 02, 2011

ACCOUNT NO:    110035-50M

INVOICE NO:              1

re: Trustee

|  |  |  | Rate | HOURS |  |
|--|--|--|------|-------|--|
| | JAK | Review of proposed vendor and expense payments; e-mail correspondence with  C Pearce on building insurance. | 435.00 | 0.20 | 135 |
| | JAK | Call from Oklahoma counsel for SOLM. | 435.00 | 0.20 | 136 |
| | JAK | Review of proposed COBRA payments and inquiry re same. | 435.00 | 0.20 | 137 |
| | JAK | Review of bank account activity and prepare statement for DSI. | 435.00 | 0.20 | 138 |
| | JAK | Pleading review and miscellaneous creditor calls. | 435.00 | 1.00 | 139 |
| 03/10/2011 | JAK | Review of filed pleadings and notices in Eastern and Gibson cases. | 435.00 | 0.60 | 140 |
| | JAK | Review of US Premium Beef docs. | 435.00 | 0.40 | 141 |
| | JAK | Review of draft response to financing objections and provide comments. | 435.00 | 0.50 | 142 |
| | JAK | Conference call with all counsel to prepare for tomorrow's hearings. | 435.00 | 1.30 | 143 |
| 03/11/2011 | JAK | To New Albany for early morning meeting in preparation for hearing on objections to financing motion and other pending matters; to Court for hearings. | 435.00 | 8.50 | 144 |
| | JAK | Return to Eastern headquarters and review pending account collection issues. | 435.00 | 1.00 | 145 |
| | JAK | Return to Indianapolis. | 435.00 | 2.00 | 146 |
| 03/13/2011 | JAK | Review of Seals and Downs Complaints and memorandum to counsel on filing same. | 435.00 | 0.60 | 147 |
| | JAK | Memorandum to counsel and DSI on filing to obtain escrow funds. | 435.00 | 0.20 | 148 |
| | JAK | Miscellaneous letters to various | | | |

Eastern Livestock Bankruptcy                                    June 02, 2011
                                               ACCOUNT NO:   110035-50M
                                               INVOICE NO:           1

re: Trustee

| | | Rate | HOURS | |
|---|---|---|---|---|
| | creditors and account receivable holders. | 435.00 | 0.60 | 149 |
| 03/14/2011 | | | | |
| JAK | Review of pleadings filed. | 435.00 | 0.40 | 150 |
| JAK | E-mail correspondence regarding Agribeef claim analysis. | 435.00 | 0.20 | 151 |
| JAK | Meeting with Chase Bank representatives to discuss account setup and ways to manage funds and transfers. | 435.00 | 1.00 | 152 |
| 03/15/2011 | | | | |
| JAK | Call from C. Wharton to request information from schedules to select creditors committee; call to C. Pearce to arrange information; receive info from C. Pearce and send to C. Wharton. | 435.00 | 0.40 | 153 |
| JAK | Pleading review and emails with counsel. | 435.00 | 0.60 | 154 |
| 03/16/2011 | | | | |
| JAK | Conference call with all counsel and DSI. | 435.00 | 1.60 | 155 |
| 03/17/2011 | | | | |
| JAK | Pleading review. | 435.00 | 0.50 | 156 |
| 03/18/2011 | | | | |
| JAK | Long conference call with US Premium Beef and L. Lynch to discuss methods to liquidate approximately $700,000 of equity interests; prepare memorandum on conference for counsel. | 435.00 | 1.00 | 157 |
| JAK | Pleading review in both Gibson bankruptcy and East-West Trucking bankruptcy. | 435.00 | 0.30 | 158 |
| 03/19/2011 | | | | |
| JAK | Pleading review. | 435.00 | 0.40 | 159 |
| 03/21/2011 | | | | |
| JAK | Call from Chip Miller Trucking on their claim. | 435.00 | 0.20 | 160 |
| JAK | Call from L. Millchamp (sp?) on her company's claim. | 435.00 | 0.20 | 161 |

