ACCOUNT NO:        110034-50M
INVOICE NO:              1

re: Website

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of __/__/__.
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
   (Trust is not automatically disbursed)
Other Comments_____

_____

| | | Rate | HOURS |
|---|---|---|---|
| 12/27/2010 | | | |
| HNS | Begin drafting content for website and uploading same; reviewing cases; e-mail exchanges with J. Knauer regarding same; prepare appearance for J. Knauer as Trustee; calls to and from K. Goss; e-mails to and from K. Goss; research articles for website/blog. | 115.00 | 9.50 |
| 12/28/2010 | | | |
| HNS | Continue begin drafting/researching content for website and uploading same; reviewing cases; e-mail exchanges with J. Knauer regarding same; prepare appearance for J. Knauer as Trustee; calls to and from K. Goss; e-mails to and from K. Goss; research articles for website/blog. | 115.00 | 7.00 |
| 12/29/2010 | | | |
| HNS | Continue drafting/researching content for website and uploading same; reviewing cases; e-mail exchanges with J. Knauer regarding same; prepare appearance for J. Knauer as Trustee; calls to and from K. Goss; e-mails to and from K. Goss; research articles for website/blog. | 115.00 | 8.50 |
| 12/30/2010 | | | |
| HNS | Continue drafting/researching content for website and uploading same; reviewing cases; e-mail exchanges with J. Knauer regarding same; prepare appearance for J. Knauer as Trustee; calls to and from K. Goss; e-mails to and from K. Goss; research articles for website/blog. | 115.00 | 7.50 |
| 12/31/2010 | | | |
| HNS | Calls to and from J. Knauer; review and continue updating website. | 115.00 | 2.50 |

Eastern Livestock Bankruptcy

ACCOUNT NO:    110034-50M
INVOICE NO:    1

re: Website

|  |  | Rate | HOURS |
|---|---|---|---|
| **01/04/2011** | | | |
| HNS | Continue updating website; reviewing cases; e-mail exchanges with J. Knauer; e-mails concerning contract interests; call with Court concerning Proof of Claim procedure for Creditors; return numerous e-mails; calls throughout the day with J. Knauer.   Call from K. Whigham regarding BMV search. | 115.00 | 8.50 |
| **01/05/2011** | | | |
| HNS | Continuing drafting, reviewing and monitoring website; conference with J. Knauer regarding proof of claim process for Creditors on Website; call from Creditor regarding claim process; return call; e-mail website to creditor. | 115.00 | 6.50 |
| **01/06/2011** | | | |
| HNS | Continuing drafting, reviewing and monitoring website; conference with J. Knauer regarding proof of claim process for Creditors on Website; call from Creditor regarding claim process; return call; e-mail website to creditor. | 115.00 | 7.00 |
| **01/07/2011** | | | |
| HNS | Continuing drafting, reviewing and monitoring website; conferences with J. Knauer site and bankruptcy; calls from numerous creditors/cattle farmers/interested parties. | 115.00 | 6.50 |
| **01/08/2011** | | | |
| HNS | Continuing drafting, reviewing and monitoring website. | 115.00 | 1.00 |
| **01/09/2011** | | | |
| HNS | Continuing drafting, reviewing and monitoring website. | 115.00 | 1.00 |
| **01/10/2011** | | | |
| HNS | Website/correspondence/calls with T. Hall and D. DeNeal; conferences with J. Knauer; research and create site more user friendly; correspondence with Court; call from Court. | 115.00 | 4.50 |
| **01/11/2011** | | | |
| HNS | Update website with current pleadings on all three bankruptcies and monitor same. Call from numerous creditors/cattle farmers/interested parties; e-mail responses to numerous contacts regarding filing of claims. | 115.00 | 4.20 |
| **01/12/2011** | | | |
| HNS | Update website with current pleadings on all three bankruptcies and monitor same. Call from numerous creditors/cattle farmers/interested parties; e-mail from J. Knauer regarding wire transfer; prepare same. | 115.00 | 4.50 |
| **01/13/2011** | | | |
| HNS | Update website with current pleadings on all three bankruptcies and monitor same. Call from numerous creditors/cattle farmers/interested parties. | 115.00 | 4.00 |
| **01/14/2011** | | | |
| HNS | Update website with current pleadings on all three | | |

