**SO ORDERED: June 06, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No: 10-93904-BHL-11 |
| Eastern Livestock Co, LLC, ) | |
| Debtor ) | |

### ORDER ALLOWING LATE FILED PROOF OF CLAIM

This matter came before the Court on Creditor Ozarks Regional Stockyards, Inc.'s Motion to Allow Late Filed Proof of Claim. The Court, having reviewed the motion and being duly advised in the premises, now finds that the motion is appropriate and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proof of claim of Ozarks Regional Stockyards, Inc.'s [Claim No. 498] which was filed with the claims agent on May 5, 2011, is hereby allowed.

###