# Notice Recipients

District/Off: 0756–4     User: mturner     Date Created: 6/6/2011
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr     crb@gdm.com
aty     Christopher E. Baker     cbaker@hklawfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
10483225     Ozarks Regional Stockyards, Inc     PO Box 928     West Plains, MO 65775

TOTAL: 1