UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF INTERVENTION AND APPEARANCE

Comes now Christopher E. Baker, of Hostetler & Kowalik, P.C., and enters his appearance in the above-entitled bankruptcy proceeding on behalf of Randy Hoover & Son, LLC, a creditor herein, and moves to intervene generally on behalf of Randy Hoover & Son, LLC in said proceeding. The undersigned requests that he receive copies of all Applications, Motions, Notices and Orders at the following addresses:

Christopher E. Baker
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN  46204
(317) 262-1001; (317) 262-1010 FAX
cbaker@hklawfirm.com


HOSTETLER & KOWALIK, P.C.


By:  /s/ Christopher E. Baker
         Christopher E. Baker

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2011, a copy of the foregoing was filed via CM/ECF. Notice of such filing will be sent electronically to the following parties:

- David L. Abt    davidabt@mwt.net

- John W Ames    jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

- C. R. Bowles    crb@gdm.com, shm@gdm.com

- Lisa Koch Bryant    courtmail@fbhlaw.net

- James M. Carr    james.carr@bakerd.com, patricia.moffit@bakerd.com

- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com

- Deborah Caruso    dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com

- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com

- Jesse Cook-Dubin    jcookdubin@vorys.com, vdarmstrong@vorys.com

- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

- Dustin R. DeNeal    dustin.deneal@bakerd.com, patricia.moffit@bakerd.com

- Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com

- Sarah Stites Fanzini    sfanzini@hopperblackwell.com, mroth@hopperblackwell.com

- Robert H. Foree    robertforee@bellsouth.net

- Sandra D. Freeburger    sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

- Terry E. Hall    terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com

- John David Hoover    jdhoover@hooverhull.com

- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jay Jaffe    jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    rdlatour@vorys.com, khedwards@vorys.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- William Robert Meyer    rmeyer@stites.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern    wsnewbern@msn.com
- Matthew J. Ochs    matt.ochs@moyewhite.com, kim.maynes@moyewhite.com

- Ross A. Plourde     ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader     wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey     jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Susan K. Roberts     skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson     mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers     Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers     johnr@rubin-levin.net, susan@rubin-levin.net
- Ivana B. Shallcross     ibs@gdm.com
- William E Smith     wsmith@k-glaw.com, rheid@k-glaw.com
- Robert K Stanley     robert.stanley@bakerd.com
- Meredith R. Thomas     mthomas@daleeke.com
- John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand     sweigand@ficlaw.com
- Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White     swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates     jyates@swlaw.com, edufficy@swlaw.com
- James T Young     james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;mthornburg@rubin-levin.net

    The undersigned further certifies that on June 8, 2011, a copy of the foregoing was sent to the following parties via U.S. regular mail, postage pre-paid:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

David M Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

Ashley S Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

Kevin M Toner
Baker & Daniels LLP
300 N Meridian Street Suite 2700
Indianapolis, IN 46204-1782

                                            By: */s/ Christopher E. Baker*
                                                    Christopher E. Baker

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, Indiana 46204-4211
(317) 262-1001; (317) 262-1010 FAX
cbaker@hklawfirm.com