## AFFIDAVIT OF RANDY HOOVER

STATE OF MISSOURI )
                                ) ss
COUNTY OF HOWELL )

I, Randy Hoover, being first duly sworn upon my oath state that I have personal knowledge of the following:

1. I am the sole Member of Randy Hoover & Son, LLC.

2. I am also a partial owner of various other family owned companies which are in the midst of disputes and litigation, including Ozark Regional Stockyards, Inc., which is also a claimant in the bankruptcy of Eastern Livestock Company, LLC.

3. I received the Notice of Deadline for Filing of Proofs of Claim.

4. Confusion existed as to the extent and amount of the claim for Randy Hoover & Son, LLC amidst the various disputes regarding the family owned companies.

5. Upon realization of failure to timely file Randy Hoover & Son, LLC's, the proof of claim was completed and over-nighted to the claims agent.

6. I then proceeded to hire local counsel for ORS to file the Motion to Enlarge Time to Permit Filing of Proof of Claim.

FURTHER, AFFIANT SAITH NOT.

_____
Randy Hoover

Subscribed and sworn to before me on this 31st day of May, 2011.

BRENDA KAY MILLER
Notary Public – Notary Seal
STATE OF MISSOURI
Ozark County – Comm#10975402
My Commission Expires May 19, 2014

_____
Notary Public

My Commission Expires: May 19, 2014

1