United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                                Chapter 11
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0756-4          User: mturner            Page 1 of 1           Date Rcvd: Jun 06, 2011
                              Form ID: pdfOrder        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2011.
10483225      +Ozarks Regional Stockyards, Inc,   PO Box 928,   West Plains, MO 65775-0928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2011**                     **Signature:**  _/s/ Joseph Speetjens_

SO ORDERED: June 06, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No: 10-93904-BHL-11 |
| **Eastern Livestock Co, LLC,** ) | |
| **Debtor** ) | |

### ORDER ALLOWING LATE FILED PROOF OF CLAIM

This matter came before the Court on Creditor Ozarks Regional Stockyards, Inc.'s Motion to Allow Late Filed Proof of Claim. The Court, having reviewed the motion and being duly advised in the premises, now finds that the motion is appropriate and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proof of claim of Ozarks Regional Stockyards, Inc.'s [Claim No. 498] which was filed with the claims agent on May 5, 2011, is hereby allowed.

###