

## Kansas Secretary of State
## Online UCC Filing System
## Acknowledgment of Filing

Time of Transaction: 09-01-2010 12:59:09 PM
Filing Type: **Collateral Amendment**
Filing Number: **98079015**    Initial Filing Number: **2294583**

Initial Filing:

| Debtor Information |
|---|
| BRASS, JAMES H<br>HC 66BOX 19<br>WILMORE, KS 67155 |
| BRASS, CAROLYN N<br>HC 66BOX 19<br>WILMORE, KS 67155 |

| Secured Party Information |
|---|
| PEOPLES BK<br>101 E MAIN ST<br>COLDWATER, KS 67029 |

Amendment:

| Authorizing Party Information |
|---|
| PEOPLES BK |
| **Collateral Information** |
| All inventory which I hold for ultimate sale or lease, or which has been or will be supplied under contracts of service, or which are raw materials, work in progress, or materials used or consumed in my business. |
| All farm products including, but not limited to: (a) all poultry, livestock and their young, along with their products, produce and replacements; (b) all crops, annual or perennial, and all products of the crops; and (c) all feed, seed, fertilizer, medicine, and other supplies used or produced in my farming operations. |

*Ron [signature]*

Ron Thornburgh
Secretary of State

[ Back to Listing ]

**EXHIBIT 3**