

135 West Market
New Albany, IN 47150

**EASTERN LIVESTOCK CO., LLC**

DATE Oct 26, 2010

SELLER Jim Brass + Peoples Bank
ADDRESS Coldwater, KS

BUYER Ed Edens IV

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 192 | Steers | 150740 | -390 | 146218 | 762 | 107.92 | 157,798.47 |
|  | 762 |  |  |  |  |  |  |
|  | -750   10840 |  |  |  |  |  |  |
|  | 12 x .04 = .48 |  |  |  |  |  |  |
|  | 107.92 |  |  |  |  |  |  |

| | |
|---|---|
| LESS PART PAYMENT | |
| BEEF CHECKOFF | -192.00 |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 157,606.47 |

EXHIBIT 4