

\*1011147779\*
11/04/2010
39580201 1001008

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

Return Reason (S)
Refer to Maker



⑃"034075"⑃ ⑉:042100272!⑉  7480493837⑊"              ⑉"0015760647"⑉

**EXHIBIT 5**