UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                    CASE NO. 10-93904
                                              CHAPTER 11
    DEBTOR

## NOTICE OF ENTRY OF APPEARANCE

Come Laura Day DelCotto, Esq. and the law firm of DelCotto Law Group PLLC, 200 North Upper Street, Lexington, Kentucky 40507 (collectively, "Counsel"), and hereby enter their appearance herein as counsel for East Tennessee Livestock Center, Inc., Southeast Livestock Exchange, LLC, and Piedmont Livestock, Inc. (the "Parties"). In addition, pursuant to Fed. R. Bankr. P. 2002, Counsel hereby requests copies of all notices, pleadings, and other matters filed herein to be served on Counsel, and that they be placed on the Court's electronic service list.

Please take further notice that the Parties intend that neither this Notice of Appearance nor any later pleading, claim or suit shall waive (1) the rights of the Parties to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the rights of the Parties to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the rights of the Parties to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Parties are or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the Parties expressly reserve.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR THE PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2011, a copy of the foregoing Notice of Entry of Appearance was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt. | James M. Carr |
| davidabt@mwt.net | james.carr@bakerd.com |
| | patricia.moffit@bakerd.com |
| John W. Ames | |
| jwa@gdm.com | John R. Carr, III |
| shm@gdm.com | jrciii@acs-law.com |
| tlm@gdm.com | sfinnerty@acs-law.com |
| rtowbridge@kslaw.com | |
| | Deborah Caruso |
| Christopher E. Baker | dcaruso@daleeke.com |
| cbaker@hklawfirm.com | lharves@daleeke.com |
| | mthomas@daleeke.com |
| T. Kent Barber | |
| kbarber@dlgfirm.com | Bret S. Clement |
| dlgecf@dlgfirm.com | bclement@acs-law.com |
| dlgecfs@gmail.com | sfinnerty@acs-law.com |
| | |
| C. R. Bowles, Jr. | Kirk Crutcher |
| crb@gdm.com | kcrutcher@mcs-law.com |
| shm@gdm.com | jparson@mcs-law.com |
| | cmarshall@mcs-law.com |
| Lisa Koch Bryant | |
| courtmail@fbhlaw.com | |

2

Laura Day DelCotto
ldelcotto@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

Dustin R. DeNeal
Dustin.deneal@bakerd.com
Patricia.moffit@bakerd.com

David Alan Domina
dad@dominalaw.com
KKW@dominalaw.com
efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com
knorwich@ficlaw.com

Jesse Cook-Dubin
jcookdubin@vorys.com
vdarmstrong@vorys.com

Robert Hughes Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com
smattingly@dsf-atty.com

Terry E. Hall
terry.hall@bakerd.com
sharon.korn@bakerd.com
sarah.herendeem@bakerd.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com
lynn.acton@sprouselaw.com
rhonda.rogers@sprouselaw.com

James Bryan Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Edward M. King
tking@fbtlaw.com
dgioffe@fbtlaw.com

James A. Knauer
jak@kgrlaw.com
hns@kgrlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
rdlatour@vorys.com
khedwards@vorys.com

David L. LeBas
dlebas@namanhowell.com
koswald@namanhowell.com

Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com
atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com
lisa.geeding@dinslaw.com
patrick.burns@dinslaw.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net
sabrina@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com

William Robert Meyer, II
rmeyer@stites.com

James E. McGhee, III
mcghee@derbycitylaw.com

Allen Morris
amorris@stites.com
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@crowedunlevy.com
karol.brown@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com
erin.clogston@mcafeetaft.com

Wendy W. Ponader
Wendy.ponader@bakerd.com
Sarah.henderson@bakerd.com

Timothy T. Pridmore
tpridmore@mcjllp.com
lskibell@mcjllp.com

Susan K. Roberts
skr@stuartlaw.com
lbt@stuartlaw.com

Mark A. Robinson
mrobinson@vhrlaw.com
dalbers@vhrlaw.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com
Joyce.jenkins@dinslaw.com

John M. Rogers
johnr@rubin-levin.net
susan@rubin-levin.net

Ashley S. Rusher, Esq.
asr@blancolaw.com

Ivana B. Shallcross
ibs@gdm.com

Thomas C. Scherer, Esq.
tscherer@binghammchale.com

William E. Smith, III
wsmith@k-glaw.com

Robert K. Stanley
Robert.stanley@bakerd.com

Meredith R. Thomas
mthomas@daleeke.com
kmark@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com
jody.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com

Jessica E. Yates
jyates@swlaw.com
edufficy@swlaw.com

James T. Young
james@rubin-levin.net
ATTY_JTY@trusteesolutions.com
kim@rubin-levin.com
lemerson@rubin-levin.com

      I further certify that on June 17, 2011, a copy of the foregoing Notice of Entry of Appearance was mailed by first-class U.S. mail, postage prepaid and properly addressed, to the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th Street
Topeka, KS 66610

      /s/ Laura Day DelCotto, Esq.
      COUNSEL FOR THE PARTIES

Z:\Clients\ELC-Gibson\Eastern Livestock Bkcy IN 10-93904\Pleadings\Notice Enter Appear (ELC) 20110616.doc

5