UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC            CASE NO. 10-93904
                                                  CHAPTER 11

    DEBTOR

## DELCOTTO LAW GROUP PLLC
## STATEMENT PURSUANT TO FED. R. BANKR. P. 2019

Comes Laura Day DelCotto, on behalf of DelCotto Law Group PLLC ("DLG"), and hereby makes the following statement pursuant to Fed. R. Bankr. P. 2019:

1.     DLG represents the following creditors and/or parties in interest in the above-captioned proceeding (the "Claimants"):

| Name | Address | Nature of Claim | Approximate Amount of Claim |
|---|---|---|---|
| Bluegrass Stockyards, LLC | Attn: Jim Akers, COO<br>P.O. Box 1023<br>Lexington, KY 40588 | See Proof of Claim No. 219 | $52,367.44 |
| Bluegrass Stockyards East, LLC | P.O. Box 765<br>Mt. Sterling, KY 40353 | See Proof of Claim No. 220 | $26,796.22 |
| Bluegrass Stockyards of Campbellsville, LLC | P.O. Box 509<br>Campbellsville, KY 42719 | See Proof of Claim No. 221 | $283,174.75 |
| Bluegrass Stockyards of Richmond, LLC | 348 K Street<br>Richmond, KY 40475 | See Proof of Claim No. 217 | $181,440.99 |
| Bluegrass South Livestock Market, LLC | 277 Cordier Lane<br>Stanford, KY 40484 | See Proof of Claim No. 216 | $279,988.34 |
| Bluegrass-Maysville Stockyards, LLC | 7124 AA Highway East<br>Maysville, KY 41056 | See Proof of Claim No. 218 | $35,831.99 |
| East Tennessee Livestock Center, Inc. | Attn: Jennifer Houston<br>P.O. Box 326<br>Sweetwater, TN 37874 | See Proof of Claim No. 172 | $415,930.45 |
| Southeast Livestock Exchange, LLC | Attn: John M. Queen III<br>P.O. Box 1306<br>Waynesville, NC 28786 | See Proof of Claim No. 179 | $774,513.54 |
| Piedmont Livestock, Inc. | Attn: Joseph R. Jones<br>P.O. Box 217<br>Altamahaw, NC 27202-217 | See Proof of Claim No. 317 filed with The BMC Group, Inc. | $365,407.48 |

2. Each of the above Claimants has engaged DLG and requested that DLG represent it as counsel in the above-captioned proceeding.

3. DLG has no instruments whereby it is empowered to act on behalf of the Claimants, other than in its capacity as counsel of record herein.

4. Neither DLG, its member(s), nor any person employed by DLG own any claims against the Debtor in this case or any equity securities of the Debtor.

The undersigned hereby verifies that the foregoing statement is true and correct to the best of her knowledge and belief.

Dated: June 17, 2011

                                              Respectfully submitted,

                                              DELCOTTO LAW GROUP PLLC

                                              /s/  Laura Day DelCotto, Esq.
                                              200 North Upper Street
                                              Lexington, KY 40507
                                              Telephone:  (859) 231-5800
                                              Facsimile:   (859) 281-1179
                                              ldelcotto@dlgfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2011, a copy of the foregoing Rule 2019 Statement was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt. | Christopher E. Baker |
| davidabt@mwt.net | cbaker@hklawfirm.com |
| | |
| John W. Ames | T. Kent Barber |
| jwa@gdm.com | kbarber@dlgfirm.com |
| shm@gdm.com | dlgecf@dlgfirm.com |
| tlm@gdm.com | dlgecfs@gmail.com |
| rtowbridge@kslaw.com | |

C. R. Bowles, Jr.
crb@gdm.com
shm@gdm.com

Lisa Koch Bryant
courtmail@fbhlaw.com

James M. Carr
james.carr@bakerd.com
patricia.moffit@bakerd.com

John R. Carr, III
jrciii@acs-law.com
sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com
lharves@daleeke.com
mthomas@daleeke.com

Bret S. Clement
bclement@acs-law.com
sfinnerty@acs-law.com

Kirk Crutcher
kcrutcher@mcs-law.com
jparson@mcs-law.com
cmarshall@mcs-law.com

Laura Day DelCotto
ldelcotto@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

Dustin R. DeNeal
Dustin.deneal@bakerd.com
Patricia.moffit@bakerd.com

David Alan Domina
dad@dominalaw.com
KKW@dominalaw.com
efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com
knorwich@ficlaw.com

Jesse Cook-Dubin
jcookdubin@vorys.com
vdarmstrong@vorys.com

Robert Hughes Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com
smattingly@dsf-atty.com

Terry E. Hall
terry.hall@bakerd.com
sharon.korn@bakerd.com
sarah.herendeem@bakerd.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com
lynn.acton@sprouselaw.com
rhonda.rogers@sprouselaw.com

James Bryan Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Edward M. King
tking@fbtlaw.com
dgioffe@fbtlaw.com

James A. Knauer
jak@kgrlaw.com
hns@kgrlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
rdlatour@vorys.com
khedwards@vorys.com

David L. LeBas
dlebas@namanhowell.com
koswald@namanhowell.com

Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com
atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com
lisa.geeding@dinslaw.com
patrick.burns@dinslaw.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net
sabrina@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com
William Robert Meyer, II
rmeyer@stites.com

James E. McGhee, III
mcghee@derbycitylaw.com

Allen Morris
amorris@stites.com
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@crowedunlevy.com
karol.brown@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com
erin.clogston@mcafeetaft.com

Wendy W. Ponader
Wendy.ponader@bakerd.com
Sarah.henderson@bakerd.com

Timothy T. Pridmore
tpridmore@mcjllp.com
lskibell@mcjllp.com

Susan K. Roberts
skr@stuartlaw.com
lbt@stuartlaw.com

Mark A. Robinson
mrobinson@vhrlaw.com
dalbers@vhrlaw.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com
Joyce.jenkins@dinslaw.com

John M. Rogers
johnr@rubin-levin.net
susan@rubin-levin.net

Ashley S. Rusher, Esq.
asr@blancolaw.com

Ivana B. Shallcross
ibs@gdm.com

Thomas C. Scherer, Esq.
tscherer@binghammchale.com

William E. Smith, III
wsmith@k-glaw.com

4

Robert K. Stanley
Robert.stanley@bakerd.com

Meredith R. Thomas
mthomas@daleeke.com
kmark@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com
jody.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com

Jessica E. Yates
jyates@swlaw.com
edufficy@swlaw.com

James T. Young
james@rubin-levin.net
ATTY_JTY@trusteesolutions.com
kim@rubin-levin.com
lemerson@rubin-levin.com

   I further certify that on June 17, 2011, a copy of the foregoing Rule 2019 Statement was mailed by first-class U.S. mail, postage prepaid and properly addressed, to the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th Street
Topeka, KS 66610

            /s/ Laura Day DelCotto, Esq.
            DELCOTTO LAW GROUP PLLC

Z:\Clients\ELC-Gibson\Eastern Livestock Bkcy IN 10-93904\Pleadings\Rule 2019 Stmt (ELC) 20110614.doc