UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                                CASE NO. 10-93904
                                                          CHAPTER 11
    DEBTOR

**OBJECTION TO THE TRUSTEE'S PURCHASE MONEY
CLAIMS REPORT, MOTION TO TRANSFER FUNDS AND
NOTICE OF RELEASE OF PROCEEDS FROM ACCOUNT**

Come Bluegrass Stockyards, LLC, Bluegrass Stockyards East, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Bluegrass-Maysville Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc., and Southeast Livestock Exchange, LLC (collectively, the Parties), by counsel, and hereby object (the "Objection") to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account (the "Motion") [ECF No. 501]. In support of their Objection, the Parties respectfully state as follows:

1.   The Parties are currently investigating the funds generally described in Exhibit A to the Motion, but believe that they may have ownership claims in certain of the proceeds listed thereon, and/or in additional proceeds that may be collected by the Trustee in the future pursuant to the Order Granting Trustee's Emergency Motion Regarding Payments on Debtor's Cattle Sales [ECF No. 234] (the "Payment Order"). In particular, Piedmont Livestock, Inc. believes that it may have a claim to a portion of the funds listed on Exhibit A to the Motion as being paid by Lueken Dairy Farm. Documents relating to these funds are attached hereto as Exhibit 1. The

1

Parties may also have claims against Fifth Third Bank which could significantly impact Fifth Third's rights in this case.

2. The Parties are filing this Objection out of an abundance of caution. If, by the Motion, Eastern Livestock Co., LLC (the "Debtor") is attempting to transfer any funds listed in Exhibit A to the Motion from its Estate's escrow account (the "Account") to its general operating account without this Court first determining such a transfer is warranted (after appropriate discovery and litigation of those claims), then any such transfer is inappropriate.

3. Similarly, if, by the Motion, the Debtor is attempting to obtain approval for any future transfers from the Account to its general operating account, both funds currently in the account and as may be collected in the future pursuant to the Payment Order, without this Court first determining such a transfer is warranted (after appropriate discovery and litigation of those claims), then any such transfer is inappropriate.

4. The Parties are unsure whether failure to file this Objection would constitute a waiver of their right to do so under Paragraph 6 of the Financing Order [ECF No. 400] entered by this Court on March 18, 2011, but believe that it would not. However, in order to eliminate any confusion on that point, the Parties respectfully request that the Court rule that objections to the Motion were not due within seven (7) days. Further, to avoid any future confusion or unintended waivers, and for their future protection, as well as the future protection of others, the Parties ask the Court to rule that any notice requiring a seven (7) day response under Section 6 of the Financing Order must contain in bold caps "**ANY OBJECTIONS TO THE TRANSFER PROPOSED IN THIS NOTICE NOT MADE WITHIN SEVEN (7) DAYS OF RECEIPT ARE WAIVED AND THE TRUSTEE MAY TRANSFER OR USE THE FUNDS AS PROPOSED.**"

WHEREFORE, for the reasons set forth above, the Parties request that this Court: (a) reaffirm that the Trustee may not transfer any funds from the Account absent prior order of the Court, after specific notice, as set forth above, and a hearing on the proposed transfer of funds from the Account; (b) find that no objection to the Motion was required to be filed within seven (7) days of its filing; (c) order that any attempt to transfer funds pursuant to Paragraph 6 of the Financing Order contain in bold caps "**ANY OBJECTIONS TO THE TRANSFER PROPOSED IN THIS NOTICE NOT MADE WITHIN SEVEN (7) DAYS OF RECEIPT ARE WAIVED AND THE TRUSTEE MAY TRANSFER OR USE THE FUNDS AS PROPOSED**"; and (d) grant the Parties such further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, Kentucky 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR THE PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2011, a copy of the foregoing Objection was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt. | John W. Ames |
| davidabt@mwt.net | jwa@gdm.com |
| | shm@gdm.com |
| | tlm@gdm.com |
| | rtowbridge@kslaw.com |

3

Christopher E. Baker
cbaker@hklawfirm.com

T. Kent Barber
kbarber@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

C. R. Bowles, Jr.
crb@gdm.com
shm@gdm.com

Lisa Koch Bryant
courtmail@fbhlaw.com

James M. Carr
james.carr@bakerd.com
patricia.moffit@bakerd.com

John R. Carr, III
jrciii@acs-law.com
sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com
lharves@daleeke.com
mthomas@daleeke.com

Bret S. Clement
bclement@acs-law.com
sfinnerty@acs-law.com

Kirk Crutcher
kcrutcher@mcs-law.com
jparson@mcs-law.com
cmarshall@mcs-law.com

Laura Day DelCotto
ldelcotto@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

Dustin R. DeNeal
Dustin.deneal@bakerd.com
Patricia.moffit@bakerd.com

David Alan Domina
dad@dominalaw.com
KKW@dominalaw.com
efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com
knorwich@ficlaw.com

Jesse Cook-Dubin
jcookdubin@vorys.com
vdarmstrong@vorys.com

Robert Hughes Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com
smattingly@dsf-atty.com

