UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**OBJECTION TO EASTERN TRUSTEE'S MOTION TO TRANSFER
FUNDS AND NOTICE OF RELEASE OF PROCEEDS FROM ACCOUNT**

Kathryn L. Pry, Chapter 7 Trustee of the Bankruptcy Estate of Thomas P. Gibson and Patsy M. Gibson, Case No. 10-93867-BHL-7A (the "Gibson Trustee"), by counsel, for her *Objection to Eastern Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account* (this "Objection"), states as follows:

1. The Gibson Trustee was appointed on December 1, 2010 (the "Gibson Petition Date") and continues to investigate and identify assets of Thomas P. Gibson and Patsy M. Gibson (the "Gibsons").

2. On May 23, 2011, James M. Knauer, Chapter 11 Trustee (the "Eastern Trustee") in the above-captioned Bankruptcy Case, filed his *Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account* (the "Funds Transfer Motion") [Docket No. 501], requesting that the Court disallow Disputed Purchase Money Claims as secured claims against the Cattle Sales Proceeds and authorize the Eastern Trustee to transfer approximately $7,000,000.00 in Cattle Sale Proceeds to the Eastern Trustee's general operating account for use as cash collateral of Fifth Third Bank.

3. The Gibson Trustee is currently investigating her rights to claim ownership in the Cattle Sales Proceeds and has obtained from this Court an extension of time to file her Purchase

Money Claims beyond the original bar date set by the Eastern Trustee. The current deadline for the Gibson Trustee to file her Purchase Money Claims is August 1, 2011.

4. The Gibson Trustee is diligently pursuing discovery in this proceeding, and in the Gibson proceeding, to determine the nature and extent of her Purchase Money Claims.

5. On June 7, 2011, the Gibson Trustee's counsel received a summary of the personal financial records for the calendar year of 2010 for the Gibsons (the "Financial Summary"), prepared by Development Specialists, Inc. ("DSI"). On June 15, 2011, counsel for the Gibson Trustee met with Elizabeth M. Lynch of DSI, in order to obtain further explanation of the Financial Summary and to further review personal financial records of the Gibsons.

6. The Gibson Trustee requested the extension of the deadline to file Purchase Money Claims in order to allow her sufficient time to continue her investigation as to whether any of the Cattle Sales Proceeds were from cattle owned by the Gibsons. The deadline for the Gibson Trustee to file Purchase Money Claims has not passed and therefore the Funds Transfer Motion is premature.

7. Accordingly, the Gibson Trustee respectfully requests that the Funds Transfer Motion be denied and that no funds be transferred out of the Eastern Trustee's Holding Account into the Operating Account without specific authorization from the Court and only after a complete determination of the rights and obligations of all creditors and other interested parties in this Bankruptcy Case.

WHEREFORE, the Gibson Trustee respectfully requests that the Court enter an Order denying the Funds Transfer Motion, and for all other just and proper relief.

Respectfully submitted,

DALE & EKE, P.C.

By: ___/s/ Meredith R. Thomas___
   Meredith R. Thomas (Atty. No. 28804-49)
   Deborah J. Caruso (Atty. No. 4273-49)
   DALE & EKE, P.C.
   9100 Keystone Crossing, Suite 400
   Indianapolis, Indiana 46240
   Tel: (317) 844-7400
   Fax: (317) 574-9426
   Email: mthomas@daleeke.com
   Attorneys for Kathryn L. Pry, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, a copy of the foregoing *Objection to Eastern Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- David L. Abt davidabt@mwt.net
- John W Ames jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- Christopher E. Baker cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- C. R. Bowles crb@gdm.com, shm@gdm.com
- Lisa Koch Bryant courtmail@fbhlaw.net
- James M. Carr james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com
- Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com
- Jesse Cook-Dubin jcookdubin@vorys.com, vdarmstrong@vorys.com;bjtobin@vorys.com
- Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson jdawson@millerdollarhide.com, jowens@millerdollarhide.com
- Dustin R. DeNeal dustin.deneal@bakerd.com, patricia.moffit@bakerd.com
- Laura Day DelCotto ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Shawna M Eikenberry shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Sarah Stites Fanzini sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree robertforee@bellsouth.net
- Sandra D. Freeburger sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Terry E. Hall terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover jdhoover@hooverhull.com
- John Huffaker john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jay Jaffe jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com

- James Bryan Johnston bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston tjohnston@mcjllp.com
- Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer jak@kgrlaw.com, hns@kgrlaw.com
- Theodore A Konstantinopoulos ndohbky@jbandr.com
- Randall D. LaTour rdlatour@vorys.com, khedwards@vorys.com
- David A. Laird david.laird@moyewhite.com, lisa.oliver@moyewhite.com
- David L. LeBas dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin robin@rubin-levin.net, edl@trustesolutions.com
- Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Karen L. Lobring lobring@msn.com
- John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh john.massouh@sprouselaw.com
- Michael W. McClain mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell lisahughes@givenspursley.com
- James Edwin McGhee mcghee@derbycitylaw.com, belliott@derbycitylaw.com
- William Robert Meyer rmeyer@stites.com
- Allen Morris amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern wsnewbern@msn.com
- Shiv Ghuman O'Neill shiv.oneill@bakerd.com
- Matthew J. Ochs matt.ochs@moyewhite.com, kim.maynes@moyewhite.com
- Ross A. Plourde ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Susan K. Roberts skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- Thomas C Scherer tscherer@binghammchale.com, mmcclain@binghammchale.com
- Ivana B. Shallcross ibs@gdm.com
- William E Smith wsmith@k-glaw.com, rheid@k-glaw.com
- Robert K Stanley robert.stanley@bakerd.com
- Andrew D Stosberg astosberg@lloydmc.com, bmarks@lloydmc.com
- John M. Thompson john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
- U.S. Trustee ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson andreawassonatty@gmail.com
- Stephen A. Weigand sweigand@ficlaw.com
- Charles R. Wharton Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates jyates@swlaw.com, edufficy@swlaw.com

- James T Young james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;mthornburg@rubin-levin.net

I further certify that on June 17, 2011, a copy of the foregoing *Objection to Eastern Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Greg L Bauer
PO Box 1349
Great Bend, KS 67530

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Adam R Burrus
Fleeson Gooing Coulson & Kitch LLC
301 N Main, Suite 1900
Wichita, KS 67202

Ron C Campbell
Fleeson, Gooing, Coulson & Kitch
125 N Market St, Ste 1600
PO Box 997
Wichita, KS 67201

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

David M Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

Mark A Rondeau
P O Drawer 1110
Great Bend, KS 67530

James Kilroy
Snell & Wilmer LLP
1200 17th Ste 1900
Denver, CO 80202

Justice B King
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth St
PO Box 949
Topeka, KS 66601-0949

Thomas J Lasater
301 N Main, Ste 1900
PO Box 997
Wichita, KS 67201

Terry L Malone
Martin, Pringle, Oliver, Wallace & Swartz LLP
100 North Broadway, Ste 500
Wichita, KS 67202

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

Ashley S Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

Kevin M Toner
Baker & Daniels LLP
300 N Meridian Street Suite 2700
Indianapolis, IN 46204-1782

    /s/ Meredith R. Thomas
Meredith R. Thomas (Atty. No. 28804-49)
DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, Indiana 46240
Tel: (317) 844-7400
Fax: (317) 574-9426
Email: mthomas@daleeke.com
Attorneys for Kathryn L. Pry, Trustee

i:\client\p\pry101\eastern livestock, 10-93904\objection.fundstransfer.motion.doc