# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) Hon. Basil H. Lorch III |

### JOINDER IN THE OBJECTION TO THE TRUSTEE'S PURCHASE MONEY CLAIMS REPORT, MOTION TO TRANSFER FUNDS AND NOTICE OF RELEASE OF PROCEEDS FROM ACCOUNT

**To the Honorable United States Bankruptcy Judge**:

Creditor CPC Livestock ("CPC") hereby joins in the Objections to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds, and Notice of Release of Proceeds from Account that were filed by Superior Livestock Auction, Inc. [Doc. # 512], Joplin Regional Stockyards [Doc. # 515], David L. Rings, Phillip Taylor Reed, Glen Franklin and Northwest Alabama Livestock Yard [Doc. # 517], Ron Reed [Doc. # 518], Bluegrass Stockyards, LLC, Bluegrass Stockyards East, LLC, BluegrassStockyards of Campbellsville, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Bluegrass-Maysville Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc., and Southeast Livestock Exchange, LLC [Doc. #539], for the reasons set forth in their objections. CPC likewise joins in the concerns articulated in the above-referenced documents that the process to be followed in objecting to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds, and Notice of Release of Proceeds from Account [Doc. # 501] is not clear, and CPC joins in the objections out of an abundance of caution.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/Jessica E. Yates
Jessica E. Yates
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202-5854
Phone: (303) 634-2097
Fax: (303) 634-2020
Email: jyates@swlaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on June 17, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties listed on the Cour"'s Electronic Case Filing System. Parties may access this filing through the Court's system.

                  /s/Linda Ralph
                  For Snell & Wilmer L.L.P.

13261583.1