UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )  Case No. 10-93904-BHL-11 |
| | ) |
| Debtor | ) |
| | ) |

## OBJECTION TO TRUSTEE'S PURCHASE MONEY CLAIMS REPORT, MOTION TO TRANSFER FUNDS AND NOTICE OF RELEASE OF PROCEEDS FROM ACCOUNT

Comes now Coffeyville Livestock Market., LLC, by counsel, William E. Smith, III, of the Law Firm of Kightlinger & Gray, LLP, and submits this objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account on behalf of Coffeyville Livestock Market., LLC, (Coffeyville) a creditor in the above-captioned matter. In support of the Objection Coffeyville states as follows:

1. Coffeyville adopts all the arguments advanced by Superior Livestock Auction, Inc. in its Objection and Supplemental Objection as if fully set forth herein.

2. Furthermore, in review of the Trustee's Motion, Coffeyville's Purchase Money Claim was not listed in its attachments as a holder of a filed Purchase Money Claim.

3. However, Coffeyville, filed its amended Purchase Money Claim on April 14, 2011 for the sum $19,889.50, which amended its original claim filed on March 22, 2011 and identified as Claim No. 129; a copy of said Claim is attached hereto as Exhibit "A".

4. On or about October 28, 2010 Eastern purchased twenty-five (25) head of cattle from Coffeyville and issued check No 124877 for $19,889.50 for payment, drawn on its account at Fifth

110291 / 1357287-1

Third Bank.

5.  Eastern's check was returned to Coffeyville unpaid and $19,889.50 due Coffeyville remains unpaid.

WHEREFORE, Coffeyville Livestock Market., LLC, respectfully requests that its claim be declared to be a duly filed Purchase Money Claim, that the Trustee's Motion and all relief requested therein be denied and for all other proper relief to which it may be entitled.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: /s/ William E. Smith, III
William E. Smith, III

Counsel for Coffeyville Livestock Market, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2011, a copy of the foregoing **"Objection"** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt – davidabt@mwt.net

