UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST TO INTERVENE

Taft Stettinius & Hollister LLP (the "Firm"), on behalf of Russell deCordova d/b/a deCordova Cattle Company ("deCordova"), a creditor in the above-captioned bankruptcy proceeding, hereby appears and intervenes in this matter pursuant to Federal Rule of Bankruptcy Procedure 2002 and Southern District of Indiana Local Rule B-2018-1. To facilitate the receipt of all pleadings, filings, orders and notices by the Firm on behalf of deCordova, copies of all pleadings, filings, orders and notices should be sent to its attorney as follows:

> Jerald I. Ancel
> Jeffrey J. Graham
> Taft Stettinius & Hollister LLP
> One Indiana Square, Suite 3500
> Indianapolis, Indiana 46204
> Telephone: (317) 713-3500
> Facsimile: (317) 713-3699
> Email: jancel@taftlaw.com
> jgraham@taftlaw.com

The Firm **does authorize** service by email; however, if a party chooses electronic service, such notice shall be electronically transmitted to: jancel@taftlaw.com; jgraham@taftlaw.com; krussell@taftlaw.com and ecfclerk@taftlaw.com.

Neither the Firm's appearance and intervention on behalf of deCordova and request for service of all pleadings, nor later appearance, pleading, claim or suit, shall waive: (1) the right of deCordova to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) the right of deCordova to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the right of deCordova to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, or defenses which deCordova is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions or defenses deCordova expressly reserves.

WHEREFORE, the Firm, on behalf of deCordova, hereby appears in this proceeding and requests: (1) notice of pleadings, filings, orders and notices that may be issued by, or filed with, the Court or other parties-in-interest; (2) that the distribution of such notice be made to the aforementioned attorney; and (3) that it be added to the service list maintained by the debtor in this case.

Dated: June 17, 2011                             RUSSELL DECORDOVA D/B/A
                                                 DECORDOVA CATTLE COMPANY,
                                                 Creditor,


                                          By:    /s/ Jerald I. Ancel
                                                 Jerald I. Ancel, One Of Its Counsel

Jerald I. Ancel
Jeffrey J. Graham
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
Email: jancel@taftlaw.com
       jgraham@taftlaw.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the attached Service List via the United States Bankruptcy Court's electronic transmission service, via e-mail transmitted by counsel for creditor, , or via first class, postage-paid U.S. mail this 17th day of June, 2011.

/s/ Jerald I. Ancel
Jerald I. Ancel

1467808

**Eastern Livestock Co., LLC**
**Case No. 10-93904-BHL-11**
**Service List**
**Updated:  06/17/2011**

**U.S. Bankruptcy Court Electronic Service**

| | |
|---|---|
| David L. Abt | davidabt@mwt.net |
| John W Ames | jwa@gdm.com |
| | hm@gdm.com |
| | tlm@gdm.com |
| | rtrowbridge@kslaw.com |
| Christopher E. Baker | cbaker@hklawfirm.com |
| | thignight@hklawfirm.com |
| T. Kent Barber | kbarber@dlgfirm.com |
| | dlgecf@dlgfirm.com |
| | dlgecfs@gmail.com |
| C. R. Bowles | crb@gdm.com |
| | shm@gdm.com |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| James M. Carr | james.carr@bakerd.com |
| | patricia.moffit@bakerd.com |
| John R. Carr | jrciii@acs-law.com |
| | sfinnerty@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com |
| | mthomas@daleeke.com |
| Bret S. Clement | bclement@acs-law.com |
| | sfinnerty@acs-law.com |
| Jesse Cook-Dubin | jcookdubin@vorys.com |
| | vdarmstrong@vorys.com |
| | bjtobin@vorys.com |
| Kirk Crutcher | kcrutcher@mcs-law.com |
| | jparsons@mcs-law.com |
| | cmarshall@mcs-law.com |
| Jack S Dawson | jdawson@millerdollarhide.com |
| | jowens@millerdollarhide.com |
| Dustin R. DeNeal | dustin.deneal@bakerd.com |
| | patricia.moffit@bakerd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com |
| | dlgecf@dlgfirm.com |
| | dlgecfs@gmail.com |
| David Alan Domina | dad@dominalaw.com |
| | KKW@dominalaw.com |
| | efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com |
| | knorwick@ficlaw.com |
| Shawna M Eikenberry | shawna.eikenberry@bakerd.com |
| | sarah.herendeen@bakerd.com |
| Robert H. Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com |
| | smattingly@dsf-atty.com |
| Terry E. Hall | terry.hall@bakerd.com |
| | sharon.korn@bakerd.com |
| | sarah.herendeen@bakerd.com |
| John David Hoover | jdhoover@hooverhull.com |

