B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of Indiana | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>EASTERN LIVESTOCK CO., LLC | Case Number:<br>10-93904 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>REX ELMORE | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>REX ELMORE<br>1817 TOBACCO ROAD<br>GLASGOW, KY 42141-8486 | Court Claim Number:_____<br>*(If known)* |
| Telephone number:<br>(765) 423-1561 | Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>SUSAN K. ROBERTS, ESQUIRE<br>STUART & BRANIGIN LLP<br>300 MAIN STREET, STE. 900, LAFAYETTE, IN 47901 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number:<br>(765) 423-1561 | ☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:**    $            33,683.53

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:**    SALE OF CATTLE
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 6456

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $    33,683.53

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

| Date:<br>04/15/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| | /S/    SUSAN K. ROBERTS         ATTORNEY FOR REX ELMORE |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit   1

B 10 (Official Form 10) (04/10) – Cont.

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## EXHIBIT A

### EASTERN LIVESTOCK CO., LLC BANKRUPTCY
### BANKRUPTCY CASE NO. 10-93904
### ADDENDUM TO PROOF OF CLAIM FOR REX ELMORE

### ITEMIZATION OF CLAIM

*NSF CHECKS FOR PURCHASE OF CATTLE:*

| CHECK NUMBER | DATE | AMOUNT |
|---|---|---|
| Check# 016064 | 10/26/2010 | $25,728.36 |
| Check# 016105 | 11/02/2010 | $4,010.19 |
| Check# 016135 | 11/02/2010 | $3,914.98 |
| NSF Bank Charges | 11/12/2010 | $30.00 |
| | **TOTAL** | **$33,683.53** |

**BB&T**

11/12/2010
Page 2 - L

WILLIAM REX ELMORE

---

**REFER TO MAKER**

11/12/2010

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

EASTERN LIVESTOCK CO., LLC
135 WEST MARKET
NEW ALBANY, IN 47150
812-949-9035

Fifth Third Bank  73-21
NO. F 016105

FOUR THOUSAND TEN & 19/100 DOLLARS

PAY TO THE ORDER OF   34411  6456

REX ELMORE
1817 Tobacco Rd   00000
Glasgow, Ky 42141

DATE  AMOUNT
11/02/10  $****4,010.19

EASTERN LIVESTOCK CO., LLC
VOID IF NOT CASHED IN 90 DAYS

By _Grant Gibson_

---

**REFER TO MAKER**

11/12/2010

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

EASTERN LIVESTOCK CO., LLC
135 WEST MARKET
NEW ALBANY, IN 47150
812-949-9035

Fifth Third Bank  73-21
NO. F 016064

TWENTY FIVE THOUSAND SEVEN HUNDRED TWENTY EIGHT & 36/100 DOLLARS

PAY TO THE ORDER OF   16064  6456

REX ELMORE
1817 Tobacco Rd   00000
Glasgow, Ky. 42141

DATE  AMOUNT
10/26/10  $**25,728.36

EASTERN LIVESTOCK CO., LLC
VOID IF NOT CASHED IN 90 DAYS

By _Grant Gibson_

**EXHIBIT B**



**BB&T**   BRANCH BANKING AND TRUST           11/12/2010
             FOR QUESTIONS - CALL
             (800) 395-4086                   Page 1

```
0781-01-01-00    75701   R
WILLIAM REX ELMORE
SHIRLEY A ELMORE
1817 TOBACCO RD
GLASGOW KY  42141-8486
```

Your account has been charged for return deposited item fees.

| REASON         | SEQ #  | ITEM AMOUNT |
|----------------|--------|-------------|
| REFER TO MAKER | 008130 | 3,914.98    |
| REFER TO MAKER | 008129 | 4,010.19    |
| REFER TO MAKER | 008128 | 25,728.36   |

3 Item(s) charged totaling $33,653.53
3 Item(s) charged a fee totaling $30.00

11/12/2010

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER



REFER TO MAKER

EASTERN LIVESTOCK CO., LLC
135 WEST MARKET
NEW ALBANY, IN 47150
812-949-9035

Fifth Third Bank   73-21
NO. F 016135

THREE THOUSAND NINE HUNDRED FOURTEEN & 98/100 DOLLARS

DATE        AMOUNT
11/02/10   $***3,914.98

PAY TO THE ORDER OF   16135  6456
REX ELMORE
1817 Tobacco Rd.
Glasgow, Ky 42141    00000

