UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO.  10-93904 |
| | ) | CHAPTER  11 |
| DEBTOR | ) | |
| | ) | |

## MOTION FOR RULE 2004 EXAMINATION

Comes now Peoples Bank & Trust Company of Pickett County, a creditor, by its undersigned counsel, and hereby moves this Honorable Court for an Order allowing it to depose the record custodian of Your Community Bank, at the office of Foley Bryant Holloway & Raluy, 500 West Jefferson Street, Suite 2450, Louisville, Kentucky 40202 on July 1, 2011 at 3:00 p.m.

The undersigned further respectfully requests that the deponent produce at the Rule 2004 examination the following documents:  copies of bank statements, including copies of cancelled checks, relative to an account maintained by Thomas Gibson, account number XXXXX1841, for the time period from September 20, 2008 through February 28, 2009.

WHEREFORE, Peoples Bank & Trust Company of Pickett County prays for an Order of this Court.

Respectfully submitted,

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Foley Bryant Holloway & Raluy
500 West Jefferson Street, Suite 2450
Louisville, Kentucky  40202
(502) 569-7550
COUNSEL FOR PEOPLES BANK OF PICKETT
 COUNTY

CERTIFICATE OF SERVICE

        The undersigned certifies that a true and correct copy of the foregoing was this 22[h] day of June, 2011, served by electronic mail or regular mail upon the following:

Trevor Earl
Reed Weitkamp Schell & Vice
500 West Jefferson Street, Suite 2400
Louisville, KY 40202

James M. Carr
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

U.S. Trustee
101 W. Ohio Street, Suite 10000
Indianapolis, IN 46204

                                            /s/ Lisa Koch Bryant
                                            Lisa Koch Bryant