**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019**

Pursuant to Federal Rule of Bankruptcy Procedure 2019, the law firm of Snell & Wilmer L.L.P. submits this verified statement of representation of more than one creditor in this case as follows:

1. <u>The Names and Addresses of Creditors</u>: Snell & Wilmer L.L.P. represents the following parties in interest in the above-captioned proceeding (the "Claimants"):

    (a) Fredin Brothers
    38468 US Hwy 14 E
    P.O. Box 37
    Springfield, MN 56087

    (b) CPC
    13198 Holland Road
    Fountain Run, KY 42133

2. <u>Nature and Amount of Interest</u>

    (a) Fredin Brothers ("Fredin") is an unsecured creditor of the above-captioned case. On April 26, 2011 Fredin filed its Proof of Claim as docket no. 161 for $423,184.07.

       (b)       CPC Livestock, LLC ("CPC") is an unsecured creditor of the above-captioned case. On April 6, 2011 CPC filed its Proof of Claim as docket no. 132 for $631,045.07.

3.       Both Claimants have engaged Snell & Wilmer L.L.P. and requested that Snell & Wilmer L.L.P. represent them as counsel in the above-captioned proceeding.

4.       To the best of the undersigned's knowledge, there have been no sales, assignments or transfers of any of the claims identified above, and the claimants identified therein are the original holders of an interest in their claims.

5.       Snell & Wilmer L.L.P. has no instruments whereby it is empowered to act on behalf of the Claimants, other than in its capacity as counsel of record herein.

6.       Snell & Wilmer L.L.P. does not own any claims against the Debtor in this case or any equity securities of the Debtor.

The undersigned hereby verifies that the foregoing statement is true and correct to the best of her knowledge and belief.

Dated June 22, 2011.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/Jessica E. Yates
Jessica E. Yates
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202-5854
Phone: (303) 634-2097
Fax: (303) 634-2020
Email: jyates@swlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties listed on the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/Linda Ralph
For Snell & Wilmer L.L.P.

13263196.1