## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| EASTERN LIVESTOCK CO., LLC, | § | Case No. 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Hon. Basil H. Lorch III |

### MOTION TO APPEAR *PRO HAC VICE*

Jeffrey R. Erler of Bell Nunnally & Martin LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Russell deCordova d/b/a deCordova Cattle Company, a secured creditor and party-in-interest, in the above-styled cause only. In support of this motion applicant states:

1. The Court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) |
|---|---|
| State Bar of Texas | November 1996 |
| Eastern District of Texas | 1997 |
| Northern District of Texas | February 1997 |
| Southern District of Texas | 1997 |
| Western District of Texas | 2007 |
| District of Colorado | 2003 |
| U.S. Court of Appeals for the Fifth Circuit | April 2010 |

MOTION FOR ADMISSION *PRO HAC VICE*                                                                 PAGE 1

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Date: June 22, 2011

        Respectfully submitted,

        BELL NUNNALLY & MARTIN LLP

        By:   /s/ Jeffrey R. Erler
               Jeffrey R. Erler
               Texas Bar No. 00796516

1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204
(214) 740-1400 Telephone
(214) 740-1499 Facsimile

COUNSEL FOR RUSSELL DECORDOVA D/B/A DECORDOVA CATTLE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2011, a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Eastern Livestock Co., LLC<br>135 West Market Street<br>New Albany, IN 47150 | David L. Rings<br>1288 Frontage Rd.<br>Russell Springs, KY 42642 |
| John W. Ames<br>Ivana B. Shallcross<br>C.R. Bowles, Jr.<br>Greenebaum Doll & McDonald PLLC<br>3500 National City Tower<br>101 South Fifth Street<br>Lousiville, KY 40202 | South Eastern Livestock Exchange, LLC<br>John M. Queen General Manager<br>P.O. Box 1306<br>Waynesville, NC 28786 |
| John Moseley Cattle Auction, LLC<br>John F. Moseley<br>1044 Arlington Avenue<br>Blakely, GA 39823 | Charles R. Wharton<br>Office of the United States Trustee<br>101 W. Ohio Street, Suite 1000<br>Indianapolis, IN 46204-1982 |

/s/ Jeffrey R. Erler
Jeffrey R. Erler

804314_1.DOCX