**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **EASTERN LIVESTOCK CO., LLC,** | § | **Case No. 10-93904-BHL-11** |
| | § | |
| **Debtor.** | § | **Hon. Basil H. Lorch III** |

<u>**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***</u>

Jeffrey R. Erler, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) |
|---|---|
| State Bar of Texas | November 1996 |
| Eastern District of Texas | 1997 |
| Northern District of Texas | February 1997 |
| Southern District of Texas | 1997 |
| Western District of Texas | 2007 |
| District of Colorado | 2003 |
| U.S. Court of Appeals for the Fifth Circuit | April 2010 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*        PAGE 1

Further affiant sayeth not.

/s/ Jeffrey R. Erler
Jeffrey R. Erler

## **ACKNOWLEDGMENT**

STATE OF TEXAS         §
                                   §         SS
COUNTY OF DALLAS    §

Before me, a notary public in and for said county and state, personally appeared Jeffrey R. Erler, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 22nd day of June, 2011.

/s/ B. Jean Jones
Notary Public in and for the State of Texas

804488_1.DOCX

AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*         PAGE 2