**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**EAU CLAIRE DIVISION**

| | | |
|---|---|---|
| RUSH CREEK RANCH, LLLP,<br>a Colorado Limited Liability Limited Partnership, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| EASTERN LIVESTOCK COMPANY, LLC.,<br>ARCADIA STOCKYARD,<br>CATTLEMEN'S LIVESTOCK MARKET,<br>COLUMBIA LIVESTOCK MARKET OF<br>LAKE CITY, INC., HARDEE LIVESTOCK<br>MARKET, INC., NORTH FLORIDA<br>LIVESTOCK MARKET, OCALA LIVESTOCK<br>MARKET, INC., OKEECHOBEE LIVESTOCK<br>MARKET, SUMTER COUNTY FARMER'S<br>MARKET, INC., TOWNSEND LIVESTOCK<br>MARKET, FIFTH THIRD BANK,<br>JAMES BYRD, aka I.E. BYRD, OAK LAKE<br>CATTLE COMPANY, INC., D&R TRUCKING,<br>RONALD SIZEMORE TRUCKING, INC.<br>BANKS 1-25, and DOES 25-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. _____ |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1452(a) and Federal Rule of Bankruptcy Procedure 9027,

James A. Knauer, the Chapter 11 trustee ("Trustee") for defendant Eastern Livestock Co., LLC

("Eastern"), hereby files this Notice of Removal to remove an action pending in the Circuit Court

of Vernon County, Wisconsin (the "State Court") under Case No. 2010CV000317 and which

was filed on November 7, 2010 against Eastern and others (the "State Court Action"), to the

United States Bankruptcy Court for the Western District of Wisconsin (this "Court"). The

grounds for removal are as follows:

1.      According to the Complaint for Interpleader filed in the State Court Action by Plaintiff, Rush Creek Ranch, LLLP ("Rush Creek"), Rush Creek purchased certain cattle (the "Cattle") directly from Eastern.  Soon after purchasing the Cattle, Plaintiff learned that Eastern was having financial issues and developed reason to believe that cattle producers from whom the Cattle had been obtained by Eastern, either directly or indirectly, may not have been paid.  According to its Complaint, Rush Creek is concerned that it does not have clear title to the Cattle, may be subject to various claims from ranchers, producers, lenders, assigns, and lien holders, and may be exposed to potential liability by multiple parties.  Therefore, Rush Creek sought leave to pay sums owed to Eastern to the Clerk of the State Court and to interplead the persons who may assert some right, title or interest in the funds.  Since Rush Creek purchased the Cattle directly from Eastern, Eastern has rights to the funds that Rush Creek interpleaded.

2.      On December 2, 2010, certain petitioning creditors of Eastern filed an involuntary petition against Eastern for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., in the United States for the Southern District of Indiana ("Indiana Bankruptcy Court"), which is currently pending under Case No. 10-93904-BHL-11 (the "Bankruptcy Case").  The Indiana Bankruptcy Court entered the Order For Relief in An Involuntary Case and Order to Complete Filing on December 28, 2010, a true and accurate copy of which is attached hereto as Exhibit A.

3.      On December 27, 2010, the Indiana Bankruptcy Court entered the Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee, approving the United States Trustee's Application for an Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee pursuant to 11 U.S.C. § 1104, a true and accurate copy of which is attached hereto as Exhibit B.

2

4.      The State Court Action is removable pursuant to 28 U.S.C. § 1452(a) and

Federal Rule of Bankruptcy Procedure 9027.  Section 1452(a) provides that a "party may remove

any claim or cause of action in a civil action … to the district court for the district where such

civil action is pending, if such district court has jurisdiction of such claim or cause of action

under section 1334 of this title."  This court has subject matter jurisdiction over the claims

asserted in the State Court Action pursuant to 28 U.S.C. § 1334(b) because the State Court

Action involves funds to which Eastern, a Chapter 11 debtor, may have rights and thus, is a

"civil proceeding[] arising under title 11, or arising in or related to cases under title 11."  28

U.S.C. § 1334(b).

5.      Pursuant to Federal Rule of Bankruptcy Procedure 9027, the Trustee states

that the claims and causes of action being removed constitute core proceedings under 28 U.S.C.

§ 157(b)(2).  The State Court Action is directly related to Eastern's bankruptcy and involves

potential assets of Eastern's estate because it concerns interpleaded funds to which Eastern may

have a claim.  The Trustee consents to entry of final orders or judgment by the judge of the

Bankruptcy Court.

6.      Federal Rule of Bankruptcy Procedure 9027 provides for a notice of

removal to be filed with the "clerk for the district and division within which is located the state

or federal court where the civil action is pending."  "Virtually all courts hold that means the clerk

of the bankruptcy court, not the clerk of the district court." *Bankruptcy Law Manual*, § 2A

(2010); *see also In re Donald H. Donoho*, 402 B.R. 687, 691 (E.D. Vir. 2009) (noting that a

majority of reported cases have reached the conclusion that removal to the bankruptcy court is

appropriate under Bankruptcy Rule 9027).  Therefore, removal to this Court is proper under

Federal Rule of Bankruptcy Procedure 9027.

7.      Because this removal is pursuant to 28 U.S.C. § 1452, which allows "a party" to remove an action, the general rule for removal under 28 U.S.C. § 1441, which requires unanimous consent to removal from all defendants, does not apply.  *See, e.g.*, *Anstine & Musgrove, Inc. v. Calcasieu Refining Co.*, 436 B.R. 136, 138-39 (D. Kan. 2010) ("A substantial majority of courts have agreed with the arguments made by defendants here, ruling that the consent of all defendants is *not* required for removal under Section 1452.") (emphasis in original) (citing multiple cases).

8.      Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(2), this Notice is being timely filed within 90 days after the order for relief under the Bankruptcy Code was entered on December 28, 2010.

9.      Furthermore, given the concerns of several other parties in positions similar to Rush Creek, the Trustee has already filed an emergency motion in the Indiana Bankruptcy Court to set up procedures to resolve disputes related to the payment of cattle sold by Eastern.  The claims in the State Court Action should be resolved by the same or similar mechanism in the Indiana Bankruptcy Court.  This case having been removed to this Court, the Trustee intends promptly to file a motion seeking to transfer this action to the Indiana Bankruptcy Court pursuant to 28 U.S.C. § 1404 and/or § 1412.

10.      The Trustee will promptly provide a written notice of the filing of this Notice upon all parties or counsel of record therein and will file a copy of this Notice of Removal in the State Court Action, as required by Federal Rule of Bankruptcy Procedure 9027(b) and (c).

11.      Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of all process and pleadings in the State Court Action are attached hereto as Exhibit C.

WHEREFORE, James A. Knauer, as the chapter 11 trustee for defendant, Eastern

Livestock Co., LLC, removes this action from the Circuit Court of Vernon County, Wisconsin,

to the United States Bankruptcy Court for the Western District of Wisconsin.

Dated this 24th day of March, 2011.

<div style="margin-left:40%">

MICHAEL BEST & FRIEDRICH LLP
Attorneys for James A. Knauer, Trustee for Eastern
Livestock Co., LLC

</div>

By:    /s/ Nathan L. Moenck
          Nathan L. Moenck

Ann Ustad Smith, Esq.
Nathan L. Moenck, Esq.
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI  53701-1806
Phone: 608-257-3501
Fax:    608-283-2275
ausmith@michaelbest.com
nlmoenck@michaelbest.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel and parties of record by U.S. mail, first class, postage prepaid on this 24th day of March, 2011:

TO:   <u>Counsel for Rush Creek Ranch, LLLP</u>:

David L. Abt, Esq.
ABT Law Office
210 North Main Street
P.O. Box 128
Westby, WI 54667

<u>Counsel for Arcadia Stockyard; Cattlemen's Livestock Market; Columbia Livestock Market Of Lake City, Inc.; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Ocala Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Sumter County Farmer's Market, Inc.; and Townsend Livestock Market</u>:

W. Scott Newbern, Esq.
W. SCOTT NEWBERN, P.L.
2982 E. Giverny
Tallahassee, FL 32309

<u>Counsel for Fifth Third Bank</u>:

Brian K. Nowicki, Esq.
Reinhart Boerner Van Deuren, S.C.
22 E. Mifflin Street, Suite 600
Madison, WI 53703

James Byrd a/k/a I.E. Byrd d/b/a Oak Lake Cattle Company, Inc.
1202 Northwest 8th Avenue
Okeechobee, FL 34972-2024

D&R Trucking
Alton, Iowa 51003

Ronald Sizemore Trucking, Inc.
9871 SE 22nd Street
Webster, FL 33597

# EXHIBIT A

**SO ORDERED: December 28, 2010.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT              B253 (rev 05/2008)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

    Eastern Livestock Co., LLC               Case Number:
     SSN: NA       EIN: NA          **10−93904−BHL−11**
    Debtor(s)

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE AND
### ORDER TO COMPLETE FILING

On consideration of the petition filed on December 6, 2010 against the above−named debtor, an order for relief under Chapter 11 of title 11 of the United States Code is GRANTED.

IT IS FURTHER ORDERED that the debtor shall file or submit all documents required by Fed.R.Bankr.P. 1007(a)(2), (b), and (f) within the time limits set by that Rule.

### ###

# EXHIBIT B

**SO ORDERED: December 27, 2010.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY  DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Eastern Livestock Co., LLC , | ) | CASE NO.  10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

ORDER APPROVING THE APPOINTMENT
OF JAMES A. KNAUER AS CHAPTER 11 TRUSTEE

This matter coming before the Court on the United States Trustee's Application for an

Order  Approving the Appointment of James A. Knauer as Chapter 11 trustee in the Eastern

Livestock Co. LLC, case.

The Court, being duly advised, does hereby GRANT the Application and APPROVES

the appointment of James A. Knauer as Chapter 11 trustee pursuant to 11 U.S.C. §1104.

####

# EXHIBIT C

STATE OF WISCONSIN      CIRCUIT COURT      VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,
8121 Ludlow Avenue
Viroqua, WI 54665

             Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC
135 West Market
New Albany, IN 47150

 -and-

ARCADIA STOCKYARD
2719 NE Earnest St
Arcadia, FL 34266-4186

                                 CASE NO_____

                                 Code: 30701

-and-

CATTLEMEN'S LIVESTOCK MARKET
3305 US Highway 92 E
Lakeland, FL 33801-9623

-and-

COLUMBIA LIVESTOCK MARKET
OF LAKE CITY, INC.
4662 Southeast Country Club Road
Lake City, FL 32056

-and-

HARDEE LIVESTOCK MARKET, INC.
1201 US Highway 17 South
Wauchula, fl 33873-3360

-and-

NORTH FLORIDA LIVESTOCK MARKET
12171 S Us Highway 441
Lake City, FL 32025-2685



-and-

OCALA LIVESTOCK MARKET, INC
PO Box 539
Lowell, FL 32663

-and-

OKEECHOBEE LIVESTOCK MARKET
1055 Hwy 98N.
Okeechobee, FL 34974

-and-

SUMTER COUNTY FARMER'S MARKET, INC
P.O. Box 62
Webster, FL 33597

-and-

TOWNSEND LIVESTOCK MARKET
S At I 10 Hc 53
Madison, FL 32340

-and-

FIFTH THIRD BANK
38 Fountain Square Plaza, Md.
#10 at 76
Cincinnati, OH 45263

-and-

JAMES BYRD, aka I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.
1202 Northwest 8th Avenue
Okeechobee, FL 34972-2024

-and-

D&R TRUCKING
Alton, IA 51003

-and-

RONALD SIZEMORE TRUCKING, INC.
9871 SE 22nd Street
Webster, FL 33597

-and-

BANKS 1-25,

-and-

DOES 25-50,

                    Defendants.

---

## SUMMONS

---

THE STATE OF WISCONSIN

To each person named above as a Defendant:

You are hereby notified that the Plaintiff named above have filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within 20 days of receiving this Summons, you must respond with a written answer as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is:

    Clerk of Court
    Vernon County Courthouse
    400 Courthouse Square
    Viroqua, WI 54665

and to David L. Abt, Plaintiff's attorney, whose address is:

> ABT LAW OFFICE
> 210 North Main Street
> P.O. Box 128
> Westby, WI 54667

You may have an attorney help or represent you.

If you do not provide a proper answer within 20 days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated at Westby, Wisconsin, this _16th_ day of November, 2010.

> ABT LAW OFFICE
> Attorneys for Plaintiff
>
> By: _____
>       David L. Abt
>       State Bar No. 01017076

ABT LAW OFFICE
210 North Main Street
Westby, WI 54667
608.634.2157

NOV-17-2010 WED 12:04

STATE OF WISCONSIN        CIRCUIT COURT        VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,
8121 Ludlow Avenue
Viroqua, WI 54665                    Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC
135 West Market
New Albany, IN 47150

CASE NO. _____

-and-

ARCADIA STOCKYARD
2719 NE Earnest St.
Arcadia, FL 34266-4186                              Code: 30701

-and-

CATTLEMEN'S LIVESTOCK MARKET
3305 US Highway 92 E
Lakeland, FL 33801-9623

-and-

COLUMBIA LIVESTOCK MARKET
OF LAKE CITY, INC.
4662 Southeast Country Club Road
Lake City, FL 32056

-and-

HARDEE LIVESTOCK MARKET, INC.
1201 US Highway 17 South
Wauchula, fl 33873-3360

-and-

NORTH FLORIDA LIVESTOCK MARKET
12171 S Us Highway 441
Lake City, FL 32025-2685

COUNTY OF VERNON
FILED
NOV 17 2010
KATHY OURADA
CLERK OF COURTS

1 812 949 9060    P. 008

Eastern Livestock

NOV-18-2010  15:51

-and-

OCALA LIVESTOCK MARKET, INC
PO Box 539
Lowell, FL 32663

-and-

OKEECHOBEE LIVESTOCK MARKET
1055 Hwy 98N.
Okeechobee, FL 34974

-and-

SUMTER COUNTY FARMER'S MARKET, INC
P.O. Box 62
Webster, FL 33597.

