**THE FOLLOWING ORDER IS APPROVED.**

**Dated: June 10, 2011**

_____
**Hon. Thomas S. Utschig**
**United States Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**EAU CLAIRE DIVISION**

| | |
|---|---|
| RUSH CREEK RANCH, LLLP,<br>a Colorado Limited Liability Limited Partnership,<br><br>     Plaintiff,<br><br>vs.<br><br>EASTERN LIVESTOCK COMPANY, LLC.,<br>ARCADIA STOCKYARD,<br>CATTLEMEN'S LIVESTOCK MARKET,<br>COLUMBIA LIVESTOCK MARKET OF<br>LAKE CITY, INC., HARDEE LIVESTOCK<br>MARKET, INC., NORTH FLORIDA<br>LIVESTOCK MARKET, OCALA LIVESTOCK<br>MARKET, INC., OKEECHOBEE LIVESTOCK<br>MARKET, SUMTER COUNTY FARMER'S<br>MARKET, INC., TOWNSEND LIVESTOCK<br>MARKET, FIFTH THIRD BANK,<br>JAMES BYRD, aka I.E. BYRD, OAK LAKE<br>CATTLE COMPANY, INC., D&R TRUCKING,<br>RONALD SIZEMORE TRUCKING, INC.<br>BANKS 1-25, and DOES 25-50,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  NO.  1-11-00104<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER TRANSFERRING VENUE AND INTERPLEADED FUNDS</u>

James A. Knauer, as the chapter 11 trustee ("Trustee") for defendant, Eastern

Livestock Co., LLC ("Eastern"), has filed a Motion to Transfer Venue and Interpleaded Funds

("Transfer Motion"), requesting an order transferring venue of the above-captioned matter and

releasing and transferring certain funds that have been interpleaded and deposited in the Registry

of the Clerk of the Circuit Court of Vernon County, Wisconsin and totaling $178,233.29 (the

"Interpleaded Funds").  Due and proper notice of the Transfer Motion has been given, and the

deadline for objecting to the Transfer Motion has passed with no objections being filed.  The

Court, having reviewed the Transfer Motion and being duly advised, now finds that such motion

should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-

captioned Adversary Proceeding is hereby transferred to the United States Bankruptcy Court for

the Southern District of Indiana, New Albany Division (the "Indiana Bankruptcy Court").

IT IF FURTHER ORDERED, ADJUDGED AND DECREED that the Court

defers ruling upon the request that the Interplead Funds be deposited and/or transferred from

the state court to the Indiana Bankruptcy Court as that Court should consider the matter in the

first instance.

###