# U.S. Bankruptcy Court
## Western District of Wisconsin, http://www.wiwb.uscourts.gov (Eau Claire)
## Adversary Proceeding #: 1–11–00104–tsu

*Assigned to:* Judge Thomas S. Utschig
*Demand:*

*Date Filed:* 03/24/11
*Date Terminated:* 06/10/11
*Date Removed From State:* 03/24/11

*Nature[s] of Suit:*   01   Determination of removed claim or cause
459   Application For Removal


**Plaintiff**
————————————————

**Rush Creek Ranch LLLP**

represented by **David L. Abt**
Abt Law Office
210 North Main Street
Westby, WI 54667
608/634–2157
Email: davidabt@mwt.net
*LEAD ATTORNEY*


V.


**Defendant**
————————————————

**James A. Knauer,** *Chapter 11 Trustee for Eastern Livestock Co., LLC*

represented by **Ann Ustad Smith**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701
(608) 257–3501
Email: ausmith@michaelbest.com
*LEAD ATTORNEY*

**Nathan L. Moenck**
Michael Best &Friedrich LLP
1 South Pinckney St., Ste 700
Madison, WI 53703
608/257–3501
Fax : 608/283–2275
Email: nlmoenck@michaelbest.com

**Fifth Third Bank,** *Defendant*

represented by **Bryan K. Nowicki**
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street, Suite 600
Madison, WI 53703
608–229–2200
Fax : 608–229–2100
*LEAD ATTORNEY*

**Arcadia Stockyard,** *Defendant*

represented by **W. Scott Newbern**
W. Scott Newbern, P.L.
2982 E. Giverny
Tallahassee, FL 32309
850–591–1701
Fax : 850–894–0871
Email: wsnewbern@msn.com
*LEAD ATTORNEY*

represented by

1

**Cattlemen's Livestock Market,** *Defendant*

W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**Columbia Livestock Market of Lake City, Inc.,** *Defendant*

represented by W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**Hardee Livestock Market, Inc.,** *Defendant*

represented by W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**North Florida Livestock Market, Inc.,** *Defendant*

represented by W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**Ocala Livestock Market, Inc.,** *Defendant*

represented by W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**Okeechobee Livestock Market, Inc.,** *Defendant*

represented by W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**Sumter County Farmer's Market, Inc.,** *Defendant*

represented by W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**Townsend Livestock Market,** *Defendant*

represented by W. Scott Newbern
(See above for address)
*LEAD ATTORNEY*

**James Byrd,** *Defendant*
a/k/a I.E. Byrd d/b/a Oak Lake Cattle Co
1202 Northwest 8th Avenue
Okeechobee, FL 34972–2024

represented by **James Byrd**
PRO SE

**DRTrucking,** *Defendant*
Alton, IA 51003

represented by **DRTrucking**
PRO SE

**Ronald Sizemore Trucking, Inc.,** *Defendant*
9871 SE 22nd Street
Webster, FL 33597

represented by **Ronald Sizemore Trucking, Inc.**
PRO SE

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/24/2011 | 5 docs (99 pgs) | 1 | Trustee's Notice of Removal *Filed by James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC* filed by Rush Creek Ranch LLLP [ Fee Amount $150]. (Attachments: # 1 Exhibit (s) A–Order for Relief in An Involuntary Case and Order to Complete Filing on December 28, 2010# 2 Exhibit (s) B – Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee# 3 Exhibit (s) C – Vernon County Circuit Court Pleadings# 4 Notice of Filing in State Court) Nature of Suit: 01 (Determination of removed claim or cause) (Moenck, Nathan) (Entered: 03/24/2011) |
| 03/25/2011 | | | Receipt of Notice of Removal(1–11–00104) [cmp,ntcrmvl] ( 150.00) filing fee. Receipt number WRONG AMOUNT, amount $ 150.00. (Eau Claire, Monica) (Eau Claire) (Entered: 03/25/2011) |
| 03/25/2011 | | | Clerk's Note to *Moenck*. Pursuant to 28 U.S.C. 1930 a fee has been assessed in the amount of $250.00 for *Notice of Removal Filing Fee*. |

| | | | |
|---|---|---|---|
| | | | This fee will be reflected in your internet payment charges. Please login to ECF (https://ecf.wiwb.uscourts.gov) and pay these fees by clicking on Utilities > Internet Payments Due. (Related Doc #_1_ ). (Eau Claire, Monica) (Entered: 03/25/2011) |
| 03/25/2011 | | | Receipt of Notice of Removal(1:11−ap−104) [cmp,ntcrmvl] ( 250.00) filing fee. Receipt number 3663928, amount $ 250.00. (U.S. Treasury) (Entered: 03/25/2011) |
| 05/04/2011 | 1 doc (8 pgs) | 2 | Motion to Transfer Adversary to Another District *and Interpleaded Funds* filed by Nathan L. Moenck on behalf of James A. Knauer. (Moenck, Nathan) (Entered: 05/04/2011) |
| 05/04/2011 | 1 doc (5 pgs) | 3 | Notice of Motion *to Transfer Venue and Interpleaded Funds* filed by James A. Knauer. Related document(s)_2_ Motion to Transfer Adversary to Another District *and Interpleaded Funds* filed by Defendant James A. Knauer.. (Moenck, Nathan) Modified on 5/25/2011 to add LDFO: 5/18/2011 (Eau Claire, Monica). (Entered: 05/04/2011) |
| 05/25/2011 | | | **Action Required:** Clerk's Note to *Attorney Moenck (Motion to Transfer)*. Please file a proposed order using the proposed order event. Consult the ECF User Manual here:_LINK_ or for formatting an order here:_LINK_ Contact the help desk at 1−800−373−8708 or send an email to helpdesk@wiwb.uscourts.gov with questions. Related document(s)_2_ Motion to Transfer Adversary to Another District *and Interpleaded Funds* filed by Defendant James A. Knauer. (Eau Claire, Monica) (Entered: 05/25/2011) |
| 05/25/2011 | 2 docs (4 pgs) | 4 | Proposed Order (related document(s)_2_ ) filed by Attorney Nathan L. Moenck of Michael Best &Friedrich LLP on behalf of James A. Knauer . Order to be signed on or after 5/31/2011. (Attachments: #_1_ Proof of Service) (Moenck, Nathan) (Entered: 05/25/2011) |
| 06/10/2011 | 1 doc (2 pgs) | 5 | Order Granting Motion to Transfer Case to Another District (Related Doc #_2_ ) cc: parties in int. Signed on 6/10/2011. (Eau Claire, Monica) (Entered: 06/10/2011) |
| 06/10/2011 | | | Adversary Case Closed. (Eau Claire, Monica) (Entered: 06/10/2011) |

**Case #: 1−11−00104−tsu − Rush Creek Ranch LLLP v. Knauer et al**