UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: Eastern Livestock, Co., LLC          Chapter 11
      SSN: NA
      EIN:  NA                              Case Number:

      Debtor(s)                             10-93904-BHL-11

## MOTION TO WITHDRAW OF
## MOTION TO ALLOW CLAIM OF
## LYTLE STREET DEVELOPMENT, LLC AS TIMELY FILED

Comes the Creditor, Lytle Street Development, LLC, by counsel, and respectfully moves this Honorable Court for an Order to withdraw, the Motion to Allow Claim, filed by Creditor's Counsel on May 11, 2011, Docket Number 489.

Respectfully submitted,

 /s/ Andrea L. Wasson
Andrea L. Wasson
Counsel for Lytle Street Development, LLC
440 South Seventh Street, Suite 200
Louisville, Kentucky 40203-1967
(502) 583-5023

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Withdraw Motion to Allow Claim as Timely Filed was served upon the following parties this 23rd day of June, 2011:

JAMES A. KNAUER
111 Monument Circle, Ste 900
Indianapolis, IN 46204-5125
Trustee
Served via ECF

U.S. TRUSTEE
101 W. Ohio St., Suite 1000
Indianapolis, IN 46204
Served via ECF

And all other parties in interest via ECF

      /s/ Andrea L. Wasson
Andrea L. Wasson