UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**JOINDER OF THE FIRST BANK AND TRUST COMPANY TO THE MOTION FOR PRODUCTION OF DOCUMENTS FROM YOUR COMMUNITY BANK UNDER BANKRUPTCY RULE 2004**

The First Bank and Trust Company ("First Bank"), by counsel, joins the Motion for Production of Documents From Your Community Bank Under Bankruptcy Rule 2004 filed by Fifth Third Bank [Doc. 561] ("Motion"). First Bank requests that the Court grant the relief requested in the Motion for the reasons set forth in the Motion and supporting memorandum. First Bank, as a creditor and party in interest in this action, also intends to examine Your Community Bank's documents regarding funds that were deposited in and debited from certain bank accounts related to the Debtor, Eastern Livestock Co., LLC, as set forth in Exhibit A to the Motion. First Bank reserves its right to conduct examinations of representatives of Your Community Bank.

- 2 -

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH   45202
Telephone:   (513) 632-0300
Telecopier:   (513) 632-0319
Email:   ddonnellon@ficlaw.com

Attorneys for The First Bank and Trust Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2011, a true and correct copy of the foregoing Joinder of The First Bank and Trust Company to Motion for Production of Documents From Your Community Bank Under Bankruptcy Rule 2004 was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Jessica E. Yates<br>jyates@swlaw.com |
| C. R. Bowles, Jr<br>crb@gdm.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| John Hunt Lovell<br>john@lovell-law.net | Ivana B. Shallcross<br>ibs@gdm.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Deborah Caruso<br>dcaruso@daleeke.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| Jesse Cook-Dubin<br>jcookdubin@vorys.com | Meredith R. Thomas<br>mthomas@daleeke.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Edward M King<br>tking@fbtlaw.com | William Robert Meyer, II<br>rmeyer@stites.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Allen Morris<br>amorris@stites.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com |
| John W. Ames<br>jwa@gdm.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| James M. Carr<br>jim.carr@bakerd.com | James T. Young<br>james@rubin-levin.net | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | David L. LeBas<br>dlebas@namanhowell.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| Terry E. Hall<br>terry.hall@bakerd.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Robert Hughes Foree<br>robertforee@bellsouth.net | John M. Thompson<br>john.thompson@crowedunlevy.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |

- 4 -

| | | |
|---|---|---|
| Karen L. Lobring<br>lobring@msn.com | John M. Rogers<br>johnr@rubin-levin.net | Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com |
| Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Cathy S. Pike<br>cpike@weberandrose.com | Michael W. McClain<br>mike@kentuckytrial.com |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | John David Hoover<br>jdhoover@hooverhull.com | David A. Domina<br>ddomina@dominalaw.com |
| Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com | Sean T. White<br>swhite@hooverhull.com | Ashley R. Rusher<br>asr@blancolaw.com |
| | Robert H. Foree<br>robertforee@bellsouth.net | |

/s/ Daniel J. Donnellon
Daniel J. Donnellon

497897.1