UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In Re: | : | Case No. 10-93904-BHL-11 |
| | : | |
| EASTERN LIVESTOCK CO., LLC, | : | |
| | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**NOTICE** is hereby given pursuant to L.B.R. B-9010-1(c)(2) that, while the law firm of Vorys, Sater, Seymour and Pease LLP ("Vorys") continues to represent Fifth Third Bank ("Fifth Third"), as of June 10, 2011, Jesse Cook-Dubin will no longer be an attorney at the Vorys law firm. Accordingly, Jesse Cook-Dubin hereby withdraws as counsel for Fifth Third. Randall D. LaTour of the Vorys law firm is hereby substituted for Jesse Cook Dubin as counsel for Fifth Third and to the extent not previously so designated, is hereby substituted as lead counsel to Fifth Third. Accordingly, in the future, please direct all notices to and service of pleadings upon Randall D. LaTour.

This substitution of counsel is made with the client's knowledge and consent.

Respectfully submitted,

VORYS, SATER, SEYMOUR & PEASE LLP

| | |
|---|---|
| /s/ Jesse Cook-Dubin | /s/ Randall D. LaTour |
| Jesse Cook-Dubin (Ohio Bar No. 0081949) | Randall D. LaTour (Admitted *pro hac vice*) |
| 52 East Gay Street | 52 East Gay Street |
| P. O. Box 1008 | P. O. Box 1008 |
| Columbus, OH 43216-1008 | Columbus, OH 43216-1008 |
| Telephone: (614) 464-6400 | Telephone: (614) 464-8290 |
| Facsimile: (614) 464-6350 | Facsimile: (614) 719-4821 |

Withdrawing and Continuing Attorneys for Fifth Third Bank

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed and served electronically by the Court's ECF System on June 24, 2011 on all parties having entered an appearance in this proceeding.

/s/ Randall D. LaTour
Randall D. LaTour