**SO ORDERED: June 24, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904 |
| | ) | CHAPTER 11 |
| DEBTOR | ) | |
| | ) | |

### ORDER

This matter having come before the Court on motion of creditor, Peoples Bank & Trust Company of Pickett County for an Order allowing it to take a Rule 2004 Examination, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Creditor may take the deposition of the record custodian of Your Community Bank at the office of Foley Bryant Holloway & Raluy, 500 West Jefferson Street, Suite 2450, Louisville, Kentucky 40202 on July 1, 2011 at 3:00 p.m, at which time the deponent shall produce the following: copies of bank statements, including copies of cancelled checks, relative to an account maintained by Thomas Gibson, account number XXXXX1841, for the time period from September 20, 2008 through February 28, 2009.

###