**SO ORDERED: June 24, 2011.**



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No.: 10-93904-BHL-11 |
| Debtor. | |

**ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS
FROM YOUR COMMUNITY BANK UNDER BANKRUPTCY RULE 2004**

This matter is before the Court on the motion of Fifth Third Bank ("Fifth Third") for an order under the provisions of Rule 2004 of the Rules of Bankruptcy Procedure for the production of documents from Your Community Bank ("YCB") as identified in Exhibit A to Fifth Third's motion. The Court, being first duly advised, hereby orders that YCB produce the documents referenced in Exhibit A to Fifth Third's motion on July 14, 2011 at 8250 East Washington Street, Indianapolis, IN 46219.

IT IS SO ORDERED.

###