# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 24, 2011 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matters:

1) Hearing Re:   Motion to File Claim After Claims Bar Date filed by Christopher E. Baker on behalf of Creditor Ozarks Regional Stockyard [485]
   **R / M #:**   0 / 0
   **VACATED:  No objec. filed.  Objections due by 6/1/11.  Motion Granted.  Order Entered.**

2) Hearing Re:   Motion to File Claim After Claims Bar Date filed by Andrea L Wasson on behalf of Creditor Lytle Street Development  [489]
   **R / M #:**   0 / 0
   **VACATED:  Motion Withdrawn on 6/23/11**

3) Hearing Re:   Motion for Authority to Assign Interest in Land Sale Contract to Chad Schuchmann filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [496]
   **R / M #:**   0 / 0

4) Hearing Re:   Motion to File Claim After Claims Bar Date and Extend Bar Date filed by Thomas C Scherer on behalf of Creditor Cullman Stockyard, Inc  [499]
   **R / M #:**   0 / 0

5) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James M. Carr as Trustee's Attorney (Fee: $634,614.50, Expense: $25,851.82) filed by James M. Carr on behalf of Trustee James A. Knauer [520]
   **R / M #:**   0 / 0

6) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James A. Knauer as Trustee Chapter 9/11 (Fee: $128,673.00, Expense: $17,755.65) filed by James A. Knauer on behalf of Trustee James A. Knauer  [525]
   **R / M #:**   0 / 0

7) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Development Specialists, Inc. as Consultant (Fee: $816,837.00, Expense: ($89,422.48) filed by Trustee James A. Knauer, Consultant Development Specialists, Inc  [523]
   **R / M #:**   0 / 0

8) Hearing Re:   Motion for Authority (Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account) filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [501] with Objections filed by:
   **R / M #:**   0 / 0

9) Objection to Motion for Authority filed by C. R. Bowles Jr on behalf of Petitioning Creditor Superior Livestock Auction, Inc  [512]
   **R / M #:**   0 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)... 10-93904-BHL-11  FRIDAY, JUNE 24, 2011 10:00 AM

10) Objection to Motion for Authority filed by John M. Rogers, C. R. Bowles Jr on behalf of Creditor Joplin Regional Stockyards   [515]
**R / M #:**   0 /  0

11) Objection to Motion for Authority filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed   [518]
**R / M #:**   0 /  0

12) Objection to Motion for Authority filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [519]
**R / M #:**   0 /  0

13) Objection to Motion for Authority filed by C. R. Bowles Jr on behalf of Creditors Northwest Alabama Livestock Yard, Glen Franklin, Phillip Taylor Reed, Petitioning Creditor David L. Rings   [517]
**R / M #:**   0 /  0

14) Response in Opposition to Motion for Authority filed by David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas [536]
**R / M #:**   0 /  0

15) Objection to Motion for Authority filed by Laura Day DelCotto on behalf of Creditors Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc. , Southeast Livestock Exchange, LLC   [539]
**R / M #:**   0 /  0

16) Supplemental Objection to Motion for Authority filed by C. R. Bowles Jr on behalf of Petitioning Creditor Superior Livestock Auction, Inc  [541]
**R / M #:**   0 /  0

17) Supplemental Objection to Motion for Authority filed by C. R. Bowles Jr on behalf of Creditor Joplin Regional Stockyards [542]
**R / M #:**   0 /  0

18) Objection to Motion for Authority filed by Meredith R. Thomas on behalf of Other Professional Kathryn Pry  [543]
**R / M #:**   0 /  0

19) Objection to Motion for Authority filed by Ross A. Plourde on behalf of Creditors The Bank of Kremlin, Brent Kuehny [544]
**R / M #:**   0 /  0

20) Objection to Motion for Authority filed by Ross A. Plourde on behalf of Creditor Stockman Oklahoma Livestock Marketing, Inc.  [545]
**R / M #:**   0 /  0

21) Objection to Motion for Authority filed by Ross A. Plourde on behalf of Creditor Crumpler Bros [546]
**R / M #:**   0 /  0

22) Objection to Motion for Authority filed by Jessica E. Yates on behalf of Creditor CPC Livestock, LLC   [547]
**R / M #:**   0 /  0

23) Response in Opposition to Motion for Authority filed by William E Smith III on behalf of Creditor Coffeyville Livestock Market, LLC [548]
**R / M #:**   0 /  0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11         FRIDAY, JUNE 24, 2011 10:00 AM

24) Supplemental Objection to Motion for Authority filed by C. R. Bowles Jr on behalf of Creditors Glen Franklin, Northwest Alabama Livestock Yard, Phillip Taylor Reed, Ron P. Reed, Petitioning Creditor David L. Rings  [549]
   **R / M #:**    0 / 0

25) Objection to Motion for Authority filed by Jeffrey J. Graham on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company  [552]
   **R / M #:**    0 / 0

26) Objection to Motion for Authority filed by John M. Rogers on behalf of Creditor Joplin Regional Stockyards, Petitioning Creditor Superior Livestock Auction, Inc  [553]
   **R / M #:**    0 / 0

