SO ORDERED: June 28, 2011.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION TO EXTEND BAR DATE AND
AUTHORIZE FILING OF PROOF OF CLAIM**

Cullman Stockyard, Inc. ("Culllman"), by counsel, having filed its Motion to Extend Bar Date and Authorize Filing of Proof of Claim ("Motion") and after due notice to interested parties, the Court, having considered said Motion, finds that there is good cause to grant the Motion. Accordingly, it is,

THEREFORE ORDERED, ADJUDGED AND DECREED that the time for Cullman Stockyard, Inc. to file a Proof of Claim in this case be and hereby is extended; and that Cullman Stockyard, Inc.'s Proof of Claim attached as Exhibit "A" to the Motion is deemed timely filed as of the date of this Order.

###