# Notice Recipients

District/Off: 0756–4 | User: alstarks | Date Created: 6/28/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | Thomas C Scherer | tscherer@binghammchale.com |
| aty | Wendy W Ponader | wendy.ponader@bakerd.com |

TOTAL: 7