**SO ORDERED: June 29, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT     SGENERIC (rev 11/2010)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

    Eastern Livestock Co., LLC                          Case Number:
      SSN: NA            EIN: NA                **10–93904–BHL–11**
    Debtor(s)

### ORDER

    A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on June 22, 2011, by Jeffrey R. Erler.

    IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###