# Notice Recipients

District/Off: 0756−4            User: kgoss                Date Created: 6/29/2011
Case: 10−93904−BHL−11           Form ID: sgeneric          Total: 72

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer          | jak@kgrlaw.com |
| aty | Allen Morris             | amorris@stites.com |
| aty | Andrea L Wasson          | andreawassonatty@gmail.com |
| aty | Bret S. Clement          | bclement@acs−law.com |
| aty | C. R. Bowles, Jr         | crb@gdm.com |
| aty | Christopher E. Baker     | cbaker@hklawfirm.com |
| aty | Daniel J. Donnellon      | ddonnellon@ficlaw.com |
| aty | David A. Laird           | david.laird@moyewhite.com |
| aty | David Alan Domina        | dad@dominalaw.com |
| aty | David L. Abt             | davidabt@mwt.net |
| aty | David L. LeBas           | dlebas@namanhowell.com |
| aty | Deborah Caruso           | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal         | dustin.deneal@bakerd.com |
| aty | Edward M King            | tking@fbtlaw.com |
| aty | Elliott D. Levin         | robin@rubin−levin.net |
| aty | Elliott D. Levin         | edl@rubin−levin.net |
| aty | Ivana B. Shallcross      | ibs@gdm.com |
| aty | James A. Knauer          | jak@kgrlaw.com |
| aty | James Bryan Johnston     | bjtexas59@hotmail.com |
| aty | James Edwin McGhee, III  | mcghee@derbycitylaw.com |
| aty | James M. Carr            | james.carr@bakerd.com |
| aty | James T Young            | james@rubin−levin.net |
| aty | Jeffrey E. Ramsey        | jramsey@hopperblackwell.com |
| aty | Jeffrey J. Graham        | jgraham@taftlaw.com |
| aty | Jeffrey R. Erler         | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel          | jancel@taftlaw.com |
| aty | Jeremy S Rogers          | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates         | jyates@swlaw.com |
| aty | John Huffaker            | john.huffaker@sprouselaw.com |
| aty | John David Hoover        | jdhoover@hooverhull.com |
| aty | John Frederick Massouh   | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell         | john@lovell−law.net |
| aty | John M. Rogers           | johnr@rubin−levin.net |
| aty | John M. Thompson         | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III        | jrciii@acs−law.com |
| aty | John W Ames              | jwa@gdm.com |
| aty | Judy Hamilton Morse      | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring         | lobring@msn.com |
| aty | Kelly Greene McConnell   | lisahughes@givenspursley.com |
| aty | Kim Martin Lewis         | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher            | kcrutcher@mcs−law.com |
| aty | Laura Day DelCotto       | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant         | courtmail@fbhlaw.net |
| aty | Mark A. Robinson         | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs          | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas       | mthomas@daleeke.com |
| aty | Michael W. McClain       | mike@kentuckytrial.com |
| aty | Randall D. LaTour        | rdlatour@vorys.com |
| aty | Robert H. Foree          | robertforee@bellsouth.net |
| aty | Robert K Stanley         | robert.stanley@bakerd.com |
| aty | Ross A. Plourde          | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger     | sfreeburger@dsf−atty.com |
| aty | Sarah Stites Fanzini     | sfanzini@hopperblackwell.com |
| aty | Sean T. White            | swhite@hooverhull.com |
| aty | Stephen A. Weigand       | sweigand@ficlaw.com |
| aty | Susan K. Roberts         | skr@stuartlaw.com |
| aty | T. Kent Barber           | kbarber@dlgfirm.com |
| aty | Terry E. Hall            | terry.hall@bakerd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer         | tscherer@binghammchale.com |
| aty | Timothy T. Pridmore      | tpridmore@mcjllp.com |
| aty | Todd J. Johnston         | tjohnston@mcjllp.com |
| aty | Trevor L. Earl           | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader          | wendy.ponader@bakerd.com |
| aty | William E Smith, III     | wsmith@k−glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 67

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 | |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202–3103 | |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 | |

TOTAL: 5