SO ORDERED: June 29, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIRST INTERIM APPLICATION OF BAKER & DANIELS LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *First Interim Application Of Baker & Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") (docket #520) filed by Baker & Daniels LLP on June 1, 2011. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. Baker & Daniels LLP is allowed interim compensation for attorneys' fees in the amount of $634,614.50 plus reimbursement for out-of-pocket expenses incurred in the amount of $25,851.82 for the period December 27, 2010 through and including April 30, 2011.

    2.      Baker & Daniels LLP is granted all other just and proper relief.

###