# Notice Recipients

District/Off: 0756–4  User: alstarks  Date Created: 6/29/2011
Case: 10–93904–BHL–11  Form ID: pdfOrder  Total: 9

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr  | James A. Knauer    | jak@kgrlaw.com |
| aty | Dustin R. DeNeal   | dustin.deneal@bakerd.com |
| aty | James A. Knauer    | jak@kgrlaw.com |
| aty | James M. Carr      | james.carr@bakerd.com |
| aty | John David Hoover  | jdhoover@hooverhull.com |
| aty | Robert K Stanley   | robert.stanley@bakerd.com |
| aty | Sean T. White      | swhite@hooverhull.com |
| aty | Terry E. Hall      | terry.hall@bakerd.com |
| aty | Wendy W Ponader    | wendy.ponader@bakerd.com |

TOTAL: 9