UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EASTERN LIVESTOCK CO., LLC, | : | Case No.: 10-93904-BHL-11 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* OF KENT A. BRITT [RE: DKT. NO. ]**

Kent A. Britt, a member in good standing of the bar in the State of Ohio, U.S. District Court of Southern Ohio, and U.S. Court of Appeals, Sixth Circuit, having requested admission, *pro hac vice*, to represent Fifth Third Bank in the above referenced case,

**IT IS SO ORDERED** that Kent A. Britt, Esq., is admitted *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided that the filing fee has been paid.

# # #