**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10—93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR 2004 EXAMINATION UPON THE UNITED STATES DEPARTMENT OF AGRICULTURE, GRAIN INSPECTION, PACKERS & STOCKYARDS ADMINISTRATION

THIS MATTER, having come before the Court upon Motion For 2004 Examination, and the Court having reviewed the Florida Creditors Motion for 2004 Examination (the "Motion"), the court record, and being otherwise sufficiently advised, no hearing is required and IT IS HEREBY ORDERED;

1. The Motion For 2004 Examination is GRANTED and the United States Department Of Agriculture, Grain Inspection, Packers & Stockyards Administration ("GIPSA") shall submit to the 2004 Requests, as defined and described in the Motion.

2.	GIPSA shall respond in full to the 2004 Requests described in the Motion within TWENTY (20) days of entry of this Order, unless such time is extended by the Court or by agreement with the Florida Creditors (as identified in the Motion), delivering GIPSA's responses to the offices of counsel for the Florida Creditors, W. Scott Newbern, Esq., W. SCOTT NEWBERN, P.L., 2982 East Giverny, Tallahassee, Florida 32309.

3.	The Florida Creditors are authorized, if they deem necessary, to conduct an oral examination of the person or persons most knowledgeable as described in the Motion at a time and place to be determined, regarding all matters within the scope of Rule 2004, including the responses by GIPSA to the 2004 Requests.