United States Bankruptcy Court
Southern District of Indiana

In re:                                                               Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4        User: alstarks        Page 1 of 1            Date Rcvd: Jun 27, 2011
                            Form ID: pdfOrder     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2011.
```
cr          +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
op          +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: asr@btcmlaw.com Jun 27 2011 22:13:15      Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                               TOTAL: 1
```

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**                    **Signature:**    _Joseph Speetjens_

SO ORDERED: June 24, 2011.



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904 |
| | ) | CHAPTER 11 |
| DEBTOR | ) | |
| _____ | ) | |

### ORDER

This matter having come before the Court on motion of creditor, Peoples Bank & Trust Company of Pickett County for an Order allowing it to take a Rule 2004 Examination, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Creditor may take the deposition of the record custodian of Your Community Bank at the office of Foley Bryant Holloway & Raluy, 500 West Jefferson Street, Suite 2450, Louisville, Kentucky 40202 on July 1, 2011 at 3:00 p.m, at which time the deponent shall produce the following: copies of bank statements, including copies of cancelled checks, relative to an account maintained by Thomas Gibson, account number XXXXX1841, for the time period from September 20, 2008 through February 28, 2009.

###