United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                  Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: alstarks           Page 1 of 1              Date Rcvd: Jun 27, 2011
                              Form ID: pdfOrder        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2011.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,   New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Jun 27 2011 22:13:15      Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC 27114-5008
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**                          **Signature:**   _Joseph Speetjens_

**SO ORDERED: June 24, 2011.**



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | : | Case No.: 10-93904-BHL-11 |
| Debtor. | : | |

**ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS
FROM YOUR COMMUNITY BANK UNDER BANKRUPTCY RULE 2004**

This matter is before the Court on the motion of Fifth Third Bank ("Fifth Third") for an order under the provisions of Rule 2004 of the Rules of Bankruptcy Procedure for the production of documents from Your Community Bank ("YCB") as identified in Exhibit A to Fifth Third's motion. The Court, being first duly advised, hereby orders that YCB produce the documents referenced in Exhibit A to Fifth Third's motion on July 14, 2011 at 8250 East Washington Street, Indianapolis, IN 46219.

IT IS SO ORDERED.

###