# Notice Recipients

District/Off: 0756–4           User: kgoss                     Date Created: 6/30/2011
Case: 10–93904–BHL–11          Form ID: sgeneric               Total: 74

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| tr  | James A. Knauer              | jak@kgrlaw.com |
| aty | Allen Morris                 | amorris@stites.com |
| aty | Andrea L Wasson              | andreawassonatty@gmail.com |
| aty | Bret S. Clement              | bclement@acs–law.com |
| aty | C. R. Bowles, Jr             | crb@gdm.com |
| aty | Christopher E. Baker         | cbaker@hklawfirm.com |
| aty | Daniel J. Donnellon          | ddonnellon@ficlaw.com |
| aty | David A. Laird               | david.laird@moyewhite.com |
| aty | David Alan Domina            | dad@dominalaw.com |
| aty | David L. Abt                 | davidabt@mwt.net |
| aty | David L. LeBas               | dlebas@namanhowell.com |
| aty | Deborah Caruso               | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal             | dustin.deneal@bakerd.com |
| aty | Edward M King                | tking@fbtlaw.com |
| aty | Elliott D. Levin             | robin@rubin–levin.net |
| aty | Elliott D. Levin             | edl@rubin–levin.net |
| aty | Ivana B. Shallcross          | ibs@gdm.com |
| aty | James A. Knauer              | jak@kgrlaw.com |
| aty | James Bryan Johnston         | bjtexas59@hotmail.com |
| aty | James Edwin McGhee, III      | mcghee@derbycitylaw.com |
| aty | James M. Carr                | james.carr@bakerd.com |
| aty | James T Young                | james@rubin–levin.net |
| aty | Jeffrey E. Ramsey            | jramsey@hopperblackwell.com |
| aty | Jeffrey J. Graham            | jgraham@taftlaw.com |
| aty | Jeffrey R. Erler             | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel              | jancel@taftlaw.com |
| aty | Jeremy S Rogers              | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates             | jyates@swlaw.com |
| aty | John Huffaker                | john.huffaker@sprouselaw.com |
| aty | John David Hoover            | jdhoover@hooverhull.com |
| aty | John Frederick Massouh       | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell             | john@lovell–law.net |
| aty | John M. Rogers               | johnr@rubin–levin.net |
| aty | John M. Thompson             | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III            | jrciii@acs–law.com |
| aty | John W Ames                  | jwa@gdm.com |
| aty | Joshua N. Stine              | jnstine@vorys.com |
| aty | Judy Hamilton Morse          | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring             | lobring@msn.com |
| aty | Kelly Greene McConnell       | lisahughes@givenspursley.com |
| aty | Kent A Britt                 | kabritt@vorys.com |
| aty | Kim Martin Lewis             | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher                | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto           | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant             | courtmail@fbhlaw.net |
| aty | Mark A. Robinson             | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs              | matt.ochs@moyewhite.com |
| aty | Meredith R. Thomas           | mthomas@daleeke.com |
| aty | Michael W. McClain           | mike@kentuckytrial.com |
| aty | Randall D. LaTour            | rdlatour@vorys.com |
| aty | Robert H. Foree              | robertforee@bellsouth.net |
| aty | Robert K Stanley             | robert.stanley@bakerd.com |
| aty | Ross A. Plourde              | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger         | sfreeburger@dsf–atty.com |
| aty | Sarah Stites Fanzini         | sfanzini@hopperblackwell.com |
| aty | Sean T. White                | swhite@hooverhull.com |
| aty | Stephen A. Weigand           | sweigand@ficlaw.com |
| aty | Susan K. Roberts             | skr@stuartlaw.com |
| aty | T. Kent Barber               | kbarber@dlgfirm.com |
| aty | Terry E. Hall                | terry.hall@bakerd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer             | tscherer@binghammchale.com |
| aty | Timothy T. Pridmore          | tpridmore@mcjllp.com |
| aty | Todd J. Johnston             | tjohnston@mcjllp.com |
| aty | Trevor L. Earl               | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III    | wsnewbern@msn.com |
| aty | Wendy W Ponader              | wendy.ponader@bakerd.com |
| aty | William E Smith, III         | wsmith@k–glaw.com |
| aty | William Robert Meyer, II     | rmeyer@stites.com |

TOTAL: 69

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202−3103 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston−Salem, NC 27114−5008 |

TOTAL: 5