## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: jhelton | Date Created: 6/30/2011 |
| Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty        Walter Scott Newbern, III        wsnewbern@msn.com

TOTAL: 1