# Notice Recipients

District/Off: 0756–4     User: jhelton     Date Created: 7/1/2011
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 4

**Recipients of Notice of Electronic Filing:**
tr     James A. Knauer     jak@kgrlaw.com
aty     Dustin R. DeNeal     dustin.deneal@bakerd.com
aty     James A. Knauer     jak@kgrlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb     Eastern Livestock Co., LLC     135 W. Market Street     New Albany, IN 47150

TOTAL: 1