**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ) | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| Debtor ) | |

## ORDER

Motion having been made by Your Community Bank, a non-party in this case, for the Court to set aside its Order issued June 23, 2011 allowing Fifth Third to conduct a 2004 examination of Your Community Bank, the Court having considered any arguments of the parties, and being otherwise well and sufficiently advised;

IT IS HEREBY ORDERED that Your Community Bank's motion for relief from this Court's Order issued June 23, 2011 allowing Fifth Third to conduct a 2004 examination of Your Community Bank is hereby GRANTED, and no such examination shall be allowed.

1