United States Bankruptcy Court
Southern District of Indiana

In re:                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-4          User: alstarks          Page 1 of 1          Date Rcvd: Jun 29, 2011
                             Form ID: pdfOrder        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
cr              +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb             +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op              +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
                 ?Louisville, KY 40202-3157
op              +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
                 Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: asr@btcmlaw.com Jun 29 2011 22:18:17     Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                    **Signature:**    Joseph Speetjens

**SO ORDERED: June 29, 2011.**

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION FOR AUTHORITY TO ASSIGN INTEREST IN LAND SALE CONTRACT TO CHAD SCHUCHMANN**

James M. Knauer, chapter 11 trustee ("Trustee") in the above-captioned case ("Chapter 11 Case") filed the *Motion For Authority To Assign Interest In Land Sale Contract To Chad Schuchmann* [Dock No. 496] (the "Motion") on May 16, 2011. The Court, having reviewed the Motion and being duly advised in the premises, now finds that the Motion was duly noticed and no objections were timely filed, that the Debtor has properly exercised its business judgment to assign its interests under the Land Sale Contract (as such terms are defined in the Motion)[1] to Chad Schuchmann ("Schuchmann") for the sum of $20,000 and that, therefore, the Motion should be granted. Accordingly, it is hereby

ORDERED that

1.      The Motion is hereby granted.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
BDDB01 6643842v1

2. The Trustee is authorized to assign Debtor's interests in and to the Land Sale Contract to Schuchmann for the sum of $20,000 cash.

3. By assigning Debtor's interests in the Land Sale Contract, the Trustee makes no representation or warranties regarding the interests to be conveyed to Schuchmann, the validity of or obligations under the Land Sale Contract, title to or liens against the Real Estate or any of the Debtor's rights or obligations with respect to any of the foregoing. As part of the assignment, Schuchmann shall waive any and all claims that he may have against the Debtor, the estate, the Trustee and the Trustee's agents, professionals, affiliates, successors and assigns with respect to the assignment, the Real Estate and the Land Sale Contract.

4. Nothing contained herein shall be construed to waive or impair any claims and/or defenses that the parties may possess against one another unrelated to the Land Sale Contract or the Real Estate. Schuchmann and the Trustee expressly reserve any and all rights to assert such claims and/or defenses.

5. The Trustee is authorized to take such other actions as may be reasonably necessary to consummate and close the transaction authorized herein.

### 

2