```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                         Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                     Chapter 11
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss                 Page 1 of 1                  Date Rcvd: Jun 30, 2011
                              Form ID: sgeneric          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Jun 30 2011 22:00:55      Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**          **Signature:** *Joseph Speetjens*

SO ORDERED: June 30, 2011.



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA         EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

    A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on June 29, 2011, by Kent A Britt.

    IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###