# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: EASTERN LIVESTOCK COMPANY, LLC, ) | Colo. Bankr. |
| ) | Adv. Pro. No. 11-01185 EEB |
| Debtor. ) | |
| ) | Bankr. S.D. Indiana |
| ) | Case No. 10-93904 BHL-11 |
| _____ ) | |
| ) | |
| FREDIN BROTHERS, INC., a Minnesota Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | District Court, Prowers |
| ) | County, Colorado |
| BANKERS BANK, an Oklahoma Corporation; ) | Case No. 2010-CV-61 |
| BANKFIRST FINANCIAL SERVICES, a Mississippi ) | |
| Corporation; JAMES BRASS; EASTERN LIVESTOCK ) | |
| COMPANY, LLC, a Kentucky Limited Liability Company;) | |
| FAITH CATTLE COMPANY, a Trade Name for ) | |
| unknown persons; FARMERS BANK, an Oklahoma ) | |
| Corporation; FIFTH THIRD BANK, a National Bank; ) | |
| FLYING M RANCH, a Trade Name for unknown persons; ) | |
| J&F OKLAHOMA HOLDINGS, INC., a Delaware ) | |
| corporation; HOHENBERGER CATTLE, a Trade Name ) | |
| for unknown Persons; RANDALL HOLSTED; CHAD ) | |
| HOUCK; PEOPLES BANK, a Kansas Corporation; and ) | |
| EDWARD STRICKLAND, ) | |
| ) | |
| Defendants. ) | |

Certification

I hereby attest and certify that on July 6, 2011 the foregoing/affixed document(s) hereto is/are a full, true, and correct copy of the original on-file in my office and legal custody.

Clerk, U.S. Bankruptcy Court
District of Colorado
By: _____
Deputy Clerk

## ORDER TRANSFERRING VENUE AND INTERPLEADED FUNDS

James A. Knauer, as trustee for Eastern Livestock Company, LLC (the "Trustee"), has filed a Motion to Transfer Venue and Interpleaded Funds ("Transfer Motion"), requesting an order transferring venue of the above-captioned matter to the United States Bankruptcy Court for the Southern District of Indiana and releasing and transferring certain funds that have been interpleaded and deposited in the Registry of the Clerk for the District Court of Prowers County, Colorado and totaling $423,184.07 (the "Interpleaded Funds"). The Court, having reviewed the Joint Motion and being duly advised, now finds that such motion should be GRANTED.

2064688.1

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned Adversary Proceeding is hereby transferred to the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division (the "Indiana Bankruptcy Court").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Interpleaded Funds currently deposited under Case No. 2010-CV-61 in the Registry of the Clerk of the District Court of Prowers County, Colorado, plus any accrued interest thereon, shall be released and made payable to the Clerk of the Indiana Bankruptcy Court.

Dated: June 16, 2011

BY THE COURT:

*[signature]*

Elizabeth E. Brown,
United States Bankruptcy Judge