IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF FILING OF AMENDED EXHIBIT A
TO TRUSTEE'S PURCHASE MONEY CLAIMS REPORT**

Pursuant to the First Order Regarding Trustee's Purchase Money Claims Report (docket #587) dated July 1, 2011, counsel for James A. Knauer, the chapter 11 trustee appointed in this case, hereby provides notice of the filing of Amended Exhibit A to the Trustee's Purchase Money Claims Report (docket #501) filed on May 23, 2011.

Respectfully submitted,

BAKER & DANIELS LLP

By: /s/ Terry E. Hall

Terry E. Hall (Indiana Bar #22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@bakerd.com

*Counsel for James A. Knauer, Chapter 11 Trustee*

2

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing has been filed electronically with the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division, and served via the Court's electronic filing system this 8th day of July, 2011.

                                                   /s/ Terry E. Hall

BDDB01 6765328v1

| Branch Number | CITY | STATE |
|---|---|---|
| 02 | MARION | KY |
| 13 | EDMONTON | KY |
| 15 | LEXINGTON | KY |
| 24 | OKOLONA | MS |
| 25 | EAST VIEW | KY |
| 28 | NIXA | MO |

Eastern Livestock Co., LLC
Amended Exhibit A

| Ref | Date of receipt | ELC Inv # | Payor/Customer | Intermediary & Lot # | Superior Adversary | Total Paid and Held in Holding Account | $1.6M Early Transfer | Remaining to be Transferred | Cattle Source/ Producer State | Contract # | Contract Date (all 2010) | # Head per Original Invoice | Type (H/S) | Weight | Shipment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/13/10 | 295280 | Thomas Brothers | N/A | | 58.13 | | 58.13 | N/A; Vet charge | N/A | N/A | N/A | N/A | N/A | N/A |
| 2 | 12/13/10 | 314917 | Bowie Livestock Commission/ Larry Ogle | N/A | | 1,210.90 | | 1,210.90 | Joplin Regional, OKC West Livestock, Max E. Barkley, Jr. | N/A | N/A | 103 | Hfrs | 93,200 | 10/30/10 |
| 3 | 12/13/10 | 316137 | Blue Grass Stockyard of Campbellsville | N/A | | 3,534.65 | | 3,534.65 | Branch 25 Inventory | N/A | N/A | 14 | - | 8,120 | 12/6/10 |
| 4 | 12/13/10 | #306782 | Sam Countiss | Superior #7045c | | 31,236.72 | 31,236.72 | | Darlyne Dascher/MT | N/A | N/A | 45 | Strs | 23,582 | 10/22/10 |
| 5 | 12/13/10 | #306781 | Robert Dobbs | Superior #6303a | | 49,981.65 | 49,981.65 | | Randy Nygaard/CO | 10324 | 7/10 | 70 | Strs | 39,860 | 10/21/10 |
| 6 | 12/13/10 | 314917 | Ogle Cattle/Larry Ogle | N/A | | 63,000.00 | | 63,000.00 | Joplin Regional, OKC West Livestock, Max E. Barkley, Jr. | 10218 | 7/10 | 103 | Hfrs | 93,200 | 10/30/10 |
| 7 | 12/13/10 | 290888/290862 | Fort Scott Livestock Market/ Frank Madison | N/A | | 99,129.88 | | 99,129.88 | Joplin Regional, OKC West Livestock, Max E. Barkley, Jr. | N/A | N/A | 188 | Strs | 99,905 | 10/7-10/9 |
| 8 | 12/13/10 | 390835 | Superior Livestock Auction/Stierwalt Ranch | N/A | | 106,719.76 | | 106,719.76 | Branch 24 Inventory | N/A | N/A | 94 | Strs | 51,535 | 10/2/10 |
| 9 | 12/13/10 | 290933 | Superior Livestock Auction/Stierwalt Ranch | N/A | | 47,235 | | | Branch 24 Inventory | N/A | N/A | 84 | Strs | 47,235 | 10/15/10 |
| 10 | 12/13/10 | 318138 | Kentucky-Tennessee L/S Mkt. | N/A | | 150,008.53 | | 150,008.53 | Branch 2 Inventory | N/A | N/A | 248 | - | 132,150 | 12/9/10 |
| 11 | 12/13/10 | 306780 | Stephen Dilks | Superior #6820b | - | 155,364.58 | | 155,364.58 | Westmoreland Ranch/ UT | 10299 | 7/10 | 21 | Strs | 9,594 | 10/23/10 |
