UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
      SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

# NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Telephonic Hearing Re: Motion for Relief from Judgment/Order Pursuant to Fed.R.Bankr.P. 9024 regarding 2004 Examination requested by Fifth Third Bank filed by Trevor L. Earl on behalf of Creditor Your Community Bank.

Dial in information will be filed on the docket prior to telephonic hearing tomorrow.

Date:  July 12, 2011
Time: 11:30 AM EDT
Place: Dial−in number to be established by Creditor's Attorney

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   July 11, 2011                    KEVIN P. DEMPSEY, CLERK
                                                    U.S. BANKRUPTCY COURT