## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| | ) | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | |

_____

### NOTICE OF CONFERENCE NUMBER

PLEASE TAKE NOTICE that the following conference number should be used for the

telephonic conference scheduled in Court's Notice of July 11, 2011 (Dkt. 599):

Call in number: 1-888-861-0198

Conference Code: 5026571362

This the 11th day of July, 2011.

/s/ Trevor L. Earl
_____
Trevor L.  Earl
REED WEITKAMP SCHELL & VICE PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Telephone: (502) 589-1000
Facsimile:   (502) 562-2200
tearl@rwsvlaw.com

Counsel for Your Community Bank

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served via the
Court's ECF System on parties of record on this 11th day of July, 2011.

/s/ Trevor L. Earl
_____
Counsel for Your Community Bank