# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 12, 2011 11:30 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## Matter:

Telephonic Hearing Re:   Motion for Relief from Judgment/Order Pursuant to Fed.R.Bankr.P. 9024 regarding 2004 Examination requested by Fifth Third Bank filed by Trevor L. Earl on behalf of Creditor Your Community Bank  [588]

**R / M #:**   0 / 0

## Appearances:

KEVIN TONER, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
TREVOR L. EARL, ATTORNEY FOR YOUR COMMUNITY BANK
MIKE ROYLER - ATTORNEY FOR YOUR COMMUNITY BANK
JOHN W AMES, ATTORNEY FOR PHILLIP TAYLOR REED, RON P. REED, DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DEBORAH CARUSO - ATTORNEY FOR K. PRY IN THE GIBSON CASE

## Proceedings:

Disposition: Telephone Conference held.   Agreed Entry to be submitted.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**