```
                              United States Bankruptcy Court
                              Southern District of Indiana
In re:                                                              Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                          Chapter 11
       Debtor              CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss2               Page 1 of 1                   Date Rcvd: Jul 11, 2011
                              Form ID: SF00200           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2011.
cr            +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb           +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op            +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
               ?Louisville, KY 40202-3157
op            +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
                Topeka, KA 66614-5128
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: asr@btcmlaw.com Jul 11 2011 21:54:08     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 13, 2011**                          **Signature:**   *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA    EIN: NA
Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Telephonic Hearing Re: Motion for Relief from Judgment/Order Pursuant to Fed.R.Bankr.P. 9024 regarding 2004 Examination requested by Fifth Third Bank filed by Trevor L. Earl on behalf of Creditor Your Community Bank.

Dial in information will be filed on the docket prior to telephonic hearing tomorrow.

Date: July 12, 2011
Time: 11:30 AM EDT
Place: Dial−in number to be established by Creditor's Attorney

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   July 11, 2011                                      KEVIN P. DEMPSEY, CLERK
                                                            U.S. BANKRUPTCY COURT