SO ORDERED: July 15, 2011.



*Basil H. Lorch III* (signature)

**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIRST INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CONSULTANT FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *First Interim Application Of Development Specialists, Inc. For Compensation And Reimbursement Of Expenses As Consultant For James A. Knauer, Chapter 11 Trustee* ("Application") (docket #523) filed by James A. Knauer, the chapter 11 trustee appointed in this case, on behalf of Development Specialists, Inc. on June 2, 2011. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1.  Development Specialists, Inc. is allowed interim compensation for consulting fees in the amount of $816,837.00 plus reimbursement for out-of-pocket expenses incurred in the amount of $89,422.48 for the period December 28, 2010 through and including April 30, 2011.

2.  Development Specialists, Inc. is granted all other just and proper relief.

###