# Notice Recipients

District/Off: 0756–4         User: mturner              Date Created: 7/15/2011
Case: 10–93904–BHL–11        Form ID: pdfOrder          Total: 2

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer      jak@kgrlaw.com
aty     James A. Knauer      jak@kgrlaw.com

TOTAL: 2