SO ORDERED: July 15, 2011.



Basil H. Lorch III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIRST INTERIM APPLICATION OF JAMES A. KNAUER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>AS CHAPTER 11 TRUSTEE</u>**

This matter came before the Court on the *First Interim Application Of James A. Knauer For Compensation And Reimbursement Of Expenses As Chapter 11 Trustee* ("<u>Application</u>") (docket #525) filed by James A. Knauer, the chapter 11 trustee appointed in this case ("<u>Trustee</u>"), on June 3, 2011. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. The Trustee is allowed interim compensation for attorneys' fees in the amount of $128,673.00 plus reimbursement for out-of-pocket and website expenses

incurred in the amount of $17,755.65 for the period December 20, 2010 through and including April 30, 2011.

        2.      The Trustee is granted all other just and proper relief.

###