Case 10-93904-BHL-11    Doc 605-1    Filed 07/15/11    EOD 07/15/11 16:33:51    Pg 1 of 1

## Notice Recipients

District/Off: 0756–4         User: mturner              Date Created: 7/15/2011
Case: 10–93904–BHL–11        Form ID: pdfOrder          Total: 2

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer      jak@kgrlaw.com
aty     James A. Knauer      jak@kgrlaw.com

TOTAL: 2