**SO ORDERED: July 15, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE SCHEDULING ORDERS IN CERTAIN CONTESTED MATTERS

This matter is before the Court upon the parties' *Joint Motion To Extend Deadline to File Scheduling Orders in Certain Contested Matters* [Dock. No. 595] ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the deadline by which the Parties[1] must file proposed Scheduling Orders on the contested matters involving Joplin, Piedmont and the Florida Creditors is extended to and including September 1, 2011.

### ###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.