# Notice Recipients

District/Off: 0756–4            User: mturner              Date Created: 7/15/2011
Case: 10–93904–BHL–11           Form ID: pdfOrder          Total: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr  | James A. Knauer         | jak@kgrlaw.com |
| aty | Dustin R. DeNeal        | dustin.deneal@bakerd.com |
| aty | Ivana B. Shallcross     | ibs@gdm.com |
| aty | James A. Knauer         | jak@kgrlaw.com |
| aty | Laura Day DelCotto      | ldelcotto@dlgfirm.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |

TOTAL: 6