**SO ORDERED: July 15, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE TO FILE SCHEDULING ORDER REGARDING CONTESTED MATTER INVOLVING TRUSTEE'S PURCHASE MONEY CLAIMS REPORT AND OBJECTIONS FILED BY SOLM, CRUMPLER BROS., KUEHNY AND THE BANK OF KREMLIN**

This matter is before the Court upon the *Agreed Motion To Extend Deadline to File Scheduling Order Regarding Contested Matters Involving Trustee's Purchase Money Claims Report and Objections Filed By SOLM, Crumpler Bros., Kuehny and The Bank of Kremlin* [Dock. No. 597] ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the deadline by which the Trustee[1] must file a Proposed Scheduling Order to resolve the Objections is extended to and including July 15, 2011.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.