UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC            CASE NO. 10-93904
                                                                                                     CHAPTER 11
       DEBTOR

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

Amelia Martin Adams, being first duly sworn upon her oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| **Courts** | **Dates of Admission (month/year)** |
|---|---|
| U.S. District Court, Eastern District of Kentucky | November 2009 |
| U.S. District Court, Western District of Kentucky | November 2009 |
| U.S. Bankruptcy Court, Eastern District of Kentucky | November 2009 |
| U.S. Bankruptcy Court, Western District of Kentucky | November 2009 |
| Commonwealth of Kentucky | October 2009 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant sayeth not.

/s/ Amelia Martin Adams, Esq.
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
Tel: (859) 231-5800
Fax: (859) 281-1179
aadams@dlgfirm.com

COMMONWEALTH OF KENTUCKY   )
                           )
COUNTY OF FAYETTE          )

The foregoing was acknowledged, subscribed, and sworn to before me by Amelia Martin Adams on July 20, 2011.

My commission expires: 12/15/14

/s/ Beverly Hagar Rawlings
Notary Public, State at Large, KY

Z:\Clients\ELC-Gibson\Eastern Livestock Bkcy IN 10-93904\Pleadings\Pro Hac Vice Affidavit AMA 20110720.doc