UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC            CASE NO. 10-93904
                                                     CHAPTER 11
    DEBTOR

**ORDER GRANTING**
**MOTION TO APPEAR PRO HAC VICE**

A Motion to Appear Pro Hac Vice was filed with the Clerk of Court on July 20, 2011, by Amelia Martin Adams.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###

Z:\Clients\ELC-Gibson\Eastern Livestock Bkcy IN 10-93904\Pleadings\Pro Hac Vice Ord AMA 20110718.doc