IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF SUBMISSION OF
PROPOSED SCHEDULING ORDER REGARDING CONTESTED MATTER
INVOLVING TRUSTEE'S PURCHASE MONEY CLAIMS REPORT AND
OBJECTIONS FILED BY SOLM, CRUMPLER BROS., KUEHNY
AND THE BANK OF KREMLIN**

Counsel for James A. Knauer ("Trustee") and counsel for Stockman Oklahoma Livestock Marketing, Inc. ("SOLM"), Crumpler Bros. ("Crumpler"), Brent Kuehny d/b/a Dollar K Cattle Co. ("Kuehny") and The Bank of Kremlin ("Kremlin" and collectively with the Trustee, SOLM, Crumpler and Kuehny, the "Parties"), pursuant to the *First Order Regarding Trustee's Purchase Money Claims Report* [Dock. No. 587] (the "First Order") entered by the Court on July 1, 2011, submit the following proposed litigation schedule for the Court's consideration and further order.

1. This matter came before the Court on the *Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account* (docket #501) ("Purchase Money Claims Report") filed on May 23, 2011 by the Trustee, the *Response And Objection Of Stockman Oklahoma Livestock Marketing, Inc. To The Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account* [Dock. No. 545] (the "SOLM Objection"), the *Response And Objection Of Crumpler Bros. To The Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account* [Dock. No. 546] (the "Crumpler Objection"),

and the *Response And Objection Of Brent Kuehny d/b/a Dollar K Cattle Co., And The Bank Of Kremlin To The Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account* [Dock. No. 544] (the "Kuehny/Kremlin Objection" and collectively with the SOLM Objection and Crumpler Objection, the "Objections").  The Objections assert, among other things, that SOLM, Crumpler and Kuehny (collectively, the "Constructive Trust Objectors") are the legal owners of certain proceeds arising from Eastern Livestock Co., LLC's sale of cattle because applicable state law subjects such proceeds to a constructive trust for the benefit of the Constructive Trust Objectors (the "Constructive Trust Issue").  The Kuehny/Kremlin Objection also asserts that certain cattle and proceeds from cattle sales by Eastern Livestock Co., LLC ("Debtor") are subject to the perfected first position security interest created by Kuehny in favor of Kremlin (the "Kremlin Issue").

        2.        The Trustee filed his *Reply To Objections To Purchase Money Claims Report* [Dock. No. 564] ("Reply") on June 23, 2011.  The Reply asserts, among other things, that the constructive trust argument asserted by the Constructive Trust Objectors fails as a matter of law.

        3.        The First Order provided that "[c]ounsel for the Trustee and counsel for each of Joplin Regional Stockyards, Stockman Oklahoma Livestock Marketing, Inc., Piedmont Livestock, Inc., and the creditors listed in Docket No. 556, shall file proposed scheduling orders on or before July 8, 2011 for proposed proceedings to resolve the objections raised by those Objectors."  (First Order ¶ 4.)  The Parties submit this proposed scheduling order pursuant to the First Order to set forth proceedings to resolve the contested matter involving the Objections (the "Contested Matter") and asks that the Court enter an order approving the following schedule:

A. <u>Legal Memoranda on Kremlin Issue</u>.  On or before September 30, 2011, the Trustee and any interested party may file a memorandum in opposition to the Kuehny/Kremlin Objection's argument with respect to the Kremlin Issue (the "<u>Kremlin Issue Memorandum</u>").  Any reply to the Kremlin Issue Memorandum must be filed on or before October 14, 2011.

B. <u>Oral Argument on Kremlin Issue</u>.  The Court shall hear arguments on the Kremlin Issue at the omnibus hearing scheduled for October, 2011.

C. <u>Court's Decision Binding</u>.  The Court's decision on the Kremlin Issue shall bind, in addition to Kuehny, The Bank of Kremlin, and the Trustee, only those parties who file a written opposition or support of the Kuehny/Kremlin Objection or who assert an interest in specific assets that are the subject of the Kuehny/Kremlin Objection.  The Court's decision shall bind the parties only as to the matters set forth in the Kuehny/Kremlin Objection.

D. <u>Legal Memoranda on Dispositive Issue</u>.  On or before September 30, 2011, the Constructive Trust Objectors, either individually or collectively, shall file, in addition to any "Supplemental Objection" that may be filed pursuant to the First Order, a memorandum (an "<u>Objector's Dispositive Issue Memorandum</u>") that asserts with specificity the legal basis and pertinent facts for the Constructive Trust Objector's position on "whether applicable state law can operate to impose a constructive trust over proceeds of the Debtor's sale of cattle absent a prepetition judicial determination impressing such a constructive trust over Debtor's assets" (the "<u>Dispositive Issue</u>").  Any response to an Objector's Dispositive Issue Memorandum shall be filed on or before October 14, 2011.

