UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  CASE NO. 10-93904-BHL-11

EASTERN LIVESTOCK CO., LLC

### NOTICE OF SALE OF REAL ESTATE

Comes now the creditor, Republic Bank and Trust Company, by counsel, and notifies the court that the real estate of the debtor located at 135 West Market Street in New Albany, Floyd County, Indiana was sold at Sheriff's sale on July 21, 2011 for the sum of $480,240.00. The deficiency balance remaining after the sale of the real estate is $220,923.74.

/s/Allen L. Morris
Allen L. Morris
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
COUNSEL FOR CREDITOR

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2011, a copy of the foregoing NOTICE OF SALE OF REAL ESTATE was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee – Charles R. Wharton
charles.r.wharton@usdoj.gov

C.R. Bowles
crb@gdm.com

Ivana B. Shallcross
ibs@gdm.com

John W. Ames
jwa@gdm.com

Edward M. King
tking@fbtlaw.com

John R. Carr III
jrciii@acs-law.com

Jeremy S. Rogers
jeremy.rogers@dinslaw.com

R9565:9647:73010:1:JEFFERSONVILLE

| | |
|---|---|
| Randall D. LaTour<br>rdlatour@vorys.com | Bret S. Clement<br>bclement@acs-law.com |
| Eastern Livestock Co., LLC<br>contact@easternlivestock.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Elizabeth M. Lynch<br>elynch@dsi.biz | Richard A. Schwartz<br>ecfmailschwartz@gmail.com |
| Southeast Livestock Exchange LLC<br>selex@bellsouth.net | James A. Knauer<br>jak@kgrlaw.com |
| David L. Rings<br>bonairfarms@yahoo.com | Jeffrey T. Wegner<br>Jeffrey.wegner@kutakrock.com |
| John O' Brien<br>jobrien@swlaw.com | Jessica E. Yates<br>jyates@swlaw.com |
| David L. Abt<br>davidabt@mwt.net | John H. Lovell<br>john@lovell-law.net |
| Courtney D. Miller<br>Courtney@lovell-law.net | Mark A. Rondeau<br>mrondeau@wcrf.com |
| Deborah J. Caruso<br>dcaruso@daleeke.com | Nolan M. Johnson<br>njohnson@bassberry.com |
| Jared M. LeFevre<br>jlefevre@crowleyfleck.com | Meredith R. Thomas<br>mthomas@daleeke.com |
| John Massouh<br>john.massouh@sprouselaw.com | Robert H. Foree<br>robertforee@bellsouth.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | David LeBas<br>dlebas@namanhowell.com<br>koswald@namanhowell.com |
| Judy Hamilton Morse<br>judy.morse@crowedunlevy.com<br>ecf@crowedunlevy.com<br>donna.hinkle@crowedunlevy.com<br>karol.brown@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com<br>judy.moore@crowedunlevy.com<br>donna.hinkle@crowedunlevy.com |

-3-

| | |
|---|---|
| Laura Day DelCotto<br>ldelcotto@dlgfirm.com | James B. Johnston<br>bjtexas59@hotmail.com<br>bryan@ebs-law.net |
| Kelly Greene McConnell<br>lisahughes@givenspursley.com | Robert K. Stanley<br>robert.stanley@bakerd.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | |
| T. Kent Barber<br>kbarber@dlgfirm.com<br>dlgecf@dlgfirm.com<br>dlgecfs@gmail.com | David A. Domina |
| Terry E. Hall<br>terry.hall@bakerd.com | John Huffaker<br>joh.huffaker@sprouselaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com<br>cdfricke@vorys.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Matthew J. Ochs<br>matt.ochs@moyewhite.com<br>kim.maynes@moyewhite.com | James T. Young<br>james@rubin-levin.net<br>marie@rubin-levin.net<br>atty_jty@trusteesolutions.com<br>kim@rubin-levin.net |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | Todd J. Johnson |
| Timothy T. Pridmore | Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Lisa Koch Bryant | Elliott D. Levin<br>edl@rubin-levin.net |
| John M. Rogers<br>johnr@rubin-levin.net | Wendy W. Ponader<br>wendy.ponader@bakerd.com |
| | Robert Hughes Foree<br>robertforee@bellsouth.net |

| | |
|---|---|
| Sarah S. Fanzini | Michael W. McClain<br>mike@kentuckytrial.com |
| William E. Smith III<br>wsmith@k-glaw.com | Susan K. Roberts |
| Ashley S. Rusher<br>asr@blancolaw.com | John W. Ames<br>Greenbaum Doll & McDonald |
| Thomas C. Scherer<br>tscherer@binghammchale.com | Christopher E. Baker<br>cbaker@hklawfirm.com |
| Trevor L. Earl<br>tearl@rwsvlaw.com | Amelia Martin Adams |

I further certify that on July 21, 2011, a copy of the foregoing NOTICE OF SALE OF REAL ESTATE was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

David A. Domina
Domina Law Group PC LLO
2425 South 144th Street
Omaha, NE  68144

Eastern Livestock Co., LLC
135 West Market Street
New Albany, IN  47150

National Cattlemen's Beef
Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KS  66610

                                          /s/Allen L. Morris
                                          Allen L. Morris