UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion to Appear Pro Hac Vice, which was filed on July 20, 2011, is deficient in the following respect(s):

Per Local Rule 9010−2 the Motion must be filed by the attorney seeking admission.

The above−cited deficiencies must be corrected by August 4, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   July 21, 2011                           KEVIN P. DEMPSEY, CLERK
                                                        U.S. BANKRUPTCY COURT