UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC               CASE NO. 10-93904
                                         CHAPTER 11
    DEBTOR

## AMENDED MOTION TO APPEAR PRO HAC VICE

Amelia Martin Adams of DelCotto Law Group PLLC moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Bluegrass Stockyards, LLC; Bluegrass South Livestock Market, LLC; Bluegrass Stockyards East, LLC; Bluegrass Stockyards of Campbellsville, LLC; Bluegrass Stockyards of Richmond, LLC; and Bluegrass-Maysville Stockyards, LLC (collectively referred to herein as "the Bluegrass Companies"); and on behalf of East Tennessee Livestock Center, Inc.; Moseley Cattle Auction, LLC; Piedmont Livestock Company, Inc.; Southeast Livestock Exchange, LLC; and Alton Darnell in the above-styled cause and any adversaries arising therefrom. In support of this motion, the applicant states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| **Courts** | **Dates of Admission (month/year)** |
|---|---|
| U.S. District Court, Eastern District of Kentucky | November 2009 |
| U.S. Bankruptcy Court, Eastern District of Kentucky | November 2009 |
| U.S. District Court, Western District of Kentucky | November 2009 |

| | |
|---|---|
| U.S. Bankruptcy Court, Western District of Kentucky | November 2009 |
| Commonwealth of Kentucky | October 2009 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by the S.D. Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of the above-styled cause and any adversaries arising therefrom.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Amelia Martin Adams, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
aadams@dlgfirm.com
COUNSEL FOR THE BLUEGRASS COMPANIES; EAST TENNESSEE LIVESTOCK CENTER, INC; MOSELEY CATTLE AUCTION, LLC; PIEDMONT LIVESTOCK COMPANY, INC.; SOUTHEAST LIVESTOCK EXCHANGE, LLC; AND ALTON DARNELL

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2011, a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt.
davidabt@mwt.net

John W. Ames
jwa@gdm.com
shm@gdm.com
tlm@gdm.com
rtowbridge@kslaw.com

Jerald I. Ancel
Jeffrey J. Graham
jancel@taftlaw.com
jgraham@taftlaw.com
krussell@taftlaw.com
ecfclerk@taftlaw.com

Christopher E. Baker
cbaker@hklawfirm.com

T. Kent Barber
kbarber@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

C. R. Bowles, Jr.
crb@gdm.com
shm@gdm.com

Lisa Koch Bryant
courtmail@fbhlaw.com

James M. Carr
james.carr@bakerd.com
patricia.moffit@bakerd.com

John R. Carr, III
jrciii@acs-law.com
sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com
lharves@daleeke.com
mthomas@daleeke.com

Bret S. Clement
bclement@acs-law.com
sfinnerty@acs-law.com

Kirk Crutcher
kcrutcher@mcs-law.com
jparson@mcs-law.com
cmarshall@mcs-law.com

Laura Day DelCotto
ldelcotto@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

Dustin R. DeNeal
Dustin.deneal@bakerd.com
Patricia.moffit@bakerd.com

David Alan Domina
dad@dominalaw.com
KKW@dominalaw.com
efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com
knorwich@ficlaw.com

Jesse Cook-Dubin
jcookdubin@vorys.com
vdarmstrong@vorys.com

Trevor L. Earl
tearl@rwsvlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com
smattingly@dsf-atty.com

Terry E. Hall
terry.hall@bakerd.com
sharon.korn@bakerd.com
sarah.herendeem@bakerd.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com
lynn.acton@sprouselaw.com
rhonda.rogers@sprouselaw.com

James Bryan Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Edward M. King
tking@fbtlaw.com
dgioffe@fbtlaw.com

James A. Knauer
jak@kgrlaw.com
hns@kgrlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
rdlatour@vorys.com
khedwards@vorys.com

David L. LeBas
dlebas@namanhowell.com
koswald@namanhowell.com

Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com
atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com
lisa.geeding@dinslaw.com
patrick.burns@dinslaw.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net
sabrina@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com

William Robert Meyer, II
rmeyer@stites.com

James E. McGhee, III
mcghee@derbycitylaw.com

Allen Morris
amorris@stites.com
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@crowedunlevy.com
karol.brown@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com
erin.clogston@mcafeetaft.com

Wendy W. Ponader
Wendy.ponader@bakerd.com
Sarah.henderson@bakerd.com

Timothy T. Pridmore
tpridmore@mcjllp.com
lskibell@mcjllp.com

Susan K. Roberts
skr@stuartlaw.com
lbt@stuartlaw.com

Mark A. Robinson
mrobinson@vhrlaw.com
dalbers@vhrlaw.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com
Joyce.jenkins@dinslaw.com

John M. Rogers
johnr@rubin-levin.net
susan@rubin-levin.net

Ashley S. Rusher, Esq.
asr@blancolaw.com

Ivana B. Shallcross
ibs@gdm.com

Thomas C. Scherer, Esq.
tscherer@binghammchale.com

William E. Smith, III
wsmith@k-glaw.com

Robert K. Stanley
Robert.stanley@bakerd.com

Meredith R. Thomas
mthomas@daleeke.com
kmark@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com
jody.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com

Jessica E. Yates
jyates@swlaw.com
edufficy@swlaw.com

James T. Young
james@rubin-levin.net
ATTY_JTY@trusteesolutions.com
kim@rubin-levin.com
lemerson@rubin-levin.com

I further certify that on July 22, 2011, a copy of the foregoing Motion for Pro Hac Vice was mailed by first-class U.S. mail, postage prepaid and properly addressed, to the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th Street
Topeka, KS 66610

/s/ Amelia Martin Adams, Esq.
COUNSEL FOR THE BLUEGRASS COMPANIES; EAST TENNESSEE LIVESTOCK CENTER, INC; MOSELEY CATTLE AUCTION, LLC; PIEDMONT LIVESTOCK COMPANY, INC.; SOUTHEAST LIVESTOCK EXCHANGE, LLC; AND ALTON DARNELL

Z:\Clients\ELC-Gibson\Eastern Livestock Bkcy IN 10-93904\Pleadings\Pro Hac Vice Mot AMA AMENDED 20110722.doc