UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10-93904-BHL-ll |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### MOTION TO QUASH ORDER GRANTING MOTION FOR 2004 EXAMINATION UPON THE UNITED STATES DEPARTMENT OF AGRICULTURE, GRAIN INSPECTION, PACKERS & STOCKYARDS

United States Department of Agriculture, Grain Inspection, Packers & Stockyards (USDA or GIPSA), by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana and Jill Z. Julian, Assistant United States Attorney, respectfully moves to quash the Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards entered by this Court on July 8, 2011. Dkt 594.

In support of this motion the USDA submits its separate and supporting brief.

JOSEPH H. HOGSETT
United States Attorney

By:   s/ *Jill Z. Julian*

Jill Z. Julian
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: Jill.Julian@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, a copy of the foregoing **MOTION TO QUASH ORDER GRANTING MOTION FOR 2004 EXAMINATION UPON THE UNITED STATES DEPARTMENT OF AGRICULTURE, GRAIN INSPECTION, PACKERS & STOCKYARDS** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

C.R. Bowles, Jr.
crb@gdm.com

Ivana B. Shallcross
ibs@gdm.com

James W. Ames
jwa@gdm.com

Laura Day DelCotto
ldelcotto@dlgfirm.com

Elliott D. Levin
edl@rubin-levin.net

James M. Carr
james.carr@bakerd.com

John David Hoover
jdhoover@hooverhull.com

Robert K. Stanley
robert.stanley@bakerd.com

Sean T. White
swhite@hooverhull.com

Terry E. Hall
terry.hall@bakerd.com

Wendy W. Ponader
wendy.ponader@bakerd.com

John M. Rogers
johnr@rubin-levin.net

David L. Abt
davidabt@mwt.net

Dustin R. DeNeal
dustin.deneal@bakerd.com

James A. Knauer
jak@kgrlaw.com

I further certify that on July 22, 2011, a copy of the foregoing will be served by first class mail to

the following party:

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

s/ Jill Z. Julian

Jill Z. Julian
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333