## Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 7/25/2011
Case: 10–93904–BHL–11     Form ID: SF00075     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Daniel J. Donnellon     ddonnellon@ficlaw.com

TOTAL: 1