UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
121 W Spring St Rm 110  
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
    Eastern Livestock Co., LLC  
    SSN: NA        EIN: NA  
    Debtor(s)

Case Number:  
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion to Quash, which was filed on July 22, 2011, is deficient in the following respect(s):

Electronic signature not in correct format per Administrative Procedures Manual, available at www.insb.uscourts.gov/WebForms/CMecf/ecfadmin.pdf.

The above−cited deficiencies must be corrected by August 8, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:   July 25, 2011                      KEVIN P. DEMPSEY, CLERK  
                                                U.S. BANKRUPTCY COURT