**SO ORDERED: July 25, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

SGENERIC (rev 11/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
  Eastern Livestock Co., LLC
    SSN: NA        EIN: NA
  Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on July 20, 2011, by Laura Day DelCotto.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###