SO ORDERED: July 26, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SRESVAC (rev 09/2009)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Order on Motion to Appear Pro Hac Vice was entered in error on July 25, 2011.

   IT IS THEREFORE ORDERED that the Order on Motion to Appear Pro Hac Vice is VACATED.

###