UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10-93904-BHL-ll |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF A P P E A R A N C E**

Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, by Jeffrey L. Hunter, Assistant United States Attorney for the Southern District of Indiana, hereby files his appearance as counsel in this action on behalf of the following:

1. Name of the party responding:

   United States Department of Agriculture.

2. The following undersigned counsel enters his appearance on behalf of the United States of America, Grain Inspection, Packers & Stockyards.

| | |
|---|---|
| Name: | Joseph H. Hogsett, United States Attorney |
| By: | Jeffrey L. Hunter, Assistant United States Attorney |
| Address: | Office of the United States Attorney |
| | Southern District of Indiana |
| | 10 West Market, Suite 2100 |
| | Indianapolis, Indiana 46204 |
| Phone: | 317-226-6333 |
| Fax: | 317-226-5027 |
| E-mail Address: | jeff.hunter@usdoj.gov |

3.	The United States of America, Department of Agriculture, Grain Inspection, Packers & Stockyards, will not accept service by fax.

          Respectfully submitted,

          JOSEPH H. HOGSETT
          United States Attorney


    By:  /s/ Jeffrey L. Hunter
       Jeffrey L. Hunter
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2011, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Ann M. DeLaney
ecfdelaney@trustee.13.com

Amelia M. Adams
aadams@dlgfirm.com

Jerald I. Ancel
jancel@taftlaw.com

T. Kent Barber
kbarber@dlgfirm.com

Kent A. Britt
kabritt@vorys.com

James M. Carr
james.carr@bakerd.com

Deborah Caruso
dcaruso@daleeke.com

Kirk Crutcher
krutcher@mcs-law.com

David A. Domina
dad@dominalaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Stephen P. Taylor
ecfdocket@gmail.com

David L. Abt
davidabt@mwt.net

John W. Ames
jwa@gdm.com

Christopher E. Baker
cbaker@hklawfirm.com

C. R. Bowles, Jr.
crb@gdm.com

Lisa K. Bryant
courtmail@fbhlaw.net

John R. Carr, III
jrciii@acs-law.com

Jesse Cook-Dubin
jcookdubin@cohenkinne.com

Laura Day DelCotto
ldelcotto@dlgfirm.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Jeffrey R. Erler
jeffe@bellnunnally.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Terry E. Hall
terry.hall@bakerd.com

John Huffaker
john.huffaker@sprouselaw.com

Todd J. Johnston
tjohnston@mcjllp.com

James A. Knauer
jak@kgrlaw.com

Randall D. LaTour
rdlatour@vorys.com

David L. LeBas
dlebas@namanhowell.com

Kim Martin Lewis
kim.lewis@dinslaw.com

John Hunt Lovell
john@lovell-law.net

Michael W. McClain
mike@kentuckytrial.com

James E. McGhee, III
mcghee@derbycitylaw.com

Allen Morris
amorris@stites.com

Walter S. Newbern, III
wsnewbern@msn.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Mark A. Robinson

Jeffrey J. Graham
jgraham@taftlaw.com

John D. Hoover
jdhoover@hooverhull.com

James B. Johnston
bjtexas59@hotmail.com

Edward M. King
tking@fbtlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

David A. Laird
david.laird@moyewhite.com

Elliott D. Levin
robin@rubin-levin.net

Karen L. Lobring
lobring@msn.com

John F. Massouh
john.massouh@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

William R. Meyer, II
rmeyer@stites.com

Judy H. Morse
judy.morse@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

Wendy W. Ponader
wendy.ponader@bakerd.com

Susan K. Roberts
skr@stuartlaw.com

Jeremy S. Rogers

| | |
|---|---|
| mrobinson@vhrlaw.com | jeremy.rogers@dinslaw.com |
| Ashley S. Rusher<br>asr@blancolaw.com | Thomas C. Scherer<br>tscherer@binhammchale.com |
| Ivana B. Shallcross<br>ibs@gdm.com | William E. Smith, III<br>wsmith@k-glaw.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | Joshua N. Stine<br>jnstine@vorys.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | Charles R. Wharton<br>charles.r.wharton@usdoj.gov |
| Sean T. White<br>swhite@hoverhull.com | Jessica E. Yates<br>jyates@swlaw.com |
| James T. Young<br>james@rubin-levin.net | |

/s/ Jeffrey L. Hunter
Jeffrey L. Hunter
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana  46204
Telephone:  317-226-6333