## U.S. Trustee Basic Monthly Operating Report

Case Name: Eastern Livestock Co., LLC  
Date Filed: July 22, 2011

Case Number: 10-93904, Southern District of Indiana  
SIC Code: 5154

Month (or portion) covered by this report: June, 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

7/20/11  
DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC  
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? |  | ✓ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? |  | ✓ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? |  | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? |  | ✓ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ |  |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ |  |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ |  |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ |  |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? |  | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? |  | ✓ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? |  | ✓ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? |  | ✓ |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC   **Date Filed:** July 22, 2011

**Case Number:** 10-93904, Southern District of Indiana   **SIC Code:** 5154

**Month (or portion) covered by this report:** June, 2011

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ YES   ✓ NO

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $210,687

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** $114,382

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** $96,305

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | July 22, 2011 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |

**Month (or portion) covered by this report:** June, 2011

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $23,757,711

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 5 |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $218,272 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $290,000 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $2,573,895 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 290,000 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $2,573,895 |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC     **Date Filed:** July 22, 2011

**Case Number:** 10-93904, Southern District of Indiana     **SIC Code:** 5154

**Month (or portion) covered by this report:** June, 2011

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## ------- NOT APPLICABLE -------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
June, 2011 Monthly Operating Report
For the Period June 1, 2011 - June 30, 2011
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 6/3/11 | Checking | DEP | Ceridian Cobra Services | Reimburse Cobra coverage | Insurance | 2,730.60 |
| 6/8/11 | Checking | DEP | Abilene Texas Foods | | | 3,010.42 |
| 6/8/11 | Checking | DEP | Flint Hills Electric Coop. Assn. | Dividend | | 49.36 |
| 6/30/11 | Checking | DEP | Ceridian Cobra Services | Reimburse Cobra coverage | | 2,730.60 |
| 6/30/11 | Checking | DEP | Well Point, Inc. | Dividend | | 125.00 |
| | Sub-Total; Receipts - Checking | | | | | 8,645.98 |
| 6/3/11 | Escrow | DEP | P & R Livestock, Inc. | payment plan | | 60,000.00 |
| 6/8/11 | Escrow | DEP | Superior Livestock Auction | | | 19,931.31 |
| 6/8/11 | Escrow | DEP | Bryan A. and Heather Gorder | | | 1,531.99 |
| 6/8/11 | Escrow | DEP | Kirkland Feedyard, Inc. | E-4 Cattle | | 29,571.86 |
| 6/8/11 | Escrow | DEP | Kirkland AG Credit, Inc. | E-4 Cattle | | 3,065.64 |
| 6/8/11 | Escrow | DEP | Kirkland AG Credit, Inc. | E-4 Cattle | | 16,891.90 |
| 6/8/11 | Escrow | DEP | Kirkland AG Credit, Inc. | E-4 Cattle | | 12,302.06 |
| 6/8/11 | Escrow | DEP | Mamot Feedlots Partnership | Ed Edens | | 21,663.95 |
| 6/8/11 | Escrow | DEP | Hollis Commission, Inc. | HHH Cattle/Anderson Farms | | 25,747.93 |
| 6/14/11 | Escrow | DEP | Kirkland AG Credit, Inc. | E-4 Cattle | return of check deposited 6/8; reissued/adjusted | (16,891.90) |
| 6/30/11 | Escrow | DEP | Columbus Sales Pavillion, Inc. | | | 2,108.54 |
| 6/30/11 | Escrow | DEP | Kirkland AG Credit | Triangele Calf Growers | adjusted check reissued | 11,891.90 |
| 6/30/11 | Escrow | DEP | Mamot Feedlots Partnership | Ed Edens | | 11,214.10 |
| 6/30/11 | Escrow | DEP | 3H Cattle Company | | | 3,011.60 |
| | Sub-Total; Receipts - Escrow | | | | | 202,040.88 |
| | **Total Cash Receipts** | | | | | 210,686.86 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
June, 2011 Monthly Operating Report
For the Period June 1, 2011 - June 30, 2011
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 6/2/11 | Checking | 1098 | Humana Insurance Co. | | Employee Benefits | (5,501.98) |
| 6/2/11 | Checking | 1099 | KCL Group Benefits | | Employee Benefits | (281.70) |
| 6/2/11 | Checking | 1100 | ISU Insurance Services - Mayfield Agency | | Trustee Bond | (10,000.00) |
| 6/2/11 | Checking | 1101 | Viewtrak Technologies, Inc. | | Information Techology | (975.00) |
| 6/2/11 | Checking | 1102 | Teena Moore | | Office Expense | (550.00) |
| 6/2/11 | Checking | 1103 | VOID | | | - |
| 6/2/11 | Checking | 1104 | Brantley Security Services | final; accrued expenses; reconciled | Security | (4,332.86) |
| 6/2/11 | Checking | 1105 | New Albany Municipal Services | | Utilities | (37.14) |
| 6/3/11 | Checking | Debit | ADP | | Payroll Fees | (139.55) |
| 6/10/11 | Checking | 1106 | Mountain Valley | | Water | (17.90) |
| 6/10/11 | Checking | 1107 | VOID | | | - |
| 6/10/11 | Checking | 1108 | VOID | | | - |
| 6/10/11 | Checking | 1109 | VOID | | | - |
| 6/10/11 | Checking | 1110 | BMC Group | | Prof. Fees - Claims Agent | (7,291.68) |
| 6/10/11 | Checking | 1111 | Variable Investment Advisors | | Brokerage Fees | (402.00) |
| 6/10/11 | Checking | W/T | ADP | | Payroll Expense | (9,675.04) |
| 6/10/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (25.00) |
| 6/17/11 | Checking | Debit | Greenebaum Doll McDonlad | Court Ordered for Petitioning Creditors | Professional Fees | (62,902.46) |
| 6/17/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (25.00) |
| 6/24/11 | Checking | Debit | ADP | | Payroll Expense | (11,998.13) |
| 6/24/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (30.00) |
| 6/24/11 | Checking | Debit | ADP | | Payroll Fees | (183.95) |
| | Sub-Total; Disbursements - Checking | | | | | (114,369.39) |
| | | | | | | |
| 6/14/11 | Escrow | Debit | Returned Item Fee | | Office Expense | (12.00) |
| | Sub-Total; Disbursements - Escrow | | | | | (12.00) |
| | | | | | | |
| | **Total Cash Disbursements** | | | | | (114,381.39) |
| | | | | | | |
| | **Cash Flow - Positive/(Negative)** | | | | | 96,305.47 |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904,**
**Southern District of Indiana**
**Monthly Operating Report for June, 2011**
**June 1, 2011 – June 30, 2011**
**Comments/Disclaimer**

