**SO ORDERED: July 28, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                              )
EASTERN LIVESTOCK CO., LLC,         )         CASE NO. 10-93904-BHL-11
         Debtor.                    )

**ORDER**

This matter came before the Court for hearing on July 27, 2011, on a **Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards** which was filed on July 26, 2011 [Docket #629]. The Court, being fully and sufficiently advised, now continues the hearing on the foregoing matter to August 8, 2011, at 9:30 a.m., and further **ORDERS** that all pending discovery be suspended and held in abeyance until such date or upon further order of the Court.

# # #