## Notice Recipients

District/Off: 0756–4        User: mturner              Date Created: 7/28/2011
Case: 10–93904–BHL–11       Form ID: pdfOrder          Total: 3

**Recipients of Notice of Electronic Filing:**
tr    James A. Knauer     jak@kgrlaw.com
aty   James A. Knauer     jak@kgrlaw.com
aty   Jeffrey L Hunter    jeff.hunter@usdoj.gov

TOTAL: 3