United States Bankruptcy Court
Southern District of Indiana

In re:                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                Chapter 11
        Debtor
                                    **CERTIFICATE OF NOTICE**

District/off: 0756-4          User: kgoss2              Page 1 of 1              Date Rcvd: Jul 26, 2011
                              Form ID: SF00200          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2011.
cr          +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
op          +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: asr@btcmlaw.com Jul 26 2011 22:21:50     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2011**                        **Signature:**   _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

   Eastern Livestock Co., LLC                           Case Number:

   SSN: NA          EIN: NA                     **10−93904−BHL−11**

   Debtor(s)

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Hearing Re: (1) Motion for Examination Under Fed.R.Bankr.P. 2004 filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [621] and

   (2) Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards filed by Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins. [616]

   Date:  July 27, 2011
   Time: 10:00 AM EDT
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   July 26, 2011                                KEVIN P. DEMPSEY, CLERK
                                                                             U.S. BANKRUPTCY COURT