SO ORDERED: July 28, 2011.



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Case No: 10-93904-BHL-11 |
| Eastern Livestock Co, LLC, | ) |
| Debtor | ) |

### ORDER ALLOWING LATE FILED PROOF OF CLAIM

This matter came before the Court on Creditor Randy Hoover & Son, LLC's Motion to Allow Late Filed Proof of Claim. The Court, having reviewed the motion and being duly advised in the premises, now finds that the motion is appropriate and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proof of claim of Randy Hoover & Son, LLC [Claim No. 512] which was filed with the claims agent on May 12, 2011, is hereby allowed.

###