## Notice Recipients

District/Off: 0756−4         User: edixon              Date Created: 7/29/2011
Case: 10−93904−BHL−11        Form ID: pdfOrder         Total: 3

**Recipients of Notice of Electronic Filing:**
aty         C. R. Bowles, Jr         crb@gdm.com
aty         Daniel J. Donnellon      ddonnellon@ficlaw.com
aty         Terry E. Hall            terry.hall@bakerd.com

                                                                TOTAL: 3