# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 27, 2011 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### *Matters:*

1)  Hearing Re: Motion to File Claim After Claims Bar Date filed by Christopher E. Baker on behalf of Creditor Randy Hoover & Son, LLC [533]
    **R / M #:**   0 / 0

    **VACATED:   No objections filed.  Motion to be granted.**

2)  Hearing Re:  Motion for Examination Under Fed.R.Bankr.P. 2004 filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The  [621]
    **R / M #:**   0 / 0

3)  Hearing Re:  Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards filed by Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins.  [616] with a Brief in Support of Motion to Quash, filed by Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins [630] and a Response in Opposition to Motion to Quash filed by Walter Scott Newbern III on behalf of Creditor Florida Association Livestock Markets [636]
    **R / M #:**   0 / 0

4)  Status Conference Re:    Motion for Authority (Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account) filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [501] with Objections filed by:
    **R / M #:**   0 / 0

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    10-93904-BHL-11                    WEDNESDAY, JULY 27, 2011 10:00 AM

In Court Apperances:
Kevin Toner/Shawna Eikenberry - Attorneys for Trustee Knauer
John Massough - Attorney for Friona Industries
David LeBas - Attorney for J & F Oklahoma
Chip Bowles/John Ames/Christy Moore - Attorneys for Superior
Randall LaTour - Attorney for Fifth Third Bank
Dan Donnellon - Attorney for First Bank and Trust
Mike Oyler - Attorney for Your Community Bank
Mark Robinson - Local Attorney for Friona Industries, J & F Oklahoma and Cactus Growers


Phone Appearances:
John Carr/Bret Clement - Attorneys for First Bank and Trust
Deborah Caruso - Attorney for K. Pry in the Gibson case 10-93867
John Rogers - Attorney for Superior Livestock
Amelia Adams - Attorney for Bluegrass Stockyard, etc.
W. Scott Newburn - Attorney for Florida Livestock Markets
Keith Gifford - Attorney for Bank First Financial Services and Edward Strickland
John Huffaker - Attorney for Friona Industries
Clint Latham - Attorney for Allen Dietrich
Shiv O'Neill/Terry Hall - Attorneys for Trustee Knauer
Jeff Hunter -  US Attorney for US Dept. of Agriculture
James E. Smith -  Diamond B Ranches, Inc.
Joseph Parson - Attorney for Gene Shipman
David Laird - Attorney for Peoples Bank
Steve Weigand - Attorney for First Bank and Trust
Megan Rosborough - Attorney for Rush Creek Ranch
Todd Johnston - Attorney for Gabriel Moreno
Chris Trapp - Attorney for Michael Walro Trustee in East West Trucking 10-93799
Jeff Erler - Attorney for Russell D. Cordova
Jessica Yates - Attorney for CPC Livestock and Fredin Brothers, Inc.
Chuck Wharton - UST
James B. Johnston - Attorney for Eddie Eicke and Bynam Ranch
Jack Dawson - Attorney for Robert Nichols


*Proceedings:*

\*\*AMENDED TO REFLECT AN ADDITIONAL CREDITOR REPRESENTED BY JESSICA YATES\*\*
* Disposition:  Hearing held.
(1) VACATED:  No objections filed.  Motion to be granted.
(2)  Motion Granted.  Order to be entered.
(3)  Matter continued to Telephonic Hearing on 8/8/11 @ 9:30 a.m. (Eastern).  Notice given in open court.   Parties to use Trustee's dial in number which can be located on the Eastern Livestock website under current events.   Court to draft an order staying 2004 exam.
(4)  Matter continued to Hearing on 8/22/11 @ 1:30 p.m. (Eastern).  Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**