11/04/2010 10:54  2706783982  CHASE YATES  PAGE 01/01

# Eastern Livestock Co., LLC

**INVOICE AND SECURITY AGREEMENT**

DATE: 11-4-10

INVOICE NO. 280487

SOLD TO: Harry Shelton
Address: _____
City-State-Zip: _____

SHIP TO: _____
Address: _____
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 18 | CX | 17825 | 990 - 36.46 | 6499.00 |
| 24 | C1 | 28810 | 1200 - 45.41 | 13082.62 |
| 12 | B | 19960 | 1663 - 65.22 | 13017.91 |
| 22 | C5 | 31225 | 1419 - 50.96 | 15912.26 |
| 38 | C5 | 51495 | 1355 - 52.71 | 27143.01 |
| TOTALS 114 | | 149315 | | 75654.80 |

TRUCKER: _____
FROM: _____

COMMISSION _____
VETERINARY _____
TRUCKING _____
OTHER _____
TOTAL _____

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

Exhibit A



**EASTERN LIVESTOCK CO.**

INVOICE 280487

INVOICE NO. A 211619

SOLD TO: Harry Shelton

SHIP TO:

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | | F.O.B. | DATE |
|---|---|---|---|---|---|---|
| | 13 | | Cows | | | 11/4/10 |
| 114 | 149.315 | | 72,669.50 | | | |
| | | Gracie | CP | 995.10 | | |
| | | Bulcha | CP | 995.10 | | |
| | | | MK | 995.10 | | |
| | | | | 75,654.80 | | |

```
Nov  4, 2010                      EDMONTON
                           13 - I N V E N T O R Y   L I S T           PAGE:001
TIME:08:01
                                    PEN   COWS
 DESC           FROM/TO  HEAD   WEIGHT            AVG-WT    PRICE        COST
===============================================================================
 101103-B                 12    19,960             1,663    63.22     12,618.50
 101103-X                 18    17,825               990    34.46      6,143.30
 101103-1                 31    37,925             1,223    43.58     16,528.95
 101103-5                 53    73,605             1,389    50.78     37,378.75
===============================================================================

                         114   149,315             1,310    48.67     72,669.50
```

```
                              EDMONTON
   DATE 10/11/04
   ****************************************************
                                                         INVOICE # 13280487
   ****************************************************************************

   BILL TO: HARRY SHELTON                  SHIP TO:

            315 M.G ENGLAND ROAD
            MANCHESTER, TN 37355

   ****************************************************************************
   ****************************************************************************
   ****************************************************************************
   ****************************************************************************
   DESCRIPTION                 NO.  AVG-WT  WEIGHT     PRICE        AMOUNT
   ============================================================================
   COWS   01 COWS              114  1310    149,315    48.67        72,669.50
                  DELIVERED:                ****       50.67        75,654.80 **

                               114          149,315              GROSS 72,669.50
   ============================================================================

   SA: BILCHA01BILL CHASE
   CP: GRAGIB01GRANT GIBSON
   CP: BILCHA01BILL CHASE                                           995.10
   MK: MARK UP                                                      995.10
   ME: 114 EDMONTON                                                 995.10

                                                    TOTAL EXPENSE  2,985.30




              AVG-WT: 1310  AVG-COST:    50.67    AMOUNT DUE   75,654.80

   ***** OFFICE COPY ***** OFFICE COPY ***** OFFICE ***** OFFICE COPY ****
   **********        PLEASE KEEP THESE COPIES FOR THE OFFICE       **********
```

```
11/03/2010  22:22    2706785982              CHASE YATES                    PAGE  01/06
```

> No checks cleared
> Outstanding Checks as of 11/2/10.

```
                        EDMONTON LIVESTOCK
                        310 NORTH MAIN ST
                        EDMONTON, KY 42129
                     270-432-5988 FAX 270-432-3495
              -----------------------------------
```

