**ECCO 1, LLC**
14111 COUNTY ROAD 2
WIGGINS, CO 80654-8703
970-483-6111 or 970-483-6112

1932

HIGH PLAINS BANK
Flagler · Burwell · Wiggins
719-765-4800 · 1-888-484-8600

82-2000/1021

DATE  2/28/2011

PAY
TO THE
ORDER OF ___ EASTERN LIVESTOCK CO INC ___

$ **212,128.43**

Two Hundred Twelve Thousand One Hundred Twenty-Eight and 43/100************************ DOLLARS

EASTERN LIVESTOCK CO INC
135 West Market
New Albany, IN 47150

MEMO _____

Gene J Gigtich

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈00 ⑈93 2⑈  ⑈⑈⑈02 ⑈0 2000⑈  40 2629 0⑈

---

**ECCO 1, LLC**

EASTERN LIVESTOCK CO INC                                     1932

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/27/2010 | Bill | 315490 | 53,094.05 | 53,094.05 | 2/28/2011 | 53,094.05 |
| 10/27/2010 | Bill | 315491 | 56,711.26 | 56,711.26 | | 56,711.26 |
| 11/3/2010 | Bill | 315259 | 49,884.65 | 49,884.65 | | 49,884.65 |
| 11/4/2010 | Bill | 314940 | 52,438.47 | 52,438.47 | | 52,438.47 |
| | | | | | Check Amount | 212,128.43 |

Cash in Bank High Pla

*Enclosed copies of the four invoices due for your reference.*

315490 - Bought from western Kentucky 2/15 - paid
315490 - Bought from western Kentucky - paid  212,128.43
*314940 - Bought from western Kentucky - not paid
*315259 - Bought from western Kentucky - not paid

Payment
53,094.05 ✓
212,128.43
56,711.26 ✓
49,884.65 ✓
52,438.47 ✓
212,128.43

Exhibit **B**

**INVOICE AND SECURITY AGREEMENT**

DATE 11/3/10

RECEIVED    INVOICE NO. 314940

NOV 0 8 2010

# Eastern Livestock Co., LLC

*Not Keyed In System*

SOLD TO ECCO 4 LLC

Address + Cattle Consultants, LLC

14111 CO RD 2

City-State-Zip Wiggins, CO 80654

SHIP TO _____

Address _____

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 95 | Hfrs | S1,035 | 537/102.75 | 52438.47 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

I attest that all livestock referenced by this document and
transferred are of: A.☒ U.S. Orgin (exclusively born
and raised in the U.S) B.☐ Canadian, Mexican orgin.

Signature _____ Date 11/3/10

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER

Claimed on # 95 cattle pursuant to
7CFR § 1260.116 and 1260.314

DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-024

Signature _____ Date 11/3/10

TOTALS

TRUCKER: East West _____

FROM: Ben Gibson _____

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:    EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE _10/26/10_

INVOICE NO. 315490

# Eastern Livestock Co., LLC

RECEIVED
NOV 01 2010

SOLD TO _ECCO 1  LLC_

Address _14111 Co Rd 2_

City-State-Zip _Wiggins Co 80654_

SHIP TO _____

Address _____

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 98 | hfrs | 52600 | 537/9489 | 49914 05 |
|  |  |  | Trucking | 3180 00 |
|  |  |  |  | 53094 05 |

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER
Claimed on # ___98___ cattle pursuant to
7CFR § 1260.116 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-024
_____        _____
Signature                    Date

I attest that all livestock referenced by this docment and
transfered are of: A.[X] U.S. Orign (exclusively born
and raised in the U.S.)  B.[ ] Canadian, Mexican orign.

Signature _____   Date _10/26/10_

TOTALS

TRUCKER: _Fred Garnett_

FROM: _Ben Gibson_

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

INVOICE AND SECURITY AGREEMENT

DATE _10/26/10_

INVOICE NO. 315491

# Eastern Livestock Co., LLC

RECEIVED

NOV 0 1 2010

SOLD TO   ECCO 1 LLC

Address   14111 CoRd2

City-State-Zip   Wiggins Co 80654

SHIP TO _____

Address _____

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 91 | hfrs | 50250 | 552/10653 | 5353126 |
| | | | Trucking | 3180.00 |
| | | | | 5671126 |

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER

Claimed on # _91_ cattle pursuant to
7CFR § 1260.116 and 1260.314

DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-024

_____ 10/26/10
Signature                Date

I attest that all livestock referenced by this document and
transferred are of: A.☑ U.S. Orgin (exclusively born
and raised in the U.S.) B.☐ Canadian, Mexican orgin.

_____ 10/26/10
Signature                Date

TOTALS

TRUCKER:  TR Smith

FROM:  Ben Gibson

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

INVOICE AND SECURITY AGREEMENT

DATE _11-2-10_

RECEIVED
NOV 0 8 2010

INVOICE NO. 315259

# Eastern Livestock Co., LLC

SOLD TO _ECCO1 LLC_
Address _+ Cattle Consultants, LLC_
City-State-Zip _Wiggins, Co_

SHIP TO ____
Address ____
City-State-Zip ____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 93 | Hfrs | 48645 | 523 / 96.07 | 46731.65 |
| | | | Trucking | 3153.00 |
| | | | | 49884.65 |
| | | | | |
| | | | | |

I attest that all livestock referenced by this document and transferred are of A. ☑ U.S. Orgin (exclusively born and raised in the U.S.) B. ☐ Canadian, Mexican orgin.

Signature _Glenn P Gil_    Date _11-2-10_

**CERTIFICATION OF NON-PRODUCER STATUS FOR THE SELLER**
Claimed on # _93_ cattle pursuant to 7CFR § 1260.116 and 1260.314
DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-024
Signature _____    Date _11-2-10_

TOTALS

TRUCKER: _Mike Travis_
_Marion, Ky_
FROM: _Ben Gibson_

COMMISSION ____
VETERINARY ____
TRUCKING ____
OTHER ____
TOTAL ____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035

```
                              MARION
      DATE 10/10/26                                INVOICE # 02315491
****************************************************************************
****************************************************************************

      BILL TO: ECCO 1 LLC              SHIP TO:
               & CATTLE CONSULTANTS, LLC
               14111 CO. RD. 2
               WIGGINS, CO 80654

****************************************************************************
****************************************************************************
****************************************************************************
****************************************************************************
      DESCRIPTION              NO. AVG-WT WEIGHT    PRICE      AMOUNT
      =================================================================
      .58   01 58HFRS           91   552   50,250  105.00   52,762.50
                    DELIVERED:             ****    112.86   56,711.26 **
 **

                               91         50,250   GROSS    52,762.50
      =================================================================

      SA: BENGIB01BEN GIBSON
      ME: MARION 91
      VP: VET   01LANESVILLE ANIMAL HOSPITAL                   15.00
      CP: ENGFEE01ECCO 1 LLC                                  502.50
      CP: BENGIB01BEN GIBSON                                  125.63
      MK: MARK UP                                             125.63
      TP: TRSMI 01 DIS:      .00 ,  RENTAL-TR:              3,180.00

                                           TOTAL EXPENSE     3,948.76
```

```
              AVG-WT: 552 AVG-COST:   112.86   AMOUNT DUE   56,711.26
      WEIGHTS SHOWN ARE PRO-RATED PURCHASE WEIGHTS
      ***** OFFICE COPY ***** OFFICE COPY ***** OFFICE ***** OFFICE COPY ****
      **********      PLEASE KEEP THESE COPIES FOR THE OFFICE     **********
```

**INVOICE AND SECURITY AGREEMENT**

DATE 10/26/10

INVOICE NO. **315491**

# Eastern Livestock Co., LLC

SOLD TO ECC() 1 LLC                    SHIP TO _____

Address 14111 Co Rd2              Address _____

City-State-Zip Wiggins Co 80654     City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 91 | hfus | 50250 | 552/10653 | 5353/26 |
| | | | Trucking | 3180.00 |
| | | | L G | 567/126 |
| | 91 | | I | |
| Linda Stubbs 10/26/10 | | | | 10/26/10 |
| **TOTALS** | | | 2ael | |

TRUCKER: TR Smith

COMMISSION _____

VETERINARY _____

TRUCKING _____

FROM: Bou Gibson

OTHER _____

TOTAL _____

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035

**EASTERN LIVESTOCK CO.**

INVOICE
315491

A 211653

SOLD TO
English
14911 Co. Rd. 2
Wiggins Co. 80654

SHIP TO

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| 91 | OT | | .58 | | 10/26/10 |

