**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| | ) | **CASE NO. 10-93904-BHL-11** |
| **EASTERN LIVESTOCK CO., LLC** | ) | |
| | ) | |
| **Debtor** | ) | |

_____

**AGREED ENTRY REGARDING RULE 2004**
**EXAMINATION OF YOUR COMMUNITY BANK**

The parties, having discussed the matters related to the (1) Motion for 2004 Examination filed by Fifth Third Bank, (Dkt. # 561); (2) Motion of First Bank joining Fifth Third's Motion, (Dkt. # 567); and (3) Motion for Relief from Order filed by Your Community Bank, (Dkt. # 588), submit the following agreement to the Court.

Your Community Bank will produce documents responsive to paragraphs 1-31, 35-38, 40 and 44 of Exhibit A to Fifth Third's motion.  Your Community Bank does not have documents responsive to paragraphs 32-34, 39, 41-43 and 45-57.

These documents will be produced in electronic format, bates stamped or otherwise sequentially numbered to the counsel for Kathryn L. Pry, Trustee in *In Re: Thomas and Patsy Gibson, U.S. Bankruptcy Court, Southern District Of Indiana, Case No. 10-93867-BHL-7*.  Parties from the above-referenced case or the Chapter 7 case, may procure a copy of those documents upon request from the Trustee.

Your Community Bank will produce these documents no later than August 22, 2011.

First Bank and Your Community Bank disagree over the production of certain other category of documents, but agree that that matter will be resolved upon a separate motion filed by First Bank after an agreed briefing schedule to be set in conference with the Court.

IT IS THEREFORE AGREED that the above-referenced motions and objections concerning the Rule 2004 Examination are resolved as set forth above.


AGREED:


/s/ Kent Britt
Randall D. LaTour
Kent Britt
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, Ohio 43216-1008
*Attorneys for Fifth Third Bank*

/s/  Daniel J. Donnellon
Daniel J. Donnellon
FARUKI IRELAND & COX, P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
*Attorney for The First Bank and Trust Company*

/s/   Deborah Caruso
Deborah Caruso
DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, IN 46240
*Attorney for Kathryn L. Pry, Trustee*

/s/ Trevor L. Earl
Trevor L.  Earl
REED WEITKAMP SCHELL & VICE PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
*Attorney for Your Community Bank*