# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 08, 2011 09:30 AM   NA 103 |
| **Hearing Officer:** | |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

### Matter:

Continued Telephonic Hearing Re:   Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards filed by Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins.  [616] with a Brief in Support of Motion to Quash, filed by Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins [630] and a Response in Opposition to Motion to Quash filed by Walter Scott Newbern III on behalf of Creditor Florida Association Livestock Markets [636]

**R / M #:**   0 / 0

### Appearances:

JEFF HUNTER - ATTORNEY FOR US DEPARTMENT OF AGRICULTURE
DAN DONNELLON - ATTORNEY FOR FIRST BANK AND TRUST
SCOTT NEWBURN - ATTORNEY FOR FLORIDA LIVESTOCK MARKETS
CHUCK WHARTON - UST
SHAWNA EIKENBERRY - ATTORNEY FOR TRUSTEE KNAUER

### Proceedings:

***AMENDED TO REFLECT CORRECT TIME OF 8/22/11 HEARING***Disposition:  Telephone Conference held.     Matter continued to next Ominbus Hearing date  on 8/22/11 @ 1:30 p.m. (Eastern).  Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**