SF00200 (rev 07/2010)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

Eastern Livestock Co., LLC
  SSN: NA        EIN: NA
Debtor(s)

Case Number:

**10–93904–BHL–11**

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: Motion to Extend Time to File the Gibson Trustee's Purchase Money Claims (second extension) filed by Meredith R. Thomas on behalf of Other Professional Kathryn Pry 634].

Objections are due three (3) business days prior to hearing.

Date:  August 22, 2011
Time: 01:30 PM EDT
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above–referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   August 10, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT