**SO ORDERED: August 10, 2011.**



U̶ ~~Baril H Lorch III~~ RT

**Basil H. Lorch III**
**United States Bankruptcy Judge**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10-93904-BHL-ll |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER

This matter came before the Court on August 8, 2011, for a telephonic status conference

on the **Motion to Quash Order Granting Motion for 2004 Examination upon the United**

**States Department of Agriculture, Grain Inspection, Packers & Stockyards which was filed**

**on July 26, 2011** [Docket #629]. The Court, being fully and sufficiently advised, now

**ORDERS** that all the discovery matters filed with the Motion for 2004 Examination [Docket #

586], including the Interrogatories, Requests for Production of Documents, and Requests for

Admissions, are suspended and held in abeyance until further order of the Court specifically

setting a time for any response or objection to all such discovery.

### ###