# Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 8/10/2011
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer   | jak@kgrlaw.com |
| aty | C. R. Bowles, Jr  | crb@gdm.com |
| aty | James A. Knauer   | jak@kgrlaw.com |
| aty | Jeffrey L Hunter  | jeff.hunter@usdoj.gov |
| aty | Terry E. Hall     | terry.hall@bakerd.com |

TOTAL: 5