SO ORDERED: August 11, 2011.



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER APPROVING AGREED ENTRY GRANTING MOTIONS FOR
ADDITIONAL EXTENSIONS OF MAY 2, 2011 BAR DATE FOR
FILING CLAIMS AND PURCHASE MONEY CLAIMS**

This matter is before the Court upon the *Agreed Entry Granting Motions For Additional Extensions Of May 2, 2011 Bar Date For Filing Claims And Purchase Money Claims* [Docket No. 654] ("Agreed Entry") filed by The First Bank and Trust Company, Kathryn L. Pry, Chapter 7 Trustee of the Estate of Thomas P. Gibson and Patsy M. Gibson, and James M. Knauer, Trustee for the Chapter 11 Estate of Eastern Livestock Co., LLC.  The Court, being duly and sufficiently advised, hereby GRANTS the Agreed Entry with respect to the relief requested therein, it appearing to the Court that the Agreed Entry is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Agreed Entry is approved.

###