## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 8/11/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 4

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr          crb@gdm.com
aty     Daniel J. Donnellon       ddonnellon@ficlaw.com
aty     Jeffrey L Hunter          jeff.hunter@usdoj.gov
aty     Terry E. Hall             terry.hall@bakerd.com

TOTAL: 4