**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| | ) | **CASE NO. 10-93904-BHL-11** |
| **EASTERN LIVESTOCK CO., LLC** | ) | |
| | ) | |
| **Debtor** | ) | |

_____

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE that the undersigned counsel enters his appearance for Your Community Bank in the above case, and pursuant to Federal Rules of Bankruptcy 2002 and 9007, Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1)     which affect or seek to affect in any way any of Your Community Bank's rights or interests with respect to (a) the debtor; (b) any property or proceeds thereof in which debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of Your Community Bank which debtor may seek to use; or

(2)      which require or seek to require any act, delivery of any property, payment or other

conduct by Your Community Bank.

This the 18th day of August, 2011.


/s/ Michael W. Oyler
Michael W. Oyler (Attorney No. 15806-22)
REED WEITKAMP SCHELL & VICE PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Telephone: (502) 589-1000
Facsimile:   (502) 562-2200
moyler@rwsvlaw.com

Counsel for Your Community Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Service of Notice was served via the Court's ECF System on parties of record on this 18th day of August, 2011.


/s/ Michael W. Oyler
Counsel for Your Community Bank