UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CHAPTER 11 |
| | ) | CASE NO. 10-93904-BHL-11 |
| DEBTORS | ) | |

**APPEARANCE**

Come now Jason W. Cottrell of Stuart & Branigin LLP, and enters his Appearance as counsel on behalf of Rex Elmore, and request that said attorneys' names and address be added to the Clerk's mailing matrix in this case.

                     /s/    Jason W. Cottrell
**JASON W. COTTRELL**
Attorney #24837-09
*STUART & BRANIGIN LLP*
300 Main Street, Ste. 900
P. O. Box 1010
Lafayette, IN 47902-1010
P:    765-423-1561
F:    765-742-8175
*Attorneys for Rex Elmore*

## CERTIFICATE OF SERVICE

I certify that on the 19th day of August, 2011, service of this Appearance was made upon:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Amelia Martin Adams<br>aadams@dlgfirm.com | John W. Ames<br>jwa@gdm.com |
| Jerald I. Ancel<br>jancel@taft.law.com | Christopher E. Baker<br>cbaker@hklawfirm.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| C.R. Bowles, Jr.<br>crb@gdm.com | Kent A. Britt<br>kabritt@vorys.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| James M. Carr<br>james.carr@bakerd.com | John R. Carr, III<br>jrciii@acs-law.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Bret S. Clement<br>bclement@acs-law.com | Jesse Cook-Dubin<br>jcookdubin@cohenkinne.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | Laura Day DelCotto<br>ldelcotto@dlgfirm.com | David Alan Domina<br>dad@dominalaw.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com |
| Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Robert H. Foree<br>robertforee@bellsouth.net | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Jeffrey J. Graham<br>jgraham@taftlaw.com | Terry E. Hall<br>terry.hall@bakerd.com | John David Hoover<br>jdhoover@hooverhull.com |
| John Huffaker<br>john.huffaker@sprouselaw.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov | James Bryan Johnston<br>bjtexas@hotmail.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Edward M. King<br>tking@fbtlaw.com |
| James A. Knauer<br>jak@kgrlaw.com | Randall D. LaTour<br>rdlatour@vorys.com | Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com |
| David A. Laird<br>david.laird@moyewhite.com | David L. LeBas<br>dlebas@namanhowell.com | Elliott D. Levin<br>edl@rubin-levin.net |
| Kim Martin Lewis<br>kim.lewis@dinslaw.com | Karen L. Lobring<br>lobring@msn.com | John Hunt Lovell<br>john@lovell-law.net |

| | | |
|---|---|---|
| John Frederick Massouh<br>john.massouh@sprouselaw.com | Michael W. McClain<br>mike@kentuckytrial.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| James Edwin McGhee, III<br>mcghee@derbycitylaw.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Walter Scott Newbern, III<br>wsnewbern@msn.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Wendy W. Ponader<br>wendy.ponader@bakerd.com |
| Timothy T. Pridmore<br>tpridmore@mcjllp.com | Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com | Susan K. Roberts<br>skr@stuartlaw.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com | John M. Rogers<br>johnr@rubin-levin.net |
| Ashley R. Rusher<br>asr@blancolaw.com | Thomas C. Scherer<br>tscherer@binghammchale.com | Ivana B. Shallcross<br>ibs@gdm.com |
| William E. Smith, III<br>wsmitth@k-glaw.com | Robert K. Stanley<br>robert.stanley@bakerd.com | Johsua N. Stine<br>jnstine@vorys.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Andrea L. Wasson<br>andreawassonatty@gmail.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | Sean T. White<br>swhite@hooverhull.com |
| Jessica E. Yates<br>jyates@swlaw.com | James T. Young<br>james@rubin-levin.net | |

by depositing the same in the United States mail in a properly addressed envelope and with sufficient first-class postage affixed.

            */s/    Jason W. Cottrell*
            **JASON W. COTTRELL**