UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: )<br>)<br>EASTERN LIVESTOCK CO., LLC, )<br>)<br>        Debtor. )<br>_____ )<br>)<br>FREDIN BROTHERS, INC., a Minnesota Corporation )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>BANKERS BANK, an Oklahoma Corporation; )<br>BANKFIRST FINANCIAL SERVICES, a Mississippi )<br>Corporation; JAMES BRASS; EASTERN LIVESTOCK )<br>COMPANY, LLC, a Kentucky Limited Liability Company; )<br>FAITH CATTLE COMPANY, a Trade Name for )<br>unknown persons; FARMERS BANK, an Oklahoma )<br>Corporation; FIFTH THIRD BANK, a National Bank; )<br>FLYING M RANCH, a Trade Name for unknown persons; )<br>J&F OKLAHOMA HOLDINGS, INC., a Delaware )<br>Corporation; HOHENBERGER CATTLE, a Trade Name )<br>for unknown persons; RANDALL HOLSTED; CHAD )<br>HOUCK; PEOPLES BANK, a Kansas Corporation; and )<br>EDWARD STRICKLAND, )<br>)<br>        Defendants. ) | Bankr. S.D. Indiana<br>Case No. 10-93904-bhl-11<br><br>Colo. Bankr. Adv. Pro. No.<br>11-01185 EEB<br><br>District Court, Prowers<br>County, Colorado<br>Case No. 2010-CV-61 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF DARLA J. GABBITAS

Pursuant to S. D. Ind. L.R. 9010-2, Darla J. Gabbitas moves for *pro hac vice* admission to practice in this Court on behalf of Peoples Bank ("Peoples Bank") in this case. In support of this Motion, Darla J. Gabbitas states that the attached affidavit demonstrates that she has complied with the requirements of L.R. 9010-2, including the payment of the registration fee in the sum of $30.00, which is being submitted electronically to the clerk along with this Motion.

01129910.DOC:1

**WHEREFORE**, Darla J. Gabbitas moves the Court for an Order granting her permission to appear *pro hac vice* on behalf of Peoples Bank for purposes of this case only.

DATED this 18th day of August, 2011.

Respectfully submitted,

**MOYE WHITE LLP**

By: */s/ Darla J. Gabbitas*
Darla J. Gabbitas, (Colorado No. #40199)
1400 16th Street, 6th Floor
Denver, Colorado 80202-1486
Telephone: (303) 292-2900
Fax: (303) 292-4510
Email: darla.gabbitas@moyewhite.com

01129910.DOC:1

## AFFIDAVIT OF DARLA J. GABBITAS, ESQ.

I, Darla J. Gabbitas, having been first duly sworn upon oath, do depose and state the following:

1. I have personal knowledge of the facts stated here.

2. I am admitted to practice in the following state and federal jurisdictions: State of Colorado, October 2008; the United States District Court for the District of Colorado and the State of Colorado, 2009.

3. My license has never been suspended or revoked. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

4. I have never been charged with any complaints concerning my conduct as an attorney.

5. I have made an electronic payment of thirty dollars ($30.00) for the administrative fees required to process this motion for *pro hac vice* admission.

6. I hereby subject myself to the jurisdiction and rules of this Court governing professional conduct.

FURTHER Affiant sayeth not.

_____
Darla J. Gabbitas

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| CITY AND COUNTY OF DENVER | ) |

    Signed, sworn to and acknowledged before me by Darla J. Gabbitas this 18th day of August, 2011.

*[Notary seal: Heather J. Henderson, Notary Public, State of Colorado]*

/s/ Heather J. Henderson
Notary Public
My commission expires: Dec. 3, 2011

01129910.DOC:1

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2011, a true and correct copy of the foregoing Motion for Pro Hac Vice Admission of Darla J. Gabbitas was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ Darla J. Gabbitas
Counsel for Peoples Bank

01129910.DOC:1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: )<br>)<br>EASTERN LIVESTOCK CO., LLC, )<br>)<br>Debtor. )<br>)<br>_____ )<br>)<br>FREDIN BROTHERS, INC., a Minnesota Corporation )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANKERS BANK, an Oklahoma Corporation; )<br>BANKFIRST FINANCIAL SERVICES, a Mississippi )<br>Corporation; JAMES BRASS; EASTERN LIVESTOCK )<br>COMPANY, LLC, a Kentucky Limited Liability Company;)<br>FAITH CATTLE COMPANY, a Trade Name for )<br>unknown persons; FARMERS BANK, an Oklahoma )<br>Corporation; FIFTH THIRD BANK, a National Bank; )<br>FLYING M RANCH, a Trade Name for unknown persons; )<br>J&F OKLAHOMA HOLDINGS, INC., a Delaware )<br>Corporation; HOHENBERGER CATTLE, a Trade Name )<br>for unknown persons; RANDALL HOLSTED; CHAD )<br>HOUCK; PEOPLES BANK, a Kansas Corporation; and )<br>EDWARD STRICKLAND, )<br>)<br>Defendants. ) | Bankr. S.D. Indiana<br>Case No. 10-93904-bhl-11<br><br>Colo. Bankr. Adv. Pro. No.<br>11-01185 EEB<br><br>District Court, Prowers<br>County, Colorado<br>Case No. 2010-CV-61 |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

THIS MATTER, having come before the Court upon a Motion for Admission *Pro Hac Vice*, and the Court having considered the matter and being sufficiently advised, IT IS HEREBY ORDERED that said Motion be, and is hereby, GRANTED and that Darla J. Gabbitas, of the firm Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202, be and hereby is admitted *pro hac vice* to practice in this case as counsel for Peoples Bank.

01129910.DOC:1

IT IS SO ORDERED.

DATED this _____ day of August, 2011.

                                           **BY THE COURT**:

                                           _____
                                           United States Bankruptcy Judge