## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankr. S.D. Indiana |
| | ) | Case No. 10-93904-bhl-11 |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Debtor. | ) | Colo. Bankr. Adv. Pro. No. |
| | ) | 11-01185 EEB |
| | ) | |
| FREDIN BROTHERS, INC., a Minnesota Corporation | ) | |
| | ) | |
| Plaintiff, | ) | District Court, Prowers |
| | ) | County, Colorado |
| v. | ) | Case No. 2010-CV-61 |
| | ) | |
| BANKERS BANK, an Oklahoma Corporation; | ) | |
| BANKFIRST FINANCIAL SERVICES, a Mississippi | ) | |
| Corporation; JAMES BRASS; EASTERN LIVESTOCK | ) | |
| COMPANY, LLC, a Kentucky Limited Liability Company; | ) | |
| FAITH CATTLE COMPANY, a Trade Name for | ) | |
| unknown persons; FARMERS BANK, an Oklahoma | ) | |
| Corporation; FIFTH THIRD BANK, a National Bank; | ) | |
| FLYING M RANCH, a Trade Name for unknown persons; | ) | |
| J&F OKLAHOMA HOLDINGS, INC., a Delaware | ) | |
| Corporation; HOHENBERGER CATTLE, a Trade Name | ) | |
| for unknown persons; RANDALL HOLSTED; CHAD | ) | |
| HOUCK; PEOPLES BANK, a Kansas Corporation; and | ) | |
| EDWARD STRICKLAND, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR ALL NOTICES

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9010-1, the undersigned hereby gives notice of her entry of appearance on behalf of Peoples Bank ("**Peoples Bank**"), and requests that copies of all notices, pleadings, and other documents filed and/or served in this case (including all notices described in Bankruptcy Rule 2002, all disclosure statements, and all plans) be sent to the undersigned.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive: (i) Peoples Bank's right to have final orders in non-core matters entered

01129918.DOC:1

only after *de novo* review by a District Court Judge, (ii) Peoples Bank's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related thereto, (iii) Peoples Bank's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Peoples Bank is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Peoples Bank expressly reserves.

DATED:  August 18, 2011.        Respectfully submitted,

MOYE WHITE LLP

By: */s/ Darla J. Gabbitas*
   Darla J. Gabbitas, #40199
   1400 16th Street, 6th Floor
   Denver, Colorado 80202-1473
   Telephone:  (303) 292-2900
   Fax:  (303) 292-4510
   Email:  darla.gabbitas@moyewhite.com

**ATTORNEY FOR PEOPLES BANK**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 19th, 2011, a true and correct copy of the above NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES was placed in the United States mail, first class postage prepaid and correctly addressed to the parties listed below:

US Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Tom McNamara
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202

Shawna Meyer Eikenberry
Terry E. Hall
Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

Bruce A. Menk
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202

- 2 -

01129918.DOC:1

John O'Brien
Jessica Yates
Snell & Wilmer L.L.P.
1200 17th Street, Suite 1900
Denver, CO 80202

Nicholas White
JSB USA LLC
1770 Promontory Circle
Greeley, CO 80634

J. Curt Penny
J. Curt Penny, P.C.
103 South 2nd Street
P.O. Box 71
Sterling, CO 80751

Barry Squires
109 West Main
Carnegie, OK 73015

Darla Scranton Specht
Scranton Specht & Associates P.C.
P.O. Box 1500
Lamar, CO 81050

J&F Oklahoma Holdings, Inc.
1770 Promontory Circle
Greeley, CO 80634

Mark Hohenberger
Hohenberger Cattle
200 Hillcrest Drive
Stephenville, TX 76401

Randall Holsted
Route 2, Box 861
Mountain View, OK 73062

Chad Houck
409 County Road 6
Black, AL 36314

Mark S. Davis
201 South 4th Street, Suite 1
P.O. Box 30
Lamar, CO 81052

Joshua Chernesky
Dinsmore & Shohl, LLP
Fifth Third Centre, Suite 1300
One South Main Street
Dayton, OH 45402

Josh Stine
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, OH 45202

Thomas L. Segrest
Graham & Segrest LLP
407 7th Street North
Columbus, MS 39703

Bankers Bank
9020 North May Avenue, Suite 200
Oklahoma City, OK 73120

BankFirst Financial Services
101 North Jefferson Street
Macon, MS 39341

James Brass
110 North New York Street
Coldwater, KS 67029-2959

Faith Cattle Company
409 County Road 6
Black, AL 36314

Farmers Bank
31 West Main Street
Carnegie, OK 73015

01129918.DOC:1

Peoples Bank
101 East Main Street
Coldwater, KS 67029

Edward Strickland
3408 Highway 389
Pheba, MS 39755-9523

Fredin Brothers, Inc.
38468 U.S. Highway 14E
P.O. Box 37
Springfield, MN 56087

Fifth Third Bank
38 Fountain Square Plaza, Md., #10
Cincinnati, OH 45263

Flying M Ranch
409 County Road 6
Black, AL 36314

/s/ Arvonne Toney-Ladson
Arvonne Toney-Ladson

01129918.DOC:1

- 4 -