UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ) | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| Debtor ) | |

_____

**NOTICE OF PRODUCTION OF DOCUMENTS**

Your Community Bank ("Creditor"), pursuant to the Agreed Entry dated August 3, 2011, Dkt. No. 657, files notice that it has produced documents to the Trustee in the case of *In Re: Thomas P. and Patsy M. Gibson*, U.S. Bankruptcy Court, Southern District Of Indiana, Case No. 10-93867-BHL-7 by service upon the Trustee's counsel.

This the 23rd day of August, 2011.

/s/ Trevor L. Earl
Trevor L. Earl
REED WEITKAMP SCHELL & VICE PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Telephone: (502) 589-1000
Facsimile:  (502) 562-2200
tearl@rwsvlaw.com

Counsel for Creditor, Your Community Bank

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Production of Documents was served via the Court's ECF System on parties of record on the 23rd day of August, 2011.

/s/ Trevor L. Earl
Counsel for Creditor, Your Community Bank