**SO ORDERED: August 31, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

            UNITED STATES BANKRUPTCY COURT     SGENERIC (rev 11/2010)
              SOUTHERN DISTRICT OF INDIANA
                   121 W Spring St Rm 110
                     New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC                    Case Number:
     SSN: NA        EIN: NA                   **10−93904−BHL−11**
   Debtor(s)

### ORDER

    A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on August 19, 2011, by David A. Laird.

    IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

                                              ###