# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 22, 2011 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### *Matters:*

1) Continued Telephonic Hearing Re:   Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards filed by Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins.  [616] with a Brief in Support of Motion to Quash, filed by Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins [630] and a Response in Opposition to Motion to Quash filed by Walter Scott Newbern III on behalf of Creditor Florida Association Livestock Markets [636]
**R / M #:**   0 / 0

2) Hearing Re:   Motion to Extend Time to File the Gibson Trustee's Purchase Money Claims (second extension) filed by Meredith R. Thomas on behalf of Other Professional Kathryn Pry.  [634]
**R / M #:**   0 / 0
   **VACATED:  Moot per agreed entry filed.**

3) Continued Status Conference Re:    Motion for Authority (Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account) filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [501] with Objections and amended objections and responses thereto filed.
**R / M #:**   0 / 0

4) Hearing Re:    Motion For Order Approving Lease By And Between Trustee And Republic Bank & Trust Company filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [664]
**R / M #:**   0 / 0

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11          MONDAY, AUGUST 22, 2011 01:30 PM

In Court Appearances:
TERRY E. HALL/KEVIN TONER, ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
WILLIAM E SMITH, ATTORNEY FOR COFFEYVILLE LIVESTOCK MARKET, LLC
ALLEN MORRIS, ATTORNEY FOR REPUBLIC BANK AND TRUST COMPANY, ROSENBAUM FEEDER CATTLE COMPANY, LLC, TODD ROSENBAUM
C. R. BOWLES, ATTORNEY FOR GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RON P. REED, B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
JOHN W AMES, ATTORNEY FOR PHILLIP TAYLOR REED, RON P. REED, DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
CHRISTY MOORE - ATTORNEY FOR PHILLIP TAYLOR REED, RON P. REED, DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
LAURA DAY DELCOTTO, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, MOSELEY CATTLE AUCTION, LLC
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
ANDREW STOSBERG - ATTORNEY FOR WILLIE DOWNS

Phone Appearances:
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS GROWERS, INC.
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
JESSICA E. YATES, ATTORNEY FOR CPC LIVESTOCK, LLC AND SREDINE BROS.
ROSS A. PLOURDE, ATTORNEY FOR BRENT KUEHNY, CRUMPLER BROS., STOCKMAN OKLAHOMA LIVESTOCK MARKETING, I, THE BANK OF KREMLIN
WALTER SCOTT NEWBERN, ATTORNEY FOR FLORIDA ASSOCIATION LIVESTOCK MARKETS
DAVID A. LAIRD, ATTORNEY FOR PEOPLES BANK OF COLDWATER KANSAS
JEFFREY R. ERLER, ATTORNEY FOR RUSSELL DECORDOVA D/B/A DECORDOVA CATTLE
JASON COTTRELL REX ELMORE, CREDITOR
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
COURTNEY SCOTT - ATTORNEY FOR INDIANA DEPARTMENT OF REVENUE
MARGARAET SCHUTTE - ATTORNEY FOR US DEPT. OF AGRICULTURE
DEBORAH CARUSO - ATTORNEY FOR K. PRY (TRUSTEE IN GIBSON CASE)
ERIC REDMAN -  ATTORNEY FOR BANK FIRST FINANCIAL SERVICES AND EDWARD STRICKLAND
ALI DECINE - ATTORNEY FOR NATIONAL CATTLEMANS BEEF ASSOCIATION

## *Proceedings:*

*AMENDED  Disposition:  Hearing held.
(1) Matter continued to Hearing on 9/28/11 @ 10:00 a.m. (Eastern).  Notice given in open court.
(2) VACATED:   Moot per Agreed Entry.
(3) Motion Granted.  Order to be drafted by parties and submitted to Court.
(4) Motion Granted.  Order to be entered.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**