UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No.: 10-93904-BHL-11 |
| Debtor. | |

**MOTION TO APPEAR *PRO HAC VICE***

Robert A. Bell, Jr., of Vorys, Sater, Seymour and Pease LLP, moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Fifth Third Bank in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Ohio Supreme Court | November/2000 |
| U.S. District Court, Southern District of Ohio | July/2001 |
| U.S. District Court, Northern District of Ohio | October/2003 |
| U.S. District Court, Eastern District of Michigan | July/2007 |
| U.S. Court of Appeals, Second Circuit | May/2011 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice.*

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this court enter an order of admission *pro hac vice* for purposes of this cause only.

          VORYS, SATER, SEYMOUR AND PEASE LLP

          /s/ Robert A. Bell, Jr.
          Robert A. Bell, Jr. (OH-0072780)
          52 East Gay Street
          P.O. Box 1008
          Columbus, Ohio 43216-1008
          Telephone: (614) 464-5469
          Facsimile:  (614) 719-5169
          Email: rabell@vorys.com

          Counsel for Fifth Third Bank

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2011, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's ECF system.

- David L. Abt    davidabt@mwt.net
- Amelia Martin Adams    aadams@dlgfirm.com
- John W Ames    jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker    cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- C. R. Bowles    crb@gdm.com, shm@gdm.com
- Kent A Britt    kabritt@vorys.com
- Lisa Koch Bryant    courtmail@fbhlaw.net
- James M. Carr    james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell    jwc@stuartlaw.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson    jdawson@millerdollarhide.com, jowens@millerdollarhide.com
- Dustin R. DeNeal    dustin.deneal@bakerd.com, patricia.moffit@bakerd.com
- Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl    tearl@rwsvlaw.com
- Shawna M Eikenberry    shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Jeffrey R. Erler    jeffe@bellnunnally.com
- Sarah Stites Fanzini    sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall    terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover    jdhoover@hooverhull.com
- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe    jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Jill Zengler Julian    Jill.Julian@usdoj.gov
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock    eknoblock@daleeke.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- James Edwin McGhee    mcghee@derbycitylaw.com, belliott@derbycitylaw.com

- William Robert Meyer    rmeyer@stites.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern    wsnewbern@msn.com
- Shiv Ghuman O'Neill    shiv.oneill@bakerd.com
- Matthew J. Ochs    kim.maynes@moyewhite.com
- Michael Wayne Oyler    moyler@rwsvlaw.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader    wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey    jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com
- Susan K. Roberts    skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- Thomas C Scherer    tscherer@binghammchale.com, mmcclain@binghammchale.com
- Ivana B. Shallcross    ibs@gdm.com
- William E Smith    wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley    robert.stanley@bakerd.com
- Joshua N. Stine    jnstine@vorys.com
- Andrew D Stosberg    astosberg@lloydmc.com, bmarks@lloydmc.com
- Meredith R. Thomas    mthomas@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner    kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson    andreawassonatty@gmail.com
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White    swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates    jyates@swlaw.com, edufficy@swlaw.com
- James T Young    james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net

    /s/ Robert A. Bell, Jr.
    Robert A. Bell, Jr.