UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re: : Chapter 11
:
EASTERN LIVESTOCK CO., LLC, : Case No.: 10-93904-BHL-11
:
Debtor. :

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Robert A. Bell, Jr., being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Ohio Supreme Court | November/2000 |
| U.S. District Court, Southern District of Ohio | July/2001 |
| U.S. District Court, Northern District of Ohio | October/2003 |
| U.S. District Court, Eastern District of Michigan | July/2007 |
| U.S. Court of Appeals, Second Circuit | May/2011 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

/s/ Robert A. Bell, Jr.
Robert A. Bell, Jr.

**ACKNOWLEDGMENT**

STATE OF OHIO )
)
COUNTY OF FRANKLIN )

Before me, a notary public in and for said county and state personally appeared Robert A. Bell, Jr. and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 1 day of September, 2011.

/s/ Torpy Yates
Notary Public