## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 9/1/2011 |
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty     C. R. Bowles, Jr     crb@gdm.com
aty     Terry E. Hall     terry.hall@bakerd.com

TOTAL: 2