United States Bankruptcy Court
Southern District of Indiana

In re:                                                          Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss2          Page 1 of 1          Date Rcvd: Aug 31, 2011
                             Form ID: sgeneric      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2011.
cr              +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb             +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op              +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
                 ?Louisville, KY 40202-3157
op              +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
                 Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: asr@btcmlaw.com Aug 31 2011 23:43:58     Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                       TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2011**                    **Signature:**     *Joseph Speetjens*

**SO ORDERED: August 31, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
    Eastern Livestock Co., LLC                Case Number:
      SSN: NA      EIN: NA              **10–93904–BHL–11**
    Debtor(s)

### ORDER

    A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on August 19, 2011, by David A. Laird.

    IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###