**SO ORDERED: September 07, 2011.**



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

### ORDER

A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on September 1, 2011, by Robert A. Bell Jr.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###