UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:

Eastern Livestock Co., LLC

SSN: NA          EIN: NA

Debtor(s)

Case Number:

**10−93904−BHL−11**

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on August 22, 2011 was filed on September 9, 2011.

Parties have until September 16, 2011, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is September 30, 2011. Once a Request for Redaction is filed, the redacted transcript is due by October 11, 2011.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

GCI Transcription Services
210 Bayberry Avenue
Egg Harbor Township, NJ 08234
1−800−471−0299

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is December 8, 2011. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:   September 13, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT