United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
    Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4     User: kgoss2     Page 1 of 1     Date Rcvd: Sep 07, 2011  
                    Form ID: sgeneric     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2011.
```
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
              Topeka, KA 66614-5128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Sep 08 2011 00:13:53      Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                  **Signature:** _Joseph Speetjens_

**SO ORDERED: September 07, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT　　　SGENERIC (rev 11/2010)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
　Eastern Livestock Co., LLC　　　　　　　　Case Number:
　　SSN: NA　　　EIN: NA　　　　　　　　**10−93904−BHL−11**
　Debtor(s)

### ORDER

　A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on September 1, 2011, by Robert A. Bell Jr.

　IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###