**SO ORDERED: September 12, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT            SGENERIC (rev 11/2010)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

  Eastern Livestock Co., LLC                          Case Number:
    SSN: NA            EIN: NA                    **10–93904–BHL–11**
  Debtor(s)

### ORDER

A(n) Motion to Withdraw as Attorney was filed with the Clerk of Court on September 8, 2011, by Christopher E. Baker.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Attorney is GRANTED.

### ###