IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now John W. Ames, C.R. Bowles, Jr. and, Ivana B. Shallcross of Greenebaum Doll & McDonald PLLC "(Greenebaum"), and hereby moves this Court to enter the attached Order authorizing withdrawal as counsel of record for Ike's Trucking, Inc. ("Ikes"), in this proceeding. In support of this Motion, Greenebaum states that it has completed its services to Ike's and has not been retained to represent Ike's in any further matters in this case.

        Respectfully submitted,

        */s/ C.R. Bowles, Jr.*
        John W. Ames
        C.R. Bowles, Jr.
        Ivana B. Shallcross
        GREENEBAUM DOLL & MCDONALD PLLC
        3500 National City Tower
        101 South Fifth Street
        Louisville, Kentucky 40402
        Phone:502-587-3746
        Facsimile: 502-540-2274
        e-mail: crb@gdm.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 14, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system. The undersigned further certifies that the foregoing Motion to Withdraw as Counsel for Ike's Trucking, Inc. was served via First Class, U.S. Mail on September 2, 2011 to Ike and Cherie Jacobs, Ike's Trucking, Inc., 3087 Ervin Town Road, Castlewood, Virginia, 24224.

                                              */s/ C.R. Bowles, Jr.*
                                              C.R. Bowles, Jr.