```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                       Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                   Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: kgoss2              Page 1 of 1              Date Rcvd: Sep 12, 2011
                              Form ID: sgeneric         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2011.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,   New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
               ?Louisville, KY 40202-3157
op           +National Cattlemen's Beef Association,    c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Sep 13 2011 01:07:35      Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2011**                    **Signature:** _/s/ Joseph Speetjens_

**SO ORDERED: September 12, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF INDIANA<br>121 W Spring St Rm 110<br>New Albany, IN 47150 | SGENERIC (rev 11/2010) |

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Motion to Withdraw as Attorney was filed with the Clerk of Court on September 8, 2011, by Christopher E. Baker.

   IT IS THEREFORE ORDERED that the Motion to Withdraw as Attorney is GRANTED.

###