**SO ORDERED: September 19, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT  SGENERIC (rev 11/2010)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC                           Case Number:
     SSN: NA        EIN: NA
   Debtor(s)                                                    **10–93904–BHL–11**

## ORDER

    A(n) Motion to Withdraw as Attorney was filed with the Clerk of Court on September 14, 2011, by C. R. Bowles Jr.

    IT IS THEREFORE ORDERED that the Motion to Withdraw as Attorney is GRANTED.

###