# Notice Recipients

District/Off: 0756–4     User: edixon            Date Created: 9/20/2011
Case: 10–93904–BHL–11   Form ID: pdfOrder       Total: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr  | James A. Knauer   | jak@kgrlaw.com |
| aty | C. R. Bowles, Jr  | crb@gdm.com |
| aty | James A. Knauer   | jak@kgrlaw.com |
| aty | Terry E. Hall     | terry.hall@bakerd.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     C. R. Bowles, Jr     Greenbaum Doll &McDonald     101 S. 5th St.     Louisville, KY 40202

TOTAL: 1