## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| Case Name: | Eastern Livestock Co., LLC | Date Filed: | December 6, 2010 |
| Case Number: | 10-93904, Southern District of Indiana | SIC Code: | 5154 |

Month (or portion) covered by this report: July, 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_/s/ James Knauer_   9/20/2011
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY   DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | | ✓ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ✓ | |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** July, 2011

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ YES  ✓ NO

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**  $991,652

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES**  $1,447,986

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH**  -$456,334

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** July, 2011

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES**    $0

(Exhibit D)

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES**    $23,049,448

(EXHIBIT E)

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    9

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    5

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?    $1,776,057

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?    $1,994,329

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?    $331,829

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?    $2,905,724

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD?    331,829

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE?    $2,905,724

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC    **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana    **SIC Code:** 5154

**Month (or portion) covered by this report:** July, 2011

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## ------- NOT APPLICABLE -------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904,
Southern District of Indiana
Monthly Operating Report for July, 2011
July 1, 2011 – July 31, 2011
Comments/Disclaimer

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Question 2 on the questionnaire; Assets others than inventory sold during the month were shares of U.S. Premium Beef held as an investment.  Class A shares (700 for $140,300) and Class B shares (100 shares for $55,000) were sold during July.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
July, 2011 Monthly Operating Report
For the Period July 1, 2011 - July 31, 2011
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---:|
| 7/8/11 | Checking | DEP | Companion Life Insurance Company | | Refund | 435.79 |
| 7/15/11 | Checking | DEP | Middleton Reutlinger | Abilene Texas Foods note receivable payment | Notes Receivable | 3,541.67 |
| 7/15/11 | Checking | DEP | U.S. Premium Beef | Q2 2011 Net Cash Distribution | Investments | 18,550.00 |
| 7/15/11 | Checking | DEP | Harder Farms | US Premium Beef - proceeds for 100 Class B shares | Investments | 55,000.00 |
| 7/15/11 | Checking | DEP | Norman Bamberger | US Premium Beef - proceeds for 400 Class A shares | Investments | 80,000.00 |
| 7/21/11 | Checking | DEP | Great Southern Bank | Chad Schuchmann | | 20,000.00 |
| 7/21/11 | Checking | DEP | J.D. Tarman | US Premium Beef - proceeds for 300 Class A shares | Investments | 60,300.00 |
| 7/22/11 | Checking | DEP | Rivera & Associates | | Settlement | 300.00 |
| 7/22/11 | Checking | DEP | Concho Valley Corrections Department | Restitution | Refund | 49.12 |
| 7/22/11 | Checking | DEP | Ceridian Cobra Services | Reimburse Cobra coverage | Insurance | 2,730.60 |
| | Sub-Total; Receipts - Checking | | | | | 240,907.18 |
| 7/8/11 | Escrow | DEP | Mull Farms & Feeding | | | 13,657.09 |
| 7/8/11 | Escrow | DEP | Mull Farms & Feeding | | | 54,447.53 |
| 7/8/11 | Escrow | DEP | P & R Livestock | | | 60,000.00 |
| 7/15/11 | Escrow | DEP | Arrow Head Cattle Co. | | | 258,652.44 |
| 7/15/11 | Escrow | DEP | Glover Farms | | | 185,691.66 |
| 7/21/11 | Escrow | DEP | Nu Technologies, Inc. | | | 166,861.22 |
| 7/22/11 | Escrow | DEP | Kirkland AG Credit | E-4 Cattle (Ed Edens) | | 11,435.15 |
| | Sub-Total; Receipts - Escrow | | | | | 750,745.09 |
| | **Total Cash Receipts** | | | | | 991,652.27 |

