UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**JOINT MOTION TO EXTEND DEADLINE TO FILE SCHEDULING ORDER IN CONTESTED MATTER AND/OR COMMENCE ADVERSARY PROCEEDING INVOLVING THE RESERVED OBJECTIONS TO TRUSTEE'S PURCHASE MONEY CLAIMS REPORT OF JOPLIN REGIONAL STOCKYARDS**

Counsel for James A. Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC ("Trustee"), Joplin Regional Stockyards ("Joplin," and with the Trustee, the "Parties") respectfully request that the Court enter an order extending the deadline by which the Parties must submit a proposed scheduling order (the "Scheduling Order") for proposed proceedings to resolve Joplin's' objections to the *Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account* [Dock. No. 501] ("Purchase Money Claims Report") and/or commence a related adversary proceeding. In support of this motion ("Motion"), the Parties state as follows:

      1.    On May 23, 2011, the Trustee filed the Purchase Money Claims Report.

      2.    The Objectors filed objections to the Purchase Money Claims Report.

      3.    On September 1, 2011, the Court entered the *Final Order Regarding Trustee's Purchase Money Claims Report* [Dock. No. 691] (the "Final Order"). Paragraph 5 of the Final Order provided that the Trustee and Joplin "shall upload agreed scheduling orders for proceedings to resolve each of the Reserved Objections, if no related adversary proceedings have been filed". (Final Order, ¶5.)

2

4. The Parties agree that the deadline by which to submit the proposed Scheduling Order and/or to commence a related adversary proceeding should be extended for an additional thirty days to allow the parties additional time to come to an agreement. The Parties believe that there may be additional claims asserted or assertable by and between the Parties that, in the interests of judicial economy, should be consolidated and resolved pursuant to the Scheduling Order. As such, the Parties respectfully request that the deadline by which to file the proposed Scheduling Order and/or to commence a related adversary proceeding be extended to and including October 20, 2011.

WHEREFORE, the Parties respectfully request an extension of the deadline by which the Parties must submit the Scheduling Order and/or commence a related adversary proceeding to and including October 20, 2011 and all other appropriate relief.

Respectfully submitted,

BAKER & DANIELS, LLP

By: /s/ Dustin R. DeNeal

| | |
|---|---|
| James M. Carr (#3128-49)<br>Robert K. Stanley (#1745-49)<br>Terry E. Hall (#22041-49)<br>Dustin R. DeNeal (#27535-49)<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1782<br>jim.carr@bakerd.com<br>robert.stanley@bakerd.com<br>terry.hall@bakerd.com<br>dustin.deneal@bakerd.com<br><br>Wendy W. Ponader (#14633-49)<br>600 East 96th Street, Suite 600<br>Indianapolis, IN 46240<br>wendy.ponader@bakerd.com | *Counsel for James A. Knauer, Chapter 11 Trustee* |

GREENEBAUM DOLL & MCDONALD, PLLC

By:  /s/ Ivana B. Shallcross

*Counsel for Joplin Regional Stockyards*

John W. Ames
C.R. Bowles
Ivana B. Shallcross
3500 National City Tower
101 South Fifth Street
Louisville, KY 40402
crb@gdm.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |

| | | |
|---|---|---|
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Robert H. Foree<br>robertforee@bellsouth.net | Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Susan K. Roberts<br>skr@stuartlaw.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@binghammchale.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>jnstine@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |

I further certify that on September 20, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

| | |
|---|---|
| Ashley S. Rusher<br>asr@blancolaw.com | Darla J. Gabbitas<br>darla.gabbitas@moyewhite.com |

/s/  Dustin R. DeNeal