**SO ORDERED: September 21, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE
SCHEDULING ORDER IN CONTESTED MATTER AND/OR COMMENCE
ADVERSARY PROCEEDING INVOLVING THE RESERVED OBJECTIONS TO
TRUSTEE'S PURCHASE MONEY CLAIMS REPORT OF BLUEGRASS
STOCKYARDS OF CAMPBELLSVILLE, LLC, BLUEGRASS STOCKYARDS OF
RICHMOND, LLC, AND PIEDMONT LIVESTOCK COMPANY, INC.**

This matter is before the Court upon the parties' *Joint Motion To Extend Deadline to File Scheduling Order in Contested Matter and/or Commence Adversary Proceeding Involving the Reserved Objections to Trustee's Purchase Money Claims Report of Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards of Richmond, LLC, and Piedmont Livestock Company, Inc.* [Dock. No. 705] ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the deadline by which the Parties[1] must file the Scheduling Order and/or commence a related adversary proceeding is extended to and including October 20, 2011.

### 

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.