# Notice Recipients

District/Off: 0756–4           User: edixon                  Date Created: 9/21/2011
Case: 10–93904–BHL–11          Form ID: pdfOrder             Total: 3

**Recipients of Notice of Electronic Filing:**
aty         C. R. Bowles, Jr        crb@gdm.com
aty         Terry E. Hall           terry.hall@bakerd.com

                                                                                                                   TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty         C. R. Bowles, Jr        Greenbaum Doll &McDonald        101 S. 5th St.        Louisville, KY 40202

                                                                                                                    TOTAL: 1