## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 9/21/2011 |
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr        crb@gdm.com
aty     Dustin R. DeNeal        dustin.deneal@bakerd.com
aty     Terry E. Hall           terry.hall@bakerd.com

                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     C. R. Bowles, Jr        Greenbaum Doll &McDonald        101 S. 5th St.       Louisville, KY 40202

                                                                TOTAL: 1