UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK, LLC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | Judge Basil H. Lorch III |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that attorneys for Fifth Third Bank ("Fifth Third"), a creditor and party in interest in the above referenced case, through counsel, Robert A. Bell, Jr. of Vorys, Sater, Seymour and Pease LLP, appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Robert A. Bell, Jr.
> Vorys, Sater, Seymour and Pease LLP
> P.O. Box 1008
> 52 East Gay Street
> Columbus, Ohio 43216-1008 (43215)
> Telephone: (614) 464-5469
> Facsimile:  (614) 719-5169
> Email: rabell@vorys.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Mr. Bell consents to service by e-mail in this adversary proceeding. The undersigned further requests to be added to the Clerk's mailing matrix in this case.

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/ Robert A. Bell, Jr.
Robert A. Bell, Jr. (OH-0072780)
P.O. Box 1008
52 East Gay Street
Columbus, Ohio 43216-1008 (43215)
Telephone: (614) 464-5469
Facsimile: (614) 719-5169
Email: rabell@vorys.com

Attorneys for Fifth Third Bank

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of September, 2011, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

- David L. Abt     davidabt@mwt.net
- Amelia Martin Adams     aadams@dlgfirm.com
- John W Ames     jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- Jerald I. Ancel     jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker     cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber     kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell     rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles     crb@gdm.com, shm@gdm.com
- Kent A Britt     kabritt@vorys.com, cbkappes@vorys.com
- Lisa Koch Bryant     courtmail@fbhlaw.net
- James M. Carr     james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr     jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso     dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement     bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell     jwc@stuartlaw.com
- Kirk Crutcher     kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson     jdawson@millerdollarhide.com, jowens@millerdollarhide.com
- Dustin R. DeNeal     dustin.deneal@bakerd.com, patricia.moffit@bakerd.com

- Laura Day DelCotto    ldelcotto@dlgfirm.com,
  dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina    dad@dominalaw.com,
  KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl    tearl@rwsvlaw.com
- Shawna M Eikenberry    shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Jeffrey R. Erler    jeffe@bellnunnally.com
- Sarah Stites Fanzini    sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Jeffrey J. Graham    jgraham@taftlaw.com,
  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall    terry.hall@bakerd.com,
  sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover    jdhoover@hooverhull.com
- John Huffaker    john.huffaker@sprouselaw.com,
  lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe    jay.jaffe@bakerd.com,
  tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Jill Zengler Julian    Jill.Julian@usdoj.gov
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock    eknoblock@daleeke.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    RDLatour@vorys.com,
  khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird    david.laird@moyewhite.com,
  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net,
  edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com,
  lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com,
  betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com

- Michael W. McClain     mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- James Edwin McGhee     mcghee@derbycitylaw.com, belliott@derbycitylaw.com
- William Robert Meyer     rmeyer@stites.com
- Christie A. Moore     cm@gdm.com, ljs2@gdm.com
- Allen Morris     amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse     judy.morse@crowedunlevy.com,
  ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern     wsnewbern@msn.com
- Shiv Ghuman O'Neill     shiv.oneill@bakerd.com
- Matthew J. Ochs     kim.maynes@moyewhite.com
- Michael Wayne Oyler     moyler@rwsvlaw.com
- Ross A. Plourde     ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader     wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey     jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman     ksmith@redmanludwig.com, kzwickel@redmanludwig.com
- Susan K. Roberts     skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson     mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers     Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers     johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers     jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow     jim@rubin-levin.net, susan@rubin-
  levin.net;ATTY_JER@trustesolutions.com
- Thomas C Scherer     tscherer@binghammchale.com, mmcclain@binghammchale.com
- Ivana B. Shallcross     ibs@gdm.com
- James E. Smith     jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith     wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley     robert.stanley@bakerd.com
- Joshua N. Stine     jnstine@vorys.com
- Andrew D Stosberg     astosberg@lloydmc.com, bmarks@lloydmc.com
- Meredith R. Thomas     mthomas@daleeke.com
- John M. Thompson     john.thompson@crowedunlevy.com,
  jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner     kevin.toner@bakerd.com,
  crystal.hansen@bakerd.com;judy.ferber@bakerd.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson     andreawassonatty@gmail.com
- Stephen A. Weigand     sweigand@ficlaw.com
- Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White     swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates     jyates@swlaw.com, jmilelli@swlaw.com;cswagerty@swlaw.com

- James T Young    james@rubin-levin.net,
  ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net

<u>/s Robert A. Bell, Jr.</u>
Robert A. Bell, Jr.