United States Bankruptcy Court
Southern District of Indiana

In re:                                                                  Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4        User: edixon           Page 1 of 1           Date Rcvd: Sep 21, 2011
                            Form ID: pdfOrder      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2011.
aty          +C. R. Bowles, Jr,   Greenbaum Doll & McDonald,   101 S. 5th St.,   Louisville, KY 40202-3197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2011**                    **Signature:**    *Joseph Speetjens*

**SO ORDERED: September 21, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE SCHEDULING ORDER IN CONTESTED MATTER INVOLVING THE FLORIDA OBJECTORS' RESERVED OBJECTIONS TO TRUSTEE'S PURCHASE MONEY CLAIMS REPORT**

This matter is before the Court upon the parties' *Joint Motion To Extend Deadline to File Scheduling Order in Contested Matter Involving the Florida Objectors' Reserved Objections to Trustee's Purchase Money Claims Report* [Dock. No. 706] ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the deadline by which the Parties[1] must file the Scheduling Order is extended to and including October 20, 2011.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.