# Notice Recipients

District/Off: 0756–4 User: edixon Date Created: 9/26/2011
Case: 10–93904–BHL–11 Form ID: pdfOrder Total: 5

**Recipients of Notice of Electronic Filing:**
tr    James A. Knauer    jak@kgrlaw.com
aty   C. R. Bowles, Jr   crb@gdm.com
aty   James A. Knauer    jak@kgrlaw.com
aty   Terry E. Hall      terry.hall@bakerd.com

                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty   C. R. Bowles, Jr   Greenbaum Doll &McDonald   101 S. 5th St.   Louisville, KY 40202

                                                                TOTAL: 1