UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Debtor. | ) | |

**AGREED MOTION TO CONTINUE TELEPHONIC HEARING
SCHEDULED FOR SEPTEMBER 28, 2011**

The United States of America, United States Department of Agriculture ("USDA"), by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Jeffrey L. Hunter, Assistant United States Attorney, and Walter S. Newbern, III counsel for Florida Association Livestock Markets, respectfully requests that the Court continue the telephonic hearing scheduled for September 28, 2011, at 10:00 a.m., for a period of approximately thirty (30) days. In support thereof, the parties advise the Court of the following:

1. This case is set for a telephonic hearing on September 28, 2011, on the Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards, accompanying brief filed by the United States and Creditor, Florida Association Livestock Markets' Response in Opposition to Motion to Quash.

2. Some progress has been made regarding a resolution of the matters at issue; the parties anticipate additional progress will be made.

3. In addition, Mr. Newbern has a personal matter that conflicts with the scheduled conference.

4. In light of the above, in the interest of efficiency, the telephonic hearing should be continued in order to permit time for the parties to resolve all matters that they can resolve without need for action by the Court.

 WHEREFORE, the parties respectfully request that the telephonic hearing on the Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards, accompanying brief filed by the United States and Creditor, Florida Association Livestock Markets' Response in Opposition to Motion to Quash, currently set for September 28, 2011, at 10:00 a.m., be continued for a period of approximately thirty days.

        Respectfully submitted,

        JOSEPH H. HOGSETT
        United States Attorney


      By: /s/ Jeffrey L. Hunter
        Jeffrey L. Hunter
        Assistant United States Attorney

10 W. Market Street, Suite 2100
Indianapolis, Indiana 46204



      By: /s/ Walter S. Newbern, III
        Walter S. Newbern, III
        Counsel for Florida Association Livestock
         Markets

2982 East Gevemy
Tallahassee, FL 32309

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2011, a copy of the foregoing AGREED MOTION TO CONTINUE TELEPHONIC HEARING SCHEDULED FOR SEPTEMBER 28, 2011, was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Ann M. DeLaney
ecfdelaney@trustee.13.com

Amelia M. Adams
aadams@dlgfirm.com

Jerald I. Ancel
jancel@taftlaw.com

T. Kent Barber
kbarber@dlgfirm.com

Kent A. Britt
kabritt@vorys.com

James M. Carr
james.carr@bakerd.com

Deborah Caruso
dcaruso@daleeke.com

Kirk Crutcher
krutcher@mcs-law.com

David A. Domina
dad@dominalaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Stephen P. Taylor
ecfdocket@gmail.com

David L. Abt
davidabt@mwt.net

John W. Ames
jwa@gdm.com

Christopher E. Baker
cbaker@hklawfirm.com

C. R. Bowles, Jr.
crb@gdm.com

Lisa K. Bryant
courtmail@fbhlaw.net

John R. Carr, III
jrciii@acs-law.com

Jesse Cook-Dubin
jcookdubin@cohenkinne.com

Laura Day DelCotto
ldelcotto@dlgfirm.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Jeffrey R. Erler
jeffe@bellnunnally.com

Robert H. Foree
robertforee@bellsouth.net

| | |
|---|---|
| Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Jeffrey J. Graham<br>jgraham@taftlaw.com |
| Terry E. Hall<br>terry.hall@bakerd.com | John D. Hoover<br>jdhoover@hooverhull.com |
| John Huffaker<br>john.huffaker@sprouselaw.com | James B. Johnston<br>bjtexas59@hotmail.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Edward M. King<br>tking@fbtlaw.com |
| James A. Knauer<br>jak@kgrlaw.com | Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com |
| Randall D. LaTour<br>rdlatour@vorys.com | David A. Laird<br>david.laird@moyewhite.com |
| David L. LeBas<br>dlebas@namanhowell.com | Elliott D. Levin<br>robin@rubin-levin.net |
| Kim Martin Lewis<br>kim.lewis@dinslaw.com | Karen L. Lobring<br>lobring@msn.com |
| John Hunt Lovell<br>john@lovell-law.net | John F. Massouh<br>john.massouh@sprouselaw.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| James E. McGhee, III<br>mcghee@derbycitylaw.com | William R. Meyer, II<br>rmeyer@stites.com |
| Allen Morris<br>amorris@stites.com | Judy H. Morse<br>judy.morse@crowedunlevy.com |
| Walter S. Newbern, III<br>wsnewbern@msn.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Wendy W. Ponader<br>wendy.ponader@bakerd.com |
| Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com | Susan K. Roberts<br>skr@stuartlaw.com |
| Mark A. Robinson | Jeremy S. Rogers |

| | |
|---|---|
| mrobinson@vhrlaw.com | jeremy.rogers@dinslaw.com |
| Ashley S. Rusher<br>asr@blancolaw.com | Thomas C. Scherer<br>tscherer@binhammchale.com |
| Ivana B. Shallcross<br>ibs@gdm.com | William E. Smith, III<br>wsmith@k-glaw.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | Joshua N. Stine<br>jnstine@vorys.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | Charles R. Wharton<br>charles.r.wharton@usdoj.gov |
| Sean T. White<br>swhite@hoverhull.com | Jessica E. Yates<br>jyates@swlaw.com |
| James T. Young<br>james@rubin-levin.net | |

/s/ Jeffrey L. Hunter
Jeffrey L. Hunter
Assistant United States Attorney


Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone:  317-226-6333