**SO ORDERED: September 27, 2011.**



*Basil H. Lorch III* (signature)

**Basil H. Lorch III**
**United States Bankruptcy Judge**

SGENERIC (rev 11/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Motion to Continue Hearing was filed with the Clerk of Court on September 27, 2011, by Joined Party United States Department of Agriculture, Grain Ins.

   IT IS THEREFORE ORDERED that the Motion to Continue Hearing is GRANTED.

###