# Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 9/28/2011
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | C. R. Bowles, Jr | Greenbaum Doll &McDonald | 101 S. 5th St. | Louisville, KY 40202 |

TOTAL: 1