IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

**REQUEST FOR HEARING TRANSCRIPT**

Come now Superior Livestock Auction, Inc. ("Superior") by counsel and hereby requests a copy of the transcript from the hearing held in this matter on March 11, 2011 at 9:30 a.m.

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com

**COUNSEL FOR THE PETITIONING CREDITORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.