SO ORDERED: September 30, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### ORDER GRANTING MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT

Superior Livestock Auction, Inc. ("Superior") and Eastern Livestock Co., LLC ("Eastern"), having jointly moved for entry of a Stipulated Confidentiality Agreement and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the motion shall be GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that the Stipulated Confidentiality Agreement shall be entered in all matters related to this chapter 11 case to assist the parties with discovery and with the informal exchange of information and records.

### ###