## Notice Recipients

District/Off: 0756−4 | User: alstarks | Date Created: 9/30/2011
Case: 10−93904−BHL−11 | Form ID: pdfOrder | Total: 4

**Recipients of Notice of Electronic Filing:**
aty    Christie A. Moore    cm@gdm.com
aty    Dustin R. DeNeal    dustin.deneal@bakerd.com
aty    James M. Carr    james.carr@bakerd.com
aty    Terry E. Hall    terry.hall@bakerd.com

TOTAL: 4