**SO ORDERED: October 06, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF INDIANA<br>121 W Spring St Rm 110<br>New Albany, IN 47150 | SGENERIC (rev 11/2010) |

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on October 4, 2011, by James B. Lind.

   IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###