UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | : | Case No.: 10-93904-BHL-11 |
| Debtor. | : | |

## MOTION TO APPEAR *PRO HAC VICE*

Melissa S. Giberson of Vorys, Sater, Seymour and Pease LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Fifth Third Bank in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Ohio Supreme Court | November 2007 |
| U.S. District Court, Northern District of Ohio | April 2008 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law

3. The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this court enter an order of admission *pro hac vice* for purposes of this cause only.

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/ Melissa S. Giberson
Melissa S. Giberson (OH 0082413)
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-3016
Facsimile: (614) 719-4860
Email: msgiberson@vorys.com

Counsel for Fifth Third Bank

### CERTIFICATE OF SERVICE

I hereby certify that on October 6th 2011, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's ECF system.

- David L. Abt   davidabt@mwt.net
- Amelia Martin Adams   aadams@dlgfirm.com
- John W Ames   jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- Jerald I. Ancel   jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker   cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber   kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell   rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles   crb@gdm.com, shm@gdm.com
- Kent A Britt   kabritt@vorys.com, cbkappes@vorys.com
- Lisa Koch Bryant   courtmail@fbhlaw.net
- James M. Carr   james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr   jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso   dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement   bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell   jwc@stuartlaw.com
- Kirk Crutcher   kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson   jdawson@millerdollarhide.com, jowens@millerdollarhide.com
- Dustin R. DeNeal   dustin.deneal@bakerd.com, patricia.moffit@bakerd.com
- Laura Day DelCotto   ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina   dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon   ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl   tearl@rwsvlaw.com

- Shawna M Eikenberry    shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Jeffrey R. Erler    jeffe@bellnunnally.com
- Sarah Stites Fanzini    sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall    terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover    jdhoover@hooverhull.com
- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe    jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Jill Zengler Julian    Jill.Julian@usdoj.gov
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock    eknoblock@daleeke.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind    jblind@vorys.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- James Edwin McGhee    mcghee@derbycitylaw.com, belliott@derbycitylaw.com
- William Robert Meyer    rmeyer@stites.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com

- Allen Morris     amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse     judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern     wsnewbern@msn.com
- Shiv Ghuman O'Neill     shiv.oneill@bakerd.com
- Matthew J. Ochs     kim.maynes@moyewhite.com
- Michael Wayne Oyler     moyler@rwsvlaw.com
- Ross A. Plourde     ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader     wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey     jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman     ksmith@redmanludwig.com, kzwickel@redmanludwig.com
- Susan K. Roberts     skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson     mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers     Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers     johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers     jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow     jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Thomas C Scherer     tscherer@binghammchale.com, mmcclain@binghammchale.com
- Ivana B. Shallcross     ibs@gdm.com
- James E. Smith     jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith     wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley     robert.stanley@bakerd.com
- Joshua N. Stine     jnstine@vorys.com
- Andrew D Stosberg     astosberg@lloydmc.com, bmarks@lloydmc.com
- Meredith R. Thomas     mthomas@daleeke.com
- John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner     kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson     andreawassonatty@gmail.com
- Stephen A. Weigand     sweigand@ficlaw.com
- Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White     swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates     jyates@swlaw.com, jmilelli@swlaw.com;cswagerty@swlaw.com
- James T Young     james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net

/s/ Melissa S. Giberson     _____
Melissa S. Giberson