UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No.: 10-93904-BHL-11 |
| Debtor. | |

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Melissa S. Giberson, being first duly sworn upon her oath, state as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Ohio Supreme Court | November 2007 |
| U.S. District Court, Northern District of Ohio | April 2008 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

/s/ Melissa S. Giberson_____
Melissa S. Giberson

**ACKNOWLEDGMENT**

STATE OF OHIO            )
                         )
COUNTY OF FRANKLIN       )

Before me, a notary public in and for said county and state personally appeared Melissa S. Giberson, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 4th day of October, 2011.

/s/ Jill A. Akermann_____
Notary Public