**SO ORDERED: October 12, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER REGARDING CONTESTED MATTERS INVOLVING TRUSTEE'S PURCHASE MONEY CLAIMS REPORT AND OBJECTIONS FILED BY SOLM, CRUMPLER BROS., KUEHNY AND THE BANK OF KREMLIN**

This matter is before the Court upon the *Agreed Motion To Extend Deadlines in Scheduling Order Regarding Contested Matters Involving Trustee's Purchase Money Claims Report and Objections Filed By SOLM, Crumpler Bros., Kuehny and The Bank of Kremlin* [Dock. No. 733] ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the deadlines contained in the Scheduling Order[1] are extended for thirty (30) days.  The entry of this Order is without prejudice to the Parties' rights to seek additional and further extensions as may be necessary.

### 

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.