# Notice Recipients

| District/Off: 0756–4 | User: edixon | Date Created: 10/12/2011 |
|---|---|---|
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| aty | C. R. Bowles, Jr | crb@gdm.com |
|---|---|---|
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| aty | C. R. Bowles, Jr | Greenbaum Doll &McDonald | 101 S. 5th St. | Louisville, KY 40202 |
|---|---|---|---|---|

TOTAL: 1