United States Bankruptcy Court
Southern District of Indiana

In re:                                                              Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                          Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss2             Page 1 of 1                Date Rcvd: Oct 12, 2011
                              Form ID: SF00200         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
 aty         +C. R. Bowles, Jr,   Greenbaum Doll & McDonald,   101 S. 5th St.,   Louisville, KY 40202-3197
 aty         +Christopher E. Baker,   Hostetler & Kowalik,   101 W Ohio St Ste 2100,
               Indianapolis, IN 46204-4211
 cr          +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
 adb         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
 op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
               ?Louisville, KY 40202-3157
 ptcrd       +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
 op          +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty          E-mail/Text: asr@btcmlaw.com Oct 13 2011 02:18:01     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                    **Signature:**        *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC
 SSN: NA    EIN: NA
Debtor(s)

Case Number:
**10−93904−BHL−11**

# NOTICE

    NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: Joint Motion and First Stipulation Regarding Discovery Protocols filed by Terry E. Hall, Christie A. Moore on behalf of Petitioning Creditor Superior Livestock Auction, Inc [738].

Objections are due three (3) business days prior to hearing.

Date: October 25, 2011
Time: 03:00 PM EDT
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

    Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

    The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   October 12, 2011                          KEVIN P. DEMPSEY, CLERK
                                                                              U.S. BANKRUPTCY COURT