UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| DEBTOR ) | |

## MOTION FOR FINAL HEARING

Comes now Peoples Bank & Trust Company of Pickett County, a secured creditor, by its undersigned counsel, and respectfully moves this Honorable Court to schedule a final hearing on the Peoples Bank & Trust Company of Picket County's pending Motion to Terminate the Automatic Stay. As basis therefor, the undersigned states that the parties have been attempting to resolve this matter by settlement, but the settlement negotiations appear to be at an impasse.

WHEREFORE, Peoples Bank & Trust Company of Pickett County respectfully requests that this Court schedule a final hearing on its Motion for Termination of the Automatic Stay for October 25, 2011 at 3:00 p.m.

Respectfully submitted,

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Foley Bryant Holloway & Raluy
500 West Jefferson Street, Suite 2450
Louisville, Kentucky 40202
(502) 569-7550
Attorney No. 2960-98
COUNSEL FOR PEOPLES BANK
& TRUST CO. OF PICKETT COUNTY

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing system. Parties may access this filing through the Court's system.

James M. Carr
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

U.S. Trustee
101 W. Ohio Street, Suite 10000
Indianapolis, IN 46204

/s/ Lisa Koch Bryant
Lisa Koch Bryant