**SO ORDERED: October 18, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA        EIN: NA
  Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

    A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on October 17, 2011, by Creditor Peoples Bank & trust Co. of Pickett County.

    IT IS THEREFORE ORDERED that the Motion for Emergency/Expedited Hearing is GRANTED.

###