```
                              United States Bankruptcy Court
                              Southern District of Indiana
In re:                                                            Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                        Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-4          User: edixon              Page 1 of 2              Date Rcvd: Oct 17, 2011
                              Form ID: ntcts            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
aty          +C. R. Bowles, Jr,   Greenbaum Doll & McDonald,    101 S. 5th St.,   Louisville, KY 40202-3197
aty          +Christopher E. Baker,    Hostetler & Kowalik,   101 W Ohio St Ste 2100,
               Indianapolis, IN 46204-4211
ptcrd        +B&B Farms,   Attn: Keith Breeding,    8090 Greensburg Road,   Greensburg, KY 42743-9002
cr           +Bill Davis,   7726 W. FM 2335,   Christoval, TX 76935-3308,    UNITED STATES
ptcrd        +Billy Neat,   705 B. Neat Road,   Columbia, KY 42728-8500
cr           +Bobby Bynum,   P. O. Box 43,   Rankin, TX 79778-0043,    UNITED STATES
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
ptcrd        +Breeding Brothers,    Attn: Wade Breeding,   9440 Columbia Hwy.,   Greensburg, KY 42743-9130
ptcrd        +Brent Keith,   505 Marlo-Campbell Road,    Columbia, KY 42728-5106
cr           +Bynum Ranch Co.,   P. O. Box 104,   Sterling City, TX 76951-0104,    UNITED STATES
cr           +Cullman Stockyard, Inc.,    c/o Thomas C. Scherer, Esq.,   Bingham McHale LLP,    2700 Market Tower,
               10 West Market Street,   Indianapolis, IN 46204-4900
op           +David L. Abt,   210 N Main St,   PO Box 128,   Westby, WI 54667-0128
ptcrd        +David L. Rings,   1288 Frontage Road,    Russell Springs, KY 42642-7871
cr           +Davis Quarter Horse,   7726 W. FM 2335,   Christoval, TX 76935-3308,    UNITED STATES
ptcrd        +Dennis Neat,   6198 Burkesville Road,   Columbia, KY 42728-8529
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,    New Albany, IN 47150-3561
cr            Eddie Eicke,   Eicke Ranch II,   1188 County Rd 1202,   Snyder, TX  79549
op           +Elizabeth M. Lynch,    Development Specialists, Inc.,   6375 Riverside Drive,    Suite 200,
               Dublin, OH 43017-5045
cr           +Estate of John S. Gibson, Anna Gayle Gibson, Execu,   13140 Nebo Rd,   Providence, KY 42450-9606
cr            First Bank and Trust Company, The,   c/o Ayres Carr & Sullivan, P.C.,
               251 East Ohio Street, Suite 500,   Indianapolis, IN  46204-2184
cr            Florida Association Livestock Markets,    P.O. Box 421929,   Kissimmee, FL  34742-1929
cr           +Frank Powell,   700 W. Denger,   Midland, TX 79705-5319,    UNITED STATES
cr           +Gabriel Moreno,   c/o Todd J. Johnston,   McWhorter, Cobb & Johnson,    1722 Broadway,
               Lubbock, TX 79401-3093
cr           +Gabriel Moreno,   c/o Timothy T. Pridmore,   McWhorter, Cobb & Johnson,    1722 Broadway,
               Lubbock, TX 79401-3093
cr           +Gary S. Bell,   PO Box 122,   Edmonton, KY 42129-0122
cr           +Gene Shipman,   11401 E. Fm 1075,   Happy, TX 79042-3422
cr           +Gibson Farms. LLC,   13140 Nebo Rd.,   Providence, KY 42450-9606
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
               ?Louisville, KY 40202-3157
cr           +Heritage Feeders LP,    c/o Crowe & Dunlevy,   20 North Broadway,   Suite 1800,
               Oklahoma City, ok 73102-9213
ptcrd        +Ike’s Trucking, Inc.,    Ike and Cherie Jacobs,   3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
ptcrd        +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
ptcrd         Jimmy Brummett,   7594 Hwy. 555,   Glens Fork, KY  42741
cr           +Johnny Mayo, Jr.,   P. O. Box 317,   Eldorado, TX 76936-0317,    UNITED STATES
cr            Lytle Street Development,    c/o Edward C. Airhart,   440 South Seventh Street,
               Louisville, KY  40203-1967
ptcrd        +Mike Loy,   668 P.D. Pyles Road,   Columbia, KY 42728-9455
ptcrd        +Moseley Cattle Auction, LLC,   1044 Arlington Avenue,   Blakely, GA 39823-2362
op           +National Cattlemen’s Beef Association,   c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128
cr           +Republic Bank and Trust Company,    661 South Hurstbourne Parkway,   Louisville, KY 40222-5079
cr            Rex Elmore,   1817 Tobacco Road,   Glasgow, KY  42141-8486
cr           +Rosenbaum Feeder Cattle Company, LLC,    P.O. Box 141,   Glade Spring, VA 24340-0141
cr           +Russell DeCordova d/b/a deCordova Cattle Company,   c/o Jeffrey J. Graham,
               Taft Stettinius & Hollister LLP,   One Indiana Square, Suite 3500,    Indianapolis, IN 46204-2023
ptcrd        +Southeast Livestock Exchange LLC,    PO Box 1306,   Waynesville, NC 28786-1306
ptcrd        +Southland Haulers, LLC,   Howard & Myra Compton,    P O Box 142,   Bratley, AL 36009-0142
ptcrd        +Superior Livestock Auction, Inc.,    1155 North Colorado Ave.,   Bush, CO 80723-2901
cr           +Todd Rosenbaum,   P.O. Box 141,   Glade Spring, VA 24340-0141
cr           +Tom Svoboda,   3065 AA Avenue,   Herrington, KS 67449-5051,    UNITED STATES

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Oct 18 2011 00:41:29      Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Phillip Taylor Reed,   a/k/a Taylor Reed
ptcrd*       +Gary S. Bell,   P.O. Box 122,   Edmonton, KY 42129-0122
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0756-4          User: edixon              Page 2 of 2              Date Rcvd: Oct 17, 2011
                              Form ID: ntcts            Total Noticed: 47

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                    **Signature:**   *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

   A transcript of the proceeding held on September 28, 2011 was filed on October 14, 2011.

   Parties have until October 21, 2011, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is November 4, 2011. Once a Request for Redaction is filed, the redacted transcript is due by November 14, 2011.

   The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

GCI Transcription Services
210 Bayberry Avenue
Egg Harbor Township, NJ 08234
1–800–471–0299

   The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is January 12, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:   October 17, 2011                  KEVIN P. DEMPSEY, CLERK
                                                  U.S. BANKRUPTCY COURT