United States Bankruptcy Court
Southern District of Indiana

In re:
Eastern Livestock Co., LLC
    Debtor

Case No. 10-93904-BHL
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4    User: kgoss2    Page 1 of 1    Date Rcvd: Oct 17, 2011
    Form ID: sgeneric    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2011.
```
aty         +C. R. Bowles, Jr,   Greenbaum Doll & McDonald,   101 S. 5th St.,   Louisville, KY 40202-3197
aty         +Christopher E. Baker,   Hostetler & Kowalik,   101 W Ohio St Ste 2100,
              Indianapolis, IN 46204-4211
cr          +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd       +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op          +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: asr@btcmlaw.com Oct 18 2011 00:41:29     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                               TOTAL: 1
```

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**    **Signature:** *Joseph Speetjens*

**SO ORDERED: October 17, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

<br>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on October 6, 2011, by Melissa S. Giberson.

   IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###