## **EXHIBIT B**

Personal Property

PHONE SYSTEM – NEC-ELECTRA (ESF-XEI-10) – (2) 3 COM SUPER STACK 3 HUBS
APPROX. 50 HEADSETS – (ETW-16DC-1) 16 BUTTON DIGITAL PHONES

SERVER – DELL POWER EDGE 2900 WITH 2 APC BATTERY BACKUP

10 – ADDING MACHINES

FURNITURE
BROWN LEATHER 3 CUSHION PLEATHER COUCH
5 MISC. WOOD TABLES
3 MISC. DESKS
50 – OFFICE CHAIRS
15 – BLACK VINYL STACK CHAIRS
8 – MISC. CLOTH SITTING CHAIRS
12'X4' CONFERENCE TABLE
24 WORK STATIONS
5 – UTILITY TABLES(5'X30")

CHERRY – NATIONAL FURNITURE
4 – U-SHAPED EX. DESKS
4 – DESKS WITH CREDENZA
3 – DESKS ONLY
5- BOOK CASES(3X6)
5 – LATERAL FILE(3X3)

OWNER'S OFFICE
NATIONAL EX. DESK WITH CREDENZA
2 – 2 DRAWER MATCHING CABINETS
48" ROUND CONFERENCE TABLE
3X6 BOOK CASE

<u>BREAKROOMS</u>
5 – 4'X4' WHITE TABLES
25 – WHITE STACKED CHAIRS

2 – REFRIDGERATORS
2 – DISHWASHERS
2 – MICROWAVES
1 – OVER
MISC. KITCHEN ITEMS

BRICKMAN PORTABLE TAILGATE GRILL(LP)

<u>FILING</u>
3 – 4 DRAWER (60"X18") LEGAL
2 – 2 DRAWER ROLLING LATERAL FILE (36"X36")
1 – 2 DRAWER LATERAL FILE (24"X36")
1 – 5 DRAWER LAT. FILE (64"X 36")
6 – WALL MOUNT METAL FILE SHELVING(36"X8')
3 – METAL FILE SHELVES(HON) 3'X6'
23 – 2 DRAWER LAT. FILES (3X3)
3 – 3 DRAWER LAT. FILE (4X4)
4 – 5 DRAWER LAT. FILE(5X3)
2 – 6'X3' FILE CASES
2 - LATERAL FILE HOLDER ON TRACKS(ADVANCE)
        8' TALL
        7' TALL

<u>STORAGE RACKS</u> –
10 – 7'X36" PENCO HD
8 – 5'X36" PENCO HD
9 – 6'X36"

24 – WORK STATIONS WITH RECEPTION AREA

FIRE SAFE (CENTRY MODEL 1970)
CENTRY 2 DRAWER LAT. LOCKING SAFE

JIM BEAM DECANTER

2 – SMALL WAGON(WOOD)

BOB THE MOUNTED BULL

ANTIQUE SSECRETARY BOOKCASE(90'X42") WALNUT 2 DRAWER TOP AND BOTTOM

BRONZE SCULPTURES
TURNIN THE TEXANS(J PAYNE LARA) 20" TALL X 12" DIAMETER
      3 OF 15 (PERSONALIZED)

STAMPEDE BY FREDERICK REMINGTON (20"LX10"WX10"H)

NORTHER BY FREDERICK REMINGTON (18"LX22"HX8"W)

WALL ART

3 HORSES –MIKE BETSCHART 1992 23/300

COWS DRINKING – 24"TX30"W  OOC

CATTLE UNDER TREE – 1988 – 32WX24T – OOC

COWBOY AND 3 COWS"GETTING A GOOD LOOK" – 1992 – 30WX24T – OOC

COWS BY SHED – "THE SALT FEEDER" – 2010 – 36WX24T

COWS AND RANGLER – 2003 –

LVILLE STOCK YARD BOURBON LIVESTOCK EXCHANGE BUILDING IN 1915
      DICK PENKINS DEC 76 – 448/1000