United States Bankruptcy Court
Southern District of Indiana

In re:                                                                  Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                              Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0756-4          User: kgoss              Page 1 of 1              Date Rcvd: Oct 18, 2011
                              Form ID: sgeneric        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2011.
 aty        +C. R. Bowles, Jr,   Greenbaum Doll & McDonald,   101 S. 5th St.,   Louisville, KY 40202-3197
 aty        +Christopher E. Baker,   Hostetler & Kowalik,   101 W Ohio St Ste 2100,
              Indianapolis, IN 46204-4211
 cr         +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
 adb        +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
 op         +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
 ptcrd      +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
 op         +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty           E-mail/Text: asr@btcmlaw.com Oct 19 2011 01:12:50     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2011**              **Signature:**         *Joseph Speetjens*

**SO ORDERED: October 18, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA    EIN: NA
  Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

    A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on October 17, 2011, by Creditor Peoples Bank & trust Co. of Pickett County.

    IT IS THEREFORE ORDERED that the Motion for Emergency/Expedited Hearing is GRANTED.

###