## U.S. Trustee Basic Monthly Operating Report

Case Name: Eastern Livestock Co., LLC
Date Filed: December 6, 2011

Case Number: 10-93904, Southern District of Indiana
SIC Code: 5154

Month (or portion) covered by this report: September, 2011

**IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.**

_____[signature]_____          10/21/2011
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? |  | ✓ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? |  | ✓ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? |  | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? |  | ✓ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ |  |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ |  |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ |  |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ |  |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? |  | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? |  | ✓ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? |  | ✓ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? |  | ✓ |

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | December 6, 2011 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |

**Month (or portion) covered by this report:** September, 2011

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

### TAXES

| | YES | NO |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | | ✓ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $5,490

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** $79,956

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** -$74,466

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | December 6, 2011 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |

**Month (or portion) covered by this report:** September, 2011

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES**  $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES**  $79,521,261

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4 |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $1,776,057 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $329,607 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $3,502,125 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 329,607 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $3,502,125 |

Page 3 of 4

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC        **Date Filed:** December 6, 2011

**Case Number:** 10-93904, Southern District of Indiana        **SIC Code:** 5154

**Month (or portion) covered by this report:** September, 2011

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## ------- NOT APPLICABLE -------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
September, 2011 Monthly Operating Report
For the Period September 1, 2011 - September 30, 2011
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 9/22/11 | Checking | DEP | Abinlene Texas Foods, Inc. | | Notes Receivable | 3,010.42 |
| 9/22/11 | Checking | DEP | Concho Valley Community Supervisoin | Restitution | Miscellaneous Income | 95.64 |
| | Sub-Total; Receipts - Checking | | | | | 3,106.06 |
| 9/22/11 | Escrow | DEP | Keach Farms | | A/R Collections | 202.61 |
| 9/22/11 | Escrow | DEP | Jake Johns | | A/R Collections | 900.54 |
| 9/22/11 | Escrow | DEP | Kevin D. Smith | | | 1,281.20 |
| | Sub-Total; Receipts - Escrow | | | | | 2,384.35 |
| | **Total Cash Receipts** | | | | | 5,490.41 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
September, 2011 Monthly Operating Report
For the Period September 1, 2011 - September 30, 2011
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---:|
| 9/1/11 | Checking | 1151 | Humana Insurance Co. | | Employee Benefits | (6,775.47) |
| 9/1/11 | Checking | 1152 | KCL Group Benefits | | Employee Benefits | (281.70) |
| 9/1/11 | Checking | 1153 | Data Copy | Copier maintenance | Office Expense | (313.50) |
| 9/1/11 | Checking | 1154 | Teena Morris | Housekeeping - September | Office Expense | (550.00) |
| 9/1/11 | Checking | 1155 | Indiana American Water | | Utilities | (53.70) |
| 9/1/11 | Checking | 1156 | New Albany Municipal Utilities | | Utilities | (37.14) |
| 9/1/11 | Checking | 1158 | AT&T | | Utilities | (3,231.80) |
| 9/1/11 | Checking | 1159 | Vectren Energy Delivery | | Utilities | (22.40) |
| 9/1/11 | Checking | 1160 | BMC Group | | Professional Fees | (11,974.65) |
| 9/1/11 | Checking | 1161 | Chase Bank | Debit card for office supplies | Office Expense | (500.00) |
| 9/2/11 | Checking | EFT | ADP | | Payroll | (10,536.56) |
| 9/2/11 | Checking | EFT | ADP | Payroll Processing Fee | Office Expense | (145.84) |
| 9/2/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (25.00) |
| 9/7/11 | Checking | Debit | Chase Bank | Supply Order | Office Expense | (87.00) |
| 9/16/11 | Checking | EFT | ADP | | Payroll | (10,814.09) |
| 9/16/11 | Checking | EFT | ADP | Payroll Processing Fee | Office Expense | (145.84) |
| 9/16/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (25.00) |
| 9/23/11 | Checking | EFT | ADP | | Office Expense | (44.95) |
| 9/27/11 | Checking | 1451 | Humana Insurance Co. | October | Employee Benefits | (6,775.47) |
| 9/27/11 | Checking | 1452 | KCL Group Benefits | October | Employee Benefits | (281.70) |
| 9/27/11 | Checking | 1453 | Data Copy | Copier supplies | Office Expense | (90.95) |
| 9/27/11 | Checking | 1454 | Mountain Valley | | Office Expense | (51.70) |
| 9/27/11 | Checking | 1455 | Communication Protection & Data | Network maintenance | Office Expense | (110.00) |
| 9/27/11 | Checking | 1456 | Viewtrak Technologies, Inc. | System maintenance | Office Expense | (325.00) |
| 9/27/11 | Checking | 1457 | Republic Bank | September & October | Office Rent | (15,000.00) |
| 9/27/11 | Checking | 1458 | New Albany Municipal Utilities | | Utilities | (30.94) |
| 9/27/11 | Checking | 1459 | Duke Energy | | Utilities | (12.74) |
| 9/27/11 | Checking | 1460 | Duke Energy | | Utilities | (814.15) |
| 9/27/11 | Checking | 1461 | Industrial Disposal | | Utilities | (177.51) |
| 9/27/11 | Checking | 1462 | Teena Morris | Housekeeping - October | Office Expense | (550.00) |
| 9/30/11 | Checking | EFT | ADP | | Payroll | (10,000.00) |
| 9/30/11 | Checking | EFT | ADP | Payroll Processing Fee | Office Expense | (145.84) |
| 9/30/11 | Checking | Debit | Chase Bank | Wire Transfer Fee | Office Expense | (25.00) |

