UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC
   SSN: NA      EIN: NA
Debtor(s)

Case Number:
**10–93904–BHL–11**

## NOTICE

    NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Hearing Re: Motion For Order Approving Proposed Auction Sale Of Certain Personal Property Assets Of Debtor Free And Clear Of Liens, Claims And Encumbrances Pursuant To 11 U.S.C. § 363 filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [758].

    Objections are due three (3) business days prior to hearing.

    Date:  November 15, 2011
    Time: 01:30 PM EST
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

    Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

    The above–referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   October 24, 2011                KEVIN P. DEMPSEY, CLERK
                                         U.S. BANKRUPTCY COURT