## Notice Recipients

District/Off: 0756–4 | User: kgoss2 | Date Created: 10/24/2011
Case: 10–93904–BHL–11 | Form ID: SF00200 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Dustin R. DeNeal    dustin.deneal@bakerd.com

TOTAL: 1