# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 25, 2011 03:00 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matters:

1) Hearing Re:   Joint Motion and First Stipulation Regarding Discovery Protocols filed by Terry E. Hall, Christie A. Moore on behalf of Petitioning Creditor Superior Livestock Auction, Inc [738]
   **R / M #:**    0 / 0

2) Final Hearing Re:   Motion to Abandon, Corrected Motion for Relief from Stay  filed by Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County [317]
   **R / M #:**    0 / 0

   VACATED:   Per parties - matter continued to 11/15/11

3) Hearing Re:   Motion Requesting Entry Of An Order Granting Trustee Authority To 1) Collect Receivable, 2) Hold Receivable Proceeds In Segregated Account Pending Determination Of Rights Therein, 3) Transfer Receivable Proceeds To Operating Account After Such Determination And 4) Continuing Briefing Schedule On The Foregoing filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [732]
   **R / M #:**    0 / 0

4) Continued Status Conference Re:    Motion for Authority (Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account) filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [501]
   **R / M #:**    0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11          TUESDAY, OCTOBER 25, 2011 03:00 PM

In Court Appearances:
TERRY E. HALL/KEVIN TONER/HARMONY MAPPES , ATTORNEY FOR JAMES A. KNAUER
 RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
LISA KOCH BRYANT, ATTORNEY FOR PEOPLES BANK & TRUST CO. OF PICKETT COUN
C. R. BOWLES/JOHN AMES/CHRISTY MOORE , ATTORNEYS FOR GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RON P. REED, B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
MARK A. ROBINSON, ATTORNEY FOR CACTUS GROWERS, INC., FRIONA INDUSTRIES, LP, J&F OKLAHOMA HOLDINGS, INC.
MICHAEL WAYNE OYLER, ATTORNEY FOR YOUR COMMUNITY BANK
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
ELIZABETH LALLY - ATTORNEY FOR TRUSTEE WALRO IN EAST -WEST TRUCKING

Phone Appearances:
ELLIOTT LEVIN/JOHN M. ROGERS, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, SUPERIOR LIVESTOCK AUCTION, INC.
KENT A BRITT, ATTORNEY FOR FIFTH THIRD BANK
JASON W. COTTRELL, ATTORNEY FOR REX ELMORE
JOHN FREDERICK MASSOUH, ATTORNEY FOR FRIONA INDUSTRIES, LP
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS GROWERS, INC.
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
JESSICA E. YATES, ATTORNEY FOR CPC LIVESTOCK, LLC AND FREDIN BROS.
ROSS A. PLOURDE, ATTORNEY FOR BRENT KUEHNY, CRUMPLER BROS., STOCKMAN OKLAHOMA LIVESTOCK MARKETING, I, THE BANK OF KREMLIN
WALTER SCOTT NEWBERN, ATTORNEY FOR FLORIDA ASSOCIATION LIVESTOCK MARKETS
TODD J. JOHNSTON, ATTORNEY FOR GABRIEL MORENO
DAVID A. LAIRD, ATTORNEY FOR PEOPLES BANK OF COLDWATER KANSAS
JEFFREY R. ERLER, ATTORNEY FOR RUSSELL DECORDOVA D/B/A DECORDOVA CATTLE
AMELIA MARTIN ADAMS, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, MOSELEY CATTLE AUCTION, LLC
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
JAMES KNAUER - TRUSTEE
DEBBIE CARUSO - ATTORNEY FOR PRY (GIBSON CASE 10-93867)
ANDREW STOSBERG - ATTORNEY FOR WILLIE DOWNS
JOEY PARSONS - FOR GENE SHIPMAN
ERIC REDMAN - ATTORNEY FOR EDDIE STRICKLAND AND BANK FIRST

## *Proceedings:*

* Disposition: Hearing held.
(1) Motion Granted.  Order to be submitted.
(2) Vacated:  Per parties - matter continued to 11/15/11.
(3) Motion Granted.  Order to be submitted.
(4) Status Conference held.  Matter continued to Hearing on 11/15/11 @ 1:30 p.m. (EDT).

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**