# Notice Recipients

| District/Off: 0756–4 | User: edixon | Date Created: 10/26/2011 |
|---|---|---|
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    C. R. Bowles, Jr    crb@gdm.com
aty    Terry E. Hall    terry.hall@bakerd.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    C. R. Bowles, Jr    Greenbaum Doll &McDonald    101 S. 5th St.    Louisville, KY 40202

    TOTAL: 1