**SO ORDERED: October 26, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

**ORDER GRANTING JOINT MOTION
REGARDING DISCOVERY PROTOCOLS**

Upon the joint motion and stipulation of James Knauer, Chapter 11 Trustee for the debtor Eastern Livestock Company LLC and Superior Livestock Auction, Inc. for an order establishing entry of initial discovery protocols pursuant to Fed. R. Civ. P. 26(f)(3), as incorporated in Federal Rules of Bankruptcy Procedure 7026, and the Court being otherwise sufficiently advised:

The Motion is and shall be GRANTED.

IT IS FURTHER ORDERED that the discovery plan and the protocols set forth in the Joint Motion And First Stipulation Regarding Discovery Protocols shall be used and followed for

the current and future proceedings in this Chapter 11, subject to further modifications and orders of the Court.

###