# Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 10/26/2011
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 4

**Recipients of Notice of Electronic Filing:**
aty     C. R. Bowles, Jr     crb@gdm.com
aty     Christie A. Moore     cm@gdm.com
aty     Terry E. Hall     terry.hall@bakerd.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     C. R. Bowles, Jr     Greenbaum Doll &McDonald     101 S. 5th St.     Louisville, KY 40202

TOTAL: 1