**SO ORDERED: October 26, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING STIPULATION ON CONTESTED MATTER INVOLVING THE FLORIDA OBJECTORS' RESERVED OBJECTIONS TO TRUSTEE'S PURCHASE MONEY CLAIMS REPORT**

This matter is before the Court on: (1) *Trustee's Purchase Money Claims Report, Motion To Transfer Funds And Notice Of Release Of Proceeds From Account* [Dock. No. 501] ("Purchase Money Claims Report"), (2) *Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard; Cattlemen's Livestock Market, Inc.; Columbia Livestock Market, Inc.; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Ocala Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Sumter County Farmers Market, Inc.; and Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market; Ron Sizemore Trucking, Inc.; Oak Lake Cattle Co.; Eagle Bay, Inc.; and Daniel M. Byrd's Objection And Joinder In Objection To The Trustee's Purchase Money Claims Report, Motion For Release Of Fund And Notice Of*

*Release Of Proceeds From Account* [Dock. No. 556] (the "Florida Objection"), 3) *Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard; Cattlemen's Livestock Market, Inc.; Columbia Livestock Market, Inc.; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Ocala Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Sumter County Farmers Market, Inc.; and Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market; Ron Sizemore Trucking, Inc.; Oak Lake Cattle Co.; Eagle Bay, Inc.; and Daniel M. Byrd's Supplemental Objection And Joinder In Objection To The Trustee's Motion For Release Of Proceeds From Account* [Dock. No. 670] (the "Florida Supplemental Objection" and collectively with the Florida Objection, the "Objections") and 4) the parties' *Stipulation on Contested Matter Involving the Florida Objectors' Reserved Objections to Trustee's Purchase Money Claims Report* [Dock. No. 765] ("Stipulation").  The Court being duly and sufficiently advised, hereby APPROVES the Stipulation, it appearing to the Court that the Stipulation is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the rights in and claims to the Miller Proceeds[1] shall be litigated and decided in the Wisconsin Interpleader.

IT IS FURTHER ORDERED that nothing contained herein shall be construed to prejudice the claim(s) of any party to any of the cattle sale proceeds at issue in the Wisconsin Interpleader or otherwise.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.