UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK, LLC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Judge Basil H. Lorch III |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that attorneys for Fifth Third Bank ("Fifth Third"), a creditor and party in interest in the above referenced case, through counsel, James B. Lind of Vorys, Sater, Seymour and Pease LLP, appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> James B. Lind
> Vorys, Sater, Seymour and Pease LLP
> 221 East Fourth Street
> Suite 2000, Atrium Two
> Cincinnati, OH 45202
> Telephone: (513) 842-8119
> Facsimile: (513) 852-7835
> Email: jblind@vorys.com

PLEASE TAKE FURTHER NOTICE that the foregoing includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Mr. Lind consents to service by e-mail in this adversary proceeding. The undersigned further requests to be added to the Clerk's mailing matrix in this case.

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/ James B. Lind
James B. Lind (OH 0083310)
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, OH 45202
Telephone:  (513) 842-8119
Facsimile:  (513)  852-7835
Email: jblind@vorys.com

Attorneys for Fifth Third Bank

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of October, 2011, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

- David L. Abt    davidabt@mwt.net
- Amelia Martin Adams    aadams@dlgfirm.com
- John W Ames    jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker    cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles    crb@gdm.com, shm@gdm.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com
- Lisa Koch Bryant    courtmail@fbhlaw.net
- James M. Carr    james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell    jwc@stuartlaw.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson    jdawson@millerdollarhide.com, jowens@millerdollarhide.com

- Dustin R. DeNeal   dustin.deneal@bakerd.com, patricia.moffit@bakerd.com;sarah.herendeen@bakerd.com
- Laura Day DelCotto   ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina   dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon   ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl   tearl@rwsvlaw.com
- Shawna M Eikenberry   shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Jeffrey R. Erler   jeffe@bellnunnally.com
- Sarah Stites Fanzini   sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree   robertforee@bellsouth.net
- Sandra D. Freeburger   sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Melissa S. Giberson   msgiberson@vorys.com
- Jeffrey J. Graham   jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall   terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover   jdhoover@hooverhull.com
- John Huffaker   john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter   jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe   jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston   bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston   tjohnston@mcjllp.com
- Jill Zengler Julian   Jill.Julian@usdoj.gov
- Edward M King   tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer   jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock   eknoblock@daleeke.com
- Theodore A Konstantinopoulos   ndohbky@jbandr.com
- Randall D. LaTour   RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird   david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas   dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin   robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin   edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis   kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind   jblind@vorys.com
- Karen L. Lobring   lobring@msn.com

- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- James Edwin McGhee    mcghee@derbycitylaw.com, belliott@derbycitylaw.com
- William Robert Meyer    rmeyer@stites.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern    wsnewbern@msn.com
- Shiv Ghuman O'Neill    shiv.oneill@bakerd.com
- Matthew J. Ochs    kim.maynes@moyewhite.com
- Michael Wayne Oyler    moyler@rwsvlaw.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader    wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey    jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com
- Susan K. Roberts    skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow    jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Thomas C Scherer    tscherer@binghammchale.com, mmcclain@binghammchale.com
- Ivana B. Shallcross    ibs@gdm.com
- James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith    wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley    robert.stanley@bakerd.com
- Joshua N. Stine    jnstine@vorys.com
- Andrew D Stosberg    astosberg@lloydmc.com, bmarks@lloydmc.com
- Meredith R. Thomas    mthomas@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner    kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson    andreawassonatty@gmail.com

- Stephen A. Weigand   sweigand@ficlaw.com
- Charles R. Wharton   Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White   swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates   jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com
- James T Young   james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net

/s/ James B. Lind
James B. Lind