**SO ORDERED: October 27, 2011.**



*Basil H. Lorch III signature*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER LIMITING NOTICE ON MOTION FOR ORDER APPROVING PROPOSED AUCTION SALE OF CERTAIN PERSONAL PROPERTY ASSETS OF DEBTOR FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363**

This matter is before the Court on the *Motion to Limit Notice on Motion for Order Approving Proposed Auction Sale of Certain Personal Property Assets of Debtor Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363* (the "Request to Limit Notice") filed by James M. Knauer, chapter 11 trustee ("Trustee") in the above-captioned case ("Chapter 11 Case"); the Trustee having given due and proper notice of the Request to Limit Notice; the Court having heard from all interested parties; the Court having reviewed the Request to Limit Notice, and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Trustee has demonstrated cause to limit notice of the Motion[1] and the Request to Limit Notice is therefore granted.

2. The Trustee shall serve the Motion on: (i) the office of the United States Trustee for the Southern District of Indiana; (ii) the Internal Revenue Service; (iii) all secured creditors who are not represented by counsel; and (iv) any party who has filed an appearance or requested notice and served same on Trustee.

3. Such notice shall be adequate and proper under the circumstances.

###

---

[1] All capitalized terms not otherwise defined herein shall the meanings ascribed to them in the Request to Limit Notice.