United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
     Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4     User: edixon     Page 1 of 1     Date Rcvd: Oct 26, 2011  
Form ID: pdfOrder     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2011.  
aty    +C. R. Bowles, Jr,    Greenbaum Doll & McDonald,    101 S. 5th St.,    Louisville, KY 40202-3197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**      **Signature:** _Joseph Speetjens_

SO ORDERED: October 26, 2011.



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER GRANTING JOINT MOTION**
**REGARDING DISCOVERY PROTOCOLS**

Upon the joint motion and stipulation of James Knauer, Chapter 11 Trustee for the debtor Eastern Livestock Company LLC and Superior Livestock Auction, Inc. for an order establishing entry of initial discovery protocols pursuant to Fed. R. Civ. P. 26(f)(3), as incorporated in Federal Rules of Bankruptcy Procedure 7026, and the Court being otherwise sufficiently advised:

The Motion is and shall be GRANTED.

IT IS FURTHER ORDERED that the discovery plan and the protocols set forth in the Joint Motion And First Stipulation Regarding Discovery Protocols shall be used and followed for

the current and future proceedings in this Chapter 11, subject to further modifications and orders of the Court.

###