SUN-39509 0756-4 SF00100 10-93904
U.S. Bankruptcy Court
121 W. Spring St. Rm 102
New Albany, IN 47150

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
**in the**
**UNITED STATES BANKRUPTCY COURT**

**FIRST-CLASS MAIL**

047076 47076 1 AT 0.362 42160 3 9 6868-0-47785

Edward L. Arterburn
~~PO Box 186~~
Park City, KY 42160-0186

372 NFE 1 911I 00 10/27/11
NOTIFY SENDER OF NEW ADDRESS
ARTERBURN
755 OLD DIXIE HWY
PARK CITY KY 42160-7704

BC: 42160770455    *1847-06085-27-15

42160@7704

10/28/11

I have a change
of address from
P.O. Box 186 to
755 OLD DIXIE HWY.
PARK CITY KY 42160-7704

EDWARD L. ARTERBURN

SUN-39509 0756-4 SF00100 10-93904
U.S. Bankruptcy Court
121 W. Spring St. Rm 102
New Albany, IN 47150

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

**FIRST-CLASS MAIL**

047076 47076 1 AT 0.362 42160 3 9 6868-0-47785

Edward L. Arterburn
~~PO Box 186~~
Park City, KY 42160-0186

```
                              372 NFE 1 911I 00 10/27/11
NOTIFY SENDER OF NEW ADDRESS
ARTERBURN
755 OLD DIXIE HWY
PARK CITY KY 42160-7704

BC: 42160770455      *1847-06085-27-15
```

42160@7704

10/28/11

I have a change
of address from
P.O. Box 186 to
755 OLD DIXIE HWY.
PARK CITY KY 42160-7704

EDWARD L. ARTERBURN

SUN-39509 0756-4 SF00100 10-93904
U.S. Bankruptcy Court
121 W. Spring St. Rm 102
New Albany, IN 47150

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

047076 47076 1 AT 0.362 42160 3 9 6868-0-47785

**FIRST-CLASS MAIL**

Edward L. Arterburn
~~PO Box 186~~
Park City, KY 42160-0186

372 NFE 1 911I 00 10/27/11
NOTIFY SENDER OF NEW ADDRESS
ARTERBURN
755 OLD DIXIE HWY
PARK CITY KY 42160-7704
BC: 42160770455    *1047-08085-27-15

42160⑦7704

10/28/11

I have a change
of address from
P.O. Box 186 to
755 OLD DIXIE HWY.
PARK CITY KY 42160-7704

EDWARD L. ARTERBURN