# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | CASE NO.:  10–93904–BHL–11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

## **RULE 2019 STATEMENT OF W. SCOTT NEWBERN, P.L.**

COMES NOW the law firm of W. Scott Newbern, P.L. ("Newbern, PL"), 2982 East Giverny Circle, Tallahassee, Florida 32309, and the undersigned attorney and pursuant to Bankruptcy Rule 2019 submit that the following list represents the "Creditors" which are or have been represented in the above captioned case by Newbern, PL:

| **Creditor Name And Address** | **Nature Of Claim(s)** |
|---|---|
| Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard<br>2719 NE Earnest St<br>Arcadia, FL 34266 | Unpaid livestock sales (Miller & Rush Creek); Dishonored Checks |
| Cattlemen's Livestock Market, Inc.<br>3305 US Highway 92 E<br>Lakeland, FL 33802 | Unpaid livestock sales (Miller & Rush Creek); Dishonored Checks |
| Columbia Livestock Market, Inc.<br>4557 S. US Highway 441<br>Lake City, FL 32025 | Unpaid livestock sales (Rush Creek); Dishonored Checks |
| Hardee Livestock Market, Inc.<br>1201 U.S. Highway 17 South<br>Wauchula, FL 33873 | Unpaid livestock sales (Miller & Rush Creek); Dishonored Checks |

1

| | |
|---|---|
| North Florida Livestock Market, Inc.. <br> 12171 S. US Highway 441 <br> Lake City, FL 32025 | Unpaid livestock sales (Rush Creek) |
| Ocala Livestock Market, Inc. <br> 9100 N.W. US Highway 25A <br> Ocala, FL 34480 | Unpaid livestock sales (Miller & Rush Creek); Dishonored Checks |
| Okeechobee Livestock Market, Inc. <br> 1055 U.S. Highway 98 North <br> Okeechobee, FL 34972 | Unpaid livestock sales (Miller & Rush Creek); Dishonored Checks |
| Sumter County Farmers Market, Inc. <br> 524 North Market Blvd. <br> Webster, FL 33597 | Unpaid livestock sales (Miller & Rush Creek); Dishonored Checks |
| Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market <br> S At I-10 HC 53 <br> Madison, FL 32341 | Unpaid livestock sales (Rush Creek); Dishonored Checks |
| Ron Sizemore Trucking, Inc. ("Sizemore") <br> 9871 S.E. 22nd Street <br> Webster, FL 33597 | Unpaid transport charges of livestock (Miller & Rush Creek) |
| Oak Lake Cattle Co. ("Oak Lake") <br> 1055 U.S. Highway 98 North <br> Okeechobee, FL 34973 | Unpaid livestock sales commission and other charges on livestock sales (Miller & Rush Creek) |
| Eagle Bay, Inc. ("Eagle") <br> c/o Oak Lake Cattle Co. <br> 1055 U.S. Highway 98 North <br> Okeechobee, FL 34973 | Unpaid stockyardage, feed, and other charges on livestock sales (Miller & Rush Creek; Dishonored Checks |
| Daniel M. Byrd ("D. Byrd") <br> c/o Oak Lake Cattle Co. <br> 1055 U.S. Highway 98 North <br> Okeechobee, FL 34973 | Unpaid livestock sales commission and other charges on livestock sales (Miller & Rush Creek) |

The undersigned and Newbern, PL have no instruments whereby they are empowered to act on behalf of the Creditors they represent.

The undersigned and Newbern, PL do not own any interest in the Creditors or their claims against the Debtor in the above styled proceeding

2

Respectfully submitted this 2nd day of November 2011:

/s/ W. Scott Newbern
W. Scott Newbern
W. SCOTT NEWBERN, P.L.
Florida Bar No. 0098108
2982 East Giverny Circle
Tallahassee, Florida 32309
(T) 850.591.1707
(F) 850.894.0871
wsnewbern@msn.com

COUNSEL FOR HILLIARD–McKETTRICK INVESTMENTS, INC. d/b/a ARCADIA STOCKYARD; CATTLEMEN'S LIVESTOCK MARKET, INC.; COLUMBIA LIVESTOCK MARKET, INC.; HARDEE LIVESTOCK MARKET, INC.; NORTH FLORIDA LIVESTOCK MARKET, INC.; OCALA LIVESTOCK MARKET, INC.; OKEECHOBEE LIVESTOCK MARKET, INC.; SUMTER COUNTY FARMERS MARKET, INC.; AND MADISON COUNTY LIVESTOCK MARKET, INC. d/b/a TOWNSEND LIVESTOCK MARKET; RON SIZEMORE TRUCKING, INC.; OAK LAKE CATTLE CO.; EAGLE BAY, INC.; and DANIEL M. BYRD

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2nd, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern
W. SCOTT NEWBERN