**SO ORDERED: November 03, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:

Eastern Livestock Co., LLC

SSN: NA          EIN: NA

Debtor(s)

Case Number:

**10–93904–BHL–11**

### ORDER

A(n) Motion to Extend Time to File Miscellaneous Documents was filed with the Clerk of Court on October 31, 2011, by Creditor Stockman Oklahoma Livestock Marketing, Inc.

IT IS THEREFORE ORDERED that the Motion to Extend Time to File Miscellaneous Documents is MOOT.

### ###