UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| | | |
| SUPERIOR LIVESTOCK AUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 11-59088 |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| Defendant. | ) | |
| JAMES KNAUER, AS CHAPTER 11 | ) | |
| TRUSTEE FOR DEBTOR EASTERN | ) | |
| LIVESTOCK CO., LLC, | ) | |
| Counterclaimant and Third-Party | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| SUPERIOR LIVESTOCK AUCTION, INC., | ) | |
| FIFTH THIRD BANK, | ) | |
| FRIONA INDUSTRIES, L.P., | ) | |
| CACTUS GROWERS, INC., and | ) | |
| J&F OKLAHOMA HOLDINGS, INC., | ) | |
| Counterclaim and /or Third-Party | ) | |
| Defendants. | ) | |
| | | |
| FRIONA INDUSTRIES, L.P., | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 11-59093 |
| EASTERN LIVESTOCK CO., LLC, et. al., | ) | |
| Defendants, | ) | |
| and | ) | |
| CACTUS GROWERS, INC., | ) | |
| Intervenor, | ) | |
| v. | ) | |
| EASTERN LIVESTOCK CO., INC., et. al., | ) | |
| Defendants, | ) | |
| and | ) | |
| J & F OKLAHOMA HOLDINGS, INC., | ) | |
| Intervenor, | ) | |
| v. | ) | |
| EASTERN LIVESTOCK CO., et. al., | ) | |
| Defendants. | ) | |

## NOTICE OF DISCOVERY REQUEST

TO:  All Counsel of Record

Please take notice that on November 4, 2011, James A. Knauer as Trustee for Debtor Eastern Livestock Co., LLC served interrogatories on Superior Livestock Auction, Inc. The interrogatories relate to Adversary Proceeding No. 11-59093 and to Adversary Proceeding No. 11-59088. Electronic copies of the request have been served on counsel of record in those adversary proceedings.

BAKER & DANIELS LLP

      */s/ Kevin M. Toner*

Kevin M. Toner (#11343-49)  *Attorneys for James Knauer, as Chapter 11 Trustee*
Shawna Eikenberry (#21615-53)  *for Eastern Livestock Co., LLC*
Harmony A. Mappes (#27237-49)
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@bakerd.com
shawna.eikenberry@bakerd.com
harmony.mappes@bakerd.com

## CERTIFICATE OF SERVICE

I certify that on November 4, 2011, a copy of the foregoing was served via electronic mail on the following:

| | |
|---|---|
| Amelia Martin Adams | aadams@dlgfirm.com |
| John W. Ames | jwa@gdm.com |
| Robert A. Bell | rabell@vorys.com |
| C. R. Bowles | crb@gdm.com |
| Kent A. Britt | kabritt@vorys.com |
| James M. Carr | james.carr@bakerd.com |
| John R. Carr | jrciii@acs-law.com |

| | |
|---|---|
| Deborah Caruso | dcaruso@daleeke.com |
| Kirk Crutcher | kcrutcher@mcs-law.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com |
| Dustin R. DeNeal | dustin.deneal@bakerd.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com |
| Shawna M Eikenberry | shawna.eikenberry@bakerd.com |
| Jeffrey R. Erler | jeffe@bellnunnally.com |
| Melissa S. Giberson | msgiberson@vorys.com |
| Terry E. Hall | terry.hall@bakerd.com |
| John Huffaker | john.huffaker@sprouselaw.com |
| Jay Jaffe | jay.jaffe@bakerd.com |
| James Bryan Johnston | bjtexas59@hotmail.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| David M. Jones | david.jones@sprouselaw.com |
| James A. Knauer | jak@kgrlaw.com |
| Erick P Knoblock | eknoblock@daleeke.com |
| Randall D. LaTour | RDLatour@vorys.com |
| David L. LeBas | dlebas@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net |
| John Hunt Lovell | john@lovell-law.net |
| Harmony A Mappes | harmony.mappes@bakerd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| James Edwin McGhee | mcghee@derbycitylaw.com |
| Christie A. Moore | cm@gdm.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com |
| Mark A. Robinson | mrobinson@vhrlaw.com |
| John M. Rogers | johnr@rubin-levin.net |
| James E Rossow | jim@rubin-levin.net |
| Ivana B. Shallcross | ibs@gdm.com |
| James E. Smith | jsmith@smithakins.com |
| Robert K Stanley | robert.stanley@bakerd.com |
| Joshua N. Stine | jnstine@vorys.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Jessica E. Yates | jyates@swlaw.com |
| James T Young | james@rubin-levin.net |

                                              */s/ Kevin M. Toner*