UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorck III |

## NOTICE OF DISCOVERY REQUEST

TO:   All Counsel of Record

Please take notice that on November 3, 2011, Jason W. Cottrell as counsel for Creditor, Rex Elmore, served interrogatories and requests for production of documents on Dustin R. DeNeal as counsel for Chapter 11 Trustee. The request relates to the contested matter between Elmore and the Trustee regarding Elmore's objections to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account.

Respectfully submitted,

/s/   Jason W. Cottrell
**JASON W. COTTRELL** (#24837-09)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902
P:      (765) 423-1561
F:      (765) 742-8175
*Attorney for Rex Elmore*

# CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and accurate copy of the foregoing has been forwarded to the following, via ECF Noticing System or United States mail, first class, postage prepaid, on the 4th day of November, 2011:

| | | |
|---|---|---|
| James M. Carr<br>jim.carr@bakerd.com | Terry E. Hall<br>terry.hall@bakerd.com | Dustin R. DeNeal<br>dustin.deneal@bakerd.com |
| Wendy W. Ponader<br>wendy.ponader@bakerd.com | David L. Abt<br>davidabt@mwt.net | Mark A. Robinson<br>mrobinson@vhrlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com | John W. Ames<br>jwa@gdm.com |
| Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com | Meredith R. Thomas<br>mthomas@daleeke.com | Charles R. Wharton<br>Charles. R. Wharton@usdoj.gov |
| David L. LeBas<br>dlebas@namanhowell.com | Jessica E. Yates<br>jyates@swlaw.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Todd J. Johnston<br>tjohnston@mcjllp.com | Karen L. Lobring<br>lobring@msn.com |
| Elliot D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com | Sean T. White<br>swhite@hooverhull.com | C.R. Bowles, Jr<br>crb@gdm.com |
| Jeffrey R. Erler<br>jeffe@bellnunnally.com | John R. Carr, III<br>jrciii@acs-law.com | Stephen A. Weigand<br>sweigand@ficlaw.com |
| Robert Hughes Foree<br>robertforee@bellsouth.net | Ivana B. Shallcross<br>ibs@gdm.com | William Robert Meyer, II<br>rmeyer@stites.com |
| James Bryan Johnson<br>bjtexas59@hotmail.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| Kelly Greene McConnell<br>lisahughes@givenspursley.com | Walter Scott Newbern<br>wsnewbern@msn.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | John M. Rogers<br>johnr@rubin-levin.net | Robert H. Foree<br>robertforee@bellsouth.com |
| John Hunt Lovell<br>john@lovell-law.net | Edward M. King<br>tking@fbtlaw.com | Bret S. Clement<br>bclement@acs-law.com |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Allen Mooris<br>amooris@stites.com | James T. Young<br>james@rubin-levin.net | John M. Thompson<br>john.thompson@crowedunlevy.com |

| | | |
|---|---|---|
| Matthew J. Ochs<br>matt.ochs@moyewhite.com | T. Kent Barber<br>kbarber@dlgfirm.com | Kirk Cruther<br>kcrutcher@mcs-law.com |
| Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com | Lisa Kock Bryant<br>courtmail@fbhlaw.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Michael W. McClain<br>mike@kentuckytrial.com | James Edwin McGhee<br>mcghee@derbycitylaw.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | David Alan Domina<br>dad@dominalaw.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | James E. Rossow<br>jim@rubin-levin.net | William E. Smith<br>wsmith@k-glaw.com |
| Thomas C. Scherer<br>tscherer@binghammchale.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Kent A. Britt<br>kabritt@vorys.com |
| Jeffrey L. Hunter<br>jeff.hunter @usdoj.gov | James B. Lind<br>jblind@vorys.com | Susan K. Roberts<br>skr@stuartlaw.com |
| David A. Laird<br>david.laird@moyewhite.com | Trevor L. Earl<br>tearl@rwsvlaw.com | Joshua N. Stine<br>jnstine@vorys.com |
| Amelia Martin Adams<br>aadams@dlgfirm.com | Robert A. Bell<br>rabell@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Ashely S. Rusher<br>asr@blancolaw.com | Darla J. Gabbitas<br>darla.gabbitas@moyewhite.com | |

/s/    Jason W. Cottrell