UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

    A transcript of the proceeding held on October 25, 2011 was filed on November 6, 2011.

    Parties have until November 14, 2011, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is November 28, 2011. Once a Request for Redaction is filed, the redacted transcript is due by December 7, 2011.

    The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

GCI Transcription Services
210 Bayberry Avenue
Egg Harbor Township, NJ 08234
1–800–471–0299

    The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is February 6, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:   November 9, 2011                  KEVIN P. DEMPSEY, CLERK
                                                U.S. BANKRUPTCY COURT