# Notice Recipients

District/Off: 0756–4            User: edixon            Date Created: 11/9/2011
Case: 10–93904–BHL–11           Form ID: ntcts          Total: 129

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer         | jak@kgrlaw.com |
| aty | Allen Morris            | amorris@stites.com |
| aty | Amelia Martin Adams     | aadams@dlgfirm.com |
| aty | Andrea L Wasson         | andreawassonatty@gmail.com |
| aty | Bret S. Clement         | bclement@acs–law.com |
| aty | C. R. Bowles, Jr        | crb@gdm.com |
| aty | Christie A. Moore       | cm@gdm.com |
| aty | Christopher E. Baker    | cbaker@hklawfirm.com |
| aty | Daniel J. Donnellon     | ddonnellon@ficlaw.com |
| aty | David A. Laird          | david.laird@moyewhite.com |
| aty | David Alan Domina       | dad@dominalaw.com |
| aty | David L. Abt            | davidabt@mwt.net |
| aty | David L. LeBas          | dlebas@namanhowell.com |
| aty | Deborah Caruso          | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal        | dustin.deneal@bakerd.com |
| aty | Edward M King           | tking@fbtlaw.com |
| aty | Elliott D. Levin        | robin@rubin–levin.net |
| aty | Elliott D. Levin        | edl@rubin–levin.net |
| aty | Ivana B. Shallcross     | ibs@gdm.com |
| aty | James A. Knauer         | jak@kgrlaw.com |
| aty | James B. Lind           | jblind@vorys.com |
| aty | James Bryan Johnston    | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.     | jim@rubin–levin.net |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr           | james.carr@bakerd.com |
| aty | James T Young           | james@rubin–levin.net |
| aty | Jason W. Cottrell       | jwc@stuartlaw.com |
| aty | Jeffrey E. Ramsey       | jramsey@hopperblackwell.com |
| aty | Jeffrey J. Graham       | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter        | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler        | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel         | jancel@taftlaw.com |
| aty | Jeremy S Rogers         | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates        | jyates@swlaw.com |
| aty | Jill Zengler Julian     | Jill.Julian@usdoj.gov |
| aty | John Huffaker           | john.huffaker@sprouselaw.com |
| aty | John David Hoover       | jdhoover@hooverhull.com |
| aty | John Frederick Massouh  | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell        | john@lovell–law.net |
| aty | John M. Rogers          | johnr@rubin–levin.net |
| aty | John M. Thompson        | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III       | jrciii@acs–law.com |
| aty | John W Ames             | jwa@gdm.com |
| aty | Joshua N. Stine         | jnstine@vorys.com |
| aty | Judy Hamilton Morse     | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring        | lobring@msn.com |
| aty | Kelly Greene McConnell  | lisahughes@givenspursley.com |
| aty | Kent A Britt            | kabritt@vorys.com |
| aty | Kevin M. Toner          | kevin.toner@bakerd.com |
| aty | Kim Martin Lewis        | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher           | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto      | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant        | courtmail@fbhlaw.net |
| aty | Mark A. Robinson        | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs         | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson     | msgiberson@vorys.com |
| aty | Meredith R. Thomas      | mthomas@daleeke.com |
| aty | Michael W. McClain      | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler     | moyler@rwsvlaw.com |
| aty | Randall D. LaTour       | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr      | rabell@vorys.com |
| aty | Robert H. Foree         | robertforee@bellsouth.net |
| aty | Robert K Stanley        | robert.stanley@bakerd.com |
| aty | Ross A. Plourde         | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger    | sfreeburger@dsf–atty.com |
| aty | Sarah Stites Fanzini    | sfanzini@hopperblackwell.com |
| aty | Sean T. White           | swhite@hooverhull.com |
| aty | Stephen A. Weigand      | sweigand@ficlaw.com |
| aty | Susan K. Roberts        | skr@stuartlaw.com |

| | | |
|---|---|---|
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@binghammchale.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@bakerd.com |
| aty | William E Smith, III | wsmith@k−glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 80

