UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
FOR NEW ALBANY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **EASTERN LIVESTOCK CO., LLC** | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor | ) | Chapter 11 |
| _____ | ) | |
| | ) | |

## NOTICE OF DISCOVERY REQUEST

To:  All Counsel of Record

Please take notice that on November 7, 2011 Superior Livestock Auction, Inc. served its First Set of Interrogatories and Requests for Production of Documents to Fifth Third Bank. Such discovery requests relate to the above-captioned bankruptcy case and Adversary Proceedings 11-59088 and 11-59093.

*/s/ John M. Rogers*
Elliott D. Levin
John M. Rogers
RUBIN & LEVIN P.C.
500 Marott Center
342 Massachusetts Ave.
Indianapolis, IN 46204
Phone: 317-634-0300
Facsimile: 317-453-8623
johnr@rubin-levin.net

COUNSEL FOR SUPERIOR LIVESTOCK
AUCTION, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on November 7, 2011, a copy of the foregoing Notice was served via electronic mail on the following:

| | |
|---|---|
| Amelia Martin Adams | aadams@dlgfirm.com |
| John W. Ames | jwa@gdm.com |
| Robert A. Bell | rabell@vorys.com |
| C. R. Bowles | crb@gdm.com |
| Kent A. Britt | kabritt@vorys.com |
| James M. Carr | james.carr@bakerd.com |
| John R. Carr | jrciii@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com |
| Kirk Crutcher | kcrutcher@mcs-law.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com |
| Dustin R. DeNeal | dustin.deneal@bakerd.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com |
| Shawna M Eikenberry | shawna.eikenberry@bakerd.com |
| Jeffrey R. Erler | jeffe@bellnunnally.com |
| Melissa S. Giberson | msgiberson@vorys.com |
| Terry E. Hall | terry.hall@bakerd.com |
| John Huffaker | john.huffaker@sprouselaw.com |
| Jay Jaffe | jay.jaffe@bakerd.com |
| James Bryan Johnston | bjtexas59@hotmail.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| David M. Jones | david.jones@sprouselaw.com |
| James A. Knauer | jak@kgrlaw.com |
| Erick P Knoblock | eknoblock@daleeke.com |
| Randall D. LaTour | RDLatour@vorys.com |
| David L. LeBas | dlebas@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net |
| John Hunt Lovell | john@lovell-law.net |
| Harmony A Mappes | harmony.mappes@bakerd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| James Edwin McGhee | mcghee@derbycitylaw.com |
| Christie A. Moore | cm@gdm.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com |
| Mark A. Robinson | mrobinson@vhrlaw.com |
| John M. Rogers | johnr@rubin-levin.net |
| James E Rossow | jim@rubin-levin.net |
| Ivana B. Shallcross | ibs@gdm.com |
| James E. Smith | jsmith@smithakins.com |
| Robert K Stanley | robert.stanley@bakerd.com |
| Joshua N. Stine | jnstine@vorys.com |

| | |
|---|---|
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Jessica E. Yates | jyates@swlaw.com |
| James T Young | james@rubin-levin.net |

*/s/ John M. Rogers*