UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
FOR NEW ALBANY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **EASTERN LIVESTOCK CO., LLC** | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| **SUPERIOR LIVESTOCK AUCTION, INC.** | ) | |
| | ) | |
| Plaintiff | ) | ADVERSARY PROCEEDING NO. |
| | ) | |
| v. | ) | 11-59088 |
| | ) | |
| **EASTERN LIVESTOCK CO., LLC,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| FRIONA INDUSTRIES, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADVERSARY PROCEEDING NO. |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et. al., | ) | 11-59093 |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CACTUS GROWERS, INC., | ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| J & F OKLAHOMA HOLDINGS, INC., | ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |

| | |
|---|---|
| EASTERN LIVESTOCK CO., et. al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISCOVERY REQUEST

TO:     All Counsel of Record

Please take notice that on November 7, 2011, Counsel for Superior Livestock Auction, Inc. ("Superior"), served its First Set of Interrogatories and Requests for Production of Documents on James A. Knauer, Trustee of Eastern Livestock, Co., LLC.  The requests relate to Adversary Proceeding No. 11-59088 and Adversary Proceeding No. 11-59093.  Electronic copies of the requests have been served on counsel of record in those proceedings.

Respectfully submitted,

/s/ *John W. Ames*
John W. Ames
C.R. Bowles, Jr.
Christie Moore
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202
Telephone (502) 589-4200
Facsimile (502) 587-3695
jwa@gdm.com
crb@gdm.com
cm@gdm.com
ibs@gdm.com

COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Amelia Martin Adams    aadams@dlgfirm.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, mthomas@daleeke.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Shawna M Eikenberry    shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Jeffrey R. Erler    jeffe@bellnunnally.com
- Melissa S. Giberson    msgiberson@vorys.com
- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Erick P Knoblock    eknoblock@daleeke.com
- Randall D. LaTour    RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- James B. Lind    jblind@vorys.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- James Edwin McGhee    mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net
- James E Rossow    jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Ivana B. Shallcross    ibs@gdm.com
- James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
- Joshua N. Stine    jnstine@vorys.com
- Kevin M. Toner    kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com

- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Stephen A. Weigand    sweigand@ficlaw.com
- Jessica E. Yates    jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com
- James T Young    james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net

/s/ *John W. Ames*
John W. Ames