UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**JOINDER OF FIRST BANK AND TRUST COMPANY'S PURCHASE MONEY CLAIM**

Kathryn L. Pry, Chapter 7 Trustee of the Bankruptcy Estate of Thomas P. Gibson and Patsy M. Gibson, Case No. 10-93867-BHL-7A (the "Gibson Trustee"), by counsel, joins the *Purchase Money Claim* ("First Bank's Purchase Money Claim") [Claim No. 253] filed by First Bank and Trust Company ("First Bank") on November 7, 2011, in the above-captioned Bankruptcy Case, to the extent any proceeds payable pursuant to First Bank's Purchase Money Claim are properly payable to the Bankruptcy Estate of Thomas P. Gibson and Patsy M. Gibson.

    Respectfully submitted,

    DALE & EKE, P.C.

    By:   /s/ Meredith R. Thomas
      Meredith R. Thomas (Atty. No. 28804-49)
      Deborah J. Caruso (Atty. No. 4273-49)
      Erick P. Knoblock (Atty. No. 18296-49)
      DALE & EKE, P.C.
      9100 Keystone Crossing, Suite 400
      Indianapolis, Indiana 46240
      Tel: (317) 844-7400
      Fax: (317) 574-9426
      Email: mthomas@daleeke.com
      Attorneys for Kathryn L. Pry, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2011, a copy of the foregoing *Joinder of First Bank and Trust Company's Purchase Money Claim* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- David L. Abt davidabt@mwt.net
- Amelia Martin Adams aadams@dlgfirm.com
- John W Ames jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- Jerald I. Ancel jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles crb@gdm.com, shm@gdm.com
- Kent A Britt kabritt@vorys.com, cbkappes@vorys.com
- Lisa Koch Bryant courtmail@fbhlaw.net
- James M. Carr james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell jwc@stuartlaw.com
- Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson jdawson@millerdollarhide.com, jowens@millerdollarhide.com
- Dustin R. DeNeal dustin.deneal@bakerd.com, patricia.moffit@bakerd.com;sarah.herendeen@bakerd.com
- Laura Day DelCotto ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl tearl@rwsvlaw.com
- Shawna M Eikenberry shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Jeffrey R. Erler jeffe@bellnunnally.com
- Sarah Stites Fanzini sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree robertforee@bellsouth.net
- Sandra D. Freeburger sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Melissa S. Giberson msgiberson@vorys.com
- Jeffrey J. Graham jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover jdhoover@hooverhull.com
- John Huffaker john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston tjohnston@mcjllp.com
- Jill Zengler Julian Jill.Julian@usdoj.gov
- Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock eknoblock@daleeke.com
- Theodore A Konstantinopoulos ndohbky@jbandr.com
- Randall D. LaTour RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas dlebas@namanhowell.com, koswald@namanhowell.com

- Elliott D. Levin robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind jblind@vorys.com
- Karen L. Lobring lobring@msn.com
- John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh john.massouh@sprouselaw.com
- Michael W. McClain mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell lisahughes@givenspursley.com
- James Edwin McGhee mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
- William Robert Meyer rmeyer@stites.com
- Christie A. Moore cm@gdm.com, ljs2@gdm.com
- Allen Morris amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern wsnewbern@msn.com
- Shiv Ghuman O'Neill shiv.oneill@bakerd.com
- Matthew J. Ochs kim.maynes@moyewhite.com
- Michael Wayne Oyler moyler@rwsvlaw.com
- Ross A. Plourde ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman ksmith@redmanludwig.com, kzwickel@redmanludwig.com
- Joe T. Roberts jratty@windstream.net
- Susan K. Roberts skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Thomas C Scherer tscherer@binghammchale.com, mmcclain@binghammchale.com
- Ivana B. Shallcross ibs@gdm.com
- James E. Smith jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley robert.stanley@bakerd.com
- Joshua N. Stine jnstine@vorys.com
- Andrew D Stosberg astosberg@lloydmc.com, bmarks@lloydmc.com
- Meredith R. Thomas mthomas@daleeke.com
- John M. Thompson john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
- U.S. Trustee ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson andreawassonatty@gmail.com
- Stephen A. Weigand sweigand@ficlaw.com
- Charles R. Wharton Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White swhite@hooverhull.com, vwilliams@hooverhull.com

- Jessica E. Yates jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com
- James T Young james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net

    I further certify that on November 7, 2011, a copy of the foregoing *Joinder of First Bank and Trust Company's Purchase Money Claim* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Greg L Bauer
1310 Kansas
PO Box 1349
Great Bend, KS 67530

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Adam R Burrus
Fleeson Gooing Coulson & Kitch LLC
301 N Main
Suite 1900
Wichita, KS 67202

Ron C Campbell
Fleeson, Gooing, Coulson & Kitch
125 N Market St
Ste 1600
PO Box 997
Wichita, KS 67201

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA 24224

David M Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

James Kilroy
Snell & Wilmer LLP
1200 17th Ste
Ste 1900
Denver, CO 80202

Justice B King
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth St
PO Box 949
Topeka, KS 66601-0949

Thomas J Lasater
301 N Main
Ste 1900
PO Box 997
Wichita, KS 67201

Terry L Malone
Martin, Pringle, Oliver, Wallace & Swartz LLP
100 North Broadway
Ste 500
Wichita, KS 67202

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

W. Scott Newbern
W. Scott Newbern, P.L.
2982 E Giverny
Tallahassee, FL 32309

Bryan K Nowicki
Reinhart Boerner Van Deuren s.c.
22 E Mifflin St., Ste 600
Madison, WI 53703

Mark A Rondeau
1321 Main Suite 300
P O Drawer 1110
Great Bend, KS 67530

Ashley S Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

Ann Ustad Smith
Michael Best & Friedrich
1 S Pinckney St #900 PO Box 1806
Madison, WI 53701

Kevin M Toner
Baker & Daniels LLP
300 N Meridian Street Suite 2700
Indianapolis, IN 46204-1782

/s/ Meredith R. Thomas
Meredith R. Thomas

i:\client\p\pry101\eastern livestock, 10-93904\joinder.firstbank.purchase.money.claim.doc