UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**NOTICE OF SERVICE
OF PURCHASE MONEY
PROOF OF CLAIM**

The undersigned, counsel for The First Bank and Trust Company, hereby gives notice that on November 7, 2011, he served a copy of the Purchase Money Proof of Claim filed herein by The First Bank and Trust Company by e-mail and by depositing a copy of the same in first class, United States mail, postage prepaid, upon the following:

Counsel for the Trustee:

James M. Carr
Terry E. Hall
Baker & Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

Counsel for Fifth Third Bank:

Randall D. LaTour
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

/s/ John R. Carr III
John R. Carr III  (#3131-49)
Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN 46204-2184
Tel. 317-636-3471/Fax 317-636-6575
E-mail: jrciii@acs-law.com