UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**SECOND INTERIM APPLICATION OF JAMES A. KNAUER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee") hereby makes his second interim application ("Application") for the allowance and payment of his fees incurred as Trustee and for reimbursement of out-of-pocket expenses advanced by the Trustee. In support of this Application, the Trustee states as follows:

1. Petitioning creditors commenced the above-captioned chapter 11 case ("Chapter 11 Case") against Debtor on December 6, 2010 ("Petition Date") by filing an involuntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code"). This Court entered its *Order For Relief In An Involuntary Case And Order To Complete Filing* [Docket #110] on December 28, 2010.

2. On December 27, 2010, the Court entered its *Order Approving The Appointment Of James A. Knauer As Chapter 11 Trustee* [Docket #102] ("Trustee Order"), approving the United States Trustee's *Notice Of Appointment And Application for Order Approving Appointment of Trustee* [Docket #98] pursuant to 11 U.S.C. § 1104.

3. This Application is the second interim application filed by the Trustee seeking compensation for actual, necessary services rendered by the Trustee and reimbursement of out-of-pocket expenses advanced by the Trustee for the period May 1, 2011 through and including September 30, 2011.

4. Following his appointment by the United States Trustee, the Trustee has performed a variety of services, all of which are described in detail in the billing statements attached as Exhibit A.

5. Exhibit A provides the detail of the time and hourly billing rate for the Trustee. A summary of the fees requested by the Trustee and the number of hours worked, the billing rate requested and the total fees claimed is set forth below:

| Task Description | Hours | Value |
|---|---|---|
| Asset Analysis and Recovery | 4.9 | $2,131.50 |
| Asset Disposition | 1.1 | $478.50 |
| Business Operations | 10 | $4,350.00 |
| Case Administration | 49.3 | $21,445.50 |
| Claims Administration And Objections | 7.6 | $3,306.00 |
| Fee/Employment Applications | 4 | $1,740.00 |
| Financing | 0 | 0 |
| Litigation | 14.2 | $6,177.00 |
| Relief from Stay Proceedings | 0 | 0 |
| Litigation Consulting | 14 | $6,090.00 |
| Travel | 6 | $2,610.00 |
| No Charge | 14.3 | ($6,220.50) |
| Total | 111.10 | $48,328.50 |

6. The Trustee has advanced the sum of $603.15 for out-of-pocket expenses incurred in connection with this case during the period from May 1, 2011 through and including September 30, 2011. A summary of the out-of-pocket expenses incurred by the Trustee is set forth at the end of Exhibit A.

7. The Trustee has maintained a very large website which includes all of the pleadings filed in this case as well as all of the pleadings filed in the related cases of East West Trucking, Inc. and the Thomas and Patsy Gibson bankruptcy estates. This website additionally contains hearing transcripts, a blog of case developments, the pleadings filed in significant adversary proceedings, including inter-pleader cases, a listing of current events, links to news articles and information on filing of claims, links to claim forms and filing deadlines. The site also contained information for the filing of bond claims related to the Debtor's USDA bond. Primary responsibility for maintenance and posting to the website rests with the Trustee's Paralegal whose normal hourly billing rate is $115 per hour. Through September 30, 2011, the work of the Trustee's Paralegal in maintaining the Eastern Livestock website, based upon her normal hourly rates, equals $15,634.00 as depicted on Exhibit B.[1] Recognizing that the website overlaps with certain ministerial functions that would ordinarily be required to be performed by the Trustee's Paralegal, the Trustee seeks to recover what he believes is a reasonable cost of providing the services related to the website of 50% of the Paralegal's time, or the sum of $7,817.00 which approximates a cost of $1,563.40 per month.

8. The Trustee previously submitted his First Application for Interim Compensation as allowed the sum of $128,673.00, plus reimbursement for expenses of $17,755.65. This Application is the second interim application of the Trustee.

---

1 The Trustee's Paralegal has devoted many hours to assisting the Trustee which are not reflected on the entries related to the website in Exhibit "B" which is solely the website. The cost of the non-website time is subsumed in the Trustee's fee application.

