# EXHIBIT A

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of __/__/__ .
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
   (Trust is not automatically disbursed)
Other Comments_____

_____

|            |     |                                                                                                                                   | Rate   | HOURS |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------|--------|-------|
| 05/03/2011 |     |                                                                                                                                   |        |       |
|            | JAK | E-mail correspondence with DSI on collections of four different accounts and related issues.                                      | 435.00 | 0.70  |
|            | JAK | Two creditor calls.                                                                                                               | 435.00 | 0.30  |
| 05/04/2011 |     |                                                                                                                                   |        |       |
|            | JAK | Review of draft objection to petitioning creditor's fee request.                                                                  | 435.00 | 0.30  |
|            | JAK | E-mail correspondence with D Caruso concerning seized funds and working together with single representative.                      | 435.00 | 0.20  |
| 05/06/2011 |     |                                                                                                                                   |        |       |
|            | JAK | Call with D. DeNeal on revisions to fee request of petitioning creditors counsel.                                                 | 435.00 | 0.30  |
|            | JAK | Call with T. Hall to discuss revisions to order and allow for other creditors of Superior.                                        | 435.00 | 0.20  |
|            | JAK | Conference call with counsel regarding Texas Beef claims arising from Eden's dealings and discuss how to protect claims.          | 435.00 | 1.00  |
| 05/09/2011 |     |                                                                                                                                   |        |       |
|            | JAK | Receive and review of $10 million bond and letter to C. Wharton at UST office concerning same.                                    | 435.00 | 0.40  |
|            | JAK | Review of Ozark motion regarding late filed claim.                                                                                | 435.00 | 0.20  |
|            | JAK | Call from Tanya Janulewicz, atty for BiG Drive Cattle, responding to collection letter and discussion of offsets and her client's intention to file its own bankruptcy proceeding. | 435.00 | 0.30  |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 3 of 16

Page: 2
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| | | | Rate | HOURS |
|---|---|---|---|---|
| | JAK | Review of memo concerning methods for engaging an appraiser for a valuation of Cattlemen's feed yard and send email correspondence to all directing filing of motion and initiation of engagement. | 435.00 | 0.30 |
| | JAK | Work on SOLM claims and check tenders email correspondence L Lynch. | 435.00 | 0.30 |
| 05/10/2011 | | | | |
| | JAK | Review of bank account activity and provide to DSI. | 435.00 | 0.30 |
| | JAK | Email correspondence with Gibson Trustee counsel. | 435.00 | 0.10 |
| | JAK | Pleading review in East West and Gibson. | 435.00 | 0.30 |
| | JAK | Call with T Hall to review issues for tomorrow's hearings. | 435.00 | 0.30 |
| | JAK | E-mail correspondence with E Lynch concerning Bacca Feed Yards and review of spreadsheet. | 435.00 | 0.30 |
| | JAK | Review of docket and pleadings for tomorrow's hearings. | 435.00 | 0.30 |
| 05/11/2011 | | | | |
| | JAK | To court for omnibus hearings; to Eastern offices after hearing for consultation with DSI and counsel; conference call during return with D Caruso and T Hall concerning FIB seized funds. | 435.00 | 8.00 |
| 05/12/2011 | | | | |
| | JAK | Status call with DSI and 5/3 Bank and Wells Fargo. | 435.00 | 1.30 |
| | JAK | Email correspondence DSI on Edens claims. | 435.00 | 0.20 |
| | JAK | Bank account review of rejected items and explanation. | 435.00 | 0.20 |
| 05/13/2011 | | | | |
| | JAK | Pleading review in ELC. | 435.00 | 0.30 |
| | JAK | Pleading review in Gibson and East-West. | 435.00 | 0.30 |
| 05/16/2011 | | | | |
| | JAK | Obtain bank account activity for DSI. | 435.00 | 0.20 |
| | JAK | Letter from 5/3 counsel requesting return of advanced funds and response to same. | 435.00 | 0.30 |
| | JAK | Call to J. Carr on getting motion filed to clarify claims to escrow funds and also discuss preparation and filing of fee petitions. | 435.00 | 0.20 |
| | JAK | Review of motion to sell interest in Moore Farm and order and call to D. DeNeal regarding the same. | 435.00 | 0.40 |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 4 of 16

