# EXHIBIT B

ACCOUNT NO: 110034-50M
INVOICE NO: 3

re: Website

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of __/__/__.
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
  (Trust is not automatically disbursed)
Other Comments_____

| Date | | Description | Rate | HOURS |
|---|---|---|---|---|
| 01/03/2011 | HNS | Continue drafting/researching content for website and uploading same; reviewing cases; e-mail exchanges with J. Knauer regarding same. | 115.00 | 2.40 |
| 03/01/2011 | HNS | E-mail blog entry to J. Knauer. | 115.00 | 0.10 |
| 04/04/2011 | HNS | E-mail from C. Pierce regarding this weeks budget/checks needed; return e-mail regarding same; review pleadings; website updates. | 115.00 | 1.20 |
| 04/05/2011 | HNS | File Trustee's Monthly Operating Report; pleading reviews; website updates. | 115.00 | 3.00 |
| 05/02/2011 | HNS | Review pleadings; website updates. | 115.00 | 2.00 |
| 05/03/2011 | HNS | Review pleadings; website updates. | 115.00 | 1.50 |
| 05/04/2011 | HNS | E-mail correspondence with Alan O. regarding monthly operating reports; review and pay this weeks invoices; conference with J. Knauer regarding same; call to BMC Group regarding claims invoicing; e-mail to BMC Group regarding same. | 115.00 | 1.60 |
| | HNS | Pleading review; website updates. | 115.00 | 1.00 |

Case 10-93904-BHL-11   Doc 816-2   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 3 of 6
Eastern Livestock Bankruptcy

Page: 2
November 09, 2011

ACCOUNT NO: 110034-50M
INVOICE NO: 3

re: Website

| Date | | Description | Rate | HOURS |
|---|---|---|---|---|
| 05/05/2011 | HNS | Pleading review; website updates. E-mail exchanges with A. Omari regarding checks. | 115.00 | 3.50 |
| 05/06/2011 | HNS | Pleading review; website update. | 115.00 | 2.50 |
| 05/09/2011 | HNS | Pleading review; website updates. | 115.00 | 2.90 |
| 05/10/2011 | HNS | Pleading review; website updates. | 115.00 | 2.50 |
| 05/11/2011 | HNS | Pleading review; website updates. | 115.00 | 2.50 |
| 05/12/2011 | HNS | E-mail exchange with A. Omri; file monthly operating report for month of March. | 115.00 | 2.50 |
| | HNS | E-mail exchanges with A. Omri and J. Knauer regarding payroll funding. | 115.00 | 0.50 |
| 05/13/2011 | HNS | Pleading reviews; website updates. | 115.00 | 3.00 |
| 05/16/2011 | HNS | Pleading reviews; website updates. | 115.00 | 2.50 |
| 05/17/2011 | HNS | Pleading review; website updates. | 115.00 | 1.50 |
| 05/18/2011 | HNS | Pleading review; update website. | 115.00 | 2.50 |
| 05/19/2011 | HNS | Numerous e-mail exchanges with C. Pierce and L. Lynch regarding checks holding. | 115.00 | 1.00 |
| | HNS | Pleading reviews; update website. | 115.00 | 3.00 |
| 05/20/2011 | HNS | Review and write checks for current invoices approved by the bank; overnight same to Eastern headquarters. | 115.00 | 1.50 |
| | HNS | Pleading review; website updates. | 115.00 | 1.50 |
| 05/23/2011 | HNS | Pleading review; website updates. | 115.00 | 2.10 |
| 05/24/2011 | HNS | Pleading review; website updates. | 115.00 | 2.00 |
| 05/25/2011 | HNS | E-mail from C. Bowls regarding wire information for Escrow | | |

Case 10-93904-BHL-11   Doc 816-2   Filed 11/10/11   EOD 11/10/11 13:49:12   Pg 4 of 6

