# EXHIBIT B

Out-of-Pocket Expenses

<u>EASTERN LIVESTOCK</u>
<u>SUMMARY OF EXPENSES</u>
TO AUGUST 31, 2011

| | | |
|---|---|---:|
| AIRFARE | | 19,355.61 |
| LODGING | | 18,820.97 |
| MEALS | | 4,191.54 |
| RENTAL CAR | | 8,816.57 |
| PARKING, TOLLS, ETC. | | 2,718.47 |
| LONG DISTANCE PHONE | | 203.51 |
| PHOTOCOPIES | (997 @.15) | 149.55 |
| COMPUTER SOFTWARE | | 63.74 |
| OFFICE SUPPLIES | | 234.85 |
| OVERNIGHT DELIVERY | | 56.10 |
| TOTAL | | 54,610.91 |

EASTERN LIVESTOCK
SUMMARY OF TRAVEL EXPENSES

| FROM | TO | NAME | DESTINATION LOCATION | ORIGINATING LOCATION | NIGHTS | AIRFARE/ TRAVEL | LODGING | MEALS | RENTAL CAR | PARKING, ETC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/02/11 | 05/06/11 | E. LYNCH | CLEVELAND, OH | LOUISVILLE, KY | 4 | 860.18 | 676.94 | 286.63 | 357.97 | 59.25 | 2,240.97 |
| 05/02/11 | 05/06/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 428.18 | 474.00 | 65.91 | | 127.00 | 1,095.09 |
| 05/09/11 | 05/13/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 428.18 | 702.68 | 42.72 | 384.19 | 86.00 | 1,643.77 |
| 05/10/11 | 05/13/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 414.18 | 432.75 | 176.26 | 253.67 | 61.50 | 1,338.36 |
| 05/16/11 | 05/18/11 | C. PIERCE | LOUISVILLE, KY | CHICAGO, IL | 2 | 425.40 | 329.97 | 113.71 | 222.48 | 100.00 | 1,191.56 |
| 05/18/11 | 05/20/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 2 | 425.40 | 378.30 | 51.81 | 222.90 | 86.00 | 1,164.41 |
| 05/23/11 | 05/25/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 900.58 | 432.75 | 108.37 | 223.64 | 61.50 | 1,726.84 |
| 05/23/11 | 05/27/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 739.48 | 121.53 | 374.17 | 86.00 | 1,746.58 |
| 05/31/11 | 06/01/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 1 | 1,037.16 | 144.25 | 54.94 | 146.65 | 22.87 | 1,405.87 |
| 05/31/11 | 06/03/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 425.40 | 527.01 | 63.11 | 293.22 | 87.00 | 1,395.74 |
| 06/06/11 | 06/08/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 910.18 | 432.75 | 155.94 | 215.00 | 43.50 | 1,757.37 |
| 06/06/11 | 06/10/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 435.40 | 702.88 | 43.29 | 381.17 | 87.00 | 1,649.74 |
| 06/13/11 | 06/16/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 804.26 | 577.00 | 247.00 | 333.92 | 70.50 | 2,032.68 |
| 06/13/11 | 06/17/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 359.55 | 702.68 | 69.54 | | | 1,131.77 |
| 06/20/11 | 06/24/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 430.40 | 702.88 | 82.34 | 291.24 | 85.00 | 1,591.86 |
| 06/20/11 | 06/24/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 920.18 | 577.00 | 209.85 | 323.74 | 59.25 | 2,090.02 |
| 06/22/11 | 06/24/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 2 | 614.18 | 501.44 | 84.42 | | 149.70 | 1,349.74 |
| 06/27/11 | 07/01/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 435.40 | 702.88 | 78.66 | 352.24 | 83.00 | 1,652.18 |
| 06/29/11 | 06/30/11 | J. WHEELER | LOUISVILLE, KY | CHICAGO, IL | 1 | 418.18 | 188.87 | 51.17 | 143.32 | 63.40 | 864.94 |
| 07/05/11 | 07/08/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 940.18 | 432.75 | 188.99 | 280.92 | 54.75 | 1,897.59 |
| 07/05/11 | 07/08/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 425.40 | 527.01 | 62.34 | 254.61 | 85.00 | 1,354.36 |
| 07/06/11 | 07/08/11 | P. O'MALLEY | LOUISVILLE, KY | CHICAGO, IL | 2 | 418.18 | 501.44 | 63.26 | | 168.00 | 1,150.88 |
| 07/11/11 | 07/12/11 | E. LYNCH | INDIANAPOLIS, IN | CLEVELAND, OH | 1 | 950.18 | 181.90 | 121.00 | | | 1,253.08 |
| 07/12/11 | 07/14/11 | E. LYNCH | LOUISVILLE, KY | | 2 | | 288.50 | 156.96 | 339.43 | 54.75 | 839.64 |
| 07/11/11 | 07/12/11 | P. O'MALLEY | INDIANAPOLIS, IN | CHICAGO, IL | 1 | 358.48 | 161.89 | 4.33 | | | 524.70 |
| 07/12/11 | 07/14/11 | P. O'MALLEY | LOUISVILLE, KY | | 2 | 210.48 | 347.34 | 18.26 | | 175.00 | 751.08 |
| 07/11/11 | 07/15/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 702.88 | 89.85 | 317.81 | 85.00 | 1,620.94 |
| 07/18/11 | 07/22/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 739.48 | 244.29 | 390.58 | 86.00 | 1,885.75 |
| 07/25/11 | 07/29/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 610.18 | 577.00 | 315.58 | 303.73 | 61.50 | 1,867.99 |
| 07/25/11 | 07/29/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 739.48 | 37.45 | 361.32 | 85.00 | 1,648.65 |
| 08/01/11 | 08/04/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 614.18 | 432.75 | 190.47 | 347.73 | 54.75 | 1,639.88 |
| 08/01/11 | 08/05/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 702.68 | 91.30 | 367.38 | 84.00 | 1,670.76 |
| 08/08/11 | 08/12/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 702.68 | 145.85 | 362.48 | 86.00 | 1,722.41 |
| 08/15/11 | 08/19/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 607.98 | 577.00 | 207.53 | 298.61 | 61.50 | 1,752.62 |
| 08/15/11 | 08/19/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 702.68 | 31.97 | 355.88 | 86.00 | 1,601.93 |
| 08/22/11 | 08/26/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 570.18 | 577.00 | 114.91 | 316.57 | 72.75 | 1,651.41 |
| | | | | | | 19,355.61 | 18,820.97 | 4,191.54 | 8,816.57 | 2,718.47 | 53,903.16 |