UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

VAN30 (rev 10/2004)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

## NOTICE

Notice Issued:

(1) Second Interim Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James A. Knauer, Trustee, in the amount of $48,328.50 for Compensation and $8,420.15 for Expenses for the period of May 1, 2011 thru September 30, 2011 [816];

(2) First Interim Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Hoover Hull, LLP as Special Counsel for the Trustee, in the amount of $56,757.50 for Compensation and $845.64 for Expenses for the period of January 14, 2011 thru August 31, 2001 [819];

(3) Second Interim Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 of Baker and Daniels, Counsel for Trustee, James A. Knauer, in the amount of $599,975.00 for Compensation and $21,383.32 for Expenses for the period of May 1, 2011 thru August 31, 2011 [820]

and

(4) Second Interim Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Development Specialists, Inc. as Consultant for Trustee in the amount of $468,708.75 for Compensation and $54,610.91 for Expenses for the period of May 1, 2011 thru August 31, 2011 821.Notice (re: Doc # [816], [819], [820], [821]). (khg).

Objections due by 12/9/2011. Hearing to be held ONLY IF OBJECTIONS ARE TIMELY FILED: 12/14/2011 at 10:00 AM EST at Rm 103 Federal Building, New Albany.

Trustee's counsel to make distribution of this notice to all creditors and parties in interest.

Dated:   November 14, 2011                    KEVIN P. DEMPSEY, CLERK
                                                      U.S. BANKRUPTCY COURT