## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: kgoss | Date Created: 11/14/2011 |
| Case: 10–93904–BHL–11 | Form ID: van30 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Terry E. Hall     terry.hall@bakerd.com

TOTAL: 1