# Notice Recipients

District/Off: 0756–4        User: edixon            Date Created: 11/15/2011
Case: 10–93904–BHL–11       Form ID: pdfOrder       Total: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr  | James A. Knauer  | jak@kgrlaw.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | James A. Knauer  | jak@kgrlaw.com |
| aty | Terry E. Hall    | terry.hall@bakerd.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| aty | C. R. Bowles, Jr | Greenbaum Doll &McDonald | 101 S. 5th St. | Louisville, KY 40202 |

TOTAL: 1