IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF MAILING**

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the document identified below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on November 14, 2011:

| Docket No. 827 | NOTICE [Re: Fee Applications—Docket Nos. 816, 819 and 820 821] |
|---|---|

///

*page 1 of 48*

Exhibit "A"   The Creditor Matrix Parties Address List regarding Docket No. 827

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 15th day of November 2011 at Paramount, California.

*James H. Myers* (signature)

James H. Myers