UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC. | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned appears for Superior Livestock Auction, Inc. ("Plaintiff"), and hereby requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

    Steven A. Brehm
    GREENEBAUM, DOLL & MCDONALD PLLC
    3500 National City Tower
    101 S. Fifth Street
    Louisville, Kentucky 40202
    Phone: 502.589.4200
    Facsimile: 502.587.3695
    E-mail:  sab@gdm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered

only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Agent is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  November 15, 2011

Respectfully submitted,

*/s/ Steven A. Brehm*
Steven A. Brehm
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-589-4200
Facsimile: 502-587-3695
e-mail: sab@gdm.com

COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Amelia Martin Adams on behalf of Cross Defendant Blue Grass Stockyards, LLC
aadams@dlgfirm.com

John W Ames on behalf of Cross Defendant Superior Regional Stockyards, Inc.
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles on behalf of Cross Defendant Superior Regional Stockyards, Inc.
crb@gdm.com, shm@gdm.com

Kent A Britt on behalf of Counter-Defendant Fifth Third Bank, N.A.
kabritt@vorys.com

John R. Carr on behalf of Intervenor The First Bank and Trust Company
jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso on behalf of Third Party Defendant Kathryn Pry
dcaruso@daleeke.com, mthomas@daleeke.com

Kirk Crutcher on behalf of Counter-Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Laura Day DelCotto on behalf of Cross Defendant Alton Darnell
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Daniel J. Donnellon on behalf of Intervenor The First Bank and Trust Company
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Shawna M Eikenberry on behalf of Counter-Claimant James Knauer
shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com

Jeffrey R. Erler on behalf of Cross-Claimant DeCordova Cattle Company
jeffe@bellnunnally.com

John Huffaker on behalf of Plaintiff Friona Industries, LP
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno
tjohnston@mcjllp.com

Erick P Knoblock on behalf of Cross-Claimant Kathryn Pry
eknoblock@daleeke.com

Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank, N.A.
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David L. LeBas on behalf of Intervenor Friona Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Frederick Massouh on behalf of Counter-Defendant Friona Industries, LP
john.massouh@sprouselaw.com

James Edwin McGhee on behalf of Third Party Defendant Vermilion Ranch Corp.
mcghee@derbycitylaw.com, belliott@derbycitylaw.com

Christie A. Moore on behalf of Cross Defendant Superior Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Ross A. Plourde on behalf of Third Party Defendant Stockman Oklahoma Livestock Marketing, Inc.
ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Mark A. Robinson on behalf of Intervenor Friona Oklahoma Holdings, Inc.
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Ivana B. Shallcross on behalf of Cross Defendant Superior Regional Stockyards, Inc.
ibs@gdm.com

Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank, N.A.
jnstine@vorys.com

Kevin M. Toner on behalf of Counter-Claimant James Knauer
kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand on behalf of Intervenor The First Bank and Trust Company
sweigand@ficlaw.com

Jessica E. Yates on behalf of Cross Defendant CPC Livestock, LLC
jyates@swlaw.com, edufficy@swlaw.com

James T Young on behalf of Intervenor Michael Walro
james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net

              */s/ Steven A. Brehm*
              Steven A. Brehm