UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | |

_____

**NOTICE OF PRE-PROTOCOL DISCOVERY REQUESTS**
_____

TO:   All Counsel of Record

Please take notice that the following discovery requests have been previously served by counsel for The First Bank and Trust Company:

| | DATE | DOCUMENT | RECIPIENT |
|---|---|---|---|
| 1. | 3/18/11 | Motion for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 | Cactus Growers, Inc.<br>Friona Industries, L.P.<br>J&F Oklahoma Holdings, Inc. |
| 2. | 7/25/11 | Motion for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 | Irsik & Doll |
| 3. | 7/29/11 | Motion for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 | Cattlco, LLC |

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: ddonnellon@ficlaw.com
sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## CERTIFICATE OF SERVICE

I certify that on the 15th day of November, 2011, I electronically filed the foregoing Notice of Pre-Protocol Discovery Requests with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| C.R. Bowles, Jr<br>crb@gdm.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| John Hunt Lovell<br>john@lovell-law.net | Ivana B. Shallcross<br>ibs@gdm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Deborah Caruso<br>decaruso@daleek.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Jeffrey R Erler<br>jeffe@bellnunnally.com | Meredith R. Thomas<br>mthomas@daleeke.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| Edward M King<br>tking@fbtlaw.com | William Robert Meyer, II<br>rmeyer@stites.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Allen Morris<br>amorris@stites.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| John R. Carr, III<br>jrciii@acs-law.com | Charles R. Warton<br>Charles.R.Wharton@usdoj.gov | Todd J. Johnston<br>tjohnston@mcjllp.com |
| James M. Carr<br>jim.carr@bakerd.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | James T. Young<br>james@rubin-levin.net | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Terry E. Hall<br>terry.hall@bakerd.com | David L. LeBas<br>dlebas@namanhowell.com | Karen L. Lobring<br>lobring@msn.com |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | Judy Hamilton Morse<br>judy.morese@crowedunlevy.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Lisa Kock Bryant<br>courtmail@fbhlaw.net |
| John W. Ames<br>jwa@gdm.com | Jessica E. Yates<br>jyates@swlaw.com | Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesoultions.com |
| Robert Hughes Foree<br>robertforee@bellsouth.net | John Huffaker<br>john.huffaker@sprouselaw.com | |

| | | |
|---|---|---|
| John M. Rogers<br>johnr@rubin-levin.net | James Edwin McGhee<br>mcghee@derbycitylaw.com | Joshua N. Stine<br>jnstine@vorys.com |
| John David Hoover<br>jdhoover@hovverhull.com | Thomas C Schere<br>tscherer@binghammchale.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov |
| Sean T. White<br>swhite@hooverhull.com | David A. Laird<br>david.laird@moyewhite.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov |
| Robert H. Foree<br>robertforee@bellsouth.net | Jerald I. Ancel<br>jancel@taftlaw.com | Amelia Martin Adams<br>aadams@gldfirm.com |
| Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Michael Wayne Oyler<br>moyler@rwsvlaw.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Trevor L. Earl<br>tearl@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com |
| William E Smith<br>wsmith@k-glaw.com | David Alan Domina<br>dad@dominalaw.com | Robert A. Bell<br>rabell@vorys.com |
| Susan K. Roberts<br>skr@stuartlaw.com | Kent A Britt<br>kabritt@vorys.com | |

/s/ Daniel J. Donnellon
Daniel J. Donnellon

575907.1