UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00101 (rev 07/2010)

In Re:

    Eastern Livestock Co., LLC
    SSN: NA        EIN: NA
    Debtor(s)

Case Number:

**10–93904–BHL–11**

## NOTICE WITH HEARING OPPORTUNITY

    A(n) Motion for Authority to Approve an Informal Ad Hoc Committee was filed with the Clerk of this Court on November 14, 2011, by Creditor Arcadia Stockyard, Creditor Blue Grass Maysville Stockyards, LLC, Creditor Blue Grass South Livestock Market, LLC, Creditor Blue Grass Stockyards East, LLC, Creditor Blue Grass Stockyards of Campbellsville, LLC, Creditor Blue Grass Stockyards of Richmond, LLC, Creditor Blue Grass Stockyards, LLC, Creditor Cattlemen's Livestock Market, Inc., Creditor Columbia Livestock Market, Inc., Creditor Eagle Bay, Inc., Creditor East Tennessee Livestock Center, Inc., Creditor First Bank and Trust Company, The, Creditor Hardee Livestock Market, Inc., Creditor Madison County Livestock Market, Inc. d/b/a Townse, Petitioning Creditor Moseley Cattle Auction, LLC, Creditor North Florida Livestock Market, Inc., Creditor Oak Lake Cattle Co., Creditor Ocala Livestock Market, Inc., Creditor Okeechobee Livestock Market, Inc., Creditor Piedmont Livestock, Inc., Creditor Ron Sizemore Trucking, Inc., Creditor Southeast Livestock Exchange, LLC, Creditor Sumter County Farmers Market, Inc., Petitioning Creditor Superior Livestock Auction, Inc., and Creditor Daniel M. Byrd.

    Motion To Approve an Informal Ad Hoc Committee filed by Laura Day DelCotto, Elliott D. Levin, Walter Scott Newbern III, John W Ames on behalf of Creditors Daniel M. Byrd, Eagle Bay, Inc., Oak Lake Cattle Co., Ron Sizemore Trucking, Inc., Madison County Livestock Market, Inc. d/b/a Townse, Sumter County Farmers Market, Inc., Okeechobee Livestock Market, Inc., Ocala Livestock Market, Inc., North Florida Livestock Market, Inc., Hardee Livestock Market, Inc., Columbia Livestock Market, Inc., Cattlemen's Livestock Market, Inc., Arcadia Stockyard, Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, East Tennessee Livestock Center, Inc., First Bank and Trust Company, The, Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC, Petitioning Creditors Moseley Cattle Auction, LLC, Superior Livestock Auction, Inc [828]

    NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed by **December 12, 2011** at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office. Any objection must be served on the attorney for the filing party in accordance with Local Rule S.D.Ind. B−9013−1(d).

    If no objections are filed, the Court may enter an appropriate order granting the relief requested, and such other related relief as may be required, without conducting an actual hearing.

    If any objections are timely filed, the Court will hold a hearing on:

  Date:  December 14, 2011
  Time: 10:00 AM EST
  Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance, or the efforts made to contact opposing counsel to make such an inquiry.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   November 16, 2011         KEVIN P. DEMPSEY, CLERK
                                   U.S. BANKRUPTCY COURT