**SO ORDERED: November 16, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
 Eastern Livestock Co., LLC
  SSN: NA         EIN: NA
 Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

A(n) Motion to Continue Hearing was filed with the Clerk of Court on November 15, 2011, by Creditor Florida Association Livestock Markets.

IT IS THEREFORE ORDERED that the Motion to Continue Hearing is GRANTED.

###