UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | |

_____

**NOTICE OF DISCOVERY REQUEST**
_____

TO:   All Counsel of Record

Please take notice that on November 16, 2011, counsel for The First Bank and Trust Company ("First Bank"), served its First Set of Interrogatories and First Request for Production of Documents on Fifth Third Bank. These requests relate to the above-captioned bankruptcy case and Adversary Proceeding No. 11-59093.

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email:  ddonnellon@ficlaw.com
        sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## CERTIFICATE OF SERVICE

I certify that on the 16th day of November, 2011, I electronically filed the foregoing Notice of Discovery Request with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Robert Hughes Foree<br>robertforee@bellsouth.net | Jessica E. Yates<br>jyates@swlaw.com |
| C.R. Bowles, Jr<br>crb@gdm.com | Kim Martin Lewis<br>kim.lewis@dinslaw.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| John Hunt Lovell<br>john@lovell-law.net | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| Jeffrey R Erler<br>jeffe@bellnunnally.com | Deborah Caruso<br>decaruso@daleek.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Edward M King<br>tking@fbtlaw.com | Meredith R. Thomas<br>mthomas@daleeke.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Randall D. LaTour<br>rdlatour@vorys.com | William Robert Meyer, II<br>rmeyer@stites.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| John R. Carr, III<br>jrciii@acs-law.com | Allen Morris<br>amorris@stites.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| James M. Carr<br>jim.carr@bakerd.com | Charles R. Warton<br>Charles.R.Wharton@usdoj.gov | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| Terry E. Hall<br>terry.hall@bakerd.com | James T. Young<br>james@rubin-levin.net | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | David L. LeBas<br>dlebas@namanhowell.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | Judy Hamilton Morse<br>judy.morese@crowedunlevy.com | Karen L. Lobring<br>lobring@msn.com |
| John W. Ames<br>jwa@gdm.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |

| | | |
|---|---|---|
| Lisa Kock Bryant<br>courtmail@fbhlaw.net | William E Smith<br>wsmith@k-glaw.com | Kent A Britt<br>kabritt@vorys.com |
| Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesoultions.com | Susan K. Roberts<br>skr@stuartlaw.com | Joshua N. Stine<br>jnstine@vorys.com |
| John M. Rogers<br>johnr@rubin-levin.net | James Edwin McGhee<br>mcghee@derbycitylaw.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov |
| John David Hoover<br>jdhoover@hovverhull.com | Thomas C Schere<br>tscherer@binghammchale.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov |
| Sean T. White<br>swhite@hooverhull.com | David A. Laird<br>david.laird@moyewhite.com | Amelia Martin Adams<br>aadams@gldfirm.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Jerald I. Ancel<br>jancel@taftlaw.com | Michael Wayne Oyler<br>moyler@rwsvlaw.com |
| Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Trevor L. Earl<br>tearl@rwsvlaw.com | Robert A. Bell<br>rabell@vorys.com |
| | David Alan Domina<br>dad@dominalaw.com | |

/s/ Daniel J. Donnellon
Daniel J. Donnellon

575808.1