**SO ORDERED: November 16, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING APPLICATION OF
KUEHNY/KREMLIN FOR EXTENSION OF TIME TO FILE
DISPOSITIVE ISSUE MEMORANDUM (KREMLIN ISSUE)**

This matter came before the Court on the Application of Kuehny/Kremlin for Extension of Time to File Dispositive Issue Memorandum (Kremlin Issue) (the "Application") filed on November 15, 2011 by Brent Kuehny d/b/a Dollar K Cattle Co. ("Kuehny") and The Bank of Kremlin ("Kremlin") [Dock. No. 833]. The Court finds the Application should be granted.

IT IS THEREFORE ORDERED that the Application is granted and Kuehny and Kremlin are granted an eight-day extension until November 22, 2011 to file their Memorandum regarding the Kremlin Issue.

###