United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
    Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: kgoss2     Page 1 of 1     Date Rcvd: Nov 16, 2011  
Form ID: SF00200     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2011.
```
aty        +C. R. Bowles, Jr,   Greenbaum Doll & McDonald,   101 S. 5th St.,   Louisville, KY 40202-3197
aty        +Christopher E. Baker,   Hostetler & Kowalik,   101 W Ohio St Ste 2100,
             Indianapolis, IN 46204-4211
cr         +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb        +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op         +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd      +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op         +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
             Topeka, KA 66614-5128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: asr@btcmlaw.com Nov 17 2011 00:34:21     Ashley S Rusher,
             Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2011**                                    **Signature:** _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
   SSN: NA       EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Continued Status Hearing Re: Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards filed by Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins. [616] with a Brief in Support of Motion to Quash, filed by Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins [630] and a Response in Opposition to Motion to Quash filed by Walter Scott Newbern III on behalf of Creditor Florida Association Livestock Markets [636].

   Date:  February 13, 2012
   Time: 10:00 AM EST
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   November 16, 2011                    KEVIN P. DEMPSEY, CLERK
                                                            U.S. BANKRUPTCY COURT