Case 10-93904-BHL-11    Doc 855-3    Filed 11/22/11    EOD 11/22/11 17:51:41    Pg 1 of 1



Home    About Us    Cattle for Sale    Market Links    Contact Us

Login

**EASTERN LIVESTOCK CO., LLC** is one of the largest cattle brokerage companies in the United States. We take great pride and pleasure in satisfying the needs of our ever growing customer base.

Through our network of experienced representatives we have the ability to meet the specific needs of each and every customer and their operation, however big or small.

If you are looking to purchase or sell feeder or replacement cattle, Eastern Livestock. Co., LLC should be the first name that comes to mind. We only ask for the opportunity to be of service to you.

### WE BUY AND SELL CATTLE

### 1-800-634-2529

*If you are purchasing feeder cattle for backgrounding, be sure to ask us about our buyback program.

....Truck Drivers and Managers....



**Click to see available Loads to haul**
Requires Adobe Reader

Copyright (c) 2011 Eastern Livestock Co., LLC    Terms Of Use    Privacy Statement

EXHIBIT 3