OFFICE OF THE SECRETARY OF STATE



### CERTIFICATE

*I, the undersigned, Secretary of State of the State of Oklahoma, do hereby certify* that I am by the laws of said state the custodian of the records of the State of Oklahoma in regards to The Central Filing System relating to farm products.

*I further certify* that a diligent search of the records of this office has been made, to the date of this certificate and to the best of our knowledge, showing:

Eastern Livestock Co., LLC
135 W Market Street
New Albany, IN  47150

has registered as a buyer to receive the Master List of agricultural lien information.  These registration periods are as follows:

July 20, 1999 to June 20, 2000 (cattle & calves in all counties)
July 20, 2000 to June 20, 2001 (cattle & calves in all counties)
July 20, 2001 to June 20, 2002 (cattle & calves in all counties)
July 20, 2002 to June 20, 2003 (cattle & calves in all counties)
July 20, 2003 to June 20, 2004 (all products in all counties)
July 20, 2004 to June 20, 2005 (all products in all counties)
July 20, 2005 to June 20, 2006 (all products in all counties)
July 20, 2006 to June 20, 2007 (all products in all counties)
July 20, 2007 to June 20, 2008 (all products in all counties)
July 20, 2008 to June 20, 2009 (all products in all counties)
December 20, 2009 to November 20, 2010 (all products in all counties)

*I further certify* this lien information is delivered to the registrant on or before the last working day of each month.



*In testimony whereof, I have hereunto set my hand and affixed the Great Seal of the State of Oklahoma in the City of Oklahoma City this 10th day of November, 2011.*

_____
Secretary of State

By: _____

**EXHIBIT 4**