## DECLARATION

Pursuant to 28 U.S.C. § 1746, Ed Edens IV declares:

1. My name is Ed Edens IV. I previously bought and sold cattle for Eastern Cattle Co., LLC.

2. On or about November 1, 2010, I bought 200 steers (with a total weight of 152,640 pounds and a pay weight after 3% shrink of 148,061 pounds) for Eastern Cattle Co., LLC from Brent Kuehny d/b/a Dollar K Cattle Co. for $158,636.31. (A copy of a statement evidencing the sale is attached as Ex. A).

3. Upon purchasing the 200 steers from Kuehny, I immediately resold the same steers (total weight of 152,640 pounds/pay weight after a 3% shrink of 148,061 pounds) to Mark Hohenberger for $158,494.02. (A copy of a statement evidencing the sale to Hohenberger is attached hereto as Ex. B).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on the ___ day of November, 2011.

_____
Ed Edens IV

**EXHIBIT 5**

# EXHIBIT A

135 West Market
New Albany, IN 47150



EASTERN LIVESTOCK CO., LLC

DATE Nov 1, 2010

SELLER Dollar K Cattle Co
ADDRESS Elmore City, OK

BUYER Ed Edens IV

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV.WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 200 | Steers | 152640 | -3910 | 148061 | 740 | 111.33 | 164836.31 |
| | 111.75 | | | | | | |
| | 111.75 | | | | | | |
| | 110.50 | | | | | | |
| | 3)334.00 / 111.33 | | | | | | |

| | | |
|---|---|---|
| LESS PART PAYMENT | | |
| BEEF CHECKOFF | | -200.00 |
| EARNEST MONEY | Contract 10194 / Contract 10104 | -3998.00 / -1018.02 |
| TOTAL DEDUCTIONS | | |
| NET PROCEEDS | | 158636.31 |



EASTERN LIVESTOCK CO., LLC

135 West Market
New Albany, IN 47150
812-949-8035

NO. F 34136
73-21/421

Nov 1, 2010

PAY to the order of  Dollar K Cattle Co.        $158,636.31

One hundred fifty eight thousand six hundred thirty six & 31/100 DOLLARS

Fifth Third Bank
Northern Kentucky

Eastern Livestock Co., LLC
Ed Edens IV

# Eastern Livestock Co., LLC

Stephenville, TX.

Specifically subject to all terms, conditions, and provisions

| Number Head | Kind | Weight | Average | Amount |
|---|---|---|---|---|
| 200 | Steers | 152640 | | |
| | | -390 | | |
| | | 148061 | 740 · 1175⁰ | 165088 02 |
| | | | trucking | -404700 |
| | | | | 6594.00 |

TRUCKER:
Elmore City, OK.

FROM: Ed Edens IV

I assert that all livestock referenced by this document and transferred are of: A.☒ U.S. Origin (exclusively born and raised in the U.S.) B.☐ Canadian, Mexican origin.

TRUCKING: # 158494.02
OTHER:
TOTAL: 161014.02

Please Remit to: EASTERN LIVESTOCK CO., LLC

EXHIBIT B