## HOHENBERGER CATTLE

No. 269

Mark Hohenberger
817-296-2000 cell
817-964-0121 cell
254-918-5777 fax

200 Hillcrest Drive
Stephenville, TX 76401
254-918-5757
· Bonded ·

Date 11/1/2010

| | |
|---|---|
| From | |
| Address | |
| City/St. | Elgin, OK |
| Fax | |

| | |
|---|---|
| Sold To | JBS Five Rivers - Gilcrest |
| Address | 22777 Weld CR 31 |
| City/St. | LaSalle, CO 80645 |
| Fax: | 970-737-2293 |

| No. Hd. | Sex | Gross Wgt. | % | Pay Wgt. | Avg. Wgt. | Price | Amount |
|---|---|---|---|---|---|---|---|
| 200 | strs | 152,640 | 3 | 148,061 | 740 | $113.00 | $167,308.93 |
| | | | | | | del | |
| | | Trucks   H - T (3) | | | | Thanks! Mark | |

I attest that all livestock referenced by this document are of **USA** origin.

*Mark Hohenberger*
Thank you for your business

| | |
|---|---|
| Less Part Payment | $0.00 |
| Less Beef √ off | $0.00 |
| **Total Due** | **$167,308.93** |

**Please remit payment to:**

Wire Transfer
Wells Fargo Bank
ABA # 121000248
Account # 2603493574
For: Mark Hohenberger
Bank Ph: 806-767-7365

FedEx / UPS
Wells Fargo Bank
1500 Broadway
Lubbock, TX 79401
Attn: Agri Business-MAC T5700-012
Bank Ph: 806-767-7365

**EXHIBIT 6**