## U.S. Trustee Basic Monthly Operating Report

| | |
|---|---|
| Case Name: | Eastern Livestock Co., LLC |
| Date Filed: | December 6, 2011 |
| Case Number: | 10-93904, Southern District of Indiana |
| SIC Code: | 5154 |
| Month (or portion) covered by this report: | October, 2011 |

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____   11/28/11
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY   DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|:---:|:---:|
| 1. IS THE BUSINESS STILL OPERATING? | | ✓ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ✓ | |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |

Case 10-93904-BHL-11   Doc 859   Filed 11/28/11   EOD 11/28/11 14:41:54   Pg 2 of 20

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** December 6, 2011

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** October, 2011

|  | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ YES  ✓ NO

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $373,485

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** $42,162

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
  (Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** $331,323

## U.S. Trustee Basic Monthly Operating Report

| | |
|---|---|
| **Case Name:** | Eastern Livestock Co., LLC |
| **Date Filed:** | December 6, 2011 |
| **Case Number:** | 10-93904, Southern District of Indiana |
| **SIC Code:** | 5154 |
| **Month (or portion) covered by this report:** | October, 2011 |

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $31,716,950

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4 |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $1,776,057 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $239,433 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $3,785,254 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 239,433 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $3,785,254 |

## U.S. Trustee Basic Monthly Operating Report

Case Name: Eastern Livestock Co., LLC  Date Filed: December 6, 2011

Case Number: 10-93904, Southern District of Indiana  SIC Code: 5154

Month (or portion) covered by this report: October, 2011

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## ------- NOT APPLICABLE -------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
October, 2011 Monthly Operating Report
For the Period October 1, 2011 - October 31, 2011
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---:|
| 10/5/11 | Checking | DEP | Wellpoint | Dividend | Misc. Income | 125.00 |
| 10/5/11 | Checking | DEP | Rivera & Associates | | Misc. Income | 300.00 |
| 10/19/11 | Checking | DEP | ADP | refund overfunding | Payroll Expense | 481.33 |
| 10/28/11 | Checking | DEP | US Premium Beef | 3rd Qtr net cash distribution | Misc. Income | 12,085.00 |
| | Sub-Total; Receipts - Checking | | | | | 12,991.33 |
| 10/5/11 | Escrow | DEP | Superior Livestock | | | 9,315.92 |
| 10/11/11 | Escrow | DEP | Irsik & Doll | | | 80,135.91 |
| 10/19/11 | Escrow | DEP | William Courter Farms | | | 158,116.72 |
| 10/19/11 | Escrow | DEP | Morris Stock Farms | | | 20,795.21 |
| | Sub-Total; Receipts - Escrow | | | | | 268,363.76 |
| ** 7/18/11 | Segregated | DEP | SOLM | segregated receipt | | 92,130.00 |
| | **Total Cash Receipts** | | | | | 373,485.09 |

\*\*   This deposit and this account are being listed for the first time on the October operating report

