# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: edixon | Date Created: 11/28/2011 |
| Case: 10−93904−BHL−11 | Form ID: SF00100 | Total: 303 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10669364    Friona Industries, LP
10669855    AB Livestock, LLC

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Amelia Martin Adams | aadams@dlgfirm.com |
| aty | Andrea L Wasson | andreawassonatty@gmail.com |
| aty | Bret S. Clement | bclement@acs−law.com |
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Christie A. Moore | cm@gdm.com |
| aty | Christopher E. Baker | cbaker@hklawfirm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David A. Laird | david.laird@moyewhite.com |
| aty | David Alan Domina | dad@dominalaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Elliott D. Levin | robin@rubin−levin.net |
| aty | Elliott D. Levin | edl@rubin−levin.net |
| aty | Ivana B. Shallcross | ibs@gdm.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James B. Lind | jblind@vorys.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr. | jim@rubin−levin.net |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr | james.carr@bakerd.com |
| aty | James T Young | james@rubin−levin.net |
| aty | Jason W. Cottrell | jwc@stuartlaw.com |
| aty | Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| aty | Jeffrey J. Graham | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel | jancel@taftlaw.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates | jyates@swlaw.com |
| aty | Jill Zengler Julian | Jill.Julian@usdoj.gov |
| aty | John Huffaker | john.huffaker@sprouselaw.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell−law.net |
| aty | John M. Rogers | johnr@rubin−levin.net |
| aty | John M. Thompson | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III | jrciii@acs−law.com |
| aty | John W Ames | jwa@gdm.com |
| aty | Joshua N. Stine | kabritt@vorys.com |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring | lobring@msn.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kent A Britt | kabritt@vorys.com |
| aty | Kevin M. Toner | kevin.toner@bakerd.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher | kcrutcher@mcs−law.com |
| aty | Laura Day DelCotto | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant | courtmail@fbhlaw.net |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson | msgiberson@vorys.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Michael W. McClain | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler | moyler@rwsvlaw.com |
| aty | Randall D. LaTour | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr | rabell@vorys.com |
| aty | Robert H. Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@bakerd.com |

| | | |
|---|---|---|
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf–atty.com |
| aty | Sarah Stites Fanzini | sfanzini@hopperblackwell.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sab@gdm.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@binghammchale.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@bakerd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 81

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street    New Albany, IN 47150 |
