UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### OBJECTION TO JOPLIN AND SUPERIOR'S RESPONSE TO FIFTH THIRD'S LIMITED STATEMENT

Fifth Third Bank ("Fifth Third"), by and through undersigned counsel, hereby files this Objection to the Response to Fifth Third Bank's "Limited Statement" on Purchase Money Claims Report Trust Issues [Dkt. 854] (the "Superior-Joplin Response") filed by Joplin Regional Stockyards ("Joplin") and Superior Livestock Auction, Inc. ("Superior"), and in support of such Objection states as follows:

### Background

1. On May 23, 2011, the Trustee filed his Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account [Dkt 501] (the "Purchase Money Claims Report").

2. Certain parties in interest, including Stockman Oklahoma Livestock Marketing, Inc. ("SOLM"), Crumpler Bros. ("Crumpler"), and the Bank of Kremlin ("Kremlin/Kuehny"), objected to the Purchase Money Claims Report, in part relying on a theory of "constructive trust" as a means to defeat the Trustee's asserted interests in cattle and cattle proceeds.

3. On June 23, 2011, the Trustee filed his Reply to Objections to Purchase Money Claims Report [Dkt 564] (the "Purchase Money Reply"). The Purchase Money Reply asserts, in relevant part, that constructive trust arguments such as those advanced by SOLM, Crumpler, and Kremlin/Kuehny, must fail as a matter of law.

1

4. On July 1, 2011, this Court entered the First Order Regarding Trustee's Purchase Money Claims Report [Dkt 587] (the "First Order"), requiring certain parties in interest to file proposed scheduling orders for proposed proceedings to resolve the objections raised by such parties in interest.

5. On July 25, 2011, this Court entered that certain Scheduling Order Regarding Contested Matter Involving Trustee's Purchase Money Claims Report and Objections Filed by SOLM, Crumpler Bros., Kuehny and the Bank of Kremlin [Dkt 622] (the "Scheduling Order"). The Scheduling Order was entered pursuant to the First Order, and expressly notes that certain issues raised in consideration of the Purchase Money Claims Report and certain objections thereto remain unresolved -- particularly objections related to the Trustee's assertion that constructive trust arguments asserted by certain objectors fail as a matter of law.

6. Pursuant to the Scheduling Order, parties in interest were required to file legal memorandum stating their position on whether "applicable state law can operate to impose a constructive trust over proceeds of the Debtor's sale of cattle absent a prepetition judicial determination impressing such a constructive trust over Debtor's assets" (the "Dispositive Issue"). Such memoranda were to be filed on or before September 30, 2011, with any response to such memoranda due on or before October 14, 2011.

7. On September 30, 2011, the date memoranda were due pursuant to the Scheduling Order, this Court entered the Agreed Motion to Extend Deadlines in Scheduling Order Regarding Contested Matters Involving Trustee's Purchase Money Claims Report and Objections filed by SOLM, Crumpler Bros., Kuehny and the Bank of Kremlin [Dkt. 733] (the "Extension Order"). Pursuant to the Extension Order, all dates in the Scheduling Order were extended for an additional thirty (30) days. Accordingly, pursuant to the Extension Order, memoranda on the

Dispositive Issue were to be filed no later than October 31, 2011, with responses to such memoranda due no later than November 14, 2011.

8.     Fifth Third Bank filed its Limited Statement and Memorandum in Support of Trustee's Omnibus Reply to Objections to Purchase Money Claims Report [Dkt. 787] (the "Limited Statement") in accordance with the Scheduling Order and the Extension Order on October 28, 2011.  The Limited Statement indicates Fifth Third's support for the position espoused by the Trustee in the Purchase Money Reply with respect to the Dispositive Issue.

### Statement of Objection

9.     In the Superior-Joplin Response, Superior and Joplin note that, pursuant to the Final order, "the parties have agreed to litigate specific "reserved objections" in separate *contested matters* or adversary proceedings."  (Superior-Joplin Response at ¶ 8(a), emphasis added).  It is in accordance with the resolution of just such a reserved objection, in just such a contested matter, that Fifth Third filed its Limited Statement.

10.    As is made clear by both the First Order and the Scheduling Order, issues related to the Purchase Money Claims Report *were*, in fact, outstanding -- notwithstanding Superior and Joplin's assertions to the contrary.  The Scheduling Order and the Extension Order were entered by this Court in pursuit of a resolution of such outstanding issues.  The Limited Statement was both timely and appropriately filed in accordance with both the Scheduling Order and the Extension Order.  Accordingly, the relief[1] requested by Superior and Joplin in the Superior-

---

[1] It is unclear what relief Superior and Joplin may be seeking – neither party moves this Court to strike any pleading filed by Fifth Third.  Rather, it appears that Superior and Joplin are merely seeking permission to "ignore", and requesting this Court to similarly ignore, pleadings filed by Fifth Third with respect to the Dispositive Issue.

3

Joplin Response is both incorrect and inappropriate, and Fifth Third respectfully requests that such relief be DENIED.

November 28, 2011                                  Respectfully submitted,

/s/ Randall D. LaTour
Randall D. LaTour (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Email: rdlatour@vorys.com

*Attorneys for Fifth Third Bank*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of November, 2011, a copy of the foregoing was served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

- David L. Abt    davidabt@mwt.net
- Amelia Martin Adams    aadams@dlgfirm.com
- John W Ames    jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
- Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker    cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles    crb@gdm.com, shm@gdm.com
- Steven A. Brehm    sab@gdm.com, bfb@gdm.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com
- Lisa Koch Bryant    courtmail@fbhlaw.net
- James M. Carr    james.carr@bakerd.com, patricia.moffit@bakerd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell    jwc@stuartlaw.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson    jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
- Dustin R. DeNeal    dustin.deneal@bakerd.com, patricia.moffit@bakerd.com;sarah.herendeen@bakerd.com
- Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl    tearl@rwsvlaw.com
- Shawna M Eikenberry    shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
- Jeffrey R. Erler    jeffe@bellnunnally.com
- Sarah Stites Fanzini    sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Melissa S. Giberson    msgiberson@vorys.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

- Terry E. Hall    terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
- John David Hoover    jdhoover@hooverhull.com
- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe    jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Jill Zengler Julian    Jill.Julian@usdoj.gov
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock    eknoblock@daleeke.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind    jblind@vorys.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- James Edwin McGhee    mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
- William Robert Meyer    rmeyer@stites.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern    wsnewbern@msn.com

- Shiv Ghuman O'Neill     shiv.oneill@bakerd.com
- Matthew J. Ochs     kim.maynes@moyewhite.com
- Michael Wayne Oyler     moyler@rwsvlaw.com
- Ross A. Plourde     ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader     wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
- Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
- Jeffrey E. Ramsey     jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman     ksmith@redmanludwig.com, kzwickel@redmanludwig.com
- Joe T. Roberts     jratty@windstream.net
- Susan K. Roberts     skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson     mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers     Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers     johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers     jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow     jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Thomas C Scherer     tscherer@binghammchale.com, mmcclain@binghammchale.com
- Ivana B. Shallcross     ibs@gdm.com
- James E. Smith     jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith     wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley     robert.stanley@bakerd.com
- Joshua N. Stine     kabritt@vorys.com
- Andrew D Stosberg     astosberg@lloydmc.com, bmarks@lloydmc.com
- Meredith R. Thomas     mthomas@daleeke.com
- John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner     kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson     andreawassonatty@gmail.com
- Stephen A. Weigand     sweigand@ficlaw.com
- Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White     swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates     jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com
- James T Young     james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net

/s/ Randall D. LaTour
Randall D. LaTour