UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC            CASE NO. 10-93904
                                                                 CHAPTER 11
       DEBTOR

## NOTICE OF FILING OF OBJECTION
## IN FRIONA ADVERSARY PROCEEDING CASE NO. 11-59093

Come the Claimants and Parties in interest East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Alton Darnell, Bluegrass Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards East, LLC, Bluegrass Stockyards of Campbellsville, LLC, and Bluegrass-Maysville Stockyards, LLC, (collectively the "Cattle Producers"), by counsel, and hereby give Notice of their attached Objection to Cactus Motion for Summary Judgment against Robert Nichols et.al., filed in the Friona Industries Adversary Proceeding Case No. 11-59093.

                                              Respectfully submitted,

                                              DELCOTTO LAW GROUP PLLC

                                              /s/ Laura Day DelCotto, Esq.
                                              200 North Upper Street
                                              Lexington, KY  40507
                                              Telephone:  (859) 231-5800
                                              Facsimile:   (859) 281-1179
                                              ldelcotto@dlgfirm.com
                                              COUNSEL FOR CATTLE PRODUCERS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2011 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt.
davidabt@mwt.net

John W. Ames
C. R. Bowles, Jr.
jwa@gdm.com
crb@gdm.com
shm@gdm.com
tlm@gdm.com
rtowbridge@kslaw.com
COUNSEL FOR SOUTHEAST
LIVESTOCK EXCHANGE, LLC AND
MOSELEY CATTLE AUCTION, LLC

Jerald I. Ancel
Jeffrey J. Graham
jancel@taftlaw.com
jgraham@taftlaw.com
krussell@taftlaw.com
ecfclerk@taftlaw.com

T. Kent Barber
kbarber@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

Robert A. Bell, Jr.
rabell@vorys.com

Lisa Koch Bryant
courtmail@fbhlaw.com

James M. Carr
james.carr@bakerd.com
patricia.moffit@bakerd.com

John R. Carr, III
jrciii@acs-law.com
sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com
lharves@daleeke.com
mthomas@daleeke.com

Bret S. Clement
bclement@acs-law.com
sfinnerty@acs-law.com

Jason W. Cottrell
jwc@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com
jparson@mcs-law.com
cmarshall@mcs-law.com

Laura Day DelCotto
ldelcotto@dlgfirm.com
dlgecf@dlgfirm.com
dlgecfs@gmail.com

Dustin R. DeNeal
Dustin.deneal@bakerd.com
Patricia.moffit@bakerd.com

David Alan Domina
dad@dominalaw.com
KKW@dominalaw.com
efiling@dominalaw.com

2

Daniel J. Donnellon
ddonnellon@ficlaw.com
knorwich@ficlaw.com

Jesse Cook-Dubin
jcookdubin@vorys.com
vdarmstrong@vorys.com

Trevor L. Earl
tearl@rwsvlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com
smattingly@dsf-atty.com

Darla J. Gabbitas
Darla.gabbitas@moyewhite.com

Melissa S. Giberson
msgiberson@vorys.com

Terry E. Hall
terry.hall@bakerd.com
sharon.korn@bakerd.com
sarah.herendeem@bakerd.com

Joseph H. Hogsett
Jeffrey L. Hunter
Jill Z. Julian
Jill.Julian@usdoj.com
Jeff.Hunter@usdoj.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com
lynn.acton@sprouselaw.com
rhonda.rogers@sprouselaw.com

James Bryan Johnston
bjtexas59@hotmail.com
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Edward M. King
tking@fbtlaw.com
dgioffe@fbtlaw.com

James A. Knauer
jak@kgrlaw.com
hns@kgrlaw.com

Theodore A. Konstantinopoulos
ndohbky@jbandr.com

David A. Laird
david.laird@moyewhite.com
lisa.oliver@moyewhite.com
deanne.stoneking@moyewhite.com

Randall D. LaTour
rdlatour@vorys.com
khedwards@vorys.com

David L. LeBas
dlebas@namanhowell.com
koswald@namanhowell.com

Elliott D. Levin
robin@rubin-levin.net
edl@trustesolutions.com
atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com
lisa.geeding@dinslaw.com
patrick.burns@dinslaw.com

