UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: § § § EASTERN LIVESTOCK CO., LLC, § § Debtor. § | CASE NO. 10-93904-BHL-11<br><br>CHAPTER 11 |

| | |
|---|---|
| CACTUS GROWERS, INC., § § Plaintiff, § § V. § § ROBERT NICHOLS, JANE NICHOLS, § and NICHOLS LIVESTOCK, § § Defendants. § | Adversary Proceeding No. 11-59087 |

| | |
|---|---|
| FRIONA INDUSTRIES, LP, et al. § § Plaintiff, § § § v. § § EASTERN LIVESTOCK CO., LLC, § *et al*. § § Defendants. § § § | Adversary Proceeding No. 11-59093 |

**NOTICE OF PRE-PROTOCOL DISCOVERY REQUESTS**

TO:   ALL COUNSEL OF RECORD

Please take notice that the following discovery requests have been previously served by counsel for Cactus Growers, Inc.:

|   | DATE | DOCUMENT | RECIPIENT |
|---|------|----------|-----------|
| 1 | 08/01/11 | Requests for Production | Robert Nichols, Jane Nichols and Nichols Livestock |
| 2 | 08/01/11 | First Set of Interrogatories | Robert Nichols, Jane Nichols and Nichols Livestock |
| 3 | 08/26/11 | Notice of Oral and Videotaped Deposition | Robert Nichols |
| 4 | 08/26/11 | Notice of Oral and Videotaped Deposition | Jane Nichols |
| 5 | 09/15/11 | Notice of Oral and Videotaped Deposition | Jack S. Dawson |

DATED this 29th day of November, 2011.

Respectfully submitted,

John H. Lovell
TX SBN: 12609300
LOVELL, LOVELL, NEWSOM & ISERN, LLP
112 W. 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone:  (806) 373-1515
Fax:  (806) 379-7176
E-mail: john@lovell-law.net

and

Mark A. Robinson
VALENTI HANLEY & ROBINSON, PLLC
One Riverfront Plaza, Suite 1950
401 West Main Street
Louisville, KY 40202
Phone:  (502) 568-2100
Fax:  (502) 568 2101
E-mail: mrobinson@vhrlaw.com

ATTORNEYS FOR PLAINTIFF CACTUS GROWERS, INC.

/s/ John Lovell
John H. Lovell

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2011, I caused a true and correct copy of the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court - Bankruptcy Court, Southern District of Indiana, using the electronic case filing system of the court and electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

/s/ John Lovell
John H. Lovell