```
                             United States Bankruptcy Court
                              Southern District of Indiana
In re:                                                                            Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                        Chapter 11
     Debtor                       CERTIFICATE OF NOTICE
District/off: 0756-4          User: edixon                  Page 1 of 7                   Date Rcvd: Nov 28, 2011
                              Form ID: SF00100              Total Noticed: 219

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2011.
adb           +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op            +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                ?Louisville, KY 40202-3157
ptcrd         +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
                Topeka, KA 66614-5128
10483525      +3 B Farms,    709 N. Pratt,    P.O. Box 6,   Yates Center, KS 66783-0006
10488847       American Express Travel Related Services Co Inc,     Corp Card,   c/o Becket and Lee LLP,
                POB 3001,    Malvern PA 19355-0701
10669071      +Anna Gayle Gibson,    534 Justice Ln,    Providence KY 42450-9725
10483547      +Arcadia Stockyard,    P.O. Drawer 1418,    Arcadia, FL 34265-1418
10483549       Arthur Lowhorn,    Rt 2,   Albany, KY 42602
10482938      +Arthur Lowhorn,    3160 Letterhead Oak Road,    Albany, KY 42602-6297
10482941      +Athens Stockyard, LLC,    c/o Thomas E Ray,    130 Jordan Dr,   Chattanooga, TN 37421-6748
10482944      +B&B Farms,    8090 Greensburg Rd.,    c/o Keith Breeding,    Greensburg, KY 42743-9002
10483497      +BAR K CATTLE,    1275 7TH AVE,    SIOUX CENTER, IA 51250-2156
10483565       BBL Cattle,    Box 39,   Blackwell, TX 79506
10453765     +++BEN ARMSTRONG,     2290 LETTER OAK RD,    ALBANY KY  42602-6288
              (address filed with court: Ben Armstrong,     Rt 2 Box 256,    Albany, KY  42602)
10667193       Bill Davis,    726 W. FM 2335,    Christoval, Texas 76935
10482952       Bill Warren,    108 Qualls Lane,    Livingston, TN 38570
10482954      +Billy Neat,    705 B Neat Road,    Columbia, KY 42728-8500
10482956      +Blue Grass South Livestock Market, LLC,     PO Box 438,    277 Cordier Lane,
                Stanford, KY 40484-7551
10482957      +Blue Grass Stockyards of Richmond, LLC,     348 K Street,    Richmond, KY 40475-1722
10483587      +Bluegrass Maysville Stockyard, LLC,    7124 AA Highway East,    Maysville, KY 41056-8448
10482959      +Bluegrass Stockyards East, LLC,    PO Box 765,    Mt. Sterling, KY 40353-0765
10482960      +Bluegrass Stockyards of Campbellsville,,    PO Box 509,    Campbellsville, KY 42719-0509
10667744      +Bluegrass Stockyards, LLC,    Attn: Jim Akers, COO,     P. O. Box 1023,    Lexington, KY 40588-1023
10482962       Bob Sawyers,    616 Willis Creek Rd.,    Albany, KY 42602-8214
10667196      #+Bobby & Debby Bynum,    P. O. Box 43,    Rankin, Texas 79778-0043
10482965      +Bovine Medical Associates,    1500 Soper Rd.,    Carlisle, KY 40311-8083
10482966      +Boyd Copas,    2195 E. Phillippi Church Rd.,    Tompkinsville, kY 42167-9478
10482969      +Bradbury & York Cattle,    PO Box 588,    Tatum, TX 75691-0588
10462137      +Bradley Rummel,    8860 W. Farm Road 112,    Willard, MO 65781-9377
10483610      +Breeding Bros,    9440 Columbia Hwy,    Greensburg, KY 42743-9130
10483611      +Brenda Hunt,    1419 Akersville Rd,    Fountain Run, KY 42133-7913
10423405      +Buetow, LeMastus & Dick PLLC,    Terry L Stapp,    1510 PNC Plaza,    Louisville, KY 40202-2855
10667192      +Bynum Ranch Company c/o Tommy Bynum,    P. O. Box 104,    Sterling City, Texas 76951-0104
10483627      +Byron Lang Inc.,    P.O. Box 301,    Jackson, MO 63755-0301
10483386      +CATTLE COUNTRY VIDEO,     P.O. BOX 399,    TORRINGTON, WY 82240-0399
