**SO ORDERED: December 1, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION PURSUANT TO FED. R. BANKR. P. 9006(c) FOR ORDER SETTING MOTION TO APPROVE SALE AGREEMENT AND COMPROMISE OF CLAIMS CONCERNING CATTLEMEN'S FEEDLOT, LTD. FOR HEARING ON DECEMBER 14, 2011 ON SHORTENED AND LIMITED NOTICE**

This Court has considered the *Motion Pursuant To Fed. R. Bankr. P. 9006(C) For Order Setting Motion to Approve Sale Agreement and Compromise of Claims Concerning Cattlemen's Feedlot, Ltd. For Hearing on December 14, 2011 on Shortened and Limited Notice* ("Motion") filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC ("Debtor"). The Motion requests entry of an order setting the *Motion to Approve Sale Agreement and Compromise of Claims Concerning Cattlemen's Feedlot, Ltd.* [Dock. No. 865] ("Approval Motion") for hearing on December 14, 2011. By the Approval Motion, the Trustee requests that the Court 1) approve a Partnership Interest Purchase Agreement (the "Sale

Agreement") and authorize the Trustee, as manager of Okie Farms, L.L.C. ("Okie"), to execute the Sale Agreement and take all actions required to consummate the transactions provided for therein; 2) authorize the Trustee to take actions on behalf of Okie to settle and release certain claims that Okie and/or the Trustee may have against certain parties as provided in the Sale Agreement; 3) authorize the Trustee to cause the Sale Proceeds (as defined below) to be dividended from Okie to the Debtor's estate subject to a security interest in favor of Fifth Third Bank (the "Bank") and 4) granting all other appropriate relief. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, the estate, and creditors; and (iv) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1.  The Approval Motion is hereby set for hearing on **December 14, 2011 at 10:00 a.m. EST**;

2.  All parties in interest may participate telephonically in the hearing on the Approval Motion by dialing 1-888-399-7768; passcode 586676#;

3.  The Trustee shall serve copies of this Order and the Approval Motion upon (i) the office of the United States Trustee for the Southern District of Indiana; (ii) the Internal Revenue Service; (iii) all secured creditors; and (iv) any party who has filed an appearance and served same on the Trustee prior to service by electronic mail through the Court's CM/ECF system (if applicable), overnight mail, or electronic mail within one (1) day of the entry of this Order;

4.      NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Approval Motion must be filed at http://ecf.insb.uscourts.gov, which requires a user account and password, or in writing with the Clerk's Office in accordance with Local Rule S.D.Ind. B−9013−1(d) at the following address:

> United States Bankruptcy Court
> Southern District of Indiana
> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

Objections may be filed through and including December 13, 2011 at 4:30 p.m. EST.

###