# Notice Recipients

District/Off: 0756–4             User: edixon                  Date Created: 12/1/2011
Case: 10–93904–BHL–11            Form ID: pdfOrder             Total: 5

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer       jak@kgrlaw.com
aty     C. R. Bowles, Jr      crb@gdm.com
aty     Dustin R. DeNeal      dustin.deneal@bakerd.com
aty     James A. Knauer       jak@kgrlaw.com
aty     Terry E. Hall         terry.hall@bakerd.com

TOTAL: 5