## Notice Recipients

District/Off: 0756–4  User: edixon  Date Created: 12/12/2011
Case: 10–93904–BHL–11  Form ID: SF00075  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Daniel J. Donnellon   ddonnellon@ficlaw.com

TOTAL: 1