UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA      EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Objection to Professional Fees, which was filed on December 9, 2011, is deficient in the following respect(s):

   Pleading does not comply with Local Rule B−9013−1.

The above−cited deficiencies must be corrected by December 27, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: December 12, 2011            KEVIN P. DEMPSEY, CLERK
                                                       U.S. BANKRUPTCY COURT