## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 12/12/2011
Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Walter Scott Newbern, III    wsnewbern@msn.com

TOTAL: 1