# Exhibit A

**Exhibit 5**

**CURRICULUM VITAE**

**OF PATRICK J. O'MALLEY**

Mr. O'Malley has been employed as a consultant at the firm of Development Specialists, Inc. ("DSI") for over twenty years where he also currently serves as its Chief Financial Officer. DSI has been providing management and consulting services to troubled businesses for over 30 years. Mr. O'Malley routinely provides consulting services to debtors, lending institutions, unsecured creditors and shareholders that are attempting to restructure, reorganize or sell businesses.

Mr. O'Malley has been retained as an Expert within the last ten years in the following matters:
- *Avidus Trading, LLC* – Southern District of Florida [1,3]
- *River Road Hotel Partners, LLC* - Northern District of Illinois [1,2,3]
- *Mayslake Village - Planifield Campus, Inc.* - Northern District Of Illinois [1,2,3]
- *Chicago H&S Hotel Property, LLC, d/b/a Hotel 71* - Northern District of Illinois [3]
- *Computer World Solution, Inc.* - Northern District of Illinois [2,3]
- *Commercial Loan Corporation* - Northern District of Illinois [1,2,3]
- *DC Distribution, LLC* - Northern District of Illinois [1]
- *Dana Corporation* - Southern District of New York [1,2]
- *Hayes Lemmerz International, Inc.* - District of Delaware *Nachshon Draiman* - Northern District of Illinois [3]

[1] Expert report
[2] Deposition testimony
[3] Allowed expert and trial testimony

Mr. O'Malley has also been involved with a number of notable assignments that involved alleged financial irregularities including:
- Chapter 11 Trustee - *Foss Manufacturing Company, Inc.*, Hampton, NH
- Responsible Person - *Wallace's Bookstores, Inc.*, Lexington, KY
- Chief Accounting Officer - *Mercury Finance Company*, Lake Forest, IL
- Financial Advisor to Secured Lender - *Precision Tool & Die*, Louisville, KY
- Financial Advisor to Chapter 11 Trustee - *Commercial Loan Corp* - Oakbrook, Illinois
- Financial Advisor to Chapter 11 Trustee - *Eastern Livestock Co, LLC*, New Albany, IN
- Financial Advisor to Debtor - Equipment Acquisition Resources, Inc., Palatine, IL
- Chief Restructuring Officer- *Chicago H&S Hotel Property, LLC*, Chicago, IL
- Examiner – *Nachshon Draiman*, Skokie, IL
- Assignee for the Benefit of Creditors - *Computer World Solution, Inc.*, Wheeling, IL

Mr. O'Malley is a Certified Public Accountant licensed in the state of Illinois. He is a member of the Illinois CPA Society, the American Institute of Certified Public Accountants (AICPA) and the American Bankruptcy Institute. Mr. O'Malley also serves on the Board of Directors of Arrow Forklift Parts LLC.

Mr. O'Malley began his career in the Chicago office of Price Waterhouse where he was a manager in the audit division and a member of the firm's mergers and acquisitions group. Mr. O'Malley graduated in 1981 from Loyola University of Chicago with a concentration in public accounting.