# Exhibit B

*Exhibit 1*

**COMPUTATION OF THE FAIR VALUE OF ASSETS VERSUS DEBTS
AS OF SEPTEMBER 30, 2008**

**Eastern Livestock Co., LLC**
**ASSETS VERSUS DEBTS**
**September 30, 2008**

EXHIBIT 1

| | (A) Balance per Audited Financials | (B) Unsupported Transactions | (C) Related Party Accounts per Financials | (D) Lapping of cash applications | Total |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Cash and cash equivalents | $ 2,192 | | | | $ 2,192 |
| Trade accounts receivable | 43,376,232 | (9,853,175) | | (995,890) | 32,527,167 |
| Accounts receivable, related party | 1,266,873 | | (1,266,873) | | - |
| Securities available for sale | 135,000 | | | | 135,000 |
| Current portion of notes receivable, net | 3,147,799 | | | | 3,147,799 |
| Notes receivable, related party | 7,938,889 | | (7,938,889) | | - |
| Inventories | 5,728,122 | | | | 5,728,122 |
| Prepaid cattle | 4,383,170 | | | | 4,383,170 |
| Prepaid expenses and other current assets | 391,979 | | | | 391,979 |
| Sub-total | $ 66,370,256 | $ (9,853,175) | $ (9,205,762) | $ (995,890) | $ 46,315,429 |
| Property and equipment, net | $ 1,743,599 | | | | $ 1,743,599 |
| Investments | 3,951,911 | | | | 3,951,911 |
| Long-term portion of notes receivable, net | 173,000 | | | | 173,000 |
| Goodwill | 350,000 | | | | 350,000 |
| Other assets | 206,542 | | | | 206,542 |
| Total assets | $ 72,795,308 | $ (9,853,175) | $ (9,205,762) | $ (995,890) | $ 52,740,481 |
| **DEBTS** | | | | | |
| Checks written in excess of deposits | $ 24,682,533 | (418,193) | | $ - | $ 24,264,340 |
| Accounts payable | 5,408,765 | - | | | 5,408,765 |
| Accounts payable, related party | 33,433 | | (33,433) | | - |
| Advances on cattle sales | 1,976,760 | | | | 1,976,760 |
| Accrued expenses | 409,456 | | | | 409,456 |
| Notes payable, related party | 8,687 | | (8,687) | | - |
| Current installments of long-term debt | 24,962,883 | | | | 24,962,883 |
| Sub-total | $ 57,482,517 | $ (418,193) | $ (42,120) | $ - | $ 57,022,204 |
| Long-term debt, excluding current installments | 607,647 | | | | 607,647 |
| Total debts | $ 58,090,164 | $ (418,193) | $ (42,120) | $ - | $ 57,629,851 |
| Excess/(Shortfall) of Assets versus Debts | $ 14,705,144 | $ (9,434,983) | $ (9,163,642) | $ (995,890) | $ (4,889,371) |

11/18/2011

ELC093008 Solvency Analysis 11-18-11pm.xlsx