# Exhibit C

**Exhibit 2**

**PAYMENTS MADE TO THOMAS P. GIBSON AND AFFILIATED ENTITIES
ON AND SOON AFTER SEPTEMBER 30, 2008
BOOK BASIS**

EASTERN LIVESTOCK CO., LLC
ANALYSIS OF ACTIVITY WITH T. GIBSON AND AFFILIATED ENTITIES
PER BOOK ACTIVITY
September 29, 2008 through October 3, 2008

**EXHIBIT 2**

| Doc dated | Clearing Eastern Livestock | Ref # | Payor | Payee | Amount to Thomas Gibson | Amount to Eastern Livestock Co. | Amount from Eastern Livestock Co. | To Eastern Cattle Co. | To Thomas P. Gibson | To Hurstbourne Landings |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2008 | | 91423 | Peoples Bank | Thomas P. Gibson | 1,500,000.00 | | | | | |
| 9/30/2008 | | 28404 | Thomas P. or Patsy Gibson (YCB) | Eastern Livestock | | 751,366.90 | | | | |
| 9/30/2008 | | 28405 | Thomas P. or Patsy Gibson (YCB) | Eastern Livestock | | 751,366.89 | | | | |
| | | | | | | 1,502,733.79 | | | | |
| 9/30/2008 | 9/30/2008 | 1237 | Eastern Cattle Co. | Eastern Livestock Co. | | 808,044.99 | | | | |
| 10/1/2008 | 10/1/2008 | 599 | Thomas P. or Patsy Gibson (FBT) (VTIK) | Eastern Livestock Co. | | 307,882.88 | | | | |

**9/29/2008 and 09/30/2008 Disbursement Activity**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/2008 | 10/17/2008 | 80268 | Eastern Livestock Co. | Eastern Cattle Co. | | | (56,322.07) | (56,322.07) | | |
| 9/29/2008 | 10/8/2008 | 80269 | Eastern Livestock Co. | Eastern Cattle Co. | | | (79,217.36) | (79,217.36) | | |
| 9/30/2008 | N/A (a) | 80299 | Eastern Livestock Co. | Eastern Cattle Co. | | | (490,836.23) | (490,836.23) | | |
| 9/30/2008 | N/A (a) | 80300 | Eastern Livestock Co. | Eastern Cattle Co. | | | (486,392.44) | (486,392.44) | | |
| 9/30/2008 | 10/6/2008 | 80348 | Eastern Livestock Co. | Eastern Cattle Co. | | | (160,495.18) | (160,495.18) | | |
| 9/29/2008 | 10/1/2008 | 80261 | Eastern Livestock Co. | Thomas P Gibson | | | (2,832.69) | | (2,832.69) | |
| 9/29/2008 | 10/1/2008 | 80262 | Eastern Livestock Co. | Thomas P Gibson | | | (332,372.93) | | (332,372.93) | |
| 9/30/2008 | 9/30/2008 | F22580 | Eastern Livestock Co. | Hurstbourne Landings | | | (30,000.00) | | | (30,000.00) |
| Sub-total 9/29/2008 and 9/30/2008 | | | | | | 2,310,778.78 | (1,638,468.90) | (1,273,263.28) | (335,205.62) | (30,000.00) |

**10/01/2008 through 10/03/2008 Disbursement Activity**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2008 | 10/17/2008 | 80413 | Eastern Livestock Co. | Eastern Cattle Co. | | | (52,732.94) | (52,732.94) | | |
| 10/1/2008 | 10/2/2008 | 80424 | Eastern Livestock Co. | Hurstbourne Landings | | | (60,000.00) | | | (60,000.00) |
| 10/2/2008 | 10/3/2008 | 80484 | Eastern Livestock Co. | Hurstbourne Landings | | | (375,000.00) | | | (375,000.00) |
| 10/2/2008 | N/A | 80299 - V | Eastern Livestock Co. | Eastern Cattle Co. | | | 490,836.23 | 490,836.23 | | |
| 10/2/2008 | N/A | 80300 - V | Eastern Livestock Co. | Eastern Cattle Co. | | | 486,392.44 | 486,392.44 | | |
| 10/2/2008 | 10/6/2008 | 80467 | Eastern Livestock Co. | Eastern Cattle Co. | | | (645,599.57) | (645,599.57) | | |
| 10/3/2008 | N/A (b) | 80509 | Eastern Livestock Co. | Eastern Cattle Co. | | (1,502,929.47) | (331,629.10) | (331,629.10) | | |
| Sub-total 10/01/2008 thorugh 10/03/2008 | | | | | | 307,882.88 | (487,732.94) | (52,732.94) | - | (435,000.00) |

**Notes:**
(*) Disbursement checks were subsequently voided on October 2, 2008

**Notes:**
(b) Disbursement check was subsequently voided on October 15, 2008

11/15/2011 3:35 PM

Flow of funds at 09-30-11.xlsx