# Exhibit D

**Exhibit 3**

**PAYMENTS MADE TO THOMAS P. GIBSON AND AFFILIATED ENTITIES
ON AND SOON AFTER SEPTEMBER 30, 2008
BANK BASIS**

EASTERN LIVESTOCK CO., LLC
ANALYSIS OF ACTIVITY WITH T. GIBSON AND AFFILIATED ENTITIES
PER BANK ACTIVITY
September 30, 2008 through October 8, 2008

EXHIBIT 3

| Doc dated | Clearing Eastern Livestock | Ref # | Payor | Payee | Loan to Thomas Gibson | Amount to Eastern Livestock Co. | Amount from Eastern Livestock Co. | To Eastern Cattle Co. | To Thomas Gibson P. | To Hurstbourne Landings |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2008 | N/A | 91423 | Peoples Bank | Thomas P. Gibson | 1,500,000.00 | | | | | |
| 9/30/2008 | 9/30/2008 | 28404 | Thomas P. or Patsy Gibson (YCB) | Eastern Livestock Co. | | 751,366.90 | | | | |
| 9/30/2008 | 9/30/2008 | 28405 | Thomas P. or Patsy Gibson (YCB) | Eastern Livestock Co. | | 751,366.89 | | | | |
| | | | | | | 1,502,733.79 | | | | |
| 9/30/2008 | 9/30/2008 | 1237 | Eastern Cattle Co. | Eastern Livestock Co. | | 808,044.99 | | | | |
| 10/1/2008 | 10/1/2008 | 599 | Thomas P. or Patsy Gibson (FBT) (VTIK) | Eastern Livestock Co. | | 307,882.88 | | | | |
| 10/6/2008 | 10/6/2008 | 1239 | Eastern Cattle Co. | Eastern Livestock Co. | | 869,324.90 | | | | |
| 9/30/2008 | 9/30/2008 | F22580 | Eastern Livestock Co. | Hurstbourne Landings | | | (30,000.00) | | | (30,000.00) |
| 9/29/2008 | 10/1/2008 | 80261 | Eastern Livestock Co. | Thomas P Gibson | | | (2,832.69) | | (2,832.69) | |
| 9/29/2008 | 10/1/2008 | 80262 | Eastern Livestock Co. | Thomas P Gibson | | | (332,372.93) | | (332,372.93) | |
| 10/1/2008 | 10/2/2008 | 80424 | Eastern Livestock Co. | Hurstbourne Landings | | | (60,000.00) | | | (60,000.00) |
| 10/2/2008 | 10/3/2008 | 80484 | Eastern Livestock Co. | Hurstbourne Landings | | | (375,000.00) | | | (375,000.00) |
| 9/30/2008 | 10/6/2008 | 80348 | Eastern Livestock Co. | Eastern Cattle Co. | | | (160,495.18) | (160,495.18) | | |
| 10/2/2008 | 10/6/2008 | 80467 | Eastern Livestock Co. | Eastern Cattle Co. | | | (645,599.57) | (645,599.57) | | |
| 9/29/2008 | 10/8/2008 | 80269 | Eastern Livestock Co. | Eastern Cattle Co. | | | (79,217.36) | (79,217.36) | | |
| 10/7/2008 | 10/8/2008 | 80716 | Eastern Livestock Co. | Hurstbourne Landings | | | (60,000.00) | | | (60,000.00) |
| | | | | | | 3,487,986.56 | (1,745,517.73) | (885,312.11) | (335,205.62) | (525,000.00) |