UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| DEBTOR ) | |
| ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Anthony G. Raluy of the law firm of Foley Bryant Holloway & Raluy hereby enters his appearance on behalf of Peoples Bank & Trust Company of Pickett County in the above-styled proceeding. It is requested that all future notices and pleadings be directed to his attention on behalf of Peoples Bank & Trust Company of Pickett County.

Respectfully submitted,

/s/ Anthony G. Raluy
Anthony G. Raluy (Attorney No. 27704-22)
Foley Bryant Holloway & Raluy
500 West Jefferson Street, Suite 2450
Louisville, Kentucky 40202
(502) 569-7550
COUNSEL FOR PEOPLES BANK &
TRUST CO. OF PICKETT COUNTY

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 12th day of December, 2011, served by electronic mail or regular mail upon the following:

James A. Knauer
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204

U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204

C.R. Bowles, Jr.
Greenbaum Doll & McDonald
101 S. 5th Street
Louisville, KY 40202

Dustin R. DeNeal
Baker & Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

James M. Carr
Baker & Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

/s/ Anthony G. Raluy
Anthony G. Raluy