## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 12/13/2011 |
| Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Daniel J. Donnellon    ddonnellon@ficlaw.com

TOTAL: 1