UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:

Eastern Livestock Co., LLC

Case Number:

SSN: NA          EIN: NA

**10–93904–BHL–11**

Debtor(s)

## NOTICE OF DEFICIENT FILING

The Objection to Professional Fees, which was filed on December 12, 2011, is deficient in the following respect(s):

Electronic signature not in correct format per Administrative Procedures Manual, available at www.insb.uscourts.gov/WebForms/CMecf/ecfadmin.pdf.

The above–cited deficiencies must be corrected by December 27, 2011 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  December 13, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT