IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

## REQUEST FOR HEARING TRANSCRIPT

Come now Superior Livestock Auction, Inc. ("Superior") by counsel and hereby requests a copy of the transcript from the hearing held in this matter on December 14, 2011 at 10:00 a.m.

    Respectfully submitted,

    */s/ C.R. Bowles, Jr.*
    C.R. Bowles, Jr.
    GREENEBAUM DOLL & MCDONALD PLLC
    3500 National City Tower
    101 South Fifth Street
    Louisville, Kentucky 40402
    Phone:502-587-3746
    Facsimile: 502-540-2274
    e-mail: crb@gdm.com

    **COUNSEL FOR THE PETITIONING CREDITORS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 15, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                              */s/ C.R. Bowles, Jr.*
                              C.R. Bowles, Jr.