United States Bankruptcy Court
Southern District of Indiana

In re:                                                              Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                          Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0756-4         User: kgoss              Page 1 of 2              Date Rcvd: Dec 13, 2011
                             Form ID: SF00200         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2011.
cr           +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
              Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Dec 14 2011 01:06:53      Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2011**            **Signature:**   *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss              Page 2 of 2              Date Rcvd: Dec 13, 2011
                              Form ID: SF00200         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2011 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Hearing Re: Motion in Limine with Respect to Proposed Testimony of Patrick O'Malley filed by Anthony G. Raluy on behalf of Creditor Peoples Bank & trust Co. of Pickett County [887] with a Response in Opposition to Motion in Limine filed by Kevin M. Toner on behalf of Trustee James A. Knauer [893]

   Date:  December 14, 2011
   Time: 10:00 AM EST
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  December 13, 2011                    KEVIN P. DEMPSEY, CLERK
                                              U.S. BANKRUPTCY COURT