**SO ORDERED: December 16, 2011.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

SGENERIC (rev 11/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

A(n) Motion to Quash?Motion in Limine was filed with the Clerk of Court on December 12, 2011, by Creditor Peoples Bank & trust Co. of Pickett County.

IT IS THEREFORE ORDERED that the Motion to Quash?Motion in Limine is DENIED.

###