SO ORDERED: December 19, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIRST INTERIM APPLICATION OF HOOVER HULL LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *First Interim Application Of Hoover Hull LLP For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") (docket #819) filed by Hoover Hull LLP on November 11, 2011.  Objections to the Application were filed by Superior Livestock Auction, Inc. [857]; The First Bank and Trust Company [902]; and Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC., Bluegrass South Livestock Market, LLC, Bluegrass Stockyards of Richmond, LLC, Alton Darnell, East Tennessee Livestock, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc. and Southeast Livestock Exchange, LLC.

The Court, having reviewed the Application and objections, and being otherwise sufficiently advised, now overrules the objections and GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. Hoover Hull LLP is allowed interim compensation for attorneys' fees in the amount of $56,757.50 plus reimbursement for out-of-pocket expenses incurred in the amount of $845.64 for the period January 14, 2011 through and including August 31, 2011.

2. Hoover Hull LLP is granted all other just and proper relief.

###