## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 12/19/2011
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 4

**Recipients of Notice of Electronic Filing:**
aty      C. R. Bowles, Jr         crb@gdm.com
aty      Daniel J. Donnellon      ddonnellon@ficlaw.com
aty      James M. Carr            james.carr@bakerd.com
aty      Terry E. Hall            terry.hall@bakerd.com

TOTAL: 4