SO ORDERED: December 19, 2011.



Basil H. Lorch III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING SECOND INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CONSULTANT FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Second Interim Application Of Development Specialists, Inc. For Compensation And Reimbursement Of Expenses As Consultant For James A. Knauer, Chapter 11 Trustee* ("Application") (docket 821) filed by James A. Knauer, the chapter 11 trustee appointed in this case, on behalf of Development Specialists, Inc. on November 11, 2011.  No objections to the Application were filed.   The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. Development Specialists, Inc. is allowed interim compensation for consulting fees in the amount of $468,708.75 plus reimbursement for out-of-pocket expenses incurred in the amount of $54,610.91 for the period May 1, 2011 through and including August 31, 2011.

2. Development Specialists, Inc. is granted all other just and proper relief.

###