**SO ORDERED: December 20, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**

## ORDER

   A(n) Motion for Joint Administration was filed with the Clerk of Court on December 8, 2011, by Trustee James A. Knauer.

   IT IS THEREFORE ORDERED that the Motion for Joint Administration is MOOT.

###