**SO ORDERED: December 21, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING SECOND INTERIM APPLICATION OF JAMES A. KNAUER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Second Interim Application Of James A. Knauer For Compensation And Reimbursement Of Expenses As Chapter 11 Trustee* ("Application") (docket #816) filed by James A. Knauer, the Chapter 11 Trustee appointed in this case ("Trustee"), on November 10, 2011 and objections filed by The First Bank and Trust Company, Superior Livestock Auction, Inc., Alton Darnell dba Darnell Alton Barn, Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc., Southeast

Livestock Exchange, LLC, and Moseley Cattle Auction, LLC (as amended and/or refiled, the "Objections").  The Court, having reviewed the Application, the Objections and the arguments of counsel at hearing, and being otherwise sufficiently advised, now GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. The Objections are overruled in their entirety.

2. James A. Knauer, Chapter 11 Trustee is allowed interim compensation for fees in the amount of $48,328.50 plus reimbursement for out-of-pocket expenses incurred in the amount of $8,420.15 for the period May 1, 2011 through and including September 30, 2011.

###