**SO ORDERED: December 22, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| In re: OKIE FARMS, L.L.C., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 11-93144-BHL-11 |

### ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

This matter is before the Court on the *Motion For Joint Administration* (the "Joint Administration Motion") filed by Okie Farms, L.L.C. and James A. Knauer as chapter 11 trustee for Eastern Livestock Co., LLC (collectively, the Debtors"); and the Court, having considered the Joint Administration Motion (and that notice was given to all creditors and parties in interest and there were no objections), now finds that the relief requested should be granted. Accordingly,

IT IS HEREBY ORDERED that:

BDDB01 9030164v1

The cases captioned as In re Eastern Livestock Co., LLC (Case No. 10-93904-BHL-11), and In re Okie Farms, L.L.C. (Case No. 11-93144-BHL-11) shall be jointly administered under the following caption:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

All documents, except for proofs of claim and notices of meetings of creditors pursuant to 11 U.S.C. §341, shall be captioned under the lead case name and number (In re Eastern Livestock Co., LLC, Case No. 10-93904-BHL-11) followed by the words "Jointly Administered."  A proof of claim shall provide only the case name and number of the case in which the claim is asserted.

A single case docket shall be maintained after the entry of the order for joint administration under the case number of the lead case.  If joint administration is terminated, documents filed after the order terminating joint administration shall be filed and docketed in the separate cases.

A separate claims register shall be maintained for each case.  Claims shall be filed only in the name and case number of the debtor against which the claim is asserted.  A separate claim must be filed in each jointly administered case in which a claim is asserted.  A separate creditor list will be maintained for each case.

###

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.