SF01015J (rev 05/2011)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

Eastern Livestock Co., LLC
   SSN: NA      EIN: NA
Debtor(s)

Case Number:
**10–93904–BHL–11**
JOINTLY ADMINISTERED

## NOTICE OF JOINTLY ADMINISTERED CASES

YOU ARE NOTIFIED that an Order Granting Joint Administration was entered on December 22, 2011 for the following cases:

   Lead Case:
   10–93904–BHL–11  Eastern Livestock Co., LLC and Okie Farms, L.L.C.

   Member Case(s):
   11–93144–BHL–11  Okie Farms, L.L.C.

All future pleadings regarding these cases will use the above caption with the phrase "Jointly Administered." All docketing of **pleadings** will take place in the lead case only. **Proofs of claim** will bear the caption of the specific case in which the claim is asserted and will be filed on the claims register of that case.

Dated:  December 22, 2011

                KEVIN P. DEMPSEY, CLERK
                U.S. BANKRUPTCY COURT