```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                         Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                     Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-4           User: kgoss2                 Page 1 of 4                   Date Rcvd: Dec 20, 2011
                               Form ID: sgeneric            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2011.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,    3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Dec 21 2011 00:43:48     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2011**            **Signature:**      *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss2              Page 2 of 4                  Date Rcvd: Dec 20, 2011
                              Form ID: sgeneric         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2011 at the address(es) listed below:

          Allen  Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
           dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
           aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andreawassonatty@gmail.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com,   bmarks@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
           traluy@fbhlaw.net
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
           sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards crb@gdm.com,   shm@gdm.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
           Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
           ljs2@gdm.com
          Christopher E. Baker    on behalf of Creditor   Ozarks Regional Stockyard cbaker@hklawfirm.com,
           thignight@hklawfirm.com
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
           ddonnellon@ficlaw.com,   knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
           david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
           KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
           dlebas@namanhowell.com,   koswald@namanhowell.com
          Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
           mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@bakerd.com,
           patricia.moffit@bakerd.com;sarah.herendeen@bakerd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
           robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
           edl@rubin-levin.net,   atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
           kzwickel@redmanludwig.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@bakerd.com,
           judith.gilliam@bakerd.com;sarah.herendeen@bakerd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ibs@gdm.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
           jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer     jak@kgrlaw.com,   hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
           bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
           jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
           legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
           belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Intervenor James Knauer, Trustee james.carr@bakerd.com,
           patricia.moffit@bakerd.com
          James T Young    on behalf of Creditor Michael Walro james@rubin-levin.net,
           ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@bakerd.com,
           tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
          Jeffrey E. Ramsey    on behalf of Creditor   Intrust Bank, NA jramsey@hopperblackwell.com,
           mhaught@hopperblackwell.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jgraham@taftlaw.com,   ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
           jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jeffe@bellnunnally.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com
          Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
           joyce.jenkins@dinslaw.com
          Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
           jmilelli@swlaw.com;docket_den@swlaw.com
          Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
           Ins Jill.Julian@usdoj.gov
          Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
           jratty@windstream.net

```
District/off: 0756-4          User: kgoss2              Page 3 of 4             Date Rcvd: Dec 20, 2011
                              Form ID: sgeneric         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John Huffaker   on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover   on behalf of Trustee James Knauer jdhoover@hooverhull.com
          John Frederick Massouh   on behalf of Counter-Defendant  Friona Industries, L.P. john.massouh@sprouselaw.com
          John Hunt Lovell   on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers   on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Thompson   on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Carr   on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
          John W Ames   on behalf of Creditor Phillip Reed jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
          Joseph H Rogers   on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
          Joshua N. Stine   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse   on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring   on behalf of Creditor  Deere & Company lobring@msn.com
          Kelly Greene McConnell   on behalf of Creditor  Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com
          Kent A Britt   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com
          Kevin M. Toner   on behalf of Counter-Claimant James Knauer kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
          Kim Martin Lewis   on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk Crutcher   on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
          Laura Day DelCotto   on behalf of Creditor  Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
          Mark A. Robinson   on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Matthew J. Ochs   on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Melissa S. Giberson   on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas   on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael W. McClain   on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael Wayne Oyler   on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
          Randall D. LaTour   on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell   on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
          Robert H. Foree   on behalf of Creditor  Kentucky Cattlemen's Association robertforee@bellsouth.net
          Robert K Stanley   on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@bakerd.com
          Ross A. Plourde   on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
          Sandra D. Freeburger   on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
          Sarah Stites Fanzini   on behalf of Creditor  Intrust Bank, NA sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
          Sean T. White   on behalf of Trustee James Knauer swhite@hooverhull.com, vwilliams@hooverhull.com
          Shawna M Eikenberry   on behalf of Counter-Claimant James Knauer shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
          Shiv Ghuman O'Neill   on behalf of Plaintiff James Knauer, Trustee shiv.oneill@bakerd.com
          Stephen A. Weigand   on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
          Steven A. Brehm   on behalf of Cross Defendant  Superior Livestock Auction, Inc. sab@gdm.com, bfb@gdm.com
          Susan K. Roberts   on behalf of Creditor Rex Elmore skr@stuartlaw.com, lbt@stuartlaw.com
          T. Kent Barber   on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall   on behalf of Intervenor James Knauer, Trustee terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
          Theodore A Konstantinopoulos   on behalf of Creditor  General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer   on behalf of Creditor  Cullman Stockyard, Inc. tscherer@binghammchale.com, mmcclain@binghammchale.com
          Timothy T. Pridmore   on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston   on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl   on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern   on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com

```
District/off: 0756-4          User: kgoss2              Page 4 of 4                   Date Rcvd: Dec 20, 2011
                              Form ID: sgeneric         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
        William E Smith    on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
        William Robert Meyer    on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                                                                        TOTAL: 94

Case 10-93904-BHL-11   Doc 928   Filed 12/22/11   EOD 12/23/11 01:08:15   Pg 4 of 5

SO ORDERED: December 20, 2011.



**Basil H. Lorch III**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA    EIN: NA
  Debtor(s)

Case Number:
**10−93904−BHL−11**

### ORDER

   A(n) Motion for Joint Administration was filed with the Clerk of Court on December 8, 2011, by Trustee James A. Knauer.

   IT IS THEREFORE ORDERED that the Motion for Joint Administration is MOOT.

###