**SO ORDERED: December 23, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING APPLICATION TO EMPLOY KATZ, SAPPER & MILLER, LLP AS ACCOUNTANTS**

This matter came before the Court upon the *Application To Employ Katz, Sapper & Miller, LLP As Accountants* ("Application") (Docket No. 856) filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"). The Court, after considering the Application and the Verified Statement of Keith T. Gambrel, and being duly advised in the premises, now finds that Katz, Sapper & Miller, LLP ("KSM") has no interests adverse to the estate, is a "disinterested person" as defined by 11 U.S.C. § 101(14), and that granting the relief requested by the Application is in the best interests of the estate. It is therefore,

ORDERED that the Application is hereby GRANTED, and the Trustee is hereby authorized to employ KSM as accountants for the Trustee under the terms and conditions set forth in the Application.

###