# Notice Recipients

District/Off: 0756–4      User: edixon      Date Created: 12/23/2011
Case: 10–93904–BHL–11      Form ID: pdfOrder      Total: 3

**Recipients of Notice of Electronic Filing:**
aty      C. R. Bowles, Jr      crb@gdm.com
aty      Dustin R. DeNeal      dustin.deneal@bakerd.com
aty      Terry E. Hall      terry.hall@bakerd.com

TOTAL: 3