UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:

Eastern Livestock Co., LLC

SSN: NA          EIN: NA

Debtor(s)

Case Number:

**10–93904–BHL–11**

JOINTLY ADMINISTERED

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on December 14, 2011 was filed on December 27, 2011.

Parties have until January 3, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is January 17, 2012. Once a Request for Redaction is filed, the redacted transcript is due by January 27, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

GCI Transcription Services
210 Bayberry Avenue
Egg Harbor Township, NJ 08234
1–800–471–0299

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is March 26, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  December 28, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT