UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904 |
| | ) | CHAPTER 11 |
| DEBTOR | ) | |
| _____ | ) | |

## MOTION FOR RULE 2004 EXAMINATION

Comes now Peoples Bank & Trust Company of Pickett County, by its undersigned counsel, and hereby moves this Honorable Court for an Order allowing it to depose Patrick O'Malley at the office of Foley Bryant Holloway & Raluy, 500 West Jefferson Street, Suite 2450, Louisville, Kentucky 40202 on January 10, 2012 at 10:00 a.m., E.S.T.

The undersigned further respectfully requests that the deponent produce at the Rule 2004 examination the following documents:  All documents upon which Patrick O'Malley and DSI referred to, relied on or reviewed in formulating the Opinion contained in the Report prepared on November 18, 2011, and any subsequent or follow-up Report, including all invoices, business records and other documents of Eastern Livestock Co., LLC; Thomas P. Gibson or any related entity.

WHEREFORE, Peoples Bank & Trust Company of Pickett County prays for an Order of this Court.

Respectfully submitted,

/s/ Anthony G. Raluy
Anthony G. Raluy
Foley Bryant Holloway & Raluy
500 West Jefferson Street, Suite 2450
Louisville, Kentucky  40202
(502) 814-1121
COUNSEL FOR PEOPLES BANK
OF PICKETT COUNTY

CERTIFICATE OF SERVICE

       The undersigned certifies that a true and correct copy of the foregoing was this 28th day of December, 2011, served by electronic mail or regular mail upon the following and electronically on all parties on the ECF Matrix entitled to receive Notice:

Kevin M. Toner
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

U.S. Trustee
101 W. Ohio Street, Suite 10000
Indianapolis, IN 46204

                                              /s/ Anthony G. Raluy
                                              Anthony G. Raluy