**SO ORDERED: December 30, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO.  10-93904-BHL-11 |
| | ) | |
| DEBTOR | ) | Hon. Basil H. Lorch III |
| | ) | |

**AGREED SCHEDULING ORDER**
**ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC ("Trustee") and Movant Peoples Bank & Trust Company of Pickett County, ("Peoples") by counsel, submitted this Agreed Case Scheduling Order on the Final Evidentiary Hearing on the Peoples' Motion for Relief from Automatic Stay.  The Court having considered all of the pleadings and other papers filed regarding this matter, and being duly advised in the premises, now ORDERS the following deadlines, without prejudice to the parties' rights to seek additional and further extensions or modification as may be necessary:

Witness and Exhibit List due by January 20, 2012.

Trustee's Expert Disclosures due by January 5, 2012.

Peoples' Expert Disclosures due by January 10, 2012.

Discovery cut off, January 25, 2012.

All Motions in Limine due January 25, 2012.

Parties to submit Trial Briefs on January 25, 2012.

Final Hearing on Motion for Relief from Automatic Stay scheduled for February 1, 2012.

(The hearing on this matter will be held in conjunction with the trial in Adversary Proceeding No. 11-59134.)

###