```
                          United States Bankruptcy Court
                           Southern District of Indiana

In re:                                                       Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                   Chapter 11
Okie Farms, L.L.C.
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0756-4          User: edixon              Page 1 of 5               Date Rcvd: Dec 28, 2011
                              Form ID: ntcts           Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2011.
 ptcrd        +B&B Farms,    Attn: Keith Breeding,    8090 Greensburg Road,    Greensburg, KY 42743-9002
 cr           +Bill Davis,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
 ptcrd        +Billy Neat,    705 B. Neat Road,    Columbia, KY 42728-8500
 cr          #+Bobby Bynum,    P. O. Box 43,    Rankin, TX 79778-0043,    UNITED STATES
 cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
 ptcrd        +Breeding Brothers,    Attn: Wade Breeding,    9440 Columbia Hwy.,    Greensburg, KY 42743-9130
 ptcrd        +Brent Keith,    505 Marlo-Campbell Road,    Columbia, KY 42728-5106
 cr           +Bynum Ranch Co.,    P. O. Box 104,    Sterling City, TX 76951-0104,    UNITED STATES
 cr           +Cullman Stockyard, Inc.,    c/o Thomas C. Scherer, Esq.,    Bingham McHale LLP,    2700 Market Tower,
                10 West Market Street,    Indianapolis, IN 46204-4900
 op           +David L. Abt,    210 N Main St,    PO Box 128,    Westby, WI 54667-0128
 ptcrd        +David L. Rings,    1288 Frontage Road,    Russell Springs, KY 42642-7871
 cr           +Davis Quarter Horse,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
 ptcrd        +Dennis Neat,    6198 Burkesville Road,    Columbia, KY 42728-8529
 adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
 cr            Eddie Eicke,    Eicke Ranch II,    1188 County Rd 1202,    Snyder, TX  79549
 op           +Elizabeth M. Lynch,    Development Specialists, Inc.,    6375 Riverside Drive,    Suite 200,
                Dublin, OH 43017-5045
 cr           +Estate of John S. Gibson, Anna Gayle Gibson, Execu,     13140 Nebo Rd,    Providence, KY 42450-9606
 cr            First Bank and Trust Company, The,    c/o Ayres Carr & Sullivan, P.C.,
                251 East Ohio Street, Suite 500,    Indianapolis, IN 46204-2184
 cr            Florida Association Livestock Markets,    P.O. Box 421929,    Kissimmee, FL  34742-1929
 cr           +Frank Powell,    700 W. Denger,    Midland, TX 79705-5319,    UNITED STATES
 cr           +Gabriel Moreno,    c/o Timothy T. Pridmore,    McWhorter, Cobb & Johnson,    1722 Broadway,
                Lubbock, TX 79401-3093
 cr           +Gabriel Moreno,    c/o Todd J. Johnston,    McWhorter, Cobb & Johnson,    1722 Broadway,
                Lubbock, TX 79401-3093
 cr           +Gary S. Bell,    PO Box 122,    Edmonton, KY 42129-0122
 cr           +Gene Shipman,    11401 E. Fm 1075,    Happy, TX 79042-3422
 cr           +Gibson Farms. LLC,    13140 Nebo Rd.,    Providence, KY 42450-9606
 op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                ?Louisville, KY 40202-3157
 cr           +Heritage Feeders LP,    c/o Crowe & Dunlevy,    20 North Broadway,    Suite 1800,
                Oklahoma City, ok 73102-9213
 ptcrd        +Ike’s Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
 ptcrd        +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
 ptcrd         Jimmy Brummett,    7594 Hwy. 555,    Glens Fork, KY  42741
 cr           +Johnny Mayo, Jr.,    P. O. Box 317,    Eldorado, TX 76936-0317,    UNITED STATES
 cr            Lytle Street Development,    c/o Edward C. Airhart,    440 South Seventh Street,
                Louisville, KY  40203-1967
 ptcrd        +Mike Loy,    668 P.D. Pyles Road,    Columbia, KY 42728-9455
 ptcrd        +Moseley Cattle Auction, LLC,    1044 Arlington Avenue,    Blakely, GA 39823-2362
 op           +National Cattlemen’s Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
                Topeka, KA 66614-5128
 mdb          +Okie Farms, L.L.C.,    135 W. Market Street,    New Albany, IN 47150-3561
 cr           +Republic Bank and Trust Company,    661 South Hurstbourne Parkway,    Louisville, KY 40222-5079
 cr            Rex Elmore,    1817 Tobacco Road,    Glasgow, KY  42141-8486
 cr           +Rosenbaum Feeder Cattle Company, LLC,    P.O. Box 141,    Glade Spring, VA 24340-0141
 cr           +Russell DeCordova d/b/a deCordova Cattle Company,     c/o Jeffrey J. Graham,
                Taft Stettinius & Hollister LLP,    One Indiana Square, Suite 3500,    Indianapolis, IN 46204-2023
 ptcrd       #+Southeast Livestock Exchange LLC,    PO Box 1306,    Waynesville, NC 28786-1306
 ptcrd        +Southland Haulers, LLC,    Howard & Myra Compton,    P O Box 142,    Bratley, AL 36009-0142
 ptcrd        +Superior Livestock Auction, Inc.,    1155 North Colorado Ave.,    Bush, CO 80723-2901
 cr           +Todd Rosenbaum,    P.O. Box 141,    Glade Spring, VA 24340-0141
 cr           +Tom Svoboda,    3065 AA Avenue,    Herrington, KS 67449-5051,    UNITED STATES

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty           E-mail/Text: asr@btcmlaw.com Dec 29 2011 00:27:43     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr             Phillip Taylor Reed,    a/k/a Taylor Reed
 ptcrd*        +Gary S. Bell,    P.O. Box 122,    Edmonton, KY 42129-0122
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0756-4         User: edixon              Page 2 of 5              Date Rcvd: Dec 28, 2011
                             Form ID: ntcts            Total Noticed: 46

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2011**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: edixon                  Page 3 of 5                   Date Rcvd: Dec 28, 2011
