```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                           Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                       Chapter 11
Okie Farms, L.L.C.
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0756-4       User: alstarks           Page 1 of 4          Date Rcvd: Dec 30, 2011
                           Form ID: pdfOrder       Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2012.
 cr           +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
 adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
 op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                ?Louisville, KY 40202-3157
 ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
 op           +National Cattlemen's Beef Association,     c/o Alice Devine,    6031 SW 37th St.,
                Topeka, KA 66614-5128
 mdb          +Okie Farms, L.L.C.,    135 W. Market Street,    New Albany, IN 47150-3561
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty           E-mail/Text: asr@btcmlaw.com Dec 30 2011 23:11:15     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 01, 2012**          **Signature:**    *Joseph Speetjens*

```
District/off: 0756-4           User: alstarks              Page 2 of 4                    Date Rcvd: Dec 30, 2011
                               Form ID: pdfOrder           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2011 at the address(es) listed below:

          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andreawassonatty@gmail.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com,   bmarks@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County traluy@fbhlaw.net
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards crb@gdm.com,   shm@gdm.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
          Christopher E. Baker    on behalf of Creditor   Ozarks Regional Stockyard cbaker@hklawfirm.com, thignight@hklawfirm.com
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The ddonnellon@ficlaw.com,   knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,   koswald@namanhowell.com
          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com, mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Debtor   Okie Farms, L.L.C. dustin.deneal@bakerd.com, patricia.moffit@bakerd.com;sarah.herendeen@bakerd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc. robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc. edl@rubin-levin.net,   atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@bakerd.com, judith.gilliam@bakerd.com;sarah.herendeen@bakerd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ibs@gdm.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer    jak@kgrlaw.com,   hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Debtor   Okie Farms, L.L.C. james.carr@bakerd.com, patricia.moffit@bakerd.com
          James T Young    on behalf of Creditor Michael Walro james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@bakerd.com, tracy.whitman@bakerd.com;sarah.herendeen@bakerd.com
          Jeffrey E. Ramsey    on behalf of Creditor   Intrust Bank, NA jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com,   ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jeffe@bellnunnally.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com
          Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
          Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com
          Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
          Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC. jratty@windstream.net

```
District/off: 0756-4           User: alstarks              Page 3 of 4                   Date Rcvd: Dec 30, 2011
                               Form ID: pdfOrder           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              John Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant   Friona Industries, L.P.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor Phillip Reed jwa@gdm.com,
               shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com
              Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
              Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@bakerd.com,
               crystal.hansen@bakerd.com;judy.ferber@bakerd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com;cmarshall@mcs-law.com
              Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
              Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@bakerd.com
              Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
               erin.clogston@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,    smattingly@dsf-atty.com
              Sarah Stites Fanzini    on behalf of Creditor   Intrust Bank, NA sfanzini@hopperblackwell.com,
               mroth@hopperblackwell.com
              Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,    vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@bakerd.com,
               sarah.herendeen@bakerd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@bakerd.com
              Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
              Steven A. Brehm    on behalf of Cross Defendant   Superior Livestock Auction, Inc. sab@gdm.com,
               bfb@gdm.com
              Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,    lbt@stuartlaw.com
              T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@bakerd.com,
               sharon.korn@bakerd.com;sarah.herendeen@bakerd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@binghammchale.com,
               mmcclain@binghammchale.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com

```
District/off: 0756-4         User: alstarks              Page 4 of 4                Date Rcvd: Dec 30, 2011
                             Form ID: pdfOrder           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Wendy W Ponader   on behalf of Trustee James Knauer wendy.ponader@bakerd.com, sarah.herendeen@bakerd.com
          William E Smith   on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer   on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                     TOTAL: 94

SO ORDERED: December 30, 2011.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO.  10-93904-BHL-11 |
| | ) | |
| DEBTOR | ) | Hon. Basil H. Lorch III |
| _____ | ) | |

**AGREED SCHEDULING ORDER**
**ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC ("Trustee") and Movant Peoples Bank & Trust Company of Pickett County, ("Peoples") by counsel, submitted this Agreed Case Scheduling Order on the Final Evidentiary Hearing on the Peoples' Motion for Relief from Automatic Stay.  The Court having considered all of the pleadings and other papers filed regarding this matter, and being duly advised in the premises, now ORDERS the following deadlines, without prejudice to the parties' rights to seek additional and further extensions or modification as may be necessary:

Witness and Exhibit List due by January 20, 2012.

Trustee's Expert Disclosures due by January 5, 2012.

Peoples' Expert Disclosures due by January 10, 2012.

Discovery cut off, January 25, 2012.

All Motions in Limine due January 25, 2012.

Parties to submit Trial Briefs on January 25, 2012.

Final Hearing on Motion for Relief from Automatic Stay scheduled for February 1, 2012.

(The hearing on this matter will be held in conjunction with the trial in Adversary Proceeding No. 11-59134.)

###