**SO ORDERED: January 3, 2012.**



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | ) CASE NO. 10-93904 |
| | ) CHAPTER 11 |
| DEBTOR | ) |

## ORDER

This matter having come before the Court on motion of Peoples Bank & Trust Company of Pickett County for an Order allowing it to take a Rule 2004 Examination, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that Peoples Bank & Trust Company of Pickett County may take the deposition of Patrick O'Malley at the office of Foley Bryant Holloway & Raluy, 500 West Jefferson Street, Suite 2450, Louisville, Kentucky 40202 on January 10, 2012 at 10:00 a.m., E.S.T., at which time the deponent shall produce the following: All documents upon which Patrick O'Malley and DSI referred to, relied on or reviewed in formulating the Opinion contained in the Report prepared on November 18, 2011, and any subsequent or follow-up Report, including all invoices, business records and other documents of Eastern Livestock Co., LLC; Thomas P. Gibson or any related entity.

###