UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## NOTICE OF WITHDRAWAL OF MOTION TO APPROVE AN INFORMAL AD HOC COMMITTEE

NOTICE IS GIVEN that Superior Livestock Auction, Inc., Bluegrass Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards East, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Moseley Cattle Auction, LLC, East Tennessee Livestock Center, Inc., First Bank & Trust Company, Arcadia Stockyard, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Hardee Livestock Market, Inc., North Florida Livestock Market, Inc., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Sumter County Farmers Market, Inc., Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market, Ron Sizemore Trucking, Inc., Oak Lake Cattle Co., Eagle Bay, Inc., Daniel M. Byrd ("Creditors"), by and through their respective undersigned Counsel, hereby withdraw their Motion ("Motion") requesting that this Court approve the formation of an informal, ad hoc committee of Creditors ("Ad Hoc Committee") (Doc. No. 828) in the above-captioned Chapter 11 case.

Respectfully submitted,

/s/ John W. Ames
John W. Ames
C.R. Bowles, Jr.
Christie Moore
Ivana B. Shallcross
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202

Telephone (502) 589-4200
Facsimile  (502) 587-3695
E-mail james@bgdlegal.com
cbowles@bgdlegal.com
cmoore@bgdlegal.com
ishallcross@bgdlegal.com


/s/ Elliott D. Levin
 Elliott D. Levin
John M. Rogers
James E Rossow, Jr.
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204
 317-634-0300
 Email:  edl@rubin-levin.net
johnr@rubin-levin.net
jim@rubin-levin.net

Counsel for Superior Livestock Auction, Inc.

And,

/s/ Laura Day DelCotto
Laura Day DelCotto
Amelia Martin Adams
DELCOTTO LAW GROUP PLLC
200 North Upper Street
Lexington, KY 40507
859-231-5800
Fax : 859-281-1179
Email:  ldelcotto@dlgfirm.com
aadams@dlgfirm.com

Counsel for Bluegrass Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards East, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Moseley Cattle Auction, LLC, East Tennessee Livestock Center, Inc.,

And,

/s/ Daniel J. Donnellon
Daniel J. Donnellon
Stephen A. Weigand
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420

2

Cincinnati, OH 45202
Telephone: (513) 632-0300
Fascimile: (513) 632-0319
Email: ddonnellon@ficlaw.com

Counsel for The First Bank and Trust Company

And,

/s/ *Walter Scott Newbern, III, Esq.*
Walter Scott Newbern, III, Esq.
W. Scott Newbern, PL
2982 East Gevemy
Tallahassee, FL 32309
Telephone: 850-591-1707
Facsimile: 850-894-0871
E-mail: wsnewbern@msn.com

Counsel for Arcadia Stockyard, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Hardee Livestock Market, Inc., North Florida Livestock Market, Inc., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Sumter County Farmers Market, Inc., Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market, Ron Sizemore Trucking, Inc., Oak Lake Cattle Co., Eagle Bay, Inc., Daniel M. Byrd

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ *John W. Ames*
John W. Ames

4624017_1.docx