UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**APPLICATION TO EMPLOY PHILLIP L. KUNKEL AS MEDIATOR**

   James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, respectfully requests that this Court enter an order authorizing the Trustee to employ Phillip L. Kunkel as standing mediator (the "Mediator") in this case to mediate disputes and issues pursuant to the terms and conditions outlined on attached Exhibit A. The Trustee believes that mediation may help resolve some claims and disputes in this case and avoid the cost and delay of continued litigation. In support of this application ("Application"), the Trustee respectfully represents the following:

   1.  The Trustee was appointed on December 27, 2010 pursuant to the *Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee* [Dock. No. 102].

   2.  The Trustee wants to employ the Mediator to serve as a "standing" mediator to mediate matters, issues or disputes that the Trustee and one or more parties may choose to submit to mediation. The Trustee has discussed his interest in creating a mechanism by which the Trustee and parties may voluntarily mediate certain of the disputes and claims in this case.

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

3.      The National Cattlemen's Beef Association ("NCBA") recommended the Mediator to the Trustee based upon the Mediator's experience with the industry and with the bankruptcy issues.

4.      The Mediator is a principal at the law firm of Gray, Plant & Mooty, LLC, and is experienced in agriculture-related bankruptcies, having served as a trustee in bankruptcy cases involving debtors involved in the cattle industry.

5.      The Trustee selected the Mediator because the Mediator is experienced and is well-qualified to serve as a mediator with respect to issues that parties are likely to want to mediate.

6.      The Trustee seeks authority to hire the Mediator on the Mediator's normal hourly billing rates of $500 per hour, with half of the Mediator's fees to be paid by the estate and the other half charged to the other party or parties to any mediation, all as more particularly outlined on attached Exhibit A.  Costs associated with the mediation would be similarly divided.

7.      Pursuant to the Verified Statement of Phillip L. Kunkel attached as Exhibit B, the Mediator is qualified to act as a mediator in this case and does not hold or represent an interest adverse to the estate on the matters on which the Mediator is to be employed.  The Mediator has disclosed that he or other members of his firm have advised the NCBA regarding this chapter 11 case and its potential impact on the beef industry and has further disclosed that such representation may continue with respect to unrelated matters.  The NCBA has not filed a proof of claim and the Trustee does not believe that the NCBA is a creditor in this case and/or is adverse to the estate.  Regardless, the Mediator will not be asked to mediate any disputes to which the NCBA is a party unless the Mediator obtains all necessary consents.  The Trustee

9041208_3.DOC

believes that the Mediator is therefore "disinterested," as that term is defined by the Bankruptcy Code.

8.      To the extent the Mediator becomes aware of any adversity or conflict with proposed parties to a mediation, unless the mediator can obtain all needed consents, the Mediator will not serve as mediator of that conflict and the Trustee will seek authority to hire an alternate mediator should it be desirable and beneficial.

9.      The Trustee believes the employment of the Mediator is in the best interests of this estate.

WHEREFORE, the Trustee prays that he be authorized to employ the Mediator to act as a standing mediator for disputes arising in this case as the Trustee may select in his discretion, that he be authorized to pay one half of the Mediator's fees incurred in this case, and that the Court grant the Trustee all other just and proper relief.

Respectfully submitted,


By: /s/ Dustin R. DeNeal

James M. Carr (#3128-49)                  *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin Toner (#11343-49)
Terry E. Hall (#22041-49)
Harmony Mappes (# 27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
kevin.toner@bakerd.com
terry.hall@bakerd.com
harmony.mappes@bakerd.com
dustin.deneal@bakerd.com

3

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
wendy.ponader@bakerd.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

C. R. Bowles, Jr
crb@gdm.com

John Hunt Lovell
john@lovell-law.net

Mark A. Robinson
mrobinson@vhrlaw.com

Jeffrey R. Erler
jeffe@bellnunnally.com

Edward M King
tking@fbtlaw.com

Randall D. LaTour
rdlatour@vorys.com

John R. Carr, III
jrciii@acs-law.com

Bret S. Clement
bclement@acs-law.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

