Exhibit B

Case 10-93904-BHL-11 Doc 940-2 Filed 01/03/12 EOD 01/03/12 17:07:16 Pg 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| In re: OKIE FARMS, L.L.C., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 11-93144-BHL-11 |

## VERIFIED STATEMENT OF PHILLIP L. KUNKEL

Phillip L. Kunkel, in support of the *Application To Employ Phillip L. Kunkel As Mediator*, filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), affirms under the penalties for perjury that:

1. I am a principal at the law firm of Gray, Plant & Mooty, LLC ("Gray") and practice out of Gray's St. Cloud, Minnesota office.

2. I and/or other members of my firm have (i) participated on conference calls organized by the National Cattlemen's Beef Association ("NCBA") in connection with this case; (ii) advised the NCBA as to consequences of this case and its potential impact upon the beef industry; and (ii) represented the NCBA in other, unrelated matters. The representation of the NCBA in unrelated matters may continue during the pendency of the mediation.

3. To the best of my knowledge and belief, neither Gray nor I have a connection with Eastern Livestock Co., LLC or any other party in interest relating to the matters upon which I am to be engaged in the above-captioned bankruptcy case.

4. To the best of my knowledge and belief, neither Gray nor I have any interests adverse to the Trustee or to the estate.

5. Neither Gray nor I have any arrangement for the sharing of any fees in the matters upon which I am to be engaged in the above-captioned bankruptcy case.

6.  To the best of my knowledge, no principal or associate of Gray is a relative of any judge of this Court.

Dated: January 3, 2012

                                                   /s/ Phillip L. Kunkel  
                                                   Phillip L. Kunkel