SF00075 (rev 05/2008)

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
121 W Spring St Rm 110  
New Albany, IN 47150

In Re:

   Eastern Livestock Co., LLC                         Case Number:  
     SSN: NA        EIN: NA                      **10−93904−BHL−11**  
   Debtor(s)                                         JOINTLY ADMINISTERED

**NOTICE OF DEFICIENT FILING**

The Motion to Shorten Notice Time, which was filed on January 3, 2012, is deficient in the following respect(s):

    Incorrect event used. Document must be re−filed using Motion for Emergency Hearing event on Bankruptcy/Motion/Emergency Hearing menu.

The above−cited deficiencies must be corrected by January 18, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

    IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: January 4, 2012                                 KEVIN P. DEMPSEY, CLERK  
                                                           U.S. BANKRUPTCY COURT