**SO ORDERED: January 5, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER GRANTING MOTION PURSUANT TO FED. R. BANKR. P. 9006(c) FOR
ORDER SETTING APPLICATION TO EMPLOY PHILLIP L. KUNKEL AS
MEDIATOR FOR HEARING ON JANUARY 13, 2012 ON
SHORTENED AND LIMITED NOTICE**

This Court has considered the *Motion Pursuant To Fed. R. Bankr. P. 9006(C) For Order Setting Application To Employ Phillip L. Kunkel As Mediator For Hearing on January 13, 2012 On Shortened And Limited Notice* ("Motion") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"). The Motion requests entry of an order setting the *Application To Employ Phillip L. Kunkel As Mediator* [Docket No. 940] ("Employment Application") for hearing on January 13, 2012. By the Employment Application, the Trustee requests that the Court enter an order authorizing the Trustee to employ Phillip L. Kunkel as standing mediator in

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

this case to mediate disputes and issues pursuant to the terms and conditions outlined on <u>Exhibit A</u> attached to the Employment Application.  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, the estates, and creditors; and (iv) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Employment Application is hereby set for hearing on **January 13, 2012 at 10:00 a.m. EST**;

2.      All parties in interest may participate telephonically in the hearing on the Employment Application by dialing 1-888-399-7768; passcode 586676#;

3.      The Trustee shall serve copies of this Order and the Employment Application upon (i) the office of the United States Trustee for the Southern District of Indiana; (ii) the Internal Revenue Service; (iii) any secured creditors; and (iv) any party who has filed an appearance and served same on the Trustee prior to service by electronic mail through the Court's CM/ECF system (if applicable), overnight mail, or electronic mail within one (1) day of the entry of this Order;

4.      NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Employment Application must be filed at http://ecf.insb.uscourts.gov, which requires a user account and password, or in writing with the Clerk's Office in accordance with Local Rule S.D.Ind. B−9013−1(d) at the following address:

United States Bankruptcy Court
Southern District of Indiana
110 U.S. Courthouse
121 West Spring Street
New Albany, IN 47150

Objections may be filed through and including January 12, 2012 by 4:30 p.m.

EST.

###