## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 1/5/2012
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | C. R. Bowles, Jr | crb@gdm.com |
| aty | Dustin R. DeNeal | dustin.deneal@bakerd.com |
| aty | Terry E. Hall | terry.hall@bakerd.com |

TOTAL: 3