UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
      SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10–93904–BHL–11**
JOINTLY ADMINISTERED

## NOTICE OF DEFICIENT FILING

   The Motion for Authority, which was filed on January 4, 2012, is deficient in the following respect(s):

     All parties must sign an agreed motion.

   The above−cited deficiencies must be corrected by January 19, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

   IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  January 5, 2012                         KEVIN P. DEMPSEY, CLERK
                                                     U.S. BANKRUPTCY COURT