## Notice Recipients

District/Off: 0756–4             User: edixon                     Date Created: 1/5/2012
Case: 10–93904–BHL–11            Form ID: SF00075                 Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Dustin R. DeNeal          dustin.deneal@bakerd.com

TOTAL: 1