UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
FOR NEW ALBANY

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |

### NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE that, effective January 2, 2012, Greenebaum Doll & McDonald PLLC merged with Bingham McHale LLP to form a new law firm known as Bingham Greenebaum Doll LLP. The attorneys of record in this matter previously affiliated with Greenebaum Doll & McDonald PLLC are now affiliated with Bingham Greenebaum Doll LLP. The contact information for these attorneys remains the same except for their email addresses, which have changed as follows:

james@bgdlegal.com
cbowles@bdglegal.com
cmoore@bdglegal.com
sbrehm@bgdlegal.com
ishallcross@bgdlegal.com

                              Respectfully submitted,

                              */s/ John W. Ames*
                              John W. Ames
                              C.R. Bowles, Jr.
                              Christie A. Moore
                              Steven A. Brehm
                              Ivana B. Shallcross
                              BINGHAM GREENEBAUM DOLL LLP
                              3500 National City Tower
                              101 South Fifth Street
                              Louisville, Kentucky 40202-3197
                              502/589-4200

                              COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all Counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                      */s/ John W. Ames*
                                      John W. Ames

                                      COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.