## Notice Recipients

District/Off: 0756–4               User: edixon                    Date Created: 1/6/2012
Case: 10–93904–BHL–11              Form ID: pdfOrder               Total: 3

**Recipients of Notice of Electronic Filing:**
aty         C. R. Bowles, Jr         cbowles@bgdlegal.com
aty         Dustin R. DeNeal         dustin.deneal@bakerd.com
aty         Terry E. Hall            terry.hall@bakerd.com

TOTAL: 3