UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904 |
| | ) | CHAPTER 11 |
| DEBTOR | ) | |
| | ) | |

**AGREED ENTRY VACATING ORDER GRANTING**
**MOTION FOR RULE 2004 EXAMINATION**

\* \* \* \* \* \*

Upon agreement of James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC, and Peoples Bank & Trust Company of Pickett County ("Peoples State Bank"), as evidenced by the signatures of their respective counsel below, and the Court being otherwise duly advised;

**IT IS HEREBY AGREED** that the Order entered by the Court on January 3, 2012 granting Peoples State Bank's Motion for Rule 2004 Examination be, and hereby is vacated.

HAVE SEEN AND AGREED TO:


/s/ Kevin M. Toner
Kevin M. Toner
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-mail:  kevin.toner@bakerd.com
COUNSEL FOR JAMES A. KNAUER,
CHAPTER 11 TRUSTEE OF
EASTERN LIVESTOCK CO., LLC


/s/ Anthony G. Raluy
Anthony G. Raluy
Foley Bryant Holloway & Raluy
500 West Jefferson Street, Suite 2450
Louisville, Kentucky  40202
Telephone:  (502) 814-1121
Facsimile:  (502) 561-0025
E-mail:  traluy@fbhlaw.net
COUNSEL FOR PEOPLES BANK
& TRUST COMPANY OF PICKETT COUNTY