**SO ORDERED: January 11, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER APPROVING AGREED ENTRY VACATING ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**

This matter is before the Court upon the *Agreed Entry Vacating Order Granting Motion for Rule 2004 Examination* [Dock. No. 957] ("Agreed Entry")[2], and the Court being duly and sufficiently advised, hereby GRANTS and approves the Agreed Entry, it appearing to the Court that the Agreed Entry was filed for good cause.

Accordingly, IT IS HEREBY ORDERED that

1.      The Agreed Entry is approved and entered in all respects; and

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreed Entry.

2.	The Order entered by the Court on January 3, 2012 [Dock. No. 938] granting Peoples State Bank's Motion for Rule 2004 Examination is vacated.

###