# Notice Recipients

District/Off: 0756–4    User: edixon    Date Created: 1/11/2012
Case: 10–93904–BHL–11    Form ID: pdfOrder    Total: 5

**Recipients of Notice of Electronic Filing:**
tr    James A. Knauer    jak@kgrlaw.com
aty    Anthony G. Raluy    traluy@fbhlaw.net
aty    C. R. Bowles, Jr    cbowles@bgdlegal.com
aty    James A. Knauer    jak@kgrlaw.com
aty    Terry E. Hall    terry.hall@faegrebd.com

TOTAL: 5