**SO ORDERED: January 17, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER GRANTING APPLICATION TO EMPLOY**
**PHILLIP L. KUNKEL AS MEDIATOR**

This matter came before the Court upon the *Application To Employ Phillip L. Kunkel As Mediator* (Docket No. 940) ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"). The Court, after considering the Application and the Verified Statement of Phillip L. Kunkel, and being duly advised in the premises, now finds that Phillip L. Kunkel (the "Mediator") and Gray, Plant & Mooty, LLC ("Gray") have no interests adverse to the estate, are "disinterested persons" as defined by 11 U.S.C. § 101(14), and that

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

granting the relief requested by the Application is in the best interests of the estate. It is therefore,

ORDERED that the Application is hereby GRANTED, and the Trustee is hereby authorized to 1) employ the Mediator to mediate certain issues and disputes in the case pursuant to the terms and conditions outlined on <u>Exhibit A</u> to the Application as the Trustee may select in his discretion and 2) pay the Trustee's share of the Mediator's fees from assets of the estate.

###