UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

FILED
U.S. BANKRUPTCY COURT
NEW ALBANY DIVISION

JAN 17 2012

SOUTHERN DISTRICT OF INDIANA
KEVIN P. DEMPSEY, CLERK

In Re:

Eastern Livestock Co., LLC
SSN: NA        EIN: NA
Debtor(s)

Case Number:
10-93904-BHL-11
JOINTLY ADMINISTERED

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on December 14, 2011 was filed on December 27, 2011.

Parties have until January 3, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is January 17, 2012. Once a Request for Redaction is filed, the redacted transcript is due by January 27, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

GCI Transcription Services
210 Bayberry Avenue
Egg Harbor Township, NJ 08234
1-800-471-0299

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is March 26, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated: December 28, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT

①

081394 81394 1 MB 0.387 24340 9 8 6914-0-82072
Rosenbaum Feeder Cattle Company, LLC
P.O. Box 141
Glade Spring, VA 24340-0141

②

081393 31393 1 MB 0.387 24340 9 8 691
Todd Rosenbaum
P.O. Box 141
Glade Spring, VA 24340-0141

1/13/12
Please change both mailing addresses to
PO Box 411
Glade Spring, VA 24340
Effective immediately
Other PO is tired of these docs being sent to wrong PO Box

☑ ENVELOPE NOT PROVIDED
☑ COPIES NOT PROVIDED

081393
46309081474013