UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | |
| | CASE NO. 10-93904 |
| EASTERN LIVESTOCK CO., LLC | CHAPTER 11 |
| DEBTOR | JOINTLY ADMINISTERED |

**ORDER GRANTING MOTION TO COMPEL THE TRUSTEE
TO PRODUCE BUDGETS AND FINANCIAL INFORMATION**

This matter having come before the Court upon the Motion to Compel the Trustee to Produce Budgets and Financial Information (the "Motion") and it appearing that proper notice of the Motion was given, and it further appearing that no objections having been filed or any timely objections being hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised; and having considered same;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. The Trustee shall produce the requested budgets and financial information on or before January 27, 2012.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR MOVANTS

Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Pleadings\Compel Financials Ord.doc