# Notice Recipients

District/Off: 0756–4          User: edixon          Date Created: 1/23/2012
Case: 10–93904–BHL–11          Form ID: ntcts          Total: 132

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Amelia Martin Adams | aadams@dlgfirm.com |
| aty | Andrea L Wasson | andreawassonatty@gmail.com |
| aty | Anthony G. Raluy | traluy@fbhlaw.net |
| aty | Bret S. Clement | bclement@acs–law.com |
| aty | C. R. Bowles, Jr | cbowles@bgdlegal.com |
| aty | Christie A. Moore | cm@gdm.com |
| aty | Christopher E. Baker | cbaker@hklawfirm.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David A. Laird | david.laird@moyewhite.com |
| aty | David Alan Domina | dad@dominalaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal | dustin.deneal@faegrebd.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Elliott D. Levin | robin@rubin–levin.net |
| aty | Elliott D. Levin | edl@rubin–levin.net |
| aty | Harmony A Mappes | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross | ishallcross@bgdlegal.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James B. Lind | jblind@vorys.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr. | jim@rubin–levin.net |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr | jim.carr@faegrebd.com |
| aty | James T Young | james@rubin–levin.net |
| aty | Jason W. Cottrell | jwc@stuartlaw.com |
| aty | Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| aty | Jeffrey J. Graham | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel | jancel@taftlaw.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates | jyates@swlaw.com |
| aty | Jill Zengler Julian | Jill.Julian@usdoj.gov |
| aty | John Huffaker | john.huffaker@sprouselaw.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell–law.net |
| aty | John M. Rogers | johnr@rubin–levin.net |
| aty | John M. Thompson | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III | jrciii@acs–law.com |
| aty | John W Ames | james@bgdlegal.com |
| aty | Joshua N. Stine | kabritt@vorys.com |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring | lobring@msn.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kent A Britt | kabritt@vorys.com |
| aty | Kevin M. Toner | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant | courtmail@fbhlaw.net |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson | msgiberson@vorys.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Michael W. McClain | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler | moyler@rwsvlaw.com |
| aty | Randall D. LaTour | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr | rabell@vorys.com |
| aty | Robert H. Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf–atty.com |
| aty | Sarah Stites Fanzini | sfanzini@hopperblackwell.com |
| aty | Sean T. White | swhite@hooverhull.com |

