UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**
JOINTLY ADMINISTERED

## NOTICE OF DEFICIENT FILING

   The Notice of Submission, which was filed on January 19, 2012, is deficient in the following respect(s):

     Pleading should be filed in associated adversary case instead of legal case. Filing party to re−file in adversary case.

   The above−cited deficiencies must be corrected by February 6, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

    IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: January 23, 2012                      KEVIN P. DEMPSEY, CLERK
                                                      U.S. BANKRUPTCY COURT