## Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 1/23/2012
Case: 10–93904–BHL–11     Form ID: SF00075     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Shawna M Eikenberry     shawna.eikenberry@faegrebd.com

TOTAL: 1