UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | |

**JOINDER OF THE FIRST BANK AND TRUST COMPANY TO THE MOTION TO COMPEL THE TRUSTEE TO PRODUCE BUDGETS AND FINANCIAL INFORMATION**

The First Bank and Trust Company ("First Bank"), by counsel, joins the Motion to Compel the Trustee to Produce Budgets and Financial Information filed by various creditors on January 20, 2012 [Doc. 971] ("Motion"). First Bank requests that the Court grant the relief requested in the Motion for the reasons set forth in the Motion. Counsel for First Bank raised the issue regarding the lack of any operating budgets with the Court at the hearing on September 28, 2011. See Exhibit A to Motion. Despite previous requests by other creditors to see the operating budgets, the Trustee had not produced any, and counsel for First Bank offered to submit a proposed Order for the Court to journalize the direction to the Trustee. Id. Such an order, however, was unnecessary at the time as the Trustee's counsel suggested voluntary compliance would be forthcoming. To date, the Trustee has not provided creditors (other than Fifth Third Bank) with copies of the operating budgets, notwithstanding creditors' requests prior to and on September 28, 2011, along with subsequent requests on the record on December 14, 2011, and despite promises from the Trustee's counsel that such budgets would be shared with all creditors.

Counsel for First Bank requests the Court enter an order compelling mandatory timely production of the monthly budgets accessible through the Trustee's website.

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email:  ddonnellon@ficlaw.com

Attorneys for The First Bank and Trust Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2012, a true and correct copy of the foregoing Joinder of The First Bank and Trust Company to Motion to Compel the Trustee to Produce Budgets and Financial Information was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Dustin R. DeNeal<br>dustin.deneal@bakerd.com | James T. Young<br>james@rubin-levin.net |
| C.R. Bowles, Jr<br>crb@gdm.com | John Frederick Massouh<br>john.massouh@sprouselaw.com | David L. LeBas<br>dlebas@namanhowell.com |
| James A. Knauer<br>jak@kgrlaw.com | John W. Ames<br>jwa@gdm.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com |
| John Hunt Lovell<br>john@lovell-law.net | Robert Hughes Foree<br>robertforee@bellsouth.net | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Jessica E. Yates<br>jyates@swlaw.com |
| Jeffrey R Erler<br>jeffe@bellnunnally.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Edward M King<br>tking@fbtlaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Deborah Caruso<br>decaruso@daleek.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Bret S. Clement<br>bclement@acs-law.com | Meredith R. Thomas<br>mthomas@daleeke.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| John R. Carr, III<br>jrciii@acs-law.com | William Robert Meyer, II<br>rmeyer@stites.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| James M. Carr<br>jim.carr@bakerd.com | Christie A. Moore<br>cm@gdm.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | Allen Morris<br>amorris@stites.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Terry E. Hall<br>terry.hall@bakerd.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Todd J. Johnston<br>tjohnston@mcjllp.com |

Timothy T. Pridmore
tpridmore@mcjllp.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Karen L. Lobring
lobring@msn.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Lisa Kock Bryant
courtmail@fbhlaw.net

Elliott D. Levin
robin@rubin-levin.net
edl@trustesoultions.com

John M. Rogers
johnr@rubin-levin.net

Jeremy S. Rogers
Jeremy.rogers@dinslaw.com

John David Hoover
jdhoover@hovverhull.com

Sean T. White
swhite@hooverhull.com

Robert H. Foree
robertforee@bellsouth.net

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Michael W. McClain
mike@kentuckytrial.com

William E. Smith
wsmith@k-glaw.com

Susan K. Roberts
skr@stuartlaw.com

James Edwin McGhee
mcghee@derbycitylaw.com

Thomas C. Scherer
tscherer@binghammchale.com

David A. Laird
david.laird@moyewhite.com

Jerald I. Ancel
jancel@taftlaw.com

Jeffrey J. Graham
jgraham@taftlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Christopher E. Baker
cbaker@hklawfirm.com

David Alan Domina
dad@dominalaw.com

Kent A Britt
kabritt@vorys.com

Joshua N. Stine
jnstine@vorys.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jeffrey L. Hunter
jeff.hunter@usdoj.gov

Amelia Martin Adams
aadams@gldfirm.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Jason W. Cottrell
jwc@stuartlaw.com

Robert A. Bell
rabell@vorys.com

Andrea L. Wasson
andreawassonatty@gmail.com

Anthony G. Raluy
traluy@fbhlaw.net

Harmony A. Mappes
Harmony.mappes@faegrebd.com

James B. Lind
jblind@vorys.com

James E. Rossow, Jr.
jim@rubin-levin.net

Jeffrey R. Erler
jeffe@bellnunnally.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Kevin M. Toner
Kevin.toner@faegrebd.com

Kim Martin Lewis
Kim.lewis@dinslaw.com

Melissa S. Giberson
msgiverson@vorys.com

John Huffaker
John.huffaker@sprouselaw.com

Shawna M. Eikenberry
Shawna.eikenberry@faegrebd.com

Wendy W. Ponader
Wendy.ponader@faegrebd.com

/s/ Daniel J. Donnellon
Daniel J. Donnellon

589774.1