United States Bankruptcy Court
Southern District of Indiana

In re:
Eastern Livestock Co., LLC                                          Case No. 10-93904-BHL
Okie Farms, L.L.C.                                                  Chapter 11
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: edixon          Page 1 of 5          Date Rcvd: Jan 23, 2012
                             Form ID: ntcts          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2012.
ptcrd      +B&B Farms,   Attn: Keith Breeding,   8090 Greensburg Road,   Greensburg, KY 42743-9002
cr         +Bill Davis,   7726 W. FM 2335,   Christoval, TX 76935-3308,   UNITED STATES
ptcrd      +Billy Neat,   705 B. Neat Road,   Columbia, KY 42728-8500
cr         ##+Bobby Bynum,   P. O. Box 43,   Rankin, TX 79778-0043,   UNITED STATES
cr         +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
ptcrd      +Breeding Brothers,   Attn: Wade Breeding,   9440 Columbia Hwy.,   Greensburg, KY 42743-9130
ptcrd      +Brent Keith,   505 Marlo-Campbell Road,   Columbia, KY 42728-5106
cr         +Bynum Ranch Co.,   P. O. Box 104,   Sterling City, TX 76951-0104,   UNITED STATES
cr         +Cullman Stockyard, Inc.,   c/o Thomas C. Scherer, Esq.,   Bingham McHale LLP,   2700 Market Tower,
             10 West Market Street,   Indianapolis, IN 46204-4900
op         +David L. Abt,   210 N Main St,   PO Box 128,   Westby, WI 54667-0128
ptcrd      +David L. Rings,   1288 Frontage Road,   Russell Springs, KY 42642-7871
cr         +Davis Quarter Horse,   7726 W. FM 2335,   Christoval, TX 76935-3308,   UNITED STATES
ptcrd      +Dennis Neat,   6198 Burkesville Road,   Columbia, KY 42728-8529
adb        +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr         +Eddie Eicke,   Eicke Ranch II,   1188 County Rd 1202,   Snyder, TX  79549
op         +Elizabeth M. Lynch,   Development Specialists, Inc.,   6375 Riverside Drive,   Suite 200,
             Dublin, OH 43017-5045
cr         +Estate of John S. Gibson, Anna Gayle Gibson, Execu,   13140 Nebo Rd,   Providence, KY 42450-9606
cr          First Bank and Trust Company, The,   c/o Ayres Carr & Sullivan, P.C.,
             251 East Ohio Street, Suite 500,   Indianapolis, IN 46204-2184
cr          Florida Association Livestock Markets,   P.O. Box 421929,   Kissimmee, FL  34742-1929
cr         +Frank Powell,   700 W. Denger,   Midland, TX 79705-5319,   UNITED STATES
cr         +Gabriel Moreno,   c/o Timothy T. Pridmore,   McWhorter, Cobb & Johnson,   1722 Broadway,
             Lubbock, TX 79401-3093
cr         +Gabriel Moreno,   c/o Todd J. Johnston,   McWhorter, Cobb & Johnson,   1722 Broadway,
             Lubbock, TX 79401-3093
cr         +Gary S. Bell,   PO Box 122,   Edmonton, KY 42129-0122
cr         +Gene Shipman,   11401 E. Fm 1075,   Happy, TX 79042-3422
cr         +Gibson Farms. LLC,   13140 Nebo Rd.,   Providence, KY 42450-9606
op         +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
             ?Louisville, KY 40202-3157
cr         +Heritage Feeders LP,   c/o Crowe & Dunlevy,   20 North Broadway,   Suite 1800,
             Oklahoma City, ok 73102-9213
ptcrd      +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
ptcrd      +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
ptcrd      +Jimmy Brummett,   7594 Hwy. 555,   Glens Fork, KY  42741
cr         +Johnny Mayo, Jr.,   P. O. Box 317,   Eldorado, TX 76936-0317,   UNITED STATES
cr          Lytle Street Development,   c/o Edward C. Airhart,   440 South Seventh Street,
             Louisville, KY 40203-1967
ptcrd      +Mike Loy,   668 P.D. Pyles Road,   Columbia, KY 42728-9455
ptcrd      +Moseley Cattle Auction, LLC,   1044 Arlington Avenue,   Blakely, GA 39823-2362
op         +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
             Topeka, KA 66614-5128
mdb        +Okie Farms, L.L.C.,   135 W. Market Street,   New Albany, IN 47150-3561
cr         +Republic Bank and Trust Company,   661 South Hurstbourne Parkway,   Louisville, KY 40222-5079
cr         +Rex Elmore,   1817 Tobacco Road,   Glasgow, KY  42141-8486
cr         +Rosenbaum Feeder Cattle Company, LLC,   P.O. Box 141,   Glade Spring, VA 24340-0141
cr         +Russell DeCordova d/b/a deCordova Cattle Company,   c/o Jeffrey J. Graham,
             Taft Stettinius & Hollister LLP,   One Indiana Square, Suite 3500,   Indianapolis, IN 46204-2023
ptcrd      #+Southeast Livestock Exchange LLC,   PO Box 1306,   Waynesville, NC 28786-1306
ptcrd      +Southland Haulers, LLC,   Howard & Myra Compton,   P O Box 142,   Bratley, AL 36009-0142
ptcrd      +Superior Livestock Auction, Inc.,   1155 North Colorado Ave.,   Bush, CO 80723-2901
cr         +Todd Rosenbaum,   P.O. Box 141,   Glade Spring, VA 24340-0141
cr         +Tom Svoboda,   3065 AA Avenue,   Herrington, KS 67449-5051,   UNITED STATES

