UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA      EIN: NA
  Debtor(s)

Case Number:
**10–93904–BHL–11**
JOINTLY ADMINISTERED

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Hearing Re: (1) Motion to Consolidate Claims of 10–bk–93904 filed by Walter Scott Newbern III on behalf of Creditors Arcadia Stockyard, Daniel M. Byrd, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Eagle Bay, Inc., Florida Association Livestock Markets, Hardee Livestock Market, Inc., Madison County Livestock Market, Inc. d/b/a Townse, North Florida Livestock Market, Inc., Oak Lake Cattle Co., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Ron Sizemore Trucking, Inc., Sumter County Farmers Market, Inc [975];

   (2) Trustee's Motion To Approve Certain Preference Avoidance Protocols And Terms Of Settlement filed by Wendy W Ponader on behalf of Trustee James A. Knauer [977]; and

   (3) Joinder of The First Bank and Trust Company to the Motion to Compel the Trustee to Produce Budgets and Financial Information filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [976]

   Objections are due three (3) business days prior to hearing.

   Date:  February 13, 2012
   Time: 10:00 AM EST
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  January 26, 2012

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT