```
                            United States Bankruptcy Court
                             Southern District of Indiana
In re:                                                        Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                    Chapter 11
Okie Farms, L.L.C.
         Debtors              CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss2                 Page 1 of 4                  Date Rcvd: Jan 24, 2012
                              Form ID: SF00200             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2012.
  cr           +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
  adb          +Eastern Livestock Co., LLC,   135 W. Market Street,    New Albany, IN 47150-3561
  op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
                ?Louisville, KY 40202-3157
  ptcrd        +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,    3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
  op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
                Topeka, KA 66614-5128
  mdb          +Okie Farms, L.L.C.,   135 W. Market Street,   New Albany, IN 47150-3561
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
  aty           E-mail/Text: asr@btcmlaw.com Jan 25 2012 00:27:36     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2012           Signature:  *Joseph Speetjens*

```
District/off: 0756-4           User: kgoss2                Page 2 of 4                 Date Rcvd: Jan 24, 2012
                               Form ID: SF00200            Total Noticed: 7


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2012 at the address(es) listed below:
              Allen  Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com
              Andrea L Wasson    on behalf of Creditor   Lytle Street Development andreawassonatty@gmail.com
              Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com,   bmarks@lloydmc.com
              Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher E. Baker    on behalf of Creditor   Ozarks Regional Stockyard cbaker@hklawfirm.com,
               thignight@hklawfirm.com
              Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
               ddonnellon@ficlaw.com,   knorwick@ficlaw.com
              David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
              David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,   koswald@namanhowell.com
              Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Debtor   Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
              Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net,   atty_edl@trustesolutions.com
              Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
              Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    jak@kgrlaw.com,   hns@kgrlaw.com
              James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
               belliott@derbycitylaw.com;patenaude@derbycitylaw.com
              James M. Carr    on behalf of Debtor   Okie Farms, L.L.C. jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
              James T Young    on behalf of Creditor Michael Walro james@rubin-levin.net,
               ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net
              Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jeffrey E. Ramsey    on behalf of Creditor   Intrust Bank, NA jramsey@hopperblackwell.com,
               mhaught@hopperblackwell.com
              Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com,   ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jeffe@bellnunnally.com
              Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
               joyce.jenkins@dinslaw.com
              Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
               jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
              Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
```

```
District/off: 0756-4           User: kgoss2                 Page 3 of 4                  Date Rcvd: Jan 24, 2012
                               Form ID: SF00200             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               jratty@windstream.net
              John  Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant   Friona Industries, L.P.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
              Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com;cmarshall@mcs-law.com
              Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
              Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
               erin.clogston@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,   smattingly@dsf-atty.com
              Sarah Stites Fanzini    on behalf of Creditor   Intrust Bank, NA sfanzini@hopperblackwell.com,
               mroth@hopperblackwell.com
              Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
              Steven A. Brehm    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,   bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,   lbt@stuartlaw.com
              T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com

```
District/off: 0756-4          User: kgoss2              Page 4 of 4              Date Rcvd: Jan 24, 2012
                              Form ID: SF00200          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 94

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

  Eastern Livestock Co., LLC
    SSN: NA        EIN: NA
  Debtor(s)

Case Number:

**10−93904−BHL−11**

JOINTLY ADMINISTERED

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Hearing Re: Motion to Compel the Trustee to Produce Budgets and Financial Information filed by Laura Day DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC [971]

   Objections are due three (3) business days prior to hearing.

   Date:  February 13, 2012
   Time: 10:00 AM EST
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  January 24, 2012                    KEVIN P. DEMPSEY, CLERK
                                                 U.S. BANKRUPTCY COURT