UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Christopher M. Trapp, pursuant to Fed. R. Bankr. P. 9010 and S.D.Ind. B-9010-1, hereby enters his appearance on behalf of Superior Livestock Auction, Inc. ("Creditor"), a secured creditor of debtor Eastern Livestock Auction, Inc. ("Debtor").

The undersigned requests that he (a) receive service of all notices given under Fed. R. Bankr.P. 2002, (b) receive all pleadings and documents required to be served by any party with respect to any matter, and (c) be placed upon the Service List maintained by the Bankruptcy Court Clerk pursuant to the Local Rules. The undersigned requests that all such notices, pleadings and documents be transmitted to the undersigned, addressed to:

> Christopher M. Trapp
> Rubin & Levin, P.C.
> 342 Massachusetts Avenue, Suite 500
> Indianapolis, IN 46204
> (317) 860-2891; Fax (317) 453-8629
> E-mail: ctrapp@rubin-levin.net

In support of this request, the undersigned states:

1. On December 6, 2010, the Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United States Code.

2. Creditor is an interested party with respect to this Chapter 11 case as a secured creditor of Debtor.

3. The undersigned counsel needs to be kept apprised of the proceedings in this case

in order to protect Creditor's interests.

4. The undersigned needs to receive all notices, copies of all motions, objections, pleadings, disclosure statements and other documents that Debtor or any other person may file herein, and service of all documents required to be served, and to be placed upon the Bankruptcy Clerk's official Service List. The undersigned requests that such pleadings, documents and notices be mailed to counsel for the Respondents at the above address.

5. Neither Creditor nor its counsel intend that this Appearance, or any later appearance, pleading, claim or suit, shall waive (a) the right of the Creditor to have final orders in non-core matters entered only after de novo review by a District Judge, (b) the right of Creditor to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (c) the right of Creditor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, and recoupments, Creditor expressly reserves.

Respectfully submitted,

RUBIN & LEVIN, P.C.
Attorneys for Superior Livestock Auction, Inc.

By:  /s/ Christopher M. Trapp
    Christopher M. Trapp, Atty. No. 27367-53
    RUBIN & LEVIN, P.C.
    342 Massachusetts Avenue
    Indianapolis, IN 46204
    (317) 860-2891; FAX (317) 453-8629
    ctrapp@rubin-levin.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, a copy of the foregoing electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

| | |
|---|---|
| David L. Abt | davidabt@mwt.net |
| John W Ames | jwa@gdm.com |
| T. Kent Barber | kbarber@dlgfirm.com |
| C. R. Bowles | crb@gdm.com |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| James M. Carr | james.carr@bakerd.com |
| John R. Carr | jrciii@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com |
| Bret S. Clement | bclement@acs-law.com |
| Jesse Cook-Dubin | jcookdubin@vorys.com |
| Kirk Crutcher | kcrutcher@mcs-law.com |
| Dustin R. DeNeal | dustin.deneal@bakerd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com |
| David Alan Domina | dad@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com |
| Robert Hughes Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com |
| Terry E. Hall | terry.hall@bakerd.com |
| John Huffaker | john.huffaker@sprouselaw.com |
| James Bryan Johnston | bjtexas59@hotmail.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| Edward M King | tking@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | rdlatour@vorys.com |
| David L. LeBas | dlebas@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| William Robert Meyer | rmeyer@stites.com |
| Allen Morris | amorris@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Matthew J. Ochs | matt.ochs@moyewhite.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com |

| | |
|---|---|
| Timothy T. Pridmore | tpridmore@mcjllp.com |
| Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| Mark A. Robinson | mrobinson@vhrlaw.com |
| Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| Ivana B. Shallcross | ibs@gdm.com |
| Robert K Stanley | robert.stanley@bakerd.com |
| Meredith R. Thomas | mthomas@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| Jessica E. Yates | jyates@swlaw.com |
| James T. Young | james@rubin-levin.net |

     I further certify that on January 27, 2012, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

                                                 /s/ Christopher M. Trapp
                                                 Christopher M. Trapp

CMT/sls

G:\WP80\GENLIT\Farm Credit West-Eastern Livestock-85021201\cmt appearance