## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  10–93904–BHL–11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

### NOTICE OF DISCOVERY REQUEST

TO:    All Counsel of Record

Please take notice that on January 28, 2012, Counsel for Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard; Cattlemen's Livestock Market, Inc.; Columbia Livestock Market, Inc.; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Ocala Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Sumter County Farmers Market, Inc.; and Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market (collectively "Florida Markets"); Ron Sizemore Trucking, Inc. ("Sizemore"); Oak Lake Cattle Co. ("Oak Lake"); Eagle Bay, Inc. ("Eagle"); and Daniel M. Byrd ("D. Byrd") (and collectively "Florida Creditors"), served its First Set of Requests for Production of Documents, Admissions, and Interrogatories on James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC. Electronic copies of the requests have been served on the Trustee's counsel of record in this proceeding.

Respectfully submitted this __28th__ day of January 2012.

/s/ W. Scott Newbern

W. SCOTT NEWBERN
Florida Bar No. 0098108
W. SCOTT NEWBERN, P. L.
2982 East Giverny Circle
Tallahassee, Florida 32309
850.591.1707
850.894.0824 Facsimile

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January __28th__, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern

W. SCOTT NEWBERN