```
                            United States Bankruptcy Court
                             Southern District of Indiana
In re:                                                          Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                      Chapter 11
Okie Farms, L.L.C.
        Debtors              CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss2              Page 1 of 2              Date Rcvd: Jan 26, 2012
                              Form ID: SF00200          Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2012.
  cr            +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
  adb           +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
  op            +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                 ?Louisville, KY 40202-3157
  ptcrd         +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
  op            +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
                 Topeka, KA 66614-5128
  mdb           +Okie Farms, L.L.C.,    135 W. Market Street,    New Albany, IN 47150-3561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
  aty            E-mail/Text: asr@btcmlaw.com Jan 26 2012 23:54:56      Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2012**　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4          User: kgoss2              Page 2 of 2              Date Rcvd: Jan 26, 2012
                              Form ID: SF00200          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2012 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA        EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**
JOINTLY ADMINISTERED

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: (1) Motion to Consolidate Claims of 10−bk−93904 filed by Walter Scott Newbern III on behalf of Creditors Arcadia Stockyard, Daniel M. Byrd, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Eagle Bay, Inc., Florida Association Livestock Markets, Hardee Livestock Market, Inc., Madison County Livestock Market, Inc. d/b/a Townse, North Florida Livestock Market, Inc., Oak Lake Cattle Co., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Ron Sizemore Trucking, Inc., Sumter County Farmers Market, Inc [975];

(2) Trustee's Motion To Approve Certain Preference Avoidance Protocols And Terms Of Settlement filed by Wendy W Ponader on behalf of Trustee James A. Knauer [977]; and

(3) Joinder of The First Bank and Trust Company to the Motion to Compel the Trustee to Produce Budgets and Financial Information filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [976]

Objections are due three (3) business days prior to hearing.

   Date:  February 13, 2012
   Time: 10:00 AM EST
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated: January 26, 2012                  KEVIN P. DEMPSEY, CLERK
                                                          U.S. BANKRUPTCY COURT