**SO ORDERED: January 31, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER LIMITING NOTICE ON OKIE'S MOTION TO DISMISS**
**OKIE CHAPTER 11 CASE**

This matter is before the Court on the *Motion to Limit Notice of Okie's Motion To Dismiss Okie Chapter 11 Case* (the "Request to Limit Notice") filed by Okie Farms, L.L.C. ("Okie"); Okie, having given due and proper notice of the Request to Limit Notice; the Court having heard from all interested parties; the Court having reviewed the Request to Limit Notice, and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED that:

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

1. Okie has demonstrated cause to limit notice of the Motion[2] and the Request to Limit Notice is therefore granted.

2. Okie shall serve the Motion on: (i) the office of the United States Trustee for the Southern District of Indiana; (ii) the Internal Revenue Service; (iii) all secured creditors who are not represented by counsel; and (iv) any party who has filed an appearance or requested notice and served same on Trustee.

3. Such notice shall be adequate and proper under the circumstances.

### 

---

[2] All capitalized terms not otherwise defined herein shall the meanings ascribed to them in the Request to Limit Notice.