## Notice Recipients

District/Off: 0756–4 User: edixon Date Created: 1/31/2012
Case: 10–93904–BHL–11 Form ID: pdfOrder Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Dustin R. DeNeal   dustin.deneal@faegrebd.com

TOTAL: 1