## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 2/1/2012 |
| Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Sean T. White      swhite@hooverhull.com

TOTAL: 1