UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| _____ | ) | |
| | ) | |
| <u>SUPERIOR LIVESTOCK AUCTION, LLC</u> | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Defendant. | | |

**<u>NOTICE OF DISCOVERY REQUEST</u>**

James A. Knauer as Trustee for Debtor Eastern Livestock Co., LLC, by counsel, hereby notifies the Court that on January 27, 2012, a Subpoena for Production of Documents Pursuant to Rule 2004 in the above-captioned case was served *via* e-mail upon Wayne Stoffel in care of David F. Hine, Vorys, Sater Seymour and Pease, LLP, 221 East Fourth Street, Suite 2000, Atrium Two, Cincinnati, OH  45202.  Attached hereto as **Exhibit A** is a copy of the Subpoena.

Respectfully submitted,

 /s/ *Sean T. White*
John David Hoover (#7945-49)
jdhoover@hooverhull.com
Sean T. White (#20428-49)
swhite@hooverhull.com
Hoover Hull LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Telephone: (317) 822-4400
Facsimile: (317) 822-0234
Special Counsel for James A. Knauer, Chapter 11 Trustee

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |

| | | |
|---|---|---|
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com | John M. Rogers<br>johnr@rubin-levin.net | Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Robert H. Foree<br>robertforee@bellsouth.net | Susan K. Roberts<br>skr@stuartlaw.com |
| Christopher E. Baker<br>cbaker@hklawfirm.com | William E Smith<br>wsmith@k-glaw.com | Thomas C Scherer<br>tscherer@binghammchale.com |
| David A. Laird<br>david.laird@moyewhite.com | James Edwin McGhee<br>mcghee@derbycitylaw.com | James M. Carr<br>Jim.carr@bakerd.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | Dustin R. DeNeal<br>dustin.deneal@bakerd.com | Wendy W. Ponader<br>wendy.ponader@bakerd.com |

I further certify that on the 1st day of February, 2012, a copy of the foregoing pleading was served via electronic mail transmission on the following:

David A. Domina  
ddomina@dominalaw.com

Ashley S. Rusher  
asr@blancolaw.com

/s/ *Sean T. White*

610389_1.DOC/8728-1

3