United States Bankruptcy Court
Southern District of Indiana

In re:                                                                  Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                              Chapter 11
Okie Farms, L.L.C.
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss2           Page 1 of 2              Date Rcvd: Jan 31, 2012
                              Form ID: SF00200       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2012.
```
cr        +Bovine Medical Associates, LLC,   1500 Soper Road,    Carlisle, KY 40311-8083
adb       +Eastern Livestock Co., LLC,   135 W. Market Street,    New Albany, IN 47150-3561
op        +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,    101 South Fifth Street,
            ?Louisville, KY 40202-3157
ptcrd     +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op        +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
            Topeka, KA 66614-5128
mdb       +Okie Farms, L.L.C.,   135 W. Market Street,   New Albany, IN 47150-3561
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: asr@btcmlaw.com Feb 01 2012 00:30:38      Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss2              Page 2 of 2               Date Rcvd: Jan 31, 2012
                              Form ID: SF00200          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA    EIN: NA
Debtor(s)

Case Number:
**10−93904−BHL−11**
JOINTLY ADMINISTERED

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: Motion to Compel Trustee to File Mandatory Report Required by 11 U.S.C. §1106(a), To Amend Schedules and Statement of Financial Affairs and Produce Budget filed by Christopher M. Trapp, John M. Rogers on behalf of Petitioning Creditor Superior Livestock Auction, Inc. [983]

Objections are due three (3) business days prior to hearing.

Date: February 13, 2012
Time: 10:00 AM EST
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated: January 31, 2012

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT