UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | : | Case No.: 10-93904-BHL-11 |
| Debtors. | : | |

**MOTION PURSUANT TO FED R. BANKR. P. 9006(c) FOR EMERGENCY HEARING ON MOTION OF FIFTH THIRD BANK, N.A. TO LIMIT DISCOVERY OR, ALTERNATIVELY, FOR A PROTECTIVE ORDER**

Fifth Third Bank, N.A. ("Fifth Third"), by counsel, hereby moves the Court for the entry of an order setting an expedited hearing on the *Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order* [Docket No.1005] (the "Discovery Motion") and shortening and limiting notice thereon.  The relief requested in the Discovery Motion is necessary on an expedited basis to help avoid costly and burdensome discovery in the form of serial depositions.

In order avoid any unnecessary delays in discovery and to ensure that the Discovery Motion be heard before any depositions are taken, Fifth Third, pursuant to Fed. R. Bankr. P. 9006(c) and Local Bankruptcy Rule B-9006-1, requests that the Court set the Discovery Motion for hearing on February 13, 2012.  Fifth Third further requests that the Court authorize parties in interest to participate telephonically in the hearing on the Discovery Motion.

WHEREFORE, Fifth Third respectfully requests that the Court enter an Order (1) setting the Discovery Motion for hearing on February 13, 2012; (2) allowing telephonic participation therein; and (3) shortening notice thereon.

---

[1]   The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

-2-

Respectfully submitted,

/s/ Randall D. LaTour
Randall D. LaTour (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43216
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Email: rdlatour@vorys.com

Kent A. Britt (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, Ohio 45202
Telephone: (513) 723-4488
Facsimile: (513) 852-7818
Email: kabritt@vorys.com

*Attorneys for Fifth Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012, a copy of the foregoing Motion was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

- David L. Abt davidabt@mwt.net
- Amelia Martin Adams aadams@dlgfirm.com
- John W Ames james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
- Jerald I. Ancel jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
- Steven A. Brehm sbrehm@bgdlegal.com,
- bbaumgardner@bgdlegal.com;smays@bgdlegal.com
- Kent A Britt kabritt@vorys.com, cbkappes@vorys.com

-3-

- Lisa Koch Bryant courtmail@fbhlaw.net
- James M. Carr jim.carr@faegrebd.com,
- sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
- John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell jwc@stuartlaw.com
- Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcslaw.
- com
- Jack S Dawson jdawson@millerdollarhide.com,
- jowens@millerdollarhide.com;receptionist@millerdollarhide.com
- Dustin R. DeNeal dustin.deneal@faegrebd.com,
- patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
- Laura Day DelCotto ldelcotto@dlgfirm.com,
- dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina dad@dominalaw.com,
- KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl tearl@rwsvlaw.com
- Shawna M Eikenberry shawna.eikenberry@faegrebd.com,
- sarah.herendeen@faegrebd.com
- Jeffrey R. Erler jeffe@bellnunnally.com
- Sarah Stites Fanzini sfanzini@hopperblackwell.com, mroth@hopperblackwell.com
- Robert H. Foree robertforee@bellsouth.net
- Sandra D. Freeburger sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Melissa S. Giberson msgiberson@vorys.com
- Jeffrey J. Graham jgraham@taftlaw.com,
- ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall terry.hall@faegrebd.com,
- sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
- John David Hoover jdhoover@hooverhull.com
- John Huffaker john.huffaker@sprouselaw.com,
- lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
- James Bryan Johnston bjtexas59@hotmail.com, bryan@ebs-law.net

- Todd J. Johnston tjohnston@mcjllp.com
- Jill Zengler Julian Jill.Julian@usdoj.gov
- Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock eknoblock@daleeke.com
- Theodore A Konstantinopoulos ndohbky@jbandr.com
- Randall D. LaTour RDLatour@vorys.com,
- khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird david.laird@moyewhite.com,
- lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin robin@rubin-levin.net,
- edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis kim.lewis@dinslaw.com,
- lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind jblind@vorys.com
- Karen L. Lobring lobring@msn.com
- John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovelllaw.
- net;paula@lovell-law.net
- Harmony A Mappes harmony.mappes@faegrebd.com,
- judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
- John Frederick Massouh john.massouh@sprouselaw.com
- Michael W. McClain mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell lisahughes@givenspursley.com
- James Edwin McGhee mcghee@derbycitylaw.com,
- belliott@derbycitylaw.com;patenaude@derbycitylaw.com
- William Robert Meyer rmeyer@stites.com
- Christie A. Moore cm@gdm.com, ljs2@gdm.com
- Allen Morris amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse judy.morse@crowedunlevy.com,
- ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.
- com
- Walter Scott Newbern wsnewbern@msn.com
- Shiv Ghuman O'Neill shiv.oneill@faegrebd.com
- Matthew J. Ochs kim.maynes@moyewhite.com

-5-

- Michael Wayne Oyler moyler@rwsvlaw.com
- Ross A. Plourde ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- WendyW Ponader wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
- Timothy T. Pridmore tpridmore@mcjllp.com, lskibell@mcjllp.com
- Anthony G. Raluy traluy@fbhlaw.net
- Jeffrey E. Ramsey jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman ksmith@redmanludwig.com, kzwickel@redmanludwig.com
- Joe T. Roberts jratty@windstream.net
- Susan K. Roberts skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow jim@rubin-levin.net, susan@rubinlevin.
- net;ATTY_JER@trustesolutions.com
- Thomas C Scherer tscherer@bgdlegal.com, mmcclain@bgdlegal.com
- Ivana B. Shallcross ishallcross@bgdlegal.com,
- smays@bgdlegal.com;tmills@bgdlegal.com
- James E. Smith jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley robert.stanley@FaegreBD.com
- Joshua N. Stine kabritt@vorys.com
- Andrew D Stosberg astosberg@lloydmc.com, bmarks@lloydmc.com
- Meredith R. Thomas mthomas@daleeke.com
- John M. Thompson john.thompson@crowedunlevy.com,
- jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner kevin.toner@faegrebd.com,
- judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
- Christopher M. Trapp ctrapp@rubin-levin.net
- U.S. Trustee ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson andrea@wassonthornhill.com
- Stephen A. Weigand sweigand@ficlaw.com
- Charles R. Wharton Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates jyates@swlaw.com,
- jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com

-7-

- James T Young james@rubin-levin.net,
- ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net;carmen@rubin-levin.net

/s/ Randall D. LaTour_____
Randall D. LaTour