United States Bankruptcy Court
Southern District of Indiana

In re:
Eastern Livestock Co., LLC
Okie Farms, L.L.C.
    Debtors

Case No. 10-93904-BHL
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: kgoss      Page 1 of 2      Date Rcvd: Feb 02, 2012
                      Form ID: SF00200    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2012.
```
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128
mdb          +Okie Farms, L.L.C.,    135 W. Market Street,    New Albany, IN 47150-3561
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Feb 03 2012 00:29:58     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0756-4          User: kgoss              Page 2 of 2                 Date Rcvd: Feb 02, 2012
                              Form ID: SF00200         Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
121 W Spring St Rm 110  
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC  
  SSN: NA    EIN: NA  
Debtor(s)

Case Number:  
**10−93904−BHL−11**  
JOINTLY ADMINISTERED

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: Joint Motion to Extend Time to File First Bank & Trust's Objections To The Trustee's Purchase Money Claims Report filed by Daniel J. Donnellon, Harmony A Mappes on behalf of Creditor First Bank and Trust Company, The, Trustee James A. Knauer [989]

Objections are due three (3) business days prior to hearing.

Date: February 13, 2012  
Time: 10:00 AM EST  
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated: February 2, 2012                                  KEVIN P. DEMPSEY, CLERK  
                                                                     U.S. BANKRUPTCY COURT