UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10—93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AGREED MOTION TO CONTINUE HEARING**

COMES NOW The United States of America, United States Department of Agriculture ("USDA") and collectively Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard; Cattlemen's Livestock Market, Inc.; Columbia Livestock Market, Inc.; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Ocala Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Sumter County Farmers Market, Inc.; and Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market; Ron Sizemore Trucking, Inc.; Oak Lake Cattle Co.; Eagle Bay, Inc.; and Daniel M. Byrd (together "Florida Creditors"), by and through undersigned counsel to respectfully request that the Court continue the hearing scheduled for February 13, 2012, at 10:00 a.m., for a period of approximately sixty (60) days.

1. The case is set for hearing on February 13, 2012 on the Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards Administration ("GIPSA"), accompanying brief filed by the United States and the Florida Creditors' Response in Opposition to Motion to Quash (re: Doc. Nos. 616, 630, 636). The matter involves disclosures of documents filed by Debtor Eastern and other related parties this bankruptcy action with GIPSA.

2. Counsel for GIPSA and counsel for the Florida Creditors have conferred regarding the disclosure requested and are continuing to work together to refine and narrow the request. At the same time, the Florida Creditors have served discovery upon the Trustee for documents that in large part encompass the requests for information from GIPSA. Responses to the requested discovery upon the Trustee and documents in the online files could very well obviated the need for most of the disclosures from GIPSA.

3. In light of the above, in the interest of efficiency, the hearing should be continued in order to continue to permit time for the parties to resolve all matters that they can resolve without need for action by the Court.

WHEREFORE, the parties respectfully request that the hearing on the Motion to Quash Order Granting Motion for 2004 Examination upon the United States Department of Agriculture, Grain Inspection, Packers & Stockyards and related documents (Doc Nos. 616, 630, and 636), currently set for February 13, 2012 at 10:00 a.m., be continued for a period of approximately sixty (60) days.

Respectfully submitted this 6th day of February 2012:

JOSEPH H. HOGSETT
United States Attorney

*/s/ Jeffrey L. Hunter*
Jeffrey L. Hunter
Assistant United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, Indiana 46204
(T) 317.226.6333
jeff.hunter@usdoj.gov

W. SCOTT NEWBERN, P.L.

*/s/ W. Scott Newbern*
W. Scott Newbern
Florida Bar No. 0098108
2982 East Giverny Circle
Tallahassee, Florida 32309
(T) 850.591.1707
(F) 850.894.0871
wsnewbern@msn.com

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern
W. SCOTT NEWBERN