SO ORDERED: February 7, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | : | Case No.: 10-93904-BHL-11 |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER GRANTING MOTION PURSUANT TO FED R. BANKR. P. 9006(c) FOR EMERGENCY HEARING ON MOTION OF FIFTH THIRD BANK, N.A. TO LIMIT DISCOVERY OR, ALTERNATIVELY, FOR A PROTECTIVE ORDER**

This matter came before the Court upon the *Motion Pursuant to Fed. R. Bankr. P. 9006(c) for Emergency Hearing on Motion of Fifth Third Bank N.A. to Limit Discovery or, Alternatively, for a Protective Order* [Docket No. 1006] ("the Motion"). The Court, after considering the Motion, now finds that granting the relief requested by the Motion is in the best interest of the estate. Therefore,

**IT IS HEREBY ORDERED THAT:**

---
[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

1. The Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order is set for hearing on **February 13, 2012, at 10:00 a.m.** at the United States Courthouse, 121 W. Spring Street, Room 103, New Albany, Indiana;

2. All parties in interest may participate telephonically in the hearing on the Motion by dialing 1-888-399-7768; passcode 586676#; and

3. NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Motion must be filed at http://ecf.insb.uscourts.gov, which requires a user account and password, or in writing with the Clerk's Office in accordance with Local Rule S.D.Ind.B-9013-1(d) at the following address:

> United States Bankruptcy Court
> Southern District of Indiana
> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

Objections may be filed through and including February 10, 2012 by 4:30 p.m. EST.

###