## Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 2/7/2012
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Dustin R. DeNeal     dustin.deneal@faegrebd.com
aty     Randall D. LaTour     RDLatour@vorys.com

TOTAL: 2