**SO ORDERED: February 7, 2012.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES IN AGREED SCHEDULING ORDER ON CONTESTED MATTER INVOLVING JOPLIN'S RESERVED OBJECTIONS TO TRUSTEE'S PURCHASE MONEY CLAIMS REPORT**

This matter is before the Court upon the *Agreed Motion To Extend Deadlines in Agreed Scheduling Order On Contested Matter Involving Joplin's Reserved Objections to Trustee's Purchase Money Claims Report* [Dock. No. 1001] ("Motion")[2], and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that

---

[1] The debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The deadline by which the Parties shall serve their responses to discovery is extended through and including March 2, 2012.

2. The deadline by which the Parties shall complete depositions is extended through and including March 19, 2012.

3. The deadline by which the Parties shall file with the Court a stipulation of material facts not in dispute and a notice identifying their suggested fact and legal issues to be decided by the Court is extended through and including April 2, 2012.

4. The dispositive motion deadline is extended through and including May 4, 2012.

5. Nothing contained herein shall modify or amend the remaining provisions of the Scheduling Order, all of which remain in full force and effect.

6. The entry of this Order is without prejudice to the Parties' rights to seek additional and further extensions as may be necessary.

###