## Notice Recipients

District/Off: 0756–4              User: edixon                    Date Created: 2/7/2012
Case: 10–93904–BHL–11             Form ID: pdfOrder               Total: 1

**Recipients of Notice of Electronic Filing:**
aty           Dustin R. DeNeal          dustin.deneal@faegrebd.com

TOTAL: 1