

SEAN T. WHITE
swhite@hooverhull.com
317.822.4400 x 109

January 10, 2012

**VIA E-MAIL**

Kent Britt
Vorys, Sater, Seymour and Pease LLP
221 E. Fourth St.
Suite 2000, Atrium Two
Cincinnati, OH 45202

      Re:   In re: Eastern Livestock Co., LLC
                United States Bankruptcy Court; Southern District of Indiana
                Case No. 10-93904-BHL

Dear Kent:

      I write to requests dates that the following Fifth Third Bank employees are available to be deposed in connection with the above referenced matter:

1. Anne Kelly, Relationship Manager for Eastern Livestock;
2. Dave Fuller, Vice President, Structured Finance Group Team Lead, initial relationship manager for Eastern Livestock;
3. Lori Hart, Operations Manager, Structured Finance Group;
4. Timothy Spurlock, Investigator in the Bank Protection Department;
5. Sean Kelly, Field Exam Department;
6. Devon Morse, Investigator;
7. Sara Chapman;
8. Amber Whitehouse;
9. Shannon Hughes;
10. Patty Voss; and
11. Darren Steinmann.

      We would like to take the depositions January 31-February 3. In the event these individuals are not available, our alternative would be February 14-17. If you have any questions regarding this matter that you wish to discuss, please do not hesitate to call.

Very truly yours,

Sean T. White

STW/vkw
611077_1.DOCX/8728-1