# Notice Recipients

District/Off: 0756–4  User: edixon  Date Created: 2/8/2012
Case: 10–93904–BHL–11  Form ID: pdfOrder  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Dustin R. DeNeal   dustin.deneal@faegrebd.com

TOTAL: 1