UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**TRUSTEE'S RESPONSE TO FLORIDA CREDITORS'
RULE 7042 MOTION TO CONSOLIDATE**

James A. Knauer ("Trustee") respectfully submits this response to the Florida Creditors' Rule 7042 Motion to Consolidate (Dkt. 975) ("Motion")[1] and states as follows:

1.　　The Trustee has no objection to a consolidation pursuant to Fed. Rules Bank. Proc. Rules 7042 and 9014(c).  The claims specifically identified in Paragraph 3 of the Motion relate to Florida stockyard auction purchases involving Jim Byrd or Daniel Byrd during October and November 2010.  The Trustee agrees that common questions of law and fact exist between those claims and the pleadings already filed in the above-captioned adversary proceeding.  Those questions overlap sufficiently to support consolidation of these matters in all respects pursuant to Fed. R. Civ. P. 42(a).

2.　　Where the Trustee parts company with the movants is with regard to the factual and legal conclusions woven into their Motion.  For example, the movants contend that in each of the transactions at issue, Eastern acted merely as a "Clearing Agency" for Oak Lake, as "clearee." Motion at ¶5.  The Trustee does not agree with this characterization of the

---

[1] The Florida Creditors also filed the same motion in the above-captioned adversary proceeding at Dkt. 29.

BDDB01 9117079v1

transactions, as it ignores the purchase and sale documents that specifically list Eastern as the buyer and seller of the cattle and Oak Lake merely as Eastern's agent.

    3.  Throughout their Motion, the Florida Creditors also imply and assert that the Packers & Stockyards Act ("PSA") imposed trust obligations on Eastern apart from and in addition to Eastern's surety bond. See, e.g., Motion ¶¶ 8-10. The Trustee has argued consistently in summary judgment papers filed in multiple adversary proceedings that although Eastern was required by federal regulations to carry a bond for its activities, neither the PSA nor its related regulations impose a statutory trust on Eastern for funds received in the capacities in which it acted, which, despite contrary implications in the Florida Creditors' Motion (¶10), did not include selling livestock on commission for the accounts of others.[2]

    4.  Additionally, the Florida Creditors assert that Eastern's role in the Florida transactions may give rise to "constructive trust" or "equitable subordination" remedies. Motion ¶11. As the Court is aware, there is scant support for such contentions, and the Trustee has already specifically briefed the constructive trust issue in other adversary proceedings.[3]

    5.  Counsel for the Florida Creditors was unwilling to remove or restate these assertions and this was among the reasons the Trustee could not join the Motion at the time of filing. Counsel was also unwilling, at least at the time of filing, to tender to the Court a new pleading setting forth the Florida Creditors' claims. Based on a review of the pleadings filed in the above-captioned adversary proceeding, including pleadings filed while it was still pending in

---

[2] *See, e.g.*, Brief in Support of Trustee's Motion for Partial Summary Judgment filed in AP No. 11-59093 at Dkt. 249, pp. 5-10; Brief in Support of Motion for Partial Summary Judgment Regarding Statutory and Constructive Trust Affirmative Defenses filed in AP 11-59086 at Dkt. 40, pp. 14-18.

[3] *See, e.g.*, Brief in Support of Trustee's Motion for Partial Summary Judgment filed in AP No. 11-59093 at Dkt. 249, pp. 10-12; Brief in Support of Motion for Partial Summary Judgment Regarding Statutory and Constructive Trust Affirmative Defenses filed in AP 11-59086 at Dkt. 40, pp. 6-14

2

Wisconsin state court, it appears that the only Florida Creditor who has filed any answer or other pleading is Arcadia Stockyards. The Trustee respectfully suggests that an additional pleading from all of these creditors would assist all parties and the Court in determining the full extent of overlapping factual and legal issues, would permit in particular the Trustee and Fifth Third Bank to assert appropriate affirmative defenses and claims, would assist in determining the proper scope of discovery, and would assist in fashioning a proper pre-hearing/pretrial schedule.

WHEREFORE, the Trustee respectfully requests the Court to order consolidation of the Florida Creditors' claims identified in paragraph 3 of the motion, to establish a 20-day deadline within which the Florida Creditors shall amend and/or file their pleadings in this adversary proceeding, and further requests all other just and appropriate relief.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:  /s/ Shawna M. Eikenberry

Shawna M. Eikenberry (#21615-53)  
Kevin M Toner (#11343-49)  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204-1782  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
shawna.eikenberry@faegrebd.com  
kevin.toner@faegrebd.com

*Counsel for James Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC*

3

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 8, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Robert H. Foree<br>robertforee@bellsouth.net | Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Susan K. Roberts<br>skr@stuartlaw.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@binghammchale.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>jnstine@vorys.com |

BDDB01 9117079v1

| | | |
|---|---|---|
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | Christopher E. Baker<br>cbaker@hklawfirm.com |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cmoore@ bgdlegal.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Jeffrey E. Ramsey<br>jramsey@hopperblackwell.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Andrea L. Wasson<br>andreawassonatty@gmail.com | Christopher M. Trapp<br>ctrapp@rubin-levin.net | |

I further certify that on February 8, 2012, a copy of the foregoing pleading was served via electronic mail transmission on the following:

| | |
|---|---|
| Ashley S. Rusher<br>asr@blancolaw.com | Darla J. Gabbitas<br>darla.gabbitas@moyewhite.com |

                                                         /s/ Shawna M. Eikenberry