UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
121 W Spring St Rm 110  
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:

Eastern Livestock Co., LLC  
  SSN: NA    EIN: NA  
Debtor(s)

Case Number:  
**10−93904−BHL−11**  
JOINTLY ADMINISTERED

## NOTICE OF DEFICIENT FILING

The Motion for Emergency/Expedited Hearing, which was filed on February 7, 2012, is deficient in the following respect(s):

    Pleading does not comply with Local Rule B−9013−1.

The above−cited deficiencies must be corrected by February 23, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

    IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: February 9, 2012                            KEVIN P. DEMPSEY, CLERK  
                                                     U.S. BANKRUPTCY COURT