

SEAN T. WHITE
swhite@hooverhull.com
317.822.4400 x 109

February 1, 2012

**VIA E-MAIL**

Kent Britt
Vorys, Sater, Seymour and Pease LLP
221 E. Fourth St.
Suite 2000, Atrium Two
Cincinnati, OH 45202

Re: Eastern Livestock's Subpoena to Fifth Third Bank

Dear Kent:

Attached is a undated fax from David Fuller to Devon Morse regarding Eastern Livestock along with a document entitled "Kiting Account Approval Form" dated May 27, 2009. The documents are bates labeled FT014104 and FT014105. Fifth Third did not produce these documents in response to the Trustee's Subpoena Duces Tecum notwithstanding they are responsive to several requests. *See, e.g.,* Trustee's Subpoena Request Nos. 1, 2, 7, 8, 17 and 18. Fifth Third did however produce these documents to the Kentucky AG in connection with the Metcalfe County indictment of Thomas Gibson, Grant Gibson, Stephen McDonald and Darren Branger. Accordingly, we request the Bank to explain how this document was not produced to the Trustee in response to his Subpoena and to supplement its production with any other responsive documents immediately. In addition, we need to confirm the dates of depositions for the Fifth Third employees otherwise, the Trustee will independently notice those depositions.

I look forward to your response.

Very truly yours,

Sean T. White

STW/vkw
Enclosure
cc:   James A. Knauer (w/o encl., via e-mail)
      John David Hoover (w/o encl., via e-mail)
614360_1.DOCX/8728-1

313-534-1921 fax 313-534-6400
38 Fountain Square Plaza
Cincinnati, Ohio 45202

**Fifth Third Bank**

# Fax

To: Devon Morse         From: David Fuller
Fax:                    Pages: 2
Phone:                  Date:
Re: Eastern Livestock

☐ Urgent    For Review    Please Comment    ☐ Please Reply    ☐ Please Recycle

CONFIDENTIAL

FT014104



**Bank Protection**
5001 Kingsley Drive MD 1MOB23
Cincinnati, OH 45263 Fax: 513-358-5214

# Kiting Account Approval Form

I, *Bill Hummel & Mike Spitler*, have reviewed the suspect activity on account number 7140510731 7480493537 7480493779. I understand the risk associated with this activity, but believe that based on the relationship it is in Fifth Third's best interest to maintain this customer's accounts.

Business Case:

*Eastern Livestock is a registered cattle broker. As such they buy and sell cattle from the same customers, deposit checks from and write checks to these entities often at the same time. A follow up Field Exam on 5/26/09 substantiated this and concluded kiting is not taking place.*

Name: Bill Hummel
Signature: *WDHumm*
Date: 5-27-09

Name: Mike Spitler
Signature: *MS*
Date: 5-27-09

**Please fax to 513-358-5214**

FT014105

CONFIDENTIAL