

SEAN T. WHITE
swhite@hooverhull.com
317.822.4400 x 109

February 6, 2012

**VIA E-MAIL**

Randall D. LaTour
Kent A. Britt
David F. Hine
Vorys, Sater Seymour and Pease, LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, OH 45202

      RE:    In re: Eastern Livestock Co., LLC
                United States Bankruptcy Court; Southern District of Indiana
                Case No. 10-93904-BHL

Dear Gentlemen:

       I was disappointed to receive Fifth Third's Motion to Limit Discovery or Alternatively for a Protective Order (the "Discovery Motion"). I had made calls and left messages for Kent and David last week to discuss the depositions of Fifth Third employees. However, for whatever reason, no one returned my calls to discuss this issue. Moreover, there was no attempt to comply with the Southern District of Indiana's Local Rule 37.1 that requires a discovery conference before filing a motion relating to depositions. Had any of you returned my calls, Fifth Third would have known filing the Discovery Motion was unnecessary. Let me be clear, the Trustee agrees to notice the depositions in the bankruptcy case and each adversary proceeding. The Trustee therefore, requests you to withdraw the Discovery Motion so that he does not have to waste resources responding to it.

       Please be advised that we will be noticing the depositions of Darren Steinmann, Lori Hart, Anne Kelly, Timothy Spurlock, Shannon Hughes and Amber Whitehouse tomorrow on the dates Kent previously provided to me. Kent was to confirm them in writing but to date I have received no such correspondence. Likewise, we will notice on Wednesday the depositions of the other Fifth Third employees for which dates were not yet provided unless provided. Unless you advise us before Wednesday concerning different availability of these witnesses, we intend to depose them according to the following schedule:

Randall D. LaTour
Kent A. Britt
David F. Hine
February 6, 2012
Page 2

| DEPONENT | DEPOSITION DATE |
| --- | --- |
| Darren Steinmann | February 14, 2012 |
| Lori Hart | February 14 or 15, 2012 |
| Anne Kelly | February 14 or 15, 2012 |
| David Fuller | February 16, 2012 |
| Sean Kelly | February 17, 2012 |
| Timothy Spurlock | February 21 or 22, 2012 |
| Shannon Hughes | February 21 or 22, 2012 |
| Amber Whitehouse | February 22, 2012 |
| Devon Morse | February 23 or 24, 2012 |
| Patty Voss | February 24, 2012 |
| Sara Chapman | February 24 or 25, 2012 |

Very truly yours,

*Sean T. White*

Sean T. White

STW/vkw
cc: James A. Knauer
 John David Hoover
 Daniel J. Donnellon
 Laura Day DelCotto
 John M. Rogers
 Claude R. Bowles, Jr.
 John Ames
 Ivana B. Shallcross
 W. Scott Newbern
614737_1.DOCX/8728-1

HOOVER HULL LLP   ATTORNEYS AT LAW
111 MONUMENT CIRCLE SUITE 4400   P.O. BOX 44989   INDIANAPOLIS, IN 46244-0989
PHONE 317.822.4400   FAX 317.822.0234   WEB www.hooverhull.com