**SO ORDERED: February 10, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING
ON MOTION FOR 2004 EXAMINATIONS**

This matter is before the Court on the M*otion for Expedited Hearing on Motion for 2004 Examinations* [Docket No. 1023] (the "Motion"), filed by James A. Knauer, Chapter 11 Trustee. The Court, after considering the Motion, now finds that granting the relief requested by the Motion is in the best interest of the estate.  Therefore,

IT IS HEREBY ORDEREDTHAT:

1.      The Motion for Expedited Hearing on Motion 2004 Examinations is set for hearing on **February 13, 2012, at 10:00 a.m.** at the United States Courthouse, 121 W. Spring Street, Room 103, New Albany, Indiana;

2. All parties in interest may participate telephonically in the hearing on Motion by dialing 1-888-399-7768; passcode 586676#; and

3. NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Motion must be filed at hhtp://ecf.insb.uscourts.gove, which requires a user account and password, or in writing in the Clerk's Office in accordance with Local Rule S.D.Ind.b-9013-1(d) at the following address:

> United States Bankruptcy Court
> Southern District of Indiana
> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

Objections may be filed through and including February 10, 2012 by 4:30 p.m. EST.

###