# Notice Recipients

District/Off: 0756–4              User: edixon                    Date Created: 2/10/2012
Case: 10–93904–BHL–11            Form ID: pdfOrder               Total: 1

**Recipients of Notice of Electronic Filing:**
aty          John David Hoover          jdhoover@hooverhull.com

                                                                TOTAL: 1