UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | : | Case No.: 10-93904-BHL-11 |
| Debtors. | : | |

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Eric W. Richardson, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Ohio Supreme Court | November / 1996 |
| Kentucky Supreme Court | May / 1997 |
| U.S. District Court, Northern District of Ohio | October / 2007 |
| U.S. District Court, Southern District of Ohio | June / 1997 |
| U.S. District Court, Eastern District of Kentucky | August / 1998 |
| U.S. District Court, Western District of Kentucky | September / 2003 |
| U.S. Court of Appeals, Sixth Circuit | June / 1997 |
| U.S. Court of Appeals, Federal Circuit | October / 1999 |
| U.S. Supreme Court | October / 2002 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

/s/ Eric W. Richardson
Eric W. Richardson

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

## ACKNOWLEDGMENT

STATE OF OHIO          )
                       )
COUNTY OF HAMILTON     )

Before me, a notary public in and for said county and state personally appeared Eric W. Richardson, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 14th day of February, 2012.

/s/ Linda R. Back
Notary Public

2/14/2012 13270075 V.2