**SO ORDERED: February 15, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION FOR 2004 EXAMINATIONS**

This matter is before the Court on the *Motion for 2004 Examinations* [Docket No. 1022] (the "Motion"), filed by James A. Knauer, Chapter 11 Trustee.  The Court, after considering the Motion, now finds that granting the relief requested by the Motion is in the best interest of the estate.  Therefore,

IT IS HEREBY ORDEREDTHAT:  the Trustee is authorized to take the depositions of the following witnesses pursuant to Rule 2004 of the Bankruptcy Rules from day to day until completed and to direct that these depositions take place at the offices of Vorys Sater Seymour and Pease LLP, 221 East Fourth St., Suite 2000, Atrium Two, Cincinnati, OH 45202:

Darren Steinmann                      February 14, 2012

Lori Hart                            February 14 or 15, 2012

Anne Kelly                           February 14 or 15, 2012

David Fuller                         February 16, 2012

Sean Kelly                           February 17, 2012

Timothy Spurlock                     February 21 or 22, 2012

Shannon Hughes                       February 21 or 22, 2012

Amber Whitehouse                     February 22, 2012

Devon Morse                          February 23 or 24, 2012

Patty Voss                           February 24, 2012

Sara Chapman                         February 24, 2012


                        ###