**SO ORDERED: February 15, 2012.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN CONTESTED MATTER REGARDING FIRST BANK & TRUST'S OBJECTIONS TO THE TRUSTEE'S PURCHASE MONEY CLAIMS REPORT**

This matter is before the Court upon the parties' *Joint Motion To Extend Deadlines In Contested Matter Regarding First Bank & Trust's Objections To The Trustee's Purchase Money Claims Report* [Dock. No. 989] ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Parties'[2] remaining deadlines in the Scheduling Order are stayed pending further orders of the Court.

### 

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.