**SO ORDERED: February 17, 2012.**



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SRESVAC (rev 09/2009)

In Re:
  Eastern Livestock Co., LLC
    SSN: NA    EIN: NA
  Debtor(s)

Case Number:
**10–93904–BHL–11**
JOINTLY ADMINISTERED

## ORDER

  A(n) Order on Motion for Examination Under Fed.R.Bankr.P. 2004 was entered in error on February 15, 2012.

  IT IS THEREFORE ORDERED that the Order on Motion for Examination Under Fed.R.Bankr.P. 2004 is RESCINDED.

###