```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                Chapter 11
Okie Farms, L.L.C.
        Debtors          CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss2                Page 1 of 2                  Date Rcvd: Feb 15, 2012
                              Form ID: SF00200            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2012.
 cr            +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
 adb           +Eastern Livestock Co., LLC,    135 W. Market Street,   New Albany, IN 47150-3561
 op            +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
                ?Louisville, KY 40202-3157
 ptcrd         +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
 op            +National Cattlemen's Beef Association,    c/o Alice Devine,   6031 SW 37th St.,
                 Topeka, KA 66614-5128
 mdb           +Okie Farms, L.L.C.,   135 W. Market Street,   New Albany, IN 47150-3561
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty            E-mail/Text: asr@btcmlaw.com Feb 16 2012 00:48:13     Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,   PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0756-4          User: kgoss2               Page 2 of 2                    Date Rcvd: Feb 15, 2012
                              Form ID: SF00200           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2012 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**
JOINTLY ADMINISTERED

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Hearing Re: Emergency Motion to Seal Document In Reply To Trustee filed by Walter Scott Newbern III on behalf of Creditors Arcadia Stockyard, Daniel M. Byrd, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Eagle Bay, Inc., Florida Association Livestock Markets, Hardee Livestock Market, Inc., Madison County Livestock Market, Inc. d/b/a Townse, North Florida Livestock Market, Inc., Oak Lake Cattle Co., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Ron Sizemore Trucking, Inc., Sumter County Farmers Market, Inc [1027].

   Objections are due three (3) business days prior to hearing.

   Date:  March 12, 2012
   Time:  10:00 AM EDT
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  February 15, 2012                   KEVIN P. DEMPSEY, CLERK
                                                U.S. BANKRUPTCY COURT