United States Bankruptcy Court
Southern District of Indiana

In re:                                                          Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                      Chapter 11
Okie Farms, L.L.C.
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss2          Page 1 of 4          Date Rcvd: Feb 17, 2012
                             Form ID: sgeneric      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
cr           +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op           +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
             Topeka, KA 66614-5128
mdb          +Okie Farms, L.L.C.,   135 W. Market Street,   New Albany, IN 47150-3561
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Feb 18 2012 04:08:42     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**              **Signature:**    *Joseph Speetjens*

District/off: 0756-4          User: kgoss2          Page 2 of 4          Date Rcvd: Feb 17, 2012
                              Form ID: sgeneric      Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2012 at the address(es) listed below:
          Allen  Morris   on behalf of Creditor  Republic Bank and Trust Company amorris@stites.com,
           dgoodman@stites.com
          Amelia Martin Adams   on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
           aadams@dlgfirm.com
          Andrea L Wasson   on behalf of Creditor  Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg   on behalf of Defendant Willie Downs astosberg@lloydmc.com,  bmarks@lloydmc.com
          Anthony G. Raluy   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
           traluy@fbhlaw.net
          Bret S. Clement   on behalf of Creditor  First Bank and Trust Company, The bclement@acs-law.com,
           sfinnerty@acs-law.com
          C. R. Bowles   on behalf of Creditor  Joplin Regional Stockyards cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton   on behalf of U.S. Trustee  U.S. Trustee Charles.R.Wharton@usdoj.gov,
           Charles.R.Wharton@usdoj.gov
          Christie A. Moore   on behalf of Counter-Defendant  Superior Livestock Auction, Inc. cm@gdm.com,
           ljs2@gdm.com
          Christopher E. Baker   on behalf of Creditor  Ozarks Regional Stockyard cbaker@hklawfirm.com,
           thignight@hklawfirm.com
          Christopher M. Trapp   on behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
           ctrapp@rubin-levin.net
          Daniel J. Donnellon   on behalf of Creditor  First Bank and Trust Company, The
           ddonnellon@ficlaw.com,  knorwick@ficlaw.com
          David A. Laird   on behalf of Creditor  Peoples Bank of Coldwater Kansas
           david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina   on behalf of Creditor  Bellar Feed Lots, Inc. dad@dominalaw.com,
           KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt   on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas   on behalf of Counter-Defendant  J&F Oklahoma Holdings, Inc.
           dlebas@namanhowell.com,  koswald@namanhowell.com
          Deborah  Caruso   on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
           mthomas@daleeke.com
          Dustin R. DeNeal   on behalf of Debtor  Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
           patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King   on behalf of Creditor  Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
          Elliott D. Levin   on behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
           robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin   on behalf of Cross Defendant  Joplin Regional Stockyards, Inc.
           edl@rubin-levin.net,  atty_edl@trustesolutions.com
          Eric C Redman   on behalf of Defendant  Bankfirst Financial Services ksmith@redmanludwig.com,
           kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson   on behalf of Creditor  Fifth Third Bank ewrichardson@vorys.com,
           bjtobin@vorys.com
          Erick P Knoblock   on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes   on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
           judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross   on behalf of Creditor  Joplin Regional Stockyards ishallcross@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          Jack S Dawson   on behalf of Defendant  Jane, LLC jdawson@millerdollarhide.com,
           jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer   jak@kgrlaw.com,  hns@kgrlaw.com
          James B. Lind   on behalf of Counter-Defendant  Fifth Third Bank jblind@vorys.com
          James Bryan Johnston   on behalf of Creditor  Bynum Ranch Co. bjtexas59@hotmail.com,
           bryan@ebs-law.net
          James E Rossow   on behalf of Counter-Defendant  Superior Livestock Auction, Inc.
           jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith   on behalf of Cross Defendant  Diamond B Ranches jsmith@smithakins.com,
           legalassistant@smithakins.com
          James Edwin McGhee   on behalf of Creditor  Vermilion Ranch Corporation mcghee@derbycitylaw.com,
           belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr   on behalf of Debtor  Okie Farms, L.L.C. jim.carr@faegrebd.com,
           sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
          James T Young   on behalf of Intervenor Michael Walro james@rubin-levin.net,
           lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell   on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay  Jaffe   on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Jeffrey E. Ramsey   on behalf of Creditor  Intrust Bank, NA jramsey@hopperblackwell.com,
           mhaught@hopperblackwell.com
          Jeffrey J. Graham   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jgraham@taftlaw.com,  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter   on behalf of Joined Party  United States Department of Agriculture, Grain Ins
           jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jeffe@bellnunnally.com
          Jerald I. Ancel   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com
          Jeremy S Rogers   on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
           joyce.jenkins@dinslaw.com

