United States Bankruptcy Court
Southern District of Indiana

In re:                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                Chapter 11
Okie Farms, L.L.C.
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0756-4             User: kgoss2          Page 1 of 4          Date Rcvd: Feb 17, 2012
                                 Form ID: sresvac      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
cr            +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb           +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op            +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd         +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op            +National Cattlemen's Beef Association,   c/o Alice Devine,   6031 SW 37th St.,
               Topeka, KA 66614-5128
mdb           +Okie Farms, L.L.C.,   135 W. Market Street,   New Albany, IN 47150-3561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: asr@btcmlaw.com Feb 18 2012 04:08:42     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                        **Signature:**        _Joseph Speetjens_

District/off: 0756-4          User: kgoss2          Page 2 of 4          Date Rcvd: Feb 17, 2012
                             Form ID: sresvac        Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2012 at the address(es) listed below:
          Allen  Morris    on behalf of Creditor  Republic Bank and Trust Company amorris@stites.com,
          dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
          aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor  Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com,  bmarks@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
          traluy@fbhlaw.net
          Bret S. Clement    on behalf of Creditor  First Bank and Trust Company, The bclement@acs-law.com,
          sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor  Joplin Regional Stockyards cbowles@bgdlegal.com,
          smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton    on behalf of U.S. Trustee  U.S. Trustee Charles.R.Wharton@usdoj.gov,
          Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant  Superior Livestock Auction, Inc. cm@gdm.com,
          ljs2@gdm.com
          Christopher E. Baker    on behalf of Creditor  Ozarks Regional Stockyard cbaker@hklawfirm.com,
          thignight@hklawfirm.com
          Christopher M. Trapp    on  behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
          ctrapp@rubin-levin.net
          Daniel J. Donnellon    on behalf of Creditor  First Bank and Trust Company, The
          ddonnellon@ficlaw.com,  knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor  Peoples Bank of Coldwater Kansas
          david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor  Bellar Feed Lots, Inc. dad@dominalaw.com,
          KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant  J&F Oklahoma Holdings, Inc.
          dlebas@namanhowell.com,  koswald@namanhowell.com
          Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
          mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Debtor  Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
          patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King    on behalf of Creditor  Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
          robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant  Joplin Regional Stockyards, Inc.
          edl@rubin-levin.net,  atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant  Bankfirst Financial Services ksmith@redmanludwig.com,
          kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson    on behalf of Creditor  Fifth Third Bank ewrichardson@vorys.com,
          bjtobin@vorys.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
          judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross    on behalf of Creditor  Joplin Regional Stockyards ishallcross@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          Jack S Dawson    on behalf of Defendant  Jane, LLC jdawson@millerdollarhide.com,
          jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,  hns@kgrlaw.com
          James A. Knauer    jak@kgrlaw.com,  hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant  Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor  Bynum Ranch Co. bjtexas59@hotmail.com,
          bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant  Superior Livestock Auction, Inc.
          jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant  Diamond B Ranches jsmith@smithakins.com,
          legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor  Vermilion Ranch Corporation mcghee@derbycitylaw.com,
          belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Debtor  Okie Farms, L.L.C. jim.carr@faegrebd.com,
          sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
          James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
          lemerson@rubin-levin.com;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
          sarah.herendeen@faegrebd.com
          Jeffrey E. Ramsey    on behalf of Creditor  Intrust Bank, NA jramsey@hopperblackwell.com,
          mhaught@hopperblackwell.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jgraham@taftlaw.com,  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party  United States Department of Agriculture, Grain Ins
          jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jeffe@bellnunnally.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
                 joyce.jenkins@dinslaw.com
              Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
                 jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
              Jill Zengler Julian    on behalf of Joined Party  United States Department of Agriculture, Grain
                 Ins Jill.Julian@usdoj.gov
              Joe T. Roberts    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
                 jratty@windstream.net
              John Huffaker    on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
                 lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant  Friona Industries, L.P.
                 john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
                 sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
                 susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
                 jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Carr    on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
                 sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers    on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
                 cdow@millerdollarhide.com
              Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
                 ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
              Kelly Greene McConnell    on behalf of Creditor  Supreme Cattle Feeders, L.L.C.
                 lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
                 cbkappes@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
                 judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
                 lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
                 jparsons@mcs-law.com;cmarshall@mcs-law.com
              Laura Day DelCotto    on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
                 ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
                 courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
                 dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Melissa S. Giberson    on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
                 laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwslaw.com
              Peter M Gannott    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
                 pgannott@gannottlaw.com,  ahanover@gannottlaw.com;mkeane@gannottlaw.com
              Randall D. LaTour    on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
                 khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
                 dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor  Kentucky Cattlemen's Association
                 robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
                 erin.clogston@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
                 sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
              Sarah Stites Millspaugh    on behalf of Creditor  Intrust Bank, NA smillspaugh@hopperblackwell.com,
                 mroth@hopperblackwell.com;kellis@hopperblackwell.com
              Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
              Steven A. Brehm    on behalf of Cross Defendant  Superior Livestock Auction, Inc.
                 sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
              T. Kent Barber    on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
                 dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
                 sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

District/off: 0756-4          User: kgoss2              Page 4 of 4            Date Rcvd: Feb 17, 2012
                              Form ID: sresvac          Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Theodore A Konstantinopoulos   on behalf of Creditor  General Electric Capital Corporation
           ndohbky@jbandr.com
          Thomas C Scherer   on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com,
           mmcclain@bgdlegal.com
          Timothy T. Pridmore   on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
           lskibell@mcjllp.com
          Todd J. Johnston   on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl   on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern   on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader   on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
           sarah.herendeen@faegrebd.com
          William E Smith   on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
           pballard@k-glaw.com
          William Robert Meyer   on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                                        TOTAL: 98

**SO ORDERED: February 17, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SRESVAC (rev 09/2009)

In Re:

Eastern Livestock Co., LLC                           Case Number:
   SSN: NA        EIN: NA                      **10–93904–BHL–11**
Debtor(s)                                            JOINTLY ADMINISTERED

### ORDER

A(n) Order on Motion for Examination Under Fed.R.Bankr.P. 2004 was entered in error on February 15, 2012.

IT IS THEREFORE ORDERED that the Order on Motion for Examination Under Fed.R.Bankr.P. 2004 is RESCINDED.

### ###