UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

## NOTICE OF HEARING

The *Motion To Approve Compromise And Settlement With Peoples Bank And Trust Company Of Pickett County* (Docket No. 990) (the "Motion") was filed with the Clerk of this Court by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), on January 30, 2011. Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement attached to the Motion as Exhibit A.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before March 7, 2011.

The Court will hold a hearing on the Motion on:

| | |
|---|---|
| Date: | March 12, 2012 |
| Time: | 10:00 a.m. EDT |
| Place: | 121 W. Spring Street, Room 103, New Albany, Indiana |

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the Motion is on file with the Clerk's Office and is available for inspection upon request.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

9130597_1.DOC

Dated: February 21, 2012    Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Dustin R. DeNeal

James M. Carr (#3128-49)    *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin Toner (#11343-49)
Terry E. Hall (#22041-49)
Harmony Mappes (# 27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
kevin.toner@bakerd.com
terry.hall@bakerd.com
harmony.mappes@bakerd.com
dustin.deneal@bakerd.com

Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@bakerd.com