UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**AFFIDAVIT OF KEN BYRD IN SUPPORT OF APPLICATION
TO EMPLOY KEN BYRD REALTY & AUCTION, INC. AS AUCTIONEER**

Ken Byrd, under penalty of perjury, says:

1. I am the _PRES_ of Ken Byrd Realty & Auction, Inc. ("Ken Byrd Auction"), _1206 Herrington Street, Bowling Green, KY 42104_.

2. To the best of my knowledge, information and belief, Ken Byrd Auction has no connection with Eastern Livestock Co., LLC or any other party in interest and no interest adverse to the Trustee or the estate in the matters upon which Ken Byrd Auction is to be engaged in this case. Ken Byrd Auction has no arrangement for the sharing of any fees earned in this matter.

3. To the best of my knowledge, no member or associate of Ken Byrd Auction is a relative of any judge of this Court.

I affirm under penalty of perjury that the foregoing statements are true.

By: _/s/ Ken Byrd_
Ken Byrd, _President_
Ken Byrd Realty & Auction, Inc.