SO ORDERED: February 21, 2012.

_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC[1]

DEBTOR

CASE NO. 10-93904
CHAPTER 11

JOINTLY ADMINISTERED

**ORDER GRANTING MOTION TO COMPEL THE TRUSTEE
TO PRODUCE BUDGETS AND FINANCIAL INFORMATION**

This matter having come before the Court upon the Motion to Compel the Trustee to Produce Budgets and Financial Information [ECF No. 971] filed in the above-captioned bankruptcy case by Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC,

Bluegrass South Livestock Market, LLC, Alton Darnell, East Tennessee Livestock Center, Inc., Piedmont Livestock Company, Inc., and Southeast Livestock Exchange, LLC (the "Motion"), and the Joinder of the First Bank and Trust Company to the Motion to Compel the Trustee to Produce Budgets and Financial Information [ECF No. 976]; and it appearing that proper notice of the Motion was given; and the Response to Motion to Compel [ECF No. 1016] filed by James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC in the above-captioned bankruptcy case, being hereby overruled; and the Court having reviewed the record and being otherwise sufficiently advised; and having considered same;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Within 10 days of the entry of this Order, the Trustee shall post all budgets on his web site, http://www.easternlivestockbkinfo.com, and provide copies of same to all counsel of record in the above-captioned bankruptcy case.

###

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.