SO ORDERED: February 21, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER ON MOTION TO COMPEL TRUSTEE TO FILE MANDATORY REPORT REQUIRED BY 11 U.S.C. §1106(a), TO AMEND SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, AND PRODUCE BUDGETS**

This matter comes before the Court on the *Motion to Compel Trustee to file Mandatory Reports Required by 11 U.S.C. §1106(a), to Amend Schedules and Statements of Financial Affairs, and Produce Budgets* (the "**Motion**") filed by Superior Livestock Auction, Inc. ("**Superior**"). The Trustee filed an Objection to the Motion on February 10, 2012 (the "**Objection**"), and the Court held a hearing on the Motion on February 13, 2012 at which Superior and the Trustee were present by counsel.

Based on the Court's review of the Motion, the Objection and the arguments of counsel, it is now,

**ORDERED** that, no later than March 14, 2012, the Trustee shall prepare and file with the Court the report required by 11 U.S.C. §1106(a)(4), including a statement of the investigation

undertaken into the matters specified by 11 U.S.C. §1106(a)(3) and any and all facts ascertained pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, and causes of action available to the Estate.  It is further,

**ORDERED** that, no later than March 14, 2012, the Trustee shall file with the Court Amended Schedules that reflect the most current and accurate information known to the Trustee regarding the Debtor's inventory and deposit accounts as of December 6, 2010 (the "Petition Date").  It is further,

**ORDERED** that, no later than March 14, 2012, the Trustee shall file an Amended Statement of Financial Affairs that reflects the most current and accurate information known to the Trustee regarding any setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the Petition Date.  It is further,

##