## Notice Recipients

District/Off: 0756−4     User: edixon     Date Created: 2/21/2012
Case: 10−93904−BHL−11     Form ID: pdfOrder     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     John M. Rogers     johnr@rubin−levin.net

TOTAL: 1