# Notice Recipients

District/Off: 0756–4            User: edixon              Date Created: 2/21/2012
Case: 10–93904–BHL–11          Form ID: pdfOrder          Total: 1


**Recipients of Notice of Electronic Filing:**
aty          Randall D. LaTour        RDLatour@vorys.com

                                                          TOTAL: 1