UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | : | Case No.: 10-93904-BHL-11 |
| Debtors. | : | |

## NOTICE OF 2004 EXAMINATION SCHEDULE

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2004, Sean T. White, Special Counsel for the Trustee James A. Knauer, shall conduct an examination of the following witnesses at the offices of Vorys, Sater, Seymour and Pease LLP, 221 East Fourth Street, Suite 2000 Atrium Two, Cincinnati, OH 45202, at the dates and times listed below:

Thursday, February 23, 2012:

    9:00 a.m.    Sean Kelly

Friday, February 24, 2012:

    8:30 a.m.    Shannon Hughes

    1:00 p.m.    Timothy Spurlock

Monday, February 27, 2012:

    9:00 a.m.    Dave Fuller

Tuesday, February 28, 2012:

    9:00 a.m.    Sara Chapman

Wednesday, February 29, 2012:

    8:30 a.m.    Amber Whitehouse

    1:00 p.m.    Darrin Steinmann

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

<u>Thursday, March 1, 2012:</u>

    9:00 a.m.        Anne Kelly

<u>Friday, March 2, 2012:</u>

    9:00 a.m.        Lori Hart

<u>Monday, March 5, 2012</u>:

    9:00 a.m.        Devon Morse

<u>Tuesday, March 6, 2012:</u>

    9:00 a.m.        Patty Voss

The examinations shall be conducted only by Special Counsel for the Trustee, Sean White, except to the extent he permits questions by Messrs. Daniel J. Donnellon and/or John M. Rogers. The examinations will be taken before a notary public or other officer duly authorized to administer oaths, and will be transcribed by a certified court reporter. Telephonic and video observation of the examinations shall be accessible via the following means:

    Telephonic Observation:  Dial #888-590-1240
                                Participant Pass Code:  5137234019

    Video Observation: Contact tbfinney@vorys.com or 513-723-4825 to coordinate.

                                Respectfully submitted,

                               /s/ *John David Hoover*
                              John David Hoover (#7945-49
                              Sean T. White (#20428-49)
                              Hoover Hull, LLP
                              111 Monument Cir Ste 4400
                              Indianapolis, IN 46244
                              Telephone: (317)-822-4400
                              Facsimile: (317) 822-0234
                              Email: swhite@hooverhull.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2012, a copy of the foregoing Motion was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

/s/ *John David Hoover*
John David Hoover