UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

## AMENDED NOTICE OF HEARING

The *Motion To Approve Compromise And Settlement With Peoples Bank And Trust Company Of Pickett County* (Docket No. 990) (the "Motion") was filed with the Clerk of this Court by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), on January 30, 2012. Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement[2] attached as Exhibit A to the Motion. The Settlement Agreement provides for, among other things, a procedure for the sale of the Property at a public auction with the Trustee to realize twenty percent (20%) of the Net Sale Proceeds for the benefit of Debtor's estate and Peoples receiving eighty percent (80%) of the Net Sale Proceeds. You should refer to the Motion and Settlement Agreement for specifics of the settlement by and between the Trustee and Peoples. Copies of the Motion are available via the Court's electronic Pacer system and/or may be obtained from undersigned counsel.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before March 7, 2012.

The Court will hold a hearing on the Motion on:

Date:  March 12, 2012
Time:  10:00 a.m. EDT
Place:  121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the Motion is on file with the Clerk's Office and is available for inspection upon request.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

9130597_2.DOC

Dated: February 21, 2012                    Respectfully submitted,

                                                        FAEGRE BAKER DANIELS LLP

                                                       By: /s/ Dustin R. DeNeal

James M. Carr (#3128-49)                    *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin Toner (#11343-49)
Terry E. Hall (#22041-49)
Harmony Mappes (# 27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@bakerd.com
kevin.toner@bakerd.com
terry.hall@bakerd.com
harmony.mappes@bakerd.com
dustin.deneal@bakerd.com

Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@bakerd.com

9130597_2.DOC