**SO ORDERED: February 22, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10—93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING MOTION TO CONTINUE

THIS MATTER, having come before the Court upon the *Agreed Motion To Continue Hearing On Motion To Quash* (Doc. 1008) filed by W. Scott Newbern, counsel for Florida Creditors, and the Court having considered the matter and being advised on its premises, IT IS HEREBY ORDERED that said Motion be, and is hereby, GRANTED.

The Hearing on the United States Attorney's *Motion To Quash 2004 Examination* (Docs. 616 and 630) filed on behalf of the United States Department of Agriculture, Grain Inspection, Packers and Stockyards Administration and the *Response* (Doc. 636) of the Florida Creditors is continued and rescheduled for the Omnibus Hearing of May 14, 2012.

# # #