# Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 2/22/2012
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Walter Scott Newbern, III   wsnewbern@msn.com

TOTAL: 1