## Notice Recipients

District/Off: 0756–4    User: edixon    Date Created: 2/23/2012
Case: 10–93904–BHL–11    Form ID: pdfOrder    Total: 2

**Recipients of Notice of Electronic Filing:**
tr          James A. Knauer       jak@kgrlaw.com
aty        James A. Knauer       jak@kgrlaw.com

TOTAL: 2