SO ORDERED: February 23, 2012.



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION FOR 2004 EXAMINATIONS**

This matter is before the Court on the *Motion for 2004 Examinations* [Docket No. 1022] (the "Motion"), filed by James A. Knauer, Chapter 11 Trustee. The Court, after considering the Motion, now finds that granting the relief requested by the Motion is in the best interest of the estate. Therefore,

IT IS HEREBY ORDERED THAT: the Trustee is authorized to take the examination of the following witnesses pursuant to Rule 2004 of the Bankruptcy Rules from day to day until completed and to direct that these depositions take place at the offices of Vorys Sater Seymour and Pease LLP, 221 East Fourth St., Suite 2000, Atrium Two, Cincinnati, OH 45202: Darren

Steinmann; Lori Hart; Anne Kelly; David Fuller; Sean Kelly; Timothy Spurlock; Shannon Hughes; Amber Whitehouse; Devon Morse; Patty Voss; Sara Chapman and Wayne Stoffel.

Notices of 2004 examination schedule will be filed with the Court with information for call in or video link.

###