UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:

Eastern Livestock Co., LLC
   SSN: NA      EIN: NA
Debtor(s)

Case Number:

**10−93904−BHL−11**

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 13, 2012 was filed on February 24, 2012.

Parties have until March 2, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is March 16, 2012. Once a Request for Redaction is filed, the redacted transcript is due by March 26, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

J & J Court Transcribers, Inc.
268 Evergreen Avenue
Hamilton, NJ 08619
609−586−2311

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is May 24, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  February 29, 2012                    KEVIN P. DEMPSEY, CLERK
                                                                       U.S. BANKRUPTCY COURT