**SO ORDERED: February 27, 2012.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER GRANTING OKIE'S MOTION TO DISMISS OKIE CHAPTER 11 CASE**

This matter is before the Court on Okie's *Motion To Dismiss Okie Chapter 11 Case* [Docket #962] (the "<u>Motion</u>") filed by Okie[2] on January 10, 2012.  Pursuant to notice, any objections to the Motion were to be filed with the Court by February 22, 2012.  The Court, having considered the Motion and having found that adequate notice was provided and that no objection or request for further hearing was filed, and being duly advised in the premises, now finds that the relief requested in the Motion is in the best interests of the estate and should be approved.  Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

   A.   The Okie Chapter 11 Case is dismissed.

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Okie Approval Motion.

B. The finality and *res judicata* effect of any and all orders entered in the Okie Chapter 11 Case or the ELC Chapter 11 Case prior to entry of this Order shall remain in full force and effect and shall not be affected by the dismissal of the Okie Chapter 11 Case.

C. The Trustee is authorized to and shall pay any U.S. Trustee fees resulting from the filing of the Okie Chapter 11 Case.

###