UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC | § | Case No. 10-93904-BHL-11 |
| | § | |
| Debtor. | § | Hon. Basil H. Lorch III |

| | | |
|---|---|---|
| FRIONA INDUSTRIES, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| EASTERN LIVESTOCK CO., LLC., et. al. | § | ADVERSARY NO. 11-59093 |
| | § | |
| Defendants, | § | |
| and | § | |
| | § | |
| CACTUS GROWERS, INC., | § | |
| Intervenor, | § | |
| | § | |
| v. | § | |
| | § | |
| EASTERN LIVESTOCK CO, INC., et. al. | § | |
| | § | |
| Defendants, | § | |
| and | § | |
| | § | |
| J & F OKLAHOMA HOLDINGS, INC., | § | |
| | § | |
| Intervenor, | § | |
| | § | |
| v. | § | |
| | § | |
| EASTERN LIVESTOCK CO., et. al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISCOVERY REQUEST

TO:    All Counsel of Record

Please take notice that on February 28, 2012 Friona Industries, L.P. served interrogatories and requests for production of documents on Bynum Ranch Company, Frank Powell, Bobby and

Debbie Bynum, Bill Davis, Davis Quarter Horse, and Johnny Mayo, Jr.  The interrogatories and requests for production of documents relate to Case No. 10-93904-BHL-11 and Adversary Proceeding No. 11-59093.

                Respectfully submitted,

                SPROUSE SHRADER SMITH P.C.
                John Huffaker, Pro Hac Vice
                John Massouh, Pro Hac Vice
                701 S. Taylor, Suite 500
                Amarillo, Texas 79101
                (806) 468-3300; FAX (806) 373-3454
                john.massouh@sprouselaw.com
                john.huffaker@sprouselaw.com

                and

                Mark A. Robinson
                VALENTI HANLEY & ROBINSON, PLLC
                1950 One Riverfront Plaza
                401 West Main Street
                Louisville, KY  40204
                (502) 568-2100
                FAX (502) 568-2101
                mrobinson@brhlaw.com


                /s/ John Massouh_____
                    John Massouh

                **ATTORNEYS FOR FRIONA INDUSTRIES, L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic, U.S. Mail, or through the ECF system this the 28th day of February 2012 upon all parties entitled to such notice as provided by the ECF filing system.

/s/ John Massouh
John Massouh

673054.1
3554.31