```
                           United States Bankruptcy Court
                            Southern District of Indiana
In re:                                                             Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                         Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-4          User: edixon               Page 1 of 5              Date Rcvd: Feb 29, 2012
                              Form ID: ntcts             Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2012.
```
ptcrd      +B&B Farms,    Attn: Keith Breeding,    8090 Greensburg Road,    Greensburg, KY 42743-9002
cr         +Bill Davis,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
ptcrd      +Billy Neat,    705 B. Neat Road,    Columbia, KY 42728-8500
cr         +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
ptcrd      +Breeding Brothers,    Attn: Wade Breeding,    9440 Columbia Hwy.,    Greensburg, KY 42743-9130
ptcrd      +Brent Keith,    505 Marlo-Campbell Road,    Columbia, KY 42728-5106
cr         +Bynum Ranch Co.,    P. O. Box 104,    Sterling City, TX 76951-0104,    UNITED STATES
cr         +Cullman Stockyard, Inc.,    c/o Thomas C. Scherer, Esq.,    Bingham McHale LLP,    2700 Market Tower,
             10 West Market Street,    Indianapolis, IN 46204-2982
op         +David L. Abt,    210 N Main St,    PO Box 128,    Westby, WI 54667-0128
ptcrd      +David L. Rings,    1288 Frontage Road,    Russell Springs, KY 42642-7871
cr         +Davis Quarter Horse,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
ptcrd      +Dennis Neat,    6198 Burkesville Road,    Columbia, KY 42728-8529
adb        +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
cr          Eddie Eicke,    Eicke Ranch II,    1188 County Rd 1202,    Snyder, TX  79549
op         +Elizabeth M. Lynch,    Development Specialists, Inc.,    6375 Riverside Drive,    Suite 200,
             Dublin, OH 43017-5045
cr         +Estate of John S. Gibson, Anna Gayle Gibson, Execu,    13140 Nebo Rd,    Providence, KY 42450-9606
cr          First Bank and Trust Company, The,    c/o Ayres Carr & Sullivan, P.C.,
             251 East Ohio Street, Suite 500,    Indianapolis, IN  46204-2184
cr          Florida Association Livestock Markets,    P.O. Box 421929,    Kissimmee, FL  34742-1929
cr         +Frank Powell,    700 W. Denger,    Midland, TX 79705-5319,    UNITED STATES
cr         +Gabriel Moreno,    c/o Timothy T. Pridmore,    McWhorter, Cobb & Johnson,    1722 Broadway,
             Lubbock, TX 79401-3093
cr         +Gabriel Moreno,    c/o Todd J. Johnston,    McWhorter, Cobb & Johnson,    1722 Broadway,
             Lubbock, TX 79401-3093
cr         +Gary S. Bell,    PO Box 122,    Edmonton, KY 42129-0122
cr         +Gene Shipman,    11401 E. Fm 1075,    Happy, TX 79042-3422
cr         +Gibson Farms. LLC,    13140 Nebo Rd.,    Providence, KY 42450-9606
op         +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
            ?Louisville, KY 40202-3157
cr         +Heritage Feeders LP,    c/o Crowe & Dunlevy,    20 North Broadway,    Suite 1800,
             Oklahoma City, ok 73102-9213
ptcrd      +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
ptcrd      +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
ptcrd       Jimmy Brummett,    7594 Hwy. 555,    Glens Fork, KY  42741
cr         +Johnny Mayo, Jr.,    P. O. Box 317,    Eldorado, TX 76936-0317,    UNITED STATES
cr          Lytle Street Development,    c/o Edward C. Airhart,    440 South Seventh Street,
             Louisville, KY  40203-1967
ptcrd      +Mike Loy,    668 P.D. Pyles Road,    Columbia, KY 42728-9455
ptcrd      +Moseley Cattle Auction, LLC,    1044 Arlington Avenue,    Blakely, GA 39823-2362
op         +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
             Topeka, KA 66614-5128
cr         +Republic Bank and Trust Company,    661 South Hurstbourne Parkway,    Louisville, KY 40222-5079
cr          Rex Elmore,    1817 Tobacco Road,    Glasgow, KY  42141-8486
cr         +Rosenbaum Feeder Cattle Company, LLC,    P.O. Box 141,    Glade Spring, VA 24340-0141
cr         +Russell DeCordova d/b/a deCordova Cattle Company,    c/o Jeffrey J. Graham,
             Taft Stettinius & Hollister LLP,    One Indiana Square, Suite 3500,    Indianapolis, IN 46204-2023
ptcrd      #+Southeast Livestock Exchange LLC,    PO Box 1306,    Waynesville, NC 28786-1306
ptcrd      +Southland Haulers, LLC,    Howard & Myra Compton,    P O Box 142,    Bratley, AL 36009-0142
ptcrd      +Superior Livestock Auction, Inc.,    1155 North Colorado Ave.,    Bush, CO 80723-2901
cr         +Todd Rosenbaum,    P.O. Box 141,    Glade Spring, VA 24340-0141
cr         +Tom Svoboda,    3065 AA Avenue,    Herrington, KS 67449-5051,    UNITED STATES
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: asr@btcmlaw.com Mar 01 2012 01:23:50     Ashley S Rusher,
             Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Phillip Taylor Reed,   a/k/a Taylor Reed
ptcrd*       +Gary S. Bell,   P.O. Box 122,   Edmonton, KY 42129-0122
cr           ##+Bobby Bynum,   P. O. Box 43,   Rankin, TX 79778-0043,   UNITED STATES
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0756-4          User: edixon              Page 2 of 5              Date Rcvd: Feb 29, 2012
                              Form ID: ntcts            Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: edixon                 Page 3 of 5                   Date Rcvd: Feb 29, 2012
                               Form ID: ntcts               Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2012 at the address(es) listed below:

