# **<u>Exhibit G</u>**

Florida Livestock Auction Market Invoices
For Oak Lake/Eastern Invoice
No. 291244

# Rush Creek

DATE _10/16/10_                                        INVOICE NO. 291244

# Eastern Livestock Co., LLC

SOLD TO _Rush Creek Ranch_          SHIP TO _Don Quincey_

Address _8121 Ludlow Ave._           Address _____/_____

City-State-Zip _Viroqua, Wi. 54665_   City-State-Zip _Chiefland, Fl._

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 82 | D10 STR | 15,240 | 186 / 144.93 | 22,087.33 |
| 83 | D10X HFR | 15,795 | 190 / 121.— DL | 19,121.43 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** 165 | | | | 41,208.76 |

TRUCKER: _Sizemond / Arnoz / Various_

COMMISSION _____—_____

VETERINARY _____—_____

TRUCKING _DLVD._

FROM: _OLC #22_

OTHER _____—_____

TOTAL _41,208.76_

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER

... ed on a _165_ ... athe pursuant a
7CFR § 1260 ... are 260.372

DO NOT DEDUCT THE
...$1.00 per head Beef Promotion ...essess nent.
BEEF COUNCIL REGISTERED No. KY-024
...SLB3 · 10/16/10
Signature          Date

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035   **Page 58**

FAXED
FAXED

**EASTERN LIVESTOCK CO.**
BRANCH # 22    TEL (863) 763-5600
P.O. Box 1284   FAX (863) 763-7468
OKEECHOBEE, FLORIDA 34973
FAX 608.675.3345/352.
**CATTLE WORKSHEET**

DATE _____ 15-Oct-10 _____          INVOICE # _____ 291244

RUSH CREEK RANCH
8121 LUDLOW AVE.
VIROQUA, WI. 54665

| SORT # | HEAD | WEIGHT | AMOUNT |
|---|---|---|---|
| 10 | 82 | 15,240 | $21,502.44 |
| 10X | 83 | 15,795 | $18,507.52 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 165 | 31,035 | $40,009.96 |

| COST OF CATTLE | |
|---|---|
| INVOICE AMOUNT | $41,208.76 |
| CATTLE | $40,009.96 |
| TRUCKING | $340.16 |
| TRUCKING   (PD) MKT | $83.35 |
| COMM( /cwt) | |
| MISC EXPENSE | |
| (YP)EAGBAY | |
| (VP)EAGBAY | |
| (FL)EAGBAY | |
| (VP)EAGBAY | |
| (CP)AT SALE 1.00/ CWT | $310.35 |
| *ABOVE PD AT MKT. | |
| | |
| | |
| CLEARING ( /cwt) | $155.18 |
| P & L | $309.76 |

| MILES | RATE | TOTAL |
|---|---|---|
| | | |

DELIVER:          **DON QUINCEY**

**TRUCKER: SIZEMORE-104/ANUEZ14/ALB--18/CARTER-16/LI**

ANUEZ  14 (26.59) /  +  SIZEMORE  104 (313.57) = 340.16
ON INVOICE AT SALE  TRUCKING     83.35 + 340.16 = 423.51

| Sort# | Head | Weight | Average | Total $ | Cost/# | Inv $/# | | New $ Total | Ave./hd |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 82 | 15,240 | 186 | $21,502.44 | 1.4109 | 1.4493 | | $22,087.33 | $269.36 |
| 10X | 83 | 15,795 | 190 | $18,507.52 | 1.1717 | 1.2106 | | $19,121.43 | $230.38 |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| | 165 | 31,035 | | $40,009.96 | | | | $41,208.76 | |



**EASTERN LIVESTOCK CO.**

**INVOICE**

291244

INVOICE NO.

A 195463

SOLD TO
Rush Creek Ranch
8121 Ludlow Ave
Viroqua, Wi. 54665

SHIP TO
Don Quincey
Chiefland, Fl.

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| — | 22 | — | #10  110x | — | 10/16/10 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 165 | 31035 | 40,009.96 | | | |
| (TP) Runs, remove | | 313.57 | | | |
| (TP) Paco Anuez | | 26.59 | | | |
| (TP) on sale invoice | | ⟨83.35⟩ | | | |
| (CP) on sale invoice | | ⟨310.35⟩ | | | |
| (MK) | | 155.18 | | | |
| (CP) on kcat | | 309.76 | | | |
| | | 41,208.76 | | | |

@ Eastern buds Ky / Chiefland Fl. -

**Page 60**

## PAYABLES TO FLORIDA MARKETS  EASTERN / OAKLAKE

**BY: CUSTOMER**

| MARKET | CUSTOMER | BUY NUMBER | DATE | HEAD COUNT | TOTAL WEIGHT | TOTAL CATTLE | COMM. | FEED | TRUCK | TOTAL INVOICED | RECON. W/MKT | INVOICE NUMBER | CUSTOMER PAID OLC CHECK# | OLC PAID MARKET DLC CK# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Number 291244** | | | | | | | | | | | | 291244 | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10 | 10/11/2010 | 9 | 1750 $ | 2,211.88 $ | 17.59 $ | - | | 2,229.38 | YES | | PAID BY EASTERN PER MARKET | |
| ARCADIA STOCKYARD | RUSH CREEK | 10X | 10/11/2010 | 10 | 1870 $ | 2,506.38 $ | 19.70 $ | - | | 2,526.08 | YES | | PAID BY EASTERN PER MARKET | |
| ARCADIA STOCKYARD | RUSH CREEK | 10 | 10/13/2010 | 19 | 3545 $ | 5,327.21 $ | 36.45 $ | 5.00 | | 5,368.66 | YES | | PAID BY EASTERN PER MARKET | |
| ARCADIA STOCKYARD | RUSH CREEK | 10X | 10/13/2010 | 14 | 2760 $ | 5,011.40 $ | 27.60 $ | 5.00 | | 5,044.00 | YES | | PAID BY EASTERN PER MARKET | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10 | 10/12/2010 | 7 | 1355 $ | 1,895.13 $ | 13.55 | | | 1,908.68 | YES | | | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10X | 10/12/2010 | 7 | 1405 $ | 1,632.70 $ | 14.05 | | | 1,646.75 | YES | | | |
| COLUMBIA L/S MKT | RUSH CREEK | 10 | 10/11/2010 | 5 | 865 $ | 919.63 $ | 17.30 | | | 936.93 | YES | | PAID BY EASTERN PER MARKET | |
| COLUMBIA L/S MKT | RUSH CREEK | 10X | 10/11/2010 | 7 | 1195 $ | 1,129.88 $ | 23.90 | | | 1,153.78 | YES | | PAID BY EASTERN PER MARKET | |
| HARDEE L/S MKT | RUSH CREEK | 10 | 10/12/2010 | 4 | 760 $ | 1,058.25 $ | 7.60 $ | 4.30 | | 1,070.15 | YES | | | |
| HARDEE L/S MKT | RUSH CREEK | 10X | 10/12/2010 | 9 | 1685 $ | 1,841.00 $ | 16.85 $ | 9.70 | | 1,867.55 | YES | | | |
| NORTH FLA L/S MKT | RUSH CREEK | 10 | 10/13/2010 | 10 | 1835 $ | 2,506.13 $ | 18.35 | | $ 18.35 | 2,542.83 | YES | | PAID BY EASTERN PER MARKET | |
| NORTH FLA L/S MKT | RUSH CREEK | 10X | 10/13/2010 | 6 | 1095 $ | 1,142.70 $ | 10.95 | | $ 10.95 | 1,164.60 | YES | | PAID BY EASTERN PER MARKET | |
| OCALA L/S MKT | RUSH CREEK | 10 | 10/11/2010 | 11 | 1980 $ | 3,182.75 $ | 19.80 | | $ 19.80 | 3,222.35 | YES | | | |
| OCALA L/S MKT | RUSH CREEK | 10X | 10/11/2010 | 7 | 1200 $ | 1,579.25 $ | 12.03 | | $ 12.00 | 1,603.25 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 10/11/2010 | 2 | 320 $ | 404.70 | | | | 404.70 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 10/11/2010 | 3 | 545 $ | 531.85 | | | | 531.85 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 10/12/2010 | 10 | 1900 $ | 2,699.59 | | | | 2,699.59 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 10/12/2010 | 10 | 1985 $ | 2,221.76 | | | | 2,221.76 | YES | | | |
| TOWNSEND L/S MKT | RUSH CREEK | 10 | 10/12/2010 | 1 | 175 $ | 231.00 $ | 3.30 | | | 234.30 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10 | 10/12/2010 | 4 | 865 $ | 760.70 $ | 6.65 | | | 767.35 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10X | 10/12/2010 | 10 | 1965 $ | 2,635.10 $ | 19.65 | | | 2,654.75 | YES | | | |
| **VERIFIED TOTALS** | | | | 165 | 31035 $ | 39,430.82 $ | 285.20 $ | 24.00 $ | 61.10 $ | 39,691.22 | | 291244 | | |

**Other Expenses**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RON SIZEMORE | TRUCKING | | | | | | | | | 313.57 | | | | |
| PACO ANUEZ | TRUCKING | | | | | | | | | 26.59 | | | | |
| EASTERN | CLEARING | | | | | | | | | 155.18 @ $.50 per 100 lbs. | | | | |
| OAK LAKE CATTLE | P & L | | | | | | | | | 912.20 | | | | |
| **Total Other Expenses** | | | | | | | | | | 1,407.54 | | | | |
| **VERIFIED TOTALS INTERPLEADER - Invoice 291244** | | | | | | | | | | $ 41,208.76 | | 291244 PAID TO COURT REG | | |

Page 2

**TOWNSEND LIVESTOCK MARKET**
P. O. BOX 577
MADISON, FL 32341

Buyer 112   Perm # 4770
EASTERN LIVESTOCK

OKEECHOBEE, FL 34972                                    10/12/2010 10:38:50

### *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 1 | 165 | 231.00 | 165 | 140.00 | 231.00 |
| | 1 | 165 | 231.00 | | | |

Commission: Paid to Agent          Per CWT    2.00     165 lbs.     3.30

Total Head            1
Total Weight        165
Purchases       231.00
Total Commission    3.30 Paid to LINDSEY CATTLE CO

**Total Bill**        234.30   Charged (Due Buyer)

attn : Jim Byrd.

FAXED

POSTED

POSTED

FAXED

FAXED

SUMTER COUNTY FARMERS MK INC
P.O. BOX 62
WEBSTER, FLORIDA 33597
SALE DAY TUESDAY 12:00 NOON
(352)793-2021 OR 793-3551
R E C A P

FOR=: 176                    ( MS )              BUYER=:16398
EASTERN LIVESTOCK CO. INC     EL               LEWIS, RONNIE
135 W. MARKET STREET                           13645 RIADA WAY

   NEW ALBANY, IN     47150      812 949 9035      DADE CITY, FL      33525
6:03:53                                                      OCTOBER 12, 2010

          ====== G R O S S ===== ==A V E R A G E===
-------- SUFIX HED  WEIGHT --AMOUNT-- WGH PRI/LD PRI/HED  OTHER -------------
   38    10   4    665    760.70  166 114.39 190.17
   38   10X 10   1,965   2635.10  197 134.10  263.51

          === ======== ========== ====    =======
          14   2,630    3395.80  188       242.55 =========
16398                  STANDARD   CM      BUYER-- LEWIS, RO      26.30
                                                          =============
                                               GROSS---> $3,422.10

PLEASE PAY GROSS AMOUNT!!!

