# Exhibit H

**Florida Livestock Auction Market Invoices
For Oak Lake/Eastern Invoice
No. 291248**

# Len Miller

## INVOICE AND SECURITY AGREEMENT

DATE _10/29/10_

INVOICE NO. 291248

CORRECTED

# Eastern Livestock Co., LLC

SOLD TO _Lon Miller_

SHIP TO _Same_

Address _1949 Roosevelt Rd. Rt. 1_

Address _____/_____

City-State-Zip _Portales, N.M. 88130_

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| ~~219~~ #320 HFR. | | 78,535 | 359/115.88 | 90,613.68 |
| 220 | #32x HFR | 78,760 | 358/115.36 | 90,873.29 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS 220 / 219 | | 78760 / 78,535 | | 90873.29 / 90,613.68 |

TRUCKER: _S. Edmond_ ②

COMMISSION _____

VETERINARY _____

TRUCKING "DLVD"

OTHER _90873.29_

TOTAL _# 90,613.68_

FROM: _OLC #22_

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER

the pursuant...
number 219
TCERE 280 ... ace 280 374

DO NOT DEDUC me
$1.00 per head Beef Promotion assess item.
BEEF SELLING REGISTERED NO. KV-024

_S.O.S._     _10/29/10_
Signature        Jab

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

Page 122

Nov. 16. 2010  9:41AM

No. 9516    P. 6

### INVOICE AND SECURITY AGREEMENT

DATE _10/29/10_

INVOICE NO. 291248

*Original still corrected!!*

# Eastern Livestock Co., LLC

SOLD TO _Lee Miller_            SHIP TO _Same_

Address _1949 Roosevelt Rd. Rt. 1_    Address _____

City-State-Zip _Portales, N.M. 88130_    City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Average | Amount |
|---|---|---|---|---|
| 219 | #326 HFR. | 78,535 | 359 / 115.88 | 90,613.68 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** 219 | | 78,535 | | 90,613.68 |

TRUCKER: _S. Zammond  (3)_

COMMISSION _____

VETERINARY _____

TRUCKING _"DLVD"_

OTHER _____

FROM: _OLC #22_

TOTAL _# 90,613.68_

FAXED

Please Remit to:    EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035

Signature _E.O.S._  Date _10/29/10_

② ③

**EASTERN LIVESTOCK CO.**
**BRANCH # 22   TEL (863) 763-5600**
**P.O. Box 1284   FAX (863) 763-7468**
**OKEECHOBEE, FLORIDA 34973**
**505.356.2788**
## CATTLE WORKSHEET

DATE     29-Oct-10                INVOICE #                291248

SHIP TO:   LEN MILLER
          1949 N.ROOSEVELT RD.   RT.1
          PORTALES , NM. 88130

| SORT # | HEAD | WEIGHT | AMOUNT | COST OF CATTLE | |
|---|---|---|---|---|---|
| 32X | 220 | 78,760 | $79,473.42 | INVOICE AMOUNT | $90,873.29 |
| | | | | CATTLE | $79,473.42 |
| | | | | TRUCKING | $8,275.45 |
| | | | | COMM( /cwt) | |
| | | | | COMM( /cwt) | |
| | | | | MISC EXPENSE | |
| | | | | (YP)EAGBAY | $660.00 |
| | | | | (VP)EAGBAY | $75.00 |
| | | | | (FL)EAGBAY | $75.00 |
| 1.50/CWT | | | | (TP) EAGBAY | $1,181.40 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | CLEARING ( /cwt) | $393.80 |
| | 220 | 78,760 | $79,473.42 | P & L | **$739.22** |

| MILES | RATE | TOTAL |
|---|---|---|
| | | **$8,275.45** |

DELIVER:        PORTALES,NM.

TRUCKER: SIZEMORE

SPLIT/HERRMANN
8275.45    3.10/ MILE

| Sort# | Head | Weight | Average | Total $ | Cost/# | Inv $/# | | New $ Total | Ave./hd |
|---|---|---|---|---|---|---|---|---|---|
| 32X | 220 | 78,760 | 358 | $79,473.42 | 1.0091 | 1.1538 | | $90,873.29 | $413.06 |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| | 220 | 78,760 | | $79,473.42 | | | | $90,873.29 | |



CENTRAL PRINTING CO.INC - LOUISVILLE KY 40203 - (802) 774-4445



**EASTERN LIVESTOCK CO.**

**INVOICE**
291248

INVOICE NO.
A 195467

**SOLD TO** LEN MILLER

**SHIP TO** SAME

PORTALES NM.

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| — | 22 | — | 3210 | — | 10/29/10 |

| | | |
|---|---|---|
| 219 | 78535 | 81,391.07 |
| (TP) RON SIZEMORE | | 8275.45 |
| (MK) | | 392.68 |
| (CP) OAK CAT | | 554.49 |
| | | 90,613.68 |

Off Cross Fi / Portales, N.M.

