# Exhibit I

**Oak Lake Revenue Items Per Invoice (Claims 187, 188, and 189)**

No. Of Invoices: 115

| Invoice Nos. | Reconciled Oak Lake | Reconciled Eagle Bay | Reconciled Dan Byrd | Total |
|---|---|---|---|---|
| 291141 | $377.54 | $974.00 | $150.00 | $1,501.54 |
| 291142 | $400.41 | $503.00 | - | $903.41 |
| 291143 | $0.01 | - | - | $0.01 |
| Voided 291144 | - | - | - | $0.00 |
| 291145 | $548.23 | $1,626.00 | - | $2,174.23 |
| 291146 | $316.33 | $2,010.00 | $150.00 | $2,476.33 |
| 291147 | $575.57 | $160.00 | $575.58 | $1,311.15 |
| 291148 | $101.75 | $2,266.00 | $200.00 | $2,567.75 |
| 291149 | $953.36 | $1,055.36 | $307.00 | $2,315.72 |
| 291150 | $31.96 | $54.00 | - | $85.96 |
| 291151 | $491.40 | $1,312.00 | - | $1,803.40 |
| 291152 | $327.55 | $2,263.00 | $200.00 | $2,790.55 |
| 291153 | $321.22 | $576.00 | $100.00 | $997.22 |
| 291154 | $202.86 | $33.00 | - | $235.86 |
| 291155 | $298.71 | $173.50 | - | $472.21 |
| Voided 291156 | $0.00 | - | - | $0.00 |
| 291157 | ($0.17) | - | - | ($0.17) |
| 291158 | $15.31 | $3.00 | $16.00 | $34.31 |
| 291159 | $64.05 | $256.00 | - | $320.05 |
| 291160 | $1,004.89 | $569.50 | - | $1,574.39 |
| 291161 | $774.96 | $794.35 | $100.00 | $1,669.31 |
| 291162 | $119.99 | $14.00 | $120.12 | $254.11 |
| 291163 | $620.43 | $574.50 | - | $1,194.93 |
| 291164 | $360.00 | - | - | $360.00 |
| 291165 | $712.17 | $987.77 | $100.00 | $1,799.94 |
| 291166 | $824.11 | $723.00 | $100.00 | $1,647.11 |
| 291167 | ($1.73) | $574.50 | - | $572.77 |
| 291168 | $473.21 | - | - | $473.21 |
| 291169 | $433.83 | $363.00 | $100.00 | $896.83 |
| 291170 | $1,064.70 | - | $1,064.90 | $2,129.60 |
| 291171 | $55.68 | $133.00 | $50.00 | $238.68 |
| 291172 | ($0.03) | - | - | ($0.03) |
| 291173 | $194.44 | $184.00 | $50.00 | $428.44 |
| 291174 | - | - | - | $0.00 |
| 291175 | $180.02 | $30.00 | - | $210.02 |
| 291176 | $57.40 | $30.00 | - | $87.40 |
| 291177 | $67.86 | $205.00 | - | $272.86 |
| 291178 | - | - | - | $0.00 |
| 291179 | $2.58 | - | - | $2.58 |
| 291180 | $154.80 | $27.00 | - | $181.80 |
| 291181 | $6.90 | - | - | $6.90 |
| 291182 | - | - | - | $0.00 |
| 291183 | $173.00 | $27.00 | - | $200.00 |
| 291184 | $508.89 | $988.72 | - | $1,497.61 |
| 291185 | $210.55 | $123.50 | $210.56 | $544.61 |
| 291186 | $237.90 | $60.00 | - | $297.90 |
| 291187 | $446.85 | $355.50 | $446.86 | $1,249.21 |
| 291188 | $648.16 | $253.50 | $684.17 | $1,585.83 |
| 291189 | $718.46 | $307.50 | $718.46 | $1,744.42 |
| 291190 | $59.99 | $63.00 | - | $122.99 |
| 291191 | $129.00 | $27.00 | - | $156.00 |
| 291192 | - | - | - | $0.00 |
| 291193 | $127.36 | $21.00 | - | $148.36 |
| 291194 | $723.80 | $292.50 | $723.80 | $1,740.10 |
| 291195 | $390.71 | $452.48 | $390.72 | $1,233.91 |
| 291196 | $181.18 | $90.00 | $181.19 | $452.37 |
| 291197 | - | - | - | $0.00 |
| 291198 | $37.49 | $6.00 | - | $43.49 |
| 291199 | $465.69 | $390.00 | $465.70 | $1,321.39 |
| 291200 | $463.93 | $78.00 | - | $541.93 |
| 291201 | $424.28 | $334.50 | $424.48 | $1,183.26 |
| 291202 | $959.44 | $390.00 | $959.44 | $2,308.88 |

