```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                       Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                   Chapter 11
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0756-4        User: kgoss2              Page 1 of 4         Date Rcvd: Mar 07, 2012
                            Form ID: SF00200          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2012.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Mar 08 2012 01:09:51      Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss2                 Page 2 of 4                  Date Rcvd: Mar 07, 2012
                              Form ID: SF00200             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2012 at the address(es) listed below:

          Allen Morris   on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
          dgoodman@stites.com
          Amelia Martin Adams   on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
          aadams@dlgfirm.com
          Andrea L Wasson   on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg   on behalf of Defendant Willie Downs astosberg@lloydmc.com,   bmarks@lloydmc.com
          Anthony G. Raluy   on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
          traluy@fbhlaw.net
          Bret S. Clement   on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
          sfinnerty@acs-law.com
          C. R. Bowles   on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
          smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton   on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
          Charles.R.Wharton@usdoj.gov
          Christie A. Moore   on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
          ljs2@gdm.com
          Christopher E. Baker   on behalf of Creditor   Ozarks Regional Stockyard cbaker@hklawfirm.com,
          thignight@hklawfirm.com
          Christopher M. Trapp   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
          ctrapp@rubin-levin.net
          Daniel J. Donnellon   on behalf of Creditor   First Bank and Trust Company, The
          ddonnellon@ficlaw.com,   knorwick@ficlaw.com
          David A. Laird   on behalf of Creditor   Peoples Bank of Coldwater Kansas
          david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina   on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
          KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt   on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas   on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
          dlebas@namanhowell.com,   koswald@namanhowell.com
          Deborah Caruso   on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
          mthomas@daleeke.com
          Dustin R. DeNeal   on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
          patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King   on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
          Elliott D. Levin   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
          robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin   on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
          edl@rubin-levin.net,   atty_edl@trustesolutions.com
          Eric C Redman   on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
          kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson   on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
          bjtobin@vorys.com
          Erick P Knoblock   on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes   on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
          judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross   on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          Jack S Dawson   on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
          jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer   on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,   hns@kgrlaw.com
          James A. Knauer    jak@kgrlaw.com,   hns@kgrlaw.com
          James B. Lind   on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston   on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
          bryan@ebs-law.net
          James E Rossow   on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
          jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith   on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
          legalassistant@smithakins.com
          James Edwin McGhee   on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
          belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr   on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
          sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
          James T Young   on behalf of Intervenor Michael Walro james@rubin-levin.net,
          lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell   on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay Jaffe   on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
          sarah.herendeen@faegrebd.com
          Jeffrey E. Ramsey   on behalf of Creditor   Intrust Bank, NA jramsey@hopperblackwell.com,
          mhaught@hopperblackwell.com
          Jeffrey J. Graham   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jgraham@taftlaw.com,   ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter   on behalf of Joined Party   United States Department of Agriculture, Grain Ins
          jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jeffe@bellnunnally.com
          Jerald I. Ancel   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com

```
District/off: 0756-4          User: kgoss2                 Page 3 of 4         Date Rcvd: Mar 07, 2012
                              Form ID: SF00200             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
       joyce.jenkins@dinslaw.com
      Jessica E. Yates    on behalf of Creditor    CPC Livestock, LLC jyates@swlaw.com,
       jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
      Jill Zengler Julian    on behalf of Joined Party    United States Department of Agriculture, Grain
       Ins Jill.Julian@usdoj.gov
      Joe T. Roberts    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
       jratty@windstream.net
      John  Huffaker    on behalf of Creditor    Friona Industries, LP john.huffaker@sprouselaw.com,
       lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
      John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
      John Frederick Massouh    on behalf of Counter-Defendant    Cactus Growers, Inc.
       john.massouh@sprouselaw.com
      John Hunt Lovell    on behalf of Counter-Defendant    Cactus Growers, Inc. john@lovell-law.net,
       sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
      John M. Rogers    on behalf of Creditor    Joplin Regional Stockyards johnr@rubin-levin.net,
       susan@rubin-levin.net
      John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com,
       jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
      John R. Carr    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
       sfinnerty@acs-law.com
      John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
       smays@bgdlegal.com;tmills@bgdlegal.com
      Joseph H Rogers    on behalf of Defendant    Nichols Livestock jrogers@millerdollarhide.com,
       cdow@millerdollarhide.com
      Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com
      Judy Hamilton Morse    on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
       ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
      Karen L. Lobring    on behalf of Creditor    Deere & Company lobring@msn.com
      Kelly Greene McConnell    on behalf of Creditor    Supreme Cattle Feeders, L.L.C.
       lisahughes@givenspursley.com
      Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com,
       cbkappes@vorys.com
      Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
       judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
      Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
       lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
      Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
       jparsons@mcs-law.com;cmarshall@mcs-law.com
      Laura Day DelCotto    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
       ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
      Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
       courtmail@fbhlaw.net
      Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@vhrlaw.com,
       dalbers@vhrlaw.com
      Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
      Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank msgiberson@vorys.com
      Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
      Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
       laura@kentuckytrial.com
      Michael Wayne Oyler    on behalf of Creditor    Your Community Bank moyler@rwsvlaw.com
      Peter M Gannott    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
       pgannott@gannottlaw.com,  ahanover@gannottlaw.com;mkeane@gannottlaw.com
      Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank RDLatour@vorys.com,
       khedwards@vorys.com;bjtobin@vorys.com
      Robert A. Bell    on behalf of Counter-Defendant    Fifth Third Bank rabell@vorys.com,
       dmchilelli@vorys.com
      Robert H. Foree    on behalf of Creditor    Kentucky Cattlemen's Association
       robertforee@bellsouth.net
      Robert K Stanley    on behalf of Defendant    Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
      Ross A. Plourde    on behalf of Creditor    Crumpler Bros. ross.plourde@mcafeetaft.com,
       erin.clogston@mcafeetaft.com
      Sandra D. Freeburger    on behalf of Creditor    Estate of John S. Gibson, Anna Gayle Gibson, Execu
       sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
      Sarah Stites Millspaugh    on behalf of Creditor    Intrust Bank, NA smillspaugh@hopperblackwell.com,
       mroth@hopperblackwell.com;kellis@hopperblackwell.com
      Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
      Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
       sarah.herendeen@faegrebd.com
      Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com
      Stephen A. Weigand    on behalf of Creditor    First Bank and Trust Company, The sweigand@ficlaw.com
      Steven A. Brehm    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
       sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com
      Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
      T. Kent Barber    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
       dlgecf@dlgfirm.com;dlgecfs@gmail.com
      Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
       sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

```
District/off: 0756-4          User: kgoss2                Page 4 of 4                  Date Rcvd: Mar 07, 2012
                              Form ID: SF00200            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 98
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Status Conference Re:

   (1) Trustee's Motion To Stay Deadlines In Elmore Contested Matter filed by Kevin M. Toner on behalf of Trustee James A. Knauer [1072] and

   (2) Trustee's Motion To Stay Deadlines In Coffeyville Contested Matter filed by Kevin M. Toner on behalf of Trustee James A. Knauer [1073].

   Date:  March 12, 2012
   Time: 10:00 AM EDT
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  March 7, 2012                                 KEVIN P. DEMPSEY, CLERK
                                                     U.S. BANKRUPTCY COURT