

**SO ORDERED: March 13, 2012.**

**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

**ORDER GRANTING TRUSTEE'S MOTION TO STAY DEADLINES IN ELMORE CONTESTED MATTER**

This matter is before the Court upon the *Trustee's Motion To Stay Deadlines In Elmore Contested Matter* [Dock. No. 1072] ("Motion")[2], and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that

The March 5, 2012 deadline by which the Parties shall file with the Court a stipulation of material facts not in dispute and a notice identifying their suggested fact and legal

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

issues to be decided by the Court and the March 30, 2012 dispositive motion deadline are hereby stayed. Nothing contained herein shall modify or amend the remaining provisions of the Scheduling Order, all of which remain in full force and effect.

###