# Notice Recipients

District/Off: 0756−4 | User: edixon | Date Created: 3/13/2012
Case: 10−93904−BHL−11 | Form ID: pdfOrder | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Kevin M. Toner    kevin.toner@faegrebd.com

TOTAL: 1