SO ORDERED: March 13, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER ON MOTION TO ALTER OR AMEND

This matter is before the Court on the motion [Doc. 1064] filed by Superior Livestock Auction, Inc. pursuant to Fed. R. Bankr. P. 7052, 9023, and 9024, by which Superior asks the Court to reconsider its order [Doc. 379 in adversary proceeding 11-59093] partially disposing of the chapter 11 trustee's motion for partial summary judgment [Doc. 248 in adversary proceeding 11-59093] in the related adversary proceeding captioned *Friona Indus., LP v. E. Livestock Co.* Having considered the foregoing and being otherwise duly and sufficiently advised, the Court **DENIES** the instant motion and supplements its previous order to clarify that the order shall not be final and appealable until the Court issues a subsequent order disposing of the portions of the trustee's motion that have been deferred pending discovery.

IT IS SO ORDERED.

###