B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Eastern Livestock Co., LLC**                ,
Debtor

Case No. __10-93904__

Chapter __11__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 59,366,230.76 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 592,179.64 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 19 | | 10,969.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 262 | | 39,551,548.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 298 | | | |
| | | Total Assets | 59,366,230.76 | | |
| | | | Total Liabilities | 40,154,697.70 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Eastern Livestock Co., LLC**  , Case No. **10-93904**
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand in depository account** | - | **0.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Depository Account #7140510731; balance as of 11/30/10**<br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**MD 10AT63**<br>**Cincinnati, Ohio 45623** | - | **0.00** |
| | | | **Operating Account #7140510673**<br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**MD 10AT63**<br>**Cincinnati, Ohio 45623** | - | **Unknown** |
| | | | **Control Disbursement Account #7480493779**<br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**MD 10AT63**<br>**Cincinnati, Ohio 45623** | - | **0.00** |
| | | | **Field Check Control Disbursement Account #7480493837**<br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**MD 10AT63**<br>**Cincinnati, Ohio 45623** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **SEE ATTACHED SCHEDULE B-3** | - | **0.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **SEE ATTACHED SCHEDULE B-28 (OFFICE EQUIPMENT) AND B-29 (MACHINERY & EQUIPMENT)** | - | **0.00** |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

__7__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Eastern Livestock Co., LLC**                                    ,    Case No. **10-93904**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Pacific Life Universal Life Insurance Policy #1A22850690**<br>**Insured is Thomas P. Gibson**<br>**Cash Surrender Value of $536.71**<br>**Death Benefit of $1,000,000.00** | - | 536.71 |
| | | | **Pacific Life Universal Life Insurance Policy #1A22916930**<br>**Insured is Thomas P. Gibson**<br>**Cash Surrender Value of $174,236.21**<br>**Death Benefit of $1,000,000.00** | - | 174,236.21 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **47.93% Share of Cattlemen's Feedlot, Ltd. Through 100% membership interest in Okie Farms, LLC** | - | Unknown |
| | | | **1,000 shares of Class A shares**<br>**1,000 shares of Class B shares**<br>**U.S. Premium Beef, LLC**<br>**PO Box 20103**<br>**Kansas City, MO 64195** | - | Unknown |
| | | | **20,000 shares**<br>**CBA International, Inc. I**<br>**670 Perimeter Dr.**<br>**Lexington, KY 40517** | - | Unknown |

Sub-Total >  **174,772.92**
(Total of this page)

Sheet __1__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Eastern Livestock Co., LLC**  , Case No. **10-93904**
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **500 shares**<br>**Wellpoint, Inc.**<br>**120 Monument Circle**<br>**Indianapolis, IN 46204** | - | **Unknown** |
| | | **ClicRweight, LLC**<br>**11708 Casey Road**<br>**Tampa, FL 33618** | - | **Unknown** |
| | | **>Per ClicRweight, LLC Operating Agreement, 10.0% membership interest** | | |
| | | **Spicola Tool, LLC**<br>**2142 Alt 19 N, Suite C**<br>**Palm Harbor, FL 34683** | - | **Unknown** |
| | | **Okie Farms, LLC**<br>**1065 E. Main Street**<br>**Louisville, KY 40206** | - | **Unknown** |
| | | **Owns 100% of Membership Units** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **SEE ATTACHED SCHEDULE B-16**<br><br>**Note that the accounts receivable balances as reflected were taken from the books and records of the debtor. The records have not been adjusted to reflect erroneous invoices or to add invoices that should have been billed.** | - | **43,212,879.00** |
| | | **Trade accounts receivable** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >   **43,212,879.00**
(Total of this page)

