**SO ORDERED: March 16, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION FOR ORDER APPROVING PROPOSED AUCTION SALE OF REAL ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363**

This matter is before the Court on the *Motion for Order Approving Proposed Auction Sale of Real Estate Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363* [Dock. No. 1046] (the "Motion") filed by James A. Knauer, chapter 11 trustee ("Trustee") in the above-captioned case ("Chapter 11 Case"). The Court finds that i) the Trustee has given due and proper notice of the Motion, ii) all interested parties were given due and adequate opportunity to be heard at the hearing on the Motion and iii) the Court has jurisdiction over this core proceeding. Therefore,

IT IS HEREBY ORDERED that:

1. The Trustee's Motion is granted.

2. The Trustee is authorized to enter into the Agreement[1] and sell all of Eastern Livestock Co., LLC's right, title and interest in and to the Real Estate to the highest bidder, free and clear of all liens, claims, interests and encumbrances, with such liens, claims, interests and encumbrances to attach to the proceeds of such sale, in accordance with the terms of the Settlement Agreement.

3. The Trustee is authorized to take such actions and execute and deliver such instruments, agreements and documents as are necessary to convey Eastern Livestock Co., LLC's interests in the Real Estate to the winning bidder at the auction.

### 

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.