## Notice Recipients

District/Off: 0756–4                     User: edixon                          Date Created: 3/16/2012
Case: 10–93904–BHL–11          Form ID: pdfOrder                 Total: 2

**Recipients of Notice of Electronic Filing:**
tr          James A. Knauer          jak@kgrlaw.com
aty        James A. Knauer          jak@kgrlaw.com

TOTAL: 2