**SO ORDERED: March 16, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

 

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING AMENDED MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH PEOPLES BANK AND TRUST COMPANY OF PICKETT COUNTY**

This matter is before the Court on the *Motion To Approve Compromise And Settlement With Peoples Bank and Trust Company of Pickett County* [Docket # 990] as amended by the *Amendment to Motion To Approve Compromise And Settlement With Peoples Bank and Trust Company of Pickett County* [Docket # 1082] ("Settlement Motion").  Pursuant to notice, the Settlement Motion was heard by the Court on March 12, 2012 ("Hearing").  The Court, having considered the Settlement Motion and having found that adequate notice and opportunity to preserve any timely filed objection at the Hearing was provided and that no such objection or request for further hearing was preserved by counsel present at the Hearing, and being duly advised in the premises, now finds that the proposed settlement (i) is in the best interests of the

estate; (ii) provides tangible benefits to the estate and the creditors thereof; and (iii) should be approved. Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that the Settlement Motion is hereby approved. The Trustee is authorized to take any and all actions necessary to close the settlement set forth in the Settlement Motion.

###