**SO ORDERED: March 16, 2012.**



*[signature]*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO.: 10–93904–BHL–11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |
| RUSH CREEK RANCH, LLLP, | ) | Adv. Pro. No. 11-59104 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK COMPANY, LLC, ARCADIA STOCKYARD, CATTLEMEN'S LIVESTOCK MARKET, COLUMBIA LIVESTOCK MARKET OF LAKE CITY, INC., HARDEE LIVESTOCK MARKET, INC., NORTH FLORIDA LIVESTOCK MARKET, OCALA LIVESTOCK MARKET, INC., OKEECHOBEE LIVESTOCK MARKET, SUMTER COUNTY FARMER'S MARKET, INC. TOWNSEND LIVESTOCK MARKET, FIFTH THIRD BANK, JAMES BYRD, a/k/a I.E. BYRD OAK LAKE CATTLE COMPANY, INC., D&R TRUCKING, RON SIZEMORE TRUCKING, INC., BANKS 1-25, and DOES 25-50, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION TO CONSOLIDATE

THIS MATTER, having come before the Court upon the *Renewed Florida Creditors Motion To Consolidate* claims (Doc. 1081)(also Doc. 44, AP Case No. 11-59104) filed by

Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard; Cattlemen's Livestock Market, Inc.; Columbia Livestock Market, Inc.; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Ocala Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Sumter County Farmers Market, Inc.; and Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market; Ron Sizemore Trucking, Inc.; Oak Lake Cattle Co.; Eagle Bay, Inc.; and Daniel M. Byrd (collectively "Florida Creditors") and the Court having considered the matter and being advised on its premises, IT IS HEREBY ORDERED that said Motion be, and is hereby, GRANTED as follows:

1. Claims of the Florida Creditors shall be consolidated into the Rush Creek Adversary Proceeding, including claims to the Rush Creek interpled and Purchase Money funds held by the Trustee and such other claims as may be brought before the Court;

2. Within twenty (20) days from the entry of this Order, the Florida Creditors shall file an amended answer in the consolidated case expanded to include the claims asserted for the Rush Creek interpled and Purchase Money funds and such other claims as may be brought before the Court;

3. The *Florida Creditors Rule 7042 Motion To Consolidate* (Doc. 975)(also Doc. 29, AP Case No. 11-59104) is mooted by this Order.

# # #