# Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 3/16/2012
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Walter Scott Newbern, III     wsnewbern@msn.com

TOTAL: 1