# THE COMMONWEALTH OF KENTUCKY
## Metcalfe Circuit Court

<u>September</u> Term A.D., <u>2011</u>

### THE COMMONWEALTH OF KENTUCKY

Against

THOMAS "TOMMY" P. GIBSON )

STEPHEN MCDONALD )

GRANT GIBSON )

DARREN BRANGERS )

CRIMINAL SYNDICATION; ENGAGING IN ORGANIZED CRIME
KRS 506.120 CLASS B FELONY
10 TO 20 YEARS
KRS 534.030 FINE OF $1000 - $10,000 OR DOUBLE THE DEFENDANT'S GAIN, WHICHEVER IS GREATER
UOR 70240
**All Defendants, 1 Count**

THEFT BY DECEPTION OVER $10,000
(FALSE IMPRESSION) (COMPLICITY)
KRS 514.040 (1)(a), 502.020
CLASS C FELONY    5 TO 10 YEARS
KRS 534.030 FINE OF $1000 - $10,000 OR DOUBLE THE DEFENDANT'S GAIN, WHICHEVER IS GREATER
UOR 23302-5
**All Defendants,  17 Counts**

THEFT BY DECEPTION OVER $500 BUT LESS THAN $10,000
(FALSE IMPRESSION) (COMPLICITY)
KRS 514.040 (1)(a), 502.020
CLASS D FELONY    1 TO 5 YEARS
KRS 534.030 FINE OF $1000 - $10,000 OR DOUBLE THE DEFENDANT'S GAIN, WHICHEVER IS GREATER
UOR 23301-5
**All Defendants.  144 Counts**

THEFT BY DECEPTION UNDER $500
(FALSE IMPRESSION) (COMPLICITY)
KRS 514.040(1)(a), 502.020
CLASS A MISDEMEANOR
UP TO 12 MONTHS &/OR UP TO $500 FINE
UOR 23300-5
**All Defendants,  11 Counts**

The Grand Jurors of the County of Metcalfe, in the name and by the authority of the Commonwealth of Kentucky, charge:

A TRUE COPY ATTEST
THIS *22 Sept 2011*
*Tommy a Garrett DC*
METCALFE CIRCUIT CLERK

FILED IN MY OFFICE
THIS *22* DAY OF *Sept 2011*
TOMMY A. GARRETT, CLERK
BY *Tessa Wilson DC*

## COUNT 1

That on or between the 1st day of January, 2009 and the 10th day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, committed the offense of Criminal Syndication when each: (a) organized or participated in organizing a criminal syndicate; or (b) provided material aid to a criminal syndicate; or (c) managed, supervised, or directed any of the activities of a criminal syndicate; (d) knowingly furnished legal, accounting, or other managerial services to a criminal syndicate; (e) committed, or conspired or attempted to commit, or acted as an accomplice in the commission of, theft offenses as defined in KRS Chapter 514.

## COUNT 2

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Howard B. Arnold (Arnold Farms) , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 3

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from William Rex Elmore , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 4

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Phillip E. Martin , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 5

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Mike Loy , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 6

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Donald R. Alexander , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 7

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Tom & Sherry Pohlman (Wetstone Creek) , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 8

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Issac M. Boutwell , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 9

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Russell Brothers , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 10

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Gary Bell , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 11

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Charlie Brown , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 12

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Paul George (C. V. Farms) , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 13

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Edward L. Arterburn , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 14

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Billie Hurt , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 15

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Garnett "Junior" Martin , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 16

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Todd Lynn , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 17

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Jimmy Hendrick , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 18

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Mike Luke , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 19

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William A. "Billy" Milby , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 20

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Leland Douglas Glass , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 21

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Chris Barton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 22

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from R. D. Lane , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 23

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Andrew Beau (Demi) Tabor , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 24

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Brent Keith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 25

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roy Kinslow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 26

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Halee Bunch , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 27

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Wade Breeding (Breeding Brothers) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 28

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Rita Cravens , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 29

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Chad Withrow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 30

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jesse Phillip Whitlow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 31

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Bobby Sawyers , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 32

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Bennie Mutter , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 33

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Steve Ray Taylor , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 34

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roy Pace , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 35

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Brian Scott , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 36

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William Fred Birdwell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 37</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David L. Rings , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 38</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Homer Copeland , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 39</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John D. Thompson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 40</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Dennis Ray Neat , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 41

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Keith Long (Long Farms), of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 42

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Stitches Farms, of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 43

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Westley Kinslow, of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 44

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John Neagle, of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 45

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jeffery Lynn Young , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 46

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Froedge , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 47

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Glen Hurt , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 48

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from James Robert Flickinger , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 49

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Leonard Clifton Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 50

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Randy Nelson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 51

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Martin Farms, Inc. , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 52

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Alvin Barbee , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 53

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Joshua Brian Loftis , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 54

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donald Hawks , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 55

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Ross , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 56

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Doug Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 57

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Bragg , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 58

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Willard R. Odle , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 59

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Scott Christopher Cowles , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 60

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Darrell Lynn Wood , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 61</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Peggy Smith Carey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 62</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Ephriam Wilson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 63</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Michael Emberton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 64</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roger P. Burris , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 65

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Sanders , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 66

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Phillip L. Richey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 67

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Linda C. Wilson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 68

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Paul Milligan (Milligan Farms) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 69

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmy Manion , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 70

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmie Dale High (High & High) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 71

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charles Isenberg , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 72

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from James H. Gibson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 73

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Banks , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 74

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jesse Matthews , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 75

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Gary W. Campbell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 76

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William H. White , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 77

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Phillip Whitlow, of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 78

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Maydel Whitlow, of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 79

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Cowles, of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 80

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David Gordon, of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 81

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charles "C. W." Haines , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 82

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Hope , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 83

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Mitchell Kinser , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 84

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richie Melson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 85</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Dalton W Bragg , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 86</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Terry Joe Patton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 87</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmy Sapp , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 88</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donald Richard Lyle , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.