COUNT 89

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lawrence O. Richard , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 90

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Terry L. Williams , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 91

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Butch Gibson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 92

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jerry Herald , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

Page 24

## COUNT 93

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Woody , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 94

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lewis Randall Richard , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 95

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Forbis Farms , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 96

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John Thomas Sexton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 97

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kerry Gilley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 98

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Stokes Baird , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 99

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Frederick David Thomas , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 100

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William Eugene Pedigo , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 101</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roy Dee Blythe , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 102</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David Holley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 103</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jerel Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

<u>COUNT 104</u>

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jared Ross Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 105

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Floyd Haywood Marr , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 106

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Thomas J. Logsdon , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 107

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Ben Armstrong , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 108

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jackie Young , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 109

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, GRANT GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Worley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 110

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Carl Jeffries , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 111

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donna Sue Johnson (D & S Johnson Farms) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 112

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Randy Richey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 113

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Loyd Dale Page , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 114

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Andrew Arthur Sturdivant , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 115

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roger Turner , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 116

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Erik Paul Brown , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

Page 30

## COUNT 117

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Claude Jones , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 118

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Mark W. Shirley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 119

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Eddie Claywell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 120

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from C & C Farms , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 121

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Timothy Clay Slinker , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 122

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Turner , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 123

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roger Dale Thomas , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 124

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Wendy Cassell Chapman , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 125

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Maxine Morgan Estate , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 126

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Marcia Cloyd , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 127

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Billy Neat , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 128

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jerry Bagby , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 129

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Arthur Lowhorn , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 130

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donnie Coomer , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 131

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Spencer Thompson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 132

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Avalon Russell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 133

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Joshua Pitcock , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 134

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jesse R. Brown , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 135

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Bryant , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 136

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Rodney & Judy Burgess , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 137

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Gregory Lynn Johnson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 138

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmy Harmon , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 139

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David Lynn Cassady , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 140

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William Kruizenga , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 141

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John C. Billingsley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 142

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Carrol Walden , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 143

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Doug Browning , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 144

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charlie Fisher , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 145

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Joyce or Paul Barnes , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 146

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lenny Asbury , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 147

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lenice H. Gibson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 148

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Boyd Copas , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 149

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Rachel Phelps , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 150

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Wayne Tibbits , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 151

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Fred L. Dickson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 152

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Billy Wayne Price , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 153

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William McClure , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 154

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Brystice Amanger Wright , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 155

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Wayne Carter , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

### COUNT 156

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charles Rush , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 157

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jeremy Coffey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 158

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David E. Read , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 159

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Dorinda Morrison , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 160

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kelly Jeffries , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 161

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Carolyn Bledsoe , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 162

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Danny Clifton Billingsley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 163

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Tate Myatt , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 164

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Elmer C. Rigdon , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 165

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from J. C. Willis , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 166

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from David Michael Burgess , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 167

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Allen B. Brown , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 168

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Russell Spradlin , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 169

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Timothy Jones , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 170

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Bobby Martin , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 171

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Rex Bunch , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 172

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Gerald Peterman , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

Page 44

COUNT 173

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Ronnie Geralds, of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.


A TRUE BILL

*Sheila Scott*

FOREPERSON

Witness:
Thomas P. Ginter, Investigator Kentucky
Office of the Attorney General

F. Todd Lewis
Thom A. Marshall
Jeffrey R. Prather
Assistant Attorneys General,
KRS Chapter 15

*September 22*, 20 11
RECEIVED FROM THE Foreperson of the Grand
Jury in their presence and filed in open Court. Attest:
Clerk,

By *Tommy A. Gamtt*  D.C. clerk


Bond Recommendations

THOMAS "TOMMY" P. GIBSON:    $ *840,000 joint & several*

STEPHEN MCDONALD:    $ *840,000 joint & several*

GRANT GIBSON:    $ *840,000 joint & several*

DARREN BRANGERS:    $ *840,000 joint & several*


*Sheila Scott*

FOREPERSON

Page 45

**Addendum to Grand Jury Report**

**Metcalfe County Grand Jury concluding September, 2011**

As part of the report of the Grand Jury for Metcalfe County which ended its term in September, 2011, we hereby state and report as follows: this jury heard evidence related to Eastern Livestock and its activities during at least 2009 to 2010, resulting in crimes in Metcalfe County. While this evidence lead to the indictment of Defendants TOMMY GIBSON, STEVE MCDONALD, GRANT GIBSON and DARREN BRANGERS, the jury hereby refers to the subsequent grand jury or juries all matters which may lead to the indictment of additional counts, or the indictment of other, so far unnamed, Defendants.

_Sheila Scott_
FOREPERSON

_9-22-2011_
DATE