UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In Re:
   Eastern Livestock Co., LLC
     SSN: NA     EIN: NA
   Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

  The Notice of Submission, which was filed on March 16, 2012, is deficient in the following respect(s):

    Required signature(s) missing.

  The above−cited deficiencies must be corrected by April 2, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

    IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: March 19, 2012                            KEVIN P. DEMPSEY, CLERK
                                                       U.S. BANKRUPTCY COURT