## Notice Recipients

District/Off: 0756–4        User: edixon        Date Created: 3/19/2012
Case: 10–93904–BHL–11        Form ID: SF00075        Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Terry E. Hall      terry.hall@faegrebd.com

TOTAL: 1