UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**JOINT MOTION TO EXTEND AND STAY CERTAIN DEADLINES IN CONTESTED MATTER INVOLVING TRUSTEE'S PURCHASE MONEY CLAIMS REPORT AND OBJECTIONS FILED BY JOPLIN REGIONAL STOCKYARDS**

James A. Knauer ("Trustee") and Joplin Regional Stockyards ("Joplin" and with the Trustee, the "Parties"), respectfully request that the Court extend and stay certain deadlines set forth in the *Order Granting Agreed Motion to Extend Deadlines in Agreed Scheduling Order on Contested Matter Involving Joplin's Reserved Objections to Trustee's Purchase Money Claims Report* (the "Scheduling Order") (Doc. No. 1010). The Parties state the following in support:

This contested matter involves the same or similar legal and factual issues raised in adversary proceeding no. 11-59093 – the "Texas Interpleader." Per the Court's Order on Trustee's Motion for Partial Summary Judgment (the "Constructive Trust Order") issued on February 10, 2012, defendants in that proceeding were given 90 days to conduct discovery and submit designations of evidence and additional briefs in opposition to the portions of the Trustee's motion for partial summary judgment concerning the classification of Eastern Livestock under the PSA. *See Constructive Trust Order* at 20, Doc. No. 379, AP No. 11-59093.

Because of the overlap in the issues and the likelihood that the Court's decision on those matters pending in the Texas Interpleader will affect the Parties' positions, settlement negotiations, and scope of discovery in this contested matter, the Parties seek to reset certain deadlines contained in the Scheduling Order. Specifically, the Parties request the following: (1)

that the deadline by which depositions shall be completed, currently set for March 19, 2012, be extended to May 10, 2012, to coincide with the 90-day discovery period in the Texas Interpleader that was established by the Court's Constructive Trust Order; (2) that the deadline by which the Parties shall file with the Court a stipulation of material facts not in dispute and a notice identifying their suggested fact and legal issues to be decided by the Court, currently set for April 2, 2012, be stayed pending the Court's ruling on the Trustee's motion in the Texas Interpleader; and  (3) that the dispositive motion deadline, currently set for May 4, 2012, be stayed pending the Court's ruling on the Trustee's motion in the Texas Interpleader.

Following the Court's ruling on the deferred portions of the Trustee's motion for partial summary judgment in the Texas Interpleader, the Parties will confer and file a proposed schedule re-establishing the deadlines for this contested matter, including deadlines for any remaining discovery, filing stipulated facts and identification of issues, and dispositive motions.

WHEREFORE, the Parties respectfully request that the Court enter an order resetting the deadlines contained in the Scheduling Order as requested herein and granting the Parties all other appropriate relief.

BDDB01 9172856v1

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


By: /s/ Harmony Mappes


Kevin Toner (#11343-49)                               *Counsel for James A. Knauer, Chapter 11 Trustee*
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com


BINGHAM GREENEBAUM DOLL LLP


By:    /s/ Ivana B. Shallcross

John W. Ames                                          *Counsel for Joplin Regional Stockyards*
C.R. Bowles
Christie Moore
Steven A. Brehm
Ivana B. Shallcross
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40402
james@bgdlegal.com
cbowles@bgdlegal.com
cmoore@bgdlegal.com
sbrehm@bgdlegal.com
ishallcross@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2012, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
james@bgdlegal.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

C. R. Bowles, Jr
cbowles@bgdlegal.com

Jeffrey R. Erler
jeffe@bellnunnally.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ishallcross@bgdlegal.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Robert H. Foree
robertforee@bellsouth.net

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@binghammchale.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
matt.ochs@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Susan K. Roberts
skr@stuartlaw.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
jnstine@vorys.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Amelia Martin Adams
aadams@dlgfirm.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Jason W. Cottrell
jwc@stuartlaw.com

Robert A. Bell
rabell@vorys.com

James E. Rossow
jim@rubin-levin.net

James B. Lind
jblind@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

Steven A. Brehm
sbrehm@ bgdlegal.com

Anthony G. Raluy
traluy@fbhlaw.net

Christopher E. Baker
cbaker@hklawfirm.com

James M. Carr
james.carr@faegrebd.com

Jack S. Dawson
jdawson@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

Terry E. Hall
terry.hall@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Erick P. Knoblock
eknoblock@daleeke.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Christie A. Moore
cmoore@ bgdlegal.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Eric C. Redman
ksmith@redmanludwig.com

Joe T. Roberts
jratty@windstream.net

Joseph H. Rogers
jrogers@millerdollarhide.com

James E. Smith
jsmith@smithakins.com

Robert K. Stanley
robert.stanley@faegrebd.com

Andrew D. Stosberg
astosberg@lloydmc.com

Kevin M. Toner
kevin.toner@faegrebd.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrea L. Wasson
andreawassonatty@gmail.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Eric W. Richardson
ewrichardson@vorys.com

I further certify that on March 20, 2012, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Ashley S. Rusher
asr@blancolaw.com

Darla J. Gabbitas
darla.gabbitas@moyewhite.com

/s/ Harmony Mappes

BDDB01 9172856v1