**SO ORDERED: March 20, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR TWO DAY EXTENSION OF TIME
TO FRIDAY, MARCH 16, 2012 TO FILE 11 U.S.C. §1106(a) REPORT**

This matter is before the Court upon the *Trustee's Motion for Two Day Extension of Time to Friday, March 16, 2012 to File 11 U.S.C. § 1106(a) Report* [Dock. No. 1090] ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that

The Trustee's deadline to file the 11 U.S.C. §1106(a) report is hereby extended through and including March 16, 2012.

### ###