**SO ORDERED: March 22, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND AND STAY CERTAIN DEADLINES IN CONTESTED MATTER INVOLVING TRUSTEE'S PURCHASE MONEY CLAIMS REPORT AND OBJECTIONS FILED BY JOPLIN REGIONAL STOCKYARDS**

This matter is before the Court upon the *Joint Motion To Extend And Stay Certain Deadlines In Contested Matter Involving Trustee's Purchase Money Claims Report And Objections Filed By Joplin Regional Stockyards* [Dock. No. 1101] ("Motion")[1], and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that:

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The deadline by which depositions shall be completed, currently set for March 19, 2012, is extended to May 10, 2012, to coincide with the 90-day discovery period in the Texas Interpleader that was established by the Court's Constructive Trust Order;

2. The deadline by which the Parties shall file with the Court a stipulation of material facts not in dispute and a notice identifying their suggested fact and legal issues to be decided by the Court, currently set for April 2, 2012, is stayed; and

3. The dispositive motion deadline, currently set for May 4, 2012, is stayed.

###