Exhibit A

# INVOICE AND SECURITY AGREEMENT

DATE Oct 2, 2010

INVOICE NO. 290837

# Eastern Livestock Co., LLC

SOLD TO: Corey Kay

SHIP TO: 

Address: 

Address: 

City-State-Zip: Coldwater, Ks

City-State-Zip: 

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 55 | Steers | 32105 | 584 · 9882 | 31,726.16 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 55 |  |  |  |
|  |  |  |  |  |
|  | KRM | 10/2/10 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: Trinell

FROM: Ed Edenott  X

COMMISSION: 

VETERINARY: 165.00

TRUCKING: 

OTHER: 

TOTAL: 31,891.16

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

10/2/10

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct. 6, 2010

INVOICE NO. 290853

# Eastern Livestock Co., LLC

SOLD TO: Corey Kay
Address:
City-State-Zip: Coldwater, KS

SHIP TO: Dennis Schroeder
Address:
City-State-Zip: Freedom, OK

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 44 | Steers | 25710 | 584.96 90 | 24912.99 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 44 |  |  |  |
|  |  |  |  |  |
|  | KRVC | 10/6/10 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTALS |  |  |  |  |

TRUCKER: g+g

FROM: Ed Edens IV
       x

COMMISSION:
VETERINARY: 132.00
TRUCKING:
OTHER: 25,044.99
TOTAL:

10/6/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 6, 2010

INVOICE NO. 290854

# Eastern Livestock Co., LLC

SOLD TO: Corey Kay
Address:
City-State-Zip: Coldwater, KS

SHIP TO: Dennis Schroeder
Address:
City-State-Zip: Freedom, OK

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 48 | Steers | 30670 | 639 •9390 | 28799.13 |
| | | 48 | | |
| | | [signature] 10/6/10 | | |

TOTALS

TRUCKER: g+g

FROM: Ed Edens IV
X

COMMISSION:
VETERINARY: 144 00
TRUCKING:
OTHER:
TOTAL: $28,943.13

10/6/10

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150

INVOICE AND SECURITY AGREEMENT

DATE Oct. 8, 2010

INVOICE NO. 290873

# Eastern Livestock Co., LLC

SOLD TO: Corey Kay
Address:
City-State-Zip: Coldwater, Ks

SHIP TO: Dennis Schroeder
Address:
City-State-Zip: Freedom, OK

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind   | Weight | Averages | Amount   |
|-------------|--------|--------|----------|----------|
| 56          | Steers | 36450  | 651 .9380| 34190.10 |
|             |        |        |          |          |
|             | 56     |        |          |          |
|             | Kropf  | 10/8/10|          |          |
| TOTALS      |        |        |          |          |

TRUCKER: Crouch

FROM: Ed Edens IV
x

COMMISSION:
VETERINARY: 168.00
TRUCKING:
OTHER:
TOTAL: 34,358.10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

10/8/10

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 8, 2010

INVOICE NO. 290874

# Eastern Livestock Co., LLC

SOLD TO: Corey Kay
Address:
City-State-Zip: Coldwater, KS

SHIP TO:
Address:
City-State-Zip: Freedom, OK

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind  | Weight | Averages | Amount   |
|-------------|-------|--------|----------|----------|
| 23          | Steer | 13405  | 583.9898 | 13268.27 |
|             |       |        |          |          |
|             |       |        |          |          |
|             |       |        |          |          |
|             |       |        |          |          |
|             | 23    |        |          |          |
|             |       |        |          |          |
|             | RRILL | 10/8/10|          |          |
|             |       |        |          |          |
|             |       |        |          |          |
| **TOTALS**  |       |        |          |          |

TRUCKER: Criswell

FROM: Ed Edenscott
X

COMMISSION:
VETERINARY: 69.00
TRUCKING:
OTHER:
TOTAL: 13337.27

10/8/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035