Exhibit A

# INVOICE AND SECURITY AGREEMENT

DATE: Oct 12, 2010

INVOICE NO. 290892

# Eastern Livestock Co., LLC

SOLD TO: de Maio Land + Cattle

Address: ___

City-State-Zip: Clovis, NM

SHIP TO: ___

Address: ___

City-State-Zip: ___

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 94 | Steers | 53260 | 567 • 108.48 | 57776.45 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 94 |  |  |  |
|  |  |  |  |  |
|  | RRM | 10/12/10 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTALS |  |  |  |  |

TRUCKER: LLT

FROM: Ed. Edens III
x

COMMISSION: ___
VETERINARY: ___
TRUCKING: ___
OTHER: ___
TOTAL: 57776.45

10/12/10

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE Oct-15, 2010　　　　　　　　　　　INVOICE NO. 290922

# Eastern Livestock Co., LLC

SOLD TO: dc Maioland Farm　　　　　　SHIP TO: _____

Address: _____　　　　　　　　　Address: _____

City-State-Zip: Clovis, NM　　　　　　　City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind  | Weight | Averages  | Amount   |
|-------------|-------|--------|-----------|----------|
| 86          | Steers| 49135  | 571·107⁴⁴ | 52,790.64|
|             |       |        |           |          |
|             |       |        |           |          |
|             |       |        |           |          |
|             |       |        |           |          |
|             | 56    |        |           |          |
|             |       |        |           |          |
|             | Kerens| 10/5/10|           |          |
|             |       |        |           |          |
|             |       |        |           |          |
|             |       |        |           |          |
| **TOTALS**  |       |        |           |          |

TRUCKER: Ledbetter

FROM: Ed Edens II
　　　　X

10/15/10

COMMISSION _____
VETERINARY _____
TRUCKING _____
OTHER _____
TOTAL  52,790.64

*Please Remit to:* EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE 1-4-11

INVOICE NO. 311469

# Eastern Livestock Co., LLC

SOLD TO: Demain Farm + Ranch
Address: 1198 CR T.
City-State-Zip: Clovis, NM 88101

SHIP TO: _____
Address: _____
City-State-Zip: Rfdw - 11-3-10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 92 | strs | 50,615 | 550-116.05 | 858,733.71 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 92 |  |  | x |  |
|  |  |  |  |  |
| (signature) 1-4-11 |  |  |  | 1-4-11 |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: D+M
O'Colme, MS    Reference date 11-3-10
FROM: Eastern Livestock / Er Edens

COMMISSION _____
VETERINARY _____
TRUCKING Dee
OTHER _____
TOTAL $58,733.71

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE 1-4-11

INVOICE NO. 311468

# Eastern Livestock Co., LLC

SOLD TO Demaio Farm & Ranch  SHIP TO Reference
Address 1198 CR T  Address Superior LS Lot #
City-State-Zip Clovis, NM 88101  City-State-Zip Ref date 5253
11-3-10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 164 | Strs | 96,321 | 587-116.05 | 111,780.52 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 164 |  |  | ✓ |  |
|  |  |  |  |  |
| Oak-Wen 1/4-11 |  |  |  | 1-4-11 |
| **TOTALS** |  |  |  |  |

TRUCKER: 2 Le Alester Trucks.
Oklahomans to Clovis Ref date 11-03-
FROM: Eastern Livestock/En Ellen

COMMISSION _____
VETERINARY _____
TRUCKING Del
OTHER _____
TOTAL $111,780.52

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035