Exhibit A

**INVOICE AND SECURITY AGREEMENT**

DATE: 10/27/10

INVOICE NO. 315116

# Eastern Livestock Co., LLC

SOLD TO: Kenny Ogden
Address: 1050 W Dade 72
City-State-Zip: Lockwood, MO 65682

SHIP TO: ___
Address: ___
City-State-Zip: ___

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 13 | STS | 9235 | 710/102.09 | 9,428.02 |
| | X | | 13 | |
| | | 10/27/10 | George [signature] | 10/27/10 |
| **TOTALS** | | | | |

TRUCKER: Ferrell Moore

FROM: Chad Schuchmann

COMMISSION: ___
VETERINARY: ___
TRUCKING: ___
OTHER: ___
TOTAL: ___

*Please Remit to:* EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: 10/19/10

INVOICE NO. 315690

# Eastern Livestock Co., LLC

SOLD TO: Kenny Ogden
Address: 1050 W Dade 72
City-State-Zip: Lockwood, MO 65682

SHIP TO: _____
Address: _____
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 200 | Stls | 117,290 | 586/107.70 | 126,321.33 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | X |  | 200 |  |
|  |  | 10/19/10 | Joyce Sam 10/19/10 |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: FOB

FROM: Chad Schuchmann

COMMISSION _____
VETERINARY _____
TRUCKING _____
OTHER _____
TOTAL _____

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE 10/27/10     INVOICE NO. 315117

# Eastern Livestock Co., LLC

SOLD TO: Kenny Doden
Address: 1050 W Dade 72
City-State-Zip: Rockwood, MO 65682

SHIP TO:
Address:
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 40 | Strs | 25665 | 642/104.11 | 26919.84 |
|  | X |  |  |  |
|  |  | 10/27/10 |  |  |
|  |  |  |  | 10/27/10 |
| TOTALS |  |  |  |  |

TRUCKER: Ferrell Moore
FROM: Chad Schuchmann

COMMISSION
VETERINARY
TRUCKING
OTHER
TOTAL

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE 10/20/10

INVOICE NO. 315559

# Eastern Livestock Co., LLC

SOLD TO: Kenny Ogden
Address: 1050 W Dade 72
City-State-Zip: Lockwood, MO 65682

SHIP TO:
Address:
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 79 | S&S | 51,370 | 650/106.58 | 54,750.15 |
| | X | | 79 | |
| | | 10/20/10 | Joyce Jamb 10/20/10 | |

**TOTALS**

TRUCKER:

FROM: Chad Schuckmann

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL:

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035