Exhibit A

# INVOICE AND SECURITY AGREEMENT

DATE 7/22/10                    INVOICE NO. 305401

# Eastern Livestock Co., LLC

SOLD TO Rawlsky Land + Cattle          SHIP TO _____

Address 30351 South 347 Road           Address _____

City-State-Zip Ramona, OK 74061        City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 102 | Hfrs | 51020 | 472/110.16 | 57224.04 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Y |  | 108 |  |
|  |  |  |  |  |
|  |  | 7/22/10 | George Funk | 7/22/10 |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: Southland                COMMISSION _____

                                  VETERINARY _____

                                  TRUCKING _____

FROM: Heart R Hdw                 OTHER _____

                                  TOTAL _____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
                   135 West Market
                   New Albany, IN 47150
                   812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: 7/16/10

INVOICE NO. 296446

# Eastern Livestock Co., LLC

SOLD TO: Resetsky Land + Cattle
Address: 50351 South 347 Rd
City-State-Zip: Pawnee, OK 74058

SHIP TO: ___
Address: ___
City-State-Zip: ___

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 90 | Hfrs | 42700 | 474/109.97 | 46,957.19 |
| 13 | Strs | 5685 | 437/108.94 | 6,193.25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | 103 |  |
|  |  | 7/16/10 | Joyce Jamil 7/16/10 |  |
|  |  |  |  |  |
| TOTALS 103 |  | 48,385 |  | 53,150.44 |

TRUCKER: Truman Statten

FROM: Grant P. Gibson

COMMISSION: ___
VETERINARY: ___
TRUCKING: ___
OTHER: ___
TOTAL: ___

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: 6/25/10

INVOICE NO. 295839

# Eastern Livestock Co., LLC

SOLD TO: Kentucky Equity Cattle
Address: [illegible]
City-State-Zip: [illegible] KY [illegible]

SHIP TO: _____
Address: _____
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 113 | Hfrs | 68,540 | 603/1076 | 56,593 |
|  | X |  |  |  |
|  |  |  | 113 |  |
|  |  | 6/25/10 |  |  |
|  |  |  |  |  |
| TOTALS |  |  |  |  |

TRUCKER: Williams Cattle

FROM: [illegible]

COMMISSION _____
VETERINARY _____
TRUCKING _____
OTHER _____
TOTAL _____

*Please Remit to:* EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035