Exhibit A

INVOICE AND SECURITY AGREEMENT

DATE 10-13-10    INVOICE NO. 315673

# Eastern Livestock Co., LLC

115

SOLD TO: Ron Shephard
Address: 80 Turner Rd
City-State-Zip: Creal Springs, IL 62922

SHIP TO: Joyce Paul 10/13/10
Address:
City-State-Zip: Boreville, AR

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 3 | #52-H | 1745 | 582/86.36 | 1506.99 |
| 4 | #63-H | 2765 | 691/83.67 | 2341.13 |
| 15 | #80-H | 12,815 | 854/84.95 | 10886.35 |
| 1 | #87-H | 1,220 | 1220/63.00 | 768.60 |
| 9 | #7-S | 6,560 | 729/91.00 | 5969.60 |
| 4 | #8-S | 3280 | 820/91.00 | 2984.80 |
| 1 | #9-S | 915 | 915/73.00 | 667.95 |
| 2 | #000-B | 1910 | 955/67.00 | 1279.70 |
| 22 | #522-B | 13,090 | 595/83.30 | 10,903.97 |
| 9 | #702-B | 6870 | 763/82.87 | 5693.17 |
| 5 | #900-S | 4,665 | 933/88.00 | 4105.20 |
| 33 | #601-B | 21,600 | 655/89.27 | 19,282.32 |
| 7 | HOG9 | 6555 | 936/70.00 | 4,588.50 |
| TOTALS 115 | | 83990 | | 70,978.28 |

TRUCKER: FOB

FROM: Grant P Gibson

COMMISSION:
VETERINARY:
X TRUCKING:
OTHER: 10/13/10
TOTAL:

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

# Eastern Livestock Co., LLC

**INVOICE AND SECURITY AGREEMENT**

**DATE** 10/20/10

**INVOICE NO.** 315556

81'

**SOLD TO:** Ron Shephard
**Address:** 80 Turner Rd
**City-State-Zip:** Creal Springs, IL 62922

**SHIP TO:**
**Address:** 10/20/10
**City-State-Zip:** Mowille, IL

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 4 | #52 H | 2,355 | 589 / 82.39 | 1,940.29 |
| 2 | #53 H | 1,130 | 565 / 79.60 | 899.48 |
| 4 | #63 H | 2,655 | 664 / 79.04 | 2,098.52 |
| 8 | #80 H | 6,750 | 844 / 85.99 | 5,804.33 |
| 2 | #87 H | 2,175 | 1088 / 70.92 | 1,542.51 |
| 1 | #HDHFR | 375 | 375 / 50.60 | 189.75 |
| 14 | #552 S | 8290 | 592 / 83.38 | 6,912.21 |
| 6 | #622 S | 3940 | 657 / 80.75 | 3,181.55 |
| 2 | #7 S | 1585 | 793 / 77.60 | 1,229.96 |
| 16 | #702 S | 12,165 | 760 / 82.35 | 10,017.88 |
| 14 | #000 S | 12150 | 868 / 73.88 | 8,976.92 |
| 1 | #HOL9 | 1020 | 1020 / 65.60 | 669.12 |
| 3 | #10 Cows | 3785 | 1262 / 86.00 | 3,255.10 |
| **TOTALS** 4 | #10X Cows | 4745 | 1186 / 85.00 | 4,033.25 |

**Totals** 81

**TRUCKER:** FOB    63,720

**COMMISSION** 50,750.37

**VETERINARY**

**TRUCKING**

**FROM:** Grant P. Gibson

**OTHER**

**TOTAL** 50,750.37

10/20/10

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: 10/27/10

INVOICE NO. 315126

# Eastern Livestock Co., LLC

SOLD TO: Ron Shephard
Address: 80 Turner Rd
City-State-Zip: Creal Springs, IL

SHIP TO:
Address:
City-State-Zip: Goreville, IL 62922

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 3 | #52 H. | 1730 | 577/87.90 | 1,520.67 |
| 1 | #53 H. | 555 | 555/86.58 | 480.52 |
| 6 | #63 H. | 3800 | 633/79.77 | 3,031.26 |
| 7 | #60 H. | 4490 | 641/94.87 | 4,259.67 |
| 2 | #70X H. | 1530 | 765/92.57 | 1,416.33 |
| 6 | #80 H. | 5170 | 862/86.41 | 4,467.40 |
| 2 | #87 H. | 1960 | 980/65.30 | 1,279.88 |
| X | | | 27 | |
| | | 10/27/10 | Joyce Farm 10/27/10 | |
| TOTALS 27 | | 19,235 | | 16,455.73 |

TRUCKER: FOB

FROM: Grant P. Gibson

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL:

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

# INVOICE AND SECURITY AGREEMENT

# Eastern Livestock Co., LLC

DATE: 10/27/10

INVOICE NO. 315125

53

SOLD TO: Ron Shephard
Address: 80 Turner Rd
City-State-Zip: Creal Springs, IL 62922

SHIP TO: Joyce Semb 10/27/10
Address:
City-State-Zip: Boville, IL

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind   | Weight | Averages   | Amount    |
|-------------|--------|--------|------------|-----------|
| 3           | #82 H. | 2820   | 940/70.04  | 1975.13   |
| 1           | #HOL9  | 955    | 955/62.58  | 597.64    |
| 2           | #000 S.| 1885   | 943/70.19  | 1323.09   |
| 8           | #503 S.| 4840   | 605/86.43  | 4183.22   |
| 7           | #552 S.| 4040   | 577/88.12  | 3560.05   |
| 1           | #602 S.| 670    | 670/83.58  | 559.99    |
| 3           | #7 S.  | 2275   | 758/90.21  | 2052.28   |
| 3           | #8 S.  | 2710   | 903/87.22  | 2363.67   |
| 24          | #702 S.| 17,910 | 746/84.84  | 15,194.85 |
| 1           | #900 S.| 1010   | 1010/88.58 | 894.66    |
| TOTALS 53   |        | 39,115 |            | 32,704.58 |

TRUCKER: FOB

FROM: Grant P. Gibson X

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL:

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

10/27/10

**INVOICE AND SECURITY AGREEMENT**

DATE 11/3/10

INVOICE NO. 314947

# Eastern Livestock Co., LLC

82

SOLD TO Ron Shephard
Address 80 Juna Rd
City-State-Zip Clear Springs, IL 62922

SHIP TO Joyce Lamb 11/3/10
Address
City-State-Zip Boneville, IL

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 8 | #52 Hfrs | 4595 | 574 / 86.81 | 3,988.72 |
| 5 | #63 Hfrs | 3325 | 665 / 79.08 | 2,629.41 |
| 8 | #87 Hfrs | 7805 | 976 / 73.96 | 5,772.58 |
| 22 | #532 Strs | 12,800 | 582 / 89.80 | 11,494.40 |
| 5 | #602 Strs | 3400 | 680 / 76.32 | 2,594.88 |
| 21 | #702 Strs | 15,890 | 757 / 84.13 | 13,368.26 |
| 3 | #800 Strs | 2550 | 850 / 69.01 | 1,774.33 |
| 2 | #1000 Strs | 2215 | 1108 / 86.00 | 1,904.90 |
| 6 | Hol 7 | 4455 | 743 / 76.06 | 3,388.48 |
| 2 | Hol 8 | 1825 | 913 / 71.00 | 1,295.75 |
| TOTALS 82 | | 58,860 | | 48,211.91 |

TRUCKER: FOB

FROM: Brent P. Wilson
X

COMMISSION
VETERINARY
TRUCKING
OTHER
TOTAL

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

11/3/10