Exhibit B



*Development Specialists, Inc.*

TO: Ron Shephard

FROM: Clare Pierce, on behalf of James A. Knauer,
Chapter 11 Trustee
Eastern Livestock Co., LLC

DATE: March 2, 2011

RE: Open invoices:

FAX: 618-996-2320

| | | | |
|---|---|---|---|
| RON SHEPHARD | 10/09/29 | 13296105 | 40,916.75 Diverted |
| RON SHEPHARD | 10/11/03 | 13314947 | 48,211.91 ✓ |
| RON SHEPHARD | 10/10/27 | 13315125 | 32,704.58 ✓ |
| RON SHEPHARD | 10/10/27 | 13315126 | 16,455.73 ✓ |
| RON SHEPHARD | 10/10/20 | 13315556 | 50,750.37 ✓ |
| RON SHEPHARD | 10/10/13 | 13315673 | 70,978.29 ✓ |

Dear Mr. Shephard,

Please call me concerning these open invoices. We must have proof of payment to the supplier, proof of payment to Eastern Livestock or a payment from you for these invoices (or some combination thereof).

812-949-9035
Clare Pierce