# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: edixon | Date Created: 3/28/2012 |
| Case: 10−93904−BHL−11 | Form ID: ntcts | Total: 132 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Amelia Martin Adams | aadams@dlgfirm.com |
| aty | Andrea L Wasson | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy | traluy@fbhlaw.net |
| aty | Bret S. Clement | bclement@acs−law.com |
| aty | C. R. Bowles, Jr | cbowles@bgdlegal.com |
| aty | Christie A. Moore | cm@gdm.com |
| aty | Christopher E. Baker | cbaker@hklawfirm.com |
| aty | Christopher M. Trapp | ctrapp@rubin−levin.net |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | David A. Laird | david.laird@moyewhite.com |
| aty | David Alan Domina | dad@dominalaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Deborah Caruso | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal | dustin.deneal@faegrebd.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Elliott D. Levin | robin@rubin−levin.net |
| aty | Elliott D. Levin | edl@rubin−levin.net |
| aty | Eric W. Richardson | ewrichardson@vorys.com |
| aty | Harmony A Mappes | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross | ishallcross@bgdlegal.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James B. Lind | jblind@vorys.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr. | jim@rubin−levin.net |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr | jim.carr@faegrebd.com |
| aty | Jason W. Cottrell | jwc@stuartlaw.com |
| aty | Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| aty | Jeffrey J. Graham | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel | jancel@taftlaw.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates | jyates@swlaw.com |
| aty | Jill Zengler Julian | Jill.Julian@usdoj.gov |
| aty | John Huffaker | john.huffaker@sprouselaw.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell−law.net |
| aty | John M. Rogers | johnr@rubin−levin.net |
| aty | John M. Thompson | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III | jrciii@acs−law.com |
| aty | John W Ames | james@bgdlegal.com |
| aty | Joshua N. Stine | kabritt@vorys.com |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring | lobring@msn.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kent A Britt | kabritt@vorys.com |
| aty | Kevin M. Toner | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher | kcrutcher@mcs−law.com |
| aty | Laura Day DelCotto | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant | courtmail@fbhlaw.net |
| aty | Mark A. Robinson | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson | msgiberson@vorys.com |
| aty | Meredith R. Thomas | mthomas@daleeke.com |
| aty | Michael W. McClain | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler | moyler@rwsvlaw.com |
| aty | Randall D. LaTour | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr | rabell@vorys.com |
| aty | Robert H. Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf−atty.com |
| aty | Sarah Stites Millspaugh | smillspaugh@hopperblackwell.com |

| | | |
|---|---|---|
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | mmcclain@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k−glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 85

