UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EASTERN LIVESTOCK CO., LLC, | : | Case No.: 10-93904-BHL-11 |
| | : | |
| Debtor. | : | Hon. Basil H. Lorch III |
| | : | |

**<u>RESPONSE TO TRUSTEE'S MOTION FOR EXPEDITED TELEPHONE
CONFERENCE TO DISCUSS COMPLETION OF RULE 2004 EXAMINATIONS</u>**

Fifth Third Bank, N.A. ("Fifth Third") does not oppose the Motion for Expedited Telephone Conference to Discuss Completion of Rule 2004 Examinations [Doc. 1111] (the "Motion"), filed on March 26, 2012, by special counsel for the Trustee ("Special Counsel"). Fifth Third does, however, believe that some explanation is in order so that the Court may fully understand the context of—and the need for—the requested conference. Accordingly, Fifth Third states as follows:

1. On February 9, 2012, Special Counsel moved for Rule 2004 examinations of eleven current and former Fifth Third employees [Doc. 1022], and the Court granted that motion on February 15, 2012 [Doc. 1034]. Afterwards, Fifth Third agreed to produce a twelfth witness—a third party contractor who assisted Fifth Third in uncovering Eastern Livestock's fraudulent activity—and the Court issued a second order[1] reflecting that agreement as to the twelfth deponent on February 23, 2012 [Doc. 1062].

2. From February 23, 2012, to March 9, 2012—a period of just twelve business days—Fifth Third produced all twelve of the witnesses Special Counsel had identified. Upon

---

[1] The initial order was rescinded on February 17, 2012 [Doc. 1039].

-2-

completion of the final Rule 2004 examination on March 9, 2012, the scope of the Court's order authorizing Special Counsel to conduct Rule 2004 examinations had been exhausted.

3. Fed. R. Bankr. 2004 states that "*[o]n motion* of any party in interest, the court may order the examination of any entity." (Emphasis added). Fed R. Civ. P. 30, made applicable to these proceedings by Fed. R. Bankr. P. 7030, also requires a party to move for certain discovery. Indeed, Fed. R. Civ. P. 30(a)(2)(A)(i) requires a party to obtain leave of court to conduct *more than ten depositions*; Fed. R. Civ. P. 30(a)(2)(A)(ii) requires a party to obtain leave of court to depose a witness *a second time*; and Fed R. Civ. P. 30(d)(1) requires a party, where no stipulation exists, to obtain leave of court to exceed the limit of *one day of seven hours* per deposition.[2]

4. Despite these myriad obligations to seek leave of court, Special Counsel has persisted in his effort to obtain eight more depositions without filing a motion. Specifically, he wants to depose five new witnesses[3]—but Special Counsel has not obtained leave of court to do so as is required by Fed. R. Bankr. P. 2004 and Fed. R. Civ. P. 30(a)(2)(A)(i). And he wants to re-depose three witnesses, two of whom (Patty Voss and Anne Kelly) have already been deposed for a full seven hours—but Special Counsel has not obtained leave of court to do so as is required by Fed. R. Civ. P. 30(a)(2)(A)(ii) and 30(d)(1).

5. Fifth Third submits that Special Counsel ought not be permitted to take the additional examinations. Rule 2004 examinations "are not an unfettered and totally unqualified tool for 'fishing' for adverse information." *In re Strecker*, 251 B.R. 878, 880 (Bankr. D. Colo.

---

[2] The Court's Order Granting in Part and Continuing in Part Fifth Third's Motion to Limit Discovery or, Alternatively, for a Protective Order [Doc. 1051], entered on February 21, 2012, expressly adopted the limitation set forth in Fed. R. Civ. P. 30(d), stating that Special Counsel "shall be permitted one day of seven hours to complete the deposition of each witness he deposes."

[3] Special Counsel has added two additional witnesses since filing his Preliminary Report on March 16, 2012 [Doc. 1098], in which he made no mention of deposing Bill Hummel or a member of Fifth Third's IT department.

