SO ORDERED: March 27, 2012.

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR EXPEDITED TELEPHONE CONFERENCE REGARDING RULE 2004 EXAMINATIONS**

This matter comes before the Court on the Trustee's Motion requesting an expedited telephone conference to discuss the completion of 2004 examinations of certain former and current employees of Fifth Third Bank N.A..

The Court does now, therefore, **GRANT** the Trustee's Motion and does hereby schedule a telephonic conference on **Wednesday, March 28, 2012, at 1:00 p.m. [EDT]**. The Trustee shall initiate the conference call and provide Notice of dial-in instructions for all parties wishing to participate in the call.

###