## Notice Recipients

District/Off: 0756–4             User: edixon                  Date Created: 3/27/2012
Case: 10–93904–BHL–11            Form ID: pdfOrder             Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Sean T. White          swhite@hooverhull.com

TOTAL: 1