UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## NOTICE OF EXPEDITED TELEPHONE CONFERENCE TO DISCUSS COMPLETION OF RULE 2004 EXAMINATIONS

To:   All Counsel of Record

Please take notice that on **March 28, 2012 at 1:00 p.m. EDT**, a telephone conference will be held with the Court to discuss completion of Rule 2004 examinations of certain former and current employees of Fifth Third Bank, N.A.  To participate in the telephone conference, please call:  **(800) 423-1988; Participant Passcode is: 1574174**.

Respectfully submitted,

 /s/ *Sean T. White*
John David Hoover (#7945-49)
jdhoover@hooverhull.com
Sean T. White (#20428-49)
swhite@hooverhull.com
Hoover Hull LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Telephone: (317) 822-4400
Facsimile: (317) 822-0234

Special Counsel for James A. Knauer, Chapter 11 Trustee

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 27, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                                      /s/ *Sean T. White*

620589_1.DOCX/8728-1