# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 28, 2012 01:00 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | RHONDA ANDIS |
| **Reporter / ECR:** | NOT RECORDED |

## Matter:

Expedited Conference regarding Compleation of Rule 2004 Examinations and Response filed thereto [1111, 1114]

**R / M #:**   1,111 / 0

## Appearances:

James Knauer, Trustee
Sean White, for the Trustee
Randall LaTour, Fifth Third Bank
Eric Richardson, Fifth Third Bank
Kent Britt, Fifth Third Bank
Daniel Donnellon, , First Bank
John Carr, First Bank
John Rogers, Superior Livestock Auction
John Ames, Superior Livestock Auction, et al
Mike Oyler, Your Community Bank

## Proceedings:

*Telephonic Conference held.  Court authorizes additional depositions of Fifth Third Bank subject to specific limitations.  Mr. White to submit order.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**