UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| EASTERN LIVESTOCK CO., LLC | § § | CASE NO. 10-93904-BHL-11 |
| Debtor. | § | HON. BASIL H. LORCH, III |

| | | |
|---|---|---|
| FRIONA INDUSTRIES, LP, et al. | § § | |
| Plaintiff, | § § § | |
| v. | § § | AP NO. 11-59093 |
| EASTERN LIVESTOCK CO., LLC, *et al*. | § § § | |
| Defendants. | § § § | |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

TO:    ALL COUNSEL OF RECORD

Please take notice that Cactus Growers, Inc.'s Second Request for Production was served on Russell deCordova, Individually and d/b/a deCordova Cattle Co., LLC on March 28, 2012 by serving the following counsel in this matter:

Jerald I. Ancell
Jeffrey J. Graham
TAFT STETTINIUS & HOLLISTER, LLP
1 Indiana Square, Ste 3500
Indianapolis, IN 46204

Lewis T. Stevens
100 Throckmorton St., Ste. 700
Fort Worth, Texas 76102

Jeffrey R. Erler
BELL, NUNNALLY & MARTIN, L.L.P.
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204

Mr. Kevin Toner
Faegre, Baker & Daniels, LLP
200 N. Meridian Street, Suite 2700
Indianapolis, IN  45204

Mr. Randall LaTour
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH  43215

      DATED this 29th day of March, 2012.

                          Respectfully submitted,

                          John H. Lovell
                          TX SBN: 12609300
                          LOVELL, LOVELL, NEWSOM & ISERN, LLP
                          112 W. 8th Avenue, Suite 1000
                          Amarillo, Texas 79101-2314
                          Phone:  (806) 373-1515
                          Fax:  (806) 379-7176
                          E-mail: john@lovell-law.net

                          ATTORNEYS FOR PLAINTIFF CACTUS GROWERS, INC.

                          /s/ John Lovell

                          John H. Lovell

Notice of Service of Discovery Requests.wpd                       Page 2
L:\Paula\DATA\Cactus v. Eastern Livestock.5838\Bankruptcy - Eastern\ADVERSARY re Interpleader\MSJ -
DRAFTS\deCordova\Notice of Service of Discovery Requests.wpd

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2012, I caused a true and correct copy of the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court - Bankruptcy Court, Southern District of Indiana, using the electronic case filing system of the court and electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.


      /s/ John Lovell

      John H. Lovell