```
                        United States Bankruptcy Court
                         Southern District of Indiana
In re:                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                Chapter 11
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0756-4          User: edixon              Page 1 of 5              Date Rcvd: Mar 28, 2012
                              Form ID: ntcts            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2012.
ptcrd        +B&B Farms,    Attn: Keith Breeding,    8090 Greensburg Road,    Greensburg, KY 42743-9002
cr           +Bill Davis,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
ptcrd        +Billy Neat,    705 B. Neat Road,    Columbia, KY 42728-8500
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
ptcrd        +Breeding Brothers,    Attn: Wade Breeding,    9440 Columbia Hwy.,    Greensburg, KY 42743-9130
ptcrd        +Brent Keith,    505 Marlo-Campbell Road,    Columbia, KY 42728-5106
cr           +Bynum Ranch Co.,    P. O. Box 104,    Sterling City, TX 76951-0104,    UNITED STATES
cr           +Cullman Stockyard, Inc.,    c/o Thomas C. Scherer, Esq.,    Bingham McHale LLP,    2700 Market Tower,
               10 West Market Street,    Indianapolis, IN 46204-2982
op           +David L. Abt,    210 N Main St,    PO Box 128,    Westby, WI 54667-0128
ptcrd        +David L. Rings,    1288 Frontage Road,    Russell Springs, KY 42642-7871
cr           +Davis Quarter Horse,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
ptcrd        +Dennis Neat,    6198 Burkesville Road,    Columbia, KY 42728-8529
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
cr            Eddie Eicke,    Eicke Ranch II,    1188 County Rd 1202,    Snyder, TX 79549
op           +Elizabeth M. Lynch,    Development Specialists, Inc.,    6375 Riverside Drive,    Suite 200,
               Dublin, OH 43017-5045
cr           +Estate of John S. Gibson, Anna Gayle Gibson, Execu,    13140 Nebo Rd,    Providence, KY 42450-9606
cr            First Bank and Trust Company, The,    c/o Ayres Carr & Sullivan, P.C.,
               251 East Ohio Street, Suite 500,    Indianapolis, IN 46204-2184
cr            Florida Association Livestock Markets,    P.O. Box 421929,    Kissimmee, FL 34742-1929
cr           +Frank Powell,    700 W. Denger,    Midland, TX 79705-5319,    UNITED STATES
cr           +Gabriel Moreno,    c/o Timothy T. Pridmore,    McWhorter, Cobb & Johnson,    1722 Broadway,
               Lubbock, TX 79401-3093
cr           +Gabriel Moreno,    c/o Todd J. Johnston,    McWhorter, Cobb & Johnson,    1722 Broadway,
               Lubbock, TX 79401-3093
cr           +Gary S. Bell,    PO Box 122,    Edmonton, KY 42129-0122
cr           +Gene Shipman,    11401 E. Fm 1075,    Happy, TX 79042-3422
cr           +Gibson Farms. LLC,    13140 Nebo Rd.,    Providence, KY 42450-9606
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
cr           +Heritage Feeders LP,    c/o Crowe & Dunlevy,    20 North Broadway,    Suite 1800,
               Oklahoma City, ok 73102-9213
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
ptcrd        +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
ptcrd         Jimmy Brummett,    7594 Hwy. 555,    Glens Fork, KY 42741
cr           +Johnny Mayo, Jr.,    P. O. Box 317,    Eldorado, TX 76936-0317,    UNITED STATES
cr            Lytle Street Development,    c/o Edward C. Airhart,    440 South Seventh Street,
               Louisville, KY 40203-1967
ptcrd        +Mike Loy,    668 P.D. Pyles Road,    Columbia, KY 42728-9455
ptcrd        +Moseley Cattle Auction, LLC,    1044 Arlington Avenue,    Blakely, GA 39823-2362
op           +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128
cr           +Republic Bank and Trust Company,    661 South Hurstbourne Parkway,    Louisville, KY 40222-5079
cr            Rex Elmore,    1817 Tobacco Road,    Glasgow, KY 42141-8486
cr           +Rosenbaum Feeder Cattle Company, LLC,    P.O. Box 141,    Glade Spring, VA 24340-0141
cr           +Russell DeCordova d/b/a deCordova Cattle Company,    c/o Jeffrey J. Graham,
               Taft Stettinius & Hollister LLP,    One Indiana Square, Suite 3500,    Indianapolis, IN 46204-2023
ptcrd        #+Southeast Livestock Exchange LLC,    PO Box 1306,    Waynesville, NC 28786-1306
ptcrd        +Southland Haulers, LLC,    Howard & Myra Compton,    P O Box 142,    Bratley, AL 36009-0142
ptcrd        +Superior Livestock Auction, Inc.,    1155 North Colorado Ave.,    Bush, CO 80723-2901
cr           +Todd Rosenbaum,    P.O. Box 141,    Glade Spring, VA 24340-0141
cr           +Tom Svoboda,    3065 AA Avenue,    Herrington, KS 67449-5051,    UNITED STATES

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Mar 29 2012 00:08:55     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC 27114-5008
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Phillip Taylor Reed,   a/k/a Taylor Reed
ptcrd*       +Gary S. Bell,    P.O. Box 122,    Edmonton, KY 42129-0122
cr           ##+Bobby Bynum,    P. O. Box 43,    Rankin, TX 79778-0043,    UNITED STATES
                                                                                    TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0756-4          User: edixon              Page 2 of 5              Date Rcvd: Mar 28, 2012
                              Form ID: ntcts            Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0756-4           User: edixon                Page 3 of 5                   Date Rcvd: Mar 28, 2012
