# Notice Recipients

District/Off: 0756–4        User: edixon              Date Created: 4/2/2012
Case: 10–93904–BHL–11       Form ID: pdfOrder         Total: 1

**Recipients of Notice of Electronic Filing:**
aty        Sean T. White        swhite@hooverhull.com

TOTAL: 1