UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Comes now Hostetler & Kowalik, P.C. and Christopher E. Baker, and in support of the Motion informs the Court as follows:

1. Previously, the undersigned entered an Appearance and Notice of Intervention on behalf of Ozarks Regional Stockyard, a creditor in this proceeding.

2. Since the entry of the appearance, the matter for which the undersigned was retained has been completed.

3. The undersigned counsel notified Ozarks Regional Stockyard through its attorney in Springfield, Missouri of his intent to withdraw his representation in this matter on March 28, 2012. Since the email notification, there have been no developments which would change or modify the undersigned's withdrawal of representation.

WHEREFORE, Hostetler & Kowalik, P.C. and Christopher E. Baker respectfully request that their appearance be withdrawn in this matter on behalf of creditor Ozarks Regional Stockyard.

             HOSTETLER & KOWALIK, P.C.

            By: */s/ Christopher E. Baker*
              Christopher E. Baker
              Hostetler & Kowalik, P.C.
              101 West Ohio Street, Suite 2100
              Indianapolis, IN 46204
              Tel: (317) 262-1001 / Fax: (317) 262-1010
              Email: cbaker@hklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2012, a copy of the foregoing **MOTION TO WITHDRAW APPEARANCE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt – davidabt@mwt.net

Amelia Martin Adams – aadams@dlgfirm.com

John W Ames – james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel – jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

Christopher E. Baker – cbaker@hklawfirm.com, thignight@hklawfirm.com

T. Kent Barber – kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell – rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles – cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm – sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com; smays@bgdlegal.com

Kent A Britt – kabritt@vorys.com, cbkappes@vorys.com

Lisa Koch Bryant – courtmail@fbhlaw.net

James M. Carr – jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com; patricia.moffit@faegrebd.com

John R. Carr – jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso – dcaruso@daleeke.com, mthomas@daleeke.com

Bret S. Clement – bclement@acs-law.com, sfinnerty@acs-law.com

Jason W. Cottrell – jwc@stuartlaw.com

Kirk Crutcher – kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Jack S Dawson – jdawson@millerdollarhide.com, jowens@millerdollarhide.com; receptionist@millerdollarhide.com

Dustin R. DeNeal – dustin.deneal@faegrebd.com, patricia.moffit@faegrebd.com; sarah.herendeen@faegrebd.com

Laura Day DelCotto – ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina – dad@dominalaw.com, KKW@dominalaw.com; efiling@dominalaw.com

Daniel J. Donnellon – ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl – tearl@rwsvlaw.com

H&K184941v1

Shawna M Eikenberry – shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler – jeffe@bellnunnally.com

Robert H. Foree – robertforee@bellsouth.net

Sandra D. Freeburger – sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott – pgannott@gannottlaw.com, ahanover@gannottlaw.com; mkeane@gannottlaw.com

Melissa S. Giberson – msgiberson@vorys.com

Jeffrey J. Graham – jgraham@taftlaw.com, ECFClerk@taftlaw.com; krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall – terry.hall@faegrebd.com, sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com

John David Hoover – jdhoover@hooverhull.com

John Huffaker – john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com; rhonda.rogers@sprouselaw.com

Jeffrey L Hunter – jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe – jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston – bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston – tjohnston@mcjllp.com

Jill Zengler Julian – Jill.Julian@usdoj.gov

Edward M King – tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer – jak@kgrlaw.com, hns@kgrlaw.com

James A. Knauer – jak@kgrlaw.com, hns@kgrlaw.com

Erick P Knoblock – eknoblock@daleeke.com

Theodore A Konstantinopoulos – ndohbky@jbandr.com

Randall D. LaTour – RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird – david.laird@moyewhite.com, lisa.oliver@moyewhite.com; deanne.stoneking@moyewhite.com

David L. LeBas – dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin – robin@rubin-levin.net, edl@trustesolutions.com; edl@trustesolutions.net

Elliott D. Levin – edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis – kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com

James B. Lind – jblind@vorys.com

H&K184941v1

Karen L. Lobring – lobring@msn.com

John Hunt Lovell – john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes – harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com; sarah.herendeen@faegrebd.com

John Frederick Massouh – john.massouh@sprouselaw.com

Michael W. McClain – mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell – lisahughes@givenspursley.com

James Edwin McGhee – mcghee@derbycitylaw.com, belliott@derbycitylaw.com; patenaude@derbycitylaw.com

William Robert Meyer – rmeyer@stites.com

Sarah Stites Millspaugh – smillspaugh@hopperblackwell.com, mroth@hopperblackwell.com

