SO ORDERED: April 11, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE

This matter came before the Court on a *Motion to Withdraw Appearance*. Having considered the Motion, the Court finds that it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Appearance of Hostetler & Kowalik, P.C. and Christopher E. Baker, on behalf of creditor Ozarks Regional Stockyard, is withdrawn and they are discharged of any further duties in the representation of creditor Ozarks Regional Stockyard in the above-captioned proceeding.

# # #