# Notice Recipients

District/Off: 0756−4         User: kgoss                     Date Created: 4/18/2012
Case: 10−93904−BHL−11        Form ID: SF00200                Total: 90

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer        | jak@kgrlaw.com |
| aty | Allen Morris           | amorris@stites.com |
| aty | Amelia Martin Adams    | aadams@dlgfirm.com |
| aty | Andrea L Wasson        | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy       | traluy@fbhlaw.net |
| aty | Bret S. Clement        | bclement@acs−law.com |
| aty | C. R. Bowles, Jr       | cbowles@bgdlegal.com |
| aty | Christie A. Moore      | cm@gdm.com |
| aty | Christopher M. Trapp   | ctrapp@rubin−levin.net |
| aty | Daniel J. Donnellon    | ddonnellon@ficlaw.com |
| aty | David A. Laird         | david.laird@moyewhite.com |
| aty | David Alan Domina      | dad@dominalaw.com |
| aty | David L. Abt           | davidabt@mwt.net |
| aty | David L. LeBas         | dlebas@namanhowell.com |
| aty | Deborah Caruso         | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal       | dustin.deneal@faegrebd.com |
| aty | Edward M King          | tking@fbtlaw.com |
| aty | Elliott D. Levin       | robin@rubin−levin.net |
| aty | Elliott D. Levin       | edl@rubin−levin.net |
| aty | Eric W. Richardson     | ewrichardson@vorys.com |
| aty | Harmony A Mappes       | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross    | ishallcross@bgdlegal.com |
| aty | James A. Knauer        | jak@kgrlaw.com |
| aty | James B. Lind          | jblind@vorys.com |
| aty | James Bryan Johnston   | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.    | jim@rubin−levin.net |
| aty | James Edwin McGhee, III| mcghee@derbycitylaw.com |
| aty | James M. Carr          | jim.carr@faegrebd.com |
| aty | Jason W. Cottrell      | jwc@stuartlaw.com |
| aty | Jeffrey E. Ramsey      | jramsey@hopperblackwell.com |
| aty | Jeffrey J. Graham      | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter       | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler       | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel        | jancel@taftlaw.com |
| aty | Jeremy S Rogers        | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates       | jyates@swlaw.com |
| aty | Jill Zengler Julian    | Jill.Julian@usdoj.gov |
| aty | John Huffaker          | john.huffaker@sprouselaw.com |
| aty | John David Hoover      | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell       | john@lovell−law.net |
| aty | John M. Rogers         | johnr@rubin−levin.net |
| aty | John M. Thompson       | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III      | jrciii@acs−law.com |
| aty | John W Ames            | james@bgdlegal.com |
| aty | Joshua N. Stine        | kabritt@vorys.com |
| aty | Judy Hamilton Morse    | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring       | lobring@msn.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kent A Britt           | kabritt@vorys.com |
| aty | Kevin M. Toner         | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis       | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher          | kcrutcher@mcs−law.com |
| aty | Laura Day DelCotto     | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant       | courtmail@fbhlaw.net |
| aty | Mark A. Robinson       | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs        | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson    | msgiberson@vorys.com |
| aty | Meredith R. Thomas     | mthomas@daleeke.com |
| aty | Michael W. McClain     | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler    | moyler@rwsvlaw.com |
| aty | Randall D. LaTour      | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr     | rabell@vorys.com |
| aty | Robert H. Foree        | robertforee@bellsouth.net |
| aty | Robert K Stanley       | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde        | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger   | sfreeburger@dsf−atty.com |
| aty | Sarah Stites Millspaugh| smillspaugh@hopperblackwell.com |
| aty | Sean T. White          | swhite@hooverhull.com |

| | | |
|---|---|---|
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 84

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | | |
| op | National Cattlemen's Beef Association | c/o Alice Devine | 6031 SW 37th St. | Topeka, KA 66610 | |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs | 3087 Ervin Town Rd. | Castlewood, VA 24224 | |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202–3103 | |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 | |

TOTAL: 6