```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                         Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                     Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-4         User: kgoss              Page 1 of 2         Date Rcvd: Apr 18, 2012
                             Form ID: SF00200         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2012.
cr            +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb           +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op            +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd         +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
               Topeka, KA 66614-5128
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: asr@btcmlaw.com Apr 18 2012 22:34:10     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC 27114-5008
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**                **Signature:**    _Joseph Speetjens_

```
District/off: 0756-4          User: kgoss              Page 2 of 2              Date Rcvd: Apr 18, 2012
                              Form ID: SF00200         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2012 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In Re:

Eastern Livestock Co., LLC
SSN: NA    EIN: NA
Debtor(s)

Case Number:
**10−93904−BHL−11**

## NOTICE

NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: Joint Motion for Authority to Extend and Stay Certain Deadlines in Contested Matter Involving Trustee's Purchase Money Claims Report and Objections Filed by Bluegrass Stockyards of Campbellsville, Bluegrass Stockyards of Richmond, and Piedmont Livestock Company filed by Amelia Martin Adams, Harmony A Mappes on behalf of Creditors Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Piedmont Livestock, Inc., Trustee James A. Knauer.

Dial in number will be provided for any party wishing to appear by phone. The dial in number is: DIAL IN: 1−888−399−7768 Participant code: 586676#.

Objections are due three (3) business days prior to hearing.

Date: April 23, 2012
Time: 10:00 AM EDT
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated: April 18, 2012

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT