# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 23, 2012 10:00 AM    NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matters:

1) Continued Status Hearing Re:    Emergency Motion to Seal Document In Reply To Trustee filed by Walter Scott Newbern III on behalf of Creditors Arcadia Stockyard, Daniel M. Byrd, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Eagle Bay, Inc., Florida Association Livestock Markets, Hardee Livestock Market, Inc., Madison County Livestock Market, Inc. d/b/a Townse, North Florida Livestock Market, Inc., Oak Lake Cattle Co., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Ron Sizemore Trucking, Inc., Sumter County Farmers Market, Inc  [1027] with a Response in Opposition to Motion to Seal Document filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank [1135]
**R / M #:**    0 /  0

2) Continued Status Hearing Re:    Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, For a Protective Order filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank [1005] with Objections filed by:    John M. Rogers on behalf of Creditor Joplin Regional Stockyards, Petitioning Creditor Superior Livestock Auction, Inc  [1021] ; by Walter Scott Newbern III on behalf of Creditors Arcadia Stockyard, Daniel M. Byrd, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Eagle Bay, Inc., Hardee Livestock Market, Inc., Madison County Livestock Market, Inc. d/b/a Townse, North Florida Livestock Market, Inc., Oak Lake Cattle Co., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Ron Sizemore Trucking, Inc., Sumter County Farmers Market, Inc.  [1024] and by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1025]
**R / M #:**    0 /  0

3) Hearing Re:    Motion to Extend Time to File Response to the Court's order of February 10, 2012 in Friona Industries, L.P. v. Eastern Livestock Co., LLC, Adv. Proc. No. 11-59093 and for Clarification of Deposition Discovery Protocol filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1126] with an Objection to Motion to Extend Time to File Miscellaneous Documents filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank  [1132]
**R / M #:**    0 /  0

4) Hearing Re:    Joint Motion for Authority to Extend and Stay Certain Deadlines in Contested Matter Involving Trustee's Purchase Money Claims Report and Objections Filed by Bluegrass Stockyards of Campbellsville, Bluegrass Stockyards of Richmond, and Piedmont Livestock Company filed by Amelia Martin Adams, Harmony A Mappes on behalf of Creditors Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Piedmont Livestock, Inc., Trustee James A. Knauer [1127]
**R / M #:**    0 /  0

### Appearances:

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11         MONDAY, APRIL 23, 2012 10:00 AM

In Court Appearances:
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
HARMONY MAPPES/KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
IVANA SHALLCROSS/C. R. BOWLES, ATTORNEY FOR GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RON P. REED, B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
JOHN W AMES, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, PHILLIP TAYLOR REED, RON P. REED, DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
LAURA DAY DELCOTTO, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
JOHN M. ROGERS, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, SUPERIOR LIVESTOCK AUCTION, INC.
CHRIS TRAPP, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, SUPERIOR LIVESTOCK AUCTION, INC.
WALTER SCOTT NEWBERN, ATTORNEY FOR ARCADIA STOCKYARD, CATTLEMEN'S LIVESTOCK MARKET, INC., COLUMBIA LIVESTOCK MARKET, INC.
JIM YOUNG - ATTORNEY FOR TRUSTEE, MICHAEL WALRO/EAST WEST TRUCKING CASE 10-93799

Phone Appearances:
SEAN T. WHITE, ATTORNEY FOR JAMES A. KNAUER
ELLIOTT D. LEVIN, ATTORNEY FOR SUPERIOR LIVESTOCK AUCTION, INC.
ERIC RICHARDSON, ATTORNEY FOR FIFTH THIRD
MEREDITH THOMAS - ATTORNEY FOR KATHRYN PRY, TRUSTEE IN GIBSON CASE  10-93867
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
JOHN CARR/BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
JASON W. COTTRELL, ATTORNEY FOR REX ELMORE
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
JESSICA E. YATES, ATTORNEY FOR CPC LIVESTOCK, LLC
TERRY HALL - ATTORNEY FOR TRUSTEE, JAMES KNAUER
JOHN MASSOUGH -  ATTORNEY FOR FRIONA INDUSTRIES, LP
PETER GANNOTT - ATTORNEY FOR LAUREL
ANDREW STOSBERG - ATTORNEY FOR WILLIE DOWNS
SANDRA FREEBURGER - ATTORNEY FOR ANNA GAYLE GIBSON

*Proceedings:*

* Disposition:  Hearing held.
(1 thru 4)   Court extends PASA (Packards and Stockyards Act) deadline to 8/15/12.   K. Toner to submit order.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**