UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | Case No.: 10-93904-BHL-11 |
| Debtors. |  |

### NOTICE OF 2004 EXAMINATION SCHEDULE

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2004, Sean T. White, Special Counsel for the Trustee James A. Knauer, shall conduct an examination of the following witnesses at the offices of Vorys, Sater, Seymour and Pease LLP, 301 East Fourth Street, Suite 3500, Great American Tower, Cincinnati, OH 45202, on May 4, 2012:

    9:30 a.m.        Anne Kelly

The examinations shall be conducted only by Special Counsel for the Trustee, Sean White, except to the extent he permits questions by Messrs. Daniel J. Donnellon and/or John M. Rogers. The examinations will be taken before a notary public or other officer duly authorized to administer oaths, and will be transcribed by a certified court reporter. Telephonic observation of the examinations shall be accessible via the following means:

    Telephonic Observation:  Dial #888-590-1240
                                      Participant Pass Code:  5137234019

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

2

          Respectfully submitted,

          /s/ *Sean T. White*
          John David Hoover (#7945-49
          Sean T. White (#20428-49)
          Hoover Hull, LLP
          111 Monument Cir Ste 4400
          Indianapolis, IN 46244
          Telephone: (317)-822-4400
          Facsimile: (317) 822-0234
          Email: swhite@hooverhull.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 30, 2012, a copy of the foregoing Motion was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

          /s/ *Sean T. White*
          Sean T. White

2