SO ORDERED: May 3, 2012.



*Basil H. Lorch III*
*(signature)*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND AND STAY CERTAIN DEADLINES IN CONTESTED MATTER INVOLVING TRUSTEE'S PURCHASE MONEY CLAIMS REPORT AND OBJECTIONS FILED BY BLUEGRASS STOCKYARDS OF CAMPBELLSVILLE, LLC, BLUEGRASS STOCKYARDS OF RICHMOND, LLC, AND PIEDMONT LIVESTOCK COMPANY, INC.**

This matter is before the Court upon the *Joint Motion To Extend And Stay Certain Deadlines In Contested Matter Involving Trustee's Purchase Money Claims Report And Objections Filed by Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards of Richmond, LLC, and Piedmont Livestock Company, Inc.* (Docket No. 1127) ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline by which depositions shall be completed, currently set for April 23, 2012, is extended to May 10, 2012, to coincide with the 90-day discovery period in the Texas Interpleader that was established by the Court's Constructive Trust Order, and shall be further automatically extended in accordance with any extensions of this 90-day period granted in subsequent Orders of this Court in the Texas Interpleader, or as may otherwise be agreed upon by the Parties;

2. The deadline by which the Parties shall file with the Court a stipulation of material facts not in dispute and a notice identifying their suggested fact and legal issues to be decided by the Court, currently set for May 7, 2012, is stayed; and

3. The dispositive motion deadline, currently set for May 30, 2012, is stayed.

###