Exhibit A

## CLOSING STATEMENT

Seller: James A. Knauer as chapter 11 trustee of Eastern Livestock Co., LLC

Purchaser: DaCo Farms, LLC

Property: 8394 Tandy Lane Road, Lanesville, IN

Closing Date: May 3, 2012

**Purchase Price:** $472,500.00

**Seller Charges (to be disbursed by Buyer at closing):**

| | |
|---|---|
| Survey Expense (payable to Paul Primavera & Assocs.) | $3,520.00 |
| 2011 Taxes (payable to Harrison County Treasurer) | $2,608.67 |
| Payment to Peoples Bank and Trust Company of Pickett County | $339,444.56 |
| (mortgage release to be delivered within 5 business days of receipt) | |

**Purchaser Credits:**

| | |
|---|---|
| Pro-rated 2012 taxes | $585.63 |
| Earnest Money (held by Ken Byrd Realty & Auction, Inc. to be applied against $45,000 Auctioneer's commission) | $47,250.00 |

**Net to Seller:** $79,091.14

For Seller:                                        For Purchaser:

EASTERN LIVESTOCK CO., LLC              DACO FARMS, LLC

By: _____              By: _____
Name: _____              Name: _____
Its: _____              Title: _____


PEOPLES BANK AND TRUST COMPANY OF PICKETT COUNTY

By: _*signature*_
Name: Anthony Raluy
Its: Attorney

## CLOSING STATEMENT

Seller: James A. Knauer as chapter 11 trustee of Eastern Livestock Co., LLC

Purchaser: DaCo Farms, LLC

Property: 8394 Tandy Lane Road, Lanesville, IN

Closing Date: May 3, 2012

**Purchase Price:** $472,500.00

**Seller Charges (to be disbursed by Buyer at closing):**

| | |
|---|---|
| Survey Expense (payable to Paul Primavera & Assocs.) | $3,520.00 |
| 2011 Taxes (payable to Harrison County Treasurer) | $2,608.67 |
| Payment to Peoples Bank and Trust Company of Pickett County (mortgage release to be delivered within 5 business days of receipt) | $339,444.56 |

**Purchaser Credits:**

| | |
|---|---|
| Pro-rated 2012 taxes | $585.63 |
| Earnest Money (held by Ken Byrd Realty & Auction, Inc. to be applied against $45,000 Auctioneer's commission) | $47,250.00 |

**Net to Seller:** $79,091.14

For Seller:                                      For Purchaser:

EASTERN LIVESTOCK CO., LLC           DACO FARMS, LLC

By: *(signature)*                                By: *DaCo Farms, LLC*
Name: JAMES KNAUER                       Name: *(signature)*
Its: Trustee                                       Title: MEMBER

PEOPLES BANK AND TRUST COMPANY OF PICKETT COUNTY

By: _____
Name: _____
Its: _____