Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**AFFIDAVIT OF KEN BYRD**

Ken Byrd, under penalty of perjury, says:

1. I am the President of Ken Byrd Realty & Auction, Inc. ("Ken Byrd Auction"), 1206 Herrington Street, Bowling Green, KY 42104. Ken Byrd Auction was hired by James A. Knauer as chapter 11 trustee (the "Trustee") of Eastern Livestock Co., LLC to conduct the auction sale of the real estate commonly referred to as 8394 Tandy Lane Road, Lanesville, Indiana (the "Real Estate").

2. The sale of the Real Estate closed on May 3, 2012 and funds were disbursed as set forth on the closing statement attached hereto as Exhibit 1.

3. Ken Byrd Auction received total compensation of $45,000 for its services in conducting the auction sale of the Real Estate. The $45,000 total compensation represents a 5% seller's commission of $22,500 and a 5% buyer's premium of $22,500. Ken Byrd Auction received no further compensation from the sale of the Real Estate.

I affirm under penalty of perjury that the foregoing statements are true.

By: _____
Ken Byrd, President
Ken Byrd Realty & Auction, Inc.

BDDB01 9240597v1