United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
    Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: oherit      Page 1 of 2      Date Rcvd: May 03, 2012  
                  Form ID: pdfOrder     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2012.
```
cr          +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb         +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op          +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd       +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op          +National Cattlemen's Beef Association,    c/o Alice Devine,    6031 SW 37th St.,
             Topeka, KA 66614-5128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com May 03 2012 23:18:51     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2012**                                 **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4          User: oherit              Page 2 of 2              Date Rcvd: May 03, 2012
                              Form ID: pdfOrder         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2012 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

**SO ORDERED: May 3, 2012.**



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND AND STAY CERTAIN
DEADLINES IN CONTESTED MATTER INVOLVING TRUSTEE'S
PURCHASE MONEY CLAIMS REPORT AND OBJECTIONS FILED BY BLUEGRASS
STOCKYARDS OF CAMPBELLSVILLE, LLC, BLUEGRASS STOCKYARDS OF
RICHMOND, LLC, AND PIEDMONT LIVESTOCK COMPANY, INC.**

This matter is before the Court upon the *Joint Motion To Extend And Stay Certain Deadlines In Contested Matter Involving Trustee's Purchase Money Claims Report And Objections Filed by Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards of Richmond, LLC, and Piedmont Livestock Company, Inc.* (Docket No. 1127) ("Motion"), and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline by which depositions shall be completed, currently set for April 23, 2012, is extended to May 10, 2012, to coincide with the 90-day discovery period in the Texas Interpleader that was established by the Court's Constructive Trust Order, and shall be further automatically extended in accordance with any extensions of this 90-day period granted in subsequent Orders of this Court in the Texas Interpleader, or as may otherwise be agreed upon by the Parties;

2. The deadline by which the Parties shall file with the Court a stipulation of material facts not in dispute and a notice identifying their suggested fact and legal issues to be decided by the Court, currently set for May 7, 2012, is stayed; and

3. The dispositive motion deadline, currently set for May 30, 2012, is stayed.

###