SO ORDERED: May 10, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH TRUSTEE MICHAEL J. WALRO**

This matter is before the Court on the *Motion To Approve Compromise And Settlement With Trustee Michael J. Walro* [Docket #1125] (the "Settlement Motion"). The Court, having considered the Settlement Motion and having found that adequate notice was provided and that no objection or request for further hearing was filed, and being duly advised in the premises, now finds that the proposed settlement (i) is in the best interests of the estate; (ii) provides tangible benefits to the estate and the creditors thereof; and (iii) should be approved. Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that the Settlement Motion is hereby approved. The Trustee is authorized to take any and all actions necessary to close the settlement set forth in the Settlement Motion.

###