UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | : | Case No.: 10-93904-BHL-11 |
| | : | |
| Debtors. | : | |
| | : | |

## <u>NOTICE OF 2004 EXAMINATION SCHEDULE</u>

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2004, Sean T. White, Special Counsel for the Trustee James A. Knauer, shall conduct an examination of the following witnesses at the offices of Vorys, Sater, Seymour and Pease LLP, 301 East Fourth Street, Suite 3500, Great American Tower, Cincinnati, OH 45202, on May 15, 2012:

8:30 a.m.              Doug Hoffner

The examination shall be conducted only by Special Counsel for the Trustee, Sean White, except to the extent he permits questions by Messrs. Daniel J. Donnellon and/or John M. Rogers. The examination will be taken before a notary public or other officer duly authorized to administer oaths, and will be transcribed by a certified court reporter.  Telephonic observation of the examination shall be accessible via the following means:

Telephonic Observation:  Dial #888-590-1240
Participant Pass Code:  5137234019

---

[1]   The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

Respectfully submitted,

/s/ *Sean T. White*
John David Hoover (#7945-49)
Sean T. White (#20428-49)
Hoover Hull, LLP
111 Monument Cir Ste 4400
Indianapolis, IN 46244
Telephone: (317)-822-4400
Facsimile: (317) 822-0234
Email: swhite@hooverhull.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, a copy of the foregoing Motion was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List:

/s/ *Sean T. White*
Sean T. White