UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | ) CASE NO. 10-93904-BHL-11 |
| | ) |
| DEBTOR. | ) |

**WITHDRAWAL OF PROOF OF CLAIM**

Comes now the Trustee, MICHAEL J. WALRO, by counsel, and hereby withdraws the Proof of Claim, filed on March 30, 2011, as Doc. 130, pursuant to the settlement with Trustee Knauer.

WHEREFORE, the Trustee, MICHAEL J. WALRO, requests that the Court allow the withdrawal of the Proof of Claim, filed on March 30, 2011, as Doc. 130.

RUBIN & LEVIN, P.C.

Attorneys for Trustee

By: /s/James T. Young
James T. Young, Atty. No. 13834-71
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue, Ste. 500
Indianapolis, IN  46204
317/634-0300; FAX 317/453-8613
james@rubin-levin.net

CERTIFICATE OF SERVICE

       I hereby certify that on May 16, 2012, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| Name | Email |
| --- | --- |
| United States Trustee | ustpregion10.in.ecf@usdoj.gov |
| Michael J. Walro | mwalro@madi.twcbc.com |
| Bret S. Clement | bclement@acs-law.com |
| John R. Carr III | jrciii@acs-law.com |
| James Knauer | jak@kgrlaw.com |
| Terry Hall | terry.hall@bakerd.com |
| Deborah Caruso | dcaruso@daleeke.com |
| Kim Lewis | kim.lewis@dinslaw.com |
| John Massouh | john.massouh@sprouselaw.com |
| Meredith Thomas | mthomas@daleeke.com |
| Charles R. Wharton | ustpregion10.in.ecf@usdoj.gov |
| Mark Robinson | mrobinson@vhrlaw.com |
| John Huffaker | john.huffaker@sprouselaw.com |
| John Hunt Lovell | john@lovell-law.net |
| Jesse Cook-Dubin | jcookdubin@vorys.com |
| Randall LaTour | rdlatour@vorys.com |
| Edward M. King | tking@fbtlaw.com |
| Robert Stanley | robert.stanley@bakerd.com |
| Daniel Donnellon | ddonnellon@ficlaw.com |
| Stephen Weigand | sweigand@ficlaw.com |
| Dustin DeNeal | dustin.deneal@bakerd.com |
| Sandra Freeburger | sfreeburger@dsf-atty.com |
| David M. Jones | bankruptcy.docs@sprouselaw.com |
| David L. Abt | davidabt@mwt.net |
| John W. Ames | wa@gdm.com |
| Christopher E. Baker | cbaker@hklawfirm.com |
| T. Kent Barber | kbarber@dlgfirm.com |
| C. R. Bowles | crb@gdm.com |
| Lisa Koch Bryant | courmail@fbhlaw.net |
| James M. Carr | james.car@bakerd.com |
| Kirk Crutcher | kcrutcher@mcs-law.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com |
| David Alan Domina | dad@dominalaw.com |
| Sarah Stites Fanzini | sfanzini@hopperblackwell.com |
| Robert H. Foree | robertforee@bellsouth.net |
| John David Hoover | jdhoover@hooverhull.com |
| James Bryan Johnston | bjtexas59@hotmail.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| Theodore A. Konstantinopoulos | ndohbky@jbandr.com |
| David A. Laird | david.laird@moyewhite.com |
| David L. LeBas | dlebas@namanhowell.com |
| Elliott D. Levin | robin@rubin-levin.net |
| Karen L. Lobring | lobring@msn.com |
| Michael W. McClain | mike@kentuckytrail.com |

| | |
|---|---|
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James Edwin McGhee, III | mcghee@derbycitylaw.com |
| William Robert Meyer | rmeyer@stites.com |
| Allen Morris | amorris@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Matthew J. Ochs | matt.ochs@moyewhite.com |
| Cathy S. Pike | cpike@weberandrose.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com |
| Wendy W. Ponader | wendy.ponader@bakerd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com |
| Jeffrey E. Ramsey | jramsey@hopperblackwell.com |
| Susan K. Roberts | skr@stuartlaw.com |
| Jeremy S. Rogers | Jeremy.Rogers@dinslaw.com |
| John M. Rogers | johnr@rubin-levin.net |
| Ashley S. Rusher | asr@blancolaw.com |
| Thomas C. Scherer | tscherer@binghammchale.com |
| Ivana B. Shallcross | ibs@gdm.com |
| William E. Smith, III | wsmith@k-glaw.com |
| Robert K. Stanley | robert.stanley@bakerd.com |
| John M. Thompson | john.thompson@crowedunlevy.com |
| Andrea L. Wasson | andreawassonatty@gmail.com |
| Sean T. White | swhite@hooverhull.com |
| Jessica E. Yates | jyates@swlaw.com |

I further certify that on May 16, 2012, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

East-West Trucking Co., LLC
135 West Market Street
New Albany, IN 47150

J&F Oklahoma Holdings, Inc.
c/o David L. LeBas
8310 N. Capital of Texas Hwy., Ste. 490
Austin, TX 78731

David M Jones on behalf of Plaintiff Friona Industries, LP
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

Gabriel Moreno
c/o McWhorter, Cobb & Johnson, LLP
1722 Broadway
P. O. Box 2547
Lubbock, TX 79408

Gene Shipman
11401 E. Fm 1075
Happy, TX 79042

Kevin M Toner on behalf of Counter-Claimant James Knauer
Baker & Daniels LLP
300 N Meridian Street Suite 2700
Indianapolis, IN 46204-1782

/s/ James T. Young
James T. Young

JTY/lle
G:\WP80\TRUSTEE\Walro\East-West Trucking Co LLC - 83344301\Eastern Livestock Adv Pro\Wdrwl POC.wpd