UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
Eastern Livestock Co., LLC                              Case Number:
 SSN: NA      EIN: NA                                   **10-93904-BHL-11**
Debtor(s)

**NOTICE OF CHANGE OF ADDRESS**

Comes now the National Cattlemen's Beef Association, an interested party in the above captioned matter, and submits the following change of address; telephone number, and email address.

1. Previous address was:
National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th Street
Topeka, Ks. 66610
Telephone: 785-273-5115
Email: allie@kla.org

2. New address is:
National Cattlemen's Beef Association
c/o Alice Devine
Devine & Donley, LLC
534 S. Ks. Ave., Suite 1420
Topeka, KS. 66603
Telephone: 785-246-8444 (office)
785-640-9992 (cell)
Email: allie@devineanddonley.com

WHEREFORE, the National Cattlemen's Beef Association requests all further communication be directed to the new address.

                                        NATIONAL CATTLEMEN'S BEEF ASSOCIATION
                                        By: _____
                                        Alice "Allie" Devine
                                        Devine & Donley, LLC
                                        534 S. Ks. Ave., Suite 1420
                                        Topeka, KS. 66603
                                        Telephone: 785-246-8444
                                        Email: allie@devineanddonley.com

## CERTIFICATE OF SERVICE

I hearby certify that on May 14, 2012, a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt – davidabt@mwt.net
Amelia Martin Adams – aadams@dlgfirm.com
John W. Ames – james@bdglegal.com, smays@bdglegal.com, tmills@bdglegal.com
Jerald I. Ancel – jancel@taftlaw.com, ecfclerk@taftlaw.com, krussell@taftlaw.com
Christopher E. Baker – cbaker@hklawfirm.com, thighnight@hklawfirm.com
T. Kent Barber – kbarber@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
Robert A. Bell – rabell@vorys.com dmchilelli@vorys.com
C.R. Bowles – cbowles@bdglegal.com , smays@bdglegal.com, cjenkins@bdglegal.com
Steven A. Brehm – sbrehm@bdglegal.com, bbaumgardner@bdglegal.com, smays@bdglegal.com
Kent A. Britt – kabritt@vorys.com, cbkappes@vorys.com
Lisa Koch Bryant – courtmail@fbhlaw.net
James M. Carr – jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com, patricia.moffitt@faegrebd.com
John R. Carr – jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso – dcaruso@daleeke.com, mthomas@daleeke.com
Bret S. Clement – bclement@acs-law.com, sfinnerty@acs-law.com
Jason W. Cottrell – jwc@stuartlaw.com
Kirk Crutcher – kcrutcher@mcs-law.com, jparsons@mcs-law.com, cmarsshall@mcs-law.com
Jack S. Dawson – jdawson@millerdollarhide.com, jowens@millerdollarhide.com, receptionist@millerdollarhide.com
Dustin R. DeNeal – dustin.deneal@faegrebd.com, patrica.moffit@faegrebd.com, sarah.herendeen@faegrebd.com
Laura Ray DelCotto – ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
David Alan Domina – dad@dominalaw.com, KKW@dominalaw.com, efiling@dominalaw.com
Daniel J. Donnellon – ddonnellon@ficlaw.com, knorwick@ficlaw.com
Trevor L. Earl – tearl@rwsvlaw.com
Shawna M. Eikenberry – shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Jeffrey R. Erler – jeffe@bellnunnally.com

