UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL BY REX ELMORE OF OBJECTIONS TO TRUSTEE'S PURCHASE MONEY CLAIMS REPORT, MOTION TO TRANSFER FUNDS AND NOTICE OF RELEASE OF PROCEEDS FROM ACCOUNT**

On May 23, 2011, James A. Knauer, the Chapter 11 Trustee appointed in this case ("Trustee"), by counsel, filed the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account (Docket No. 501). On June 17, 2011, Rex Elmore ("Elmore"), by counsel, filed his Objection to Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account ("Objection") (Docket No. 555). On August 1, 2011, Elmore, by counsel, filed his Supplemental Objection of Rex Elmore toTrustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account ("Supplemental Objection") (Docket No. 652). Elmore hereby withdraws his Objection and Supplemental Objection in full.

Respectfully submitted,

/s/ Jason W. Cottrell
Jason W. Cottrell, Atty No. 24837-09
Susan K. Roberts, Atty No. 10954-37
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902
Telephone:  (765) 423-1561
Facsimile:   (765) 742-8175
*Counsel for Rex Elmore*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and accurate copy of the foregoing has been forwarded to the following, via ECF Noticing System or United States mail, first class, postage prepaid, on the 23rd day of May, 2012:

| | | |
|---|---|---|
| **David L. Abt** <br> davidabt@mwt.net | **Amelia Martin Adams** <br> aadams@dlgfirm.com | **John W. Ames** <br> james@bgdlegal.com |
| **Jerald I. Ancel** <br> jancel@taftlaw.com | **T. Kent Barber** <br> kbarber@dlgfirm.com | **Robert A. Bell, Jr.** <br> rabell@vorys.com |
| **C. R. Bowles, Jr.** <br> cbowles@bgdlegal.com | **Steven A. Brehm** <br> sbrehm@bgdlegal.com | **Kent A. Britt** <br> kabritt@vorys.com |
| **Lisa Koch Bryant** <br> courtmail@fbhlaw.net | **James M. Carr** <br> jim.carr@faegrebd.com | **John R. Carr, III** <br> jrciii@acs-law.com |
| **Deborah Caruso** <br> dcaruso@daleeke.com | **Bret S. Clement** <br> bclement@acs-law.com | **Kirk Crutcher** <br> kcrutcher@mcs-law.com |
| **Dustin R. DeNeal** <br> dustin.deneal@faegrebd.com | **Laura Day DelCotto** <br> ldelcotto@dlgfirm.com | **David Alan Domina** <br> dad@dominalaw.com |
| **Daniel J. Donnellon** <br> ddonnellon@ficlaw.com | **Trevor L. Earl** <br> tearl@rwsvlaw.com | **Shawna M. Eikenberry** <br> shawna.eikenberry@faegrebd.com |
| **Jeffrey R. Erier** <br> jeffe@bellnunnally.com | **Robert H. Force** <br> robertforee@bellsouth.net | **Sandra D. Freeburger** <br> sfreeburger@dsf-atty.com |
| **Melissa S. Giberson** <br> msgiberson@vorys.com | **Jeffrey J. Graham** <br> jgraham@taftlaw.com | **Terry E. Hall** <br> terry.hall@faegrebd.com |
| **John David Hoover** <br> jdhoover@hooverhull.com | **John Huffaker** <br> john.huffaker@sprouselaw.com | **Jeffrey L. Hunter** <br> jeff.hunter@usdoj.gov |
| **James Bryan Johnston** <br> bjtexas59@hotmail.com | **Todd J. Johnston** <br> tjohnston@mcjllp.com | **Jill Zengler Julian** <br> Jill.Julian@usdoj.gov |
| **Edward M. King** <br> tking@fbtlaw.com | **James A. Knauer** <br> jak@kgrlaw.com | **Theodore A. Konstantinopoulos** <br> ndohbky@jbandr.com |
| **Randall D. LaTour** <br> RDLatour@vorys.com | **David A. Laird** <br> daivd.laird@moyewhite.com | **David L. LeBas** <br> dlebas@namanhowell.com |
| **Elliott D. Levin** <br> edl@rubin-levin.net | **Kim Martin Lewis** <br> kim.lewis@dinslaw.com | **James B. Lind** <br> jblind@vorys.com |
| **Karen L. Lobring** <br> lobring@msn.com | **John Hunt Lovell** <br> john@lovell-law.net | **Harmony A. Mappes** <br> harmony.mappes@faegrebd.com |

| | | |
|---|---|---|
| **John Frederick Massouh** <br> john.massouh@sprouselaw.com | **Michael W. McClain** <br> mike@kentuckytrial.com | **Kelly Greene McConnell** <br> lisahughes@givenspursley.com |
| **James Edwin McGhee, III** <br> mcghee@derbycitylaw.com | **William Robert Meyer, II** <br> rmeyer@stites.com | **Sarah Stites Millspaugh** <br> smillspaugh@hopperblackwell.com |
| **Christie A. Moore** <br> cm@gdm.com | **Allen Morris** <br> amorries@stites.com | **Judy Hamilton Morse** <br> judy.morse@crowedunlevy.com |
| **Walter Scott Newbern, III** <br> wsnewbern@msn.com | **Matthew J. Ochs** <br> kim.maynes@moyewhite.com | **Michael Wayne Oyler** <br> moyler@rwsvlaw.com |
| **Ross A. Plourde** <br> ross.plourde@mcafeetaft.com | **Wendy W. Ponader** <br> wendy.ponader@faegrebd.com | **Timothy T. Pridmore** <br> tpridmore@mcjllp.com |
| **Anthony G. Raluy** <br> traluy@fbhlaw.net | **Eric W. Richardson** <br> ewrichardson@vorys.com | **Susan K. Roberts** <br> skr@stuartlaw.com |
| **Mark A. Robinson** <br> mrobinson@vhrlaw.com | **Jeremy S. Rogers** <br> Jeremy.Rogers@dinslaw.com | **John M. Rogers** <br> johnr@rubin-levin.net |
| **James E. Rossow, Jr.** <br> jim@rubin-levin.net | **Ashley S. Rusher** <br> asr@blancolaw.com | **Thomas C. Scherer** <br> tscherer@bgdlegal.com |
| **Ivana B. Shallcross** <br> ishallcross@bdglegal.com | **William E. Smith, III** <br> wsmith@k-glaw.com | **Robert K. Stanley** <br> robert.stanley@faegrebd.com |
| **Joshua N. Stine** <br> kabritt@vorys.com | **Meredith R. Thomas** <br> mthomas@daleeke.com | **John M. Thompson** <br> john.thompson@crowedunlevy.com |
| **Kevin M. Toner** <br> kevin.toner@faegrebd.com | **Christopher M. Trapp** <br> ctrapp@rubin-levin.net | **Andrea L. Wasson** <br> andrea@wassonthornhill.com |
| **Stephen A. Weigand** <br> sweigand@ficlaw.com | **Charles R. Wharton** <br> Charles.R.Wharton@usdoj.gov | **Sean T. White** <br> swhite@hooverhull.com |
| **Jessica E. Yates** <br> jyates@swlaw.com | | |

/s/ Jason W. Cottrell
JASON W. COTTRELL