UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al.,[1] | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**SPECIAL COUNSEL FOR THE TRUSTEE, JAMES A. KNAUER'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPORT REGARDING INVESTIGATION OF POTENTIAL CLAIMS AGAINST FIFTH THIRD BANK**

Special Counsel for the Chapter 11 Trustee, James A. Knauer, respectfully moves the Court for an enlargement of time to and including Tuesday, June 5, 2012, in which to file the Report of Special Counsel for the Trustee, James A. Knauer Regarding Investigation of Potential Claims Against Fifth Third Bank ("Report"). In support thereof, the Trustee states as follows:

1. Special Counsel filed its preliminary report on potential claims against Fifth Third Bank N.A. [Doc. # 1099] on March 16, 2012.

2. Special Counsel's Report is due on May 31, 2012, which time has not yet expired.

3. Special Counsel is working diligently to complete the Report, but needs additional time to confer with the Trustee to finalize the Report.

4. This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, James A. Knauer, Chapter 11 Trustee, by Special Counsel, respectfully requests the Court enter an order granting Special Counsel's Motion for an Enlargement of Time to File Report of Special Counsel for the Trustee, James A. Knauer Regarding Investigation of Potential Claims Against Fifth Third Bank to and including Tuesday, June 5, 2012 and for all other relief just and proper.

---

[1] The Debtor entities are Eastern Livestock Co., LLC and Okie Farms, L.L.C.

Respectfully submitted,

 /s/ *Sean T. White*
John David Hoover (#7945-49)
jdhoover@hooverhull.com
Sean T. White (#20428-49)
swhite@hooverhull.com
Hoover Hull LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Telephone: (317) 822-4400
Facsimile: (317) 822-0234

## CERTIFICATE OF SERVICE

 I hereby certify that on May 31, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

 /s/ *Sean T. White*

626353_1/8728-1