**SO ORDERED: June 4, 2012.**



_Basil H. Lorch III_ (signature)

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING SPECIAL COUNSEL FOR THE TRUSTEE, JAMES A. KNAUER'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPORT REGARDING INVESTIGATION OF POTENTIAL CLAIMS AGAINST FIFTH THIRD BANK**

This matter is before the Court on the Motion for an Enlargement of Time to File Report of Special Counsel for the Trustee, James A. Knauer Regarding Investigation of Potential Claims Against Fifth Third Bank [Docket No. 1161] (the "Motion"), filed by Special Counsel for the Trustee, James A. Knauer. The Court, after considering the Motion, now grants the relief requested by the Motion.

Therefore, IT IS HEREBY ORDERED THAT Special Counsel for the Trustee has to and including June 5, 2012 to file his report regarding the investigation of potential claims against Fifth Third Bank.

###