# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 6/4/2012 |
| Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Sean T. White   swhite@hooverhull.com

TOTAL: 1