# EXHIBIT A

**PREFERENCE ANALYSIS - SALEM LIVESTOCK**

| Check Date | Amount Paid | Cumulative Preference |
|---|---|---|
| 11/4/2010 | $54,946.86 | $54,946.86 |
|  | $54,946.86 | $54,946.86 |