UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

The *Trustee's Motion To Approve Settlement With Florida Creditors* (Docket No. 1157) (the "Motion") was filed with the Clerk of this Court by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), on May 17, 2012. Pursuant to the Motion, the Trustee requests that the Court approve a compromise and settlement of claims between the Trustee and the Florida Creditors and between the Florida Creditors and Fifth Third Bank.[1] To settle the Claims, the Florida Creditors will release the estate, the Trustee and Fifth Third Bank, withdraw their objections to the Trustee's May 23, 2011 purchase money claims report, withdraw their claims against the Debtor's estate, and consent to a final judgment and distribution of funds interpleaded in *Rush Creek Ranch LLP v. Eastern Livestock Co., LLC,* Adv. Pro. No. 11-59104. The Debtor's estate will receive and/or retain $100,098.51 and the Florida Creditors will receive and/or retain $277,702.82. You should refer to the Motion for specifics of the settlement. Copies of the Motion and settlement agreement are available via the Court's electronic PACER system and/or may be obtained from undersigned counsel.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before July 3, 2012.

The Court will hold a hearing on the Motion on:

Date: July 9, 2012
Time: 10:00 a.m. EDT
Place: 121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the Motion is on file with the Clerk's Office and is available for inspection upon request.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

9294933_1.DOC

Dated: June 5, 2012            Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Kevin M. Toner

*Counsel for James A. Knauer, Chapter 11 Trustee*

Kevin M. Toner (# 11343-49)
Shawna M. Eikenberry (# 21615-53)
Harmony Mappes (# 27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
shawna.eikenberry@faegrebd.com
harmony.mappes@faegrebd.com

9294933_1.DOC