**SO ORDERED: June 6, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2012)

In re:

**Eastern Livestock Co., LLC**,
　　　Debtor(s).

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on June 6, 2012, by Creditor First Bank and Trust Company, The.

**IT IS ORDERED** that the Motion for Emergency/Expedited Hearing is **GRANTED**.

###