UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Preliminary Expedited Hearing Re: Motion for Authority to Remove Publicly Filed Documents from Protective Order filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1165]

Date: June 11, 2012
Time: 10:00 AM EDT
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated: June 6, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court