# EXHIBIT A

PREFERENCE ANALYSIS - TENNESSEE VALLEY LIVESTOCK

| Check Number | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118622 | 08/31/10 | 09/01/10 | 09/08/10 | $42,300.79 | |
| 119726 | 09/14/10 | 09/14/10 | 09/21/10 | $5,482.20 | |
| 119814 | 09/14/10 | 09/15/10 | 09/21/10 | $23,086.88 | |
| 120407 | 09/21/10 | 09/21/10 | 10/05/10 | $22,453.24 | |
| 121069 | 09/28/10 | 09/28/10 | 10/05/10 | $45,880.02 | |
| 121632 | 10/05/10 | 10/05/10 | 10/13/10 | $31,173.28 | |
| 122145 | 10/12/10 | 10/12/10 | 10/19/10 | $35,186.64 | |
| 122786 | 10/19/10 | 10/19/26 | 10/26/10 | $27,534.41 | |
| | 11/01/10 | | | $26,765.84 | $26,765.84 |

$259,863.30   $26,765.84

EXHIBIT A TO TENNESSEE VALLEY LIVESTOCK