# EXHIBIT A

PREFERENCE ANALYSIS - SAND MOUNTAIN STOCKYARD

| Check Number | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118856 | 09/02/10 | 09/02/10 | 09/08/10 | $19,587.88 | $0.00 |
| 119406 | 09/09/10 | 09/09/10 | 09/14/10 | $32,861.88 | $0.00 |
| 119992 | 09/16/10 | 09/16/10 | 09/21/10 | $58,894.55 | $0.00 |
| 120702 | 09/23/10 | 09/23/10 | 09/28/10 | $42,155.43 | $0.00 |
| 121331 | 09/30/10 | 09/30/10 | 10/05/10 | $42,283.10 | $0.00 |
| 121878 | 10/07/10 | 10/07/10 | 10/12/10 | $37,088.98 | $0.00 |
| 122394 | 10/14/10 | 10/14/10 | 10/19/10 | $32,539.70 | $0.00 |
| 122989 | 10/21/10 | 10/21/10 | 10/26/10 | $44,564.86 | $0.00 |
|  |  | 10/28/10 |  | $15,000.00 | $15,000.00 |
|  |  |  |  | $324,976.38 | $15,000.00 |

EXHIBIT A TO SAND MOUNTAIN STOCKYARD