```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                      Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                  Chapter 11
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0756-4         User: kgoss2              Page 1 of 4              Date Rcvd: Jun 06, 2012
                             Form ID: SF00200          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2012.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                534 S KS Ave Suite 1420,    Topeka, KA  66603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Jun 06 2012 23:49:22      Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2012**                     **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0756-4          User: kgoss2                 Page 2 of 4                  Date Rcvd: Jun 06, 2012
                              Form ID: SF00200             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2012 at the address(es) listed below:

        Allen  Morris    on behalf of Creditor  Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com
        Amelia Martin Adams    on behalf of Creditor  Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com
        Andrea L Wasson    on behalf of Creditor  Lytle Street Development andrea@wassonthornhill.com
        Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
        Anthony G. Raluy    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County traluy@fbhlaw.net
        Bret S. Clement    on behalf of Creditor  First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com
        C. R. Bowles    on behalf of Creditor  Joplin Regional Stockyards cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
        Charles R. Wharton    on behalf of U.S. Trustee  U.S. Trustee Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
        Christie A. Moore    on behalf of Counter-Defendant  Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
        Christopher M. Trapp    on behalf of Petitioning Creditor  Superior Livestock Auction, Inc. ctrapp@rubin-levin.net
        Daniel J. Donnellon    on behalf of Creditor  First Bank and Trust Company, The ddonnellon@ficlaw.com,  knorwick@ficlaw.com
        David A. Laird    on behalf of Creditor  Peoples Bank of Coldwater Kansas david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
        David Alan Domina    on behalf of Creditor  Bellar Feed Lots, Inc. dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
        David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
        David L. LeBas    on behalf of Counter-Defendant  J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,  koswald@namanhowell.com
        Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com, mthomas@daleeke.com
        Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
        Edward M King    on behalf of Creditor  Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
        Elliott D. Levin    on behalf of Petitioning Creditor  Superior Livestock Auction, Inc. robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
        Elliott D. Levin    on behalf of Cross Defendant  Joplin Regional Stockyards, Inc. edl@rubin-levin.net,  atty_edl@trustesolutions.com
        Eric C Redman    on behalf of Defendant  Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric W. Richardson    on behalf of Creditor  Fifth Third Bank ewrichardson@vorys.com, bjtobin@vorys.com
        Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
        Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
        Ivana B. Shallcross    on behalf of Creditor  Joplin Regional Stockyards ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Jack S Dawson    on behalf of Defendant  Jane, LLC jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
        James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,  hns@kgrlaw.com
        James A. Knauer     jak@kgrlaw.com, hns@kgrlaw.com
        James B. Lind    on behalf of Counter-Defendant  Fifth Third Bank jblind@vorys.com
        James Bryan Johnston    on behalf of Creditor  Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net
        James E Rossow    on behalf of Counter-Defendant  Superior Livestock Auction, Inc. jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
        James E. Smith    on behalf of Cross Defendant  Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com
        James Edwin McGhee    on behalf of Creditor  Vermilion Ranch Corporation mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
        James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
        James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net
        Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
        Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
        Jay P. Kennedy    on behalf of Plaintiff James Knauer, Trustee jpk@kgrlaw.com
        Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com,  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
        Jeffrey L Hunter    on behalf of Joined Party  United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
        Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jeffe@bellnunnally.com
        Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com;dwineinger@taftlaw.com
        Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
        Jessica E. Yates    on behalf of Creditor  CPC Livestock, LLC jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

```
District/off: 0756-4          User: kgoss2               Page 3 of 4                  Date Rcvd: Jun 06, 2012
                              Form ID: SF00200           Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
        Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC. jratty@windstream.net
        John Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
        John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
        John Frederick Massouh    on behalf of Counter-Defendant   Cactus Growers, Inc. john.massouh@sprouselaw.com
        John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
        John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
        John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
        John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
        John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
        Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
        Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
        Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
        Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com
        Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
        Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
        Kirk Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
        Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
        Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
        Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
        Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
        Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
        Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
        Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
        Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC. pgannott@gannottlaw.com,  mkeane@gannottlaw.com;jemerson@gannottlaw.com
        Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
        Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
        Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association robertforee@bellsouth.net
        Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
        Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
        Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
        Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
        Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
        Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
        Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
        Steven A. Brehm    on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
        Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
        T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
        Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation ndohbky@jbandr.com
        Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com

```
District/off: 0756-4          User: kgoss2             Page 4 of 4            Date Rcvd: Jun 06, 2012
                              Form ID: SF00200         Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William Robert Meyer    on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 96
```

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,    Case No. **10−93904−BHL−11**
      Debtor(s).

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Preliminary Expedited Hearing Re: Motion for Authority to Remove Publicly Filed Documents from Protective Order filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1165]

    Date:  June 11, 2012
    Time: 10:00 AM EDT
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  June 6, 2012    Kevin P. Dempsey
    Clerk, U.S. Bankruptcy Court