United States Bankruptcy Court
Southern District of Indiana

In re:                                                              Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss              Page 1 of 4              Date Rcvd: Jun 06, 2012
                              Form ID: sgeneric        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2012.
```
cr         +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
adb        +Eastern Livestock Co., LLC,    135 W. Market Street,   New Albany, IN 47150-3561
op         +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
            ?Louisville, KY 40202-3157
ptcrd      +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op          National Cattlemen's Beef Association,    Alice Devine,   Devine & Donley, LLC,
             534 S KS Ave Suite 1420,   Topeka, KA  66603
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: asr@btcmlaw.com Jun 06 2012 23:49:22     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jun 08, 2012**              **Signature:** _/s/ Joseph Speetjens_

Case 10-93904-BHL-11   Doc 1180   Filed 06/08/12   EOD 06/09/12 00:47:27   Pg 2 of 5

```
District/off: 0756-4                User: kgoss                  Page 2 of 4                   Date Rcvd: Jun 06, 2012
                                    Form ID: sgeneric            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2012 at the address(es) listed below:

          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
           dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
           aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
           traluy@fbhlaw.net
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
           sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
           Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
           ljs2@gdm.com
          Christopher M. Trapp    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
           ctrapp@rubin-levin.net
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
           ddonnellon@ficlaw.com,  knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
           david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
           KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
           dlebas@namanhowell.com,  koswald@namanhowell.com
          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
           mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
           becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
           robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
           edl@rubin-levin.net,  atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
           kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
           bjtobin@vorys.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
           judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
           jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,  hns@kgrlaw.com
          James A. Knauer    jak@kgrlaw.com,  hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
           bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
           jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
           legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
           belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
           sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
           lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Jay P. Kennedy    on behalf of Plaintiff James Knauer, Trustee jpk@kgrlaw.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jgraham@taftlaw.com,  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
           jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jeffe@bellnunnally.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com;dwineinger@taftlaw.com
          Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
          Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
           docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

```
District/off: 0756-4          User: kgoss                  Page 3 of 4                   Date Rcvd: Jun 06, 2012
                              Form ID: sgeneric            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Jill Zengler Julian  on behalf of Joined Party  United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
    Joe T. Roberts  on behalf of Counter-Claimant  Laurel Livestock Market, INC. jratty@windstream.net
    John Huffaker  on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
    John David Hoover  on behalf of Trustee James Knauer jdhoover@hooverhull.com
    John Frederick Massouh  on behalf of Counter-Defendant  Cactus Growers, Inc. john.massouh@sprouselaw.com
    John Hunt Lovell  on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
    John M. Rogers  on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
    John M. Thompson  on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
    John R. Carr  on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
    John W Ames  on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
    Joseph H Rogers  on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
    Joshua N. Stine  on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
    Judy Hamilton Morse  on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
    Karen L. Lobring  on behalf of Creditor  Deere & Company lobring@msn.com
    Kelly Greene McConnell  on behalf of Creditor  Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com
    Kent A Britt  on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
    Kevin M. Toner  on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
    Kim Martin Lewis  on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
    Kirk Crutcher  on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
    Laura Day DelCotto  on behalf of Creditor  Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
    Lisa Koch Bryant  on behalf of Creditor  Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
    Mark A. Robinson  on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
    Matthew J. Ochs  on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
    Melissa S. Giberson  on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
    Meredith R. Thomas  on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
    Michael W. McClain  on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
    Michael Wayne Oyler  on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
    Peter M Gannott  on behalf of Counter-Claimant  Laurel Livestock Market, INC. pgannott@gannottlaw.com,  mkeane@gannottlaw.com;jemerson@gannottlaw.com
    Randall D. LaTour  on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
    Robert A. Bell  on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
    Robert H. Foree  on behalf of Creditor  Kentucky Cattlemen's Association robertforee@bellsouth.net
    Robert K Stanley  on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
    Ross A. Plourde  on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
    Sandra D. Freeburger  on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
    Sean T. White  on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
    Shawna M Eikenberry  on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
    Shiv Ghuman O'Neill  on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
    Stephen A. Weigand  on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
    Steven A. Brehm  on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
    Susan K. Roberts  on behalf of Creditor Rex Elmore skr@stuartlaw.com,  lbt@stuartlaw.com
    T. Kent Barber  on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
    Terry E. Hall  on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
    Theodore A Konstantinopoulos  on behalf of Creditor  General Electric Capital Corporation ndohbky@jbandr.com
    Thomas C Scherer  on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com

```
District/off: 0756-4          User: kgoss                 Page 4 of 4                  Date Rcvd: Jun 06, 2012
                              Form ID: sgeneric           Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com

                                                                                                                                                                                                          TOTAL: 96

Case 10-93904-BHL-11   Doc 1180   Filed 06/08/12   EOD 06/09/12 00:47:27   Pg 4 of 5

SO ORDERED: June 6, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT           SGENERIC (rev 01/2012)
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                    Case No. **10−93904−BHL−11**
        Debtor(s).

## ORDER

A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on June 6, 2012, by Creditor First Bank and Trust Company, The.

**IT IS ORDERED** that the Motion for Emergency/Expedited Hearing is **GRANTED**.

###