United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                      Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                                  Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss              Page 1 of 4                          Date Rcvd: Jun 08, 2012
                              Form ID: SF00200         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2012.
cr              +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb             +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op              +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                 ?Louisville, KY 40202-3157
ptcrd           +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op               National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                  534 S KS Ave Suite 1420,    Topeka, KA  66603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: asr@btcmlaw.com Jun 09 2012 00:19:03     Ashley S Rusher,
                  Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0756-4           User: kgoss                 Page 2 of 4                  Date Rcvd: Jun 08, 2012
                               Form ID: SF00200            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2012 at the address(es) listed below:

              Allen   Morris     on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com
              Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
              Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher M. Trapp    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net
              Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
               ddonnellon@ficlaw.com,  knorwick@ficlaw.com
              David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
              David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,  koswald@namanhowell.com
              Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
               becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
              Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net,  atty_edl@trustesolutions.com
              Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
              Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,  hns@kgrlaw.com
              James A. Knauer     jak@kgrlaw.com, hns@kgrlaw.com
              James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
               belliott@derbycitylaw.com;patenaude@derbycitylaw.com
              James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
               lemerson@rubin-levin.net;carmen@rubin-levin.net
              Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Plaintiff James Knauer, Trustee jpk@kgrlaw.com
              Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com,  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jeffe@bellnunnally.com
              Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com;dwineinger@taftlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

```
District/off: 0756-4          User: kgoss                  Page 3 of 4                  Date Rcvd: Jun 08, 2012
                              Form ID: SF00200             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jill Zengler Julian   on behalf of Joined Party   United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
          Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC. jratty@windstream.net
          John  Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
          John Frederick Massouh    on behalf of Counter-Defendant   Cactus Growers, Inc. john.massouh@sprouselaw.com
          John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
          John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
          Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
          Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com
          Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
          Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
          Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
          Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC. pgannott@gannottlaw.com,   mkeane@gannottlaw.com;jemerson@gannottlaw.com
          Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
          Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association robertforee@bellsouth.net
          Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
          Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com,   smattingly@dsf-atty.com
          Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
          Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
          Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
          Steven A. Brehm    on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,   lbt@stuartlaw.com
          T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com

```
District/off: 0756-4          User: kgoss              Page 4 of 4              Date Rcvd: Jun 08, 2012
                              Form ID: SF00200         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com

                                                                                                                                 TOTAL: 96

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,    Case No. **10−93904−BHL−11**
      Debtor(s).

## **NOTICE**

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

   Preliminary Hearing Re: Fifth Third Bank's Motion for Contempt filed by Eric W. Richardson on behalf of Creditor Fifth Third Bank [1171].

   Date:  June 11, 2012
   Time: 10:00 AM EDT
   Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  June 8, 2012               Kevin P. Dempsey
                                   Clerk, U.S. Bankruptcy Court