UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

# NOTICE OF DEFICIENT FILING

The Motion for Authority, which was filed on June 11, 2012, is deficient in the following respect(s):

> Incorrect event used. Document must be re−filed using an Objection event under the Bankruptcy Events/Objection menu.

The above−cited deficiencies must be corrected by June 25, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  June 11, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court