UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **REQUEST FOR HEARING TRANSCRIPT** |

_____

Comes now The First Bank and Trust Company ("First Bank"), by and through counsel, hereby requests a copy of the transcript from the hearing held in this matter on June 11, 2012 at 10:00 a.m.

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email:  ddonnellon@ficlaw.com
            sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## **CERTIFICATE OF SERVICE**

   I certify that on the 12th day of June, 2012, I electronically filed the foregoing Request for Hearing Transcript with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants. Parties may access this filing through the Court's CM/ECF system.

                   /s/ Daniel J. Donnellon
                   Daniel J. Donnellon

626373.1