## PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned, GENE STOOPS, of 9919 S. Friendly Grove Church Road, Lewis, Indiana 47858, (hereinafter referred to as "Debtor"), promises to pay ON DEMAND, to the order of EASTERN LIVESTOCK CO., LLC, a Kentucky limited liability company with a principal place of business at 135 West Market Street, New Albany, IN 47150 (hereinafter referred to as "Holder") the principal sum of $234,580.56 in lawful money of the United States. The principal balance of this Note outstanding shall bear interest (computed on a daily basis) from date of execution until paid at a rate of prime + one percent (1.00%) per annum.

Debtor agrees to remain and continue bound for the payments of the principal of this Note notwithstanding any extension or extensions of the time of the payment of said principal, or any change or changes in the amount or amounts to be paid under and by virtue of the obligation to provided for in this Note, or any change or changes by way of release or surrender of any collateral, real or personal, held as security for the payment of this Note, and waives all and every kind of notice or such extension or extensions, change or changes;

Debtor waives presentment, notice of dishonor, protest, notice of protest and diligence in collection, and all exemptions, whether homestead or otherwise, which it may now or hereafter be entitled under the laws of the State of Indiana, Commonwealth of Kentucky or any other states;

Debtor agrees, upon default, to pay all costs of collecting, securing or attempting to collect or secure this Note, including reasonable attorney's fees, whether same be collected or secured by suit or otherwise, providing the collection of such costs and fees are permitted by applicable laws.

This Promissory Note is to be construed and enforced according to the laws of the State of Indiana. Any action, claim, lawsuit or dispute shall, at Holder's discretion, be brought in a court of proper jurisdiction in Floyd, Indiana.

_____
Gene Stoops

STATE OF INDIANA      )
                      ) SS
COUNTY OF ~~FLOYD~~ Greene  )

I, a Notary Public in and for the State and County aforesaid, do hereby certify that the foregoing document was produced to me and acknowledged and delivered before me by GENE STOOPS, to be their free act and deed.

My Commission Expires: 11-24-2016

_____
Notary Public
Jessica E. Soncrant

1

EXHIBIT A