Gene Stoops

5/6/2010

| | |
|---|---:|
| **FEED ADVANCES** | ($219,000.00) |
| **HEDGE ACCT. (LOSS)** | ($159,574.24) |
| **MONEY DUE FRIENDLY GROVE** | $256,983.44 |
| **INTEREST 2004-2010** | ($112,989.76) |
| | |
| **TOTAL DUE THOMAS P GIBSON** | ($234,580.56) |

EXHIBIT B