# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JUNE 11, 2012 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY MASSEY |

### *Matters:*

1) Expedited Preliminary Hearing Re:   Motion for Authority to Remove Publicly Filed Documents from Protective Order filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1165]
   **R / M #:**   0 / 0

2) Preliminary Hearing Re:   Fifth Third Bank's Motion for Contempt filed by Eric W. Richardson on behalf of Creditor Fifth Third Bank  [1171]
   **R / M #:**   0 / 0

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11              MONDAY, JUNE 11, 2012 10:00 AM

In Court Appearances:
KEVIN M. TONER/SARAH BOWERS, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR/ERIC RICHARDSON/MELISSA GIBERSON, ATTORNEY FOR FIFTH THIRD BANK
C. R. BOWLES, ATTORNEY FOR GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RON P. REED, B&B FARMS, BILLY NEAT, BREEDING BROTHERS, BRENT KEITH, DAVID L. RINGS, DENNIS NEAT, GARY S. BELL, IKE'S TRUCKING, INC., JEREMY COFFEY, JIMMY BRUMMETT, MIKE LOY, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SOUTHLAND HAULERS, LLC, SUPERIOR LIVESTOCK AUCTION, INC.
JOHN W AMES/CHRISTY MOORE, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, PHILLIP TAYLOR REED, RON P. REED, DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
JOHN M. ROGERS/ELLIOTT LEVIN, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, SUPERIOR LIVESTOCK AUCTION, INC.
CHRIS TRAPP, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, SUPERIOR LIVESTOCK AUCTION, INC.
MICHAEL OYLER, ATTORNEY FOR YOUR COMMUNITY BANK

Phone Appearances:
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
JOHN CARR/BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
JESSICA E. YATES, ATTORNEY FOR CPC LIVESTOCK, LLC
JOHN MASSOUGH -  ATTORNEY FOR FRIONA INDUSTRIES, LP
WALTER SCOTT NEWBERN, ATTORNEY FOR ARCADIA STOCKYARD, CATTLEMEN'S LIVESTOCK MARKET, INC., COLUMBIA LIVESTOCK MARKET, INC.
DAVID A. SMITH, ATTORNEY FOR ALAN BARRY
JIM KNAUER/JAY KENNEDY,  TRUSTEE
DAVID LAIRD, ATTORNEY FOR PEOPLES BANK
AMELIA ADAMS, ATTORNEY FOR ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
BRIAN JOHNSTON, ATTORNEY FOR BYNUM RANCH GROUP
SEARCY PEOPLES,  CACTUS GROWERS
JOHN LOVELL, ATTORNEY FOR CACTUS GROWERS
JAY CELSOR, ATTORNEY FOR CPC LIVESTOCK

## *Proceedings:*

*AMENDED
Disposition:  Hearing held.
(1)  Matter to be mediated by another judge.  Court to do order.
(2)  Matter to pend until mediation is complete.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**