UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| | | |
| SUPERIOR LIVESTOCK AUCTION, INC., | ) | |
|     Plaintiff, | ) | |
|         v. | ) | Adversary Proceeding No. 11-59088 |
| EASTERN LIVESTOCK CO., LLC, | ) | |
|     Defendant. | ) | |
| JAMES KNAUER, AS CHAPTER 11 | ) | |
| TRUSTEE FOR DEBTOR EASTERN | ) | |
| LIVESTOCK CO., LLC, | ) | |
|     Counterclaimant and Third-Party | ) | |
|     Plaintiff, | ) | |
|         v. | ) | |
| SUPERIOR LIVESTOCK AUCTION, INC., | ) | |
| FIFTH THIRD BANK, | ) | |
| FRIONA INDUSTRIES, L.P., | ) | |
| CACTUS GROWERS, INC., and | ) | |
| J&F OKLAHOMA HOLDINGS, INC., | ) | |
|     Counterclaim and /or Third-Party | ) | |
|     Defendants. | ) | |

## NOTICE OF DISCOVERY REQUEST

TO:        All Counsel of Record

Please take notice that on June 14, 2012, James A. Knauer as Trustee for Debtor Eastern Livestock Co., LLC served discovery requests on Superior Livestock Auction, Inc. The discovery relates to Adversary Proceeding No. 11-59088. Electronic copies of the requests have been served on counsel for Superior and will be uploaded to the Trustee's online discovery repository.

|  |  |
|---|---|
|  | FAEGRE BAKER DANIELS LLP |
|  | */s/* Harmony Mappes |
| Kevin M. Toner (#11343-49)<br>Harmony Mappes (#27237-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204-1782<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>kevin.toner@FaegreBD.com<br>harmony.mappes@FaegreBD.com | *Attorneys for James Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC* |

**CERTIFICATE OF SERVICE**

I certify that on June 15, 2012, a copy of the foregoing was served via electronic mail on the following:

David L. Abt on behalf of Other Professional David Abt
davidabt@mwt.net

Amelia Martin Adams on behalf of Creditor Alton Darnell dba Darnell Alton Barn
aadams@dlgfirm.com

John W Ames on behalf of Creditor Joplin Regional Stockyards
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;dwineinger@taftlaw.com

T. Kent Barber on behalf of Creditor Blue Grass Maysville Stockyards, LLC
kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell on behalf of Counter-Defendant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles on behalf of Creditor Joplin Regional Stockyards
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm on behalf of Cross Defendant Hohenberger Cattle
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County
courtmail@fbhlaw.net

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

James M. Carr on behalf of Intervenor James Knauer, Trustee
jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

Deborah Caruso on behalf of Other Professional Kathryn Pry
dcaruso@daleeke.com, mthomas@daleeke.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Jason W. Cottrell on behalf of Creditor Rex Elmore
jwc@stuartlaw.com

Kirk Crutcher on behalf of Counter-Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Jack S Dawson on behalf of Defendant Jane, LLC
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal on behalf of Intervenor James Knauer, Trustee
dustin.deneal@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto on behalf of Creditor Alton Darnell dba Darnell Alton Barn
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina on behalf of Creditor Bellar Feed Lots, Inc.
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl on behalf of Creditor Your Community Bank
tearl@rwsvlaw.com

Shawna M Eikenberry on behalf of Counter-Claimant James Knauer
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jeffe@bellnunnally.com

Robert H. Foree on behalf of Creditor Kentucky Cattlemen's Association
robertforee@bellsouth.net

Sandra D. Freeburger on behalf of Creditor Estate of John S. Gibson, Anna Gayle Gibson, Execu
sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott on behalf of Counter-Claimant Laurel Livestock Market, INC.
pgannott@gannottlaw.com, mkeane@gannottlaw.com;jemerson@gannottlaw.com

Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank
msgiberson@vorys.com

Jeffrey J. Graham on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall on behalf of Intervenor James Knauer, Trustee
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

John David Hoover on behalf of Trustee James Knauer
jdhoover@hooverhull.com

John Huffaker on behalf of Creditor Friona Industries, LP
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe on behalf of Intervenor James Knauer, Trustee
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno
tjohnston@mcjllp.com

James Bryan Johnston on behalf of Creditor Bynum Ranch Co.
bjtexas59@hotmail.com, bryan@ebs-law.net

Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins
Jill.Julian@usdoj.gov

Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee
jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com

Edward M King on behalf of Creditor Fifth Third Bank


tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, hns@kgrlaw.com

James A. Knauer on behalf of Plaintiff James Knauer, Trustee
jak@kgrlaw.com, hns@kgrlaw.com

Erick P Knoblock on behalf of Cross-Claimant Kathryn Pry
eknoblock@daleeke.com

Theodore A Konstantinopoulos on behalf of Creditor General Electric Capital Corporation
ndohbky@jbandr.com

Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
edl@rubin-levin.net, atty_edl@trustesolutions.com

Elliott D. Levin on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Kim Martin Lewis on behalf of Other Professional Elizabeth Lynch
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind on behalf of Counter-Defendant Fifth Third Bank
jblind@vorys.com

Karen L. Lobring on behalf of Creditor Deere & Company
lobring@msn.com

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes on behalf of Counter-Claimant James Knauer
harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh on behalf of Counter-Defendant Cactus Growers, Inc.
john.massouh@sprouselaw.com

Michael W. McClain on behalf of Creditor Grant Gibson
mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell on behalf of Creditor Supreme Cattle Feeders, L.L.C.
lisahughes@givenspursley.com

James Edwin McGhee on behalf of Creditor Vermilion Ranch Corporation
mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Christie A. Moore on behalf of Counter-Defendant Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse on behalf of Creditor Heritage Feeders LP
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern on behalf of Creditor Arcadia Stockyard
wsnewbern@msn.com

Shiv Ghuman O'Neill on behalf of Plaintiff James Knauer, Trustee
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs on behalf of Creditor Peoples Bank of Coldwater Kansas
kim.maynes@moyewhite.com

Michael Wayne Oyler on behalf of Creditor Your Community Bank
moyler@rwsvlaw.com

Ross A. Plourde on behalf of Creditor Crumpler Bros.
ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Wendy W Ponader on behalf of Trustee James Knauer
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy on behalf of Creditor Peoples Bank & trust Co. of Pickett County
traluy@fbhlaw.net

Eric C Redman on behalf of Defendant Bankfirst Financial Services
ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson on behalf of Creditor Fifth Third Bank
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts on behalf of Counter-Claimant Laurel Livestock Market, INC.
jratty@windstream.net

Susan K. Roberts on behalf of Creditor Rex Elmore
skr@stuartlaw.com, lbt@stuartlaw.com

Mark A. Robinson on behalf of Creditor Cactus Growers, Inc.
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

John M. Rogers on behalf of Creditor Joplin Regional Stockyards
johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers on behalf of Defendant Nichols Livestock
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

Jeremy S Rogers on behalf of Other Professional Elizabeth Lynch
Jeremy.Rogers@dinslaw.com

James E Rossow on behalf of Counter-Defendant Superior Livestock Auction, Inc.
jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Thomas C Scherer on behalf of Creditor Cullman Stockyard, Inc.
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Ivana B. Shallcross on behalf of Creditor Joplin Regional Stockyards
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

William E Smith on behalf of Creditor Coffeyville Livestock Market, LLC
wsmith@k-glaw.com, pballard@k-glaw.com

James E. Smith on behalf of Cross Defendant Diamond B Ranches
jsmith@smithakins.com, legalassistant@smithakins.com

Robert K Stanley on behalf of Defendant Eastern Livestock Co., LLC
robert.stanley@FaegreBD.com

Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com

Andrew D Stosberg on behalf of Defendant Willie Downs
astosberg@lloydmc.com

Meredith R. Thomas on behalf of Other Professional Kathryn Pry
mthomas@daleeke.com

John M. Thompson on behalf of Creditor Heritage Feeders LP
john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner on behalf of Counter-Claimant James Knauer
kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
ctrapp@rubin-levin.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrea L Wasson on behalf of Creditor Lytle Street Development
andrea@wassonthornhill.com

Stephen A. Weigand on behalf of Creditor First Bank and Trust Company, The
sweigand@ficlaw.com

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White on behalf of Trustee James Knauer
swhite@hooverhull.com, vwilliams@hooverhull.com

Jessica E. Yates on behalf of Creditor CPC Livestock, LLC
jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

James T Young on behalf of Intervenor Michael Walro
james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

／s/ Harmony Mappes