UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
121 W. Spring St., Rm. 110  
New Albany, IN 47150

NTCTS (rev 01/2011)

In re:

**Eastern Livestock Co., LLC**,  
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF FILING OF TRANSCRIPT AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 11, 2012 was filed on June 15, 2012.

Parties have until June 22, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is July 6, 2012. Once a Request for Redaction is filed, the redacted transcript is due by July 16, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

    J & J Court Transcribers, Inc.  
    268 Evergreen Avenue  
    Hamilton, NJ 08619  
    609−586−2311

The transcript may be available at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is September 13, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  June 18, 2012                                    Kevin P. Dempsey  
                                                                       Clerk, U.S. Bankruptcy Court