SO ORDERED: June 20, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re:

**EASTERN LIVESTOCK, LLC.,**          CASE NO.  **10-93904-BHL-11**

                                      CHAPTER 11

    Debtor(s)

## ORDER

IT IS HEREBY ORDERED that mediation in the above-styled case be held on **August 15, 2012 at 10:00 a.m. (Eastern Time) in Courtroom #1, Fifth Floor, Gene Snyder Courthouse, 601 W. Broadway, Louisville, Kentucky** before The Honorable Judge Joan A. Lloyd.  Persons with full settlement authority are directed to appear at this mediation.

IT IS FURTHER ORDERED that at least seven (7) business days before the scheduled mediation the parties shall deliver to the Chambers of the Honorable Judge Joan A. Lloyd a "Mediation Statement." This document should <u>not</u> simply repeat the allegations contained in the pleadings of record. Nor should the document be in the nature of a trial brief. This document will be used by the Court to help the parties reach an agreed settlement and thus should only state information relative to <u>settlement</u>; *i.e.,* what each party would be willing to accept as settlement. This document is not to be filed electronically and/or made part of the record herein. <u>Should the parties fail to timely comply with this Order, the Court, in its discretion, may cancel the mediation.</u>

###