# Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 6/20/2012
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 4

**Recipients of Notice of Electronic Filing:**
tr     James A. Knauer     jak@kgrlaw.com
aty     Daniel J. Donnellon     ddonnellon@ficlaw.com
aty     James A. Knauer     jak@kgrlaw.com
aty     Randall D. LaTour     RDLatour@vorys.com

TOTAL: 4