UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EASTERN LIVESTOCK CO., LLC., | : | Case No.: 10-93904-BHL-11 |
| | : | |
| Debtor. | : | Judge Basil H. Lorch, III |
| | : | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO SEAL APPENDICES TO FIFTH THIRD'S MOTION FOR CONTEMPT**

This matter came before the Court upon *Fifth Third Bank's Motion for Extension of Time to File Reply in Support of Motion to Seal Appendices to Fifth Third's Motion for Contempt*

("Motion for Extension"). For good cause shown, this Court GRANTS Fifth Third's Motion for Extension. It is therefore,

ORDERED (1) that if Chief Judge Lloyd elects not to include Fifth Third's Motion to Seal in the mediation, Fifth Third shall have until seven (7) days after notice of such determination to file a reply in support of its Motion to Seal; and (2) if the Motion to Seal is included in Judge Lloyd's mediation, all briefing regarding the Motion to Seal will be stayed pending the outcome of the mediation.

###