# Notice Recipients

| District/Off: 0756-4 | User: kgoss2 | Date Created: 6/26/2012 |
| Case: 10−93904−BHL−11 | Form ID: SF00200 | Total: 88 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer       | jak@kgrlaw.com |
| aty | Allen Morris          | amorris@stites.com |
| aty | Amelia Martin Adams   | aadams@dlgfirm.com |
| aty | Andrea L Wasson       | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy      | traluy@fbhlaw.net |
| aty | Bret S. Clement       | bclement@acs−law.com |
| aty | C. R. Bowles, Jr      | cbowles@bgdlegal.com |
| aty | Christie A. Moore     | cm@gdm.com |
| aty | Christopher M. Trapp  | ctrapp@rubin−levin.net |
| aty | Daniel J. Donnellon   | ddonnellon@ficlaw.com |
| aty | David A. Laird        | david.laird@moyewhite.com |
| aty | David Alan Domina     | dad@dominalaw.com |
| aty | David L. Abt          | davidabt@mwt.net |
| aty | David L. LeBas        | dlebas@namanhowell.com |
| aty | Deborah Caruso        | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal      | dustin.deneal@faegrebd.com |
| aty | Edward M King         | tking@fbtlaw.com |
| aty | Elliott D. Levin      | robin@rubin−levin.net |
| aty | Elliott D. Levin      | edl@rubin−levin.net |
| aty | Eric W. Richardson    | ewrichardson@vorys.com |
| aty | Harmony A Mappes      | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross   | ishallcross@bgdlegal.com |
| aty | James A. Knauer       | jak@kgrlaw.com |
| aty | James B. Lind         | jblind@vorys.com |
| aty | James Bryan Johnston  | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.   | jim@rubin−levin.net |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr         | jim.carr@faegrebd.com |
| aty | Jason W. Cottrell     | jwc@stuartlaw.com |
| aty | Jeffrey J. Graham     | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter      | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler      | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel       | jancel@taftlaw.com |
| aty | Jeremy S Rogers       | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates      | jyates@swlaw.com |
| aty | Jill Zengler Julian   | Jill.Julian@usdoj.gov |
| aty | John Huffaker         | john.huffaker@sprouselaw.com |
| aty | John David Hoover     | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell      | john@lovell−law.net |
| aty | John M. Rogers        | johnr@rubin−levin.net |
| aty | John M. Thompson      | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III     | jrciii@acs−law.com |
| aty | John W Ames           | james@bgdlegal.com |
| aty | Joshua N. Stine       | kabritt@vorys.com |
| aty | Judy Hamilton Morse   | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring      | lobring@msn.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kent A Britt          | kabritt@vorys.com |
| aty | Kevin M. Toner        | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis      | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher         | kcrutcher@mcs−law.com |
| aty | Laura Day DelCotto    | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant      | courtmail@fbhlaw.net |
| aty | Mark A. Robinson      | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs       | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson   | msgiberson@vorys.com |
| aty | Meredith R. Thomas    | mthomas@daleeke.com |
| aty | Michael W. McClain    | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler   | moyler@rwsvlaw.com |
| aty | Randall D. LaTour     | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr    | rabell@vorys.com |
| aty | Robert H. Foree       | robertforee@bellsouth.net |
| aty | Robert K Stanley      | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde       | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger  | sfreeburger@dsf−atty.com |
| aty | Sean T. White         | swhite@hooverhull.com |
| aty | Shawna M Eikenberry   | shawna.eikenberry@faegrebd.com |
| aty | Stephen A. Weigand    | sweigand@ficlaw.com |

| | | |
|---|---|---|
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 82

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street   New Albany, IN 47150 |
| op | National Cattlemen's Beef Association | Alice Devine   Devine &Donley, LLC   534 S KS Ave Suite 1420   Topeka, KA 66603 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs   3087 Ervin Town Rd.   Castlewood, VA 24224 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road   Carlisle, KY 40311 |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower   101 South Fifth Street   ?Louisville, KY 40202–3103 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA   PO Drawer 25008   Winston–Salem, NC 27114–5008 |

TOTAL: 6