UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

The *Trustee's Motion To Approve Compromise And Settlement With Gary Seals* (Docket No. 1202) (the "Motion") was filed with the Clerk of this Court by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), on June 20, 2012. Pursuant to the Motion, the Trustee requests that the Court approve a compromise and settlement of claims by and between the Trustee, Gary Seals d/b/a Gary Seals Livestock and Fifth Third Bank.[1] To settle the Claims, Seals' counsel will deliver to the Trustee the $250,000 deposit he currently is holding in trust and a non-interest bearing promissory note which shall be payable in eighteen (18) consecutive monthly principal installments of $75,000. If Seals makes each of the first fifteen (15) payments on the Note within ten (10) business days of their due date, then the last three (3) installment payments will be waived. In addition, Seals shall be entitled to the same credit if the Note is ever prepaid and if no prior monthly installments required by the Note were late by more than ten (10) business days. The Trustee and Fifth Third shall release their claims against Seals, and Seals shall release his claims against the Trustee and Fifth Third. You should refer to the Motion for specifics of the settlement. Copies of the Motion and settlement agreement are available via the Court's electronic PACER system and/or may be obtained from undersigned counsel.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before August 15, 2012.

The Court will hold a hearing on the Motion on:

Date: August 20, 2012
Time: 10:00 a.m. EDT
Place: 121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the Motion is on file with the Clerk's Office and is available for inspection upon request.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

9335657_1.DOC

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

Dated: June 27, 2012

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Kevin M. Toner

*Counsel for James A. Knauer, Chapter 11 Trustee*

Kevin M. Toner (# 11343-49)
Shawna M. Eikenberry (# 21615-53)
Harmony Mappes (# 27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
shawna.eikenberry@faegrebd.com
harmony.mappes@faegrebd.com