United States Bankruptcy Court
Southern District of Indiana

In re:                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4         User: kgoss2              Page 1 of 2             Date Rcvd: Jun 26, 2012
                             Form ID: SF00200          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2012.
cr          +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb         +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op          +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd       +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op           National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
              534 S KS Ave Suite 1420,    Topeka, KA  66603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: asr@btcmlaw.com Jun 26 2012 23:11:12     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0756-4          User: kgoss2              Page 2 of 2              Date Rcvd: Jun 26, 2012
                              Form ID: SF00200          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

UNITED STATES BANKRUPTCY COURT

Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
      Debtor(s).

Case No. **10−93904−BHL−11**

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Telephonic Status Conference to determine an expedited hearing date Re: Trustee's Report on Claims Report of the Trustee, James A. Knauer regarding investigation and analysis of potential claims against Fifth Third Bank [1166].

    Dial−in number: 1−888−399−7768 Participant code: 586676#

    Date:  July 2, 2012
    Time: 01:30 PM EDT
    Place: Dial−in number to be established by Debtor's Attorney

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  June 26, 2012

                                                      Kevin P. Dempsey
                                                    Clerk, U.S. Bankruptcy Court