# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| LAUTH INVESTMENT ) | Case Number: 09-06065-BHL-11 |
| PROPERTIES, LLC, ) | Administratively Consolidated |
| Et al., ) | |
| ) | |
| Debtors. ) | |
| _____) | |

### APPEARANCE OF JAMES A KNAUER FOR WELLS FARGO BANK, NA

Comes now James A. Knauer of the law firm of Kroger, Gardis & Regas, L.L.P., Bank One Center/Circle Side, 111 Monument Circle, Suite 900, Indianapolis, Indiana 46204-5125, and enters his appearance on behalf of Wells Fargo Bank, NA.

KROGER, GARDIS & REGAS

By: __/s/ James A. Knauer_____
James A. Knauer, Atty # 5436-49

### CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of August, 2009, served a copy of the foregoing upon the following to all parties listed on the Court's ECF System.

___/s/ James A. Knauer___
James A. Knauer

**KROGER, GARDIS & REGAS, L.L.P.**
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
jak@kgrlaw.com