# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LAUTH INVESTMENT PROPERTIES, LLC, et al.,[1] | ) Case No. 09-06065-BHL-11 |
| | ) |
| Debtors. | ) Jointly Administered |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Non-parties LIP Lenders, LLC, Robert L. Lauth, Jr., Gregory C. Gurnik, Michael S. Curless, and Lawrence B. Palmer and Wells Fargo Bank, National Association, through their respective counsel, jointly move this Court to enter the *Agreed Protective Order* attached hereto as Exhibit 1.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| KROGER, GARDIS & REGAS, LLP | BAKER & DANIELS LLP |
| /s/ James A. Knauer | /s/ Ryan M. Hurley |
| James A. Knauer | James M. Carr |
| Kurtis A. Marshall | Joseph H. Yeager, Jr. |
| 111 Monument Circle, Suite 900 | Ryan M. Hurley |
| Indianapolis, IN 46204-5125 | 300 N. Meridian Street, Suite 2700 |
| Telephone: (317) 692-9000 | Indianapolis, IN 46204 |
| Facsimile: (317) 264-6832 | Telephone: (317) 237-0300 |
| | Facsimile: (317) 237-1000 |
| -and- | *Attorneys for LIP Lenders, LLC, Robert L. Lauth, Jr., Gregory C. Gurnik, Michael S. Curless, and Lawrence B. Palmer* |
| SIDLEY AUSTIN LLP | |
| Gerard D. Kelly (admitted *pro hac vice*) | |
| Guy S. Neal (admitted *pro hac vice*) | |
| One South Dearborn | |
| Chicago, IL 60603 | |
| Telephone: (312) 853-7000 | |
| Facsimile (312) 853-7036 | |
| *Attorneys for Wells Fargo Bank, National Association* | |

---

[1] The Debtors include: Lauth Investment Properties, LLC (09-06065); LIP Development, LLC (09-06066); and LIP Investment, LLC (09-06067).

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via the United States Bankruptcy Court's electronic transmission service, separate electronic mail, or via first class U.S. mail, postage-paid, to all persons listed below this 31st day of August, 2009.

*Counsel for Debtors*

Jerald I. Ancel
Jeffrey J. Graham
Taft Stettinius & Hollister LLP
One Indiana Sq Ste 3500
Indianapolis, IN 46204
jancel@taftlaw.com
jgraham@taftlaw.com
[CM/ECF]

*Counsel for Debtors*

Stephen C. Hackney
Arun Kurichety
Ross M. Kwasteniet
Micah E. Marcus
Matthew Nirider
James A. Stempel
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
stephen.hackney@kirkland.com
akurichety@kirkland.com
ross.kwasteniet@kirkland.com
micah.marcus@kirkland.com
mnirider@kirkland.com
james.stempel@kirkland.com
[e-mail]

*Counsel for Bank of America, N.A.*

Janice A. Alwin
William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 W Madison Street, Suite 3900
Chicago, IL 60606
janice.alwin@bfkn.com
william.barrett@bfkn.com
[CM/ECF]

*Counsel for Bank of America, N.A.*

Linda Vojik Donhauser
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
ldonhauser@milesstockbridge.com
[CM/ECF]

*Counsel for Bank of America, N.A.*

Brian Francis Kenney
Miles & Stockbridge, P.C.
1741 Pinnacle Dr., Suite 500
McLean, VA 22102
bkenney@milesstockbridge.com
[CM/ECF]

*Counsel for Charter One Bank*

Michaeline Correa
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
mcorrea@jonesday.com
[CM/ECF]

*Counsel for Charter One Bank*

Steven C. Koppel
Jones Day
222 East 41st Street
New York, NY 10017-6702
skoppel@jonesday.com
[CM/ECF]

*Counsel for Geneva Capital Group*

Michael K. McCrory
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204
mmccrory@btlaw.com
[CM/ECF]

*Counsel for Charter One Bank*

Mark A. Cody
Jones Day
77 West Wacker
Chicago, IL 60601
macody@jonesday.com
[CM/ECF]

*Counsel for Charter One Bank*

Christine K. Jacobson
Katz & Korin, PC
334 N. Senate Avenue
Indianapolis, IN 46204-1708
cjacobson@katzkorin.com
[CM/ECF]

