UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| | ) | Case No.: 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | Hon. Basil H. Lorch III |
| Debtor. | ) | |
| | ) | |

## LAUREL LIVESTOCK'S JOINDER IN OBJECTIONS TO TRUSTEE'S REPORT

Come Now the Defendant, Laurel Livestock Market, Inc. ("Laurel Livestock"), by counsel, and respectfully joins in the First Bank and Trust Company ("Frist Bank"), Superior Livestock ("Superior"), CPC Livestock ("CPC"), and Bluegrass Stockyards, LLC, Bluegrass Stockyards East, LLC, and Bluegrass Stockyards of Richmond, LLC's (collectively, the "Bluegrass Companies") Objections to Trustee's Report. In support of its Objection, Laurel Livestock states the following:

1.      On June 5, 2012, Trustee filed his report on potential claims against Fifth Third Bank ("Trustee's Report"). [Doc. No. 1166]

2.      On June 8, 2012, Superior objected to Trustee's Report. [Doc. No 1177]

3.      On June 20, 2012 First Bank objected to Trustee's Report. [Doc. No. 1201]

4.      On June 25, 2012 CPC filed a joinder to First Bank and Superior's Objections to Trustee's Report. [Doc. No. 1209]

5.      On June 26, 2012, Bluegrass Stockyards filed a joinder in objections to Trustee's Report and an expedited hearing. [Doc. No. 1216]

6.      Laurel Livestock joins in Objections to Trustee's Report filed by First Bank [Doc. No. 1201], Superior [Doc. No. 1177], CPC [Doc. No.1209], and the Bluegrass Companies [Doc. No. 1216].

1

Respectfully submitted,

*/s/Peter M. Gannott*
Peter M. Gannott
12910 Shelbyville Road
Suite 115
P.O. Box 43755
Louisville, Kentucky 40243
(502) 749-8800
(502) 523-5062 (mobile)
pgannott@gannottlaw.com
Counsel for Laurel Livestock Market, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send electronic notices to all parties entitled to receive notice in compliance with the Court's ECF Guidelines, on July 2, 2012.

*/s/   Peter M. Gannott*