**SO ORDERED: July 2, 2012.**



*(signature)*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,    Case No. **10–93904–BHL–11**
　　　Debtor(s).

## ORDER

A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on June 22, 2012, by Creditor First Bank and Trust Company, The.

**IT IS ORDERED** that the Motion for Emergency/Expedited Hearing is **DENIED**.

###