**SO ORDERED: July 2, 2012.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
        Debtor(s).

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on June 22, 2012, by Petitioning Creditor Superior Livestock Auction, Inc.

**IT IS ORDERED** that the Motion for Emergency/Expedited Hearing is **DENIED**.

###