UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| | | |
| SUPERIOR LIVESTOCK AUCTION, INC., | ) | |
|     Plaintiff, | ) | |
|         v. | ) | Adversary Proceeding No. 11-59088 |
| EASTERN LIVESTOCK CO., LLC, | ) | |
|     Defendant. | ) | |
| JAMES KNAUER, AS CHAPTER 11 | ) | |
| TRUSTEE FOR DEBTOR EASTERN | ) | |
| LIVESTOCK CO., LLC, | ) | |
|     Counterclaimant and Third-Party | ) | |
|     Plaintiff, | ) | |
|         v. | ) | |
| SUPERIOR LIVESTOCK AUCTION, INC., | ) | |
| FIFTH THIRD BANK, | ) | |
| FRIONA INDUSTRIES, L.P., | ) | |
| CACTUS GROWERS, INC., and | ) | |
| J&F OKLAHOMA HOLDINGS, INC., | ) | |
|     Counterclaim and /or Third-Party | ) | |
|     Defendants. | ) | |
| | | |
| FRIONA INDUSTRIES, L.P., | ) | |
|     Plaintiff, | ) | |
|         v. | ) | Adversary Proceeding No. 11-59093 |
| EASTERN LIVESTOCK CO., LLC, et. al., | ) | |
|     Defendants, | ) | |
|         and | ) | |
| CACTUS GROWERS, INC., | ) | |
|     Intervenor, | ) | |
|         v. | ) | |
| EASTERN LIVESTOCK CO., INC., et. al., | ) | |
|     Defendants, | ) | |
|         and | ) | |
| J & F OKLAHOMA HOLDINGS, INC., | ) | |
|     Intervenor, | ) | |
|         v. | ) | |
| EASTERN LIVESTOCK CO., et. al., | ) | |
|     Defendants. | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION OF JAMES LEE ODLE
## AND SUBPOENA DUCES TECUM

TO:    JAMES LEE ODLE
General Manager
Superior Livestock Auction, Inc.
1155 North Colorado
Brush, CO 80723

c/o Christie A. Moore
Bingham Greenebaum Doll
101 S. Fifth Street, 3500 National City Tower
Louisville, KY  40202
*Counsel for Superior Livestock*

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable in the above-captioned adversary proceedings by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, James A. Knauer, Chapter 11 Trustee of Eastern Livestock, Co., LLC, by and through the undersigned attorneys, will take the oral deposition of **JAMES LEE ODLE on August 7 and 8, 2012, at 9:00 a.m., local time, at the office of Bingham Greenebaum Doll, 101 S. Fifth Street, 3500 National City Tower, Louisville, Kentucky 40202.**  The deposition will be conducted before a notary public or other officer permitted by law to administer oaths and will be recorded by audiovisual and stenographic means.

The witness and his counsel shall bring to the deposition each of the following things and make them available for inspection and copying during the deposition:

1. Each original document titled Assignment of Livestock Contracts bearing the signature of Thomas P. Gibson, including all attachments, cover pages, cover letters, and other documents accompanying, transmitted with, or affixed to the original.

2. Each original document titled Assignment of Livestock Contracts bearing the signature of James Odle including all attachments,

    cover pages, cover letters, and other documents accompanying, transmitted with, or affixed to the original.

  The undersigned counsel has not made arrangements for participating by phone. Any counsel wishing to attend by phone must make all necessary arrangements with Bingham Greenebaum Doll.  Those participating by phone do so at their own risk, as the deposition will not be postponed or delayed if phone problems should occur.

  The deposition will be taken for the purpose of discovery, for use at hearings and trials, and for all other uses permitted by the Federal Rules of Civil Procedure, Federal Rules of Evidence, and the Federal Rules of Bankruptcy Procedure.  You are invited to attend and cross-examine.

        FAEGRE BAKER DANIELS LLP

        By: /s/ Kevin M. Toner

| | |
|---|---|
| Kevin M. Toner (#11343-49) | *Counsel for James A. Knauer, Chapter 11 Trustee* |
| Harmony Mappes (#27237-49) | |
| 300 N. Meridian Street, Suite 2700 | |
| Indianapolis, IN 46204-1750 | |
| Telephone: (317) 237-0300 | |
| Facsimile: (317) 237-1000 | |
| kevin.toner@FaegreBD.com | |
| harmony.mappes@FaegreBD.com | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 2, 2012, a copy of the foregoing was served electronically on the following counsel at the addresses listed below:

Steven A. Brehm, Bingham Greenbaum Doll
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Christie A. Moore, Bingham Greenbaum Doll
cm@gdm.com, ljs2@gdm.com

The undersigned attorney further certifies that on July 2, 2012, a copy of the foregoing was served electronically via the Court's ECF system on the following counsel at the addresses listed below:

David L. Abt on behalf of Other Professional David Abt
davidabt@mwt.net

Amelia Martin Adams on behalf of Creditor Alton Darnell dba Darnell Alton Barn
aadams@dlgfirm.com

John W Ames on behalf of Creditor Joplin Regional Stockyards
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;dwineinger@taftlaw.com

T. Kent Barber on behalf of Creditor Blue Grass Maysville Stockyards, LLC
kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell on behalf of Counter-Defendant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles on behalf of Creditor Joplin Regional Stockyards
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Kent A Britt on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com

Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County
courtmail@fbhlaw.net

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

James M. Carr on behalf of Intervenor James Knauer, Trustee
jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;patricia.moffit@faegrebd.com

