## ELC BRANCH 24 INVENTORY SUMMARY

| | |
|---|---:|
| Ending Inventory 11-6 | 5,533,448.53 |
| Air Cattle Component | (1,333,976.20) |
| **Real Cattle Inventory** | 4,199,472.33 |
| Less: new invoices from inventory | 287,309.45 |
| **Adjs't Inv** | 3,912,162.88 |
| Less: 181 Hd sold by Custodian | (117,119.02) |
| **Remaining Inventory** | 3,795,043.86 |



EXHIBIT A