| Customer Name | Inv. Date | Head | Invoice # | Original Inv $ | Feed Increase | Cash Receipts | Balance Remaining |
|---|---|---|---|---|---|---|---|
| JAMES ED & LEE EDENS | 9/18/10 | 97 | 24290708 | 57,274.36 | - | | 57,274.36 |
| E 4 CATTLE CO | 9/29/10 | 83 | 24290804 | 55,398.67 | - | | 55,398.67 |
| E 4 CATTLE CO | 12/22/10 | 105 | 24311075 | 68,258.40 | - | | 68,258.40 |
| E 4 CATTLE CO | 12/23/10 | 10 | 24311082 | 8,140.18 | - | | 8,140.18 |
| E 4 CATTLE CO | 12/23/10 | 42 | 24311451 | 24,896.55 | - | | 24,896.55 |
| ED EDENS FARMS | 10/9/10 | 130 | 24290886 | 62,566.44 | - | 50,053.16 | 12,513.28 |
| ED EDENS IV | 9/21/10 | 114 | 24290721 | 60,006.33 | - | 48,005.07 | 12,001.26 |
| ED EDENS IV | 9/22/10 | 92 | 24290725 | 50,735.69 | - | | 50,735.69 |
| ED EDENS IV | 9/22/12 | 120 | 24290726 | 59,987.46 | - | | 59,987.46 |
| ED EDENS IV | 9/24/10 | 136 | 24290766 | 53,058.14 | 3,834.24 | 51,495.50 | 5,396.88 |
| ED EDENS IV | 9/29/10 (feed) | | 24290773 | 10,451.52 | - | | 10,451.52 |
| ED EDENS IV | 9/30/10 | 66 | 24290821 | 48,435.95 | - | 36,445.95 | 11,990.00 |
| ED EDENS IV | 10/13/10 | 169 | 24290897 | 122,491.78 | - | | 122,491.78 |
| ED EDENS IV | 10/13/10 | 112 | 24290898 | 84,629.67 | - | | 84,629.67 |
| ED EDENS IV | 10/13/10 | 196 | 24290899 | 118,514.71 | - | | 118,514.71 |
| ED EDENS IV | 10/13/10 | 73 | 24290900 | 45,591.33 | - | | 45,591.33 |
| ED EDENS IV | 10/13/10 | 150 | 24290901 | 110,494.63 | - | | 110,494.63 |
| ED EDENS IV | 10/19/10 | 150 | 24290938 | 89,528.34 | - | | 89,528.34 |
| ED EDENS IV | 10/19/10 | 193 | 24290939 | 124,630.12 | - | | 124,630.12 |
| ED EDENS IV | 10/19/10 | 147 | 24290940 | 98,753.31 | - | | 98,753.31 |
| ED EDENS IV | 10/19/10 | 194 | 24290941 | 153,974.71 | - | | 153,974.71 |
| ED EDENS IV | 10/19/10 | 84 | 24290942 | 52,756.97 | - | | 52,756.97 |
| ED EDENS IV | 10/19/10 | 121 | 24290943 | 96,023.73 | - | | 96,023.73 |
| ED EDENS IV | 10/21/10 | 145 | 24290946 | 95,074.95 | - | | 95,074.95 |
| ED EDENS IV | 10/21/10 | 150 | 24290947 | 87,323.55 | - | | 87,323.55 |
| ED EDENS IV | 10/21/10 | 119 | 24290948 | 87,859.24 | - | | 87,859.24 |
| ED EDENS IV | 10/21/10 | 140 | 24290949 | 103,233.57 | - | | 103,233.57 |
| ED EDENS IV | 10/21/10 | 172 | 24290950 | 100,984.23 | - | | 100,984.23 |
| ED EDENS IV | 10/21/10 | 118 | 24307859 | 90,014.21 | - | | 90,014.21 |
| ED EDENS IV | 10/21/10 | 132 | 24307842 | 97,491.22 | - | | 97,491.22 |
| ED EDENS IV | 10/21/10 | 147 | 24307857 | 106,423.69 | - | | 106,423.69 |
| ED EDENS IV | 10/21/10 | 169 | 24307862 | 97,200.36 | - | | 97,200.36 |
| ED EDENS IV | 11/1/10 | 155 | 24307933 | 110,005.23 | - | | 110,005.23 |
| ED EDENS IV | 11/1/10 | 127 | 24307934 | 80,302.23 | - | | 80,302.23 |
| ED EDENS IV | 11/1/10 | 199 | 24307935 | 155,323.49 | - | | 155,323.49 |
| ED EDENS IV | 11/1/10 | 146 | 24307936 | 101,149.77 | - | | 101,149.77 |
| | | | | | | **Balance due from Edens** | **2,786,819.29** |



EXHIBIT