| Eastern Customer | Transaction Date | Invoice # | # of Head | $ | Check Date | Clear Date | Deposit Date per Edens | Amount Paid to E4/E. Edens | References |
|---|---|---|---|---|---|---|---|---|---|
| LANE CATTLE -BENTON AL | | 311022N | 39 | 42,655.01 | 11/5/10 | 11/9/10 | 11/8/10 | 42,655.01 | |
| PIERCE LANE- BENTON AL | | 311022N | 68 | 47,793.36 | 11/5/10 | 11/8/10 | 11/8/10 | 47,793.36 | |
| FLOYD REEVES- FRIONA TX | | 311020N | | 63,901.20 | | | 11/8/10 | 63,901.20 | |
| BOB ADCOCK- TALAL OK | | 24307940 | 89 | 56,505.53 | 11/4/10 | 11/9/10 | 11/8/10 | 56,505.53 | |
| GLOVER FARMS- PINE BLUFF AR | | 311021N | | 65,630.84 | | | 11/8/10 | 65,630.84 | |
| P&R LIVESTOCK - STILLWATER OK | | 24311058 | 128 | 67,892.21 | 11/10/10 | 11/12/10 | 11/12/10 | 67,892.21 | |
| LARRY WAYNE GLOVER- ELGIN OK | 3-Nov | 24307945 | 97 | 57,196.88 | 11/9/10 | Wire | 11/9/10 | 57,196.88 | |
| C & C CATTLE CO- BARTLESVILLE OK | 23-Oct | 24307875 | 78 | 32,239.35 | 11/9/10 | Wire | 11/9/10 | 32,239.35 | |
| C & C CATTLE CO- BARTLESVILLE OK | 28-Oct | 24307895 | 126 | 53,358.79 | 11/9/10 | Wire | 11/9/10 | 53,358.79 | |
| C & C CATTLE CO- BARTLESVILLE OK | 30-Oct | 24307916 | 107 | 46,841.71 | 11/9/10 | Wire | 11/9/10 | 46,841.71 | |
| REX WELLS- FRIONA TX | 3-Nov | 24307942 | 122 | 63,243.81 | | | 11/12/10 | 63,243.81 | |
| JIM ROY WELLS CATTLE- FRIONA TX | 30-Oct | 24307918 | 117 | 62,737.10 | | | 11/12/10 | 61,224.05 | |
| MATTHEW CATES- FOLLETT TX | 18-Sep | 24290700 | 112 | 49,195.30 | 11/5/10 | 11/8/10 | 11/19/10 | - | |
| MATTHEW CATES- FOLLETT TX | 23-Sep | 24290747 | 119 | 51,438.77 | 11/5/10 | 11/8/10 | 11/19/10 | 79,520.69 | Cates sold balance of cattle at Woodward LS/Woodward paid Edens |
| MATTHEW CATES- FOLLETT TX | 7-Oct | 24290860 | 126 | 52,029.81 | 11/7/10 | 11/22/10 | 11/19/10 | 50,592.78 | |
| JAKE JOHNS- SHANNON MS | 2-Nov | 24307938 | 4 | 1,113.30 | | | 11/19/10 | 1,113.30 | |
| MARK FREEMAN IV- FAIRFAX OK | 18-Sep | 24290698 | 289 | 66,361.84 | | | 11/8/10 | 95,606.91 | Original invoice amt. $189,886.94/Previous cash pymt to ELC of $123,525.10 |
| MARK FREEMAN IV- FAIRFAX OK | 18-Sep | 24290699 | 86 | 20,096.09 | | | 11/8/10 | - | Original invoice amt. $60.288.25/Previous cash pymt to ELC of $40,192.16 |
| MARK FREEMAN IV- FAIRFAX OK | 15-Sep | 24307827 | 93 | 18,455.18 | | | 11/8/10 | - | Original invoice amt. $55365.54/Previous cash pymt to ELC of $36,910.36 |
| | | | | | | Total of Deposits for Escrow | | 885,316.42 | |
| | | | | | | Total of Directed Vendor Payments | | 355,536.62 | (see detail on tab 2) |
| | | | | | | Total Diverted Accounts Receivable | | 1,240,853.04 | |



EXHIBIT C