| Customer Name | Invoice Date | Invoice # | # of Head | $ | Payment to Whom | Date of Payment | Amount Paid | Check # |
|---|---|---|---|---|---|---|---|---|
| Scott Weeks | 11/3/10 | 24307951 | 46 | 25,119.61 | Alabama Livestock Auction | 11/9/10 | 25,119.61 | 12388 |
| Brandon Jones | 11/3/10 | 24307950 | 40 | 26,429.46 | Alabama Livestock Auction | 11/10/10 | 26,429.46 | 1504 |
| Brandon Jones | 10/28/12 | 24307893 | 74 | 47,186.15 | Alabama Livestock Auction | 11/10/10 | 47,186.15 | 1504 |
| Mark Yazel Cattle-M.Y.C. | 11/1/10 | 24307927 | 63 | 51,750.54 | DeMaio Farm & Ranch | | 51,750.54 | |
| Mark Yazel Cattle-M.Y.C. | 11/2/10 | 24307941 | 186 | 168,964.59 | DeMaio Farm & Ranch | | 168,964.59 | |
| Andy Lolley | 9/15/10 | 24307823 | 92 | 36,086.27 | Chad Houck | | 36,086.27 | |
| | | **Invoice Total** | | **355,536.62** | | | **355,536.62** | |



EXHIBIT

D