**List of Cattle Seized by Vendors**   **(no payments cleared bank)**

| Vendor Name | Date of Sale | Purchase Delivery Date | Check Date | Check # | # of Head | $ |
|---|---|---|---|---|---|---|
| Fort Payne Stockyards, Fort Payne, AL | 11/2/10 | 11/3/10 | 11/3/10 | 125275 | 179 | 89,424.93 |
| Macon Stockyards, Inc., Macon, MS | 11/1/10 | 11/2/10 | 11/2/10 | 125204 | 54 | 26,390.65 |
| Boyce Davis (Davis Meats), West Point, MS | Private Treaty | 10/22/10 | 10/22/10 | F34040 | - | 8,125.00 |
| Boyce Davis (Davis Meats), West Point, MS | Private Treaty | 10/22/10 | 10/22/10 | F34041 | 34 | 8,125.00 |
| Peoples Livestock Auction | 11/1/10 | 11/2/10 | 11/2/10 | F34140 | 96 | 47,229.84 |
| Arab Livestock Market, Inc. | 11/2/10 | 11/3/10 | 11/3/10 | 125282 | 84 | 44,616.21 |
| Carroll County Livestock Sale Barn, Inc. | 11/1/10 | 11/2/10 | 11/2/10 | 125212 | 31 | 16,988.51 |
| Tennessee Valley Livestock | 11/1/10 | 11/2/10 | 11/2/10 | 125205 | 54 | 26,765.84 |
| Alabama Livestock Auction, Uniontown, AL | 11/2/10 | 11/3/10 | 11/3/10 | 125280 | 24 | 12,243.80 |
| Scotts Hill Stockyard, Scotts Hill, TN | 11/1/10 | 11/2/10 | 11/2/10 | 125207 | 79 | 38,262.81 |
| Billingsley Auction Sale Inc., Senatobia, MS | 10/28/10 | 10/29/10 | 10/29/10 | 124920 | 252 | 119,431.18 |
| Robert Rawls Livestock, Brookhaven, MS | Private Treaty | 10/27/10 | 10/28/10 | 124801 | 86 | 55,788.08 |
| Robert Rawls Livestock, Brookhaven, MS | Private Treaty | 10/27/10 | 10/27/10 | 124626 | 170 | 103,139.12 |
| Superior (see detail on tab 2) | | | | | 1,951 | 1,165,012.55 |
| | | | | | **3,094** | **1,761,543.52** |



EXHIBIT
*E*