1. Run Reports – Run most reports in branch 01
a) Upstairs—2 #27 today's date; 1 #151 previous day (All); 1 #153 (All)
b) Downstairs—1 #324 (We'll come back to this); 3 # 82; 6 #24;2 #435;2 #155; 2 #23; 1 #81 (Option 1 to print and delete)
c) #324 Cattle A/P—before anyone starts to work, compare a/p to the a/r ( # 24 is an easier report to use) if person is on a/r and a/p, have Beth & Sheree (house & manual checks) write or quick-pay; after they have done so, run another #324 and put is a box for me. It's ok to have a little bit of contra; Pam will need to know this number to put on borrowing base.
d) Before you turn the billing crew loose to work; check inventory value (use the # 435 to do this; if the value is below $11,429,000 it's a good idea to have the billing crew to buy ONLY until the value is up to that point. Then run the #435 again and give to Pam. If the billing crew can not buy in enough to get there, buy from someone safe; Jlcat06 or Wildow01 or Breliv03 etc. DO NOT send checks out—they will have to be bought in and written because of the contra issue.
e) Review A/R for related parties; if they have 5 days on the A/R, check with Patti or Providence (Gibson Farms or West KY ls). The reason for this is that it takes 2 days to clear get off A/R (vtik for example). If on the A/R over 7 days; Pam will need to know related party (is) dollar amount and this number is an ineligible on the borrowing base. ( John F. Gibson is one that I have a trouble with for some reason; and usually is not a large number but it's still ineligible)
f) Even with the inventory run up, it still may not be enough collateral to support the covering of the presentments. Sometimes you have to "pull forward". This means that after you run up the inventory (if that's necessary) run that report for the "new" inventory. Then have the billing crew to bill (invoice) as much as they can, as fast as they can. THIS TAKES CRUCIAL TIMING. And then run new reports, # 24 and #82, and Pam has to balance the new A/R using
g) Sometimes they can not bill enough in the short time remaining to finish the banking (we try, as much as possible, to fax the borrowing base by 11:30 am). If this happens, we create receivables by billing to JLCAT06; Willie and his entities DTCAT 01 & DSFAR 03; Jamede01 ed edens; 2BCAT 01; ECF 01; and to some extent (small) NICLIV01. Billing to these companies creates a double edged sword. We have to get them paid and the only way to get them paid is to trade checks with them. With the volume that we have to do, it is sometimes difficult to get the off in 45 day.
h) If we need to bill; what do you bill? In the downstairs conference is a wire basket. Inside that basket is a big clip of "sorts". They are created as we trade checks with the above groups. Do not bill the person that you purchased that group from originally. Mark the cattle up and down so that there is profit and loss; I try to get close but overall lose a little because I usually buy from the group a little higher so as to throw the numbers off (most of the time, I can use their commissions to offset the extra). The big clip is replenished by swooping CATTLE purchases (I put the newest ones in the back so that I don't get into a 45-day issue.

TPGDSI00407


EXHIBIT F

2. As far as getting money into the regular account, it's gotten more difficult. If at all possible, make checks to go into the A/R account. And make a cattle purchase from the other person. It keeps the A/R fresh and gives you more a supply of inventory to sell to the others. THE OTHERS DO NOT KNOW THAT IT'S A CATTLE PURCHASE. ALL THEY KNOW IS THAT WE'RE TRADING CHECKS. With the exception of BRELIV03 & ECF 01; I usually have to be at least 1 day head of the process (with Robert Nichols, it's a week). I can go up to about $240K with Ed on the same day (in at least 2 checks). The important thing is: DO NOT MAKE THE TRANSACTION THE SAME AMOUNT. You can offset the difference with commissions or simply give (example BRELIV01) $40 to $50 extra (NOT EVEN AMOUNTS) and short them the next time BUT even then (DO NOT HAVE EXACT AMOUNTS). Breitspecher's contact is Janel or Shawn. Ernie's contact is Jolinda. BRELIV is good to use because they sometimes use us (and usually it's the next day that I know because they bank late and I'm usually gone by the time they know if they need some help. Last week I used them for $1.4MM which is a large amount (And I broke it up in several checks). Who ever I'm using, I come up with the amounts on our side and I tell them the amounts to use.
3. I keep the checks in the in the credenza behind me. There are adequate checks for now but wise to monitor your inventory of signed checks. When I run low I call and ask for more. Sometimes I ask them to overnight them to me.

TPGDSI00408