| CUSTOMER | Check Date | Post Date | $ |
|---|---|---|---|
| Stierwalt Ranch/Shane Stierwalt | Wire | 11/5/10 | 301,300.80 |
| Kirkland Feedyard, Inc | 11/4/10 | 11/9/10 | 298,591.57 |
| | Total | | 599,892.37 |



EXHIBIT
tabbies®
G