| Customer | Description | Lost $ | Lost # Head | Status |
|---|---|---|---|---|
| 3H to Anderson | Received 1,701 head-all sold -/Related rebill of 1010 head to Anderson is duplicate | 208,506.56 | | |
| B-5 Farms to DeMaio | Credit off B-5 53 Head/Bill DeMaio/now in inventory | 54,662.31 | 122 | 30 on B-5/92 on DeMaio |
| Brent Bennett to Buffalo Feeders | Bill and credit 126 Head/rebill Buffalo Feeders who paid short | 7,255.20 | | |
| Chad Houck to Faith Cattle | Bill $120,551.96 (201H)/Credit $75,351.96 (133H)/Houck pays $45,200 for 68H.  Of 133 H remaining, Faith billed ($42,626.51) for 71 H/paid ($32,073.05)/Missing head may have covered feed costs | 43,278.91 | 62 | Rebilled to Houck/open on aging |
| Charles Anderson to Inventory | Credit off to Inventory/Rebilled as invoice 24311014N | 84,302.10 | 110 | rebilled to anderson |
| Charles W. Anderson to Royal Beef | Bill and credit 1,118 head/Trace 873 head to Royal Beef Invoices/lost value is sum of missing cattle and short payment from Royal Beef | 272,788.40 | 245 | |
| Clark Christensen to Inventory | Bill 221/credit 155 to inventory/rebilled as invoice 24311013N | 93,796.35 | 155 | rebilled to christensen/superior paid for 66 head |
| C&M to Friona | C&M receivable and head credited off and billed to Friona/C&M seeking feed bill from ELC as offset | 11,625.15 | | Feed bill offset |
| DeMaio credit and rebill | Billed/credit/rebilled 170,579.23/payment only 99,255.42 | 71,323.81 | | |
| Francis Madison to Jeffrey Madison | Billed and credited 571 Hd ($372,469.21)/571 Hd billed to Jeffrey, plus 15,008.00 for feed. Short pay equal 77 head put back into inventory | 50,595.58 | 77 | Rebilled to Jeffrey Madison -Inv #24311027N |
| Johnny Brooks | short pay of 6 Hd | 3,104.18 | 6 | |
| LC Harrison to Faith Cattle | Bill and credit 95 head/Bill same hd to Faith Cattle at stepped up basis of $141,289.95 | | | |
| Scott Winters to Faith Cattle | Bill and credit 99 head/Bill same hd to Faith Cattle at stepped up basis of $141,289.95 | | | |
| Faith Cattle to Penner Cattle | Bill 194 head to Faith/increase by feed bill/credit of 150 head ($113,683.92)which are billed to Penner on stepped up basis of $115,153.92 | 45,947.62 | 44 | Balance open on aging due from Faith/feed costs included in this balance ttl $37,790.03 |
| Penner Cattle inv 24307891 | Penner financed 150 strs/Paid ELC $80,607.74 on 11-2/shortfall is Edens 30% equity | 34,546.18 | | Edens unpaid equity required by Penner |
| Penner Cattle inv 24307814 | Penner 50/50 equity deal w/ Edens/shortfall is Edens 30% equity | 7,455.77 | | Edens unpaid equity required by Penner |
| Penner Cattle inv 24290745 | Penner 50/50 equity deal w/ Edens/shortfall is Edens 30% equity | 16,372.19 | | Edens unpaid equity required by Penner |
| Matter Eller | Bill and credit 284 head/rebilled to Eller by DSI in inv#'s 24311011N/24311010N | 177,085.70 | 284 | |
| Pat Padilla | Bill and credit 28 head/rebilled to Padilla by DSI in inv #24311028N | 16,733.46 | 28 | |
| Starter Yard | Billed 77 head/credit of 8 head | 4,852.81 | 8 | |
| Tom Fellhauer to Christensen/Lane/Faith Cattle | Bill Fellhauer for 796 head/credit 783/initial loss $4,002.81/Bill 783 head on stepped up basis for feed costs for ($474,236.55/Cash receipt $380,440.20/Credit 155 to inventory sort East | 97,799.16 | 13 | Rebilled to Christensen-Inv #24290311013N by DSI |
| Tom Freeman to Charles Anderson | Bill and credit 110 head/rebill anderson same head and dollars | 84,302.10 | | Rebilled to Anderson-Inv # 24311014N by DSI |
| Williams Farm to Royal Beef | Bill 217 head212/173 of which billed to Royal Beef/39 head in inventory/5 dead | 30,038.33 | 5 | Rebilled 39 head to Williams Farm inv #24311629N by DSI |
| Matt Eller | Bill and credited 284 head/All in inventory | 177,285.70 | | Rebilled 284 head to Eller inv #s 24311011N/24311010N by DSI |
| DeMaio | Bill and credit 92 head/All in inventory | 54,662.31 | | Rebilled 92 head to DeMaio inv #24311012N ny DSI |
| | **Total ELC Loss on Above Transactions** | **1,648,319.88** | | |



EXHIBIT

H