United States Bankruptcy Court
Southern District of Indiana

In re:                                                            Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4           User: kgoss            Page 1 of 4                Date Rcvd: Jul 02, 2012
                               Form ID: sgeneric      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2012.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,   New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,    3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,   Devine & Donley, LLC,
               534 S KS Ave Suite 1420,   Topeka, KA  66603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Jul 02 2012 22:55:08     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,   PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2012**                      **Signature:**      _Joseph Speetjens_

```
District/off: 0756-4            User: kgoss                  Page 2 of 4                    Date Rcvd: Jul 02, 2012
                                Form ID: sgeneric            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2012 at the address(es) listed below:

     Allen Morris  on behalf of Creditor Republic Bank and Trust Company amorris@stites.com,
      dgoodman@stites.com
     Amelia Martin Adams  on behalf of Creditor Alton Darnell dba Darnell Alton Barn
      aadams@dlgfirm.com
     Andrea L Wasson  on behalf of Creditor Lytle Street Development andrea@wassonthornhill.com
     Andrew D Stosberg  on behalf of Defendant Willie Downs astosberg@lloydmc.com
     Anthony G. Raluy  on behalf of Creditor Peoples Bank & trust Co. of Pickett County
      traluy@fbhlaw.net
     Bret S. Clement  on behalf of Creditor First Bank and Trust Company, The bclement@acs-law.com,
      sfinnerty@acs-law.com
     C. R. Bowles  on behalf of Creditor Joplin Regional Stockyards cbowles@bgdlegal.com,
      smays@bgdlegal.com;cjenkins@bgdlegal.com
     Charles R. Wharton  on behalf of U.S. Trustee U.S. Trustee Charles.R.Wharton@usdoj.gov,
      Charles.R.Wharton@usdoj.gov
     Christie A. Moore  on behalf of Counter-Defendant Superior Livestock Auction, Inc. cm@gdm.com,
      ljs2@gdm.com
     Christopher M. Trapp  on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
      ctrapp@rubin-levin.net
     Daniel J. Donnellon  on behalf of Creditor First Bank and Trust Company, The
      ddonnellon@ficlaw.com, knorwick@ficlaw.com
     David A. Laird  on behalf of Creditor Peoples Bank of Coldwater Kansas
      david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
     David Alan Domina  on behalf of Creditor Bellar Feed Lots, Inc. dad@dominalaw.com,
      KKW@dominalaw.com;efiling@dominalaw.com
     David L. Abt  on behalf of Other Professional David Abt davidabt@mwt.net
     David L. LeBas  on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc.
      dlebas@namanhowell.com, koswald@namanhowell.com
     Deborah Caruso  on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
      mthomas@daleeke.com
     Dustin R. DeNeal  on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
      becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
     Edward M King  on behalf of Creditor Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
     Elliott D. Levin  on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
      robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
     Elliott D. Levin  on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
      edl@rubin-levin.net, atty_edl@trustesolutions.com
     Eric C Redman  on behalf of Defendant Bankfirst Financial Services ksmith@redmanludwig.com,
      kzwickel@redmanludwig.com;myecfmailrl@gmail.com
     Eric W. Richardson  on behalf of Creditor Fifth Third Bank ewrichardson@vorys.com,
      bjtobin@vorys.com
     Erick P Knoblock  on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
     Harmony A Mappes  on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
      judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
     Ivana B. Shallcross  on behalf of Creditor Joplin Regional Stockyards ishallcross@bgdlegal.com,
      smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
     Jack S Dawson  on behalf of Defendant Jane, LLC jdawson@millerdollarhide.com,
      jowens@millerdollarhide.com;receptionist@millerdollarhide.com
     James A. Knauer  on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com, hns@kgrlaw.com
     James A. Knauer  jak@kgrlaw.com, hns@kgrlaw.com
     James B. Lind  on behalf of Counter-Defendant Fifth Third Bank jblind@vorys.com
     James Bryan Johnston  on behalf of Creditor Bynum Ranch Co. bjtexas59@hotmail.com,
      bryan@ebs-law.net
     James E Rossow  on behalf of Counter-Defendant Superior Livestock Auction, Inc.
      jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
     James E. Smith  on behalf of Cross Defendant Diamond B Ranches jsmith@smithakins.com,
      legalassistant@smithakins.com
     James Edwin McGhee  on behalf of Creditor Vermilion Ranch Corporation mcghee@derbycitylaw.com,
      belliott@derbycitylaw.com;patenaude@derbycitylaw.com
     James M. Carr  on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
      sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
     James T Young  on behalf of Intervenor Michael Walro james@rubin-levin.net,
      lemerson@rubin-levin.net;carmen@rubin-levin.net
     Jason W. Cottrell  on behalf of Creditor Rex Elmore jwc@stuartlaw.com
     Jay Jaffe  on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
      sarah.herendeen@faegrebd.com
     Jay P. Kennedy  on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
      tfroelich@kgrlaw.com;ads@kgrlaw.com
     Jeffrey J. Graham  on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
      jgraham@taftlaw.com, ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
     Jeffrey L Hunter  on behalf of Joined Party United States Department of Agriculture, Grain Ins
      jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
     Jeffrey R. Erler  on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
      jeffe@bellnunnally.com
     Jerald I. Ancel  on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
      jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;dwineinger@taftlaw.com
     Jeremy S Rogers  on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
     Jessica E. Yates  on behalf of Creditor CPC Livestock, LLC jyates@swlaw.com,
      docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

```
District/off: 0756-4              User: kgoss                  Page 3 of 4                   Date Rcvd: Jul 02, 2012
                                  Form ID: sgeneric            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               jratty@windstream.net
              John  Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James Knauer jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant   Cactus Growers, Inc.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
              Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com;cmarshall@mcs-law.com
              Laura Day DelCotto    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
              Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               pgannott@gannottlaw.com,   mkeane@gannottlaw.com;jemerson@gannottlaw.com
              Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
               erin.clogston@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,   smattingly@dsf-atty.com
              Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
              Steven A. Brehm    on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Susan K. Roberts    on behalf of Creditor Rex Elmore skr@stuartlaw.com,   lbt@stuartlaw.com
              T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com

```
District/off: 0756-4          User: kgoss                 Page 4 of 4                  Date Rcvd: Jul 02, 2012
                              Form ID: sgeneric           Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 96
```

SO ORDERED: July 2, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## ORDER

A(n) Motion for Emergency/Expedited Hearing was filed with the Clerk of Court on June 22, 2012, by Petitioning Creditor Superior Livestock Auction, Inc.

**IT IS ORDERED** that the Motion for Emergency/Expedited Hearing is **DENIED**.

###