**SO ORDERED: July 5, 2012.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| _____ | ) | |
| RUSH CREEK RANCH, LLLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 11-59104 |
| | ) | |
| EASTERN LIVESTOCK COMPANY, LLC, | ) | |
| ARCADIA STOCKYARD, CATTLEMEN'S | ) | |
| LIVESTOCK MARKET, COLUMBIA | ) | |

| | |
|---|---|
| LIVESTOCK MARKET OF LAKE CITY, INC., | ) |
| HARDEE LIVESTOCK MARKET, INC., | ) |
| NORTH FLORIDA LIVESTOCK MARKET, | ) |
| OCALA LIVESTOCK MARKET, INC., | ) |
| OKEECHOBEE LIVESTOCK MARKET, | ) |
| SUMTER COUNTY FARMER'S MARKET, | ) |
| INC., TOWNSEND LIVESTOCK MARKET, | ) |
| FIFTH THIRD BANK, JAMES BYRD, a/k/a I.E. | ) |
| BYRD, OAK LAKE CATTLE COMPANY, INC., | ) |
| D&R TRUCKING, RONALD SIZEMORE | ) |
| TRUCKING, INC., BANKS 1-25, and | ) |
| DOES 25-50, | ) |
| | ) |
| Defendants. | ) |

### ORDER CANCELING JULY 9, 2012 HEARING AND GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH FLORIDA CREDITORS

This matter is before the Court on the *Trustee's Motion to Approve Settlement With Florida Creditors*[1] (the "Settlement Motion") [Dkt. 1157] filed by James A. Knauer, the chapter 11 trustee appointed in the above-captioned case (the "Trustee"). The Court, being duly advised and having considered the Settlement Motion and accompanying Settlement Agreement And Mutual Release and Notice of Hearing, now finds that adequate notice and opportunity to object was provided, that no written objections or motions to continue the hearing were filed with the Clerk, that the telephone hearing to consider the Settlement Motion is no longer necessary and should be canceled, and that the proposed settlement (i) is in the best interests of the bankruptcy estate; (ii) benefits the estate and the creditors thereof; and (iii) should be approved. Accordingly,

IT IS ORDERED that,

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Settlement Motion [Dkt. 1157].

1. The Settlement Motion is hereby GRANTED in its entirety.

2. The telephone hearing scheduled for July 9, 2012 at 10:00 a.m. is hereby CANCELED.

3. The terms of the Settlement Agreement are hereby APPROVED pursuant to 11 U.S.C. § 105 and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and the Trustee is authorized to take those actions necessary to close the settlement and to conclude the *Rush Creek Ranch, LLP v. Eastern Livestock Company, LLC, et al.*, Adversary Proceeding No. 11-59104.

###