# Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 7/5/2012
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Kevin M. Toner   kevin.toner@faegrebd.com

TOTAL: 1