UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Notice of Filing of Deposition, which was filed on July 5, 2012, is deficient in the following respect(s):

    Incorrect event used. Document must be re−filed using Notice of Submission event on Bankruptcy/Notice/Notice of Submission menu.

The above−cited deficiencies must be corrected by July 19, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: July 5, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court