## Notice Recipients

District/Off: 0756–4        User: edixon              Date Created: 7/5/2012
Case: 10–93904–BHL–11       Form ID: SF00075          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          John M. Rogers          johnr@rubin–levin.net

TOTAL: 1