UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel moves for leave to withdraw as counsel for Rex Elmore, in accordance with S.D. Ind. L.B.R. B-9010-1(c)(2), and in support states:

1. Susan K. Roberts will be retiring from the firm Stuart & Branigin LLP on July 31, 2012.

2. Jason W. Cottrell of Stuart & Branigin LLP currently has an Appearance on file for Rex Elmore, and will continue to represent Rex Elmore in this case.

**WHEREFORE**, Susan K. Roberts requests that her appearance as counsel for Rex Elmore be withdrawn.

　　　　　　　　　　　　　　　　　*/s/ Susan K. Roberts*
　　　　　　　　　　　　　　　　　**SUSAN K. ROBERTS**
　　　　　　　　　　　　　　　　　Attorney #10954-37
　　　　　　　　　　　　　　　　　*STUART & BRANIGIN LLP*
　　　　　　　　　　　　　　　　　300 Main Street, Ste. 900
　　　　　　　　　　　　　　　　　P. O. Box 1010
　　　　　　　　　　　　　　　　　Lafayette, IN 47902-1010
　　　　　　　　　　　　　　　　　P:　765-423-1561
　　　　　　　　　　　　　　　　　F:　765-742-8175
　　　　　　　　　　　　　　　　　E-mail: skr@stuartlaw.com
　　　　　　　　　　　　　　　　　*Attorney for Rex Elmore*

## CERTIFICATE OF SERVICE

I certify that on the 6th day of July, 2012, service of a true and complete copy of the above and foregoing pleading or paper was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Susan K. Roberts
**SUSAN K. ROBERTS**