**SO ORDERED: July 11, 2012.**



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,   Case No. **10−93904−BHL−11**
    Debtor(s).

## ORDER

A(n) Motion to Withdraw as Attorney was filed with the Clerk of Court on July 6, 2012, by Susan K. Roberts.

**IT IS ORDERED** that the Motion to Withdraw as Attorney is **GRANTED**.

###