# Notice Recipients

District/Off: 0756–4         User: kgoss2              Date Created: 7/11/2012
Case: 10–93904–BHL–11        Form ID: sgeneric         Total: 89

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer         | jak@kgrlaw.com |
| aty | Allen Morris            | amorris@stites.com |
| aty | Amelia Martin Adams     | aadams@dlgfirm.com |
| aty | Andrea L Wasson         | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy        | traluy@fbhlaw.net |
| aty | Bret S. Clement         | bclement@acs–law.com |
| aty | C. R. Bowles, Jr        | cbowles@bgdlegal.com |
| aty | Christie A. Moore       | cm@gdm.com |
| aty | Christopher M. Trapp    | ctrapp@rubin–levin.net |
| aty | Daniel J. Donnellon     | ddonnellon@ficlaw.com |
| aty | David A. Laird          | david.laird@moyewhite.com |
| aty | David Alan Domina       | dad@dominalaw.com |
| aty | David L. Abt            | davidabt@mwt.net |
| aty | David L. LeBas          | dlebas@namanhowell.com |
| aty | Deborah Caruso          | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal        | dustin.deneal@faegrebd.com |
| aty | Edward M King           | tking@fbtlaw.com |
| aty | Elliott D. Levin        | robin@rubin–levin.net |
| aty | Elliott D. Levin        | edl@rubin–levin.net |
| aty | Eric W. Richardson      | ewrichardson@vorys.com |
| aty | Harmony A Mappes        | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross     | ishallcross@bgdlegal.com |
| aty | James A. Knauer         | jak@kgrlaw.com |
| aty | James B. Lind           | jblind@vorys.com |
| aty | James Bryan Johnston    | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.     | jim@rubin–levin.net |
| aty | James Edwin McGhee, III | mcghee@derbycitylaw.com |
| aty | James M. Carr           | jim.carr@faegrebd.com |
| aty | Jason W. Cottrell       | jwc@stuartlaw.com |
| aty | Jeffrey J. Graham       | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter        | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler        | jeffe@bellnunnally.com |
| aty | Jerald I. Ancel         | jancel@taftlaw.com |
| aty | Jeremy S Rogers         | Jeremy.Rogers@dinslaw.com |
| aty | Jessica E. Yates        | jyates@swlaw.com |
| aty | Jill Zengler Julian     | Jill.Julian@usdoj.gov |
| aty | John Huffaker           | john.huffaker@sprouselaw.com |
| aty | John David Hoover       | jdhoover@hooverhull.com |
| aty | John Frederick Massouh  | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell        | john@lovell–law.net |
| aty | John M. Rogers          | johnr@rubin–levin.net |
| aty | John M. Thompson        | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III       | jrciii@acs–law.com |
| aty | John W Ames             | james@bgdlegal.com |
| aty | Joshua N. Stine         | kabritt@vorys.com |
| aty | Judy Hamilton Morse     | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring        | lobring@msn.com |
| aty | Kelly Greene McConnell  | lisahughes@givenspursley.com |
| aty | Kent A Britt            | kabritt@vorys.com |
| aty | Kevin M. Toner          | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis        | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher           | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto      | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant        | courtmail@fbhlaw.net |
| aty | Mark A. Robinson        | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs         | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson     | msgiberson@vorys.com |
| aty | Meredith R. Thomas      | mthomas@daleeke.com |
| aty | Michael W. McClain      | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler     | moyler@rwsvlaw.com |
| aty | Peter M Gannott         | pgannott@gannottlaw.com |
| aty | Randall D. LaTour       | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr      | rabell@vorys.com |
| aty | Robert H. Foree         | robertforee@bellsouth.net |
| aty | Robert K Stanley        | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde         | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger    | sfreeburger@dsf–atty.com |
| aty | Sean T. White           | swhite@hooverhull.com |
| aty | Shawna M Eikenberry     | shawna.eikenberry@faegrebd.com |

| | | |
|---|---|---|
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | Susan K. Roberts | skr@stuartlaw.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 83

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| op | National Cattlemen's Beef Association | Alice Devine | Devine &Donley, LLC | 534 S KS Ave Suite 1420    Topeka, KA 66603 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs | 3087 Ervin Town Rd. | Castlewood, VA 24224 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202–3103 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 |

TOTAL: 6