UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

The *Motion To Approve Compromise And Settlement With Kenny Ogden* (Docket No. 1242) (the "Motion") was filed with the Clerk of this Court by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), on July 16, 2012. Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement[1] attached as Exhibit A to the Motion. The Settlement Agreement provides for the payment of $171,030.04 by Ogden to the Trustee for the benefit of Debtor's estate. You should refer to the Motion and Settlement Agreement for specifics of the settlement by and between the Trustee and Ogden. Copies of the Motion are available via the Court's electronic Pacer system and/or may be obtained from undersigned counsel.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before August 15, 2012.

The Court will hold a hearing on the Motion on:

Date:   August 20, 2012
Time:   10:00 a.m. EDT
Place:  121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the Motion is on file with the Clerk's Office and is available for inspection upon request.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

9356253_1.DOC

Dated: July 16, 2012                           Respectfully submitted,

                                                        FAEGRE BAKER DANIELS LLP

                                                        By: /s/ Shawna Meyer Eikenberry

Shiv Ghuman O'Neill (#23280-53A)        *Counsel for James A. Knauer, Chapter 11 Trustee*
Shawna Meyer Eikenberry (#21615-53)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
shiv.oneill@faegrebd.com
shawna.eikenberry@faegrebd.com

9356253_1.DOC