# EXHIBIT 1

# Timeline of Wells Fargo Key Involvement

**12/6/10**
Chapter 11 Involuntary Petition



December 2010

**12/15/10**
Internal Wells Fargo Meeting: "Know Trustee" "Push" and "Bless" (WF006408)



**12/23/10**
Trustee Application for Appointment of James A. Knauer with Knauer Affidavit of Disinterest: **NO REFERENCE TO WELLS FARGO**



**12/27/10**
Order Approving the Appointment of James A. Knauer as Trustee



**12/28/10**
B & D Time Entry: Foster, David A. (0.3) Telephone call with J. Knauer regarding Wells Fargo's role in case



**12/28/10**
B & D Time Entry: Foster, David A. (1.60) Coordinate obtaining consents from Wells Fargo for B & D engagement; Hall, Terry E. (2.00) Draft letter to obtain consent from Wells Fargo regarding loan participant with Fifth Third and coordinate conflict waiver

**1/10/11**
Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP

**1/18/11**
Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee

**January 2011**

**12/30/10**
Application to Employ Baker & Daniels LLP with Affidavit of Terry E. Hall: **NO REFERENCE TO WELLS FARGO**

**1/11/11**
B & D Time Entry: Foster, David A. – Research issues concerning relationship with Fifth Third **and disinterestedness standard** (2.5)

**1/18/11**
"update call with/Trustee – no attorneys" Wells Fargo and Fifth Third: "KITING Waterfall" "Independent Auditor" "new Litigator Counsel" (WF006415-16)

**1/27/11**
The First Bank and Trust Company's Withdrawal of Objection to Employ Baker & Daniels LLP – **"in reliance upon the amended affidavit and the retention of special counsel"**

**2/11/11**
Trustee Financing Motion: "May Do" Actions include investigation of causes of action under Chapter 5 of the Bankruptcy Code; proposes "super-priority administrative expense claim" in favor of Fifth Third along with "valid, binding, enforceable, and perfected liens and security interests given and granted to Fifth Third"

February 2011

**1/24/11**
Amended Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP: **NO REFERENCE TO WELLS FARGO**

**2/9/11**
Wells Fargo Trustee Call: "DIP would allow for an increase priority lien in preference claims" (WF006420)

**2/18/11**
Trustee blog re: "Largest Creditor – Fifth Third": "We have to determine by March 11 whether there are any claims against Fifth Third and our review will be completed by that date."

**4/12/11**
Wells Fargo conference with Trustee/DSI: "RSI Report…may be a case of 5th/3rd against the CPA firm…will discuss the approach with 5th/3rd and WF counsel" (WF006403)

**4/28/11**
Special Counsel **Hoover Hull ceases all investigation** activity into Fifth Third claims

  April 2011   

**2/23/11**
Wells Fargo Eastern call: "awaiting – Trustee and special counsel? Bank will still have ability to shut off (May-Do investigations)" (WF006421)

**4/12/11**
Wells Fargo Trustee call: "Baker Daniels preparing the update on the Interpleaders" (WF006425)

**5/23/11**
Trustee's Motion to Transfer Funds and Release Proceeds: "<u>The Trustee has concluded that no person other than Fifth Third can assert any valid perfected lien</u> in or to the cattle sales proceeds"

**8/22/11**
Omnibus hearing at which Court allows transfer of funds to operating account but not distribution to banks.

**9/15/11**
Wells Fargo email re: "update call with Trustee from 9/8/11": "judge did order $5.2MM of cash to be transferred from the escrow account…to distribute funds, the trustee will have to give notice and wait through a waiting period… **Trustee and counsel still feel the judge will rule** in favor of the estate (also **favorable to the bank group**) that will result in a bank distribution." (WF006407)

 **August 2011**   **Sept. 2011**  

**8/2/11**
Wells Fargo "DSI/Eastern/Trustee Call:" "August 22 Hearing…to get money <u>released 9/1</u>" (WF006431)

**9/8/11**
Wells Fargo call with Trustee: "Still discussing the idea of a global settlement" (WF006407)

**10/5/11**
Wells Fargo call with Trustee: "Help reaffirm bankruptcy (normal) remains in force as to priorities 'Bank/unsecured;'" "Trustee is to put forth 'plan' for global settlement on liquidating '11'" (WF006410-11)

**12/14/11**
Omnibus hearing at which Court approves fee applications over objections and instructs Hoover Hull to prepare to investigate claims against Fifth Third and prepare report of Special Counsel

**6/5/12**
Report of Trustee, James A. Knauer, regarding investigation and analysis of potential claims against Fifth Third Bank

 **December 2011**  **February 2012**  **June 2012** 

**12/8/11**
Objection to Professional Fee Applications: Bluegrass Stockyards raises objection that "**Knauer Affidavit does not describe any 'connections' with** the Fifth Third loan participant **Wells Fargo Bank**."

**2/12/2012**
Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Trustee: Trustee seeks to employ his own firm, reaffirms that his firm is "disinterested" under 11 U.S.C. § 101. Affidavit in Support acknowledges "continuing responsibility…to disclose" and contains **NO REFERENCE TO WELLS FARGO.**