# EXHIBIT 2

Case 10-93904-BHL-11   Doc 1248-2   Filed 07/18/12   EOD 07/18/12 15:42:25   Pg 1 of 5

## COMPREHENSIVE LIST OF EVENTS

| Date | Narrative | Reference |
|---|---|---|
| 12/6/10 | Chapter 11 Involuntary Petition | Doc. 1 |
| 12/15/10 | Internal Wells Fargo Meeting: "Know Trustee" "Push" and "Bless" | WF006408 |
| 12/23/10 | Notice of Appointment and Application for Order Approving Appointment of Trustee (James A. Knauer) with Knauer Affidavit of Disinterest: **NO REFERENCE TO WELLS FARGO** | Doc. 98 |
| 12/27/10 | Order Approving the Appointment of James A. Knauer as Trustee | Doc. 102 |
| 12/30/10 | Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee with Affidavit of Terry E. Hall: **NO REFERENCE TO WELLS FARGO** | Doc. 113-114 |
| 1/10/11 | Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP | Doc. 181 |
| 1/18/11 | Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee | Doc. 219 |
| 1/18/11 | "update call with/Trustee – no attorneys" Wells Fargo and Fifth Third: "KITING Waterfall" "Independent Auditor" "new Litigator Counsel" | WF006415-16 |
| 1/24/11 | Amended Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP: **NO REFERENCE TO WELLS FARGO** | Doc. 235 |
| 1/27/11 | The First Bank and Trust Company's Withdrawal of Objection to Employ Baker & Daniels LLP – **"in reliance upon the amended** | Doc. 241 |

|  | **affidavit and the retention of special counsel"** |  |
|---|---|---|
| 2/9/11 | Wells Fargo Trustee Call: "DIP would allow for an increase priority lien in preference claims" | WF006420 |
| 2/11/11 | Motion to Approve Trustee's Borrowing and use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing: "May-Do" Actions include investigation of causes of action under Chapter 5 of the Bankruptcy Code; proposes "super-priority administrative expense claim" in favor of Fifth Third along with "valid, binding, enforceable, and perfected liens and security interests given and granted to Fifth Third. | Doc. 271 |
| 2/18/11 | Trustee blog re: "Largest Creditor—Fifth Third": "We have to determine by March 11 whether there are any claims against Fifth Third and our review will be completed by that date." | http://www.easternlivestockbkinfo.com/1/archives/02-2011/1.html |
| 2/23/11 | Wells Fargo "Eastern call:" "awaiting – Trustee and special counsel?" "will be breaking out May Do's and Must Do's <u>bank will still have ability to shut off</u>" | WF006421 |
| 4/12/11 | Wells Fargo conference with Trustee/DSI: "RSI Report…may be a case of $5^{th}/3^{rd}$ against the CPA firm…will discuss the approach with $5^{th}/3^{rd}$ and WF counsel" | WF006403 |
| 4/12/11 | Wells Fargo Trustee call: "Baker Daniels preparing the update on the Interpleaders" | WF006425 |
| 4/28/11 | Special Counsel Hoover Hull ceases all investigation activity into Fifth Third claims. | Doc. 819-1 |

2

| | | |
|---|---|---|
| 5/23/11 | Trustee's Purchase Money Claims Report Motion to Transfer Funds and Notice of Release of Proceeds from Account: "The Trustee has concluded that no person other than Fifth Third can assert any valid perfected lien in or to the cattle sales proceeds" and proposes to transfer proceeds for distribution as cash collateral. | Doc. 501 |
| 8/2/11 | Wells Fargo "DSI/Eastern/Trustee Call:" "August 22 Hearing…to get money released 9/1" | WF006431 |
| 8/22/11 | Omnibus hearing at which Court allows transfer of funds to operating account but not distribution to banks. | Transcript of Proceedings |
| 9/8/11 | Wells Fargo call with Trustee: "Still discussing the idea of a global settlement" | WF006407 |
| 9/15/11 | Wells Fargo email re: "update call with Trustee from 9/8/11": "judge did order $5.2MM of cash to be transferred from the escrow account…to distribute funds, the trustee will have to give notice and wait through a waiting period…**Trustee and counsel still feel the judge will rule in favor of the estate (also favorable to the bank group) that will result in a bank distribution**." | WF006407 |
| 10/5/11 | Wells Fargo call with Trustee: "Help reaffirm bankruptcy (normal) remains in force as to priorities 'Bank/unsecured;'" "Trustee is to put forth 'plan' for global settlement on liquidating '11'" | WF006410-11 |
| 12/8/11 | Objection to Professional Fee Applications of James A. Knauer, Hoover Hull LLP, and Baker & Daniels: Bluegrass Stockyards raises objection that "Knauer Affidavit does not describe any 'connections' with the Fifth Third loan participant Wells Fargo Bank." | Doc. 873 |

3

4

| | | |
|---|---|---|
| 12/14/11 | Omnibus hearing at which Court approves fee applications over objections and instructs Hoover Hull to prepare to investigate claims against Fifth Third and prepare report of Special Counsel | Transcript of Proceedings |
| 6/5/12 | Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank | Doc. 1166 |