# EXHIBIT 3A

**Yandry, Ronald (WFBC MIL)**

---

| | |
|---|---|
| **From:** | Stewart, John M. (WFBC MIL) |
| **Sent:** | Wednesday, December 15, 2010 2:57 PM |
| **To:** | Stoeberl, Mark J. (WFBC MIL); Yandry, Ronald (WFBC MIL); Whitfield, Eric D. |
| **Subject:** | Eastern |

Eastern Team:

I just wanted to make sure we were all on the same page on what we said we would be working on coming out of the call with Bill, Frank and Co. this last Monday.

I had 4 specific to-dos:

- Push the idea of a forensic accountant with 5/3 and DSI.
- Convey the results of the bankruptcy court hearing that took place Monday afternoon.
- Get the budget, determine strategy on funding mechanism and our involvement in it.
- Begin discussions with key individuals.

Let me know if I missed anything. We should make sure we walk away from each weekly call with a clear list of to-dos.

The senior folks are going to be looking for updates periodically and meaningful progress on these issues week to week. Please make sure that we are following through so that we can show progress on weekly calls and within update emails between calls.

Thanks,

John M. Stewart
Executive Vice President
Regional Manager
Wells Fargo Capital Finance
100 East Wisconsin Avenue
Suite 1400
Milwaukee, WI 53202
414-224-7422
414-224-7439 (fax)
john.m.stewart@wellsfargo.com

[Handwritten annotations throughout: "Talk early in the Morning"; "Push"; "Know Trustee"; "bless"; "After tomorrow morning call - Call 5/3rd Again"; "Emailed Jim the caswather name"; "5/3rd unknown"; "call"; "Email out → Today"; "Put together email memo to Gary Hock"; "5th/3rd Not asked us on this - understand 5th/3rd Asking"; "Controller (calling tomorrow morning)"; "O/S firm"; "All others off limits"; "CPA"; "Proceeds"; "Trustee Apptd? Not Sure"; "Email and Memo state"]

WF006408

1

# EXHIBIT 3B

1 CST   1/18

Eastern — 1/10/10 up-date call w/ Trustee
— no attorneys
Jim & Dave — 5th 3rd                    Finalizing agreement
                                        by Thurs.

- Circulate a budget early this week.
- Release letter is a docket for Wed. — est A/R = $900m immediately
- Authority to sell cattle — for Wed approval.
  → sell or internet auction for next Friday
  4400 head. (105 @ 10¢/wt   $1350/b/cow   $5.7MM
majority done
by end of month
  - 3H   1200 (auction next Fri)        net $2.5MM
  - McKinly
    Winter 1000 (may have private sale as long as at mkt price)
  + 2000 head held in others name — including Cattleman's

- Forward contracts
  - down money — $528M
  - excessive contract/assignment — bidding process.
    → still evaluating

- Proceeds of some sales to go to finance DIP budgets

- $1B sale company.
- $110M cattle per month.
- noise potential problem.
- average daily collections $5.6MM/day. (non-related)
Eal → $1.4MM  = $382m old receiver cash (340m in advances)
                · cattle sales (in escrow)
→ trustee tells now   · cattle sale (1st Interstate claim)

WF006415

1) :KITING waterfall

2) Independant Auditor

3) new Litigator Counsel

2:30 - 4:30   (3:30)

WF006416

# EXHIBIT 3C

Trustee Call 2/9

$446 M  Cattle Sale
+ 4 mm  Cash
4.446  total
+ 70 - 10-20 head of cattle still being fattened for sale

- Cattlemens - cattle ≈ 1800 head = $_____?

- DIP would allow for an ~~increase~~ priority lien in preference ~~over~~ claim ?

  - $ amount
  - collect ability
  - more cost?

- carve out vs DIP financing.

- Pare down list for additional investigation

WF006420

# EXHIBIT 3D

Eastern call  2/23
- up-dated budget
- awaiting - Trustee & special counsel?

- will be breaking out May Do's & Must Do's
  bank will still have ability to shut off.

- Collection thru 2/11 → 5.1MM
         on 2/18 → 339M  - 269 A/R which A/P been pd.
         on 2/22 → 128M  - all A/P had been paid.

A/R Baca - Joe?
Interpleader - 3/11 next hearing.

East West is in Ch 7.
Tommy Gibson is in Ch 7.

