UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## SUPPLEMENTAL AFFIDAVIT OF ELIZABETH M. LYNCH IN SUPPORT OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEVELOPMENT SPECIALISTS, INC. AS CONSULTANT TO CHAPTER 11 TRUSTEE

Elizabeth M. Lynch, under penalty of perjury, says:

1. I am an officer of Development Specialists, Inc. ("DSI") and am authorized to make this affidavit on behalf of DSI.

2. On December 30, 2010, I executed and arranged for filing with the Court the Affidavit of Elizabeth M. Lynch in Support of Application for Approval of Employment of Development Specialists, Inc. as Consultant to Chapter 11 Trustee (the "Affidavit").

3. On February 6, 2011, an order was entered by the Court approving the employment of DSI as consultant to the Chapter 11 Trustee.

4. At paragraph 6 of the Affidavit, I identified DSI's engagement as of the date of execution of the Affidavit by either Fifth Third Bank or its counsel in matters unrelated to the Debtor.

5. The purpose of this supplemental affidavit is to supplement the engagements listed at paragraph 6 of the Affidavit to include an engagement entered into since the date of the Affidavit whereby DSI has been engaged by counsel for Fifth Third Bank to provide consulting services to it relating to its credit facilities to its borrower, which borrower to the best of my knowledge and belief has no relationship or connection to the Debtor or these proceedings.

6. In all other respects, the content of my Affidavit remains true and correct.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief:

Executed on July 13, 2012

                                                  Elizabeth M. Lynch

Subscribed and Sworn to and subscribed before me, this 13th day of July 2012.

_____
Notary Public

My Commission Expires: 6-6-15

OFFICIAL SEAL
BETHANY J. DAVIES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-6-2015