```
                         United States Bankruptcy Court
                         Southern District of Indiana
In re:                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                Chapter 11
         Debtor              CERTIFICATE OF NOTICE
District/off: 0756-4         User: kgoss2         Page 1 of 4        Date Rcvd: Jul 16, 2012
                             Form ID: SF00200     Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2012.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA  66603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Jul 16 2012 22:27:30       Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2012**                                **Signature:** *Joseph Speetjens*

```
District/off: 0756-4                  User: kgoss2                  Page 2 of 4                  Date Rcvd: Jul 16, 2012
                                      Form ID: SF00200              Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2012 at the address(es) listed below:

        Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
         dgoodman@stites.com
        Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
         aadams@dlgfirm.com
        Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
        Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
        Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
         traluy@fbhlaw.net
        Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
         sfinnerty@acs-law.com
        C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
         smays@bgdlegal.com;cjenkins@bgdlegal.com
        Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
         Charles.R.Wharton@usdoj.gov
        Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
         ljs2@gdm.com
        Christopher M. Trapp    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
         ctrapp@rubin-levin.net
        Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
         ddonnellon@ficlaw.com,  knorwick@ficlaw.com
        David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
         david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
        David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
         KKW@dominalaw.com;efiling@dominalaw.com
        David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
        David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
         dlebas@namanhowell.com,  koswald@namanhowell.com
        Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
         mthomas@daleeke.com
        Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
         becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
        Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
        Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
         robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
        Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
         edl@rubin-levin.net,  atty_edl@trustesolutions.com
        Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
         bjtobin@vorys.com
        Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
        Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
         judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
        Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
         jowens@millerdollarhide.com;receptionist@millerdollarhide.com
        James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,  hns@kgrlaw.com
        James A. Knauer    jak@kgrlaw.com,  hns@kgrlaw.com
        James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
        James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
         bryan@ebs-law.net
        James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
         jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
        James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
         legalassistant@smithakins.com
        James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
         belliott@derbycitylaw.com;patenaude@derbycitylaw.com
        James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
         sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
        James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
         lemerson@rubin-levin.net;carmen@rubin-levin.net
        Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
        Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
         tfroelich@kgrlaw.com;ads@kgrlaw.com
        Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
         jgraham@taftlaw.com,  ECFClerk@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
        Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
         jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
        Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
         jeffe@bellnunnally.com
        Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
         jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com;dwineinger@taftlaw.com
        Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
        Jessica E. Yates    on behalf of Creditor   CPC Livestock, LLC jyates@swlaw.com,
         docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

```
District/off: 0756-4          User: kgoss2              Page 3 of 4                   Date Rcvd: Jul 16, 2012
                              Form ID: SF00200          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jill Zengler Julian   on behalf of Joined Party  United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
          Joe T. Roberts   on behalf of Counter-Claimant  Laurel Livestock Market, INC. jratty@windstream.net
          John Huffaker   on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover   on behalf of Trustee James Knauer jdhoover@hooverhull.com
          John Frederick Massouh   on behalf of Counter-Defendant  Cactus Growers, Inc. john.massouh@sprouselaw.com
          John Hunt Lovell   on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers   on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Thompson   on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Burns   on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Carr   on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
          John W Ames   on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers   on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
          Joshua N. Stine   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse   on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring   on behalf of Creditor  Deere & Company lobring@msn.com
          Kelly Greene McConnell   on behalf of Creditor  Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com
          Kent A Britt   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kevin M. Toner   on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis   on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk Crutcher   on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com
          Laura Day DelCotto   on behalf of Creditor  Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
          Mark A. Robinson   on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Matthew J. Ochs   on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Melissa S. Giberson   on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas   on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael W. McClain   on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael Wayne Oyler   on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
          Peter M Gannott   on behalf of Counter-Claimant  Laurel Livestock Market, INC. pgannott@gannottlaw.com,  mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com
          Randall D. LaTour   on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell   on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
          Robert H. Foree   on behalf of Creditor  Kentucky Cattlemen's Association robertforee@bellsouth.net
          Robert K Stanley   on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Ross A. Plourde   on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com
          Sandra D. Freeburger   on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
          Sean T. White   on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
          Shawna M Eikenberry   on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill   on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
          Stephen A. Weigand   on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
          Steven A. Brehm   on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          T. Kent Barber   on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall   on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos   on behalf of Creditor  General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer   on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com

```
District/off: 0756-4          User: kgoss2              Page 4 of 4              Date Rcvd: Jul 16, 2012
                              Form ID: SF00200          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader    on behalf of Trustee James Knauer wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith    on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer    on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com

TOTAL: 96

Case 10-93904-BHL-11    Doc 1250    Filed 07/18/12    EOD 07/19/12 00:58:40    Pg 4 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Hearing Re: (1) Motion to Remove Trustee Pursuant to 11 U.S.C. §324 filed by Laura Day DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC, Petitioning Creditor Moseley Cattle Auction, LLC [1237] and

    (2) Motion to Remove Trustee Pursuant to 11 U.S.C. § 324 filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1239].

    OBJECTIONS DUE BY 8/13/12.

    Date: August 20, 2012
    Time: 10:00 AM EDT
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated: July 16, 2012

                                                                       Kevin P. Dempsey
                                                                      Clerk, U.S. Bankruptcy Court