**Exhibit 3**

ORIGINAL

UNITED STATES DEPARTMENT OF AGRICULTURE

BEFORE THE SECRETARY OF AGRICULTURE

| | | |
|---|---|---|
| In re: | ) | P & S Docket No. D-11-0062 |
| | ) | |
| Eastern Livestock Company LLC and | ) | |
| Thomas P. Gibson, | ) | |
| | ) | |
| Respondents | ) | Complaint |

There is reason to believe that the Respondent named herein have willfully violated the Packers and Stockyards Act, 1921, as amended and supplemented (7 U.S.C. § 181 *et seq.*)( the Act) and the regulations promulgated thereunder by the Secretary of Agriculture (9 C.F.R. § 201.1 *et seq.*)(the regulations), and, therefore, this complaint is issued alleging the following:

I

(a)   Eastern Livestock Company LLC (hereinafter "Respondent LLC") is a limited liability company with a physical address and mailing address of 135 West Market Street, New Albany, Indiana 47150.

(b)   Respondent LLC, at all times material herein, was:

(1)   Engaged in the business of a dealer buying and selling livestock in commerce for its own account and of a market agency providing clearing services; and

(2)   Registered with the Secretary of Agriculture as a dealer buying and selling livestock in commerce for its own account and as a market agency providing clearing services.

(c)   Thomas P. Gibson (hereinafter "Individual Respondent"), at all times material herein was:

(1)   The 65% owner of Respondent LLC;

(2)   The President of Respondent LLC; and

(3)  Responsible for the day to day direction, management and control of Respondent LLC.

II

(a)  Respondent LLC., under the direction, management, and control of Individual Respondent, purchased livestock and failed to pay for such livestock purchases. As of the filing of this Complaint, the Packers and Stockyards Program had received sworn bond claims from 74 sellers for 2640 head of cattle sold to Respondent LLC in 96 transactions, in a total amount of $1,588,711.75. A schedule of these allegations of failure to pay for livestock is attached hereto as Appendix A.

(b)  As of November 8, 2010, Respondent LLC's records reflected a balance of accounts payable, for which no payment had been tendered, of $3,698,253.00.

(c)  As of November 5, 2010, according to Respondent LLC's records, Respondent LLC had issued checks which were dishonored by the bank against which they were drawn in the total amount of $81,035,249.56.

(d)  The Packers and Stockyards Program has received from livestock sellers copies of checks which Respondent LLC issued in purported payment for cattle purchases and which were returned as dishonored by the bank against which they were drawn, in a total amount of $11,636,008.79. A schedule of such unpaid checks issued to livestock sellers by Respondent LLC is attached hereto as Appendix B.

(e)  Respondent LLC, under the direction, management, and control of Individual Respondent, during the period August 31, 2009 through January 22, 2010, failed to make prompt payment to four (4) sellers, in regard to 21 transactions, for 2,424 head of cattle in a total amount

2

of $1,121,888.88 when Respondent LLC failed to deposit checks therefor in the United States mail within the time limits specified in the Act.

### III

Respondent LLC was notified by certified mail, received June 17, 2010, that it was necessary to increase its surety bond to $1,150,000.00 to secure its livestock operations under the Act before continuing in such operations. Further, Respondent LLC was notified that if it continued its livestock operations under the Act without adequate bond coverage or its equivalent, it would be in violation of section 312(a) of the Act (7 U.S.C. § 213(a) and sections 201.29 and 201.30 of the regulations (9 C.F.R. §§ 201.29, 201.30). Notwithstanding such notice, Respondent LLC continued to engage in the business of a dealer buying and selling livestock on its own account and as a market agency providing clearing services without maintaining an adequate bond or its equivalent.

### IV

By reason of the facts alleged in paragraph I herein, Respondent LLC is the *alter ego* of Individual Respondent.

By reason of the facts alleged in paragraph II herein, Respondents have willfully violated sections 312(a) and 409 of the Act (7 U.S.C. §§ 213(a), 228b).

By reason of the facts alleged in paragraph III herein, Respondents have willfully violated section 312(a) of the Act (7 U.S.C. § 213(a)) and sections 201.29 and 201.30 of the regulations (9 C.F.R. § 201.29, 201.30).

