**Exhibit 5**

| Branch Rep | Branch | Location | Primary Office | Bookkeeper | Farm Name |
|---|---|---|---|---|---|
| Ben Gibson | 2 | New Albany, IN | Marion | | |
| Kenny Plowman | 3 | Chilhowie, VA | Marion | | K & S Farms |
| Vernon Inman | 4 | Culleoka, TN | New Albany | Vickie Weidman | Culleoka Cattle |
| Monte Haiar | 7 | Fairfax, SD | New Albany | Vickie Weidman | Haiar Cattle Co |
| Bill Chase | 13 | Edmonton, KY | Marion | | Chase Cattle Co |
| Robert Nichols | 14 | Snyder, OK | New Albany | Susie Abbott | Nichols Lvstck |
| Willie Downs | 15 | Bardstown, KY | Marion | | D&S/D&T Farms |
| Gary Seals | 16 | Dunlap, TN | New Albany | Susie Abbott | Seals Lvstck |
| Jim Byrd | 22 | Okeechobee, FL | Marion | | Oaklake Cattle |
| Ed Edens | 24 | Okolona, MS | Marion | | E4 Cattle Co |
| Darrell Beauchamps | 25 | Elizabethtown, KY | Marion | | Rusty Rat Cattle |
| Jerry Wolfe | 27 | Richardson, TX | New Albany | | Wolfe Cattle Co |
| Chad Schuchmann | 28 | Bois d'Arc, MO | Marion | | Schuchmann Farm |
| Tommy Gibson | 31 | Lanesville, IN | New Albany | | TPG Cattle |
| Grant Gibson | 31 | Lanesville, IN | New Albany | | GP Cattle |
| Scott Dean | 32 | El Paso, TX | New Albany | Susie Abbott | |
| A. W. (Buddy) Jenkins | 33 | Altus, OK | New Albany | | |
| Robert Brown | 34 | Herndon, KY | New Albany | Susie Abbott | Robert Brown Cattle |
| Scott Gibson | 35 | New Albany, IN | New Albany | | |