**<u>Exhibit 6</u>**

Analysis of Collateral Value

|  | 9/7/2010 | | 12/6/2010 | |
|---|---:|---:|---:|---:|
|  | Gross values | Estimated realizable value | Gross values | Estimated realizable value |
| **Cash:** | | | | |
| On hand | 660 | 660 | 374 | 374 |
| IOLTA account, net | | | 65 | 65 |
| Accounts Receivable Collections | 12,299 | 12,299 | | |
| **Accounts Receivable:** | | | | |
| Total | 75,342 | | 93,218 | |
| Less: bogus | (42,764) | | (45,391) | |
| Valid accounts receivable | 32,578 | 27,691 | 47,827 | 26,536 |
| Inventory | 10,460 | 4,190 | 7,401 | 752 |
| **Other Assets:** | | | | |
| Cattlemen's Feedlot | 3,000 | 3,000 | 3,000 | 3,000 |
| Miscellaneous | 1,000 | 1,000 | 1,000 | 1,000 |
| **Total Assets** | 59,997 | 48,840 | 59,667 | 31,727 |
| **Costs to Realize Assets (3% excl. cash/budget)** | (1,411) | (1,076) | (6,000) | (6,000) |
| **Loan Balance:** | | | | |
| Principal and interest | (32,431) | (32,431) | (32,718) | (32,718) |
| NSF deposits/kiting net exposure | (21,950) | (21,950) | (19,967) | (19,957) |
| A/R collections | | | 17,304 | 17,304 |
| Other misc., net | | | (76) | (76) |
| Professional fees | | | (387) | (387) |
| **Net Loan Balance** | (54,381) | (54,381) | (35,844) | (35,834) |
| **Assets versus Net Loan Balance, net of costs** | 4,205 | (6,617) | 17,823 | (10,107) |

|  | Gross | Estimated value | Factor | Gross | Estimated value | Factor |
|---|---:|---:|---:|---:|---:|---:|
| **Valid Accounts Receivable Analysis:** | | | | | | |
| Accounts Receivable, general | 32,578 | 27,691 | 85% | | - | 85% |
| Subsequently Paid | | | 0% | 11,110 | 9,444 | 85% |
| Interpleaders | | | 0% | 8,949 | 6,264 | 70% |
| Litigation | | | 0% | 12,330 | 6,165 | 50% |
| Paid/Satisfied Supplier | | | 0% | 10,836 | 4,334 | 40% |
| Paid Branch | | | 0% | 1,314 | 329 | 25% |
| Diverted | | | 0% | 2,195 | - | 0% |
| Offset | | | 0% | 963 | - | 0% |
| Written off | | | 0% | 130 | - | 0% |
| **Total Inventory** | 32,578 | 27,691 | 85% | 47,827 | 26,536 | 55% |
| **Inventory Analysis:** | | | | | | |
| Edens | 2,882 | - | 0% | 2,799 | - | 0% |
| Nichols | 1,601 | 1,201 | 75% | 1,680 | 168 | 10% |
| Other | 5,977 | 2,989 | 50% | 2,922 | 584 | 20% |
| **Total Accounts Receivable** | 10,460 | 4,190 | | 7,401 | 752 | |

Change in collateral position 06-02-12v1.xlsx