## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO.:  10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |
| RUSH CREEK RANCH, LLLP, | ) | |
| | ) | Adv. Pro. No. 11-59104 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK COMPANY, LLC, | ) | |
| HILLIARD–McKETTRICK INVESTMENTS, | ) | |
| INC.d/b/a ARCADIA STOCKYARD; | ) | |
| CATTLEMEN'S LIVESTOCK MARKET, INC.; | ) | |
| COLUMBIA ) LIVESTOCK MARKET, INC.; | ) | |
| HARDEE LIVESTOCK MARKET, INC.; | ) | |
| NORTH FLORIDA LIVESTOCK MARKET, | ) | |
| INC.; OCALA LIVESTOCK MARKET, INC.; | ) | |
| OKEECHOBEE LIVESTOCK MARKET, INC.; | ) | |
| SUMTER COUNTY FARMERS MARKET, | ) | |
| INC.; MADISON COUNTY LIVESTOCK | ) | |
| MARKET, INC. d/b/a TOWNSEND | ) | |
| LIVESTOCK MARKET; RON SIZEMORE | ) | |
| TRUCKING, INC.; OAK LAKE CATTLE CO.; | ) | |
| EAGLE BAY, INC.; DANIEL M. BYRD; D&R | ) | |
| TRUCKING; FIFTH THIRD BANK; | ) | |
| BANKS 1-25, and DOES 25-50 | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF ALL DEFENDANTS AND UNOPPOSED MOTION FOR DISTRIBUTION OF REGISTRY FUNDS

This stipulation and joint motion seeks an order authorizing the disbursement of interpleaded and escrowed funds in accordance with the terms of the recently approved settlement with the Florida Creditors.  The parties are now preparing a stipulated final judgment

and order of dismissal to conclude this adversary proceeding to be presented for the Court's consideration immediately following the distribution of funds as set forth below.

JAMES A. KNAUER ("Trustee"), chapter 11 Trustee for Debtor EASTERN LIVESTOCK CO., LLC, ("Eastern" or "Debtor"); ) FIFTH THIRD BANK, N.A. ("Fifth Third"); and collectively HILLIARD–MCKETTRICK INVESTMENTS, INC. d/b/a ARCADIA STOCKYARD; CATTLEMEN'S LIVESTOCK MARKET, INC.; COLUMBIA LIVESTOCK MARKET, INC.; HARDEE LIVESTOCK MARKET, INC.; NORTH FLORIDA LIVESTOCK MARKET, INC.; OCALA LIVESTOCK MARKET, INC.; OKEECHOBEE LIVESTOCK MARKET, INC.; SUMTER COUNTY FARMERS MARKET, INC.; and MADISON COUNTY LIVESTOCK MARKET, INC. d/b/a TOWNSEND LIVESTOCK MARKET; RON SIZEMORE TRUCKING, INC.; OAK LAKE CATTLE CO.; I.E. "JIM" BYRD; EAGLE BAY, INC.; and DANIEL M. BYRD ("Florida Creditors") (collectively the Trustee, Debtor, Fifth Third and Florida Creditors as "Parties") and pursuant to this Court's July 5, 2012 *Order Canceling July 9, 2012 Hearing And Granting Trustee's Motion To Approve Settlement With Florida Creditors* file this *Joint Stipulation Of All Defendants And Unopposed Motion For Distribution Of Registry Funds* and state as follows:

1.      This case arises out of the insolvency of Eastern Livestock Co., LLC and subsequent receivership and involuntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. on December 6, 2010 in the United States Bankruptcy Court, Southern District of Indiana, New Albany Division (the "Court").

2.      The Court entered the Order for Relief in an Involuntary Case and Order to Complete Filing [Doc. No. 110] on December 28, 2010, and on December 27, 2010, the Court entered the Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee [Doc.

2

No. 102] approving the United States Trustee's Application for an Order Approving the Appointment of James M. Knauer as Chapter 11 Trustee [Doc. No. 98] pursuant to 11 U.S.C. § 1104.

