# **APPENDIX**

*Rush Creek Ranch, LLLP*

| Party | Claim Nos. | Description | Total Weight | No. Head | Rush Creek |
|---|---|---|---|---|---|
| ARCADIA STOCKYARD | 191 | Livestock Sales | 33,615 | 175 | $ 45,928.29 |
| CATTLEMENS L/S MKT | 192 | Livestock Sales | 17,060 | 87 | $ 23,055.28 |
| COLUMBIA L/S MKT | 193 | Livestock Sales | 4,100 | 23 | $ 5,265.77 |
| HARDEE L/S MKT | 194 | Livestock Sales | 11,295 | 56 | $ 13,254.70 |
| NORTH FLA L/S MKT | 195 | Livestock Sales | 3,530 | 18 | $ 4,759.70 |
| OCALA L/S MKT | 196 | Livestock Sales | 5,195 | 26 | $ 7,138.35 |
| OKEECHOBEE L/S MKT | 197 | Livestock Sales | 7,020 | 36 | $ 8,880.60 |
| SUMTER CO FARMS MK | 198 | Livestock Sales | 8,325 | 42 | $ 8,664.90 |
| TOWNSEND L/S MKT | 199 | Livestock Sales | 2,035 | 11 | $ 2,485.20 |
| **Florida Markets Total** | | **Livestock Sales** | **92,175** | **474** | **$ 119,432.79** |
| Ron Sizemore Trucking | 190 | Trucking | | n/a | $ 1,422.69 |
| Oak Lake Cattle Co. | 187-189 | Purch. Commiss. | | n/a | $ 1,900.52 |
| D & R Trucking | | Trucking | | n/a | $ 139.04 |
| Paco Anuez | | Trucking | | n/a | $ 26.59 |
| **Total Florida Creditors** | | **Livestock, etc.** | **92,175** | **474** | **$ 122,921.63** |
| EASTERN Clearing | | Clear. Commiss. | $.50/cwt | n/a | $ 666.47 |
| EASTERN Payments | | Livestock Pmts. | 41,120 | 217 | $ 54,645.19 |
| **Total EASTERN/Trustee** | | | **41,120** | **217** | **$ 55,311.66** |
| **TOTALS** | | | **133,295** | **691** | **$ 178,233.29** |

**Table 2**

*Len Miller*

| Party | Claim Nos. | Description | Total Weight | No. Head | Miller |
|---|---|---|---|---|---|
| ARCADIA STOCKYARD | 181 | Livestock Sales | 28,655 | 79 | $ 28,556.06 |
| CATTLEMENS L/S MKT | 183 | Livestock Sales | 11,340 | 99 | $ 37,382.15 |
| HARDEE L/S MKT | 185 | Livestock Sales | 8,365 | 32 | $ 10,888.80 |
| OCALA L/S MKT | 184 | Livestock Sales | 23,275 | 23 | $ 8,490.10 |
| OKEECHOBEE L/S MKT | 182 | Livestock Sales | 36,515 | 65 | $ 23,104.48 |
| SUMTER CO FARMS MK | 186 | Livestock Sales | 22,040 | 64 | $ 22,280.16 |
| **Florida Markets Total** | | **Livestock Sales** | **130,190** | **362** | **$ 130,701.75** |
| **Ron Sizemore Trucking** | **190** | **Trucking** | | **n/a** | **$ 13,956.91** |
| Eagle Bay, Inc. | | Yardage, etc | | n/a | $ 2,265.40 |
| Oak Lake Cattle Co. | | Purch. Commiss. | | n/a | $ 1,493.45 |
| Less: Adjustment | | Livestock Sales | | (4) | $ (636.32) |
| **Total Oak Lake** | 187-189 | | | **(4)** | **$ 3,122.53** |
| **Total Florida Creditors** | | **Livestock, etc.** | **130,190** | **358** | **$ 147,781.19** |
| EASTERN | | Clearing Commiss. | $.50/cwt | n/a | $ 650.95 |
| EASTERN | | Livestock Pmts. | | n/a | $ 0.00 |
| **Total EASTERN/Trustee** | | | | **n/a** | **$ 650.95** |
| **TOTAL PAYMENTS** | | | **130,190** | **358** | **$ 148,432.14** |

