Case 10-93904-BHL-11   Doc 1259   Filed 07/24/12   EOD 07/24/12 14:31:36   Pg 1 of 15

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| Case Name: | Eastern Livestock Co., LLC | Date Filed: | December 6, 2010 |
| Case Number: | 10-93904, Southern District of Indiana | SIC Code: | 5154 |

Month (or portion) covered by this report: June, 2012

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____          7/24/12
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY       DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | | ✓ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| Case Name: | Eastern Livestock Co., LLC | Date Filed: | December 6, 2010 |
| Case Number: | 10-93904, Southern District of Indiana | SIC Code: | 5154 |

Month (or portion) covered by this report: June, 2012

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ YES   ✓ NO

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $0

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** $49,288

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** -$49,288

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | December 6, 2010 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |

**Month (or portion) covered by this report:** June, 2012

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES**  $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES**  $33,806,971

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4 |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $3,095,201 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $207,000 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $6,024,000 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 207,000 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $6,024,000 |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC    **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana    **SIC Code:** 5154

**Month (or portion) covered by this report:** June, 2012

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## ------- NOT APPLICABLE -------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
June, 2012 Monthly Operating Report
For the Period June 1, 2012 - June 30, 2012
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
|  | Checking | (none) |  |  |  |  |
|  | Sub-Total; Receipts - Checking |  |  |  |  | - |
|  | Escrow | (none) |  |  |  |  |
|  | Sub-Total; Receipts - Escrow |  |  |  |  | - |
|  | Segregated | (none) |  |  |  |  | - |
|  | Sub-Total; Receipts - Segregated |  |  |  |  | - |
|  | **Total Cash Receipts** |  |  |  |  | - |

Case 10-93904-BHL-11    Doc 1259    Filed 07/24/12    EOD 07/24/12 14:31:36    Pg 5 of 15

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
June, 2012 Monthly Operating Report
For the Period June 1, 2012 - June 30, 2012
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 6/8/12 | Checking | Wire Trsf | ADP | | Office Expense | (152.14) |
| 6/11/12 | Checking | Wire Trsf | ADP | includes Q1 IN SUI Assessment | Payroll Expense | (9,221.11) |
| 6/11/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 6/16/12 | Checking | 1495 | Technology Assigned Risk | Workers' Comp Assessment | Insurance | (217.00) |
| 6/22/12 | Checking | Debit | ADP | | Office Expense | (341.09) |
| 6/25/12 | Checking | Debit | ADP | | Payroll Expense | (9,973.66) |
| 6/25/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 6/27/12 | Checking | 1568 | Humana | June & July health insurance | Employee Benefits | (10,081.31) |
| 6/27/12 | Checking | 1569 | Duke Energy | | Utilities | (27.72) |
| 6/27/12 | Checking | 1570 | Industrial Disposal | | Utilities | (206.40) |
| 6/27/12 | Checking | 1571 | New Albany Municipal Utilities | | Utilities | (69.56) |
| 6/27/12 | Checking | 1572 | Teena Morris | June & July Housekeeping | Office Expense | (1,100.00) |
| 6/27/12 | Checking | 1573 | Republic Bank | June & July Rent | Rent | (15,000.00) |
| 6/27/12 | Checking | 1574 | ADS/Advanced Detection | Security | Office Expense | (347.40) |
| 6/27/12 | Checking | 1575 | AT&T | | Utilities | (1,570.16) |
| 6/27/12 | Checking | 1576 | Duke Energy | | Utilities | (15.86) |
| 6/27/12 | Checking | 1577 | Duke Energy | | Utilities | (302.10) |
| 6/27/12 | Checking | 1578 | Indiana American Water | | Office Expense | (23.38) |
| 6/27/12 | Checking | 1579 | New Albany Municipal Utilities | | Utilities | (36.80) |
| 6/27/12 | Checking | 1580 | BMC Group | | Claims Agent | (552.15) |

Sub-Total; Disbursements - Checking    (49,287.84)

Escrow    (none)    -

Sub-Total; Disbursements - Escrow    -

Segregated    (none)    -

Sub-Total; Disbursements - Segregated    -

**Total Cash Disbursements**    (49,287.84)

**Cash Flow - Positive/(Negative)**    (49,287.84)

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Monthly Operating Report for June, 2012**
June 1, 2012 – June 30, 2012
**Comments/Disclaimer**

