# EXHIBIT A

PREFERENCE ANALYSIS - RIVER BEND CATTLE CO.

| Check Number | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 122987 | 10/18/10 | 10/21/10 | 10/25/10 | $230,746.88 | $230,746.88 |
| | | | | $230,746.88 | $230,746.88 |