# EXHIBIT A

PREFERENCE ANALYSIS - ROBERT RAWLS LIVESTOCK

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118319 | 08/24/10 | 08/27/10 | 09/13/10 | $34,073.01 | $34,073.01 |
|  | 10/26 and 10/28/10 |  |  | $158,927.20 | $ 193,000.21 |
|  |  |  |  | $193,000.21 | $193,000.21 |