# EXHIBIT A

PREFERENCE ANALYSIS - TOM FREEMAN

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| | | Nov. 2010 | | $168,964.59 | $168,964.59 |
| | | | | $168,964.59 | $168,964.59 |

EXHIBIT A TO TOM FREEMAN