# EXHIBIT A

PREFERENCE ANALYSIS - MACON STOCKYARD

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  |  |  | $113,060.12 | $113,060.12 |
|  |  |  |  | $26,390.65 | $139,450.77 |
|  |  |  |  | $139,450.77 | $139,450.77 |

EXHIBIT A TO MACON STOCKYARD