# EXHIBIT A

PREFERENCE ANALYSIS - BILLINGSLEY AUCTION SALE, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|-----------|---------------|------------|------------|-------------|-----------------------|
|  | 10/28/10 |  |  | $119,341.18 | $119,341.18 |
|  |  |  |  | $119,341.18 | $119,341.18 |

EXHIBIT A TO BILLINGSLEY AUCTION SALE, INC.