# EXHIBIT A

PREFERENCE ANALYSIS - JOHN HOOVER

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F32506 | 09/17/10 (Fri.) | 09/21/10 | 09/22/10 | $53,174.61 | $53,174.61 |
|  |  |  |  | $53,174.61 | $53,174.61 |