# EXHIBIT A

### PREFERENCE ANALYSIS - GARY KRANTZ

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| Bancgh | 10/18/10 | 10/20/10 | 10/20/10 | $456,189.20 | $456,189.20 |
| | | | | $456,189.20 | $456,189.20 |

EXHIBIT A TO GARY KRANTZ