UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **EASTERN LIVESTOCK CO., LLC** | ) | **CASE NO. 10-93904-BHL-11** |
| | ) | |
| Debtor | ) | **Chapter 11** |
| | ) | |
| | ) | |

## MOTION TO FOR EXPEDITED HEARING

Superior Livestock Auction, Inc. ("Superior"), by and through the undersigned counsel, pursuant to S.D. Ind. L.R. B-9006-1, respectfully submits this Motion for Expedited Hearing (the "Expedited Hearing Motion") on the Motion to Continue Hearing on the Disclosure Statement (the "Motion"), filed contemporaneously herewith. In support of this Expedited Hearing Motion, Superior states as follows:

By its Motion, Superior is asking the Court to continue the Disclosure Statement hearing, which is currently scheduled for September 4, 2012. The Motion should be heard on an expedited basis because Superior and other creditors should be afforded sufficient time to analyze the Disclosure Statement and respond accordingly. Should the Court delay hearing the Motion until the next omnibus hearing scheduled for August 20, 2012 and should the Motion be denied, Superior and other creditors would be irreparably injured as they would lose more time to properly evaluate and respond to the Plan and Disclosure Statement.

WHEREFORE, Superior respectfully requests the Court enter an Order setting the Motion for an expedited hearing as soon as practicable, and grant it all other just and proper relief.

Respectfully submitted,

*/s/ John W. Ames*
John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3656
Facsimile: 502-540-2211
E-mail: james@bgdlegal.com
cbowles@bgdlegal.com
ishallcross@bgdlegal.com
COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

*/s/ John Ames*
COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.

4824304_1.docx