UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **MOTION OF THE FIRST BANK AND TRUST COMPANY FOR EXPEDITED HEARING** |
| | : | |
| | : | |

_____

The First Bank and Trust Company ("First Bank"), by counsel, respectfully submits this Motion for an Expedited Hearing on the Motion of The First Bank and Trust Company to Continue the Hearing of September 4, 2012 [Dkt. No. 1281], which has been filed concurrently. For the reasons stated by Superior Livestock Auction, Inc. ("Superior") in its Motion for Expedited Hearing [Dkt. No. 1272], First Bank respectfully requests that the Court enter an Order setting the motions for an expedited hearing as soon as practicable, and grant First Bank all other just and proper relief.

Respectfully submitted,


/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: ddonnellon@ficlaw.com
         sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of July, 2012, I electronically filed the foregoing Motion of The First Bank and Trust Company for Expedited Hearing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | John W. Ames<br>jwa@gdm.com | Jessica E. Yates<br>jyates@swlaw.com |
| C.R. Bowles, Jr<br>crb@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| James A. Knauer<br>jak@kgrlaw.com | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| John Hunt Lovell<br>john@lovell-law.net | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Ivana B. Shallcross<br>ibs@gdm.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Jeffrey R Erler<br>jeffe@bellnunnally.com | Deborah Caruso<br>decaruso@daleek.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| Edward M King<br>tking@fbtlaw.com | Meredith R. Thomas<br>mthomas@daleeke.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Randall D. LaTour<br>rdlatour@vorys.com | William Robert Meyer, II<br>rmeyer@stites.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Bret S. Clement<br>bclement@acs-law.com | Christie A. Moore<br>cm@gdm.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| John R. Carr, III<br>jrciii@acs-law.com | Allen Morris<br>amorris@stites.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| James M. Carr<br>jim.carr@bakerd.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | James T. Young<br>james@rubin-levin.net | Karen L. Lobring<br>lobring@msn.com |
| Terry E. Hall<br>terry.hall@bakerd.com | David L. LeBas<br>dlebas@namanhowell.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Lisa Kock Bryant<br>courtmail@fbhlaw.net |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesoultions.com |

3

| | | |
|---|---|---|
| John M. Rogers<br>johnr@rubin-levin.net | David Alan Domina<br>dad@dominalaw.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Jeremy S. Rogers<br>Jeremy.rogers@dinslaw.com | Kent A Britt<br>kabritt@vorys.com | Kevin M. Toner<br>Kevin.toner@faegrebd.com |
| John David Hoover<br>jdhoover@hovverhull.com | Joshua N. Stine<br>jnstine@vorys.com | Kim Martin Lewis<br>Kim.lewis@dinslaw.com |
| Sean T. White<br>swhite@hooverhull.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Melissa S. Giberson<br>msgiverson@vorys.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov | John Huffaker<br>John.huffaker@sprouselaw.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Amelia Martin Adams<br>aadams@gldfirm.com | Shawna M. Eikenberry<br>Shawna.eikenberry@faegrebd.com |
| William E. Smith<br>wsmith@k-glaw.com | Michael Wayne Oyler<br>moyler@rwsvlaw.com | Wendy W. Ponader<br>Wendy.ponader@faegrebd.com |
| Susan K. Roberts<br>skr@stuartlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Robert A. Bell<br>rabell@vorys.com | |
| Thomas C. Scherer<br>tscherer@binghammchale.com | Andrea L. Wasson<br>andreawassonatty@gmail.com | |
| David A. Laird<br>david.laird@moyewhite.com | Anthony G. Raluy<br>traluy@fbhlaw.net | |
| Jerald I. Ancel<br>jancel@taftlaw.com | Harmony A. Mappes<br>Harmony.mappes@faegrebd.com | |
| Jeffrey J. Graham<br>jgraham@taftlaw.com | James B. Lind<br>jblind@vorys.com | |
| Trevor L. Earl<br>tearl@rwsvlaw.com | James E. Rossow, Jr.<br>jim@rubin-levin.net | |
| Christopher E. Baker<br>cbaker@hklawfirm.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | |

/s/ Daniel J. Donnellon
Daniel J. Donnellon

643657.1