UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## MOTION TO QUASH OR MODIFY THIRD AMENDED NOTICE OF DEPOSITION OF SEAN WHITE AND SUBPOENA *DUCES TECUM*

Hoover Hull LLP ("Special Counsel" or "Hoover Hull"), Special Counsel for James A. Knauer, Trustee of Eastern Livestock Co., LLC ("Eastern Livestock") pursuant to Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Rule 9016 of the Federal Rules of Bankruptcy Procedure, respectfully moves the Court for a protective order relating to the Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum filed by Superior Livestock Auction, Inc. and to quash or modify the Subpoena *Duces Tecum*. An accompanying brief in support of this Motion to Quash or Modify is filed contemporaneously herewith.

WHEREFORE, Hoover Hull LLP, Special Counsel for the Trustee of Eastern Livestock, James A. Knauer, respectfully requests the Court to enter a protective order relating to the Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum and to quash or modify the Subpoena *Duces Tecum* and grant all other relief just and proper.

Respectfully submitted,

/s/ *John David Hoover*
John David Hoover (#7945-49)
jdhoover@hooverhull.com
Hoover Hull LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Telephone: (317) 822-4400
Facsimile: (317) 822-0234

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ *John David Hoover*

630223_1/8728-1