## Notice Recipients

District/Off: 0756–4           User: edixon              Date Created: 8/1/2012
Case: 10–93904–BHL–11          Form ID: SF00075          Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Laura Day DelCotto        ldelcotto@dlgfirm.com

TOTAL: 1