UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Expedited Telephonic Hearing Re: (1) Motion to Continue Hearing filed by John W Ames on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1271]; (2) Motion to Continue Hearing filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1281] and (3) "Creditors' Joinder in Superior Livestock Auction, Inc.'s Motion to Continue Hearing on Adequacy of Trustee Disclosure Statement" filed by Laura Day DelCotto on behalf of Creditors Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, Alton Darnell, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC. [1280]. All 3 motions seeking to continue the 9/4/12 Disclosure Statment Hearing.

DIAL IN NUMBER IS: 1−888−354−0094 PARTICIPANT CODE 982151#

Objections are due **3 days** prior to hearing.

    Date:  August 6, 2012
    Time: 01:30 PM EDT
    Place: Dial−in number to be established by Creditor's Attorney

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  August 1, 2012

                      Kevin P. Dempsey
                      Clerk, U.S. Bankruptcy Court