Exhibit A

**INVOICE AND SECURITY AGREEMENT**

DATE 10-28-10

INVOICE NO. 310521

# Eastern Livestock Co., LLC

SOLD TO: David Peterson
Address: 763 10th Rd
City-State-Zip: West Pt. NE 68788

SHIP TO: Dawson Feeders
Address:
City-State-Zip: Lexington, NE  OK AP

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

Cont 10316

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 95 | Hf | 56,963 | 600 | |
| | | | (530) 110.50 | |
| | | | 20 x 84 (1.60) | |
| | | | 108.90 | $62,032.71 |
| | | | plus frt | ($4,175.39) |
| | | | | $66,208.10 |
| | | | Less Down Money | ($3,800.00) |
| | 95 | | | $62,408.10 |
| | | | 0482-01 | |
| Omaha Newman 10-28-10 | | | | |
| TOTALS | | | | X |

TRUCKER: Fousek Farms
Browning, MT
FROM: Monte Hacan

COMMISSION _____
VETERINARY _____
TRUCKING Dee
OTHER _____
TOTAL $62,408.10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035