# Notice Recipients

District/Off: 0756–4            User: edixon            Date Created: 8/3/2012
Case: 10–93904–BHL–11            Form ID: SF00075            Total: 1

**Recipients of Notice of Electronic Filing:**
aty        Jessica E. Yates        jyates@swlaw.com

TOTAL: 1