Exhibit A

Case 10-93904-BHL-11   Doc 1297-1   Filed 08/03/12   EOD 08/03/12 13:20:55   Pg 1 of 4

**INVOICE AND SECURITY AGREEMENT**

DATE: 10-26-10

INVOICE NO. 316293

# Eastern Livestock Co., LLC

SOLD TO: Dicke Feedyard
Address: 16963 415 st
City-State-Zip: Creston, NE 68631

SHIP TO: _____
Address: _____
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 68 | Strs | 47,510 | 699 - 113.00 | $53,686.30 |
| | | | | |
| | | | | |
| | | | | |
| | 68 | | | |
| | | | X | |
| Order Weudon 10-26-10 | | | | 10-26-10 |
| **TOTALS** | | | | |

TRUCKER: Customer truck
(Arlen ?? +55)
FROM: Thomas Allen Gibson

COMMISSION: _____
VETERINARY: _____
TRUCKING: FOB
OTHER: _____
TOTAL: $53,686.30

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

INVOICE AND SECURITY AGREEMENT

DATE 9-24-10

INVOICE NO. 296183

# Eastern Livestock Co., LLC

SOLD TO Travis Dicke

Address Dicke Feedyard

City-State-Zip Creston, Ne

SHIP TO

Address

City-State-Zip

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 116 | Hfrs | 49035 | 423/107.07 | 52501.77 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | ✓ | | | |
| | | | | 116 |
| | | 9-24-10 | | |
| | | | | Knox Co Ne 9-24-10 |
| | | | | |
| TOTALS | | | | |

TRUCKER: Robbins

FROM: Thomas A. Gibson

COMMISSION
VETERINARY
TRUCKING
OTHER
TOTAL

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE 11-1-10

INVOICE NO. 310950

# Eastern Livestock Co., LLC

SOLD TO: Dicke Feedyard
Address: 16963 415 Street
City-State-Zip: Creston NE 68631

SHIP TO: 
Address: 
City-State-Zip: 

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | | Amount |
|---|---|---|---|---|---|
| 60 | Strs | 49,353 | 823 | 115.53 | 57,017.52 |
| | | | | | |
| | 60 | | X | | |
| Greta Schneider 11-1-10 | | | | | 11-1-10 |
| TOTALS | | | | | |

TRUCKER: Southland
Goshen, al
FROM: Thomas A. Gibson

COMMISSION 
VETERINARY 
TRUCKING del
OTHER 
TOTAL 57,017.52

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035