Exhibit A

# INVOICE AND SECURITY AGREEMENT

DATE: ~~03-10~~

INVOICE NO. 296166

# Eastern Livestock Co., LLC

SOLD TO: J T Nuckols

SHIP TO: ___

Address: ___

Address: ___

City-State-Zip: Canyon TX

City-State-Zip: ___

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 56 | Hfrs | 13655 | 244/120.65 | 16474.76 |
| 30 | Hfrs | 6605 | 220/140.03 | 9248.98 |
| 65 | Str | 18440 | 284/130.77 | 24113.99 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** 151 | | 38700 | | |

TRUCKER: Coke

FROM: Grant Gibson

COMMISSION: ___
VETERINARY: pm· 181.20
TRUCKING: ___
OTHER: ___
TOTAL: 50018.93

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

INVOICE AND SECURITY AGREEMENT

DATE 9/30/10

INVOICE NO. 295947

# Eastern Livestock Co., LLC

BEFORE INVENTORY

SOLD TO: JT Nuckols

SHIP TO: _____

Address: _____

Address: _____

City-State-Zip: Canyon TX

City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 46 | Hfrs | 10785 | 234/122.67 | 13227.96 |
| 22 | Str | 4865 | 221/139.52 | 6787.65 |
| 52 | Str | 14735 | 283/130.54 | 19235.07 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | 120 |  |
|  |  |  |  |  |
|  |  | 9-30-10 | Karen Baker 9-30-10 |  |
| TOTALS 120 |  | 30385 |  |  |

TRUCKER: Morgan

FROM: Grant Hipps

COMMISSION: _____
VETERINARY: _____
TRUCKING: _____
OTHER: _____
TOTAL: 39250.68

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

INVOICE AND SECURITY AGREEMENT

DATE 10-7-10

INVOICE NO. 295975

# Eastern Livestock Co., LLC

SOLD TO: JT Muckoea

Address:

City-State-Zip: Canyon, TX

SHIP TO:

Address:

City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 58 | Hfr | 13720 | 237/126.24 | 17320.13 |
| 33 | Str | 7250 | 220/139.30 | 10099.25 |
| 80 | Str | 22730 | 284/135.89 | 30887.80 |
| | | | | |
| | | | | |
| | | ✓ | | |
| | | | | |
| | | | | (?) |
| | | 10-7-10 | | |
| | | | Karen Osha 10-7-10 | |
| TOTALS 171 | | 43700 | | |

TRUCKER: Mike Travia

FROM: Grant Gibson

COMMISSION: 

VETERINARY: pcr 205.20

TRUCKING: 

OTHER: 

TOTAL: 58512.38

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

INVOICE AND SECURITY AGREEMENT

DATE: 10-14-10

INVOICE NO. 315207

# Eastern Livestock Co., LLC

SOLD TO: JT Nuckols
Address:
City-State-Zip: Canyon, TX

SHIP TO:
Address:
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 41 | Hfrs | 9700 | 237/120.43 | 11681.71 |
| 29 | Strs | 6620 | 228/142.26 | 9417.61 |
| 109 | Strs | 31340 | 288/131.72 | 41281.05 |
|  |  |  |  | 179 |
|  |  | 10-14-10 | Karen Baker 10-14-10 |  |
| TOTALS 179 |  | 47660 |  | 62281.37 |

TRUCKER: Morgan

FROM: Stuart Gibson

COMMISSION:
VETERINARY: pens - 214.80
TRUCKING:
OTHER:
TOTAL: 62595.17

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: 10-21-10

INVOICE NO. 315481

# Eastern Livestock Co., LLC

SOLD TO: JT Buckner
Address: 
City-State-Zip: Canyon TX

SHIP TO: 
Address: 
City-State-Zip: 

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 6 | Hfr | 1165 | 194/1166.64 | 1358.86 |
| 19 | Hfr | 4785 | 252/116.31 | 5565.43 |
| 8 | Str | 1465 | 183/134.68 | 1973.06 |
| 18 | Str | 4035 | 224/134.68 | 5424.34 |
| 93 | Str | 27030 | 291/132.10 | 35732.85 |
| | ✓ | | | 144 |
| | | 10-21-10 | Karen Baker 10-21-10 | |
| TOTALS 144 | | 38480 | | 50054.54 |

TRUCKER: H+B

FROM: Stuart Gibson

COMMISSION: 
VETERINARY: Don - 172.80
TRUCKING: 
OTHER: 
TOTAL: 50227.34

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: 11-3-10
INVOICE NO. 315388

# Eastern Livestock Co., LLC

SOLD TO: J T Nurkala
SHIP TO: 
Address: 
Address: 
City-State-Zip: Canyon, TX
City-State-Zip: 

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 16 | Hfr | 3100 | 194 / 122.69 | 3802.39 |
| 28 | Hfr | 7015 | 251 / 122.69 | 8606.70 |
| 20 | Str | 3745 | 187 / 138.90 | 5201.81 |
| 23 | Str | 5610 | 244 / 146.53 | 8220.33 |
| 95 | Str | 27635 | 291 / 137.21 | 37917.98 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | 182 |
|  |  |  |  |  |
|  |  | 11-3-10 |  | Kaudake 11-3-10 |
|  |  |  |  |  |
| TOTALS 182 |  | 47105 |  |  |

TRUCKER: Clevenger
Marion Ky
FROM: 

COMMISSION: 
VETERINARY: pens - 212.40
TRUCKING: 
OTHER: 
TOTAL: 63968.01

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035