Exhibit A

**INVOICE AND SECURITY AGREEMENT**

DATE: 3-16-10  
INVOICE NO. 296895

# Eastern Livestock Co., LLC

SOLD TO: Fred Smith  
SHIP TO: _____  
Address: _____  
Address: _____  
City-State-Zip: Srewton OK  
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 121 | Str | 80865 | 668/107.90 | 87253.34 |
| 35 | Str | 23190 | 663/100.06 | 23203.91 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | ✓ |  |  |  |
|  |  |  |  | 156 |
|  |  | 3-16-10 |  |  |
|  |  |  |  | Karen Parker 3-16-10 |
|  |  |  |  |  |
| TOTALS 156 |  | 104055 |  |  |

TRUCKER: C B Dilbert  
R+E  
FROM: Grant Gibson

COMMISSION: _____  
VETERINARY: _____  
TRUCKING: _____  
OTHER: _____  
TOTAL: 110457.25

Please Remit to: EASTERN LIVESTOCK CO., LLC  
135 West Market  
New Albany, IN 47150  
812-949-9035