United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
    Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4     User: kgoss2     Page 1 of 2     Date Rcvd: Aug 01, 2012  
                      Form ID: SF00200    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2012.
```
cr            +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb           +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op            +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd         +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op             National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                534 S KS Ave Suite 1420,    Topeka, KA  66603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: asr@btcmlaw.com Aug 02 2012 09:57:52     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                               TOTAL: 1
```

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4         User: kgoss2              Page 2 of 2              Date Rcvd: Aug 01, 2012
                             Form ID: SF00200          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2012 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
121 W. Spring St., Rm. 110  
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,  
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Expedited Telephonic Hearing Re: (1) Motion to Continue Hearing filed by John W Ames on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1271]; (2) Motion to Continue Hearing filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1281] and (3) "Creditors' Joinder in Superior Livestock Auction, Inc.'s Motion to Continue Hearing on Adequacy of Trustee Disclosure Statement" filed by Laura Day DelCotto on behalf of Creditors Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, Alton Darnell, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC. [1280]. All 3 motions seeking to continue the 9/4/12 Disclosure Statment Hearing.

DIAL IN NUMBER IS: 1−888−354−0094 PARTICIPANT CODE 982151#

Objections are due **3 days** prior to hearing.

    Date:  August 6, 2012  
    Time: 01:30 PM EDT  
    Place: Dial−in number to be established by Creditor's Attorney

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  August 1, 2012

                        Kevin P. Dempsey  
                        Clerk, U.S. Bankruptcy Court