**SO ORDERED: August 7, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
        Debtor(s).

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion to Continue Hearing was filed with the Clerk of Court on August 1, 2012, by Creditor Blue Grass Stockyards of Richmond, LLC, Creditor Blue Grass Maysville Stockyards, LLC, Creditor Blue Grass Stockyards of Campbellsville, LLC, Creditor Blue Grass Stockyards East, LLC, Creditor Blue Grass South Livestock Market, LLC, Creditor Blue Grass Stockyards, LLC, Creditor Alton Darnell dba Darnell Alton Barn, Creditor Southeast Livestock Exchange, LLC, Creditor East Tennessee Livestock Center, Inc., Creditor Moseley Cattle Auction, LLC, and Creditor Piedmont Livestock Company, Inc.

**IT IS ORDERED** that the Motion to Continue Hearing is **GRANTED**.

###