UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                                    Case No. **10-93904-BHL-11**

                    Debtor.

### ORDER AND NOTICE FOR CONTINUED HEARING
### ON DISCLOSURE STATEMENT

A(n) Disclosure Statement was filed on July 23, 2012, and a(n) Plan was filed on July 23, 2012, under Chapter 11 of the U.S. Bankruptcy Code by Trustee James A. Knauer.

NOTICE IS GIVEN that a hearing to consider the Disclosure Statement and any objections or modifications thereto is set for:

        Date:        September 7, 2012
        Time:        9:30 AM EDT
        Place:       Rm. 103 U.S. Courthouse, 121 W. Spring Street, New Albany, IN 47150

**IT IS ORDERED** that any objections to the Disclosure Statement shall be filed and served in accordance with Fed.R.Bankr.P. 3017(a) at least **2 days** prior to the date of the above hearing.

**IT IS FURTHER ORDERED** that within **7 days** after the date of this Order, the Proponent of the Plan shall mail the Disclosure Statement, Plan, and a copy of this Order to the Debtor, any trustee or committee appointed under the Code, the Securities and Exchange Commission and any party in interest who requests or has requested in writing a copy of the Disclosure Statement or Plan in accordance with Fed.R.Bankr.P. 3017(a). Within **14 days** from the date of this Order, the Proponent of the Plan shall file a certificate of service of the Disclosure Statement, Plan, and copy of this Order showing the date of mailing and to whom mailed.

Requests for copies of the Plan or Disclosure Statement shall be made in writing to the proponent of the Plan or are available at http://pacer.insb.uscourts.gov.

Dated: August 8, 2012                         JUDGE BASIL H. LORCH III
                                              U.S. BANKRUPTCY COURT