UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10–93904–BHL–11**

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Hearing Re: (1) Motion to Strike Trustee's Report on Claims, filed by Elliott D. Levin, John M. Rogers on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1197];

    (2) Motion to Strike Trustee's Report on Claims, filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1204] and

    (3) Motion to Strike Trustee's Report on Claims, filed by Laura Day DelCotto on behalf of Creditors Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC [1216].

Objections are due **3 days** prior to hearing.

    Date: August 20, 2012
    Time: 10:00 AM EDT
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above–referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated: August 9, 2012

    Kevin P. Dempsey
    Clerk, U.S. Bankruptcy Court