**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### MOTION TO WITHDRAW AS COUNSEL FOR CPC LIVESTOCK

**TO THE HONORABLE JUDGE OF SAID COURT:**

Undersigned counsel hereby moves to withdraw from the representation of CPC Livestock in the above-captioned case. Pursuant to S.D. Ind. L.R. 83-7(c), another attorney has contemporaneously appeared for CPC Livestock in the above-captioned case. (See Doc. # 1305.) That attorney is:

W. Scott Newbern
W. SCOTT NEWBERN, P.L.
2982 East Geverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

WHEREFORE, undersigned counsel respectfully moves to withdraw from representing CPC Livestock in this case.

Dated this 9th day of August, 2012.

                    Respectfully submitted,

                    SNELL & WILMER L.L.P.

                    By: /s/*Jessica E. Yates*
                         Jessica E. Yates
                         1200 Seventeenth Street, Suite 1900
                         Denver, Colorado 80202-5854
                         Phone: (303) 634-2097
                         Fax: (303) 634-2020
                         Email: jyates@swlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 9, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties listed on the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                             /s/Martha McCleery
                                             For Snell & Wilmer L.L.P.

15617525