United States Bankruptcy Court
Southern District of Indiana

In re:   Case No. 10-93904-BHL
Eastern Livestock Co., LLC   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4   User: kgoss2   Page 1 of 2   Date Rcvd: Aug 07, 2012
                 Form ID: sgeneric   Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2012.
```
cr         +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
adb        +Eastern Livestock Co., LLC,    135 W. Market Street,   New Albany, IN 47150-3561
op         +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,   101 South Fifth Street,
            ?Louisville, KY 40202-3157
ptcrd      +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,    3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op          National Cattlemen's Beef Association,    Alice Devine,   Devine & Donley, LLC,
             534 S KS Ave Suite 1420,   Topeka, KA  66603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Aug 07 2012 22:47:26     Ashley S Rusher,
             Blanco Tackabery & Matamoros PA,   PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**                **Signature:**   *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss2              Page 2 of 2                  Date Rcvd: Aug 07, 2012
                              Form ID: sgeneric         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

SO ORDERED: August 7, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | SGENERIC (rev 05/2012) |
| Southern District of Indiana | |
| 121 W. Spring St., Rm. 110 | |
| New Albany, IN 47150 | |

In re:

**Eastern Livestock Co., LLC**,     Case No. **10−93904−BHL−11**
　　　Debtor(s).

## ORDER

A(n) Motion to Continue Hearing was filed with the Clerk of Court on July 27, 2012, by Petitioning Creditor Superior Livestock Auction, Inc.

**IT IS ORDERED** that the Motion to Continue Hearing is **GRANTED**.

###