UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BLH-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO APPEAR PRO HAC VICE**

*********************************************************************

Joshua E. Clubb, Attorney At Law, with the firm Brammell & Clubb, PSC moves the Court for an order granting admission pro hac vice for the purpose of appearing as counsel on behalf of Kentucky Cattlemen's Association in the above-styled cause only. In support of this motion, the application states:

1.) The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| U.S. District Court, Western District of Kentucky | November, 2004 |
| U.S. District Court Eastern District of Kentucky | November, 2004 |
| Kentucky Supreme Court | October, 2004 |

2.) The applicant is not currently under supervision or subject to other disciplinary action with respect to the practice of law.

3.) The applicant has or will submit the $30.00, in payment of administrative fees required to process this motion for admission pro hac vice.

4.) Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9012-2.

WHEREFORE, the applicant requests this Court enter an order of admission pro hac vice for the purposes of this cause only.

JOSHUA E. CLUBB, ATTORNEY AT LAW

_____/s/ Joshua E. Clubb___
JOSHUA E. CLUBB
Brammell & Clubb, PSC
18 Berry Street
P.O. Box 629
New Castle, KY  40050
(502) 845-4558
Fax No.  (502) 845-7595
joshclubb@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2012 the foregoing was filed electronically.  Notice of this filing was sent to the following parties through the Court's Electronic Case Filing System. Parties may access these filings through the Court's System.

David L. Abt    davidabt@mwt.net

Amelia Martin Adams    aadams@dlgfirm.com

John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton     kayla.britton@faegrebd.com,
becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

Lisa Koch Bryant     courtmail@fbhlaw.net

John R. Burns     john.burns@faegrebd.com,
sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr     jim.carr@faegrebd.com,
sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

John R. Carr     jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso     dcaruso@daleeke.com, mthomas@daleeke.com

Bret S. Clement     bclement@acs-law.com, sfinnerty@acs-law.com

Jason W. Cottrell     jwc@stuartlaw.com

Kirk Crutcher     kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Jack S Dawson     jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal     dustin.deneal@faegrebd.com,
becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto     ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina     dad@dominalaw.com,
KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon     ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl     tearl@rwsvlaw.com

Shawna M Eikenberry     shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com

Jeffrey R. Erler     jeffe@bellnunnally.com

Robert H. Foree     robertforee@bellsouth.net

Sandra D. Freeburger     sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott    pgannott@gannottlaw.com, mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com

Melissa S. Giberson    msgiberson@vorys.com

Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com

Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

John David Hoover    jdhoover@hooverhull.com

John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston    tjohnston@mcjllp.com

Jill Zengler Julian    Jill.Julian@usdoj.gov

Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com

Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com

James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com

Erick P Knoblock    eknoblock@daleeke.com

Theodore A Konstantinopoulos    ndohbky@jbandr.com

Randall D. LaTour    RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Elliott D. Levin     edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis     kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind     jblind@vorys.com

Karen L. Lobring     lobring@msn.com

John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes     harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh     john.massouh@sprouselaw.com

Michael W. McClain     mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell     lisahughes@givenspursley.com

James Edwin McGhee     mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com

William Robert Meyer     rmeyer@stites.com

Christie A. Moore     cm@gdm.com, ljs2@gdm.com

Allen Morris     amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse     judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern     wsnewbern@msn.com

Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs     kim.maynes@moyewhite.com

Michael Wayne Oyler     moyler@rwsvlaw.com

Ross A. Plourde     ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Wendy W Ponader     wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore  tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy  traluy@fbhlaw.net

Eric C Redman  ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson  ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts  jratty@windstream.net

Mark A. Robinson  mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers  Jeremy.Rogers@dinslaw.com

John M. Rogers  johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers  jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow  jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Thomas C Scherer  tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Ivana B. Shallcross  ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

James E. Smith  jsmith@smithakins.com, legalassistant@smithakins.com

William E Smith  wsmith@k-glaw.com, pballard@k-glaw.com

Robert K Stanley  robert.stanley@FaegreBD.com

Joshua N. Stine  kabritt@vorys.com

Andrew D Stosberg  astosberg@lloydmc.com

Meredith R. Thomas  mthomas@daleeke.com

John M. Thompson  john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner  kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp  ctrapp@rubin-levin.net

U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

Andrea L Wasson     andrea@wassonthornhill.com

Stephen A. Weigand     sweigand@ficlaw.com

Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White     swhite@hooverhull.com, vwilliams@hooverhull.com

Jessica E. Yates     jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

James T Young     james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

                                                            _____/s/ Joshua E. Clubb_____
                                                                                     Joshua E. Clubb

REF:  MotionProHacViceKentuckyCattlemen