UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| IN RE: | ) | CASE NO. 10-93904-BLH-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

*****************************************************************

Joshua E. Clubb being duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| U.S. District Court, Western District of Kentucky | November, 2004 |
| U.S. District Court Eastern District of Kentucky | November, 2004 |
| Kentucky Supreme Court | October, 2004 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to practice of law.

I affirm, under the penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

Further affiant sayeth not.

_____
Joshua E. Clubb

STATE OF KENTUCKY
COUNTY OF HENRY

Before me, a notary public in and for said county and state, personally appeared Joshua E. Clubb, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this 10th day of August, 2012.

_____
NOTARY PUBLIC
STATE AT LARGE, KY
My Commission Expires: 8/22/12

REF: Affidavit.KentuckyCattlemen