UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | **:** | CASE NO. 10-93904-BLH-11 |
| EASTERN LIVESTOCK CO., LLC, | **:** | (Judge Basil H. Lorch III) |
| Debtor. | **:** | |
| | **:** | **MOTION OF THE KENTUCKY CATTLEMEN'S ASSOCIATION TO REMOVE THE TRUSTEE PURSUANT TO 11 U.S.C. § 324 AND TO TERMINATE EMPLOYMENT OF THE TRUSTEE'S LEAD COUNSEL** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Kentucky Cattlemen's Association ("KCA") requests that the Court enter an order removing James A. Knauer as Chapter 11 Trustee (the "Trustee"), pursuant to 11 U.S.C. §§324 and 1104 and terminating the employment of Baker & Daniels, LLP (n/k/a Faegre, Baker Daniels, LLP). In support of this motion, the KCA states as follows:

1.) On July 10, 2012, counsel for several creditors filed a Motion to Remove Trustee pursuant to 11 U.S.C. §324 on behalf of Bluegrass Stockyards East, LLC, Bluegrass Stockyards, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards of Campbellsville, LLC, East Tennessee Livestock Center, Inc., Southeast Livestock Exchange, LLC, Mosley Cattle Auction, Inc., Piedmont Livestock Company, Inc. and Alton Darnell [Dkt. No. 1237]. Said motion was joined by counsel for First Bank and Trust Company also on July 10, 2012 [Dkt No. 1239].

2.)     Additionally, on July 10, 2012 counsel filed on behalf of First Bank and Trust Company a renewed motion seeking to terminate the employment of Baker & Daniels (n/k/a Faegre, Baker, Daniels, LLP [Dkt No. 1238].  On July 30, 2012 said motion was joined in by counsel on behalf of Bluegrass Stockyards East, LLC, Bluegrass Stockyards, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards of Campbellsville, LLC, East Tennessee Livestock Center, Inc., Southeast Livestock Exchange, LLC, Mosley Cattle Auction, Inc., Piedmont Livestock Company, Inc. and Alton Darnell [Dkt No. 1279].

3.)     The grounds set forth in the previously referenced Dkt Nos. 1237, 1238, 1239, and 1279 are  incorporated herein fully by reference, as KCA also seeks removal of the Trustee James A. Knauer and the termination of the employment of lead counsel to the Trustee, Baker & Daniels, LLP (n/k/a Faegre, Baker Daniels, LLP).

4.)     KCA's stated mission is to "provide a strong, proactive voice for all of Kentucky's Beef Farm Families, serve as a resource for information and education for producers, consumers and the industry and be a catalyst for enhancing producer profitability."   For many of KCA's members, the economy of retaining counsel to monitor this large and complex bankruptcy is impractical.  To that end, KCA has an interest in this case, its administration, and the impartiality and integrity of the Chapter 11 Trustee and his counsel.

5.)     As the Court is well aware, numerous members of the Kentucky Cattlemen's Association, both large and small, have been caught up in the Eastern Livestock Bankruptcy; some devastatingly so.  While few, if any, of the claims of KCA members approach the amount of Wells Fargo's claim, all creditors should be entitled to a disinterested trustee and expect full and complete disclosure of any conflict that the trustee may have.  Given the lack of complete

disclosures as to the Trustee's relationship with Wells Fargo and certainly the appearance of impropriety, KCA's members should not be forced to question the integrity of this proceeding and be left to wonder if this entire bankruptcy was filed merely for the benefit of Fifth Third Bank, and Wells Fargo with whom the Trustee had an undisclosed relationship. Because of the taint caused by the Trustee's actions, there is no sufficient remedy, other than removal of both the trustee and his lead counsel.

WHEREFORE, the Kentucky Cattlemen's Association respectfully requests that the Court enter an order (i) removing the Trustee; (ii) terminating the employment of Baker & Daniels, LLP (n/k/a Faegre, Baker Daniels, LLP), (iii) expressly preserving and reserving all parties rights' in relation to any further remedies; and (iv) for such further relief as the Court deems appropriate.

