```
                        United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                       Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                   Chapter 11
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0756-4        User: kgoss              Page 1 of 2             Date Rcvd: Aug 09, 2012
                            Form ID: SF00200         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2012.
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA  66603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Aug 09 2012 23:09:45      Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2012            Signature:   *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss              Page 2 of 2                Date Rcvd: Aug 09, 2012
                              Form ID: SF00200         Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
121 W. Spring St., Rm. 110  
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,  
    Debtor(s).

Case No. **10−93904−BHL−11**

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: (1) Motion to Strike Trustee's Report on Claims, filed by Elliott D. Levin, John M. Rogers on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1197];

(2) Motion to Strike Trustee's Report on Claims, filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1204] and

(3) Motion to Strike Trustee's Report on Claims, filed by Laura Day DelCotto on behalf of Creditors Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, East Tennessee Livestock Center, Inc., Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC [1216].

Objections are due **3 days** prior to hearing.

    Date:  August 20, 2012  
    Time: 10:00 AM EDT  
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  August 9, 2012

    Kevin P. Dempsey  
    Clerk, U.S. Bankruptcy Court