## EXHIBIT A

| Docket No. | Pleading |
|---|---|
| 1177 | Superior Livestock Auction, Inc.'s Preliminary Objection To Report Of The Trustee, James A. Knauer Regarding Investigation And Analysis Of Potential Claims Against Fifth Third Bank |
| 1197 | Superior Livestock Auction, Inc.'s Motion To Strike Report Of The Trustee, James A. Knauer Regarding Investigation And Analysis Of Potential Claims Against Fifth Third Bank |
| 1201 | Objection Of The First Bank And Trust Company To Trustee's Report |
| 1204 | Motion Of The First Bank And Trust Company To Strike Trustee's Report |
| 1206 | Superior Livestock Auction, Inc.'s Supplemental Objection To Report Of The Trustee, James A. Knauer Regarding Investigation And Analysis Of Potential Claims Against Fifth Third Bank |
| 1209 | Defendant CPC Livestock's Joinder To Objections To Trustee's Report Regarding Claims Against Fifth Third Bank |
| 1216 | Bluegrass Stockyards East, LLC, Bluegrass Stockyards, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards of Campbellsville, LLC, East Tennessee Livestock Center, Inc., Southeast Livestock Exchange, LLC, and Piedmont Livestock Company, Inc.'s Joinder In Objections To Trustee's Report And Request For Expedited Hearing |
| 1219 | Reply Memorandum Of The First Bank And Trust Company To Memorandum In Opposition To Motion For Expedited Hearing |
| 1222 | Laurel Livestock's Joinder In Objections To Trustee's Report |
| 1296 | Superior Livestock Auction, Inc.'s Reply to Comments and Adoption by Hoover Hull LLP of Report of The Trustee, James A. Knauer, Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |