**SO ORDERED: August 14, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
        Debtor(s).

Case No. **10–93904–BHL–11**

# ORDER

A(n) Motion to Appear Pro Hac Vice was filed with the Clerk of Court on August 10, 2012, by Joshua Elliott Clubb.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

###