## Notice Recipients

District/Off: 0756–4    User: edixon    Date Created: 8/16/2012
Case: 10–93904–BHL–11    Form ID: SF00075    Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Terry E. Hall    terry.hall@faegrebd.com

TOTAL: 1