UNITED STATES BANKRUPTCY COURT

SF00200 (rev 07/2010)

Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                              Case No. **10–93904–BHL–11**
              Debtor(s).

## <u>NOTICE</u>

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Hearing Re: (1) Objection to Motion to Remove Trustee Trustee's Objection To (1) Motion To Appear Pro Hac Vice and (2) Motion Of Kentucky Cattlemen's Association To Remove The Trustee Pursuant To 11 U.S.C. § 324 And To Terminate Employment Of The Trustee's Lead Counsel filed by Terry E. Hall on behalf of Trustee James A. Knauer [1332] and

(2) Joint Motion to Compel Testimony and Production of Documents filed by Laura Day DelCotto, Walter Scott Newbern III, Daniel J. Donnellon on behalf of Creditors Alton Darnell dba Darnell Alton Barn, Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, CPC Livestock, LLC, East Tennessee Livestock Center, Inc., First Bank and Trust Company, The, Moseley Cattle Auction, LLC, Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC. [1339] with a Response in Opposition to Motion to Compel filed by Kevin M. Toner on behalf of Trustee James A. Knauer [1344] and Reply to Response filed by Laura Day DelCotto on behalf of Creditors Blue Grass Maysville Stockyards, LLC, Blue Grass South Livestock Market, LLC, Blue Grass Stockyards East, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass Stockyards, LLC, Alton Darnell, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC [1345].

Parties are permitted to appear by phone. Dial in information: 1–888–399–7768 PASSCODE 586767#.

Date:  August 20, 2012
Time: 10:00 AM EDT
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above–referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  August 16, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court