

**SO ORDERED: August 16, 2012.**

_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO.: 10–93904–BHL–11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| _____ | ) | |
| RUSH CREEK RANCH, LLLP, | ) | |
| | ) | Adv. Pro. No. 11-59104 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK COMPANY, LLC, | ) | |
| HILLIARD–McKETTRICK INVESTMENTS, | ) | |
| INC.d/b/a ARCADIA STOCKYARD; | ) | |
| CATTLEMEN'S LIVESTOCK MARKET, INC.; | ) | |
| COLUMBIA ) LIVESTOCK MARKET, INC.; | ) | |
| HARDEE LIVESTOCK MARKET, INC.; | ) | |
| NORTH FLORIDA LIVESTOCK MARKET, | ) | |
| INC.; OCALA LIVESTOCK MARKET, INC.; | ) | |
| OKEECHOBEE LIVESTOCK MARKET, INC.; | ) | |
| SUMTER COUNTY FARMERS MARKET, | ) | |
| INC.; MADISON COUNTY LIVESTOCK | ) | |
| MARKET, INC. d/b/a TOWNSEND | ) | |
| LIVESTOCK MARKET; RON SIZEMORE | ) | |
| TRUCKING, INC.; OAK LAKE CATTLE CO.; | ) | |
| EAGLE BAY, INC.; DANIEL M. BYRD; D&R | ) | |

| | |
|---|---|
| TRUCKING; FIFTH THIRD BANK; BANKS 1-25, and DOES 25-50 | ) ) ) |
| Defendants. | ) ) ) |

## ORDER FOR DISTRIBUTION OF FUNDS

THIS MATTER is before the Court upon the Parties' *Joint Stipulation Of All Defendants And Unopposed Motion For Distribution Of Registry Funds* filed by JAMES A. KNAUER ("Trustee"), chapter 11 Trustee for Debtor EASTERN LIVESTOCK CO., LLC, ("Eastern" or "Debtor"); FIFTH THIRD BANK, N.A. ("Fifth Third"); and HILLIARD–MCKETTRICK INVESTMENTS, INC. d/b/a ARCADIA STOCKYARD; CATTLEMEN'S LIVESTOCK MARKET, INC.; COLUMBIA LIVESTOCK MARKET, INC.; HARDEE LIVESTOCK MARKET, INC.; NORTH FLORIDA LIVESTOCK MARKET, INC.; OCALA LIVESTOCK MARKET, INC.; OKEECHOBEE LIVESTOCK MARKET, INC.; SUMTER COUNTY FARMERS MARKET, INC.; and MADISON COUNTY LIVESTOCK MARKET, INC. d/b/a TOWNSEND LIVESTOCK MARKET; RON SIZEMORE TRUCKING, INC.; OAK LAKE CATTLE CO.; I.E. "JIM" BYRD; EAGLE BAY, INC.; and DANIEL M. BYRD (collectively "Florida Creditors").  The Court, being duly advised and having considered the stipulated motion as well as the ORDER CANCELING JULY 9, 2012 HEARING AND GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH FLORIDA CREDITORS, and being otherwise advise of the premises, now GRANTS the motion.

IT IS ORDERED that,

a.    The distribution and payment of the settlement amounts totaling $377,801.33 shall be directed: (i) $277,537.19 to the Florida Creditors and (ii) $100,098.51 to the Estate of Debtor Eastern.

  b.  In order to carry out these distribution and settlement payments, the Clerk and the following parties and their counsel are hereby ordered to make the following payments:

    (1) the Clerk shall pay $178,233.29 by check from the Court's registry account to "Faegre Baker Daniels LLP, In Trust";

    (2) Trustee shall pay $148,233.29 by check from the estate's escrow account to "Faegre Baker Daniels LLP, In Trust";

    (3) Upon receipt of these two payments, Faegre Baker Daniels LLP shall pay $226,401.29 by check from its law firm trust account to "W. Scott Newbern, PL Florida Bar Foundation IOTA"; and

    (4) Faegre Baker Daniels LLP shall pay $100,098.51 by check from its law firm trust account to the Trustee for the benefit of the Debtor's estate.

###