# Notice Recipients

District/Off: 0756–4            User: edixon                Date Created: 8/16/2012
Case: 10–93904–BHL–11          Form ID: pdfOrder           Total: 1

**Recipients of Notice of Electronic Filing:**

aty            Harmony A Mappes           harmony.mappes@faegrebd.com

TOTAL: 1