## Notice Recipients

District/Off: 0756–4         User: edixon              Date Created: 8/16/2012
Case: 10–93904–BHL–11        Form ID: pdfOrder         Total: 1

**Recipients of Notice of Electronic Filing:**
aty        Shawna M Eikenberry        shawna.eikenberry@faegrebd.com

TOTAL: 1