**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO.: 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |

**NOTICE OF FILING OF SUPPLEMENTAL RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING STATUTORY TRUST AND CLEARING ISSUES**

Notice is hereby given that on August 15, 2012 CPC LIVESTOCK, LLC ("CPC Livestock") filed *CPC Livestock, LLC's Supplemental Response in Opposition to Trustee's Motion for Partial Summary Judgment Concerning Statutory Trust And Clearing Agency Issues* (AP Case No. 11-59093, Doc. 464) in the related adversary proceeding styled as *Friona Industries, L.P., et al. v. Eastern Livestock Co., LLC, et al.*, Adv. Proc. No. 11-59093 ("*Response*").

CPC Livestock further states that the factual and legal issues in the *Response* are fully applicable to CPC Livestock's claims and defenses in the "contested matter" between CPC Livestock and the Trustee involving the Trustee's Purchase Money Claims Report most recently referenced in the Court's Order of May 3, 2012 (Doc. 1145), and hereby incorporate by reference the *Response* in this matter as though fully set forth herein.

Respectfully submitted this 16th day of August, 2012,

W. SCOTT NEWBERN, P. L

*/s/ W. Scott Newbern*

W. SCOTT NEWBERN
Florida Bar No. 0098108
2982 East Giverny Circle
Tallahassee, Florida 32309
(T)  850.591.1707
(F)  850.894.0824
wsnewbern@msn.com

*Counsel For CPC Livestock, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

*/s/ W. Scott Newbern*
W. SCOTT NEWBERN