UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **MOTION OF THE FIRST BANK AND TRUST COMPANY TO FILE DOCUMENTS AND DEPOSITION TRANSCRIPTS UNDER SEAL** |
| | : | |
| | : | |

The First Bank and Trust Company ("First Bank"), by and through its undersigned counsel, moves to file several documents under seal. A memorandum in support is attached.

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: ddonnellon@ficlaw.com
sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## MEMORANDUM IN SUPPORT OF MOTION OF THE FIRST BANK AND TRUST COMPANY TO FILE DOCUMENTS AND <u>DEPOSITION TRANSCRIPTS UNDER SEAL</u>

The First Bank and Trust Company ("First Bank"), by and through its undersigned counsel, moves to file certain documents under seal: (1) Document labeled WF012639-41 (produced in unredacted by Wells Fargo and designated "Confidential"); (2) Document labeled WF012642-43 (produced by Wells Fargo and designated "Confidential"); (3) Wells Fargo & Company Policy Regarding Legal Conflicts of Interest (effective 2010); and (4) July 27, 2012 and August 3, 2012 Transcripts of Videotaped Deposition of James Knauer (Volume I and II), including marked Exhibits. In the spirit of cooperation, because Wells Fargo has not designated any portion of the deposition transcripts as "Confidential," First Bank is filing the entire deposition transcripts under seal. Wells Fargo and First Bank are currently engaged in good-faith discussions whether documents labeled WF012639-41 and WF012642-43 are properly designated as "Confidential Material" under the terms of the Stipulated Confidentiality Agreement [Dkt. No. 722]. Although Wells Fargo did not produce a copy of the 2010 Wells Fargo & Company Policy Regarding Legal Conflicts of Interest to First Bank, Wells Fargo has stated that this version should be treated as confidential. Therefore, First Bank is filing the 2010 version of the Policy under seal.

In accordance with the Stipulated Confidentiality Agreement entered by the Court, First Bank has placed Wells Fargo on notice of its Objections to the Confidentially of its Conflicts Policies documents referencing the Conflicts Policies particularly when the most recent version of its formal June, 2012 Policy is available on the world wide web. Under the Stipulated Confidentiality Agreement, Wells Fargo "must file a motion for protective order" to maintain the confidentiality, but First Bank remains under restrictions to preserve the perceived

2

confidentiality by filing under seal until Wells Fargo can be heard.  First Bank expects that Wells Fargo will eventually withdraw its confidentiality designation or file a motion for a protective order as is its burden under the Stipulated Confidentiality Agreement.  In the further spirit of cooperation, because such a protective order cannot be filed and heard at this time, First Bank is filing these documents under seal, but Wells Fargo does not oppose the introduction, presentation or use of such materials at the hearing set for Monday, August 20, 2012.

First Bank relies and quotes from documents labeled WF012639-41 and WF012642-43 in its Reply Memorandum in Support of Renewal of Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (n/k/a Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee [Dkt. No. 1357] and Reply Memorandum in Support of Motion of The First Bank and Trust Company to Remove Trustee Pursuant To 11 U.S.C. § 324 [Dkt. No1361].  First Bank has filed redacted versions of the reply memoranda, but will file clean versions of the reply memoranda under seal.

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email: ddonnellon@ficlaw.com
         sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## **CERTIFICATE OF SERVICE**

I certify that on the 19th day of August, 2012, I electronically filed the foregoing Motion of The First Bank and Trust Company to File Documents and Deposition Transcripts Under Seal with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | John Frederick Massouh<br>john.massouh@sprouselaw.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com |
| C.R. Bowles, Jr<br>crb@gdm.com | John W. Ames<br>jwa@gdm.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| James A. Knauer<br>jak@kgrlaw.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Jessica E. Yates<br>jyates@swlaw.com |
| John Hunt Lovell<br>john@lovell-law.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| Jeffrey R Erler<br>jeffe@bellnunnally.com | Ivana B. Shallcross<br>ibs@gdm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Edward M King<br>tking@fbtlaw.com | Deborah Caruso<br>dcaruso@daleek.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Meredith R. Thomas<br>mthomas@daleeke.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| Bret S. Clement<br>bclement@acs-law.com | William Robert Meyer, II<br>rmeyer@stites.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| John R. Carr, III<br>jrciii@acs-law.com | Christie A. Moore<br>cm@gdm.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| James M. Carr<br>jim.carr@bakerd.com | Allen Morris<br>amorris@stites.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Terry E. Hall<br>terry.hall@bakerd.com | James T. Young<br>james@rubin-levin.net | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | David L. LeBas<br>dlebas@namanhowell.com | Karen L. Lobring<br>lobring@msn.com |

| | | |
|---|---|---|
| Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | David A. Laird<br>david.laird@moyewhite.com | Andrea L. Wasson<br>andreawassonatty@gmail.com |
| Lisa Kock Bryant<br>courtmail@fbhlaw.net | Jerald I. Ancel<br>jancel@taftlaw.com | Anthony G. Raluy<br>traluy@fbhlaw.net |
| Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesoultions.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Harmony A. Mappes<br>Harmony.mappes@faegrebd.com |
| John M. Rogers<br>johnr@rubin-levin.net | Trevor L. Earl<br>tearl@rwsvlaw.com | James B. Lind<br>jblind@vorys.com |
| Jeremy S. Rogers<br>Jeremy.rogers@dinslaw.com | Christopher E. Baker<br>cbaker@hklawfirm.com | James E. Rossow, Jr.<br>jim@rubin-levin.net |
| John David Hoover<br>jdhoover@hovverhull.com | David Alan Domina<br>dad@dominalaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com |
| Sean T. White<br>swhite@hooverhull.com | Kent A Britt<br>kabritt@vorys.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Joshua N. Stine<br>jnstine@vorys.com | Kevin M. Toner<br>Kevin.toner@faegrebd.com |
| Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Kim Martin Lewis<br>Kim.lewis@dinslaw.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov | Melissa S. Giberson<br>msgiverson@vorys.com |
| William E. Smith<br>wsmith@k-glaw.com | Amelia Martin Adams<br>aadams@gldfirm.com | John Huffaker<br>John.huffaker@sprouselaw.com |
| Susan K. Roberts<br>skr@stuartlaw.com | Michael Wayne Oyler<br>moyler@rwsvlaw.com | Shawna M. Eikenberry<br>Shawna.eikenberry@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Wendy W. Ponader<br>Wendy.ponader@faegrebd.com |
| Thomas C. Scherer<br>tscherer@binghammchale.com | Robert A. Bell<br>rabell@vorys.com | W. Wesley Harned<br>wharned@dlgfirm.com |

/s/ Stephen A. Weigand
Stephen A. Weigand

648023.1

5