Please change my address, I have been here for 8 mos. Thank you
Bobby L. Stinnett

STIN-009

Bobby L. Stinnett
62 Tatesville Rd. P.O. Box 9
Palmer, TN 37365-2502

New address →

STIN009   372 NDF 1 9110 72 08/01/1
NOTIFY SENDER OF NEW ADDRESS
STINNETT
2300 HOLBROOK DR
NEWBURGH IN 47630-8643
BC: 47630864300   *1847-07345-01-1



Bobby Stinnet
2300 Holbrook Dr.
Newburgh, IN 47630-8643

Case # 10-93904

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150