SO ORDERED: August 21, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | )   Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER GRANTING IN PART AND DENYING IN PART CREDITORS' JOINT MOTION TO COMPEL TESTIMONY AND PRODUCTION OF DOCUMENTS

This matter is before the Court on the joint motion [Doc. 1339] of several creditors, by which they seek rulings on evidentiary disputes related to the scope of the attorney-client and work-product privileges asserted by the chapter 11 trustee and his counsel. The Court held a hearing on August 20, 2012, wherein the Court ruled on the creditors' motion on an item-by-item basis. Based on the reasons stated on the record during the hearing, the motion is **GRANTED IN PART AND DENIED IN PART** consistent with the Court's oral rulings.

###