## Notice Recipients

District/Off: 0756–4      User: edixon      Date Created: 8/21/2012
Case: 10–93904–BHL–11      Form ID: pdfOrder      Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Daniel J. Donnellon      ddonnellon@ficlaw.com

TOTAL: 1