SO ORDERED: August 22, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### ORDER GRANTING MOTION TO APPROVE
### COMPROMISE AND SETTLEMENT WITH GARY SEALS

This matter is before the Court on the *Trustee's Motion to Approve Compromise and Settlement With Gary Seals* (the "Settlement Motion") [Docket #1202] filed by James A. Knauer, the chapter 11 trustee appointed in the above-captioned case.  The Court, having considered the Settlement Motion and having found that adequate notice and opportunity to object was provided and that no objection or request for further hearing was filed, and being duly advised now finds that the proposed settlement (i) is in the best interests of the bankruptcy estate; (ii) benefits the estate and the creditors thereof; and (iii) should be approved.  Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that the Settlement Motion is hereby approved. The Trustee is authorized to take any and all actions necessary to close the settlement set forth in the Settlement Motion.

###