SO ORDERED: August 22, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION FOR RULE 26(c) PROTECTIVE ORDER

This matter is before the Court on the motion [Doc. 1336] of the chapter 11 trustee, by which he seeks a protective order limiting the discovery that may be taken from him. The Court held a hearing on August 20, 2012, wherein the Court ruled on the trustee's motion on an item-by-item basis. Based on the reasons stated on the record during the hearing, the trustee's motion is **GRANTED IN PART AND DENIED IN PART** consistent with the Court's oral rulings.

###