UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

## REQUEST FOR HEARING TRANSCRIPT

Come now Fifth Third Bank ("Fifth Third") by counsel and hereby requests a copy of the transcript from the hearing held in this matter on August 20, 2012 at 10:00 a.m.

Dated: August 27, 2012                              Respectfully submitted,

/s/ Eric W. Richardson
Eric W. Richardson (admitted *pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202
Telephone: (513) 723-4019
Facsimile:  (513) 852-7885
Email: ewrichardson@vorys.com

*Attorneys for Fifth Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2012, a copy of the foregoing *Request for Hearing Transcript* was filed and served electronically through the Court's CM/ECF System to the parties who are listed on the Court's Electronic Mail Notice List. Parties may access this filing through the Court's ECF System.

/s/ Eric W. Richardson
Eric W. Richardson (admitted *pro hac vice*)