## Notice Recipients

District/Off: 0756–4      User: edixon      Date Created: 8/27/2012
Case: 10–93904–BHL–11      Form ID: pdfOrder      Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Wendy W Ponader      wendy.ponader@faegrebd.com

TOTAL: 1