**SO ORDERED: August 28, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### ORDER GRANTING TRUSTEE'S MOTION
### FOR LEAVE TO FILE DOCUMENT UNDER SEAL

This matter is before the Court on the *Trustee's Motion for Leave to File Document Under Seal* ("Motion") [Docket #1333]. Trustee James A. Knauer has requested leave to file under seal the Participation Agreement By And Between Wells Fargo Business Credit, Inc. And Fifth Third Bank (Dated as of February 9, 2005) ("Document"). The Motion was set for hearing on August 20, 2012 and notice was provided to all parties [Docket #1341]. No written objections to the Motion were filed. No party has objected or requested further hearing on this matter. The Document is a lengthy contract which sets forth the terms of a private loan participation arrangement between two banks. The producing party, Fifth Third Bank, designated the Document as Confidential Material in compliance with the parties' agreed

protective order and the discovery protocols approved previously in this chapter 11 case. The Court finds that the public has no interest in and derives no utility from knowing the full contents of the Document beyond those provisions already referenced in the parties' briefs and in the transcript of proceedings at the August 20, 2012 hearing in this matter.  Accordingly, the Court, having considered this matter and being duly advised, now GRANTS the Motion for good cause shown.

IT IS ORDERED the Document is deemed FILED and SEALED pending further order of the Court.

###