# Notice Recipients

District/Off: 0756–4         User: jhelton              Date Created: 8/28/2012
Case: 10–93904–BHL–11        Form ID: pdfOrder          Total: 3

**Recipients of Notice of Electronic Filing:**
tr     James A. Knauer     jak@kgrlaw.com
aty    James A. Knauer     jak@kgrlaw.com
aty    Kevin M. Toner      kevin.toner@faegrebd.com

TOTAL: 3