**SO ORDERED: August 28, 2012.**



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **ORDER GRANTING MOTION OF THE FIRST BANK AND TRUST COMPANY TO FILE DOCUMENTS AND DEPOSITION TRANSCRIPTS UNDER SEAL** |
| | : | |
| | : | |
| _____ | : | |

This matter is before the Court on The First Bank and Trust Company's Motion to File Documents and Deposition Transcripts Under Seal ("Motion") [Dkt. No. 1363]. For the reasons set forth in the Motion and for good cause shown, the Motion is hereby GRANTED. The sealed documents include the following: (1) Document labeled WF012639-41; (2) Document labeled WF012642-43; (3) Wells Fargo & Company Policy Regarding Legal

Conflicts of Interest (effective 2010); and (4) July 27, 2012 and August 3, 2012 Transcripts of Videotaped Deposition of James Knauer (Volume I and II), including marked Exhibits. The Clerk is instructed to non-electronically file the sealed documents.

First Bank and Wells Fargo disagree as to whether the foregoing documents should remain under seal or are otherwise confidential. The foregoing documents are to be sealed for twenty-one (21) days following entry of this Order, at which time they will become unsealed unless Wells Fargo or any other party files a motion for protective order and demonstrates that the foregoing documents should remain under seal.

If the foregoing documents are unsealed, then First Bank shall file unredacted versions of the following: (1) Reply Memorandum in Support of Motion of The First Bank and Trust Company to Remove Trustee Pursuant To 11 U.S.C. § 324 [redacted version at Dkt. No. 1361]; and (2) Reply Memorandum in Support of Renewal of Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee [redacted version at Dkt. No. 1357].

If the foregoing documents remain sealed, the documents will be destroyed at the conclusion of this Case.

IT IS SO ORDERED.

# # #