# Notice Recipients

District/Off: 0756–4     User: jhelton     Date Created: 9/6/2012
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Daniel J. Donnellon     ddonnellon@ficlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb     Eastern Livestock Co., LLC     135 W. Market Street     New Albany, IN 47150

TOTAL: 1