10-93904

August 28, 2012

I am writing to explain my position on this matter. I was employed with Eastern Livestock as a cattle buyer At the time the news of Eastern Livestock's demise I had received a commission check in the amount of $8000 and had a remaining commission due in the amount of approximately thirty thousand dollars. To my surprise my $8000 check bounced along with everyone else's including my customers. I thought I had to take loss and move on. Then two years later I am being served these papers.

I have to represent myself because the cost of an attorney exceeds the amount of this claim. The $4500 I was paid was my income from a transaction through Eastern Livestock. I am not sure why a check from Tommy Gibson's account was sent. To date I had no reason to question knowing the $4500 was income I had earned. So maybe you need to look to Eastern Livestock for settlement on this matter. Or when Eastern Livestock can make good on my outstanding pay I can repay you.

Sincerely

Monte James Haiar

605-201-5423

605-201-9680

FILED
U.S. BANKRUPTCY CT.
NEW ALBANY DIVISION
2012 AUG 30 PM 2:29
SOUTHERN DISTRICT
OF INDIANA
KEVIN P. DEMPSEY
CLERK



Return address (handwritten):
Monte Haiar
801 Randall
Fir Lox Spur
57335

Addressed to:
United States Bankruptcy Court
Southern District of Indiana
121 W Spring St. Rm 110
New Albany In 47150

Certified Mail: 7011 2970 0000 3647 6069
47150$3647

U.S. POSTAGE PAID
GREGORY, SD 57533
AUG 27 '12
AMOUNT $3.40
00077138-05