# Notice Recipients

District/Off: 0756–4 | User: tballard | Date Created: 8/31/2012
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 13

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Daniel J. Donnellon | ddonnellon@ficlaw.com |
| aty | Dustin R. DeNeal | dustin.deneal@faegrebd.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James M. Carr | jim.carr@faegrebd.com |
| aty | Jay P. Kennedy | jpk@kgrlaw.com |
| aty | Jennifer Watt | jwatt@kgrlaw.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | Kevin M. Toner | kevin.toner@faegrebd.com |
| aty | Robert K Stanley | robert.stanley@FaegreBD.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

adb    Eastern Livestock Co., LLC    135 W. Market Street    New Albany, IN 47150

TOTAL: 1