# EXHIBIT A

PREFERENCE ANALYSIS - CARROLL CO L/S SALE BARN, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  | 11/01/10 |  |  | $16,988.51 | $16,988.51 |
| *Self-Help Repossession* |  |  |  | $16,988.51 | $16,988.51 |

EXHIBIT A TO CARROLL CO L/S SALE BARN, INC.