# EXHIBIT A

PREFERENCE ANALYSIS - SCOTTS HILL STOCKYARD

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  |  |  | $28,881.22 | $28,881.22 |
| Self-Help Repossession |  |  |  | $28,881.22 | $28,881.22 |