UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Hon. Basil H. Lorch, III |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

COMES NOW W. Scott Newbern of W. SCOTT NEWBERN, P.L., to submit this Notice

Of Appearance in the above-styled matter on behalf of the ATHENS STOCKYARD, LLC and

requests that all notices, pleadings and documents be sent as counsel of record as follows:

W. Scott Newbern
W. SCOTT NEWBERN, P.L.
2982 East Geverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

Respectfully submitted this 5th day of September 2012,

W. SCOTT NEWBERN, PL

/s/ Walter Scott Newbern

W. Scott Newbern
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2012, a copy of the foregoing was filed

electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case

Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern
W. SCOTT NEWBERN