# EXHIBIT A

PREFERENCE ANALYSIS - BRANDON ZEISLER

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  | *11/04/10* |  | *$104,916.54* | *$104,916.54* |

*Transfer of Receivable*  $104,916.54  $104,916.54

EXHIBIT A TO BRANDON ZEISLER