# EXHIBIT A

PREFERENCE ANALYSIS - KEVIN MANTHEY

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  | 11/09/10 |  | $71,152.80 | $71,152.80 |

| | | | | | |
|---|---|---|---|---|---|
| *Transfer of Receivable* | | | | $71,152.80 | $71,152.80 |