UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
      Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion to Continue Hearing, which was filed on September 6, 2012, is deficient in the following respect(s):

    Pleading does not comply with Local Rule B−9013−1.

The above−cited deficiencies must be corrected by September 21, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: September 7, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court