UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEAL

Superior Livestock Auction, Inc., a creditor in the above-captioned proceeding, by counsel, and pursuant to 28 U.S.C. § 158(a)(1), hereby appeals from the following judgment, order or decree entered in this main bankruptcy case, Case No. 10-93904-BHL-11, on August 31, 2012:

Doc. No. 1388      ORDER DENYING MOTIONS TO REMOVE TRUSTEE

The names of all parties to the Order appealed and the names, addresses and telephone numbers of their respective attorneys are as follows:

**PARTIES**                                **COUNSEL**

Appellant

Superior Livestock Auction, Inc.           John W. Ames
                                           C.R. Bowles, Jr.
                                           Ivana B. Shallcross
                                           BINGHAM GREENEBAUM DOLL LLP
                                           3500 National City Tower
                                           101 S. 5th Street
                                           Louisville, KY 40202
                                           Phone: (502) 589-4200
                                           Facsimile: (502) 589-4200
                                           E-mail: james@bgdlegal.com
                                           cbowles@bgdlegal.com
                                           ishallcross@bgdlegal.com

|  |  |
|---|---|
|  | **AND** |
|  | Elliott D. Levin<br>John M. Rogers<br>Christopher M. Trapp<br>RUBIN & LEVIN, P.C.<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Phone: (317) 634-0300<br>Facsimile: (317) 453-8601<br>E-mail: edl@rubin-levin.net<br>Johnr@rubin-levin.net<br>ctrapp@rubin-levin.net |
| <u>Appellee</u> |  |
| James A. Knauer, Chapter 11 Trustee | James M. Carr<br>Kevin M. Toner<br>Terry E. Hall<br>Dustin R. DeNeal<br>300 N. Meridian Street, Suite 2700<br>FAEGRE BAKER DANIELS LLP<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>Facsimile (317) 237-1000<br>E-mail: jim.carr@faegrebd.com<br>Kevin.toner@faegrebd.com<br>Terry.hall@faegrebd.com<br>Dustin.deneal@faegrebd.com<br><br>Wendy W. Ponader<br>600 E. 96th Street, Suite 600<br>FAEGRE BAKER DANIELS LLP<br>Indianapolis, IN 46240<br>Phone:  (317) 569-9600<br>Facsimile: (317) 569-4800<br>E-mail:  wendy.ponader@faegrebd.com<br><br>**AND**<br><br>John David Hoover<br>Sean T. White<br>HOOVER HULL LLP<br>111 Monument Circle |

Indianapolis, IN 46244
Phone: (317) 822-4400
Facsimile: (317) 822-0234
E-mail: jdhoover@hooverhull.com
Swhite@hooverhull.com

Other Parties

Bluegrass Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards East, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Moseley Cattle Auction, LLC, East Tennessee Livestock Center, Inc.,

Laura Day DelCotto
Amelia Martin Adams
DELCOTTO LAW GROUP PLLC
200 North Upper Street
Lexington, KY 40507
Phone:  859-231-5800
Fax : 859-281-1179
Email: ldelcotto@dlgfirm.com
aadams@dlgfirm.com

The First Bank and Trust Company

Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Fascimile: (513) 632-0319
Email: ddonnellon@ficlaw.com
sweigand@ficlaw.com

Respectfully submitted,


By:  /s/ John M. Rogers
John M. Rogers, Atty. No. 6182-49
Christopher M. Trapp, Atty. No. 27367-53
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue
Indianapolis, IN 46204
(317) 634-0300; FAX (317) 453-8601
johnr@rubin-levin.net

**ONE OF COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system:

| | |
|---|---|
| David L. Abt | davidabt@mwt.net |
| John W Ames | jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com |
| T. Kent Barber | kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| C. R. Bowles | crb@gdm.com, shm@gdm.com;lgw@gdm.com |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| James M. Carr | james.carr@bakerd.com, patricia.moffit@bakerd.com |
| John R. Carr | jrciii@acs-law.com, sfinnerty@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com |
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Jesse Cook-Dubin | jcookdubin@vorys.com, vdarmstrong@vorys.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com |
| Dustin R. DeNeal | dustin.deneal@bakerd.com, patricia.moffit@bakerd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com, knorwick@ficlaw.com |
| Robert Hughes Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com, smattingly@dsf-atty.com |

| | |
|---|---|
| Terry E. Hall | terry.hall@bakerd.com, sharon.korn@bakerd.com |
| John Huffaker | john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Todd J. Johnston | tjohnston@mcjllp.com |
| Edward M King | tking@fbtlaw.com, dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com, hns@kgrlaw.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | rdlatour@vorys.com, khedwards@vorys.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| William Robert Meyer | rmeyer@stites.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Matthew J. Ochs | matt.ochs@moyewhite.com, kim.maynes@moyewhite.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Jeffrey E. Ramsey | jramsey@hopperblackwell.com, mhaught@hopperblackwell.com |
| Mark A. Robinson | mrobinson@vhrlaw.com, dalbers@vhrlaw.com |
| Jeremy S Rogers | Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com |
| Ivana B. Shallcross | ibs@gdm.com |
| Robert K Stanley | robert.stanley@bakerd.com |
| Meredith R. Thomas | mthomas@daleeke.com, kmark@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov |
| Jessica E. Yates | jyates@swlaw.com, edufficy@swlaw.com |
| James T. Young | james@rubin-levin.net, ATTY_JTY@trustesolutions.com;kim@rubin-levin.net;lemerson@rubin-levin.n |

   I further certify that on September 7, 2012 a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

National Cattlemen's Beef Association
 c/o Alice Devine
 6031 SW 37th St.
 Topeka, KA 66610

            <u>/s/ John M. Rogers</u>
            John M. Rogers

F:\WP80\GENLIT\Farm Credit West-Eastern Livestock-85021201\Pleadings\Notice of Appeal.wpd