UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**CAPTION PAGE FOR APPEAL
FROM U.S. BANKRUPTCY COURT TO U.S. DISTRICT COURT[1]
(BANKRUPTCY CASE)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ATTORNEYS FOR APPELLANT:**

John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 S. 5th Street
Louisville, KY 40202
Phone: (502) 589-4200
Facsimile: (502) 540-2130
E-mail: james@bgdlegal.com
cbowles@bgdlegal.com
ishallcross@bgdlegal.com

Elliott D. Levin
John M. Rogers
Christopher M. Trapp
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue, Suite 500
Indianapolis, IN 46204
Phone: (317) 634-0300
Facsimile: (317) 453-8601
E-mail: edl@rubin-levin.net
Johnr@rubin-levin.net
ctrapp@rubin-levin.net

---

[1] This caption page shall not operate as a waiver of Appellant's right to seek certification of direct appeal to the United States Court of Appeals for the Seventh Circuit in accordance with 28 U.S.C. § 158(d)(2) within the time limits proscribed by § 158(d)(2)(E).

**ATTORNEYS FOR APPELLEE:**

James M. Carr
Kevin M. Toner
Terry E. Hall
Dustin R. DeNeal
300 N. Meridian Street, Suite 2700
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46204
Phone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: jim.carr@faegrebd.com
Kevin.toner@faegrebd.com
Terry.hall@faegrebd.com
Dustin.deneal@faegrebd.com

Wendy W. Ponader
600 E. 96th Street, Suite 600
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46240
Phone: (317) 569-9600
Facsimile: (317) 569-4800
E-mail: wendy.ponader@faegrebd.com

John David Hoover
Sean T. White
HOOVER HULL LLP
111 Monument Circle
Indianapolis, IN 46244
Phone: (317) 822-4400
Facsimile: (317) 822-0234
E-mail: jdhoover@hooverhull.com
Swhite@hooverhull.com