United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-4        User: jhelton          Page 1 of 4              Date Rcvd: Sep 06, 2012
                            Form ID: pdfOrder      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2012.
adb         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0756-4          User: jhelton            Page 2 of 4           Date Rcvd: Sep 06, 2012
                              Form ID: pdfOrder        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:

              Allen   Morris     on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com
              Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
              Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net, carmen@rubin-levin.net
              Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
               ddonnellon@ficlaw.com, knorwick@ficlaw.com
              David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
              David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com, koswald@namanhowell.com
              Deborah   Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
               becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net, atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
              Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
              Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com, hns@kgrlaw.com
              James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
              James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
               jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
               belliott@derbycitylaw.com;patenaude@derbycitylaw.com
              James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
               lemerson@rubin-levin.net;carmen@rubin-levin.net
              Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
              Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com
              Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jeffe@bellnunnally.com
              Jennifer   Watt    on behalf of Trustee James Knauer jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com

```
District/off: 0756-4          User: jhelton              Page 3 of 4              Date Rcvd: Sep 06, 2012
                              Form ID: pdfOrder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Jessica E. Yates  on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
     docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com
    Jill Zengler Julian  on behalf of Joined Party  United States Department of Agriculture, Grain
     Ins Jill.Julian@usdoj.gov
    Joe T. Roberts  on behalf of Counter-Claimant  Laurel Livestock Market, INC.
     jratty@windstream.net
    John Huffaker  on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
     lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
    John David Hoover  on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com
    John Frederick Massouh  on behalf of Counter-Defendant  Cactus Growers, Inc.
     john.massouh@sprouselaw.com
    John Hunt Lovell  on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
     sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
    John M. Rogers  on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
     susan@rubin-levin.net
    John M. Thompson  on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
     jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
    John R. Burns  on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
     sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
    John R. Carr  on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
     sfinnerty@acs-law.com
    John W Ames  on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
     smays@bgdlegal.com;tmills@bgdlegal.com
    Joseph H Rogers  on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
     cdow@millerdollarhide.com
    Joshua Elliott Clubb  on behalf of Other Professional  Kentucky Cattlemen's Association
     joshclubb@gmail.com
    Joshua N. Stine  on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
    Judy Hamilton Morse  on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
     ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
    Karen L. Lobring  on behalf of Creditor  Deere & Company lobring@msn.com
    Kayla D. Britton  on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
     becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
    Kelly Greene McConnell  on behalf of Creditor  Supreme Cattle Feeders, L.L.C.
     lisahughes@givenspursley.com
    Kent A Britt  on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
     cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
    Kevin M. Toner  on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
     judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
    Kim Martin Lewis  on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
     lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
    Kirk Crutcher  on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
     jparsons@mcs-law.com
    Laura Day DelCotto  on behalf of Counter-Defendant  Bluegrass Stockyards of Richmond, LLC
     ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
    Lisa Koch Bryant  on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
     courtmail@fbhlaw.net
    Mark A. Robinson  on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
     dalbers@vhrlaw.com
    Matthew J. Ochs  on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
    Melissa S. Giberson  on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
    Meredith R. Thomas  on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
    Michael W. McClain  on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
     laura@kentuckytrial.com
    Michael Wayne Oyler  on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
    Peter M Gannott  on behalf of Counter-Claimant  Laurel Livestock Market, INC.
     pgannott@gannottlaw.com,   mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com
    Randall D. LaTour  on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
     khedwards@vorys.com;bjtobin@vorys.com
    Robert A. Bell  on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
     dmchilelli@vorys.com
    Robert H. Foree  on behalf of Creditor  Kentucky Cattlemen's Association
     robertforee@bellsouth.net
    Robert K Stanley  on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
    Ross A. Plourde  on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
     afton.shaw@mcafeetaft.com
    Sandra D. Freeburger  on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
     sfreeburger@dsf-atty.com,   smattingly@dsf-atty.com
    Sean T. White  on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
    Shawna M Eikenberry  on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
     sarah.herendeen@faegrebd.com
    Shiv Ghuman O'Neill  on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
     amanda.castor@faegrebd.com
    Stephen A. Weigand  on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
    Steven A. Brehm  on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com,
     bbaumgardner@bgdlegal.com;smays@bgdlegal.com
    T. Kent Barber  on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
     dlgecf@dlgfirm.com;dlgecfs@gmail.com

```
District/off: 0756-4          User: jhelton              Page 4 of 4                  Date Rcvd: Sep 06, 2012
                              Form ID: pdfOrder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader    on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com

                                                                                               TOTAL: 99

**SO ORDERED: August 28, 2012.**



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

 

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **ORDER GRANTING MOTION OF THE FIRST BANK AND TRUST COMPANY TO FILE DOCUMENTS AND DEPOSITION TRANSCRIPTS UNDER SEAL** |
| | : | |
| | : | |
| _____ | : | |

This matter is before the Court on The First Bank and Trust Company's Motion to File Documents and Deposition Transcripts Under Seal ("Motion") [Dkt. No. 1363]. For the reasons set forth in the Motion and for good cause shown, the Motion is hereby GRANTED. The sealed documents include the following: (1) Document labeled WF012639-41; (2) Document labeled WF012642-43; (3) Wells Fargo & Company Policy Regarding Legal

Conflicts of Interest (effective 2010); and (4) July 27, 2012 and August 3, 2012 Transcripts of Videotaped Deposition of James Knauer (Volume I and II), including marked Exhibits.  The Clerk is instructed to non-electronically file the sealed documents.

First Bank and Wells Fargo disagree as to whether the foregoing documents should remain under seal or are otherwise confidential.  The foregoing documents are to be sealed for twenty-one (21) days following entry of this Order, at which time they will become unsealed unless Wells Fargo or any other party files a motion for protective order and demonstrates that the foregoing documents should remain under seal.

If the foregoing documents are unsealed, then First Bank shall file unredacted versions of the following:  (1) Reply Memorandum in Support of Motion of The First Bank and Trust Company to Remove Trustee Pursuant To 11 U.S.C. § 324 [redacted version at Dkt. No. 1361]; and (2) Reply Memorandum in Support of Renewal of Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee [redacted version at Dkt. No. 1357].

If the foregoing documents remain sealed, the documents will be destroyed at the conclusion of this Case.

IT IS SO ORDERED.

# # #