# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11      **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 07, 2012 09:30 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | KRISTIN GOSS |

### Matters:

1) Hearing Re:  Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 Motion To Approve Compromise And Settlement With Crossed J Cattle Pursuant To Rule 9019 filed by Wendy W Ponader on behalf of Trustee James A. Knauer [1291]
   **R / M #:**     0 / 0

2) Hearing Re:    Motion to Quash or Modify Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum filed by John David Hoover on behalf of Special Counsel Hoover Hull LLP [1283] with a Response in Opposition to Motion to Quash filed by John M. Rogers, Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1355]
   **R / M #:**     0 / 0

   **VACATED:   Motion to Continue to be filed by Sean White.  No objection from opposing sides.  Motion to be granted.  Matter to be continued to 10/19/12 @ 9:30 am  (EST).  Court to issue notice.**

5) Continued Status Hearing Re:   Emergency Motion to Seal Document In Reply To Trustee filed by Walter Scott Newbern III on behalf of Creditors Arcadia Stockyard, Daniel M. Byrd, Cattlemen's Livestock Market, Inc., Columbia Livestock Market, Inc., Eagle Bay, Inc., Florida Association Livestock Markets, Hardee Livestock Market, Inc., Madison County Livestock Market, Inc. d/b/a Townse, North Florida Livestock Market, Inc., Oak Lake Cattle Co., Ocala Livestock Market, Inc., Okeechobee Livestock Market, Inc., Ron Sizemore Trucking, Inc., Sumter County Farmers Market, Inc  [1027] with a Response in Opposition to Motion to Seal Document filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank [1135]
   **R / M #:**     0 / 0

6) Continued Status Hearing Re:   Motion to Extend Time to File Response to the Court's order of February 10, 2012 in Friona Industries, L.P. v. Eastern Livestock Co., LLC, Adv. Proc. No. 11-59093 and for Clarification of Deposition Discovery Protocol filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [1126] with an Objection to Motion to Extend Time to File Miscellaneous Documents filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank  [1132]
   **R / M #:**     0 / 0

3) Continued Hearing Re:     Disclosure Statement filed by Terry E. Hall on behalf of Trustee James A. Knauer  [1256]
   **R / M #:**     0 / 0

   **VACATED:   Motion to Continue to be filed by Trustee.  All opposing sides agree.  Motion to be granted.  Matter continued to 10/19/12 @ 9:30 am  a.m. (EST). Court to issue notice.**

4) Objection to Chapter 11 Disclosure Statement filed by David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas  [1401]
   **R / M #:**     0 / 0

   **VACATED:   Motion to Continue to be filed by Trustee.  All opposing sides agree.  Motion to be granted.  Matter continued to 10/19/12 @ 9:30 am  a.m. (EST). Court to issue notice.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11          FRIDAY, SEPTEMBER 07, 2012 09:30 AM

## *Appearances:*

In Courtroom Appearances:
ROBERT MEYER - ATTORNEY FOR INTRUST BANK
FRED SIMON - ATTORNEY FOR THOMAS & PATSY GIBSON
JOHN AMES - ATTORNEY FOR SUPERIOR LIVESTOCK
DAN DONNELLON - ATTORNEY FOR FIRST BANK AND TRUST COMPANY

Telephonic Appearances:
TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
SEAN T. WHITE, ATTORNEY FOR JAMES A. KNAUER
KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
CHARLES WHARTON/RON MOORE, US TRUSTEE, TRUSTEE
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
EDWARD M KING, ATTORNEY FOR FIFTH THIRD BANK
LAURA DAY DELCOTTO, ATTORNEY FOR ALTON DARNELL, ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., FIRST BANK AND TRUST COMPANY, THE, MOSELEY CATTLE AUCTION, LLC, PIEDMONT LIVESTOCK COMPANY, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
JOHN M. ROGERS, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, SUPERIOR LIVESTOCK AUCTION, INC.
MICHAEL WAYNE OYLER, ATTORNEY FOR YOUR COMMUNITY BANK
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
WALTER SCOTT NEWBERN, ATTORNEY FOR ARCADIA STOCKYARD, CPC LIVESTOCK, LLC, CATTLEMEN'S LIVESTOCK MARKET, INC., COLUMBIA LIVESTOCK MARKET, INC., DANIEL M. BYRD, EAGLE BAY, INC., FIRST BANK AND TRUST COMPANY, THE, FLORIDA ASSOCIATION LIVESTOCK MARKETS, HARDEE LIVESTOCK MARKET, INC., MADISON COUNTY LIVESTOCK MARKET, INC. D/, NORTH FLORIDA LIVESTOCK MARKET, INC., OAK LAKE CATTLE CO., OCALA LIVESTOCK MARKET, INC., OKEECHOBEE LIVESTOCK MARKET, INC., RON SIZEMORE TRUCKING, INC., SUMTER COUNTY FARMERS MARKET, INC.
ELLIOTT D. LEVIN, ATTORNEY FOR SUPERIOR LIVESTOCK AUCTION, INC.
CHRISTOPHER M. TRAPP, ATTORNEY FOR SUPERIOR LIVESTOCK AUCTION, INC.
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
DAVID A. LAIRD, ATTORNEY FOR PEOPLES BANK OF COLDWATER KANSAS
JENNIFER WATT - ATTORNEY FORJAMES A. KNAUER
MEREDITH THOMAS - ATTORNEY FOR TRUSTEE KATHRYN PRY IN GIBSON CASE 10-93867
BRETT CLEMENT - ATTORNEYS FOR INDIANA BANK AND TRUST
JACK DAWSON - ATTORNEY FOR ROBERT NICHOLS
JEFF GRAHAM - ATTORNEY FOR SALEM LIVESTOCK
ERNIE VAN HOOSER - ATTORNEY FOR LIVESTOCK MARKETING ASSOCIATION
PETER GANNOTT - ATTORNEY FOR LAUREL LIVESTOCK

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11             FRIDAY, SEPTEMBER 07, 2012 09:30 AM

## *Proceedings:*

* Disposition: Telephone Conference held.
(1)   No objections filed.  Motion Granted.  Order to be entered.
(2)   VACATED:  Motion to Continue to be filed by S. White.  No objections from opposing sides.  Motion to be granted.  Matter continued to 10/19/12 @9:30 am (EST).   Court to issue notice.
(3 and 4)   VACATED:  Motion to Continue to be filed by Trustee.  All opposing sides agree.  Motion to be granted.  Matter continued to 10/19/12 @ 9:30  am (EST).   Court to issue notice.
(5)  Moot.
(6)  Moot.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**