# Notice Recipients

| | |
|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 9/13/2012 |
| Case: 10–93904–BHL–11 | Form ID: ntcts | Total: 134 |

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| tr  | James A. Knauer          | jak@kgrlaw.com |
| aty | Allen Morris             | amorris@stites.com |
| aty | Amelia Martin Adams      | aadams@dlgfirm.com |
| aty | Andrea L Wasson          | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy         | traluy@fbhlaw.net |
| aty | Bret S. Clement          | bclement@acs–law.com |
| aty | C. R. Bowles, Jr         | cbowles@bgdlegal.com |
| aty | Christie A. Moore        | cm@gdm.com |
| aty | Christopher M. Trapp     | ctrapp@rubin–levin.net |
| aty | Daniel J. Donnellon      | ddonnellon@ficlaw.com |
| aty | David A. Laird           | david.laird@moyewhite.com |
| aty | David Alan Domina        | dad@dominalaw.com |
| aty | David L. Abt             | davidabt@mwt.net |
| aty | David L. LeBas           | dlebas@namanhowell.com |
| aty | Deborah Caruso           | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal         | dustin.deneal@faegrebd.com |
| aty | Edward M King            | tking@fbtlaw.com |
| aty | Elliott D. Levin         | robin@rubin–levin.net |
| aty | Elliott D. Levin         | edl@rubin–levin.net |
| aty | Eric W. Richardson       | ewrichardson@vorys.com |
| aty | Harmony A Mappes         | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross      | ishallcross@bgdlegal.com |
| aty | James A. Knauer          | jak@kgrlaw.com |
| aty | James B. Lind            | jblind@vorys.com |
| aty | James Bryan Johnston     | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.      | jim@rubin–levin.net |
| aty | James Edwin McGhee, III  | mcghee@derbycitylaw.com |
| aty | James M. Carr            | jim.carr@faegrebd.com |
| aty | Jason W. Cottrell        | jwc@stuartlaw.com |
| aty | Jay P. Kennedy           | jpk@kgrlaw.com |
| aty | Jeffrey J. Graham        | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter         | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler         | jeffe@bellnunnally.com |
| aty | Jennifer Watt            | jwatt@kgrlaw.com |
| aty | Jerald I. Ancel          | jancel@taftlaw.com |
| aty | Jeremy S Rogers          | Jeremy.Rogers@dinslaw.com |
| aty | Jill Zengler Julian      | Jill.Julian@usdoj.gov |
| aty | John Huffaker            | john.huffaker@sprouselaw.com |
| aty | John David Hoover        | jdhoover@hooverhull.com |
| aty | John Frederick Massouh   | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell         | john@lovell–law.net |
| aty | John M. Rogers           | johnr@rubin–levin.net |
| aty | John M. Thompson         | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III        | jrciii@acs–law.com |
| aty | John W Ames              | james@bgdlegal.com |
| aty | Joshua Elliott Clubb     | joshclubb@gmail.com |
| aty | Joshua N. Stine          | kabritt@vorys.com |
| aty | Judy Hamilton Morse      | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring         | lobring@msn.com |
| aty | Kelly Greene McConnell   | lisahughes@givenspursley.com |
| aty | Kent A Britt             | kabritt@vorys.com |
| aty | Kevin M. Toner           | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis         | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher            | kcrutcher@mcs–law.com |
| aty | Laura Day DelCotto       | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant         | courtmail@fbhlaw.net |
| aty | Mark A. Robinson         | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs          | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson      | msgiberson@vorys.com |
| aty | Meredith R. Thomas       | mthomas@daleeke.com |
| aty | Michael W. McClain       | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler      | moyler@rwsvlaw.com |
| aty | Peter M Gannott          | pgannott@gannottlaw.com |
| aty | Randall D. LaTour        | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr       | rabell@vorys.com |
| aty | Robert H. Foree          | robertforee@bellsouth.net |
| aty | Robert K Stanley         | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde          | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger     | sfreeburger@dsf–atty.com |

