UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**CAPTION PAGE FOR APPEAL
FROM U.S. BANKRUPTCY COURT TO U.S. DISTRICT COURT[1]
(BANKRUPTCY CASE)**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | |
| | : | |

_____

**ATTORNEYS FOR APPELLANT:**

Daniel J. Donnellon
Stephen A. Weigand
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Facsimile:  (513) 632-0319
Email: ddonnellon@ficlaw.com
           sweigand@ficlaw.com

---

[1] This caption page shall not operate as a waiver of Appellant's right to seek certification of direct appeal to the United States Court of appeals for the Seventh Circuit in accordance with 28 U.S.C. § 158(d)(2) within the time limits proscribed by § 158(d)(2).

**ATTORNEYS FOR APPELLEE:**

James. M. Carr
Kevin M. Toner
Terry E. Hall
Dustin R. DeNeal
300 N. Meridian Street, Suite 2700
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile (317) 237-1000
E-mail: jim.carr@faegrebd.com
        kevin.toner@faegrebd.com
        terry.hall@faegrebd.com
        dustin.deneal@faegrebd.com

Wendy W. Ponader
600 E. 96th Street, Suite 600
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
E-mail: wendy.ponader@faegrebd.com

AND

John David Hoover
Sean T. White
HOOVER HULL LLP
111 Monument Circle
Indianapolis, IN 46244
Telephone: (317) 822-4400
Facsimile: (317) 822-0234
E-mail: jdhoover@hooverhull.com
        swhite@hooverhull.com

653123.1