UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-93904 |
| EASTERN LIVESTOCK CO., LLC | CHAPTER 11 |
| DEBTOR | |

## NOTICE OF APPEAL

Come Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Alton Darnell, East Tennessee Livestock Center, Inc., Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, and Moseley Cattle Auction, LLC (collectively, the "Appellants"), creditors in the above-captioned bankruptcy case, by counsel, and pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001(a) and 8002(a), hereby appeal from the following judgment, order, and/or decree entered by this Court in this bankruptcy case, Case No. 10-93904-BHL-11, on August 31, 2012:

ORDER DENYING MOTIONS TO REMOVE TRUSTEE [ECF No. 1388]

The names of all parties to this judgment, order, and/or decree appealed from and the names, addresses, telephone and facsimile numbers, and e-mail addresses of their respective attorneys are as follows:

| **PARTIES** | **COUNSEL** |
|---|---|
| **Appellants** | |
| Bluegrass Stockyards, LLC<br>Bluegrass Stockyards of Campbellsville, LLC,<br>Bluegrass Stockyards East, LLC,<br>Bluegrass-Maysville Stockyards, LLC,<br>Bluegrass Stockyards of Richmond, LLC,<br>Bluegrass South Livestock Market, LLC,<br>Alton Darnell,<br>East Tennessee Livestock Center, Inc.,<br>Piedmont Livestock Company, Inc.,<br>Moseley Cattle Auction, LLC, and<br>Southeast Livestock Exchange, LLC | Laura Day DelCotto<br>Amelia Martin Adams<br>DELCOTTO LAW GROUP PLLC<br>200 North Upper Street<br>Lexington, KY  40507<br>Telephone:  (859) 231-5800<br>Facsimile:   (859) 281-1179<br>ldelcotto@dlgfirm.com<br>aadams@dlgfirm.com |
| **Appellee** | |
| James A. Knauer, Chapter 11 Trustee | James M. Carr<br>Kevin M. Toner<br>Terry E. Hall<br>Dustin R. DeNeal<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile:  (317) 237-1000<br>jim.carr@faegrebd.com<br>kevin.toner@faegrebd.com<br>terry.hall@faegrebd.com<br>dustin.deneal@faegrebd.com<br><br>Wendy W. Ponader<br>FAEGRE BAKER DANIELS LLP<br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240<br>Telephone: (317) 569-9600<br>Facsimile:  (317) 569-4800<br>wendy.ponader@faegrebd.com<br><br>AND |

>John David Hoover
>Sean T. White
>HOOVER HULL LLP
>111 Monument Circle
>Indianapolis, IN 46244
>Telephone: (317) 822-4400
>Facsimile:  (317) 822-0234
>jdhoover@hooverhull.com
>Swhite@hooverhull.com

**Other Parties**

Superior Livestock Auction, Inc.

>John W. Ames
>C.R. Bowles, Jr.
>Ivana B. Shallcross
>BINGHAM GREENEBAUM DOLL LLP
>3500 National City Tower
>101 S. 5th Street
>Louisville, KY 40202
>Telephone: (502) 589-4200
>Facsimile:  (502) 589-4200
>james@bgdlegal.com
>cbowles@bgdlegal.com
>ishallcross@bgdlegal.com
>
>AND
>
>Elliott D. Levin
>John M. Rogers
>Christopher M. Trapp
>RUBIN & LEVIN, P.C.
>342 Massachusetts Avenue
>Indianapolis, IN 46204
>Telephone: (317) 634-0300
>Facsimile: (317) 453-8601
>edl@rubin-levin.net
>Johnr@rubin-levin.net
>ctrapp@rubin-levin.net

| | |
|---|---|
| The First Bank and Trust Company | Daniel J. Donnellon<br>Stephen A. Weigand<br>FARUKI IRELAND & COX P.L.L.<br>201 East Fifth Street, Suite 1420<br>Cincinnati, OH 45202<br>Telephone: (513) 632-0300<br>Facsimile: (513) 632-0319<br>donnellon@ficlaw.com<br>sweigand@ficlaw.com |
| Kentucky Cattlemen's Association | Joshua E. Clubb<br>BRAMMELL & CLUBB, P.S.C.<br>P.O. Box 629<br>18 Berry Street<br>New Castle, KY 40050<br>Telephone: (502) 845-4558<br>Facsimile: (502) 845-7595<br>joshclubb@gmail.com |

