UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

CAPTION PAGE FOR APPEAL
FROM U.S. BANKRUPTCY COURT TO U.S. DISTRICT COURT[1]
(BANKRUPTCY CASE)

IN RE:                                             CASE NO. 10-93904

EASTERN LIVESTOCK CO., LLC                         CHAPTER 11

      DEBTOR

---

**ATTORNEY FOR APPELLANTS:**

Laura Day DelCotto
Amelia Martin Adams
DELCOTTO LAW GROUP PLLC
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
aadams@dlgfirm.com

**ATTORNEYS FOR APPELLEE:**

James M. Carr
Kevin M. Toner
Terry E. Hall
Dustin R. DeNeal
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
jim.carr@faegrebd.com
Kevin.toner@faegrebd.com
Terry.hall@faegrebd.com
Dustin.deneal@faegrebd.com

---

[1] This caption page shall not operate as a waiver of Appellants' rights to seek certification of direct appeal to the United States Court of Appeals for the Seventh Circuit in accordance with 28 U.S.C. § 158(d)(2) within the time limits proscribed by 28 U.S.C. § 158(d)(2)(E).

Wendy W. Ponader
FAEGRE BAKER DANIELS LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

John David Hoover
Sean T. White
HOOVER HULL LLP
111 Monument Circle
Indianapolis, IN 46244
Telephone: (317) 822-4400
Facsimile:  (317) 822-0234
jdhoover@hooverhull.com
Swhite@hooverhull.com