UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **NOTICE OF APPEAL** |
| | : | |

_____

The First Bank and Trust Company, by and through counsel, and pursuant to 28 U.S.C. § 158(a)(1), appeals from the following judgment, order or decree entered in this main bankruptcy case, Case No. 10-93904-BHL-11, on August 31, 2012:

Doc. No. 1388    ORDER DENYING MOTIONS TO REMOVE TRUSTEE

The names of all parties to the Order appealed and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **PARTIES** | **COUNSEL** |
|---|---|
| <u>Appellant</u> | |
| The First Bank and Trust Company | Daniel J. Donnellon<br>Stephen A. Weigand<br>FARUKI IRELAND & COX P.L.L.<br>201 East Fifth Street, Suite 1420<br>Cincinnati, OH  45202<br>Telephone:  (513) 632-0300<br>Facsimile:  (513) 632-0319<br>Email: ddonnellon@ficlaw.com<br>            sweigand@ficlaw.com |
| <u>Appellee</u> | |
| James A. Knauer, Chapter 11 Trustee | James. M. Carr<br>Kevin M. Toner<br>Terry E. Hall<br>Dustin R. DeNeal<br>300 N. Meridian Street, Suite 2700<br>FAEGRE BAKER DANIELS LLP<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile (317) 237-1000<br>E-mail: jim.carr@faegrebd.com<br>            kevin.toner@faegrebd.com<br>            terry.hall@faegrebd.com<br>            dustin.deneal@faegrebd.com<br><br>Wendy W. Ponader<br>600 E. 96th Street, Suite 600<br>FAEGRE BAKER DANIELS LLP<br>Indianapolis, IN 46240<br>Telephone: (317) 569-9600<br>Facsimile: (317) 569-4800<br>E-mail: wendy.ponader@faegrebd.com<br><br>AND |

|  |  |
|---|---|
|  | John David Hoover<br>Sean T. White<br>HOOVER HULL LLP<br>111 Monument Circle<br>Indianapolis, IN 46244<br>Telephone: (317) 822-4400<br>Facsimile: (317) 822-0234<br>E-mail: jdhoover@hooverhull.com<br>          swhite@hooverhull.com |
| Other Parties |  |
| Bluegrass Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards East, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Moseley Cattle Auction, LLC, East Tennessee Livestock Center, Inc. | Laura Day DelCotto<br>Amelia Martin Adams<br>DELCOTTO LAW GROUP PLLC<br>200 North Upper Street<br>Lexington, KY  40507<br>Telephone:  (859) 231-5800<br>Facsimile:  (859) 281-1179<br>Email: ldelcotto@dlgfirm.com<br>          aadams@dlgfirm.com |
| Superior Livestock Auction, Inc. | John W. Ames<br>C.R. Bowles, Jr.<br>Ivana B. Shallcross<br>BINGHAM GREENEBAUM DOLL LLP<br>3500 National City Tower<br>101 S. 5th Street<br>Louisville, KY  40202<br>Telephone:  (502) 589-4200<br>Facsimile:  (502) 589-4200<br>Email: james@bgdlegal.com<br>          cbowles@bgdlegal.com<br>          ishallcross@bgdlegal.com<br><br>AND |

3

|  |  |
|---|---|
|  | Elliott D. Levin<br>John M. Rogers<br>Christopher M. Trapp<br>RUBIN & LEVIN, P.C.<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Telephone: (317) 634-0300<br>Facsimile: (317) 453-8601<br>Email: edl@rubin-levin.net<br>      johnr@rubin-levin.net<br>      ctrapp@rubin-levin.net |
| Kentucky Cattlemen's Association | Joshua E. Clubb<br>BRAMMELL & CLUBB, PSC<br>P.O. Box 629<br>18 Berry Street<br>New Castle, KY 40050<br>Telephone: (502) 845-4558<br>Facsimile: (502-845-7595<br>Email: joshclubb@gmail.com |

Respectfully submitted,


/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email: ddonnellon@ficlaw.com
         sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## **CERTIFICATE OF SERVICE**

I certify that on the 13th day of September, 2012, I electronically filed the foregoing Notice of Appeal with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | John W. Ames<br>jwa@gdm.com | Jessica E. Yates<br>jyates@swlaw.com |
| C.R. Bowles, Jr<br>crb@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| James A. Knauer<br>jak@kgrlaw.com | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| John Hunt Lovell<br>john@lovell-law.net | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Ivana B. Shallcross<br>ibs@gdm.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Jeffrey R Erler<br>jeffe@bellnunnally.com | Deborah Caruso<br>dcaruso@daleek.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| Edward M King<br>tking@fbtlaw.com | Meredith R. Thomas<br>mthomas@daleeke.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| Randall D. LaTour<br>rdlatour@vorys.com | William Robert Meyer, II<br>rmeyer@stites.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Bret S. Clement<br>bclement@acs-law.com | Christie A. Moore<br>cm@gdm.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| John R. Carr, III<br>jrciii@acs-law.com | Allen Morris<br>amorris@stites.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| James M. Carr<br>jim.carr@bakerd.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | James T. Young<br>james@rubin-levin.net | Karen L. Lobring<br>lobring@msn.com |
| Terry E. Hall<br>terry.hall@bakerd.com | David L. LeBas<br>dlebas@namanhowell.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Lisa Kock Bryant<br>courtmail@fbhlaw.net |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesoultions.com |

| | | |
|---|---|---|
| John M. Rogers<br>johnr@rubin-levin.net | Christopher E. Baker<br>cbaker@hklawfirm.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com |
| Jeremy S. Rogers<br>Jeremy.rogers@dinslaw.com | David Alan Domina<br>dad@dominalaw.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| John David Hoover<br>jdhoover@hovverhull.com | Kent A Britt<br>kabritt@vorys.com | Kevin M. Toner<br>Kevin.toner@faegrebd.com |
| Sean T. White<br>swhite@hooverhull.com | Joshua N. Stine<br>jnstine@vorys.com | Kim Martin Lewis<br>Kim.lewis@dinslaw.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Melissa S. Giberson<br>msgiverson@vorys.com |
| Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov | John Huffaker<br>John.huffaker@sprouselaw.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Amelia Martin Adams<br>aadams@gldfirm.com | Shawna M. Eikenberry<br>Shawna.eikenberry@faegrebd.com |
| William E. Smith<br>wsmith@k-glaw.com | Michael Wayne Oyler<br>moyler@rwsvlaw.com | Wendy W. Ponader<br>Wendy.ponader@faegrebd.com |
| Susan K. Roberts<br>skr@stuartlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | W. Wesley Harned<br>wharned@dlgfirm.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Robert A. Bell<br>rabell@vorys.com | Joshua E. Clubb<br>joshclubb@gmail.com |
| Thomas C. Scherer<br>tscherer@binghammchale.com | Andrea L. Wasson<br>andreawassonatty@gmail.com | |
| David A. Laird<br>david.laird@moyewhite.com | Anthony G. Raluy<br>traluy@fbhlaw.net | |
| Jerald I. Ancel<br>jancel@taftlaw.com | Harmony A. Mappes<br>Harmony.mappes@faegrebd.com | |
| Jeffrey J. Graham<br>jgraham@taftlaw.com | James B. Lind<br>jblind@vorys.com | |
| Trevor L. Earl<br>tearl@rwsvlaw.com | James E. Rossow, Jr.<br>jim@rubin-levin.net | |

 

/s/ Stephen A. Weigand
Stephen A. Weigand

653121.1