**SO ORDERED: September 14, 2012.**



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
　　　　Debtor(s).

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion to Seal Document was filed with the Clerk of Court on February 10, 2012, by Creditor Florida Association Livestock Markets, Creditor Daniel M. Byrd, Creditor Eagle Bay, Inc., Creditor Oak Lake Cattle Co., Creditor Ron Sizemore Trucking, Inc., Creditor Madison County Livestock Market, Inc. d/b/a Townse, Creditor Sumter County Farmers Market, Inc., Creditor Okeechobee Livestock Market, Inc., Creditor Ocala Livestock Market, Inc., Creditor North Florida Livestock Market, Inc., Creditor Hardee Livestock Market, Inc., Creditor Columbia Livestock Market, Inc., Creditor Cattlemen's Livestock Market, Inc., and Creditor Arcadia Stockyard.

**IT IS ORDERED** that the Motion to Seal Document is **MOOT**.

###