**SO ORDERED: September 14, 2012.**



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
Debtor(s).

Case No. **10–93904–BHL–11**

# ORDER

A(n) Motion to Extend Time to File Miscellaneous Documents was filed with the Clerk of Court on April 12, 2012, by Creditor First Bank and Trust Company, The.

**IT IS ORDERED** that the Motion to Extend Time to File Miscellaneous Documents is **MOOT**.

###