**SO ORDERED: September 14, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SRESVAC (rev 09/2009)

In re:

**Eastern Livestock Co., LLC**,
        Debtor(s).

Case No. **10–93904–BHL–11**

## ORDER

A(n) Issue Moot; Order Previously Entered was entered in error on September 14, 2012.

**IT IS ORDERED** that the Issue Moot; Order Previously Entered is **VACATED**.

###