UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Hon. Basil H. Lorch, III |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEAL**

COMES NOW Alabama Livestock Auction, Inc.; Sealy And Sons Livestock, LLP; Athens Stockyard, LLC; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.; E4 Cattle Co., LLC; Edward J. Edens, IV; Macon Stockyards, Inc.; Edwin A. Strickland; Macon Stockyard, Inc.; and Robert Rawls d/b/a Robert Rawls Livestock aggrieved parties, defendants, and claimants in the above titles bankruptcy, by and through counsel, and pursuant to 28 U.S.C. § 158(a)(1) 158(a) and Fed. R. Bankr. P. 8001(a) and 8002(a), appeals from the following judgment, order, or decree entered in this main bankruptcy case, Case No. 10-93904-BHL-11, on August 31, 2012:

ORDER DENYING MOTIONS TO REMOVE TRUSTEE [Doc. No. 1388]

The names of all parties to this judgment, order, and/or decree appealed from and the names, addresses, telephone and facsimile numbers, and e-mail addresses of their respective attorneys are as follows:

| **PARTIES** | **COUNSEL** |
|---|---|
| *Appellants* | |
| Alabama Livestock Auction, Inc.;<br>Sealy And Sons Livestock, LLP;<br>Athens Stockyard, LLC;<br>Billingsley Auction Sale, Inc.;<br>Carroll County Livestock Sales Barn, Inc.;<br>E4 Cattle Co., LLC;<br>Edward J. Edens, IV;<br>Macon Stockyards, Inc.;<br>Edwin A. Strickland; and<br>Robert Rawls d/b/a Robert Rawls Livestock | W. Scott Newbern<br>W. SCOTT NEWBERN, PL<br>2982 East Giverny<br>Tallahassee, FL 32309<br>(T) 850.591.1707<br>(F) 850.8940871<br>wsnewbern@msn.com |
| *Appellee* | |
| James A. Knauer, Chapter 11 Trustee | James. M. Carr<br>Kevin M. Toner<br>Terry E. Hall<br>Dustin R. DeNeal<br>300 N. Meridian Street, Suite 2700<br>FAEGRE BAKER DANIELS LLP<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile (317) 237-1000<br>E-mail: jim.carr@faegrebd.com<br>kevin.toner@faegrebd.com<br>terry.hall@faegrebd.com<br>dustin.deneal@faegrebd.com<br>Wendy W. Ponader<br>600 E. 96th Street, Suite 600<br>FAEGRE BAKER DANIELS LLP<br>Indianapolis, IN 46240<br>Telephone: (317) 569-9600<br>Facsimile: (317) 569-4800<br>E-mail: wendy.ponader@faegrebd.com<br><br>AND<br><br>John David Hoover<br>Sean T. White<br>HOOVER HULL LLP<br>111 Monument Circle |

                                                    Indianapolis, IN 46244
                                                    Telephone: (317) 822-4400
                                                    Facsimile: (317) 822-0234
                                                    E-mail: jdhoover@hooverhull.com
                                                    swhite@hooverhull.com

*Other Parties:*

| | |
|---|---|
| The First Bank and Trust Company,<br>     Appellant | Daniel J. Donnellon<br>Stephen A. Weigand<br>FARUKI IRELAND & COX P.L.L.<br>201 East Fifth Street, Suite 1420<br>Cincinnati, OH 45202<br>Telephone: (513) 632-0300<br>Facsimile: (513) 632-0319<br>Email: ddonnellon@ficlaw.com<br>sweigand@ficlaw.com |
| Bluegrass Stockyards, LLC,<br>Bluegrass South Livestock Market, LLC,<br>Bluegrass Stockyards East, LLC,<br>Bluegrass Stockyards of Campbellsville, LLC,<br>Bluegrass-Maysville Stockyards, LLC,<br>Bluegrass Stockyards of Richmond, LLC,<br>Piedmont Livestock Company, Inc.,<br>Southeast Livestock Exchange, LLC,<br>Moseley Cattle Auction, LLC, and<br>East Tennessee Livestock Center, Inc<br>     Appellants | Laura Day DelCotto<br>Amelia Martin Adams<br>DELCOTTO LAW GROUP PLLC<br>200 North Upper Street<br>Lexington, KY 40507<br>Telephone: (859) 231-5800<br>Facsimile: (859) 281-1179<br>Email: ldelcotto@dlgfirm.com<br>aadams@dlgfirm.com |
| Superior Livestock Auction, Inc.<br>     Appellant | John W. Ames<br>C.R. Bowles, Jr.<br>Ivana B. Shallcross<br>BINGHAM GREENEBAUM DOLL LLP<br>3500 National City Tower<br>101 S. 5th Street<br>Louisville, KY 40202<br>Telephone: (502) 589-4200<br>Facsimile: (502) 589-4200<br>Email: james@bgdlegal.com<br>cbowles@bgdlegal.com<br>ishallcross@bgdlegal.com |

3

|  |  |
|---|---|
|  | AND |
|  | Elliott D. Levin |
|  | John M. Rogers |
|  | Christopher M. Trapp |
|  | RUBIN & LEVIN, P.C. |
|  | 342 Massachusetts Avenue |
|  | Indianapolis, IN 46204 |
|  | Telephone: (317) 634-0300 |
|  | Facsimile: (317) 453-8601 |
|  | Email: edl@rubin-levin.net |
|  | johnr@rubin-levin.net |
|  | ctrapp@rubin-levin.net |
| Kentucky Cattlemen's Association | Joshua E. Clubb |
| Appellant | BRAMMELL & CLUBB, PSC |
|  | P.O. Box 629 |
|  | 18 Berry Street |
|  | New Castle, KY 40050 |
|  | Telephone: (502) 845-4558 |
|  | Facsimile: (502-845-7595 |
|  | Email: joshclubb@gmail.com |

Respectfully submitted this 14th day of September 2012,

W. SCOTT NEWBERN, PL

 /s/  Walter Scott Newbern
W. Scott Newbern
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                         /s/ W. Scott Newbern
                                         W. SCOTT NEWBERN