UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**CAPTION PAGE FOR APPEAL
FROM U.S. BANKRUPTCY COURT TO U.S. DISTRICT COURT[1]
(BANKRUPTCY CASE)[1]**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ATTORNEY FOR APPELLANTS:**

W. Scott Newbern
W. SCOTT NEWBERN, PL
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com


**ATTORNEYS FOR APPELLEES:**

James. M. Carr
Kevin M. Toner
Terry E. Hall
Dustin R. DeNeal
300 N. Meridian Street, Suite 2700
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile (317) 237-1000
E-mail: jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
dustin.deneal@faegrebd.com

---

[1]   This caption page shall not operate as a waiver of Appellants' rights to seek certification of direct appeal to the United States Court of Appeals for the Seventh Circuit in accordance with 28 U.S.C. § 158(d)(2) within the time limits proscribed by 28 U.S.C. § 158(d)(2)(E).

Wendy W. Ponader
600 E. 96th Street, Suite 600
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
E-mail: wendy.ponader@faegrebd.com

AND

John David Hoover
Sean T. White
HOOVER HULL LLP
111 Monument Circle
Indianapolis, IN 46244
Telephone: (317) 822-4400
Facsimile: (317) 822-0234
E-mail: jdhoover@hooverhull.com
swhite@hooverhull.com