UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AUCTION SALE OF PERSONAL PROPERTY**

James A. Knauer, chapter 11 trustee ("Trustee"), provides notice that the personal property listed on attached Exhibit A (the "Personal Property") will be sold pursuant to a public auction sale that will be held on October 9, 2012 at 10:00 a.m. EST, all pursuant to the authority granted by the *Order Approving Proposed Auction Sale of Certain Personal Property Assets Free and Clear of All Interests* entered by the Court on November 21, 2011. Anyone that has an interest in purchasing the Personal Property may contact the Trustee's approved auctioneer, Gallivan Companies, by phone at 317-227-3720 or by email at norm@njgallivan.com.

        Respectfully submitted,

        FAEGRE BAKER DANIELS, LLP

        By: /s/ Dustin R. DeNeal

James M. Carr (#3128-49)     *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin Toner (#11343-49)
Terry E. Hall (#22041-49)
Harmony Mappes (# 27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

     I hereby certify that on September 14, 2012, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all required parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

                                     /s/ Dustin R. DeNeal