**EXHIBIT A**
Personal Property

INVENTORY LIST:

PHONE SYSTEM – NEC-ELECTRA (ESF-XEI-10) – (2) 3 COM SUPER STACK 3 HUBS
APPROX. 50 HEADSETS – (ETW-16DC-1) 16 BUTTON DIGITAL PHONES

SERVER – DELL POWER EDGE 2900 WITH 2 APC BATTERY BACKUP

10 – ADDING MACHINES

FURNITURE
BROWN LEATHER 3 CUSHION PLEATHER COUCH
5 MISC. WOOD TABLES
3 MISC. DESKS
50 – OFFICE CHAIRS
15 – BLACK – VINYL STACK CHAIRS
8 – MISC. CLOTH SITTING CHAIRS
12'x4' CONFERENCE TABLE
24 WORK STATIONS
5 – UTILITY TABLES (5'X30")

CHERRY – NATIONAL FURNITURE
4 – U-SHAPED EX. DESKS
4 – DESKS WITH CREDENZA
3 – DESKS ONLY
5 – BOOK CASES (3X6)
5 – LATERAL FILE (3X3)

OWNER'S OFFICE
NATIONAL EX.DESK WITH CREDENZA
2 – 2 DRAWER MATCHING CABINETS
48" ROUND CONFERENCE TABLE
3X6 BOOK CASE

BREAKROOMS
5 – 4'X4' WHITE TABLES
25 – WHITE STACKED CHAIRS

2 – REFRIGERATORS
2 – DISHWASHERS
2 – MICROWAVES
1 – OVER
MISC. KITCHEN ITEMS

BRICKMAN PORTABLE TAILGATE GRILL(LP)

FILING
3 – 4 DRAWER (60"X18") LEGAL
2 – 2 DRAWER ROLLING LATERAL FILE (36" x 36")
1 – 2 DRAWER LATERAL FILE (24"X36")
1 – 5 DRAWER LAT. FILE (64"X36")
6 – WALL MOUNT METAL FILE SHELVING (36"X8')
3 – METAL FILE SHELVES (HON) 3'X6'
23 – 2 DRAWER LAT. FILES (3X3)
3 – 3 DRAWER LAT. FILE (4x4)
4 – 5 DRAWER LAT. FILE (5X3)
2 – 6'X3' FILE CASES
2 – LATERAL FILE HOLDER ON TRACKS (ADVANCE)
    8' TALL
    7' TALL

STORAGE RACKS-
10 – 7'x36" PENCO HD
8 – 5'X36" PENCO HD
9 – 6'X36"

24 – WORK STATIONS WITH RECEPTION AREA

FIRE SAFE (CENTRY MODEL 1970)
CENTRY 2 DRAWER LAT. LOCKING SAFE

JIM BEAM DECENTER

2 – SMALL WAGON (WOOD)

BOB THE MOUNTED BULL

ANTIQUE SECRETARY BOOKCASE (90'x42") WALNUT 2 DRAWER TOP AND BOTTOM

BRONZE SCULTURES
TURNIN THE TEXANS(J PAYNE LARA) 20" TALL X 12" DIAMETER
    3 OF 15 (PERSONALIZED)

STAMPEDE BY FREDERIDCK REMINGTON (20"LX10"WX10"H)

NORTHER BY FREDERICK REMINGTON (18"LX22"HX8"W)

<u>WALL ART</u>

3 HORSES – MIKE BETSCHART 1992  23/300

COWS DRINKING – 24"TX30"W OOC

CATTLE UNDER TREE – 1988 – 32 WX24T – OOC

COWBOY AND 3 COWS "GETTING A GOOD LOOK" – 1992 – 30WX24T – OOC

COWS BY SHED – "THE SALT FEEDER" – 2010- 36WX24T

COWS AND RANGLER – 2003 –

LVILLE STOCK YARD BOURBON LIVESTOCK EXCHANGE BUILDING IN 1915 DICK PENKINS DEC 76 – 448/1000