```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                       Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                   Chapter 11
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0756-4           User: edixon                Page 1 of 5              Date Rcvd: Sep 13, 2012
                               Form ID: ntcts              Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2012.
```
cr             +Athens Stockyard, LLC,    723 County Road 255,    P.O. Box 67,    Athens, TN 37371-0067
ptcrd          +B&B Farms,    Attn: Keith Breeding,    8090 Greensburg Road,    Greensburg, KY 42743-9002
cr             +Bill Davis,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
ptcrd          +Billy Neat,    705 B. Neat Road,    Columbia, KY 42728-8500
cr             +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
ptcrd          +Breeding Brothers,    Attn: Wade Breeding,    9440 Columbia Hwy.,    Greensburg, KY 42743-9130
ptcrd          +Brent Keith,    505 Marlo-Campbell Road,    Columbia, KY 42728-5106
cr             +Bynum Ranch Co.,    P. O. Box 104,    Sterling City, TX 76951-0104,    UNITED STATES
cr             +Cullman Stockyard, Inc.,    c/o Thomas C. Scherer, Esq.,    Bingham McHale LLP,    2700 Market Tower,
                 10 West Market Street,    Indianapolis, IN 46204-2982
op             +David L. Abt,    210 N Main St,    PO Box 128,    Westby, WI 54667-0128
ptcrd          +David L. Rings,    1288 Frontage Road,    Russell Springs, KY 42642-7871
cr             +Davis Quarter Horse,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
ptcrd          +Dennis Neat,    6198 Burkesville Road,    Columbia, KY 42728-8529
adb            +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
cr              Eddie Eicke,    Eicke Ranch II,    1188 County Rd 1202,    Snyder, TX  79549
op             +Elizabeth M. Lynch,    Development Specialists, Inc.,    6375 Riverside Drive,    Suite 200,
                 Dublin, OH 43017-5045
cr             +Estate of John S. Gibson,    Anna Gayle Gibson, Execu,    13140 Nebo Rd,    Providence, KY 42450-9606
cr              First Bank and Trust Company, The,    c/o Ayres Carr & Sullivan, P.C.,
                 251 East Ohio Street, Suite 500,    Indianapolis, IN  46204-2184
cr              Florida Association Livestock Markets,    P.O. Box 421929,    Kissimmee, FL  34742-1929
cr             +Frank Powell,    700 W. Denger,    Midland, TX 79705-5319,    UNITED STATES
cr             +Gabriel Moreno,    c/o Timothy T. Pridmore,    McWhorter, Cobb & Johnson,    1722 Broadway,
                 Lubbock, TX 79401-3093
cr             +Gabriel Moreno,    c/o Todd J. Johnston,    McWhorter, Cobb & Johnson,    1722 Broadway,
                 Lubbock, TX 79401-3093
cr             +Gary S. Bell,    PO Box 122,    Edmonton, KY 42129-0122
cr             +Gene Shipman,    11401 E. Fm 1075,    Happy, TX 79042-3422
cr             +Gibson Farms. LLC,    13140 Nebo Rd.,    Providence, KY 42450-9606
op             +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                ?Louisville, KY 40202-3157
cr             +Heritage Feeders LP,    c/o Crowe & Dunlevy,    20 North Broadway,    Suite 1800,
                 Oklahoma City, ok 73102-9213
sp             +Hoover Hull LLP,    111 Monument Circle,    P.O. Box 44989,    Suite 4400,
                 Indianapolis, IN 46244-0989
ptcrd          +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
ptcrd          +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
ptcrd           Jimmy Brummett,    7594 Hwy. 555,    Glens Fork, KY  42741
cr             +Johnny Mayo, Jr.,    P. O. Box 317,    Eldorado, TX 76936-0317,    UNITED STATES
cr              Lytle Street Development,    c/o Edward C. Airhart,    440 South Seventh Street,
                 Louisville, KY  40203-1967
ptcrd          +Mike Loy,    668 P.D. Pyles Road,    Columbia, KY 42728-9455
ptcrd         #+Moseley Cattle Auction, LLC,    1044 Arlington Avenue,    Blakely, GA 39823-2362
op              National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                 534 S KS Ave Suite 1420,    Topeka, KA  66603
cr             +Republic Bank and Trust Company,    661 South Hurstbourne Parkway,    Louisville, KY 40222-5079
cr              Rex Elmore,    1817 Tobacco Road,    Glasgow, KY  42141-8486
cr             +Rosenbaum Feeder Cattle Company, LLC,    P.O. Box 141,    Glade Spring, VA 24340-0141
cr             +Russell DeCordova d/b/a deCordova Cattle Company,    c/o Jeffrey J. Graham,
                 Taft Stettinius & Hollister LLP,    One Indiana Square, Suite 3500,    Indianapolis, IN 46204-2023
op             +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
ptcrd          +Southland Haulers, LLC,    Howard & Myra Compton,    P O Box 142,    Bratley, AL 36009-0142
ptcrd          +Superior Livestock Auction, Inc.,    1155 North Colorado Ave.,    Bush, CO 80723-2901
cr             +Todd Rosenbaum,    P.O. Box 141,    Glade Spring, VA 24340-0141
cr             +Tom Svoboda,    3065 AA Avenue,    Herrington, KS 67449-5051,    UNITED STATES
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: asr@btcmlaw.com Sep 14 2012 01:45:36     Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Phillip Taylor Reed,    a/k/a Taylor Reed
ptcrd*         +Gary S. Bell,    P.O. Box 122,    Edmonton, KY 42129-0122
cr            ##+Bobby Bynum,    P. O. Box 43,    Rankin, TX 79778-0043,    UNITED STATES
ptcrd         ##+Southeast Livestock Exchange LLC,    PO Box 1306,    Waynesville, NC 28786-1306
                                                                                              TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0756-4          User: edixon              Page 2 of 5              Date Rcvd: Sep 13, 2012
                              Form ID: ntcts            Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2012**              **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: edixon              Page 3 of 5                Date Rcvd: Sep 13, 2012
                               Form ID: ntcts            Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2012 at the address(es) listed below:

