United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                          Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                                      Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4            User: kgoss            Page 1 of 4                  Date Rcvd: Sep 14, 2012
                      Form ID: sgeneric     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2012.
```
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA  66603
op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Sep 15 2012 00:15:46     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                                TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**                    **Signature:**  *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss                 Page 2 of 4                   Date Rcvd: Sep 14, 2012
                              Form ID: sgeneric           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2012 at the address(es) listed below:

          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
           dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
           aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
           traluy@fbhlaw.net
          Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
           sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
           Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
           ljs2@gdm.com
          Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
           ctrapp@rubin-levin.net,   carmen@rubin-levin.net
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
           ddonnellon@ficlaw.com,   knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
           david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
           KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
           dlebas@namanhowell.com,   koswald@namanhowell.com
          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
           mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
           becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
           robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
           edl@rubin-levin.net,   atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
           kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
           bjtobin@vorys.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
           judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
           jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,   hns@kgrlaw.com
          James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
           bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
           jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
           legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
           belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
           sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
           lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
           tfroelich@kgrlaw.com;ads@kgrlaw.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jgraham@taftlaw.com,   ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
           jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jeffe@bellnunnally.com
          Jennifer Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com,
           pad@kgrlaw.com;ads@kgrlaw.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
           jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com

```
District/off: 0756-4          User: kgoss                 Page 3 of 4                  Date Rcvd: Sep 14, 2012
                              Form ID: sgeneric           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff   Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com
              Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               jratty@windstream.net
              John   Huffaker     on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Special Counsel   Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant   Cactus Growers, Inc.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor   Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor   Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Burns    on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
               sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua Elliott Clubb    on behalf of Other Professional   Kentucky Cattlemen's Association
               joshclubb@gmail.com
              Joshua N. Stine    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
              Kayla D. Britton    on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
               becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
              Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk   Crutcher     on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com
              Laura Day DelCotto    on behalf of Counter-Defendant   Bluegrass Stockyards of Richmond, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor   Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
              Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               pgannott@gannottlaw.com,
               mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com;gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,    smattingly@dsf-atty.com
              Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
              Steven A. Brehm    on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
```

```
District/off: 0756-4          User: kgoss                 Page 4 of 4              Date Rcvd: Sep 14, 2012
                              Form ID: sgeneric           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          T. Kent Barber   on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall   on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos   on behalf of Creditor  General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer   on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
          Timothy T. Pridmore   on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston   on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl   on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern   on behalf of Creditor  Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader   on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith   on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer   on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com

TOTAL: 100

SO ORDERED: September 14, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## ORDER

A(n) Motion to Extend Time to File Miscellaneous Documents was filed with the Clerk of Court on April 12, 2012, by Creditor First Bank and Trust Company, The.

**IT IS ORDERED** that the Motion to Extend Time to File Miscellaneous Documents is **MOOT**.

###