United States Bankruptcy Court
Southern District of Indiana

In re:  Case No. 10-93904-BHL
Eastern Livestock Co., LLC  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: kgoss      Page 1 of 4      Date Rcvd: Sep 14, 2012
                   Form ID: sresvac     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2012.
```
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA  66603
op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Sep 15 2012 00:15:46     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**                        **Signature:** _/s/ Joseph Speetjens_

Case 10-93904-BHL-11   Doc 1424   Filed 09/16/12   EOD 09/17/12 00:49:25   Pg 2 of 5

```
District/off: 0756-4          User: kgoss                  Page 2 of 4                   Date Rcvd: Sep 14, 2012
                              Form ID: sresvac             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2012 at the address(es) listed below:
          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
          dgoodman@stites.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
          aadams@dlgfirm.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
          traluy@fbhlaw.net
          Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
          sfinnerty@acs-law.com
          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
          smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
          Charles.R.Wharton@usdoj.gov
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
          ljs2@gdm.com
          Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
          ctrapp@rubin-levin.net,   carmen@rubin-levin.net
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
          ddonnellon@ficlaw.com,   knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
          david.laird@moyewhite.com,   lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
          KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
          dlebas@namanhowell.com,   koswald@namanhowell.com
          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
          mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
          becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
          robin@rubin-levin.net,   edl@trustesolutions.com;edl@trustesolutions.net
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
          edl@rubin-levin.net,   atty_edl@trustesolutions.com
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
          kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
          bjtobin@vorys.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
          judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
          jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,   hns@kgrlaw.com
          James A. Knauer    jak@kgrlaw.com, hns@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
          bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
          jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
          legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
          belliott@derbycitylaw.com;patenaude@derbycitylaw.com
          James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
          sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
          lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
          sarah.herendeen@faegrebd.com
          Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
          tfroelich@kgrlaw.com;ads@kgrlaw.com
          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jgraham@taftlaw.com,   ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
          jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jeffe@bellnunnally.com
          Jennifer Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com,
          pad@kgrlaw.com;ads@kgrlaw.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com

```
District/off: 0756-4           User: kgoss                  Page 3 of 4                   Date Rcvd: Sep 14, 2012
                               Form ID: sresvac             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
        Jessica E. Yates    on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
         docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com
        Jill Zengler Julian    on behalf of Joined Party  United States Department of Agriculture, Grain
         Ins Jill.Julian@usdoj.gov
        Joe T. Roberts    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
         jratty@windstream.net
        John  Huffaker     on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
         lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
        John David Hoover    on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com
        John Frederick Massouh    on behalf of Counter-Defendant  Cactus Growers, Inc.
         john.massouh@sprouselaw.com
        John Hunt Lovell    on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
         sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
        John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
         susan@rubin-levin.net
        John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
         jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
        John R. Burns    on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
         sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
        John R. Carr    on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
         sfinnerty@acs-law.com
        John W Ames    on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Joseph H Rogers    on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
         cdow@millerdollarhide.com
        Joshua Elliott Clubb    on behalf of Other Professional  Kentucky Cattlemen's Association
         joshclubb@gmail.com
        Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
        Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
         ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
        Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
        Kayla D. Britton    on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
         becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
        Kelly Greene McConnell    on behalf of Creditor  Supreme Cattle Feeders, L.L.C.
         lisahughes@givenspursley.com
        Kent A Britt    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
         judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
        Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
         lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
        Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
         jparsons@mcs-law.com
        Laura Day DelCotto    on behalf of Counter-Defendant  Bluegrass Stockyards of Richmond, LLC
         ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Lisa Koch Bryant    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
         courtmail@fbhlaw.net
        Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
         dalbers@vhrlaw.com
        Matthew J. Ochs    on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
        Melissa S. Giberson    on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
        Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
        Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
         laura@kentuckytrial.com
        Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
        Peter M Gannott    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
         pgannott@gannottlaw.com,
         mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com;gannottlaw@gmail.com
        Randall D. LaTour    on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
         khedwards@vorys.com;bjtobin@vorys.com
        Robert A. Bell    on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
         dmchilelli@vorys.com
        Robert H. Foree    on behalf of Creditor  Kentucky Cattlemen's Association
         robertforee@bellsouth.net
        Robert K Stanley    on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
        Ross A. Plourde    on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
         afton.shaw@mcafeetaft.com
        Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
         sfreeburger@dsf-atty.com,   smattingly@dsf-atty.com
        Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,   vwilliams@hooverhull.com
        Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
         amanda.castor@faegrebd.com
        Stephen A. Weigand    on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
        Steven A. Brehm    on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com,
         bbaumgardner@bgdlegal.com;smays@bgdlegal.com

```
District/off: 0756-4          User: kgoss               Page 4 of 4            Date Rcvd: Sep 14, 2012
                              Form ID: sresvac          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
          Wendy W Ponader    on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com

                                                                                                                    TOTAL: 100

SO ORDERED: September 14, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SRESVAC (rev 09/2009)

In re:

**Eastern Livestock Co., LLC**,
       Debtor(s).

Case No. **10−93904−BHL−11**

## ORDER

A(n) Issue Moot; Order Previously Entered was entered in error on September 14, 2012.

**IT IS ORDERED** that the Issue Moot; Order Previously Entered is **VACATED**.

###