**SO ORDERED: September 17, 2012.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )   Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**ORDER ON TRUSTEE'S MOTION TO CONTINUE HEARING ON THE
PROPOSED PLAN AND DISCLOSURE STATEMENT**

This matter is before the Court on the motion (the "Motion") of James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), requesting that the Court continue the hearing, now scheduled for September 7, 2012, on the adequacy of the Trustee's Disclosure Statement[1] to the omnibus date of October 15, 2012 ("Rescheduled Hearing") and set a new objection deadline on the Disclosure Statement. The Trustee represents

---

[1] The Trustee filed his Chapter 11 Plan of Liquidation ("Plan") and his Disclosure Statement with Regard to the Trustee's Chapter 11 Plan of Liquidation ("Disclosure Statement") on July 23, 2012 [Docket Nos. 1255 and 1256].

that he circulated the proposed Motion with the parties involved prior to filing.  The Court having considered the Motion, heard arguments from parties at a September 7, 2012 hearing, finding good cause exists to grant the Motion as modified by this Order, and being otherwise advised of the proceedings in this case now ORDERS:

1. The hearing on the adequacy of the Trustee's Disclosure Statement Regarding the Trustee's Chapter 11 Liquidating Plan ("Disclosure Statement") now scheduled for September 7, 2012 ("Hearing") is continued to October 19, 2012 commencing at 9:30 a.m. EDT in Room 103, Federal Building, 121 W. Spring Street, New Albany, Indiana 47150.

2. The deadline for parties in interest to object to the Disclosure Statement is continued to October 15, 2012.

###