# Notice Recipients

District/Off: 0756–4  User: edixon  Date Created: 9/17/2012
Case: 10–93904–BHL–11  Form ID: pdfOrder  Total: 1

**Recipients of Notice of Electronic Filing:**
aty  Terry E. Hall  terry.hall@faegrebd.com

TOTAL: 1