Group Exhibit A








