Group Exhibit B





