**SO ORDERED: September 18, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

ORDER GRANTING TRUSTEE'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE BRIEF IN REPLY TO SUPPLEMENTAL RESPONSES IN
OPPOSITION TO TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING STATUTORY TRUST

This matter came before the Court upon the *Trustee's Unopposed Motion For Extension Of Time To File Brief In Reply To Supplemental Responses In Opposition To Trustee's Motion For Partial Summary Judgment Regarding Statutory Trust* (the "Motion") [Docket No. 1385] filed by James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Trustee"). The Court, having considered the Motion and being duly advised in the premises, GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

IT IS THEREFORE ORDERED that the Trustee's deadline to file a reply brief to the supplemental responses that Bluegrass Stockyards of Campbellsville, LLC, Bluegrass

Stockyards of Richmond, LLC and Piedmont Livestock Company, Inc., as well as CPC

Livestock, LLC, have filed by notice and incorporation of their filings in Adv. Proc. No. 11-

59093 (*Friona Industries, L.P., et. al. v. Eastern Livestock Co., LLC, et. al.*) to the *Trustee's*

*Motion For Partial Summary Judgment* is hereby extended to and including October 19, 2012.

###