## Notice Recipients

District/Off: 0756–4           User: edixon                 Date Created: 9/18/2012
Case: 10–93904–BHL–11          Form ID: pdfOrder            Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Shawna M Eikenberry          shawna.eikenberry@faegrebd.com

                                                                            TOTAL: 1