UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND
STATEMENT OF ISSUES TO BE PRESENTED**

Superior Livestock Auction, Inc., by counsel, pursuant to Fed. R. Bankr. P. 8006, hereby submits the following Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented.

**I.  DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

A.  The following items filed publically in this case and appearing on the ECF system should be included in the record on appeal:

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| Dec. 6, 2010 | 1 | Involuntary Petition |
| Dec. 7, 2010 | 27 | Emergency Motion under 11 U.S.C. §§ 303(f) and (g), 105 and 1104(a) for an Order Appointing an Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| Dec. 7, 2010 | 28 | Minute Entry/Order |
| Dec. 13, 2010 | 68 | Minute Entry/Order |
| Dec. 16, 2010 | 77 | Order Approving Motion for the Appointment of a Trustee Under 11 U.S.C. §§ 105, 303 and 1104 |
| Dec. 23, 2010 | 98 | Notice of Appointment and Application for Order Approving Appointment of Trustee |
| Dec. 23, 2010 | 98-1 | Trustee's Verified Statement and Notice of Acceptance |

| Date | Doc | Description |
|---|---|---|
| Dec. 23, 2010 | 98-2 | Affidavit of Disinterestedness [of James A. Knauer] |
| Dec. 27, 2010 | 102 | Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee |
| Dec. 30, 2010 | 113 | Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| Dec. 30, 2010 | 114 | Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| January 10, 2011 | 181 | Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 18, 2011 | 219 | Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee |
| January 18, 2011 | 219-1 | Affidavit of John David Hoover in Support of Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee |
| January 24, 2011 | 235 | Amended Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| January 27, 2011 | 241 | The First Bank and Trust Company's Withdrawal of Objection to Employment of Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| March 8, 2011 | 313 | Schedule "F" |
| March 11, 2011 | 383 | Minute Entry/Order |
| April 29, 2011 | Claim 177-1 | Claim filed by Superior Livestock Auction, Inc. |
| June 24, 2011 | 573 | Minute Entry/Order |
| June 5, 2012 | 1166 | Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |

| Date | Doc | Description |
|---|---|---|
| June 8, 2012 | 1177 | Preliminary Objection to Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 22, 2012 | 1206 | Supplemental Objection to Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| July 10, 2012 | 1237 | Motion to Remove Trustee |
| July 10, 2012 | 1238 | Renewal of Objection of First Bank and Trust Company to Application to Employ Baker & Daniels LLP (nka Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| July 10, 2012 | 1239 | Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| July 18, 2012 | 1248 | Joint Evidentiary Submission of Certain Creditors in Support of Motions to Remove Trustee and Renewal of Objection to Application to Employ Trustee Counsel |
| July 23, 2012 | 1255 | Trustee's Chapter 11 Plan of Liquidation |
| July 23, 2012 | 1256 | Disclosure Statement for Trustee's Chapter 11 Plan of Liquidation |
| August 13, 2012 | 1326 | Trustee's Response to Objections to and Motions to Strike the Trustee's Report |
| August 13, 2012 | 1327 | Response to Renewal of Objection of First Bank to Application to Employ Baker & Daniels LLP (NKA Faegre Baker Daniels LLP) as Counsel to the Trustee and the Bluegrass Joinder Thereto |
| August 13, 2012 | 1328 | Affidavit of James M. Carr as Supplemental Rule 2014 Disclosure |
| August 13, 2012 | 1329 | Trustee's Response to Motions to Remove Trustee |

| | | |
|---|---|---|
| August 13, 2012 | 1330 | Affidavit of James A. Knauer, Trustee as Supplemental Rule 2014 Disclosure |
| August 13, 2012 | 1331 | Notice of Filing of Document Under Seal |
| August 14, 2012 | 1333 | Trustee's Motion for Leave to File Document Under Seal [Participation Agreement] |
| August 16, 2012 | 1348 | Reply by Superior Livestock Auction, Inc. to Trustee's Response to Objections and Motions to Strike the Trustee's Report |
| August 23, 2012 | 1377 | Joinder in Motions by Superior Livestock Auction, Inc. |
| August 31, 2012 | 1388 | Order Denying Motions to Remove Trustee |
| August 31, 2012 | 1399 | Order Overruling Renewed Objections to Employment of Faegre Baker Daniels LLP |
| August 31, 2012 | 1390 | Order on Objections to and Motions to Strike Trustee's Report |
| September 7, 2012 | 1408 | Notice of Appeal |

    B.    The following items filed publically in Lauth Investment Properties, LLC, Case No. 09-06065-BHL-11 and appearing on the ECF system in that case should be included in the record on appeal:

| **Filing Date** | **Docket No.** | **Docket Text** |
|---|---|---|
| August 3, 2009 | 328 | Appearance filed by James A. Knauer on behalf of Creditor Wells Fargo Bank, N.A |

    C.    The following items filed in this case and <u>NOT</u> appearing on the ECF system should be included in the record on appeal:

Participation Agreement By And Between Wells Fargo Business Credit, Inc. and Fifth Third Bank, NA. (Dated as of February 9, 2005), Production Nos. FT028176-200, filed under seal on or about August 13, 2012 by the Trustee as reflected by Doc. 1331; and

Transcript of Omnibus Hearing on August 20, 2012 filed by J & J Court Reporters, Inc. on or about September 11, 2012 as reflected by Doc. 1411.

