United States Bankruptcy Court
Southern District of Indiana

In re:                                                                           Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                       Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4                User: edixon              Page 1 of 4                  Date Rcvd: Sep 17, 2012
                                    Form ID: pdfOrder         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2012.
```
cr          +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd       +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op           National Cattlemen's Beef Association,   Alice Devine,   Devine & Donley, LLC,
              534 S KS Ave Suite 1420,   Topeka, KA  66603
op          +Southeastern Livestock Network LLC,   176 Pasadena Drive,   Lexington, KY 40503-2900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: asr@btcmlaw.com Sep 17 2012 23:51:40      Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,   PO  Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                                  TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0756-4           User: edixon              Page 2 of 4              Date Rcvd: Sep 17, 2012
                               Form ID: pdfOrder         Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2012 at the address(es) listed below:

          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com

          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com

          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com

          Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com

          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County traluy@fbhlaw.net

          Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com

          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com

          C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com

          Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc. ctrapp@rubin-levin.net, carmen@rubin-levin.net

          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The ddonnellon@ficlaw.com, knorwick@ficlaw.com

          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net

          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com, koswald@namanhowell.com

          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com, mthomas@daleeke.com

          Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com

          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc. robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com

          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

          Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com, bjtobin@vorys.com

          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com

          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com

          James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com

          James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com

          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com

          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net

          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com

          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com

          James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

          James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com

          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

          Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com

          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com

          Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jeffe@bellnunnally.com

          Jennifer Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com

          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

```
District/off: 0756-4            User: edixon               Page 3 of 4         Date Rcvd: Sep 17, 2012
                                Form ID: pdfOrder          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
        Jessica E. Yates    on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
        docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com
        Jill Zengler Julian    on behalf of Joined Party  United States Department of Agriculture, Grain
        Ins Jill.Julian@usdoj.gov
        Joe T. Roberts    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
        jratty@windstream.net
        John  Huffaker    on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
        lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
        John David Hoover    on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com
        John Frederick Massouh    on behalf of Counter-Defendant  Cactus Growers, Inc.
        john.massouh@sprouselaw.com
        John Hunt Lovell    on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
        sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
        John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
        susan@rubin-levin.net
        John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
        jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
        John R. Burns    on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
        sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
        John R. Carr    on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
        sfinnerty@acs-law.com
        John W Ames    on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
        smays@bgdlegal.com;tmills@bgdlegal.com
        Joseph H Rogers    on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
        cdow@millerdollarhide.com
        Joshua Elliott Clubb    on behalf of Other Professional  Kentucky Cattlemen's Association
        joshclubb@gmail.com
        Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
        Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
        ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
        Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
        Kayla D. Britton    on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
        becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
        Kelly Greene McConnell    on behalf of Creditor  Supreme Cattle Feeders, L.L.C.
        lisahughes@givenspursley.com
        Kent A Britt    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
        cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
        judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
        Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
        lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
        Kirk  Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
        jparsons@mcs-law.com
        Laura Day DelCotto    on behalf of Counter-Defendant  Bluegrass Stockyards of Richmond, LLC
        ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Lisa Koch Bryant    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
        courtmail@fbhlaw.net
        Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
        dalbers@vhrlaw.com
        Matthew J. Ochs    on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
        Melissa S. Giberson    on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
        Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
        Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
        laura@kentuckytrial.com
        Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
        Peter M Gannott    on behalf of Counter-Claimant  Laurel Livestock Market, INC.
        pgannott@gannottlaw.com,
        mkeane@gannottlaw.com;jemerson@gannottlaw.com;paralegal@gannottlaw.com;gannottlaw@gmail.com
        Randall D. LaTour    on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
        khedwards@vorys.com;bjtobin@vorys.com
        Robert A. Bell    on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
        dmchilelli@vorys.com
        Robert H. Foree    on behalf of Creditor  Kentucky Cattlemen's Association
        robertforee@bellsouth.net
        Robert K Stanley    on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
        Ross A. Plourde    on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
        afton.shaw@mcafeetaft.com
        Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
        sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
        Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com,  vwilliams@hooverhull.com
        Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
        sarah.herendeen@faegrebd.com
        Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
        amanda.castor@faegrebd.com
        Stephen A. Weigand    on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
        Steven A. Brehm    on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com,
        bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Case 10-93904-BHL-11   Doc 1434   Filed 09/19/12   EOD 09/20/12 01:03:53   Pg 4 of 8

```
District/off: 0756-4          User: edixon               Page 4 of 4                  Date Rcvd: Sep 17, 2012
                              Form ID: pdfOrder          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Alabama Livestock Auction, Inc. wsnewbern@msn.com
              Wendy W Ponader    on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                               TOTAL: 100
```

