**SO ORDERED: September 21, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING**
**MOTION TO SHORTEN AND LIMIT NOTICE ON MOTION FOR ORDER**
**APPROVING OFFICE AGREEMENT BY AND BETWEEN**
**TRUSTEE AND REGUS MANAGEMENT GROUP, LLC**

This Court has considered the *Motion To Shorten And Limit Notice On Motion For Order Approving Office Agreement By And Between Trustee And Regus Management Group, LLC* ("Motion") filed by James A. Knauer, as chapter 11 trustee ("Trustee") for Eastern Livestock Co., LLC ("Debtor") on September 19, 2012 (Docket No. 1432). The Motion requests entry of an order setting an expedited hearing on the Office Agreement Motion[1] and shortening and limiting notice thereon. By the Office Agreement Motion, the Trustee requests

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

entry of an Order authorizing the Trustee to enter into an agreement with Regus for the rental of certain office space located in Louisville, Kentucky.   The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) the circumstances justify a hearing on shortened and limited notice; and (v) good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Office Agreement Motion is hereby set for telephonic hearing on September 26, 2012 at 11:45 a.m. EDT.

3.      Interested parties may participate in the hearing on the Office Agreement Motion by dialing 1-888-399-7768.  The participation code is 586676#.

4.      Any objections to the relief requested in the Office Agreement Motion must be filed no later than 11:00 a.m. EDT on September 26, 2012.

5.      Copies of this Order shall be served via the Court's ecf system, which notice shall be good and sufficient notice of the hearing on the Office Agreement Motion.

### ###