## Notice Recipients

District/Off: 0756–4         User: edixon              Date Created: 9/21/2012
Case: 10–93904–BHL–11        Form ID: pdfOrder         Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Dustin R. DeNeal        dustin.deneal@faegrebd.com

TOTAL: 1