SO ORDERED: September 21, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING**
**MOTION TO SHORTEN AND LIMIT NOTICE ON MOTION FOR ORDER**
**APPROVING STORAGE AND SERVICE AGREEMENT BY AND BETWEEN**
**TRUSTEE AND THE DATA VAULT**

This Court has considered the *Motion To Shorten And Limit Notice On Motion For Order Approving Storage And Service Agreement By And Between Trustee And The Data Vault* ("Motion") filed by James A. Knauer, as chapter 11 trustee ("Trustee") for Eastern Livestock Co., LLC on September 19, 2012 (Docket No. 1433). The Motion requests entry of an order setting an expedited hearing on the Storage Agreement Motion[1] and shortening and limiting notice thereon. By the Storage Agreement Motion, the Trustee requests entry of an Order

---
[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

authorizing the Trustee to (i) enter into an agreement with The Data Vault for the storage of excess books and records and (ii) destroy books and records that are either duplicative or were created more than seven years ago..   The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) the circumstances warrant a hearing on shortened and limited notice and (v) good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Storage Agreement Motion is hereby set for hearing on September 26, 2012 at 11:45 a.m. EDT.

3. Interested parties may participate in the hearing on the Storage Agreement Motion by dialing 1-888-399-7768.  The participation code is 586676#.

4. Any objections to the relief requested in the Storage Agreement Motion must be filed no later than 11:00 a.m. EDT on September 26, 2012.

5. Copies of this Order shall be served via the Court's ecf system, which notice shall be good and sufficient notice of the hearing on the Storage Agreement Motion.

###