SO ORDERED: September 24, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY**
**ROBERT M. FISHMAN AS MEDIATOR**

This matter came before the Court upon the *Application To Employ Robert M. Fishman As Mediator* (Docket No. 1437) ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"). The Court, after considering the Application and the Verified Statement of Robert M. Fishman Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) in Support of Application of the Trustee, and being duly advised in the premises, now finds that Robert M. Fishman (the "Mediator") and Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") have no interests adverse to the estate, are "disinterested persons"

as defined by 11 U.S.C. § 101(14), and that granting the relief requested by the Application is in the best interests of the estate. It is therefore,

ORDERED that the Application is hereby GRANTED, and the Trustee is hereby authorized to 1) employ the Mediator to mediate the reasonableness of the proposed settlement with Fifth Third Bank as set forth in the Plan and related issues and 2) pay the Mediator's fees from assets of the estate, all pursuant to the terms and conditions outlined on <u>Exhibit A</u> to the Application.

###