# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11                **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 26, 2012 11:45 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## *Matters:*

1) Telephonic Hearing Re:   Motion For Order Approving Office Agreement By And Between Trustee And Regus Management Group, LLC filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [1430]
   **R / M #:**   0 / 0

2) Telephonic Hearing Re:   Motion For Order Approving Storage And Service Agreement By And Between Trustee And The Data Vault filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer  [1431]
   **R / M #:**   0 / 0

## *Appearances:*

DUSTIN R. DENEAL, ATTORNEY FOR JAMES A. KNAUER
AMELIA MARTIN ADAMS, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, MOSELEY CATTLE AUCTION, LLC

## *Proceedings:*

*Disposition:  Telephone Conference held.
(1 and 2)  Motion Granted.  Ordersr to be entered.


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**