SO ORDERED: September 28, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER APPROVING OFFICE AGREEMENT BY AND BETWEEN TRUSTEE AND REGUS MANAGEMENT GROUP, LLC**

This matter is before the Court on the Motion for Order Approving Office Agreement By and Between Trustee and Regus Management Group, LLC [Docket No. 1430] (the "Motion") filed by James A. Knauer, chapter 11 trustee ("Trustee") in the above-captioned case ("Chapter 11 Case"); the Trustee having given due and proper notice of the Motion; the Court having heard from all interested parties; the Court having reviewed the Motion, and the Court having jurisdiction over this core proceeding and being fully advised in the premises, the Court finds that the relief requested is appropriate under the circumstances; and

IT IS HEREBY ORDERED that:

1. The Trustee's Motion is granted.

    2.    The Agreement[1] is approved and the Trustee is authorized to enter into and perform the Agreement according to its terms.

###

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.