# EXHIBIT A

PREFERENCE ANALYSIS - Northwest Alabama Livestock Auction

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  | After 11/01/10 |  | $136,675.59 | $136,675.59 |
|  |  |  |  | $136,675.59 | $136,675.59 |

EXHIBIT A TO Northest Alabama Livestock Auction