# EXHIBIT A

PREFERENCE ANALYSIS - Grove Livestock Sales, Inc.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| Banchg | 08/30/10 | 09/07/10 | 09/07/10 | $55,713.73 | $55,713.73 |
|  |  |  |  | $55,713.73 | $55,713.73 |

EXHIBIT A TO Grove Livestock Sales, Inc.