# EXHIBIT A

## PREFERENCE ANALYSIS - B and B Land and Livestock

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|-----------|---------------|------------|------------|-------------|-----------------------|
|           |               | 11/04/10   |            | $227,965.86 | $227,965.86           |
|           |               |            |            | $227,965.86 | $227,965.86           |

EXHIBIT A TO B and B Land and Livestock