# EXHIBIT A

PREFERENCE ANALYSIS - South Coffeyville Stockyards

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| Banchg | 10/18/10 | 10/25/10 | 10/25/10 | $56,311.11 | $56,311.11 |
| | | | | $56,311.11 | $56,311.11 |