# EXHIBIT A

PREFERENCE ANALYSIS - Kent Christenson

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F33375 | Expense | 09/16/10 | 09/23/10 | $25,573.87 | $25,573.87 |
| F33977 | Expense | 10/14/10 | 10/20/10 | $29,423.67 | $29,423.67 |
|  |  |  |  | $54,997.54 | $54,997.54 |