Eastern Livestock Bankruptcy                                June 02, 2011
                                              ACCOUNT NO:    110035-50M
                                              INVOICE NO:           1

re: Trustee

| | | Rate | HOURS | |
|---|---|---|---|---|
| JAK | E-mail correspondence with D. Donnellan on questions concerning allowance of Fifth Third claim and statements on blog site. | 435.00 | 0.30 | 162 |
| JAK | Review of BACA Feed Yard correspondence. | 435.00 | 0.10 | 164 |
| JAK | Review of this weeks' bills and payroll. | 435.00 | 0.30 | 165 |
| JAK | Pleading review in all three bankruptcies. | 435.00 | 0.50 | 166 |
| JAK | Call on building insurance coverage. | 435.00 | 0.10 | 167 |
| JAK | Review of Escrow Account activity. | 435.00 | 0.30 | 168 |
| JAK | Review of proposed bi-weekly payroll. | 435.00 | 0.20 | 169 |

03/22/2011

| | | Rate | HOURS | |
|---|---|---|---|---|
| JAK | Review of final version of W. Downs adversary. | 435.00 | 0.20 | 170 |
| JAK | Calls and e-mails with A. Omari, S. Herenden concerning tracing Eastern Livestock Company, Inc. from its roots into its current form of LLC so that we can claim assets of INC as part of the LLC at USPB; review of historic tax returns, audited financial statements and Secretary of State of Kentucky filings as wells as INC plan of dissolution and distribution. | 435.00 | 1.50 | 171 |
| JAK | Call with T. Hall on First Bank request for documents in addition to account sourcing information. | 435.00 | 0.20 | 172 |
| JAK | Conference call with Wells Fargo, Fifth Third and L. Lynch. | 435.00 | 0.50 | 173 |
| JAK | On call with H. Martin and J. Kindle at Chase to arrange payroll transfer and discuss continuing account transfer issues; draft recurring wire approval letter for Chase and send to J. Kindle. | 435.00 | 0.60 | 174 |
| JAK | E-mail correspondence with N. Crites on offsetting claims against | | | |

Eastern Livestock Bankruptcy

June 02, 2011

ACCOUNT NO:    110035-50M
INVOICE NO:    1

re: Trustee

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | ELC for EW Trucking. | 435.00 | 0.20 | 175 |
| | JAK | Call to L. Lynch and prepare lengthy e-mail response to D. Donnellan on his request for bank materials and source documents on AR Collections. | 435.00 | 0.50 | 176 |
| | JAK | Pleading review. | 435.00 | 0.30 | 177 |
| | JAK | Further e-mail correspondence with Donnellan on access to records, status of imaging recovery and Fifth Third kite audit. | 435.00 | 0.20 | 178 |
| 03/23/2011 | JAK | Review of February operating report and execute and return. | 435.00 | 0.30 | 179 |
| | JAK | Review of Moore Family Farm contract and internet search for appraisers; contact John Glyn Missouri appraiser and Glen Yutzy Missouri appraiser; | 435.00 | 1.00 | 180 |
| | JAK | Exchanges of e-mail correspondence and phone calls with Dusting DeNeal and Alan Omari concerning access to affiliate records on main server; correspond with other counsel re same; call to Debie Caruso to obtain consent regarding Tom Gibson personal records; review of computer generated report on affiliates; | 435.00 | 1.80 | 181 |
| | JAK | Receive and review of Cattlemen's Confidentiality Agreement and call to Bob Stanely re same and execute and return. | 435.00 | 0.40 | 182 |
| | JAK | Three creditors calls on W. Downs lawsuit. | 435.00 | 0.50 | 183 |
| 03/24/2011 | JAK | Three conference calls with JP Morgan Chase to straighten out online issues with bank account access and separating accounts. | 435.00 | 0.70 | 184 |
| | JAK | E-mail correspondence with B Stanley on Wisconsin interpleader removal. | 435.00 | 0.10 | 185 |