Eastern Livestock Bankrupt`cy

ACCOUNT NO:    110034-50M
INVOICE NO:    1

re: Website

| | | Rate | HOURS |
|---|---|---|---|
| | bankruptcies and monitor same. Call from numerous creditors/cattle farmers/interested parties. | 115.00 | 5.00 |
| **01/17/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same. Calls and e-mails from numerous creditors/cattle farmers/interested parties. | 115.00 | 1.50 |
| **01/18/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same. Calls and e-mails from numerous creditors/cattle farmers/interested parties. | 115.00 | 4.50 |
| **01/19/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same. Calls and e-mails from numerous creditors/cattle farmers/interested parties. | 115.00 | 4.00 |
| **01/20/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same. Calls and e-mails from numerous creditors/cattle farmers/interested parties. | 115.00 | 5.00 |
| **01/21/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same. Calls and e-mails from numerous creditors/cattle farmers/interested parties. | 115.00 | 5.20 |
| **01/24/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same. Call from numerous creditors/cattle farmers/interested parties. E-mail exchanges with C. Pierce regarding report to bank. | 115.00 | 3.80 |
| **01/25/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same.  Review and publish blog post.  Call from numerous creditors/cattle farmers/interested parties.  E-mail exchange with C. Pierce regarding report to bank and payroll transfer.  Prepare and fax wire transfer to bank; call to bank. | 115.00 | 4.50 |
| **01/26/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same.  Call from numerous creditors/cattle farmers/interested parties. Conference with J. Knauer; UCC Search on various entity names for Eastern; e-mail to Trustee Counsel Team; e-mail exchange with J. Carr regarding same. | 115.00 | 4.50 |
| **01/28/2011** HNS | Update website with current pleadings on all three bankruptcies and monitor same.  Call from numerous creditors/cattle farmers/interested parties. | 115.00 | 4.00 |

Eastern Livestock Bankrupt`cy

ACCOUNT NO:          110034-50M
INVOICE NO:                          1

re: Website

| | | Rate | HOURS |
|---|---|---|---|
| **01/31/2011** | | | |
| HNS | Update website with current pleadings on all three bankruptcies and monitor same.  Call from numerous creditors/cattle farmers/interested parties. | 115.00 | 3.40 |
| **02/03/2011** | | | |
| HNS | Monitor and update website; conferences with J. Knauer; calls to and from C. Pierce regarding contract letters; call to J. Knauer regarding same; review and pay current invoices and overnight same to C. Pierce; e-mails. | 115.00 | 3.00 |
| **02/10/2011** | | | |
| HNS | Update Trustee's website; e-mail exchanges with C. Pierce regarding wire transfer and invoices to pay; e-mails with J. Knauer regarding same. | 115.00 | 4.75 |
| **02/14/2011** | | | |
| HNS | Update website; e-mail exchanges with C. Pierce. | 115.00 | 2.00 |
| **02/16/2011** | | | |
| HNS | Website updates. | 115.00 | 2.50 |
| **02/17/2011** | | | |
| HNS | Website updates; e-mails with C. Pierce. | 115.00 | 3.50 |
| **02/18/2011** | | | |
| HNS | Website updates; e-mails with C. Pierce. | 115.00 | 2.50 |
| **02/22/2011** | | | |
| HNS | Website updates. | 115.00 | 2.50 |
| **02/24/2011** | | | |
| HNS | Website updates; e-mail exchanges with C. Pierce. | 115.00 | 3.00 |
| **02/25/2011** | | | |
| HNS | Website updates. | 115.00 | 2.50 |
| **02/28/2011** | | | |
| HNS | Website updates. | 115.00 | 3.20 |
| **03/01/2011** | | | |
| HNS | Website updates. | 115.00 | 2.70 |
| **03/03/2011** | | | |
| HNS | Website updates. | 115.00 | 3.80 |
| **03/04/2011** | | | |
| HNS | Website updates. | 115.00 | 3.75 |
| **03/07/2011** | | | |
| HNS | Website updates. | 115.00 | 3.50 |
| **03/08/2011** | | | |
| HNS | Website updates. | 115.00 | 4.00 |