Terry E. Hall
terry.hall@bakerd.com
sharon.korn@bakerd.com
sarah.herendeem@bakerd.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com
lynn.acton@sprouselaw.com
rhonda.rogers@sprouselaw.com

James Bryan Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Edward M. King
tking@fbtlaw.com
dgioffe@fbtlaw.com

4

James A. Knauer
jak@kgrlaw.com
hns@kgrlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
rdlatour@vorys.com
khedwards@vorys.com

David L. LeBas
dlebas@namanhowell.com
koswald@namanhowell.com

Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com
atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com
lisa.geeding@dinslaw.com
patrick.burns@dinslaw.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net
sabrina@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com
William Robert Meyer, II
rmeyer@stites.com

James E. McGhee, III
mcghee@derbycitylaw.com

Allen Morris
amorris@stites.com
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@crowedunlevy.com
karol.brown@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com
erin.clogston@mcafeetaft.com

Wendy W. Ponader
Wendy.ponader@bakerd.com
Sarah.henderson@bakerd.com

Timothy T. Pridmore
tpridmore@mcjllp.com
lskibell@mcjllp.com

Susan K. Roberts
skr@stuartlaw.com
lbt@stuartlaw.com

Mark A. Robinson
mrobinson@vhrlaw.com
dalbers@vhrlaw.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com
Joyce.jenkins@dinslaw.com

John M. Rogers
johnr@rubin-levin.net

5

susan@rubin-levin.net  lemerson@rubin-levin.com

Ashley S. Rusher, Esq.
asr@blancolaw.com

Ivana B. Shallcross
ibs@gdm.com

Thomas C. Scherer, Esq.
tscherer@binghammchale.com

William E. Smith, III
wsmith@k-glaw.com

Robert K. Stanley
Robert.stanley@bakerd.com

Meredith R. Thomas
mthomas@daleeke.com
kmark@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com
jody.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com

Jessica E. Yates
jyates@swlaw.com
edufficy@swlaw.com

James T. Young
james@rubin-levin.net
ATTY_JTY@trusteesolutions.com
kim@rubin-levin.com

6

      I further certify that on June 17, 2011, a copy of the foregoing Objection was mailed by first-class U.S. mail, postage prepaid and properly addressed, to the following:

| | |
|---|---|
| Bovine Medical Associates, LLC<br>1500 Soper Road<br>Carlisle, KY 40311 | National Cattlemen's Beef Association<br>c/o Alice Devine<br>6031 SW 37th Street<br>Topeka, KS 66610 |
| Eastern Livestock Co., LLC<br>135 W. Market Street<br>New Albany, IN 47150 | |

                                              /s/ Laura Day DelCotto, Esq.
                                              COUNSEL FOR THE PARTIES

Z:\Clients\ELC-Gibson\Eastern Livestock Bkcy IN 10-93904\Pleadings\Obj T'ee Mot to Dist Funds 20110616.doc

# Exhibit 1

Piedmont Livestock, Inc.
PO Box 217
Altamahaw, NC 27202

" Jesus Is Lord Of All "

## Invoice

| Date | Invoice # |
|---|---|
| 10/27/2010 | 7529 |

**Bill To**

Eastern Livestock
135 West Market
New Albany, IN 47150

| Head | Description | Qty/Wt | Price | Amount |
|---|---|---|---|---|
| 59 | Holst - Avg 858   Del<br>Jones<br>VA to Evansville,IN to Birdeye,IN<br><br>Lueken Dairy Farm<br><br>CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER<br>Claimed on # 59 cattle pursuant to 7CFR 1260.116 and 1260.314<br>DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment<br>BEEF COUNCIL REGISTERED No. NC-005<br>Signature _____<br>Date 10/27/10<br>ATTEST ALL LIVESTOCK REFERENCED BY THIS DOCUMENT & TRANSFERED ARE OF US (COUNTRY) ORIGIN. | 50,615 | 0.8568 | 43,366.93 |

| | | | | |
|---|---|---|---|---|
| Phone: | 336-584-3676 / 800-334-0819 | **Total** | | $43,366.93 |
| Fax: | 336-584-8398 | **Payments** | | $0.00 |
| Email: | piedmontcattle@bellsouth.net | **Balance** | | $43,366.93 |



**JJT** LLC
533 Frank Hall Road
Jonesville, VA 24263
276-690-6294

10310

| CUSTOMER'S ORDER NO. | DEPT. | DATE: 10-27-10 |
|---|---|---|

NAME: Piedmont Livestock
ADDRESS:
CITY, STATE, ZIP: Altamahaw, NC
SOLD BY: | CASH | COD | CHARGE | ON ACCT | MDSE. RTD. | PAID OUT |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 59 | Holstein Steers | | |
| | From: Thompson Valley, VA | | |
| | To: Paul Lueken  Birdseye, IN | | |
| | Contact # 812-630-7895 | | |
| | Truck Unit #50  Drivers: John and Tim | | |

RECEIVED BY:
POWELL VALLEY PRINTING CO.

Lueken Dairy Farm