John W. Ames – jaw@gdm.com

T. Kent Barber – kbarber@dlgfirm.com

C. R. Bowles, Jr. – crb@gdm.com

Lisa Koch Bryant – courtmail@fbhlaw.net

James M. Carr – james.carr@backerd.com

James M. Carr – jim.carr@bakerd.com

John R. Carr, III – jrciii@acs-law.com

Deborah Caruso – dcaruso@daleeke.com

Bret S. Clement – bclement@acs-law.com

Jesse Cook-Dublin – jcookdublin@vorys.com

Kirk Crutcher – kcrutcher@mcs-law.com

Dustin R. DeNeal – dustin.deneal@bakerd.com

Laura Day DelCotto – ldelcotto@dlgfirm.com

David Alan Domina – dad@dominalaw.com

Daniel J. Donnellon – ddonnellon@ficlaw.com

Sarah Stites Fanzini – sfanzini@hooperblackwell.com

Robert H. Foree – robertforee@bellsouth.net

Sandra D. Freeburger – sfreeburger@dsf-atty.com

Terry E. Hall – terry.hall@bakerd.com

John David Hoover – jdhoover@hooverhull.com

John Huffaker – john.huffaker@sprouselaw.com

James Bryan Johnston – bjtexas59@hotmail.com

Todd J. Johnston – tjohnston@mcjllp.com

Edward M. King – tking@fbtlaw.com

James A. Knauer – jak@kgrlaw.com

Theodore A. Konstantinopoulos – ndohbky@bandr.com

Randall D. LaTour – rdlatour@vorys.com

David L. LeBas – dlebas@namanhowell.com

Elliott D. Levin – robin@rubin-levin.net

110291 / 1357287-1

Elliott D. Levin – edl@rubin-levin.net

Kim Martin Lewis – kim.lewis@dinslaw.com

Karen L. Lobring – lobring@msn.com

John Hunt Lovell – john@lovell-law.net

John Frederick Massouh – john.massouh@sprouselaw.com

Michael W. McClain – mike@kentuckytrail.com

Kelly Greene McConnell – lisahughes@givenspursley.com

William Robert Meyer, II – rmeyer@stites.com

Allen Morris – amorris@stites.com

Judy Hamilton Morse – judy.morse@crowedunlevy.com

Walter Scott Newbern, III – wsnewbern@msn.com

Matthew J. Ochs – matt.ochs#moyewhite.com

Cathy S. Pike – cpike@weberandrose.com

Ross A. Plourde – ross.plourde@mcafeeaft.com

Wendy W. Ponader – wendy.ponader@bakerd.com

Timothy D. Pridmore – tpridmore@mcjllp.com

Jeffrey E. Ramsey – jramsey@hooperblackwell.com

Mark A. Robinson – mrobinson@vhrlaw.com

Jeremy S. Rogers – Jeremy.Rogers@dinslaw.com

John M. Rogers – johnr@rubin-levin.net

Ashley S. Rusher – asr@blancolaw.com

Ivana B. Shallcross – ibs@gdm.com

110291 / 1357287-1

Robert K. Stanley – robert.stanley@bakerd.com

Meredith R. Thomas – mthomas@daleeke.com

John M. Thompson – john.thompson@crowedunlevy.com

Stephen A. Weigand – sweigand@ficlaw.com

Sean T. White – swhite@hooverhull.com

Jessica E. Yates – jyates@swlaw.com

James T. Young – james@rubin-levin.net

U.S. Trustee – ustpregion10.in.ecf@usdoj.gov

                                                                    /s/ William E. Smith, III
                                                                     William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE: (812) 949-2300
FAX:    (812) 949-8556
E-MAIL: wsmith@k-glaw.com

B10 (Official Form 10) (4/10) Case 10-93904-BHL-11   Claim 129-2   Filed 04/14/11   Pg 1 of 3

| UNITED STATES BANKRUPTCY COURT    Southern District of Indiana | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Eastern Livestock Co., LLC | Case Number: 10-93904-BHL-11 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Coffeyville Livestock Market, LLC**

☒ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
c/o William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN 47150
Telephone number: 812-949-2300

Court Claim Number: **129**
(If known)

Filed on: **3/22/11**

Name and address where payment should be sent (if different from above):
**same as above**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:    $ 19,889.50**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim: Purchase Money Claim for sale of cattle**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor: 0291**

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☒ Other
Describe: **7USC 181 et seq., Packers & Stockyard Act**

Value of Property: **$19,889.50** Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ **19,889.50**          Basis for perfection: **7 USC 181 et seq.**

Amount of Secured Claim: $ **19,889.50**          Amount of Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)( ).

**Amount entitled to priority**
$ _____

*Amounts are subject to adjustment on 4.1.13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: 04/11/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ William E. Smith, III<br>William E. Smith, III, Attorney for<br>Coffeyville Livestock Market, LLC | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT "A"

## COFFEYVILLE LIVESTOCK MARKET, L.L.C.

| BRIAN LITTLE | P. O. Box 1074 • 822 W. 14th Street | JIMMY KING |
|---|---|---|
| Mobile: 918-331-7705 | Coffeyville, KS 67337 | Mobile: 620-515-5464 |
| | Office: 620-251-5460 • Fax: 620-251-4021 | |

### TD   17X

```
                                              10/28/2010 18:27:38
BOUGHT BY  EASTERN LIVESTOCK CO LLC           DENWALT AND SONS
ADDRESS    135 WEST MARKET                    1004 W OKC RENO ST
           NEW ALBANY, IN 47150-              EL RENO, OK 73036-

HEAD   TAG #   DESCRIPTION   COMMENTS    PEN #   AVG    WGT    PRICE    AMOUNT

  8    *18    MIXED HFR                  306VET  753    6025   100.25   6,040.06
              Reference #10077
 17    *19    MIXED HFR                  80 VET  801   13625   100.75  13,727.19
              Reference #10088

 25 Total Purchases                                    19650           19,767.25

Commission: Paid to Agent     By Weight    0   19650    0.50      98.25
Vet:                                                             24.00
                                                               ---------
                                                       Total=>  19,889.50

                                Avg. Price/Pound   101.22
                                Avg. Price/Head    795.58
                                Avg. Wgt            786
```

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN.
THIS CONTRACT CONSTITUTES A BILL OF SALE TO THE ABOVE DESCRIBED LIVESTOCK. PAYMENT FOR WHICH IS HEREBY ACKNOWLEDGED. WE RETAIN TITLE TO ALL LIVESTOCK UNTIL ACCOUNT IS PAID IN FULL. WE DO NOT GUARANTEE STOCK AGAINST SICKNESS OR DEATH. WE ACT AS AGENTS ONLY. ALL GUARANTEES BETWEEN BUYER AND SELLER.

"A"

COMMUNITY NATIONAL BANK & TRUST
14 N. LINCOLN
CHANUTE KANSAS    66720

11-08-10

The following described unpaid item is returned herewith. The amount and processing fee, if shown, have been charged to your account shown above.

DRAWN BY/DRAWN ON
-------------------
EASTERN LIVESTOCK CO
FIFTH THIRD BANK

COFFEYVILLE LIVESTOCK MARKET, L.L.
CUSTODIAL ACCOUT FOR SHIPPERS PROC
PO BOX 1074
COFFEYVILLE KS    67337

REASON
------
REFER TO MAKER

AMOUNT $19,889.50
    FEE $2.00

*** IMPORTANT NOTICE ***



"B"