| | |
|---|---|
| John Huffaker | john.huffaker@sprouselaw.com |
| | lynn.acton@sprouselaw.com |
| | rhonda.rogers@sprouselaw.com |
| Jay Jaffe | jay.jaffe@bakerd.com |
| | tracy.whitman@bakerd.com |
| | sarah.herendeen@bakerd.com |
| James Bryan Johnston | bjtexas59@hotmail.com |
| | bryan@ebs-law.net |
| Todd J. Johnston | tjohnston@mcjllp.com |
| Edward M King | tking@fbtlaw.com |
| | dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com |
| | hns@kgrlaw.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | rdlatour@vorys.com |
| | khedwards@vorys.com |
| David A. Laird | david.laird@moyewhite.com |
| | lisa.oliver@moyewhite.com |
| | deanne.stoneking@moyewhite.com |
| David L. LeBas | dlebas@namanhowell.com |
| | koswald@namanhowell.com |
| Elliott D. Levin | robin@rubin-levin.net |
| | edl@trustesolutions.com |
| Elliott D. Levin | edl@rubin-levin.net |
| | atty_edl@trustesolutions.com |
| Kim Martin Lewis | kim.lewis@dinslaw.com |
| | lisa.geeding@dinslaw.com |
| | patrick.burns@dinslaw.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net |
| | sabrina@lovell-law.net |
| | shannon@lovell-law.net |
| | paula@lovell-law.net |
| Harmony A Mappes | harmony.mappes@bakerd.com |
| | betsy.smith@bakerd.com |
| | sarah.herendeen@bakerd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Michael W. McClain | mike@kentuckytrial.com |
| | laura@kentuckytrial.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James Edwin McGhee | mcghee@derbycitylaw.com |
| | belliott@derbycitylaw.com |
| William Robert Meyer | rmeyer@stites.com |
| Allen Morris | amorris@stites.com |
| | dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| | ecf@crowedunlevy.com |
| | donna.hinkle@crowedunlevy.com |
| | karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Shiv Ghuman O'Neill | shiv.oneill@bakerd.com |
| Matthew J. Ochs | matt.ochs@moyewhite.com |
| | kim.maynes@moyewhite.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com |
| | erin.clogston@mcafeetaft.com |

| | |
|---|---|
| Wendy W Ponader | wendy.ponader@bakerd.com |
| | sarah.herendeen@bakerd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com |
| | lskibell@mcjllp.com |
| Susan K. Roberts | skr@stuartlaw.com |
| | lbt@stuartlaw.com |
| Mark A. Robinson | mrobinson@vhrlaw.com |
| | dalbers@vhrlaw.com |
| Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| | joyce.jenkins@dinslaw.com |
| John M. Rogers | johnr@rubin-levin.net |
| | susan@rubin-levin.net |
| Joseph H Rogers | jrogers@millerdollarhide.com |
| | cdow@millerdollarhide.com |
| Thomas C Scherer | tscherer@binghammchale.com |
| | mmcclain@binghammchale.com |
| Ivana B. Shallcross | ibs@gdm.com |
| William E Smith | wsmith@k-glaw.com |
| | rheid@k-glaw.com |
| Robert K Stanley | robert.stanley@bakerd.com |
| Andrew D Stosberg | astosberg@lloydmc.com |
| | bmarks@lloydmc.com |
| Meredith R. Thomas | mthomas@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com |
| | jody.moore@crowedunlevy.com |
| | donna.hinkle@crowedunlevy.com |
| Kevin M. Toner | kevin.toner@bakerd.com |
| | crystal.hansen@bakerd.com |
| | judy.ferber@bakerd.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Andrea L Wasson | andreawassonatty@gmail.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com |
| | vwilliams@hooverhull.com |
| Jessica E. Yates | jyates@swlaw.com |
| | edufficy@swlaw.com |
| James T Young | james@rubin-levin.net |
| | ATTY_JTY@trustesolutions.com |
| | lemerson@rubin-levin.net |
| | mthornburg@rubin-levin.net |

**Russell deCordova d/b/a deCordova Cattle Company's Attorney's Electronic Mail Service**

| | |
|---|---|
| David A. Domina | ddomina@dominalaw.com |
| Ashley S. Rusher | asr@blancolaw.com |

**Russell deCordova d/b/a deCordova Cattle Company's Attorney's U.S. Mail Service**

Greg L. Bauer
1310 Kansas
PO Box 1349
Great Bend, KS 67530

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Adam R. Burrus
Fleeson Gooing Coulson & Kitch LLC
301 N. Main, Suite 1900
Wichita, KS 67202

Ron C. Campbell
Fleeson Gooing Coulson & Kitch LLC
125 N Market St, Suite 1600
PO Box 997
Wichita, KS 67201

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

David M. Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

James Kilroy
Snell & Wilmer LLP
1200 17th St, Suite 1900
Denver, CO 80202

Justice B. King
Fisher, Patterson, Sayler & Smith
3550 S. W. Fifth St
PO Box 949
Topeka, KS 66601-0949

Thomas J. Lasater
301 N. Main Suite 1900
PO Box 997
Wichita, KS 67201

Terry L. Malone
Martin, Pringle, Oliver, Wallace & Swartz LLP
100 North Broadway, Suite 500
Wichita, KS 67202

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KS 66610

Mark A. Rondeau
1321 Main, Suite 300
PO Drawer 1110
Great Bend, KS 67530

Ashley S. Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

**1467815-1**