EASTERN LIVESTOCK CO., LLC
VOID IF NOT CASHED IN 90 DAYS

By Grant Gibson

```
--COD----  -TAG HD DESC------  NUMB NAME------  --WEIGHT---         --TOTAL---
            ===                                  ======             =========
            65                                   47,230             26,492.55
    COW     34   30,485    13784.55   896  45.22   405.42
    BUL      4    3,900     1927.45   975  49.42   481.86
    CLF     27   12,845    10780.55   475  83.93   399.27
           ----------------------------          ---------

6327 SANDERS, K  65 FR       .00   100.00
```

```
                                10/26/10 GRAND TOTAL GROSS---     65   26,492.55
|==========|=========|=======|=======|=======|=======|=========|===============|
|COMMISSION|CHECK/OFF|YARDAGE|-INSUR-|VET    |YDG#2  |VOL/DED  |---NET/CHECK---|
|          |   65.00 | 195.00|       |       | 79.19 | 425.00  |     25,728.36 |
```

REX ELMORE                          6456
P&S/CODES:  O=OFFICER  B=BONDED-BUYER  E=EMPLOYEE  M=MARKET-SUPPORT

**EASTERN LIVESTOCK CO., LLC**
135 WEST MARKET
NEW ALBANY, IN 47150

NO. F  016064

```
==========L-I-V-E-S-T-O-C-K--B-U-Y-E-R============================================
--COD----- -TAG HD DESC------ NUMB NAME-------   --WEIGHT---   --------   --TOTAL--
            958  1            F    1   20          185   185   85.00  L     157.25
            959  1            F    1   14          185   185  103.00  L     190.55
           1422  1            C    2    1          780   780   40.00  L     312.00
           1423  1            C    2    2          610   610   48.00  L     292.80
           1424  1            C    2    5         1100 1,100   50.00  L     550.00
           1425  1            C    2    2         1025 1,025   45.00  L     461.25
  195         1  1            F    1   63          660   660   78.00  L     514.80
  195         2  1            F    1   46.         520   520   75.00  L     390.00
  195         3  1            F    1   25          270   270  100.00  L     270.00
  195         4  1            F    1   36          375   375   86.00  L     322.50
  195         5  1            F    1   36          360   360   86.00  L     309.60
  195         6  1            F    1   70          775   775   86.00  L     666.50
  196         1  1            F    1   36          375   375   86.00  L     322.50
  196         2  1            F    1   36          360   360   86.00  L     309.60
  196         3  1            F    1   46          495   495   85.00  L     420.75
  196         4  1            F    1   36          425   425   86.00  L     365.50
  196         5  1            F    1   46          455   455   85.00  L     386.75
  196         6  1            F    1   46          520   520   85.00  L     442.00
  197         1  1            F    1   63          615   615   78.00  L     479.70
  197         2  1            F    1   30          320   320  103.00  L     329.60
  197         3  2            F    1  452          503 1,005   82.00  L     824.10
  197         4  4            F    1  552          580 2,320   80.00  L   1,856.00
  197         5  1            F    1  702          735   735   78.00  L     573.30
  202         1  1            F    1   56          570   570   90.00  L     513.00
```

```
|==========|=========|=======|=======|=======|=======|=========|================|
|COMMISSION|CHECK/OFF|YARDAGE|-INSUR-|VET    |YDG#2  |VOL/DED  |---NET/CHECK----|
```