-and-

TOWNSEND LIVESTOCK MARKET
S At 110 Hc 53
Madison, FL 32340

-and-

FIFTH THIRD BANK
38 Fountain Square Plaza, Md.
#10 at 76
Cincinnati, OH 45263

-and-

JAMES BYRD, aka J. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.
1202 Northwest 8th Avenue
Okeechobee, FL 34972-2024

-and-

D&R TRUCKING
Alton, IA 51003

NOV-17-2010 WED 12:04 PM

-and-

RONALD SIZEMORE TRUCKING, INC.
9871 SE 22nd Street
Webster, FL 33597

-and-

BANKS 1-25,

-and-

DOES 25-50,

Defendants.

## COMPLAINT FOR INTERPLEADER

Plaintiff Rush Creek Ranch, LLLP, by its attorney, David L. Abt, for its Complaint for Interpleader against the above-named Defendants, alleges as follows:

### JURISDICTION AND VENUE

1.      This is an action for interpleader pursuant to Wis. Stat. § 803.07. This Court has personal jurisdiction over Defendants named herein, particularly, Defendant Eastern Livestock Company, LLC (hereinafter "Defendant Eastern Livestock"), pursuant to Wis. Stat. §801.05(1)(d) and (5)(e).

2.      Venue is proper in Vernon County as Plaintiff and its principal place of business is located in Vernon County.

3.      Defendant Eastern Livestock is a nationwide cattle buyer, seller, distributor and broker doing business routinely in the State of Wisconsin, and for the past 20 years has done business with Plaintiff at the address set forth above.

4.      For approximately 20 years, Plaintiff has taken delivery at Plaintiff's ranch facilities in Vernon County, Wisconsin, of cattle purchased from Defendant Eastern Livestock.

1 812 949 9060    P. 010

Eastern Livestock

NOV-18-2010  15:52

NOV-17-2010 WED 12:03 PM EST

1 812 949 9060    P. 011

Eastern Livestock

NOV-18-2010  15:52

## PARTIES

5.    Ruth Creek Ranch, LLLP, is a Colorado limited liability limited partnership engaged in the business of purchasing, feeding, stocking, and selling feeder cattle with its principal place of business located at 8121 Ludlow Avenue, Viroqua, County of Vernon, Wisconsin. Plaintiff is duly registered to do business in the State of Wisconsin. Plaintiff has operated the business at the above address for more than 20 years.

6.    On information and belief, Defendant Eastern Livestock is a Kentucky limited liability company whose address is 135 West Market, New Albany, Indiana.

7.    On information and belief, Defendant Arcadia Stockyard, with its principal place of business at 2719 NE Earnest Street, Arcadia, Florida, is in the business of conducting auction sales of cattle and other livestock.

8.    On information and belief, Defendant Cattlemen's Livestock Market, with its principal place of business at 3305 US Highway 92 East, Lakeland, Florida, is in the business of conducting auction sales of cattle and other livestock.

9.    On information and belief, Defendant Columbia Livestock Market of Lake City, Inc., with its principal place of business at 4662 Southeast Country Club Road, Lake City, Florida, is in the business of conducting auction sales of cattle and other livestock.

10.    On information and belief, Defendant Hardee Livestock Market, Inc., with its principal place of business at 1201 US Highway 17 South, Wauchula, Florida, is in the business of conducting auction sales of cattle and other livestock.

11.    On information and belief, Defendant North Florida Livestock Market, with its principal place of business at 12171 South US Highway 441, Lake City, Florida, is in the business of conducting auction sales of cattle and other livestock.

12.    On information and belief, Defendant Ocala Livestock Market, Inc., with its principal place of business in Lowell, Florida, is in the business of conducting auction sales of cattle and other livestock.

13.    On information and belief, Defendant Okeechobee Livestock Market, with its principal place of business at 1055 Highway 98N, Okeechobee, Florida, is in the business of conducting auction sales of cattle and other livestock.

14.    On information and belief, Defendant Sumter County Farmer's Market, Inc., with its principal place of business in Webster, Florida, is in the business of conducting auction sales of cattle and other livestock.

15.    On information and belief, Defendant Townsend Livestock, with its principal place of business at S at I 10 HC 53, Madison, Florida, is in the business of conducting auction sales of cattle and other livestock.

16.     On information and belief, Defendant Fifth Third Bank (hereinafter "Defendant Fifth Third"), is a national bank whose address is 38 Fountain Square Plaza, Md., #10 or 76, Cincinnati, Ohio.  On information and belief, Defendant Fifth Third is a lender to Defendant Eastern Livestock.

17.     On information and belief, Defendant James Byrd, aka I.E. Byrd, d/ba Oak Lake Cattle Company, with his principal place of business at 1202 Northwest 8th Avenue, Okeechobee, Florida, is in engaged in the cattle brokerage business

18.     On information and belief, D & R Trucking, with its principal place of business in Alton, Iowa, is in the business of trucking livestock, and may claim security interest or other lien in and to the livestock.

19.     On information and belief, Ronald Sizemore Trucking, Inc., with its principal place of business at 9871 SE 22nd Street, Webster, Florida, is in the business of trucking livestock and may claim security interest or other lien in and to the livestock.

20.     Defendant Banks 1 through 25 are named fictitiously herein and may claim security interest or other lien in and to the livestock.

21.     Defendant Does 25 through 50 are named fictitiously herein and may claim security interest or other lien in and to the livestock.

## GENERAL ALLEGATIONS

22.     On or about October 16, 2010, Plaintiff purchased 165 head of feeder cattle from Defendant Eastern Livestock for the price of $41,208.76.  A copy of Invoice and Security Agreement #291244 is attached hereto and incorporated herein as Exhibit A.

23.     Plaintiff took delivery of the cattle.  Plaintiff has not paid for the cattle and hereby tenders to the Court the sum of $41,208.76.

24.     On information and belief, Defendant Eastern Livestock paid the other Defendants listed herein and other parties for the cattle.

25.     On or about October 16, 2010, Plaintiff purchased 132 head of feeder cattle from Defendant Eastern Livestock for the price of $34,727.86.  A copy of Invoice and Security Agreement #291246 is attached hereto and incorporated herein as Exhibit B.

26.     Plaintiff took delivery of the cattle.  Plaintiff has not paid for the cattle and hereby tenders to the Court the sum of $34,727.86.

27.     On information and belief, Defendant Eastern Livestock paid the other Defendants listed herein and other parties for the cattle.

1 812 949 9060          P.012

Eastern Livestock

NOV-18-2010   15:52

28. On or about October 16, 2010, Plaintiff purchased 198 head of feeder cattle from Defendant Eastern Livestock for the price of $51,887.76. A copy of Invoice and Security Agreement #291251 is attached hereto and incorporated herein as Exhibit C.

29. Plaintiff took delivery of the cattle. Plaintiff has not paid for the cattle and hereby tenders to the Court the sum of $51,887.76.

30. On information and belief, Defendant Eastern Livestock has not paid the other Defendants listed herein, other auction barns and sales houses and other parties who may claim an interest in and to the cattle.

31. On or about October 16, 2010, Plaintiff purchased 196 head of feeder cattle from Defendant Eastern Livestock for the price of $50,408.91. A copy of Invoice and Security Agreement #291253 is attached hereto and incorporated herein as Exhibit D.

32. Plaintiff took delivery of the cattle. Plaintiff has not paid for the cattle and hereby tenders to the Court the sum of $50,408.91.

33. On information and belief, Defendant Eastern Livestock has not paid the other Defendants listed herein, auction barns, sales houses and other parties who may claim an interest in and to the cattle.

34. Plaintiff hereby tenders to the Circuit Court of Vernon County, Wisconsin, four cashier's checks in the amount of $41,208.76, $34,727.86, $51,887.76 and $50,408.91 (hereinafter referred to as "Interpled Funds").

35. As described above, Plaintiff believes that Defendant Eastern Livestock is in the chain of title for all of the cattle.

36. Defendant Eastern Livestock claims to be one of the largest livestock brokers in the United States. Upon information and belief, Defendant Eastern Livestock's business has failed as described in, among other things, Dow Jones Newswire article attached hereto as Exhibit E, which news article also describes the "ripple" effect Defendant Eastern Livestock's failure may cause upon livestock markets. Upon information and belief, the USDA issued a Cease and Desist Order directed at Defendant Eastern Livestock.

37. Plaintiff received claims from Defendant Eastern Livestock as well as various other Defendants making claim to the funds which Plaintiff owes for the purchase of the cattle. Plaintiff is fearful of being placed in a position or at risk for double payment by paying one claimant and not the other. Defendant Eastern Livestock claims all of the proceeds. Other defendant auction houses claim only a portion of the proceeds for certain cattle sold to or through Defendant Eastern Livestock, which cattle, in turn, were sold by Defendant Eastern Livestock to Plaintiff.

38.    Based on the best information available to Plaintiff, some or all of Defendants identified in this case may have an interest in the Interpled Funds. There may be more persons who may have an interest in the Interpled Funds, but at this juncture, Plaintiff is unable to identify who they may be.

39.    In view of the potential for multiple and/or conflicting claims by and among all of the Defendants named herein and the lack of information as to validity of any claims asserted, the possibility that other parties may claim an interest in and to the Interpled Funds and/or the cattle and lack of a final determination of the respective rights of the potential claimants, Plaintiff is unable to determine which, if any, of the competing claims to the cattle and/or the Interpled Funds is valid. For these reasons, Plaintiff commenced this action in the nature of interpleader.

40.    Plaintiff requests that it be permitted to interplead the funds set forth above constituting the amount of $178,233.29, (the Interpled Funds).

41.    Plaintiff is acting without collusion with the other parties to this case and requests that this Court enter an order restraining Defendants and all persons from commencing or continuing any action against Plaintiff except in this interpleader action, and from prosecuting any proceedings against Plaintiff insofar as such persons may assert ownership or lien claims against the Interpled Funds and/or Plaintiff's cattle until further order of the Court, and further ordering that Defendants and all other persons be restrained from initiating any proceedings affecting the liability of Plaintiff with respect to the purchased cattle and/or the Interpled Funds.

42.    Plaintiff claims to be owner of the cattle set forth in Exhibits A-D and has taken delivery of each and every animal.

43.    Plaintiff recognizes it has the obligation to pay for the cattle and tenders and hereby requests that the Court allow payment to the Court of the Interpled Funds.

44.    Plaintiff requests that it be discharged from any responsibility or liability with respect to the Interpled Funds and that the Court determine that Plaintiff holds title to the purchased animals, free and clear of all liens and encumbrances and that Plaintiff be exonerated, discharged and released as to named Defendants or any other claimants who may hereafter be joined in this proceeding with respect to the cattle or the Interpled Funds.

45.    Plaintiff seeks a declaratory judgment that it has no further obligations for payment of the cattle set forth in Exhibits A-D other than payment of the Interpled Funds set forth herein, and that Plaintiff be discharged from all further liability to Defendants or any other potential claimant by payment of the Interpled Funds, and that the Court declares that Plaintiff has fee title to the purchased cattle set forth in Exhibits A-D, free and clear of claim of lien of any Defendant herein or any other potential claimant.

**WHEREFORE**, Plaintiff respectfully requests that this Court order, adjudge and decree as follows:

a.     That Plaintiff's interpleader of the funds for the payments of invoices (Exhibits A-D) in the amounts of $41,208.76, $34,727.86, $51,887.76 and $50,408.91 (totaling $178,233.29), respectively, be accepted by this Court;

b.     That Defendants and any other current or future party to this case be restrained from prosecuting or instituting any civil actions against Plaintiff on account of Plaintiff's purchase of the cattle set forth in Exhibits A-D or the Interpled Funds set forth above;

c.     That Defendants and any party to this case be required to litigate their respective rights and entitlements, if any, to the cattle or Interpled Funds within this case.

d.     That Plaintiff be discharged and exonerated from any liability with respect to the cattle or Interpled Funds;

e.     That Plaintiff be dismissed from this case with prejudice;

f.     That Plaintiff be awarded attorney fees and costs as provided by any agreement between the parties or by law; and,

g.     For such other and further relief as the Court may deem proper.

Dated this 16th day of November, 2010.

ABT LAW OFFICE
Attorneys for Plaintiff

By: _David L. Abt_
    David L. Abt
    State Bar No. 1017076

ABT LAW OFFICE
PO Box 128
Westby, WI 54665
608.634.2157

1 812 949 9060      P.016

Eastern Livestock

NOV-18-2010  16:52

INVOICE AND SECURITY AGREEMENT

INVOICE NO. 291244

DATE 10/16/10

# Eastern Livestock Co., LLC

SOLD TO RUSH CREEK RANCH        SHIP TO Dad Quincey

Address 812) Lindlane AVE.        Address

City-State-Zip VirAQua, We. 54665    City-State-Zip CHIEFLAND, Fl.

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Average | Amount |
|---|---|---|---|---|
| | | | | 22,087.33 |
| 82 | BID STR | 15,243 | 186 / 144.43 | |
| 83 | BID HFR | 15,795 | 190 / 121.05 | 19,121.43 |
| | 5 | 15,785 | | |
| | | | | |
| | 15 K ac | 39 % duf | null | |
| | 83 H ac | 59 % duf | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | 168 | 71,095 | 317 duf | 41,208.76 |

TRUCKER SIBALDO / ARNOT / VARIOUS

COMMISSION

VETERINARY

TRUCKING  DLvD.