27) Supplemental Objection to Motion for Authority filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The  [554]
   **R / M #:**    0 / 0

28) Objection to Motion for Authority filed by Susan K. Roberts on behalf of Creditor Rex Elmore  [555]
   **R / M #:**    0 / 0

29) Objection to Motion for Authority filed by Walter Scott Newbern III on behalf of Creditor Florida Association Livestock Markets  [556]
   **R / M #:**    0 / 0

30) Continued Hearing Re:  Corrected Motion to Abandon, Corrected Motion for Relief from Stay  filed by Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County  [317]
   **R / M #:**    0 / 0

31) Reply to Motion for Authority filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [564]
   **R / M #:**    0 / 0

*Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
## Minute Entry/Order

(continue)...   10-93904-BHL-11          FRIDAY, JUNE 24, 2011 10:00 AM

In Court Apperances:
TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
KEVIN TONER - ATTORNEY FOR TRUSTEE, JAMES A. KNAUER
SHAWNA EIKENBERRY - ATTORNEY FOR TRUSTEE, JAMES A. KNAUER
JHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
WILLIAM E SMITH, ATTORNEY FOR COFFEYVILLE LIVESTOCK MARKET, LLC
CHRISTY MOORE/C. R. BOWLES, ATTORNEY FOR GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RON P. REED, B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
RANDALL LATOUR/EDWARD M KING, ATTORNEY FOR FIFTH THIRD BANK
JOHN W AMES, ATTORNEY FOR PHILLIP TAYLOR REED, RON P. REED, DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
DEBORAH CARUSO - ATTORNEY FOR K. PRY IN GIBSON CASE
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
SCOTT NEWBERN - ATTORNEY FOR FLORIDA ASSOCIATION LIVESTOCK MARKETS
JOHN M. ROGERS, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, SUPERIOR LIVESTOCK AUCTION, INC
ANDREW STOSBERG - ATTORNEY FOR WILLIE DOWNS
DANIEL ALBERS - ATTORNEY FOR J & F OKLAHOMA, FRIONA INDUSTRIES AND CACTUS GROWERS,

Phone Appearances:
THOMAS C SCHERER, ATTORNEY FOR CULLMAN STOCKYARD, INC.
LAURA DAY DELCOTTO, ATTORNEY FOR BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC
JOHN FREDERICK MASSOUH, ATTORNEY FOR FRIONA INDUSTRIES, LP
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
JAMES BRYAN JOHNSTON, ATTORNEY FOR BILL DAVIS, BOBBY BYNUM, BYNUM RANCH CO., DAVIS QUARTER HORSE, EDDIE EICKE, FRANK POWELL, JOHNNY MAYO, TOM SVOBODA
JESSICA E. YATES, ATTORNEY FOR CPC LIVESTOCK, LLC
ROSS A. PLOURDE, ATTORNEY FOR BRENT KUEHNY, CRUMPLER BROS., STOCKMAN OKLAHOMA LIVESTOCK MARKETING, I, THE BANK OF KREMLIN
DAVID A. LAIRD, ATTORNEY FOR PEOPLES BANK OF COLDWATER KANSAS
JEFFREY R. ERLER, ATTORNEY FOR RUSSELL DECORDOVA D/B/A DECORDOVA CATTLE
ELLIOTT D. LEVIN, ATTORNEY FOR SUPERIOR LIVESTOCK AUCTION, INC.
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
JEFFREY J. GRAHAM, ATTORNEY FOR RUSSELL DECORDOVA D/B/A DECORDOVA CATTLE
MARK RONDEAU - ATTORNEY FOR INNOVATIVE LIVESTOCK  (11-59098)
ANTHONY RALUY - ATTORNEY FOR PEOPLES BANK
KEVIN NICOSON - ATTORNEY FOR REX ELMORE
J. WEGNER - WELLS FARGO BANK
J. ODLE - SUPERIOR LIVESTOCK
DAVID LAIRD - ATTORNEY FOR PEOPLES BANK OF COLDWATER KANSAS

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11            FRIDAY, JUNE 24, 2011 10:00 AM

### *Proceedings:*

* Disposition: Hearing held.
(1) No objections filed. Objections due by 6/1/11. Motion Granted. Order Entered.
(2) Motion Withdrawn on 6/23/11.
(3) Motion Granted. Order to be entered.
(4) Motion Granted. Order to be entered.
(5) Application Granted. Order to be entered.
(6) Application Granted. Order to be entered.
(7) Application Granted. Order to be entered.
(8 thru 29) Parties given 16 days to file an additional response.   T. Hall to submit scheduling order.   Matters not resolved to be continued to 7/27/11 @ 10:00 a.m. (Eastern) in New Albany.  Notice given in open court.
(30) Agreed Entry with an order approving to be filed within 10 days.
(31) Parties given 16 days to file an additional response.   T. Hall to submit scheduling order.  Matters not resolved to be continued to 7/27/11 @ 10:00 a.m. (Eastern) in New Albany.  Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**