| 12 | 12/13/10 | 306780 | Stephen Dilks | Superior #9356 | - | | | | Kirby Creek Ranch/ WY | 10587 | 8/26 | 56 | Strs | 29,675 | 10/23/10 |
| 13 | 12/13/10 | 306780 | Stephen Dilks | Superior #9405c | - | | | | Borgialli Ranch/ WY | 10593 | 8/26 | 50 | Strs | 24,441 | 10/23/10 |
| 14 | 12/13/10 | 306780 | Stephen Dilks | Superior #6415a | - | | | | Harvey Ranches/ CO | 10231 | 7/10 | 95 | Strs | 50,891 | 10/13/10 |
| 11 | 12/15/10 | 316527 | Brian Lovell | N/A | | 267.38 | | 267.38 | unknown | N/A | N/A | 1 | - | 465 | 11/3/10 |
| 12 | 01/07/11 | 311074 | E 4 Cattle (also see #83 - Irsik & Doll) | N/A | | 14,000.00 | | 14,000.00 | Branch 24 Inventory | N/A | N/A | 112 | Hfrs | 96,208 | after 10/7 |
| 13 | 01/07/11 | 307924 | Tim May | Superior #6305a | - | 308,422.16 | | 308,422.16 | Branch 24 Inventory | N/A | N/A | 212 | Strs | 128,435 | 10/29/10 |
| 14 | 01/13/11 | N/A | Kentucky- Tenn. Livestock/Bill Chase | N/A | | 47,666.50 | | 47,666.50 | Branch 13 Inventory | N/A | N/A | 90 | - | 56,970 | 1/12/11 |
| 15 | 01/13/11 | 290594 | Superior Livestock/Clifford Oldham | N/A | | 18,159.20 | | 18,159.20 | Branch 24 Inventory | N/A | N/A | 49 | Strs | 17,950 | 9/18/10 |
| 16 | 01/13/11 | 306746 | Superior Livestock/Mitch Worrell | Superior #6305b | - | 192,871.56 | | 192,871.56 | Limon Cattle Pool/ CO | 10217 | 7/10 | 100 | - | 47,620 | 10/15/10 |
| | 01/13/11 | 306746 | Superior Livestock/Mitch Worrell | Superior #6433a | - | | | | Branch 24 Inventory | 10216 | 7/10 | 88 | Strs | 47,620 | 10/15/10 |
| | 01/13/11 | 307863 | Tim May | Superior #6433a | - | | | | Branch 24 Inventory | 10241 | 7/10 | 93 | Strs | 46,658 | 10/20/10 |
| | 01/13/11 | 307870 | Tim May | Superior #6433d | - | | | | Mountain Island Ranch LLC/ CO | 10243 | 7/10 | 50 | Strs | 20,992 | 10/20/10 |
| 17 | 01/13/11 | 307932 | Tim May | Superior #9450a | - | 342,700.28 | | | Mountain Island Ranch LLC/ CO | 10608 | 8/26 | 102 | Strs | 49,550 | 11/1/10 |
| | 01/13/11 | 311073 | Tim May | Superior #6767c | 28,759.14 | | | | Morrill Weston & Sons/ UT | 10270 | 7/10 | 45 | Strs | 24,585 | 11/1/10 |
| | 01/13/11 | 316141 | Superior Livestock/Mitch Worrell | Superior #9440a | 66,378.44 | | | | Eccles Fox Ranch/ ID | 10601 | 8/26 | 92 | Strs | 49,352 | 10/30/10 |
| | 01/13/11 | 316141 | Superior Livestock/Mitch Worrell | Superior #67844 | 53,336.80 | | | | Roger Telford/ UT | 10290 | 7/10 | 100 | Strs | 44,080 | 10/25/10 |
| | 01/13/11 | 316141 | Superior Livestock/Mitch Worrell | Superior #9493 | 161,522.60 | | | | Johnson Cattle Company/ UT | 10611 | 8/26 | 94 | Strs | 125,082 | 10/25/10 |
| 18 | 01/13/11 | 306745 | Superior Livestock/Mitch Worrell | Superior #6332b | | 54,782.96 | | 54,782.96 | Windsplitter Ranch/ CO | 10201 | 7/10 | 240 | Strs | 46,487 | 10/13/10 |
| 18 | 01/18/11 | #306745 | Jerry Thompson | Superior #6766 | | | | | Blind Badger Ranch/ CO | 10268 | 7/10 | 41 | Strs | - | - |
| 19 | 01/18/11 | #306744 | Jerry Thompson | Superior #6433c/6433d | | 87,134.11 | | 87,134.11 | Quarter Circle Three Bar Ranch LLC/WY | 10268 | 7/10 | 52 | Strs | 66,571 | 10/27/10 |
| 19 | 01/18/11 | #306732 | Joe Thompson | Superior #5013b/6332b/6766 | 106,469.68 | 106,469.68 | | | Mountain Island Ranch LLC/CO | 10242/10201/10268 | 7/10 | 149 | Hfrs | 96,542 | 10/19/10 |
| | | | | | | | | | Holmgren Land & Livestock / Blind Badger Ranch /Quarter Circle Three Bar Ranch/UT/CO/WY | 1072/10201/10268 | 7/10 | 195 | Strs/Hfrs | | |