BDDB01 6761072v5

E. <u>Oral Argument on Dispositive Issue</u>. The Court shall hear arguments on the Dispositive Issue at the Omnibus hearing scheduled for October, 2011.

F. <u>Court's Decision Binding</u>. The Court's decision on the Dispositive Issue shall be binding on, in addition to the Constructive Trust Objectors and the Trustee, only those parties who file a written response to an Objector's Dispositive Issue Memorandum or who assert an interest in specific assets that are the subject of the claims of the Constructive Trust Objectors.. The Court's decision shall bind the parties only as to the Dispositive Issue.

G. <u>Further Proceedings on the Constructive Trust Issue</u>. Should the Court's decision find for the Constructive Trust Objectors on the Dispositive Issue (i.e., that the Constructive Trust Objectors may be entitled to the imposition of a constructive trust), the parties shall submit a further scheduling order within fourteen (14) days of the entry of the Court's order on the Dispositive Issue that contemplates deadlines for factual discovery and further evidentiary hearings on the Constructive Trust Objectors' claims to specific cattle sales proceeds.

H. <u>No Transfer of Cattle Sales Proceeds</u>. The Trustee shall not transfer any of the Cattle Sales Proceeds (as that term is defined in the Purchase Money Claims Report) that are the subject of the Objections without further order of the Court. However, nothing herein shall preclude the Trustee from transferring to his general operating account any Cattle Sales Proceeds that are not the subject of the Objections.

WHEREFORE, the Parties respectfully request that the Court enter an order in the form of attached Exhibit A approving the foregoing schedule with respect to the Contested Matter and grant the Parties all other appropriate relief.

AGREED TO AND SUBMITTED BY:

| BAKER & DANIELS LLP | MCAFEE & TAFT, P.C. |
|---|---|
| /s/ *Dustin R. DeNeal* | */s/ Ross A. Plourde* |
| James M. Carr (#3128-49) | Ross A. Plourde, OBA # 7213 |
| Robert K. Stanley (#1745-49) | 10th Floor, Two Leadership Square |
| Terry E. Hall (#22041-49) | 211 N. Robinson |
| Dustin R. DeNeal (#27535-49) | Oklahoma City, OK 73102 |
| 300 N. Meridian Street, Suite 2700 | Telephone: (405) 235-9621 |
| Indianapolis, IN 46204-1782 | Facsimile: (405) 235-9621 |
| Telephone: (317) 237-0300 | ross.plourde@mcafeetaft.com |
| Facsimile: (317) 237-1000 | |
| jim.carr@bakerd.com | *Attorneys for Stockman Oklahoma Livestock* |
| robert.stanley@bakerd.com | *Marketing, Inc., Crumpler Bros. and Brent* |
| terry.hall@bakerd.com | *Kuehny d/b/a Dollar K. Cattle Co.* |
| dustin.deneal@bakerd.com | |
| | |
| *Attorneys for James A. Knauer, Chapter 11 Trustee* | |
| | ELLIOT, ENABNIT, SHOVANEC & KELLY, P.L.L.C. |
| | */s/ Cliff Elliott* |
| | Cliff Elliott, OBA # 02678 |
| | 114 East Broadway, Suite 500 |
| | P.O. Box 5589 |
| | Enid, OK 73702-5589 |
| | Telephone: (580) 234-9300 |
| | Facsimile: (580) 233-1177 |
| | elliot@enidtitlelaw.com |
| | |
| | *Attorney for The Bank of Kremlin* |

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 21, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
jwa@gdm.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

Christopher E. Baker
cbaker@hklawfirm.com

David A. Laird
david.laird@moyewhite.com

Jeffrey J. Graham
jgraham@taftlaw.com

C. R. Bowles, Jr
crb@gdm.com

Jeffrey R. Erler
jeffe@bellnunnally.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ibs@gdm.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Robert H. Foree
robertforee@bellsouth.net

William E Smith
wsmith@k-glaw.com

James Edwin McGhee
mcghee@derbycitylaw.com

Christopher E. Baker
cbaker@hklawfirm.com

Trevor L. Earl
tearl@rwsvlaw.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Susan K. Roberts
skr@stuartlaw.com

Thomas C Scherer
tscherer@binghammchale.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

| | |
|---|---|
| Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>jnstine@vorys.com |

    I further certify that on July 21, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

| | |
|---|---|
| Ashley S. Rusher<br>asr@blancolaw.com | Amelia Martin Adams<br>aadams@dlgfirm.com |

                                 /s/  Dustin R. DeNeal

BDDB01 6761072v5