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of June, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| Name | Amount |
|---|---:|
| .J T NUCKOLS | $ 355,605 |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| Andy Lolly | 36,086 |
| ARROWHEAD CATTLE CO | 216,170 |
| ATKINSON LIVESTOCK MARK | 1,689,919 |
| ATKINSON LIVESTOCK MKT. | 887,961 |
| BEEF MARKETING GROUP CO | 633,210 |
| BELLAR FEEDLOTS, INC. | - |
| Ben Delworth | 1,913 |
| BEN RHODES | 42,104 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 293,066 |
| BILL COURTER | 164,321 |
| BILL EBERLE | 273,202 |
| BLUE GRASS SOUTH | 4,556 |
| BLUE GRASS STOCKYARDS C | - |
| BOB FOOTE | 1,009,826 |
| BRANDON MAGGARD | 21,440 |
| BRYAN GORDER | - |
| BUD HEINE | 170,066 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 433,843 |
| CACTUS FEEDERS, INC. | 725,923 |
| CATTLCO | 107,362 |
| CATTLE EMPIRE | - |
| CHAD BAKER | 56,200 |
| Chad Houck | 23,526 |
| CIMARRON FEEDERS, INC. | 270,246 |
| CIRCLE 3 FEEDYARD | 49,430 |
| COLTON DOWNEY | 471 |
| COREY KAY | 133,575 |
| CPC LIVESTOCK | 10,470 |
| Dave Wingo | 53,321 |
| DAVID PETERSON | 112,906 |
| DeMaio Farm | 170,519 |
| DEMAIO FARM & RANCH | 59,836 |
| DENNIS SPRESSOR | 94,836 |