PAGE=    1              CHECK REGISTER (FAST)              NOVEMBER 2, 2010

```
ABRIV NUMB  NAME                 ADDRESS        CITY & STATE    ZIP-CODE
16086 C  8128-EDMONDS, MARK     1177 BELTLINE R COPPELL TX 75019    9  4951.61
16087 C 10224-MUTTER, BENNIE    527 MUTTER RD   GLASGOW KY 42141   13  7661.21
16088 C  2748-SLINKER, TIMMY    1967 COLUMBIA R EDMONTON K 42129 ✓  1   430.70
16113 C  2621-C & C FARM        293 CHAPMAN RD  TOMPKINSVI 42167    3  1470.36
16114 C 10479 CARTER, LARRY     6007 LONE STAR  EDMONTON K 42129    1   633.09
16115    9623 WHITLOW, MAYDEL   504 PHILLIP WHI SUMMER SHA 42166   17  3644.87
16116 C  9622-WHITLOW, PHILLIP  634 PHILLIP WHI SUMMER SHA 42166       3644.88
16117 C  8873-B & B FARMS                       COLUMBIA K 42728    9  6393.67
16118 C  3711-BREEDING BROS     9440 COLUMBIA H GREENSBURG 42743   12  8482.35
16119    3091-CARY, PEGGY                                  00000 ✓  2   896.86
16120 C  8126-SMITH, LEONARD    1321 BROWN RD   PARK CITY  42160       896.87
16121 C  6491-GIBSON, BUTCH     2431 BREEDING R EDMONTON K 42129    6  2955.16
16122 C  3595-SCOTT, BRIAN      4220 AETNA GROV SUMMERSVIL 42782   15  7311.46
16123 C  8865-ASBURY, LENNY     650 MAHOGANY LA HARDYVILLE 42746 ✓  1   901.58
16124 C  4179-DEPP, DORRIS JEAN                            00000    8  3678.31
16125 C  4179-DEPP, DORRIS JEAN                            00000   18  8027.26
16126 C  2820-SMITH, JARED      989 WEST BLACK  KNOB LICK  42154    7  2206.75
16127 C  2819-SMITH, JEREL      819 BLACK DOT R KNOB LICK  42154       2206.76
16128 C  4616-RUSH, CHARLES     5335 TOMPKINSVI SUMMER SHA 42166 ✓  1   621.12
16129 C  4867-RUSSELL BROS      4193 POPLAR GRO GREENSBURG 42743   17  8004.24
16130 C  8614 MILBY, SCOTT                                 00000       250.00
16131 C  4867-RUSSELL BROS      4193 POPLAR GRO GREENSBURG 42743   15  7443.37
16132 C  7491-NELSON, RANDY     208 BUTLER ST   COLUMBIA K 42728   11  5673.19
16133 C  1778-WHITHROW, CHAD    2100 BISHOP RD  GLASGOW KY 42141   21  8103.77
16134    5426-MANION, JIMMY                                00000      4051.28
16135 C  6456 ELMORE, REX                                  00000   12  3914.98
16136 C 10486 WETSTONE CREEK    442 SUNFISH SCH BROWNSVILL 42210   24 18492.20
16137 C  2566 LOGSDON, TOMMY    757 ST JOHNS CH BROWNSVILL 42210    3  2174.73
16138 C  9198-HURT, BILLY       29 BARREN RIVER SCOTTSVILL 42164    9  5663.04
16139 C  1879-PAGE, DALE        9525 EDMONTON R SUMMER SHA 42166    4  1919.94
16140 C  7926-MATTHEWS, JESS    213 SULPHUR RD  LIVINGSTON 38570    9  3851.71
16141 C  8126-SMITH, LEONARD    1321 BROWN RD   PARK CITY  42160    2  1071.47
16142 C  1259-PETERMAN, GERALD  272 HARDYS CHAP LIVINGSTON 38570       125.00
16143     355 CAREY, PEGGY                                 00000   13  3792.29
16144 F  1592-YOUNG, JACKIE     796 BIG SPRINGS MONROE TN  38573    5    75.00