50,250      52,762.50

UP. 15.00

ENGFEE CP. 502.50

BIN GIB CP. 125.63

10 60X3.00      MK. 125.63

TRSMO/TP. 3180.00

56711.26

```
Oct 26, 2010                        PROVIDENCE
                         02 - I N V E N T O R Y  L I S T
TIME:11:19                              PEN  .58                    PAGE:001
  DESC        FROM/TO  HEAD    WEIGHT                AVG-WT    PRICE      COST
==============================================================================

  WESKEN                58    32,060                 553     105.00   33,663.00
  101026      OB.51 lox  16     8,745                 547     105.00    9,182.25
  101026      OB.51 mt-sterlig 17  9,445              556     105.00    9,917.25
  ------------------------------------------------------------------------------

                        91    50,250                 552     105.00   52,762.50
```

**Eastern Livestock Co., LLC**  970 183   Date 10-26-10

Ship To: _English Cattle, Wiggins, C._   Total Head 91

TIME LOADED 4:10 pm
TIME UNLOADED

| Top Nose | Top | Top Rear |
|---|---|---|
| Pen No. | Pen No. | Pen No. |
| Bottom Nose | Bottom | Bottom Rear |
| Pen. No. | Pen. No. | Pen No. |

Trucker _JR Smith_

Delivered To: _____   Received By: _____

# BLUE GRASS STOCKYARDS, INC.

**375 Lisle Industrial Ave.**
**P.O. Box 1023**
**Lexington, KY 40588**
**(859) 255-7701**



Buyer#:**3908**
EASTERN LIVESTOCK MARKET
135 WEST MARKET STREET
NEW ALBANY IN 47150
FAX: 270-667-5373

Auction Date:Monday, October 25, 2010
Printed: October 25, 2010  7:14 pm

Page 1 of 1

## \*\*\* RECAP \*\*\* SUMMARY \*\*\*

| PEN NUMBER | BUYER NUMBER | NUMBER HEAD | AVG WEIGHT | AVG / CWT | AVG / HEAD | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| SY33 | 3908 *801* | 7 | 848 | 80.80 | 685.61 | 5940 | 4,799.28 |
| 155 | 3915 *4005* | 18 | 522 | 79.85 | 417.20 | 9405 | 7,509.65 |
| SY31 | 3918 *20* | 3 | 225 | 108.87 | 244.97 | 675 | 734.90 |
| 149 | 3919 *200* | 6 | 205 | 126.89 | 260.13 | 1230 | 1,560.75 |
| 154 | 3925 *501* | 16 | 544 | 103.03 | 561.18 | 8715 | 8,978.90 |
| 160 | 3967 *700* | 8 | 681 | 99.51 | 678.53 | 5455 | 5,428.20 |
| SY10 | 3970 *20* | 15 | 736 | 88.20 | 649.74 | 11050 | 9,746.15 |
| SY11 | 3980 *80* | 2 | 872 | 78.23 | 682.58 | 1745 | 1,365.15 |
|  |  | 75 | 590 | 90.75 | 534.97 | 44215 | 40,122.98 |

\* - Averages are after any additional charges

| | |
|---|---|
| Total Head: | 75 |
| Total Weight: | 44215 |
| Total Refunds: | 0.00 |
| Additional Charges: | 0.00 |
| Total Purchases: | 40,122.98 |
| Payments Made: | 0.00 |

**Grand Total:**  **$40,122.98**

**Amount Due:**  **$40,122.98**

RECEIVED BY:_____          DATE:_____          TIME:_____

It is agreed and understood between Buyer and Company that Title is to be retained by the Company until check or draft has been honored by the Bank on which drawn. We act as agents only for seller and buyer. No guarantee against accidents, sickness or death. Our responsibility ceases when stock is checked to purchaser. All purchases are due within 24 hrs. from date of purchase.

Powered by Auction Master Pro - (800) 889-166

```
                        WEST KY LIVESTOCK
                       1781 US HWY 60 EAST
                        MARION, KY 42064
                 800-264-1452 FAX 270-965-5341
                     SALE MONDAY 12:30 P.M.
                        R E C A P
                          ( MS )
FOR=: 3522                  E                BUYER=: 3522
EASTERN LIVESTOCK                           EASTERN LIVESTOCK
135 W MARKET                                135 W MARKET

NEW ALBANY, IN      47150               NEW ALBANY, IN      47150
6:01:52                                        OCTOBER 25, 2010
```

|  | SUFIX | HED | GROSS WEIGHT | GROSS AMOUNT | AVERAGE WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 317 | 20 | 2 | 465 | 465.90 | 233 | 100.19 | 232.95 | |
| 410 | 48 | 19 | 8,215 | 8509.50 | 432 | 103.58 | 447.86 | |
| 402 | 50 | 64 | 31,835 | 29981.25 | 497 | 94.18 | 468.45 | |
| 304 | 55 | 35 | 20,265 | 18351.30 | 579 | 90.56 | 524.32 | |
| 412 | 58 | 58 | 32,060 | 33663.00 | 553 | 105.00 | 580.39 | |
| 306 | 81 | 13 | 9,985 | 8530.80 | 768 | 85.44 | 656.21 | |
| 302 | 201 | 5 | 1,270 | 1469.45 | 254 | 115.70 | 293.89 | |
| 404 | 550 | 54 | 29,600 | 31047.42 | 548 | 104.89 | 574.95 | |
| 403 | 550X | 91 | 48,890 | 55281.70 | 537 | 113.07 | 607.49 | |
| 322 | 551 | 10 | 5,710 | 5404.45 | 571 | 94.65 | 540.44 | |
| 318 | 575 | 15 | 8,790 | 8879.10 | 586 | 101.01 | 591.94 | |
| 321 | 591 | 18 | 10,630 | 11480.40 | 591 | 108.00 | 637.80 | |
| 319 | 700 | 13 | 9,425 | 9396.35 | 725 | 99.70 | 722.79 | |
| 313 | 800 | 2 | 1,685 | 1450.30 | 843 | 86.07 | 725.15 | |
| 309 | 999 | 2 | 945 | 899.00 | 473 | 95.13 | 449.50 | |

```
              === ======= ========== ====        =======
              401 219,770  224809.92  548          560.62 =========
                                                  GROSS---> $224,809.92
```

PLEASE PAY GROSS AMOUNT!!!


THANK YOU FOR YOUR BUSINESS---------
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-THOMAS GIBSON  DATE-10/25/10

# EASTERN LIVESTOCK
## Purchase Invoice

DATE  10-20-10

PURCHASED FROM: Bluegrass Stockyards

Mt Sterling Ky

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 51 | 27110 | | 2 5867 | 85 |
| 17 | 9445 | 556 | | |

123002—

RECEIVED OCT 20 2010

BRANCH  15
OPERATOR  KB
VOUCHER DATE _____
POSTED DATE  10-20-10
G/L ACCT #  7110
VENDOR CODE  BluSto  08
QUANTITY & MATH CHECK  KB
APPROVED FOR PAYMENT  ___

Trucking _____

```
        DATE 10/11/03                    EDMONTON
**************************************************************
  ***************************************************************************************
                                                       INVOICE # 13314940
    BILL TO: ECCO 1, LLC
                                         SHIP TO:
            14111 CO RD 2
            WIGGINS, CO 80654
**************************************************************
 ***************************************************************************
  ****************************************************************************************
   ******************************************************************************************
    DESCRIPTION
    ====================================================================================
     51    01 51 HFRS              NO.  AVG-WT WEIGHT       PRICE              AMOUNT
                                                                        ==================
 **                              95    537    51,035       96.45           49,223.99
                        DELIVERED:                         ****           52,438.47 **
                                                          102.75
    ====================================================================================
                                    95          51,035            GROSS    49,223.99
  SA: BENGIB01BEN GIBSON
  ME: EDM 95
  VP: TRICOU09TRI-COUNTY VETERINARY SERVICES
  CP: EXTRA 01BILL EXTRA
  TP: EASWES02 DIS:           .00  ,  RENTAL-TR:                           15.00
  CP: ENGFEE01ECCO 1 LLC                                                   50.00
  CP: GRAGIB01GRANT GIBSON                                              3,585.00
  CP: BILCHA01BILL CHASE                                                  510.35
  MK: MARK UP                                                            315.29-
                                                                         315.29-
                                                                         315.29-
                                              TOTAL EXPENSE            3,214.48
```

```
             AVG-WT:  537 AVG-COST:   102.75
WEIGHTS SHOWN ARE PRO-RATED PURCHASE WEIGHTS        AMOUNT DUE    52,438.47
***** OFFICE COPY ***** OFFICE COPY ***** OFFICE ***** OFFICE COPY ****
**********       PLEASE KEEP THESE COPIES FOR THE OFFICE
                                                        **********
```

DATE 11/3/10

**INVOICE AND SECURITY AGREEMENT**

INVOICE NO. 314940

# Eastern Livestock Co., LLC

SOLD TO ECD 1 LLC

Address 4 Cattle Consultants, LLC

14111 Co Rd 2

City-State-Zip Wiggins Co 80654

SHIP TO

Address

City-State-Zip

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 95 | Hfrs | 54035 | 537/102.75 | $2,436.47 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | X | | 95 | |
| | 11/3/10 | | | |
| | | | | 11/3/10 |
| **TOTALS** | | | | |

TRUCKER: East West

FROM: Ben Gibson

COMMISSION

VETERINARY

TRUCKING

OTHER

TOTAL

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035



**EASTERN LIVESTOCK CO.**

INVOICE
314940

INVOICE NO.