Page 1 of 2

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
July, 2011 Monthly Operating Report
For the Period July 1, 2011 - July 31, 2011
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 7/7/11 | Checking | 1112 | Humana Insurance Co. | | Employee Benefits | (6,775.47) |
| 7/7/11 | Checking | 1113 | KCL Group Benefits | | Employee Benefits | (281.70) |
| 7/7/11 | Checking | 1114 | Mountain Valley | | Office Expense | (17.90) |
| 7/7/11 | Checking | 1115 | BMC Group | | Professional Fees | (7,291.68) |
| 7/7/11 | Checking | 1116 | Indiana American Water | | Utilities | (18.62) |
| 7/7/11 | Checking | 1117 | New Albany Municipal Utilities | | Utilities | (30.94) |
| 7/7/11 | Checking | 1118 | Duke Energy | Acct # 4910-XXXX-XX-X | Utilities | (627.18) |
| 7/7/11 | Checking | 1119 | Vectren Energy Delivery | | Utilities | (76.33) |
| 7/7/11 | Checking | 1120 | AT&T | | Utilities | (3,061.77) |
| 7/7/11 | Checking | 1121 | Industrial Disposal | | Utilities | (357.65) |
| 7/7/11 | Checking | 1122 | Teena Morris | July Housekeeping | Office Expense | (550.00) |
| 7/8/11 | Checking | Debit | ADP | | Payroll Expense | (10,259.26) |
| 7/8/11 | Checking | Debit | ADP | Payroll processing fee | Office Expense | (145.84) |
| 7/8/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (25.00) |
| 7/15/11 | Checking | 1124 | James A. Knauer, Trustee | December 2010 - April 2011 Fees & Expenses | Professional Fees | (120,694.05) |
| 7/15/11 | Checking | 1125 | Development Specialists, Inc. | December 2010 - April 2011 Fees & Expenses | Professional Fees | (742,892.08) |
| 7/15/11 | Checking | 1126 | Baker & Daniels LLP | December 2010 - April 2011 Fees & Expenses | Professional Fees | (533,543.42) |
| 7/22/11 | Checking | Debit | ADP | | Payroll Expense | (11,033.76) |
| 7/22/11 | Checking | Debit | ADP | Payroll processing fee | Office Expense | (190.79) |
| 7/22/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (25.00) |
| 7/28/11 | Checking | 1127 | Humana Insurance Co. | | Employee Benefits | (6,775.47) |
| 7/28/11 | Checking | 1128 | KCL Group Benefits | | Employee Benefits | (281.70) |
| 7/28/11 | Checking | 1129 | Teena Morris | August Housekeeping | Office Expense | (550.00) |
| 7/28/11 | Checking | 1130 | Duke Energy | Acct # 4910-XXXX-XX-X | Utilities | (1,386.48) |
| 7/28/11 | Checking | 1131 | Duke Energy | Acct # 3910-XXXX-XX-X | Utilities | (25.65) |
| 7/28/11 | Checking | 1132 | New Albany Municipal Utilities | Acct #5280XXXX | Utilities | (30.94) |
| 7/28/11 | Checking | 1133 | New Albany Municipal Utilities | Acct #XXXX5500 | Utilities | (37.53) |
| 7/28/11 | Checking | 1134 | New Albany Municipal Utilities | Acct #XXXX5600 | Utilities | (25.02) |
| 7/28/11 | Checking | 1135 | U.S. Department of Justice | | US Trustee Fees | (975.00) |

Sub-Total; Disbursements - Checking    (1,447,986.23)

Escrow

Sub-Total; Disbursements - Escrow    -

**Total Cash Disbursements**    (1,447,986.23)

**Transfers Between Accounts**

| 7/15/2011 | Escrow | Trsf | Transfer to Checking Account | | | (1,603,287.69) |
|---|---|---|---|---|---|---|
| 7/15/2011 | Checking | Trsf | Transfer from Escrow Account | | | 1,603,287.69 |
| | **Total Transfers** | | | | | - |