Sub-Total; Disbursements - Checking            (79,955.64)

Escrow

Sub-Total; Disbursements - Escrow            -

**Total Cash Disbursements**            (79,955.64)

**Cash Flow - Positive/(Negative)**            (74,465.23)

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Monthly Operating Report for September, 2011
September 1, 2011 – September 30, 2011
Comments/Disclaimer

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

The Debtor has completed a lengthy and comprehensive review of its accounts receivable transactions, and are restating the receivables this month to reflect known unpaid amounts due to the Debtor.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of September, 2011

| Customer | Account Balance |
| --- | --- |
| .J T NUCKOLS | 355,605.14 |
| AGRI BEEF COMPANY (also see Supreme) | 233,096.66 |
| ALLEN BARRY | 277,582.03 |
| ALL-TECH INC. | 197,038.67 |
| ANDERSON CATTLE COMPANY | 57,660.26 |
| ANDERSON FARM | 576,658.42 |
| ANDY LOLLEY | 36,086.27 |
| ATKINSON LIVESTOCK MARK | 2,577,880.13 |
| ATKINSON LIVESTOCK MKT. | 8,670,981.31 |
| B G GOSSER | 4,618.95 |
| BACA COUNTY FEED YARD | 53,603.61 |
| BEEF MARKETING GROUP CO | 1,109,904.46 |
| BEN DELWORTH | 1,913.28 |
| BIG DRIVE CATTLE LLC | 99,762.76 |
| BILL CHASE | 293,066.18 |
| BILL COURTER | 164,320.80 |
| BILL EBERLE | 273,202.20 |
| BILLY CRENSHAW | 50,801.88 |
| BILLY FLETCHER | 10,178.41 |
| BOB EVERETT | 300.00 |
| BOB FOOTE | 1,671,097.35 |
| BRANDON JONES | 73,615.61 |
| BRANDON MAGGARD | 21,440.00 |
| BRUCE BOHNAM | 52,011.77 |
| BUD HEINE | 236,063.41 |
| BUFFALO FEEDERS | 7,255.20 |
| C & M CATTLE | 490,661.93 |
| CACTUS FEEDERS, INC. | 2,978,578.99 |
| CHAD BAKER | 56,200.21 |
| CHAD HOUCK (FLYING M RANCH) | 23,526.08 |
| CHARLES W. ANDERSON | 249,406.74 |
| CLAY J. CARTER | 69,902.45 |
| CLYDE WOOLDRIDGE | 16,259.71 |
| COLTON DOWNEY | 432.50 |
| COREY KAY | 133,574.64 |
| CORNELISON FARMS, FLP | 57,367.11 |
| DALE PAGE | 2,089.75 |
| DAVE WINGO | 53,321.19 |
| DAVID HILBERT | 123,465.04 |
| DAVID PETERSON | 62,408.10 |
| DEMAIO FARM & RANCH | 244,179.86 |
| DENNIS JONES | 617.40 |