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street    New Albany, IN 47150 |
| ptcrd | David L. Rings | 1288 Frontage Road    Russell Springs, KY 42642 |
| ptcrd | Southeast Livestock Exchange LLC | PO Box 1306    Waynesville, NC 28786 |
| ptcrd | Moseley Cattle Auction, LLC | 1044 Arlington Avenue    Blakely, GA 39823 |
| op | Elizabeth M. Lynch | Development Specialists, Inc.    6375 Riverside Drive    Suite 200    Dublin, OH 43017 |
| cr | First Bank and Trust Company, The | c/o Ayres Carr &Sullivan, P.C.    251 East Ohio Street, Suite 500    Indianapolis, IN 46204−2184 |
| cr | Republic Bank and Trust Company | 661 South Hurstbourne Parkway    Louisville, KY 40222 |
| cr | Gary S. Bell | PO Box 122    Edmonton, KY 42129 |
| op | National Cattlemen's Beef Association | c/o Alice Devine    6031 SW 37th St.    Topeka, KA 66610 |
| ptcrd | Southland Haulers, LLC | Howard &Myra Compton    P O Box 142    Bratley, AL 36009 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs    3087 Ervin Town Rd.    Castlewood, VA 24224 |
| ptcrd | Breeding Brothers | Attn: Wade Breeding    9440 Columbia Hwy.    Greensburg, KY 42743 |
| ptcrd | BBFarms | Attn: Keith Breeding    8090 Greensburg Road    Greensburg, KY 42743 |
| ptcrd | Jeremy Coffey | 6205 Greensburg Road    Columbia, KY 42728 |
| ptcrd | Brent Keith | 505 Marlo−Campbell Road    Columbia, KY 42728 |
| ptcrd | Dennis Neat | 6198 Burkesville Road    Columbia, KY 42728 |
| ptcrd | Billy Neat | 705 B. Neat Road    Columbia, KY 42728 |
| ptcrd | Jimmy Brummett | 7594 Hwy. 555    Glens Fork, KY 42741 |
| ptcrd | Mike Loy | 668 P.D. Pyles Road    Columbia, KY 42728 |
| ptcrd | Superior Livestock Auction, Inc. | 1155 North Colorado Ave.    Bush, CO 80723 |
| ptcrd | Gary S. Bell | P.O. Box 122    Edmonton, KY 42129 |
| op | David L. Abt | 210 N Main St    PO Box 128    Westby, WI 54667 |
| cr | Eddie Eicke | Eicke Ranch II    1188 County Rd 1202    Snyder, TX 79549 |
| cr | Heritage Feeders LP | c/o Crowe &Dunlevy    20 North Broadway    Suite 1800    Oklahoma City, ok 73102 |
| cr | Bobby Bynum | P. O. Box 43    Rankin, TX 79778 UNITED STATES |
| cr | Bill Davis | 7726 W. FM 2335    Christoval, TX 76935 UNITED STATES |
| cr | Johnny Mayo, Jr. | P. O. Box 317    Eldorado, TX 76936 UNITED STATES |
| cr | Frank Powell | 700 W. Denger    Midland, TX 79705 UNITED STATES |
| cr | Davis Quarter Horse | 7726 W. FM 2335    Christoval, TX 76935 UNITED STATES |
| cr | Tom Svoboda | 3065 AA Avenue    Herrington, KS 67449 UNITED STATES |
| cr | Bynum Ranch Co. | P. O. Box 104    Sterling City, TX 76951 UNITED STATES |
| cr | Florida Association Livestock Markets | P.O. Box 421929    Kissimmee, FL 34742−1929 |
| cr | Gene Shipman | 11401 E. Fm 1075    Happy, TX 79042 |
| cr | Gabriel Moreno | c/o Todd J. Johnston    McWhorter, Cobb &Johnson    1722 Broadway    Lubbock, TX 79401 |
| cr | Gabriel Moreno | c/o Timothy T. Pridmore    McWhorter, Cobb &Johnson    1722 Broadway    Lubbock, TX 79401 |
| cr | Estate of John S. Gibson, Anna Gayle Gibson, Execu | 13140 Nebo Rd    Providence, KY 42450 |
| cr | Gibson Farms. LLC | 13140 Nebo Rd.    Providence, KY 42450 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road    Carlisle, KY 40311 |
| cr | Phillip Taylor Reed | a/k/a Taylor Reed |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower    101 South Fifth Street    ?Louisville, KY 40202−3103 |
| cr | Todd Rosenbaum | P.O. Box 141    Glade Spring, VA 24340 |
| cr | Rosenbaum Feeder Cattle Company, LLC | P.O. Box 141    Glade Spring, VA 24340 |
| cr | Rex Elmore | 1817 Tobacco Road    Glasgow, KY 42141−8486 |
| cr | Lytle Street Development | c/o Edward C. Airhart    440 South Seventh Street    Louisville, KY 40203−1967 |
| cr | Cullman Stockyard, Inc. | c/o Thomas C. Scherer, Esq.    Bingham McHale LLP    2700 Market Tower    10 West Market Street    Indianapolis, IN 46204 |
| cr | Russell DeCordova d/b/a deCordova Cattle Company | c/o Jeffrey J. Graham    Taft Stettinius &Hollister LLP    One Indiana Square, Suite 3500    Indianapolis, IN 46204 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA    PO Drawer 25008    Winston−Salem, NC 27114−5008 |
| aty | C. R. Bowles, Jr | Greenbaum Doll &McDonald    101 S. 5th St.    Louisville, KY 40202 |
| aty | Christopher E. Baker | Hostetler &Kowalik    101 W Ohio St Ste 2100    Indianapolis, IN 46204 |

TOTAL: 49