9. No agreement or understanding exists between the Trustee and any other person or entity for the sharing of compensation received for services rendered in connection with this case.

10. All services rendered and all expenses incurred for which compensation or reimbursement is sought have been rendered or incurred exclusively by the Trustee and represent necessary and proper services rendered in the administration of this Chapter 11 Case.

THEREFORE, the Trustee requests (i) the Court award compensation to the Trustee on account of his work in the case in the amount of Forty Eight Thousand Three Hundred Twenty-Eight Dollars and Fifty Cents ($48,328.50) plus order reimbursement for out-of-pocket and website expenses incurred in the amount of Eight Thousand Four Hundred Twenty Dollars and Fifteen Cents ($8,420.15) and (ii) grant the Trustee all other just and proper relief.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By: /s/ James A. Knauer

James A. Knauer, Chapter 11 Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Telephone: 317-692-9000
Facsimile: 317-777-7451
jak@kgrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net
Mark A. Robinson
mrobinson@vhrlaw.com
Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com
John W. Ames
jwa@gdm.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com
Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov
David L. LeBas
dlebas@namanhowell.com
Jessica E. Yates
jyates@swlaw.com
Laura Day Delcotto
ldelcotto@dlgfirm.com
Ross A. Plourde
ross.plourde@mcafeetaft.com
Todd J. Johnston
tjohnston@mcjllp.com
Karen L. Lobring
lobring@msn.com
Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com
Sean T. White
swhite@hooverhull.com

C. R. Bowles, Jr
crb@gdm.com
Jeffrey R. Erler
jeffe@bellnunnally.com
John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com
Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ibs@gdm.com
William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com
Judy Hamilton Morse
judy.morse@crowedunlevy.com
John Huffaker
john.huffaker@sprouselaw.com
Kelly Greene McConnell
lisahughes@givenspursley.com
Walter Scott Newbern
wsnewbern@msn.com
Timothy T. Pridmore
tpridmore@mcjllp.com
Sandra D. Freeburger
sfreeburger@dsf-atty.com
John M. Rogers
johnr@rubin-levin.net

Robert H. Foree
robertforee@bellsouth.net

John Hunt Lovell
john@lovell-law.net
Edward M King
tking@fbtlaw.com
Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com
Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com
Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net
John M. Thompson
john.thompson@crowedunlevy.co
Matthew J. Ochs
matt.ochs@moyewhite.com
T. Kent Barber
kbarber@dlgfirm.com
Kirk Crutcher
kcrutcher@mcs-law.com
Theodore A Konstantinopoulos
ndohbky@jbandr.com
Lisa Koch Bryant
courtmail@fbhlaw.net
John David Hoover
jdhoover@hooverhull.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Michael W. McClain
mike@kentuckytrial.com
James Edwin McGhee
mcghee@derbycitylaw.com
Jerald I. Ancel
jancel@taftlaw.com
David Alan Domina
dad@dominalaw.com
Jill Zengler Julian
Jill.Julian@usdoj.gov
Michael Wayne Oyler
moyler@rwsvlaw.com
James E. Rossow
jim@rubin-levin.net

William E Smith
wsmith@k-glaw.com
Thomas C Scherer
tscherer@binghammchale.com
Jeffrey J. Graham
jgraham@taftlaw.com
Kent A Britt
kabritt@vorys.com
Jeffrey L Hunter
jeff.hunter@usdoj.gov
Jason W. Cottrell
jwc@stuartlaw.com
James B. Lind
jblind@vorys.com

Susan K. Roberts
skr@stuartlaw.com
David A. Laird
david.laird@moyewhite.com
Trevor L. Earl
tearl@rwsvlaw.com
Joshua N. Stine
jnstine@vorys.com
Amelia Martin Adams
aadams@dlgfirm.com
Robert A. Bell
rabell@vorys.com
Melissa S. Giberson
msgiberson@vorys.com

I further certify that on November 10, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Ashley S. Rusher
asr@blancolaw.com

Darla J. Gabbitas
darla.gabbitas@moyewhite.com

/s/ James A. Knauer
James A. Knauer,
Chapter 11 Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Telephone: 317-692-9000
Facsimile: 317-777-7451
jak@kgrlaw.com