Page: 3
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| Date | | | Rate | HOURS |
|---|---|---|---|---|
| 05/17/2011 | | | | |
| | JAK | Email correspondence concerning hiring of appraiser for Cattlemen's feed yard interest. | 435.00 | 0.30 |
| 05/18/2011 | | | | |
| | JAK | E-mail correspondence with D. Caruso concenring seized funds. | 435.00 | 0.20 |
| | JAK | E-mail correspondence with J. Carr and L. Lynch and R. LaTour concerning turnover of $271,000 in 5/3 funds still in Receiver's account at Chase. | 435.00 | 0.40 |
| 05/19/2011 | | | | |
| | JAK | Review of proposed New Albany office disbursements. | 435.00 | 0.20 |
| | JAK | E-mail correspondence with L. Lynch and review of analysis of proposed payments by SOLM and Northern Video Livestock. | 435.00 | 0.40 |
| 05/20/2011 | | | | |
| | JAK | Gibson telephonic hearing on stay relief. | 435.00 | 1.20 |
| | JAK | Review of motion, order and notice concerning claims against escrow funds; send comments to D. DeNeal; e-mail correspondence with T. Hall regarding the same; further revisions to motion, notice and order. | 435.00 | 0.70 |
| | JAK | E-mail correspondence with E. Lynch concerning USDA inquiry on E. Schroeder. | 435.00 | 0.20 |
| | JAK | Call with counsel for MF Global concerning account funds. | 435.00 | 0.20 |
| | JAK | Call with T. Hall concerning seized funds. | 435.00 | 0.10 |
| | JAK | E-mail correspondence with counsel for SOLM. | 435.00 | 0.10 |
| | JAK | Call from C. Schuchman concerning Moore Farm. | 435.00 | 0.20 |
| | JAK | Obtaining account activity information for DSI; arrange deposits; review account activity to determine source of unaccounted deposit. | 435.00 | 0.60 |
| 05/23/2011 | | | | |
| | JAK | Call with D. DeNeal on additional changes to motion to approve transfer of funds. | 435.00 | 0.20 |
| 05/24/2011 | | | | |
| | JAK | Bank call to update on status of pending matters. | 435.00 | 1.20 |
| | JAK | Review of letter and documents from James Wettering on behalf of the the Gorder's; e-mail correspondence with Clare on acceptance of proposal. | 435.00 | 0.50 |
| | JAK | Review of Ron Shepard informaiton sent to USDA. | 435.00 | 0.30 |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 5 of 16

Eastern Livestock Bankruptcy

Page: 4
November 10, 2011
ACCOUNT NO:        110035-50M
INVOICE NO:        2

re: Trustee

| | | Rate | HOURS |
|---|---|---|---|
| JAK | Call with T Hall on fee preparation and motion to establish lien priorities. | 435.00 | 0.20 |
| JAK | Call with Jim Carr on status of all matters and preparation of master issue book. | 435.00 | 0.50 |
| JAK | Long call with D Caruso re: seized funds and arrangement to defer deadline for asserting claim in forfeiture case. | 435.00 | 0.60 |
| JAK | Call with E Lynch to discuss and approve forward contract delivery settlement. | 435.00 | 0.30 |
| JAK | Email correspondence C Pearce and Alan Omari and call with E Lynch on desirability of completing conversion of data from ELC computer system. | 435.00 | 0.40 |
| 05/26/2011 | | | |
| JAK | Receive two separate letters from Gregory Domina, attorney for Johanns and NuTech. Review of accompanying documents supporting settlement; email correspondence E Lynch concerning details settlement offers. | 435.00 | 0.70 |
| JAK | Arrange payroll wire; prepare report of account activity. | 435.00 | 0.40 |
| JAK | Call regarding bond payment. | 435.00 | 0.10 |
| 05/30/2011 | | | |
| JAK | Pleading review, including Gibson and East West. | 435.00 | 0.60 |
| JAK | Review of monthly Operating Report. | 435.00 | 0.30 |
| 05/31/2011 | | | |
| JAK | Review of foreclosure sale order on office bldg and order for stay relief; call to Alan Morris on getting an extension to retain possession of ELC office bldg; prepare e-letter at Alan's request setting out terms for extension of possession date. | 435.00 | 0.80 |
| JAK | Numerous email correspondence with counsel for Apache Video and SOLM concerning checks for escrow and review of prior emails concerning the checks and shortfalls in payment; conference call with J Carr and E Lynch re SOLM checks. | 435.00 | 1.00 |
| JAK | Review of filed objections (3) to funds transfer motion. | 435.00 | 0.50 |
| JAK | Work on time classification for fee application. | 435.00 | 1.00 |
| 06/01/2011 | | | |
| JAK | Continue to work on fee application review to categorize. | 435.00 | 0.70 |
| JAK | Work on analysis of claims against Heirtage Feeders for $270,000 and $220,000 and their setoff rights. | 435.00 | 1.00 |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 6 of 16