Eastern Livestock Bankruptcy

Page: 3
November 09, 2011
ACCOUNT NO: 110034-50M
INVOICE NO: 3

re: Website

| Date | | Description | Rate | HOURS |
|---|---|---|---|---|
| | | account; phone call from C. Bowls regarding same. Return e-mail. | 115.00 | 0.30 |
| | HNS | Pleading review; update website. | 115.00 | 2.00 |
| 05/26/2011 | HNS | Pleading review; updates to website. | 115.00 | 3.80 |
| 05/27/2011 | HNS | Pleading review; updates to website. | 115.00 | 1.50 |
| 05/31/2011 | HNS | Pleading review; website updates. | 115.00 | 1.50 |
| 06/06/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 06/07/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 06/09/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 06/17/2011 | HNS | Website updates. | 115.00 | 3.00 |
| 06/20/2011 | HNS | Website work; prepare and file appearances for adversaries (5 total). | 115.00 | 5.00 |
| 06/22/2011 | HNS | Continued website work; continued updating new adversary proceedings. | 115.00 | 3.00 |
| 06/23/2011 | HNS | Website work. | 115.00 | 3.00 |
| 06/27/2011 | HNS | Website updates. | 115.00 | 2.50 |
| 06/28/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 06/29/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 07/06/2011 | HNS | Website updates. | 115.00 | 2.00 |
| 07/07/2011 | HNS | Website updates. | 115.00 | 2.70 |
| 07/08/2011 | HNS | Website updates. | 115.00 | 1.50 |

Case 10-93904-BHL-11    Doc 816-2    Filed 11/10/11    EOD 11/10/11 13:49:12    Pg 5 of 6

Eastern Livestock Bankruptcy

Page: 4
November 09, 2011
ACCOUNT NO: 110034-50M
INVOICE NO: 3

re: Website

| Date | | | Rate | HOURS |
|---|---|---|---|---|
| 07/11/2011 | HNS | Website updates. | 115.00 | 2.50 |
| 07/12/2011 | HNS | Website updates. | 115.00 | 2.50 |
| 07/14/2011 | HNS | Website updates. | 115.00 | 2.50 |
| 07/15/2011 | HNS | Website updates. | 115.00 | 2.70 |
| 07/19/2011 | HNS | Website updates. | 115.00 | 0.80 |
| 07/20/2011 | HNS | Website updates. | 115.00 | 0.50 |
| 07/21/2011 | HNS | Website updates. | 115.00 | 0.80 |
| 07/25/2011 | HNS | Website updates. | 115.00 | 0.20 |
| 07/26/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 07/27/2011 | HNS | Website updates. | 115.00 | 0.80 |
| 07/28/2011 | HNS | Website updates. | 115.00 | 1.70 |
| 08/12/2011 | HNS | Website updates. | 115.00 | 2.00 |
| 08/15/2011 | HNS | Website updates. | 115.00 | 0.20 |
| 08/16/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 08/17/2011 | HNS | Website updates. | 115.00 | 0.80 |
| 08/19/2011 | HNS | Website updates. | 115.00 | 1.50 |
| 08/22/2011 | HNS | Website updates. | 115.00 | 1.00 |
| 08/24/2011 | HNS | Website updates. | 115.00 | 2.00 |

Page: 5
November 09, 2011
ACCOUNT NO: 110034-50M
INVOICE NO: 3

re: Website

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 08/25/2011 | HNS | Website updates. | 115.00 | 2.00 | |
| 08/26/2011 | HNS | Website updates. | 115.00 | 1.00 | |
| 08/30/2011 | HNS | Website updates. | 115.00 | 1.00 | |
| 08/31/2011 | HNS | Website updates. | 115.00 | 1.00 | |
| 09/01/2011 | HNS | Website updates. | 115.00 | 1.00 | |
| 09/02/2011 | HNS | Website updates. | 115.00 | 1.00 | |
| 09/06/2011 | HNS | Website updates. | 115.00 | 1.30 | |
| 09/09/2011 | HNS | Website updates. | 115.00 | 1.50 | |
| 09/12/2011 | HNS | Website updates. | 115.00 | 1.70 | |
| 09/14/2011 | HNS | Website updates. | 115.00 | 2.00 | |
| 09/16/2011 | HNS | Website updates. | 115.00 | 2.20 | |
| 09/20/2011 | HNS | Website updates. | 115.00 | 2.50 | |
| 09/29/2011 | HNS | Website updates. | 115.00 | 1.20 | |
| 09/30/2011 | HNS | Website updates. | 115.00 | 2.60 | |
| | | Heather N. Schuyler | | 133.60 | 15,364.00 |
| | FOR CURRENT SERVICES RENDERED | | | 133.60 | 15,364.00 |
| | TOTAL CURRENT WORK THIS STATEMENT | | | | 15,364.00 |
| | BALANCE DUE | | | | $15,364.00 |