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
October, 2011 Monthly Operating Report
For the Period October 1, 2011 - October 31, 2011
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 10/13/11 | Checking | 1463 | Indiana American Water | | Office Expense | (30.15) |
| 10/13/11 | Checking | 1464 | AT&T | | Utilities | (1,581.90) |
| 10/13/11 | Checking | 1465 | Duke Energy | | Utilities | (485.48) |
| 10/13/11 | Checking | 1466 | Industrial Disposal | | Utilities | (355.09) |
| 10/13/11 | Checking | 1467 | Vecten Energy Delivery | | Utilities | (21.58) |
| 10/14/11 | Checking | EFT | ADP | | Payroll Expense | (8,588.56) |
| 10/14/11 | Checking | EFT | ADP | | Office Expense | (145.42) |
| 10/14/11 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 10/20/11 | Checking | EFT | ADP | correction to 10/14 payroll | Payroll Expense | (481.33) |
| 10/20/11 | Checking | EFT | ADP | | Office Expense | (44.95) |
| 10/20/11 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 10/26/11 | Checking | 1469 | Humana Insurance Co. | | Employee Benefits | (6,224.14) |
| 10/26/11 | Checking | 1470 | KCL Group Benefits | | Employee Benefits | (223.38) |
| 10/26/11 | Checking | 1471 | New Albany Municipal Utilities | | Utilities | (37.53) |
| 10/26/11 | Checking | 1472 | New Albany Municipal Utilities | | Utilities | (25.02) |
| 10/26/11 | Checking | 1473 | Teena Morris | November housekeeping | Office Expense | (550.00) |
| 10/26/11 | Checking | 1474 | Republic Bank | November rent | Rent | (7,500.00) |
| 10/26/11 | Checking | 1475 | US Department of Justice | | US Trustee Fees | (6,500.00) |
| 10/28/11 | Checking | EFT | ADP | | Payroll Expense | (9,131.53) |
| 10/28/11 | Checking | EFT | ADP | | Office Expense | (160.68) |
| 10/28/11 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |

Sub-Total; Disbursements - Checking  (42,161.74)

Escrow

Sub-Total; Disbursements - Escrow  -

**Total Cash Disbursements**  (42,161.74)

**Cash Flow - Positive/(Negative)**  331,323.35

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Monthly Operating Report for October, 2011**
**October 1, 2011 – October 31, 2011**
**Comments/Disclaimer**

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

We are reflecting for the first time this month an account at First Merchants Bank. This account was set up to isolate, per a settlement agreement, a remittance from SOLM related to contracts. The deposit was made on July 18, 2011, but is being reflected in the operating report as if it were received in October.

We are also restating the accounts receivable balances. Balances as restated exclude invoices for which payments were diverted by ELC employees and transactions which are believed to be fraudulent.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of October, 2011

| CUSTOMER | Account Balance |
| --- | ---: |
| .J T NUCKOLS | 355,605 |
| AG PARTNERS | - |
| AGRI BEEF COMPANY (also see Supreme) | 233,097 |
| ALLEN BARRY | 118,546 |
| ALL-TECH INC. | - |
| AMOS KROPF | - |
| ANDERSON CATTLE COMPANY | 57,660 |
| ANDERSON FARM | - |
| ANDY LOLLEY | 36,086 |
| ARROWHEAD CATTLE CO | - |
| ATKINSON LIVESTOCK MARK | 2,577,880 |
| ATKINSON LIVESTOCK MKT. | - |
| B G GOSSER | - |
| BACA COUNTY FEED YARD | 53,604 |
| BALSY HAVEN DAIRY | - |
| BAR K CATTLE | - |
| BART HOUSER | - |
| BEEF MARKETING GROUP CO | 1,109,904 |
| BELLAR FEEDLOTS, INC. | - |
| BEN DELWORTH | 1,913 |
| BEN RHODES | - |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 293,066 |
| BILL COURTER | - |
| BILL EBERLE | 273,202 |
| BILLY CRENSHAW | - |
| BILLY FLETCHER | - |
| BLUE GRASS SOUTH (JIM AKERS) | - |
| BLUE GRASS STOCKYARDS C | - |
| BLUEGRASS STOCKYARDS EA | - |
| BOB ADCOCK | - |
| BOB EVERETT | - |
| BOB FOOTE | 1,671,097 |
| BRANDON JONES | 73,616 |
| BRANDON MAGGARD | 21,440 |
| BRIAN LOVELL | - |
| BROUGHTON CATTLE, INC. | - |
| BRUCE BOHNAM | - |
| BRYAN GORDER | - |
| BRYAN MOSIER | - |
| BUD HEINE | 170,066 |