| op | National Cattlemen's Beef Association | c/o Alice Devine    6031 SW 37th St.    Topeka, KA 66610 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs    3087 Ervin Town Rd.    Castlewood, VA 24224 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road    Carlisle, KY 40311 |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower    101 South Fifth Street    ?Louisville, KY 40202–3103 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA    PO Drawer 25008    Winston–Salem, NC 27114–5008 |
| 10361078 | Cattlco, LLC | c/o Nolan M. Johnson, Esq.    BASS, BERRY &SIMS PLC    100 Peabody Place, Suite 900    Memphis, TN 38103 |
| 10394176 | Tom M Caneff | Thomson West    610 Opperman Drive, D6– 11–3710    Eagan, MN 55123 |
| 10411904 | David Bowles dba Amos Development LLC | 1401 Pigeon fork Rd    Lawrenceburg, KY 40342 |
| 10417341 | Jeffery L. Young | 518 Willow Grove School Road    Allons, TN 38541 |
| 10423405 | Buetow, LeMastus &Dick PLLC | Terry L Stapp    1510 PNC Plaza    Louisville, KY 40202 |
| 10426340 | Ike's Trucking Inc. | P O Box 81    St. Paul, VA 24283 |
| 10428402 | David Marrs Gordon | 1758 Old Temple Hill Road    Tompkinsville, KY 42167 |
| 10433429 | Christine Family Enterprises, Inc. | Lincoln and Amber Crhistie    5161 Eagle Feather Rd.    Delta, CO 81416 |
| 10436742 | Fia Card Services, NA As Successor In Interest to | Bank of America NA and Mbna America Bank    1000 Samoset Drive    DE5–023–03–03    Newark, DE 19713 |
| 10440125 | Rita Cravens | 1525 Dogwalk Rd.    Alpine, TN 38543 |
| 10440153 | Reps Dispatch LLC | 16150 MCR 19    Fort Morgan, CO 80701 |
| 10445917 | DUKE ENERGY | EF–367    P.O. BOX 960    CINCINNATI, OHIO 45273–9598 |
| 10447304 | Steven R Taylor | 1010 Old Buck Creek Rd    Adolphus, KY 42120 |
| 10448547 | Fifth Third Bank | c/o Randall D. LaTour, Esq.    52 East Gay Street    Columbus, OH 43215 |
| 10450276 | Televent DTN, Inc | 9110 W. Dodge Road    Omaha, NE 68114 |
| 10451049 | Stokes Baird | PO Box 218    Munfordville, KY 42765 |
| 10452731 | John D. Thompson | P.O. Box 224    Edmonton, KY 42129 |
| 10453764 | Halee Bunch | Harlan E Judd III    McCracken &Judd PLLC    PO Box 27    Bowling Green, KY 42102 |
| 10453765 | Ben Armstrong | Rt 2 Box 256    Albany, KY 42602 |
| 10456544 | Charles Leon Isenberg | 4942 Edmonton Rd    Tompkinsville, KY 42167 |
| 10462137 | Bradley Rummel | 8860 W. Farm Road 112    Willard, MO 65781 |
| 10462216 | Wischmeier Trucking, Inc. | P.O. Box 244    Brownstown, IN 47220 |
| 10462217 | Marion Bradford | 197 Hidden Lake Rd.    Hendersonville, TN 37075 |
| 10462219 | Jay Burford | 108 Glenoaks Court    McDonough, GA 30223 |
| 10464561 | Randall Spurling Trucking | 2120 Spurling Rd.    Campbellsville, KY 42718 |
| 10467583 | David Rings | 1288 Frontage Road    Russell Springs KY 42642 |
| 10467586 | Reiter Trucking | 324 Elm St    Hereford, TX 79045 |
| 10470005 | Robert Brown | 325 Flat Lick Lane    Herndon KY 42236 |
| 10482938 | Arthur Lowhorn | 3160 Letterhead Oak Road    Albany, KY 42602 |
| 10482944 | BBFarms | 8090 Greensburg Rd.    c/o Keith Breeding    Greensburg, KY 42743 |
| 10482954 | Billy Neat | 705 B Neat Road    Columbia, KY 42728 |
| 10482956 | Blue Grass South Livestock Market, LLC | PO Box 438    277 Cordier Lane    Stanford, KY 40484 |
| 10482957 | Blue Grass Stockyards of Richmond, LLC | 348 K Street    Richmond, KY 40475 |