James B. Lind
jblind@vorys.com
COUNSEL FOR FIFTH THIRD BANK

Karen L. Lobring
lobring@msn.com

3

John Hunt Lovell
john@lovell-law.net
sabrina@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com
William Robert Meyer, II
rmeyer@stites.com

James E. McGhee, III
mcghee@derbycitylaw.com

Allen Morris
amorris@stites.com
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com
ecf@crowedunlevy.com
donna.hinkle@crowedunlevy.com
karol.brown@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
matt.ochs@moyewhite.com
kim.maynes@moyewhite.com

Michael W. Oyler, Esq.
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com
erin.clogston@mcafeetaft.com

Wendy W. Ponader
Wendy.ponader@bakerd.com
Sarah.henderson@bakerd.com

Timothy T. Pridmore
tpridmore@mcjllp.com
lskibell@mcjllp.com

Susan K. Roberts
skr@stuartlaw.com
lbt@stuartlaw.com

Mark A. Robinson
mrobinson@vhrlaw.com
dalbers@vhrlaw.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com
Joyce.jenkins@dinslaw.com

John M. Rogers
johnr@rubin-levin.net
susan@rubin-levin.net

James E. Rossow, Jr.
jim@rubin-levin.net

Ashley S. Rusher, Esq.
asr@blancolaw.com

Thomas C. Scherer, Esq.
tscherer@binghammchale.com

William E. Smith, III
wsmith@k-glaw.com

Robert K. Stanley
Robert.stanley@bakerd.com

Meredith R. Thomas
mthomas@daleeke.com
kmark@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com
jody.moore@crowedunlevy.com
donna.hinkle@crowedunlevy.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

4

| | |
|---|---|
| Stephen A. Weigand<br>sweigand@ficlaw.com | Jessica E. Yates<br>jyates@swlaw.com<br>edufficy@swlaw.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov<br>UNITED STATES TRUSTEE | James T. Young<br>james@rubin-levin.net<br>ATTY_JTY@trusteesolutions.com |
| Sean T. White<br>swhite@hooverhull.com | kim@rubin-levin.com<br>lemerson@rubin-levin.com |

    I further certify that on November 29, 2011, a copy of the foregoing Notice of Filing of Objection in Friona Adversary Proceeding Case No. 11-59093 was mailed by first-class U.S. mail, postage prepaid and properly addressed, to the following:

| | |
|---|---|
| Bovine Medical Associates, LLC<br>1500 Soper Road<br>Carlisle, KY 4031 | National Cattlemen's Beef Association<br>c/o Alice Devine<br>6031 SW 37th Street<br>Topeka, KS 66610 |

                                                          /s/ Laura Day DelCotto, Esq.<br>                                                          COUNSEL FOR CATTLE PRODUCERS

Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Pleadings\Objection Notice 20111129.doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

| | |
|---|---|
| EASTERN LIVESTOCK CO., LLC | CASE NO. 10-93904 |
| DEBTOR | CHAPTER 11 |
| | |
| FRIONA INDUSTRIES, L.P. | PLAINTIFF |
| v. | Adv. Proc. No. 11-59093 |
| EASTERN LIVESTOCK CO., LLC, *et al.* | DEFENDANTS and INTERVENING DEFENDANTS |
| and | |
| CACTUS GROWERS, INC. | INTERVENING PLAINTIFF |
| v. | |
| EASTERN LIVESTOCK CO., LLC, *et al.* | DEFENDANTS and INTERVENING DEFENDANTS |
| and | |
| J & F OKLAHOMA HOLDINGS, INC. | INTERVENING PLAINTIFF |
| v. | |
| EASTERN LIVESTOCK CO., LLC*, et al.* | DEFENDANTS and INTERVENING DEFENDANTS |

**OBJECTION TO CACTUS GROWERS, INC. MOTION FOR
SUMMARY JUDGMENT AGAINST ROBERT NICHOLS ET AL.**

Come the Defendants, Cross-Claimants and Counter-Claimants East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Alton Darnell, Blue Grass Stockyards, LLC, Blue Grass South