10483003      +CPC Livestock,    13196 Holland Road,    Fountain Run, KY 42133-9415
10669876      +Cactus Growers, Inc.,    c/o John H. Lovell,    Lovell, Lovell, Newsom & Isern, LLP,
                112 W. 8th Ave., Suite 1000,    Amarillo, Texas 79101-2343
10509695       Capitol Indemnity Corporation,    P.O. Box 5900,    Madison, WI  53705-0900
10482984      +Carolyn Bledsoe,    1131 Weed Sparksville Rd.,    Columbia, KY 42728-8155
10361078      +Cattlco, LLC,    c/o Nolan M. Johnson, Esq.,    BASS, BERRY & SIMS PLC,
                100 Peabody Place, Suite 900,    Memphis, TN 38103-3653
10666561      +Cattlemen's Livestock Auction Market, Inc.,     3305 US Highway 92 E,    Lakeland, FL 33801-9623
10667081      +Cattlemen's Livestock Auction Market, Inc.,     3305 U.S. Highway 92 E.,
                Lakeland, Florida 33801-9623
10483652      +Charles Graham,    PO Box 775,    Gatesville, TX 76528-0775
10456544      +Charles Leon Isenberg,    4942 Edmonton Rd,    Tompkinsville, KY 42167-9411
10482992       Charlie Dee Brown,    4931 Old Burkesville Rd.,    Albany, KY 42602
10482994      +Chip Miller Trucking,    PO Box 126,    c/o Chip Lee Miller,    St. George, KY 66535-0126
10433429      +Christine Family Enterprises, Inc.,     Lincoln and Amber Crhistie,    5161 Eagle Feather Rd.,
                Delta, CO 81416-8402
10482999      +Clinton Alton Darnell,    480 Blevins Hollow Rd.,    Piney Creek, NC 28663-9020
10552611      +Coffeyville Livestock Market, LLC,    c/o William E. Smith, III,    Kightlinger & Gray, LLP,
                Bonterra Building, Suite 200,    3620 Blackiston Blvd.,    New Albany, IN 47150-8538
10483679      +Columbia Gas Company Of Kentucky,    200 Civic Center Dr., 11th Floor,    Columbus, OH 43215-4138
10483680      +Columbia Livestock Market,    P.O. Box 354,    Lake City, FL 32056-0354
10483006      +Crumpler Brothers,    4925 Friberg Church Rd.,    Wichita Falls, TX 76305-7335
10706719      +Cullman Stockyard, Inc.,    c/o Thomas C. Scherer, Esq.,    Bingham McHale LLP,    2700 Market Tower,
                10 West Market Street,    Indianapolis, IN 46204-4900
10445917       DUKE ENERGY,    EF-367,    P.O. BOX 960,    CINCINNATI, OHIO 45273-9598
10483702      +Dale Stull Trucking,    Box 41,   Nara Visa, NM 88430-0041
10666754      +Daniel Martin Byrd,    c/o Oak Lake Cattle Co.,    1055 U.S. Highway 98 North,
                Okeechobee, Florida 34972-8766
10483013      +Dante Zago,    8201 Couchville Pk.,    Mt. Juliet, TN 37122-7611
10411904      +David Bowles dba Amos Development LLC,     1401 Pigeon fork Rd,    Lawrenceburg, KY 40342-9488
10483017      +David E. Read,    583 Love Knob Rd.,    Glasgow, KY 42141-9521
10483018      +David Gordon,    1758 Old Temple Hill Rd.,    Tompkinsville, KY 42167-8545
10428402      +David Marrs Gordon,    1758 Old Temple Hill Road,    Tompkinsville, KY 42167-8545
10467583      +David Rings,    1288 Frontage Road,    Russell Springs KY 42642-7871
```

```
District/off: 0756-4           User: edixon                Page 2 of 7                    Date Rcvd: Nov 28, 2011
                               Form ID: SF00100            Total Noticed: 219

10667194      +Davis Quarter Horse c/o Bill Davis,    7726 W. FM 2335,    Christoval, Texas 76935-3308
10667675       Deere & Company,    Robert Allen, c/o John Deere Credit,    23176 Network Place,
                 Chicago, IL  60673-1231
10483730      +Dennis Neat,    6198 Burkesville Rd,    Columbia, KY 42728-8529
10483027      +Dick Wallace,    8045 FM 182,    Gatesville, TX 76528-3433
10483032      +Dollar K Cattle,    PO Box 125,    Elmore City, OK 73433-0125
10483033      +Donald Hawks,    8829 Finney Rd.,    Glasgow, KY 42141-7311
10483034      +Donald R. Alexander,    16550 Cainsville Rd.,    Lancassas, TN 37085-5129