                               Form ID: ntcts                Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2011 at the address(es) listed below:

          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andreawassonatty@gmail.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com,   bmarks@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County traluy@fbhlaw.net
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards crb@gdm.com,   shm@gdm.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
          Christopher E. Baker    on behalf of Creditor   Ozarks Regional Stockyard cbaker@hklawfirm.com, thignight@hklawfirm.com
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The ddonnellon@ficlaw.com,   knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,   koswald@namanhowell.com
          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com, mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Debtor   Okie Farms, L.L.C. dustin.deneal@bakerd.com, patricia.moffit@bakerd.com;sarah.herendeen@bakerd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc. robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc. edl@rubin-levin.net,   atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@bakerd.com, judith.gilliam@bakerd.com;sarah.herendeen@bakerd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ibs@gdm.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer     jak@kgrlaw.com,   hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Debtor   Okie Farms, L.L.C. james.carr@bakerd.com, patricia.moffit@bakerd.com
          James T Young    on behalf of Creditor Michael Walro james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
          Jeffrey E. Ramsey    on behalf of Creditor   Intrust Bank, NA jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com,   ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jeffe@bellnunnally.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com
          Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
          Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com
          Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
          Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC. jratty@windstream.net

```
District/off: 0756-4            User: edixon              Page 4 of 5              Date Rcvd: Dec 28, 2011
                                Form ID: ntcts            Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
          John Frederick Massouh    on behalf of Counter-Defendant   Friona Industries, L.P. john.massouh@sprouselaw.com
          John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
          John W Ames    on behalf of Creditor Phillip Reed jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
          Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
          Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
          Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com
          Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com
          Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
          Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
          Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
          Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
          Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association robertforee@bellsouth.net
          Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@bakerd.com
          Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
          Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com,    smattingly@dsf-atty.com
          Sarah Stites Fanzini    on behalf of Creditor   Intrust Bank, NA sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
          Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
          Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com
          Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@bakerd.com
          Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
          Steven A. Brehm    on behalf of Cross Defendant   Superior Livestock Auction, Inc. sab@gdm.com, bfb@gdm.com
          Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,   lbt@stuartlaw.com
          T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
          Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@binghammchale.com, mmcclain@binghammchale.com
          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com

```
District/off: 0756-4          User: edixon                Page 5 of 5              Date Rcvd: Dec 28, 2011
                              Form ID: ntcts              Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
          William E Smith    on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer    on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                                            TOTAL: 94

Case 10-93904-BHL-11   Doc 936   Filed 12/30/11   EOD 12/31/11 00:53:42   Pg 5 of 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**
JOINTLY ADMINISTERED

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

   A transcript of the proceeding held on December 14, 2011 was filed on December 27, 2011.

   Parties have until January 3, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is January 17, 2012. Once a Request for Redaction is filed, the redacted transcript is due by January 27, 2012.

   The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

   GCI Transcription Services
   210 Bayberry Avenue
   Egg Harbor Township, NJ 08234
   1−800−471−0299

   The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is March 26, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  December 28, 2011                  KEVIN P. DEMPSEY, CLERK
                                                       U.S. BANKRUPTCY COURT