John Frederick Massouh
john.massouh@sprouselaw.com

John W. Ames
jwa@gdm.com

Robert Hughes Foree
robertforee@bellsouth.net

Kim Martin Lewis
kim.lewis@dinslaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Ivana B. Shallcross
ibs@gdm.com

Deborah Caruso
dcaruso@daleeke.com

Meredith R. Thomas
mthomas@daleeke.com

William Robert Meyer, II
rmeyer@stites.com

Allen Morris
amorris@stites.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

James Bryan Johnston
bjtexas59@hotmail.com

James T. Young
james@rubin-levin.net

David L. LeBas
dlebas@namanhowell.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John M. Thompson
john.thompson@crowedunlevy.com

Jessica E. Yates
jyates@swlaw.com

John Huffaker
john.huffaker@sprouselaw.com

Matthew J. Ochs
matt.ochs@moyewhite.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Kelly Greene McConnell
lisahughes@givenspursley.com

T. Kent Barber
kbarber@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Walter Scott Newbern
wsnewbern@msn.com

Kirk Crutcher
kcrutcher@mcs-law.com

Todd J. Johnston
tjohnston@mcjllp.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Karen L. Lobring
lobring@msn.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Lisa Koch Bryant
courtmail@fbhlaw.net

Elliott D. Levin
edl@rubin-levin.net

John M. Rogers
johnr@rubin-levin.net

John David Hoover
jdhoover@hooverhull.com

Sean T. White
swhite@hooverhull.com

Robert H. Foree
robertforee@bellsouth.net

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

4

9041208_3.DOC

Michael W. McClain
mike@kentuckytrial.com

William E Smith
wsmith@k-glaw.com

Susan K. Roberts
skr@stuartlaw.com

James Edwin McGhee
mcghee@derbycitylaw.com

Thomas C Scherer
tscherer@binghammchale.com

David A. Laird
david.laird@moyewhite.com

Jerald I. Ancel
jancel@taftlaw.com

Jeffrey J. Graham
jgraham@taftlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

David Alan Domina
dad@dominalaw.com

Kent A Britt
kabritt@vorys.com

Joshua N. Stine
jnstine@vorys.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Amelia Martin Adams
aadams@dlgfirm.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Jason W. Cottrell
jwc@stuartlaw.com

Robert A. Bell
rabell@vorys.com

James E. Rossow
jim@rubin-levin.net

James B. Lind
jblind@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

Steven A. Brehm
sab@gdm.com

Anthony G. Raluy
traluy@fbhlaw.net

Christopher E. Baker
cbaker@hklawfirm.com

James M. Carr
james.carr@bakerd.com

Jack S. Dawson
jdawson@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@bakerd.com

Shawna M. Eikenberry
shawna.eikenberry@bakerd.com

Terry E. Hall
terry.hall@bakerd.com

Jay Jaffe
jay.jaffe@bakerd.com

James A. Knauer
jak@kgrlaw.com

Erick P. Knoblock
eknoblock@daleeke.com

Harmony A. Mappes
harmony.mappes@bakerd.com

Christie A. Moore
cm@gdm.com

Shiv Ghuman O'Neill
shiv.oneill@bakerd.com

Wendy W. Ponader
wendy.ponader@bakerd.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Eric C. Redman
ksmith@redmanludwig.com

Joe T. Roberts
jratty@windstream.net

Joseph H. Rogers
jrogers@millerdollarhide.com

James E. Smith
jsmith@smithakins.com

Robert K. Stanley
robert.stanley@bakerd.com

Andrew D. Stosberg
astosberg@lloydmc.com

Kevin M. Toner
kevin.toner@bakerd.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrea L. Wasson
andreawassonatty@gmail.com

   I further certify that on January 3, 2012, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Ashley S. Rusher
asr@blancolaw.com

Darla J. Gabbitas
darla.gabbitas@moyewhite.com

/s/  Dustin R. DeNeal
_____

5

9041208_3.DOC