| | | |
|---|---|---|
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 84

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

adb    Eastern Livestock Co., LLC    135 W. Market Street    New Albany, IN 47150
ptcrd    David L. Rings    1288 Frontage Road    Russell Springs, KY 42642
ptcrd    Southeast Livestock Exchange LLC    PO Box 1306    Waynesville, NC 28786
ptcrd    Moseley Cattle Auction, LLC    1044 Arlington Avenue    Blakely, GA 39823
op    Elizabeth M. Lynch    Development Specialists, Inc.    6375 Riverside Drive    Suite 200    Dublin, OH 43017
cr    First Bank and Trust Company, The    c/o Ayres Carr &Sullivan, P.C.    251 East Ohio Street, Suite 500    Indianapolis, IN 46204–2184
cr    Republic Bank and Trust Company    661 South Hurstbourne Parkway    Louisville, KY 40222
cr    Gary S. Bell    PO Box 122    Edmonton, KY 42129
op    National Cattlemen's Beef Association    c/o Alice Devine    6031 SW 37th St.    Topeka, KA 66610
ptcrd    Southland Haulers, LLC    Howard &Myra Compton    P O Box 142    Bratley, AL 36009
ptcrd    Ike's Trucking, Inc.    Ike and Cherie Jacobs    3087 Ervin Town Rd.    Castlewood, VA 24224
ptcrd    Breeding Brothers    Attn: Wade Breeding    9440 Columbia Hwy.    Greensburg, KY 42743
ptcrd    BBFarms    Attn: Keith Breeding    8090 Greensburg Road    Greensburg, KY 42743
ptcrd    Jeremy Coffey    6205 Greensburg Road    Columbia, KY 42728
ptcrd    Brent Keith    505 Marlo–Campbell Road    Columbia, KY 42728
ptcrd    Dennis Neat    6198 Burkesville Road    Columbia, KY 42728
ptcrd    Billy Neat    705 B. Neat Road    Columbia, KY 42728
ptcrd    Jimmy Brummett    7594 Hwy. 555    Glens Fork, KY 42741
ptcrd    Mike Loy    668 P.D. Pyles Road    Columbia, KY 42728
ptcrd    Superior Livestock Auction, Inc.    1155 North Colorado Ave.    Bush, CO 80723
ptcrd    Gary S. Bell    P.O. Box 122    Edmonton, KY 42129
op    David L. Abt    210 N Main St    PO Box 128    Westby, WI 54667
cr    Eddie Eicke    Eicke Ranch II    1188 County Rd 1202    Snyder, TX 79549
cr    Heritage Feeders LP    c/o Crowe &Dunlevy    20 North Broadway    Suite 1800    Oklahoma City, ok 73102
cr    Bobby Bynum    P. O. Box 43    Rankin, TX 79778 UNITED STATES
cr    Bill Davis    7726 W. FM 2335    Christoval, TX 76935 UNITED STATES
cr    Johnny Mayo, Jr.    P. O. Box 317    Eldorado, TX 76936 UNITED STATES
cr    Frank Powell    700 W. Denger    Midland, TX 79705 UNITED STATES
cr    Davis Quarter Horse    7726 W. FM 2335    Christoval, TX 76935 UNITED STATES
cr    Tom Svoboda    3065 AA Avenue    Herrington, KS 67449 UNITED STATES
cr    Bynum Ranch Co.    P. O. Box 104    Sterling City, TX 76951 UNITED STATES
cr    Florida Association Livestock Markets    P.O. Box 421929    Kissimmee, FL 34742–1929
cr    Gene Shipman    11401 E. Fm 1075    Happy, TX 79042
cr    Gabriel Moreno    c/o Todd J. Johnston    McWhorter, Cobb &Johnson    1722 Broadway    Lubbock, TX 79401
cr    Gabriel Moreno    c/o Timothy T. Pridmore    McWhorter, Cobb &Johnson    1722 Broadway    Lubbock, TX 79401
cr    Estate of John S. Gibson, Anna Gayle Gibson, Execu    13140 Nebo Rd    Providence, KY 42450
cr    Gibson Farms. LLC    13140 Nebo Rd.    Providence, KY 42450
cr    Bovine Medical Associates, LLC    1500 Soper Road    Carlisle, KY 40311
cr    Phillip Taylor Reed    a/k/a Taylor Reed
op    Greenebaum Doll &McDonald PLLC    3500 National City Tower    101 South Fifth Street    ?Louisville, KY 40202–3103
cr    Todd Rosenbaum    P.O. Box 141    Glade Spring, VA 24340
cr    Rosenbaum Feeder Cattle Company, LLC    P.O. Box 141    Glade Spring, VA 24340
cr    Rex Elmore    1817 Tobacco Road    Glasgow, KY 42141–8486
cr    Lytle Street Development    c/o Edward C. Airhart    440 South Seventh Street    Louisville, KY 40203–1967
cr    Cullman Stockyard, Inc.    c/o Thomas C. Scherer, Esq.    Bingham McHale LLP    2700 Market Tower    10 West Market Street    Indianapolis, IN 46204
cr    Russell DeCordova d/b/a deCordova Cattle Company    c/o Jeffrey J. Graham    Taft Stettinius &Hollister LLP    One Indiana Square, Suite 3500    Indianapolis, IN 46204
mdb    Okie Farms, L.L.C.    135 W. Market Street    New Albany, IN 47150
aty    Ashley S Rusher    Blanco Tackabery &Matamoros PA    PO Drawer 25008    Winston–Salem, NC 27114–5008

TOTAL: 48