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: asr@btcmlaw.com Jan 24 2012 00:11:54    Ashley S Rusher,
             Blanco Tackabery & Matamoros PA,   PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Phillip Taylor Reed,   a/k/a Taylor Reed
ptcrd*     +Gary S. Bell,   P.O. Box 122,   Edmonton, KY 42129-0122
                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0756-4          User: edixon              Page 2 of 5              Date Rcvd: Jan 23, 2012
                              Form ID: ntcts            Total Noticed: 46
```

```
        ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2012**                    **Signature:**

District/off: 0756-4          User: edixon          Page 3 of 5          Date Rcvd: Jan 23, 2012
                             Form ID: ntcts          Total Noticed: 46

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2012 at the address(es) listed below:
          Allen  Morris   on behalf of Creditor  Republic Bank and Trust Company amorris@stites.com,
            dgoodman@stites.com
          Amelia Martin Adams   on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
            aadams@dlgfirm.com
          Andrea L Wasson   on behalf of Creditor  Lytle Street Development andreawassonatty@gmail.com
          Andrew D Stosberg   on behalf of Defendant Willie Downs astosberg@lloydmc.com,  bmarks@lloydmc.com
          Anthony G. Raluy   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
            traluy@fbhlaw.net
          Bret S. Clement   on behalf of Creditor  First Bank and Trust Company, The bclement@acs-law.com,
            sfinnerty@acs-law.com
          C. R. Bowles   on behalf of Creditor  Joplin Regional Stockyards cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton   on behalf of U.S. Trustee  U.S. Trustee Charles.R.Wharton@usdoj.gov,
            Charles.R.Wharton@usdoj.gov
          Christie A. Moore   on behalf of Counter-Defendant  Superior Livestock Auction, Inc. cm@gdm.com,
            ljs2@gdm.com
          Christopher E. Baker   on behalf of Creditor  Ozarks Regional Stockyard cbaker@hklawfirm.com,
            thignight@hklawfirm.com
          Daniel J. Donnellon   on behalf of Creditor  First Bank and Trust Company, The
            ddonnellon@ficlaw.com,  knorwick@ficlaw.com
          David A. Laird   on behalf of Creditor  Peoples Bank of Coldwater Kansas
            david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina   on behalf of Creditor  Bellar Feed Lots, Inc. dad@dominalaw.com,
            KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt   on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas   on behalf of Counter-Defendant  J&F Oklahoma Holdings, Inc.
            dlebas@namanhowell.com,  koswald@namanhowell.com
          Deborah  Caruso   on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
            mthomas@daleeke.com
          Dustin R. DeNeal   on behalf of Debtor  Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
            patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King   on behalf of Creditor  Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
          Elliott D. Levin   on behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
            robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin   on behalf of Cross Defendant  Joplin Regional Stockyards, Inc.
            edl@rubin-levin.net,  atty_edl@trustesolutions.com
          Eric C Redman   on behalf of Defendant  Bankfirst Financial Services ksmith@redmanludwig.com,
            kzwickel@redmanludwig.com
          Erick P Knoblock   on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes   on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
            judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross   on behalf of Creditor  Joplin Regional Stockyards ishallcross@bgdlegal.com,
            smays@bgdlegal.com;tmills@bgdlegal.com
          Jack S Dawson   on behalf of Defendant  Jane, LLC jdawson@millerdollarhide.com,
            jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer   jak@kgrlaw.com,  hns@kglaw.com
          James B. Lind   on behalf of Counter-Defendant  Fifth Third Bank jblind@vorys.com
          James Bryan Johnston   on behalf of Creditor  Bynum Ranch Co. bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James E Rossow   on behalf of Counter-Defendant  Superior Livestock Auction, Inc.
            jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith   on behalf of Cross Defendant  Diamond B Ranches jsmith@smithakins.com,
            legalassistant@smithakins.com
          James Edwin McGhee   on behalf of Creditor  Vermilion Ranch Corporation mcghee@derbycitylaw.com,
            belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr   on behalf of Debtor  Okie Farms, L.L.C. jim.carr@faegrebd.com,
            sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
          James T Young   on behalf of Creditor Michael Walro james@rubin-levin.net,
            ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell   on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay  Jaffe   on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
            sarah.herendeen@faegrebd.com
          Jeffrey E. Ramsey   on behalf of Creditor  Intrust Bank, NA jramsey@hopperblackwell.com,
            mhaught@hopperblackwell.com
          Jeffrey J. Graham   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
            jgraham@taftlaw.com,  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter   on behalf of Joined Party  United States Department of Agriculture, Grain Ins
            jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
            jeffe@bellnunnally.com
          Jerald I. Ancel   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
            jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com
          Jeremy S Rogers   on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
            joyce.jenkins@dinslaw.com
          Jessica E. Yates   on behalf of Creditor  CPC Livestock, LLC jyates@swlaw.com,
            jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
          Jill Zengler Julian   on behalf of Joined Party  United States Department of Agriculture, Grain
            Ins Jill.Julian@usdoj.gov