District/off: 0756-4          User: kgoss2              Page 3 of 4              Date Rcvd: Feb 17, 2012
                             Form ID: sgeneric         Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jessica E. Yates    on behalf of Creditor  CPC Livestock, LLC jyates@swlaw.com,
           jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
           Jill Zengler Julian    on behalf of Joined Party  United States Department of Agriculture, Grain
           Ins Jill.Julian@usdoj.gov
           Joe T. Roberts    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
           jratty@windstream.net
           John Huffaker    on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
           lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
           John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
           John Frederick Massouh    on behalf of Counter-Defendant  Friona Industries, L.P.
           john.massouh@sprouselaw.com
           John Hunt Lovell    on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
           John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
           susan@rubin-levin.net
           John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
           jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
           John R. Carr    on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
           sfinnerty@acs-law.com
           John W Ames    on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
           Joseph H Rogers    on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
           Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
           Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
           ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
           Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
           Kelly Greene McConnell    on behalf of Creditor  Supreme Cattle Feeders, L.L.C.
           lisahughes@givenspursley.com
           Kent A Britt    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com
           Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
           judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
           Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
           lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
           Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
           jparsons@mcs-law.com;cmarshall@mcs-law.com
           Laura Day DelCotto    on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Lisa Koch Bryant    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
           courtmail@fbhlaw.net
           Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
           dalbers@vhrlaw.com
           Matthew J. Ochs    on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
           Melissa S. Giberson    on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
           Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
           Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
           laura@kentuckytrial.com
           Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
           Peter M Gannott    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
           pgannott@gannottlaw.com, ahanover@gannottlaw.com;mkeane@gannottlaw.com
           Randall D. LaTour    on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
           Robert A. Bell    on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
           Robert H. Foree    on behalf of Creditor  Kentucky Cattlemen's Association
           robertforee@bellsouth.net
           Robert K Stanley    on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
           Ross A. Plourde    on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
           erin.clogston@mcafeetaft.com
           Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
           sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
           Sarah Stites Millspaugh    on behalf of Creditor  Intrust Bank, NA smillspaugh@hopperblackwell.com,
           mroth@hopperblackwell.com;kellison@hopperblackwell.com
           Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com, vwilliams@hooverhull.com
           Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
           sarah.herendeen@faegrebd.com
           Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com
           Stephen A. Weigand    on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
           Steven A. Brehm    on behalf of Cross Defendant  Superior Livestock Auction, Inc.
           sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
           Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com, lbt@stuartlaw.com
           T. Kent Barber    on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
           sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
           Theodore A Konstantinopoulos    on behalf of Creditor  General Electric Capital Corporation
           ndohbky@jbandr.com

District/off: 0756-4        User: kgoss2              Page 4 of 4              Date Rcvd: Feb 17, 2012
                           Form ID: sgeneric         Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas C Scherer    on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com,
          mmcclain@bgdlegal.com
          Timothy T. Pridmore   on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
          lskibell@mcjllp.com
          Todd J. Johnston   on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl   on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern   on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader   on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
          sarah.herendeen@faegrebd.com
          William E Smith   on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
          pballard@k-glaw.com
          William Robert Meyer   on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                                    TOTAL: 97

**SO ORDERED: February 17, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:

Eastern Livestock Co., LLC                          Case Number:
    SSN: NA        EIN: NA                           **10–93904–BHL–11**
Debtor(s)                                            JOINTLY ADMINISTERED

## ORDER

A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on February 15, 2012, by Eric W. Richardson.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is GRANTED.

###