              Allen  Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com
              Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com,   bmarks@lloydmc.com
              Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher E. Baker    on behalf of Creditor   Ozarks Regional Stockyard cbaker@hklawfirm.com,
               thignight@hklawfirm.com
              Christopher M. Trapp    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net
              Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
               ddonnellon@ficlaw.com,   knorwick@ficlaw.com
              David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
              David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,   koswald@namanhowell.com
              Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Debtor   Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
              Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net,   atty_edl@trustesolutions.com
              Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
              Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,   hns@kgrlaw.com
              James A. Knauer    jak@kgrlaw.com,   hns@kgrlaw.com
              James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
               belliott@derbycitylaw.com;patenaude@derbycitylaw.com
              James M. Carr    on behalf of Debtor   Okie Farms, L.L.C. jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
              James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
               lemerson@rubin-levin.net;carmen@rubin-levin.net
              Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jeffrey E. Ramsey    on behalf of Creditor   Intrust Bank, NA jramsey@hopperblackwell.com,
               mhaught@hopperblackwell.com
              Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com,   ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jeffe@bellnunnally.com
              Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com

```
District/off: 0756-4           User: edixon                Page 4 of 5                 Date Rcvd: Feb 29, 2012
                               Form ID: ntcts              Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
           joyce.jenkins@dinslaw.com
          Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
           jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
          Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
           Ins Jill.Julian@usdoj.gov
          Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
           jratty@windstream.net
          John  Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
           lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
          John Frederick Massouh    on behalf of Counter-Defendant   Friona Industries, L.P.
           john.massouh@sprouselaw.com
          John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net,
           susan@rubin-levin.net
          John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com,
           jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
           sfinnerty@acs-law.com
          John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com,
           ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
          Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
           lisahughes@givenspursley.com
          Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com
          Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
           judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
           lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
           jparsons@mcs-law.com;cmarshall@mcs-law.com
          Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
           ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
           courtmail@fbhlaw.net
          Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com,
           dalbers@vhrlaw.com
          Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
           laura@kentuckytrial.com
          Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
          Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
           pgannott@gannottlaw.com,  ahanover@gannottlaw.com;mkeane@gannottlaw.com
          Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
           robertforee@bellsouth.net
          Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
           erin.clogston@mcafeetaft.com
          Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
           sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
          Sarah Stites Millspaugh    on behalf of Creditor   Intrust Bank, NA smillspaugh@hopperblackwell.com,
           mroth@hopperblackwell.com;kellis@hopperblackwell.com
          Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
          Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com
          Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
          Steven A. Brehm    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
           sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
          T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
           sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

```
District/off: 0756-4          User: edixon              Page 5 of 5               Date Rcvd: Feb 29, 2012
                              Form ID: ntcts            Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com

                                                                                                        TOTAL: 98

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:
   Eastern Livestock Co., LLC
    SSN: NA       EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 13, 2012 was filed on February 24, 2012.

Parties have until March 2, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is March 16, 2012. Once a Request for Redaction is filed, the redacted transcript is due by March 26, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

J & J Court Transcribers, Inc.
268 Evergreen Avenue
Hamilton, NJ 08619
609−586−2311

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is May 24, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated: February 29, 2012                                   KEVIN P. DEMPSEY, CLERK
                                                                       U.S. BANKRUPTCY COURT