1****************************PLEASE PAY GROSS AMOUNT****************************
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-MARK HARRELL    DATE-10/12/10

POSTED

FAXED

POSTED

FAXED

Case:10-93904-BHL-11 Doc#:1679 Filed:03/28/12 EOD:03/28/12 18:08:03 Pg:9 of 64



P. O. BOX 3285 • LAKE CITY, FL 32056-3285
PHONE: 386-755-9576 • FAX: 386-755-2999
SALE DAY: CATTLE - EVERY WEDNESDAY
HOGS, GOATS & DAIRY HEIFERS - 4TH SATURDAY EACH MONTH

ALL GUARANTEES ARE BETWEEN
BUYER AND SELLER
WE ACT AS AGENTS ONLY

NOT RESPONSIBLE FOR SICKNESS
ACCIDENT OR DEATH
BONDED FOR YOUR PROTECTION

Buyer 5   Perm # 12          AGENT Perm # 10864
EASTERN LIVESTOCK CO.        RONNIE LEWIS
BOUGHT BY 1065 E MAIN STREET         13645 RIADA WAY
LOUISVILLE, KY 40206-        DADE CITY, FL 33525

ADDRESS:                          10/13/2010 2:11:15   83

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

***  RECAP  ***  SUMMARY  ***

| PEN # | CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|-------|----------------|-------------|--------------|--------------|------------|-----------|------------|
| 6 | RL | 10 | 10 | 1835 | 2506.13 | 184 | 136.57 | 250.61 |
| 7 | RL | 10X | 6 | 1095 | 1142.70 | 183 | 104.36 | 190.45 |
| | | | 16 | 2930 | 3648.83 | | | |

Trucking: EUGENE CARTER III          Per CWT   1.00   2930 lbs.   29.30
Commission: Paid to Agent            Per CWT   1.00   2930 lbs.   29.30

Total Head          16
Total Weight        2930
Purchases           3,648.83
Total Trucking      29.30
Total Commission    29.30

Total Bill          3,707.43   Charged (Due Buyer)

CATTLE SALES EVERY WED. 01:00PM\HOG-GOAT SALE*OCT 23, 2010 @12:00PM
NO ANIMALS ACCEPTED AFTER 11:00AM ON SAT\ANIMALS MUST HAVE EARTAG

paid  10-22-10  ck #122379

Status — so far, check has not been returned
as of 11-10-10

TITLE OF THE LIVESTOCK COVERED BY THIS BILL SHALL REMAIN IN NORTH FLORIDA LIVESTOCK MARKET UNTIL THE PURCHASE PRICE OF THE LIVESTOCK HAS BEEN PAID IN FULL. IF CHECK HAS BEEN G
N PAYMENT TITLE OF LIVESTOCK SHALL REMAIN IN NORTH FLORIDA LIVESTOCK MARKET UNTIL CHECK IS PAID AND NORTH FLORIDA LIVESTOCK MARKET HAS REALIZED FULL AMOUNT THER

# INVOICE



### Okeechobee
### LIVESTOCK MARKET, INC.
P. O. BOX 1200,
OFFICE (863) 763-3127

### Okeechobee, Fla. 34973-1200
FAX (863) 467-0401

Buyer 23  Perm # 5644
EASTERN LIVESTOCK
BOUGHT BY 135 WEST MARKET
NEW ALBANY, IN 47150-
ADDRESS

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973-
10/11/2010 16:10:17

| CHARGE ACCOUNT | *** NEW NUMB | RECAP NUMBER HEAD | *** TOTAL WEIGHT | SUMMARY TOTAL AMOUNT | *** AVG WT/HD | PRICE | *** AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| F | 9X | 83 | 8 | 8115 | 1125.90 | 1058 | 53.23 | 562.95 |
| E | 1A | 75 | 2 | 320 | 404.70 ✓ | 160 | 126.47 | 202.35 |
| E | 10X | 75 | 3 | 545 | 531.85 ✓ | 182 | 97.59 | 177.28 |

Total Head             7
Total Weight         2980
Purchase          2,032.65
Total Commission    29.80
Miscellaneous       29.80    HAUL/EAGLEBY
------------------------    ----------
Total Bill        2,005.05   Charged (Due Buyer)







# "Your Business is Appreciated"

WE ACT AS AGENTS ONLY, NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



**Okeechobee**
**LIVESTOCK MARKET, INC.**
*Okeechobee, Fla.* 34973-1288

P. O. BOX 1288,
OFFICE (863) 763-3127

FAX (863) 467-0401

Buyer 23   Perm # 5644
EASTERN LIVESTOCK
BOUGHT BY 135 WEST MARKET
NEW ALBANY, IN 47150-
ADDRESS

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973-
10/12/2010 21:22:23

| KIND | TAG | KIND | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | *** PEN NUMB | RECAP NUMBER HEAD | *** TOTAL WEIGHT | SUMMARY TOTAL AMOUNT | *** AVG WEIGHT | AVG PRICE | AVG AMOUNT |
| CHARGE ACCOUNT | | | | | | | |
| E  10 | 75 | 10 | 1900 | 2699.50 | 190 | 142.08 | 269.95 |
| E  10X | 75 | 10 | 1965 | 2221.78 | 197 | 113.07 | 222.18 |

Total Head            20
Total Weight        3865
Purchases        4,882.63
Total Commission     38.65
Total Bill        4,921.28    Charged (Due Buyer)

POSTED

POSTED

FAXED

FAXED

"Your Business is Appreciated"

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

Case 10-93904-BHL    Filed 03/09/12    NOT... ...8:08:03    Pg 12 of 64.

ALL GUARANTEES ARE BETWEEN BUYER AND SELLER
WE ACT AS AGENTS ONLY

NOT RESPONSIBLE FOR SICKNESS
ACCIDENT OR DEATH
BONDED FOR YOUR PROTECTION

Buyer 35  Perm # 61
BOUGHT BY: EASTERN LIVESTOCK CO., INC.
135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150—

AGENT Perm # 4460
RONNIE LEWIS
13645 RIMLA WAY
DADE CITY, FL 33525
10/11/2010  19:27:53    5245

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

### *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---------------|----------|-------------|--------------|--------------|------------|-----------|------------|
| LL  10 | 52 | 11 | 1980 | 3182.75 | 180 | 160.74 | 289.34 |
| LL  10X | 52 | 7 | 1200 | 1579.25 | 171 | 131.60 | 225.61 |

```
Total Head          18
Total Weight      3180
Purchases      4,762.00
Total Trucking    31.80   By   BRIAN ALBERTY
Total Commission  31.80   Paid to  RONNIE LEWIS
-------------------------------------------------
Total Bill     4,825.60   Charged (Due Buyer)
```

TITLE OF THE LIVESTOCK COVERED BY THIS BILL SHALL REMAIN IN OCALA LIVESTOCK MARKET UNTIL THE PURCHASE PRICE OF THE LIVESTOCK HAS BEEN PAID IN FULL. IF CHECK HAS BEEN GIVEN IN PAYMENT, TITLE OF LIVESTOCK SHALL REMAIN IN OCALA LIVESTOCK MARKET UNTIL CHECK IS PAID AND OCALA LIVESTOCK MARKET HAS REALIZED FULL AMOUNT THEREOF.



# HARDEE LIVESTOCK MARKET, INC.

P.O. BOX 1478 - WAUCHULA, FLORIDA 33873
Phone: (863) 773-9747

Auction Every Monday
12:00 Noon

BOUGHT BY Buyer 27   Perm # 2883
EASTERN LIVESTOCK
ADDRESS 1065 E MAIN
LOUISVILLE KY, KY 40206

10/11/2010 17:46:30 02818

LYNN GRESSON
3896 144TH DR NW
OKEECHOBEE, FL 34972

## *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT | PER # |
|---|---|---|---|---|---|---|---|
| 10 | 4 | 760 | 1058.25 | 190 | 139.24 | 264.56 | 26 |
| 10X | 9 | 1685 | 1841.00 | 187 | 109.26 | 204.56 | 22 |

13   2445   2899.25

| | | | | | | |
|---|---|---|---|---|---|---|
| General Feed Charge: | | | | | | 14.00 |
| Commission: Paid to Agent | | Per CWT | 1.00 | 2445 lbs. | | 24.45 |

Total Head        13
Total Weight      2445
Purchases         2,899.25
Total Commission, 24.45
Feed Charges:     14.00

Total Bill        2,937.70   Charged (Due Buyer)

ERRORS CHEERFULLY CORRECTED   •   BONDED FOR YOUR PROTECTION   •   WE ACT AS AGENTS ONLY
NOT RESPONSIBLE FOR TEST ELIGIBLE CATTLE

```
                    COLUMBIA LIVESTOCK MARKET
                         OF LAKE CITY, INC.
                            P.O. BOX 354
                    LAKE CITY, FLORIDA 32056
                          (386) 755-2300
                       R E C A P
                          ( MS )
FOR=:   68                                        BUYER=:  68
EASTERN L/S-JIM BYRD                              EASTERN L/S-JIM BYRD
P O BOX 1284                                      P O BOX 1284

OKEECHOBEE FL          34973                      OKEECHOBEE FL          34973
5:12:01                                                         OCTOBER 11, 2010
              ====== G R O S S =====  ==A V E R A G E===
---------- SUFIX HED   WEIGHT ==AMOUNT==  WGH PRI/LB PRI/HED   OTHER ----------------
     159   10   5     855     919.63  173  106.32  183.92
     159   10   7   1,195   1,129.88  171   94.55  161.41
           ===  ======  ==========  ====               =======
           12   2,060   2,049.51  172              170.79  ==========
13                     COMM        CM              BUYER-- LINDSEY C      41.20
                                                                 ==============
                                                        GROSS--->    $2,090.71
```

PLEASE PAY GROSS AMOUNT!!!

==========================================================================================
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

CATTLEMEN'S L/S AUC MKT, INC
P.O. BOX 26
LAKELAND, FL  33802
(863) 665-5088

R E C A P
( MS )

FOR=:  102                                          BUYER=:  191
EASTERN LIVESTOCK CO. INC       E           BYRD, DAN
1065 EAST MAIN ST.                          P. O. BOX 1284
                                            C/O OAK LAKE CATTLE
LOUISVILLE, KENTUCK 40206       863 763 5600   OKEECHOBEE FL       34973
8:20:02                                               OCTOBER 12, 2010

===== G R O S S =====  ==A V E R A G E===
-------- SUFIX HED   WEIGHT ==AMOUNT==   WGH PRI/LB PRI/HED   OTHER -------------
 68   ██████▓▒ ███355.   ██95.13  194 139.86  270.73      _____
 68   ██████▓▒ ██405.   ██632.70  201 116.21  233.24      _____

=== ======= ========== ====        ========
   14   2,760   3527.83  197        251.98. =========
191                 STANDARD   CM     BUYER-- BYRD, DAN   ██27.60▒
                                      =============
                                      GROSS---> ██$3,555.43█

PLEASE PAY GROSS AMOUNT!!!

ALL INVOICES MUST BE PAID WITHIN 24HRS OF PURCHASE DATE, THANK YOU!
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL



**Arcadia Stockyard**

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

We Act as Agents
for the Producers of Livestock

AGENT #   8
10/13/2010 22:14:36
I   E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

Buyer   192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

\*\*\* RECAP SUMMARY \*\*\*

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|----------------|-------------|--------------|--------------|------------|-----------|------------|------------|
| E   10 | 19 | 3645 | 5327.21 | 192 | 146.15 | 280.38 | 527 |
| E   10X | 14 | 2760 | 3011.40 | 197 | 109.11 | 215.10 | 527 |
|  | 33 | 6405 | 8338.61 |  |  |  |  |

Feed By The Unit 10/6-10/12     Units: 1.00          Rate Per Unit: 10.00        10.00
Commission: Paid to Agent                    Per CWT    1.00    6405 lbs.        64.05

```
            Total Head            33
            Total Weight          6405
            Purchases             8,338.61
            Total Commission      64.05
            Feed Charges:         10.00
            ----------------
            Total Bill            8,412.66   Charged (Due Buyer)
```

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*







WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

\*\*\* RECAP SUMMARY \*\*\*

AGENT #  5420
10/11/2010 18:57:02
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E   10 | 9 | 1750 | 2211.88 | 194 | 126.39 | 245.76 | 529 |
| E   10X | 10 | 1970 | 2508.38 | 197 | 127.33 | 250.84 | 529 |
|  | 19 | 3720 | 4720.26 |  |  |  |  |

Commission: Paid to Agent                     Per CWT    1.00    3720 lbs.    37.20

Total Head           19
Total Weight         3720
Purchases            4,720.26
Total Commission     37.20

**Total Bill**          **4,757.46**   **Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

Carl McKettrah







WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

Florida Livestock Auction Market Invoices
For Oak Lake/Eastern Invoice
No. 291246

# Rush Creek

INVOICE AND SECURITY AGREEMENT

DATE _10/22/10_  INVOICE NO. 291246

# Eastern Livestock Co., LLC

| | | | | |
|---|---|---|---|---|
| SOLD TO | Rush Creek Ranch | SHIP TO | Don Quincey | |
| Address | 8121 Ludlow Ave. | Address | | |
| City-State-Zip | Viroqua WI. 54665 | City-State-Zip | Chiefland, Fl. | |

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 64 | #10 Str. | 12620 | 197 / 147.39 | 18,663.72 |
| 68 | #10x Hfr | 12875 | 189 / 124.77 | 16,064.14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** 132 | | 25,495 | | 34,727.86 |

TRUCKER: Sizmond/Various

COMMISSION ____

VETERINARY ____

TRUCKING "Blvd"

OTHER ____

TOTAL #34,727.86

FROM: OLC P20

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER
The record is _132_ cattle pursuant to
7CFR § 1260 ... are arc 260 374
DO NOT DEDUC the
$1.00 per head Beef Promotion Assessment
Beef Council REGISTERED no. KY-024
Signature _____ Date ____
132

FAXED & RV

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**EASTERN LIVESTOCK CO.**
**BRANCH # 22    TEL (863) 763-5600**
**P.O. Box 1284  FAX (863) 763-7468**
**OKEECHOBEE, FLORIDA 34973**
**FAX 608.675.3345/352.**
**CATTLE WORKSHEET**

DATE  10/22/10  ~~15-Oct-10~~

INVOICE # ~~291244~~  291246

RUSH CREEK RANCH
8121 LUDLOW AVE.
VIROQUA, WI. 54665

| SORT # | HEAD | WEIGHT | AMOUNT | COST OF CATTLE | |
|---|---|---|---|---|---|
| 10 | 64 | 12,620 | $18,347.63 | INVOICE AMOUNT | $34,727.86 |
| 10X | 68 | 12,875 | $15,742.44 | CATTLE | $34,090.07 |
| | | | | TRUCKING | $285.88 |
| | | | | TRUCKING  (PD) MKT | |
| | | | | COMM( /cwt) | |
| | | | | MISC EXPENSE | |
| | | | | (YP)EAGBAY | |
| | | | | (VP)EAGBAY | |
| | | | | (FL)EAGBAY | |
| | | | | (VP)EAGBAY | |
| | | | | (CP)AT SALE 1.00/ CWT | |
| | | | | *ABOVE PD AT MKT. | |
| | | | | | |
| | | | | | |
| | | | | CLEARING ( /cwt) | $127.48 |
| | 132 | 25,495 | $34,090.07 | P & L | $224.43 |

| MILES | RATE | TOTAL | |
|---|---|---|---|
| | | | |

DELIVER:    **DON QUINCEY**

**TRUCKER: SIZEMORE  285.88**

**ON INVOICE AT SALE  TRUCKING    41.75 + 285.88 = 327.63**

| Sort# | Head | Weight | Average | Total $ | Cost/# | Inv $/# | | | New $ Total | Ave./hd |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 64 | 12,620 | 197 | $18,347.63 | 1.4539 | 1.4789 | | | $18,663.72 | $291.62 |
| 10X | 68 | 12,875 | 189 | $15,742.44 | 1.2227 | 1.2477 | | | $16,064.14 | $236.24 |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| | 132 | 25,495 | | $34,090.07 | | | | | $34,727.86 | |

Case 10-93904-BHL-11    Doc SPLTBEHING COE CoUISVILLE KY 02203 (502) T74-O45ed 03/09/12    EOD 03/09/12 18:08:03    Pg 21 of 64



**EASTERN LIVESTOCK CO.**

**INVOICE**
291246

**A 195466**

| SOLD TO | SHIP TO |
|---|---|
| RUSH CREEK RANCH | DON QUINCEY |
| 8121 LUALOW AVE. | |
| VIROQUA, WI. 54665 | CHIEFLAND, FL. |

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| | 22 | — | 10 / 10 b | — | 10/22/10 |

132      25495      34,090.07
(TP) RODSIZEMORE      285.88
(MR)      127.46
(CP) OAK CUT      224.43
                    34,727.86

OK 83 / FL / CHIEF FL 20/ 01

## PAYABLES TO FLORIDA MARKETS  EASTERN / OAKLAKE

### BY: CUSTOMER

| MARKET | CUSTOMER | BUY NUMBER | DATE | HEAD COUNT | TOTAL WEIGHT | TOTAL CATTLE | COMM. | FEED | TRUCK | TOTAL INVOICED | RECON. W/ MKT | INVOICE NUMBER | CUSTOMER PAID OLC CHECK # | OLC PAID MARKET OLC CK# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Number 291246** | | | | | | | | | | | | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10 | 10/18/2010 | 4 | 795 $ | 1,100.13 $ | 7.95 | | | $ 1,108.08 | YES | PAID BY EASTERN PER MARKET | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10X | 10/18/2010 | 3 | 635 $ | 775.38 $ | 6.35 | | | $ 781.73 | YES | PAID BY EASTERN PER MARKET | | |
| COLUMBIA L/S MKT | RUSH CREEK | 10 | 10/18/2010 | 0 | 0 $ | - $ | - | | | $ - | YES | | | |
| COLUMBIA L/S MKT | RUSH CREEK | 10X | 10/18/2010 | 1 | 145 $ | 166.75 $ | 2.90 | | | $ 169.65 | YES | | | |
| HARDEE L/S MKT | RUSH CREEK | 10 | 10/19/2010 | 2 | 410 $ | 545.22 | | | | $ 545.22 | YES | | | |
| HARDEE L/S MKT | RUSH CREEK | 10X | 10/19/2010 | 4 | 835 $ | 978.73 | | | | $ 978.73 | YES | | | |
| OCALA L/S MKT | RUSH CREEK | 10 | 10/18/2010 | 5 | 880 $ | 1,160.45 $ | 8.90 | | $ 8.90 | $ 1,178.25 | YES | | | |
| OCALA L/S MKT | RUSH CREEK | 10X | 10/18/2010 | 5 | 920 $ | 1,110.75 $ | 9.20 | | $ 9.20 | $ 1,129.15 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 10/18/2010 | 8 | 1620 $ | 2,333.58 | | | | $ 2,333.58 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 10/18/2010 | 5 | 950 $ | 1,074.13 | | | | $ 1,074.13 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 10/18/2010 | 2 | 405 $ | 520.80 | | | | $ 520.80 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 10/19/2010 | 8 | 1525 $ | 1,790.75 | | | | $ 1,790.75 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10 | 10/19/2010 | 4 | 745 $ | 1,053.10 $ | 7.45 | | | $ 1,060.55 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10X | 10/19/2010 | 4 | 700 $ | 731.50 $ | 7.00 | | | $ 738.50 | YES | | | |
| TOWNSEND L.S MKT | RUSH CREEK | 10 | 10/18/2010 | 2 | 390 $ | 598.00 $ | 5.90 | | $ 5.90 | $ 593.90 | YES | | | |
| TOWNSEND L.S MKT | RUSH CREEK | 10X | 10/18/2010 | 3 | 565 $ | 829.75 $ | 5.65 | | $ 5.65 | $ 841.05 | YES | | | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10 | 10/19/2010 | 20 | 3875 $ | 5,531.11 $ | 38.75 $ | - | $ - | $ 5,569.86 | YES | | | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10X | 10/19/2010 | 12 | 2280 $ | 2,904.75 $ | 22.80 $ | - | $ - | $ 2,927.55 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10 | 10/20/2010 | 16 | 3305 $ | 5,136.26 $ | 33.05 $ | 5.00 $ | - | $ 5,176.31 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10X | 10/20/2010 | 17 | 3240 $ | 3,919.23 $ | 32.40 $ | 5.00 $ | - | $ 3,955.63 | YES | | | |
| NORTH FLA L/S MKT | RUSH CREEK | 10 | 10/20/2010 | 2 | 375 $ | 527.60 $ | 3.75 $ | - | $ 3.75 | $ 535.10 | YES | | | |
| NORTH FLA L/S MKT | RUSH CREEK | 10X | 10/20/2010 | 5 | 890 $ | 1,138.85 $ | 8.90 $ | - | $ 8.90 | $ 1,156.65 | YES | | | |
| | **VERIFIED TOTALS** | | **Correction** | **132** | **25495 $** | **33,915.82 $** | **198.85 $** | **10.00 $** | **40.30 $** | **34,165.07** | | 291246 | | |

| Other Expenses | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RON SIZEMORE | TRUCKING | | | | | | | | | $ 255.88 | | | | |
| EASTERN | CLEARING | | | | | | | | | $ 127.48 | @ $.50 per 100 lbs. | | | |
| OAK LAKE CATTLE | P & L | | | | | | | | | $ 146.45 | | | | |
| | **Total Other Expenses** | | | | | | | | | **$ 561.79** | | | | |
| **VERIFIED TOTALS INTERPLEADER - Invoice 291246** | | | | | | | | | | **$ 34,727.86** | | 291246 PAID TO COURT REG | | |

COLUMBIA LIVESTOCK MARKET
OF LAKE CITY, INC.
P.O. BOX 354
LAKE CITY, FLORIDA 32056
(386) 755-2300
R E C A P

FOR-:   68                         ( M:3              BUYER-:   68
EASTERN L/S-JIM BYRD                                  EASTERN L/S-JIM BYRD
P O BOX 1284                                          P O BOX 1284

OKEECHOBEE FL      34973                              OKEECHOBEE FL         34973
7:47:02                                                          OCTOBER 18, 2010

                     ------ G R O S S ------   --A V E R A G E---
-------- SUFIX HED   WEIGHT =-AMOUNT-=   WGH PRI/LB PRI/HEO   OTHER -----------------
   40    10X  1      145      166.75   145 115.00   166.75

              1      145       166.75   145              166.75
  13                 COMM            CM           BUYER -- LINDSEY C        2.90

                                                          GROSS--->          $169.65

'LEASE PAY GROSS AMOUNT!!!

Thank you

WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I attest that all livestock referenced by
this document and transferred are
of USA origin.

(TP) 41.75
(F) 124.00

W/B  10/18/10

To: Gary May
Fax No: 515.323.2590
From: JM-Byrd
Date: 11/5/10  Pages: 14

# HARDEE LIVESTOCK MARKET
### P.O. BOX 1479
### WAUCHULA, FL 33873-
### (863) 773-8747

```
Buyer 27  Perm # 2889                    10/18/2010 16:02:41 32881
EASTERN LIVESTOCK                 LYNN GRESSON
1065 E MAIN                       3896 144TH DR NW
LOUISVILLE KY, KY 40206           OKEECHOBEE, FL 34972
```

## *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT | PEN # |
|---|---|---|---|---|---|---|---|
| 10 | 2 | 410 | 536.50 | 205 | 130.85 | 268.25 | 30 |
| 10X | 4 | 835 | 961.00 | 209 | 115.09 | 240.25 | 30 |
| | 6 | 1245 | 1497.50 | | | | |

```
General Feed Charge:                                          14.00
Commission: Paid to Agent        Per CWT    1.00   1245 lbs.  12.45

           Total Head            6
           Total Weight          1245
           Purchases             1,497.50
           Total Commission      12.45
           Feed Charges:         14.00
           ------------------------------------------
           Total Bill            1,523.95   Charged (Due Buyer)
```





# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

\*\*\* RECAP SUMMARY \*\*\*

AGENT #  5420
10/18/2010 16:59:09
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E  10 | 4 | 795 | 1100.13 | 199 | 138.38 | 275.03 | 527 |
| E  10X | 3 | 635 | 775.38 | 212 | 122.11 | 258.46 | 527 |
| | 7 | 1430 | 1875.51 | | | | |

| Commission: Paid to Agent | | Per CWT | 1.00 | 1430 lbs. | 14.30 |
|---|---|---|---|---|---|

Total Head           7
Total Weight         1430
Purchases            1,875.51
Total Commission     14.30

**Total Bill          1,889.81   Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN



Carl McKettrick

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

01/06/2011  12:53    3527324362

ALL GUARANTEES ARE BETWEEN
BUYER AND SELLER
WE ACT AS AGENTS ONLY

CLASS, SOWS - FIRST FROM EACH MONTH
NOT RESPONSIBLE FOR SICKNESS
ACCIDENT OR DEATH
BONDED FOR YOUR PROTECTION.

Buyer 35   Perm # 61
    EASTERN LIVESTOCK CO., INC.
OUGHTBY: 135 WEST MARKET
    NEW ALBANY, IN 47150-
DDRESS:

AGENT Perm # 4460.
RONNIE LEWIS
13645 RIMBA WAY
DADE CITY, FL 33525
10/18/2010 18:02:23    5309

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

*** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|----------------|----------|-------------|--------------|--------------|------------|-----------|------------|
| LL | 30 | | 890 | 1160.45 | 178 | 130.39 | 232.09 |
| LL | 30 | | 920 | 1110.75 | 184 | 120.73 | 222.15 |

Total Head           10
Total Weight        1810
Purchases         2,271.20
Total Trucking      18.10    By    BRIAN ALBERTY
Total Commission    18.10    Paid to   RONNIE LEWIS
----------------------------------
Total Bill          2,307.40    Charged (Due Buyer)

TITLE OF THE LIVESTOCK COVERED BY THIS BILL SHALL REMAIN IN OCALA LIVESTOCK MARKET UNTIL THE PURCHASE PRICE OF THE LIVESTOCK HAS BEEN PAID IN FULL, IF CHECK HAS BEEN GIVEN IN PAYMENT, TITLE OF LIVESTOCK SHALL REMAIN IN OCALA LIVESTOCK MARKET UNTIL CHECK IS PAID AND OCALA LIVESTOCK MARKET HAS REALIZED FULL AMOUNT THEREOF.

```
                    SUMTER COUNTY FARMERS MK INC
                            P.O. BOX 62
                       WEBSTER, FLORIDA 33597
                    SALE DAY TUESDAY 12:00 NOON
                     (352)793-2021 OR 793-3551
                           R E C A P
   FOR=:  176                   ( MS )            BUYER=:16398
   EASTERN LIVESTOCK CO. INC     EL              LEWIS, RONNIE
   135 W. MARKET STREET                          13645 RIADA WAY

   NEW ALBANY, IN     47150      812 949 9035     DADE CITY, FL       33525
5:20:23                                                          OCTOBER 19, 2010
                ===== G R O S S ===== ==A V E R A G E===
-------- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED  OTHER -------------
   50   10   4    745    1053.10  186 141.36  263.27
   50   10X  4    700    731.50   175 104.50  182.87

           === ======= ========== ====        =======
         8    1,445    1784.60  181          223.07 =========
16398               STANDARD    CM           BUYER-- LEWIS, RO      14.45
                                                                ============
                                             GROSS--->   $1,799.05
```

PLEASE PAY GROSS AMOUNT!!!

1***************************PLEASE PAY GROSS AMOUNT***************************
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-MARK HARRELL   DATE-10/19/10

POSTED

FAXED



*Okeechobee*
## LIVESTOCK MARKET, INC.
*Okeechobee, Fla.* 34973-1288
P. O. BOX 1288,
OFFICE (863) 763-3127
FAX (863) 467-0401

Buyer 23  Perm # 5644
EASTERN LIVESTOCK
BOUGHT BY 135 WEST MARKET
NEW ALBANY, IN 47150-
ADDRESS

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973-
10/18/2010 16:10:39

| CHARGE ACCOUNT | *** PEN NUMB | RECAP NUMBER HEAD | *** TOTAL WEIGHT | SUMMARY TOTAL AMOUNT | *** AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| 0 | 73 | 8 | 1620 | 2333.58 | 203 | 144.05 | 291.70 |
| 10X | 73 | 5 | 950 | 1074.13 | 190 | 113.07 | 214.83 |

Total Head         13
Total Weight       2570
Purchases          3,382.01
Total Commission   25.70

Total Bill         3,407.71    Charged (Due Buyer)

# "Your Business is Appreciated"

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

Case 10-93904-BHL-11 Doc 1079-2 Filed 03/09/12 EOD 03/09/12 18:08:03 Pg 29 of 64




**INVOICE**

*Okeechobee*

**LIVESTOCK MARKET, INC.**

P. O. BOX 1298,

*Okeechobee, Fla.* 34973-1298

OFFICE (863) 763-3127    FAX (883) 467-0401

Buyer 23  Perm # 5644                    AGENT Perm # 14913
  EASTERN LIVESTOCK                      I, E. BYRD
BOUGHT BY 135 WEST MARKET                    P O BOX 1284
  NEW ALBANY, IN 47150-                  OKEECHOBEE, FL 34973~
ADDRESS                                       10/19/2010 17:17:25

| | *** | RECAP | *** | SUMMARY | *** | | |
|---|---|---|---|---|---|---|---|
| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
| E  10 | 73 | 2 | 405 | 520.80 | 203 | 128.59 | 260.40 |
| E  10X | 73 | 8 | 1525 | 1790.75 | 191 | 117.43 | 223.84 |

```
          Total Head          10
          Total Weight        1930
          Purchases           2,298.25
          Total Commission    19.30
          ---------------------------------
          Total Bill          2,311.55    Charged (Due Buyer)
```

POSTED

FAXED

## "Your Business is Appreciated"

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

CATTLEMEN'S L/S AUC MKT, INC
P.O. BOX 26
LAKELAND, FL  33802
(863) 665-5088

R E C A P
( MS )
FOR=:  102                                E                        BUYER=:  191
EASTERN LIVESTOCK CO. INC                                          BYRD, DAN
1065 EAST MAIN ST.                                                 P. O. BOX 1284
                                                                   C/O OAK LAKE CATTLE
LOUISVILLE, KENTUCK 40206         863 763 5600                     OKEECHOBEE FL          34973
9:02:27                                                                        OCTOBER 19, 2010

| | SUFIX | HED | =====G R O S S=====WEIGHT | ==AMOUNT== | ==A V E R A G E===WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 29 | 9X | 1 | 980 | 490.00 | 980 | 50.00 | 490.00 | |
| 52 | 10 | 20 | 3,875 | 5531.11 | 194 | 142.74 | 276.55 | |
| 52 | 10X | 12 | 2,280 | 2904.75 | 190 | 127.40 | 242.06 | |

|  |  |  | === ======= ========= ==== | ======= |  |
|---|---|---|---|---|---|
|  | 33 | 7,135 | 8925.86  216 | 270.48 ========= | |
| 191 |  |  | STANDARD    CM | BUYER-- BYRD, DAN | 71.35 |
|  |  |  |  | | ============ |
|  |  |  |  | GROSS---> | $8,997.21 |

PLEASE PAY GROSS AMOUNT!!!

ALL INVOICES MUST BE PAID WITHIN 24HRS OF PURCHASE DATE, THANK YOU!
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

POSTED Rc
E

FAXED R
M

Buyer 5  Perm # 12                          AGENT Perm # 10864
EASTERN LIVESTOCK CO.                       RONNIE LEWIS
1065 E MAIN STREET                          13645 RINDA WAY
LOUISVILLE, KY 40206-                       DADE CITY, FL 33525-
                                            10/20/2010 19:12:01    53

*** RECAP *** SUMMARY ***

| PEN # | CHARGE ACCOUNT | | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | RL | 10 | 2 | 375 | 527.60 | 188 | 140.69 | 263.80 |
| 27 | RL | 10X | 5 | 890 | 1138.85 | 178 | 127.96 | 227.77 |
| | | | 7 | 1265 | 1666.45 | | | |

Trucking: EUGENE CARTER III              Per CWT   1.00   1265 lbs.   12.65
Commission: Paid to Agent                Per CWT   1.00   1265 lbs.   12.65

                  Total Head        7
                  Total Weight      1265
                  Purchases         1,666.45
                  Total Trucking    12.65
                  Total Commission  12.65
                  ─────────────────────────────
                  Total Bill        1,691.75   Charged (Due Buyer)

CATTLE SALES EVERY WED. @1:00PM\HOG-GOAT SALE*OCT 23, 2010 @12:00PM
NO ANIMALS ACCEPTED AFTER 11:00AM ON SAT\ANIMALS MUST HAVE EARTAG

1 HF - 190  118. - 234.20
1 ST - 185  164.

   ×10  -  1      185      164.00      303.40
   ×10× -  6     1080                 1363.05
          ──      ────                 ───────
           7     1265                 1666.45
                                        12.65
                                        12.65
                                       ───────
                                      1691.75





# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

We Act as Agents
for the Producers of Livestock

AGENT # 8
10/20/2010 21:13:06

Buyer  192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

\*\*\* RECAP SUMMARY \*\*\*

I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E   10 | 16 | 3305 | 5138.26 | 207 | 155.47 | 321.14 | 527 |
| E   10X | 17 | 3240 | 3919.23 | 191 | 120.96 | 230.54 | 527 |
|  | 33 | 6545 | 9057.49 |  |  |  |  |

Feed By The Unit 10/13-10/19   Units: 1.00           Rate Per Unit: 10.00        10.00
Commission: Paid to Agent                    Per CWT    1.00   6545 lbs.         65.45

```
            Total Head           33
            Total Weight       6545
            Purchases      9,057.49
            Total Commission  65.45
            Feed Charges:     10.00
            ───────────────────────
            Total Bill     9,132.94   Charged (Due Buyer)
```

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*





WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



Madison Livestock Market, Inc. dba

# Townsend Livestock Market
PO Box 577 • Madison FL 32341 • 850-973-4094

Cattle Auction Sale Every Tuesday
Feeder Pig Sale Fourth Friday Each Mon
Hog Auction Sale Every Monday

Buyer 18   Perm # 2341
UGHT BY EASTERN LIVESTOCK
"BRANCH 22"
DRESS OKEECHOBEE, FL.   --

**174115**

DATE

10/19/2010 19:47:37

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

*** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|
| LL 10 | 2 | 390 | 586.00 | 195 | 150.26 | 293.00 |
| LL 10X | 3 | 565 | 829.75 | 188 | 146.86 | 276.58 |
| | 5 | 955 | 1415.75 | | | |

Commission: Paid to Agent          Per CWT   2.00   955 lbs.   19.10

Total Head            5
Total Weight         955
Purchases         1,415.75
Total Commission     19.10 Paid to LINDSEY CATTLE CO

Total Bill      1,434.85  Charged (Due Buyer)

t Responsible for Health of Any Animal Sold through This Market.



Florida Livestock Auction Market Invoices
For Oak Lake/Eastern Invoice
No. 291251

# Rush Creek

INVOICE AND SECURITY AGREEMENT

DATE *10/29/10*

INVOICE NO. *291251* ✓

# Eastern Livestock Co., LLC

SOLD TO *RUSH CREEK RANCH*          SHIP TO *Don Quincey*

Address *8121 LUDLOW AVE*          Address

City-State-Zip *VIROQUA WI. 54665*          City-State-Zip *CHIEFLAND, FL.*

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 100 | #10 STR | 18 800 | 188 / 152.82 | 28,730.16 |
| 98 | #18x HFR | 18 680 | 191 / 123.97 | 23,157.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | | | | 51,887.76 |

TRUCKER: *SIZ0MORE / VARIOUS*

COMMISSION —

VETERINARY —

TRUCKING *"ALVO"*

FROM: *OLC #22*

OTHER

TOTAL *# 51,887.76*

FAXED

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER
... 00 on t *198* ... pursuant to
TCFR § 1260 ... sec 260.37A

DO NOT DEDUCT the
... 00 per head Beef Production assess from
BEEF COUNTY REGISTERED No. KY-024

*RSB* - *10/29/10*

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035
**Page 90**

**EASTERN LIVESTOCK CO.**
**BRANCH # 22    TEL (863) 763-5600**
**P.O. Box 1284  FAX (863) 763-7468**
**OKEECHOBEE, FLORIDA 34973**
**608.519.1842  608.675.3345**
**CATTLE WORKSHEET**

DATE    29-Oct-10                                        INVOICE #                    291251

SHIP TO:  RUSH CREEK RANCH
          8121  LUDLOW AVE
          VIROUQA, WI. 54665

| SORT # | HEAD | WEIGHT | AMOUNT |
|---|---|---|---|
| 10 | 100 | 18,800 | $28,207.11 |
| 10X | 98 | 18,680 | $22,602.61 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 198 | 37,480 | $50,809.72 |

| COST OF CATTLE | |
|---|---|
| INVOICE AMOUNT | $51,887.76 |
| CATTLE | $50,809.72 |
| TRUCKING | $424.95 |
| COMM( /cwt) | |
| COMM( /cwt) | |
| MISC EXPENSE | |
| (YP)EAGBAY | |
| (VP)EAGBAY | |
| (FL)EAGBAY | |
| (CP)KELLY BAKER | |
| (CP)DANBYR | |
| | |
| | |
| CLEARING ( /cwt) | $187.40 |
| P & L | $465.69 |

| MILES | RATE | TOTAL |
|---|---|---|
| | | $424.95 |

DELIVER:
FOB

TRUCKER: SIZEMORE/VARIOUS

        91.50 (TP) ON SALE BILLS
424.95 *AYAB3E BY EASTERN

| Sort# | Head | Weight | Average | Total $ | Cost/# | Inv $/# | | | New $ Total | Ave./hd |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 100 | 18,800 | 188 | $28,207.11 | 1.5004 | 1.5282 | | | $28,730.16 | $287.30 |
| 10X | 98 | 18,680 | 191 | $22,602.61 | 1.2100 | 1.2397 | | | $23,157.60 | $236.30 |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| | 198 | 37,480 | | $50,809.72 | | | | | $51,887.76 | |

CENTRAL PRINTING CO. INC. · LOUISVILLE, KY 40203 · (502) 772-4446



**EASTERN LIVESTOCK CO.**

INVOICE

291251

INVOICE NO.

A 195470

| SOLD TO | SHIP TO |
|---------|---------|
| Rush Creek Ranch | Don Quincy |
| Viroqua WI | Chefland Fl. |

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|------------------|----------|-------|-------------|--------|------|
| | 22 | — | 10/10p | — | 10/29/10 |

198      37486      59,809.72
(TP) RON SIZO MORE      424.95
(TP) PD. ON SALD INV.      <91.50>
(WT)      187.40
(C.P)OAK CAT      374.19
                        5,887.76

OK 11/23/10
DON QUINCY FL 1/3/11 QM

**Due Florida Livestock Markets - Rush Creek Interpleader**                                    01.11.2011

**PAYABLES TO FLORIDA MARKETS  EASTERN / OAKLAKE**                                    **BY: CUSTOMER**

| MARKET | CUSTOMER | BUY NUMBER | DATE | HEAD COUNT | TOTAL WEIGHT | TOTAL CATTLE | COMM. | FEED | TRUCK | TOTAL INVOICED | RECON. W/MKT | INVOICE NUMBER | CUSTOMER PAID OLC CHECK# | OLC PAID MARKET OLC CK# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Number 291251** | | | | | | | | | | | | | | |
| HARDEE L/S MKT | RUSH CREEK | 10 | 10/25/2010 | 8 | 1505 $ | 1,929.75 $ | 15.05 $ | - $ | - $ | 1,944.80 | YES | | | |
| HARDEE L/S MKT | RUSH CREEK | 10X | 10/25/2010 | 9 | 1825 $ | 1,933.75 $ | 18.25 $ | - $ | - $ | 1,952.00 | YES | | | |
| ARCADIA L/S MKT | RUSH CREEK | 10 | 10/25/2010 | 12 | 2285 $ | 3,598.66 $ | 22.95 $ | - $ | - $ | 3,621.61 | YES | | | |
| ARCADIA L/S MKT | RUSH CREEK | 10X | 10/25/2010 | 10 | 1835 $ | 2,408.38 $ | 18.35 $ | - $ | - $ | 2,427.73 | YES | | | |
| OCALA L/S MKT | RUSH CREEK | 10 | 10/25/2010 | 9 | 1730 $ | 2,789.05 $ | 17.30 $ | 17.30 $ | - $ | 2,823.65 | YES | | | |
| OCALA L/S MKT | RUSH CREEK | 10X | 10/25/2010 | 8 | 1550 $ | 1,859.50 $ | 15.50 $ | 15.50 $ | - $ | 1,889.50 | YES | | | |
| COLUMBIA L/S MKT | RUSH CREEK | 10 | 10/25/2010 | 10 | 1815 $ | 2,484.83 $ | 18.15 $ | - $ | 18.15 $ | 2,520.93 | YES | CHECK RETURNED PER MARKET | | |
| COLUMBIA L/S MKT | RUSH CREEK | 10X | 10/25/2010 | 9 | 1610 $ | 1,961.38 $ | 16.10 $ | - $ | 16.10 $ | 2,013.58 | YES | CHECK RETURNED PER MARKET | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 10/25/2010 | 1 | 190 $ | 353.40 $ | - $ | - $ | - $ | 353.40 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 10/25/2010 | 13 | 2575 $ | 2,998.52 $ | - $ | - $ | - $ | 2,998.52 | YES | | | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10 | 10/26/2010 | 10 | 1945 $ | 2,911.03 $ | 19.45 $ | - $ | - $ | 2,930.48 | YES | | | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10X | 10/26/2010 | 6 | 1160 $ | 1,450.70 $ | 11.60 $ | - $ | - $ | 1,462.30 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10 | 10/26/2010 | 2 | 395 $ | 614.00 $ | 3.95 $ | - $ | - $ | 617.95 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10X | 10/26/2010 | 9 | 1685 $ | 2,141.50 $ | 16.85 $ | - $ | - $ | 2,158.35 | YES | | | |
| TOWNSEND L/S MKT | RUSH CREEK | 10 | 10/26/2010 | 5 | 920 $ | 1,214.90 $ | 9.20 $ | - $ | 9.20 $ | 1,232.40 | YES | | | |
| TOWNSEND L/S MKT | RUSH CREEK | 10X | 10/26/2010 | 6 | 1115 $ | 1,230.50 $ | 11.15 $ | - $ | 11.15 $ | 1,252.80 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 10/26/2010 | 3 | 570 $ | 1,026.70 $ | - $ | - $ | - $ | 1,026.70 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 10/26/2010 | 6 | 1155 $ | 1,534.18 $ | - $ | - $ | - $ | 1,534.18 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10 | 10/27/2010 | 35 | 7025 $ | 10,480.09 $ | 70.25 $ | 2.50 $ | - $ | 10,552.84 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10X | 10/27/2010 | 22 | 4070 $ | 4,873.10 $ | 40.70 $ | 2.50 $ | - $ | 4,916.30 | YES | | | |
| NORTH FLA L/S MKT | RUSH CREEK | 10 | 10/27/2010 | 2 | 410 $ | 594.50 $ | 4.10 $ | - $ | 4.10 $ | 602.70 | YES | | | |
| | VERIFIED TOTALS | TOTALS | | 198 | 37480 $ | 50,358.32 $ | 328.90 $ | 37.80 $ | 68.70 $ | 50,814.72 | | 291251 | | |

**Other Expenses**

| RON SIZEMORE | TRUCKING | | | | | | | | | 424.95 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EASTERN | CLEARING | | | | | | | | | 187.40 @ $.50 per 100 lbs. | | | | |
| OAK LAKE CATTLE | P & L | | | | | | | | | 460.69 | | | | |
| | Total Other Expenses | | | | | | | | | 1,073.04 | | | | |
| **VERIFIED TOTALS INTERPLEADER - Invoice 291251** | | | | | | | | | | $ 51,887.76 | | 291251 PAID TO COURT REG | | |





Madison Livestock Market, Inc. dba
# Townsend Livestock Market
PO Box 577 • Madison FL 32341 • 850-973-4094

**Cattle Auction Sale Every Tuesday**
**Feeder Pig Sale Fourth Friday Each Month**
**Hog Auction Sale Every Monday**

Buyer 18    Perm # 2341
EASTERN LIVESTOCK
UGHT BY "BRANCH 22"
DRESS   OKEECHOBEE, FL.

`174475`

DATE

10/26/2010 10:38:47

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

**\*\*\*\* RECAP \*\*\*\* SUMMARY \*\*\*\***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|
| LL 10 | 5 | 920 | 1214.00 | 184 | 131.96 | 242.80 |
| LL 10X | 6 | 1115 | 1230.50 | 186 | 110.36 | 205.08 |
| | 11 | 2035 | 2444.50 | | | |

Commission: Paid to Agent          Per CWT    2.00    2035 lbs.          40.70

Total Head              11
Total Weight            2035
Purchases               2,444.50
Total Commission        40.70 Paid to LINDSEY CATTLE CO

Total Bill              2,485.20   Charged (Due Buyer)

ot Responsible for Health of Any Animal Sold through This Market.

Oct. 25. 2010 6:02PM



# Okeechobee

## LIVESTOCK MARKET, INC.

P. O. BOX 1208,
OFFICE (863) 763-3127

*Okeechobee, Fla.* 34973-1288

FAX (863) 467-0401

INVOICE

Buyer 23   Perm # 5644
EASTERN LIVESTOCK
BOUGHT BY 135 WEST MARKET
NEW ALBANY, IN 47150-
ADDRESS

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973-
10/25/2010 16:45:57

| CHARGE ACCOUNT | XXX PEN NUMB | RELI-IP NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| 10 | 67 | 1 | 190 | 353.40 | 190 | 186.00 | 353.40 |
| 10X | 67 | 13 | 2575 | 2998.52 | 198 | 116.45 | 230.66 |

Total Head         14
Total Weight     2765
Purchases      3,324.27
Total Commission   27.65
─────────────────────────
Total Bill     3,351.92   Charged (Due Buyer)

POSTED     POSTED

FAXED

FAXED

"Your Business is Appreciated"

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



**INVOICE**

*Okeechobee*

## LIVESTOCK MARKET, INC.

*Okeechobee, Fla.* 34973-1288

P. O. BOX 1288,

OFFICE (863) 763-3127     FAX (863) 467-0401



Buyer 23   Perm # 5644
EASTERN LIVESTOCK
OUGHT BY 135 WEST MARKET
ADDRESS  NEW ALBANY, IN 47150-

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973-
10/25/2010 19:07:30

| CHARGE ACCOUNT | x x x PEN NUMB | RECAP NUMBER HEAD | x x x TOTAL WEIGHT | CLASSIFIC... TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| E | 10 | 67 | 3 | 570 | 1028.70 | 190 | 180.47 | 342.90 |
| E | 10X | 67 | 6 | 1155 | 1534.18 | 193 | 132.83 | 255.70 |

Total Head          9
Total Weight        1725
Purchases           2,545.63
Total Commission    17.25
-------------------------------
Total Bill          2,562.88   Charged (Due Buyer)

POSTED

FAXED

## "Your Business is Appreciated"

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

# OCALA LIVESTOCK MARKET
## P. O. BOX 539
### LOWELL, FL 32669

```
Buyer 35  Perm # 61                    AGENT Perm # 4460
 EASTERN LIVESTOCK CO., INC.           RONNIE LEWIS
 135 WEST MARKET                       13645 RIADA WAY
 NEW ALBANY, IN 47150-                 DADE CITY, FL 33525
                                         10/25/2010 19:18:37    5357
```

## *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| LL | 10 | 68 | 9 | 1730 | 2789.05 | 192 | 161.22 | 309.89 |
| LL | 10X | 68 | 8 | 1550 | 1858.50 | 194 | 119.90 | 232.31 |


| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| LL 10 | 68 | 9 | 1730 | 2789.05 | 192 | 161.22 | 309.89 |
| LL 10X | 68 | 8 | 1550 | 1858.50 | 194 | 119.90 | 232.31 |

```
                Total Head          17
                Total Weight        3280
                Purchases           4,647.55
                Total Trucking      32.80    By   BRIAN ALBERTY
                Total Commission    32.80    Paid to  RONNIE LEWIS
                ----------------------------
                Total Bill          4,713.15  Charged (Due Buyer)
```

POSTED

POSTED

SUMTER COUNTY FARMERS MK INC
P.O. BOX 62
WEBSTER, FLORIDA 33597
SALE DAY TUESDAY 12:00 NOON
(352)793-2021 OR 793-3551
R E C A P
( MS )

FOR=: 176                              BUYER=:16398
EASTERN LIVESTOCK CO. INC    EL        LEWIS, RONNIE
135 W. MARKET STREET                   13645 RIADA WAY

   NEW ALBANY, IN      47150    812 949 9035    DADE CITY, FL      33525
8:04:27                                              OCTOBER 26, 2010

                ===== G R O S S =====  ==A V E R A G E===
-------- SUFIX HED  WEIGHT ==AMOUNT==  WGH PRI/LB PRI/HED  OTHER -------------
   42    10   2     395     614.00  198 155.44  307.00
   42    10X  9   1,685    2141.50  187 127.09  237.94

             ===  ======  ==========  ====     =======
             11   2,080    2755.50  189          250.50  =========
16398                     STANDARD    CM        BUYER-- LEWIS, RO     20.80
                                                            ============
                                                    GROSS--->  $2,776.30

PLEASE PAY GROSS AMOUNT!!!

1*****************************PLEASE PAY GROSS AMOUNT***************************
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-MARK HARRELL   DATE-10/26/10

# NORTH FLORIDA LIVESTOCK MARKET



P. O. BOX 3235 • LAKE CITY, FL 32056-3235
PHONE: 386-755-3576 • FAX: 386-755-2999
SALE DAY: CATTLE - EVERY WEDNESDAY
HOGS, GOATS & DAIRY HEIFERS - 4TH SATURDAY EACH MONTH

ALL GUARANTEES ARE BETWEEN
BUYER AND SELLER
WE ACT AS AGENTS ONLY

NOT RESPONSIBLE FOR SICKNESS
ACCIDENT OR DEATH
BONDED FOR YOUR PROTECTION

Buyer 5  Perm # 12
    EASTERN LIVESTOCK CO.
BOUGHT BY 065 E MAIN STREET
    LOUISVILLE, KY 40206
ADDRESS

AGENT Perm # 10864
    RONNIE LEWIS
    13645 RIADWEWAY
    DADE CITY, FL 33525
                    10/27/2010  18:36:34     95

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

**✱✱✱  RECAP  ✱✱✱  SUMMARY  ✱✱✱**

| PEN # | CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|-------|----------------|-------------|--------------|--------------|------------|-----------|------------|
| 6 | RL | 10 | 2 | 410 | 594.50 | 205 | 145.00 | 297.25 |
|   |    |    | 2 | 410 | 594.50 |     |        |        |

Trucking: EUGENE CARTER III                Per CWT    1.00    410 Lbs.    4.10
Commissions Paid to Agent                  Per CWT    1.00    410 lbs.    4.10

            Total Head              2
            Total Weight          410
            Purchases          594.50
            Total Trucking       4.10
            Total Commission     4.10
            ──────────────────────────
            **Total Bill**       602.70   **Charged (Due Buyer)**

CATTLE SALES EVERY WED. @1:00PM\HOG-GOAT SALE*NOV 20, 2010 @12:00PM
NO ANIMALS ACCEPTED AFTER 11:00AM ON SAT\ANIMALS MUST HAVE EARTAG

paid 11-2-10 ck #124751
check paid 2 invoices
     total $1421.45

Status - so far, check has not been returned
as of 11-10-10

TITLE OF THE LIVESTOCK COVERED BY THIS BILL SHALL REMAIN IN NORTH FLORIDA LIVESTOCK MARKET UNTIL THE PURCHASE PRICE OF THE LIVESTOCK HAS BEEN PAID IN FULL IF CHECK HAS BEEN
IN PAYMENT TITLE OF LIVESTOCK SHALL REMAIN IN NORTH FLORIDA LIVESTOCK MARKET UNTIL CHECK IS PAID AND NORTH FLORIDA LIVESTOCK MARKET HAS REALIZED FULL AMOUNT THE



# HARDEE LIVESTOCK MARKET, INC.

P.O. BOX 1478 • WAUCHULA, FLORIDA 33873
Phone: (863) 773-9747

Auction Every Monday
12:00 Noon

Buyer 27  Perm # 8889
BOUGHT BY: EASTERN LIVESTOCK
1065 E MAIN
ADDRESS: LOUISVILLE KY, KY 40206

10/25/2010  15:35:56  32928

LYNN BREBBIN
3896 144TH DR NW
OKEECHOBEE, FL 34372

## *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT | PEN # |
|---|---|---|---|---|---|---|---|
| E   10  RUSH | 8 | 1505 | 1929.75 | 188 | 128.22 | 241.22 | 24 |
| E   10X RUSH | 9 | 1825 | 1933.75 | 203 | 105.96 | 214.86 | 24 |
| | 17 | 3330 | 3863.50 | | | | |

Commission: Paid to Agent               Per CWT   1.00   3330 lbs.        33.30

Total Head          17
Total Weight        3330
Purchases           3,863.50
Total Commission    33.30

Total Bill          3,896.80   Charged (Due Buyer)

---

ERRORS CHEERFULLY CORRECTED       BONDED FOR YOUR PROTECTION       WE ACT AS AGENTS ONLY
NOT RESPONSIBLE FOR TEST ELIGIBLE CATTLE

FROM Case COLUMBIA LIVESTOCK MARKETOc 1079FAX NO. iled 386755992  EOD 03/09/12 18:08.05 Pg 46 of 64

COLUMBIA LIVESTOCK MARKET
OF LAKE CITY, INC.
P.O. BOX 354
LAKE CITY, FLORIDA 32056
(386) 755-9300
R E C A P
FOR-: 68                    ( M3 )           BUYER-: 68
EASTERN L/S-JIM BYRD                         EASTERN L/S-JIM BYRD
P O BOX 1284                                 P O BOX 1284

OKEECHOBEE FL      34973              OKEECHOBEE FL        34973
7:00:26                                            OCTOBER 25, 2010

| | SUFIX | HED | WEIGHT | AMOUNT | WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 155 | 10 | 10 | 1,815 | 2,484.63 | 182 | 136.89 | 248.46 | |
| 155 | 10X | 9 | 1,610 | 1,981.38 | 179 | 123.07 | 220.15 | |
| | | 19 | 3,425 | 4,466.01 | 180 | | 235.05 | |
| 13 | | | COMM | | CM | | BUYER-- LINDSEY C | 68.50 |

GROSS---)    $4,534.51

PLEASE PAY GROSS AMOUNT!!!

WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I attest that all livestock referenced by
this document and transferred are
of USA origin.

POSTED            POSTED

```
                    CATTLEMEN'S L/S AUC MKT, INC
                             P.O. BOX 26
                        LAKELAND, FL  33802
                          (941) 665-5088

                             R E C A P
     FOR=: 6667               ( MS )              BUYER=:  191
     EASTERN LIVESTOCK CO. INC                    BYRD, DAN
     1065 E. MAIN STREET                          P. O. BOX 1284
                                                  C/O OAK LAKE CATTLE
       LOUISVILLE, KENTUCK 40206     800 228 5874  OKEECHOBEE FL      34973
   2:45:41                                             OCTOBER 26, 2010
                   ====== G R O S S ===== ==A V E R A G E===
   -------- SUFIX HED  WEIGHT ==AMOUNT==  WGH PRI/LB PRI/HED  OTHER -------------
   Rush 68    10 10   1,945   2911.03  195 149.67  291.10 _____
   Rush 68    10X  6   1,160   1450.70  193 125.06  241.78 _____

              === ======= ========= ====        =======
              16   3,105   4361.73  194           272.60 =========
   191                     STANDARD   CM         BUYER-- BYRD, DAN    31.05
                                                                ============
                                                  GROSS--->  $4,392.78
```

PLEASE PAY GROSS AMOUNT!!!


ALL INVOICES MUST BE PAID WITHIN 24HRS OF PURCHASE DATE, THANK YOU!
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL



**Arcadia Stockyard**

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

We Act as Agents
for the Producers of Livestock

AGENT # 8
10/27/2010 22:44:40

Buyer  338
EASTERN LIVESTOCK #2

BOUGHT BY: 135 WEST MARKET

ADDRESS  NEW ALBANY, IN 47150-

\*\*\* **RECAP SUMMARY** \*\*\*

I  E BYRD
PO BOX 1284
OKEECHOBEE,  FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|
| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E Bush 10 | 38 | 7025 | 10460.09 | 185 | 148.90 | 275.27 | 527 |
| E Bush 10X | 22 | 4070 | 4873.10 | 185 | 119.73 | 221.50 | 527 |
|  | 60 | 11095 | 15333.19 |  |  |  |  |

General Feed Charge: 10/20-10/26           Per CWT   1.00  11095 lbs.   5.00
Commission: Paid to Agent                                               110.95

```
Total Head              60
Total Weight         11095
Purchases        15,333.19
Total Commission    110.95
Feed Charges:         5.00
```

**Total Bill**          **15,449.14**   **Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

Carl Mchettish

WE ACT AS AGENTS ONLY, NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer 327
EASTERN LIVESTOCK #3
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 10373-

\*\*\* RECAP SUMMARY \*\*\*

AGENT # 5420
10/25/2010 16:35:06
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E | 10 | 12 | 2295 | 3598.66 | 191 | 156.80 | 299.89 | 527 |
| E | 10X | 10 | 1935 | 2408.38 | 194 | 124.46 | 240.84 | 527 |
|  | 22 | 4230 | 6007.04 |  |  |  |  |

Commission: Paid to Agent     Per CWT   1.00   4230 lbs.   42.30

Total Head     22
Total Weight     4230
Purchases     6,007.04
Total Commission     42.30

**Total Bill**     **6,049.34**   **Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

POSTED

POSTED

FAXED

FAXED

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

Florida Livestock Auction Market Invoices
For Oak Lake/Eastern Invoice
No. 291253

# Rush Creek

Case 10-93904-BHL-11   Doc 1079-2   Filed 03/09/12   EOD 03/09/12 18:08:03   Pg 51 of 64

DATE _11/5/10_                               INVOICE NO. 291253

# Eastern Livestock Co., LLC

SOLD TO _Rush Creek Ranch_          SHIP TO _Don Quincey_

Address _8121 Ludlow Ave_           Address _____

City-State-Zip _Virginia, MT  54665_   City-State-Zip _Cleveland, Fl._

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 85 | #10  str | 16,715 | 197 / 145.— | 24,281.88 |
| 111 | #100  Hfr | 22570 | 203 / 115.74 | 26,127.03 |
|  |  |  |  |  |
|  |  | 1.48    250 | +.035 = 4.87 |  |
|  |  | (TR) + Comm = | 3.98 + 14.— |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** 196 |  | 39285 |  | 50,408.91 |

TRUCKER: _Sizemore / Villanous_

FROM: _OLC #22_

COMMISSION _992.13_
VETERINARY _44.55_
TRUCKING _537.33_
OTHER FEED _14.00_
TOTAL _50,408.91_

Please Remit to: **EASTERN LIVESTOCK CO., LLC**
135 West Market
New Albany, IN 47150
812-949-9036

**EASTERN LIVESTOCK CO.**
**BRANCH # 22    TEL (863) 763-5600**
**P.O. Box 1284  FAX (863) 763-7468**
**OKEECHOBEE, FLORIDA 34973**
**608.519.1842  608.675.3345**
**CATTLE WORKSHEET**

DATE    5-Nov-10                          INVOICE # _____    291253

SHIP TO:  RUSH CREEK RANCH
          8121 LUDLOW AVE
          VIROUQA, WI.54665

| SORT # | HEAD | WEIGHT | AMOUNT | COST OF CATTLE | |
|---|---|---|---|---|---|
| 10 | 85 | 16,715 | $23,541.76 | INVOICE AMOUNT | $50,408.91 |
| 10X | 111 | 22,570 | $25,754.21 | CATTLE | $49,295.97 |
| | | | | TRUCKING | $398.29 |
| | | | | COMM( /cwt) | $139.04 |
| | | | | COMM( /cwt) | |
| | | | | MISC EXPENSE | |
| | | | | (YP)EAGBAY | |
| | | | | (VP)EAGBAY | |
| | | | | (FL)EAGBAY | |
| | | | | (CP)KELLY BAKER | |
| | | | | (CP)DANBYR | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | CLEARING ( /cwt) | $196.43 |
| | 196 | 39,285 | $49,295.97 | P & L | $379.19 |

| MILES | RATE | TOTAL |
|---|---|---|
| | | $676.37 |

DELIVER:              QUINCEY
CHIEFLAND, FL

TRUCKER: SIZEMORE/VARIOUS

SIZEMORE  398.29 + D&R TRUCKING  139.04 = 537.33

| Sort# | Head | Weight | Average | Total $ | Cost/# | Inv $/# | | | New $ Total | Ave./hd |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 85 | 16,715 | 197 | $23,541.76 | 1.4084 | 1.4527 | | | $24,281.88 | $285.67 |
| 10X | 111 | 22,570 | 203 | $25,754.21 | 1.1411 | 1.1576 | | | $26,127.03 | $235.38 |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | | $0.00 | #DIV/0! |
| | 196 | 39,285 | | $49,295.97 | | | | | $50,408.91 | |

CENTRAL PRINTING CO. INC. · LOUISVILLE, KY 40203 · (800) 774-4445



**EASTERN LIVESTOCK CO.**

**INVOICE**

291253

A 195472

INVOICE NO.

SOLD TO    Rush Creek Ranch

Virginia, UT.

SHIP TO    Don Quincey

Cheeland Pt.

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| — | 22 | — | 101/100 | — | 11/5/10 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 196  39285 | 49,295.97 |  |  |  |  |
| (TP) Ron Sizemore | 398.29 |  |  |  |  |
| (TP) D+K Trucking | 139.04 |  |  |  |  |
| (MK) | 196.43 |  |  |  |  |
| (CP) Oak Cut | 379.19 |  |  |  |  |
| ( C , | 50,408.92 |  |  |  |  |

**Due Florida Livestock Markets - Rush Creek Interpleader**                                              **01.11.2011**

## PAYABLES TO FLORIDA MARKETS  EASTERN / OAKLAKE

**BY: CUSTOMER**

| MARKET | CUSTOMER | BUY NUMBER | DATE | HEAD COUNT | TOTAL WEIGHT | TOTAL CATTLE | COMM. | FEED | TRUCK | TOTAL INVOICED | RECON. W/ MKT | INVOICE NUMBER | CUSTOMER PAID OLC CHECK # | OLC PAID MARKET OLC CK# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Number 291253** | | | | | | | | | | | | | | |
| HARDEE L/S MKT | RUSH CREEK | 10 | 11/1/2010 | 14 | 2780 $ | 3,716.00 $ | 27.80 $ | 13.58 $ | 5.04 $ | 3,762.42 | YES | | | |
| HARDEE L/S MKT | RUSH CREEK | 10X | 11/1/2010 | 25 | 5185 $ | 5,510.75 $ | 51.85 $ | 23.82 $ | 8.86 $ | 5,595.48 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10 | 11/1/2010 | 10 | 1975 $ | 2,889.67 $ | 19.75 $ | - $ | - $ | 2,819.42 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10X | 11/1/2010 | 8 | 1815 $ | 2,134.95 $ | 18.15 $ | - $ | - $ | 2,153.11 | YES | | | |
| OCALA L/S MKT | RUSH CREEK | 10 | 11/1/2010 | 6 | 1285 $ | 1,656.10 $ | 12.85 $ | - $ | 12.85 $ | 1,681.80 | YES | | | |
| OCALA L/S MKT | RUSH CREEK | 10X | 11/1/2010 | 3 | 630 $ | 730.80 $ | 6.30 $ | - $ | 6.30 $ | 743.40 | YES | | | |
| COLUMBIA L/S MKT | RUSH CREEK | 10 | 11/1/2010 | 2 | 305 $ | 312.83 $ | 3.05 $ | - $ | 3.05 $ | 318.73 | YES | NO PAYMENT PER MARKET | | |
| COLUMBIA L/S MKT | RUSH CREEK | 10X | 11/1/2010 | 2 | 370 $ | 405.13 $ | 3.70 $ | - $ | 3.70 $ | 412.53 | YES | NO PAYMENT PER MARKET | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 11/1/2010 | 1 | 200 $ | 242.00 $ | - $ | - $ | - $ | 242.00 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 11/1/2010 | 4 | 760 $ | 560.10 $ | - $ | - $ | - $ | 560.10 | YES | | | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10 | 11/2/2010 | 21 | 4070 $ | 5,633.16 $ | 40.70 $ | - $ | - $ | 5,673.86 | YES | | | |
| CATTLEMANS L/S MKT | RUSH CREEK | 10X | 11/2/2010 | 18 | 3730 $ | 4,453.93 $ | 37.30 $ | - $ | - $ | 4,491.23 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10 | 11/2/2010 | 7 | 1480 $ | 2,179.30 $ | 14.80 $ | - $ | - $ | 2,194.10 | YES | | | |
| SUMTER CO FARMS MK | RUSH CREEK | 10X | 11/2/2010 | 16 | 3320 $ | 3,661.30 $ | 33.20 $ | - $ | - $ | 3,694.50 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10 | 11/2/2010 | 3 | 620 $ | 1,012.70 $ | - $ | - $ | - $ | 1,012.70 | YES | | | |
| OKEECHOBEE L/S MKT | RUSH CREEK | 10X | 11/2/2010 | 5 | 950 $ | 1,151.00 $ | - $ | - $ | - $ | 1,151.00 | YES | | | |
| NORTH FL L/S MKT | RUSH CREEK | 10 | 11/3/2010 | 4 | 810 $ | 1,159.80 $ | 8.10 $ | - $ | 8.10 $ | 1,176.10 | YES | | | |
| NORTH FL L/S MKT | RUSH CREEK | 10X | 11/3/2010 | 5 | 1045 $ | 1,266.25 $ | 10.45 $ | - $ | 10.45 $ | 1,289.15 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10 | 11/3/2010 | 17 | 3190 $ | 4,600.01 $ | 31.90 $ | - $ | - $ | 4,631.91 | YES | | | |
| ARCADIA STOCKYARD | RUSH CREEK | 10X | 11/3/2010 | 24 | 4765 $ | 5,344.78 $ | 47.65 $ | - $ | - $ | 5,392.43 | YES | | | |
| | **VERIFIED TOTALS** | | **TOTALS** | **196** | **39285 $** | **48,832.47 $** | **367.55 $** | **37.60 $** | **55.45 $** | **49,295.97** | | **291253** | | |

| Other Expenses | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RON SIZEMORE | TRUCKING | | | | | | | | | | 395.28 | | |
| D & R TRUCKING | TRUCKING | | | | | | | | | | 130.04 | | |
| EASTERN | CLEARING | | | | | | | | | | 195.43 @ $.50 per 100 lbs. | | |
| OAK LAKE CATTLE | R & L | | | | | | | | | | 379.16 | | |
| | **Total Other Expenses** | | | | | | | | | | **1,112.94** | | |
| **VERIFIED TOTALS INTERPLEADER - Invoice 291253** | | | | | | | | | | $ | **50,408.91** | **291253 PAID TO COURT REG** | |

Page 5

PAGE  82

SUMTER COUNTY FARMERS MK INC
P.O. BOX 62
WEBSTER, FLORIDA 33597
SALE DAY TUESDAY 12:00 NOON
(352) 793-2021 OR 793-3551
R E C A P
( MS )

FOR=: 176
EASTERN LIVESTOCK CO. INC         EL
135 W. MARKET STREET

BUYER=:16398
LEWIS, RONNIE
13645 RIADA WAY

NEW ALBANY, IN        47150        812 949 9035        DADE CITY, FL        33525
6:47:21                                                          NOVEMBER   2, 2010

===== G R O S S ===== ==A V E R A G E===
-------- SUFIX HED    WEIGHT ==AMOUNT==  WGH PRI/LB PRI/HED   OTHER -------------
Aus M 50   10   7   1,480   2179.30  211 147.25  311.32
Rus M 50   10X 16   3,320   3661.30  208 110.28  228.83

=== ======= ======= ==== ========
           23   4,800   5840.60  209        253.93 =========
16398                  STANDARD   CM        BUYER-- LEWIS, RO   48.00
                                                              ==========
                                                   GROSS--->  $5,888.60

PLEASE PAY GROSS AMOUNT!!!

1**********************PLEASE PAY GROSS AMOUNT*****************************
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-MARK HARRELL    DATE-11/02/10

Case 10-93904-BHL-11   Doc 1079-51   Filed 03/06/12   EOD 03/06/12 18:08:03   Pg 56 of
64

# NORTH FLORIDA LIVESTOCK MARKET

P. O. BOX 3235 - LAKE CITY, FL 32056-3235
PHONE: 386-755-3670 - FAX: 386-755-2999
SALE DAY: CATTLE - EVERY WEDNESDAY
HOGS, GOATS & DAIRY HEIFERS - 4TH SATURDAY EACH MONTH

ALL GUARANTEES ARE BETWEEN
BUYER AND SELLER
WE ACT AS AGENTS ONLY

NOT RESPONSIBLE FOR SICKNESS
ACCIDENT OR DEATH
BONDED FOR YOUR PROTECTION

Buyer 5   Perm # 12
EASTERN LIVESTOCK CO.
BOUGHT BY: 1065 E MAIN STREET
LOUISVILLE, KY 40206-
ADDRESS:

AGENT Perm # 10864
RONNIE LEWIS
13545 RIADA WAY
DADE CITY, FL 33525-

11/03/2010  19:10:24    84

| NO | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|----|-----|-----|-------------|--------|-------|--------|

### *** RECAP *** SUMMARY ***

| PEN # | CHARGE ACCOUNT | | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|-------|--------|----|-------------|--------------|--------------|------------|-----------|------------|
| 12 | RL | 10  | 4 | 810  | 1159.90 | 203 | 143.20 | 289.98 |
| 12 | RL | 10X | 5 | 1045 | 1268.25 | 209 | 121.36 | 253.65 |
|    |    |     | 9 | 1855 | 2428.15 |     |        |        |

Trucking: BRIAN ALBERTY          Per CWT   1.00   1855 lbs.   18.55
Commission: Paid to Agent        Per CWT   1.00   1855 lbs.   18.55

Total Head          9
Total Weight        1855
Purchases           2,428.15
Total Trucking      18.55
Total Commission    18.55

Total Bill          2,465.25   Charged (Due Buyer)

CATTLE SALES EVERY WED. @1:00PM\HOG-GOAT SALE*NOV 20, 2010 @12:00PM
NO ANIMALS ACCEPTED AFTER 11:00AM ON SAT\ANIMALS MUST HAVE EARTAG

Outstanding – unpaid

TITLE OF THE LIVESTOCK COVERED BY THIS BILL SHALL REMAIN IN NORTH FLORIDA LIVESTOCK MARKET UNTIL THE PURCHASE PRICE OF THE LIVESTOCK HAS BEEN PAID IN FULL. IF CHECK HAS BEEN U
IN PAYMENT TITLE OF LIVESTOCK SHALL REMAIN IN NORTH FLORIDA LIVESTOCK MARKET UNTIL CHECK IS PAID AND NORTH FLORIDA LIVESTOCK MARKET HAS REALIZED FULL AMOUNT THERE

CATTLEMEN'S L/S AUC MKT, INC
P.O. BOX 26
LAKELAND, FL  33802
(863) 665-5088

R E C A P
( MS )

FOR=: 6667
EASTERN LIVESTOCK CO. INC
1065 E. MAIN STREET

LOUISVILLE, KENTUCK 40206     800 228 5874
2:45:34

BUYER=:  191
BYRD, DAN
P. O. BOX 1284
C/O OAK LAKE CATTLE
OKEECHOBEE FL        34973
NOVEMBER  2, 2010

====== G R O S S ====== ==A V E R A G E===

| | SUFIX | HED | WEIGHT | ==AMOUNT== | WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| Rust 68 | 10 | 21 | 4,070 | 5633.16 | 194 | 138.41 | 268.24 | |
| Rust 68 | 10X | 18 | 3,730 | 4453.93 | 207 | 119.41 | 247.44 | |
| | | 39 | 7,800 | 10087.09 | 200 | | 258.64 | |
| 191 | | | | STANDARD | CM | | BUYER-- BYRD, DAN | 78.00 |

GROSS---> $10,165.09

PLEASE PAY GROSS AMOUNT!!!

ALL INVOICES MUST BE PAID WITHIN 24HRS OF PURCHASE DATE, THANK YOU!
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

```
                    COLUMBIA LIVESTOCK MARKET
                        OF LAKE CITY, INC.
                          P. O.  BOX 354
                     LAKE CITY, FLORIDA 32056
                         (386)  755-2300
                    ___R E C A P___
   FOR=:   68                  (  MS )                    BUYER=:   68
   EASTERN L/S-JIM BYRD                                   EASTERN L/S-JIM BYRD
   P O BOX 1284                                           P O BOX 1284

    OKEECHOBEE FL          34973                          OKEECHOBEE FL          34973
3:58:03                                                        NOVEMBER  1, 2010
                        ====== G R O S S ======   ==A V E R A G E===
--------- SUFIX HED    WEIGHT ==AMOUNT==   WGH PRI/LB PRI/HED    OTHER ---------------
    44    10    2       305     312.63    153 102.50  156.31
    44    10X   2       370     405.13    185 109.49  202.56                   .
                       === ======== ========= ====              =========
                        4      675     717.76   169              179.44 ==========
 13                            COMM            CM               BUYER-- LINDSEY C     13.50
                                                                              ============
                                                                GROSS---->    $731.26
```

PLEASE PAY GROSS AMOUNT!!!

==================================================================================
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL



HARDEN LIVESTOCK MARKET, INC.

Duplicate



**OCALA LIVESTOCK MARKET**

P.O. BOX 539 • LOWELL, FLORIDA 32663
PHONE: 352-732-4454 • FAX: 352-732-4362
SALE DAY: CATTLE - EVERY MONDAY
HOGS, GOATS - FIRST FRIDAY EACH MONTH



ALL GUARANTEES ARE BETWEEN
BUYER AND SELLER
WE ACT AS AGENTS ONLY

NOT RESPONSIBLE FOR SICKNESS
ACCIDENT OR DEATH
BONDED FOR YOUR PROTECTION

Buyer 35   Perm # 61   *Rush Creek*
EASTERN LIVESTOCK CO., INC.
OUGHT BY: 135 WEST MARKET
NEW ALBANY, IN 47150-
DDRESS:

AGENT Perm # 4492
RONNIE LEWIS
135+5 RIPLEY WAY
DADE CITY, FL 33525
11/01/2010 - 7:58:16   Sale

608-675-3345

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

**\*\*\*\*  RECAP  \*\*\*  SUMMARY  \*\*\***

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT. | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| LL 10 | 64 | 6 | 1285 | 1656.10 | 214 | 128.88 | 276.02 |
| LL 10X | 64 | 3 | 630 | 730.80 | 210 | 116.00 | 243.60 |

General Feed Charge:                                                            34.00
          Total Head              9
          Total Weight            1915
          Purchases               2,386.90
          Total Trucking          19.15    By   BRIAN ALBERT:
          Total Commission        19.15    Paid to  RONNIE LEWIS.
          Feed Charges:           30.00

          Total Bill              2,475.20   Charged (Due Buyer)

Mon., 11-01-10

PLEASE forward payment on
following cattle. Thanks
Tmy
352-266-0534 m
352-732-4454 natrina

TITLE OF THE LIVESTOCK COVERED BY THIS BILL SHALL REMAIN IN OCALA LIVESTOCK MARKET UNTIL THE PURCHASE PRICE OF THE LIVESTOCK HAS BEEN PAID IN FULL. IF CHECK HAS BEEN GIVEN IN PAYMENT, TITLE OF LIVESTOCK SHALL REMAIN IN OCALA LIVESTOCK MARKET UNTIL CHECK IS PAID AND OCALA LIVESTOCK MARKET HAS REALIZED FULL AMOUNT



**Arcadia Stockyard**

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer 338
EASTERN LIVESTOCK #2
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

AGENT # 8
11/03/2010 21:41:38
I E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

\*\*\* RECAP SUMMARY \*\*\*

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E 10 | 17 | 3190 | 4800.01 | 188 | 150.47 | 282.35 | 511 |
| E 10X | 24 | 4765 | 5344.78 | 199 | 112.17 | 222.70 | 511 |
| | 41 | 7955 | 10144.79 | | | | |

Commission: Paid to Agent  Per CWT  1.00  7955 lbs.  79.55

```
            Total Head                 41
            Total Weight             7955
            Purchases           10,144.79
            Total Commission        79.55

            Total Bill          10,224.34   Charged (Due Buyer)
```

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

Carl McKettrah

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer 338
BOUGHT BY: EASTERN LIVESTOCK #2
ADDRESS: 135 WEST MARKET
NEW ALBANY, IN 47150-

\*\*\* RECAP SUMMARY \*\*\*

AGENT # 5420
11/01/2010 17:11:01
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E Rwn 10 | 10 | 1975 | 2899.67 | 198 | 146.82 | 289.97 | 527 |
| E Rwn 10X | 9 | 1815 | 2134.96 | 202 | 117.63 | 237.22 | 527 |
| | 19 | 3790 | 5034.63 | | | | |

Commission: Paid to Agent                Per CWT    1.00    3790 lbs.    37.90

Total Head            19
Total Weight          3790
Purchases             5,034.63
Total Commission      37.90

**Total Bill**        **5,072.53**   **Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY, NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

# *Okeechobee*
## LIVESTOCK MARKET, INC.

*Okeechobee, Fla.* 34973-1288

P. O. BOX 1288,
OFFICE (863) 763-3127

FAX (863) 467-0401

Buyer 23   Perm # 5644
EASTERN LIVESTOCK
UGHT BY 135 WEST MARKET
DRESS   NEW ALBANY, IN 47150—

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973—
11/01/2010 16:03:00

| NO | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CHARGE ACCOUNT | *** PEN NUMB | RECAP NUMBER HEAD | *** TOTAL WEIGHT | SUMMARY TOTAL AMOUNT | *** AVG WEIGHT | AVG PRICE | AVG AMOUNT |
| E   10 | 63 | 1 | 200 | 242.00 | 200 | 121.00 | 242.00 |
| E   10X | 63 | 4 | 760 | 560.10 | 190 | 73.70 | 140.03 |

```
Total Head              5
Total Weight          960
Purchases          792.50
Total Commission     9.60
-------------------------
Total Bill         802.10    Charged (Due Buyer)
```

Check not received

## "Your Business is Appreciated"

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



**INVOICE** ✓

*Okeechobee*

## LIVESTOCK MARKET, INC.
*Okeechobee, Fla.* 34973-1288

P. O. BOX 1288,
OFFICE (863) 763-3127

FAX (863) 467-0401

Buyer 23   Perm # 5644
EASTERN LIVESTOCK
JGHT BY 135 WEST MARKET
NEW ALBANY, IN 47150-
DRESS

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973-
11/02/2010 17:55:30

| NO | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CHARGE ACCOUNT | ***PEN NUMB | RECAP NUMBER HEAD | ***TOTAL WEIGHT | SUMMARY TOTAL AMOUNT | ***AVG WEIGHT | AVG PRICE | AVG AMOUNT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E | 10 | 63 | 3 | 620 | 1012.70 | 207 | 163.34 | 337.57 |
| E | 10X | 63 | 5 | 950 | 1151.00 | 190 | 121.16 | 230.20 |

```
Total Head            8
Total Weight       1570
Purchases      2,148.00
Total Commission   15.70
-----------------------------
Total Bill     2,163.70   Charged (Due Buyer)
```

*Check not received*

✓

"Your Business is Appreciated"

**WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.**
**AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.**