Off Corrected Invoice # 291248

EASTERN (PROVIDENCE, KY) CORRECTED
THE WORK SHEET BUT DID NOT SEND
ME A COPY OF CORRECTED INVOICE OR WORK SHEET

# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer  192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS:  NEW ALBANY, IN 47150-

AGENT #  5420
10/25/2010 16:34:48
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

\*\*\* RECAP SUMMARY \*\*\*

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|----------------|-------------|--------------|--------------|------------|-----------|------------|------------|
| E    8X | 1  | 775   | 263.50  | 775 | 34.00 | 263.50 | 533 |
| E    9X | 2  | 2065  | 1140.10 | 1033 | 55.21 | 570.05 | 509 |
| E   32X | 21 | 7715  | 7662.50 | 367 | 99.32 | 364.88 | 541 |
|         | 24 | 10555 | 9066.10 |     |       |        |     |

Commission: Paid to Agent                Per CWT    1.00   10555 lbs.    105.55

Total Head            24
Total Weight        10555
Purchases         9,066.10
Total Commission    105.55

**Total Bill         9,171.65   Charged (Due Buyer)**

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKeithen*

WE ACT AS AGENTS ONLY  NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.





Case 10-93904-BHL-11    Doc 1079-3    Filed 03/09/12    EOD 03/09/12 18:08:03    Pg 8 of 28



# HARDEE LIVESTOCK MARKET, INC.

P.O. BOX 1479 • WAUCHULA, FLORIDA 33873
Phone: (863) 773-9747

Auction Every Monday
12:00 Noon

Buyer 21   Perm # 2889      10/25/2010 15:34:23 32925

BOUGHT BY EASTERN LIVESTOC #3      LYNN GREGORN
1065 E MAIN      3896 144TH DR NW
ADDRESS: LOUISVILLE KY, KY 40206      OKEECHOBEE, FL 34972

## *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT | PEN # |
|---|---|---|---|---|---|---|---|
| E   9X LRA | 3 | 2220 | 819.50 | 740 | 36.91 | 273.17 | 28 |
| E   32X MURA | 10 | 3425 | 3338.65 | 343 | 97.48 | 333.86 | 26 |
| E   35 BRENA | 3 | 1155 | 1237.35 | 385 | 107.13 | 412.45 | 27 |
| | 16 | 6800 | 5395.50 | | | | |

Commission: Paid to Agent      Per CWT   1.00    6800 lbs.    68.00

Total Head      16
Total Weight      6800
Purchases      5,395.50
Total Commission      68.00

Total Bill      5,463.50    Charged (Due Buyer)

ERRORS CHEERFULLY CORRECTED   •   BONDED FOR YOUR PROTECTION   •   WE ACT AS AGENTS ONLY
NOT RESPONSIBLE FOR TEST ELIGIBLE CATTLE



# OCALA LIVESTOCK MARKET
## P. O. BOX 539
## LOWELL, FL 32663



```
Buyer 71  Perm # 7932              AGENT Perm # 4460
EASTERN LIVESTOCK CO. INC. #3      RONNIE LEWIS
135 WEST MARKET                    13645 RIADA WAY
NEW ALBANY, IN 47150               DADE CITY, FL 33525
                                   10/25/2010 19:18:51   5359
```

### ✱✱✱  RECAP  ✱✱✱  SUMMARY  ✱✱✱

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| LL    32X | 66 | 15 | 5515 | 5451.35 | 368 | 98.85 | 363.42 |
| LL    36  | 64 | 3  | 1085 | 1163.50 | 368 | 107.24 | 387.83 |

```
        Total Head        18
        Total Weight      6600
        Purchases         6,614.85
        Total Trucking    66.00    By  BRIAN ALBERTY
        Total Commission  66.00    Paid to  RONNIE LEWIS

        Total Bill        6,746.85  Charged (Due Buyer)
```

*#36 TO Quincey  :0.85    66.00*
*#32X  NOT HAULED    - 0 -    ‹55.15›*
                              *:0.85 TO ALBERTY*

*6746.85*
*‹55.15›*
*6691.40 TO OCALA L/S MKT.*

POSTED ✗

✱ PLEASE CORRECT THIS RECAP ✱





**INVOICE**



*Okeechobee*
**LIVESTOCK MARKET, INC.**
*Okeechobee, Fla.* 34973-1288
P.O. BOX 1288,
OFFICE (863) 763-3127          FAX (863) 467-0401

*miller*
*10/25/10*

Buyer 66   Perm # 6844                    AGENT Perm # 14913
  EASTERN LIVESTOCK                       I. E. BYRD
JGHT BY135 WEST MARKET                    P O BOX 1284
  NEW ALBANY, IN 47150-                   OKEECHOBEE, FL 34973-
DRESS                                     10/25/2010 16:37:44

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

*** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| EL   39X | 39 | 1 | 925 | 471.75 | 925 | 51.00 | 471.75 |
| EL  332X | 75 | 18 | 6340 | 6246.20 | 352 | 98.52 | 347.01 |
| EL  336 | 73 | 8 | 3155 | 3497.65 | 394 | 110.86 | 437.21 |

```
Total Head          27
Total Weight        10420
Purchases           10,111.40
Total Commission    104.20
Miscellaneous       104.20    HAUL/EAGLEBY

Total Bill          10,319.80    Charged (Due Buyer)
```

*Check returned NSF*
*See Attached*

*# 332x   MillER*

"Your Business is Appreciated"



VE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
UTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.




SUMTER COUNTY FARMERS MK INC
P.O. BOX 62
WEBSTER, FLORIDA 33597
SALE DAY TUESDAY 12:00 NOON
(352)793-2021 OR 793-3551
R E C A P
( MS )

FOR=:24852                                      BUYER=:16398
EASTERN LIVESTOCK CO.#3                          LEWIS, RONNIE
135 W. MARKET ST.                                13645 RIADA WAY

NEW ALBANY, IN        47150                      DADE CITY, FL       33525
7:45:48                                          OCTOBER 26, 2010

====== G R O S S ===== ==A V E R A G E===
-------- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED  OTHER -------------

|      |    | SUFIX | HED | WEIGHT | ==AMOUNT== | WGH | PRI/LB | PRI/HED | OTHER |
|------|----|-------|-----|--------|------------|-----|--------|---------|-------|
|      |    | 9x 12 | 11  | 265    | 7120.95    | 939 | 63.21  | 593.41  |       |
| 52   |    | 32X 34| 11  | 11,625 | 11818.80   | 342 | 101.67 | 347.61  |       |
| 54   |    | 36 12 | 4   | 4,425  | 4752.10    | 369 | 107.39 | 396.00  |       |

=== ====== ====== ====      ====== =========
16398      58  27,315   23691.85  471          408.48 =========
+ 1  + 225    STANDARD    CM       BUYER-- LEWIS, RO    273.15
+ 507.00                                    ============
59  27540       23898.85          GROSS--->   $23,965.00
24,172.00

PLEASE PAY GROSS AMOUNT!!!          * 1 CALF OVER ORIGINAL
                                    BUY. ADDED TO LOAD



1*************************PLEASE PAY GROSS AMOUNT*********************
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-MARK HARRELL    DATE-10/26/10

32X  35Hd  11,850  12,025.80  118.50

X

1Hd





```
                    CATTLEMEN'S L/S AUC MKT, INC
                          P.O. BOX 26
                       LAKELAND, FL   33802
                        (941) 665-5088

                              R E C A P
     FOR=:  102                  (  MS )              BUYER=:  191
     EASTERN LIVESTOCK CO. INC      E               BYRD, DAN
     1065 EAST MAIN ST.                             P. O. BOX 1284
                                                    C/O OAK LAKE CATTLE
     LOUISVILLE, KENTUCK 40206     863 763 5600     OKEECHOBEE FL       34973
 2:45:39                                                    OCTOBER 26, 2010
                ====== G R O S S ===== ==A V E R A G E===
-------- SUFIX  HED   WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED   OTHER ------------
   26     8X   1     880     325.60  880   37.00  325.60
   28     9X   2   1,660    1135.20  830   68.39  567.60
   60    32X 56  20,685   20933.48  369  101.20  373.81
   56    36    8   3,065    3235.50  383  105.56  404.43

           === ======= ========== ====          =======
            67  26,290   25629.78  392           382.53 =========
 191                    STANDARD   CM            BUYER-- BYRD, DAN    262.90
                                                            ============
                                                    GROSS---> $25,892.68
```

PLEASE PAY GROSS AMOUNT!!!

ALL INVOICES MUST BE PAID WITHIN 24HRS OF PURCHASE DATE, THANK YOU!
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

**INVOICE**



*Okeechobee*
**LIVESTOCK MARKET, INC.**
*Okeechobee, Fla.* 34973-1288
P.O. BOX 1288,
OFFICE (863) 763-3127     FAX (863) 467-0401

Buyer 65   Perm # 5644
EASTERN LIVESTOCK
JGHT BY 135 WEST MARKET
NEW ALBANY, IN 47150—
DRESS

AGENT Perm # 14913
I. E. BYRD
P O BOX 1284
OKEECHOBEE, FL 34973—
10/26/2010 18:52:06

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

### *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| EL | 38X 75 | 5 | 4235 | 1641.55 | 847 | 38.76 | 328.31 |
| EL | 39X 83 | 1 | 1005 | 487.43 | 1005 | 48.50 | 487.43 |
| EL | 332X 80 | 23 | 8175 | 8212.73 | 355 | 100.46 | 357.08 |
| EL | 336 81 | 5 | 1935 | 2113.78 | 387 | 109.24 | 422.76 |

```
Total Head          34
Total Weight     15350
Purchases     12,301.99
Total Commission  153.50
Miscellaneous     153.50  HAUL/EAGLEBY
-------------------------------------------
Total Bill    12,608.99  Charged (Due Buyer)
```

Dep on 11-2
Debit on hold see Attached

#332x Miller



"Your Business is Appreciated"

VE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

**Page 132**

Apr 28 11 02:24p     Oak Lake Cattle Company      863-763-7468     p.12
Case 10-93904-BHL-11   Doc 1079-3   Filed 03/09/12   EOD 03/09/12 18:08:03   Pg 12 of
28
11/09/2010   09:55    8634945935      ARCADIA STOCKYARD      PAGE   04/14



**Arcadia Stockyard**

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

Buyer   192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

*** RECAP SUMMARY ***

AGENT #   8
10/27/2010 22:40:50
I   E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E | 8X | 1 | 635 | 133.35 | 635 | 21.00 | 133.35 | 503 |
| E | 9X | 5 | 4090 | 2491.05 | 818 | 60.91 | 498.21 | 533 |
| E | 32X | 42 | 15055 | 14622.65 | 358 | 97.13 | 348.16 | 541 |
| E | 36 | 22 | 8445 | 8884.85 | 384 | 105.21 | 403.86 | 511 |
|   |    | 70 | 28225 | 26131.90 |   |   |   |   |

```
Feed By The Unit 10/20-10/26   Units: 2.00        Rate Per Unit: 10.00      20.00
Trucking: ABE CUESTA                                                       200.00
Commission: Paid to Agent                   Per CWT   1.00   28225 lbs.    282.25
```

```
            Total Head              70
            Total Weight         28225
            Purchases        26,131.90
            Total Trucking      200.00
            Total Commission    282.25
            Feed Charges:        20.00

Total Bill              26,634.15   Charged (Due Buyer)
```

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrick*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

**Florida Livestock Auction Market Invoices
For Oak Lake/Eastern Invoice
No. 291254**

# Len Miller

INVOICE AND SECURITY AGREEMENT

DATE 11/5/10

INVOICE NO. 291254

# Eastern Livestock Co., LLC

SOLD TO LEN MILLER          SHIP TO Same

Address 1949 Roosevelt Rd. Rt.1    Address /

City-State-Zip PORTALES, N.M. 88130    City-State-Zip

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 134 | #32K HFR | 49 830 | 364 / 115.88 | 57743.00 |
| 1 | #2x HFR | 225 | 225 / 105.50 | 237.38 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** 138 | | 50,055 | | 57,980.33 |

TRUCKER: Simmons i W

FROM: OLC #22

COMMISSION —
VETERINARY —
TRUCKING DLVD "
OTHER —
TOTAL $ 57,980.33

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER
Sold on a 138 basis pursuant
to FCFR § 1260 115 and 260 31a
DO NOT DEDUC the
.95 per head Beef Promotion assess nem.
BEEF COUNCIL REGISTERED no. NY-324
Signature 11/5/10
Jack

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

863-763-7468          Oak Lake Cattle Company          Apr 28 11 11:36a

**EASTERN LIVESTOCK CO.**
**BRANCH # 22    TEL (863) 763-5600**
**P.O. Box 1284  FAX (863) 763-7468**
**OKEECHOBEE, FLORIDA 34973**
**505.356.2788**
**CATTLE WORKSHEET**

DATE    29-Oct-10    INVOICE #    291254

SHIP TO: LEN MILLER
1949 N.ROOSEVELT RD.  RT.1
PORTALES , NM. 88130

| SORT # | HEAD | WEIGHT | AMOUNT | COST OF CATTLE | |
|---|---|---|---|---|---|
| 32X | 137 | 49,830 | $50,385.01 | INVOICE AMOUNT | $57,980.38 |
| 2X | 1 | 225 | $207.00 | CATTLE | $50,592.01 |
| | | | | TRUCKING | $5,392.76 |
| | | | | COMM( /cwt) | $288.70 |
| | | | | COMM( /cwt) | |
| | | | | MISC EXPENSE | |
| | | | | (YP)EAGBAY | $274.00 |
| | | | | (VP)EAGBAY | |
| | | | | (FL)EAGBAY | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | CLEARING ( /cwt) | $250.28 |
| | 138 | 50,055 | $50,592.01 | P & L | $1,182.63 |

| MILES | RATE | TOTAL | DELIVER: | PORTALES,NM. |
|---|---|---|---|---|
| | | $5,392.76 | | |

TRUCKER: SIZEMORE

| Sort# | Head | Weight | Average | Total $ | Cost/# | Inv $/# | | New $ Total | Ave./hd |
|---|---|---|---|---|---|---|---|---|---|
| 32X | 137 | 49,830 | 364 | $50,385.01 | 1.0111 | 1.1588 | | $57,743.00 | $421.48 |
| 2X | 1 | 225 | 225 | $207.00 | 0.9200 | 1.0550 | | $237.38 | $237.38 |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| 0 | 0 | 0 | #DIV/0! | $0.00 | #DIV/0! | | | $0.00 | #DIV/0! |
| | 138 | 50,055 | | $50,592.01 | | | | $57,980.38 | |

**Page 136**



EASTERN
LIVESTOCK CO.

**INVOICE**

291254

INVOICE NO.

A 195473

SOLD TO

Len Miller

Pontilos, N.M.

SHIP TO

Same

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| | 22 | | #32x / 2x | | 11/5/10 |

| | | |
|---|---|---|
| | 138    50,055 | 50,592.01 |
| | (TP) Runsize Mune | 288.70 |
| | (TD) ✓    ✓ | 5392.76 |
| | (YD) Egg Bay | 27.00 |
| | (MK) | 250.28 |
| | (CP) Oak Cot | 1182.63 |
| | | 57,980.38 |
| | dead | <421.53> |
| | | 57 558.85 |



11/01/2010  17:10     8634945933                    ARCADIA STOCKYARD

We Act as Agents
for the Producers of Livestock

# Arcadia Stockyard

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

AGENT #   5420
11/01/2010 17:07:48
DAN BYRD
PO BOX 2057
OKEECHOBEE, FL 34972-

Buyer   192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

*** RECAP SUMMARY ***

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
|---|---|---|---|---|---|---|---|
| E Cody 4X | 5 | 1885 | 1805.90 | 377 | 95.80 | 361.18 | 503 |
| E Lar 2 8X | 5 | 4085 | 1571.55 | 817 | 38.47 | 314.31 | 505 |
| E Mill 2 32X | 11 | 4060 | 3956.75 | 369 | 97.46 | 359.70 | 541 |
| | 21 | 10030 | 7334.20 | | | | |

| | | | | | | | 40.85 |
|---|---|---|---|---|---|---|---|
| Trucking: LYNN GREESON | | | | Per CWT | 1.00 | 10030 lbs. | 100.30 |
| Commission: Paid to Agent | | | | | | | |

```
            Total Head      :      21
            Total Weight    :   10030
            Purchases       : 7,334.20
            Total Trucking  :    40.85
            Total Commission:   100.30
            --------------------------
            Total Bill         7,475.35   Charged (Due Buyer)
```

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettreh*



WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

(3)

11/01/2010  17:47    8637739722                    HARDEE LIVESTOCK MKT                    PAGE  02

# HARDEE LIVESTOCK MARKET
### P.O. BOX 1479
### WAUCHULA, FL 33873-
### (863) 773-9747

===========================================================================

Buyer 19  Perm # 2889                          11/01/2010 17:55:36 32968
EASTERN LIVESTOCK #2                     LYNN GRESSON
1065 E MAIN                              3896 144TH DR NW
LOUISVILLE KY, KY 40206                  OKEECHOBEE, FL 34972

## *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT | PEN # |
|---|---|---|---|---|---|---|---|
| 4X Cudy | 4 | 1560 | 1421.60 | 390 | 91.13 | 355.40 | 25 |
| 8X Lawson | 5 | 3750 | 1201.50 | 750 | 32.04 | 240.30 | 34 |
| 32X Multr | 22 | 7915 | 7436.75 | 360 | 93.96 | 338.03 | 24 |
| | 31 | 13225 | 10059.85 | | | | |

Trucking: LYNN GRESSON                                              37.50
Commission: Paid to Agent              Per CWT    1.00   13225 lbs.  132.25

                  Total Head          31
                  Total Weight      13225
                  Purchases     10,059.85
                  Total Trucking    37.50
                  Total Commission 132.25
                  ----------------------------
                  Total Bill    10,229.60   Charged (Due Buyer)
                                    37.50
                                10,267.10





Oak Lake Cattle Company   Apr 28 11 07:32p

OCALA

Buyer 70  Perm # 7931
  EASTERN LIVESTOCK CO.INC.#2
  135 WEST MARKET
  NEW ALBANY, IN 47150

AGENT Perm # 4460
  RONNIE LEWIS
  13645 RIADA WAY
  DADE CITY, FL 33525
                11/01/2010 17:42:55   5440

### *** RECAP *** SUMMARY ***

| CHARGE ACCOUNT | PEN NUMB | NUMBER HEAD | TOTAL WEIGHT | TOTAL AMOUNT | AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| LL CONY4X | 68 | 2 | 715 | 686.40 | 358 | 96.00 | 343.20 |
| LL mule 22X | 66 | 8 | 2850 | 2915.10 | 356 | 102.28 | 364.39 |

Total Head         10
Total Weight       3565
Purchases          3,601.50
Total Commission     35.65    Paid to  RONNIE LEWIS
---------------------------------
Total Bill         3,637.15   Charged (Due Buyer)
                     50.00  FEED

$  3687.15







# INVOICE

### *Okeechobee*
## LIVESTOCK MARKET, INC.
### *Okeechobee, Fla.* 34973-1288
P. O. BOX 1288,
OFFICE (863) 763-3127          FAX (863) 467-0401

Buyer 74  Perm # 3644                    AGENT Perm # 14913
  EASTERN LIVESTOCK                        I. E. BYRD
UGHT BY 135 WEST MARKET                    P O BOX 1284
DRESS    NEW ALBANY, IN 47150-             OKEECHOBEE, FL 34973-
                                           11/01/2010 15:27:36

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| CHARGE ACCOUNT | ***PEN NUMB | RECAP NUMBER HEAD | ***TOTAL WEIGHT | SUMMARY TOTAL AMOUNT | ***AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| EL | 24x Coby 565 | 5 | 2240 | 2053.75 | 448 | 91.69 | 410.75 |
| EL | 232x MN 59 | 8 | 2885 | 2767.70 | 361 | 95.93 | 345.96 |

```
         Total Head           13
         Total Weight        5125
         Purchases          4,770.20
         Total Commission     51.25
         ---------------------------
         Total Bill         4,821.45   Charged (Due Buyer)
```

*Check not received*

"Your Business is Appreciated"

IE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
UTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



NOV-2-2010  08:02P FROM:                                    TO:18637637468        P.1

## CATTLEMEN'S L/S AUC MKT, INC
### P.O. BOX 26
### LAKELAND, FL  33802
### (863) 665-5088

R E C A P

FOR=:  102                    ( MS )              BUYER=:  191
EASTERN LIVESTOCK CO. INC      E                  BYRD, DAN
1065 EAST MAIN ST.                               P. O. BOX 1284
                                                 C/O OAK LAKE CATTLE
LOUISVILLE, KENTUCK 40206      863 763 5600      OKEECHOBEE FL        34973
9:37:49                                          NOVEMBER  2, 2010

| | SUFIX | HED | WEIGHT | ==AMOUNT== | WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 54 Coby | 4X | 20 | 8,205 | 7682.80 | 410 | 93.64 | 384.14 | |
| 25 An | 7X | 7 | 6,625 | 3656.98 | 946 | 55.20 | 522.42 | |
| 28 | 8X | 6 | 4,610 | 1671.20 | 768 | 36.25 | 278.53 | |
| 64 | 32X | 43 | 15,830 | 16063.70 | 368 | 101.48 | 373.57 | |
| 62 | 26 | 10 | 3,840 | 3953.60 | 384 | 102.96 | 395.36 | |

|  | 86 | 39,110 | 33028.28 | 455 | | 384.04 | | |

191                  STANDARD    CM           BUYER-- BYRD, DAN    391.10
1                    HAY 10/27   FW           FEED--- CATTLEMEN     35.00

                                              GROSS--->  $33,454.38

## PLEASE PAY GROSS AMOUNT!!!

ALL INVOICES MUST BE PAID WITHIN 24HRS OF PURCHASE DATE, THANK YOU!
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL



POSTED

FAXED



04/30/2006   09:38    3527939474                                    SCFM                              PAGE   02/03

### SUMTER COUNTY FARMERS MK INC
### P.O. BOX 62
### WEBSTER, FLORIDA 33597
### SALE DAY TUESDAY 12:00 NOON
### (352)793-2021 OR 793-3551
### R E C A P
### ( MS )

```
FOR=:24851                                       BUYER=:16398
EASTERN LIVESTOCK CO. #2                          LEWIS, RONNIE
135 W. MARKET ST.                                 13645 RIADA WAY

NEW ALBANY, IN       47150                        DADE CITY, FL        33525
6:47:50                                                       NOVEMBER  2, 2010
```

| SUFIX | HED | WEIGHT | ==AMOUNT== | WGH | PRI/LB | PRI/HED | OTHER |
|-------|-----|--------|------------|-----|--------|---------|-------|
|  48 4X 13 | | 5,005 | 4731.50 | 385 | 94.54 | 363.96 | |
| 36 9X 5 | | 4,285 | 2985.90 | 857 | 69.68 | 597.18 | |
| 46 32X 29 | | 10,190 | 10026.00 | 351 | 98.39 | 345.72 | |

```
                    47  19,480   17743.40   414            377.51  =========
   1                        HAY          FW        FEED---  SUMTER CO    13.00
16398                       STANDARD     CM        BUYER--  LEWIS, RO   194.80
                                                                    =============
                                                        GROSS--->  $17,951.20
```

PLEASE PAY GROSS AMOUNT!!!


1****************************PLEASE PAY GROSS AMOUNT****************************
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-MARK HARRELL    DATE-11/02/10

COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY  COPY

POSTED





**INVOICE**

*Okeechobee*
**LIVESTOCK MARKET, INC.**
*Okeechobee, Fla.* 34973-1288
P.O. BOX 1288,
OFFICE (863) 763-3127          FAX (863) 467-0401

Miller 11/2/10

Buyer 71  Perm # 5644                    AGENT Perm # 14913
EASTERN LIVESTOCK                        I. E. BYRD
BGHT BY 135 WEST MARKET                  P O BOX 1284
NEW ALBANY, IN 47150-                    OKEECHOBEE, FL 34973-
DRESS                                    11/02/2010 18:03:40

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|-----|-----|-----|-------------|--------|-------|--------|

| CHARGE ACCOUNT | *** PEN NUMB | RECAP NUMBER HEAD | *** TOTAL WEIGHT | SUMMARY TOTAL AMOUNT | *** AVG WEIGHT | AVG PRICE | AVG AMOUNT |
|---|---|---|---|---|---|---|---|
| EL 23X | 63 | 2 | 645 | 580.25 | 323 | 89.96 | 290.13 |
| EL 24X | 85 | 11 | 4450 | 4128.30 | 405 | 92.77 | 375.30 |
| EL 28X | 61 | 7 | 5425 | 1993.30 | 775 | 36.74 | 284.76 |
| EL 232X ✓ | 59 | 16 | 5875 | 5732.70 | 367 | 97.58 | 358.29 |

```
        Total Head            36
        Total Weight       16395
        Purchases       12,270.60
        Total Commission   163.95
        Miscellaneous       60.00   ROBBINS/FOOD
        ---------------------------
        Total Bill      12,494.55   Charged (Due Buyer)
```

*Check not received*

*"Your Business is Appreciated"*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.



# Arcadia Stockyard

We Act as Agents
for the Producers of Livestock

P. O. Box 1418
Arcadia, FL 34265
(863) 494-3737

AGENT #  8
11/03/2010 21:41:02
I  E BYRD
PO BOX 1284
OKEECHOBEE, FL 34973-

Buyer  192
EASTERN LIVESTOCK
BOUGHT BY: 135 WEST MARKET
ADDRESS: NEW ALBANY, IN 47150-

*** RECAP SUMMARY ***

| NO. | TAG | PEN | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount | Pen Number |
| E  coNYX | 31 | 12730 | 12145.75 | 411 | 95.41 | 391.80 | 541 |
| E  LMPBX | 15 | 12215 | 3448.25 | 814 | 28.23 | 229.88 | 521 |
| E  mui32X | 5 | 1825 | 1813.80 | 365 | 99.39 | 362.76 | 324 |
| E  A2236 | 14 | 5340 | 5672.05 | 381 | 106.22 | 405.15 | 505 |
|  | 65 | 32110 | 23079.85 |  |  |  |  |

```
Trucking: ABE CUESTA                                                     300.00
Commission: Paid to Agent              Per CWT    1.00  32110 lbs.       321.10

                Total Head                 65
                Total Weight            32110
                Purchases            23,079.85
                Total Trucking          300.00
                Total Commission        321.10
                Miscellaneous            65.00 MEALS
                --------------------------------------
                Total Bill            23,765.95  Charged (Due Buyer)
```

ALL BREED BULL SALE NOVEMBER 5TH AT 1:00 PM
ANGUS & CHAROLAIS BULL SALE NOVEMBER 12TH AT 1:00 PM

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Carl McKettrek*

WE ACT AS AGENTS ONLY. NOT RESPONSIBLE FOR ACCIDENTS.
AUTHORIZED AND BONDED TO DEAL IN AGRICULTURAL PRODUCTS.

Apr 28 11 02:35p

MILLER

## SHOWN BY EASTERN INVOICE NUMBER

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARCADIA STOCKYARD | MILLER | 32X | 10/25/2010 | 21 | 7715 | $ | 7,662.50 | $ | 77.15 | $ | - | $ | - | $ | 7,739.65 | YES |
| HARDEE L/S MKT | MILLER | 32X | 10/25/2010 | 10 | 3425 | $ | 3,338.65 | $ | 34.25 | $ | - | $ | - | $ | 3,372.90 | YES |
| OCALA L/S MKT | MILLER | 32X | 10/25/2010 | 15 | 5515 | $ | 5,451.35 | $ | 55.15 | $ | - | $ | - | $ | 5,506.50 | YES |
| OKEECHOBEE L/S MKT | MILLER | 32X | 10/25/2010 | 18 | 6340 | $ | 6,182.80 | $ | 63.40 | | | $ | 63.40 | $ | 6,309.60 | YES |
| CATTLEMANS L/S MKT | MILLER | 32X | 10/26/2010 | 56 | 20685 | $ | 20,933.48 | $ | 206.85 | $ | - | $ | - | $ | 21,140.33 | YES |
| SUMTER CO FARMS MK | MILLER | 32X | 10/26/2010 | 35 | 11850 | $ | 12,025.80 | $ | 118.50 | $ | - | $ | - | $ | 12,144.30 | YES |
| OKEECHOBEE L/S MKT | MILLER | 32X | 10/26/2010 | 23 | 8175 | $ | 8,130.98 | $ | 81.75 | | | $ | 81.75 | $ | 8,294.48 | YES |
| ARCADIA STOCKYARD | MILLER | 32X | 10/27/2010 | 42 | 15055 | $ | 14,622.65 | $ | 150.55 | $ | 17.48 | $ | 174.98 | $ | 14,965.66 | YES |
| | | | **TOTALS** | 220 | 78760 | $ | 78,348.21 | $ | 787.60 | $ | 17.48 | $ | 320.13 | $ | 78,473.42 | |

See Correction  Oak Lake Cattle Company

OTHER EXPENSES

| | | | |
|---|---|---|---|
| RON SIZEMORE | TRUCKING | $ | 8,275.45 |
| EAGLE BAY, INC | TRUCKING | $ | 1,181.40 |
| EAGLE BAY, INC | FEED | $ | 75.00 |
| EAGLE BAY, INC | HEALTH PAPERS | $ | 75.00 |
| EAGLE BAY, INC | YARDAGE | $ | 680.00 |
| EASTERN LIVESTOCK | CLEARING | $ | 393.80 |
| OAK LAKE CATTLE | P & L | $ | 739.22 |
| | | $ | 90,873.29 |

291248

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARCADIA STOCKYARD | MILLER | 32X | 11/1/2010 | 11 | 4060 | $ | 3,956.75 | $ | 40.60 | $ | - | $ | 21.35 | $ | 4,018.70 | YES |
| HARDEE L/S MKT | MILLER | 32X | 11/1/2010 | 22 | 7915 | $ | 7,436.75 | $ | 79.15 | $ | - | $ | - | $ | 7,515.90 | YES |
| OCALA L/S MKT | MILLER | 32X | 11/1/2010 | 8 | 2850 | $ | 2,915.10 | $ | 28.50 | $ | 40.00 | $ | - | $ | 2,983.60 | YES |
| OKEECHOBEE L/S MKT | MILLER | 32X | 11/1/2010 | 8 | 2885 | $ | 2,738.85 | $ | 28.85 | | | | | $ | 2,767.70 | YES |
| CATTLEMANS L/S MKT | MILLER | 32X | 11/2/2010 | 43 | 15830 | $ | 16,063.70 | $ | 158.30 | $ | 19.82 | $ | - | $ | 16,241.82 | YES |
| SUMTER CO FARMS MK | MILLER | 32X | 11/2/2010 | 29 | 10190 | $ | 10,026.00 | $ | 101.90 | $ | 7.96 | $ | - | $ | 10,135.86 | YES |
| OKEECHOBEE L/S MKT | MILLER | 32X | 11/2/2010 | 16 | 5875 | $ | 5,673.95 | $ | 58.75 | | | | | $ | 5,732.70 | YES |
| ARCADIA STOCKYARD | MILLER | 32X | 11/3/2010 | 5 | 1825 | $ | 1,813.80 | $ | 18.25 | $ | - | $ | - | $ | 1,832.05 | YES |
| | | | **TOTALS** | 142 | 51430 | $ | 50,624.90 | $ | 514.30 | $ | 67.78 | $ | 21.35 | $ | 51,228.33 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ADJUSTMENTS | | ✱ | -4 | -1375 | $ | (32.89) | | $ | (636.32) | Oak Lake Responsible |
| AS INVOICED | | | 138 | 50055 | $ | 50,592.01 | | $ | 50,592.01 | |

OTHER EXPENSES

| | | | |
|---|---|---|---|
| RON SIZEMORE | TRUCKING | $ | 5,681.46 |
| EAGLE BAY INC | YARDAGE | $ | 274.00 |
| EASTERN LIVESTOCK | CLEARING | $ | 257.15 |
| OAK LAKE CATTLE | P & L | $ | 754.23 |
| | | $ | 57,558.85 |

291254

✱
( - 4 CUT OFF LOAD - )
OLC PAID FOR THESE
CATTLE (4 HD.)

803-703-1400
p. 11

**PAYABLES TO FLORIDA MARKETS  EASTERN / OAKLAKE**                                   **MILLER**

| MARKET | CUSTOMER | BUY NUMBER | DATE | HEAD COUNT | TOTAL WEIGHT | TOTAL CATTLE | COMM. | FEED | TRUCK | TOTAL INVOICED | RECON. W/ MKT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHOWN BY MARKET** | | | | | | | | | | | |
| ARCADIA STOCKYARD | MILLER | 32X | 10/25/2010 | 21 | 7715 | $ 7,662.50 | $ 77.15 | $ - | $ - | $ 7,739.65 | YES |
| ARCADIA STOCKYARD | MILLER | 32X | 10/27/2010 | 42 | 15055 | $ 14,622.65 | $ 150.55 | $ 17.48 | $ 174.98 | $ 14,965.66 | YES |
| ARCADIA STOCKYARD | MILLER | 32X | 11/1/2010 | 11 | 4060 | $ 3,956.75 | $ 40.60 | $ - | $ 21.35 | $ 4,018.70 | YES |
| ARCADIA STOCKYARD | MILLER | 32X | 11/3/2010 | 5 | 1825 | $ 1,813.80 | $ 18.25 | $ - | $ - | $ 1,832.05 | YES |
| | | | | 79 | 28655 | $ 28,055.70 | $ 286.65 | $ 17.48 | $ 196.33 | $ 28,556.06 | |
| CATTLEMANS L/S MKT | MILLER | 32X | 10/26/2010 | 56 | 20685 | $ 20,933.48 | $ 206.85 | $ - | $ - | $ 21,140.33 | YES |
| CATTLEMANS L/S MKT | MILLER | 32X | 11/2/2010 | 43 | 15830 | $ 16,063.70 | $ 158.30 | $ 19.82 | $ - | $ 16,241.82 | YES |
| | | | | 99 | 36515 | $ 36,997.18 | $ 365.15 | $ 19.82 | $ - | $ 37,382.15 | |
| HARDEE L/S MKT | MILLER | 32X | 10/25/2010 | 10 | 3425 | $ 3,338.65 | $ 34.25 | $ - | $ - | $ 3,372.90 | YES |
| HARDEE L/S MKT | MILLER | 32X | 11/1/2010 | 22 | 7915 | $ 7,436.75 | $ 79.15 | $ - | $ - | $ 7,515.90 | YES |
| | | | | 32 | 11340 | $ 10,775.40 | $ 113.40 | $ - | $ - | $ 10,888.80 | |
| OCALA L/S MKT | MILLER | 32X | 10/25/2010 | 15 | 5515 | $ 5,451.35 | $ 55.15 | $ - | $ - | $ 5,506.50 | YES |
| OCALA L/S MKT | MILLER | 32X | 11/1/2010 | 8 | 2850 | $ 2,915.10 | $ 28.50 | $ 40.00 | $ - | $ 2,983.60 | YES |
| | | | | 23 | 8365 | $ 8,366.45 | $ 83.65 | $ 40.00 | $ - | $ 8,490.10 | |
| OKEECHOBEE L/S MKT | MILLER | 32X | 10/25/2010 | 18 | 6340 | $ 6,182.80 | $ 63.40 | | $ 63.40 | $ 6,309.60 | YES |
| OKEECHOBEE L/S MKT | MILLER | 32X | 10/26/2010 | 23 | 8175 | $ 8,130.98 | $ 81.75 | | $ 81.75 | $ 8,294.48 | YES |
| OKEECHOBEE L/S MKT | MILLER | 32X | 11/1/2010 | 8 | 2885 | $ 2,738.85 | $ 28.85 | | | $ 2,767.70 | YES |
| OKEECHOBEE L/S MKT | MILLER | 32X | 11/2/2010 | 16 | 5875 | $ 5,673.95 | $ 58.75 | | | $ 5,732.70 | YES |
| | | | | 65 | 23275 | $ 22,726.58 | $ 232.75 | $ - | $ 145.15 | $ 23,104.48 | |
| SUMTER CO FARMS MK | MILLER | 32X | 10/26/2010 | 35 | 11850 | $ 12,025.80 | $ 118.50 | $ - | $ - | $ 12,144.30 | YES |
| SUMTER CO FARMS MK | MILLER | 32X | 11/2/2010 | 29 | 10190 | $ 10,026.00 | $ 101.90 | $ 7.96 | $ - | $ 10,135.86 | YES |
| | | | | 64 | 22040 | $ 22,051.80 | $ 220.40 | $ 7.96 | $ - | $ 22,280.16 | |
| | | | TOTAL | | | $ 128,973.11 | $ 1,301.90 | $ 85.26 | $ 341.48 | $ 130,701.75 | |

Apr 28 11 02:36p   Oak Lake Cattle Company   863-763-7468   p.12