**Oak Lake Revenue Items Per Invoice (Claims 187, 188, and 189)**

No. Of Invoices: 115

| | Invoice Nos. | Reconciled Oak Lake | Reconciled Eagle Bay | Reconciled Dan Byrd | Total |
|---|---|---|---|---|---|
| | 291203 | $140.64 | $144.00 | $140.65 | $425.29 |
| | 291204 | $344.89 | $360.00 | $344.90 | $1,049.79 |
| | 291205 | $16.86 | $36.00 | - | $52.86 |
| | 291206 | $18.97 | $3.00 | - | $21.97 |
| | 291207 | $391.63 | $78.00 | - | $469.63 |
| | 291208 | $530.82 | $441.00 | - | $971.82 |
| | 291209 | $35.33 | $25.00 | $100.00 | $160.33 |
| | 291210 | $847.51 | $362.00 | - | $1,209.51 |
| Voided | 291211 | - | - | - | $0.00 |
| | 291212 | $208.66 | - | - | $208.66 |
| Only Eastern | 291213 | - | - | - | $0.00 |
| See Inv. | 291214 | $980.78 | - | - | $980.78 |
| | 291215 | $492.67 | - | - | $492.67 |
| | 291216 | $78.47 | - | - | $78.47 |
| | 291217 | $0.28 | - | - | $0.28 |
| | 291218 | $439.51 | $249.00 | - | $688.51 |
| | 291219 | $160.41 | $255.00 | - | $415.41 |
| No OLC Worksheet | 291220 | $645.49 | $705.50 | - | $1,350.99 |
| | 291221 | $352.72 | $109.00 | - | $461.72 |
| | 291222 | $362.75 | $589.00 | - | $951.75 |
| | 291223 | $134.00 | - | - | $134.00 |
| | 291224 | $119.86 | - | - | $119.86 |
| | 291225 | $351.66 | $175.00 | - | $526.66 |
| | 291226 | $282.33 | $258.00 | - | $540.33 |
| | 291227 | $795.75 | $450.00 | - | $1,245.75 |
| | 291228 | $229.52 | - | - | $229.52 |
| | 291229 | $70.58 | - | - | $70.58 |
| | 291230 | $481.46 | - | $481.47 | $962.93 |
| | 291231 | $207.85 | $100.00 | - | $307.85 |
| | 291232 | $368.08 | $299.00 | - | $667.08 |
| | 291233 | $22.20 | - | - | $22.20 |
| | 291234 | $413.17 | - | - | $413.17 |
| | 291235 | $255.75 | - | - | $255.75 |
| | 291236 | $400.86 | - | $400.87 | $801.73 |
| | 291237 | $304.58 | - | - | $304.58 |
| | 291238 | $30.73 | - | - | $30.73 |
| | 291239 | $35.65 | - | - | $35.65 |
| | 291240 | $76.91 | - | - | $76.91 |
| | 291241 | $10.58 | - | - | $10.58 |
| | 291242 | $90.99 | - | - | $90.99 |
| | 291243 | $60.34 | - | - | $60.34 |
| | 291244 | $309.76 | - | - | $309.76 |
| | 291245 | $16.22 | - | - | $16.22 |
| No OLC Worksheet | 291246 | $224.43 | - | - | $224.43 |
| matched to worksheet | 291247 | $189.50 | - | - | $189.50 |
| matched to worksheet | 291248 | $739.22 | $1,991.40 | - | $2,730.62 |
| | 291249 | $321.76 | - | - | $321.76 |
| | 291250 | $599.79 | - | - | $599.79 |
| No OLC Worksheet | 291251 | $374.19 | - | - | $374.19 |
| | 291252 | $252.05 | $81.00 | $252.40 | $585.45 |
| No OLC Worksheet | 291253 | $379.19 | - | - | $379.19 |
| | 291254 | $1,182.63 | $274.00 | - | $1,456.63 |
| | 291255 | $400.52 | - | - | $400.52 |
| **Totals Invoices 291141-291255** | | **$34,819.48** | **$29,719.58** | **$10,309.27** | **$74,848.33** |

**Oak Lake Revenue Items Per Invoice (Claims 187, 188, and 189)**

No. Of Invoices: 115

| | Invoice Nos. | Reconciled Oak Lake | Reconciled Eagle Bay | Reconciled Dan Byrd | Total |
|---|---|---|---|---|---|
| **Invoices 291141 to 291255** | | | | | |
| **Total Revised Claims 187, 188, 189** | | **$34,819.48** | **$29,719.58** | **$10,309.27** | **$74,848.33** |

**1.   Transaction Invoice Claim Adjustments**

| | Reconciled Oak Lake | Reconciled Eagle Bay | Reconciled Dan Byrd | Total |
|---|---|---|---|---|
| Collections From Eastern | ($4,599.42) | ($26,508.92) | ($10,309.27) | ($41,417.61) |
| Diff. Due Oak Lake/(Eastern) | $30,220.06 | $3,210.66 | $0.00 | $33,430.72 |
| Ck.No.122470 Return To Maker | | $1,057.90 | | $1,057.90 |
| **Total Due From Eastern** | **$30,220.06** | **$4,268.56** | **$0.00** | **$34,488.62** |

**2.   Livestock Inventory Sold Adjustments**

| | No. Head | Wt. | Reconciled Oak Lake | Reconciled Eagle Bay | Reconciled Dan Byrd | Total |
|---|---|---|---|---|---|---|
| Cattle #11 - No. Hd. | 161 | 29490 | ($34,633.10) | | | ($34,633.10) |
| Cattle #11X - No. Hd. | 209 | 38569 | ($40,991.42) | | | ($40,991.42) |
| Cattle #91X - No. Hd. | 14 | 13300 | ($10,000.00) | | | ($10,000.00) |
| Cattle #9 - No. Hd. | 1 | 1400 | ($750.00) | | | ($750.00) |
| Cattle #91X - No. Hd. | 20 | 16500 | ($9,600.00) | | | ($9,600.00) |
| **Total Due To Eastern** | **405** | **99259** | **($95,974.52)** | **$0.00** | **$0.00** | **($95,974.52)** |
| **NET DUE Oak Lake/(Eastern)** | | | **($65,754.46)** | **$4,268.56** | **$0.00** | **($61,485.90)** |

NOV-29-2010 15:21 Eastern Livestock

**INVOICE AND SECURITY AGREEMENT**


COPY

DATE _11-29-10_          INVOICE NO. 316119

# Eastern Livestock Co., LLC

SOLD TO _Oaklake Cattle Company_          SHIP TO _____

Address _P.O. Box 1284_          Address _____

City-State-Zip _Okeechobee, FL 34973_          City-State-Zip _____

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE SELLER
Claimed on # ___496___ cattle pursuant to
7CFR § 1260.116 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-____
_____ : 11-29-10
Signature

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | | Averages | Amount | |
|---|---|---|---|---|---|---|
| 161 | Cattle # 11 | 29,490 | 183 | 117.44 | 34,633.10 | Quincy |
| 209 | # 11X | 38,569 | 185 | 106.28 | 40,991.42 | whitney |
| 91 | # 4X | 36,790 | 404 | 96.21 | 35,396.12 | DR |
| 1 | # 9 | 1400 | 1400 | 53.57 | 750.00 | |
| (14) | # 91X | 13,300 | 950 | 75.19 | 10,000.00 | DR |
| 20 | # 9XX | 16500 | 825 | 58.18 | 9600.00 | |
| | | | | | | |
| | | | We owe | | | |
| | | | all But | Whitney | | |
| | | | ~~Quincy~~ | | | |
| | | | | | | |
| TOTALS 496 | | 136049 | | | | |

TRUCKER: _____          COMMISSION _____

_____          VETERINARY _____

          TRUCKING _____

FROM: _Oaklake Cattle_          OTHER _____

THESE CATTLE HAVE BEEN          TOTAL _#131,370.64_
SOLD & CAN COLLECT

* ALL OTHER CATTLE ON INVENTORY          Please Remit to: EASTERN LIVESTOCK CO., LLC
ARE PAID FOR BY OAKLAKE TO THE          135 West Market
L/S MKTS.          New Albany, IN 47150

          TOTAL P.001

135 West Market
New Albany, IN 47150



**EASTERN LIVESTOCK CO., LLC**

DATE 10/18/10

SELLER ALLEN RANCH

ADDRESS 41005 EMERALDA ISLAND RD. LEESBURG FL. 34788

BUYER OLC #22

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV.WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20 | 59xx Cows | 16500 | — | 16500 | 885 | 480.⁻ | 9,600.00 |
| 1 | 59 Bull | 1400 | — | 1400 | 1400 | 750.⁻ | 750.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 21 | | 17,900 | | 17900 | | | 10,350.00 |

| | | |
|---|---|---|
| LESS PART PAYMENT | | — |
| BEEF CHECKOFF | | 21.00 |
| EARNEST MONEY | | — |
| TOTAL DEDUCTIONS | | 21.00 |
| NET PROCEEDS | | 10,329.00 |



135 West Market
New Albany, IN 47150
812-949-9035

73-21
421

NO. F 24748

10/18 20 10

**EASTERN LIVESTOCK CO., LLC**

PAY to the order of ALLEN RANCH                    $10,329.⁰⁰

Ten Thousand Three Hundred Twenty Nine and no/100 _____ DOLLARS

Fifth Third Bank
Northern Kentucky

Eastern Livestock Co., LLC

⑆024748⑆ ⑇042100272⑇ 7480493837⑈

OAK LAKE CATTLE COMPANY, INC.

**Invoice**

P. O. BOX 1284
OKEECHOBEE, FL 34973

| Date | Invoice # |
|------|-----------|
| 12/3/2010 | 4066 |

**Bill To**

D. R. DANIEL
548 NW 50TH DRIVE
OKEECHOBEE FL  34972

PAID

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 20 | COWS | 9XX 16,500 X 61.12 | 505.00 | 10,100.00 |
| 1 | BULL | 9  1400 X 55.36 | 775.00 | 775.00 |

| Total | $10,875.00 |
|-------|-----------|

OAK LAKE CATTLE COMPANY INC.

P O BOX 1284

OKEECHOBEE,FL.34973

2/14/11

SCOTT NEWBERN:

OAK LAKE CATTLE OWES EASTERN :

161 # 11  161 HD. 29490# 34,633.10

209 # 11X 209 HD. 38569# 40,991.42

✳   1 # 9    1 HD.  1400#   750.00

✳  20 # 9XX  20 HD.  16500# 9,600.00

*Pd.- OLC By D R DANIEl OAK LAKD OWES EASTERN*

14 # 91X  14 HD. 13300#  10,000.00

405        405 HD. 99259# $95974.52

OAK LAKE PAID TO FLORIDA MARKETS :

91 # 4X    91 HD. 36790#  35396.12

THESE CATTLE WERE INVOICED ON AN OAK LAKE INVOICE TO :

CODY WHITNEY , HE PAID OAK LAKE FOR THEM AND OAK LAKE PAID THE MARKETS .

# Deposit Detail
January 1, 2010 through March 30, 2011

| Type | Date | Name | Eastern Check No. | | Amount |
|------|------|------|------|------|------|
| Deposit | 09/22/2010 | EASTERN LIVESTOCK CO., LLC | 120163 | | $  4,599.42 —E |
| | | | | | $  4,599.42 |
| | | | Claim | | $ 32,066.43 |
| | | | Difference | Short - | $ 27,467.01 |
| | | | Due | | $ 27,467.01 |

*THIS IS FINAL ON OAK LAWN CATTLE*

ID BANK NA
P O BOX 1377
LEWISTON, ME 04243-1377

DATE:    11-10-2010

THE FOLLOWING ITEM(S) THAT WERE DEPOSITED INTO ACCT #          HAVE BEEN RETURNED UNPAID.   WE HAVE
DEBITED YOUR ACCOUNT AS INDICATED BELOW.   IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CONTACT US AT THE
NUMBER LISTED ABOVE.

| CHECK #<br>00000122470 | DEPOSIT DATE<br>11-04-2010 | CHECK AMOUNT<br>1,057.90 | REFERENCE #<br>000605190832 | FEE<br>15.00 |
|---|---|---|---|---|

EAGLE BAY INC
PO BOX 2057
OKEECHOBEE FL          34973-2057

TOTAL RETURNED

NUMBER OF ITEM(S)          1
AMOUNT OF CHECK(S)    1,057.90
TOTAL FEE              15.00

---

*211274450*
11/10/2010
604002863

This is a LEGAL COPY of your
check.  You can use it the
same way you would use the
original check.

RETURN REASON-S
REFER TO MAKER



---

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT   Southern District of Indiana | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Eastern Livestock Co., LLC | Case Number:<br>10-93904-BHL-11 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>DANIEL MARTIN BYRD | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>W. Scott Newbern, PL<br>2982 East Giverny Cir.<br>Tallahassee, FL 32309          Daniel M. Byrd<br>c/o Oak Lake Cattle Co., 1055 U.S. Hwy 98 N.<br>Okeechobee, FL 34973<br><br>Telephone number:<br>(850) 591-1707 | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>W. Scott Newbern, PL<br>2982 East Giverny Cir.<br>Tallahassee, FL 32309<br><br>Telephone number:<br>(850) 591-1707 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**      $      10,056.87 plus all costs of collection and interest allowed by law

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**   SEE ATTACHED
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☑ Other
**Describe:** Amounts due for commission, etc. from sale proceeds secured by Statutory Trust

**Value of Property:$**_____   **Annual Interest Rate**_____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____   **Basis for perfection:**_____

**Amount of Secured Claim: $**      10,056.87   **Amount Unsecured: $**_____
plus all costs of collection and interest allowed by law

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 4 30 11 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_____  COUNSEL FOR CLAIMANT | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

      ✱ DAN FEELS THAT HE GOT MOST OF
      ✱ WHAT IS OWED. IF OWED ANY
        IT WOULD BE A SMALL AMOUNT.

6:40 PM
01/26/12

## OAK LAKE CATTLE COMPANY, INC.
### Deposit Detail
January 1, 2010 through March 30, 2011

| Type | Date | Name | Memo | Account | Pay Meth | Amount |
|------|------|------|------|---------|----------|--------|
| Deposit | 09/22/2010 | | Deposit | RIVERSIDE NATIONAL BANK | | 4,599.42 |
| | | EASTERN LIVESTOCK CO., LLC | 120163 - Ck No. | 480 · YARDAGE CATTLE | CHECK | -4,599.42 |
| TOTAL | | | | | | -4,599.42 |

**This is the only Deposit found for the time period listed above.**

8:41 PM
03/01/12

**OAK LAKE CATTLE COMPANY, INC.**
**Check Detail**
January 1, 2010 through March 1, 2012

| Type | Num | Date | Name | Memo | | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|------|---------|-------------|-----------------|
| Check | 18449 | 01/06/2010 | EASTERN LIVESTOCK CO, LLC | 291137 | OLC#22 | RIVERSIDE NATIONAL BANK | | -142.70 |
| | | | | 291137 | | 500 · CATTLE PURCHASES | -142.70 | 142.70 |
| TOTAL | | | | | | | -142.70 | 142.70 |
| Check | 18477 | 01/27/2010 | EASTERN LIVESTOCK CO, LLC | 291143 | OLC#22 | RIVERSIDE NATIONAL BANK | | -63.19 |
| | | | | 291143 | | 500 · CATTLE PURCHASES | -63.19 | 63.19 |
| TOTAL | | | | | | | -63.19 | 63.19 |
| Check | 18500 | 02/10/2010 | EASTERN LIVESTOCK CO, LLC | 291157 | OLC#22 | RIVERSIDE NATIONAL BANK | | -43.17 |
| | | | | 291157 | | 500 · CATTLE PURCHASES | -43.17 | 43.17 |
| TOTAL | | | | | | | -43.17 | 43.17 |
| Check | 18559 | 03/24/2010 | EASTERN LIVESTOCK CO, LLC | 291172 | OLC#22 | RIVERSIDE NATIONAL BANK | | -17.05 |
| | | | | 291172 | | 500 · CATTLE PURCHASES | -17.05 | 17.05 |
| TOTAL | | | | | | | -17.05 | 17.05 |
| Check | 18575 | 04/02/2010 | EASTERN LIVESTOCK CO, LLC | 291172 | OLC#22 | RIVERSIDE NATIONAL BANK | | -12,425.49 |
| | | | | 291174 | | 500 · CATTLE PURCHASES | -1,434.86 | 1,434.86 |
| | | | | 291177 | | 500 · CATTLE PURCHASES | -10,990.63 | 10,990.63 |
| TOTAL | | | | | | | -12,425.49 | 12,425.49 |
| Check | 18591 | 04/21/2010 | EASTERN LIVESTOCK CO, LLC | 291178 | OLC#22 | RIVERSIDE NATIONAL BANK | | -6,242.84 |
| | | | | 291178 | | 500 · CATTLE PURCHASES | -6,242.84 | 6,242.84 |
| TOTAL | | | | | | | -6,242.84 | 6,242.84 |
| Check | 18630 | 05/25/2010 | EASTERN LIVESTOCK CO, LLC VENDOR | 291192 | | RIVERSIDE NATIONAL BANK | | -435.00 |
| | | | | 291192 | | 500 · CATTLE PURCHASES | -435.00 | 435.00 |
| TOTAL | | | | | | | -435.00 | 435.00 |
| Check | 18691 | 07/30/2010 | EASTERN LIVESTOCK CO, LLC | 291209 | | RIVERSIDE NATIONAL BANK | | -6,741.36 |
| | | | | 291209 | | 500 · CATTLE PURCHASES | -6,741.36 | 6,741.36 |
| TOTAL | | | | | | | -6,741.36 | 6,741.36 |
| Check | 18704 | 08/04/2010 | EASTERN LIVESTOCK CO, LLC | 291208 | | RIVERSIDE NATIONAL BANK | | -27,070.65 |
| | | | | 291217 | | 500 · CATTLE PURCHASES | -27,070.65 | 27,070.65 |
| TOTAL | | | | | | | -27,070.65 | 27,070.65 |
| Check | 18729 | 08/27/2010 | EASTERN LIVESTOCK CO, LLC | 291229 | | RIVERSIDE NATIONAL BANK | | -15,492.42 |
| | | | | 291229 | | 500 · CATTLE PURCHASES | -15,492.42 | 15,492.42 |
| TOTAL | | | | | | | -15,492.42 | 15,492.42 |

**OAK LAKE CATTLE COMPANY, INC.**

**Deposit Detail**

November 2010 through April 2011

Oak Lake Cattle Co., Inc.
Deposit Record/ Centerstate Bank
Clearing Account for Cattle after Eastern collapse
11/12/2010 to 12/07/2010

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| Deposit | | 11/12/2010 | JACOB LARSON | Center State Bank | 18,089.67 |
| Deposit | | 11/15/2010 | CODY WHITNEY | Center State Bank | 49,680.93 |
| Deposit | | 11/18/2010 | D. R. DANIEL | Center State Bank | 34,373.13 |
| Deposit | | 11/18/2010 | BEREND | Center State Bank | 45,143.95 |
| Deposit | | 11/23/2010 | JACOB LARSON | Center State Bank | 10,078.20 |
| Deposit | | 12/07/2010 | D. R. DANIELS | Center State Bank | 10,873.04 |

168238.92

Page 1 of 1

8:41 PM
03/01/12

# OAK LAKE CATTLE COMPANY, INC.
## Check Detail
### January 1, 2010 through March 1, 2012

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | cashiers ck | 03/02/2011 | OAK LAKE CATTLE CO, INC. | | Center State Bank | | -14,000.00 |
| | | | | | YARDAGE EXP. | -14,000.00 | 14,000.00 |
| TOTAL | | | | | | -14,000.00 | 14,000.00 |
| Check | 91 | 11/18/2010 | ARCADIA STOCKYARD | | Center State Bank | | -6,086.05 |
| | | | | Larson 17 Head 5172.40 & Cody Whitney 2 head 913.65 | 500 · CATTLE PURCHASES | -6,086.05 | 6,086.05 |
| TOTAL | | | | | | -6,086.05 | 6,086.05 |
| Check | 92 | 11/18/2010 | CATTLEMANS LIVESTOCK MARKET | | Center State Bank | | -1,961.55 |
| | | | | Larson 7 head, 1961.55 | 500 · CATTLE PURCHASES | -1,961.55 | 1,961.55 |
| TOTAL | | | | | | -1,961.55 | 1,961.55 |
| Check | 93 | 11/18/2010 | HARDEE LIVESTOCK MARKET | | Center State Bank | | -1,966.90 |
| | | | | larson 5 Head 842.15, Cody Whitney 3 Head 1124.75 | 500 · CATTLE PURCHASES | -1,966.90 | 1,966.90 |
| TOTAL | | | | | | -1,966.90 | 1,966.90 |
| Check | 94 | 11/18/2010 | OKEECHOBEE L/S MARKET | | Center State Bank | | -17,532.25 |
| | | | | Cody Whitney 32 Head 13234.00 | 500 · CATTLE PURCHASES | -17,532.25 | 17,532.25 |
| TOTAL | | | | | | -17,532.25 | 17,532.25 |
| Check | 95 | 11/23/2010 | OKEECHOBEE L/S MARKET | | Center State Bank | | -116.15 |
| | | | | shorted commision on check written 11/8/10 | 500 · CATTLE PURCHASES | -116.15 | 116.15 |
| TOTAL | | | | | | -116.15 | 116.15 |
| Check | 1001 | 11/23/2010 | ARCADIA STOCKYARD | | Center State Bank | | -50,763.47 |
| | | | | Eastern Cattle See Attached Worksheet | 500 · CATTLE PURCHASES | -50,763.47 | 50,763.47 |
| TOTAL | | | | | | -50,763.47 | 50,763.47 |
| Check | 1002 | 11/23/2010 | CATTLEMANS LIVESTOCK MARKET | | Center State Bank | | -22,464.71 |
| | | | | Eastern Cattle See Attached Worksheet | 500 · CATTLE PURCHASES | -22,464.71 | 22,464.71 |
| TOTAL | | | | | | -22,464.71 | 22,464.71 |
| Check | 1003 | 11/23/2010 | HARDEE LIVESTOCK MARKET | | Center State Bank | | -4,804.30 |
| | | | | Eastern Cattle See Attached Worksheet | 500 · CATTLE PURCHASES | -4,804.30 | 4,804.30 |
| TOTAL | | | | | | -4,804.30 | 4,804.30 |

Page 1 of 2

8:41 PM
03/01/12

## OAK LAKE CATTLE COMPANY, INC.
### Check Detail
January 1, 2010 through March 1, 2012

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | 1004 | 11/23/2010 | NORTH FLORIDA | Eastern Cattle See Attached Worksheet | Center State Bank | | -4,163.50 |
| | | | | Eastern Cattle See Attached Worksheet | 500 · CATTLE PURCHASES | -4,163.50 | 4,163.50 |
| TOTAL | | | | | | -4,163.50 | 4,163.50 |
| Check | 1005 | 11/23/2010 | OCALA | Eastern Cattle See Attached Worksheet | Center State Bank | | -1,888.75 |
| | | | | Eastern Cattle See Attached Worksheet | 500 · CATTLE PURCHASES | -1,888.75 | 1,888.75 |
| TOTAL | | | | | | -1,888.75 | 1,888.75 |
| Check | 1006 | 11/23/2010 | OKEECHOBEE L/S MARKET | Eastern Cattle See Attached Worksheet | Center State Bank | | -17,060.31 |
| | | | | Eastern Cattle See Attached Worksheet | 500 · CATTLE PURCHASES | -17,060.31 | 17,060.31 |
| TOTAL | | | | | | -17,060.31 | 17,060.31 |
| Check | 1007 | 11/23/2010 | SUMTER | Eastern Cattle See Attached Worksheet | Center State Bank | | -23,944.44 |
| | | | | Eastern Cattle See Attached Worksheet | 500 · CATTLE PURCHASES | -23,944.44 | 23,944.44 |
| TOTAL | | | | | | -23,944.44 | 23,944.44 |

/ES/ 773-28

PAYABLES TO FLORIDA MARKETS  EASTERN / OAKLAKE

BY: CUSTOMER PAID AS OF 11/22/10

| MARKET | CUSTOMER | BUY NUMBER | DATE | HEAD COUNT | TOTAL WEIGHT | TOTAL CATTLE | COMM. | FEED | TRUCK | TOTAL INVOICED | RECON. W/ MKT | PAID OLC CUSTOMER | PAID OLC CHECK # | MARKET OLC CK# OLC PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARCADIA STOCKYARD | BEREND | 36 | 10/27/2010 | 22 | 8446 | $ 8,884.85 | $ 84.45 | $ - | $ - | $ 8,969.30 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | BEREND | 36 | 11/3/2010 | 14 | 5340 | $ 5,672.05 | $ 53.40 | $ - | $ - | $ 5,725.45 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | CODY WHITNEY | 4X | 11/1/2010 | 5 | 1885 | $ 1,806.90 | $ 18.85 | $ - | $ 9.75 | $ 1,834.50 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | CODY WHITNEY | 4X | 11/3/2010 | 31 | 12730 | $ 12,145.75 | $ 127.30 | $ - | $ 202.05 | $ 12,475.10 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | DRD | 9X | 10/20/2010 | 22 | 12060 | $ 11,946.83 | $ 190.60 | $ - | $ 200.00 | $ 12,337.43 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | DRD | 9X | 10/26/2010 | 2 | 2065 | $ 1,140.10 | $ 20.65 | $ - | $ - | $ 1,160.75 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | DRD | 9X | 10/27/2010 | 5 | 4090 | $ 2,491.05 | $ 40.90 | $ 2.10 | $ 20.85 | $ 2,554.90 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | LARSON | 8X | 10/25/2010 | 1 | 775 | $ 263.50 | $ 7.75 | $ - | $ - | $ 271.25 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | LARSON | 8X | 10/27/2010 | 1 | 635 | $ 133.35 | $ 6.35 | $ 0.42 | $ 4.17 | $ 144.29 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | LARSON | 8X | 11/1/2010 | 5 | 4085 | $ 1,571.55 | $ 40.85 | $ - | $ 9.75 | $ 1,622.15 | YES | PAID | | OLC CSB 1001 |
| ARCADIA STOCKYARD | LARSON | 8X | 11/3/2010 | 15 | 12215 | $ 3,448.25 | $ 122.15 | $ - | $ 97.95 | $ 3,668.35 | YES | PAID | | OLC CSB 1001 |
| | | | | | | | | | | $ 60,763.47 | | | | |
| ARCADIA STOCKYARD | JIM BYRD | N/A | 11/3/2010 | N/A | N/A | N/A | N/A | N/A | N/A | $ 65.00 | YES | | | OLC RSN 12794 |
| CATTLEMANS L/S MKT | BEREND | 36 | 10/26/2010 | 8 | 3065 | $ 3,235.50 | $ 30.65 | $ - | $ - | $ 3,266.15 | YES | PAID | | OLC CSB 1002 |
| CATTLEMANS L/S MKT | BEREND | 36 | 11/2/2010 | 10 | 3840 | $ 3,953.60 | $ 38.40 | $ - | $ - | $ 3,992.00 | YES | PAID | | OLC CSB 1002 |
| CATTLEMANS L/S MKT | CODY WHITNEY | 4X | 11/2/2010 | 20 | 8205 | $ 7,682.80 | $ 82.05 | $ 9.20 | $ - | $ 7,774.05 | YES | PAID | | OLC CSB 1002 |
| CATTLEMANS L/S MKT | DRD | 9X | 10/19/2010 | 1 | 980 | $ 490.00 | $ 9.80 | $ - | $ - | $ 499.80 | YES | PAID | | OLC CSB 1002 |
| CATTLEMANS L/S MKT | DRD | 9X | 10/26/2010 | 2 | 1660 | $ 1,135.20 | $ 16.00 | $ - | $ - | $ 1,151.80 | YES | PAID | | OLC CSB 1002 |
| CATTLEMANS L/S MKT | DRD | 9X | 11/2/2010 | 7 | 6625 | $ 3,656.98 | $ 66.25 | $ 3.22 | $ - | $ 3,726.45 | YES | PAID | | OLC CSB 1002 |
| CATTLEMANS L/S MKT | LARSON | 8X | 10/26/2010 | 1 | 880 | $ 325.60 | $ 8.80 | $ - | $ - | $ 334.40 | YES | PAID | | OLC CSB 1002 |
| CATTLEMANS L/S MKT | LARSON | 8X | 11/2/2010 | 6 | 4610 | $ 1,671.20 | $ 46.10 | $ 2.76 | $ - | $ 1,720.06 | YES | PAID | | OLC CSB 1002 |
| | | | | | | | | | | $ 22,464.71 | | | | |
| HARDEE L/S MKT | BEREND | 36 | 10/25/2010 | 3 | 1155 | $ 1,237.35 | $ 11.55 | $ - | $ - | $ 1,248.90 | YES | PAID | | OLC CSB 1003 |
| HARDEE L/S MKT | CODY WHITNEY | 4X | 11/1/2010 | 4 | 1560 | $ 1,421.80 | $ 15.60 | $ 16.65 | $ - | $ 1,463.85 | YES | PAID | | OLC CSB 1003 |
| HARDEE L/S MKT | LARSON | 8X | 10/25/2010 | 3 | 2220 | $ 819.50 | $ 22.20 | $ - | $ - | $ 841.70 | YES | PAID | | OLC CSB 1003 |
| HARDEE L/S MKT | LARSON | 8X | 11/1/2010 | 5 | 3750 | $ 1,201.50 | $ 37.50 | $ 20.85 | $ - | $ 1,259.85 | YES | PAID | | OLC CSB 1003 |
| | | | | | | | | | | $ 4,804.30 | | | | |
| NORTH FLA L/S MKT | BEREND | 36 | 10/27/2010 | 2 | 755 | $ 803.65 | $ 7.55 | $ - | $ 7.55 | $ 818.75 | YES | PAID | | OLC CSB 1004 |
| NORTH FLA L/S MKT | BEREND | 36 | 11/3/2010 | 8 | 3025 | $ 3,284.25 | $ 30.25 | $ - | $ 30.25 | $ 3,344.75 | YES | PAID | | OLC CSB 1004 |
| | | | | | | | | | | $ 4,163.50 | | | | |
| OCALA L/S MKT | CODY WHITNEY | 4X | 11/1/2010 | 2 | 715 | $ 686.40 | $ 7.15 | $ 10.00 | $ - | $ 703.55 | YES | PAID | | OLC CSB 1005 |
| OCALA L/S MKT | QUINCY (BEREND) | 36 | 10/25/2010 | 3 | 1085 | $ 1,174.35 | $ 10.85 | $ - | $ - | $ 1,185.20 | YES | PAID | | OLC CSB 1005 |
| | | | | | | | | | | $ 1,888.75 | | | | |

9CQ1 #70   Loo1 #70

| Market | Buyer | | Date | | | | | | | Total | | | OLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OKEECHOBEE L/S MKT | BEREND | 36 | 10/25/2010 | 8 | 3155 | $ 3,497.65 | $ - | $ - | $ 31.55 | $ 3,529.20 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | BEREND | 36 | 10/26/2010 | 5 | 1935 | $ 2,113.78 | $ - | $ - | $ 19.35 | $ 2,133.13 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | CODY WHITNEY | 4X | 11/1/2010 | 5 | 2240 | $ 2,063.75 | $ - | $ - | $ - | $ 2,063.75 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | CODY WHITNEY | 4X | 11/2/2010 | 11 | 4450 | $ 4,128.30 | $ - | $ - | $ - | $ 4,128.30 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | DRD | 9X | 10/25/2010 | 1 | 925 | $ 471.76 | $ - | $ - | $ 9.26 | $ 481.00 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | DRD | 9X | 10/26/2010 | 1 | 1005 | $ 487.43 | $ - | $ - | $ 10.05 | $ 497.48 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | LARSON | 8X | 10/26/2010 | 5 | 4235 | $ 1,641.55 | $ - | $ - | $ 42.35 | $ 1,683.90 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | LARSON | 8X | 11/2/2010 | 7 | 5426 | $ 1,993.30 | $ - | $ - | $ - | $ 1,993.30 | YES | PAID | OLC CSB 1006 |
| OKEECHOBEE L/S MKT | OAK LAKE CATTLE | 3X | 11/2/2010 | 2 | 645 | $ 580.25 | $ - | $ - | $ - | $ 580.25 | YES | PAID | OLC CSB 1006 |
| | | | | | | | | | | $ 17,080.31 | | | |
| OKEECHOBEE L/S MKT | JIM BYRD | N/A | 11/2/2010 | N/A | N/A | N/A | N/A | N/A | N/A | $ 60.00 | YES | | OLC RSN 18795 |
| SUMTER CO FARMS MK | BEREND | 36 | 10/26/2010 | 12 | 4425 | $ 4,752.10 | $ 44.25 | $ - | $ - | $ 4,796.35 | YES | PAID | OLC CSB 1007 |
| SUMTER CO FARMS MK | BEREND | 36 | 11/2/2010 | 10 | 3755 | $ 4,061.60 | $ 37.55 | $ - | $ - | $ 4,099.15 | YES | PAID | OLC CSB 1007 |
| SUMTER CO FARMS MK | CODY WHITNEY | 4X | 11/2/2010 | 13 | 5005 | $ 4,731.60 | $ 50.05 | $ 3.64 | $ - | $ 4,785.30 | YES | PAID | OLC CSB 1007 |
| SUMTER CO FARMS MK | DRD | 9X | 10/26/2010 | 12 | 11265 | $ 7,120.95 | $ 112.65 | $ - | $ - | $ 7,233.60 | YES | PAID | OLC CSB 1007 |
| SUMTER CO FARMS MK | DRD | 9X | 11/2/2010 | 5 | 4285 | $ 2,985.90 | $ 42.85 | $ 1.40 | $ - | $ 3,099.15 | YES | PAID | OLC CSB 1007 |
| | | | | | | | | | | $ 23,944.44 | | | |

| | |
|---|---|
| Account Number: | ▉▉▉ |
| Capture Date: | November 23, 2010 |
| Item Number: | 5250005216398 |
| Posted Date: | November 23, 2010 |
| Posted Item Number: | 330021 |
| Serial Number: | 91 |
| Amount: | 6,086.05 |

# CenterState
Bank

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

Larson  17 hd  5172.40
Cody Whitney  2 hd  913.65
6086.05

---

OAK LAKE CATTLE CO., INC.
P.O. BOX 1284
OKEECHOBEE, FL 34973-1284

0091
63-1403/531
25

DATE 11/18/10

PAY TO THE ORDER OF  Arcadia Stockyard                    $ 6,086.05

Six thousand Eighty six and 05/100's ———————————— DOLLARS

# CenterState
BANK
Okeechobee Office

FOR _____

⑆000091⑆ ⑆0631140030⑆

---

ENDORSE HERE

OAK LAKE CATTLE CO., INC.

PAY TO THE ORDER OF
SUNTRUST BANK
FOR DEPOSIT ONLY
ARCADIA STOCKYARD
CUSTODIAL ACCOUNT
1000029808903

Account Number: ▮▮▮▮
Capture Date: November 23, 2010
Item Number: 5250005211955
Posted Date: November 23, 2010
Posted Item Number: 325597
Serial Number: 92
Amount: 1,961.55

# CenterState
**Bank**

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

Larson 7 Hd 1961.55



OAK LAKE CATTLE CO., INC.
P.O. BOX 1284
OKEECHOBEE, FL 34973-1284

0092
63-1403/831
2b

DATE 11/18/10

PAY TO THE ORDER OF Cattlemans Livestock Market     $ 1,961.55

One thousand nine hundred sixty one and 55/100's DOLLARS

# CenterState
BANK
Okeechobee Office

FOR _____

⑈000092⑈ ⑈063116030⑈ ▮▮▮▮



BOFD >063116452<
2010-11-22
821333607



## CenterState
Bank

| | |
|---|---|
| Account Number: | |
| Capture Date: | November 23, 2010 |
| Item Number: | 5250005211886 |
| Posted Date: | November 23, 2010 |
| Posted Item Number: | 325528 |
| Serial Number: | 93 |
| Amount: | 1,966.90 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

LARSON - 5 Hd     842.15
Cody Whitney - 3 Hd     1124.75
                        1966.90

---

OAK LAKE CATTLE CO., INC.
P.O. BOX 1284
OKEECHOBEE, FL 34973-1284

0093
63-1403/631
28

DATE 11/18/10

PAY TO THE ORDER OF  Hardee Livestock Market     $ 1966.90

One thousand nine hundred sixty six and 90/100's —— DOLLARS

## CenterState
BANK
Okeechobee Office

FOR _____

⑈0000093⑈ ⑉063114030⑉



**CenterState**
Bank

| | |
|---|---|
| Account Number: | |
| Capture Date: | November 22, 2010 |
| Item Number: | 5250005206913 |
| Posted Date: | November 22, 2010 |
| Posted Item Number: | 214093 |
| Serial Number: | 94 |
| Amount: | 17,532.25 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

Cody Whitney  32 Hd  13234.00
LArson       20 Hd   4298.25
                    17532.25

---

OAK LAKE CATTLE CO., INC.
P.O. BOX 1284
OKEECHOBEE, FL 34973-1284

0094
63-1400/631
26

DATE 11/18/10

PAY TO THE ORDER OF Okeechobee Livestock Market    $ 17,532.25

Seventeen thousand five hundred thirty two and 25/100's DOLLARS

**CenterState**
BANK
Okeechobee Office

FOR 17343.80  19145.0

Dee B___

⑆000094⑆ ⑈063114030⑈

---

>063114030<
CSB
Winter Haven, Select One
Phone: (863) 291-3900
Date: 11/22/2010
Time: 14:17:54

PAY TO THE ORDER OF
CENTERSTATE BANK
OKEECHOBEE, FL 34974
063114030
FOR DEPOSIT ONLY
CUSTODIAL ACCOUNT DEPOSITS PROCEEDS
OKEECHOBEE LIVESTOCK MARKET INC
201-44093

# CenterState
**Bank**

| | |
|---|---|
| Account Number: | |
| Capture Date: | November 26, 2010 |
| Item Number: | 21250000015661 |
| Posted Date: | November 26, 2010 |
| Posted Item Number: | 605106 |
| Serial Number: | 95 |
| Amount: | 116.15 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

(#94)
Shortted Comm on check written 11/18/10

---

**0095**
83-1403/631
26

PAY TO THE ORDER OF: Okeechobee Livestock Market

DATE 11/22/10

$ 116.15

One hundred sixteen and 15/100's ——————— DOLLARS

# CenterState
BANK

Okeechobee Office

FOR: Difference on bills pd 11/18/10
Comm

⑈000095⑈ ⑆063116030⑈

---

112610 -0102; 21250804 8800915661580631170830<C2B

PAY TO THE ORDER OF
CENTERSTATE BANK
OKEECHOBEE, FL 34974
063114030
FOR DEPOSIT ONLY
OKEECHOBEE LIVESTOCK MARKET INC
GENERAL ACCOUNT
2014079


## CenterState
#### Bank

| | |
|---|---|
| Account Number: | |
| Capture Date: | November 29, 2010 |
| Item Number: | 5250005251284 |
| Posted Date: | November 29, 2010 |
| Posted Item Number: | 215216 |
| Serial Number: | 1001 |
| Amount: | 50,763.47 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973





**OAK LAKE CATTLE COMPANY INC.**
1055 HIGHWAY 98 NORTH
OKEECHOBEE, FL 34972

CENTERSTATE BANK
OKEECHOBEE OFFICE
OKEECHOBEE, FLORIDA 34974

1001

63-1403/631
25

11/23/2010

PAY TO THE ORDER OF    ARCADIA STOCKYARD                          $ **50,763.47

Fifty Thousand Seven Hundred Sixty-Three and 47/100************************************************** DOLLARS

ARCADIA STOCKYARD
P.O. BOX 1418
ARCADIA, FL 34265

MEMO    Eastern Cattle See Attached Worksheet                     AUTHORIZED SIGNATURE

⑆00 1001⑆ ⑉063 1140 30⑉



Page 171

# CenterState
**Bank**

| | |
|---|---|
| Account Number: | ▮ |
| Capture Date: | November 30, 2010 |
| Item Number: | 5250005263438 |
| Posted Date: | November 30, 2010 |
| Posted Item Number: | 310468 |
| Serial Number: | 1002 |
| Amount: | 22,464.71 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973



See attached Breakdown

---

**OAK LAKE CATTLE COMPANY INC.**
1055 HIGHWAY 98 NORTH
OKEECHOBEE, FL 34972

CENTERSTATE BANK
OKEECHOBEE OFFICE
OKEECHOBEE, FLORIDA 34974

1002
63-1403/631
25

11/23/2010

PAY TO THE ORDER OF ___CATTLEMANS LIVESTOCK MARKET___ $ **22,464.71

Twenty-Two Thousand Four Hundred Sixty-Four and 71/100******************************************************** **DOLLARS**

CATTLEMANS LIVESTOCK MARKET
P.O. BOX 26
LAKELAND, FL 33802

MEMO   Eastern Cattle See Attached Worksheet

AUTHORIZED SIGNATURE

⑈OO⑈OO2⑈ ⑈O63⑈⑈4030⑈ ▮

---



BOFD >063116452<
2010-11-29
822862002

**CenterState**
Bank

| | |
|---|---|
| Account Number: | ███████ |
| Capture Date: | November 30, 2010 |
| Item Number: | 5250005263575 |
| Posted Date: | November 30, 2010 |
| Posted Item Number: | 310604 |
| Serial Number: | 1003 |
| Amount: | 4,804.30 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

*See Attached*

---

**OAK LAKE CATTLE COMPANY INC.**
1055 HIGHWAY 98 NORTH
OKEECHOBEE, FL 34972

CENTERSTATE BANK
OKEECHOBEE OFFICE
OKEECHOBEE, FLORIDA 34974

**1003**
63-1403/631
29

11/23/2010

PAY TO THE ORDER OF___ HARDEE LIVESTOCK MARKET $ **4,804.30

Four Thousand Eight Hundred Four and 30/100************************************************** DOLLARS

HARDEE LIVESTOCK MARKET
P.O. BOX 1479
WAUCHULA, FL 33873

MEMO
Eastern Cattle See Attached Worksheet

AUTHORIZED SIGNATURE

⑈001003⑈ ⑆063114030⑆ ███████

---

Wauchula State Bank
->063104927<-

3818180008358 11/29/2818

For Deposit Only
Wauchula State Bank
HLM Custodial Acct. II
#J0000113988

---

**CenterState** Bank

| | |
|---|---|
| Account Number: | |
| Capture Date: | December 06, 2010 |
| Item Number: | 5257002436257 |
| Posted Date: | December 06, 2010 |
| Posted Item Number: | 247050 |
| Serial Number: | 1004 |
| Amount: | 4,163.50 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

*See Attached*



**OAK LAKE CATTLE COMPANY INC.**
1055 HIGHWAY 98 NORTH
OKEECHOBEE, FL 34972

CENTERSTATE BANK
OKEECHOBEE OFFICE
OKEECHOBEE, FLORIDA 34974

1004

63-1402/531
25

11/23/2010

PAY TO THE
ORDER OF   NORTH FLORIDA FARMERS MARKRT                   $ **4,163.50

Four Thousand One Hundred Sixty-Three and 50/100************************************************************ DOLLARS

NORTH FLORIDA FARMERS MARKRT
ROUTE 3, BOX 158
LAKE CITY, FL 32055

MEMO
Eastern Cattle See Attached Worksheet

⑈0010004⑈ ⑆063114030⑆                    ⑈000041 6350⑈

FOR DEPOSIT ONLY
NORTH FLORIDA LIVESTOCK
CUSTODIAL ACCOUNT
0034449361148

BANK OF AMERICA, NA JAX
▶0110001384 E4427 94 F05
12/03/10
6750956914

**CenterState** Bank

| | |
|---|---|
| Account Number: | |
| Capture Date: | November 30, 2010 |
| Item Number: | 5250005264214 |
| Posted Date: | November 30, 2010 |
| Posted Item Number: | 311237 |
| Serial Number: | 1005 |
| Amount: | 1,888.75 |

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

See Attached



OAK LAKE CATTLE COMPANY INC.
1055 HIGHWAY 98 NORTH
OKEECHOBEE, FL 34972

CENTERSTATE BANK
OKEECHOBEE OFFICE
OKEECHOBEE, FLORIDA 34974

**1005**

63-1403/531

11/23/2010

PAY TO THE ORDER OF ___ OCALA LIVESTOCK MARKET ___  $ **1,888.75

One Thousand Eight Hundred Eighty-Eight and 75/100***************************************** DOLLARS

OCALA LIVESTOCK MARKET
P. O. BOX 539
LOWELL, OCALA, FL 32674

MEMO  Eastern Cattle See Attached Worksheet

AUTHORIZED SIGNATURE

⑈00 1005⑈ ⑆063114030⑈



1114 000. 117 FL CTZNS BK 063114506 11291016:34:1

Pay to the Order of
Florida Citizens Bank
For Deposit Only
#10020001 12882
Ocala Livestock Market, Inc.
Shippers ACCOUNT

# CenterState
**Bank**

Account Number: ▮
Capture Date: November 26, 2010
Item Number: 21250000015657
Posted Date: November 26, 2010
Posted Item Number: 605102
Serial Number: 1006
Amount: 17,080.31

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

*See attached*

---

**OAK LAKE CATTLE COMPANY INC.**
1055 HIGHWAY 98 NORTH
OKEECHOBEE, FL 34972

CENTERSTATE BANK
OKEECHOBEE OFFICE
OKEECHOBEE, FLORIDA 34974

**1006**

63-1401/631
25

11/23/2010

PAY TO THE
ORDER OF  OKEECHOBEE LIVESTOCK MARKET, INC.                    $ **17,080.31

Seventeen Thousand Eighty and 31/100************************************************************** DOLLARS

OKEECHOBEE L/S MARKET
P. O. BOX 1288
OKEECHOBEE, FL 34973

MEMO
Eastern Cattle See Attached Worksheet

16 967.76
112 55 58

AUTHORIZED SIGNATURE

⑈00 1006⑈ ⑈063 1 14030⑈ ▮

---

112518 -0182 21250004 000015657>063114030<CSB

PAY TO THE ORDER OF
CENTERSTATE BANK
OKEECHOBEE, FL 34974
605114030
FOR DEPOSIT ONLY
OKEECHOBEE LIVESTOCK MARKET INC
CUSTODIAL ACCOUNT/SHIPPERS PROCEEDS
20144562

# CenterState
**Bank**

Account Number: ▮▮▮▮
Capture Date: November 30, 2010
Item Number: 5250005264102
Posted Date: November 30, 2010
Posted Item Number: 311126
Serial Number: 1007
Amount: 23,944.44

OAK LAKE CATTLE COMPANY INC
PO BOX 1284
OKEECHOBEE FL 34973

*See Attached*

---

**OAK LAKE CATTLE COMPANY INC.**
1055 HIGHWAY 98 NORTH
OKEECHOBEE, FL 34972

CENTERSTATE BANK
OKEECHOBEE OFFICE
OKEECHOBEE, FLORIDA 34074

**1007**
63-1403/631
28

11/23/2010

PAY TO THE
ORDER OF   SUMTER CO. FARMERS MARKET                    $ **23,944.44

Twenty-Three Thousand Nine Hundred Forty-Four and 44/100************************************************ DOLLARS

SUMTER CO. FARMERS MARKET
P. O. BOX 62
WEBSTER, FL 33597

MEMO
Eastern Cattle See Attached Worksheet

AUTHORIZED SIGNATURE

⑈0⑈1007⑈ ⑆063⑈⑈40⑈0⑈ ▮▮▮▮▮▮

---

PAY TO THE ORDER OF
CENTERSTATE BANK, NA
FOR DEPOSIT ONLY
CUSTODIAL ACCOUNT FOR SHIPPERS
SUMTER COUNTY FARMERS MARKET INC
422004997