Sheet __2__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Eastern Livestock Co., LLC** ,  Case No. __**10-93904**__
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Texas Brand Ribs**<br>**PO Box 35**<br>**Fredricksburg, IN 47120**<br>**>Amended and Restated Promissory Note with a face amount of $1,000,000, dated 2/5/10 signed by David A. Phillips, DJ Foods/Texas Brand Ribs, Inc., and Sinking Springs Land and Cattle, Inc.; Amended and Restated Promissory Note secured by Mortgage dated July 13, 2006 recorded in Washington County, Indiana (Instrument #20063339)** | - | **Unknown** |
| | | **J & L Farms, LLC**<br>**Don Garrett, individually, and as manager of J & L Farms, LLC**<br>**45220 Highway EE**<br>**Newtown, MO 64667**<br>**>Two notes receivable** | - | **Unknown** |
| | | **J & L Farms, LLC**<br>**Don Garrett, individually, and as manager of JL Farms of Gambier, OH**<br>**45220 Highway EE**<br>**Newtown, MO 64667**<br>**>Note receivable** | - | **Unknown** |
| | | **Chad Schuchmann**<br>**1912 Winged Foot Drive**<br>**Nixa, MO 65714**<br>**>Assignment of a two-thirds (2/3) interest in certain property in Greene County, Missouri. Subject to $20,181.72 semi-annual payments through 2017, with discounted prepayment allowed.** | - | **Unknown** |
| | | **Ed Edens**<br>**PO Box 570**<br>**Okolona MS 38860**<br>**>Note receivable** | - | **222,683.53** |
| | | **Garr Trucking**<br>**6759 Millersburg Road**<br>**Gambier, OH 43022**<br>**>Note receivable** | - | **50,146.74** |
| | | **Clarence B. Gilbert**<br>**4374 Bloomfield Rd.**<br>**Taylorsville KY 40071**<br>**>Note receivable** | - | **21,000.00** |
| | | | Sub-Total ><br>(Total of this page) | **293,830.27** |

Sheet __3__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Eastern Livestock Co., LLC**, Case No. **10-93904**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **R & R Farms** <br> >Note receivable | - | 6,000.00 |
| | | **Billy Carver** <br> >Note receivable | - | 2,696.75 |
| | | **Buddy Jenkins** <br> >Note receivable | - | 1,608.80 |
| | | **Diesel Dawg Enterprises** <br> >Note receivable | - | 750.00 |
| | | **R & T Trucking** <br> >Note receivable | - | 500.00 |
| | | **Gene Stoops** <br> **9919 S. Friendly Grove Church Road** <br> **Lewis, IN 47858** <br> >Note receivable (undated Promissory Note with a face amount of $234,580.56) | - | **Unknown** |
| | | **Thomas P. Gibson** <br> **7536 Tandy Road** <br> **Lanesville, IN 47136** <br> >Note receivable | - | 2,653,522.98 |
| | | **Crow Hollow, LLC** <br> **3900 County Road 23** <br> **Hedley, TX 79237** <br> >Note receivable | - | 363,485.23 |
| | | **ECC/Olim** <br> >Note receivable | - | 1,204,635.00 |
| | | **East-West Trucking Co., LLC** <br> **135 W. Market Street** <br> **New Albany, IN 47150** <br> >Note receivable | - | 580,441.95 |
| | | **University Woods Apartments** <br> >Note receivable | - | 402,708.17 |
| | | **West Kentucky Livestock Market, LLC** <br> **1781 Highway 60 East** <br> **Marion, KY 42064** <br> >Note receivable | - | 35,399.05 |
| | | | Sub-Total > <br> (Total of this page) | **5,251,747.93** |

Sheet __4__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Eastern Livestock Co., LLC** ,   Case No. __**10-93904**__
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **K&S Livestock**<br>**P.O. Box 124**<br>**Lott, TX 76656**<br>**>Note receivable** | - | **Unknown** |
| | | **Steve Willonberg and K&S Livestock**<br>**PO Box 124**<br>**Lott, TX 76656**<br>**>Note receivable; (Promissory Note dated 9/4/08 with a face amount of $214,000.00)** | - | **Unknown** |
| | | **TJG Corporation**<br>**1065 E. Main Street**<br>**Louisville, KY 40206**<br>**>Note receivable (per organizational documents, TJG Corporation was dissolved 9/25/02)** | - | **294,173.00** |
| | | **Belleau Woods**<br>**>Note receivable** | - | **12,000.00** |
| | | **Hurstbourne Landings**<br>**>Note receivable** | - | **830,000.00** |
| | | **Providence Property Management - Health Insurance**<br>**>Note receivable** | - | **67,830.62** |
| | | **Providence Property Management - American Express**<br>**>Note receivable** | - | **154,515.58** |
| | | **Sheree Baumgart**<br>**>Note receivable** | - | **3,097.17** |
| | | **Animal Profiling International**<br>**>Note receivable** | - | **50,500.00** |
| | | **James Ed Edens**<br>**>Note receivable** | - | **320,583.00** |
| | | **Lance Mason**<br>**Route 1 Box 217**<br>**Ringwood, OK 73768**<br>**>Note receivable** | - | **271,140.74** |
| | | **Chad Schuchmann**<br>**1912 Winged Foot Drive**<br>**Nixa, MO 65714**<br>**>Promissory Note dated 10/1/05 secured by Deed of Trust** | - | **105,065.08** |
| | | | Sub-Total ><br>(Total of this page) | **2,108,905.19** |

Sheet __5__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Eastern Livestock Co., LLC**                                     ,   Case No.   **10-93904**
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Shawn Breitsprecher, Breitsprecher Livestock, and 2B Cattle**<br>**102 South Mary Street**<br>**PO Box 55**<br>**Ossian, IA 52161**<br>**>Note receivable** | - | **922,597.45** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Rocking E brand** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Mack truck, 2007 6E trailers (unknown location)** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **SEE ATTACHED SCHEDULE B-28 (OFFICE EQUIPMENT) AND B-29 (MACHINERY & EQUIPMENT)** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **SEE ATTACHED SCHEDULE B-28 (OFFICE EQUIPMENT) AND B-29 (MACHINERY & EQUIPMENT)** | - | **Unknown** |

|  | Sub-Total > | **922,597.45** |
|---|---|---|
|  | (Total of this page) | |

Sheet   **6**   of   **7**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Eastern Livestock Co., LLC**, Case No. **10-93904**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **SEE ATTACHED SCHEDULE B-30 FOR SUMMARY INVENTORY REPORT**<br><br>**Note that the inventory balances as reflected were taken from the books and records of the Debtor. Adjustments for certain known errors have been made. Balances are subject to change.** | - | **7,401,498.00** |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Debtor may have numerous causes of action against numerous parties related to fraudulent transfers of assets and contract interference that are currently under investigation.** | - | **Unknown** |

|  | Sub-Total > (Total of this page) | **7,401,498.00** |
|---|---|---|
|  | Total > | **59,366,230.76** |

Sheet **7** of **7** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Accounts Receivable as of December 6, 2010**

| Customer | Balance at 12/6/10 |
|---|---:|
| AG PARTNERS | 51,779 |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| ANDY LOLLEY | 36,086 |
| ARROWHEAD CATTLE CO | 258,652 |
| ATKINSON LIVESTOCK MARK | 2,577,880 |
| BACA COUNTY FEED YARD | 1,079,766 |
| BALSY HAVEN DAIRY | 48,246 |
| BAR K CATTLE | 54,240 |
| BART HOUSER | 453 |
| BEEF MARKETING GROUP CO | 1,131,372 |
| BELLAR FEEDLOTS, INC. | 100,000 |
| BEN DELWORTH | 1,913 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 293,066 |
| BILL COURTER | 158,117 |
| BILL EBERLE | 273,202 |
| BLUE GRASS SOUTH (JIM AKERS) | 4,556 |
| BLUE GRASS STOCKYARDS C | 2,545 |
| BLUEGRASS STOCKYARDS EA | 7,722 |
| BOB FOOTE | 1,671,097 |
| BRANDON JONES | 73,616 |
| BRANDON MAGGARD | 21,440 |
| BRIAN LOVELL | 267 |
| BROUGHTON CATTLE, INC. | 2,778 |
| BRYAN GORDER | 1,532 |
| BRYAN MOSIER | 168,117 |
| BUD HEINE | 170,066 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 490,662 |
| CACTUS FEEDERS, INC. | 2,976,869 |
| CATTLE EMPIRE | 11,071 |
| CHAD BAKER | 56,200 |
| CHAD HOUCK (FLYING M RANCH) | 23,526 |
| CHARLES W. ANDERSON | 249,407 |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Accounts Receivable as of December 6, 2010**

| Customer | Balance at 12/6/10 |
|---|---:|
| CLAY J. CARTER | 69,902 |
| CLIFFORD OLDHAM | 181,938 |
| COLTON DOWNEY | 471 |
| COREY KAY | 133,575 |
| DAVE WINGO | 53,321 |
| DAVID HILBERT | 123,465 |
| DAVID PETERSON | 112,756 |
| DEAN CLUCK CATTLE CO. | 52,255 |
| DEMAIO FARM & RANCH | 283,146 |
| DENNIS JONES | 617 |
| DIAMOND CATTLE FEEDERS | 8,442 |
| DIMMITT FEEDYARD, L.L.C | 67,888 |
| DOUGLAS D. SUNDERMAN | 685,795 |
| DR. JAMES M. BOYER | 7,548 |
| DS FARMS | 8,360 |
| DUDLEY WALDROP | 6,667 |
| E 4 CATTLE CO | 216,167 |
| ECCO I LLC | 212,128 |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 140,111 |
| FAITH CATTLE CO. (CHAD HOUCK) | 123,480 |
| FELLER & COMPANY | 58,833 |
| FIVE RIVERS | 208 |
| FIVE RIVERS (CIMARRON FEEDERS, INC.) | 318,756 |
| FIVE RIVERS (GILCREST) | 520,888 |
| FIVE RIVERS (KUNER) | 514,231 |
| FIVE RIVERS (MALTA) | 259,931 |
| FIVE RIVERS (XIT FEEDERS) | 265,622 |
| FIVE RIVERS (YUMA) | 2,490,120 |
| FRANCIS J. MADISON | 165,346 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 2,554,262 |
| FRONTERA FEEDYARD | 147,211 |
| GANADO, INC | 227,966 |
| GARY CARTER | 68,696 |
| GARY LAIB | 104,917 |
| GARY ROBINSON | 19,292 |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Accounts Receivable as of December 6, 2010**

| Customer | Balance at 12/6/10 |
|---|---:|
| GARY SEALS | 363,019 |
| GIBSON FARMS, L.L.C. | 61,180 |
| GLOVER FARMS | 414,614 |
| H H H CATTLE CO | 711,825 |
| HARLAN FEEDERS, INC. | 97,869 |
| HARRY SHELTON | 94,766 |
| HENRY C HITCH FEEDLOT,I | 8,747 |
| HERITAGE FEEDERS | 626,745 |
| HIGH PLAINS FEEDLOT | 49,368 |
| HOHENBERGER CATTLE | 568,973 |
| J & S FEEDLOTS INC. | 59,613 |
| J BAR H CATTLE | 52,935 |
| J T NUCKOLS | 355,605 |
| JACOB LARSON | 14,548 |
| JAKE JOHNS | 901 |
| JAMES ED EDENS & LEE ED | 167,421 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEFFREY MADISON | 50,596 |
| JEREMY COFFEY | 6,531 |
| JERRY SHELTON | 135,908 |
| JERRY THOMPSON | 388,215 |
| JIM ROY WELLS CATTLE | 1,513 |
| JIM WOODS | 275,970 |
| JOE SCHMUCKER | 15,535 |
| JOE THOMPSON | 250,026 |
| JOHN ROSS | 108,131 |
| JON & JACK TOLLESON | 54,540 |
| JVCO, LLC | 181,882 |
| KEITH VARNER | 270,140 |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 524,001 |
| KENT DONICA | 47,357 |
| KEVIN SMITH | 156,315 |
| KIRBY JOHNSON | 17,621 |
| KIRKLAND FEEDYARDS INC. | 47,462 |
| KUENNING & SON | 171,576 |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Accounts Receivable as of December 6, 2010**

| Customer | Balance at 12/6/10 |
|---|---:|
| LANCE THORNBERRY | 63,484 |
| LARRY OGLE | 64,211 |
| LEN MILLER | 148,173 |
| LEROY SAYLOR | 135,927 |
| LHL PARTNERSHIP | 133,885 |
| LUEKEN DAIRY FARM INC | 83,284 |
| M.Y.C. | 220,715 |
| MAMOT FEEDYARD TK. INC. | 32,878 |
| MARK FREEMAN | 160,106 |
| MARK FREEMAN IV | 104,913 |
| MASON COUNTY FEEDYARD | 50,583 |
| MATTHEW CATES | 23,037 |
| MIKE MASSEY | 935,652 |
| MITCH WORRELL | 535,572 |
| MORRIS STOCK FARM | 25,294 |
| MULL FARMS & FEEDING | 177,201 |
| NU TECHNOLOGIES | 586,000 |
| OAKLAKE CATTLE COMPANY | 132,102 |
| P & R LIVESTOCK | 519,095 |
| PACO FEED YARDS INC. | 117,191 |
| PENNER CATTLE | 60,402 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| RALPH HOODENPYLE | 680,100 |
| RANCHLAND LIVESTOCK AUCTION | 17,984 |
| RICK BEARD | 106,492 |
| RITTER FEEDYARD | 29,228 |
| ROBERT DOBBS | 228,917 |
| ROBERT NICHOLS | 1,638,574 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| RONNIE REIMER FEEDYARD | 80,136 |
| ROYAL BEEF | 552,820 |
| RUSH CREEK RANCH | 178,233 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE /ROYCE STALLCUP(CHAD HOUCK) | 18,789 |
| SAM COUNTISS | 31,237 |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Accounts Receivable as of December 6, 2010**

| Customer | Balance at 12/6/10 |
|---|---:|
| SAM FOUSEK | 117,030 |
| SCHALLER BROTHERS | 63,673 |
| SCOTT GIBSON | (11,387) |
| SCOTT KEACH | 203 |
| SCOTT WEEKS | 25,120 |
| SEALY AND SON | 9,145 |
| SHANE STIERWALT | 65,616 |
| STANLEY BROUGHTON | 9,455 |
| STEPHEN DILKS | 274,126 |
| STEVE FLETCHER | 333,295 |
| STEVE KRAJICEK | 380,487 |
| STIERWALT RANCH | 783,146 |
| SUPREME CATTLE FEEDERS | 1,095,579 |
| TERRY BABER | 66,215 |
| THOMAS BROTHERS | 58 |
| TIM COOK | 740 |
| TIM MAY | 308,422 |
| TODD ROSENBAUM | 207,216 |
| TOM FREEMAN | 58,269 |
| TOM HERRMANN | 23,027 |
| TRAVIS DICKE | 353,172 |
| TRIANGLE CALF GROWERS (KIRKLAND FEEDERS)(ED EDENS) | 44,221 |
| VERNON INMAN | 57,792 |
| WILLIAM BUSH | 189,826 |
| WILLIAMS FARM | 39,583 |
| WILLIE DOWNS LIVESTOCK INC | 6,428 |
| WINTER LIVESTOCK | 710,900 |
| Accounts Receivable at December 6, 2012 | 43,212,879 |

Note that these balances are from the books and records of the Debtor, adjusted based on information found during the review of the books and records. There is no assurance that we have found all appropriate adjustments. This schedule is subject to further revision.

Schedule B-30

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Inventory as of December 6, 2010**

| BRANCH | Value* of Inventory as of December 6, 2010 |
|---|---:|
| Marion | 1,035,953.64 |
| K. Plowman | 59,131.24 |
| V. Inman | 57,791.94 |
| M. Haiar | 135,995.84 |
| B. Chase | - |
| M. Wilson | - |
| Edmonton | 290,000.26 |
| R. Nichols | 5,719,683.17 |
| Lexington | 220,216.54 |
| G. Seals | - |
| Oaklake | 131,370.64 |
| Ed Edens | 5,533,448.53 |
| D. Beauchamp | 8,217.73 |
| J. Wolfe | - |
| C. Schuchmann | 1,103,794.95 |
| New Albany | 20,401,593.54 |
| S. Dean | - |
| R. Brown | 3,459.47 |
| S. Gibson | 541,179.14 |
| | 35,241,836.63 |
| Less: Unsupported | (23,604,681.42) |
| Less: Invoiced | (4,235,657.55) |
| Ending Inventory | 7,401,497.66 |

* Realizable value unknown

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Southern District of Indiana

In re   **Eastern Livestock Co., LLC**                                                    Case No.   **10-93904**
                                          Debtor(s)                                        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Trustee of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 14, 2012**                             Signature  **/s/ James A. Knauer**
                                                                **James A. Knauer**
                                                                **Trustee***

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

*These Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("SOFA") were prepared based upon the books and records of Eastern Livestock Co., LLC ("ELC" or "Debtor") that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore, information recorded in these Schedules and SOFA may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on these Schedules or SOFA is, or is intended to be, an admission of the Debtor's estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.