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street   New Albany, IN 47150 |
| ptcrd | David L. Rings | 1288 Frontage Road   Russell Springs, KY 42642 |
| ptcrd | Southeast Livestock Exchange LLC | PO Box 1306   Waynesville, NC 28786 |
| ptcrd | Moseley Cattle Auction, LLC | 1044 Arlington Avenue   Blakely, GA 39823 |
| op | Elizabeth M. Lynch | Development Specialists, Inc.   6375 Riverside Drive   Suite 200   Dublin, OH 43017 |
| cr | First Bank and Trust Company, The | c/o Ayres Carr &Sullivan, P.C.   251 East Ohio Street, Suite 500   Indianapolis, IN 46204−2184 |
| cr | Republic Bank and Trust Company | 661 South Hurstbourne Parkway   Louisville, KY 40222 |
| cr | Gary S. Bell | PO Box 122   Edmonton, KY 42129 |
| op | National Cattlemen's Beef Association | c/o Alice Devine   6031 SW 37th St.   Topeka, KA 66610 |
| ptcrd | Southland Haulers, LLC | Howard &Myra Compton   P O Box 142   Bratley, AL 36009 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs   3087 Ervin Town Rd.   Castlewood, VA 24224 |
| ptcrd | Breeding Brothers | Attn: Wade Breeding   9440 Columbia Hwy.   Greensburg, KY 42743 |
| ptcrd | BBFarms | Attn: Keith Breeding   8090 Greensburg Road   Greensburg, KY 42743 |
| ptcrd | Jeremy Coffey | 6205 Greensburg Road   Columbia, KY 42728 |
| ptcrd | Brent Keith | 505 Marlo−Campbell Road   Columbia, KY 42728 |
| ptcrd | Dennis Neat | 6198 Burkesville Road   Columbia, KY 42728 |
| ptcrd | Billy Neat | 705 B. Neat Road   Columbia, KY 42728 |
| ptcrd | Jimmy Brummett | 7594 Hwy. 555   Glens Fork, KY 42741 |
| ptcrd | Mike Loy | 668 P.D. Pyles Road   Columbia, KY 42728 |
| ptcrd | Superior Livestock Auction, Inc. | 1155 North Colorado Ave.   Bush, CO 80723 |
| ptcrd | Gary S. Bell | P.O. Box 122   Edmonton, KY 42129 |
| op | David L. Abt | 210 N Main St   PO Box 128   Westby, WI 54667 |
| cr | Eddie Eicke | Eicke Ranch II   1188 County Rd 1202   Snyder, TX 79549 |
| cr | Heritage Feeders LP | c/o Crowe &Dunlevy   20 North Broadway   Suite 1800   Oklahoma City, ok 73102 |
| cr | Bobby Bynum | P. O. Box 43   Rankin, TX 79778 UNITED STATES |
| cr | Bill Davis | 7726 W. FM 2335   Christoval, TX 76935 UNITED STATES |
| cr | Johnny Mayo, Jr. | P. O. Box 317   Eldorado, TX 76936 UNITED STATES |
| cr | Frank Powell | 700 W. Denger   Midland, TX 79705 UNITED STATES |
| cr | Davis Quarter Horse | 7726 W. FM 2335   Christoval, TX 76935 UNITED STATES |
| cr | Tom Svoboda | 3065 AA Avenue   Herrington, KS 67449 UNITED STATES |
| cr | Bynum Ranch Co. | P. O. Box 104   Sterling City, TX 76951 UNITED STATES |
| cr | Florida Association Livestock Markets | P.O. Box 421929   Kissimmee, FL 34742−1929 |
| cr | Gene Shipman | 11401 E. Fm 1075   Happy, TX 79042 |
| cr | Gabriel Moreno | c/o Todd J. Johnston   McWhorter, Cobb &Johnson   1722 Broadway   Lubbock, TX 79401 |
| cr | Gabriel Moreno | c/o Timothy T. Pridmore   McWhorter, Cobb &Johnson   1722 Broadway   Lubbock, TX 79401 |
| cr | Estate of John S. Gibson, Anna Gayle Gibson, Execu | 13140 Nebo Rd   Providence, KY 42450 |
| cr | Gibson Farms. LLC | 13140 Nebo Rd.   Providence, KY 42450 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road   Carlisle, KY 40311 |
| cr | Phillip Taylor Reed | a/k/a Taylor Reed |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower   101 South Fifth Street   ?Louisville, KY 40202−3103 |
| cr | Todd Rosenbaum | P.O. Box 141   Glade Spring, VA 24340 |
| cr | Rosenbaum Feeder Cattle Company, LLC | P.O. Box 141   Glade Spring, VA 24340 |
| cr | Rex Elmore | 1817 Tobacco Road   Glasgow, KY 42141−8486 |
| cr | Lytle Street Development | c/o Edward C. Airhart   440 South Seventh Street   Louisville, KY 40203−1967 |
| cr | Cullman Stockyard, Inc. | c/o Thomas C. Scherer, Esq.   Bingham McHale LLP   2700 Market Tower   10 West Market Street   Indianapolis, IN 46204 |
| cr | Russell DeCordova d/b/a deCordova Cattle Company | c/o Jeffrey J. Graham   Taft Stettinius &Hollister LLP   One Indiana Square, Suite 3500   Indianapolis, IN 46204 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA   PO Drawer 25008   Winston−Salem, NC 27114−5008 |

TOTAL: 47

Case 10-93904-BHL-11    Doc 1112-2    Filed 03/27/12    EOD 03/27/12 10:18:09    Pg 3 of 3