-3-

2000). Indeed, they "should not be so broad as to be more disruptive and costly to the party sought to be examined than beneficial to the party seeking discovery." *In re Deshetler*, 453 B.R. 295, 302 (Bankr. S.D. Ohio. 2011); *see In re Underwood*, 56 B.R. 635, 644-45 (Bankr. S.D. Ohio 2011) ("The proper scope of the examination is further limited by consideration of the costs and impact of the examination on the creditor to be examined.").

6.  In one case, *In re Texaco, Inc.*, 79 B.R. 551 (Bankr. S.D.N.Y. 1987)—at the time the largest bankruptcy filing in U.S. history with assets listed in excess of $18.3 billion—a party requested Rule 2004 examinations of eight of the debtor's employees. *Id.* at 555-56. The court, however, found that the proposed examination of eight witnesses was "overly burdensome," "disruptive," and "vexatious," and limited the Trustee to only *three* Rule 2004 examinations. *Id.* at 556. In this case, Special Counsel has already conducted *twelve* Rule 2004 examinations of Fifth Third witnesses, and the discovery that he proposes would raise that number to *twenty*— twice the number of depositions afforded for the full litigation of a case by Fed. R. Civ. P. 30.

7.  In addition, Special Counsel informed the Court in his March 16, 2012, Preliminary Report that his extensive investigation had already enabled him "to form a good understanding of ELC's banking practices during 2009 and 2010;" that Special Counsel's investigation had already "detailed a clear picture of the additional lending that ELC was requesting, the credit extensions it received, and the maturity of its revolving line of credit during September 2010;" and that he had already "***determined how and when Fifth Third began suspecting that ELC was conducting a complex check kite operation and at the same time misrepresenting accounts receivable and cattle inventories***." (Doc. 1098, ¶15 (emphasis added)).

-4-

8. Having already deposed twelve witnesses, reviewed more than 30,000 documents provided by Fifth Third, and reached so many material conclusions, Special Counsel's proposed discovery—including repeated depositions of certain witnesses, extensions of the seven-hour time limit imposed by the Federal Rules and this Court's order, and the addition of five new witnesses to raise the total deposition count to twenty—is not justified under Rule 2004. *See In re Ricker*, 2011 Bankr. LEXIS 5255, at *3 (Bankr. N.D. Ind. Nov. 1, 2011) (Rule 2004 examinations are not "vehicles by which parties can attempt to do a substantial portion of their discovery before initiating litigation."); *In re Underwood*, 56 B.R. at 645-46 (denying Rule 2004 examinations requests that "cross[ed] the line into the type of full scale investigation of a non-debtor's private affairs."); *In re Michalski*, 449 B.R. 273, 282 (Bankr. N.D. Ohio 2011) ("Inquiries that seek far-reaching information on policies and procedures of general application in the creditor's operation will require a correspondingly higher showing of good cause because they are inherently more intrusive and present a greater potential for abuse."); *In re Countrywide Home Loans*, 384 B.R. 373, 393-94 (Bankr. W.D.Pa. 2008) ("[W]hile Rule 2004 allows a fishing expedition to some extent, it may not be used as a device to launch into a wholesale investigation of a non-debtor's private business affairs."); *In re Perrotta*, 378 B.R. 27, 29 (Bankr. D.N.H. 2007) (denying trustee's motion for 2004 examinations as overly burdensome); *In re Texaco, Inc.*, 79 B.R. 551, 553 (Bankr. S.D.N.Y. 1987) (A 2004 "examination should not encompass matters that will be unduly burdensome to the [examinee] and duplicative of previously furnished information."); *In re GHR Energy Corp.*, 35 B.R. 534, 537 (Bankr. D. Mass. 1983) (limiting the scope of Rule 2004 examinations).

Respectfully submitted,

/s/ Randall D. LaTour
Randall D. LaTour (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Email: rdlatour@vorys.com

Kent A. Britt (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, Ohio 45202
Telephone: (513) 723-4488
Facsimile:  (513) 852-7818
Email: kabritt@vorys.com

*Attorneys for Fifth Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, a copy of the foregoing *Response to Trustee's Motion for Expedited Telephone Conference to Discuss Completion of Rule 2004 Examinations* was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

- David L. Abt    davidabt@mwt.net
- Amelia Martin Adams    aadams@dlgfirm.com
- John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
- Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Christopher E. Baker    cbaker@hklawfirm.com, thignight@hklawfirm.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
- Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com
- Lisa Koch Bryant    courtmail@fbhlaw.net
- James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com

- Deborah Caruso   dcaruso@daleeke.com, mthomas@daleeke.com
- Bret S. Clement   bclement@acs-law.com, sfinnerty@acs-law.com
- Jason W. Cottrell   jwc@stuartlaw.com
- Kirk Crutcher   kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
- Jack S Dawson   jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
- Dustin R. DeNeal   dustin.deneal@faegrebd.com, patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
- Laura Day DelCotto   ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina   dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon   ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl   tearl@rwsvlaw.com
- Shawna M Eikenberry   shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
- Jeffrey R. Erler   jeffe@bellnunnally.com
- Robert H. Foree   robertforee@bellsouth.net
- Sandra D. Freeburger   sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
- Peter M Gannott   pgannott@gannottlaw.com, ahanover@gannottlaw.com;mkeane@gannottlaw.com
- Melissa S. Giberson   msgiberson@vorys.com
- Jeffrey J. Graham   jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall   terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
- John David Hoover   jdhoover@hooverhull.com
- John Huffaker   john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter   jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe   jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
- James Bryan Johnston   bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston   tjohnston@mcjllp.com
- Jill Zengler Julian   Jill.Julian@usdoj.gov
- Edward M King   tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer   jak@kgrlaw.com, hns@kgrlaw.com
- James A. Knauer   jak@kgrlaw.com, hns@kgrlaw.com
- Erick P Knoblock   eknoblock@daleeke.com
- Theodore A Konstantinopoulos   ndohbky@jbandr.com
- Randall D. LaTour   RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird   david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind    jblind@vorys.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- James Edwin McGhee    mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
- William Robert Meyer    rmeyer@stites.com
- Sarah Stites Millspaugh    smillspaugh@hopperblackwell.com, mroth@hopperblackwell.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
- Walter Scott Newbern    wsnewbern@msn.com
- Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com
- Matthew J. Ochs    kim.maynes@moyewhite.com
- Michael Wayne Oyler    moyler@rwsvlaw.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
- Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Anthony G. Raluy    traluy@fbhlaw.net
- Jeffrey E. Ramsey    jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
- Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
- Eric W. Richardson    ewrichardson@vorys.com, bjtobin@vorys.com
- Joe T. Roberts    jratty@windstream.net
- Susan K. Roberts    skr@stuartlaw.com, lbt@stuartlaw.com
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net
- Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow    jim@rubin-levin.net, susan@rubin-

-8-

levin.net;ATTY_JER@trustesolutions.com
- Thomas C Scherer    mmcclain@bgdlegal.com
- Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
- James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith    wsmith@k-glaw.com, pballard@k-glaw.com
- Robert K Stanley    robert.stanley@FaegreBD.com
- Joshua N. Stine    kabritt@vorys.com
- Andrew D Stosberg    astosberg@lloydmc.com
- Meredith R. Thomas    mthomas@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
- Christopher M. Trapp    ctrapp@rubin-levin.net
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Andrea L Wasson    andrea@wassonthornhill.com
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White    swhite@hooverhull.com, vwilliams@hooverhull.com
- Jessica E. Yates    jyates@swlaw.com, jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
- James T Young    james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

/s/ Randall D. LaTour_____
Randall D. LaTour