                               Form ID: ntcts              Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2012 at the address(es) listed below:

    Allen Morris  on behalf of Creditor Republic Bank and Trust Company amorris@stites.com,
     dgoodman@stites.com
    Amelia Martin Adams  on behalf of Creditor Alton Darnell dba Darnell Alton Barn
     aadams@dlgfirm.com
    Andrea L Wasson  on behalf of Creditor Lytle Street Development andrea@wassonthornhill.com
    Andrew D Stosberg  on behalf of Defendant Willie Downs astosberg@lloydmc.com
    Anthony G. Raluy  on behalf of Creditor Peoples Bank & trust Co. of Pickett County
     traluy@fbhlaw.net
    Bret S. Clement  on behalf of Creditor First Bank and Trust Company, The bclement@acs-law.com,
     sfinnerty@acs-law.com
    C. R. Bowles  on behalf of Creditor Joplin Regional Stockyards cbowles@bgdlegal.com,
     smays@bgdlegal.com;cjenkins@bgdlegal.com
    Charles R. Wharton  on behalf of U.S. Trustee U.S. Trustee Charles.R.Wharton@usdoj.gov,
     Charles.R.Wharton@usdoj.gov
    Christie A. Moore  on behalf of Counter-Defendant Superior Livestock Auction, Inc. cm@gdm.com,
     ljs2@gdm.com
    Christopher E. Baker  on behalf of Creditor Ozarks Regional Stockyard cbaker@hklawfirm.com,
     thignight@hklawfirm.com
    Christopher M. Trapp  on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
     ctrapp@rubin-levin.net
    Daniel J. Donnellon  on behalf of Creditor First Bank and Trust Company, The
     ddonnellon@ficlaw.com, knorwick@ficlaw.com
    David A. Laird  on behalf of Creditor Peoples Bank of Coldwater Kansas
     david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
    David Alan Domina  on behalf of Creditor Bellar Feed Lots, Inc. dad@dominalaw.com,
     KKW@dominalaw.com;efiling@dominalaw.com
    David L. Abt  on behalf of Other Professional David Abt davidabt@mwt.net
    David L. LeBas  on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc.
     dlebas@namanhowell.com, koswald@namanhowell.com
    Deborah Caruso  on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
     mthomas@daleeke.com
    Dustin R. DeNeal  on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
     patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com
    Edward M King  on behalf of Creditor Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
    Elliott D. Levin  on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
     robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
    Elliott D. Levin  on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
     edl@rubin-levin.net, atty_edl@trustesolutions.com
    Eric C Redman  on behalf of Defendant Bankfirst Financial Services ksmith@redmanludwig.com,
     kzwickel@redmanludwig.com;myecfmailrl@gmail.com
    Eric W. Richardson  on behalf of Creditor Fifth Third Bank ewrichardson@vorys.com,
     bjtobin@vorys.com
    Erick P Knoblock  on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
    Harmony A Mappes  on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
     judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
    Ivana B. Shallcross  on behalf of Creditor Joplin Regional Stockyards ishallcross@bgdlegal.com,
     smays@bgdlegal.com;tmills@bgdlegal.com
    Jack S Dawson  on behalf of Defendant Jane, LLC jdawson@millerdollarhide.com,
     jowens@millerdollarhide.com;receptionist@millerdollarhide.com
    James A. Knauer  on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com, hns@kgrlaw.com
    James A. Knauer  jak@kgrlaw.com, hns@kgrlaw.com
    James B. Lind  on behalf of Counter-Defendant Fifth Third Bank jblind@vorys.com
    James Bryan Johnston  on behalf of Creditor Bynum Ranch Co. bjtexas59@hotmail.com,
     bryan@ebs-law.net
    James E Rossow  on behalf of Counter-Defendant Superior Livestock Auction, Inc.
     jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
    James E. Smith  on behalf of Cross Defendant Diamond B Ranches jsmith@smithakins.com,
     legalassistant@smithakins.com
    James Edwin McGhee  on behalf of Creditor Vermilion Ranch Corporation mcghee@derbycitylaw.com,
     belliott@derbycitylaw.com;patenaude@derbycitylaw.com
    James M. Carr  on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
     sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com
    James T Young  on behalf of Intervenor Michael Walro james@rubin-levin.net,
     lemerson@rubin-levin.net;carmen@rubin-levin.net
    Jason W. Cottrell  on behalf of Creditor Rex Elmore jwc@stuartlaw.com
    Jay Jaffe  on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
     sarah.herendeen@faegrebd.com
    Jeffrey E. Ramsey  on behalf of Creditor Intrust Bank, NA jramsey@hopperblackwell.com,
     mhaught@hopperblackwell.com
    Jeffrey J. Graham  on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
     jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
    Jeffrey L Hunter  on behalf of Joined Party United States Department of Agriculture, Grain Ins
     jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
    Jeffrey R. Erler  on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
     jeffe@bellnunnally.com
    Jerald I. Ancel  on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
     jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

Case 10-93904-BHL-11    Doc 1120    Filed 03/30/12    EOD 03/31/12 00:48:58    Pg 4 of 6

```
District/off: 0756-4          User: edixon                Page 4 of 5           Date Rcvd: Mar 28, 2012
                              Form ID: ntcts              Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com,
           joyce.jenkins@dinslaw.com
          Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
           jmilelli@swlaw.com;docket_den@swlaw.com;mmccleery@swlaw.com
          Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
           Ins Jill.Julian@usdoj.gov
          Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
           jratty@windstream.net
          John Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
           lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
          John Frederick Massouh    on behalf of Counter-Defendant   Cactus Growers, Inc.
           john.massouh@sprouselaw.com
          John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net,
           susan@rubin-levin.net
          John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com,
           jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
           sfinnerty@acs-law.com
          John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com,
           ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
          Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
           lisahughes@givenspursley.com
          Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com
          Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
           judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
           lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
           jparsons@mcs-law.com;cmarshall@mcs-law.com
          Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
           ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
           courtmail@fbhlaw.net
          Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com,
           dalbers@vhrlaw.com
          Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
           laura@kentuckytrial.com
          Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
          Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
           pgannott@gannottlaw.com,  ahanover@gannottlaw.com;mkeane@gannottlaw.com
          Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
           robertforee@bellsouth.net
          Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
           erin.clogston@mcafeetaft.com
          Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
           sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
          Sarah Stites Millspaugh    on behalf of Creditor   Intrust Bank, NA smillspaugh@hopperblackwell.com,
           mroth@hopperblackwell.com
          Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
          Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com
          Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
          Steven A. Brehm    on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com,
           bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
          T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
           sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

```
District/off: 0756-4          User: edixon              Page 5 of 5              Date Rcvd: Mar 28, 2012
                              Form ID: ntcts            Total Noticed: 44


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. mmcclain@bgdlegal.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 98
```

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
121 W Spring St Rm 110  
New Albany, IN 47150

NTCTS (rev 01/2011)

In Re:
   Eastern Livestock Co., LLC  
   SSN: NA    EIN: NA  
   Debtor(s)

Case Number:  
**10−93904−BHL−11**

## NOTICE OF FILING OF TRANSCRIPT AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 12, 2012 was filed on March 27, 2012.

Parties have until April 3, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is April 17, 2012. Once a Request for Redaction is filed, the redacted transcript is due by April 27, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

J & J Court Transcribers, Inc.  
268 Evergreen Avenue  
Hamilton, NJ 08619  
609−586−2311

The transcript may be available on the Court's PACER site at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is June 25, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  March 28, 2012                    KEVIN P. DEMPSEY, CLERK  
                                              U.S. BANKRUPTCY COURT