Christie A. Moore – cm@gdm.com, ljs2@gdm.com

Allen Morris – amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse – judy.morse@crowedunlevy.com, ecf@crowedunlevy.com; donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern – wsnewbern@msn.com

Shiv Ghuman O'Neill – shiv.oneill@faegrebd.com

Matthew J. Ochs – kim.maynes@moyewhite.com

Michael Wayne Oyler – moyler@rwsvlaw.com

Ross A. Plourde – ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Wendy W Ponader – wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore – tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy – traluy@fbhlaw.net

Jeffrey E. Ramsey – jramsey@hopperblackwell.com, mhaught@hopperblackwell.com

Eric C Redman – ksmith@redmanludwig.com, kzwickel@redmanludwig.com; myecfmailrl@gmail.com

Eric W. Richardson – ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts – jratty@windstream.net

Susan K. Roberts – skr@stuartlaw.com, lbt@stuartlaw.com

Mark A. Robinson – mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers – Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

John M. Rogers – johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers – jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow – jim@rubin-levin.net, susan@rubin-levin.net; ATTY_JER@trustesolutions.com

Thomas C Scherer – mmcclain@bgdlegal.com

Ivana B. Shallcross – ishallcross@bgdlegal.com, smays@bgdlegal.com; tmills@bgdlegal.com

James E. Smith – jsmith@smithakins.com, legalassistant@smithakins.com

William E Smith – wsmith@k-glaw.com, pballard@k-glaw.com

Robert K Stanley – robert.stanley@FaegreBD.com

Joshua N. Stine – kabritt@vorys.com

Andrew D Stosberg – astosberg@lloydmc.com

Meredith R. Thomas – mthomas@daleeke.com

John M. Thompson – john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com, donna.hinkle@crowedunlevy.com

Kevin M. Toner – kevin.toner@faegrebd.com, judy.ferber@faegrebd.com; crystal.hansen@faegrebd.com

Christopher M. Trapp – ctrapp@rubin-levin.net

U.S. Trustee – ustpregion10.in.ecf@usdoj.gov

Andrea L Wasson – andrea@wassonthornhill.com

Stephen A. Weigand – sweigand@ficlaw.com

Charles R. Wharton – Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White – swhite@hooverhull.com, vwilliams@hooverhull.com

Jessica E. Yates – jyates@swlaw.com, jmilelli@swlaw.com; docket_den@swlaw.com;mmccleery@swlaw.com

James T Young – james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

I further certify that on April 10, 2012, a copy of the foregoing **MOTION TO WITHDRAW APPEARANCE** was mailed by first-class United States Mail, postage prepaid, and properly addressed to the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Adam R. Burrus
Fleeson Gooing Coulson & Kitch LLC
301 North Main Street
Suite 1900
Wichita, KS 67202

Ron C. Campbell
Fleeson, Gooing, Coulson & Kitch
125 North Market Street
Suite 1600
Wichita, KS 67201

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Road
Castlewood, VA 24224

David M. Jones
Sprouse, Shrader & Smith PC
P.O. Box 15008
Amarillo, TX 79105-5008

James Kilroy
Snell & Wilmer LLP
1200 17th Street
Suite 1900
Denver, CO 80202

Justice B. King
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth Street
P.O. Box 949
Topeka, KS 66601-0949

Thomas J. Lasater
301 North Main Street
Suite 1900
P.O. Box 997
Wichita, KS 67201

Terry L. Malone
Martin, Pringle, Oliver,
Wallace & Swartz LLP
100 North Broadway
Suite 500
Wichita, KS 67202

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th Street
Topeka, KA 66610

W. Scott Newbern
W. Scott Newbern, P.L.
2982 East Giverny
Tallahassee, FL 32309

Bryan K. Nowicki
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street
Suite 600
Madison, WI 53703

Mark A Rondeau
1321 Main Street
Suite 300
P.O. Drawer 1110
Great Bend, KS 67530

H&K184941v1

Ashley S. Rusher
Blanco Tackabery & Matamoros PA
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

Ann Ustad Smith
Michael Best & Friedrich
1 South Pinckney Street, #900
P.O. Box 1806
Madison, WI 53701

Kevin M. Toner
Baker & Daniels LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782

       */s/ Christopher E. Baker*
Christopher E. Baker
Hostetler & Kowalik, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
Tel: (317) 262-1001
Fax: (317) 262-1010
Email: cbaker@hklawfirm.com