Robert H. Foree – robertforee@bellsouth.net
Sandra D. Freeburger – sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
Peter M. Gannott – pgannott@gannottlaw.com, ahanover@gannottlaw.com, mkeane@gannottlaw.com
Melissa S. Giberson – msgiberson@vorys.com
Jeffrey J. Graham – jgraham@taftlaw.com, ECFClerk@taftlaw.com, krussell@taftlaw.com, aolave@taftlaw.com
Terry E. Hall – terry.hall@faegrebd.com, sharon.korn@faegrebd.com sarah.herendeed@faegrebd.com
John David Hoover – jdhoover@hooverhull.com
John Huffaker – john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com, rhondarogers@sprouselaw.com
Jeffrey L. Hunter – jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
Jay Jaffe – jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston – bjtexas59@hotmail.com, bryan@ebs-law.net
Jill Zengler Julian – jill.julian@usdoj.gov
Edward M. King – tking@fbtlaw.com, dgioffre@fbtlaw.com
James A. Knauer – jak@kgrlaw.com, hns@kgrlaw.com
Erick P. Knoblock – eknoblock@daleeke.com
Theodore A. Konstantinopoulos – ndohbky@jbandr.com
Randall D. LaTour – RDLatour@vorys.com, khedwards@vorys.com, bjtobin@vorys.com
David A. Laird – david.laird@moyewhite.com, lisa.oliver@moyewhite.com, deanne.stoneking@moyewhite.com
David L. Lebas – dlebas@namanhowell.com, koswald@namanhowell.com
Elliot D. Levin – edl@rubin-levin.net, atty_edl@trustesolutions.com
Kim Martin Lewis – kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com, patrick.burns@dinslaw.com
James B. Lind – jblind@vorys.com
Karen L. Lobring – lobring@msn.com
John Hunt Lovell – john@lovell-law.net, sabrian@lovell-law.net, shannon@lovell-law.net, paula@lovell-law.net
Harmony A. Mappes – harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh – john.massouh@sprouselaw.com
Michael W. McClain – mike@kentuckytrial.com, laura@kentuckytrial.com
Kelly Greene McConnell – lisahughes@givenspursley.com
James Edwin McGhee – mcghee@derbycitylaw.com, belliot@derbycitylaw.com, patenaude@derbycitylaw.com
William Robert Meyer – rmeyer@stites.com
Sarah Stites Millspaugh – smillspaugh@hopperblackwell.com, mroth@hopperblackwell.com
Christie A. Moore – cm@gdm.com, ljs2@gdm.com
Allen Morris – amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse – judy.morse@crowedunlevy.com, ecf@crowedunlevy.com, donna.hinkle@crowedunlevy.com, karol.brown@crowedunlevy.com
Walter Scott Newbern – wsnewbern@msn.com
Shiv Ghuman O'Neill – shiv.oneill@faegrebd.com
Matthew J. Ochs – kim.maynes@moyewhite.com
Michael Wayne Oyler – moyler@rwsvlaw.com
Ross A. Plourde – ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
Wendy W. Ponader – wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore – tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy – traluy@fbhlaw.com
Jeffrey E. Ramsey – jramsey@hopperblackwell.com, mhaught@hopperblackwell.com
Eric C. Redman – ksmith@redmanludwig.com, kzwickel@redmanludwig.com, myecfmailrl@gmail.com
Eric W. Richardson – ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts – jratty@windstream.net
Susan K. Roberts – skr@stuartlaw.com, lbt@stuartlaw.com
Mark A. Robinson – mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Jeremy S. Rogers – Jeremy.rogers@dinslaw.com, joyce.jenkins@dinslaw.com
John M. Rogers – johnr@rubin-levin.net, susan@rubinlevin.net
Joseph H. Rogers – jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E. Rossow – jim@rubin-levin.net, susan@rubin-levin.net, ATTY-JER@trustesolutions.com
Thomas C. Scherer – mmcclain@bgdlegal.com
Ivana B. Shallcross – ishallcross@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com
James E. Smith – jsmith@smithakins.com, legalassistant@smithakins.com
William E. Smith – wsmith@k-glaw.com, pballard@k-glaw.com
Robert K. Stanley – Robert.stanley@faegrebd.com
Joshua N. Stine – kabritt@vorys.com
Andrew D. Stosberg – astosberg@lloydmc.com
Meredith R. Thomas – mthomas@daleeke.com
John M. Thompson – john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com, donna.hinkle@crowedunlevy.com
Kevin M. Toner – kevin.toner@faegrebd.com, judy.ferber@faegrebd.com, crystal.hansen@faegrebd.com
Christopher M. Trapp – ctrapp@rubin.levin.net
U.S. Trustee – ustpregion10.in.efc@usdoj.gov
Andrea L. Wasson – andrea@wassonthornhill.com
Stephen A. Weigand – sweigand@ficlaw.com
Charles A. Wharton – Charles.r.wharton@usdoj.gov
Sean T. White – swhite@hooverhull.com, vwilliams@hooverhull.com

Jessica E. Yates – jyates@swlaw.com, jmilelli@swlaw.com, docket.den@swlaw.com, mmccleery@swlaw.com
James T. Young – james@rubin-levin.net, lemerson@rubin-levin.net, carmen@rubin-levin.net

I further certify that on May 14, 2012, a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was mailed by first-class United States Mail, postage prepaid, and properly address to the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Adam R. Burrus
Fleeson Gooing Coulson & Kitch
301 North Main Street
Suite 1900
Wichita, KS 67202

Ron C. Campbell
Fleeson, Gooing, Coulson & Kitch
125 North Market Street
Suite 1600 Wichita, KS 67201

Greenbaun Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Road
Castlewood, VA 24224

David M. Jones
Sprouse, Shrader & Smith PC
P.O. Box 15008
Amarillo, TX 79105-5008

James Kilroy
Snell & Wilmer LLP
1200 17th Street
Suite 1900
Denver, CO 80202

Justice B. King
Fisher, Patterson, Sayler & Smith
3550 SW Fifth Street
P.O. Box 949
Topeka, KS 66601-0949

Thomas J. Lasater
301 North Main Street
Suite 1900
P.O. box 997
Wichita, KS 67201

Terry L. Malone
Martin, Pringle, Oliver, Wallace
& Swartz LLP
100 North Broadway
Suite 500
Wichita, KS 67202

W. Scott Newbern
W. Scott Newbern, P.L.
2982 East Giverny
Tallahassee, FL 32309

Bryan K. Nowicki
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street
Suite 600
Madison, WI 53703

Mark A. Rondeau
1321 Main Street
Suite 300
P.O. Drawer 1110
Great Bend, KS 67530

Ann Ustad Smith
Michael Best & Friedrich
1 South Pinckney Street, #900
P.O. Box 1806
Indianapolis, IN 46204-1782

Ashley S. Rusher
Blanco Tackaberry & Matamoros
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

Kevin M. Toner
Baker & Daniels LLP
300 North Meridian Street
Suite 2700
Madison, WI 53701

*/s/ Alice Devine*

Alice "Allie" Devine
Devine & Donley, LLC
534 S. Ks. Ave., Suite 1420
Topeka, KS. 66603
Telephone: 785-246-8444
Email: allie@devineanddonley.com