*Counsel for First Financial Bank*

Deborah Caruso
Erick P. Knoblock
Dale & Eke
9100 Keystone Xing, Suite 400
Indianapolis, IN 46240-2159
dcaruso@daleeke.com
eknoblock@daleeke.com
[CM/ECF]

*Counsel for Irwin Union Bank and Trust*

James Michael Matthews
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
jmatthews@fbtlaw.com
[CM/ECF]

*Counsel for Jackson County Bank*

Chad Alan Robertson
Montgomery Elsner & Pardieck
308 West 2nd Street
Seymour, IN 47274
crobertson@meplegal.com
[e-mail]

*Counsel for LIP Holdings, LLC*

Melissa M. Hinds
Catherine L. Steege
Joel T. Pelz
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
mhinds@jenner.com
csteege@jenner.com
[CM/ECF]
jpelz@jenner.com
[e-mail]

*Counsel for Regions Bank*

Fred L. Cline
James P. Moloy
Dann, Pecar, Newman & Kleiman, PC
One American Square, Suite 2300
Indianapolis, IN 46282
fcline@dannpecar.com
jmoloy@dannpecar.com
[CM/ECF]

*Counsel for LIP Holdings, LLC*

Courtney Elaine Chilcote
Jeffrey A. Hokanson
Hostetler & Kowalik, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
cec@hostetler-kowalik.com
jeff.hokanson@hostetler-kowalik.com
[CM/ECF]

*Counsel for M&I Marshall & Ilsley Bank f/k/a First Indiana Bank, N.A.*

Jason R. Burke
George W. Hopper
Hopper & Blackwell
111 Monument Circle, Suite 452
Indianapolis, IN 46204
jburke@hopperblackwell.com
ghopper@hopperblackwell.com
[CM/ECF]

*Counsel for ST CDE IV LLC*

Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
lharrington@nixonpeabody.com
[e-mail]

*Counsel for Salin Bank and Trust Company*

Alan K. Mills
Barnes & Thornburg, LLP
11 S Meridian Street
Indianapolis, IN 46204-3506
alan.mills@btlaw.com
[CM/ECF]

*Counsel for The Huntington National Bank and The Huntington Real Estate Investment Company*

Howard R. Cohen
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
hcohen@fbtlaw.com
[CM/ECF]

*Counsel for U.S. Trustee*

Mark Alan Drummond
Office of United States Trustee
101 W Ohio Street, Suite 1000
Indianapolis, IN 46204
mark.drummond@usdoj.gov
[CM/ECF]

*Counsel for Wells Fargo Bank, N.A.*

James A. Knauer
Kurtis A. Marshall
Kroger Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
jak@kgrlaw.com
kam@kgrlaw.com
[CM/ECF]

*Counsel for SunTrust Bank*

Stephen Paul Drobny
Peter H. Levitt
Shutts & Bowen LLP
1500 Miami Center
201 S. Biscayne Blvd
Miami, FL 33131
sdrobny@shutts.com
plevitt@shutts.com
[CM/ECF]

*Counsel for The Huntington National Bank*

Daniel Patrick King
Frost Brown Todd, LLC
Box 44961
201 North Illinois Street, Suite 1900
Indianapolis, IN 46244-0961
dking@fbtlaw.com
[CM/ECF]

*Counsel for Wells Fargo Bank, N.A.*

Gerard D. Kelly
One South Dearborn
Chicago, IL 60603
gkelly@sidley.com
[e-mail]

*Counsel for Wells Fargo Bank, N.A.*

David R. Kuney
Guy S. Neal
1501 K Street NW
Washington, DC 20005
dkuney@sidley.com
gneal@sidley.com
[e-mail]

Case 09-06065-BHL-11    Doc 452    Filed 09/02/09    EOD 09/02/09 14:29:07    Pg 6 of 6

*Counsel for Inland American Charlotte Lender, L.L.C.*

Alan P. Solow
James R. Irving
DLA Piper LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
alan.solow@dlapiper.com
    [e-mail]
jim.irving@dlapiper.com
    [CM/ECF]

                          /s/   Ryan M. Hurley