Deborah Caruso on behalf of Other Professional Kathryn Pry
dcaruso@daleeke.com, mthomas@daleeke.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Jason W. Cottrell on behalf of Creditor Rex Elmore
jwc@stuartlaw.com

Kirk Crutcher on behalf of Counter-Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Jack S Dawson on behalf of Defendant Jane, LLC
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal on behalf of Intervenor James Knauer, Trustee
dustin.deneal@faegrebd.com, patricia.moffit@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto on behalf of Creditor Alton Darnell dba Darnell Alton Barn
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina on behalf of Creditor Bellar Feed Lots, Inc.
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl on behalf of Creditor Your Community Bank
tearl@rwsvlaw.com

Shawna M Eikenberry on behalf of Counter-Claimant James Knauer
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jeffe@bellnunnally.com

Robert H. Foree on behalf of Creditor Kentucky Cattlemen's Association
robertforee@bellsouth.net

Sandra D. Freeburger on behalf of Creditor Estate of John S. Gibson, Anna Gayle Gibson, Execu
sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott on behalf of Counter-Claimant Laurel Livestock Market, INC.
pgannott@gannottlaw.com, ahanover@gannottlaw.com;mkeane@gannottlaw.com

Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank
msgiberson@vorys.com

Jeffrey J. Graham on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall on behalf of Intervenor James Knauer, Trustee
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

John David Hoover on behalf of Trustee James Knauer
jdhoover@hooverhull.com

John Huffaker on behalf of Creditor Friona Industries, LP
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe on behalf of Intervenor James Knauer, Trustee
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno
tjohnston@mcjllp.com

James Bryan Johnston on behalf of Creditor Bynum Ranch Co.
bjtexas59@hotmail.com, bryan@ebs-law.net

Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins
Jill.Julian@usdoj.gov

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, hns@kgrlaw.com

Erick P Knoblock on behalf of Cross-Claimant Kathryn Pry
eknoblock@daleeke.com

Theodore A Konstantinopoulos on behalf of Creditor General Electric Capital Corporation
ndohbky@jbandr.com

Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank
RDLatour@vorys.com,

David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
edl@rubin-levin.net

Elliott D. Levin on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
robin@rubin-levin.net

Kim Martin Lewis on behalf of Other Professional Elizabeth Lynch
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind on behalf of Counter-Defendant Fifth Third Bank
jblind@vorys.com

Karen L. Lobring on behalf of Creditor Deere & Company
lobring@msn.com

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Frederick Massouh on behalf of Counter-Defendant Cactus Growers, Inc.
john.massouh@sprouselaw.com

Michael W. McClain on behalf of Creditor Grant Gibson
mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell on behalf of Creditor Supreme Cattle Feeders, L.L.C.
lisahughes@givenspursley.com

James Edwin McGhee on behalf of Creditor Vermilion Ranch Corporation
mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company

amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse on behalf of Creditor Heritage Feeders LP
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern on behalf of Creditor Arcadia Stockyard
wsnewbern@msn.com

Shiv Ghuman O'Neill on behalf of Plaintiff James Knauer, Trustee
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs on behalf of Creditor Peoples Bank of Coldwater Kansas
kim.maynes@moyewhite.com

Michael Wayne Oyler on behalf of Creditor Your Community Bank
moyler@rwsvlaw.com

Ross A. Plourde on behalf of Creditor Crumpler Bros.
ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Wendy W Ponader on behalf of Trustee James Knauer
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy on behalf of Creditor Peoples Bank & trust Co. of Pickett County
traluy@fbhlaw.net

Eric C Redman on behalf of Defendant Bankfirst Financial Services
ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson on behalf of Creditor Fifth Third Bank
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts on behalf of Counter-Claimant Laurel Livestock Market, INC.
jratty@windstream.net

Susan K. Roberts on behalf of Creditor Rex Elmore
skr@stuartlaw.com, lbt@stuartlaw.com

Mark A. Robinson on behalf of Creditor Cactus Growers, Inc.
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

John M. Rogers on behalf of Creditor Joplin Regional Stockyards

johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers on behalf of Defendant Nichols Livestock
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

Jeremy S Rogers on behalf of Other Professional Elizabeth Lynch
Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com

James E Rossow on behalf of Counter-Defendant Superior Livestock Auction, Inc.
jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Thomas C Scherer on behalf of Creditor Cullman Stockyard, Inc.
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Ivana B. Shallcross on behalf of Creditor Joplin Regional Stockyards
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

William E Smith on behalf of Creditor Coffeyville Livestock Market, LLC
wsmith@k-glaw.com, pballard@k-glaw.com

James E. Smith on behalf of Cross Defendant Diamond B Ranches
jsmith@smithakins.com, legalassistant@smithakins.com

Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com

Andrew D Stosberg on behalf of Defendant Willie Downs
astosberg@lloydmc.com

Meredith R. Thomas on behalf of Other Professional Kathryn Pry
mthomas@daleeke.com

John M. Thompson on behalf of Creditor Heritage Feeders LP
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
ctrapp@rubin-levin.net, lemerson@rubin-levin.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrea L Wasson on behalf of Creditor Lytle Street Development
andrea@wassonthornhill.com

Stephen A. Weigand on behalf of Creditor First Bank and Trust Company, The

9

sweigand@ficlaw.com

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Jessica E. Yates on behalf of Creditor CPC Livestock, LLC
jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com;voconnor@swlaw.com

James T Young on behalf of Intervenor Michael Walro
james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

                                                                  */s/* Kevin M. Toner