WF006421

# EXHIBIT 3E

Yandry, Ronald (WFBC MIL)

| | |
|---|---|
| From: | Yandry, Ronald (WFBC MIL) |
| Sent: | Tuesday, April 12, 2011 3:12 PM |
| To: | Stoeberl, Mark J. (WFBC MIL); Whitfield, Eric D.; Stewart, John M. (WFBC MIL); Fitzpatrick, Brian F. (WFBC Mpls); O'Connor, Frank |
| Subject: | Today's ELS update call with DSI and Trustee |

*[Handwritten annotations at top: "Current Budget - end of May", "Roll (Provide Next wk)", "Budget for 30 Days - Push to June", "Outperforming"]*

Here is a summary of today's update call with the trustee / DSI:

*[Handwritten: "Get a budget to actual with estimated projected recoveries, and expenses and variance?", "Further estimated recoveries?", "Tracking to budget on leadies"]*

- Collections now total $9MM. Another $1.1MM is expected by next week. Therefore, collections will exceed the high end recovery estimate of $9.7MM. DSI beginning to scale back their role. *[Handwritten: "Reduced by 1 person FTE for last 2 WKS"]*

- DSI will put together a schedule of the remaining receivables this week into three categories: (1) close to paying; (2) account balance in limbo or broader settlement needed; and (3) customers that should be sued.

- The current net cash balance as of 4/1/11 is $8.3MM. ✓

*[Handwritten: "Interpleader Update?", "Docs to Baker to pursue -", "Finishing couple accts - then provide schedule", "Holiday Spring Break slowed down → Draft Doc"]*

- Trustee is not involved in the day-to-day work on the interpleaders. Trustee did request after our last call a memo from Baker & Daniels that outlines where in the process each interpleader is, the timeline and plan for when it does get to the US bankruptcy court. This was not received so the Trustee will follow-up on the memo and circulate to the bank group once completed. Trustee did note that the largest Texas interpleader has arrived in the US bankruptcy court.

- There was a delay in listing the US Beef stock. *[Handwritten: "listed yet? - When"]* The listing is expected to take place today for the sale of ELS's ownership interest in US Beef. Expect $700K or the high end of their estimate in about 60 days.

- Cattleman's made an offer for ELS's 47% interest in Cattleman's. *[Handwritten: "Review?"]* The offer was for $750M with a couple conditions attached. Trustee will use an evaluation firm to determine if the $750M offer is reasonable. Additionally, more investigation is needed on the two conditions.

- Texas Ribs Note Receivable ($400K to $800K estimated recovery) - Texas Ribs will be supplying a detailed accounting this week. *[Handwritten: "Nothing new"]*

- Did not receive the response letter from the FBI as to the FBI's ideas on the seized dollars of $4.7MM. Instead received a form from the FBI to assert a claim. A short call with the FBI is scheduled for this afternoon. *[Handwritten: "Liz FU today"]*

- A claim will be filed against the Gibson bankruptcy estate for the $1.2MM seized from Your Community Bank Gibson personal account by the filing deadline of late April. ✓ *[Handwritten: "Done yesterday  $1.1 billion"]*

- The lawsuit against Downs ($1.2MM) for misappropriated funds has been filed. Active discussions continue with Seals ($1.4MM) council on his misappropriated funds case. A meeting is set up with Seals and the Trustee next week in Indianapolis.

- The lawsuit against Atkinson ($1.5MM to $1.7MM - first A/R lawsuit) has been filed. *[Handwritten: "Sued / filed"]*

- Preferences - Trustee in the very early stages of reviewing the possibilities.

- RSI Report - Trustee thoughts are there may be a case of 5th / 3rd against the CPA firm. Trustee supplying the report to 5th / 3rd and will discuss this approach with 5th / 3rd and WF counsel either later this week or next week.

1

WF006403

# EXHIBIT 3F

Eastern Livestock - April 12

(7 MM Brown / 600 / 600-700) → additional - $440m
another Nudinglo 640m+ - next week
$1080 m
→ $9mm cash today → w/ collection $10,080

Categorize remaining A/R
- May yet pay without litigation
- Interpleaders / subject to other issues
- Dead beats

Tex Rits to the running a title search of property →

→ DSI likely back theta efforts.
→ Baker Daniels - preparing the up-date on the interpleaders
  - Friona Interpleader (TX) is now at the bankruptcy ct.
- US Beef - sale to go up this week. → then 60 days to close
  → ± 700m
→ Cattlemens entered → $750m offer → but must consent to
   defferred a 47½ tax liability → but no flow on to Odie/Eastern
   but flow through to
   → East West Trading Cattle liability ($30m)
   → unreconciled gain in inventory
→ FBI sent of response letter for a form to assert a claim
  → will not put in a call this week.
5th 3rd → Eldas set up visit for next week.
also filed → Filed claim on Estate of East West Trading, will also file a
a claim      claim at the Gibson money Rep Estate
             → awaiting account info from your county bank

WF006425

# EXHIBIT 3G

Case 10-93904-BHL-11 Doc 1248-3 Filed 07/18/12 EOD 07/18/12 15:42:25 Pg 14 of 20

JSI / Eastern / Trustee Call ~~8/2~~

Aug 22 Hearing
$5.6MM approx. $1.5MM may have further
<u>claims</u>
to get money released
hearings Sept/Oct.
Clearing House ($300M)
9/1

Call 8/18
→ Hearing on Monday s/t for — receivable $ to be transferred to acct.

10 day offer for Cattlemen/Ohio for $4MM-$4.5MM
interpleaders - Money has been transferred.
 - offer of settlement $6MM — set up against
   ~~For~~ Have against Superior
   may look for a release - ? concern?

4.5
4.0

→ ~~$~~ # 5.2-5.3 — Transferred from escrow.

WF006431

# EXHIBIT 3H

## Stoeberl, Mark J. (WFBC MIL)

**From:** Yandry, Ronald (WFBC MIL)
**Sent:** Thursday, September 15, 2011 3:50 PM
**To:** Whitfield, Eric D.; Stoeberl, Mark J. (WFBC MIL); Stewart, John M. (WFBC MIL); Fitzpatrick, Brian F. (WFBC Mpls); O'Connor, Frank
**Subject:** ELS update

ELS update call with trustee from 9/8/11:

- No significant collections since the last update call. Overall cash balance remains at approx $10MM.
- At the August hearing, the judge did order $5.2MM of cash to be transferred from the escrow account to the operating account but kept open the issue of the ultimate ownership of funds. In order to distribute funds, the trustee will have to give notice and wait through a waiting period. Objections would be filed during the waiting period. Therefore, the trustee feels the most efficient way is to wait to provide notice of a bank distribution until the law of the case is settled. Trustee and counsel still feel the judge will rule in favor of the estate (also favorable to the bank group) that will result in a bank distribution. Timing of the distribution could get pushed into next year.
- Still waiting on a proposal of distribution priority from the FBI concerning the FBI seized funds. Trustee considering proposing own plan to the FBI.
- US Prime Beef stock sale. Have sold $250K out of expected $750K in stock proceeds. Trustee dropping the price $25/share on the B units which would still result in about $425K in additional proceeds when sold.
- Cattleman's (ELS 47% interest). Trustee had previously counter-offered the original $750K Cattleman's offer with a $4.5MM offer if no deferred income is taken. The counter offer is based on a provision in the operating agreement that a member (ultimately ELS) would receive value in the capital account (currently $5.5MM) in the event of termination (i.e. death of a member). Cattleman's attorney stated they are reviewing the facts of the offer and are likely to make a counteroffer.
- Interpleaders ($8MM) – Texas (largest of interpleaders) had a Sept 1 deadline for amendments – summary judgment motion possible early in 2012. Other states – amendment deadline closes in 30 to 60 days.
- No significant update on the Superior case.
- Still discussing the idea of a global settlement. Trustee meeting setup with National Cattleman's Beef Association in late September.
- Next update hearing is September 28th.
- Next internal call is set up for October 5th at 10:30 CST.
- Overall, no change to estimated gross recoveries of $21MM on the low end and $63MM on the high end though the timing of an initial distribution could get pushed into early next year.

Please let me know if you have any questions or we can discuss further on the call we have set up for Monday Sept 19th.

Thanks,

Ronald H. Yandry
Vice President
Relationship Team Leader
Wells Fargo Capital Finance
100 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Phone: 414-224-7454
Fax: 414-224-7442
ronald.yandry@wellsfargo.com

WF006407

# **EXHIBIT 3I**

#4       ELS Continued      (10/5)

Trustee - is to put forth "plan" for global settlement
on liquidating "11" as opposed to a
Ch 7 plan.

Colorado / TX / WI - other interpleaders
  → has filed for summary judgement claiming former
     lender still has lien rights.

Willie Downs
  - Bank filed amended complaint.
  - to one endorsed over checks.
  - They have until end of Oct to answer
       then a trial may be set.

Trustee - Money transfer
  - 4 complaint
  - discovery / briefs by mid Nov.
  - hope to have clearer picture by Dec

FBI - no progress on money, still civilly - deadline
                                              to 12/5
                                              RICO
KY: - Indictment against 4 officers - check fraud
Fed: - mail fraud - Tommy Gibson / Steve McDonal

WF006410

DLC  10/5 Continued

US Beef Stock sale — not trading as quickly
  nothing since - Oct.
  - reaching out (Jim Kramer) on what it needs
    to be priced at to move.

Abilene Foods
~~settlement~~: ≈ 850
  - looking for valuation of farm security note
  - ~~arbitration~~ settlement offer: ≈ 300m
    looking to counter at $500m

Cattleman: → still awaiting a counter offer.


→ Next meeting 10/26.
  R. C. Louton @ vories.com

WF006411