3

WHEREFORE, it is hereby ordered that for the purpose of determining whether Respondents have in fact willfully violated the Act and the regulations thereunder, this complaint shall be served upon Respondents. Respondents shall have twenty (20) days after receipt of this complaint in which to file an answer with the Hearing Clerk, United States Department of Agriculture, Washington, D.C. 20250, in accordance with the Rules of Practice governing proceedings under the Act (7 C.F.R. § 1.130 *et seq.*). Failure to file an answer will constitute an admission of all the material allegations of this complaint.

Packers and Stockyards Program, GIPSA, requests:

1. That unless Respondents fail to file an answer within the time allowed therefor, or file an answer admitting all the material allegations of this complaint, this proceeding be set for oral hearing in accordance with the Rules of Practice governing proceedings under the Act; and

2. That such order or orders be issued, including an order requiring Respondents to cease and desist from the violations found to exist, and assessing such penalties as are authorized by the Act and warranted in the premises.

Done at Washington, D.C.

this _19_ day of _November_ _2010_

_Alan R. Christian_
Alan R. Christian
Deputy Administrator
Packers and Stockyards Program

_Charles L. Kendall_
Charles L. Kendall
Attorney for Complainant
Telephone: (202) 720-9405

APPENDIX A

| Seller | Sale Date | State | Amount Unpaid |
|---|---|---|---|
| Alabama Livestock Auction, Inc. | 10/23/2010 | 139 | $106,072.68 |
| Alabama Livestock Auction, Inc. | 10/29/2010 | 56 | $49,597.28 |
| Alvin Barbee | 10/26/2010 | 10 | $5,525.12 |
| Avalon Russell | 11/2/2010 | 2 | $1,179.24 |
| Ben H. Armstrong | 11/2/2010 | 4 | $2,173.32 |
| Bill Warren | 10/19/2010 | 8 | $4,732.39 |
| Billie W. Hurt | 11/2/2010 | 18 | $11,583.25 |
| Billy Wayne Price | 11/2/2010 | 2 | $787.52 |
| Bluegrass - Maysville Stockyard, LLC | 10/26/2010 | 18 | $9,070.40 |
| Bluegrass - Maysville Stockyard, LLC | 11/2/2010 | 45 | $26,761.59 |
| Bob Sawyers | 11/2/2010 | 12 | $7,874.23 |
| Boyd Copas | 11/2/2010 | 2 | $897.93 |
| Brack D. Briscoe | 11/1/2010 | 23 | $9,894.15 |
| Brad Flood | 9/15/2010 | 18 | $4,267.50 |
| Brad Flood | 9/15/2010 | 1 | $331.50 |
| Brystice Amanger Wright | 11/2/2010 | 1 | $656.72 |
| Burke Livestock Auction | 10/30/2010 | 19 | $14,097.27 |
| Butch Gibson | 11/1/2010 | 6 | $2,955.16 |
| Cattleman's Livestock | 10/19/2010 | 33 | $8,997.21 |
| Cattleman's Livestock | 10/26/2010 | 67 | $25,892.68 |
| Cattleman's Livestock | 10/26/2010 | 16 | $4,392.78 |
| Cattleman's Livestock | 11/2/2010 | 86 | $33,454.38 |
| Cattleman's Livestock | 11/2/2010 | 39 | $10,165.09 |
| Charles M. Rush | 11/2/2010 | 1 | $627.00 |
| Charlie T. Fisher | 11/2/2010 | 3 | $955.21 |
| Danny Clifton Billingsley | 11/2/2010 | 1 | $506.77 |
| Darrell Lynn Wood | 11/2/2010 | 8 | $4,825.90 |
| Delphia Ann Garrett | 10/19/2010 | 7 | $2,726.74 |
| Delphia Ann Garrett | 10/19/2010 | 8 | $3,371.44 |
| Delphia Ann Garrett | 10/26/2010 | 5 | $2,665.79 |
| Denwalt & Son Cattle Co. | 10/22/2010 | 66 | $51,413.40 |
| Donald Hawks | 11/2/2010 | 10 | $5,462.71 |
| Donald R. Alexander | 11/2/2010 | 40 | $26,717.77 |
| Donnie Coomer | 11/2/2010 | 3 | $1,192.39 |
| Eddie Claywell | 11/2/2010 | 1 | $1,478.59 |
| Floyd Haywood Marr | 11/2/2010 | 5 | $2,192.82 |
| Frederick David Thomas | 11/2/2010 | 5 | $2,326.85 |
| Gabriel Moreno Medina | 10/27/2010 | 160 | $99,321.86 |
| Gabriel Moreno Medina | 10/28/2010 | 137 | $97,162.65 |
| Garrett, Susan (Brilyn & Bailee) | 10/19/2010 | 2 | $1,304.06 |
| Gary Tate | 11/4/2010 | 203 | $159,268.50 |
| Homer Copeland | 11/2/2010 | 12 | $7,065.88 |
| James Robert Flickinger | 11/2/2010 | 15 | $5,854.20 |

APPENDIX A

| Seller | Sale Date | State | Amount Unpaid |
|---|---|---|---|
| James H. Gibson | 11/2/2010 | 8 | $3,986.79 |
| Jared Ross Smith | 11/2/2010 | 7 | $2,206.75 |
| JC Billingsley | 11/2/2010 | 2 | $1,083.52 |
| Jerel Smith | 11/2/2010 | 7 | $2,206.76 |
| Jerry Bagby | 11/2/2010 | 3 | $1,225.09 |
| Jerry Herald | 10/26/2010 | 6 | $2,920.66 |
| Jesse W. Simpson | 10/26/2010 | 1 | $514.10 |
| Jimmie Dale High | 11/2/2010 | 5 | $2,527.25 |
| Jimmie Dale High | 11/2/2010 | 4 | $1,515.90 |
| John D. Thompson | 11/2/2010 | 12 | $7,026.20 |
| Joshua Brian Loftis | 11/2/2010 | 7 | $5,469.41 |
| Junior Martin | 11/2/2010 | 9 | $6,514.31 |
| Junior Martin | 11/2/2010 | 9 | $4,889.59 |
| Kelly Jeffries | 11/2/2010 | 1 | $524.51 |
| Kenneth Cowles | 11/2/2010 | 7 | $3,640.03 |
| Kenneth Sanders | 11/2/2010 | 9 | $4,497.03 |
| L&F Cattle (Troy Lathan & Joe Foote) | 10/12/2010 | 194 | $160,121.56 |
| Larry Woody | 11/2/2010 | 4 | $2,917.49 |
| Leland Douglas Glass | 11/2/2010 | 14 | $9,241.06 |
| Lenice H. Gibson | 11/2/2010 | 2 | $901.27 |
| Long Farms (Keith Long) | 11/2/2010 | 9 | $6,880.08 |
| Lynn D. Hirsch | 11/3/2010 | 51 | $33,142.20 |
| Michael Emberton | 11/2/2010 | 10 | $4,564.01 |
| Natural Bridge Stockyard | 10/26/2010 | 24 | $12,634.17 |
| Natural Bridge Stockyard | 11/2/2010 | 29 | $13,958.01 |
| Okeechobee Livestock Market, Inc. | 10/25/2010 | 41 | $13,671.72 |
| Okeechobee Livestock Market, Inc. | 10/25/2010 | 16 | $4,404.03 |
| Okeechobee Livestock Market, Inc. | 10/26/2010 | 43 | $15,171.87 |
| Okeechobee Livestock Market, Inc. | 11/1/2010 | 18 | $5,623.55 |
| Okeechobee Livestock Market, Inc. | 11/2/2010 | 44 | $14,658.25 |
| Ozarks Regional Stockyards, Inc | 10/13/2010 | 21 | $11,503.15 |
| Ozarks Regional Stockyards, Inc | 10/26/2010 | 292 | $235,581.99 |
| Ozarks Regional Stockyards, Inc | 10/27/2010 | 22 | $12,176.01 |
| Rachel Phelps | 11/2/2010 | 2 | $876.65 |
| Randy Nelson | 11/1/2010 | 11 | $5,673.19 |
| RD Lane | 11/2/2010 | 16 | $9,067.10 |
| Richard Hope | 11/2/2010 | 6 | $3,543.24 |
| Rita Cravens | 11/2/2010 | 11 | $8,212.58 |
| Roger Turner | 10/26/2010 | 4 | $1,831.30 |
| Roy Dee Blythe | 11/2/2010 | 5 | $2,281.89 |
| Roy Kinslow | 11/2/2010 | 17 | $8,571.48 |
| Roy Pace | 11/2/2010 | 13 | $7,413.90 |
| Scott Christopher Cowles | 11/2/2010 | 12 | $4,990.07 |

APPENDIX A

| Seller | Sale Date | State | Amount Unpaid |
|---|---|---|---|
| Scotts Hill Stockyard c/o James Linville | 10/25/2010 | 51 | $23,288.98 |
| Scotts Hill Stockyard c/o James Linville | 11/1/2010 | 79 | $9,381.59 |
| Todd Lynn | 11/2/2010 | 19 | $10,583.44 |
| Wesley Kinslow | 11/2/2010 | 12 | $6,264.89 |
| Wetstone Creek | 11/2/2010 | 24 | $18,492.20 |
| Willard R. Odle | 11/2/2010 | 16 | $5,138.48 |
| William Rex Elmore | 10/26/2010 | 65 | $25,728.36 |
| William Rex Elmore | 11/2/2010 | 9 | $4,010.19 |
| William Rex Elmore | 11/2/2010 | 12 | $3,914.98 |
| William White | 11/2/2010 | 8 | $3,749.00 |
| **TOTAL** | | 2640 | $1,588,711.75 |

APPENDIX B

| Eastern Livestock Co., LLC Checks Not Honored |
|---|---|---|---|
| Check Number | Date | Payee | Amount |
| 15882 | 10/19/2010 | Brilyn & Bailee Garrett | $ 1,304.06 |
| 15883 | 10/19/2010 | Delphia Garrett | $ 2,726.74 |
| 15900 | 10/19/2010 | Delphia Garrett | $ 3,371.44 |
| 15915 | 10/19/2010 | Bill Warren | $ 4,732.39 |
| 15974 | Unclear | Jerry Herald | $ 2,920.66 |
| 15993 | 10/26/2010 | Alvin Barbee | $ 5,525.12 |
| 15997 | 10/26/2010 | Delphia Garrett | $ 2,665.79 |
| 16064 | 10/26/2010 | Rex Elmore | $ 25,728.36 |
| 16078 | 10/26/2010 | Roger Turner | $ 1,831.30 |
| 16083 | 10/26/2010 | Jessie Simpson | $ 508.56 |
| 16105 | 11/2/2010 | Rex Elmore | $ 4,010.19 |
| 16111 | 11/2/2010 | Rachael Phelps | $ 876.65 |
| 16121 | 11/2/2010 | Butch Gibson | $ 2,955.16 |
| 16126 | 11/2/2010 | Jared Smith | $ 2,206.75 |
| 16128 | 11/2/2010 | Charles Rush | $ 621.12 |
| 16132 | 11/2/2010 | Randy Nelson | $ 5,673.19 |
| 16135 | 11/2/2010 | Rex Elmore | $ 3,914.98 |
| 16138 | 11/2/2010 | Billy Hurt | $ 5,663.04 |
| 16152 | 11/2/2010 | Todd Lynn | $ 10,583.44 |
| 16154 | 11/2/2010 | Fred Thomas | $ 2,326.85 |
| 16158 | 11/2/2010 | R.D. Lane | $ 9,067.10 |
| 16159 | 11/2/2010 | Kelly Jeffries | $ 524.51 |
| 16162 | 11/2/2010 | Long Farm | $ 4,262.28 |
| 16163 | 11/2/2010 | Boyd Copas | $ 897.93 |
| 16172 | 11/2/2010 | Scott Cowles | $ 4,990.07 |
| 16173 | 11/2/2010 | Billy Wayne Price | $ 787.52 |
| 16174 | 11/2/2010 | Haywood Marr | $ 2,192.82 |
| 16184 | 11/2/2010 | Jim Flickinger | $ 5,854.20 |
| 16185 | 11/2/2010 | Rita Cravens | $ 8,212.58 |
| 16187 | 11/2/2010 | Billy Hurt | $ 5,920.21 |
| 16188 | 11/2/2010 | Jerry Bagby | $ 1,225.09 |
| 16191 | 11/2/2010 | Wesley Kinslow | $ 6,264.89 |
| 16196 | 11/2/2010 | Bob Sawyers | $ 7,874.23 |
| 16197 | 11/2/2010 | Charlie Fisher | $ 955.21 |
| 16199 | 11/2/2010 | Larry Woody | $ 2,917.49 |
| 16200 | 11/2/2010 | Roy Kinslow | $ 8,571.48 |
| 16202 | 11/2/2010 | Donald Hawks | $ 5,462.71 |
| 16203 | 11/2/2010 | Kenneth Sanders | $ 4,382.03 |
| 16204 | 11/2/2010 | Kenneth Sanders | $ 75.00 |
| 16216 | 11/2/2010 | Ben Armstrong | $ 2,173.32 |
| 16219 | 11/2/2010 | Long Farm | $ 2,617.80 |

APPENDIX B

| Eastern Livestock Co., LLC Checks Not Honored ||||
|---|---|---|---|
| Check Number | Date | Payee | Amount |
| 16232 | 11/2/2010 | James Gibson | $ 3,986.79 |
| 16241 | 11/2/2010 | Junior Martin | $ 6,514.31 |
| 16244 | 11/2/2010 | Danny Billingsley | $ 506.77 |
| 16245 | 11/2/2010 | JC Billingsley | $ 1,083.52 |
| 16252 | 11/2/2010 | Richard Hope | $ 3,543.24 |
| 16254 | 11/2/2010 | Avalon Russell | $ 1,179.24 |
| 16257 | 11/2/2010 | LH Gibson | $ 901.27 |
| 16264 | 11/2/2010 | Donnie Coomer | $ 1,192.39 |
| 16265 | 11/2/2010 | Eddie Claywell | $ 1,478.49 |
| 16269 | 11/2/2010 | Homer Copeland | $ 7,065.88 |
| 16270 | 11/2/2010 | Darrell Wood | $ 4,825.90 |
| 16271 | 11/2/2010 | John Thompson | $ 7,026.20 |
| 16279 | 11/2/2010 | Leland Glass | $ 9,241.06 |
| 16280 | 11/2/2010 | Donald Alexander | $ 26,717.77 |
| 16283 | 11/2/2010 | Josh Loftis | $ 5,469.41 |
| 16286 | 11/2/2010 | Roy Blythe | $ 2,281.89 |
| 16288 | 11/2/2010 | W.R. Odle | $ 5,138.48 |
| 16296 | 11/2/2010 | Junior Martin | $ 4,889.59 |
| 31241 | 10/27/2010 | Gabriel Moreno | $ 99,321.86 |
| 31245 | 10/28/2010 | Gabriel Moreno | $ 97,162.65 |
| 32691 | 10/29/2010 | Dante Zago and Farm Credit | $ 34,093.10 |
| 33557 | 10/23/2010 | Cullman Stockyard | $ 42,708.02 |
| 35472 | Unclear | L&F Cattle | $ 160,121.56 |
| 35476 | Unclear | Dick Wallace | $ 49,363.43 |
| 35483 | Unclear | Gary Tate | $ 159,268.50 |
| 122797 | 10/20/2010 | JC Bar Trucking | $ 3,445.20 |
| 122880 | 10/20/2010 | Cattlemen's Livestock Auction | $ 8,925.86 |
| 122926 | 10/21/2010 | Vanderbrink Trucking | $ 4,218.00 |
| 122953 | 10/21/2010 | Jack Roth Trucking | $ 9,626.50 |
| 123185 | 10/26/2010 | Mid-South Livestock Center | $ 46,550.97 |
| 123197 | 10/25/2010 | Superior Livestock Auction | $ 304,301.70 |
| 123199 | 10/25/2010 | Superior Livestock Auction | $ 114,695.00 |
| 123201 | 10/25/2010 | Superior Livestock Auction | $ 116,817.21 |
| 123203 | 10/25/2010 | Superior Livestock Auction | $ 163,490.92 |
| 123205 | 10/25/2010 | Superior Livestock Auction | $ 125,987.95 |
| 123208 | 10/26/2010 | Denwalt & Sons Cattle Co, LLC | $ 51,413.40 |
| 123210 | 10/25/2010 | Superior Livestock Auction | $ 142,314.43 |
| 123211 | 10/25/2010 | Superior Livestock Auction | $ 165,749.84 |
| 123227 | 10/25/2010 | Superior Livestock Auction | $ 159,303.28 |
| 123229 | 10/25/2010 | Superior Livestock Auction | $ 153,241.09 |
| 123230 | 10/25/2010 | Alabama Livestock Auction | $ 106,052.94 |

APPENDIX B

| Eastern Livestock Co., LLC Checks Not Honored | | | |
|---|---|---|---|
| Check Number | Date | Payee | Amount |
| 123263 | 10/25/2010 | Superior Livestock Auction | $ 147,869.44 |
| 123300 | 10/26/2010 | Fousek Farm | $ 5,384.84 |
| 123319 | 10/26/2010 | Mid-South Livestock Center | $ 32,396.85 |
| 123325 | 10/26/2010 | Charles Graham | $ 111,358.49 |
| 123331 | 10/26/2010 | Athens Stockyard | $ 189,621.35 |
| 123334 | 10/26/2010 | Athens Stockyard | $ 48,594.57 |
| 123351 | 10/26/2010 | Okeechobee Livestock Mkt. | $ 13,671.72 |
| 123351 | 10/26/2010 | Okeechobee Livestock Mkt. | $ 13,671.72 |
| 123371 | 10/26/2010 | Superior Livestock Auction | $ 113,689.82 |
| 123373 | 10/26/2010 | Superior Livestock Auction | $ 108,785.44 |
| 123375 | 10/26/2010 | Superior Livestock Auction | $ 118,122.59 |
| 123377 | 10/26/2010 | Superior Livestock Auction | $ 147,043.87 |
| 123379 | 10/26/2010 | Superior Livestock Auction | $ 143,594.90 |
| 123381 | 10/26/2010 | Superior Livestock Auction | $ 138,682.84 |
| 123383 | 10/26/2010 | Superior Livestock Auction | $ 108,812.08 |
| 123385 | 10/26/2010 | Superior Livestock Auction | $ 140,734.55 |
| 123387 | 10/26/2010 | Superior Livestock Auction | $ 151,922.60 |
| 123389 | 10/26/2010 | Superior Livestock Auction | $ 156,945.84 |
| 123395 | 10/26/2010 | Mid-South Livestock Center | $ 156,292.63 |
| 123405 | 10/26/2010 | Scotts Hill Stockyard | $ 23,288.98 |
| 123421 | 10/26/2010 | Northwest Alabama Livestock | $ 100,301.47 |
| 124580 | 10/27/2010 | Superior Livestock Auction | $ 118,593.88 |
| 124581 | 10/27/2010 | Superior Livestock Auction | $ 160,030.78 |
| 124583 | 10/27/2010 | Superior Livestock Auction | $ 113,147.97 |
| 124584 | 10/27/2010 | Superior Livestock Auction | $ 151,021.59 |
| 124589 | 10/27/2010 | Ozark Regional Stockyard, Inc. | $ 235,581.99 |
| 124600 | 10/27/2010 | Athens Stockyard | $ 26,503.30 |
| 124604 | 10/27/2010 | Cattlemen's Livestock Auction | $ 30,285.46 |
| 124613 | 10/27/2010 | Natural Bridge Stockyard | $ 12,634.17 |
| 124633 | 10/27/2010 | Superior Livestock Auction | $ 141,110.24 |
| 124634 | 10/27/2010 | Superior Livestock Auction | $ 114,025.63 |
| 124636 | 10/27/2010 | Superior Livestock Auction | $ 142,339.20 |
| 124637 | 10/27/2010 | Superior Livestock Auction | $ 146,802.47 |
| 124638 | 10/27/2010 | Superior Livestock Auction | $ 128,786.30 |
| 124640 | 10/27/2010 | Superior Livestock Auction | $ 123,397.38 |
| 124641 | 10/27/2010 | Superior Livestock Auction | $ 166,928.09 |
| 124642 | 10/27/2010 | Superior Livestock Auction | $ 170,360.58 |
| 124644 | 10/27/2010 | Superior Livestock Auction | $ 231,853.65 |
| 124645 | 10/27/2010 | Athens Stockyard | $ 46,221.25 |
| 124648 | 10/27/2010 | Charles Graham | $ 110,988.60 |
| 124660 | 10/27/2010 | Bluegrass - Marysville | $ 9,070.40 |

APPENDIX B

| Eastern Livestock Co., LLC Checks Not Honored ||||
|---|---|---|---|
| Check Number | Date | Payee | Amount |
| 124717 | 10/28/2010 | Superior Livestock Auction | $ 103,431.19 |
| 124719 | 10/28/2010 | Ozark Regional Stockyard, Inc. | $ 11,503.15 |
| 124730 | 10/28/2010 | Charles Graham | $ 108,783.00 |
| 124733 | 10/28/2010 | Northwest Alabama Livestock | $ 136,675.59 |
| 124739 | 10/28/2010 | Superior Livestock Auction | $ 115,339.22 |
| 124741 | 10/28/2010 | Superior Livestock Auction | $ 116,504.05 |
| 124744 | 10/28/2010 | Ozark Regional Stockyard, Inc. | $ 7,815.21 |
| 124758 | 10/28/2010 | Sand Mountain Stockyard | $ 35,080.78 |
| 124772 | 10/28/2010 | Superior Livestock Auction | $ 66,893.48 |
| 124774 | 10/28/2010 | Superior Livestock Auction | $ 137,942.95 |
| 124776 | 10/28/2010 | Superior Livestock Auction | $ 144,276.51 |
| 124778 | 10/28/2010 | Superior Livestock Auction | $ 163,487.92 |
| 124780 | 10/28/2010 | Superior Livestock Auction | $ 152,660.71 |
| 124782 | 10/28/2010 | Superior Livestock Auction | $ 145,922.28 |
| 124784 | 10/28/2010 | Superior Livestock Auction | $ 245,071.26 |
| 124786 | 10/28/2010 | Superior Livestock Auction | $ 204,742.68 |
| 124788 | 10/28/2010 | Superior Livestock Auction | $ 108,235.56 |
| 124883 | 10/29/2010 | Superior Livestock Auction | $ 159,007.67 |
| 124885 | 10/29/2010 | Superior Livestock Auction | $ 96,084.65 |
| 124887 | 10/29/2010 | Superior Livestock Auction | $ 99,237.00 |
| 124889 | 10/29/2010 | Superior Livestock Auction | $ 108,027.27 |
| 124891 | Unclear | Superior Livestock Auction | $ 100,089.53 |
| 124893 | Unclear | Superior Livestock Auction | $ 107,339.44 |
| 124895 | Unclear | Superior Livestock Auction | $ 95,736.19 |
| 124897 | Unclear | Superior Livestock Auction | $ 150,323.53 |
| 124899 | Unclear | Superior Livestock Auction | $ 204,310.02 |
| 124901 | Unclear | Superior Livestock Auction | $ 100,876.87 |
| 124903 | Unclear | Superior Livestock Auction | $ 103,893.98 |
| 124905 | Unclear | Superior Livestock Auction | $ 131,607.34 |
| 124907 | Unclear | Superior Livestock Auction | $ 140,447.61 |
| 124913 | Unclear | Superior Livestock Auction | $ 154,990.76 |
| 124914 | Unclear | Superior Livestock Auction | $ 145,706.50 |
| 124915 | Unclear | Superior Livestock Auction | $ 137,461.57 |
| 124916 | Unclear | Superior Livestock Auction | $ 148,869.39 |
| 124917 | Unclear | Superior Livestock Auction | $ 98,300.22 |
| 124918 | Unclear | Superior Livestock Auction | $ 150,354.69 |
| 124980 | Unclear | Alabama Livestock Auction | $ 49,597.28 |
| 125003 | 11/1/2010 | Jessie Simpson | $ 2,428.20 |
| 125022 | 11/1/2010 | Brack Briscoe | $ 9,894.15 |
| Total Dishonored Checks for which P&SP has a Copy ||| $ 11,636,008.79 |