      3.      Rush Creek Ranch, LLLP ("Rush Creek") had purchased cattle in Florida during late October and early November 2010 in the total amount of $178,233.39, but in response to Eastern's financial difficulties, withheld payment for the cattle and commenced on November 17, 2010 a civil interpleader action against the Debtor, the Florida Creditors, and Fifth Third and others in the Circuit Court of Vernon County, Wisconsin under Case No. 2010 cv 000317 ("Wisconsin Case"), depositing said amount of $178,233.39 with that court.

      4.      Len Miller ("Miller") had also purchased cattle in Florida during late October and early November 2010 in the total amount of $148,432.14, but likewise upon learning of Eastern's financial difficulties, withheld payment for the cattle and on or about January 30, 2011 made payment in said amount of $148,432.14 to the Trustee as "Purchase Money" ("Len Miller Purchase Money").

      5.      On or about February 4, 2011 Fifth Third filed Claim No. 13 in the Chapter 11 Case seeking recovery from a first position lien on all of Eastern's receivables, inventory, and other assets, including the Rush Creek funds interpled in the Wisconsin Case and the funds paid in to the Trustee as Len Miller Purchase Money.

      6.      On March 24, 2011, the Trustee removed the Wisconsin Case to the United States Bankruptcy Court, Western District of Wisconsin, Eau Claire Division, and on May 4, 2011, the Hon. Thomas S. Utschig granted the *Order Transferring Venue and Interpleaded Funds* [Doc. No. 5] which transferred venue of the Wisconsin Case to this Court as Adversary Proceeding No. 11-59104 ("Rush Creek Adversary Proceeding").

7.      On or about April 30, 2011 in response to losses sustained in transactions with Eastern, including Rush Creek and Len Miller transactions, the Florida Creditors filed Claim Nos. 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 225, 226, 227, 228, 229, 230, 232, and 233, as amended, seeking recovery on a series of unpaid invoices for livestock sales, hauling, yardage, commissions, and for dishonored checks.

8.      On March 16, 2012, the Court entered the *Order Granting Motion To Consolidate* in the Rush Creek Adversary Proceeding (Doc. 46) consolidating all claims of the Parties to the Rush Creek interpled amounts and to the Len Miller Purchase Money into a single proceeding (i.e. this present action, the "Rush Creek Adversary Proceeding").

9.      On or about May 17, 2012, the Parties hereto entered into the *Settlement Agreement And Mutual Release*—resolving globally any and all claims to the Rush Creek interpled amount and the Len Miller Purchase Money amount and also resolving all other claims and potential claims between the Debtor and the Florida Creditors and between Fifth Third and the Florida Creditors for amounts claimed to be due and owing and related matters.

10.      In response to this Court's July 5, 2012 approval of the *Settlement Agreement And Mutual Release*, the Parties hereto do hereby stipulate to the settlement distribution of the amounts as outlined below in **Table 1**.

**Table 1 - *Settlement Distribution Summary/Reconciliation***

| DESCRIPTION | Rush Creek | Len Miller | Oak Lake | Adjustment | NET TOTALS |
|---|---|---|---|---|---|
| Due Florida Creditors | $122,921.63 | $147,781.19 | $0.00 | $7,000.00 | $277,537.19 |
| Due Eastern/Trustee | $55,311.66 | $650.95 | $51,135.90 | ($7,000.00) | $100,098.51 |
| TOTAL Distribution | $178,233.29 | $148,432.14 | $51,135.90 | $0.00 | $377,801.33 |

11.      As noted previously, the Rush Creek interpleader and the Len Miller purchase money claims were consolidated into the Rush Creek Adversary Proceeding along with the other

4

claims, counterclaims, and cross-claims involving the Florida Creditors. The Oak Lake matter involves the amounts due by and between *Debtor Eastern/Trustee* and collectively *Oak Lake Cattle Co., I.E. "Jim" Byrd, Eagle Bay, Inc.,* and *Daniel M. Byrd* (collectively "Oak Lake Claimants").[1] The Parties, namely the Trustee, Debtor, Fifth Third, and Florida Creditors, stipulate to the resolution of and to the satisfaction of the claims, as set forth in the *Settlement Agreement And Mutual Release*, by distribution of the total amount of $377,801.33 as outlined above: (i) $277,537.19 to the Florida Creditors and (ii) $100,098.51 to the Estate of Debtor Eastern.

12.    The Parties do hereby stipulate without objection that distribution on their own and on the other Parties' individual claims shall be in total as outlined in **Table 1**. Counsel for the Parties have confirmed that these funds are currently held as follows: (1) $178,233.29 held in the Court's registry of interpleaded funds; (2) $148,432.14 held in the Trustee's escrow account for contested purchase money receipts; and (3) $51,135.90 held in attorney W. Scott Newbern's law firm trust account. The Parties stipulate and agree that the Court should immediately authorize that all of these interpleaded and escrowed funds should be transferred, in trust, to the trust account for the Trustee's counsel, Faegre Baker Daniels LLP, in order to make the payments described below.

13.    The detail comprising the **Table 1** totals is summarized and outlined in **Tables 2-5**, attached hereto as the Appendix. The Florida Creditors stipulate without objections from the Trustee, Eastern, and Fifth Third to the amounts identified in **Tables 2-5**.[2]

---

[2]      **Table 2**      Rush Creek Interpleader share and allocation of total $178,233.29

**Table 3**      Len Miller Purchase Money share and allocation of total $148,432.14

Footnote Cont'd. . . .

14. As noted above, Rush Creek Ranch, LLLP, as Plaintiff, commenced the Wisconsin Case interpleader and deposited the total amount of $178,233.39 with the Circuit Court of Vernon County, Wisconsin. This amount has now been transferred to the registry of this Court, and the Wisconsin Case and related claims have been consolidated into the Rush Creek Adversary Proceeding. Accordingly and commensurate with this Court's approval of the *Settlement Agreement And Mutual Release* and the distribution of those funds per **Table 1**, the Parties do hereby stipulate without objection to the release of Rush Creek Ranch, LLLP from any and all claims arising from or related to Rush Creek Adversary Proceeding and to the dismissal with prejudice of Rush Creek Ranch, LLLP from this action.

15. As noted above, Len Miller paid to the Trustee the total amount of $148,432.14 as "Purchase Money," and claims to this amount by the Parties have been consolidated into the Rush Creek Adversary Proceeding. Accordingly and commensurate with this Court's approval of the *Settlement Agreement And Mutual Release* and the distribution of those funds per **Table 1**, the Parties do hereby stipulate without objection to the release of Len Miller from any and all claims arising from or related to Rush Creek Adversary Proceeding and to the dismissal with prejudice of Len Miller from this action.

16. The Parties do hereby stipulate without objection to the release of Tommy Berend ("Berend") from any and all claims arising from or related the purchase of cattle in Florida during late October and early November 2010 in the total amount of $45,143.95 and the payment in the same amount to Oak Lake Cattle Co., for benefit of the Florida Creditors, including

---

**Table 4**   Combined Rush Creek and Len Miller share and allocation of $326,665.43

**Table 5**   Combined Oak Lake Cattle and related claims for net total of $51,135.90

without limitation amounts identified by the Trustee and Eastern as an "Account Receivable" from Berend.

17.     The Parties do hereby stipulate without objection to the release of D.R. Daniels ("Daniels") from any and all claims arising from or related the purchase of cattle in Florida during late October and early November 2010 in the total amount of $34,373.13 and the payment in the same amount to Oak Lake Cattle Co., for benefit of the Florida Creditors, including without limitation amounts identified by the Trustee and Eastern as an "Account Receivable" from Daniels.

18.     The Parties do hereby stipulate without objection to the release of Tom Herrmann ("Herrmann") from any and all claims arising from or related the purchase of cattle in Florida during late October and early November 2010 in the total amount of $22,884.04 and the payment in the same amount to Oak Lake Cattle Co., for benefit of the Florida Creditors, including without limitation amounts identified by the Trustee and Eastern as an "Account Receivable" from Herrmann.

19.     The Parties do hereby stipulate without objection to the release of Jacob Larson ("Larson")  from any and all claims arising from or related the purchase of cattle in Florida during late October and early November 2010 in the total amount of $14,547.27 and the payment in the same amount to Oak Lake Cattle Co., for benefit of the Florida Creditors, including without limitation amounts identified by the Trustee and Eastern as an "Account Receivable" from Herrmann.

20.     The Parties stipulate and agree that the Court should order the Clerk to issue a check from the Court's registry account in this matter in the amount of $178,233.29 payable to "Faegre Baker Daniels LLP, In Trust."

21.     The Parties stipulate and agree that the Court should order the Trustee to issue a check in the amount of $148,432.14 from the estate's escrow account payable to "Faegre Baker Daniels, In Trust."

22.     The Parties stipulate and agree that upon receipt of the interpleaded and escrowed funds, Faegre Baker Daniels LLP shall pay the sum of $226,401.29 to attorney W. Scott Newbern, PL Florida Bar Foundation IOTA for distribution to his clients in accordance with the attached schedules, and that Faegre Baker Daniels LLP shall pay the sum of $100,098.51 to the Trustee by check from its law firm trust account.

WHEREFORE in consideration of the above, the Parties acknowledge and agree to the stipulations above and request that the Court issue an Order of distribution and payment amounts totaling $377,801.33: (i) $277,537.19 to the Florida Creditors and (ii) $100,098.51 to the Estate of Debtor Eastern.  In order to carry out these distribution and settlement payments, the Parties further request that the Court issue an Order directing (1) the Clerk to pay $178,233.29 by check from the Court's registry account to "Faegre Baker Daniels LLP, In Trust"; (2) the Trustee to pay $148,233.29 by check from the estate's escrow account to "Faegre Baker Daniels LLP, In Trust"; (3) Faegre Baker Daniels LLP to pay $226,401.29 by check from its law firm trust account to "W. Scott Newbern, PL Florida Bar Foundation IOTA"; and (4) Faegre Baker Daniels LLP to pay $100,098.51 by check from its law firm trust account to the Trustee for the benefit of the Debtor's estate.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

/s/ Harmony Mappes
HARMONY MAPPES
(#23237-49)
300 N. Meridian St., Ste. 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
harmony.mappes@faegrebd.com

*Counsel for James Knauer, as Chapter 11 Trustee
for Eastern Livestock Co., LLC*

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/ Randall D. LaTour
RANDALL D. LATOUR
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
(T)  614.464.8290
(F)  614.719.4821
rdlatour@vorys.com

*Counsel For Fifth Third Bank, N.A.*

W. SCOTT NEWBERN, P. L

/s/ W. Scott Newbern
W. SCOTT NEWBERN
Florida Bar No. 0098108
2982 East Giverny Circle
Tallahassee, FL 32309
(T)  850.591.1707
(F)  850.894.0824
wsnewbern@msn.com

*Counsel For Claimants Hilliard-McKettrick Investments,
Inc. d/b/a Arcadia Stockyard, Cattlemen's Livestock
Auction Market, Inc.; Columbia Livestock Market Of Lake
City, Inc.; Hardee Livestock Market, Inc.; North Florida
Livestock Market, Inc.; Ocala Livestock Market, Inc.;
Okeechobee Livestock Market, Inc.; Sumter County
Farmers Market, Inc.; Madison Livestock Market, Inc.
D/B/A Townsend Livestock Market; Ron Sizemore
Trucking, Inc.; Oak Lake Cattle Co.; Eagle Bay, Inc.; and
Daniel M. Byrd*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@ bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

James M. Carr
james.carr@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Christie A. Moore
cmoore@ bgdlegal.com

Jeffrey E. Ramsey
jramsey@hopperblackwell.com

Joseph H. Rogers
jrogers@millerdollarhide.com

Andrew D. Stosberg
astosberg@lloydmc.com

Andrea L. Wasson
andreawassonatty@gmail.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Robert H. Foree
robertforee@bellsouth.net

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@binghammchale.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

James E. Smith
jsmith@smithakins.com

Kevin M. Toner
kevin.toner@faegrebd.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Matthew J. Ochs
matt.ochs@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Susan K. Roberts
skr@stuartlaw.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
jnstine@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

Christopher E. Baker
cbaker@hklawfirm.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

Robert K. Stanley
robert.stanley@faegrebd.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Eric W. Richardson
ewrichardson@vorys.com

I further certify that on July 24, 2012, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Ashley S. Rusher                        Darla J. Gabbitas
asr@blancolaw.com                       darla.gabbitas@moyewhite.com


/s/ Harmony Mappes
HARMONY MAPPES