**Table 3**

*Combined Rush Creek Ranch, LLLP and Len Miller Transactions*

| Party | Claim Nos. | RC Head | Rush Creek | Claim Nos. | LM Head | Len Miller | Total Head | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ARCADIA STOCKYARD | 191 | 175 | $ 45,928.29 | 181 | 79 | $ 28,556.06 | 254 | $ 74,484.35 |
| CATTLEMENS L/S MKT | 192 | 87 | 23,055.28 | 183 | 99 | 37,382.15 | 186 | 60,437.43 |
| COLUMBIA L/S MKT | 193 | 23 | 5,265.77 | | -- | -- | 23 | 5,265.77 |
| HARDEE L/S MKT | 194 | 56 | 13,254.70 | 185 | 32 | 10,888.80 | 88 | 24,143.50 |
| NORTH FLA L/S MKT | 195 | 18 | 4,759.70 | | -- | -- | 18 | 4,759.70 |
| OCALA L/S MKT | 196 | 26 | 7,138.35 | 184 | 23 | 8,490.10 | 49 | 15,628.45 |
| OKEECHOBEE L/S MKT | 197 | 36 | 8,880.60 | 182 | 65 | 23,104.48 | 101 | 31,985.08 |
| SUMTER CO FARMS MK | 198 | 42 | 8,664.90 | 186 | 64 | 22,280.16 | 106 | 30,945.06 |
| TOWNSEND L/S MKT | 199 | 11 | 2,485.20 | | -- | -- | 11 | 2,485.20 |
| **Total Florida Markets** | | **474** | **$119,432.79** | | **362** | **$130,701.75** | **836** | **$250,134.54** |
| Oak Lake | | | 1,900.52 | | | 1,493.45 | | 3,393.97 |
| Eagle Bay, Inc. | | | 0.00 | | | 2,265.40 | | 2,265.40 |
| Less: Adjustment | | | 0.00 | | | (636.32) | | (636.32) |
| Total Oak Lake | 187-89 | | $1,900.52 | 187-89 | | $3,122.53 | | $5,023.05 |
| Total Sizemore | 190 | | $1,422.69 | 190 | | $13,956.91 | | $15,379.60 |
| D & R TRUCKING | | | 139.04 | | | -- | | 139.04 |
| PACO ANUEZ | | | 26.59 | | | -- | | 26.59 |
| **Total Florida Creditors** | | **474** | **$122,921.63** | | **362** | **$147,781.19** | **836** | **$165.63** |
| EASTERN | | | 666.47 | | | 650.95 | | 1,317.42 |
| EASTERN | | 217 | 54,645.19 | | -- | -- | 217 | 54,645.19 |
| **Total EASTERN/Trustee** | | **217** | **$55,311.66** | | | **$650.95** | **217** | **$55,962.61** |
| **TOTAL** | | | **$178,233.29** | | | **$148,432.14** | | **$326,665.43** |

**Table 4**

*Oak Lake Cattle Co. And Related Transactions*

| DESCRIPTION | Oak Lake Claim 187 | Eagle Bay Claim 188 | D. Byrd Claim 189 | NET TOTAL |
|---|---|---|---|---|
| Invoices 291141 to 291254 Inclusive Total Revised Claims 187, 188, 189 | $34,819.48 | $29,718.58 | $10,309.27 | $74,848.33 |
| **1. Transaction Invoice Claim Adjustments** | | | | |
| Collected From EASTERN in 2010 | ($4,599.42) | ($26,508.92) | ($10,309.27) | ($41,165.21) |
| Check No.122470 Return To Maker | | $1,057.90 | | $1,057.90 |
| **TOTAL DUE OAK LAKE** | $30,220.06 | $4,268.56 | $0.00 | $34,488.62 |
| **2. Livestock Inventory Sold Adjustments** <br>                                  No. Head      Wt. | | | | |
| Cattle #11 - No. Hd.    161    29490 | ($34,633.10) | | | ($34,633.10) |
| Cattle #11X - No. Hd.    209    38569 | ($40,991.42) | | | ($40,991.42) |
| Cattle #91X - No. Hd.    14    13300 | ($10,000.00) | | | ($10,000.00) |
| **TOTAL DUE (EASTERN)**    384    81359 | ($85,624.52) | $0.00 | $0.00 | ($85,624.52) |
| **NET DUE OAK LAKE / (EASTERN)** | ($55,404.46) | $4,268.56 | $0.00 | ($51,135.90) |

**Table 5**