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of June 30, 2012

| Customer | Balance |
| --- | ---: |
| .J T NUCKOLS | 355,605 |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| ANDY LOLLEY | 36,086 |
| ATKINSON LIVESTOCK MARK | 2,577,880 |
| BACA COUNTY FEED YARD | 53,604 |
| BEEF MARKETING GROUP CO | 1,131,372 |
| BEN DELWORTH | 1,913 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 293,066 |
| BILL EBERLE | 273,202 |
| BOB FOOTE | 1,671,097 |
| BRANDON JONES | 73,616 |
| BRANDON MAGGARD | 21,440 |
| BUD HEINE | 170,066 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 490,662 |
| CACTUS FEEDERS, INC. | 2,976,869 |
| CHAD BAKER | 56,200 |
| CHAD HOUCK (FLYING M RANCH) | 23,526 |
| CHARLES W. ANDERSON | 249,407 |
| CLAY J. CARTER | 69,902 |
| CLIFFORD OLDHAM | 32,470 |
| COLTON DOWNEY | 471 |
| COREY KAY | 133,575 |
| DAVID HILBERT | 123,465 |
| DAVID PETERSON | 62,408 |
| DEMAIO FARM & RANCH | 244,180 |
| DENNIS JONES | 617 |
| DIAMOND CATTLE FEEDERS | 8,442 |
| DS FARMS | 8,360 |

Page 1 of 4

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of June 30, 2012

| Customer | Balance |
| --- | ---: |
| DUDLEY WALDROP | 6,667 |
| E 4 CATTLE CO | 156,694 |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 2,560,338 |
| FAITH CATTLE CO. (CHAD HOUCK) | 123,480 |
| FIVE RIVERS (CIMARRON FEEDERS, INC.) | 318,756 |
| FIVE RIVERS (GILCREST) | 520,888 |
| FIVE RIVERS (KUNER) | 514,231 |
| FIVE RIVERS (MALTA) | 259,931 |
| FIVE RIVERS (XIT FEEDERS) | 265,622 |
| FIVE RIVERS (YUMA) | 2,464,353 |
| FRANCIS J. MADISON | 66,216 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 2,554,262 |
| FRONTERA FEEDYARD | 147,211 |
| GANADO, INC | 227,966 |
| GARY CARTER | 68,696 |
| GARY LAIB | 104,917 |
| GARY SEALS | 363,019 |
| GIBSON FARMS, L.L.C. | 47,166 |
| GLOVER FARMS | 228,922 |
| H H H CATTLE CO | 22,126 |
| HERITAGE FEEDERS | 626,745 |
| HIGH PLAINS FEEDLOT | 10,308 |
| HOHENBERGER CATTLE | 568,973 |
| J & S FEEDLOTS INC. | 59,613 |
| J BAR H CATTLE | 52,935 |
| JACOB LARSON | 14,548 |
| JAMES ED EDENS & LEE ED | 57,274 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEFFREY MADISON | 50,596 |
| JEREMY COFFEY | 6,531 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of June 30, 2012

| Customer | Balance |
|---|---:|
| JERRY SHELTON | 135,908 |
| JERRY THOMPSON | 333,432 |
| JIM ROY WELLS CATTLE | 1,513 |
| JIM WOODS | 47,844 |
| JOE SCHMUCKER | 15,535 |
| JOE THOMPSON | 56,422 |
| JOHN ROSS | 108,131 |
| JVCO, LLC | 181,882 |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 524,001 |
| KEVIN SMITH | 155,034 |
| LEROY SAYLOR | 135,927 |
| LHL PARTNERSHIP | 133,885 |
| M.Y.C. | 220,715 |
| MARK FREEMAN | 93,491 |
| MARK FREEMAN IV | 9,006 |
| MATTHEW CATES | 23,037 |
| MIKE MASSEY | 935,652 |
| MORRIS STOCK FARM | 4,499 |
| MULL FARMS & FEEDING | 109,096 |
| NU TECHNOLOGIES | 419,139 |
| OAKLAKE CATTLE COMPANY | 132,102 |
| PACO FEED YARDS INC. | 7,371 |
| PENNER CATTLE | 60,402 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| RALPH HOODENPYLE | 4,556 |
| RICK BEARD | 106,492 |
| RITTER FEEDYARD | 29,228 |
| ROBERT NICHOLS | 1,580,584 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| ROYAL BEEF | 374,109 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of June 30, 2012

| Customer | Balance |
|---|---:|
| RUSH CREEK RANCH | 178,233 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE /ROYCE STALLCUP(CHAD HOUCK) | 18,789 |
| SAM FOUSEK | 117,030 |
| SCOTT GIBSON | (11,387) |
| SCOTT WEEKS | 25,120 |
| SEALY AND SON | 3,353 |
| STEPHEN DILKS | 118,762 |
| STEVE FLETCHER | 228,164 |
| SUPREME CATTLE FEEDERS | 1,095,579 |
| TERRY BABER | 66,215 |
| TIM COOK | 740 |
| TODD ROSENBAUM | 207,216 |
| TOM HERRMANN | 23,027 |
| TRAVIS DICKE | 293,217 |
| TRIANGLE CALF GROWERS (KIRKLAND FEEDERS)(ED EDENS) | 17,828 |
| WILLIAM BUSH | 189,826 |
| WILLIAMS FARM | 39,583 |
| WILLIE DOWNS LIVESTOCK INC | 6,428 |
| WINTER LIVESTOCK | 64,467 |
| Total Accounts Receivable as of June 30, 2012 | 33,806,971 |

**J.P.Morgan**

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ███
For the Period 6/1/12 to 6/29/12

00000520 DPB 034 161 18212 YNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jaimie Shrieve | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 7,237,977.94 |
| Checks Paid | 21 | (57,403.07) |
| Payments & Transfers | 4 | (19,688.00) |
| Fees, Charges & Other Withdrawals | 2 | (50.00) |
| Ending Balance | 27 | $7,160,836.87 |



J.P.Morgan

Page 1 of 4

**J.P.Morgan**

Primary Account: ███
For the Period 6/1/12 to 6/29/12

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1495 | 06/18 | 217.00 | 1555 | 06/07 | 600.00 | 1562 | 06/06 | 27.05 |
| 1549 | 06/04 | 10,000.00 | 1556 | 06/04 | 6,014.53 | 1563 | 06/04 | 23.38 |
| 1550 | 06/05 | 2,535.00 | 1557 | 06/05 | 4,875.00 | 1564 | 06/04 | 434.14 |
| 1551 | 06/11 | 207.00 | 1558 | 06/04 | 7,568.91 | 1565 | 06/05 | 66.39 |
| 1552 | 06/06 | 376.01 | 1559 | 06/04 | 205.53 | 1566 | 06/08 | 1,300.00 |
| 1553 | 06/05 | 550.00 | 1560 | 06/04 | 34.49 | 1567 | 06/12 | 1,575.00 |
| 1554 | 06/06 | 7,500.00 | 1561 | 06/04 | 3,212.33 | 1568 | 06/29 | 10,081.31 |

**Total Checks Paid** ($57,403.07)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 06/08 | ADP Payroll Fees ADP - Fees 10Gx2  2057831 CCD ID: 9659605001 | 152.14 |
| 06/11 | 06/11 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0369223 Trn: 1507600163Es | 9,221.11 |
| 06/22 | ADP Payroll Fees ADP - Fees 10Gx2  2615889 CCD ID: 9659605001 | 341.09 |
| 06/25 | 06/25 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0297619 Trn: 0727300177Es | 9,973.66 |

**Total Payments & Transfers** ($19,688.00)

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 06/11 | Wire Online Domestic Fee | 25.00 |
| 06/25 | Wire Online Domestic Fee | 25.00 |

**Total Fees, Charges & Other Withdrawals** ($50.00)

**J.P.Morgan**



**Primary Account:**
For the Period 6/1/12 to 6/29/12

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/04 | 7,210,484.63 | 06/08 | 7,192,503.04 | 06/22 | 7,180,916.84 |
| 06/05 | 7,202,458.24 | 06/11 | 7,183,049.93 | 06/25 | 7,170,918.18 |
| 06/06 | 7,194,555.18 | 06/12 | 7,181,474.93 | 06/29 | 7,160,836.87 |
| 06/07 | 7,193,955.18 | 06/18 | 7,181,257.93 | | |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 25 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **25** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan

Page 3 of 4

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

*J.P.Morgan*

Primary Account: ▮▮▮▮▮

For the Period 6/1/12 to 6/29/12

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jaimie Shrieve | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |



## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 4,854,155.32 |
| Ending Balance | 0 | $4,854,155.32 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

Please note this account had no activity during this statement period. The date of last activity for this account was 04/25/12.

*J.P.Morgan*

Page 1 of 4