THIS MOTION IS FILED SUBJECT TO ADMISSION OF THE UNDERSIGNED COUNSEL PRO HAC VICE.

Respectfully submitted,

_____/s/ Joshua E. Clubb___
JOSHUA E. CLUBB
BRAMMELL & CLUBB, PSC
P.O. BOX 629
18 BERRY STREET
NEW CASTLE, KY 40050
(502) 845-4558
FAX (502) 845-7595
EMAIL: joshclubb@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2012, the foregoing was filed electronically. Notice of this filing was sent to the following parties through the Court's Electronic Case Filing System. Parties may access these filings through the Court's System.

David L. Abt     davidabt@mwt.net

Amelia Martin Adams     aadams@dlgfirm.com

John W Ames     james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel     jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

T. Kent Barber     kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell     rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles     cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm     sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt     kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton     kayla.britton@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

Lisa Koch Bryant     courtmail@fbhlaw.net

John R. Burns     john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr     jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

John R. Carr     jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso     dcaruso@daleeke.com, mthomas@daleeke.com

Bret S. Clement     bclement@acs-law.com, sfinnerty@acs-law.com

Jason W. Cottrell    jwc@stuartlaw.com

Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Jack S Dawson    jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal    dustin.deneal@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl    tearl@rwsvlaw.com

Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler    jeffe@bellnunnally.com

Robert H. Foree    robertforee@bellsouth.net

Sandra D. Freeburger    sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott    pgannott@gannottlaw.com, mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com

Melissa S. Giberson    msgiberson@vorys.com

Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com

Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

John David Hoover    jdhoover@hooverhull.com

John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe     jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston     bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston     tjohnston@mcjllp.com

Jill Zengler Julian     Jill.Julian@usdoj.gov

Jay P. Kennedy     jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com

Edward M King     tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer     jak@kgrlaw.com, hns@kgrlaw.com

James A. Knauer     jak@kgrlaw.com, hns@kgrlaw.com

Erick P Knoblock     eknoblock@daleeke.com

Theodore A Konstantinopoulos     ndohbky@jbandr.com

Randall D. LaTour     RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird     david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas     dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin     robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Elliott D. Levin     edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis     kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind     jblind@vorys.com

Karen L. Lobring     lobring@msn.com

John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes     harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh     john.massouh@sprouselaw.com

Michael W. McClain     mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell     lisahughes@givenspursley.com

James Edwin McGhee     mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com

William Robert Meyer     rmeyer@stites.com

Christie A. Moore     cm@gdm.com, ljs2@gdm.com

Allen Morris     amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse     judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern     wsnewbern@msn.com

Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs     kim.maynes@moyewhite.com

Michael Wayne Oyler     moyler@rwsvlaw.com

Ross A. Plourde     ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Wendy W Ponader     wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy     traluy@fbhlaw.net

Eric C Redman     ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson     ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts     jratty@windstream.net

Mark A. Robinson     mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers     Jeremy.Rogers@dinslaw.com

John M. Rogers     johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers     jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow     jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Thomas C Scherer     tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Ivana B. Shallcross     ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

James E. Smith     jsmith@smithakins.com, legalassistant@smithakins.com

William E Smith     wsmith@k-glaw.com, pballard@k-glaw.com

Robert K Stanley     robert.stanley@FaegreBD.com

Joshua N. Stine     kabritt@vorys.com

Andrew D Stosberg     astosberg@lloydmc.com

Meredith R. Thomas     mthomas@daleeke.com

John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner     kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp     ctrapp@rubin-levin.net

U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

Andrea L Wasson     andrea@wassonthornhill.com

Stephen A. Weigand     sweigand@ficlaw.com

Charles R. Wharton     Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White     swhite@hooverhull.com, vwilliams@hooverhull.com

Jessica E. Yates     jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

James T Young     james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

          /s/ Joshua E. Clubb
             Joshua E. Clubb