| | | |
|---|---|---|
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 84

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 |
| ptcrd | David L. Rings | 1288 Frontage Road | Russell Springs, KY 42642 |
| ptcrd | Southeast Livestock Exchange LLC | PO Box 1306 | Waynesville, NC 28786 |
| ptcrd | Moseley Cattle Auction, LLC | 1044 Arlington Avenue | Blakely, GA 39823 |
| op | Elizabeth M. Lynch | Development Specialists, Inc.  6375 Riverside Drive  Suite 200  Dublin, OH 43017 | |
| cr | First Bank and Trust Company, The | c/o Ayres Carr &Sullivan, P.C.  251 East Ohio Street, Suite 500  Indianapolis, IN 46204–2184 | |
| cr | Republic Bank and Trust Company | 661 South Hurstbourne Parkway | Louisville, KY 40222 |
| cr | Gary S. Bell | PO Box 122 | Edmonton, KY 42129 |
| op | National Cattlemen's Beef Association | Alice Devine  Devine &Donley, LLC  534 S KS Ave Suite 1420  Topeka, KA 66603 | |
| ptcrd | Southland Haulers, LLC | Howard &Myra Compton  P O Box 142  Bratley, AL 36009 | |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs  3087 Ervin Town Rd.  Castlewood, VA 24224 | |
| ptcrd | Breeding Brothers | Attn: Wade Breeding  9440 Columbia Hwy.  Greensburg, KY 42743 | |
| ptcrd | BBFarms | Attn: Keith Breeding  8090 Greensburg Road  Greensburg, KY 42743 | |
| ptcrd | Jeremy Coffey | 6205 Greensburg Road | Columbia, KY 42728 |
| ptcrd | Brent Keith | 505 Marlo–Campbell Road | Columbia, KY 42728 |
| ptcrd | Dennis Neat | 6198 Burkesville Road | Columbia, KY 42728 |
| ptcrd | Billy Neat | 705 B. Neat Road | Columbia, KY 42728 |
| ptcrd | Jimmy Brummett | 7594 Hwy. 555 | Glens Fork, KY 42741 |
| ptcrd | Mike Loy | 668 P.D. Pyles Road | Columbia, KY 42728 |
| ptcrd | Superior Livestock Auction, Inc. | 1155 North Colorado Ave. | Bush, CO 80723 |
| ptcrd | Gary S. Bell | P.O. Box 122 | Edmonton, KY 42129 |
| op | David L. Abt | 210 N Main St  PO Box 128  Westby, WI 54667 | |
| cr | Eddie Eicke | Eicke Ranch II  1188 County Rd 1202  Snyder, TX 79549 | |
| cr | Heritage Feeders LP | c/o Crowe &Dunlevy  20 North Broadway  Suite 1800  Oklahoma City, ok 73102 | |
| cr | Bobby Bynum | P. O. Box 43  Rankin, TX 79778 UNITED STATES | |
| cr | Bill Davis | 7726 W. FM 2335  Christoval, TX 76935 UNITED STATES | |
| cr | Johnny Mayo, Jr. | P. O. Box 317  Eldorado, TX 76936 UNITED STATES | |
| cr | Frank Powell | 700 W. Denger  Midland, TX 79705 UNITED STATES | |
| cr | Davis Quarter Horse | 7726 W. FM 2335  Christoval, TX 76935 UNITED STATES | |
| cr | Tom Svoboda | 3065 AA Avenue  Herrington, KS 67449 UNITED STATES | |
| cr | Bynum Ranch Co. | P. O. Box 104  Sterling City, TX 76951 UNITED STATES | |
| cr | Florida Association Livestock Markets | P.O. Box 421929  Kissimmee, FL 34742–1929 | |
| cr | Gene Shipman | 11401 E. Fm 1075 | Happy, TX 79042 |
| cr | Gabriel Moreno | c/o Todd J. Johnston  McWhorter, Cobb &Johnson  1722 Broadway  Lubbock, TX 79401 | |
| cr | Gabriel Moreno | c/o Timothy T. Pridmore  McWhorter, Cobb &Johnson  1722 Broadway  Lubbock, TX 79401 | |
| cr | Estate of John S. Gibson, Anna Gayle Gibson, Execu | 13140 Nebo Rd | Providence, KY 42450 |
| cr | Gibson Farms. LLC | 13140 Nebo Rd. | Providence, KY 42450 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 |
| cr | Phillip Taylor Reed | a/k/a Taylor Reed | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower  101 South Fifth Street  ?Louisville, KY 40202–3103 | |
| cr | Todd Rosenbaum | P.O. Box 141 | Glade Spring, VA 24340 |
| cr | Rosenbaum Feeder Cattle Company, LLC | P.O. Box 141 | Glade Spring, VA 24340 |
| cr | Rex Elmore | 1817 Tobacco Road | Glasgow, KY 42141–8486 |
| cr | Lytle Street Development | c/o Edward C. Airhart  440 South Seventh Street  Louisville, KY 40203–1967 | |
| cr | Cullman Stockyard, Inc. | c/o Thomas C. Scherer, Esq.  Bingham McHale LLP  2700 Market Tower  10 West Market Street  Indianapolis, IN 46204 | |
| cr | Russell DeCordova d/b/a deCordova Cattle Company | c/o Jeffrey J. Graham  Taft Stettinius &Hollister LLP  One Indiana Square, Suite 3500  Indianapolis, IN 46204 | |
| sp | Hoover Hull LLP | 111 Monument Circle  P.O. Box 44989  Suite 4400  Indianapolis, IN 46244 | |
| op | Southeastern Livestock Network LLC | 176 Pasadena Drive | Lexington, KY 40503 |

| | | | | |
|---|---|---|---|---|
| cr | Athens Stockyard, LLC | 723 County Road 255 | P.O. Box 67 | Athens, TN 37371 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 |

TOTAL: 50