Respectfully submitted,

DELCOTTO LAW GROUP PLLC


/s/ Laura Day DelCotto, Esq.
Amelia Martin Adams, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcotto@dlgfirm.com
aadams@dlgfirm.com
COUNSEL FOR APPELLANTS


**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt                davidabt@mwt.net
Amelia Martin Adams         aadams@dlgfirm.com

| | |
|---|---|
| John W. Ames | james@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com |
| Jerald I. Ancel | jancel@taftlaw.com, ecfclerk@taftlaw.com, krussell@taftlaw.com |
| T. Kent Barber | kbarber@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com |
| Robert A. Bell | rabell@vorys.com, dmchilelli@vorys.com |
| C. R. Bowles | cbowles@bgdlegal.com, smays@bgdlegal.com, cjenkins@bgdlegal.com |
| Steven A. Brehm | sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com, smays@bgdlegal.com |
| Kent A. Britt | kabritt@vorys.com, cbkappes@vorys.com, dfhine@vorys.com, tbfinney@vorys.com |
| Kayla D. Britton | kayla.britton@faegrebd.com, becky.turner@faegrebd.com, sarah.herendeen@faegrebd.com |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| John R. Burns | john.burns@faegrebd.com, sandy.rhoads@faegrebd.com, oliana.nansen@faegrebd.com |
| John R. Carr | jrciii@acs-law.com, sfinnerty@acs-law.com |
| James M. Carr | jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com, becky.turner@faegrebd.com |
| Deborah Caruso | dcaruso@daleeke.com, mthomas@daleeke.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Joshua Elliott Clubb | joshclubb@gmail.com |
| Jason W. Cottrell | jwc@stuartlaw.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com |
| Jack S. Dawson | jdawson@millerdollarhide.com, jowens@millerdollarhide.com, receptionist@millerdollarhide.com |
| Dustin R. DeNeal | dustin.deneal@faegrebd.com, becky.turner@faegrebd.com, sarah.herendeen@faegrebd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com, efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com, knorwick@ficlaw.com |
| Trevor L. Earl | tearl@rwsvlaw.com |
| Shawna M. Eikenberry | shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com |
| Jeffrey R. Erler | jeffe@bellnunnally.com |

5

| | |
|---|---|
| Robert H. Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com, smattingly@dsf-atty.com |
| Peter M. Gannott | pgannott@gannottlaw.com, mkeane@gannottlaw.com, jemerson@gannottlaw.com, paralegal@gannottlaw.com, gannottlaw@gmail.com |
| Melissa S. Giberson | msgiberson@vorys.com |
| Jeffrey J. Graham | jgraham@taftlaw.com, ECFClerk@taftlaw.com, dwineinger@taftlaw.com, aolave@taftlaw.com |
| Terry E. Hall | terry.hall@faegrebd.com, sharon.korn@faegrebd.com, sarah.herendeen@faegrebd.com |
| John David Hoover | jdhoover@hooverhull.com |
| John Huffaker | john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com, rhonda.rogers@sprouselaw.com |
| Jeffrey L. Hunter | jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov |
| Jay Jaffe | jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Jill Zengler Julian | Jill.Julian@usdoj.gov |
| Jay P. Kennedy | jpk@kgrlaw.com, tfroelich@kgrlaw.com, ads@kgrlaw.com |
| Edward M. King | tking@fbtlaw.com, dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com, hns@kgrlaw.com |
| Erick P Knoblock | eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | RDLatour@vorys.com, khedwards@vorys.com, bjtobin@vorys.com |
| David A. Laird | david.laird@moyewhite.com, lisa.oliver@moyewhite.com, deanne.stoneking@moyewhite.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net, atty_edl@trustesolutions.com robin@rubin-levin.net, edl@trustesolutions.com, edl@trustesolutions.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com, patrick.burns@dinslaw.com |
| James B. Lind | jblind@vorys.com |
| Karen L. Lobring | lobring@msn.com |

6

| | |
|---|---|
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net, shannon@lovell-law.net, paula@lovell-law.net |
| Harmony A. Mappes | harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com, sarah.herendeen@faegrebd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Michael W. McClain | mike@kentuckytrial.com, laura@kentuckytrial.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James Edwin McGhee | mcghee@derbycitylaw.com, belliott@derbycitylaw.com, patenaude@derbycitylaw.com |
| William Robert Meyer | rmeyer@stites.com |
| Christie A. Moore | cm@gdm.com, ljs2@gdm.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com, donna.hinkle@crowedunlevy.com, karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com |
| Matthew J. Ochs | kim.maynes@moyewhite.com |
| Michael Wayne Oyler | moyler@rwsvlaw.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com |
| Wendy W. Ponader | wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Anthony G. Raluy | traluy@fbhlaw.net |
| Eric C. Redman | ksmith@redmanludwig.com, kzwickel@redmanludwig.com, myecfmailrl@gmail.com |
| Eric W. Richardson | ewrichardson@vorys.com, bjtobin@vorys.com |
| Joe T. Roberts | jratty@windstream.net |
| Mark A. Robinson | mrobinson@vhrlaw.com, dalbers@vhrlaw.com |
| John M. Rogers | johnr@rubin-levin.net, susan@rubin-levin.net |
| Joseph H. Rogers | jrogers@millerdollarhide.com, cdow@millerdollarhide.com |
| Jeremy S. Rogers | Jeremy.Rogers@dinslaw.com |
| James E. Rossow | jim@rubin-levin.net, susan@rubin-levin.net, ATTY_JER@trustesolutions.com |
| Thomas C. Scherer | tscherer@bgdlegal.com, mmcclain@bgdlegal.com |
| Ivana B. Shallcross | ishallcross@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com, acoates@bgdlegal.com |
| William E Smith | wsmith@k-glaw.com, pballard@k-glaw.com |

| | |
|---|---|
| James E. Smith | jsmith@smithakins.com, legalassistant@smithakins.com |
| Robert K. Stanley | robert.stanley@FaegreBD.com |
| Joshua N. Stine | kabritt@vorys.com |
| Andrew D. Stosberg | astosberg@lloydmc.com |
| Meredith R. Thomas | mthomas@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com, donna.hinkle@crowedunlevy.com |
| Kevin M. Toner | kevin.toner@faegrebd.com, judy.ferber@faegrebd.com, crystal.hansen@faegrebd.com |
| Christopher M. Trapp | ctrapp@rubin-levin.net, carmen@rubin-levin.net |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Andrea L. Wasson | andrea@wassonthornhill.com |
| Jennifer Watt | jwatt@kgrlaw.com, pad@kgrlaw.com, ads@kgrlaw.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com, vwilliams@hooverhull.com |
| Jessica E. Yates | jyates@swlaw.com, docket_den@swlaw.com, mmccleery@swlaw.com, msadams@swlaw.com |
| James T. Young | james@rubin-levin.net, lemerson@rubin-levin.net, carmen@rubin-levin.net |

I further certify that on September 13, 2012, a copy of the foregoing pleading was served by first-class U.S. mail, postage prepaid, or by electronic mail as indicated, on the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311
*VIA US MAIL*

National Cattlemen's Beef Assoc.
c/o Alice Devine
allie@devineanddonley.com
*VIA EMAIL*

Nancy Gargula
Region 8, UST Office
nancy.gargula@usdoj.gov
*VIA EMAIL*

/s/ Laura Day DelCotto, Esq.
COUNSEL FOR APPELLANTS

Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Appeal - Remove Trustee\Notice of Appeal VFN 20120913.doc