          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County traluy@fbhlaw.net
          Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
          Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc. ctrapp@rubin-levin.net, carmen@rubin-levin.net
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The ddonnellon@ficlaw.com, knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com, koswald@namanhowell.com
          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com, mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc. robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com, bjtobin@vorys.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com, hns@kgrlaw.com
          James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
          Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jeffe@bellnunnally.com
          Jennifer Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

```
District/off: 0756-4              User: edixon                Page 4 of 5                 Date Rcvd: Sep 13, 2012
                                  Form ID: ntcts              Total Noticed: 46

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com
              Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe T. Roberts    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
               jratty@windstream.net
              John  Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant  Cactus Growers, Inc.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Burns    on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
               sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua Elliott Clubb    on behalf of Other Professional  Kentucky Cattlemen's Association
               joshclubb@gmail.com
              Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
              Kayla D. Britton    on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
               becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
              Kelly Greene McConnell     on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com
              Laura Day DelCotto    on behalf of Counter-Defendant  Bluegrass Stockyards of Richmond, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Melissa S. Giberson    on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
              Peter M Gannott    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
               pgannott@gannottlaw.com,
               mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com;gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor  Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,   smattingly@dsf-atty.com
              Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
              Steven A. Brehm    on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
```

```
District/off: 0756-4          User: edixon                Page 5 of 5              Date Rcvd: Sep 13, 2012
                              Form ID: ntcts              Total Noticed: 46

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
              Wendy W Ponader    on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 100
```

UNITED STATES BANKRUPTCY COURT  NTCTS (rev 01/2011)
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,   Case No. **10−93904−BHL−11**
    Debtor(s).

## NOTICE OF FILING OF TRANSCRIPT AND
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on August 20, 2012 was filed on September 11, 2012.

Parties have until September 18, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is October 2, 2012. Once a Request for Redaction is filed, the redacted transcript is due by October 12, 2012.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

    J & J Court Transcribers, Inc.
    268 Evergreen Avenue
    Hamilton, NJ 08619
    609−586−2311

The transcript may be available at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is December 10, 2012. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated: September 13, 2012      Kevin P. Dempsey
    Clerk, U.S. Bankruptcy Court