Transcript of Deposition of James Knauer, Volumes I and II, and all Exhibits thereto delivered to the Court at the August 20, 2012 hearing.

## II. STATEMENT OF THE ISSUES

      A.      Did the Court incorrectly determine the Trustee is "distinterested" within the meaning of 11 U.S.C. §§ 101(14) and 701 where:

(i)      The Trustee, as a lawyer, was actively representing Wells Fargo Bank, N.A. ("Wells Fargo") with regard to its 144 million claims in <u>Matter of Lauth</u>, Case No. 09-06065-BHL-11 pending in the U.S. Bankruptcy Court, Southern District of Indiana;

(ii)      Another Wells Fargo affiliate owns a $10 million participation interest in a $32.5 secured million loan made to the Debtor in the case where the Trustee is serving;

(iii)      The Trustee obtained a written conflict waiver letter from "Wells Fargo & Co." soon after his appointment as Trustee, but intentionally made no disclosure of the waiver or his representation of Wells Fargo;

(iv)      The Trustee retained counsel who also (1) represented Wells Fargo entities; (2) obtained a waiver for the present case; and (3) made no disclosure of its connection to Wells Fargo.

      B.      Pursuant to Fed. R. Bankr. P. 2007.1, is a trustee or prospective trustee required to disclose his concurrent lawyer-client relationship with a bank whose affiliate owns a $10,000,000.00 undivided fractional interest and participation interest in a loan from debtor's principal secured lender to the debtor?

      C.      Did the Court erroneously determine that under the loan Participation Agreement in this case, "the Trustee could not bring any action against the Participant that would not as a threshold matter have to be brought first against [Fifth Third Bank]"?

5

D.  Did the Court err as a matter of law in determining that a written conflict waiver letter in favor of Wells Fargo which stated the Trustee would abide by all Rules of Professional Conduct would not prohibit the Trustee from commencing an action against Wells Fargo?

E.  Was it error for the Court to determine that Wells Fargo Bank became a "former client" of the Trustee and his law firm on June 30, 2011, when the only evidence on the issue is the Trustee's Supplemental Affidavit filed August 13, 2012, which states that the representation did not end until April 17, 2012?

F.  Was it error for the Court to determine, without supporting evidence, that removing the Trustee "would significantly delay the resolution of this case, entail massive administrative expenses . . . impair the ability of the Trustee to bring and prosecute recovery actions" and "significantly impair creditor recoveries"?

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system:

| | |
|---|---|
| David L. Abt | davidabt@mwt.net |
| John W Ames | jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com |
| T. Kent Barber | kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| C. R. Bowles | crb@gdm.com, shm@gdm.com;lgw@gdm.com |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| James M. Carr | james.carr@bakerd.com, patricia.moffit@bakerd.com |
| John R. Carr | jrciii@acs-law.com, sfinnerty@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com |

6

| | |
|---|---|
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Jesse Cook-Dubin | jcookdubin@vorys.com, vdarmstrong@vorys.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com |
| Dustin R. DeNeal | dustin.deneal@bakerd.com, patricia.moffit@bakerd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com, knorwick@ficlaw.com |
| Robert Hughes Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com, smattingly@dsf-atty.com |
| Terry E. Hall | terry.hall@bakerd.com, sharon.korn@bakerd.com |
| John Huffaker | john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Todd J. Johnston | tjohnston@mcjllp.com |
| Edward M King | tking@fbtlaw.com, dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com, hns@kgrlaw.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | rdlatour@vorys.com, khedwards@vorys.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com |
| Karen L. Lobring | lobring@msn.com |

| | |
|---|---|
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| William Robert Meyer | rmeyer@stites.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Matthew J. Ochs | matt.ochs@moyewhite.com, kim.maynes@moyewhite.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Jeffrey E. Ramsey | jramsey@hopperblackwell.com, mhaught@hopperblackwell.com |
| Mark A. Robinson | mrobinson@vhrlaw.com, dalbers@vhrlaw.com |
| Jeremy S Rogers | Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com |
| Ivana B. Shallcross | ibs@gdm.com |
| Robert K Stanley | robert.stanley@bakerd.com |
| Meredith R. Thomas | mthomas@daleeke.com, kmark@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov |
| Jessica E. Yates | jyates@swlaw.com, edufficy@swlaw.com |
| James T. Young | james@rubin-levin.net, ATTY_JTY@trustesolutions.com;kim@rubin- |

levin.net;lemerson@rubin-levin.net

    I further certify that on September 19, 2012 a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

National Cattlemen's Beef Association
    c/o Alice Devine
    6031 SW 37th St.
    Topeka, KA 66610

                                      /s/ Christopher M. Trapp

                                      Christopher M. Trapp

F:\WP80\GENLIT\Farm Credit West-Eastern Livestock-85021201\Appeal\Revised Designation.wpd