**SO ORDERED: September 17, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER ON TRUSTEE'S MOTION TO ESTABLISH MEDIATION PROTOCOL ON THE PROPOSED PLAN AND DISCLOSURE STATEMENT**

This matter is before the Court on the motion (the "Motion") of James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), requesting that the Court establish a protocol for the parties to engage in non-binding mediation ("Mediation") of the issue of the reasonableness of the proposed settlement with Fifth Third Bank as contained in the Plan[1] (the "Mediation Issue"). The Trustee represents that he circulated the proposed Motion with the parties involved prior to filing. The Court having considered the Motion, heard

---

[1] The Trustee filed his Chapter 11 Plan of Liquidation ("Plan") and his Disclosure Statement with Regard to the Trustee's Chapter 11 Plan of Liquidation ("Disclosure Statement") on July 23, 2012 [Docket Nos. 1255 and 1256].

arguments from parties at a September 7, 2012 hearing, finding good cause exists to grant the Motion as modified by this Order, and being otherwise advised of the proceedings in this case now ORDERS:

    1.    The Trustee and certain parties agree to negotiate in good faith as to differences related to the Disclosure Statement and the proposed Plan, and the Court encourages the following parties to engage in non-binding mediation: the Trustee, Fifth Third Bank, Superior Livestock Auction, Inc., Bluegrass Stockyards East, LLC, Bluegrass Stockyards, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Blue South Livestock Market, LLC, Bluegrass Stockyards of Campbellsville, LLC, East Tennessee Livestock Center, Inc., Southeast Livestock Exchange, LLC, Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Alton Darnell, The First Bank And Trust, CPC Livestock, LLC, Alabama Livestock Auction, Inc., Sealy And Sons Livestock, LLP, Athens Stockyard, LLC, Billingsley Auction Sale, Inc., Tennessee Valley Livestock, LLC, Robert Rawls d/b/a Robert Rawls Livestock, Edwin A. Strickland, Macon Stockyard, Inc., E4 Cattle Co., LLC, and Edward J. Edens, IV (collectively, the "<u>Mediation Parties</u>").  The Mediation Parties shall participate in person by counsel and with a client representative with authority to bind the client to any agreement reached.

    2.    In addition to the Mediation Parties, the following non-parties are encouraged to participate in the Mediation due to their particular interests in this industry: local, state, regional, and national cattlemen's trade associations ("<u>Non-party Associations</u>").  Participation by the Non-party Associations shall not confer standing nor party-in-interest status on the Non-party Associations, but is consistent with this Court's usual practice to allow concerned non-parties citizens to be heard where appropriate. Other parties in interest or creditors who wish to

participate in the Mediation as a Mediation Party should contact the Trustee. The Mediation Parties and the Non-party Associations who agree to participate may be referred to as the "<u>Participants</u>."

3. The Participants in the Mediation shall be bound by the local rules of this Court governing mediation, *see* Local Rule B-9019-2, including the confidentiality of both the process and the information except as expressly modified by this Order.

4. The Participants may agree on a mediator who meets the eligibility requirements under the Local Rule. The Participants have notified the Court that they have agreed to Robert M. Fishman of Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC.

5. The Mediation shall be completed in two days and not less than 5 business days prior to the rescheduled hearing set for October 19, 2012.

6. The reasonable fees and expenses of the mediator will be paid by the estate as administrative expenses. The Trustee shall file a motion to employ Mr. Fishman pursuant to the Local Rules. As it is expected that the mediator may be employed more than fifteen hours, the Trustee shall include in the motion an estimate of the expected fees and costs of the mediator for the Court's consideration. Each of the Participants shall be responsible for its own fees and costs. For clarity, the fees and costs incurred by the Trustee and his counsel shall be eligible for payment from the estate as part of their fee applications to the Court.

7. Consistent with any directions by the mediator to the Participants, the Participants may draft and deliver to the mediator and exchange among themselves, mediation statements ("<u>Mediation Statements</u>") outlining the issues and concerns with the Disclosure Statement and/or Plan including the factual basis and legal reasoning supporting the position of the Participant. The Mediation Statements are subject to the confidentiality restrictions in the Local Rules and

are confidential to the Mediation and shall not be filed with the Court nor exchanged or provided to any non-Participant.  Any Participant that so wishes may deliver a second mediation statement ("Non-Exchanged Mediation Statement") to the mediator that is not to be shared by the mediator with the other Participants unless the authoring Participant consents.  Such Non-Exchanged Mediation Statements may only be submitted to the mediator if the Participant has in fact produced a Mediation Statement that was exchanged with the other Participants.

8. The Court shall retain jurisdiction to resolve any procedural disputes among the Participants that are not able to be resolved by the mediator.

###