Eastern Livestock Bankruptcy

June 02, 2011
ACCOUNT NO:    110035-50M
INVOICE NO:             1

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 03/29/2011 | | | | | |
| | JAK | Review of spreadsheet prepared by DSI on P&R Cattle and debits and payment credits seeking offset and payment plan.  Prepare interest calculations for payment plan and email response to DSI on terms for acceptance of payment plan and possible securitization | 435.00 | 0.70 | 188 |
| | JAK | E-mail correspondence with  Scott on selling delivery rights of US Premium Beef interests; receive listing form and prepare form and transmit to Scott. | 435.00 | 0.40 | 189 |
| | JAK | Pleading review. | 435.00 | 0.40 | 190 |
| | JAK | E-mail correspondence with D. Caruso on First Bank document requests. | 435.00 | 0.20 | 191 |
| 03/30/2011 | | | | | |
| | JAK | Prepare blog entry on first meeting of creditors. | 435.00 | 0.40 | 192 |
| | JAK | Review of lengthy letter and e-mails and pleadings received from counsel for Northern Livestock Video documenting and explaining their claims. | 435.00 | 0.50 | 193 |
| | JAK | E-mail correspondence with DSI concerning First Bank records inspection visit. | 435.00 | 0.30 | 194 |
| | JAK | Review terms of settlement regarding P & R Livestock; prepare draft promissory note; draft settlement agreement. | 435.00 | 1.30 | 195 |
| | JAK | Pleading review. | 435.00 | 0.30 | 196 |
| | JAK | Calls to Chase concerning reversal of wire and transaction charges to escrow and operating accounts; callback from Chase. | 435.00 | 0.20 | 197 |
| | JAK | Prepare statement of account activity for week of March 17th for DSI. | 435.00 | 0.40 | 198 |
| | JAK | E-mail correspondence with DSI regarding Moore farm. | 435.00 | 0.20 | 199 |

Eastern Livestock Bankruptcy                                              June 02, 2011
                                                    ACCOUNT NO:    110035-50M
                                                    INVOICE NO:            1

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| **03/31/2011** | | | | | |
| | JAK | E-mail correspondence with  Liz Lynch and prepare revisions to note and account settlement agreement for P & R Livestock. | 435.00 | 0.30 | 200 |
| | JAK | Wells Fargo/Fifth Third status conference call. | 435.00 | 0.70 | 201 |
| | JAK | E-mail correspondence with C. Peirce on Moore family farm; call to appraiser to arrange visit to farm; call to C. Schuchman to arrange access to farm; review of farm contract. | 435.00 | 0.80 | 202 |
| | JAK | Review of Dean Cluck Feedyards payment and settlement. | 435.00 | 0.20 | 203 |
| | JAK | E-mail correspondence with C. Pierce concerning settlement and offset for T. Fellhauer and additional cattle discovered relating to transactions with E. Edens; prepare approval of offset to time in providing documents and other assistance. | 435.00 | 0.40 | 204 |
| | JAK | Two creditor calls. | 435.00 | 0.20 | 205 |
| | JAK | Call from Dean Mayfield office on insurance. | 435.00 | 0.10 | 206 |
| | JAK | E-mail correspondence with B. Stanely to request preparation of summary on status on inter-pleader claims. | 435.00 | 0.20 | 207 |
| **04/01/2011** | | | | | |
| | JAK | E-mail correspondence with H. Mapes on G. Seals complaint and settlement inquiries from G. Seals counsel. | 435.00 | 0.30 | 208 |
| | JAK | Pleading review. | 435.00 | 0.30 | 209 |
| | JAK | Single creditor call. | 435.00 | 0.20 | 210 |
| **04/04/2011** | | | | | |
| | JAK | Call from rancher and refer to dSI on contract delivery; e-mail to DSI. | 435.00 | 0.30 | 211 |

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-50M
INVOICE NO:              1

re: Trustee

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| JAK | E-mail correspondence with Gibson Trustee on Cactus Feed Yard proceeds. | | 435.00 | 0.40 | 212 |
| JAK | E-mail correspondence with DSI on Fifth Third Bank meeting this week. | | 435.00 | 0.20 | 213 |
| JAK | Review of bankruptcy schedules in preparation for tomorrow's 341 meeting. | | 435.00 | 0.90 | 214 |
| 04/05/2011 | | | | | |
| JAK | To New Albany for 341 Creditors Meeting and subsequent meetings with DSI staff at Eastern offices; also meetings after creditors meeting with counsel and clients from First Bank;  also meetings after creditors meeting with counsel and Odle of Superior Livestock; return to Indianapolis. | | 435.00 | 8.00 | 215 |
| 04/06/2011 | | | | | |
| JAK | To offices of Baker & Daniels to discuss pending matters and meeting with J. Bosco of Fifth Third. | | 435.00 | 2.10 | 216 |
| JAK | Review and revise draft Atkinson adversary complaint. | | 435.00 | 0.40 | 217 |
| JAK | On phone and online with J. Kindle of JP Morgan concerning banking issues. | | 435.00 | 0.20 | 218 |
| JAK | E-mail correspondence with counsel concerning Cactus Growers receivable; e-mail correspondence concerning Friona receivable. | | 435.00 | 0.20 | 219 |
| JAK | Email correspondence H. Mappes concerning G. Seals settlement negotiations. | | 435.00 | 0.10 | 220 |
| JAK | Review of cactus Growers v. Nichols adversary proceeding. | | 435.00 | 0.30 | 221 |
| 04/07/2011 | | | | | |
| JAK | Review of accountant liability and statute of limitations memo; prepare comments for counsel on accountant liability and limitations applicable to pursuing claims. | | 435.00 | 0.60 | 222 |

Eastern Livestock Bankruptcy                                      June 02, 2011
                                                   ACCOUNT NO:    110035-50M
                                                   INVOICE NO:           1

re: Trustee

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| JAK | Receive and review of letter offer of Cactus Growers to purchase ELC's 47% interest and conditions of sale. Prepare comments for counsel on issues raised by letter. | 435.00 | 0.70 | 223 |
| JAK | Call from Rancher. | 435.00 | 0.10 | 224 |

**04/11/2011**

| | | | | |
|---|---|---|---|---|
| JAK | Conference call with counsel on pending issues. | 435.00 | 0.90 | 225 |
| JAK | Several calls from T. Hall on Friona/Superior cattle sale proposal and e-mail correspondence with L. Lynch regarding the same. | 435.00 | 0.50 | 226 |
| JAK | Pleading review of ELC, Gibson and East West cases. | 435.00 | 0.50 | 227 |
| JAK | E-mail correspondence with C. Pearce on administrative issues. | 435.00 | 0.20 | 228 |
| JAK | Receive and review of East West Cattle claim for filing and execute and return. | 435.00 | 0.20 | 229 |
| JAK | Review of Cactus Growers Motion to quash 2004 Exam of First Bank; motion for hearing and notice. | 435.00 | 0.30 | 230 |

**04/12/2011**

| | | | | |
|---|---|---|---|---|
| JAK | Participate in update call with 5/3 Bank and Wells Fargo. | 435.00 | 0.70 | 231 |
| JAK | Call to S. Miller on USPB listing. | 435.00 | 0.10 | 232 |
| JAK | Call to G. Yutzy on Moore family farm valuation. | 435.00 | 0.10 | 233 |
| JAK | Lengthy conference call with counsel and DSI. | 435.00 | 1.70 | 234 |
| JAK | Review of the 34 page Superior Livestock Complaint and Exhibits. | 435.00 | 1.80 | 235 |
| JAK | E-mail of RSI Report to J. Bosco. | 435.00 | 0.20 | 236 |
| JAK | E-mail correspondence with S. Herendeen concerning preparation of letter to US Premium Beef concerning history of Eastern Livestock Inc merger into LLC so that we can claim patronage monies. | 435.00 | 0.30 | 237 |

Eastern Livestock Bankruptcy

June 02, 2011
ACCOUNT NO:   110035-50M
INVOICE NO:           1

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| | JAK | E-mail correspondence with USPB to obtain password and ID and efforts on AG tradestock website to list equity units for sale. | 435.00 | 0.40 | 238 |
| **04/13/2011** | JAK | E-mail correspondence with counsel concerning Superior Livestock Complaint. | 435.00 | 0.20 | 239 |
| | JAK | Pleading review in Gibson case. | 435.00 | 0.20 | 240 |
| | JAK | Update bank activity statement. | 435.00 | 0.30 | 241 |
| | JAK | E-mail correspondence with B. Stanley on interpleader memorandum. | 435.00 | 0.20 | 242 |
| | JAK | E-mail correspondence with S. Herenden on history of ELC, Inc. | 435.00 | 0.20 | 243 |
| | JAK | E-mail correspondence with D. DeNeal. | 435.00 | 0.10 | 244 |
| | JAK | E-mail correspondence with DSI and counsel on claims against G. Seals. | 435.00 | 0.10 | 245 |
| **04/14/2011** | JAK | Call with S. Herendeen on obtaining valuation on Moore family farm. | 435.00 | 0.20 | 246 |
| | JAK | Bank account review. | 435.00 | 0.20 | 247 |
| | JAK | Pleading review in Gibson matter. | 435.00 | 0.20 | 248 |
| | JAK | Pleading review - in Eastern Bankruptcy. | 435.00 | 0.30 | 249 |
| | JAK | Arrange for meeting with G. Seals and counsel. | 435.00 | 0.10 | 250 |
| | JAK | E-mail correspondence with R. LaTour regarding our Fifth Third accounts and turnover. | 435.00 | 0.20 | 251 |
| | JAK | Call from Creditor on contract sale issues. | 435.00 | 0.20 | 252 |
| **04/15/2011** | JAK | Telephonic court hearing participation. | 435.00 | 1.50 | 253 |
| **04/18/2011** | JAK | Letter from GP Cattle counsel on | | | |

Eastern Livestock Bankruptcy                                        June 02, 2011
                                                      ACCOUNT NO:   110035-50M
                                                      INVOICE NO:            1

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
|  |  | records delivery. | 435.00 | 0.10 | 254 |
| JAK |  | Review and execute cancellation of Seneca insurance. | 435.00 | 0.20 | 255 |
| JAK |  | Letter to MF Global on liquidating Eastern's account. | 435.00 | 0.30 | 256 |
| JAK |  | East West Trucking pleading review. | 435.00 | 0.10 | 259 |
| JAK |  | E-mail communication with R. Redmund concerning claims of two clients and status of case. | 435.00 | 0.20 | 260 |
| JAK |  | E-mail correspondence with  R. LaTour. | 435.00 | 0.20 | 261 |
| JAK |  | Review of Friona interpleader transfer order. | 435.00 | 0.10 | 262 |
| JAK |  | Review of and propose suggested revisions to L. Lunch draft letter to Agribeef regarding Gibson entities. | 435.00 | 0.20 | 263 |
| JAK |  | Review of and propose suggested revisions to L Lynch draft letter to Agribeef re Gibson entities. | 435.00 | 0.20 | 264 |
| 04/19/2011 |  |  |  |  |  |
| JAK |  | Call with R. LaTour and counsel concenring FBI funds and Superior offer to settle on Friona cattle sale. | 435.00 | 1.00 | 265 |
| 04/21/2011 |  |  |  |  |  |
| JAK |  | Email correspondence  R Stanley on Seals meeting. | 435.00 | 0.10 | 266 |
| JAK |  | Review of Agribeef demand letter, subpoena and document list for approval and email correspondence D. DeNeal. | 435.00 | 0.20 | 267 |
| JAK |  | Review  of Hoodenpyle contract termination and settlement agreement. | 435.00 | 0.20 | 268 |
| JAK |  | Call from C Schuchman on Moore farm and email correspondence  S. Herendeen. | 435.00 | 0.30 | 269 |
| JAK |  | John Kopf collection demand. | 435.00 | 0.10 | 270 |

Eastern Livestock Bankruptcy

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| | JAK | Conference call with Carr and Hall on Superior AR settlement proposal. | 435.00 | 0.50 | 271 |
| | JAK | Review of Moore Farm appraisal results and call to Schuchman to decline payment and discuss settlement of transfer of ELC interest in farm; callback from Schuchman to accept offer. | 435.00 | 0.50 | 272 |
| 04/22/2011 | JAK | Scheduling conference call with J. Carr and T. Hall and L. Lynch. | 435.00 | 0.40 | 273 |
| | JAK | Call from C Shuchman on farm interest sale; fax from Shuchman; call from counsel for Moore family, Ryan Ricketts. | 435.00 | 0.30 | 274 |
| | JAK | Email correspondence with Gibson Trustee counsel on seizure issues. | 435.00 | 0.10 | 275 |
| | JAK | Review of revised Hoodenpyle release. | 435.00 | 0.20 | 276 |
| | JAK | Email correspondence L Lynch on Rosenbaum collection claim. | 435.00 | 0.20 | 277 |
| 04/25/2011 | JAK | Attend all hands strategy meeting. | 435.00 | 3.70 | 278 |
| | JAK | Respond to inquiry from United States Trustee on bonding increase. | 435.00 | 0.20 | 279 |
| 04/26/2011 | JAK | Arrange for listing of 1000 "A" USPB units. | 435.00 | 0.20 | 280 |
| | JAK | Review of Domina letter rejecting payments as insufficient and returning check. | 435.00 | 0.20 | 281 |
| | JAK | Review and execute Hoodenpyle release and settlement agreement. | 435.00 | 0.20 | 282 |
| | JAK | Bank call with Fifth Third and Wells Fargo and DSI. | 435.00 | 1.00 | 283 |
| | JAK | E-mail to surety connection to obtain bond quote. | 435.00 | 0.10 | 284 |
| | JAK | E-mail correspondence counsel on petitioning creditors fee request and several exchanges discussing | | | |

Eastern Livestock Bankruptcy

June 02, 2011
ACCOUNT NO:    110035-50M
INVOICE NO:              1

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
|  |  | related issues. | 435.00 | 0.40 | 285 |
| | JAK | Review of civil forfeiture complaint. | 435.00 | 0.40 | 286 |
| 04/27/2011 | JAK | Call with D. Mayfield on bonding. | 435.00 | 0.20 | 287 |
| | JAK | Conference call with D. Donnellan and L. Lynch concerning leads to missing cattle and Nichols and Agribeef issues. | 435.00 | 0.50 | 288 |
| | JAK | E-mail correspondence with C. Pierce. | 435.00 | 0.20 | 289 |
| | JAK | Review of bank account for receipt of Hoodenpyle transfer. | 435.00 | 0.10 | 290 |
| | JAK | Conference concerning bond claimants and filing for their claim in ELC bankruptcy claims docket. | 435.00 | 0.30 | 291 |
| | JAK | Creditor call. | 435.00 | 0.20 | 292 |
| | JAK | Pleading review of Gibson and East West Trucking bankruptcies. | 435.00 | 0.30 | 293 |
| | JAK | E-mail correspondence with Wells Fargo concerning the civil forfeiture action. | 435.00 | 0.20 | 294 |
| 04/28/2011 | JAK | Review of pleadings in Gibson and East West trucking. | 435.00 | 0.40 | 295 |
| | JAK | Receive acceptance offer for sale of 100 USPB units (out of 1,000) for $55,000 and contract and review of contract and execute and arrange for transmittal with check for transaction fee and letter to Variable. | 435.00 | 0.70 | 296 |
| | JAK | Attend settlement meeting with Baker & Daniels counsel, G. Seals and G. Seals counsel. | 435.00 | 2.80 | 297 |
| | JAK | Work on obtaining $10 million bond. | 435.00 | 0.40 | 298 |

James A. Knauer

295.80    128,673.00

FOR CURRENT SERVICES RENDERED

295.80    128,673.00

Eastern Livestock Bankruptcy

                                                           June 02, 2011
                                              ACCOUNT NO:   110035-50M
                                              INVOICE NO:        1

       re: Trustee

| Date | Description | Amount | |
|---|---|---:|---:|
| 01/11/2011 | Reproduction of documents | 16.05 | 45 |
| 03/30/2011 | Reproduction of documents | 3.50 | 55 |
| 04/04/2011 | Reproduction of documents | 76.20 | 56 |
| 04/13/2011 | Reproduction of documents | 101.00 | 21 |
| 04/14/2011 | Reproduction of documents | 18.80 | 24 |
| | Reproduction of documents | 215.55 | |
| | | | |
| 01/21/2011 | Mailing expense | 3.59 | 47 |
| 01/28/2011 | Mailing expense | 0.64 | 7 |
| 02/10/2011 | Mailing expense | 1.10 | 8 |
| 02/15/2011 | Mailing expense | 2.03 | 9 |
| 02/18/2011 | Mailing expense | 0.46 | 11 |
| 02/25/2011 | Mailing expense | 0.92 | 12 |
| 03/08/2011 | Mailing expense | 0.46 | 15 |
| 03/16/2011 | Mailing expense | 0.92 | 16 |
| 03/30/2011 | Mailing expense | 0.64 | 17 |
| 04/14/2011 | Mailing expense | 0.46 | 23 |
| 04/20/2011 | Mailing expense | 1.13 | 25 |
| | Mailing expense | 12.35 | |
| | | | |
| | TOTAL EXPENSES THRU 04/30/2011 | 227.90 | |
| | | | |
| 12/26/2010 | Travel Expenses | 254.55 | 10 |
| 12/27/2010 | Travel Expenses | 112.20 | 1 |
| 12/28/2010 | Travel Expenses | 145.10 | 4 |
| 12/29/2010 | Travel Expenses | 149.00 | 39 |
| 12/30/2010 | Travel Expenses | 56.10 | 5 |
| 12/31/2010 | Travel Expenses | 184.55 | 40 |
| 01/03/2011 | Travel Expenses | 253.90 | 41 |
| 01/04/2011 | Travel Expenses | 112.20 | 6 |
| 01/04/2011 | Title/Registration searches at Bureau of Motor Vehicles | 10.00 | 48 |
| 01/07/2011 | Travel Expenses | 213.90 | 42 |
| 01/13/2011 | Travel Expenses | 275.90 | 31 |
| 01/26/2011 | Travel Expenses | 304.00 | 30 |
| 01/26/2011 | UCC Search and/or Browse Fee and Copies | 15.00 | 49 |
| 02/03/2011 | Overnight mail | 16.54 | 50 |
| 02/11/2011 | Conference Call Fees | 132.34 | 13 |
| 02/14/2011 | Overnight mail | 16.69 | 51 |
| 02/15/2011 | Conference Call Fees | 1.56 | 14 |
| 02/22/2011 | Overnight mail | 16.69 | 52 |
| 03/01/2011 | Travel Expenses | 245.90 | 29 |
| 03/14/2011 | Overnight mail | 16.84 | 53 |
| 03/16/2011 | Conference Call Fees | 23.73 | 19 |
| 03/18/2011 | Conference Call Fees | 23.74 | 20 |
| 03/21/2011 | Conference Call Fees | 23.43 | 18 |
| 03/24/2011 | Overnight mail | 16.84 | 54 |
| 03/28/2011 | Overnight mail | 16.84 | 57 |
| 04/04/2011 | Travel Expenses | 434.40 | 28 |
| 04/05/2011 | Overnight mail | 17.14 | 58 |

Eastern Livestock Bankruptcy

June 02, 2011

ACCOUNT NO:   110035-50M
INVOICE NO:            1

re: Trustee

| | | | |
|---|---|---|---|
| 04/15/2011 | Overnight mail | 14.88 | 59 |
| 04/26/2011 | Outside Copying Expense | 354.43 | 60 |
| 04/26/2011 | Overnight mail | 17.14 | 62 |
| 04/28/2011 | Overnight mail | 17.14 | 61 |
| 04/28/2011 | Overnight mail | 23.53 | 63 |
| | TOTAL ADVANCES | 3,516.20 | |

TOTAL CURRENT WORK THIS STATEMENT          132,417.10

BALANCE DUE                                $132,417.10