ACCOUNT NO:    110034-50M
INVOICE NO:    1

re: Website

|  |  | Rate | HOURS |
|---|---|---|---|
| 03/09/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 4.80 |
| 03/10/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 2.00 |
| 03/14/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 2.60 |
| 03/15/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 2.50 |
| 03/16/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 2.60 |
| 03/17/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 1.00 |
| 03/21/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 1.50 |
| 03/22/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 2.00 |
| 03/24/2011 |  |  |  |
| HNS | Website updates; prepare and overnight checks to C. Pierce for this weeks invoices. | 115.00 | 1.80 |
| 03/25/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 1.00 |
| 03/28/2011 |  |  |  |
| HNS | Website updates; e-mail exchanges with C. Pierce. | 115.00 | 1.30 |
| 03/29/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 3.00 |
| 03/30/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 2.00 |
| 03/31/2011 |  |  |  |
| HNS | Website updates. | 115.00 | 1.80 |
| 04/01/2011 |  |  |  |
| HNS | Review of pleadings; website updates. | 115.00 | 1.00 |
| 04/11/2011 |  |  |  |
| HNS | Pleading reviews; website updates. | 115.00 | 1.90 |
| 04/14/2011 |  |  |  |
| HNS | Pleading review; website update. | 115.00 | 1.00 |
| 04/15/2011 |  |  |  |
| HNS | Pleading review; website update. | 115.00 | 2.80 |

June 03, 2011

ACCOUNT NO:     110034-50M
INVOICE NO:                     1

re: Website

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| **04/18/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 3.80 | |
| **04/19/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 2.00 | |
| **04/20/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 3.00 | |
| **04/21/2011** | | | | |
| HNS | Pleading review; website update; e-mail exchange with S. Herendeen. | 115.00 | 2.50 | |
| **04/22/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 2.00 | |
| **04/25/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 3.20 | |
| HNS | E-mail exchanges with D. DeNeal regarding filing; file POC in Gibson bankruptcy; e-mail confirmation to D. DeNeal and S. Herendeen. | 115.00 | 0.50 | |
| **04/26/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 2.50 | |
| HNS | E-mail correspondence with D. DeNeal, C. Peirce and L. Lynch regarding checks currently being held.  Conference regarding same with J. Knauer. | 115.00 | 1.50 | |
| **04/27/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 2.00 | |
| HNS | Conferences and e-mail exchanges with J. Knauer, C. Pierce, D. DeNeal and L. Lynch regarding NU Technologies. | 115.00 | 1.00 | |
| **04/28/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 2.80 | |
| HNS | Review and overnight correspondence to D. Domina regarding check received on behalf of NU Technologies; conference with J. Knauer regarding same. | 115.00 | 0.80 | |
| **04/29/2011** | | | | |
| HNS | Pleading review; website update. | 115.00 | 1.40 | |
| | Heather N. Schuyler | | 240.90 | 27,703.50 |
| | FOR CURRENT SERVICES RENDERED | | 240.90 | 27,703.50 |

| 12/29/2010 | Weebly-Charge.COm | | | 71.80 |
| 12/31/2010 | Register.com - website name registration | | | 88.00 |

Eastern Livestock Bankrupt`cy
June 03, 2011

ACCOUNT NO:    110034-50M
INVOICE NO:    1

re: Website

TOTAL ADVANCES                                                         159.80

TOTAL CURRENT WORK THIS STATEMENT                              27,863.30

BALANCE DUE                                                      $27,863.30