    REX ELMORE                            6456
P&S/CODES:  O=OFFICER  B=BONDED-BUYER  E=EMPLOYEE  M=MARKET-SUPPORT

                         EASTERN LIVESTOCK CO., LLC          NO. F  016061
                              135 WEST MARKET
                            NEW ALBANY, IN 47150

```
========  L-I-V-E-S-T-O-C-K   B-U-Y-E-R  =============================================
--COD--    TAG HD DESC         NUMB NAME             -WEIGHT-                --TOTAL---
           1582 1              C  2   2              890    890    50.00  L     445.00
           1583 1              C  1  202             215    215   105.00  L     225.75
    427     1  1               F  1  552             610    610    78.00  L     475.80
    427     2  2               F  1  352             390    780    94.00  L     733.20
    427     3  1               F  1   36             360    360    96.00  L     345.60
    427     4  3               F  1  303             302    905    94.00  L     850.70
    427     5  1               F  1  303             320    320    94.00  L     300.80
    427     6  1               F  1  352             370    370    90.00  L     333.00
    428     1  1               F  1   25             265    265   100.00  L     265.00
           ===                                              ======         =========
            12                                              4,715          3,974.85
    COW      2   1,105       670.75    552   60.70   335.37
    CLF     10   3,610      3304.10    361   91.53   330.41
```

```
                                  11/02/10 GRAND TOTAL GROSS---      12   3,974.85
|==========|=========|=======|=======|=======|=======|=========|================|
|COMMISSION|CHECK/OFF|YARDAGE|-INSUR-|VET    |YDG#2  |VOL/DED  |---NET/CHECK----|
|          |   12.00 | 36.00 |       |       | 11.87 |         |       3,914.98 |

    REX ELMORE                         6456
P&S/CODES:  O=OFFICER  B=BONDED-BUYER  E=EMPLOYEE  M=MARKET-SUPPORT

                          EASTERN LIVESTOCK CO., LLC         NO. F  016135
                              135 WEST MARKET
                            NEW ALBANY, IN 47150
```

```
=========  =========== ======  ======  ======  =======  =========  ================
   COD     TAG HD DESC  NUMB    NAME            WEIGHT                   TOTAL
           1426  1        C      2       2       640     640    50.00  L   320.00
           1427  1        C      2       5      1045   1,045    51.00  L   532.95
           1428  1        C      2       1       730     730    43.00  L   313.90
           1429  1        C      2       1       880     880    41.00  L   360.80
           1430  1        B      2       B       860     860    50.00  L   430.00
           1431  1        C      2       5      1165   1,165    52.00  L   605.80
           1432  1        C      2       2       910     910    50.00  L   455.00
           1433  1        C      2       5       950     950    48.00  L   456.00
           1434  1        C      2       1       885     885    44.00  L   389.40
           1435  1        C      2       5      1180   1,180    48.00  L   566.40
           1436  1        C      2       2       855     855    42.00  L   359.10
           1437  1        C      2       2       875     875    44.00  L   385.00
           1438  1        C      2       2       725     725    47.00  L   340.75
           1439  1        C      2       5      1010   1,010    42.00  L   424.20
           1440  1        C      2       2       705     705    50.00  L   352.50
           1441  1        C      2       1       960     960    40.00  L   384.00
           1442  1        C      2       1       725     725    41.00  L   297.25
           1443  1        B      2       B       865     865    48.00  L   415.20
           1444  1        B      2       B       975     975    47.00  L   458.25
           1445  1        C      2       5      1060   1,060    50.00  L   530.00
           1446  1        C      2       5      1105   1,105    48.00  L   530.40
           1447  1        C      2       1       800     800    40.00  L   320.00
           1448  1        C      2       2       940     940    45.00  L   423.00
           1450  1        C      2       1       920     920    44.00  L   404.80
```

| COMMISSION | CHECK/OFF | YARDAGE | -INSUR- | VET | YDG#2 | VOL/DED | ---NET/CHECK--- |
|---|---|---|---|---|---|---|---|

REX ELMORE                6456
P&S/CODES:  O=OFFICER  B=BONDED-BUYER  E=EMPLOYEE  M=MARKET-SUPPORT

EASTERN LIVESTOCK CO., LLC
135 WEST MARKET
NEW ALBANY, IN 47150

NO. F  016062

```
==========  =========  =======  ======  =======  =======  ==========  ==========
--COD----  -TAG  HD  DESC------  NUMB  NAME------  --WEIGHT---            --TOTAL--
            1573   1              C    2     C       895    895    41.00  L    366.95
            1574   1              C    2     C      1295  1,295    50.00  L    647.50
            1575   1              C    2     C      1340  1,340    41.00  L    549.40
            1576   1              B    2     B      1175  1,175    52.00  L    611.00
            1577   1              C    2     C       990    990    47.00  L    465.30
            1578   1              C    2     C      1320  1,320    49.00  L    646.80
            1579   1              C    2     C      1205  1,205    51.00  L    614.55
            1580   1              C    2     C      1040  1,040    50.00  L    520.00
            1581   1              B    2     B      1090  1,090    50.00  L    545.00
                 ===                                       ======              ==========
                   9                                       10,350                4,966.50
      COW         7    8,085   3810.50  1155    47.13   544.35
      BUL         2    2,265   1156.00  1132    51.04   578.00

8769 VIBBERT, T   9 OT     .00    75.00  6327 SANDERS, K   9 OT    .00    75.00
9374 FEED         9 OT     .00    55.44  8769 LABOR       9 OT    .00   200.00
1468 LABOR        9 OT     .00   200.00  6437 LABOR       9 OT    .00   300.00
```

```
                                  11/02/10  GRAND TOTAL GROSS---    9    4,966.50
|==========|=========|=======|=======|=======|=======|=========|================|
|COMMISSION|CHECK/OFF|YARDAGE|-INSUR-| VET   |YDG#2  |VOL/DED  |---NET/CHECK----|
|          |    9.00 | 27.00 |       |       | 14.87 | 905.44  |     4,010.19   |

      REX ELMORE                    6456
   P&S/CODES:  O=OFFICER  B=BONDED-BUYER  E=EMPLOYEE  M=MARKET-SUPPORT
                    EASTERN LIVESTOCK CO., LLC                 NO. F  016105
                         135 WEST MARKET
                       NEW ALBANY, IN 47150
```

```
========= L-I-V-E-S-T-O-C-K    B-U-Y-E-R =================================
--COD--  TAG  HD DESC        NUMB NAME         --WEIGHT----            ---TOTAL---
         1451  1             C   2   2          815    815     50.00 L   407.50
         1452  1             C   2   5         1170  1,170     51.00 L   596.70
         1453  1             F   1  70          735    735     83.00 L   610.05
         1454  1             B   2   B         1200  1,200     52.00 L   624.00
         1455  1             C   2   1          755    755     43.00 L   324.65
         1456  1             C   2   1          810    810     41.00 L   332.10
         1457  1             C   2   X          530    530     30.00 L   159.00
         1458  1             C   2   5         1075  1,075     43.00 L   462.25
         1459  1             C   2   5         1035  1,035     52.00 L   538.20
         1460  1             C   2   2          975    975     43.00 L   419.25
         1461  1             C   2   X          740    740     24.00 L   177.60
          960  1             F   1  20          290    290     90.00 L   261.00
          961  1             F   1  CFS         295    295     90.00 L   265.50
                ===                                   ======           =========
                 65                                   47,230           26,492.55
          COW   34  30,485   13784.55   896   45.22   405.42
          BUL    4   3,900    1927.45   975   49.42   481.86
          CLF   27  12,845   10780.55   475   83.93   399.27

 6020 BUNCH, REX   65 FR    .00   100.00  1407 GIBSON, FR   65 FR     .00   125.00
 8769 VIBBERT, T   65 FR    .00   100.00
```

```
|=========|========|=======|=======|=======|=======|========|===============|
|COMMISSION|CHECK/OFF|YARDAGE|-INSUR-|VET   |YDG#2  |VOL/DED |---NET/CHECK---|

       REX ELMORE                   6456
P&S/CODES:  O=OFFICER  B=BONDED-BUYER  E=EMPLOYEE  M=MARKET-SUPPORT
                       EASTERN LIVESTOCK CO., LLC              NO. F  016063
                           135 WEST MARKET
                          NEW ALBANY, IN 47150
```

**OWNER:** Rex Elmore

160196
EDMONTON LIVESTOCK
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| MARKS | | CATTLE | HOGS | GOATS | PEN | Weight | Date | Time |
|---|---|---|---|---|---|---|---|---|
| 36 | 86 | 1 | | | | 375 LB | 10-25-10 | 11:00A |
| 36 | 86 | 1 | | | | 380 LB | 10-25-10 | 11:01A |
| 14  0959 | 103 | 1 | | | | 185 LB | 10-25-10 | 11:01A |
| 46 | 85 | 1 | | | | 495 LB | 10-25-10 | 11:01A |
| 36 | 86 | 1 | | | | 425 LB | 10-25-10 | 11:02A |
| 46 | 85 | 1 | | | | 455 LB | 10-25-10 | 11:03A |
| 46 | 85 | 1 | | | | 520 LB | 10-25-10 | 11:04A |

7

**OWNER:** Rex Elmore

160197
EDMONTON LIVESTOCK
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| MARKS | | CATTLE | HOGS | GOATS | PEN | Weight | Date | Time |
|---|---|---|---|---|---|---|---|---|
| 63 | 78 | 1 | | | | 615 LB | 10-25-10 | 11:04A |
| 20  0960 0961 | 90 | 2 | | | | 585 LB | 10-25-10 | 11:05A |
| 30 | 103 | 1 | | | | 320 LB | 10-25-10 | 11:06A |
| 45V | 87 | 2 | | | | 1005 LB | 10-25-10 | 11:08A |
| 55V | 80 | 4 | | | | 2320 LB | 10-25-10 | 11:08A |
| 70V | 78 | 1 | | | | 735 LB | 10-25-10 | 11:09A |

25

OWNER: Roy Elmore

160129
EDMONTON LIVESTOCK
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| MARKS | CATTLE | HOGS | GOATS | PEN | | |
|---|---|---|---|---|---|---|
| C1 1422 40 | 1 | | | | 780 LB | 10-25-10 11:14A |
| C2 1423 48 | 1 | | | | 610 LB | 10-25-10 11:16A |
| C5 1424 50 | 1 | | | | 1100 LB | 10-25-10 11:16A |
| C2 1425 45 | 1 | | | | 1025 LB | 10-25-10 11:17A |
| C2 1426 50 | 1 | | | | 640 LB | 10-25-10 11:19A |
| C5 1427 51 | 1 | | | | 1045 LB | 10-25-10 11:19A |
| C1 1428 43 | 1 | | | | 730 LB | 10-25-10 11:20A |

32

OWNER: Rex Elmore

160195
EDMONTON LIVESTOCK
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| MARKS | CATTLE | HOGS | GOATS | PEN | | |
|---|---|---|---|---|---|---|
| Ole 30 85 | 1 | | | | 185 LB | 10-25-10 10:54 |
| 63 78 | 1 | | | | 660 LB | 10-25-10 10:56 |
| 46 75 | 1 | | | | 520 LB | 10-25-10 10:57 |
| 35 100 | 1 | | | | 270 LB | 10-25-10 10:58 |
| 36 86 | 1 | | | | 375 LB | 10-25-10 10:58 |
| 36 86 | 1 | | | | 360 LB | 10-25-10 10:59 |
| 70 86 | 1 | | | | 775 LB | 10-25-10 10:59 |

7

160200

**EDMONTON LIVESTOCK**
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| OWNER | Rex Elmore | | | | |
|---|---|---|---|---|---|
| ADDRESS | | | | | |
| MARKS | CATTLE | HOGS | GOATS | PEN | |
| C1 1429 41 | 1 | | | | 880 LB 10-25-10 11:22A |
| B 1430 50 | 1 | | | | 860 LB 10-25-10 11:22A |
| C5 1431 52 | 1 | | | | 1165 LB 10-25-10 11:23A |
| C2 1432 50 | 1 | | | | 910 LB 10-25-10 11:23A |
| C5 1433 48 | 1 | | | | 950 LB 10-25-10 11:24A |
| C1 1434 44 | 1 | | | | 885 LB 10-25-10 11:26A |
| C5 1435 48 | 1 | | | | 1180 LB 10-25-10 11:27A |

39

160201

**EDMONTON LIVESTOCK**
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| OWNER | Rex Elmore | | | | |
|---|---|---|---|---|---|
| ADDRESS | | | | | |
| MARKS | CATTLE | HOGS | GOATS | PEN | |
| C2 1436 42 | 1 | | | | 855 LB 10-25-10 11:29A |
| C2 1437 44 | 1 | | | | 875 LB 10-25-10 11:29A |
| C2 1438 47 | 1 | | | | 725 LB 10-25-10 11:30A |
| C5 1439 42 | 1 | | | | 1010 LB 10-25-10 11:34A |
| C2 1440 50 | 1 | | | | 705 LB 10-25-10 11:37A |
| C1 1441 40 | 1 | | | | 960 LB 10-25-10 11:38A |
| C1 1442 41 | 1 | | | | 725 LB 10-25-10 11:40A |

46

Roy Elmore

160203

**EDMONTON LIVESTOCK**
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| OWNER | | | | | |
|---|---|---|---|---|---|
| ADDRESS | | | | | |
| MARKS | CATTLE | HOGS | GOATS | PEN | |
| C2 1448 45 | 1 | | | | 940 LB  10-25-10 11:47 |
| C1 1450 44 | 1 | | | | 920 LB  10-25-10 11:49 |
| C5 1452 51 | 1 | | | | 1170 LB  10-25-10 11:49 |
| 70 1453 83 | 1 | | | | 735 LB  10-25-10 11:49 |
| B 1454 52 | 1 | | | | 1200 LB  10-25-10 11:50 |
| C1 1455 43 | 1 | | | | 755 LB  10-25-10 11:50 |
| C1 1456 41 | 1 | | | | 810 LB  10-25-10 11:51 |

To

Roy Elmore

160202

**EDMONTON LIVESTOCK**
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

| OWNER | | | | | |
|---|---|---|---|---|---|
| ADDRESS | | | | | |
| MARKS | CATTLE | HOGS | GOATS | PEN | |
| B 1443 48 | 1 | | | | 865 LB  10-25-10 11:41A |
| C2 1451 50 | 1 | | | | 815 LB  10-25-10 11:41A |
| 56 90 | 1 | | | | 570 LB  10-25-10 11:41A |
| B 1444 47 | 1 | | | | 975 LB  10-25-10 11:42A |
| C5 1445 50 | 1 | | | | 1060 LB  10-25-10 11:44A |
| C5 1446 48 | 1 | | | | 1105 LB  10-25-10 11:44 |
| C1 1447 46 | 1 | | | | 800 LB  10-25-10 11:44 |

53

| OWNER | Rex Elmore | | | | 160204 |
|---|---|---|---|---|---|
| ADDRESS | | | | | EDMONTON LIVESTOCK |
| MARKS | CATTLE | HOGS | GOATS | PEN | 310 NORTH MAIN<br>EDMONTON, KY 42129<br>(270) 432-5988 |
| CX 1457 30 | 1 | | | | 530 LB 10-25-10 11:54A |
| CS 1458 43 | 1 | | | | 1075 LB 10-25-10 11:54A |
| CS 1459 52 | 1 | | | | 1035 LB 10-25-10 11:55A |
| CL 1460 43 | 1 | | | | 975 LB 10-25-10 11:55A |
| CX 1461 24 | 1 | | | | 740 LB 10-25-10 11:56A |
| | | | | | |
| | | | | | |
| | | | | | |

65

OWNER _Ray Ebman_

160414

EDMONTON LIVESTOCK
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

ADDRESS

| MARKS | | CATTLE | HOGS | GOATS | PEN | | | |
|---|---|---|---|---|---|---|---|---|
| C¹ | 1573  41 | 1 | | | | ✗ | 995 LB | 10-30-10 3:17P |
| C³ | 1574  50 | 1 | | | | ✗ | 1295 | |
| C³ | 1575  41 | 1 | | | | ✗ | 1340 LB | 10-30-10 3:28P |
| B | 1576  52 | 1 | | | | | 1175 LB | 10-30-10 3:29P |
| C⁵ | 1577  47 | 1 | | | | ✗ | 990 LB | 10-30-10 3:31P |
| C⁵ | 1578  49 | 1 | | | | ✗ | 1320 LB | 10-30-10 3:32P |
| C⁵ | 1579  51 | 1 | | | | ✗ | 1205 LB | 10-30-10 3:34P |

OWNER _Ray Ebman_

160415

EDMONTON LIVESTOCK
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

ADDRESS

| MARKS | | CATTLE | HOGS | GOATS | PEN | | | |
|---|---|---|---|---|---|---|---|---|
| C³ | 1580  50 | 1 | | | | ✗ | 1040 LB | 10-30-10 3:49P |
| B | 1581  50 | 1 | | | | | 1090 LB | 10-30-10 3:50P |
| | | | | | 7 | | | |

| OWNER | Rex Elmore | | | | 160427 EDMONTON LIVESTOCK 310 NORTH MAIN EDMONTON, KY 42129 (270) 432-5988 |
|---|---|---|---|---|---|
| ADDRESS | | | | | |
| MARKS | CATTLE | HOGS | GOATS | PEN | |
| 02 1582 50 | 1 | | | | 890 LB 11-01-10 12:56P |
| 552 78 | 1 | | | | 610 LB 11-01-10 12:57P |
| 352 94 | 2 | | | | 780 LB 11-01-10 12:59P |
| 36 96 | 1 | | | | 360 LB 11-01-10 1:00P |
| 303 94 | 3 | | | | 905 LB 11-01-10 1:00P |
| 303 94 | 1 | | | | 320 LB 11-01-10 1:00P |
| 352 90 | 1 | | | | 370 LB 11-01-10 1:00P |

| OWNER | Rex Elmore | | | | 160428 EDMONTON LIVESTOCK 310 NORTH MAIN EDMONTON, KY 42129 (270) 432-5988 |
|---|---|---|---|---|---|
| ADDRESS | | | | | |
| MARKS | CATTLE | HOGS | GOATS | PEN | |
| 25 100 | 1 | | | | 265 LB 11-01-10 1:00P |
| 202 1583 105 | 1 | | | | 215 LB 11-01-10 1:00P |