FROM QLC 822        OTHER  41,208.76

TOTAL  41,208.76

EXHIBIT A

DO NOT SEND

SB 13  10/16/10
Signature

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47105
812-948-8035

. TERMS, CONDITIONS, RESERVATIONS AND
AGREEMENTS APPLICABLE TO INVOICE AND
SECURITY AGREEMENT

1.   Buyer grants a security interest to Seller in all cattle the subject of this invoice to secure repayment of all obligations of Buyer to Seller whether now existing or arising in the future, whether derived from this invoice or not

2.   In the event of dishonor or non-payment of any check or draft representing payment of this invoice, seller shall be entitled to interest upon the sum represented by the said invoice from date thereof at the highest lawful rate and all costs and expenses incurring reasonable attorney's fees incurred in enforcement or the recovery of the indebtedness in seller or recovery of the primary sold hereof under the terms of this invoice.

3.   All sales are subject to U.S. Government Regulations and obligations of seller are limited unless unless addresses obligations are examined by seller in writing.

4.   The cattle are sold "as is."   All warranties, expressed or implied, including any merchantability of merchantability or for a particular purpose are disclaimed.

5.   The above terms and conditions become the basis of this invoice unless Buyer expressly disagrees by notifying Seller in writing no later than 3 days following receipt of the livestock subject to this invoice. Buyer hereby authorizes Seller to be a financing statement relative to the livestock described on this invoice.   Acceptance of said livestock, without objection say the above terms shall be "authentication" of this invoice and Agreement under Article 2 of the Uniform Commercial Code.

1 812 949 9060    P.018

Eastern Livestock

NOV-18-2010   15:52

INVOICE AND SECURITY AGREEMENT

INVOICE NO. 291246

DATE _10/22/13_

# Eastern Livestock Co., LLC

SOLD TO _Bush Creek Ranch_       SHIP TO _Dval Quinchy_

ADDRESS _8121 Ludlow Ave._       ADDRESS ___

City/State/Zip _Virsqua WI. 54665_   City/State/Zip _Cleveland, Fl_

Specifics subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Average | Amount |
|---|---|---|---|---|
| 64 | Blk Str. | 12630 | 197 /147.75 | 18,663.72 |
| 68 | Blk Hfr. | 12895 | 189 /124.75 | 16,064.14 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTALS 132 |  | 25,495 |  | 34,727.86 |

TRUCKER _S.Edmond/Kinnis_       COMMISSION ___

VETERINARY ___

FROM _OLC,Bld_       TRUCKING "ALVO"

OTHER ___

TOTAL _$ 34,727.86_

EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-945-5935

EXHIBIT
B

## TERMS, CONDITIONS, RESERVATIONS AND AGREEMENTS APPLICABLE TO INVOICE AND SECURITY AGREEMENT

1. Buyer grants a security interest to Seller in all cattle the subject of this invoice to secure repayment of all obligations of Buyer to Seller, whether now existing or arising in the future, whether derived from this invoice or not

2. In the event of dishonor or non-payment or any check or draft representing payment of this invoice Seller shall be entitled to interest from the date represented by the said invoice from date thereof at the highest lawful rate and all costs and expenses including reasonable attorney's fees incident to or expenses for the recovery of the indebtedness to seller or recovery of the property sold hereon under the terms of the invoice.

3. All sales are subject to U.S. Government Regulations and objections of seller are implied therein unless adverse annotations are executed or noted in error.

4. The cattle are sold "as is." All warranties, expressed or implied, including any warranties of merchantability or for a particular purpose are disclaimed.

5. The above terms and conditions become the ones of this invoice unless Buyer expressly disagrees by notifying Seller in writing no later than 3 days following receipt of the invoice subject to the invoice. Buyer hereby authorizes Seller to file a financing statement relative to the livestock described on this invoice. Acceptance of said invoice without objection per the above terms shall be "authentication" of the invoice and Agreement under Article 9 of the Uniform Commercial Code.

INVOICE AND SECURITY AGREEMENT

DATE 10/29/10                                    INVOICE NO. 291251

# Eastern Livestock Co., LLC

SOLD TO Rush Cedar Ranch          SHIP TO Don Quimby
ADDRESS 8121 Ludlow Blvd          ADDRESS
City-State-Zip Virginia WV 54645   City-State-Zip Charland, FL

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Average | Amount |
|---|---|---|---|---|
| / | 100 #10 STR | 18900 | 188/152 85 | 28,730.16 |
| / | 98 #10 HFL | 18680 | 191/123 37 | 23,152.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | | | | 51,882.76 |

TRUCKER SIZDenman/Various          COMMISSION
                                   VETERINARY
FROM OLC #20                       TRUCKING  Alva
                                   OTHER
                                   TOTAL  $ 51,882.46

FAXED

Please Remit to:  EASTERN LIVESTOCK CO., LLC
                  135 West Market
                  New Albany, IN  47150
                  812-948-9016

EXHIBIT
C

FAX NO. 16086342159     P. 25

| STATE OF WISCONSIN | CIRCUIT COURT | VERNON COUNTY |
|---|---|---|

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,
8121 Ludlow Avenue
Viroqua, WI 54665

                 Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC
135 West Market
New Albany, IN 47150

     -and-

ARCADIA STOCKYARD            CASE NO.
2719 NE Earnest St.
Arcadia, FL 34266-4186            Code: 30701

     -and-

CATTLEMEN'S LIVESTOCK MARKET
3305 US Highway 92 E.
Lakeland, FL 33801-9623

     -and-

COLUMBIA LIVESTOCK MARKET
OF LAKE CITY, INC.
4652 Southeast Country Club Road
Lake City, FL 32056

     -and-

HARDEE LIVESTOCK MARKET, INC.
1201 US Highway 17 South
Wauchula, fl 33873-3360

     -and-

NORTH FLORIDA LIVESTOCK MARKET
12171 S Us Highway 441
Lake City, FL 32025-2685

1 812 949 9060     P. 025

Eastern Livestock

NOV-18-2010   15:53

-and-

RONALD SIZEMORE TRUCKING, INC.
9871 SE 22nd Street
Webster, FL 33597

-and-

BANKS 1-25,

-and-

DOES 25-50,

                    Defendants.

## MOTION FOR ORDER AUTHORIZING
## DEPOSIT OF INTERPLED PROCEEDS
## TO CLERK OF COURT

Pursuant to Plaintiff's Complaint for Interpleader, Plaintiff respectfully moves the Court for an order authorizing the deposit of interpled proceeds to the Clerk of Court for holding until final determination or outcome of the interpleader case.

In support of this Motion, Plaintiff states as follows:

1.    Concurrent with the Motion, Plaintiff filed a Complaint for Interpleader. Plaintiff incorporates all allegations of its Complaint herein.

2.    Accordingly, Plaintiff tendered the following checks to the Clerk of Court as follows:

        a.    No. 227072 in the amount of $41,208.76;
        b.    No. 227073 in the amount of $34,727.86;
        c.    No. 227074 in the amount of $51,887.76; and,
        d.    No. 227075 in the amount of $50,408.91.

WHEREFORE, Plaintiff respectfully requests an order from this Court authorizing the deposit of $178,233.29 to the Clerk of Court.

Dated this _16th_ day of November, 2010.

ABT LAW OFFICE
Attorneys for Plaintiff

By:_____
David L. Abt
State Bar No. 1017076

ABT LAW OFFICE
PO Box 128
Westby, WI 54665
608.634.2157

NOV-18-2010  15:53    Eastern Livestock    FMA NO: 10086342159    1 812 949 9060    P.029
P. 29

THE BARABOO NATIONAL BANK    *Cashier's Check*    227072
BARABOO, WISCONSIN    Date: 11/16/10
Branch:    0041

REMITTER RUSH CREEK RANCH LLLP

$41,208.76

**PAY**
**TO THE**
**ORDER OF**    EXACTLY **$41,208 AND 76/100 DOLLARS
VERNON COUNTY CLERK OF COURTS

James R. Hochfelder President
Susan E. Wardall Asst Cashier

10/16 169 HEAD

THE BARABOO NATIONAL BANK    *Cashier's Check*    227073
BARABOO, WISCONSIN    Date: 11/16/10
Branch:    0041

REMITTER RUSH CREEK RANCH LLLP

$34,727.86

**PAY**
**TO THE**
**ORDER OF**    EXACTLY **$34,727 AND 86/100 DOLLARS
VERNON COUNTY CLERK OF COURTS

James R. Hochfelder President
Susan E. Wardall Asst Cashier

10/22 132 HEAD

THE BARABOO NATIONAL BANK    *Cashier's Check*    227074
BARABOO, WISCONSIN    Date: 11/16/10
Branch:    0041

REMITTER RUSH CREEK RANCH LLLP

$51,807.76

**PAY**
**TO THE**
**ORDER OF**    EXACTLY **$51,807 AND 76/100 DOLLARS
VERNON COUNTY CLERK OF COURTS

James R. Hochfelder President
Susan E. Wardall Asst Cashier

10/29 198 HEAD

THE BARABOO NATIONAL BANK    *Cashier's Check*    227075
BARABOO, WISCONSIN    Date: 11/16/10
Branch:    0041

REMITTER RUSH CREEK RANCH LLLP

$50,408.91

**PAY**
**TO THE**
**ORDER OF**    EXACTLY **$50,408 AND 91/100 DOLLARS
VERNON COUNTY CLERK OF COURTS

James R. Hochfelder President
Susan E. Wardall Asst Cashier

11/5 196 HEAD

TOTAL P.029

STATE OF WISCONSIN        CIRCUIT COURT        VERNON COUNTY

RUSH CREEK RANCH. LLLP,
a Colorado limited liability limited partnership,

               Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,
COLUMBIA LIVESTOCK MARKET
  OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.,
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, aka I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

               Defendants.

CASE NO. 10 CV 317

Code: 30701

---

## ADMISSION OF SERVICE

I received and admit service of the following:

1.    Summons and Complaint
2.    Motion for Order Authorizing Deposit of Interpled Proceeds to Clerk of Court

Dated: 11-26-10

HARDEE LIVESTOCK MARKET, INC.

By: _____
Its _____

STATE OF WISCONSIN            CIRCUIT COURT            VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,

                         Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,
ARCADIA STOCKYARD,                              CASE NO. 10 CV 317
CATTLEMEN'S LIVESTOCK MARKET,
COLUMBIA LIVESTOCK MARKET                       Code: 30701
  OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.,
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, aka I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

                         Defendants.

---

### ADMISSION OF SERVICE

I received and admit service of the following:

1.    Summons and Complaint
2.    Motion for Order Authorizing Deposit of Interpled Proceeds to Clerk of Court

Dated:  *11-29-10*            OKEECHOBEE LIVESTOCK MARKET

                         By: _____  Todd Clemons
                         Its ___president_____

STATE OF WISCONSIN          CIRCUIT COURT          VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,

Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,
COLUMBIA LIVESTOCK MARKET
  OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.,
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, aka I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

Defendants.

CASE NO. 10 CV 317

Code:  30701

---

## ADMISSION OF SERVICE

I received and admit service of the following:

1.    Summons and Complaint
2.    Motion for Order Authorizing Deposit of Interpled Proceeds to Clerk of Court

Dated: 11/22/0

OCALA LIVESTOCK MARKET, INC.

By: _____
Its _____

STATE OF WISCONSIN          CIRCUIT COURT          VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,

        Plaintiff,

  -vs-

EASTERN LIVESTOCK COMPANY, LLC,      CASE NO. 10 CV 317
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,       Code 030701
COLUMBIA LIVESTOCK MARKET
   OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, a/k/a I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

        Defendants.

---

## NOTICE OF APPEARANCE ON BEHALF OF HILLIARD-McKETTRICK INVESTMENTS, INC., d/b/a ARCADIA STOCKYARD

The undersigned attorney hereby files this Notice of Appearance on behalf of

Defendant Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard, and requests

copies of all future pleadings.

Respectfully submitted this _____ day of December 2010.

W. SCOTT NEWBERN
Fla. Bar No. 0098108
W. SCOTT NEWBERN, P.L.
2982 East Giverny Circle
Tallahassee, Florida  32309
(T) 850.591.1701
(F) 850.894.0871
wsnewbern@msn.com

COUNSEL FOR HILLIARD-McKETTRICK
INVESTMENTS, INC., d/b/a ARCADIA
STOCKYARD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following by facsimile/U.S. Mail this _____ day of December 2010.

David L. Abt
ABT LAW OFFICE
210 North Main St.
P.O. Box 128
Westby, WI  54667
T:  608.634.2157
F:  608.634.2159

W. SCOTT NEWBERN

2

STATE OF WISCONSIN ———— CIRCUIT COURT ———— VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,

           Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,      CASE NO. 10 CV 317
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,      Code 030701
COLUMBIA LIVESTOCK MARKET
   OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, a/k/a I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

           Defendants.

---

### DEFENDANT ARCADIA STOCKYARD'S RESPONSE TO INTERPLEADER AND DEMAND FOR IMMEDIATE PAYMENT OF AMOUNTS DUE ON ACCOUNT FROM LIVESTOCK SALES

---

COMES NOW Defendant HILLIARD-McKETTRICK INVESTMENTS, INC., d/b/a

ARCADIA STOCKYARD (hereinafter "Arcadia") and, by and through undersigned counsel,

responds to the *Complaint For Interpleader* of Plaintiff RUSH CREEK RANCH, LLLP

1

(hereinafter "Rush Creek") filed November 16, 2010 and served via facsimile upon Defendant Arcadia the following day on November 17, 2010 and states as follows:

1.     Defendant Arcadia is Hilliard-McKettrick Investments, Inc., a Florida for profit corporation operating under the name of "Arcadia Stockyard" with offices located at 2719 N.E. Earnest Street, Arcadia, Florida 34266.

2.     Defendant Arcadia is a market agency selling livestock on a commission basis subject to the jurisdiction of the Packers and Stockyards Act of 1921, 7 U.S.C. §§ 181-229 (the "Stockyards Act").

3.     On information and belief Defendant Eastern Livestock Company, LLC (hereinafter "Eastern") is one of the largest livestock brokers in the United States and has regularly purchased or more accurately livestock purchases at Arcadia and other Florida "markets" have been "cleared" through Eastern for many years.

4.     On information and belief, Defendant James Byrd a/k/a I. E. Byrd is the principle owner/operator of Defendant Oak Lake Cattle Company, Inc. (collectively hereinafter with I. E. Byrd as "Oak Lake"), a dealer/buyer pursuant to the Stockyards Act.

5.     During the "Relevant Time Period" of October and November 2010, Defendant Oak Lake "cleared" livestock purchase transactions through Defendant Eastern. Defendant Oak Lake was the actual buyer at market. Defendant Oak Lake takes title to the livestock purchased when payment is rendered through Eastern to the seller. Eastern had served for many years as "clearing house" for Oak Lake livestock transactions (and many others) on a commission or fee based on the transaction amount.

6.      During the Relevant Time Period, Defendant Oak Lake, by and through I. E. Byrd

and Dan Byrd, purchased livestock from Defendant Arcadia totaling 175 head, weighing 33615

lbs., at a cost of $45,928.29 and was invoiced for said purchases on October 20th, 25th, and 27th,

and November 1st, and 3rd of 2010 as follows (copies of the actual summary worksheet and

invoices are attached hereto as **Exhibit A**):

**Hilliard-McKettrick Investments Inc., d/b/a Arcadia Stockyard**
Invoices Billed from Arcadia to Eastern Per Oak Lake

| Date | Charge Account | No. of Head | Weight | Amount |
|---|---|---|---|---|
| 20-Oct-10 | Eastern (E10) | 16 | 3305 | 5,138.26 |
| 20-Oct-10 | Eastern (E10X) | 17 | 3240 | 3,919.23 |
| | **Totals** | **33** | **6545** | **9,057.49** |
| | I.E. Byrd | | Commission | 65.45 |
| | | | Feed | 10.00 |
| | | | **Invoice Total** | **$9,132.94** |
| | | | | |
| 25-Oct-10 | Eastern #3 (E10) | 12 | 2295 | 3,598.66 |
| 25-Oct-10 | Eastern #3 (E10X) | 10 | 1935 | 2,408.38 |
| | **Totals** | **22** | **4230** | **6,007.04** |
| | Dan Byrd | | Commission | 42.30 |
| | | | **Invoice Total** | **$6,049.34** |
| | | | | |
| 27-Oct-10 | Eastern #2 (E10) | 38 | 7025 | 10,460.09 |
| 27-Oct-10 | Eastern #2 (E10X) | 22 | 4070 | 4,873.10 |
| | **Totals** | **60** | **11095** | **15,333.19** |
| | I.E. Byrd | | Commission | 110.95 |
| | | | Feed | 5.00 |
| | | | **Invoice Total** | **$15,449.14** |
| | | | | |
| 01-Nov-10 | Eastern #2 (E10) | 10 | 1975 | 2,899.67 |
| 01-Nov-10 | Eastern #2 (E10X) | 9 | 1815 | 2,134.96 |
| | **Totals** | **19** | **3790** | **5,034.63** |
| | Dan Byrd | | Commission | 37.90 |
| | | | **Invoice Total** | **$5,072.53** |
| | | | | |
| 03-Nov-10 | Eastern #2 (E10) | 17 | 3190 | 4,800.01 |
| 03-Nov-10 | Eastern #2 (E10X) | 24 | 4765 | 5,344.78 |
| | **Totals** | **41** | **7955** | **10,144.79** |
| | I.E. Byrd | | Commission | 79.55 |
| | | | **Invoice Total** | **$10,224.34** |

| | No. of Head | Weight | Amount |
|---|---|---|---|
| **Total Invoices** | **175** | **33615** | **$45,928.29** |

3

7.      Contrary to assertions by Plaintiff Rush Creek, Defendant Eastern did not pay for the livestock. Defendant Eastern submitted to Defendant Arcadia fraudulent and worthless checks returned NSF in violation of Florida law, Section 68.065, Florida Statutes. (Copies of the fraudulent and worthless checks are attached hereto as **Exhibit B**).

8.      Defendant Eastern submitted the following checks with insufficient funds to Defendant Arcadia in violation of Section 68.065, Florida Statutes:

| Date | Eastern Ck. No. | Amount |
|---|---|---|
| 26-Oct-10 | 123349 | $15,220.99 |
| 21-Oct-10 | 122977 | $21,470.37 |
| 28-Oct-10 | 124749 | $42,078.29 |
| 29-Oct-10 | 124923 | $1,586.95 |
| | Total | $80,356.60 |

9.      On or about October 16, 2010, Plaintiff Rush Creek purchased 165 head of feeder cattle from Defendant Eastern for the price of $41,208.76. Plaintiff took delivery of the cattle, but did not pay for same and tendered to this Court the sum of $41,208.76. (A copy of Invoice and Security Agreement #291244 is attached hereto and incorporated herein as **Exhibit C**).

10.      On or about October 16, 2010, Plaintiff Rush Creek purchased 132 head of feeder cattle from Defendant Eastern Livestock for the price of $34,727.86. Plaintiff took delivery of the cattle, but did not pay for same and tendered to this Court the sum of $34,727.86. (A copy of Invoice and Security Agreement #291246 is attached hereto and incorporated herein as **Exhibit D**).

11.      On or about October 16, 2010, Plaintiff Rush Creek purchased 198 head of feeder cattle from Defendant Eastern Livestock for the price of $51,887.76. Plaintiff took delivery of the cattle, but did not pay for same and tendered to this Court the sum of $51,887.76. A copy of

4

Invoice and Security Agreement #291251 is attached hereto and incorporated herein as **Exhibit E**).

12.     On or about October 16, 2010, Plaintiff Rush Creek purchased 196 head of feeder cattle from Defendant Eastern Livestock for the price of $50,408.91. Plaintiff took delivery of the cattle, but did not pay for same and tendered to this Court the sum of $50,408.91. (A copy of Invoice and Security Agreement #291253 is attached hereto and incorporated herein as **Exhibit F**).

13.     In total Plaintiff Rush Creek has tendered to the Circuit Court of Vernon County, Wisconsin, four cashier's checks in the amount of $41,208.76; $34,727.86; $51,887.76; and $50,408.91 for a total of $178,233.29 (hereinafter "Interpled Funds").

14.     Neither Plaintiff Rush Creek nor Defendant Eastern have made payment for the amounts owed on account for the 175 head of livestock purchased from Arcadia and for which Plaintiff Rush Creek has taken delivery. See paragraphs 9-12. On information and belief Neither Plaintiff Rush Creek nor Defendant Eastern have made payment to other Defendants for the amounts owed on account for livestock for which Plaintiff Rush Creek has taken delivery.

15.     Title to the livestock purchased by Oak Lake and cleared through Eastern pursuant to the transactions enumerated in the following table resides with the Florida markets until paid in full.

| No. | Name Buyer | Invoice Number | Date | Total Head | Amount |
|---|---|---|---|---|---|
| 1. | Rush Creek Ranch | 291244 | 10/16/10 | 165 | $41,208.76 |
| 2. | Rush Creek Ranch | 291253 | 11/05/10 | 196 | $50,408.91 |
| 3. | Rush Creek Ranch | 291251 | 10/29/10 | 198 | $51,887.76 |
| 4. | Rush Creek Ranch | 291246 | 10/22/10 | 132 | $34,727.86 |
| 5. | D.R. Daniel | 291256 | 11/05/10 | 58 | $34,373.13 |

5

| | | | | | |
|---|---|---|---|---|---|
| 6. | Len Miller | 291254 | 11/05/10 | 138 | $57,980.33 |
| 7. | Len Miller | 291248 | 10/29/10 | 219 | $90,613.68 |
| 8. | Tom Herrmann | 291249 | 10/29/10 | 73 | $22,884.04 |
| 9. | Tommy Berend | 291255 | 11/05/10 | 42 | $17,982.13 |
| 10. | Tommy Berend | 291250 | 10/29/10 | 63 | $27,161.82 |
| 11. | Jacob Larson | 291252 | 11/04/10 | 49 | $14,547.61 |
| | | **TOTAL** | | 1,333 | $443,776.03 |

16.     Plaintiff Rush Creek and this Interpleader are implicated only with respect to Item

Nos. 1-4 in the above table, or the Interpled Funds in the amount totaling $178,233.29.

WHEREFORE for the reasons catalogued above and pursuant Florida and Wisconsin

law, Defendant Arcadia makes demand herein against the Interpled Funds in the amount of

FORTY-FIVE THOUSAND NINE HUNDRED TWENTY-EIGHT AND 29/100 DOLLARS ($45,928.29) for

immediate payment pursuant to the Invoices identified in paragraph 6 above and in the copies

attached hereto as __Exhibit A__.

Respectfully submitted this 3ʳᵈ _____ day of December 2010.

W. SCOTT NEWBERN
Fla. Bar No. 0098108
W. SCOTT NEWBERN, P.L.
2982 East Giverny Circle
Tallahassee, Florida 32309
(Tel)  850.591.1701
(Fax)  850.894.0871

COUNSEL FOR HILLIARD-McKETTRICK
INVESTMENTS, INC., d/b/a ARCADIA
STOCKYARD

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by facsimile this _3rd_ day of December 2010.

David L. Abt
ABT LAW OFFICE
210 North Main St.
P.O. Box 128
Westby, WI  54667
T:  608.634.2157
F:  608.634.2159

W. SCOTT NEWBERN

7

# Exhibit A

Rush Creek Ranch LLLP
a Colorado Limited Liability Partnership
8121 Ludlow Ave
Viroqua WI 54665

Invoices Billed from Arcadia Stockyard to Eastern Livestock by I E Byrd

| Date | Charge Account | No. of Head | Weight | Money |
|---|---|---|---|---|
| 10/20/2010 | Eastern (E 10) | 16 | 3305 | 5138.26 |
| 10/20/2010 | Eastern (E 10X) | 17 | 3240 | 3919.23 |
| | **Total** | **33** | **6545** | **9,057.49** |
| | I E Byrd | Commission | | 65.45 |
| | | Feed | | 10.00 |
| | | **Invoice Total** | | **$9,132.94** |
| | | | | |
| 10/25/2010 | Eastern #3 (E10) | 12 | 2295 | 3598.66 |
| 10/25/2010 | Eastern #3 (E10X) | 10 | 1935 | 2408.38 |
| | **Total** | **22** | **4230** | **6007.04** |
| | Dan Byrd | Commission | | 42.30 |
| | | **Invoice Total** | | **$6,049.34** |
| | | | | |
| 10/27/2010 | Eastern #2 (E10) | 38 | 7025 | 10,460.09 |
| 10/27/2010 | Eastern #2 (E10X) | 22 | 4070 | 4,873.10 |
| | **Total** | **60** | **11095** | **15,333.19** |
| | I E Byrd | Commission | | 110.95 |
| | | Feed | | 5.00 |
| | | **Invoice Total** | | **$15,449.14** |
| | | | | |
| 11/1/2010 | Eastern #2 (E10) | 10 | 1975 | 2899.67 |
| 11/1/2010 | Eastern #2 (E10X) | 9 | 1815 | 2134.96 |
| | **Total** | **19** | **3790** | **5034.63** |
| | Dan Byrd | Commission | | 37.90 |
| | | **Invoice Total** | | **$5,072.53** |
| | | | | |
| 11/3/2010 | Eastern #2 (E10) | 17 | 3190 | 4800.01 |
| 11/3/2010 | Eastern #2 (E10X) | 24 | 4765 | 5344.78 |
| | **Total** | **41** | **7955** | **10144.79** |
| | I E Byrd | Commission | | 79.55 |
| | | **Invoice Total** | | **$10,224.34** |
| | | | | |
| **Total of Invoices Listed Above** | | **No of Head** | **Weight** | **Money** |
| | | **175** | **33615** | **$45,928.29** |
| | | | | |



We Act as Agents
for the Producers of Livestock

P. O. Box 1413
Arcadia, FL 34265
(863) 494-3737

Buyer  192
BOUGHT BY: EASTERN LIVESTOCK
ADDRESS: 135 WEST MARKET
NEW ALBANY, IN 47150-

AGENT # 8
10/20/2010 21:13:06
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

*** RECAP SUMMARY ***

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E    10 | 16 | 3305 | 5138.26 | 207 | 155.47 | 321.14 | 527 |
| E    10X | 17 | 3240 | 3919.23 | 191 | 120.96 | 230.54 | 527 |
|  | 33 | 6545 | 9057.49 | | | | |

Feed By The Unit 10/13-10/19    Units: 1.00       Rate Per Unit: 10.00    10.00
Commission: Paid to Agent            Per CWT    1.00   6545 lbs.    65.45

Total Head              33
Total Weight          6545
Purchases         9,057.49
Total Commission     65.45
Feed Charges:        10.00

**Total Bill**        **9,132.94**   **Charged  (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY  NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  192
EASTERN LIVESTOCK
BOUGHT BY  135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

**E      10**

AGENT #  8
10/20/2010 21:13:06
I  E BYRD
PO BOX 1294
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10017 | 527 | STRCLF | 170 | 125.00 | 212.50 |
| 1 HD | 10167 | 527 | STRCLF | 200 | 185.00 | 370.00 |
| 1 HD | 10420 | 527 | STRCLF | 210 | 185.00 | 388.50 |
| 1 HD | 10429 | 527 | STRCLF | 210 | 150.00 | 315.00 |
| 1 HD | 10676 | 527 | STRCLF | 200 | 150.00 | 300.00 |
| 1 HD | 10697 | 527 | STRCLF | 205 | 157.50 | 322.88 |
| 1 HD | 10703 | 527 | STRCLF | 210 | 85.00 | 178.50 |
| 1 HD | 10858 | 527 | STRCLF | 230 | 140.00 | 322.00 |
| 1 HD | 10903 | 527 | STRCLF | 220 | 165.00 | 363.00 |
| 1 HD | 10909 | 527 | STRCLF | 220 | 130.00 | 286.00 |
| 1 HD | 10912 | 527 | STRCLF | 215 | 165.00 | 354.75 |
| 1 HD | 11032 | 527 | STRCLF | 205 | 175.00 | 358.75 |
| 1 HD | 11271 | 527 | STRCLF | 210 | 167.50 | 351.75 |
| 1 HD | 11419 | 527 | STRCLF | 205 | 170.00 | 348.50 |
| 1 HD | 11530 | 527 | STRCLF | 200 | 160.00 | 320.00 |
| 1 HD | 11556 | 527 | STRCLF | 195 | 177.50 | 346.13 |

16                    Total Purchases            3305                5,138.26

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer   192
EASTERN LIVESTOCK
BOUGHT BY 135 WEST MARKET
ADDRESS. NEW ALBANY, IN 47150-

**E      10X**

AGENT #  3
10/20/2010 21:13:05
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10135 | 527 | HFRCLF | 195 | 109.00 | 212.55 |
| 1 HD | 10187 | 527 | HFRCLF | 170 | 140.00 | 238.00 |
| 1 HD | 10399 | 527 | HFRCLF | 170 | 135.00 | 229.50 |
| 1 HD | 10415 | 527 | HFRCLF | 175 | 125.00 | 218.75 |
| 1 HD | 10457 | 527 | HFRCLF | 185 | 105.00 | 194.25 |
| 1 HD | 10900 | 527 | HFRCLF | 210 | 122.00 | 256.20 |
| 1 HD | 10906 | 527 | HFRCLF | 175 | 112.50 | 196.88 |
| 1 HD | 10916 | 527 | HFRCLF | 180 | 122.00 | 219.60 |
| 1 HD | 11055 | 527 | HFRCLF | 195 | 115.00 | 224.25 |
| 1 HD | 11071 | 527 | HFRCLF | 215 | 116.00 | 249.40 |
| 1 HD | 11241 | 527 | HFRCLF | 195 | 110.00 | 214.50 |
| 1 HD | 11270 | 527 | HFRCLF | 180 | 118.00 | 212.40 |
| 1 HD | 11272 | 527 | HFRCLF | 190 | 120.00 | 228.00 |
| 1 HD | 11447 | 527 | HFRCLF | 205 | 105.00 | 215.25 |
| 1 HD | 11465 | 527 | HFRCLF | 210 | 170.50 | 358.05 |
| 1 HD | 11547 | 527 | HFRCLF | 205 | 103.00 | 211.15 |
| 1 HD | 11571 | 527 | HFRCLF | 185 | 130.00 | 240.50 |

| 17 | | Total Purchases | | 3240 | | 3,919.23 |

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock


# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer   327
BOUGHT BY: EASTERN LIVESTOCK #3
ADDRESS: 135 WEST MARKET
NEW ALBANY, IN 10373-

AGENT #  5420
10/25/2010 16:35:06
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

\*\*\* RECAP SUMMARY \*\*\*

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E    10 | 12 | 2295 | 3598.66 | 191 | 156.80 | 299.89 | 527 |
| E    10X | 10 | 1935 | 2408.38 | 194 | 124.46 | 240.84 | 527 |
|  | 22 | 4230 | 6007.04 |  |  |  |  |

Commission: Paid to Agent              Per CWT      1.00    4230 lbs.      42.30

Total Head              22
Total Weight          4230
Purchases          6,007.04
Total Commission      42.30

**Total Bill          6,049.34**  **Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrich*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



**Arcadia Stockyard**

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer 327
BOUGHT BY: EASTERN LIVESTOCK #3
135 WEST MARKET
ADDRESS: NEW ALBANY, IN 10373-

E    10

AGENT # 5420
10/25/2010 16:35:04
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10009 | 527 | STRCLF RP | 210 | 157.50 | 330.75 |
| 1 HD | 10039 | 527 | STRCLF | 205 | 160.00 | 328.00 |
| 1 HD | 10043 | 527 | STRCLF | 180 | 170.00 | 306.00 |
| 1 HD | 10046 | 527 | STRCLF | 175 | 170.00 | 297.50 |
| 1 HD | 10137 | 527 | STRCLF | 205 | 162.50 | 333.13 |
| 1 HD | 10154 | 527 | STRCLF | 195 | 152.50 | 297.38 |
| 1 HD | 10403 | 527 | STRCLF | 180 | 170.00 | 306.00 |
| 1 HD | 10412 | 527 | STRCLF | 165 | 126.00 | 207.90 |
| 1 HD | 10529 | 527 | STRCLF | 180 | 135.00 | 243.00 |
| 1 HD | 10559 | 527 | STRCLF | 220 | 155.00 | 341.00 |
| 1 HD | 10566 | 527 | STRCLF | 190 | 170.00 | 323.00 |
| 1 HD | 10598 | 527 | STRCLF | 190 | 150.00 | 285.00 |

12                     Total Purchases         2295                    3,598.66

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKetterah*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock



## Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer   327
BOUGHT BY: EASTERN LIVESTOCK #3
135 WEST MARKET
ADDRESS: NEW ALBANY, IN 10373-

E      10X

AGENT #  5420
10/25/2010 16:35:04
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10041 | 527 | HFRCLF | 215 | 126.00 | 270.90 |
| 1 HD | 10048 | 527 | HFRCLF | 210 | 127.50 | 267.75 |
| 1 HD | 10054 | 527 | HFRCLF | 205 | 126.00 | 258.30 |
| 1 HD | 10124 | 527 | HFRCLF | 205 | 114.00 | 233.70 |
| 1 HD | 10138 | 527 | HFRCLF | 195 | 127.50 | 248.63 |
| 1 HD | 10164 | 527 | HFRCLF | 155 | 132.00 | 204.60 |
| 1 HD | 10165 | 527 | HFRCLF | 200 | 122.00 | 244.00 |
| 1 HD | 10258 | 527 | HFRCLF | 180 | 122.50 | 220.50 |
| 1 HD | 10436 | 527 | HFRCLF | 160 | 130.00 | 208.00 |
| 1 HD | 10545 | 527 | HFRCLF | 210 | 120.00 | 252.00 |
| 10 | | | Total Purchases | 1935 | | 2,408.38 |

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



We Act as Agents
for the Producers of Livestock

# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

BOUGHT BY:
Buyer  338
EASTERN LIVESTOCK #2
135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

*** RECAP SUMMARY ***

AGENT # 8
10/27/2010 22:44:40
I E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E   10 | 38 | 7025 | 10460.09 | 185 | 148.90 | 275.27 | 527 |
| E   10X | 22 | 4070 | 4873.10 | 185 | 119.73 | 221.50 | 527 |
|  | 60 | 11095 | 15333.19 |  |  |  |  |

General Feed Charge: 10/20-10/26                                                                 5.00
Commission: Paid to Agent          Per CWT     1.00   11095 lbs.      110.95

Total Head            60
Total Weight          11095
Purchases             15,333.19
Total Commission      110.95
Feed Charges:         5.00

**Total Bill          15,449.14  Charged  (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKethrah*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  338
EASTERN LIVESTOCK #2
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

**E    10**

AGENT #  8
10/27/2010 22:41:06
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|
| 1 HD | 10006 | 527 | STRCLF RP | 210 | 145.00 | 304.50 |
| 1 HD | 10016 | 527 | STRCLF | 180 | 180.00 | 324.00 |
| 1 HD | 10029 | 527 | STRCLF | 170 | 175.00 | 297.50 |
| 1 HD | 10260 | 527 | STRCLF | 150 | 155.00 | 232.50 |
| 1 HD | 10323 | 527 | STRCLF | 210 | 172.00 | 361.20 |
| 1 HD | 10748 | 527 | STRCLF | 185 | 130.00 | 240.50 |
| 1 HD | 10997 | 527 | STRCLF | 195 | 185.00 | 360.75 |
| 1 HD | 11000 | 527 | STRCLF | 200 | 175.00 | 350.00 |
| 1 HD | 11082 | 527 | STRCLF | 245 | 140.00 | 343.00 |
| 1 HD | 11138 | 527 | STRCLF | 180 | 175.00 | 315.00 |
| 1 HD | 11168 | 527 | STRCLF | 190 | 170.00 | 323.00 |
| 1 HD | 11174 | 527 | STRCLF | 175 | 185.00 | 323.75 |
| 1 HD | 11175 | 527 | STRCLF | 140 | 140.00 | 196.00 |
| 1 HD | 11176 | 527 | STRCLF | 175 | 175.00 | 306.25 |
| 1 HD | 11187 | 527 | STRCLF | 150 | 145.00 | 217.50 |
| 1 HD | 11217 | 527 | STRCLF | 200 | 160.00 | 320.00 |
| 1 HD | 11240 | 527 | STRCLF | 210 | 160.00 | 336.00 |
| 1 HD | 11246 | 527 | STRCLF | 200 | 110.00 | 220.00 |
| 1 HD | 11248 | 527 | STRCLF | 195 | 125.00 | 243.75 |
| 1 HD | 11266 | 527 | STRCLF | 180 | 165.00 | 297.00 |
| 1 HD | 11271 | 527 | STRCLF | 155 | 110.00 | 170.50 |
| 1 HD | 11552 | 527 | STRCLF | 215 | 140.00 | 301.00 |
| 1 HD | 11553 | 527 | STRCLF | 185 | 152.50 | 282.13 |
| 1 HD | 11568 | 527 | STRCLF | 195 | 167.50 | 326.63 |
| 1 HD | 11570 | 527 | STRCLF | 195 | 150.00 | 292.50 |
| 1 HD | 11585 | 527 | STRCLF | 205 | 125.00 | 256.25 |
| 1 HD | 11596 | 527 | STRCLF | 175 | 130.00 | 227.50 |
| 1 HD | 11600 | 527 | STRCLF | 150 | 109.00 | 163.50 |
| 1 HD | 11601 | 527 | STRCLF | 170 | 170.00 | 289.00 |
| 1 HD | 11622 | 527 | STRCLF | 135 | 145.00 | 195.75 |
| 1 HD | 11668 | 527 | STRCLF | 125 | 120.00 | 150.00 |
| 1 HD | 11695 | 527 | STRCLF | 215 | 132.50 | 284.88 |
| 1 HD | 11705 | 527 | STRCLF | 175 | 160.00 | 280.00 |
| 1 HD | 11798 | 527 | STRCLF | 200 | 145.00 | 290.00 |
| 1 HD | 11854 | 527 | STRCLF | 160 | 150.00 | 240.00 |
| 1 HD | 11923 | 527 | HFRCLF | 215 | 115.00 | 247.25 |
| 1 HD | 11928 | 527 | STRCLF | 200 | 125.00 | 250.00 |

Continued on next page...

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



We Act as Agents
for the Producers of Livestock

# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  338
BOUGHT BY: EASTERN LIVESTOCK #2
ADDRESS: 135 WEST MARKET
NEW ALBANY, IN 47150-

E    10

AGENT #  8
10/27/2010 22:41:06
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 11940 | 527 | STRCLF | 215 | 140.00 | 301.00 |
| 38 | | Total Purchases | | 7025 | | 10,460.09 |

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock



# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  339
BOUGHT BY  EASTERN LIVESTOCK #2
135 WEST MARKET
ADDRESS:  NEW ALBANY, IN 47150-

E          10X

AGENT #  8
10/27/2010 22:41:06
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10199 | 527 | HFRCLF | 175 | 130.00 | 227.50 |
| 1 HD | 10210 | 527 | HFRCLF | 125 | 110.00 | 137.50 |
| 1 HD | 10268 | 527 | HFRCLF | 155 | 146.00 | 226.30 |
| 1 HD | 10538 | 527 | HFRCLF | 215 | 120.00 | 258.00 |
| 1 HD | 10556 | 527 | HFRCLF | 190 | 174.00 | 330.60 |
| 1 HD | 10744 | 527 | HFRCLF | 160 | 138.00 | 220.80 |
| 1 HD | 10779 | 527 | HFRCLF | 200 | 112.00 | 224.00 |
| 1 HD | 10793 | 527 | HFRCLF | 190 | 124.00 | 235.60 |
| 1 HD | 11171 | 527 | HFRCLF | 140 | 152.50 | 213.50 |
| 1 HD | 11215 | 527 | HFRCLF | 210 | 110.00 | 231.00 |
| 1 HD | 11230 | 527 | HFRCLF | 175 | 128.00 | 224.00 |
| 1 HD | 11231 | 527 | HFRCLF | 150 | 95.00 | 142.50 |
| 1 HD | 11255 | 527 | HFRCLF | 200 | 122.00 | 244.00 |
| 1 HD | 11270 | 527 | HFRCLF | 190 | 95.00 | 180.50 |
| 1 HD | 11294 | 527 | HFRCLF | 210 | 117.00 | 245.70 |
| 1 HD | 11478 | 527 | HFRCLF | 205 | 100.00 | 205.00 |
| 1 HD | 11506 | 527 | HFRCLF | 200 | 115.00 | 230.00 |
| 1 HD | 11579 | 527 | HFRCLF | 210 | 110.00 | 231.00 |
| 1 HD | 11589 | 527 | HFRCLF | 215 | 105.00 | 225.75 |
| 1 HD | 11593 | 527 | HFRCLF | 195 | 105.00 | 204.75 |
| 1 HD | 11851 | 527 | HFRCLF | 205 | 120.00 | 246.00 |
| 1 HD | 11936 | 527 | HFRCLF | 155 | 122.00 | 189.10 |

| 22 | Total Purchases | 4070 | 4,873.10 |
|---|---|---|---|

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKittrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock


# Arcadia Stockyard

P. O. Box 1418
Arcadia. FL 34265
(863) 494-3737

BOUGHT BY:
Buyer 338
EASTERN LIVESTOCK #2
135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

*** RECAP SUMMARY ***

AGENT # 5420
11/01/2010 17:11:01
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E    10 | 10 | 1975 | 2899.67 | 198 | 146.82 | 289.97 | 527 |
| E    10X | 9 | 1815 | 2134.96 | 202 | 117.63 | 237.22 | 527 |
| | 19 | 3790 | 5034.63 | | | | |

Commission: Paid to Agent          Per CWT    1.00    3790 lbs.    37.90

```
              Total Head           19
              Total Weight       3790
              Purchases       5,034.63
              Total Commission   37.90
```

**Total Bill        5,072.53  Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock



## Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  338
BOUGHT BY: EASTERN LIVESTOCK #2
135 WEST MARKET          **E      10**
ADDRESS: NEW ALBANY, IN 47150-

AGENT #  5420
11/01/2010 17:11:00
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10060 | 527 | STRCLF | 165 | 110.00 | 181.50 |
| 1 HD | 10091 | 527 | STRCLF | 160 | 99.00 | 158.40 |
| 1 HD | 10097 | 527 | STRCLF | 205 | 137.50 | 281.88 |
| 1 HD | 10155 | 527 | STRCLF | 220 | 147.50 | 324.50 |
| 1 HD | 10165 | 527 | STRCLF YP | 180 | 147.50 | 265.50 |
| 1 HD | 10189 | 527 | STRCLF | 215 | 160.00 | 344.00 |
| 1 HD | 10195 | 527 | STRCLF | 215 | 165.00 | 354.75 |
| 1 HD | 10199 | 527 | STRCLF | 205 | 167.50 | 343.38 |
| 1 HD | 10284 | 527 | STRCLF | 205 | 162.50 | 333.13 |
| 1 HD | 10487 | 527 | STRCLF | 205 | 152.50 | 312.63 |

| 10 | | | Total Purchases | 1975 | | 2,899.67 |

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock



# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer 338
BOUGHT BY: EASTERN LIVESTOCK #2
135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

E        10X

AGENT # 5420
11/01/2010 17:11:00
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10054 | 527 | HFRCLF | 215 | 122.50 | 263.38 |
| 1 HD | 10077 | 527 | HFRCLF | 195 | 98.00 | 191.10 |
| 1 HD | 10162 | 527 | HFRCLF | 230 | 111.00 | 255.30 |
| 1 HD | 10200 | 527 | HFRCLF | 225 | 117.50 | 264.38 |
| 1 HD | 10226 | 527 | HFRCLF | 165 | 110.00 | 181.50 |
| 1 HD | 10245 | 527 | HFRCLF | 215 | 140.00 | 301.00 |
| 1 HD | 10274 | 527 | HFRCLF | 210 | 113.00 | 237.30 |
| 1 HD | 10281 | 527 | HFRCLF | 160 | 110.00 | 176.00 |
| 1 HD | 10292 | 527 | HFRCLF | 200 | 132.50 | 265.00 |

9            Total Purchases            1815            2,134.96

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrich*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock



# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  338
EASTERN LIVESTOCK #2
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

\*\*\* RECAP SUMMARY \*\*\*

AGENT # 8
11/03/2010 21:41:38
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|------|------|------|------|------|------|------|------|
| E   10 | 17 | 3190 | 4800.01 | 188 | 150.47 | 282.35 | 511 |
| E   10X | 24 | 4765 | 5344.78 | 199 | 112.17 | 222.70 | 511 |
|   | 41 | 7955 | 10144.79 |  |  |  |  |

Commission: Paid to Agent                Per CWT      1.00    7955 lbs.      79.55

Total Head              41
Total Weight          7955
Purchases        10,144.79
Total Commission     79.55

**Total Bill**          **10,224.34**  **Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY.  NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

We Act as Agents
for the Producers of Livestock



# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer   338
EASTERN LIVESTOCK #2
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

E        10

AGENT #  8
11/03/2010 21:41:36
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10015 | 511 | STRCLF | 225 | 160.00 | 360.00 |
| 1 HD | 10018 | 511 | STRCLF | 215 | 160.00 | 344.00 |
| 1 HD | 10502 | 511 | STRCLF | 220 | 172.50 | 379.50 |
| 1 HD | 10538 | 511 | STRCLF | 165 | 210.00 | 346.50 |
| 1 HD | 10542 | 511 | STRCLF | 175 | 175.00 | 306.25 |
| 1 HD | 10563 | 511 | STRCLF | 195 | 130.00 | 253.50 |
| 1 HD | 10568 | 511 | STRCLF | 155 | 125.00 | 193.75 |
| 1 HD | 10573 | 511 | STRCLF | 210 | 165.00 | 346.50 |
| 1 HD | 10574 | 511 | STRCLF | 125 | 125.00 | 156.25 |
| 1 HD | 10576 | 511 | STRCLF | 195 | 170.00 | 331.50 |
| 1 HD | 10584 | 511 | STRCLF | 170 | 130.00 | 221.00 |
| 1 HD | 10629 | 511 | STRCLF | 205 | 170.00 | 348.50 |
| 1 HD | 10693 | 511 | STRCLF | 205 | 132.50 | 271.63 |
| 1 HD | 11236 | 511 | STRCLF | 195 | 127.50 | 248.63 |
| 1 HD | 11298 | 511 | STRCLF | 215 | 110.00 | 236.50 |
| 1 HD | 11333 | 511 | STRCLF OP | 160 | 165.00 | 264.00 |
| 1 HD | 11397 | 511 | STRCLF | 160 | 120.00 | 192.00 |

17.                Total Purchases            3190              4,800.01

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  338
BOUGHT BY: EASTERN LIVESTOCK #2
135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

**E    10X**

AGENT #  8
11/03/2010 21:41:36
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 HD | 10425 | 511 | HFRCLF | 190 | 130.00 | 247.00 |
| 1 HD | 10483 | 511 | HFRCLF | 195 | 103.00 | 200.85 |
| 1 HD | 10504 | 511 | HFRCLF | 220 | 112.50 | 247.50 |
| 1 HD | 10523 | 511 | HFRCLF | 215 | 122.50 | 263.38 |
| 1 HD | 10528 | 511 | HFRCLF | 220 | 110.00 | 242.00 |
| 1 HD | 10530 | 511 | HFRCLF | 190 | 120.00 | 228.00 |
| 1 HD | 10546 | 511 | HFRCLF | 190 | 112.00 | 212.80 |
| 1 HD | 10551 | 511 | HFRCLF | 180 | 108.00 | 194.40 |
| 1 HD | 10554 | 511 | HFRCLF | 190 | 125.00 | 237.50 |
| 1 HD | 10561 | 511 | HFRCLF | 215 | 105.00 | 225.75 |
| 1 HD | 10572 | 511 | HFRCLF | 135 | 125.00 | 168.75 |
| 1 HD | 10577 | 511 | HFRCLF | 195 | 105.00 | 204.75 |
| 1 HD | 10628 | 511 | HFRCLF | 205 | 110.00 | 225.50 |
| 1 HD | 10756 | 511 | HFRCLF | 180 | 128.00 | 230.40 |
| 1 HD | 10784 | 511 | HFRCLF | 200 | 115.00 | 230.00 |
| 1 HD | 10795 | 511 | HFRCLF | 215 | 114.00 | 245.10 |
| 1 HD | 10832 | 511 | HFRCLF | 220 | 119.00 | 261.80 |
| 1 HD | 10908 | 511 | HFRCLF | 215 | 105.00 | 225.75 |
| 1 HD | 11205 | 511 | HFRCLF | 205 | 114.00 | 233.70 |
| 1 HD | 11272 | 511 | HFRCLF | 185 | 110.00 | 203.50 |
| 1 HD | 11284 | 511 | HFRCLF | 245 | 107.00 | 262.15 |
| 1 HD | 11415 | 511 | HFRCLF | 190 | 95.00 | 180.50 |
| 1 HD | 11580 | 511 | HFRCLF | 185 | 102.00 | 188.70 |
| 1 HD | 11621 | 511 | HFRCLF | 185 | 100.00 | 185.00 |

| 24 | | Total Purchases | | 4765 | | 5,344.78 |

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKethan*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

# Exhibit B



NSF

*0b310215R*
11/14/2010
5793

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON—A
NOT SUFFICIENT FUNDS

EASTERN
LIVESTOCK CO., LLC

PAY TO THE ORDER OF

ARCADIA STOCKYARD
P.O. DRAWER 1418
ARCADIA, FL 34265

135 West Market
New Albany, IN 47150
812-945-9035

No. 123349

DATE        CHECK No.
10/18/26    123349

AMOUNT
***15,220.99

SIGNATURE

SUNTRUST BANK
1-800-786-8787
Date: Nov 4, 2010   Advice D-704928

The following deposited check(s) were
returned to SunTrust unpaid. The amount
of the check(s) has been deducted from
your account.
Service Charge Total: Analysis

Acct:   175/100002980890 3

1 Item charged totalling $15,220.99

Advice Total $15,220.99

SEQ # ITEM AMOUNT
005793      15,220.99

HILLIARD-MCKETTRICK INVESTMENTS INC D/B/
ARCADIA STOCKYARD
CUSTODIAL ACCOUNT FOR SHIPPERS' PROCEEDS
1922 NE LIVINGSTON ST
ARCADIA FL 34266-4572



*0b3I02I52*
11/03/2010
3517

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

E03I02I52 11/29/2010
E94bI9b93

REFER TO MAKER

Nº 122977

EASTERN IVESTOCK CO., LLC

PAY TO THE ORDER OF

ARCADIA STOCKYARD
P.O.-DRAWER 1418
ARCADIA, FL 34265

195 West Market
New Albany, IN 47150
812-945-9035

| DATE | CHECK No. |
|------|-----------|
| 10/10/21 | 122977 |

AMOUNT
****21,470.37

SIGNATURE

⑈122977⑈ ⑈0121002121⑈ 7480493779⑈

⑈122977⑈ ⑈0121002121⑈ 7480493779⑈

⑈000021470371⑈



**SUNTRUST BANK**
1-800-786-8787
Date: Nov 3, 2010   Advice D-700774

Acct:   175/1000029808903

The following deposited check(s) were returned to SunTrust unpaid. The amount of the check(s) has been deducted from your account.
Service Charge Total: Analysis

SEQ # ITEM AMOUNT
003517          21,470.37

1 Item charged totaling $21,470.37

Advice Total $21,470.37

HILLIARD-MCKETTRICK INVESTMENTS INC D/B/
ARCADIA STOCKYARD
CUSTODIAL ACCOUNT FOR SHIPPERS' PROCEEDS
1922 NE LIVINGSTON ST
ARCADIA FL 34266-4572

⑈0233153⑈ 00100002980890 3⑈ ⑈0000700074⑈

Nº 124749

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

CHECK NUMBER:    124749    CHECK DATE:  10/10/28    CHECK AMOUNT:    42,078.29

| 101028 | 60H @ | 11095# | 00006 | 15,444.14 |
| 101028 | 70H @ | 28225# | 00007 | 26,634.15 |

EASTERN LIVESTOCK CO., LLC

EASTERN LIVESTOCK CO., LLC

Nº 124749

135 West Market
New Albany, IN 47150
812-949-9035

73-27
421

Fifth Third Bank
Northern Kentucky

| DATE | CHECK No. |
| 10/10/28 | 124749 |

AMOUNT

****42,078.29

PAY TO THE ORDER OF

ARCADIA STOCKYARD
P.O. DRAWER 1418
ARCADIA, FL 34265

SIGNATURE

⑈124749⑈ ⑆0421002 2⑆ 748049 3779⑈

No. 124923

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

CHECK NUMBER: 124923   CHECK DATE: 10/10/29   CHECK AMOUNT: 1,586.95

101029        6H @ 1545#        00000        1,586.95

EASTERN LIVESTOCK CO., LLC



EASTERN LIVESTOCK CO., LLC

No. 124923

73-27
421

Fifth Third Bank
Northern Kentucky

135 West Market
New Albany, IN 47750
812-949-9035

| DATE | CHECK No. |
| --- | --- |
| 10/10/29 | 124923 ** |

AMOUNT
****1,586.95

SIGNATURE

PAY TO THE ORDER OF

ARCADIA STOCKYARD
P.O. DRAWER 1410
ARCADIA, FL 34265

⑈124923⑈ ⑈0421002721⑈ 7480193779⑈

# Exhibit C

Nov 16  2010  9:45AM

**INVOICE AND SECURITY AGREEMENT**

No. 9516    P. 12

DATE 10/16/10

INVOICE NO. 291244

# Eastern Livestock Co., LLC

SOLD TO RUSH CREEK RANCH

SHIP TO Bob Quincey

Address 8121 Ludlow Ave.

Address /

City-State-Zip Viroqua, Wi. 54665

City-State-Zip Chiefland, Fl.

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 82 | #10 Str | 15,240 | 186 /144.⁹³ | 22,087.33 |
| 83 | #10x Hfr | 15,795 | 190 /121.⁰⁶ | 19,121.43 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | 165 | | | 41,208.76 |

TRUCKER: Sizemon D /Arnold / Various

COMMISSION ———

VETERINARY ———

TRUCKING Blvd.

FROM: OLC #22

OTHER ———

CERTIFICATION OF NON PRODUCER STATUS
FOR THE SELLER
Sal. 80 on #   166   I, the purchaser of
above # 1280 Hd are 280 914
DO NOT DEDUCT the
as I/O OUR HERD BEEF PURCHASED ABOVE NON-
BEEF CATTLE REGISTERED 40. KY. 024

SLCB   10/16/10
Signature          JAM

TOTAL 41,208.76

FAXED

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

# <u>Exhibit D</u>

Nov 16 2010 9:43AM                                                        No. 9515   P. 4

**INVOICE AND SECURITY AGREEMENT**

DATE _10/22/10_                                         INVOICE NO. _291246_

# Eastern Livestock Co., LLC

SOLD TO _Rush Creek Ranch_                    SHIP TO _Dan Quigley_

Address _8121 Ludlow Ave._                     Address _____

City-State-Zip _Viroqua WI. 54665_       City-State-Zip _Chiefland, Fl._

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 64 | Blk Str. | 12620 | 197 / 147.88 | 18,663.72 |
| 68 | #10x Hfr | 12,875 | 189 / 124.77 | 16,064.14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS 132 | | 25,495 | | 34,727.86 |

TRUCKER: _Seymour / various_

FROM: _OLC P2_

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER

DO NOT DEDUCT

COMMISSION _____

VETERINARY _____

TRUCKING _"BLVD"_

OTHER _____

TOTAL _$34,727.86_

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-948-9035

# Exhibit E

Nov. 16. 2010  9:44Am

**INVOICE AND SECURITY AGREEMENT**

No. 9516   P. 10

DATE _10/29/10_

INVOICE NO. _291251_

# Eastern Livestock Co., LLC

SOLD TO _RUSH CREEK RANCH_

SHIP TO _DON QUIMBY_

Address _8121 LUDLOW AVE_

Address _/_

City-State-Zip _VIROQUA WI. 54665_

City-State-Zip _CH. OF LAND, FL._

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 100 | #10 STR | 18 800 | 188 / 152.82 | 28,730.16 |
| 98 | #10k HFR | 18 680 | 191 / 123.27 | 23,157.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | | | | 51,887.76 |

TRUCKER _SIMMONS / VARIOUS_

COMMISSION

VETERINARY

TRUCKING _ALVO"_

OTHER

TOTAL _$ 51,887.76_

FROM: _OLC #22_

FAXED

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9095

# Exhibit F

Nov. 15. 2010  9:44AM                    No. 9516    P. 11

DATE _11/5/10_

**INVOICE AND SECURITY AGREEMENT**

INVOICE NO. 291253

# Eastern Livestock Co., LLC

SOLD TO  _Rush Creek Ranch_          SHIP TO  _Don Quincey_

Address  _8121 Ludlow Ave._          Address  _/_

City-State-Zip _Viroqua, WI. 54665_   City-State-Zip _Cleeland, Fl._

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 85 | #10 str | 16,715 | 197 / 145.⁰⁰ | 24,281.88 |
| 111 | #10½ Hfr | 22,570 | 203 / 115.⁷⁵ | 26,127.03 |
| | | 1.48    250 | +.035% = 4.02 | |
| | | (Tr) + Comm = 3.98 + Add 14.⁰⁰ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS  196 | | 39285 | | 50,408.91 |

TRUCKER: _Sizemore / Various_

COMMISSION _____ 982.13
VETERINARY _____ 44.55
TRUCKING _____ 537.33
OTHER  Feed _____ 14.00
TOTAL _____ 50,408.91

FROM: _OLI #22_

Please Remit to:  EASTERN LIVESTOCK CO., LLC
136 West Market
New Albany, IN  47150
812-949-9035

Signature _S.L.B_    Date _11/5/10_

STATE OF WISCONSIN　　　　CIRCUIT COURT　　　　VERNON COUNTY

RUSH CREEK RANCH. LLLP,
a Colorado limited liability limited partnership,

Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,
COLUMBIA LIVESTOCK MARKET
 OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.,
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET. INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, aka I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

CASE NO. 10 CV 317

Code: 30701

Defendants.

## ADMISSION OF SERVICE

I received and admit service of the following:

1.　　Summons and Complaint
2.　　Motion for Order Authorizing Deposit of Interpled Proceeds to Clerk of Court

Dated: _12/04/10_

D & R TRUCKING

By: _Laura B. Miller_
Its _Office Manager_

STATE OF WISCONSIN           CIRCUIT COURT           VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,

                    Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,               CASE NO. 10 CV 317
COLUMBIA LIVESTOCK MARKET
  OF LAKE CITY, INC.,                        Code: 30701
HARDEE LIVESTOCK MARKET, INC.,
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, aka I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

                    Defendants.

---

## ADMISSION OF SERVICE

I received and admit service of the following:

1.    Summons and Complaint
2.    Motion for Order Authorizing Deposit of Interpled Proceeds to Clerk of Court

Dated: _____12/2/10_____        FIFTH THIRD BANK

                                By: _____
                                Its _Attorney_

REC'D DEC 2 0 2010

STATE OF WISCONSIN          CIRCUIT COURT          VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,

        Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,
COLUMBIA LIVESTOCK MARKET
  OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.,
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, aka I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

        Defendants.

CASE NO. 10 CV 317

Code:  30701

---

## ADMISSION OF SERVICE

I received and admit service of the following:

1.    Summons and Complaint
2.    Motion for Order Authorizing Deposit of Interpled Proceeds to Clerk of Court

Dated: _12/1/10_

COLUMBIA LIVESTOCK MARKET

By: _John Buhller_
Its _Pres_

WALTER SCOTT NEWBERN, III
Attorney-At-Law

<u>**VIA EMAIL & FEDERAL EXPRESS**</u>                    December 23, 2010

Kathleen Buros
Clerk Of Court
Vernon County Courthouse
400 Courthouse Square
P.O. Box 426
Viroqua, WI 54665
Phone: 608-637-5340
Fax: 608-637-5554
clerkofcourt@vernoncounty.org



RE:    *Rush Creek Ranch, LLP v. Eastern Livestock Company, LLC, et al.*
       Case No. 10 CV 317

Dear Ms. Buros:

By way of introduction, I represent Hilliard-Mckettrick Investments, Inc. d/b/a Arcadia Stockyard, a Defendant in the subject case. My Notice of Appearance was filed on December 6, 2010. Obviously I would like to be copied on any and all future filings by the parties in this matter, so please make certain that I have been entered as an attorney of record.

Additionally there are several documents from the record for which I would like to receive copies. For simplicity I have attached the Court Record Of Events and identified the records for which I would like to receive copies.

Thank you for your attention to this matter and *Best Wishes for the Holidays and the New Year.*

Sincerely,

W. Scott Newbern

cc:    Carl McKettrick

W. SCOTT NEWBERN, P. L. • 2982 EAST GIVERNY CIRCLE • TALLAHASSEE, FLORIDA 32309
T 850.591.1707 • F 850.894.0871 • WSNEWBERN @ MSN.COM

# Wisconsin Circuit Court Access (WCCA)

## Rush Creek Ranch, LLLP vs. Eastern Livestock Company , LLC

### Vernon County Case Number 2010CV000317
### Court Record Events

What is RSS? **RSS**

| | Date | Event | Court Official | Court Reporter |
|---|---|---|---|---|
| 1 | 11-17-2010 | Summons | | |

| | | | |
|---|---|---|---|
| 2 | 11-17-2010 | Complaint filed | |

**Additional Text:**
Complaint for Interpleader

| 3 | 11-17-2010 | Motion |
|---|---|---|

**Additional Text:**
Motion for Order Authorizing Deposit of Interpled Proceeds to Clerk of Court

| 4 | 11-17-2010 | Filing fee paid |
|---|---|---|

**Amount**
$ 164.50

**Additional Text:**
10R 004521

| 5 | 12-06-2010 | Admission of service | Rosborough, Michael J. |
|---|---|---|---|

**Additional Text:**
by Hardee Livestock Market, Inc. on November 26, 2010.

| 6 | 12-06-2010 | Admission of service | Rosborough, Michael J. |
|---|---|---|---|

**Additional Text:**
by Okeechobee Livestock Market on November 29, 2010.

| 7 | 12-06-2010 | Admission of service | Rosborough, Michael J. |
|---|---|---|---|

**Additional Text:**
on Ocala Livestock Market, Inc. on November 22, 2010.

| 8 | 12-06-2010 | Notice of Appearance |
|---|---|---|

**Additional Text:**
Notice of Appearance on Behalf of Hilliard-McKettrick Investments, Inc., d/b/a Arcadia Stockyard

| 9 | 12-06-2010 | Response/reply |
|---|---|---|

**Additional Text:**

Court Record Events for 2010CV000317 in Vernon County

Defendant Arcadia Stockyard's Response to Interpleader and Demand for Immediate Payment of
Amounts Due on Account from Livestock Sales

| | | |
|---|---|---|
| 10 | 12-07-2010 | Received documents |
| 11 | 12-10-2010 | Admission of service |
| | | **Additional Text:** |
| | | D&R Trucking admitted service of the summons & complaint, December 4, 2010 |
| 12 | 12-15-2010 | Admission of service |
| | | **Additional Text:** |
| | | Fifth Third Bank admitted service of the summons & complaint, December 2, 2010 |

Generated on 12-23-2010 at 10:54 am

STATE OF WISCONSIN          CIRCUIT COURT          VERNON COUNTY

RUSH CREEK RANCH, LLLP                    Case No. 10 CV 317

         Plaintiff,                    Code: 30701

v.

EASTERN LIVESTOCK COMPANY, LLC, et al.

         Defendants.

## ANSWER OF DEFENDANT FIFTH THIRD BANK

Defendant Fifth Third Bank, by and through its counsel, and for its answer to the Complaint for Interpleader of plaintiff, Rush Creek Ranch, LLLP ("Plaintiff"), states as follows:

### ANSWER

1.    The allegations in Paragraph 1 of Plaintiff's complaint are legal conclusions to which no response is required.  To the extent answer is required, Fifth Third Bank denies the allegations in paragraph 1.

2.    The allegations in Paragraph 2 of Plaintiff's complaint are legal conclusions to which no response is required.  To the extent answer is required, Fifth Third Bank denies the allegations in paragraph 2.

3.    Fifth Third Bank denies the allegations of paragraph 3 for lack of knowledge or information sufficient to form a belief.

4.    Fifth Third Bank denies the allegations of paragraph 4 for lack of knowledge or information sufficient to form a belief.

5.    Fifth Third Bank denies the allegations of paragraph 5 for lack of knowledge or information sufficient to form a belief.



*cc client 12/30/10*

6.    Fifth Third Bank admits that defendant Eastern Livestock Co., LLC is a Kentucky limited liability company with an address at 135 West Market, New Albany, Indiana.

7.    Fifth Third Bank denies the allegations of paragraph 7 for lack of knowledge or information sufficient to form a belief.

8.    Fifth Third Bank denies the allegations of paragraph 8 for lack of knowledge or information sufficient to form a belief.

9.    Fifth Third Bank denies the allegations of paragraph 9 for lack of knowledge or information sufficient to form a belief.

10.    Fifth Third Bank denies the allegations of paragraph 10 for lack of knowledge or information sufficient to form a belief.

11.    Fifth Third Bank denies the allegations of paragraph 11 for lack of knowledge or information sufficient to form a belief.

12.    Fifth Third Bank denies the allegations of paragraph 12 for lack of knowledge or information sufficient to form a belief.

13.    Fifth Third Bank denies the allegations of paragraph 13 for lack of knowledge or information sufficient to form a belief.

14.    Fifth Third Bank denies the allegations of paragraph 14 for lack of knowledge or information sufficient to form a belief.

15.    Fifth Third Bank denies the allegations of paragraph 15 for lack of knowledge or information sufficient to form a belief.

16.    Fifth Third Bank admits the allegations of paragraph 16 of Plaintiff's complaint.

17.    Fifth Third Bank denies the allegations of paragraph 17 for lack of knowledge or information sufficient to form a belief.

-2-

18.     Fifth Third Bank denies the allegations of paragraph 18 for lack of knowledge or information sufficient to form a belief.

19.     Fifth Third Bank denies the allegations of paragraph 19 for lack of knowledge or information sufficient to form a belief.

20.     Fifth Third Bank denies the allegations of paragraph 20 for lack of knowledge or information sufficient to form a belief.

21.     Fifth Third Bank denies the allegations of paragraph 21 for lack of knowledge or information sufficient to form a belief.

22.     Fifth Third Bank denies the allegations of paragraph 22 for lack of knowledge or information sufficient to form a belief and states that Exhibit A speaks for itself and denies any allegations inconsistent therewith.

23.     Fifth Third Bank denies the allegations of paragraph 23 for lack of knowledge or information sufficient to form a belief.

24.     Fifth Third Bank denies that Eastern Livestock Co., LLC paid Fifth Third Bank for the cattle and denies the remaining allegations of paragraph 24 for lack of knowledge or information sufficient to form a belief.

25.     Fifth Third Bank denies the allegations of paragraph 25 for lack of knowledge or information sufficient to form a belief and states that Exhibit B speaks for itself and denies any allegations inconsistent therewith.

26.     Fifth Third Bank denies the allegations of paragraph 26 for lack of knowledge or information sufficient to form a belief.

27.     Fifth Third Bank denies that Eastern Livestock Co., LLC paid Fifth Third Bank for the cattle and denies the remaining allegations of paragraph 27 for lack of knowledge or information sufficient to form a belief.

28.     Fifth Third Bank denies the allegations of paragraph 28 for lack of knowledge or information sufficient to form a belief and states that Exhibit C speaks for itself and denies any allegations inconsistent therewith.

29.     Fifth Third Bank denies the allegations of paragraph 29 for lack of knowledge or information sufficient to form a belief.

30.     Fifth Third Bank admits that Eastern Livestock Co., LLC has not paid it for the cattle and denies the remaining allegations of paragraph 30 for lack of knowledge or information sufficient to form a belief.

31.     Fifth Third Bank denies the allegations of paragraph 31 for lack of knowledge or information sufficient to form a belief and states that Exhibit D speaks for itself and denies any allegations inconsistent therewith.

32.     Fifth Third Bank denies the allegations of paragraph 32 for lack of knowledge or information sufficient to form a belief.

33.     Fifth Third Bank admits that Eastern Livestock Co., LLC has not paid it for the cattle and denies the remaining allegations of paragraph 33 for lack of knowledge or information sufficient to form a belief.

34.     Fifth Third Bank denies the allegations of paragraph 34 for lack of knowledge or information sufficient to form a belief.

35.     Fifth Third Bank denies the allegations of paragraph 35 for lack of knowledge or information sufficient to form a belief.

36.     Fifth Third Bank denies the allegations of paragraph 36 for lack of knowledge or information sufficient to form a belief.

37.     Fifth Third Bank denies the allegations of paragraph 37 for lack of knowledge or information sufficient to form a belief.

38.     Fifth Third Bank admits that it has an interest in the Interpled Funds and denies the remaining allegations of paragraph 38 for lack of knowledge or information sufficient to form a belief.

39.     Fifth Third Bank denies the allegations of paragraph 39 for lack of knowledge or information sufficient to form a belief.

40.     Fifth Third Bank denies the allegations of paragraph 40 for lack of knowledge or information sufficient to form a belief.

41.     Paragraph 41 of Plaintiff's complaint is a prayer for relief to which no response is required.  To the extent answer is required, Fifth Third Bank denies the allegations of paragraph 41.

42.     Fifth Third Bank denies the allegations of paragraph 42 for lack of knowledge or information sufficient to form a belief.

43.     Fifth Third Bank denies the allegations of paragraph 43 for lack of knowledge or information sufficient to form a belief.

44.     Paragraph 44 of Plaintiff's complaint is a prayer for relief to which no response is required.  To the extent answer is required, Fifth Third Bank denies the allegations of paragraph 44.

45.    Paragraph 45 of Plaintiff's complaint is a prayer for relief to which no response is required. To the extent answer is required, Fifth Third Bank denies the allegations of paragraph 45.

46.    Fifth Third Bank denies all allegations of Plaintiff's complaint not specifically admitted herein.

## FIRST DEFENSE

47.    Fifth Third Bank has a security interest in all of Eastern Livestock Co., LLC's assets and property, real and personal, tangible and intangible, including but not limited to, all of Eastern Livestock Co., LLC's accounts, inventory, equipment, farm equipment, livestock, investment property, and general intangibles as defined under Fifth Third Bank's Security Agreement with Eastern Livestock Co., LLC.

## SECOND DEFENSE

48.    On December 6, 2010, an involuntary bankruptcy was filed against Eastern Livestock Co., LLC in the US Bankruptcy Court for the Southern District of Indiana, Case 10-93904-BHL-11, and therefore, further prosecution of this matter may be barred.

## THIRD DEFENSE

49.    Fifth Third Bank gives notice that it may rely upon other and further defenses as may become available or apparent during discovery and hereby reserves its right to amend its answer as to any such further defenses.

**WHEREFORE,** Fifth Third Bank demands that its security interest in all of Eastern Livestock Co., LLC's assets and real and personal property be given its proper priority, that Fifth Third Bank be awarded its costs and fees incurred herein, and that Fifth Third Bank be awarded such other and further relief to which it may be entitled in equity or in law.

Dated:  December 29, 2010

Respectfully submitted,

_____

Allen C. Schlinsog, Jr., State Bar No. 1025656
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: (414) 298-8214
Fax: (414) 298-8097
E-mail: aschlinsog@reinhartlaw.com

Bryan K. Nowicki, State Bar No. 1029857
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street, Suite 600
Madison, WI 53703
Telephone:  (608) 229-2200
Facsimile:  (608) 229-2100
E-mail:  bnowicki@reinhartlaw.com

**Trial Attorneys for Defendant, Fifth Third Bank**

REINHART\5700452

-7-

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **VERNON COUNTY**

| | | |
|---|---|---|
| RUSH CREEK RANCH, LLLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10 cv 317 |
| | ) | |
| EASTERN LIVESTOCK COMPANY, LLC, | ) | |
| ARCADIA STOCKYARD, CATTLEMEN'S | ) | |
| LIVESTOCK MARKET, COLUMBIA | ) | |
| LIVESTOCK MARKET OF LAKE CITY, INC., | ) | |
| HARDEE LIVESTOCK MARKET, INC., NORTH | ) | |
| FLORIDA LIVESTOCK MARKET, OCALA | ) | |
| LIVESTOCK MARKET, INC., OKEECHOBEE | ) | |
| LIVESTOCK MARKET, SUMTER COUNTY | ) | |
| FARMER'S MARKET, INC., TOWNSEND | ) | |
| LIVESTOCK MARKET, FIFTH THIRD BANK, | ) | |
| JAMES BYRD a/k/a I.E. BYRD, OAK LAKE | ) | |
| CATTLE COMPANY, INC., D&R TRUCKING, | ) | |
| RONALD SIZEMORE TRUCKING, INC., | ) | |
| BANKS 1-25, and DOES 25-50, | ) | |
| | ) | |
| Defendants. | ) | |

COUNTY OF VERNON
FILED

JAN - 3 2011

## NOTICE OF FILING OF BANKRUPTCY PETITION

YOU ARE HEREBY NOTIFIED that an order for relief under Chapter 11 of

Title 11, United States Code ("Bankruptcy Code") was entered on December 28, 2010 in the

chapter 11 case of Eastern Livestock Co., LLC ("Debtor"), Case No. 10-93904-BHL-11, in the

United States Bankruptcy Court, Southern District of Indiana, New Albany Division. A copy of

the order for relief is attached as Exhibit A.

The Debtor is entitled to all benefits and protections of the Bankruptcy Code,

including but not limited to the automatic stay created under 11 U.S.C. § 362.

Respectfully submitted,

BAKER & DANIELS, LLP

Terry E. Hall (#22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@bakerd.com

*Proposed Counsel for James A. Knauer, Chapter 11*
*Trustee appointed In Re Eastern Livestock Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, a copy of the foregoing pleading was mailed
by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

David L. Abt
Abt Law Office
PO Box 128
Westby, WI 54665

6477188_1.DOC                                    -2-

Exhibit A

**SO ORDERED: December 28, 2010.**



*Basil H. Lorch III*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

B253 (rev 05/2008)

In Re:
    Eastern Livestock Co., LLC                  Case Number:
      SSN: NA          EIN: NA            **10−93904−BHL−11**
    Debtor(s)

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE AND
### ORDER TO COMPLETE FILING

    On consideration of the petition filed on December 6, 2010 against the above−named debtor, an order for relief under Chapter 11 of title 11 of the United States Code is GRANTED.

    IT IS FURTHER ORDERED that the debtor shall file or submit all documents required by Fed.R.Bankr.P. 1007(a)(2), (b), and (f) within the time limits set by that Rule.

###

STATE OF WISCONSIN          CIRCUIT COURT          VERNON COUNTY

RUSH CREEK RANCH, LLLP,
a Colorado limited liability limited partnership,

        Plaintiff,

-vs-

EASTERN LIVESTOCK COMPANY, LLC,     CASE NO. 10 CV 317
ARCADIA STOCKYARD,
CATTLEMEN'S LIVESTOCK MARKET,     Code 030701
COLUMBIA LIVESTOCK MARKET
   OF LAKE CITY, INC.,
HARDEE LIVESTOCK MARKET, INC.
NORTH FLORIDA LIVESTOCK MARKET,
OCALA LIVESTOCK MARKET, INC.,
OKEECHOBEE LIVESTOCK MARKET,
SUMTER COUNTY FARMER'S MARKET, INC.,
TOWNSEND LIVESTOCK MARKET,
FIFTH THIRD BANK,
JAMES BYRD, a/k/a I. E. Byrd,
OAK LAKE CATTLE COMPANY, INC.,
D&R TRUCKING,
RONALD SIZEMORE TRUCKING, INC.,
BANKS 1-25, and DOES 25-50,

        Defendants.

---

NOTICE OF APPEARANCE ON BEHALF OF ARCADIA STOCKYARD; CATTLEMEN'S
LIVESTOCK MARKET; COLUMBIA LIVESTOCK MARKET OF LAKE CITY, INC.;
HARDEE LIVESTOCK MARKET, INC.; NORTH FLORIDA LIVESTOCK MARKET, INC.;
OCALA LIVESTOCK MARKET, INC.; OKEECHOBEE LIVESTOCK MARKET, INC.;
SUMTER COUNTY FARMER'S MARKET, INC.; and
TOWNSEND LIVESTOCK MARKET

---

The undersigned attorney hereby confirms prior Notice of Appearance on behalf of

Defendant Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard ("Arcadia

1

Stockyard"), and gives additional Notice of Appearance on behalf of the following claimants

to the Interpled funds on deposit with this Court:

1.  ARCADIA STOCKYARD
2.  CATTLEMEN'S LIVESTOCK MARKET;
3.  COLUMBIA LIVESTOCK MARKET OF LAKE CITY, INC.;
4.  HARDEE LIVESTOCK MARKET, INC.;
5.  NORTH FLORIDA LIVESTOCK MARKET, INC.;
6.  OCALA LIVESTOCK MARKET, INC.;
7.  OKEECHOBEE LIVESTOCK MARKET, INC.;
8.  SUMTER COUNTY FARMER'S MARKET, INC.; and
9.  TOWNSEND LIVESTOCK MARKET,

Undersigned counsel request copies of all future pleadings.

Respectfully submitted this ___31st___ day of January 2011,

W. SCOTT NEWBERN, P.L.

_____

W. SCOTT NEWBERN
Fla. Bar No. 0098108
2982 East Giverny
Tallahassee, Florida  32309
(T)  850.591.1701
(F)  850.894.0871
wsnewbern@msn.com

COUNSEL FOR FLORIDA LIVESTOCK
MARKETS

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

the following by electronically/facsimile/U.S. Mail this 31st day of January 2011.

David L. Abt
ABT LAW OFFICE
210 North Main St.
P.O. Box 128
Westby, WI 54667
T: 608.634.2157
F: 608.634.2159
davidabt@mwt.net

Allen C. Schlinsog, Jr.
REINHART BOERNER VAN DEUREN, s.c.
1000 North Water St., Suite 1700
Milwaukee, WI 53202
T: (414) 298 8214
F: (414) 298 8097
aschlinsog@reinhartlaw.com

Terry E. Hall
BAKER & DANIELS, LLP
300 N. Meridian St., Ste 2700
Indianapolis, IN 46204-1782
T: 313.237.0300
F: 313.237.1000
terry.hall@bakerd.com


W. SCOTT NEWBERN

3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**EAU CLAIRE DIVISION**

| | | |
|---|---|---|
| RUSH CREEK RANCH, LLLP,<br>a Colorado Limited Liability Limited Partnership, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| EASTERN LIVESTOCK COMPANY, LLC.,<br>ARCADIA STOCKYARD,<br>CATTLEMEN'S LIVESTOCK MARKET,<br>COLUMBIA LIVESTOCK MARKET OF<br>LAKE CITY, INC., HARDEE LIVESTOCK<br>MARKET, INC., NORTH FLORIDA<br>LIVESTOCK MARKET, OCALA LIVESTOCK<br>MARKET, INC., OKEECHOBEE LIVESTOCK<br>MARKET, SUMTER COUNTY FARMER'S<br>MARKET, INC., TOWNSEND LIVESTOCK<br>MARKET, FIFTH THIRD BANK,<br>JAMES BYRD, aka I.E. BYRD, OAK LAKE<br>CATTLE COMPANY, INC., D&R TRUCKING,<br>RONALD SIZEMORE TRUCKING, INC.<br>BANKS 1-25, and DOES 25-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. _____ |
| Defendants. | ) | |

## NOTICE OF FILING IN STATE COURT

The undersigned, attorneys for James A. Knauer, the Chapter 11 trustee ("Trustee") for

defendant Eastern Livestock Co., LLC ("Eastern"), certify that a copy of the Notice of Removal

of this action was sent via FedEx to be filed with the Circuit Court of Vernon County, Case No.

10CV0317, on the 24th day of March, 2011.

Dated this 24th day of March, 2011.

MICHAEL BEST & FRIEDRICH LLP
Attorneys for James A. Knauer, Trustee for Eastern
Livestock Co., LLC

By:    /s/ Nathan L. Moenck
       Nathan L. Moenck

Ann Ustad Smith, Esq.
Nathan L. Moenck, Esq.
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI  53701-1806
Phone: 608-257-3501
Fax:    608-283-2275
ausmith@michaelbest.com
nlmoenck@michaelbest.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel and parties of record by U.S. mail, first class, postage prepaid on this 24th day of March, 2011:

TO:    Counsel for Rush Creek Ranch, LLLP:

David L. Abt, Esq.
ABT Law Office
210 North Main Street
P.O. Box 128
Westby, WI 54667

Counsel for Arcadia Stockyard; Cattlemen's Livestock Market; Columbia Livestock Market Of Lake City, Inc.; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Ocala Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Sumter County Farmer's Market, Inc.; and Townsend Livestock Market:

W. Scott Newbern, Esq.
W. SCOTT NEWBERN, P.L.
2982 E. Giverny
Tallahassee, FL 32309

Counsel for Fifth Third Bank:

Brian K. Nowicki, Esq.
Reinhart Boerner Van Deuren, S.C.
22 E. Mifflin Street, Suite 600
Madison, WI 53703

James Byrd a/k/a I.E. Byrd d/b/a Oak Lake Cattle Company, Inc.
1202 Northwest 8th Avenue
Okeechobee, FL 34972-2024

D&R Trucking
Alton, Iowa 51003

Ronald Sizemore Trucking, Inc.
9871 SE 22nd Street
Webster, FL 33597