| 20 | 01/27/11 | 290688 | Gary Robinson/Jim Woods | N/A | | 132.71 | | 132.71 | Branch 24 Inventory | N/A | N/A | 94 | Strs | 51,275 | 9/17/10 |
| 21 | 01/27/11 | 307724 | Gary Robinson/Jim Woods | N/A | | 4,976.49 | | 4,976.49 | Branch 24 Inventory | N/A | N/A | 200 | Strs | 102,250 | 9/1/10 |
| 22 | 01/27/11 | 307796 | Gary Robinson/Jim Woods | N/A | | 42,832.00 | | 42,832.00 | Branch 24 Inventory | N/A | N/A | 98 | Strs | 53,505 | 9/10/10 |
| 23 | 01/27/11 | 290673 | Superior Livestock/HHH Cattle | N/A | | 51,033.78 | | 51,033.78 | Branch 24 Inventory | N/A | N/A | 98 | Strs | 46,680 | 9/24/10 |
| 24 | 01/27/11 | 315558 | Superior Livestock/HHH Cattle | N/A | | 60,861.14 | | 60,861.14 | Branch 28 Inventory | N/A | N/A | 92 | Strs | 51,015 | 10/15/10 |
| 25 | 01/27/11 | 290838 | Superior Livestock/Winter Livestock | N/A | | 83,493.15 | | 83,493.15 | Branch 24 Inventory | N/A | N/A | 61/58 | Strs/Hfrs | 52,690 | 10/2/10 |
| 26 | 01/27/11 | 315688 | Superior Livestock/Winter Livestock | N/A | | 98,465.22 | | 98,465.22 | Branch 28 Inventory | N/A | N/A | 142 | Hfrs | 95,000 | 10/19/10 |
| 27 | 01/27/11 | 307860 | South Coffeyville Stkyrd/Stierwalt Ranch | N/A | | 117,900.11 | | 117,900.11 | Branch 24 Inventory | N/A | N/A | 93 | Strs | 50,450 | 10/21/10 |
| | 01/27/11 | 307922 | South Coffeyville Stkyrd/Stierwalt Ranch | N/A | | | | | Branch 24 Inventory | N/A | N/A | 107 | Strs | 52,450 | 10/29/10 |
| 28 | 01/27/11 | 290932 | Stierwalt/Lightning Livestock | N/A | | 151,590.34 | | 151,590.34 | Branch 24 Inventory | N/A | N/A | 85 | Strs | 45,876 | 10/15/10 |
| | 01/27/11 | 290713 | Stierwalt/Lightning Livestock | N/A | | | | | Branch 24 Inventory | 979 | 5/7 | 80 | Hfrs | 32,049 | 9/10/10 |
| | 01/27/11 | 290713 | Stierwalt/Lightning Livestock | Superior #3876 | - | | | | ABC Ranch/ FL | 979 | 5/7 | 38 | Strs | 15,384 | 9/20/10 |
| 29 | 01/27/11 | 307921 | Stierwalt/Lightning Livestock | Superior Producers #54509 | - | 169,650.97 | | 169,650.97 | Roger Wright/ FL | 9160 | 6/24 | 95 | Strs | 50,111 | 9/20/10 |
| | 01/27/11 | 315535 | Superior Livestock/Winter Livestock | N/A | | | | | Branch 24 Inventory | N/A | N/A | 15 | Strs | 7,245 | 10/23/10 |
| | 01/27/11 | 315557 | Superior Livestock/Winter Livestock | N/A | | | | | Max Barkley Farms/ AL | N/A | N/A | 34 | Strs | 25,525 | 10/23/10 |
| | 01/27/11 | 315584 | Superior Livestock/Winter Livestock | N/A | | 236,167.94 | | 236,167.94 | Branch 28 Inventory | N/A | N/A | 169 | Hfrs | 108,150 | 10/23/10 |
| 30 | 01/27/11 | 315645 | Superior Livestock/Winter Livestock | N/A | | | | | Max Barkley Farms/ AL | N/A | N/A | 45 | Hfrs | 22,980 | 10/23/10 |
| | 01/27/11 | 315650 | Superior Livestock/Winter Livestock | N/A | | | | | Branch 28 Inventory | N/A | N/A | 141 | Hfrs | 101,590 | 10/9/10 |
| | 01/27/11 | 315681 | Superior Livestock/Winter Livestock | N/A | | - | | - | Branch 28 Inventory | N/A | N/A | 201 | - | 106,108 | 10/9/10 |
| | 01/27/11 | 248333 | Superior Livestock/Winter Livestock | N/A | | - | | - | Branch 25 Inventory | N/A | N/A | 83 | Hfrs | 45,325 | 10/15/10 |
| 31 | 02/01/11 | 290765 | Superior Livestock/Clifford Oldham | N/A | | 42,060.01 | | 42,060.01 | Branch 24 Inventory | N/A | N/A | 14 | Strs/Hfrs | 6,185 | 10/29/10 |
| | | | | | | | | | Branch 24 Inventory | N/A | N/A | 42 | Hfrs | 16,015 | 9/24/10 |

Eastern Livestock Co., LLC
Amended Exhibit A

| Ref | Date of receipt | ELC Inv # | Payor/Customer | Intermediary & Lot # | Superior Adversary | Total Paid and Held in Holding Account | $1.6M Early Transfer | Remaining to be Transferred | Cattle Source/ Producer State | Contract # | Contract Date (all 2010) | # Head per Original Invoice | Type (H/S) | Weight | Shipment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 02/01/11 | 307783 | Superior Livestock/Clifford Oldham | N/A | | 89,249.09 | | 89,249.09 | Branch 24 Inventory | N/A | N/A | 84 | Hfrs | 42,470 | 9/8/10 |
| | 02/18/11 | 307749 | Superior Livestock/Clifford Oldham | N/A | | - | | - | Branch 24 Inventory | N/A | N/A | 65 | Strs | 28,305 | 9/3/10 |
| | 02/18/11 | 307757 | Superior Livestock/Clifford Oldham | N/A | | - | | - | Branch 24 Inventory | N/A | N/A | 57/64 | Strs/Hfrs | 52,135 | 9/7/10 |
| 33 | 02/08/11 | N/A | Texhoma Livestock/Tom Freeman | N/A | | 75,555.32 | | 75,555.32 | Tom Freeman/ unknown | N/A | N/A | 105 | Strs | 90,310 | 2/1/11 |
| 34 | 02/08/11 | 290740 | Superior Livestock/HHH Cattle | N/A | | 112,570.61 | | 112,570.61 | Branch 24 Inventory | N/A | N/A | 424 | Strs | 201,295 | Aug/Sept |
| 35 | 02/08/11 | 290743 | Superior Livestock/HHH Cattle | N/A | | 321,782.25 | | 321,782.25 | Branch 24 Inventory | N/A | N/A | 267 | Strs | 152,426 | Aug/Sept |
| | 02/08/11 | 290748 | Superior Livestock/HHH Cattle | N/A | | - | | - | Branch 24 Inventory | N/A | N/A | 319 | Strs | 154,350 | Aug/Sept |
| 36 | 02/18/11 | 316525 | Gary Robinson | N/A | | 19,292.38 | 19,292.38 | 19,292.38 | Branch 15 Inventory | N/A | N/A | 32 | Strs | 22,275 | 11/3/10 |
| 37 | 02/18/11 | 310555 | Bar K Cattle | Superior #6440a | 55,094.13 | 54,240.28 | | - | Branch 24 Inventory | N/A | N/A | 87 | Strs | 47,084 | 11/3/10 |
| 38 | 02/18/11 | #310840 | Bryan Mosier | N/A | | 79,658.39 | 79,658.39 | - | Brundage Land and Cattle/ CO | 1195 | 7/10 | 91 | Hfrs | 49,853 | 10/22/10 |
| 39 | 02/18/11 | #310862 | Meyer Farms/Bryan Mosier | Superior #9436 | | 88,458.38 | 88,458.38 | - | Todd Rosenbaum/VA | 10600 | 8/26 | 199 | Hfrs | 97,125 | 10/25/10 |
| 40 | 02/18/11 | 314919 | Harlan Feeders | N/A | | 97,868.78 | | 97,868.78 | Coalville Calf Pool/CC/CO | N/A | N/A | 139 | Hfrs | 93,235 | 11/2/10 |
| 41 | 02/18/11 | 291254 | Len Miller | N/A | | 148,172.53 | | 148,172.53 | Joplin Regional Stockyards | N/A | N/A | 138 | Hfrs | 50,055 | 11/1-11/4 |
| | 02/18/11 | 291248 | Len Miller | N/A | | - | | - | Okeechobee L/S Mkt., Arcadia Stockyard, Ocala L/S Market, Hardee L/S Mkt., Sumter Cty Farmers Mkt., Cattlemen's L/S Auc. Mkt. | N/A | N/A | 219 | Hfrs | 78,535 | 10/25-10/27 |
| 42 | 02/22/11 | 315242 | Broughton Cattle | N/A | | 2,777.73 | | 2,777.73 | Bluegrass Stockyards East | N/A | N/A | 7 | - | 3,195 | 10/20/10 |
| 43 | 02/22/11 | N/A | Tim McCary/Lester Denny | N/A | | 3,060.00 | | 3,060.00 | N/A - Contract settlement | N/A | N/A | N/A | N/A | N/A | N/A |
| 44 | 02/22/11 | #296092 | Feller & Co | N/A | | 58,833.28 | 58,833.28 | - | Joplin Regional Stockyards/MO | N/A | N/A | 87 | Strs | 53,680 | 9/28/10 |
| 45 | 02/22/11 | 295948 | Schaller Brothers | N/A | | 63,672.99 | | 63,672.99 | Branch 2 Inventory | N/A | N/A | 143 | Strs | 67,075 | 9/30/10 |
| 46 | 02/25/11 | 290934 | Scott Thompson/Paco Feedyard | N/A | 30,301.05 | 15,189.40 | | 15,189.40 | Branch 2 Inventory | N/A | N/A | 50 | Hfrs | 33,590 | 10/15/10 |
| 47 | 02/28/11 | 306786 | Keith Varner | Superior #9334a | 62,548.20 | 65,823.73 | | 3,275.53 | Bradley Ranch/ CO | 10585 | 8/26 | 92 | Strs | 48,114 | 10/29/10 |
| | 02/28/11 | 306786 | Keith Varner | Superior #6776d | 43,394.80 | 45,666.19 | | 2,271.39 | Ivan Bastian Trust & Sons/ UT | 10265 | 7/10 | 73 | Strs | 34,320 | 10/29/10 |
| | 02/28/11 | 306786 | Keith Varner | Superior #6275a | | 62,700.38 | | 62,700.38 | Clennin Ranch & Spera/ CO | 10226 | 7/10 | 96 | Strs | 47,965 | 10/21/10 |
| | 02/28/11 | 306786 | Keith Varner | Superior #6416a | - | 62,497.40 | | 62,497.40 | Harvey Ranch/ CO | 10230 | 7/10 | 96 | Hfrs | 49,865 | 10/21/10 |
| | 02/28/11 | 306786 | Keith Varner | Superior #6786a | | 33,452.48 | | 3,151.43 | QP Cattle/ UT | 10289 | 7/10 | 50 | Strs/Hfrs | 24,635 | 11/2/10 |
| | 02/28/11 | N/A | Keith Varner | N/A | | 7,500.00 | | 7,500.00 | N/A - Contract settlement | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | | 277,640.18 | - | 141,396.13 | | | | | | | |
| 48 | 03/01/11 | 313726 | Dinklage Feed Yard/GP Cattle Company | N/A | | 156,191.36 | | 156,191.36 | N/A/ unknown | N/A | N/A | 171 | Strs | 145,849 | 9/17/10 |
| 49 | 03/01/11 | 315374 | Nick Fowler/Kuenning & Sons | Cattle Country #7164 | - | 171,576.30 | | 171,576.30 | Cattle Country Video/ WY | 10121 | 7/1 | 184 | Hfrs | 163,406 | 10/30/10 |
| 50 | 03/01/11 | 290780 | E4 Cattle/Henry Hitch | N/A | | 8,747.00 | | 8,747.00 | Branch 24 Inventory | N/A | N/A | 57 | Hfrs | 36,705 | 9/24/10 |
| | | 307821 | E4 Cattle/Henry Hitch | N/A | | - | | - | Branch 24 Inventory | N/A | N/A | 79 | Hfrs | 51,340 | 9/15/10 |
| 51 | 03/04/11 | 316126 | Ranchland Livestock | N/A | | 17,983.88 | | 17,983.88 | Yuma Feedlot Reject proceeds | N/A | N/A | 6 | - | 3,913 | 12/1/10 |
| | | 316127 | Ranchland Livestock | N/A | | - | | - | Branch 31 Inventory | N/A | N/A | 33 | - | 27,093 | 12/1/10 |
| 52 | 03/04/11 | 311474 | Thornberry Brothers/Lance Thornberry | Superior #9489a | 61,079.38 | 63,484.08 | | 2,404.70 | Rose Ranch/ CO | 10614 | 8/26 | 100 | Strs | 48,094 | 11/1/10 |
| 53 | 03/04/11 | 280487 | Harry Shelton Livestock | N/A | | 73,292.18 | | 73,292.18 | Branch 13 Inventory | N/A | N/A | 114 | - | 149,315 | 11/4/10 |
| 54 | 03/04/11 | 315491 | Ecco 1, LLC | N/A | | 212,128.43 | | 212,128.43 | Branch 2 Inventory | N/A | N/A | 91 | Hfrs | 50,250 | 10/26/10 |
| | 03/04/11 | 314940 | Ecco 1, LLC | N/A | | - | | - | Branch 13 Inventory | N/A | N/A | 95 | Hfrs | 51,035 | 11/3/10 |
| | 03/04/11 | 315259 | Ecco 1, LLC | N/A | | - | | - | Branch 2 Inventory | N/A | N/A | 93 | Hfrs | 48,645 | 11/2/10 |
| | 03/04/11 | 315490 | Ecco 1, LLC | N/A | | - | | - | Branch 2 Inventory | N/A | N/A | 98 | Hfrs | 52,600 | 10/26/10 |
| 55/71 | 03/25/11 | #304489 | Baca County Feedyard | N/A | | 56,243.70 | | 56,243.70 | Edmonton Inventory/KY | N/A | N/A | 113 | Hfrs | 49,950 | 9/17/10 |
| 55/71 | 03/25/11 | #304529 | Baca County Feedyard | N/A | | 49,801.23 | | 49,801.23 | Edmonton Inventory/KY | N/A | N/A | 98 | Hfrs | 47,080 | 9/22/10 |
| 55/71 | 03/25/11 | #305108 | Baca County Feedyard | N/A | | 59,365.62 | | 59,365.62 | Edmonton Inventory/KY | N/A | N/A | 111 | Hfrs | 53,195 | 9/15/10 |
| 55/71 | 03/25/11 | #312092 | Baca County Feedyard | N/A | | 18,896.58 | | 18,896.58 | Rejects from Five Rivers - Kuner/KY | N/A | N/A | 15 | rejects | 11,775 | 9/24/10 |
| 55/71 | 03/25/11 | #315669 | Baca County Feedyard | N/A | | 53,039.90 | | 53,039.90 | Edmonton Inventory/KY | N/A | N/A | 107 | Hfrs | 52,005 | 10/13/10 |
| 55/71 | 03/25/11 | #NB1004 | Baca County Feedyard | Superior #6830a | | 54,171.28 | 54,171.28 | - | Bill Gubler/UT | 10300 | 7/10 | 80 | Strs | 43,265 | 10/20/10 |
| 55/71 | 03/25/11 | #314174 | Baca County Feedyard | Superior #9496 | | 66,596.70 | 66,596.70 | - | Gene & Katherine Yocam/CO | 10609 | 8/26 | 90 | Strs | 53,586 | 10/1/10 |
| 55/71 | 03/25/11 | #314264 | Baca County Feedyard | Superior #6360a | | 129,451.57 | 129,451.57 | - | Edmundson Ranches LLC/CO | 10196 | 7/10 | 180 | Strs | 106,424 | 10/5/10 |
| 55/71 | 03/25/11 | #310701 | Baca County Feedyard | Superior #9610b | | 29,359.76 | 29,359.76 | - | Don Anderson/TX | 9982 | 7/10 | 42 | Hfrs | 29,095 | 9/17/10 |
| 55/71 | 03/25/11 | #310834 | Baca County Feedyard | Superior #6437a | | 111,061.88 | 111,061.88 | - | Dave and Kathy Smith/CO | 10244 | 7/10 | 83 | Strs | 48,660 | 10/21/10 |
| 55/71 | 03/25/11 | #310834 | Baca County Feedyard | Superior # 6437b | | - | | - | Dave and Kathy Smith/CO | 10245 | 7/10 | 90 | Hfrs | 47,900 | 10/21/10 |
| 55/71 | 03/25/11 | #312055 | Baca County Feedyard | Superior #4711 | | 111,908.34 | 111,908.34 | - | Guitar Ranch/TX | 9135 | 6/16 | 66 | Strs | 47,690 | 9/21/10 |
| 55/71 | 03/25/11 | #312055 | Baca County Feedyard | Superior #4710 | | - | | - | Guitar Ranch/TX | 9136 | 6/16 | 71 | Hfrs | 47,365 | 9/21/10 |
| 55/71 | 03/25/11 | #312064 | Baca County Feedyard | Superior #8929 | | 53,250.15 | 53,250.15 | - | Terry Snyder/CO | 9601 | 8/26 | 69 | Strs/Hfrs | 49,286 | 9/22/10 |
| 55/71 | 03/25/11 | #312156 | Baca County Feedyard | Producers Cattle Auction #5450 | | 48,500.47 | 48,500.47 | - | Headley Farms/MS | 992 | 5/13 | 70 | Strs | 39,278 | 10/11/10 |
| 55/71 | 03/25/11 | #312157 | Baca County Feedyard | Producers Cattle Auction #5451 | | 58,566.80 | 58,566.80 | - | Headley Farms/MS | 991 | 5/13 | 93 | Hfrs | 49,789 | 10/1/10 |
| 55/71 | 03/25/11 | #314313 | Baca County Feedyard | Superior #6377c | | 58,448.58 | 58,448.58 | - | Bargans Ranch Inc./CO | 10236 | 7/10 | 90 | Strs/Hfrs | 49,216 | 10/13/10 |

Eastern Livestock Co., LLC
Amended Exhibit A

| Ref | Date of receipt | ELC Inv # | Payor/Customer | Intermediary & Lot # | Superior Adversary | Total Paid and Held in Holding Account | $1.6M Early Transfer | Remaining to be Transferred | Cattle Source/ Producer State | Contract # | Contract Date (all 2010) | # Head per Original Invoice | Type (H/S) | Weight | Shipment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55/71 | 03/25/11 | #314517 | Baca County Feedyard | Superior # 6438a | | 59,130.03 | 59,130.03 | | Monger Cattle Company/CO | 10246 | 7/10 | 79 | Strs | 49,144 | 10/24/10 |
| 55/71 | 03/25/11 | #314645 | Baca County Feedyard | Superior # 6397 | | 53,717.49 | 53,717.49 | | Lazy K Eleven Ranch/CO | 10233 | 7/10 | 80 | Strs/Hfrs | 48,590 | 10/12/10 |
| 55/71 | 03/25/11 | #314667 | Baca County Feedyard | Superior # 6394b | | 49,205.00 | 49,205.00 | | Bob Safranek/CO | 10234 | 7/10 | 78 | Hfrs | 45,200 | 10/14/10 |
| 55/71 | 03/25/11 | #310866 | Baca County Feedyard | Superior # 8708a | 49,391.10 | 50,935.11 | 1,544.01 | | Fip Frier/NM | 10542 | 8/26 | 66 | Strs | 44,901 | 10/25/10 |
| 55/71 | 03/25/11 | #310867 | Baca County Feedyard | Superior # 8708b | 49,257.29 | 50,818.08 | 1,560.79 | | Fip Frier/NM | 10540 | 8/26 | 72 | Hfrs | 46,579 | 10/25/10 |
| 55/71 | 03/25/11 | #310872 | Baca County Feedyard | Superior # 9522b | 53,950.60 | 55,058.16 | 1,107.56 | | Leon Leonard/CO | 10628 | 8/26 | 77 | Hfrs | 49,225 | 10/25/10 |
| 55/71 | 03/25/11 | #310911 | Baca County Feedyard | Superior # N10455 | 39,828.98 | 43,544.37 | 3,715.39 | | P&P Calf Ranch/TX | 10918 | 10/22 | 115 | Strs | 53,077 | 10/28/10 |
| 55/71 | 03/25/11 | #310925 | Baca County Feedyard | Superior #6357a | 48,171.73 | 48,572.16 | 400.43 | | Sand Arroyo Ranch/CO | 10197 | 7/10 | 70 | Strs | 40,043 | 10/29/10 |
| 55/71 | 03/25/11 | #310508 | Baca County Feedyard | Superior #6380b | 52,422.09 | 53,769.08 | 1,346.99 | | Richard & Curt Lebsack/CO | 10235 | 7/10 | 85 | Hfrs | 47,765 | 10/27/10 |
| 55/71 | 03/25/11 | #NB1004 | Baca County Feedyard | N/A | | (22,872.80) | | 22,872.80 | N/A | | | | | | |
| 55/71 | | | Set-offs for Returned ELC Checks | N/A | | (102,766.93) | (102,766.93) | | N/A | | | | | | |
| 55/71 | | | Set-offs for Returned ELC Checks | N/A | | (278,986.34) | (278,986.34) | | N/A | | | | | | |
| 55/71 | | | Set-offs for Returned ELC Checks | N/A | | (16,812.50) | (16,812.50) | | N/A | | | | | | |
| | | | | | | 1,024,846.27 | 471,604.65 | 260,219.83 | | | | | | | |
| 56 | 03/09/11 | N/A | Producers Livestock Marketing | N/A | | 18.12 | 18.12 | 18.12 | N/A - patronage dividend | N/A | N/A | N/A | N/A | N/A | N/A |
| 57 | 03/09/11 | 315676 | La Junta Livestock Comm./High Plains Feedlot | N/A | | 39,059.63 | 39,059.63 | 39,059.63 | Branch 13 Inventory | N/A | N/A | 119 | Hfrs | 46,440 | 10/13/10 |
| 58 | 03/09/11 | 304912 | Pawnee Valley Feed Yard/Winter Livestock | N/A | | 55,145.38 | 55,145.38 | 55,145.38 | Branch 28 Inventory | N/A | N/A | 62 | Strs | 54,010 | 9/18/10 |
| 59 | 03/09/11 | 315514 | Lueken Dairy Farm | N/A | | 83,284.20 | 83,284.20 | 83,284.20 | Blue Grass Stockyards of Campbellsville, Piedmont Livestock | 10122 | 7/1 | 118 | Holsteins | 102,820 | 10/27/10 |
| 60 | 03/10/11 | 316139 | AG Partners | N/A | | 51,779.05 | 51,779.05 | 51,779.05 | Athens Stockyard | N/A | N/A | 59 | Hfrs | 49,110 | 11/2/10 |
| 61 | 03/11/11 | N/A | Tri-County Electric/Refund | N/A | | 348.21 | 348.21 | - | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 62 | 03/11/11 | 316530 | Doug Sunderman | N/A | | 55,051.70 | | 55,051.70 | Blue Grass Stockyards of Richmond | N/A | N/A | 56 | Strs | 52,680 | 11/4/10 |
| 63 | 03/11/11 | 316090 | Doug Sunderman | Superior #9537a | 56,744.90 | 58,374.53 | 1,629.63 | | Bill Gray/ CO | 11371 | 8/26 | 80 | Strs | 50,637 | 11/1/10 |
| 64 | 03/11/11 | 315541 | Doug Sunderman | N/A | | 107,660.36 | 107,660.36 | 107,660.36 | Branch 2 Inventory, Hodge Livestock | N/A | N/A | 109 | Strs | 98,385 | 10/28/10 |
| 65 | 03/11/11 | 310962 | Doug Sunderman | SOLM #4915 | - | 107,977.54 | 107,977.54 | 107,977.54 | Don Anderson/ TX | 11519 | 10/27 | 106 | Strs | 98,096 | 11/2/10 |
| 66 | 03/11/11 | 310525 | Doug Sunderman | Cattle Country #7169 | - | 131,347.39 | 131,347.39 | 131,347.39 | KM Cattle/ WY | 10122 | 7/1 | 131 | Strs | 119,941 | 10/29/10 |
| 67 | 03/11/11 | 315260 | Doug Sunderman | N/A | | 168,283.51 | 168,283.51 | 168,283.51 | Laurel Livestock Market | N/A | N/A | 163 | Strs | 154,280 | 11/2/10 |
| 68 | 03/15/11 | 314813 | Donica Livestock/Kent Donica | N/A | | 47,356.50 | 47,356.50 | 47,356.50 | Branch 24 Inventory | N/A | N/A | 71 | Strs | 47,845 | 10/29/10 |
| 69 | 03/15/11 | 307946 | CA Cattle Company/Mason County Feed Yard | N/A | | 50,582.62 | 50,582.62 | 50,582.62 | Branch 24 Inventory | N/A | N/A | 105 | Strs | 50,745 | 11/3/10 |
| 70 | 03/25/11 | 304638 | Mark Hohenberger/Mark Freeman III Cattle | N/A | | 42,289.76 | 42,289.76 | 42,289.76 | Various | N/A | N/A | 132 | Hfrs | 46,970 | 9/1/10 |
| 71 | | 304845 | Mark Hohenberger/Mark Freeman III Cattle | N/A | | | | | Various | N/A | N/A | 128 | Hfrs | 48,120 | 9/8/10 |
| 72 | 03/31/11 | 304650 | Mark Hohenberger/Mark Freeman III Cattle | N/A | | 24,325.93 | 24,325.93 | 24,325.93 | Various | N/A | N/A | 47/46 | Hfrs/Strs | 30,225 | 3/28/10 |
| 73 | 03/31/11 | 311068 | Paula J. Holloway/Bart Houser | N/A | | 452.71 | 452.71 | 452.71 | Branch 24 Inventory | N/A | N/A | 4 | - | 1,175 | 11/2/10 |
| 74 | 03/31/11 | 307898 | Kirkland AG Credit, Inc./Kirkland Feedyards | N/A | | 5,588.40 | 5,588.40 | 5,588.40 | Branch 24 Inventory | N/A | N/A | 65 | Strs | 51,235 | 10/28/10 |
| 75 | 03/31/11 | 307764 | Paco Feed Yard | N/A | | 42,104.00 | 42,104.00 | 42,104.00 | Branch 24 Inventory | N/A | N/A | 84 | Strs | 47,650 | 9/6/10 |
| 76 | 03/31/11 | 311466 | Dean Cluck Feedyard | N/A | | 52,254.85 | 52,254.85 | 52,254.85 | Branch 24 Inventory | N/A | N/A | 67 | Strs | 51,145 | 11/3/10 |
| 77 | 04/05/11 | N/A | Tom Fellhauer | N/A | | 9,103.83 | 9,103.83 | 9,103.83 | N/A - refund of deposit | N/A | N/A | N/A | N/A | N/A | N/A |
| 78 | 04/08/11 | #315572 | Steve Krajicek/Nutritional Advances | N/A | | 53,807.00 | 53,807.00 | | Ozark/Coffeyville Livestock Sales/MO/KS | N/A | N/A | 68 | Hfrs | 52,510 | 10/20/10 & 10/22/10 |
| 79 | 04/08/11 | 311058 | P & R Livestock | N/A | | 60,000.00 | | 60,000.00 | Branch 24 Inventory | N/A | N/A | 128 | Strs | 51,585 | 11/3/10 |
| 80 | 04/08/11 | #310903 | Steve Krajicek | Superior #7671f | | 166,682.50 | 166,682.50 | - | Coalville Calf Pool/UT | 10449 | 8/6 | 258 | Hfrs | 147,585 | 10/25/10 |
| 80 | 04/08/11 | #310905 | Steve Krajicek | Superior #7671g | | 105,334.81 | 105,334.81 | - | Coalville Calf Pool/UT | 10456 | 8/6 | 149 | Hfrs | 95,205 | 10/25/10 |
| 80 | 04/08/11 | #310906 | Steve Krajicek | Superior #7797c | 52,560.00 | 54,662.40 | 2,102.40 | - | J&B Ranches/SD | 10469 | 8/6 | 95 | Hfrs | 48,000 | 10/27/10 |
| | | | | | | 326,679.71 | 274,119.71 | | | | | | | | |
| 81 | 04/12/11 | N/A | Baca County Feedyard | N/A | | 1,316.14 | 1,316.14 | 1,316.14 | unknown | N/A | N/A | 1 | Hfr | 1,291 | 9/15/10 |
| 82 | 04/20/11 | 315228 | Blue Grass Stockyards East, LLC | N/A | | 180.14 | 180.14 | 180.14 | Reject from Branch 15 | N/A | N/A | 1 | - | 195 | 10/27/10 |
| | | 315265 | Blue Grass Stockyards, Inc. | N/A | | 2,544.86 | 2,544.86 | 2,544.86 | Rejects from Branch 15 | N/A | N/A | 6 | Strs | 2,345 | 11/2/10 |
| | | 315548 | Blue Grass South Livestock Market, Inc. | N/A | | 519.46 | 519.46 | 519.46 | Reject from Branch 15 | N/A | N/A | 1 | Str | 900 | 10/29/10 |
| 83 | 04/22/11 | 311074 | Irsik & Doll (also see #12 - E4 Cattle) | N/A | | 59,473.67 | 59,473.67 | 59,473.67 | Branch 24 Inventory | N/A | N/A | 112 | Hfrs | 96,208 | after 10/7 |
| 84 | 04/29/11 | #306784 | Ralph Hoodenpyle | Superior #9405c | | 28,164.70 | 28,164.70 | - | Borgialli Ranch/WY | 10593 | 8/26 | 50 | Hfrs | 21,467 | 10/23/10 |
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #6774 | | 22,830.63 | 22,830.63 | - | M.R. Wilde & Sons/UT | 10293 | 7/10 | 40 | Hfrs | 19,208 | 10/12/10 |
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #6276 | | 20,635.74 | 20,635.74 | - | Flying M. Ranch/CO | 10225 | 7/10 | 40 | Hfrs | 17,376 | 10/14/10 |
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #6817b | | 41,192.04 | 41,192.04 | - | Lazy 8 Land and Livestock/UT | 10282 | 7/10 | 74 | Hfrs | 32,859 | 10/15/10 |
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #7083 | | 21,883.26 | 21,883.26 | - | Alan & Maria Pluhar/MT | 10319 | 7/10 | 44 | Hfrs | 18,860 | 10/21/10 |
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #6818 | | 31,516.26 | 31,516.26 | - | Pugsley Ranch/UT | 10281 | 7/10 | 51 | Hfrs | 26,480 | 10/9/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #6830c | | 7,187.38 | 7,187.38 | - | Bill Gubler/UT | 10297 | 7/10 | 12 | Hfrs | 5,285 | 10/14/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #7045c | | 26,361.76 | 26,361.76 | - | Darlyn Dascher/MT | 10324 | 7/10 | 45 | Hfrs | 22,265 | 10/22/10 |
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #7084 | | 14,864.30 | 14,864.30 | - | Steve Pluhar/MT | 10320 | 7/10 | 26 | Hfrs | 13,280 | 10/21/10 |

Eastern Livestock Co., LLC
Amended Exhibit A

| Ref | Date of receipt | ELC Inv # | Payor/Customer | Intermediary & Lot # | Superior Adversary | Total Paid and Held in Holding Account | $1.6M Early Transfer | Remaining to be Transferred | Cattle Source/ Producer State | Contract # | Contract Date (all 2010) | # Head per Original Invoice | Type (H/S) | Weight | Shipment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #9367 | 28,294.40 | 28,294.40 | 28,294.40 | - | Forbes Ranch/WY | 10590 | 8/26 | 45 | Hfrs | 21,780 | 10/4/10 |
| 84 | 04/29/11 | #306783 | Ralph Hoodenpyle | Superior #9428 | 27,515.70 | 27,515.70 | 27,515.70 | - | Parker Family Ranch/UT | 10599 | 8/26 | 46 | Hfrs | 21,408 | 10/14/10 |
| 84 | 04/29/11 | N/A | Ralph Hoodenpyle-Commission | | | 18,129.94 | 18,129.94 | - | N/A | | | | | | |
| 84 | 04/29/11 | N/A | Contract Settlement | | | 25,000.00 | 25,000.00 | - | N/A | | | | | | |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #9356 | 17,574.93 | 18,798.83 | 1,223.90 | - | Kirby Creek Ranch/WY | 10587 | 8/26 | 31 | Hfrs | 15,395 | 10/23/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #9510c | 21,261.00 | 22,029.38 | 768.38 | - | Ron Springs Ranch/CO | 10620 | 8/26 | 39 | Hfrs | 18,650 | 10/26/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #9450c | 59,553.36 | 63,393.36 | 3,840.00 | - | Morrill Weston & Sons/UT | 10607 | 8/26 | 104 | Hfrs | 49,238 | 11/1/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #9467b | 52,884.00 | 55,614.00 | 2,730.00 | - | Brannan Brothers/CO | 11365 | 8/26 | 92 | Hfrs | 46,800 | 11/3/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #5077b | 38,852.54 | 42,395.85 | 3,543.31 | - | Ross Williams/MT | 1083 | 6/16 | 72 | Hfrs | 34,398 | 10/29/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #6319e | 34,182.21 | 35,134.24 | 952.03 | - | JOD Ranch/CO | 10206 | 7/10 | 60 | Hfrs | 30,223 | 10/26/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #6743c | 18,915.39 | 19,914.51 | 999.12 | - | Cotton Sheenan/WY | 10275 | 7/10 | 39 | Hfrs | 16,167 | 10/29/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #6750 | 57,010.45 | 60,790.45 | 3,780.00 | - | Hoffman & Call/UT | 10296 | 7/10 | 104 | Hfrs | 49,317 | 10/25/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #6767c | 26,286.91 | 28,042.75 | 1,755.84 | - | Eccles Fox Ranch/ID | 10270 | 7/10 | 46 | Hfrs | 23,305 | 10/30/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #6776d | 15,036.50 | 15,854.87 | 818.37 | - | Ivin Basyain Trust & Sons/UT | 10265 | 7/10 | 31 | Hfrs | 12,780 | 10/29/10 |
| 84 | 04/29/11 | #306787 | Ralph Hoodenpyle | Superior #6823d | | | | | Rocking H Ranch/UT | 10301 | 7/10 | 54 | Hfrs | 23,379 | 10/18/10 |
| | | | Ralph Hoodenpyle-Total | | 675,544.35 | | 333,987.06 | - | | | | | | | |
| 85 | 05/03/11 | 307894 | P & R Livestock, Inc. | N/A | | 60,000.00 | | 60,000.00 | Branch 24 Inventory | N/ | N/A | 123 | Strs | 50,140 | 10/28/10 |
| | | 307876 | P & R Livestock | N/A | | pymt plan | | - | Branch 24 Inventory | N/A | N/A | 115 | Strs | 44,085 | 10/23/10 |
| | | 307853 | P & R Livestock | N/A | | pymt plan | | - | Branch 24 Inventory | N/A | N/A | 123 | Strs | 50,030 | 10/21/10 |
| | | 307913 | P & R Livestock | N/A | | pymt plan | | - | Branch 24 Inventory | N/A | N/A | 131 | Strs | 53,550 | 10/29/10 |
| | | 290833 | P & R Livestock | N/A | | pymt plan | | - | Branch 24 Inventory | N/A | N/A | 122 | Strs | 49,805 | 10/2/10 |
| | | 290818 | P & R Livestock | N/A | | pymt plan | | - | Branch 24 Inventory | N/A | N/A | 124 | Strs | 49,830 | 9/30/10 |
| | | 290769 | P & R Livestock | N/A | | pymt plan | | - | Branch 24 Inventory | N/A | N/A | 116 | Strs | 50,615 | 9/24/10 |
| 86 | 05/06/11 | 310551 | Bellar Feed Lots | Superior #5059b | 112,589.32 | 100,000.00 | | - | Bauman Brothers/ SD | 1081 | 6/16 | 197 | Strs | 94,217 | 11/1/10 |
| 87 | 05/09/11 | 307931 | Dean Cluck Feedyard/Dimmitt Feedyard | N/A | | 67,888.32 | 67,888.32 | 67,888.32 | Branch 24 Inventory | N/A | N/A | 57 | Strs | 50,563 | 11/1/10 |
| | | 307930 | Dean Cluck Feedyard/Dimmitt Feedyard | N/A | | - | | - | Branch 24 Inventory | N/A | N/A | 66 | Strs | 50,410 | 11/1/10 |
| 88 | 05/10/11 | 315563 | Pawnee Feed Lot/Winter Livestock | N/A | | 26,141.11 | | 26,141.11 | Branch 28 Inventory | N/A | N/A | 34 | Hfrs | 23,008 | 10/21/10 |
| | | | | | | 8,694,636.56 | 1,603,287.69 | 5,653,200.90 | | | | | | | |

Note: Amounts shown as cash received against an invoice or group of invoices may not be all of the receipts against the respective invoice(s).