Page 1 of 4

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of June, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| Customer | Amount |
|---|---:|
| DIAMOND CATTLE FEEDERS | 8,442 |
| DIMMITT FEEDYARD, L.L.C | - |
| DON STALLLAUMER | 10,045 |
| DR DANIELS III | 34,373 |
| Dr. James Boyer | 7,548 |
| DS FARMS | 8,360 |
| Dudley Waldrop | 6,667 |
| DUSTY SPRESSOR | 23,968 |
| DWAYNE LOY | 15,164 |
| E 4 CATTLE CO | 46,652 |
| E4 Cattle Co. | 115,829 |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 2,353,516 |
| ERIC DOLL | 7,143 |
| FAITH CATTLE CO. | 123,480 |
| FIVE RIVERS CATTLE FEED | 1,428,423 |
| FIVE RIVERS CATTLE FEED (KUNNER) | 327,015 |
| FRANCIS J. MADISON | 60,087 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 1,107,053 |
| FRONTERA FEEDYARD | 51,066 |
| FRONTIER FEEDERS | 302,966 |
| GANADO, INC | 228,027 |
| GARY LAIB | 104,917 |
| GARY SEALS | 199,756 |
| GLENN FRANKLIN | 125,602 |
| Glover Farms | 414,614 |
| HARRY SHELTON | 2,363 |
| HENRY C HITCH FEEDLOT,I | 8,747 |
| HERITAGE FEEDERS | 126,414 |
| HOHENBERGER CATTLE | 502,357 |
| J & S FEEDLOTS INC. | 59,613 |
| J Bar H Cattle | 83,807 |
| JACOB LARSON | 14,548 |
| Jake Johns | 900 |
| JAMES ED EDENS & LEE ED | 57,274 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEREMY COFFEY | 6,531 |
| JF CATTLE | 153,318 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of June, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| Name | Amount |
|---|---:|
| JIM ROY WELLS CATTLE | 1,513 |
| JVCO, LLC | 62,765 |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 524,001 |
| KEVIN SMITH | 156,315 |
| KIRKLAND FEEDYARDS INC. | 44,222 |
| LARRY OGLE | 64,890 |
| LEN MILLER | 421 |
| LEROY SAYLOR | 137,026 |
| MAMOT FEEDYARD TK. INC. | - |
| MARK FREEMAN | 101,610 |
| MARK FREEMAN | 58,496 |
| MARK FREEMAN IV | 104,913 |
| MATT JUNNEMAN | 44,922 |
| MATTHEW CATES | 153,150 |
| MELVIN MOTT | 40,062 |
| MID-AMERICA FEEDERS LLC | 28,068 |
| MIKE MASSEY | 935,652 |
| MORRIS STOCK FARM | 25,294 |
| MULL FARMS & FEEDING | 122,753 |
| NU-TECHNOLOGIES | 252,371 |
| OAKLAKE CATTLE COMPANY | 131,371 |
| P&R Livestock | 379,124 |
| PACO FEED YARDS INC. | - |
| PENNER CATTLE | 16,372 |
| PENNER FEEDYARD | 42,002 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| Ralph Hoodenpyle | - |
| RANCHLAND LIVESTOCK | 17,220 |
| Richland livestock | 31,519 |
| RITTER FEEDYARD | 29,228 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| ROYAL BEEF | 122,413 |
| RUSH CREEK RANCH | 159,519 |
| RUSSELL GARWOOD | 74,173 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE | 18,789 |
| SAUNDERS, BUCHER, BARBE | 8,789 |

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of June, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| | |
|---|---:|
| SCHALLER BROTHERS | 14,033 |
| SEALY AND SON | 4,330 |
| Shane Stierwald | 3,501 |
| SOUTHEAST KANSAS SY | 47,580 |
| SOUTHEAST LIVESTOCK EXC | 633 |
| STANLEY BROUGHTON | 322 |
| STEVE FLETCHER | 115,813 |
| STEVE KRAJICEK | - |
| STIERWALT RANCH | 294,278 |
| SUPREME CATTLE FEEDERS | 479,377 |
| THORESON ENTERPRISES | 50,710 |
| Tim Cook | 740 |
| TODD ROSENBAUM | 207,216 |
| TOM HERRMANN | 23,027 |
| TOM SVOBODA | 48,882 |
| TOMMY BEREND | 17,982 |
| TRAVIS DICKE | 163,206 |
| TRIANGLE CALF GROWERS (Ed Edens) | 281,924 |
| WEBORG FEEDING CO.,LLC | 144,189 |
| WEST KENTUCKY LIVESTOCK | 44,671 |
| WILLIE DOWNS LIVESTOCK, | 6,428 |
| XIT FEEDERS | 111,619 |
| YOGI COPHER | 2,485 |
| Total Receivables at 6/30/11 | $ 23,757,711 |

Note that the receivables balance is subject to change as accounts are reconciled and/or researched.

JPMorgan Chase Bank. N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account:
For the Period 6/1/11 to 6/30/11

00000964 DPB 034 161 18211 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

## Chase BusinessClassic    (CHECKING)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 829,507.85 |
| Deposits & Credits | 3 | 8,645.98 |
| Checks Paid | 16 | (31,768.34) |
| Payments & Transfers | 5 | (84,899.13) |
| Fees, Charges & Other Withdrawals | 3 | (80.00) |
| Ending Balance | 27 | $721,406.36 |



RECEIVED JUN -8 2011

J.P.Morgan

Page 1 of 6

**J.P.Morgan**

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account:
For the Period 6/1/11 to 6/30/11

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 06/03 | Deposit 829589132 | 2,730.60 |
| 06/09 | Deposit 829589133 | 3,059.78 |
| 06/30 | Deposit 802179491 | 2,855.60 |
| **Total Deposits & Credits** | | **$8,645.98** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1089 | 06/01 | 526.00 | 1098 | 06/07 | 5,501.98 | 1104 | 06/08 | 4,332.86 |
| 1091 | 06/02 | 12.55 | 1099 | 06/06 | 281.70 | 1105 | 06/07 | 37.14 |
| 1092 | 06/03 | 99.50 | 1100 | 06/07 | 10,000.00 | 1106 | 06/20 | 17.90 |
| 1093 | 06/01 | 1,085.50 | 1101 | 06/20 | 975.00 | 1110 | 06/23 | 7,291.68 |
| 1094 | 06/01 | 25.85 | 1102 | 06/06 | 550.00 | 1111 | 06/15 | 402.00 |
| 1095 | 06/01 | 628.68 | | | | | | |

**Total Checks Paid** ($31,768.34)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 06/03 | ADP Payroll Fees ADP - Fees 10Gx2  7040792 CCD ID: 9659605001 | 139.55 |
| 06/10 | 06/10 Online Wire Transfer Via: Deutsche Bank Trust CO America/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0297498 Trn: 0621300161Es | 9,675.04 |
| 06/17 | 06/17 Online Wire Transfer Via: Fifth Third Cinci/042000314 A/C: Greenbaum Doll Mcdonald Louisville KY US Ref: From Eastern Livestock/Bnf/For Greenbaum Doll Mcdonald/Time/13:53Imad: 0617B1Qgc03C005917 Trn: 1030300168Es | 62,902.46 |

J.P.Morgan

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account:
For the Period 6/1/11 to 6/30/11

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 06/24 | 06/24 Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: For ADP Ref: Eastern Livestock Payroll Transfer Ssn: 0365442 Trn: 0497300175Fe | 11,998.13 |
| 06/24 | ADP Payroll Fees ADP - Fees 10Gx2   7871627 CCD ID: 9659605001 | 183.95 |
| **Total Payments & Transfers** | | **($84,899.13)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 06/10 | Wire Online Domestic Fee | 25.00 |
| 06/17 | Wire Online Domestic Fee | 25.00 |
| 06/24 | Outgoing Domestic Wire Fee | 30.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($80.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/01 | 827,241.82 | 06/08 | 809,017.14 | 06/20 | 738,054.52 |
| 06/02 | 827,229.27 | 06/09 | 812,076.92 | 06/23 | 730,762.84 |
| 06/03 | 829,720.82 | 06/10 | 802,376.88 | 06/24 | 718,550.76 |
| 06/06 | 828,889.12 | 06/15 | 801,974.88 | 06/30 | 721,406.36 |
| 06/07 | 813,350.00 | 06/17 | 739,047.42 | | |

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

*J.P.Morgan*

Primary Account: ▮
For the Period 6/1/11 to 6/30/11

00000482 DPB 034 161 18211 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic     (ESCROW)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 9,127,805.53 |
| Deposits & Credits | 3 | 218,932.78 |
| Fees, Charges & Other Withdrawals | 2 | (16,903.90) |
| Ending Balance | 5 | $9,329,834.41 |

RECEIVED JUN -8 2011

**J.P.Morgan**

Page 1 of 4

**J.P. Morgan**

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account:
For the Period 6/1/11 to 6/30/11

## Deposits & Credits

| Date | Description | | Amount |
|---|---|---|---:|
| 06/03 | Deposit | 829589131 | 60,000.00 |
| 06/09 | Deposit | 829589134 | 130,706.64 |
| 06/30 | Deposit | 802179490 | 28,226.14 |
| **Total Deposits & Credits** | | | **$218,932.78** |

## Fees, Charges & Other Withdrawals

| Date | Description | | Amount |
|---|---|---|---:|
| 06/14 | Deposited Item Returned    Stop Payment   099012043   Dep Amt000000013070664Dep Date060911Ck Amt0001689190 | # of Items00001Ck#:0000007020    Svc Fee001200 | 16,891.90 |
| 06/14 | Deposit Item Returned Fee: 01 Stop Payment   099012043   Dep Amt000000013070664Dep Date060911Ck Amt0001689190 | # of Items00001Ck#:0000007020    Svc Fee001200 | 12.00 |
| **Total Fees, Charges & Other Withdrawals** | | | **($16,903.90)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount |
|---|---:|
| 06/03 | 9,187,805.53 |
| 06/09 | 9,318,512.17 |
| 06/14 | 9,301,608.27 |
| 06/30 | 9,329,834.41 |

**J.P.Morgan**

*J.P.Morgan*

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

**Primary Account:**
For the Period 6/1/11 to 6/30/11

## Service Fee Summary

| Transactions For<br>Service Fee Calculation | Number<br>of Transactions |
|---|---:|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 3 |
| Deposited Items | 13 |
| **Transaction Total** | **16** |

| Service Fee Calculation | Amount |
|---|---:|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

**J.P.Morgan**