16145 C  2146-YOUNG, JEFF       1299 WILLOW GRO ALLONS TN  38541    9  6203.56
16146 C  8126-SMITH, LEONARD    1321 BROWN RD   PARK CITY  42160      3792.30
16147 C  1876-WORLEY, LARRY                     MONROE TN  38573    7  2090.88
16148 F  1592-YOUNG, JACKIE     796 BIG SPRINGS MONROE TN  38573      2090.89
16149 C  5442-RICHARDS, LAWRENCE 3151 EDMONTON R COLUMBIA K 42728   6  3112.39
16150 C  4097-MCCLURE, W.L.     5199 SMITHS GRO SCOTTSVILL 42164    3   667.22
16151 C  6725-KRUIZENGA, WILLIAM 3823 EDMONTON R COLUMBIA K 42728   2  1084.33
16152 C  7365-LYNN, TODD        195 JOE LYNN RD CELINA TN  38551   19 10583.44
16153 C  8516-S & S #1                                     00000    2  1183.52
```

```
                    EDMONTON LIVESTOCK
                    310 NORTH MAIN ST
                    EDMONTON, KY 42129
               270-432-5988 FAX 270-432-3495
               --------------------------------

   PAGE=     2            CHECK REGISTER (FAST)              NOVEMBER  2, 2010
ABRIV NUMB  NAME                ADDRESS         CITY & STATE        ZIP-CODE
16154 C10487 THOMAS, FRED     1150 CHRISTINE   COLUMBIA  K 42728   5  2326.85
16155 C 6658-MILLIGAN FARMS   651 GRASSY SPRI  COLUMBIA  K 42728   9  4271.36
16156   9412-BROWNING, DOUG                                00000   3  1033.78
16157   6651-BROWNING, SCOTT                               00000   3  1033.78
16158 C 3262-LANE, R.D.       370 MAPLE GROVE  MUNFORDVIL  42765  16  9067.10
16159 C 9118-JEFFRIES, KELLY  471 HUBBARD HAR  EDMONTON  K 42129   1   524.51
16160 C 9306-JEFFRIES, CARL   471 HUBBARD HAR  EDMONTON  K 42129   4  2078.96
16161 C 9381-CLOYD, MARCIA    2078 WHITNEY WO  CAVE CITY   42127   1  1309.95
16162 C 6326-LONG FARM        992 MORRISON PA  GLASGOW KY  42141   6  4262.28
16163 C 4378-COPAS, BOYD      2195 E PHILLIPI  TOMPKINSVI  42167   2   897.93
16164 C 1097-EMBERTON & HIGH  SULPHUR LICK RD  TOMPKINSVI  42167  10  4564.01
16165 C 1631-BROWN, ERIK PAUL 707 CLEVELAND A  GLASGOW KY  42141   4  1783.10
16166 C10488 SMITH, DOUG                                   00000  12  5399.65
16167 C 7408-LYLE, RICHARD    8627 NEW GLASGO  SCOTTSVILL  42164   7  3125.99
16168 C 6390-SHIRLEY, MARK    2127 CAVE RIDGE  KNOB LICK   42154   3  1616.82
16169 C 7393-STURDIVANT, ANDREW 740 COLES BEND SMITHS GRO  42171   2  1835.66
16170 C 8130-WHITLEY, GARY                                 00000   2  1092.90
16171 C 8424-COWLES, KENNETH  1690 CHALYBEATE  BOWLING GR  42101   7  3640.03
16172 C 1925-COWLES, SCOTT    2363 OTTER GAP   BOWLING GR  42101  12  4990.07
16173 C 3596-PRICE, BILLY WAYNE 1391 SUMMERSVIL GREENSBURG 42743   2   787.52
16174 C 2137-MARR, HAYWOOD    4532 SAND HILL   LOUISVILLE  40219   5  2192.82
16175 C 9958-TABOR, BEAU      166 EDGAR FORD   SUMMER SHA  42166  16  8824.34
16176 C 5673-WALDEN, CAROL    1341 KINO RD     GLASGOW KY  42141   2  1045.19
16177 C 1087-READ, DAVID      583 LOVE KNOB R  GLASGOW KY  42141   1   572.37
16178 C 6125-BRANSTETTER, KENDAL 6310 S JACKSON HORSE CAVE 42749   2  1005.66
16179 C 1846-MARTIN FARMS INC 3160 N JACKSON   CANMER KY   42722   5  2132.01
16180 C 8567-MCCUBBINS FARM                                00000   2  1073.75
16181 C 1843 LOGSDON, GEORGIE                              00000   2   933.38
16182 C 2551-FROEDGE, KENNETH 207 TUNEY GERAL  EDMONTON  K 42129  11  6094.82
16183 C10489 FROEDGE, SANDY                                00000   1   358.91
16184 C 1092-FLICKINGER, JIM  417 FLICKINGER   GLASGOW KY  42141  15  5854.20
16185 C 1534-CRAVENS, RITA    1525 DOG WALK R  ALPINE TN   38543  11  8212.58
16186 C 8999-RABICH, RON                                   00000   6  2848.73
16187 C 9198-HURT, BILLY      29 BARREN RIVER  SCOTTSVILL  42164   9  5920.21
16188 C 6467-BAGBY, JERRY     5360 HWY 1464    GREENSBURG  42743   3  1225.09
16189 C 1010-BROWN, ALLEN B.  248 BROWN RD     CAVE CITY   42127   1   343.46
16190   9067-BROWN, J R       107 KARAKAL DR   GLASGOW KY  42141   1  1159.25
16191 C 1973-KINSLOW, WESLEY  & FSA            GLASGOW KY  42141  12  6264.89
16192  10407-RIGDON, ELMER                                 00000   1   434.68
16193 C 9597 RICHEY, RANDY    111 YORK RD      SCOTTSVILL  42164   5  2000.00
16194 C 8784-RICHEY, PHILLIP  111 YORK RD      SCOTTSVILL  42164  12  4348.04
16195 C 5598-SPRADLIN, RUSSELL 766 BISHOP RD   GLASGOW KY  42141   1   341.47
16196 C 1904-SAWYERS, BOB     RT 4             ALBANY KY   42602  12  7874.23
16197   9101-FISHER, CHARLIE  448 LAMBERT RD   SCOTTSVILL  42164   3   955.21
```

```
                    EDMONTON LIVESTOCK
                    310 NORTH MAIN ST
                    EDMONTON, KY 42129
                 270-432-5988 FAX 270-432-3495
                 --------------------------------

   PAGE=      3            CHECK REGISTER (FAST)              NOVEMBER  2, 2010

ABRIV NUMB  NAME                    ADDRESS        CITY & STATE       ZIP-CODE
16198 C 9494-BRAGG, LARRY          305 BRADSHAW RD  AUSTIN KY   42123   8   5145.14
16199 C 9904-WOODY, LARRY          2245 SANDERS RI  COLUMBIA K  42728   4   2917.49
16200   3471-KINSLOW, ROY          1844 DRIPPING S  GLASGOW KY  42141  17   8571.48
16201 C 8803-HONAKER, ANGIE        1186 LEATHERWOO  TOMPKINSVI  42167   2    858.01
16202 C 6209-HAWKS, DONALD         8829 FINNEY RD   GLASGOW KY  42141  10   5462.71
16203 C 6327 SANDERS, KENNETH      2487 WINN SCHOO  GLASGOW KY  42141   9   4382.03
16204 C 6327 SANDERS, KENNETH      2487 WINN SCHOO  GLASGOW KY  42141
16205 C 7559-WILSON, LINDA         399 WEED KELTNE  EDMONTON K  42129         75.00
16206 C 4504-HOLLEY, DAVID         377 BLUE SPRING  KNOB LICK   42154   8   4275.95
16207 C 7442-TAYLOR, STEVE         589 NEW MT GILE  SCOTTSVILL  42164   4   2262.15
16208 C 1928-WILLIS, J C           7449 GREENSBURG  GREENSBURG  42743  15   7563.15
16209 C10490 BLACKISTORE, TIMMY                                00000   1    401.78
16210 C 9327-BARTON, CHRIS                                     00000   1    299.59
16211 C 5888-CASSADY, DAVID        1172 BRIDGEHOLL  SCOTTSVILL  42164  15   9085.56
16212 C 1557-WHITE, WILLIAM H.     1497 PLEASANT V  HORSE CAVE  42749   2   1106.65
16213 C 1823-KEITH, BRENT          99 WHITE RD      SUMMER SHA  42166   3   1460.88
16214 C 5842-TURNER, RICHARD       505 MARLOWE CAM  COLUMBIA K  42728  15   8725.51
16215 C 2832 C & H CATTLE CO.      11729 BURKESVIL  SUMMER SHA  42166 ✓3   1379.93
                                                                00000  20  13539.07
16216 C 2008-ARMSTRONG, BEN        RT 2 BOX 256     ALBANY KY   42602   4   2173.32
16217 C 1944-LOWHORN, ARTHUR       RT 2             ALBANY KY   42602   2   1212.34
16218 C 2507-ARTERBURN, ED         P O BOX 186      PARK CITY   42160 ✓18  12003.95
16219 C 6326-LONG FARM             992 MORRISON PA  GLASGOW KY  42141 ✓ 3   2617.80
16220 C 6352-BAIRD, STOKES         1448 SOUTH JACK  HARDYVILLE  42746   9   2353.08
16221 C 6353-THOMPSON BROS         1448 SOUTH JACK  HARDYVILLE  42746 ✓ 6   2353.08
16222 C 2907-BURRIS, ROGER         1414 LOVE KNOB   KNOB LICK   42154 ✓ 7   2888.11
16223 C 4417 MARSH, KEVIN          1770 OLD LEXING  CAVE CITY   42127   1    323.02
16224 C 8151-CRIST, BILL           & FSA            EDMONTON K  42129   7   2048.74
16225 C 8902-STITCHES FARM         551 WEST RD      RED BOILIN  37150   9   6270.08
16226 C 2099-PITCOCK, JEFF OR JOS  450 PITCOCK RD   SUMMER SHA  42166 ✓ 1   1175.85
16227 C 5421-KILMON, KEITH                                      00000   4   1949.05
16228 C 9963-HIGH & HIGH           1450 SULPHUR LI  TOMPKINSVI  42167   4   1515.90
16229 C 4845-HIGH, JIMMY           1150 SULPHUR LI  TOMPKINSVI  42167   5   2527.25
16230 C 6349-NEAT, DENNIS          6098 BURKESVILL  COLUMBIA K  42728  13   6891.98
16231 C 2811 BANKS, RICHARD        400 JOHNSON CEM  COLUMBIA K  42728   7   3859.81
16232 C 1421-GIBSON, JAMES H.      1990 COLUMBIA R  EDMONTON K  42129   8   3986.79
16233 C 2748-SLINKER, TIMMY        1967 COLUMBIA R  EDMONTON K  42129   2    974.56
16234 C 3170-BUNCH, HALEE          *****VOID*****   ***VOID***  00000
16235 C 3546 SEXTON, JOHN          3711 KNOB LICK   KNOB LICK   42154   7   2511.81
16236 C 4159-WILSON, EPHRIAM       5614 COUNTY HOU  TOMPKINSVI  42167   7   4624.22
16237 C 2764-NEWPORT, TODD         *****VOID*****   ***VOID***  00000
16238 C 8707 GERALDS, RONNIE       13216 CENTER PO  TOMPKINSVI  42167        100.00
16239 C 2764-NEWPORT, TODD         5802 MESHACK RD  TOMPKINSVI  42167   5   2228.30
16240 C 4998-MELSON, RICHEY        2628 MELSON RID  COLUMBIA K  42728   7   3308.19
16241 C 8741-MARTIN, JUNIOR        1233 HOLLOW RD   GLASGOW KY  42141  11   6514.31
```

11/03/2010  22:22

```
                         EDMONTON LIVESTOCK
                         310 NORTH MAIN ST
                         EDMONTON, KY 42129
                       270-432-5988 FAX 270-432-3495
                       ----------------------------

   PAGE=    4              CHECK REGISTER (FAST)              NOVEMBER  2, 2010

ABRIV NUMB  NAME                    ADDRESS         CITY & STATE       ZIP-CODE
16242 C 2757-BRAGG, DALTON      869 SOCIETY HIL EDMONTON K 42129   7   3266.95
16243 C10491 JONES, TIM         P O BOX 33      HARDYVILLE 42746   1    332.49
16244 C 2749-BILLINGSLEY, DANNY 197 BARBOUR CEM GLASGOW KY 42141   1    506.77
16245 C 7028-BILLINGSLEY, J C   2621 KINO RD    GLASGOW KY 42141   2   1083.52
16246   3031-HARMON, JIMMY      4028 GREENSBURG COLUMBIA K 42728   2   1118.07
16247   8365 MARTIN, AUSTIN                                00000   1    612.70
16248 C 3279-MARTIN, CHRIS                                 00000 √ 1    688.52
16249 C 1846-MARTIN FARMS INC   3160 N JACKSON  CANMER KY  42722   7   3433.81
16251 C 6342-WHITLOW, JESSIE    5180 RANDOLPH G SUMMER SHA 42166  14   7879.05
16252 C 8983-HOPE, RICHARD      3000 MT MORIAH  SUMMER SHA 42166   6   3543.24
16253 C 9742-NEAGLE, JOHN       2043 HAYES POND SMITHS GRO 42171  12   6260.26
16254 C 2558-RUSSELL, AVALON    2727 POPLAR SPR GLASGOW KY 42141 √ 2   1179.24
16255 C 5825-ROSS, RICKY        2463 DRAG STRIP TOMPKINSVI 42167  10   5418.18
16256 C 2813-JOHNSON, GREG      2750 PLEASANT V CENTER KY  42214   2   1132.58
16257 C 4242-GIBSON, L H        8310 SUBTLE RD  EDMONTON K 42129   2    901.27
16258 C 8166-WRIGHT, BRYSTICE   198 DRY FORK RD BRUSH CREE 38457 √ 1    656.72
16259 C 1557-WHITE, WILLIAM H.  99 WHITE RD     SUMMER SHA 42166   5   2288.12
16260 C 1496-DICKSON, FRED      1636 PRICES CRE EDMONTON K 42129   2    835.92
16261 C 3277-DENNISON, LAKETTIA                            00000   6   2508.49
16262 C 2907-BURRIS, ROGER      1414 LOVE KNOB  KNOB LICK  42154   3   1594.97
16263 C 8802-PACE, ROY          720 JUDD RD     EDMONTON K 42129  13   7339.67
16264 C10492 COOMER, DONNIE     150 COOMER RD   EDMONTON K 42129   3   1192.39
16265 C 6161-CLAYWELL, EDDIE    P O BOX 498     BURKESVILL 42717 √ 1   1478.49
16266 C 3170-BUNCH, HALEE       2821 COLUMBIA R BURKESVILL 42717  17   8544.20
16267 C 1942-BROWN, CHARLIE     4931 OLD BURKES ALBANY KY  42602  10   4161.03
16268 C 1942-BROWN, CHARLIE     4931 OLD BURKES ALBANY KY  42602  13   8604.57
16269 C 5355-COPELAND, HOMER    295 COPELAND LA CELINA TN  38551  12   7065.88
16270 C 3264-WOOD, DARRELL      845 CAP REDFORD CAVE CITY  42127   8   4825.90
16271 C 2192-THOMPSON, JOHN     TOMPKINSVILLE R EDMONTON K 42129  12   7026.20
16272 C 2614-BELL, GARY         P O BOX 122     EDMONTON K 42129  20  14289.74
16273 C  349-DOWNEY #2, COLTON                             00000 √ 1    852.78
16274 C 5341-LOY, MIKE          668 D D PYLES R COLUMBIA K 42728  12   8879.75
16275 C 5432-LOY 2, MIKE                                   00000  11   7921.85
16276 C 3816-ARNOLD FARMS       9845 WEATHERLY  LASCASSAS  37085  70  49782.60
16277 C10493 JORDAN, JERRY                                 00000  42  34223.75
16278 C 7880 HALEY, JASON                                  00000 √17  11260.54
16279   9386-GLASS, LELAND      1814 HISEVILLE  CAVE CITY  42127 √14   9241.06
16280 C 3211-ALEXANDER, DONALD  615 SAINT JOHN  LASCASSAS  37005  40  26717.77
16281 C 6362-HAINES, C W        1925 LOREN COLL GLENS FORK 42741 √ 5   3565.14
16282 C 8705-CALLIS, STEVE                                 00000  17  13029.75
16283 C 9541-LOFTIS FARM        460 STOCKTON LA GAINESBORO 38562 √ 7   5469.41
16284 C 5586-CHAPMAN, WENDY     1116 SHERATON D COOKEVILLE 38501   2   1328.24
16285 C 8162-C V FARM                           WATERTOWN  37184  13   9184.32
16286 C 8177-BLYTHE, ROY        210 R BLYTHE RD SUMMER SHA 42166   5   2281.89
```

```
                    EDMONTON LIVESTOCK
                    310 NORTH MAIN ST
                    EDMONTON, KY 42129
                 270-432-5988 FAX 270-432-3495
                 --------------------------------

PAGE=      5              CHECK REGISTER (FAST)              NOVEMBER  2, 2010

ABRIV NUMB  NAME                      ADDRESS         CITY & STATE    ZIP-CODE
16287 C 8162-C V FARM                                 WATERTOWN 37184   5   3185.07
16288 C 6061-ODLE, W.R.          491 GOODLUCK BE     EDMONTON K 42129  16   5138.48
16289 C 1331-RICHARDS, RANDALL   2557 RICHARD HO     COLUMBIA K 42728   6   2874.06
16290 C 7872-PEDIGO, EUGENE      8313 RANDOLPH S     SUMMER SHA 42166   4   2317.79
16291 C 1999-WILLIAMS, TERRY     1525 MT PISGAH      GLASGOW KY 42141   6   3044.64
16292 C 6284-MARTIN, PHILLIP     6853 FAIRVIEW R     COOKEVILLE 38501  31  16134.52
16293 C 3928-GORDON, DAVID       1758 OLD TEMPLE     TOMPKINSVI 42167   7   3596.03
16294 C 8261-GIBSON & BILL CHASE EASTERN LIVESTO                00000   9   3597.25
16295 C 8261-GIBSON & BILL CHASE EASTERN LIVESTO                00000  11   3758.00
16296 C 8741-MARTIN, JUNIOR      1233 HOLLOW RD      GLASGOW KY 42141  10   4889.59
16297 C 9323-MATNEY, AVERY       3673 IRON MOUNT     CENTER KY  42214   2    951.62
16298 C10494 MILBY, BILLY                            BUFFALO KY 42716  24   9449.53
16299 C 2742-YOUNG, JACKIE       1337 CLAUDE JON     EDMONTON K 42129   6   2768.32
16300 F 1189-LUKE, MIKE          4845 COOK BOATD     BAXTER TN  38544   7   3506.35
16301 F 1189-LUKE, MIKE          4845 COOK BOATD     BAXTER TN  38544   7   3392.62
16302 F 1189-LUKE, MIKE          4845 COOK BOATD     BAXTER TN  38544   7   3610.72
16303 C 5274 FIRKINS, WAYNE                                     00000        100.00
16304 C 3094 GILLEY, KERRY       511 WISDOM RD       EDMONTON K 42129   6   2463.84
16305 C 6284-MARTIN, PHILLIP     6853 FAIRVIEW R     COOKEVILLE 38501  17   8363.84
16306 C 6284-MARTIN, PHILLIP     6853 FAIRVIEW R     COOKEVILLE 38501   5   2737.12
16307 C 6284-MARTIN, PHILLIP     6853 FAIRVIEW R     COOKEVILLE 38501   7   3077.24
26250 C 1680-NEAT, BILLY         705 B NEAT RD       COLUMBIA K 42728   3   1225.79
14395   9374 CPC                 FEED STORE          GLASGOW KY 42141         55.44
16090   1275-WASHER, JON 16090   261 GIBBONS RD      CAVE CITY  42127         25.00
16091 C 7824-BOUTWELL, IKE       *****VOID*****      ***VOID***  00000
16092 C 7824-BOUTWELL, IKE       1815 CANN SCHOO     EASTVIEW K 42732  31  17219.23
     3 C 9506 KINZER, MITCHELL   2991 JIM GLOVER     GLASGOW KY 42141   7   3179.64
     4 C 9506 KINZER, MITCHELL   2991 JIM GLOVER     GLASGOW KY 42141   1    346.95
     5 C10001 DAHONEY, JAMES                                    00000   7   4133.27
     6 C10429 STAPP, SABRINA                                    00000   2   1138.55
     7 C 1041-COFFEY, JEREMY     6205 GREENSBURG     COLUMBIA K 42728   1    606.47
     8 C 7236-STAPP, JIMMY       1609 CEDAR GROV     GREENSBURG 42743   6   3129.02
     9 C 3439-LOY #15, MIKE                                     00000  19  11767.65
16100 C 2863-JONES, CLAUDE       6 CLAUDE JONES      EDMONTON K 42129   4   1700.90
16101 F 7705-BURGESS, RODNEY     4457 PETERS CRE     AUSTIN KY  42123   5   1151.64
     2 C 3134-NAPIER, TIM        4519 PETERS CRE     AUSTIN KY  42123       1151.64
     3 C 6417-BURGESS, MIKE                          LUCAS KY   42156   1    361.21
     4 C10235-TIBBITS, WAYNE     214 SANDWOOD DR     GLASGOW KY 42141   2    849.43
     5 C 6456 ELMORE, REX                                       00000 ✓9   4010.19
     6   8769-VIBBERT, TIM       444 JACK BROWN      GLASGOW KY 42141        275.00
     7 C 1468 GRAY, PHILLIP      3448 PARK CITY      PARK CITY  42160        200.00
     8 C 6437-CHASE, BILL                                       00000        300.00
     9 C 6020-BUNCH, REX         P O BOX 212         EDMONTON K 42129        135.00
16110 C 9712-HUNT, BRENDA        1419 AKERSVILLE     FOUNTAIN R 42133   5   3092.15
```

```
                        EDMONTON LIVESTOCK
                         310 NORTH MAIN ST
                         EDMONTON, KY 42129
                    270-432-5988 FAX 270-432-3495
                    --------------------------------

  PAGE=      6              CHECK REGISTER (FAST)            NOVEMBER 2, 2010
  ABBTV NUMB  NAME                   ADDRESS          CITY & STATE     ZIP-CODE
        C 5729-PHELPS, RACHAEL    3079 LAWSON BOT  BURKESVILL 42717   2   876.65
        2560-MORGAN ESTATE, MAXIN 3965 LAWSON BOT  BURKESVILL 42717   3  1314.82

                   219.00              -------TOTAL-------   1584 894,720.83
```



**HARRY SHELTON LIVESTOCK, LLC**

Eastern Livestock Co LLC | 11/17/2010 | 116073
| | 73,292.18

Paid Short
2,362.62 -

Bank Of America     adjustment on bulls & 5's     73,292.18