A 211584

**SOLD TO**

Ecco I LLC

A Cattle Consultants, LLC
14111 Co. Rd.
Wiggins, CO. 80654

SHIP TO

| CUSTOMER'S ORDER | SALESMAN 3 | TERMS | SHIPPED VIA | | F.O.B. | DATE 11-3-10 |
|---|---|---|---|---|---|---|
| 95 | 51,035 | | 49,223.99 | | | |

1195 X 3.00   TRicaud VP. 15.00
Edm/Wiggins Extra   CP. 50.00
EASCves@TP.3 85.00
Eng. fee  ∅1  CP. 510.35
Gagib CP. <315.29>
Bilcha. CP. <315.29>
MK. <315.29>

52,438.47

```
Nov  3, 2010                    EDMONTON
                      13 - I N V E N T O R Y   L I S T
TIME:09:29                                                   PAGE:001
   DESC                                 PEN 51
             FROM/TO  HEAD    WEIGHT              AVG-WT    PRICE        COST
=======================================================================
   101103             2      1,105
   101103            83     44,330 N              553       98.00    1,082.90
   101103     56     10      5,600               534       96.39   42,728.80
   101103     ADJ                               560       96.01    5,376.56
                                                            .00        35.73
=======================================================================

                     95     51,035               537       96.45   49,223.99
```

EDMONTON LIVESTOCK
310 NORTH MAIN ST
EDMONTON, KY 42129
270-432-5988 FAX 270-432-3495
------------------------------

*Outstanding Checks
as of 11/2/10*

PAGE=        1

CHECK REGISTER (FAST)                                    NOVEMBER  2, 2010

| ABRIV | NUMB | NAME | ADDRESS | CITY & STATE | | ZIP-CODE |
|-------|------|------|---------|--------------|---|----------|
| 16086 | C 8128 | EDMONDS, MARK | 1177 BELTLINE R | COPPELL TX 75019 | 9 | 4951.61 |
| 16087 | C10224 | MUTTER, BENNIE | 527 MUTTER RD | GLASGOW KY 42141 | 13 | 7661.21 |
| 16088 | C 2748 | SLINKER, TIMMY | 1967 COLUMBIA R | EDMONTON K 42129 | 1 | 430.70 |
| 16113 | C 2621 | C & C FARM | 293 CHAPMAN RD | TOMPKINSVI 42167 | 3 | 1470.36 |
| 16114 | C10479 | CARTER, LARRY | 6007 LONE STAR | EDMONTON K 42129 | 1 | 633.09 |
| 16115 | 9623 | WHITLOW, MAYDEL | 504 PHILLIP WHI | SUMMER SHA 42166 | 17 | 3644.87 |
| 16116 | C 9622 | WHITLOW, PHILLIP | 634 PHILLIP WHI | SUMMER SHA 42166 | | 3644.88 |
| 16117 | C 8873 | B & B FARMS | | COLUMBIA K 42728 | 9 | 6393.67 |
| 16118 | C 3711 | BREEDING BROS | 8440 COLUMBIA H | GREENSBURG 42743 | 12 | 8482.35 |
| 16119 | 3091 | CARY, PEGGY | | 00000 | 2 | 896.86 |
| 16120 | C 8126 | SMITH, LEONARD | | CITY 42160 | | 896.87 |
| 16121 | C 6491 | GIBSON, BUTCH | | TON K 42129 | 6 | 2955.16 |
| 16122 | C 3595 | SCOTT, BRIAN | | RSVIL 42782 | 15 | 7311.46 |
| 16123 | C 8865 | ASBURY, LENNY | | YVILLE 42746 | 1 | 901.58 |
| 16124 | C 4179 | DEPP, DORRIS JEAN | | 00000 | 8 | 3678.31 |
| 16125 | C 4179 | DEPP, DORRIS JEAN | | 00000 | 18 | 8027.26 |
| 16126 | C 2820 | SMITH, JARED | | LICK 42154 | 7 | 2206.75 |
| 16127 | C 2819 | SMITH, JEREL | | B LICK 42154 | | 2206.76 |
| 16128 | C 4616 | RUSH, CHARLES | 5335 TOMPKINSVI | MER SHA 42166 | 1 | 621.12 |
| 16129 | C 4867 | RUSSELL BROS | 4193 POPLAR GRO | GREENSBURG 42743 | 17 | 8004.24 |
| 16130 | C 8614 | MILBY, SCOTT | | 00000 | | 250.00 |
| 16131 | C 4867 | RUSSELL BROS | 4193 POPLAR GRO | GREENSBURG 42743 | 15 | 7443.37 |
| 16132 | C 7491 | NELSON, RANDY | 208 BUTLER ST | COLUMBIA K 42728 | 11 | 5673.19 |
| 16133 | C 1778 | WHITHROW, CHAD | 2100 BISHOP RD | GLASGOW KY 42141 | 21 | 8103.77 |
| 16134 | 5426 | MANION, JIMMY | | 00000 | | 4051.28 |
| 16135 | C 6456 | ELMORE, REX | | 00000 | 12 | 3914.98 |
| 16136 | C10486 | WETSTONE CREEK | 442 SUNFISH SCH | BROWNSVILL 42210 | 24 | 18492.20 |
| 16137 | C 2566 | LOGSDON, TOMMY | 757 ST JOHNS CH | BROWNSVILL 42210 | 3 | 2174.73 |
| 16138 | C 9198 | HURT, BILLY | 29 BARREN RIVER | SCOTTSVILL 42164 | 9 | 5663.04 |
| 16139 | C 1879 | PAGE, DALE | 9525 EDMONTON R | SUMMER SHA 42166 | 4 | 1919.94 |
| 16140 | C 7926 | MATTHEWS, JESS | 213 SULPHUR RD | LIVINGSTON 38570 | 9 | 3851.71 |
| 16141 | C 8126 | SMITH, LEONARD | 1321 BROWN RD | PARK CITY 42160 | 2 | 1071.47 |
| 16142 | C 1259 | PETERMAN, GERALD | 272 HARDYS CHAP | LIVINGSTON 38570 | | 125.00 |
| 16143 | 355 | CAREY, PEGGY | | 00000 | 13 | 3792.29 |
| 16144 | F 1592 | YOUNG, JACKIE | 796 BIG SPRINGS | MONROE TN 38573 | | 75.00 |
| 16145 | C 2146 | YOUNG, JEFF | 1299 WILLOW GRO | ALLONS TN 38541 | 9 | 6203.56 |
| 16146 | C 8126 | SMITH, LEONARD | 1321 BROWN RD | PARK CITY 42160 | | 3792.30 |
| 16147 | C 1876 | WORLEY, LARRY | | MONROE TN 38573 | 7 | 2090.88 |
| 16148 | F 1592 | YOUNG, JACKIE | 796 BIG SPRINGS | MONROE TN 38573 | | 2090.89 |
| 16149 | C 5442 | RICHARDS, LAWRENCE | 3151 EDMONTON R | COLUMBIA K 42728 | 6 | 3112.39 |
| 16150 | C 4097 | MCCLURE, W.L. | 5199 SMITHS GRO | SCOTTSVILL 42164 | 3 | 667.22 |
| 16151 | C 6725 | KRUIZENGA, WILLIAM | 3823 EDMONTON R | COLUMBIA K 42728 | 2 | 1084.33 |
| 16152 | C 7365 | LYNN, TODD | 195 JOE LYNN RD | CELINA TN 38551 | 19 | 10583.44 |
| 16153 | C 8516 | S & S #1 | | 00000 | 2 | 1183.52 |

*None of these cleared the bank*

EDMONTON LIVESTOCK
310 NORTH MAIN ST
EDMONTON, KY 42129
270-432-5988 FAX 270-432-3495
---------------------------------

PAGE=      2

CHECK REGISTER (FAST)

NOVEMBER  2, 2010

| ABRIV NUMB NAME | ADDRESS | CITY & STATE | ZIP-CODE | | |
|---|---|---|---|---|---|
| 16154 C10487 THOMAS, FRED | | | | | |
| 16155 C 6658-MILLIGAN FARMS | 1150 CHRISTINE | COLUMBIA K 42728 | 5 | 2326.85 | |
| 16156 9412-BROWNING, DOUG | 651 GRASSY SPRI | COLUMBIA K 42728 | 9 | 4271.36 | |
| 16157 6651-BROWNING, SCOTT | | 00000 | 3 | 1033.78 | |
| 16158 C 3262-LANE, R.D. | | 00000 | | 1033.78 | |
| 16159 C 9118-JEFFRIES, KELLY | 370 MAPLE GROVE | MUNFORDVIL 42765 | 16 | 9067.10 | |
| 16160 C 9306-JEFFRIES, CARL | 471 HUBBARD HAR | EDMONTON K 42129 | 1 | 524.51 | |
| 16161 C 9381-CLOYD, MARCIA | 471 HUBBARD HAR | EDMONTON K 42129 | 4 | 2078.96 | |
| 16162 C 6326-LONG FARM | 2078 WHITNEY WO | CAVE CITY 42127 | 1 | 1309.95 | |
| 16163 C 4378-COPAS, BOYD | 992 MORRISON PA | GLASGOW KY 42141 | 6 | 4262.28 | |
| 16164 C 1097-EMBERTON & HIGH | 2195 E PHILLIPI | TOMPKINSVI 42167 | 2 | 897.93 | |
| 16165 C 1631-BROWN, ERIK PAUL | SULPHUR LICK RD | TOMPKINSVI 42167 | 10 | 4564.01 | |
| 16166 C10488 SMITH, DOUG | 707 CLEVELAND A | GLASGOW KY 42141 | 4 | 1783.10 | |
| 16167 C 7408-LYLE, RICHARD | | 00000 | 12 | 5399.65 | |
| 16168 C 6390-SHIRLEY, MARK | 8627 NEW GLASGO | SCOTTSVILL 42164 | 7 | 3125.99 | |
| 16169 C 7393-STURDIVANT, ANDREW | 2127 CAVE RIDGE | KNOB LICK 42154 | 3 | 1616.82 | |
| 16170 C 8130-WHITLEY, GARY | 740 COLES BEND | SMITHS GRO 42171 | 2 | 1835.66 | |
| 16171 C 8424-COWLES, KENNETH | | 00000 | 2 | 1092.90 | |
| 16172 C 1925-COWLES, SCOTT | 1690 CHALYBEATE | BOWLING GR 42101 | 7 | 3640.03 | |
| 16173 C 3596-PRICE, BILLY WAYNE | 2363 OTTER GAP | BOWLING GR 42101 | 12 | 4990.07 | |
| 16174 C 2137-MARR, HAYWOOD | 1391 SUMMERSVIL | GREENSBURG 42743 | 2 | 787.52 | |
| 16175 C 9958-TABOR, BEAU | 4532 SAND HILL | LOUISVILLE 40219 | 5 | 2192.82 | |
| 16176 C 5673-WALDEN, CAROL | 166 EDGAR FORD | SUMMER SHA 42166 | 16 | 8824.34 | |
| 16177 C 1087-READ, DAVID | 1341 KINO RD | GLASGOW KY 42141 | 2 | 1045.19 | |
| 16178 C 6125-BRANSTETTER, KENDAL | 583 LOVE KNOB R | GLASGOW KY 42141 | 1 | 572.37 | |
| 16179 C 1846-MARTIN FARMS INC | 6310 S JACKSON | HORSE CAVE 42749 | 2 | 1005.66 | |
| 16180 C 8567-MCCUBBINS FARM | 3160 N JACKSON | CANMER KY 42722 | 5 | 2132.01 | |
| 16181 C 1843 LOGSDON, GEORGIE | | 00000 | 2 | 1073.75 | |
| 16182 C 2551-FROEDGE, KENNETH | | 00000 | 2 | 933.38 | |
| 16183 C10489 FROEDGE, SANDY | 207 TUNEY GERAL | EDMONTON K 42129 | 11 | 6094.82 | |
| 16184 C 1092-FLICKINGER, JIM | | 00000 | 1 | 358.91 | |
| 16185 C 1534-CRAVENS, RITA | 417 FLICKINGER | GLASGOW KY 42141 | 15 | 5854.20 | |
| 16186 C 8999-RABICH, RON | 1525 DOG WALK R | ALPINE TN 38543 | 11 | 8212.58 | |
| 16187 C 9198-HURT, BILLY | | 00000 | 6 | 2848.73 | |
| 16188 C 6467-BAGBY, JERRY | 29 BARREN RIVER | SCOTTSVILL 42164 | 9 | 5920.21 | |
| 16189 C 1010-BROWN, ALLEN B. | 5360 HWY 1464 | GREENSBURG 42743 | 3 | 1225.09 | |
| 16190 9067-BROWN, J R | 248 BROWN RD | CAVE CITY 42127 | 1 | 343.46 | |
| 16191 C 1973-KINSLOW, WESLEY | 107 KARAKAL DR | GLASGOW KY 42141 | 1 | 1159.25 | |
| 16192 10407-RIGDON, ELMER | & FSA | GLASGOW KY 42141 | 12 | 6264.89 | |
| 16193 C 9597 RICHEY, RANDY | | 00000 | 1 | 434.68 | |
| 16194 C 8784-RICHEY, PHILLIP | 111 YORK RD | SCOTTSVILL 42164 | | 2000.00 | |
| 16195 C 5598-SPRADLIN, RUSSELL | 111 YORK RD | SCOTTSVILL 42164 | 12 | 4348.04 | |
| 16196 C 1904-SAWYERS, BOB | 766 BISHOP RD | GLASGOW KY 42141 | 1 | 341.47 | |
| 16197 9101-FISHER, CHARLIE | RT 4 | ALBANY KY 42602 | 12 | 7874.23 | |
| | 448 LAMBERT RD | SCOTTSVILL 42164 | 3 | 955.21 | |

EDMONTON LIVESTOCK
310 NORTH MAIN ST
EDMONTON, KY 42129
270-432-5988 FAX 270-432-3495
--------------------------------

PAGE=   3

CHECK REGISTER (FAST)

NOVEMBER  2, 2010

| ABRIV | NUMB | NAME | ADDRESS | CITY & STATE | ZIP-CODE | | |
|-------|------|------|---------|--------------|----------|---|---|
| 16198 | C 9494 | BRAGG, LARRY | 305 BRADSHAW RD | AUSTIN KY | 42123 | 8 | 5145.14 |
| 16199 | C 9904 | WOODY, LARRY | 2245 SANDERS RI | COLUMBIA K | 42728 | 4 | 2917.49 |
| 16200 | 3471 | KINSLOW, ROY | 1844 DRIPPING S | GLASGOW KY | 42141 | 17 | 8571.48 |
| 16201 | C 8803 | HONAKER, ANGIE | 1186 LEATHERWOO | TOMPKINSVI | 42167 | 2 | 858.01 |
| 16202 | C 6209 | HAWKS, DONALD | 8829 FINNEY RD | GLASGOW KY | 42141 | 10 | 5462.71 |
| 16203 | C 6327 | SANDERS, KENNETH | 2487 WINN SCHOO | GLASGOW KY | 42141 | 9 | 4382.03 |
| 16204 | C 6327 | SANDERS, KENNETH | 2487 WINN SCHOO | GLASGOW KY | 42141 | | 75.00 |
| 16205 | C 7559 | WILSON, LINDA | 399 WEED KELTNE | EDMONTON K | 42129 | | |
| 16206 | C 4504 | HOLLEY, DAVID | 377 BLUE SPRING | KNOB LICK | 42154 | 8 | 4275.95 |
| 16207 | C 7442 | TAYLOR, STEVE | 589 NEW MT GILE | SCOTTSVILL | 42154 | 4 | 2262.15 |
| 16208 | C 1928 | WILLIS, J C | 7449 GREENSBURG | GREENSBURG | 42743 | 15 | 7563.15 |
| 16209 | C10490 | BLACKISTORE, TIMMY | | | | 1 | 401.78 |
| 16210 | C 9327 | BARTON, CHRIS | | | 00000 | 1 | 299.59 |
| 16211 | C 5888 | CASSADY, DAVID | 1172 BRIDGEHOLL | SCOTTSVILL | 42164 | 15 | 9085.56 |
| 16212 | C 1557 | WHITE, WILLIAM H. | 1497 PLEASANT V | HORSE CAVE | 42749 | 2 | 1106.65 |
| 16213 | C 1823 | KEITH, BRENT | 99 WHITE RD | SUMMER SHA | 42166 | 3 | 1460.88 |
| 16214 | C 5842 | TURNER, RICHARD | 505 MARLOWE CAM | COLUMBIA K | 42728 | 15 | 8725.51 |
| 16215 | C 2832 | C & H CATTLE CO. | 11729 BURKESVIL | SUMMER SHA | 42166 | 3 | 1379.93 |
| 16216 | C 2008 | ARMSTRONG, BEN | | | 00000 | 20 | 13539.07 |
| 16217 | C 1944 | LOWHORN, ARTHUR | RT 2 BOX 256 | ALBANY KY | 42602 | 4 | 2173.32 |
| 16218 | C 2507 | ARTERBURN, ED | RT 2 | ALBANY KY | 42602 | 2 | 1212.34 |
| 16219 | C 6326 | LONG FARM | P O BOX 186 | PARK CITY | 42160 | 18 | 12003.95 |
| 16220 | C 6352 | BAIRD, STOKES | 992 MORRISON PA | GLASGOW KY | 42141 | 3 | 2617.80 |
| 16221 | C 6353 | THOMPSON BROS | 1448 SOUTH JACK | HARDYVILLE | 42746 | 9 | 2353.08 |
| 16222 | C 2907 | BURRIS, ROGER | 1448 SOUTH JACK | HARDYVILLE | 42746 | | 2353.08 |
| 16223 | C 4417 | MARSH, KEVIN | 1414 LOVE KNOB | KNOB LICK | 42154 | 7 | 2888.11 |
| 16224 | C 8151 | CRIST, BILL | 1770 OLD LEXING | CAVE CITY | 42127 | 1 | 323.02 |
| 16225 | C 8902 | STITCHES FARM | & FSA | EDMONTON K | 42129 | 7 | 2048.74 |
| 16226 | C 2099 | PITCOCK, JEFF OR JOS | 551 WEST RD | RED BOILIN | 37150 | 9 | 6270.08 |
| 16227 | C 5421 | KILMON, KEITH | 450 PITCOCK RD | SUMMER SHA | 42166 | 1 | 1175.85 |
| 16228 | C 9963 | HIGH & HIGH | | | 00000 | 4 | 1949.05 |
| 16229 | C 4845 | HIGH, JIMMY | 1450 SULPHUR LI | TOMPKINSVI | 42167 | 4 | 1515.90 |
| 16230 | C 6349 | NEAT, DENNIS | 1150 SULPHUR LI | TOMPKINSVI | 42167 | 5 | 2527.25 |
| 16231 | C 2811 | BANKS, RICHARD | 6098 BURKESVILL | COLUMBIA K | 42728 | 13 | 6891.98 |
| 16232 | C 1421 | GIBSON, JAMES H. | 400 JOHNSON CEM | COLUMBIA K | 42728 | 7 | 3859.81 |
| 16233 | C 2748 | SLINKER, TIMMY | 1990 COLUMBIA R | EDMONTON K | 42129 | 8 | 3986.79 |
| 16234 | C 3170 | BUNCH, HALEE | 1967 COLUMBIA R | EDMONTON K | 42129 | 2 | 974.56 |
| 16235 | C 3546 | SEXTON, JOHN | *****VOID***** | ***VOID*** | 00000 | | |
| 16236 | C 4159 | WILSON, EPHRIAM | 3711 KNOB LICK | KNOB LICK | 42154 | 7 | 2511.81 |
| 16237 | C 2764 | NEWPORT, TODD | 5614 COUNTY HOU | TOMPKINSVI | 42167 | 7 | 4624.22 |
| 16238 | C 8707 | GERALDS, RONNIE | *****VOID***** | ***VOID*** | 00000 | | |
| 16239 | C 2764 | NEWPORT, TODD | 13216 CENTER PO | TOMPKINSVI | 42167 | | 100.00 |
| 16240 | C 4998 | MELSON, RICHEY | 5802 MESHACK RD | TOMPKINSVI | 42167 | 5 | 2228.30 |
| 16241 | C 8741 | MARTIN, JUNIOR | 2628 MELSON RID | COLUMBIA K | 42728 | 7 | 3308.19 |
| | | | 1233 HOLLOW RD | GLASGOW KY | 42141 | 11 | 6514.31 |

EDMONTON LIVESTOCK
310 NORTH MAIN ST
EDMONTON, KY 42129
270-432-5988 FAX 270-432-3495
------------------------------------

PAGE=        4

CHECK REGISTER (FAST)                     NOVEMBER  2, 2010

| ABRIV NUMB  NAME | ADDRESS | CITY & STATE | | ZIP-CODE |
|---|---|---|---|---|
| 16242  C 2757-BRAGG, DALTON | 869 SOCIETY HIL | EDMONTON K 42129 | 7 | 3266.95 |
| 16243  C10491 JONES, TIM | P O BOX 33 | HARDYVILLE 42746 | 1 | 332.49 |
| 16244  C 2749-BILLINGSLEY, DANNY | 197 BARBOUR CEM | GLASGOW KY 42141 | 1 | 506.77 |
| 16245  C 7028-BILLINGSLEY, J C | 2621 KINO RD | GLASGOW KY 42141 | 2 | 1083.52 |
| 16246    3031-HARMON, JIMMY | 4028 GREENSBURG | COLUMBIA K 42728 | 2 | 1118.07 |
| 16247    8365 MARTIN, AUSTIN | | 00000 | 1 | 612.70 |
| 16248  C 3279-MARTIN, CHRIS | | 00000 | 1 | 688.52 |
| 16249  C 1846-MARTIN FARMS INC | 3160 N JACKSON | CANMER KY 42722 | 7 | 3433.81 |
| 16251  C 6342-WHITLOW, JESSIE | 5180 RANDOLPH G | SUMMER SHA 42166 | 14 | 7879.05 |
| 16252  C 8983-HOPE, RICHARD | 3000 MT MORIAH | SUMMER SHA 42166 | 6 | 3543.24 |
| 16253  C 9742-NEAGLE, JOHN | 2043 HAYES POND | SMITHS GRO 42171 | 12 | 6260.26 |
| 16254  C 2558-RUSSELL, AVALON | 2727 POPLAR SPR | GLASGOW KY 42141 | 2 | 1179.24 |
| 16255  C 5825-ROSS, RICKY | 2463 DRAG STRIP | TOMPKINSVI 42167 | 10 | 5418.18 |
| 16256  C 2813-JOHNSON, GREG | 2750 PLEASANT V | CENTER KY 42214 | 2 | 1132.58 |
| 16257  C 4242-GIBSON, L H | 8310 SUTTLE RD | EDMONTON K 42129 | 2 | 901.27 |
| 16258  C 8166-WRIGHT, BRYSTICE | 198 DRY FORK RD | BRUSH CREE 38457 | 1 | 656.72 |
| 16259  C 1557-WHITE, WILLIAM H. | 99 WHITE RD | SUMMER SHA 42166 | 5 | 2288.12 |
| 16260  C 1496-DICKSON, FRED | 1636 PRICES CRE | EDMONTON K 42129 | 2 | 835.92 |
| 16261  C 3277 DENNISON, LAKETTIA | | 00000 | 6 | 2508.49 |
| 16262  C 2907-BURRIS, ROGER | 1414 LOVE KNOB | KNOB LICK 42154 | 3 | 1594.97 |
| 16263  C 8802-PACE, ROY | 720 JUDD RD | EDMONTON K 42129 | 13 | 7339.67 |
| 16264  C10492 COOMER, DONNIE | 150 COOMER RD | EDMONTON K 42129 | 3 | 1192.39 |
| 16265  C 6161-CLAYWELL, EDDIE | P O BOX 498 | BURKESVILL 42717 | 1 | 1478.49 |
| 16266  C 3170-BUNCH, HALEE | 2821 COLUMBIA R | BURKESVILL 42717 | 17 | 8544.20 |
| 16267  C 1942-BROWN, CHARLIE | 4931 OLD BURKES | ALBANY KY 42602 | 10 | 4161.03 |
| 16268  C 1942-BROWN, CHARLIE | 4931 OLD BURKES | ALBANY KY 42602 | 13 | 8604.57 |
| 16269  C 5355-COPELAND, HOMER | 295 COPELAND LA | CELINA TN 38551 | 12 | 7065.88 |
| 16270  C 3264-WOOD, DARRELL | 845 CAP REDFORD | CAVE CITY 42127 | 8 | 4825.90 |
| 16271  C 2192-THOMPSON, JOHN | TOMPKINSVILLE R | EDMONTON K 42129 | 12 | 7026.20 |
| 16272  C 2614-BELL, GARY | P O BOX 122 | EDMONTON K 42129 | 20 | 14289.74 |
| 16273  C  349-DOWNEY #2, COLTON | | 00000 | 1 | 852.78 |
| 16274  C 5341-LOY, MIKE | 668 P D PYLES R | COLUMBIA K 42728 | 12 | 8879.75 |
| 16275  C 5432-LOY 2, MIKE | | 00000 | 11 | 7921.85 |
| 16276  C 3816-ARNOLD FARMS | 9845 WEATHERLY | LASCASSAS 37085 | 70 | 49782.60 |
| 16277  C10493 JORDAN, JERRY | | 00000 | 42 | 34223.75 |
| 16278  C 7880 HALEY, JASON | | 00000 | 17 | 11260.54 |
| 16279    9386-GLASS, LELAND | 1814 HISEVILLE | CAVE CITY 42127 | 14 | 9241.06 |
| 16280  C 3211-ALEXANDER, DONALD | 615 SAINT JOHN | LASCASSAS 37005 | 40 | 26717.77 |
| 16281  C 6362-HAINES, C W | 1925 LOREN COLL | GLENS FORK 42741 | 5 | 3565.14 |
| 16282  C 8705-CALLIS, STEVE | | 00000 | 17 | 13029.75 |
| 16283  C 9541-LOFTIS FARM | 460 STOCKTON LA | GAINESBORO 38562 | 7 | 5469.41 |
| 16284  C 5586-CHAPMAN, WENDY | 1116 SHERATON D | COOKEVILLE 38501 | 2 | 1328.24 |
| 16285  C 8162-C V FARM | WATERTOWN 37184 | | 13 | 9184.32 |
| 16286  C 8177-BLYTHE, ROY | 210 R BLYTHE RD | SUMMER SHA 42166 | 5 | 2281.89 |

EDMONTON LIVESTOCK
310 NORTH MAIN ST
EDMONTON, KY 42129
270-432-5988 FAX 270-432-3495
--------------------------------

PAGE=      5            CHECK REGISTER (FAST)                    NOVEMBER  2, 2010

| ABRIV | NUMB | NAME | ADDRESS | CITY & STATE | | ZIP-CODE |
|---|---|---|---|---|---|---|
| 16287 | C 8162 | -C V FARM | | WATERTOWN | 37184 | 5 | 3185.07 |
| 16288 | C 6061 | -ODLE, W.R. | 491 GOODLUCK BE | EDMONTON K | 42129 | 16 | 5138.48 |
| 16289 | C 1331 | -RICHARDS, RANDALL | 2557 RICHARD HO | COLUMBIA K | 42728 | 6 | 2874.06 |
| 16290 | C 7872 | -PEDIGO, EUGENE | 8313 RANDOLPH S | SUMMER SHA | 42166 | 4 | 2317.79 |
| 16291 | C 1999 | -WILLIAMS, TERRY | 1525 MT PISGAH | GLASGOW KY | 42141 | 6 | 3044.64 |
| 16292 | C 6284 | -MARTIN, PHILLIP | 6853 FAIRVIEW R | COOKEVILLE | 38501 | 31 | 16134.52 |
| 16293 | C 3928 | -GORDON, DAVID | 1758 OLD TEMPLE | TOMPKINSVI | 42167 | 7 | 3596.03 |
| 16294 | C 8261 | -GIBSON & BILL CHASE | EASTERN LIVESTO | | 00000 | 9 | 3597.25 |
| 16295 | C 8261 | -GIBSON & BILL CHASE | EASTERN LIVESTO | | 00000 | 11 | 3758.00 |
| 16296 | C 8741 | -MARTIN, JUNIOR | 1233 HOLLOW RD | GLASGOW KY | 42141 | 10 | 4889.59 |
| 16297 | C 9323 | -MATNEY, AVERY | 3673 IRON MOUNT | CENTER KY | 42214 | 2 | 951.62 |
| 16298 | C10494 | MILBY, BILLY | | BUFFALO KY | 42716 | 24 | 9449.53 |
| 16299 | C 2742 | -YOUNG, JACKIE | 1337 CLAUDE JON | EDMONTON K | 42129 | 6 | 2768.32 |
| 16300 | F 1189 | -LUKE, MIKE | 4845 COOK BOATD | BAXTER TN | 38544 | 7 | 3506.35 |
| 16301 | F 1189 | -LUKE, MIKE | 4845 COOK BOATD | BAXTER TN | 38544 | 7 | 3392.62 |
| 16302 | F 1189 | -LUKE, MIKE | 4845 COOK BOATD | BAXTER TN | 38544 | 7 | 3610.72 |
| 16303 | C 5274 | FIRKINS, WAYNE | | | 00000 | | 100.00 |
| 16304 | C 3094 | GILLEY, KERRY | 511 WISDOM RD | EDMONTON K | 42129 | 6 | 2463.84 |
| 16305 | C 6284 | -MARTIN, PHILLIP | 6853 FAIRVIEW R | COOKEVILLE | 38501 | 17 | 8363.84 |
| 16306 | C 6284 | -MARTIN, PHILLIP | 6853 FAIRVIEW R | COOKEVILLE | 38501 | 5 | 2737.12 |
| 16307 | C 6284 | -MARTIN, PHILLIP | 6853 FAIRVIEW R | COOKEVILLE | 38501 | 7 | 3077.24 |
| 26250 | C 1680 | -NEAT, BILLY | 705 B NEAT RD | COLUMBIA K | 42728 | 3 | 1225.79 |
| 24395 | | 9374 CPC | FEED STORE | GLASGOW KY | 42141 | | 55.44 |
| 16090 | | 1275-WASHER, JON 16090 | 261 GIBBONS RD | CAVE CITY | 42127 | | 25.00 |
| 16091 | C 7824 | -BOUTWELL, IKE | *****VOID***** | *****VOID*** | 00000 | | |
| 16092 | C 7824 | -BOUTWELL, IKE | 1815 CANN SCHOO | EASTVIEW K | 42732 | 31 | 17219.23 |
| 3 | C 9506 | KINZER, MITCHELL | 2991 JIM GLOVER | GLASGOW KY | 42141 | 7 | 3179.64 |
| 4 | C 9506 | KINZER, MITCHELL | 2991 JIM GLOVER | GLASGOW KY | 42141 | 1 | 346.95 |
| 5 | C10001 | DAHONEY, JAMES | | | 00000 | 7 | 4133.27 |
| 6 | C10429 | STAPP, SABRINA | | | 00000 | 2 | 1138.55 |
| 7 | C 1041 | -COFFEY, JEREMY | 6205 GREENSBURG | COLUMBIA K | 42728 | 1 | 606.47 |
| 8 | C 7236 | -STAPP, JIMMY | 1609 CEDAR GROV | GREENSBURG | 42743 | 6 | 3129.02 |
| 9 | C 3439 | -LOY #15, MIKE | | | 00000 | 19 | 11767.65 |
| 16100 | C 2863 | -JONES, CLAUDE | 6 CLAUDE JONES | EDMONTON K | 42129 | 4 | 1700.90 |
| 16101 | F 7705 | -BURGESS, RODNEY | 4457 PETERS CRE | AUSTIN KY | 42123 | 5 | 1151.64 |
| 2 | C 3134 | -NAPIER, TIM | 4519 PETERS CRE | AUSTIN KY | 42123 | | 1151.64 |
| 3 | C 6417 | -BURGESS, MIKE | | LUCAS KY | 42156 | 1 | 361.21 |
| 4 | C10235 | -TIBBITS, WAYNE | 214 SANDWOOD DR | GLASGOW KY | 42141 | 2 | 849.43 |
| 5 | C 6456 | ELMORE, REX | | | 00000 | 9 | 4010.19 |
| 6 | | 8769-VIBBERT, TIM | 444 JACK BROWN | GLASGOW KY | 42141 | | 275.00 |
| 7 | C 1468 | GRAY, PHILLIP | 3448 PARK CITY | PARK CITY | 42160 | | 200.00 |
| 8 | C 6437 | -CHASE, BILL | | | 00000 | | 300.00 |
| 9 | C 6020 | -BUNCH, REX | P O BOX 212 | EDMONTON K | 42129 | | 135.00 |
| 16110 | C 9712 | -HUNT, BRENDA | 1419 AKERSVILLE | FOUNTAIN R | 42133 | 5 | 3092.15 |

EDMONTON LIVESTOCK
310 NORTH MAIN ST
EDMONTON, KY 42129
270-432-5988 FAX 270-432-3495
------------------------------

PAGE=        6              CHECK REGISTER (FAST)                    NOVEMBER  2, 2010

APPTV NUMB  NAME                                                    
C 5729-PHELPS, RACHAEL          3079 LAWSON BOT BURKESVILL 42717   2    876.65
2560-MORGAN ESTATE, MAXIN 3965 LAWSON BOT BURKESVILL 42717   3   1314.82

| ADDRESS | CITY & STATE | ZIP-CODE |
| --- | --- | --- |

219.00              •------TOTAL-------       1584 894,720.83

DATE 10/11/02               MARION

INVOICE # 02315259

********************************************************************
********************************************************************

BILL TO: ECCO 1 LLC
         & CATTLE CONSULTANTS, LLC          SHIP TO:
         14111 CO. RD. 2
         WIGGINS, CO 80654

********************************************************************
********************************************************************
********************************************************************
********************************************************************

| DESCRIPTION | | NO. | AVG-WT | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| .55    01 55 HFRS | | 93 | 523 | 48,645 | 94.04 | 45,743.74 |
| ** | DELIVERED: | | | **** | 102.55 | 49,884.65 ** |
| | | 93 | | 48,645 | GROSS | 45,743.74 |

SA: BENGIB01BEN GIBSON
MK: MARK UP
CP: ENGFEE01ECCO 1 LLC                              243.23
VE: VET                                             486.45
CP: BENGIB01BEN GIBSON                               15.00
TP: MIKTRA01 DIS:       .00 ,  RENTAL-TR:110        243.23
ME: MARION 93                                     3,153.00

                                  TOTAL EXPENSE    4,140.91

          AVG-WT:  523 AVG-COST:   102.55    AMOUNT DUE   49,884.65
WEIGHTS SHOWN ARE PRO-RATED PURCHASE WEIGHTS
**** OFFICE COPY **** OFFICE COPY **** OFFICE **** OFFICE COPY ****
*********      PLEASE KEEP THESE COPIES FOR THE OFFICE    *********

**INVOICE AND SECURITY AGREEMENT**

DATE 11-2-10

INVOICE NO. 315259

# Eastern Livestock Co., LLC

SOLD TO  ECCOI LLC

Address  +Cattle Consultants LLC

City-State-Zip  Wiggins, Co

SHIP TO _____

Address _____

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 93 | HGw | 48645 | 523/9607 | 46731.65 |
| | | | Trucking | 3153.00 |
| | | | | 49884.65 |
| | | | | |
| | | | | |
| | | | | |
| | ✓ | | | |
| | | | | |
| | | | 93 | |
| | 11-2-10 | | | |
| | | | Karen Diter  11-2-10 | |
| **TOTALS** | | | | |

TRUCKER:  Mike Traulia

Division Key

FROM:  Paul Gibson

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035



EASTERN LIVESTOCK CO.

INVOICE

3 1 5 2 5 9

A 211699

SOLD TO  Eccoi LLC

Wiggins, Co

SHIP TO

| | | | | SS | | F.O.B. | | DATE |
|---|---|---|---|---|---|---|---|---|
| | 93  48645  45743.74 | | | | | | | 11-2-10 |
| | MIC 243.23 | | | | | | | |
| | CmyFee CP  486.45 | | | | | | | |
| 10 51 X300 | Ue  15.00 | | | | | | | |
| Marion- | BenGib CP 243.23 | | | | | | | |
| Wiggins, Co #110. MiKTDa TP 3153.00 | | | | | | | | |
| | 498846S | | | | | | | |

```
Nov  2, 2010                    PROVIDENCE
                    02 - I N V E N T O R Y   L I S T                   PAGE:001
TIME:10:13                            PEN  .55
   DESC          FROM/TO  HEAD   WEIGHT        AVG-WT      PRICE         COST
===================================================================================

   WESKEN        From 55    43    24,070                560      94.51    22,747.85
   EASLIV07                        230
   WK-46         From 46    37    18,265                494      94.48    17,256.05
   FROM 425-46                1     505                 505     100.00       505.00
   ELS-46                          375
   FROM 41                   12   5,200                 433     100.67     5,234.84
===================================================================================

                  93    48,645                          523      94.04    45,743.74
```

*(handwritten annotations:)*

4P

✓ MK  243.23

Mag  CP

Cuxtra  CP

✓ Cengtre  CP  48645

VC  15.00
✓ BenGib  CP  243.23

46.731.6S

96.07

1051 X300

Congleam
Wagner, ©

# 10 MKMC TP 3153.00

102  55  498.846S

Nov  2, 2010                          PROVIDENCE
                              02 - S O R T   W O R K S H E E T
TIME:10:12                                                          PAGE:001
                                   SORT .41

      DESCRIPTION        HEAD   RE-WEIGHT   SALE-WT   AVG-WT    PRICE        COST
================================================================================
.41      FROM 41          34     13,110     13,110     386    100.67    13,197.41
.55      FROM 41          12      5,200      5,200     433    100.67     5,234.84
================================================================================

                          46     18,310     18,310                       18,432.25

```
Nov. 2, 2010                    PROVIDENCE
                       02 - I N V E N T O R Y   L I S T
TIME:10:06                                                          PAGE:001
   DESC        FROM/TO  HEAD    WEIGHT        PEN  .41
                                                  AVG-WT    PRICE           COST
===============================================================================

   WESKEN               46     18,185
   EASLIV07                       125                 395    101.36    18,432.25
                                                             .00
    ===========================================================================

                        46     18,310               398    100.67    18,432.25
```

**Eastern Livestock Co., LLC** 970 - 483 - 6112    Date 11-2-10

Ship To: English Cattle, Wiggins, Co,    Total Head 93-hfrs

TIME LOADED 330 Pm
TIME UNLOADED

| Top Nose | Top | Top Rear |
|---|---|---|
| Pen No. | Pen No. | Pen No. |
| Bottom Nose | Bottom | Bottom Rear |
| Pen. No. | Pen. No. | Pen No. |

Trucker Mike +

WEST KY LIVESTOCK
1781 US HWY 60 EAST
MARION, KY 42064
800-264-1452 FAX 270-965-5341
SALE MONDAY 12:30 P.M.
R E C A P
( MS )
E

FOR=: 3522
EASTERN LIVESTOCK
135 W MARKET

BUYER=: 3522
EASTERN LIVESTOCK
135 W MARKET

NEW ALBANY, IN      47150
5:58:17

NEW ALBANY, IN      47150
NOVEMBER 1, 2010

| | SUFIX | HED | WEIGHT | ==AMOUNT== | WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 300 | 20 | 4 | 1,075 | 1053.95 | 269 | 98.04 | 263.48 | |
| 317 | 41 | 46 | 18,185 | 18432.25 | 395 | 101.36 | 400.70 | |
| 319 | 46 | 37 | 18,265 | 17256.05 | 494 | 94.48 | 466.37 | |
| 305 | 55 | 43 | 24,070 | 22747.85 | 560 | 94.51 | 529.01 | |
| 300 | 68 | 69 | 44,650 | 46248.95 | 647 | 103.58 | 670.27 | |
| 315 | 81 | 4 | 3,375 | 2868.75 | 844 | 85.00 | 717.18 | |
| 301 | 201 | 3 | 575 | 553.40 | 192 | 96.24 | 184.46 | |
| 303 | 251 | 7 | 1,975 | 2315.10 | 282 | 117.22 | 330.72 | |
| 313 | 451 | 35 | 15,480 | 15272.40 | 442 | 98.66 | 436.35 | |
| 306 | 550 | 32 | 17,715 | 18472.50 | 554 | 104.28 | 577.26 | |
| 318 | 551 | 8 | 4,410 | 4254.60 | 551 | 96.48 | 531.82 | |
| 308 | 650 | 30 | 19,720 | 19338.85 | 657 | 98.07 | 644.62 | |
| 310 | 999 | 2 | 950 | 648.40 | 475 | 68.25 | 324.20 | |

13 hd (circled, left of 317 row)

320  170,445  169463.05  533                529.57

GROSS---> $169,463.05

PLEASE PAY GROSS AMOUNT!!!

THANK YOU FOR YOUR BUSINESS---------
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-THOMAS GIBSON  DATE-11/01/10

270 - 667 - 5708

```
      DATE 10/10/26              MARION
*********************************************************************
*********************************************************************                    INVOICE # 02315490

      BILL TO: ECCO 1 LLC
              & CATTLE CONSULTANTS, LLC          SHIP TO:
              14111 CO. RD. 2
              WIGGINS, CO 80654

*********************************************************************
*********************************************************************
*********************************************************************
*********************************************************************
DESCRIPTION                       NO. AVG-WT WEIGHT     PRICE        AMOUNT
=========================================================================
.50     01 50 HFRS                98   537  52,600     91.46      48,108.55
                  DELIVERED:                 ****     100.94      53,094.05 **
**

              =======================  98        52,600     GROSS   48,108.55
                                                                  ===========
SA: BENGIB01BEN GIBSON
ME: MARION 98
YP: EMEINT01BR 24
CP: ME2CAT01ME 2 CATTLE CO                                           294.00
VP: VET   01LANESVILLE ANIMAL HOSPITAL                               131.50
CP: EXTRA 01BILL EXTRA                                                15.00
CP: ENGFEE01ECCO 1 LLC                                                50.00
CP: BENGIB01BEN GIBSON                                               526.00
CP: BENGIB01BEN GIBSON                                               263.00
MK: MARK UP                                                          131.50
TP: FREGAR01 DIS:    159.00 ,  RENTAL-TR:                            394.00
                                                                  3,180.00

                                              TOTAL EXPENSE        4,985.50
```

*Supplier PAID*

```
              AVG-WT:  537 AVG-COST:   100.94      AMOUNT DUE   53,094.05
WEIGHTS SHOWN ARE PRO-RATED PURCHASE WEIGHTS
***** OFFICE COPY ***** OFFICE COPY ***** OFFICE ***** OFFICE COPY ****
**********       PLEASE KEEP THESE COPIES FOR THE OFFICE       *********
```

**INVOICE AND SECURITY AGREEMENT**

DATE 10/26/10

INVOICE NO. 315490

# Eastern Livestock Co., LLC

SOLD TO ECCO 1 LLC

Address 14111 Co Rd 2

City-State-Zip Wiggins Co 80654

SHIP TO

Address

City-State-Zip

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 98 | h frs | 52600 | 537/9489 | 4991405 |
| | | | Trucking | 3180 00 |
| | | | | 5309405 |
| | 98 | | | |
| | Kirk Electr 10/26/10 | | | 10/26/10 |
| TOTALS | | | Oil | |

TRUCKER: Fred Carnett

FROM: Bor Gibson

COMMISSION

VETERINARY

TRUCKING

OTHER

TOTAL

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035



**INVOICE**
3/5490

INVOICE NO.
A 211654

| SOLD TO | | SHIP TO | |
|---|---|---|---|

English
14711 Co. Rd. 2
Wiggins CO. 80684

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | | F.O.B. | DATE |
|---|---|---|---|---|---|---|
| | 02 | | ·50 | | | 10/26/10 |
| 98 | 52,600 | | 48108.55 | | | |
| | | | YP. 294.00 | | | |
| | | | VP. 15.00 | | | |
| | | | Me 2 CP. 131.50 | | | |
| | | | Extra CP. 50.00 | | | |
| | | | Qty ENGFEE CP. 526.00 | | | |
| | | | BenGIB CP. 263.00 | | | |
| | | | BenGIB CP. 131.50 | | | |
| | | #261 | MK. 394.50 | | | |
| | 1060x3.00 | | FREGAR TP. 3180.00 | | | |

```
Oct 26, 2010                    PROVIDENCE
                       02 - I N V E N T O R Y   L I S T
TIME:10:31                                                          PAGE:001
 DESC              FROM/TO   HEAD      WEIGHT     PEN  .50
============================================================================
                                                   AVG-WT     PRICE      COST
============================================================================
    WESKEN                      64     32,615
    FROM 55                     17     10,075               510    91.92   29,981.25
    FROM 55                     17      9,910               593    90.75    9,143.06
                                                           583    90.66    8,984.24
============================================================================

                                98     52,600             537    91.46   48,108.55
```



VP   29400

MK   26300

VR   1500

MR2   CP   13150

EXTRA   CP   5000

ENGTEE   CP   52600

BENGCB   CP   26300

9439     4965105

BENGCB   CP   13150

MK   13150

9489     4991405

# FREGAR   3180.00

        5308405

263.00
131.50

MR394.50

MR. marion 98

ORIG. marion/wiggins

1060X300

261

English

```
Oct 26, 2010                     PROVIDENCE
                          02  -  I N V E N T O R Y   L I S T
TIME:09:31                                                              PAGE:001
   DESC        FROM/TO  HEAD    WEIGHT    PEN  .50
                                                        AVG-WT      PRICE        COST
=================================================================================
   WESKEN                64   31,835                     497       94.18    29,981.25
   PASTURE GAI                   780                                 .00
=================================================================================

                         64   32,615                     510       91.92    29,981.25
```

11730

11730

**EASTERN LIVESTOCK
COMPANY, LLC**
Providence, KY

Buyer _____ 5 0

Seller _____

Weigher _____

№ **45479**

Date _____ 20

| NUMBER | KIND | PRICE | TOTAL |
|--------|------|-------|-------|
| 23 | 50 | | |

CENTRAL PRINTING CO. INC.

9370

9370

**EASTERN LIVESTOCK
COMPANY, LLC**
Providence, KY

Buyer _____ 5 0

Seller _____

Weigher _____

№ **45478**

Date _____ 20

| NUMBER | KIND | PRICE | TOTAL |
|--------|------|-------|-------|
| 19 | 50 | | |

CENTRAL PRINTING CO. INC.

11515

11515

**EASTERN LIVESTOCK
COMPANY, LLC**
Providence, KY

Buyer _____ 5 0

Seller _____

Weigher _____

№ **45477**

Date _____ 20

| NUMBER | KIND | PRICE | TOTAL |
|--------|------|-------|-------|
| 22 | 50 | | |

CENTRAL PRINTING CO. INC.

54

PROVIDENCE
Oct 26, 2010          02 - S O R T   W O R K S H E E T          PAGE:001

TIME:09:36                    SORT .55

| DESCRIPTION | HEAD | RE-WEIGHT | SALE-WT | AVG-WT | PRICE | COST |
|---|---|---|---|---|---|---|
| .50    FROM 55 | 17 | 10,020 | 10,075 | 593 | 90.75 | 9,143.06 |
| .50    FROM 55 | 17 | 9,855 | 9,910 | 583 | 90.66 | 8,984.24 |
| 999    FROM 55 | 1 | 280 | 280 | 280 | 80.00 | 224.00 |
| | 35 | 20,155 | 20,265 | | | 18,351.30 |

10020

10020

| Buyer | 55 | | Nº 45480 |
| Seller | | | |
| Weigher | | Date | 20 |

| NUMBER | KIND | PRICE | TOTAL |
|---|---|---|---|
| 17 | 50 | | |

**EASTERN LIVESTOCK COMPANY, LLC**
Providence, KY

CENTRAL PRINTING CO. INC.

9855

9-55

| Buyer | 55 | | Nº 45481 |
| Seller | | | |
| Weigher | | Date | 20 |

| NUMBER | KIND | PRICE | TOTAL |
|---|---|---|---|
| 17 | 50 | | |

**EASTERN LIVESTOCK COMPANY, LLC**
Providence, KY

CENTRAL PRINTING CO. INC.

280

280

| Buyer | 55 | | Nº 45482 |
| Seller | | | |
| Weigher | | Date | 20 |

| NUMBER | KIND | PRICE | TOTAL |
|---|---|---|---|
| 1 | 999 | | |

**EASTERN LIVESTOCK COMPANY, LLC**
Providence, KY

CENTRAL PRINTING CO. INC.

```
Oct 26, 2010                              PROVIDENCE                        PAGE:001
                                02 - I N V E N T O R Y   L I S T
TIME:09:31                                      PEN  .55
  DESC          FROM/TO  HEAD   WEIGHT              AVG-WT     PRICE
==================================================================================  COST

   WESKEN               35    20,265              579      90.56    18,351.30
==================================================================================

                       35    20,265              579      90.56    18,351.30
```

**Eastern Livestock Co., LLC** _English Cattle_

Date 10-26-10

Ship To: _Wiggins, Colorado_

Total Head 98 hfs

| Top Nose Pen No. 5 | Top 18 \| 18 Pen No: | Top Rear Pen No. 3 |
|---|---|---|
| Bottom Nose Pen. No. 8 | Bottom 19 \| 18 Pen. No. | Bottom Rear Pen No. 9 |

Trucker _Fred Garnett_

Delivered To: _970-493-6117_    Received By: _Stan B_

TIME LOADED 7:45

TIME UNLOADED

```
                    WEST KY LIVESTOCK
                   1781 US HWY 60 EAST
                     MARION, KY 42064
                800-264-1452 FAX 270-965-5341
                   SALE MONDAY 12:30 P.M.
                      R E C A P
                        (  MS )
   FOR=: 3522             E              BUYER=: 3522
   EASTERN LIVESTOCK                     EASTERN LIVESTOCK
   135 W MARKET                          135 W MARKET

   NEW ALBANY, IN     47150              NEW ALBANY, IN     47150
   6:01:52                                      OCTOBER 25, 2010
```

|  | SUFIX | HED | WEIGHT | AMOUNT | WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 317 | 20 | 2 | 465 | 465.90 | 233 | 100.19 | 232.95 | |
| 410 | 48 | 19 | 8,215 | 8509.50 | 432 | 103.58 | 447.86 | |
| 402 | 50 | 64 | 31,835 | 29981.25 | 497 | 94.18 | 468.45 | |
| 304 | 55 | 35 | 20,265 | 18351.30 | 579 | 90.56 | 524.32 | |
| 412 | 58 | 58 | 32,060 | 33663.00 | 553 | 105.00 | 580.39 | |
| 306 | 81 | 13 | 9,985 | 8530.80 | 768 | 85.44 | 656.21 | |
| 302 | 201 | 5 | 1,270 | 1469.45 | 254 | 115.70 | 293.89 | |
| 404 | 550 | 54 | 29,600 | 31047.42 | 548 | 104.89 | 574.95 | |
| 403 | 550X | 91 | 48,890 | 55281.70 | 537 | 113.07 | 607.49 | |
| 322 | 551 | 10 | 5,710 | 5404.45 | 571 | 94.65 | 540.44 | |
| 318 | 575 | 15 | 8,790 | 8879.10 | 586 | 101.01 | 591.94 | |
| 321 | 591 | 18 | 10,630 | 11480.40 | 591 | 108.00 | 637.80 | |
| 319 | 700 | 13 | 9,425 | 9396.35 | 725 | 99.70 | 722.79 | |
| 313 | 800 | 2 | 1,685 | 1450.30 | 843 | 86.07 | 725.15 | |
| 309 | 999 | 2 | 945 | 899.00 | 473 | 95.13 | 449.50 | |

```
             === ======= ========= ====    =======
             401 219,770  224809.92  548    560.62  =========
                                                  GROSS---> $224,809.92
```

PLEASE PAY GROSS AMOUNT!!!


THANK YOU FOR YOUR BUSINESS---------
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-THOMAS GIBSON  DATE-10/25/10