**Cash Flow - Positive/(Negative)**    (456,333.96)

Page 2 of 2

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of July, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| | |
|---|---:|
| J T Nuckols | $ 355,605 |
| Agri Beef Company | 233,097 |
| Allen Barry | 118,546 |
| Amos Kropf | 1,860 |
| Anderson Cattle Company | 57,660 |
| Andy Lolly | 36,086 |
| Arrowhead Cattle Co | 0 |
| Atkinson Livestock Mark | 1,689,919 |
| Atkinson Livestock Mkt. | 887,961 |
| Beef Marketing Group Co | 633,210 |
| Ben Delworth | 1,913 |
| Ben Rhodes | 42,104 |
| Big Drive Cattle LLC | 99,763 |
| Bill Chase | 293,066 |
| Bill Courter | 164,321 |
| Bill Eberle | 273,202 |
| Blue Grass South | 4,556 |
| Bob Foote | 1,009,826 |
| Brandon Maggard | 21,440 |
| Bud Heine | 170,066 |
| Buffalo Feeders | 7,255 |
| C & M Cattle | 433,843 |
| Cactus Feeders, Inc. | 725,923 |
| CattIco | 107,362 |
| Chad Baker | 56,200 |
| Chad Houck | 23,526 |
| Cimarron Feeders, Inc. | 270,246 |
| Circle 3 Feedyard | 49,430 |
| Colton Downey | 471 |
| Corey Kay | 133,575 |
| CPC Livestock | 10,470 |
| Dave Wingo | 53,321 |
| David Peterson | 112,906 |
| Demaio Farm | 170,519 |
| Demaio Farm & Ranch | 59,836 |
| Dennis Spressor | 94,836 |
| Diamond Cattle Feeders | 8,442 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of July, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| Name | Amount |
|---|---:|
| Don Stalllaumer | 10,045 |
| Dr Daniels III | 34,373 |
| Dr. James Boyer | 7,548 |
| DS Farms | 8,360 |
| Dudley Waldrop | 6,667 |
| Dusty Spressor | 23,968 |
| Dwayne Loy | 15,164 |
| E 4 Cattle Co | 46,652 |
| E4 Cattle Co. | 115,829 |
| Ed Edens Farms | 12,513 |
| Ed Edens IV | 2,353,516 |
| Eric Doll | 7,143 |
| Faith Cattle Co. | 123,480 |
| Five Rivers Cattle Feed | 1,428,423 |
| Five Rivers Cattle Feed (Kuner) | 327,015 |
| Francis J. Madison | 60,087 |
| Fred Smith | 110,457 |
| Friona Industries, L.P. | 1,107,053 |
| Frontera Feedyard | 51,066 |
| Frontier Feeders | 302,966 |
| Ganado, Inc | 228,027 |
| Gary Laib | 104,917 |
| Gary Seals | 199,756 |
| Glenn Franklin | 125,602 |
| Glover Farms | 228,922 |
| Harry Shelton | 2,363 |
| Henry C Hitch Feedlot | 8,747 |
| Heritage Feeders | 126,414 |
| Hohenberger Cattle | 502,357 |
| J & S Feedlots Inc. | 59,613 |
| J Bar H Cattle | 83,807 |
| Jacob Larson | 14,548 |
| Jake Johns | 900 |
| James Ed Edens & Lee Ed | 57,274 |
| James Perschbacher | 392,551 |
| Janousek Farms | 9,675 |
| Jeremy Coffey | 6,531 |

Eastern Livestock Co., LLC  
Bankruptcy Case #10-93904  
Southern District of Indiana  
Accounts Receivable Schedule  
Month of July, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| Customer | Amount |
|---|---:|
| JF Cattle | 153,318 |
| Jim Roy Wells Cattle | 1,513 |
| JVCO, LLC | 62,765 |
| Kelly Hostetler | 1,950 |
| Kenny Ogden | 524,001 |
| Kevin Smith | 156,315 |
| Kirkland Feedyards Inc. | 44,222 |
| Larry Ogle | 64,890 |
| Len Miller | 421 |
| Leroy Saylor | 137,026 |
| Mark Freeman | 101,610 |
| Mark Freeman | 58,496 |
| Mark Freeman IV | 104,913 |
| Matt Junneman | 44,922 |
| Matthew Cates | 153,150 |
| Melvin Mott | 40,062 |
| Mid-America Feeders LLC | 28,068 |
| Mike Massey | 935,652 |
| Morris Stock Farm | 25,294 |
| Mull Farms & Feeding | 54,649 |
| Nu-Technologies | 85,510 |
| Oaklake Cattle Company | 131,371 |
| P&R Livestock | 319,124 |
| Penner Cattle | 16,372 |
| Penner Feedyard | 42,002 |
| Pesetsky Land & Cattle | 166,934 |
| R M Livestock | 30,869 |
| Ranchland Livestock | 17,220 |
| Ranchland Livestock | 31,519 |
| Ritter Feedyard | 29,228 |
| Ron Shephard | 219,101 |
| Ronald Stahl | 99,361 |
| Royal Beef | 122,413 |
| Rush Creek Ranch | 159,519 |
| Russell Garwood | 74,173 |
| Rusty Rat Cattle Co. | 15,710 |
| S & S Cattle | 18,789 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of July, 2011

Note: there is uncertainty as to collectibility of the invoices, and whether the Debtor is entitled to the proceeds

| | |
|---|---:|
| Saunders, Bucher, Barbe | 8,789 |
| Schaller Brothers | 14,033 |
| Sealy And Son | 4,330 |
| Shane Stierwald | 3,501 |
| Southeast Kansas Sy | 47,580 |
| Southeast Livestock Exc | 633 |
| Stanley Broughton | 322 |
| Steve Fletcher | 115,813 |
| Stierwalt Ranch | 294,278 |
| Supreme Cattle Feeders | 479,377 |
| Thoreson Enterprises | 50,710 |
| Tim Cook | 740 |
| Todd Rosenbaum | 207,216 |
| Tom Herrmann | 23,027 |
| Tom Svoboda | 48,882 |
| Tommy Berend | 17,982 |
| Travis Dicke | 163,206 |
| Triangle Calf Growers (Ed Edens) | 270,489 |
| Weborg Feeding Co.,LLC | 144,189 |
| West Kentucky Livestock | 44,671 |
| Willie Downs Livestock, | 6,428 |
| XIT Feeders | 111,619 |
| Yogi Copher | 2,485 |
| Total Receivables at 7/31/11 | $ 23,049,448 |

Note that the receivables balance is subject to change as accounts are reconciled and/or researched.

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 
For the Period 7/1/11 to 7/29/11

00000973 DPB 034 161 21111 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |



## Chase BusinessClassic — CHECKING ACCOUNT

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 721,406.36 |
| Deposits & Credits | 5 | 1,844,194.87 |
| Checks Paid | 14 | (1,416,218.79) |
| Payments & Transfers | 4 | (21,629.65) |
| Fees, Charges & Other Withdrawals | 2 | (50.00) |
| Ending Balance | 25 | $1,127,702.79 |

J.P.Morgan

Page 1 of 6

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

*JPMorgan*

Primary Account:
For the Period 7/1/11 to 7/29/11

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 07/12 | Deposit   860202030 | 435.79 |
| 07/15 | Deposit | 157,091.67 |
| 07/15 | Online Transfer From Chk Xxxxx9419 Transaction#: 2105670523 | 1,603,287.69 |
| 07/21 | Deposit | 80,300.00 |
| 07/22 | Deposit   860202031 | 3,079.72 |
| **Total Deposits & Credits** | | **$1,844,194.87** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1112 | 07/11 | 6,775.47 | 1117 | 07/12 | 30.94 | 1122 | 07/11 | 550.00 |
| 1113 | 07/11 | 281.70 | 1118 | 07/13 | 627.18 | 1124 | 07/18 | 120,694.05 |
| 1114 | 07/12 | 17.90 | 1119 | 07/11 | 76.33 | 1125 | 07/19 | 742,892.08 |
| 1115 | 07/15 | 7,291.68 | 1120 | 07/12 | 3,061.77 | 1126 | 07/18 | 533,543.42 |
| 1116 | 07/14 | 18.62 | 1121 | 07/11 | 357.65 | | | |

**Total Checks Paid**                                                                 **($1,416,218.79)**

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 07/08 | 07/08 Online Wire Transfer Via: Deutsche Bank Trust CO America/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0302587 Trn: 0783500189Es | 10,259.26 |
| 07/08 | ADP Payroll Fees ADP - Fees 10Gx2  8423708 CCD ID: 9659605001 | 145.84 |

**J.P.Morgan**



**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account:
For the Period 7/1/11 to 7/29/11

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 07/22 | 07/22 Online Wire Transfer Via: Deutsche Bank Trust CO America/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0334682 Trn: 1129800203Es | 11,033.76 |
| 07/22 | ADP Payroll Fees ADP - Fees 10Gx2  8967114 CCD ID: 9659605001 | 190.79 |
| | **Total Payments & Transfers** | **($21,629.65)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 07/08 | Wire Online Domestic Fee | 25.00 |
| 07/22 | Wire Online Domestic Fee | 25.00 |
| | **Total Fees, Charges & Other Withdrawals** | **($50.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/08 | 710,976.26 | 07/14 | 699,614.49 | 07/19 | 1,055,572.62 |
| 07/11 | 702,935.11 | 07/15 | 2,452,702.17 | 07/21 | 1,135,872.62 |
| 07/12 | 700,260.29 | 07/18 | 1,798,464.70 | 07/22 | 1,127,702.79 |
| 07/13 | 699,633.11 | | | | |

J.P.Morgan

*J.P.Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ▮
For the Period 7/1/11 to 7/29/11

00000587 DPB 034 161 21111 - NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic      *Escrow Account*

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 9,329,834.41 |
| Deposits & Credits | 5 | 750,745.09 |
| Payments & Transfers | 1 | (1,603,287.69) |
| Ending Balance | 6 | $8,477,291.81 |

**J.P.Morgan**

Page 1 of 4

J.P.Morgan

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account: ▮
For the Period 7/1/11 to 7/29/11

### Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 07/12 | Deposit    802179492 | 128,104.62 |
| 07/15 | Deposit | 258,652.44 |
| 07/15 | Deposit | 185,691.66 |
| 07/21 | Deposit | 166,861.22 |
| 07/22 | Deposit    829709148 | 11,435.15 |
| | **Total Deposits & Credits** | **$750,745.09** |

### Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 07/15 | 07/15 Online Transfer To  Chk Xxxxx9401 Transaction#: 2105670523 | 1,603,287.69 |
| | **Total Payments & Transfers** | **($1,603,287.69)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

### Daily Ending Balance

| Date | Amount |
|---|---|
| 07/12 | 9,457,939.03 |
| 07/15 | 8,298,995.44 |
| 07/21 | 8,465,856.66 |
| 07/22 | 8,477,291.81 |

J.P.Morgan

Page 2 of 4