Page 1 of 4

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of September, 2011

| Customer | Account Balance |
|---|---|
| DENNIS SPRESSOR | 47,333.63 |
| DIAMOND CATTLE FEEDERS | 8,442.17 |
| DONALD MCDOWELL | 15,854.93 |
| DOUG VANGORP | 5,633.55 |
| DS FARMS | 8,359.85 |
| DUDLEY WALDROP | 6,666.87 |
| DWAYNE LOY | 15,164.25 |
| E 4 CATTLE CO | 156,693.80 |
| ECF FARMS | 1,262,972.58 |
| ED EDENS FARMS | 12,513.28 |
| ED EDENS IV | 6,517,115.54 |
| ED EDENS UNAPPLIED CASH | (120,529.72) |
| ERIC DOLL | 16,534.51 |
| FAITH CATTLE CO. (CHAD HOUCK) | 123,480.40 |
| FIVE RIVERS (CIMARRON FEEDERS, INC.) | 318,756.28 |
| FIVE RIVERS (GILCREST) | 520,888.26 |
| FIVE RIVERS (KUNER) | 514,231.01 |
| FIVE RIVERS (MALTA) | 259,931.48 |
| FIVE RIVERS (XIT FEEDERS) | 259,850.30 |
| FIVE RIVERS (YUMA) | 2,479,973.94 |
| FRANCIS J. MADISON | 60,086.73 |
| FRED SMITH | 110,457.25 |
| FREEMAN SHETLER | 12,422.69 |
| FRIONA INDUSTRIES, L.P. | 2,554,262.27 |
| FRONTERA FEEDYARD | 147,210.58 |
| G P CATTLE COMPANY | 2,076,218.18 |
| GANADO, INC | 227,965.86 |
| GARY CARTER | 68,696.25 |
| GARY LAIB | 291,446.53 |
| GARY SEALS | 6,756,328.92 |
| GIBSON FARMS, L.L.C. | 47,166.30 |
| GLOVER FARMS | 228,922.24 |
| HAROLD FELDKAMP | 98,519.34 |
| HERITAGE FEEDERS | 626,744.55 |
| HOHENBERGER CATTLE | 568,972.80 |
| HY-PLAINS FEEDERS | 81,558.81 |
| J & S FEEDLOTS INC. | 59,612.79 |
| J BAR H CATTLE | 52,934.97 |
| J&L CATTLE CO | 9,235,957.10 |
| JACOB LARSON | 14,547.62 |
| JAMES ED EDENS & LEE ED | 108,167.17 |
| JAMES PERSCHBACHER | 392,551.15 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of September, 2011

| Customer | Account Balance |
|---|---|
| JANOUSEK FARMS | 9,675.00 |
| JEFF NOE | 2,901.02 |
| JEREMY COFFEY | 6,531.01 |
| JERRY SHELTON | 135,908.38 |
| JERRY THOMPSON | 333,431.86 |
| JIM ROY WELLS CATTLE | 1,513.05 |
| JIM WOODS | 47,844.00 |
| JOE SCHMUCKER | 15,535.04 |
| JOE THOMPSON | 41,674.31 |
| JOHN ROSS | 220,369.28 |
| JVCO, LLC | 181,881.51 |
| KELLY HOSTETLER | 1,950.12 |
| KENNY OGDEN | 524,001.44 |
| KEVIN SMITH | 155,034.20 |
| KEVIN UNDERWOOD | 17,352.63 |
| KIRKLAND FEEDYARDS INC. | 12,834.03 |
| LANE CATTLE CO.,LLC | 83,070.52 |
| LARRY NICHOLS | 29,578.46 |
| LARRY WAYNE GLOVER | 54,706.48 |
| LEROY SAYLOR | 135,926.96 |
| LHL PARTNERSHIP | 133,885.30 |
| LUEKEN DAIRY FARM INC | 41,699.99 |
| M.Y.C. | 220,715.13 |
| MARK FREEMAN | 93,490.54 |
| MARK FREEMAN IV | 104,913.11 |
| MATT BRUMMETT | 907.40 |
| MID-AMERICA FEEDERS LLC | 27,200.64 |
| MIKE MASSEY | 935,652.36 |
| MITCH WILSON | 51,149.44 |
| MORRIS STOCK FARM | 25,294.06 |
| MULL FARMS & FEEDING | 102,691.63 |
| NORA P. DEAN (SCOTT) | 18,294.85 |
| NORTEX FEEDYARD | 58,845.50 |
| NU TECHNOLOGIES | 419,139.19 |
| OAKLAKE CATTLE COMPANY | 132,101.50 |
| ORBY MARTIN | 2,951.71 |
| P & R LIVESTOCK | 67,892.21 |
| PENNER CATTLE | 60,402.11 |
| PESETSKY LAND & CATTLE | 166,933.79 |
| R M LIVESTOCK | 30,869.39 |
| RICK BEARD | 106,491.97 |
| RITTER FEEDYARD | 29,228.32 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of September, 2011

| Customer | Account Balance |
|---|---:|
| ROBERT NICHOLS | 1,640,982.93 |
| RON SHEPHARD | 260,017.63 |
| RONALD STAHL | 99,360.96 |
| RONNIE REIMER FEEDYARD | 68,749.04 |
| ROYAL BEEF | 552,819.82 |
| RUSH CREEK RANCH | 178,233.29 |
| RUSTY RAT CATTLE CO. | 15,710.11 |
| S & S CATTLE /ROYCE STALLCUP(CHAD HOUCK) | 18,789.29 |
| SAM FOUSEK | 117,029.77 |
| SAM NEUKAM | 825.46 |
| SAUNDERS, BUCHER, BARBE | 8,788.55 |
| SCOTT WEEKS | 25,119.61 |
| SOUTHEAST KANSAS STOCKYARDS | 47,580.90 |
| STANLEY BROUGHTON | 39,874.23 |
| STEPHEN DILKS | 58,362.53 |
| STEVE FLETCHER | 217,482.01 |
| STIERWALT RANCH | 294,277.66 |
| SUPREME CATTLE FEEDERS | 1,079,889.64 |
| TERRI BROWN | 40,137.19 |
| TERRY BABER | 414,316.12 |
| TODD ROSENBAUM | 207,216.14 |
| TOM HERRMANN | 23,027.01 |
| TRAVIS DICKE | 293,217.37 |
| TRIANGLE CALF GROWERS (KIRKLAND FEEDERS)(ED EDENS) | 17,828.07 |
| TRUMAN MORGAN | 6,490.27 |
| VEACHEL ADWELL | 245.00 |
| VERNON INMAN | 1,214,657.43 |
| VTIK | 2,225,346.57 |
| WILLIAM BUSH | 189,826.00 |
| WILLIAMS FARM | 39,582.81 |
| WILLIE DOWNS LIVESTOCK | 6,002,195.78 |
| WILLIE DOWNS LIVESTOCK INC | 6,427.80 |
| WILLIE DOWNS TRUCKING | 1,356,030.70 |
| Total Accounts Receivable as of September 30, 2011 | 79,521,260.60 |

Note: These balances are based on the debtor's books and records; balances are subject to change as accounts are researched.

Note 2: There is uncertainty as to the collectability of the receivables and as to whether the debtor is entitled to the proceeds.

Page 4 of 4

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ▮▮▮▮▮
For the Period 9/1/11 to 9/30/11

00000946 DPB 034 161 27411 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

## Chase BusinessClassic  (CHECKING ACCOUNT)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 854,476.51 |
| Deposits & Credits | 1 | 3,106.06 |
| Checks Paid | 18 | (37,050.94) |
| Payments & Transfers | 7 | (31,833.12) |
| Fees, Charges & Other Withdrawals | 4 | (162.00) |
| Ending Balance | 30 | $788,536.51 |



RECEIVED OCT 11 2011

J.P.Morgan

Page 1 of 6

*J.P.Morgan*

**Primary Account:** ▇▇▇
For the Period 9/1/11 to 9/30/11

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 09/22 | Deposit    869231460 | 3,106.06 |
| **Total Deposits & Credits** | | **$3,106.06** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1136 | 09/12 | 10,645.16 | 1149 | 09/08 | 255.35 | 1155 | 09/09 | 53.70 |
| 1137 | 09/09 | 500.00 | 1150 | 09/08 | 12.74 | 1156 | 09/07 | 37.14 |
| 1145 | 09/08 | 21.48 | 1151 | 09/07 | 6,775.47 | 1158 | 09/08 | 3,231.80 |
| 1146 | 09/06 | 1,200.00 | 1152 | 09/06 | 281.70 | 1159 | 09/06 | 22.40 |
| 1147 | 09/07 | 650.00 | 1153 | 09/07 | 313.50 | 1160 | 09/09 | 11,974.65 |
| 1148 | 09/08 | 25.85 | 1154 | 09/07 | 550.00 | 1161 | 09/01 | 500.00 |

**Total Checks Paid** ($37,050.94)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 09/02 | 09/02 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0270367 Trn: 0838200245Es | 10,536.56 |
| 09/02 | ADP Payroll Fees ADP - Fees 10Gx2   0570960 CCD ID: 9659605001 | 145.84 |
| 09/16 | 09/16 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0283805 Trn: 0715700259Es | 10,814.09 |
| 09/16 | ADP Payroll Fees ADP - Fees 10Gx2   1086327 CCD ID: 9659605001 | 145.84 |
| 09/23 | ADP Payroll Fees ADP - Fees 10Gx2   1351966 CCD ID: 9659605001 | 44.95 |

**J.P.Morgan**

*J.P. Morgan*

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account:
For the Period 9/1/11 to 9/30/11

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 09/30 | 09/30 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0451428 Trn: 1659500273Es | 10,000.00 |
| 09/30 | ADP Payroll Fees ADP - Fees 10Gx2  1626515 CCD ID: 9659605001 | 145.84 |
| **Total Payments & Transfers** | | **($31,833.12)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 09/02 | Wire Online Domestic Fee | 25.00 |
| 09/07 | Check OR Supply Order       PPD ID: 1410216800 | 87.00 |
| 09/16 | Wire Online Domestic Fee | 25.00 |
| 09/30 | Wire Online Domestic Fee | 25.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($162.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01 | 853,976.51 | 09/08 | 829,804.68 | 09/22 | 798,752.30 |
| 09/02 | 843,269.11 | 09/09 | 817,276.33 | 09/23 | 798,707.35 |
| 09/06 | 841,743.53 | 09/12 | 806,631.17 | 09/30 | 788,536.51 |
| 09/07 | 833,330.42 | 09/16 | 795,646.24 | | |

**J.P.Morgan**

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account:
For the Period 9/1/11 to 9/30/11

00000515 DPB 034 161 27411 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |



## Chase BusinessClassic    (ESCROW ACCOUNT)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 8,696,042.81 |
| Deposits & Credits | 1 | 2,384.35 |
| Ending Balance | 1 | $8,698,427.16 |



RECEIVED
OCT 11 2011

J.P.Morgan

Page 1 of 4

# J.P.Morgan

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account:
For the Period 9/1/11 to 9/30/11

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 09/22 | Deposit    869231459 | 2,384.35 |
| **Total Deposits & Credits** | | **$2,384.35** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount |
|---|---|
| 09/22 | 8,698,427.16 |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 1 |
| Deposited Items | 3 |
| **Transaction Total** | **4** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan

Page 2 of 4