Page: 5
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| Date | | | Rate | HOURS |
|---|---|---|---|---|
| 06/02/2011 | | | | |
| | JAK | Continue review of documents and analysis of claims against Heritage Feeders. | 435.00 | 0.80 |
| | JAK | Review of DSI fee application and exhibits. | 435.00 | 0.30 |
| | JAK | Review of Baker & Daniels fee application and exhibits. | 435.00 | 0.30 |
| | JAK | Finalize my application and exhibits for filing. | 435.00 | 0.90 |
| 06/08/2011 | | | | |
| | JAK | Call from Cline Wood Agency concerning cancellation of ELC pasture and cattle insurance and review of proposed release forms. | 435.00 | 0.20 |
| | JAK | Email correspondence from USPB on additional sales offers and review and sign contract. | 435.00 | 0.20 |
| 06/12/2011 | | | | |
| | JAK | Pleading review in Eastern and Gibson cases. | 435.00 | 0.40 |
| 06/13/2011 | | | | |
| | JAK | US Prime Beef correspondence on unit sales and current valuation. | 435.00 | 0.20 |
| | JAK | Email correspondence with D DeNeal on status of Moore farm contract assignment. | 435.00 | 0.20 |
| | JAK | Email correspondence with E Lynch and others on Gibson document review and coordination with Donnellan and Caruso. | 435.00 | 0.30 |
| | JAK | Call from Tom Scherer on late filed claim for Culford. | 435.00 | 0.20 |
| | JAK | Email correspondence Kevin Toner on 5/3's request to transfer Receiver case to Bankruptcy court. | 435.00 | 0.20 |
| 06/16/2011 | | | | |
| | JAK | Long call with K. Toner concerning status of pending litigation and initiating dispositive motion in Friona case as well as discussion of transferring Ohio 5/3rd case to Bankruptcy court. | 435.00 | 0.40 |
| | JAK | E-mail correspondence with D Donnellan and D Caruso on review of T Gibson records and request for additional information. | 435.00 | 0.20 |
| | JAK | Creditor call. | 435.00 | 0.20 |
| | JAK | SOLM Settlement call. | 435.00 | 0.20 |
| | JAK | Prepare offer to bank to retain ELC office lease of premise; transmit to bank. | 435.00 | 0.50 |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 7 of 16

Eastern Livestock Bankruptcy

Page: 6
November 10, 2011
ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| Date | | Description | Rate | HOURS |
|---|---|---|---|---|
| 06/17/2011 | | | | |
| | JAK | E-mail correspondence with T Hall and Dan Donnellan on next week's hearings and FBI meeting. | 435.00 | 0.20 |
| | JAK | E-mail correspondence with K Toner on Superior answer and counterclaims; review of same. | 435.00 | 0.80 |
| | JAK | E-mail correspondence with Allan Omari and arrange wire transfer for payment to Greenbaum Doll and McDonnel of court approved fees and expenses. | 435.00 | 0.40 |
| | JAK | Review of latest Superior answer and claims and email correspondence re same from B&D. | 435.00 | 0.60 |
| 06/20/2011 | | | | |
| | JAK | Lengthy email response to creditor who received check on same day of sale and wanted to claim admin or other priority. | 435.00 | 0.40 |
| | JAK | Email correspondence Gibson Trustee counsel on records retention and storage. | 435.00 | 0.20 |
| | JAK | Email correspondence on selling vs. abandonment. | 435.00 | 0.20 |
| 06/21/2011 | | | | |
| | JAK | Prepare counteroffer to Bank proposal for continuing lease of ELC bldg. | 435.00 | 0.30 |
| | JAK | E-mail correspondence A Omari on seeking alternative leasing space. | 435.00 | 0.20 |
| | JAK | Creditor call concerning his claim. | 435.00 | 0.20 |
| 06/22/2011 | | | | |
| | JAK | Respond to Bank's offer on leasing ELC building to bankruptcy estate. | 435.00 | 0.20 |
| | JAK | Email correspondence with E Lynch and Caruso concerning turnover of Gibson records. | 435.00 | 0.30 |
| | JAK | Long conf call with Carr/Hall/Lynch/O'malley & DeNeal to discuss pending claims & objections to transfer of funds and Friday's hearings. | 435.00 | 1.50 |
| | JAK | Call from C Wharton concerning formation of creditors committee and discuss agenda for Friday's omnibus hearings. | 435.00 | 0.20 |
| | JAK | Finalize basic terms of office lease with Bank. | 435.00 | 0.20 |
| | JAK | Email correspondence E Lynch on collection issues. | 435.00 | 0.20 |
| 06/23/2011 | | | | |
| | JAK | Email correspondence K Toner concerning new claims against customers of ELC related to USDA program | | |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 8 of 16

Page: 7
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO:   110035-50M
INVOICE NO:   2

re: Trustee

|  |  |  | Rate | HOURS |
|---|---|---|---|---|
|  |  | monies. | 435.00 | 0.30 |
|  | JAK | Email correspondence concerning meeting with FBI tomorrow. | 435.00 | 0.20 |
|  | JAK | Email correspondence re tomorrow's agenda and comments by First Bank counsel and D Caruso. | 435.00 | 0.20 |
|  | JAK | Pleading review. | 435.00 | 0.40 |
|  | JAK | Removal petition Rush Creek Ranch. | 435.00 | 0.20 |
| 06/24/2011 | JAK | Participate in court omnibus hearing via conference call. | 435.00 | 1.80 |
| 06/29/2011 | JAK | Bank conference call | 435.00 | 0.70 |
|  | JAK | Review of email exchanges concerning funds transfer order. | 435.00 | 0.40 |
|  | JAK | Call with T Hall on claims deadlines and follow up. | 435.00 | 0.50 |
|  | JAK | Further email correspondence related to funds transfer order and prepare additional suggested revisions to same and send to T Hall. | 435.00 | 0.50 |
|  | JAK | Receive letter and proceeds check from Glover Farms and email correspondence DSI re same. | 435.00 | 0.20 |
|  | JAK | Review of discovery requests of Stockman Oklahoma to Trustee. | 435.00 | 0.30 |
|  | JAK | Review of Cactus Growers First Amended Complaint. | 435.00 | 0.40 |
|  | JAK | Review of Friona Industries preliminary pre-trial order. | 435.00 | 0.30 |
| 07/01/2011 | JAK | Further review of funds transfer order revisions. | 435.00 | 0.30 |
|  | JAK | E-mail correspondence regarding valuation of Okie Farms and Cattlemen's interests. | 435.00 | 0.20 |
|  | JAK | Call from Chad Shuchman on Moore Farms transfer approval. | 435.00 | 0.10 |
|  | JAK | Receive, review and execute new contract for sale of additional USPB interest units. | 435.00 | 0.30 |
|  | JAK | Prepare table listing of checks and sources and intended deposit for circulation to counsel and DSI. | 435.00 | 0.40 |
| 07/06/2011 | JAK | Call from Harrold Kohl of National Cattlemen's Association regarding case in general. | 435.00 | 0.30 |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 9 of 16

Page: 8
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| | | | Rate | HOURS |
|---|---|---|---|---|
| | JAK | E-mail correspondence with Annis Yates regarding production of documents for FBI on kiting / call to E Lynch re same and respond to Annis. | 435.00 | 0.40 |
| | JAK | E-mail correspondence with B & D and DSI concerning meeting with Jim Bosco and planning overall meeting with all hands to review case status. | 435.00 | 0.20 |
| 07/07/2011 | | | | |
| | JAK | E-mail correspondence with E Lynch regarding Atkinson claims and documents. | 435.00 | 0.20 |
| | JAK | E-mail correspondence with Tom Meeker concerning FDIC insurance of ELC accounts and e-mail correspondence with Chase re same. | 435.00 | 0.30 |
| | JAK | E-mail correspondence with A Omari and arrange payroll wire. | 435.00 | 0.30 |
| | JAK | Call with Chip Miller of Miller Trucking concerning his claim. | 435.00 | 0.30 |
| 07/11/2011 | | | | |
| | JAK | Call with T. Hall and discuss tomorrow's bank meeting. | 435.00 | 0.30 |
| | JAK | E-mail correspondence with A Omari and retrieve and send bank activity information for accounting. | 435.00 | 0.40 |
| | JAK | E-mail correspondence with E Lynch and P O'Malley on lease termination for office and alternatives. | 435.00 | 0.30 |
| 07/12/2011 | | | | |
| | JAK | Attended meeting most of the day at offices of counsel with representatives of Fifth Third and discuss the status of all pending matters; strategies for focusing energies on most productive avenues of recovery; status of all interpleader cases and collection actions; valuation issues of unsold assets; claims to the FBI seized funds. | 435.00 | 7.00 |
| 07/13/2011 | | | | |
| | JAK | E-mail correspondence with A Omari on 5/3 future payment of premiums on Gibson life insurance. | 435.00 | 0.20 |
| | JAK | Pleading review. | 435.00 | 0.40 |
| | JAK | Review of memo on law applicable to "clearees" as affecting claims for and against ELC prepared by Trustee counsel. | 435.00 | 0.40 |
| 07/15/2011 | | | | |
| | JAK | Review of and execute assignment of contract to Schuchmann. | 435.00 | 0.30 |
| | JAK | Arrange transfer funds to operating account and pay all pending professional fees per court order. | 435.00 | 0.40 |

Case 10-93904-BHL-11 Doc 816-1 Filed 11/10/11 EOD 11/10/11 13:49:12 Pg 10 of 16

Eastern Livestock Bankruptcy

Page: 9
November 10, 2011

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| | | | Rate | HOURS |
|---|---|---|---|---|
| | JAK | Arrange for account for SOLM checks. | 435.00 | 0.30 |
| 07/18/2011 | | | | |
| | JAK | Email correspondence with D DeNeal on claims against Scott Gibson. | 435.00 | 0.10 |
| | JAK | Email correspondence K Toner on moving for SJ against Superior regarding all "delivered" cows. | 435.00 | 0.20 |
| | JAK | Review of Atkinson pre-trial order and email correspondence Shiv O'Neal re same. | 435.00 | 0.30 |
| 07/19/2011 | | | | |
| | JAK | Review of DSI budget forecast and recovery analysis for Bank Conference call; | 435.00 | 0.30 |
| | JAK | Participate in conference call | 435.00 | 1.30 |
| 07/20/2011 | | | | |
| | JAK | Calls to and from UST and Chase Bank on getting proof of securitization of accounts-prepare table of current balances and obtain activity reports to submit with table. | 435.00 | 0.60 |
| | JAK | Review of SOLM discovery responses and execute and return same. | 435.00 | 0.40 |
| | JAK | Begin review of ClicOR Weight offer and documents. | 435.00 | 0.70 |
| 07/21/2011 | | | | |
| | JAK | Email correspondence with A Omari on results of office building sheriff's sale; email correspondence with T. Hall on getting new office lease executed; email correspondence with D. DeNeal regarding same; review draft of office lease and send comments to T. Hall on lease and future auction equipment. | 435.00 | 0.80 |
| 07/22/2011 | | | | |
| | JAK | Arrange payroll | 435.00 | 0.40 |
| | JAK | Pleading review in adversaries | 435.00 | 0.40 |
| 07/25/2011 | | | | |
| | JAK | Email correspondence D. DeNeal on ClickRWeight offer. | 435.00 | 0.20 |
| | JAK | Email correspondence D Donallen and D Caruso regarding FBI answer extension. | 435.00 | 0.10 |
| | JAK | Call with T. Hall on office lease. | 435.00 | 0.20 |
| 07/26/2011 | | | | |
| | JAK | Email correspondence Bank on office lease. | 435.00 | 0.20 |
| | JAK | Review of checks and comments on T. Gibson account with People's Bank regarding consideration for $1.5M loan | | |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 11 of 16

Page: 10
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| | | | Rate | HOURS |
|---|---|---|---|---|
| | | secured by ELC real estate; email correspondence E. Lynch on her analysis of account and proceeds tracing. | 435.00 | 0.50 |
| | JAK | Review of May and June operating reports for filing. | 435.00 | 0.30 |
| | JAK | Open account at First Merchants Bank for SOLM funds. | 435.00 | 0.50 |
| | JAK | Review of motion to quash and brief of GIPSA to subpoena and deposition notice | 435.00 | 0.40 |
| | JAK | Review of First Bank motion to extend time to file claim; send comments to Hall and Carr regarding same. | 435.00 | 0.30 |
| | JAK | Review of Superior objection to intervention in adversary. | 435.00 | 0.20 |
| | JAK | Prepare remarks for counsel on theory of avoidance of People's Bank mortgage on ELC real estate. | 435.00 | 0.40 |
| | JAK | Email correspondence with USPB unit purchaser on need for a court order. | 435.00 | 0.20 |
| | JAK | Review of other filed pleadings on Gibson case. | 435.00 | 0.40 |
| 07/27/2011 | JAK | Call with Jim Carr concerning negotiations to sell real estate mortgage to People's Bank and other matter of asset liquidation. | 435.00 | 0.40 |
| 07/28/2011 | JAK | Call from Jessica Kindle of Chase and prepare requested memorandum on payroll transfers | 435.00 | 0.30 |
| | JAK | Email correspondence with D. DeNeal regarding Clickweight offer of purchase shares | 435.00 | 0.20 |
| 07/29/2011 | JAK | To northside offices of Baker and Daniels for meeting with Carr, Hall and Toner on case administration and litigation strategies | 435.00 | 2.00 |
| 08/01/2011 | JAK | Call with Paul Coleman of NCBA re meeting (No charge). | 435.00 | |
| | JAK | Call from John Pemberton of Richland Livestock concerning AR claim. | 435.00 | 0.30 |
| | JAK | Numerous email correspondence between counsel on proposed order for Trustee's motion to transfer funds. | 435.00 | 0.60 |
| 08/02/2011 | JAK | Review of several objections to funds transfer motion and other pleadings. | 435.00 | 0.60 |
| | JAK | Work on NCBA presentation (no charge). | | N/C |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 12 of 16

Page: 11
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 08/03/2011 | | | | | |
| | JAK | Complete work on NCBA presentation (no charge). | | 1.00 | N/C |
| | JAK | Travel to and from NCBA meeting (no charge). | | | N/C |
| 08/04/2011 | | | | | |
| | JAK | Receive, review and execute resolution to assume control of Okie Farms and return to counsel. | 435.00 | 0.30 | |
| | JAK | Pleading review in litigation cases. | 435.00 | 0.60 | |
| | JAK | E-mail correspondence with Donnellan and others concerning files to be provided to First Bank. | 435.00 | 0.20 | |
| | JAK | E-mail correspondence with Carr re Okie Farms refinancing and requirement of guaranty by Cattlemen's members, | 435.00 | 0.20 | |
| | JAK | A slew of emails related to document production problems with FBI, First Bank, and others. | 435.00 | 0.50 | |
| 08/05/2011 | | | | | |
| | JAK | E-mail correspondence with A. Omari and arrange for wire transfer of staff payroll. | 435.00 | 0.30 | |
| 08/08/2011 | | | | | |
| | JAK | Review of settlement demand letter to Joplin and SOLM; e-mail correspondence with D. DeNeal on suggested revisions. | 435.00 | 0.40 | |
| | JAK | E-mail correspondence with Gibson Trustee on farm products (hay) removed from land. | 435.00 | 0.10 | |
| | JAK | Pleading review. | 435.00 | 0.60 | |
| | JAK | Transmit USDA Spreadsheets to T. Hall. | 435.00 | 0.20 | |
| | JAK | Review of DSI Box detail. | 435.00 | 0.30 | |
| 08/10/2011 | | | | | |
| | JAK | Working on Okie Farms counterproposal; calls to and from J Carr re same; review of borrowing resolution and execute same; review of prior offer. | 435.00 | 0.80 | |
| | JAK | Arrange for payroll funding. | 435.00 | 0.40 | |
| | JAK | Pleading review. | 435.00 | 0.40 | |
| 08/16/2011 | | | | | |
| | JAK | E-mail correspondence with J Carr on Okie Farms. | 435.00 | 0.20 | |
| | JAK | E-mail correspondence with T Hall on Eastern Trucking claims against Cattlemen's. | 435.00 | 0.20 | |
| | JAK | E-mail correspondence with Kevin Toner re litigation. | 435.00 | 0.20 | |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 13 of 16

Eastern Livestock Bankruptcy

Page: 12
November 10, 2011

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| Date | Atty | Description | Rate | HOURS |
|---|---|---|---|---|
| | JAK | E-mail correspondence with N Gallivan on arranging for auction of all Eastern personal property. | 435.00 | 0.20 |
| | JAK | E-mail correspondence with Bank on office lease. | 435.00 | 0.20 |
| | JAK | E-mail correspondence with Gibson Trustee on document copy list. | 435.00 | 0.10 |
| 08/17/2011 | JAK | Review of plan proposal prepared by J. Carr. | 435.00 | 0.30 |
| | JAK | Review of third funds transfer objection from Donnellan. | 435.00 | 0.20 |
| 08/21/2011 | JAK | Review of agenda and numerous pleadings pertaining to tomorrow's hearings primarily objection to Trustee's motion to transfer funds from escrow to operating account. | 435.00 | 1.70 |
| 08/22/2011 | JAK | To New Albany Court for omnibus hearings and return to Indianapolis. | 435.00 | 5.80 |
| | JAK | Meeting at Eastern offices after hearings to discuss collections and litigation issues. | 435.00 | 1.00 |
| 08/23/2011 | JAK | Review of complaint Pry vs Gibson. | 435.00 | 0.40 |
| | JAK | Review and respond to email from atty for Grant Gibson requesting documents. | 435.00 | 0.20 |
| 08/24/2011 | JAK | Continue review of pleadings. | 435.00 | 0.50 |
| 08/25/2011 | JAK | Continued review of pleadings. | 435.00 | 0.50 |
| 08/30/2011 | JAK | Participate in conference call with numerous counsel to discuss disputes regarding order to transfer funds from escrow to operating; follow-up call after conference with T. Hall on action plan to deal with any order disputes. | 435.00 | 1.20 |
| 09/03/2011 | JAK | Review of accumulated pleadings in East-West Trucking and Gibson Bankruptcy. | 435.00 | 0.80 |
| 09/06/2011 | JAK | E-mail correspondence with Bank on rent payments. | 435.00 | 0.20 |
| 09/07/2011 | JAK | Conference call with J. Carr, Toner, T. Hall on case administration. | 435.00 | 1.00 |

Case 10-93904-BHL-11 Doc 816-1 Filed 11/10/11 EOD 11/10/11 13:49:12 Pg 14 of 16

Page: 13
November 10, 2011

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| Date | | Description | Rate | HOURS |
|---|---|---|---|---|
| 09/08/2011 | | | | |
| | JAK | Fifth Third Bank conference call. | 435.00 | 0.80 |
| | JAK | Review of documents and e-mail regarding J & F Cattle sale proceeds; call to E. Lynch regarding same and send e-mail to T. Gibson Trustee asking about proceeds and recovering them. | 435.00 | 0.50 |
| | JAK | Reviewing documentation on claim against Unruh pending in Kansas litigation and e-mail correspondence to D. D'Neal and E. Lynch. | 435.00 | 0.40 |
| | JAK | E-mail correspondence (3 messages) with National Cattlemen's Beef Association on teleconference meeting. | 435.00 | 0.40 |
| 09/15/2011 | | | | |
| | JAK | Call with E. Lynch on P. Coleman receivable. | 435.00 | 0.30 |
| 09/16/2011 | | | | |
| | JAK | E-mail correspondence with attorney for G. Gibson on records access. | 435.00 | 0.20 |
| | JAK | Correspondence with United States Trustee. | 435.00 | 0.20 |
| 09/20/2011 | | | | |
| | JAK | E-mail correspondence with A. Omari on getting reports timely filed. | 435.00 | 0.20 |
| | JAK | Pleading review Gibson and East-West cases. | 435.00 | 0.40 |
| | JAK | E-mail correspondence with D. DeNeal and N. Gallivan on arrangint for auction sale of personal property; review of motion to hold auction. | 435.00 | 0.40 |
| | JAK | Review of July and August Operating Reports. | 435.00 | 0.40 |
| | JAK | Call with D. DeNeal on Click-r-Wright Settlement offer. | 435.00 | 0.20 |
| | JAK | Pleading review; Joplin Regional Stockyards scheduling order. | 435.00 | 0.20 |
| | JAK | Call with D. DeNeal on account collections. | 435.00 | 0.20 |
| | JAK | Call with D. DeNeal on objection to T. Gibson discharge. | 435.00 | 0.10 |
| 09/21/2011 | | | | |
| | JAK | Conference call with D. DeNeal and E. Lynch to discuss initiating suit on remaining account receivable collections. | 435.00 | 1.00 |
| | JAK | Prepare collection letter to B. Courter. | 435.00 | 0.30 |
| | JAK | Prepare collection letter to D. Wingo. | 435.00 | 0.30 |
| 09/25/2011 | | | | |
| | JAK | Review of and revise auction contract; e-mail | | |

Case 10-93904-BHL-11   Doc 816-1   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 15 of 16

Eastern Livestock Bankruptcy

Page: 14
November 10, 2011
ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
|  | correspondence with D. DeNeal regarding the same. | 435.00 | 0.40 |  |
| JAK | Review and make suggested revisions to Superior brief. | 435.00 | 1.80 |  |

09/26/2011
| JAK | Call with E. Lynch on arrangements for DSI to physically vacate office and discussion of process for continuity of security and related matters. | 435.00 | 0.40 |
| JAK | Receive auction contract from N. Gallivan and prepare revisions to contract; forward contract to D. DeNeal; send revised contract back to N. Gallivan; response from N. Gallivan with approval of revised contract. | 435.00 | 0.70 |

09/27/2011
| JAK | Pleading review in all cases. | 435.00 | 0.70 |

09/28/2011
| JAK | Attend omnibus hearing via phone. | 435.00 | 1.50 |  |
|  | James A. Knauer |  | 111.10 | 48,328.50 |
|  | FOR CURRENT SERVICES RENDERED |  | 111.10 | 48,328.50 |

| Reproduction of documents | 55.20 |
| Telecommunication charges | 122.75 |
| Mailing expense | 24.23 |
| TOTAL EXPENSES THRU 09/30/2011 | 202.18 |

| 05/04/2011 | Overnight mail FEDERAL EXPRESS | 17.52 |
| 05/06/2011 | Conference Call Fees | 52.44 |
| 05/20/2011 | Overnight mail FEDERAL EXPRESS | 15.26 |
| 06/02/2011 | Overnight mail | 15.26 |
| 06/10/2011 | Overnight mail | 13.35 |
| 07/07/2011 | Overnight mail FEDERAL EXPRESS | 13.18 |
| 07/12/2011 | Parking expense James A. Knauer | 10.00 |
| 07/15/2011 | Conference Call Fees | 53.17 |
| 07/18/2011 | Conference Call Fees | 35.90 |
| 07/18/2011 | Conference Call Fees | 2.47 |
| 07/18/2011 | Conference Call Fees | 52.54 |
| 07/21/2011 | Conference Call Fees | 3.41 |
| 07/21/2011 | Conference Call Fees | 63.69 |
| 07/28/2011 | Overnight mail FEDERAL EXPRESS | 13.18 |
| 08/25/2011 | Overnight mail | 13.18 |
| 09/01/2011 | Overnight mail | 13.18 |
| 09/27/2011 | Overnight mail | 13.24 |
|  | TOTAL ADVANCES | 400.97 |
|  | TOTAL CURRENT WORK THIS STATEMENT | 48,931.65 |

ACCOUNT NO: 110035-50M
INVOICE NO: 2

re: Trustee

| | PREVIOUS BALANCE | $25,734.60 |
|---|---|---|
| 08/30/2011 | Payment--Thank you | -25,734.60 |
| | BALANCE DUE | $48,931.65 |