Page 1 of 7

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of October, 2011

| CUSTOMER | Account Balance |
|---|---|
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 490,662 |
| C&C CATTLE | - |
| CACTUS FEEDERS, INC. | 2,978,579 |
| CATTLCO | - |
| CATTLE EMPIRE | - |
| CHAD BAKER | 56,200 |
| CHAD HOUCK (FLYING M RANCH) | 23,526 |
| CHARLES W. ANDERSON | 249,407 |
| CIRCLE 3 FEEDYARD | - |
| CLARK CHRISTIANSON | - |
| CLAY J. CARTER | 69,902 |
| CLIFFORD OLDHAM | - |
| CLYDE WOOLDRIDGE | - |
| COLTON DOWNEY | - |
| COREY KAY | 133,575 |
| CORNELISON FARMS, FLP | - |
| CPC LIVESTOCK | - |
| DALE PAGE | - |
| DAVE WINGO | 53,321 |
| DAVID HILBERT | 123,465 |
| DAVID PETERSON | 62,408 |
| DEAN CLUCK CATTLE CO. | - |
| DEMAIO FARM & RANCH | 244,180 |
| DENNIS JONES | 617 |
| DENNIS SPRESSOR | - |
| DIAMOND CATTLE FEEDERS | 8,442 |
| DIMMITT FEEDYARD, L.L.C | - |
| DON STALLBAUMER | - |
| DONALD MCDOWELL | - |
| DOUG VANGORP | - |
| DOUGLAS D. SUNDERMAN | - |
| DR DANIELS III | - |
| DR. JAMES M. BOYER | - |
| DS FARMS | 8,360 |
| DUDLEY WALDROP | 6,667 |
| DUSTY SPRESSOR | - |
| DWAYNE LOY | - |
| E 4 CATTLE CO | 156,694 |
| ECCO I LLC | - |
| ECF FARMS | - |

Page 2 of 7

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of October, 2011

| CUSTOMER | Account Balance |
|---|---:|
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 140,111 |
| ED EDENS UNAPPLIED CASH | (120,530) |
| ERIC DOLL | - |
| FAITH CATTLE CO. (CHAD HOUCK) | 123,480 |
| FELLER & COMPANY | - |
| FIVE RIVERS | - |
| FIVE RIVERS (CIMARRON FEEDERS, INC.) | 318,756 |
| FIVE RIVERS (GILCREST) | 520,888 |
| FIVE RIVERS (KUNER) | 514,231 |
| FIVE RIVERS (MALTA) | 259,931 |
| FIVE RIVERS (XIT FEEDERS) | 259,850 |
| FIVE RIVERS (YUMA) | 2,479,974 |
| FRANCIS J. MADISON | 60,087 |
| FRED SMITH | 110,457 |
| FREEMAN SHETLER | - |
| FRIONA INDUSTRIES, L.P. | 2,554,262 |
| FRONTERA FEEDYARD | 147,211 |
| G P CATTLE COMPANY | - |
| GANADO, INC | 227,966 |
| GARY CARTER | 68,696 |
| GARY LAIB | 104,064 |
| GARY ROBINSON | - |
| GARY SEALS | 363,019 |
| GIBSON FARMS, L.L.C. | 47,166 |
| GLENN FRANKLIN | - |
| GLOVER FARMS | 228,922 |
| H H H CATTLE CO | - |
| HANNAH BROUGHTON | - |
| HARLAN FEEDERS, INC. | - |
| HAROLD FELDKAMP | - |
| HARRY SHELTON | - |
| HENRY C HITCH FEEDLOT,I | - |
| HERITAGE FEEDERS | 626,745 |
| HIGH PLAINS FEEDLOT | - |
| HOHENBERGER CATTLE | 568,973 |
| HY-PLAINS FEEDERS | - |
| IVAN BYLER | - |
| J & S FEEDLOTS INC. | 59,613 |
| J BAR H CATTLE | 52,935 |
| J&L CATTLE CO | - |

Page 3 of 7

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of October, 2011

| CUSTOMER | Account Balance |
|---|---|
| JACOB LARSON | 14,548 |
| JAKE JOHNS | - |
| JAMES ED EDENS & LEE ED | 108,167 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEFF NOE | - |
| JEFFREY MADISON | - |
| JEREMY COFFEY | 6,531 |
| JERRY SHELTON | 135,908 |
| JERRY THOMPSON | 333,432 |
| JIM ROY WELLS CATTLE | 1,513 |
| JIM WOODS | 47,844 |
| JOE SCHMUCKER | 15,535 |
| JOE THOMPSON | 41,674 |
| JOHN ROSS | 108,131 |
| JON & JACK TOLLESON | - |
| JVCO, LLC | 181,882 |
| KEITH VARNER | - |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 524,001 |
| KENT DONICA | - |
| KEVIN SMITH | 155,034 |
| KEVIN UNDERWOOD | - |
| KIRBY JOHNSON | - |
| KIRKLAND FEEDYARDS INC. | - |
| KUENNING & SON | - |
| LANCE THORNBERRY | - |
| LANE CATTLE CO.,LLC | - |
| LARRY NICHOLS | - |
| LARRY OGLE | - |
| LARRY WAYNE GLOVER | - |
| LEN MILLER | - |
| LEROY SAYLOR | 135,927 |
| LHL PARTNERSHIP | 133,885 |
| LUEKEN DAIRY FARM INC | - |
| M.Y.C. | 220,715 |
| MAMOT FEEDYARD TK. INC. | - |
| MARK FREEMAN | 93,491 |
| MARK FREEMAN IV | 104,913 |
| MASON COUNTY FEEDYARD | - |
| MATT BRUMMETT | - |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of October, 2011

| CUSTOMER | Account Balance |
|---|---:|
| MATT JUNNEMAN | - |
| MATTHEW CATES | - |
| MELVIN MOTT | - |
| MID-AMERICA FEEDERS LLC | - |
| MIKE MASSEY | 935,652 |
| MITCH WILSON | - |
| MITCH WORRELL | - |
| MORRIS STOCK FARM | - |
| MULL FARMS & FEEDING | 102,692 |
| NATHAN FAUGHN | - |
| NORA P. DEAN (SCOTT) | - |
| NORTEX FEEDYARD | - |
| NU TECHNOLOGIES | 419,139 |
| OAKLAKE CATTLE COMPANY | 132,102 |
| ORBY MARTIN | - |
| P & R LIVESTOCK | 67,892 |
| PACO FEED YARDS INC. | - |
| PENNER CATTLE | 60,402 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| RALPH HOODENPYLE | - |
| RANCHLAND LIVESTOCK AUCTION | - |
| REX WELLS | - |
| RICK BEARD | 106,492 |
| RITTER FEEDYARD | 29,228 |
| ROBERT DOBBS | - |
| ROBERT MINOR | - |
| ROBERT NICHOLS | 1,580,584 |
| RODNEY ANDERSON | - |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| RONNIE REIMER FEEDYARD | - |
| ROYAL BEEF | 552,820 |
| RUSH CREEK RANCH | 178,233 |
| RUSSELL GARWOOD | - |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE /ROYCE STALLCUP(CHAD HOUCK) | 18,789 |
| SAM COUNTISS | - |
| SAM FOUSEK | 117,030 |
| SAM NEUKAM | - |
| SAUNDERS, BUCHER, BARBE | - |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of October, 2011

| CUSTOMER | Account Balance |
|---|---|
| SCHALLER BROTHERS | - |
| SCOTT GIBSON | (11,387) |
| SCOTT KEACH | - |
| SCOTT WEEKS | 25,120 |
| SEALY AND SON | - |
| SHANE STIERWALT | - |
| SOUTHEAST KANSAS STOCKYARDS | - |
| SOUTHEAST LIVESTOCK EXC | - |
| STANLEY BROUGHTON | - |
| STEPHEN DILKS | 118,762 |
| STEVE FLETCHER | 217,482 |
| STEVE KRAJICEK | - |
| STIERWALT RANCH | 294,278 |
| SUPREME CATTLE FEEDERS | 1,079,890 |
| TERRI BROWN | - |
| TERRY BABER | 66,215 |
| THOMAS BROTHERS | - |
| THORESON ENTERPRISES | - |
| TIM COOK | - |
| TIM MAY | - |
| TIM VIBBERT | - |
| TODD ROSENBAUM | 207,216 |
| TOM FREEMAN | - |
| TOM HERRMANN | 23,027 |
| TOM SVOBODA | - |
| TOMMY BEREND | - |
| TRAVIS DICKE | 293,217 |
| TRIANGLE CALF GROWERS (KIRKLAND FEEDERS)(ED EDENS) | 17,828 |
| TRUMAN MORGAN | - |
| VEACHEL ADWELL | - |
| VERNON INMAN | - |
| VTIK | - |
| WEBORG FEEDING CO.,LLC | - |
| WEST KENTUCKY LIVESTOCK | - |
| WILLIAM BUSH | 189,826 |
| WILLIAMS FARM | 39,583 |
| WILLIE DOWNS LIVESTOCK | - |
| WILLIE DOWNS LIVESTOCK INC | 6,428 |
| WILLIE DOWNS TRUCKING | - |
| WINTER LIVESTOCK | - |
| YOGI COPHER | - |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
Month of October, 2011

| CUSTOMER | Account Balance |
|---|---|
| Total Accounts Receivable as of October 31, 2011 | 31,716,950 |

Note: These balances have been restated to exclude unsupported transactions and balances for which checks were diverted by the debtor's employees.

Note 2: These balances are based on the debtor's books and records; balances are subject to change as accounts are researched.

Note 3: There is uncertainty as to the collectability of the receivables and as to whether the debtor is entitled to the proceeds.

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ▓▓▓▓▓▓▓▓▓
For the Period 10/1/11 to 10/31/11

00000873 DPB 034 161 30511 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |



## Chase BusinessClassic  (CHECKING)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 788,536.51 |
| Deposits & Credits | 3 | 12,991.33 |
| Checks Paid | 19 | (33,141.88) |
| Payments & Transfers | 6 | (18,552.47) |
| Fees, Charges & Other Withdrawals | 3 | (75.00) |
| Ending Balance | 31 | $749,758.49 |



RECEIVED
NOV -7 2011

J.P.Morgan

Page 1 of 6

**J.P.Morgan**

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account:
For the Period 10/1/11 to 10/31/11

## Deposits & Credits

| Date | Description | | Amount |
|---|---|---|---|
| 10/05 | Deposit | 943702049 | 425.00 |
| 10/19 | Deposit | 943702052 | 481.33 |
| 10/28 | Deposit | | 12,085.00 |
| **Total Deposits & Credits** | | | **$12,991.33** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1451 | 10/03 | 6,775.47 | 1458 | 10/03 | 30.94 | 1464 | 10/24 | 1,581.90 |
| 1452 | 10/03 | 281.70 | 1459 | 10/03 | 12.74 | 1465 | 10/27 | 485.48 |
| 1453 | 10/03 | 90.95 | 1460 | 10/03 | 814.15 | 1466 | 10/24 | 355.09 |
| 1454 | 10/04 | 51.70 | 1461 | 10/03 | 177.51 | 1467 | 10/24 | 21.58 |
| 1455 | 10/26 | 110.00 | 1462 | 10/03 | 550.00 | 1469 | 10/31 | 6,224.14 |
| 1456 | 10/14 | 325.00 | 1463 | 10/24 | 30.15 | 1470 | 10/31 | 223.38 |
| 1457 | 10/04 | 15,000.00 | | | | | | |

**Total Checks Paid** **($33,141.88)**

You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 10/14 | 10/14 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0357796 Trn: 1148700287Es | 8,588.56 |
| 10/14 | ADP Payroll Fees ADP - Fees 10Gx2  2175890 CCD ID: 9659605001 | 145.42 |
| 10/20 | 10/20 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0294806 Trn: 0546600293Es | 481.33 |
| 10/21 | ADP Payroll Fees ADP - Fees 10Gx2  2446609 CCD ID: 9659605001 | 44.95 |

**J.P.Morgan**

Page 2 of 6

*J.P. Morgan*

**Primary Account:**
For the Period 10/1/11 to 10/31/11

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 10/28 | 10/28 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0364954 Trn: 1212000301Es | 9,131.53 |
| 10/28 | ADP Payroll Fees ADP - Fees 10Gx2   2727950 CCD ID: 9659605001 | 160.68 |
| **Total Payments & Transfers** | | **($18,552.47)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/14 | Wire Online Domestic Fee | 25.00 |
| 10/20 | Wire Online Domestic Fee | 25.00 |
| 10/28 | Wire Online Domestic Fee | 25.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($75.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/03 | 779,803.05 | 10/19 | 756,573.70 | 10/26 | 753,923.70 |
| 10/04 | 764,751.35 | 10/20 | 756,067.37 | 10/27 | 753,438.22 |
| 10/05 | 765,176.35 | 10/21 | 756,022.42 | 10/28 | 756,206.01 |
| 10/14 | 756,092.37 | 10/24 | 754,033.70 | 10/31 | 749,758.49 |

J.P.Morgan



JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account:
For the Period 10/1/11 to 10/31/11

00000475 DPB 034 161 30511 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Mary A Durkott | (317) 684-3140 |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic   (ESCROW)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 8,698,427.16 |
| Deposits & Credits | 3 | 268,363.76 |
| Ending Balance | 3 | $8,966,790.92 |



RECEIVED NOV -7 2011

**J.P.Morgan**

Page 1 of 4

# J.P.Morgan

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account:
For the Period 10/1/11 to 10/31/11

## Deposits & Credits

| Date  | Description         | Amount     |
|-------|---------------------|------------|
| 10/05 | Deposit  943702048  | 9,315.92   |
| 10/11 | Deposit             | 30,135.91  |
| 10/19 | Deposit  943702051  | 178,911.93 |
| **Total Deposits & Credits** | | **$268,363.76** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date  | Amount       |
|-------|--------------|
| 10/05 | 8,707,743.08 |
| 10/11 | 8,787,878.99 |
| 10/19 | 8,966,790.92 |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 3 |
| Deposited Items | 4 |
| **Transaction Total** | **7** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

## J.P.Morgan





FIRST MERCHANTS BANK, NA  
MERIDIAN PLAZA BANKING CENTER  
PO BOX 792  
MUNCIE IN 47308-0792  
(800)205-3464

PAGE 1

FOR STATEMENT PERIOD: 10/01/2011 to 10/31/2011

014025  
EASTERN LIVESTOCK CO LLC JAMES A KNAUER  
TRUSTEE CASE #10-930904-BHL-11  
111 MONUMENT CIR STE 900  
INDIANAPOLIS IN 46204-5106

ACCOUNT NUMBER: ███████ 0

FREE BUSINESS*

Get your money, your way.  
Visit your local banking center for a free financial review today.  
Member FDIC.

## STATEMENT SUMMARY

| ACCOUNT NUMBER | DESCRIPTION | ENDING BALANCE |
|---|---|---|
| ███████ | CHECKING | 92,130.00 |

## SUMMARY FOR CHECKING

| | | |
|---|---|---|
| BEGINNING BALANCE | 10/01/2011 | 92,130.00 |
| DEPOSITS / MISC CREDITS | 0 | .00 |
| WITHDRAWALS / MISC DEBITS | 0 | .00 |
| ENDING BALANCE | 10/31/2011 | 92,130.00 |
| MINIMUM BALANCE | | 92,130 |
| SERVICE CHARGE | | .00 |
| AVERAGE COLLECTED BALANCE | | 92,130 |



RECEIVED NOV - 2 2011

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*