| 10482959 | Bluegrass Stockyards East, LLC | PO Box 765    Mt. Sterling, KY 40353 |
| 10482960 | Bluegrass Stockyards of Campbellsville, | PO Box 509    Campbellsville, KY 42719 |
| 10482962 | Bob Sawyers | 616 Willis Creek Rd.    Albany, KY 42602 |
| 10482965 | Bovine Medical Associates | 1500 Soper Rd.    Carlisle, KY 40311 |
| 10482966 | Boyd Copas | 2195 E. Phillippi Church Rd.    Tompkinsville, kY 42167 |
| 10482969 | Bradbury &York Cattle | PO Box 588    Tatum, TX 75691 |
| 10482984 | Carolyn Bledsoe | 1131 Weed Sparksville Rd.    Columbia, KY 42728 |
| 10482992 | Charlie Dee Brown | 4931 Old Burkesville Rd.    Albany, KY 42602 |
| 10482994 | Chip Miller Trucking | PO Box 126    c/o Chip Lee Miller    St. George, KY 66535 |
| 10482999 | Clinton Alton Darnell | 480 Blevins Hollow Rd.    Piney Creek, NC 28663 |

```
10483003    CPC Livestock          13196 Holland Road        Fountain Run, KY 42133
10483006    Crumpler Brothers      4925 Friberg Church Rd.   Wichita Falls, TX 76305
10483013    Dante Zago             8201 Couchville Pk.       Mt. Juliet, TN 37122
10483017    David E. Read          583 Love Knob Rd.         Glasgow, KY 42141
10483018    David Gordon           1758 Old Temple Hill Rd.  Tompkinsville, KY 42167
10483027    Dick Wallace           8045 FM 182               Gatesville, TX 76528
10483032    Dollar K Cattle        PO Box 125                Elmore City, OK 73433
10483033    Donald Hawks           8829 Finney Rd.           Glasgow, KY 42141
10483034    Donald R. Alexander    16550 Cainsville Rd.      Lancassas, TN 37085
10483044    Dwayne Smith           4238 Garfield Hinds Rd.   Monroe, TN 38573
10483049    Eddie Eicke            11888 CR 1202             Snyder, TX 79549
10483056    Ephriam Wilson         5614 County House Rd      Tompkinsville, KY 42167
10483058    Farmers Livestock Marketing    PO Box 87         Carthage, MS 39051
10483061    Floyd County Treasurer         PO Box 2010       New Albany, IN 47151
10483067    Fousek Farms &Trucking, LLC    28381 US Hwy 281  Armour, SD 57313
10483076    Gary Tate              6510 West Lake Rd.        Abilene, TX 79601
10483088    Hardee Livestock Market, Inc.  PO Box 1479       Wauchula, FL 33873
10483092    Homer Copeland         295 Copeland Ln.          Celina, TN 38551
10483098    JJLivestock Trucking   PO Box 202                Darrouzett, TX 79024
10483099    J.C. Bar Trucking, Inc.   210 Windy Lane    c/o Charles Graham    Gatesville, TX 76528
10483120    Jerry Bagby            5360 Hwy. 1464            Greensburg, KY 42743
10483122    Jerry Middletom        1108 W. Ridge             McAlester, OK 74501
10483125    Jesse R. Brown         107 Karakal Dr.           Glasgow, KY 42141
10483127    Jimmie Dale High       1150 Sulphur Lick Rd      Tompkinsville, KY 42167
10483131    Jimmy Hendrick         PO Box 127                Smiths Grove, KY 42171
10483132    Jimmy Manion           107 Indie Circle          Glasgow, KY 42141
10483138    Joplin Regional Stockyards, Inc.   PO Box 634    Carthage, MO 64836
10483144    Junior Martin          1233 Hollow Rd            Glasgow, KY 42141
10483159    Kness Trucking, Inc.   PO Box 463        c/o Judith Kness    Chadwick, IL 61014
10483162    LFCattle               8365 W. FM 217    c/o Troy Lathan &Joe Foote    Gatesville, TX 76528
10483163    Larry Bragg            305 Bradshaw Rd.          Austin, KY 42123
10483176    Lenny Asbury           650 Mahogany Lane         Hardyville, KY 42746
10483178    Leonard Clifton Smith  1133 Brown Road           Park City, KY 42160
10483198    Maxine Morgan Estate   3965 Lawson Bottom Rd.    Burkesville, KY 42717
10483204    Michael Emberton       1491 Sulphur Lick Rd.     Tompkinsville, KY 42164
10483209    Mid–South Livestock Center, LLC    PO Box 3033   Lebanon, TN 37088
10483211    Milligan Farms         651 Grassy Springs Rd.    Columbia, KY 42728
10483220    Northwest Alabama Livestock Auction    PO Box 459    Russellville, AL 35653
10483223    Okeechobee Livestock Market, Inc.   PO Box 1288  Okeechobee, FL 34973
10483227    Peggy Smith Carey      1321 Brown Road           Park City, KY 42160
10483229    Phil Mulder Trucking, Inc.   PO Box 205 Main St.    Doon, IA 51235
10483233    Phillip Nathan Acree   175 Donald Hurt Rd.       Summer Shade, KY 42166
10483234    Phillip Taylor Reed    21 Reed Rd.               Foraker, OK 74652
10483242    Randy Nelson           208 Butler St.            Columbia, KY 42728
10483250    Richard Rivers Trucking    11510 Tanner Williams Rd.    Lucedale, MS 39452
10483261    Roger Turner           9046 Old Glasgow Rd.      Mt. Hermon, KY 42157
10483262    Rolando Acotsa–Reza    PO Box 503                Alliance, NE 69301
10483263    Ron Neufeld Trucking   5590 NE 157th Terr        Williston, FL 32696
10483268    Roy Kinslow            1844 Dripping Springs     Glasgow, KY 42141
10483280    Seibert Cattle Co., LLC    1136 E. Campbell Ave.    Phoenix, AZ 85014
10483297    Superior Livestock Auction, Inc.   PO Box 38     Brush, CO 80723
10483315    Thompson Brothers      1448 S. Jackson Hwy.      Hardyville, KY 42746
10483317    Tim Vibbert            444 Jack Brown Rd         Glasgow, KY 42141
10483353    Westley Kinslow        2371 Dripping Springs Road    Glasgow, KY 42141
10483355    Willard R. Odle        491 Goodluck Beaumont Rd.     Edmonton, KY 42129
10483386    CATTLE COUNTRY VIDEO   P.O. BOX 399              TORRINGTON, WY 82240
10483471    SEALY AND SON          700 HIGHWAY 80 E          UNIONTOWN, AL 36786
10483475    SOLM, INC.             P.O. BOX 939              APACHE, OK 73006
10483489    TOM SVOBODA            3065 AA AVE               HERINGTON, KS 67449
10483497    BAR K CATTLE           1275 7TH AVE              SIOUX CENTER, IA 51250
10483521    WEBORG FEEDING CO.,LLC    1737 V ROAD            PENDER, NE 68047
10483525    3 B Farms              709 N. Pratt   P.O. Box 6    Yates Center, KS 66783
10483547    Arcadia Stockyard      P.O. Drawer 1418          Arcadia, FL 34265
10483549    Arthur Lowhorn         Rt 2              Albany, KY 42602
10483565    BBL Cattle             Box 39            Blackwell, TX 79506
10483587    Bluegrass Maysville Stockyard, LLC    7124 AA Highway East    Maysville, KY 41056
10483610    Breeding Bros          9440 Columbia Hwy         Greensburg, KY 42743
10483611    Brenda Hunt            1419 Akersville Rd        Fountain Run, KY 42133
10483627    Byron Lang Inc.        P.O. Box 301              Jackson, MO 63755
10483652    Charles Graham         PO Box 775                Gatesville, TX 76528
10483680    Columbia Livestock Market    P.O. Box 354        Lake City, FL 32056
10483702    Dale Stull Trucking    Box 41            Nara Visa, NM 88430
10483757    Eagle Bay, Inc         P.O. Box 1284             Okeechobee, FL 34973
10483851    Haigh Livestock,LLC    P.O. Box 447              Merrill, OR 97633
10483883    J.C. Powell            Box 1389                  Lindale, TX 75771
10483886    Jack Schlessiger       1266 N E 120 Road         Claflin, KS 67525
10483898    Jason Farmer Transportation    Jason Farmer    192 County Road 427    Lorena, TX 76655
10483923    Jimmy Rogers, Inc.     5042 Hwy 54               Liberal, KS 67901
```

| ID | Name | Address |
|---|---|---|
| 10483936 | John Cowherd | Attorney At Law,PC   P.O. Box 268   Mount Vernon, MO 65712 |
| 10483958 | Keeton Cooper | 1397 Upper Hilham Rd   Livingston, TN 38570 |
| 10483968 | Kentucky American Water | PO Box 578   Alton, IL 62002–0578 |
| 10483974 | Keywood Animal Clinic, LLC | P.O. Box 2195   21492 Vances Mill Rd.   Abingdon, VA 24211 |
| 10483985 | L.W. Miller Trucking Inc. | 94 N. 400 West   No. Salt Lake, UT 84054 |
| 10484016 | Livestock Dispatch Service | Steve Hendershot   P.O. Box 133   La Porte City, IA 50651 |
| 10484031 | Madison Welch | 4030 N. 900 E.   Lafayette, IN 47905 |
| 10484048 | Matthew White | 577 Jamestown Hwy   Livingston, TN 38570 |
| 10484062 | Mid State Waste | P.O. Box 2068   Glasgow, KY 42142 |
| 10484091 | Nelson Trucking Inc | Jefferey Nelson   2547 Cold Spring Road   Mountain City, TN 37683 |
| 10484159 | Rex Elmore | 1817 Tobacco Rd   Glasgow, KY 42141 |
| 10484166 | Richardson, Inc | P.O. Box 172   Lucerne, CO 80646 |
| 10484233 | Southland Haulers LLC | Howard Compton   P.O. Box 142   Brantley, AL 36009 |
| 10484236 | Star Kan Inc | P.O. Box 130   Edna, KS 67342 |
| 10484251 | T R Smith Livestock | 921 West Choctaw Street   Lindsay, OK 73052 |
| 10484257 | Tennessee Livestock Producers | P.O. Box 313   Columbia, TN 38402–0313 |
| 10484264 | The Animal Hospital | P.O. Box 6   Campbellsville, KY 42719 |
| 10484278 | Timmy Slinker | 1967 Columbia Rd   Edmonton, KY 42129 |
| 10484284 | Tony F. Setzer | Farm Credit Of Western Ok, PCA   Route 1, Box 39   Colony, OK 73021 |
| 10484286 | Townsend Livestock Market | P.O. Box 577   Madison, FL 32341 |
| 10484326 | Williams Cattle Co. | P.O. Box 447   London, KY 407430447 |
| 10484335 | Winona Stockyard–custodial | c/o Bank of Winona   PO Box 231   Winona, MS 38967 |
| 10488847 | American Express Travel Related Services Co Inc | Corp Card   c/o Becket and Lee LLP   POB 3001   Malvern PA 19355–0701 |
| 10484127 | Platt Livestock, LLC | P.O. Box 164   New Castle, UT 84756 |
| 10509695 | Capitol Indemnity Corporation | P.O. Box 5900   Madison, WI 53705–0900 |
| 10509706 | Lawrence County Treasurer | 916 15th Street, Ste. 27   Bedford, IN 47421–3852 |
| 10482952 | Bill Warren | 108 Qualls Lane   Livingston, TN 38570 |
| 10483048 | Eddie Claywell | Harlan E Judd III   PO Box 27   Bowling Green, KY 42102 |
| 10482941 | Athens Stockyard, LLC | c/o Thomas E Ray   130 Jordan Dr   Chattanooga, TN 37421 |
| 10483860 | High &High | 1150 Sulphur Lick Rd   Tompkinsville, KY 42167 |
| 10520834 | Indiana American Water | P.O. Box 578   Alton, IL 62002 |
| 10483730 | Dennis Neat | 6198 Burkesville Rd   Columbia, KY 42728 |
| 10483679 | Columbia Gas Company Of Kentucky | 200 Civic Center Dr., 11th Floor   Columbus, OH 43215 |
| 10484141 | Rachael Phelps | 3133 Lawson Bottom Rd   Burkesville, KY 42717 |
| 10534761 | Republic Bank and Trust Company | 661 South Hurstbourne Parkway   Louisville, KY 40222–5040 |
| 10483072 | Gabriel Moreno Medina | c/o The Law Offices of Stephen H. Nickey   1201 N Mesa Ste B   El Paso TX 79902 |
| 10552611 | Coffeyville Livestock Market, LLC | c/o William E. Smith, III   Kightlinger &Gray, LLP   Bonterra Building, Suite 200   3620 Blackiston Blvd.   New Albany, IN 47150 |
| 10576614 | Michael J. Walro, Trustee for | East West Trucking Co., LLC   426 East Main Street   Madison, IN 47250 |
| 10590302 | Verizon Wireless | PO BOX 3397   Bloomington, IL 61702 |
| 10607820 | Torrington Livestock Cattle Company | PO Box 1097   Torrington, WY 82240 |
| 10607907 | Nu Technologiesm Inc. | 9203 Valaretta Drive   Gretna, NE 68208 |
| 10612973 | Gary S. Bell | PO Box 122   Edmonton, KY 42129 |
| 10624217 | Heritage Feeders, LP | c/o Judy Hamilton Morse and John M. Thom   Crowe &Dunlevy,P.C.   20 North Broadway, Ste. 1800   Oklahoma City,OK 73102 |
| 10627816 | Rosenbaum Feeder Cattle, LLC | P.O. Box 411   Glade Spring, VA 24340 |
| 10633550 | General Electric Capital Corporation | 300 John Carpenter Fwy Suite 207   Irving, Texas 75062 |
| 10642069 | UNITED PARCEL SERVICE | c/o RMS Bankruptcy Recovery Services   P.O. Box 5126   Timonium, Maryland 21094 |
| 10642670 | Intrust Bank, NA | c/o Jeffrey E. Ramsey, Esq.   Hopper Blackwell, P.C.   111 Monument Circle, Suite 452   Indianapolis, IN 46204 |
| 10648752 | Glen Franklin | PO Box 703   House NM 88121 |
| 10651171 | Ron P. Reed | PO Box 695   Pawhuska OK 74056 |
| 10664065 | Mr. Louis Cernoch, Jr. | c/o Laura L. Worsham   Jones, Allen &Fuquay, LLP   8828 Greenville Ave.   Dallas, TX 75243 |
| 10653236 | Moseley Cattle Auction LLC | PO Box 548   Blakely GA 39823 |
| 10657446 | Jerry N. Bagby | 5360 Hwy. 1464   Greensburg, KY 42743 |
| 10659451 | Hirsch Partnership | c/o Lynn D. Hirsch and Steven K. Hirsch   502 Locust Lane   Shelbyville KY 40065–9700 |
| 10659775 | Fredin Brothers, Inc. | P.O. Box 37   Springfield, MN 56087 |
| 10661105 | Irsik &Doll Feed Services, Inc. | P.O. Box 847   Cimarron, KS 67835–0847 |
| 10661220 | Grant Gibson | c/o Michael W. McClain, Esq.   Ballinger McClain, PLLC   9720 Park Plaza Avenue   Suite 102   Louisville, KY 40241 |
| 10661314 | GP Cattle, LLC | c/o Michael W. McClain, Esq.   Ballinger McClain, PLLC   9720 Park Plaza Avenue   Suite 102   Louisville, KY 40241 |
| 10662496 | East Tennessee Livestock Center, Inc. | Attn: jennifer Houston, Treasurer   P.O. Box 326   Sweetwater, TN 37874 |
| 10662500 | Thoreson Ranch, Inc. | c/o Jerry W. Potocnik   1200 NW South Outer Road   Blue Springs, MO 64015 |
| 10662509 | Turner County Stockyards, Inc. | Attn: Roy Wiggins, Secretary/Treasurer   1315 US Hwy 41 S   Ashburn, GA 31714 |
| 10663191 | Peoples Bank of Coldwater Kansas | Attn: Wynn Alexander   101 E. Main Street   Coldwater, KS 67029 |
| 10664346 | Southeast Livestock Exchange, LLC | Attn: John M. Queen,III, Member Manager   PO Box 1306   Waynesville, NC 28786 |

| ID | Name | Address |
|---|---|---|
| 10666561 | Cattlemen's Livestock Auction Market, Inc. | 3305 US Highway 92 E, Lakeland, FL 33802 |
| 10666602 | Ocala Livestock Market, Inc. | 9100 NW Highway 25A, Ocala, FL 3348 |
| 10666603 | Sumter County Farmers Market, Inc. | 524 North Market Blvd., Webster, FL 33597 |
| 10666686 | Oak Lake Cattle Co. | 1055 U.S. Highway 98 North, Okeechobee, FL 34973 |
| 10666754 | Daniel Martin Byrd | c/o Oak Lake Cattle Co., 1055 U.S. Highway 98 North, Okeechobee, Florida 34973 |
| 10667078 | Ron Sizemore Trucking, Inc. | 9871 S.E. 22nd Avenue, Webster, FLORIDA 33597 |
| 10667081 | Cattlemen's Livestock Auction Market, Inc. | 3305 U.S. Highway 92 E., Lakeland, Florida 33802 |
| 10667082 | North Florida Livestock Market, Inc. | 12171 S. U.S. Highway 441, Lake City, FL 32025 |
| 10667191 | Eicke Ranch II | 11888 Co. Rd 1202, Snyder, Texas 79549 |
| 10667192 | Bynum Ranch Company c/o Tommy Bynum | P. O. Box 104, Sterling City, Texas 76951 |
| 10667193 | Bill Davis | 726 W. FM 2335, Christoval, Texas 76935 |
| 10667194 | Davis Quarter Horse c/o Bill Davis | 7726 W. FM 2335, Christoval, Texas 76935 |
| 10667195 | Johnny Mayo, Jr. | P. O. Box 317, Eldorado, Texas 76936 |
| 10667196 | Bobby &Debby Bynum | P. O. Box 43, Rankin, Texas 79778 |
| 10667197 | Frank Powell | 700 W. Denger, Midland, Texas 79705 |
| 10667198 | Walter Hills | 3377 FM 1226 N., Anson, Texas 79501 |
| 10667545 | FPC Financial, f.s.b | Robert Allen, c/o John Deere Credit, 23176 Network Place, Chicago, IL 60673–1231 |
| 10667675 | Deere &Company | Robert Allen, c/o John Deere Credit, 23176 Network Place, Chicago, IL 60673–1231 |
| 10667744 | Bluegrass Stockyards, LLC | Attn: Jim Akers, COO, P. O. Box 1023, Lexington, KY 40588 |
| 10668327 | Kathryn L. Pry, Chapter 7 Trustee of the Bankruptc | c/o Meredith R. Thomas, Dale &Eke, P.C., 9100 Keystone Crossing, Suite 400, Indianapolis, IN 46240 |
| 10668721 | Vermilion Ranch Corporation d/b/a Northern Livesto | 2433 North Frontage Road, Billings, MT 59101 |
| 10669071 | Anna Gayle Gibson | 534 Justice Ln, Providence KY 42450 |
| 10669164 | Gibson Farms LLC | c/o Anna Gayle Gibson, 534 Justice Ln, Providence KY 42450 |
| 10669461 | JFOklahoma Holdings, Inc. | c/o David LeBas, Attorney, Naman Howell Smith &Lee, PLLC, 8310 Capital of Texas Hwy., North, Suite, Austin, Texas 78731 |
| 10669490 | Mark Freeman, III | c/o Guy Clark, Esq., Northcutt, Clark, Gardner, Hron &Brune, PO Box 1669, Ponca City, OK 74602 |
| 10669629 | James A. Knauer, Trustee | 111 Monument Circle, Suite 900, Indianapolis, IN 46204 |
| 10669717 | J &L Farms, LLC | c/o Thompson Hine LLP, Attention John Kopf, 41 South High Street, 17th Floor, Columbus, Ohio 43215 |
| 10669876 | Cactus Growers, Inc. | c/o John H. Lovell, Lovell, Lovell, Newsom &Isern, LLP, 112 W. 8th Ave., Suite 1000, Amarillo, Texas 79101 |
| 10706719 | Cullman Stockyard, Inc. | c/o Thomas C. Scherer, Esq., Bingham McHale LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204 |
| 11061487 | Peoples Bank and Trust Company of Pickett County | c/o Lisa Koch Bryant, Foley Bryant Holloway &Raluy, 500 West Jefferson Street, Suite 2450, Louisville, KY 40202 |
| 11087661 | The First Bank and Trust Company | c/o Ayres Carr &Sullivan, P.C., 251 East Ohio Street, Suite 500, Indianapolis, IN 46204–2184 |

TOTAL: 220