1

Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, and Blue Grass-Maysville Stockyards, LLC (collectively "Cattle Producers"), by counsel, and hereby object to the Cactus Motion for Summary Judgment against Robert Nichols et al. [ECF No. 263-266] as follows:

1. None of the parties in the Friona Adversary Proceeding were placed on notice of the five (5) depositions taken on September 20, 2011 which are filed in support of the Cactus Summary Judgment Motion. Because of the lack of notice, the depositions can not be admitted and improperly support the Motion for Summary Judgment. The Motion must be denied.

2. Despite the voluminous papers which appear to be primarily about one single transaction involving 125 steers delivered to Cactus' feedlot by Mr. Nichols, certain of the requested "summary judgment" relief pertains to hotly contested "global issues" which are not yet ripe for adjudication and which are crucial to numerous parties in interest, in this adversary proceeding as well as outside of this adversary proceeding.

3. Specifically, the Cactus Motion for Summary Judgment against Mr. Nichols regarding the 125 steers also asks for a summary judgment, as a matter of law, among other requests:

   (i)   that the funds interpled by Cactus constitute a "payable to Eastern Livestock…"

   (ii)  that the lien of Fifth Third Bank attached to Eastern Livestock's interest in the cattle as well as the proceeds of the cattle, subject only to Cactus' offset, recoupments, and down payment claim; and

   (iii) that the 125 steers and all proceeds or receivables therefrom are a part of Eastern's bankruptcy estate.

See ECF No. 263, pp 22-23, Prayers for Relief (k), (q) and (r).

4. While the undersigned does not object to findings of fact with regard to these particular 125 steers in which these Cattle Producers have no interest, they certainly object to any

summary judgment with regard to the foregoing key legal issues which affect all parties not only in this adversary proceeding, but in every adversary proceeding as well as in the main case.

5. The lack of any "global issues process" continues to be a problem which has not been resolved. Appropriate notice must be given with respect to global legal issues which affect multiple parties in interest in these proceedings, in overlapping adversary proceedings, and in the main case.

WHEREFORE, the Cattle Producers object to the granting of Summary Judgment to Cactus in respect to the legal issues addressed herein, as pertains to certain 'global issues' for which other parties in interest were not given appropriate notice or opportunity to participate in discovery. Alternatively, the global legal issues must be placed on appropriate notice so that parties in interest affected thereby are given full notice, opportunity to object, and appropriate consideration by the Court on legal issues which affect multiple parties and not just Mr. Nichols' 125 steer.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR CATTLE PRODUCERS

3

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2011 a copy of the foregoing Objection to Cactus Growers, Inc.'s Motion for Summary Judgment Against Robert Nichols, et al. was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Bluegrass Stockyards, LLC
c/o Laura Day DelCotto, Esq.
c/o Amelia Martin Adams, Esq.
DelCotto Law Group PLLC

Alton Darnell
c/o Laura Day DelCotto, Esq.
c/o Amelia Martin Adams, Esq.
DelCotto Law Group PLLC

Davis, Bill
Davis Quarter Horse
Johnny Mayo, Jr.
Frank Powell
Bynum Ranch Co.
Bobby & Debbie Bynum
c/o James B. Johnston, Esq.
Easterwood, Boyd & Simmons, PC

Diamond B. Ranch, Inc.
c/o James E. Smith, Jr., Esq.
Smith Akins, P.A.

East Tennessee Livestock Center, Inc.
c/o Laura Day DelCotto, Esq.
DelCotto Law Group PLLC

Eastern Livestock Company, LLC
c/o James A. Knauer, Chapter 11 Trustee
c/o Shawna M. Eikenberry, Esq.
c/o Kevin M. Toner, Esq.
Baker & Daniels LLP

Fifth Third Bank
c/o Randall D. LaTour, Esq.
c/o James B. Lind, Esq.

c/o Kent A. Britt, Esq.
c/o Robert A Bell, Jr., Esq.
c/o Melissa S. Giberson, Esq.
Vorys, Sater, Seymour and Pease LLP

Frank Powell
c/o James B. Johnston, Esq.
Easterwood, Boyd & Simmons

Friona Industries, L.P.
c/o John Frederick Massouh, Esq.
c/o John Huffaker, Esq.
Sprouse Shrader Smith, PC

Friona Industries, L.P.
c/o Mark A. Robinson, Esq.
Valenti Hanley & Robinson, PLLC

James A. Knauer
Chapter 11 Trustee, ELC
c/o Harmony A. Mappes, Esq.
Baker & Daniels, LLP

Joplin Regional Stockyards, Inc.
c/o John M. Rogers, Esq.
c/o Elliott D. Levin, Esq.
Rubin & Levin, P.C.

Gabriel Moreno
c/o Todd J. Johnston, Esq.
c/o Timothy T. Pridemore, Esq.
McWhorter, Cobb & Johnson, LLP

4

Moseley Cattle Auction, LLC
c/o Laura Day DelCotto, Esq.
c/o Amelia Martin Adams, Esq.
DelCotto Law Group PLLC

Kathryn L. Pry, Chapter 7 Trustee for
Thomas and Patty Gibson
c/o Deborah Caruso, Esq.
c/o Erick P. Knoblock
Dale & Eke

Superior Livestock Auction, Inc.
c/o C.R. Bowles, Esq.
c/o John W. Ames, Esq.
c/o Ivana B. Shallcross, Esq.
c/o Christie Moore, Esq.
Greenbaum Doll & McDonald, PLC

Superior Livestock Auction, Inc.
c/o John M. Rogers, Esq.
Elliott D. Levin, Esq.
James E Rossow, Jr., Esq.
Rubin & Levin, P.C.

Southeast Livestock Exchange, LLC
c/o Laura Day DelCotto, Esq.
c/o Amelia Martin Adams, Esq.
DelCotto Law Group PLLC

The First Bank and Trust Company
c/o Daniel J. Donnellon, Esq.
c/o Stephen A. Weigand, Esq.
Faruki Ireland & Cox, P.L.L.

The First Bank and Trust Company
c/o John R. Carr III
Ayres Carr & Sullivan, P.C.

 I further certify that on November 29, 2011, a copy of the foregoing Objection to Cactus Growers, Inc.'s Motion for Summary Judgment Against Robert Nichols, et al. was mailed by first-class U.S. mail, postage prepaid and properly addressed, to the following:

Allen Dietrich
RR 2, Box 416
Carnegie, Oklahoma 73015

Athens Livestock
P.O. Box 67
Athens, Tennessee 37371

Eddie Eickie
1188 CO Rd 1202
Snyder, Texas 79549

Farmers Bank of Carnegie
c/o Larry Johnson, President
31 West Main Street
Carnegie, Oklahoma 73015

Paul Kroph d/b/a K & K Farms
574 Blue Bayou Road S
Nashville, Arkansas 71852

Amos Kroph d/b/a K & K Farms
284 Hwy 332 W,
Ozan, Arkansas 71855

Chuck Murdoch d/b/a C&M Cattle
P.O. Box 67
Boise City, Oklahoma 73933

Turner County Stock Yards, Inc.
c/o Roy Wiggins
1315 US Hwy. 41S
Ashburn, Georgia 31714

5

| | |
|---|---|
| Cody Simmons, Esq.<br>Easterwood, Boyd & Simmons<br>P. O. Box 273<br>Hereford, Texas 79045<br>COUNSEL FOR JOHNNY MAYO; | BYNUM RANCH COMPANY;<br>BOBBY & DEBBIE BYNUM;<br>FRANK POWELL;<br>BILL DAVIS; AND<br>DAVIS QUARTER HORSES |
| | /s/ Laura Day DelCotto, Esq.<br>COUNSEL FOR CATTLE PRODUCERS |

Z:\Clients\ELC-Gibson\AP 11-59093 Friona v. ELC Interpleader Action\Pleadings\SJ Objection (Nichols) 20111129.doc

6