10483044      +Dwayne Smith,    4238 Garfield Hinds Rd.,    Monroe, TN 38573-4216
10483757      +Eagle Bay, Inc,    P.O. Box 1284,    Okeechobee, FL 34973-1284
10662496      +East Tennessee Livestock Center, Inc.,    Attn:  jennifer Houston, Treasurer,    P.O. Box 326,
                 Sweetwater, TN 37874-0326
10483048      +Eddie Claywell,    Harlan E Judd III,    PO Box 27,    Bowling Green, KY 42102-0027
10483049      +Eddie Eicke,    11888 CR 1202,    Snyder, TX 79549-8912
10667191      +Eicke Ranch II,    11888 Co. Rd 1202,    Snyder, Texas 79549-8912
10483056      +Ephriam Wilson,    5614 County House Rd,    Tompkinsville, KY 42167-8407
10667545       FPC Financial, f.s.b,    Robert Allen, c/o John Deere Credit,    23176 Network Place,
                 Chicago, IL  60673-1231
10483058      +Farmers Livestock Marketing,    PO Box 87,    Carthage, MS 39051-0087
10436742      +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
                 1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
10448547      +Fifth Third Bank,    c/o Randall D. LaTour, Esq.,    52 East Gay Street,    Columbus, OH 43215-3108
10483061      +Floyd County Treasurer,    PO Box 2010,    New Albany, IN 47151-2010
10483067      +Fousek Farms & Trucking, LLC,    28381 US Hwy 281,    Armour, SD 57313-5913
10667197      +Frank Powell,    700 W. Denger,    Midland, Texas 79705-5319
10659775      +Fredin Brothers, Inc.,    P.O. Box 37,    Springfield, MN 56087-0037
10661314      +GP Cattle, LLC,    c/o Michael W. McClain, Esq.,    Ballinger McClain, PLLC,
                 9720 Park Plaza Avenue,    Suite 102,    Louisville, KY 40241-2289
10483072      +Gabriel Moreno Medina,    c/o The Law Offices of Stephen H. Nickey,    1201 N Mesa Ste B,
                 El Paso TX 79902-4000
10612973      +Gary S. Bell,    PO Box 122,    Edmonton, KY 42129-0122
10483076      +Gary Tate,    6510 West Lake Rd.,    Abilene, TX 79601-8206
10633550      +General Electric Capital Corporation,    300 John Carpenter Fwy Suite 207,
                 Irving, Texas 75062-2369
10669164      +Gibson Farms LLC,    c/o Anna Gayle Gibson,    534 Justice Ln,    Providence KY 42450-9725
10648752      +Glen Franklin,    PO Box 703,    House NM 88121-0703
10661220      +Grant Gibson,    c/o Michael W. McClain, Esq.,    Ballinger McClain, PLLC,    9720 Park Plaza Avenue,
                 Suite 102,    Louisville, KY 40241-2289
10483851      +Haigh Livestock,LLC,    P.O. Box 447,    Merrill, OR 97633-0447
10453764      +Halee Bunch,    Harlan E Judd III,    McCracken & Judd PLLC,    PO Box 27,
                 Bowling Green, KY 42102-0027
10483088      +Hardee Livestock Market, Inc.,    PO Box 1479,    Wauchula, FL 33873-1479
10624217      +Heritage Feeders, LP,    c/o Judy Hamilton Morse and John M. Thom,    Crowe & Dunlevy,P.C.,
                 20 North Broadway, Ste. 1800,    Oklahoma City,OK 73102-9213
10483860      +High & High,    1150 Sulphur Lick Rd,    Tompkinsville, KY 42167-7048
10659451       Hirsch Partnership,    c/o Lynn D. Hirsch and Steven K. Hirsch,    502 Locust Lane,
                 Shelbyville KY  40065-9700
10483092      +Homer Copeland,    295 Copeland Ln.,    Celina, TN 38551-3017
10426340      +Ike’s Trucking Inc.,    P O Box 81,    St. Paul, VA 24283-0081
10642670      +Intrust Bank, NA,    c/o Jeffrey E. Ramsey, Esq.,    Hopper Blackwell, P.C.,
                 111 Monument Circle, Suite 452,    Indianapolis, IN 46204-5101
10661105       Irsik & Doll Feed Services, Inc.,    P.O. Box 847,    Cimarron, KS 67835-0847
10669717      +J & L Farms, LLC,    c/o Thompson Hine LLP,    Attention John Kopf,
                 41 South High Street, 17th Floor,    Columbus, Ohio 43215-6157
10669461      +J&F Oklahoma Holdings, Inc.,    c/o David LeBas, Attorney,    Naman Howell Smith & Lee, PLLC,
                 8310 Capital of Texas Hwy., North, Suite,    Austin, Texas 78731-1081
10483098      +J&J Livestock Trucking,    PO Box 202,    Darrouzett, TX 79024-0202
10483099      +J.C. Bar Trucking, Inc.,    210 Windy Lane,    c/o Charles Graham,    Gatesville, TX 76528-3370
10483883      +J.C. Powell,    Box 1389,    Lindale, TX 75771-1389
10483886      +Jack Schlessiger,    1266 N E 120 Road,    Claflin, KS 67525-9186
10669629      +James A. Knauer, Trustee,    111 Monument Circle, Suite 900,    Indianapolis, IN 46204-5106
10483898      +Jason Farmer Transportation,    Jason Farmer,    192 County Road 427,    Lorena, TX 76655-4382
10462219      +Jay Burford,    108 Glenoaks Court,    McDonough, GA 30253-4840
10417341      +Jeffery L. Young,    518 Willow Grove School Road,    Allons, TN 38541-3007
10483120      +Jerry Bagby,    5360 Hwy. 1464,    Greensburg, KY 42743-9432
10483122      +Jerry Middletom,    1108 W. Ridge,    McAlester, OK 74501-2239
10657446      +Jerry N. Bagby,    5360 Hwy. 1464,    Greensburg, KY 42743-9432
10483125      +Jesse R. Brown,    107 Karakal Dr.,    Glasgow, KY 42141-3354
10483127      +Jimmie Dale High,    1150 Sulphur Lick Rd,    Tompkinsville, KY 42167-7048
10483131      +Jimmy Hendrick,    PO Box 127,    Smiths Grove, KY 42171-0127
10483132      +Jimmy Manion,    107 Indie Circle,    Glasgow, KY 42141-3433
10483923       Jimmy Rogers, Inc.,    5042 Hwy 54,    Liberal, KS 67901
10483936      +John Cowherd,    Attorney At Law,PC,    P.O. Box 268,    Mount Vernon, MO 65712-0268
10452731      +John D. Thompson,    P.O. Box 224,    Edmonton, KY 42129-0224
10667195      +Johnny Mayo, Jr.,    P. O. Box 317,    Eldorado, Texas 76936-0317
10483138      +Joplin Regional Stockyards, Inc.,    PO Box 634,    Carthage, MO 64836-0634
10483144      +Junior Martin,    1233 Hollow Rd,    Glasgow, KY 42141-9487
10668327      +Kathryn L. Pry, Chapter 7 Trustee of the Bankruptc,    c/o Meredith R. Thomas,    Dale & Eke, P.C.,
                 9100 Keystone Crossing, Suite 400,    Indianapolis, IN 46240-2100
10483958      +Keeton Cooper,    1397 Upper Hilham Rd,    Livingston, TN 38570-8147
```

```
District/off: 0756-4          User: edixon                Page 3 of 7                 Date Rcvd: Nov 28, 2011
                              Form ID: SF00100            Total Noticed: 219

10483974      +Keywood Animal Clinic, LLC,    P.O. Box 2195,    21492 Vances Mill Rd.,    Abingdon, VA 24212-2195
10483162      +L&F Cattle,    8365 W. FM 217,    c/o Troy Lathan & Joe Foote,    Gatesville, TX 76528-3253
10483163      +Larry Bragg,    305 Bradshaw Rd.,    Austin, KY 42123-9713
10509706       Lawrence County Treasurer,    916 15th Street, Ste. 27,    Bedford, IN 47421-3852
10483176      +Lenny Asbury,    650 Mahogany Lane,    Hardyville, KY 42746-8108
10483178      +Leonard Clifton Smith,    1133 Brown Road,    Park City, KY 42160-7831
10484016      +Livestock Dispatch Service,    Steve Hendershot,    P.O. Box 133,    La Porte City, IA 50651-0133
10484031      +Madison Welch,    4030 N. 900 E.,    Lafayette, IN 47905-9673
10462217      +Marion Bradford,    197 Hidden Lake Rd.,    Hendersonville, TN 37075-5528
10669490      +Mark Freeman, III,    c/o Guy Clark, Esq.,    Northcutt, Clark, Gardner, Hron & Brune,
                PO Box 1669,    Ponca City, OK 74602-1669
10484048      +Matthew White,    577 Jamestown Hwy,    Livingston, TN 38570-8609
10483198      +Maxine Morgan Estate,    3965 Lawson Bottom Rd.,    Burkesville, KY 42717-9530
10483204      +Michael Emberton,    1491 Sulphur Lick Rd.,    Tompkinsville, KY 42167-7051
10576614      +Michael J. Walro, Trustee for,    East West Trucking Co., LLC,    426 East Main Street,
                Madison, IN 47250-3539
10484062      +Mid State Waste,    P.O. Box 2068,    Glasgow, KY 42142-2068
10483209      +Mid-South Livestock Center, LLC,    PO Box 3033,    Lebanon, TN 37088-3033
10483211      +Milligan Farms,    651 Grassy Springs Rd.,    Columbia, KY 42728-8374
10653236      +Moseley Cattle Auction LLC,    PO Box 548,    Blakely GA 39823-0548
10664065      +Mr. Louis Cernoch, Jr.,    c/o Laura L. Worsham,    Jones, Allen & Fuquay, LLP,
                8828 Greenville Ave.,    Dallas, TX 75243-7143
10484091      +Nelson Trucking Inc,    Jefferey Nelson,    2547 Cold Spring Road,    Mountain City, TN 37683-8026
10667082      +North Florida Livestock Market, Inc.,    12171 S. U.S. Highway 441,    Lake City, FL 32025-2685
10483220      +Northwest Alabama Livestock Auction,    PO Box 459,    Russellville, AL 35653-0459
10607907      +Nu Technologiesm Inc.,    9203 Valaretta Drive,    Gretna, NE 68028-3617
10666686      +Oak Lake Cattle Co.,    1055 U.S. Highway 98 North,    Okeechobee, FL 34972-8766
10666602       Ocala Livestock Market, Inc.,    9100 NW Highway 25A,    Ocala, FL 3348
10483223      +Okeechobee Livestock Market, Inc.,    PO Box 1288,    Okeechobee, FL 34973-1288
10483227      +Peggy Smith Carey,    1321 Brown Road,    Park City, KY 42160-7833
11061487      +Peoples Bank and Trust Company of Pickett County,    c/o Lisa Koch Bryant,
                Foley Bryant Holloway & Raluy,    500 West Jefferson Street, Suite 2450,
                Louisville, KY 40202-2812
10663191      +Peoples Bank of Coldwater Kansas,    Attn: Wynn Alexander,    101 E. Main Street,
                Coldwater, KS 67029-9757
10483229      +Phil Mulder Trucking, Inc.,    PO Box 205 Main St.,    Doon, IA 51235-0205
10483233      +Phillip Nathan Acree,    175 Donald Hurt Rd.,    Summer Shade, KY 42166-7600
10483234      +Phillip Taylor Reed,    21 Reed Rd.,    Foraker, OK 74652-5168
10484127      +Platt Livestock, LLC,    P.O. Box 164,    New Castle, UT 84756-0164
10484141      +Rachael Phelps,    3133 Lawson Bottom Rd,    Burkesville, KY 42717-9511
10464561       Randall Spurling Trucking,    2120 Spurling Rd.,    Campbellsville, KY 42718
10483242      +Randy Nelson,    208 Butler St.,    Columbia, KY 42728-1744
10467586      +Reiter Trucking,    324 Elm St,    Hereford, TX 79045-2707
10440153       Reps Dispatch LLC,    16150 MCR 19,    Fort Morgan, CO 80701
10534761      +Republic Bank and Trust Company,    661 South Hurstbourne Parkway,    Louisville, KY 40222-5079
10484159      +Rex Elmore,    1817 Tobacco Rd,    Glasgow, KY 42141-8486
10483250      +Richard Rivers Trucking,    11510 Tanner Williams Rd.,    Lucedale, MS 39452-8317
10484166      +Richardson, Inc,    P.O. Box 172,    Lucerne, CO 80646-0172
10440125      +Rita Cravens,    1525 Dogwalk Rd.,    Alpine, TN 38543-6140
10470005      +Robert Brown,    325 Flat Lick Lane,    Herndon KY 42236-8210
10483261      +Roger Turner,    9046 Old Glasgow Rd.,    Mt. Hermon, KY 42157-8079
10483262      +Rolando Acotsa-Reza,    PO Box 503,    Alliance, NE 69301-0503
10483263      +Ron Neufeld Trucking,    5590 NE 157th Terr,    Williston, FL 32696-6437
10651171      +Ron P. Reed,    PO Box 695,    Pawhuska OK 74056-0695
10667078      +Ron Sizemore Trucking, Inc.,    9871 S.E. 22nd Avenue,    Webster, FLORIDA 33597-4077
10627816      +Rosenbaum Feeder Cattle, LLC,    P.O. Box 411,    Glade Spring, VA 24340-0411
10483268      +Roy Kinslow,    1844 Dripping Springs,    Glasgow, KY 42141-9775
10483471       SEALY AND SON,    700 HIGHWAY 80 E,    UNIONTOWN, AL 36786
10483475      +SOLM, INC.,    P.O. BOX 939,    APACHE, OK 73006-0939
10483280      +Seibert Cattle Co., LLC,    1136 E. Campbell Ave.,    Phoenix, AZ 85014-3913
10664346     #+Southeast Livestock Exchange, LLC,    Attn: John M. Queen,III, Member Manager,    PO Box 1306,
                Waynesville, NC 28786-1306
10484233      +Southland Haulers LLC,    Howard Compton,    P.O. Box 142,    Brantley, AL 36009-0142
10484236      +Star Kan Inc,    P.O. Box 130,    Edna, KS 67342-0130
10447304      +Steven R Taylor,    1010 Old Buck Creek Rd,    Adolphus, KY 42120-6115
10451049      +Stokes Baird,    PO Box 218,    Munfordville KY 42765-0218
10666603       Sumter County Farmers Market, Inc.,    524 North Market Blvd.,    Webster, FL 33597-9400
10483297      +Superior Livestock Auction, Inc.,    PO Box 38,    Brush, CO 80723-0038
10484251      +T R Smith Livestock,    921 West Choctaw Street,    Lindsay, OK 73052-5019
10483489      +TOM SVOBODA,    3065 AA AVE,    HERINGTON, KS 67449-5051
10450276      +Televent DTN, Inc,    9110 W. Dodge Road,    Omaha, NE 68114-3346
10484257       Tennessee Livestock Producers,    P.O. Box 313,    Columbia, TN 38402-0313
10484264      +The Animal Hospital,    P.O. Box 6,    Campbellsville, KY 42719-0006
11087661       The First Bank and Trust Company,    c/o Ayres Carr & Sullivan, P.C.,
                251 East Ohio Street, Suite 500,    Indianapolis, IN 46204-2184
10483315      +Thompson Brothers,    1448 S. Jackson Hwy.,    Hardyville, KY 42746-8303
10662500      +Thoreson Ranch, Inc.,    c/o Jerry W. Potocnik,    1200 NW South Outer Road,
                Blue Springs, MO 64015-3065
10483317      +Tim Vibbert,    444 Jack Brown Rd,    Glasgow, KY 42141-8237
10484278      +Timmy Slinker,    1967 Columbia Rd,    Edmonton, KY 42129-8902
```

```
District/off: 0756-4          User: edixon              Page 4 of 7              Date Rcvd: Nov 28, 2011
                              Form ID: SF00100          Total Noticed: 219

10394176     +Tom M Caneff,    Thomson West,    610 Opperman Drive, D6- 11-3710,     Eagan, MN 55123-1340
10484284     +Tony F. Setzer,    Farm Credit Of Western Ok, PCA,     Route 1, Box 39,    Colony, OK 73021-9600
10607820     +Torrington Livestock Cattle Company,     PO Box 1097,    Torrington, WY 82240-1097
10484286     +Townsend Livestock Market,    P.O. Box 577,    Madison, FL 32341-0577
10662509     +Turner County Stockyards, Inc.,     Attn: Roy Wiggins, Secretary/Treasurer,    1315 US Hwy 41 S,
               Ashburn, GA 31714-4103
10642069     +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,     P.O. Box 5126,
               Timonium, Maryland 21094-5126
10668721      Vermilion Ranch Corporation d/b/a Northern Livesto,     2433 North Frontage Road,
               Billings, MT 59101
10483521     +WEBORG FEEDING CO.,LLC,    1737 V ROAD,    PENDER, NE 68047-4422
10667198     +Walter Hills,    3377 FM 1226 N.,    Anson, Texas 79501-2933
10483353     +Westley Kinslow,    2371 Dripping Springs Road,    Glasgow, KY 42141-6603
10483355     +Willard R. Odle,    491 Goodluck Beaumont Rd.,    Edmonton, KY 42129-9235
10484326      Williams Cattle Co.,    P.O. Box 447,    London, KY 407430447
10484335     +Winona Stockyard-custodial,    c/o Bank of Winona,    PO Box 231,    Winona, MS 38967-0231
10462216     +Wischmeier Trucking, Inc.,    P.O. Box 244,    Brownstown, IN 47220-0244
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Nov 28 2011 23:58:31     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
10520834     +E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM Nov 28 2011 23:59:18      Indiana American Water,
               P.O. Box 578,    Alton, IL 62002-0578
10483968      E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM Nov 28 2011 23:59:18      Kentucky American Water,
               PO Box 578,    Alton, IL 62002-0578
10483159     +Fax: 815-684-5651 Nov 29 2011 00:09:40      Kness Trucking, Inc.,    PO Box 463,    c/o Judith Kness,
               Chadwick, IL 61014-0463
10483985     +E-mail/Text: michelle@lwmiller.com Nov 29 2011 00:00:27     L.W. Miller Trucking Inc.,
               94 N. 400 West,    No. Salt Lake, UT 84054-2723
10590302     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 29 2011 00:20:18      Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10669855      AB Livestock, LLC
10669364      Friona Industries, LP
cr*          +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 30, 2011**               **Signature:**   *Joseph Speetjens*

```
District/off: 0756-4           User: edixon                Page 5 of 7                   Date Rcvd: Nov 28, 2011
                               Form ID: SF00100            Total Noticed: 219
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2011 at the address(es) listed below:

      Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com
      Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com
      Andrea L Wasson    on behalf of Creditor   Lytle Street Development andreawassonatty@gmail.com
      Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com, bmarks@lloydmc.com
      Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com
      C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards crb@gdm.com, shm@gdm.com
      Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
      Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
      Christopher E. Baker    on behalf of Creditor   Ozarks Regional Stockyard cbaker@hklawfirm.com, thignight@hklawfirm.com
      Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The ddonnellon@ficlaw.com, knorwick@ficlaw.com
      David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
      David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
      David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
      David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com, koswald@namanhowell.com
      Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com, mthomas@daleeke.com
      Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@bakerd.com, patricia.moffit@bakerd.com;sarah.herendeen@bakerd.com
      Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
      Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
      Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc. robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
      Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com
      Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
      Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@bakerd.com, betsy.smith@bakerd.com;sarah.herendeen@bakerd.com
      Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ibs@gdm.com
      Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
      James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
      James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
      James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net
      James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
      James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com
      James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
      James M. Carr    on behalf of Intervenor James Knauer, Trustee james.carr@bakerd.com, patricia.moffit@bakerd.com
      James T Young    on behalf of Creditor Michael Walro james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net
      Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
      Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
      Jeffrey E. Ramsey    on behalf of Creditor   Intrust Bank, NA jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
      Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
      Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
      Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jeffe@bellnunnally.com
      Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
      Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
      Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com
      Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
      Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC. jratty@windstream.net
      John Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

**Case 10-93904-BHL-11   Doc 868   Filed 11/30/11   EOD 12/01/11 02:22:53   Pg 6 of 8**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant  Friona Industries, L.P.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Carr    on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor Phillip Reed jwa@gdm.com,
               shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
              Joseph H Rogers    on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
              Kelly Greene McConnell    on behalf of Creditor  Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@bakerd.com,
               crystal.hansen@bakerd.com;judy.ferber@bakerd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com;cmarshall@mcs-law.com
              Laura Day DelCotto    on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Melissa S. Giberson    on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
              Randall D. LaTour    on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor  Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@bakerd.com
              Ross A. Plourde    on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
               erin.clogston@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
              Sarah Stites Fanzini    on behalf of Creditor  Intrust Bank, NA sfanzini@hopperblackwell.com,
               mroth@hopperblackwell.com
              Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@bakerd.com,
               sarah.herendeen@bakerd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@bakerd.com
              Stephen A. Weigand    on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
              Steven A. Brehm    on behalf of Cross Defendant  Superior Livestock Auction, Inc. sab@gdm.com,
               bfb@gdm.com
              Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
              T. Kent Barber    on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@bakerd.com,
               sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
              Theodore A Konstantinopoulos    on behalf of Creditor  General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor  Cullman Stockyard, Inc. tscherer@binghammchale.com,
               mmcclain@binghammchale.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@bakerd.com,
               sarah.herendeen@bakerd.com
```

```
District/off: 0756-4          User: edixon              Page 7 of 7               Date Rcvd: Nov 28, 2011
                              Form ID: SF00100          Total Noticed: 219
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William E Smith   on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com

        William Robert Meyer   on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com

        TOTAL: 93

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00100 (rev 11/2010)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA    EIN: NA
  Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

A(n) Application to Employ was filed with the Clerk of this Court on November 23, 2011, by Trustee James A. Knauer.

   Trustee seeks to employ Katz, Sapper & Miller, LLP as accountants.

NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office in accordance with S.D.Ind. B−9013−1(d). Any objection must be served on the attorney for the filing party and filed by December 19, 2011.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

The document referenced above is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  November 28, 2011              KEVIN P. DEMPSEY, CLERK
                                       U.S. BANKRUPTCY COURT