District/off: 0756-4          User: edixon          Page 4 of 5          Date Rcvd: Jan 23, 2012
                             Form ID: ntcts         Total Noticed: 46

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joe T. Roberts   on behalf of Counter-Claimant  Laurel Livestock Market, INC.
          jratty@windstream.net
          John  Huffaker   on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
          lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover   on behalf of Trustee James Knauer jdhoover@hooverhull.com
          John Frederick Massouh   on behalf of Counter-Defendant  Friona Industries, L.P.
          john.massouh@sprouselaw.com
          John Hunt Lovell   on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers   on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
          susan@rubin-levin.net
          John M. Thompson   on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
          jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Carr   on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
          sfinnerty@acs-law.com
          John W Ames   on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers   on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
          cdow@millerdollarhide.com
          Joshua N. Stine   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse   on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
          ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring   on behalf of Creditor  Deere & Company lobring@msn.com
          Kelly Greene McConnell   on behalf of Creditor  Supreme Cattle Feeders, L.L.C.
          lisahughes@givenspursley.com
          Kent A Britt   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
          cbkappes@vorys.com
          Kevin M. Toner   on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
          judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis   on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
          lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher   on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
          jparsons@mcs-law.com;cmarshall@mcs-law.com
          Laura Day DelCotto   on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
          ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
          courtmail@fbhlaw.net
          Mark A. Robinson   on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
          dalbers@vhrlaw.com
          Matthew J. Ochs   on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Melissa S. Giberson   on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas   on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael W. McClain   on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
          laura@kentuckytrial.com
          Michael Wayne Oyler   on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
          Randall D. LaTour   on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
          khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell   on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
          dmchilelli@vorys.com
          Robert H. Foree   on behalf of Creditor  Kentucky Cattlemen's Association
          robertforee@bellsouth.net
          Robert K Stanley   on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Ross A. Plourde   on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
          erin.clogston@mcafeetaft.com
          Sandra D. Freeburger   on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
          sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
          Sarah Stites Fanzini   on behalf of Creditor  Intrust Bank, NA sfanzini@hopperblackwell.com,
          mroth@hopperblackwell.com
          Sean T. White   on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
          Shawna M Eikenberry   on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
          sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill   on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com
          Stephen A. Weigand   on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
          Steven A. Brehm   on behalf of Cross Defendant  Superior Livestock Auction, Inc.
          sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Susan K. Roberts   on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
          T. Kent Barber   on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
          dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall   on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
          sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos   on behalf of Creditor  General Electric Capital Corporation
          ndohbky@jbandr.com
          Thomas C Scherer   on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com,
          mmcclain@bgdlegal.com
          Timothy T. Pridmore   on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
          lskibell@mcjllp.com
          Todd J. Johnston   on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl   on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com

District/off: 0756-4          User: edixon             Page 5 of 5              Date Rcvd: Jan 23, 2012
                             Form ID: ntcts            Total Noticed: 46

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern   on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader   on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
           sarah.herendeen@faegrebd.com
          William E Smith   on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
           pballard@k-glaw.com
          William Robert Meyer   on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                                TOTAL: 94

NTCTS (rev 01/2011)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:

Eastern Livestock Co., LLC

   SSN: NA       EIN: NA

Debtor(s)

Case Number:

**10−93904−BHL−11**

JOINTLY ADMINISTERED

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 13, 2012 was filed on January 20, 2012.

Parties have until January 27, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is February 10, 2012. Once a Request for Redaction is filed, the redacted transcript is due by February 21, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

J & J Court Transcribers, Inc.
268 Evergreen Avenue
Hamilton, NJ 08619
609−586−2311

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is April 19, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  January 23, 2012

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT