Transmittal - Rev 5/15/2012

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

| | | |
|---|---|---|
| In re:<br>Eastern Livestock Co., LLC<br><br>Debtor(s). | ) ) ) ) ) | Case No. 10-93904-BHL-11 |
| In re:<br><br><br>Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No.<br>(if applicable) |
| In re:<br>Superior Livestock Auction, Inc.<br><br>Appellant(s),<br>vs.<br>James A. Knauer, Chapter 11 Trustee<br><br>Appellee(s). | ) ) ) ) ) ) ) ) ) ) ) | District Case No.<br>(if known) |

**TRANSMITTAL/SUPPLEMENTAL TRANSMITTAL OF NOTICE OF APPEAL
TO UNITED STATES DISTRICT COURT**

The undersigned Clerk of the U.S. Bankruptcy Court for the Southern District of Indiana hereby transmits to the Clerk of the U.S. District Court for the Southern District of Indiana:

- ☐ Withdrawal of Reference
- ☐ Motion for Stay Pending Appeal
- ☐ Motion for Leave to Appeal
- ☒ Notice of Appeal with caption page
- ☒ Designation(s)
- ☐ Other:

☐ Complete designation(s) (has/have) not been filed in this matter.

If this case was not previously given a District Court case number, one can be assigned at this time.

    Kevin P. Dempsey, Clerk
    U.S. Bankruptcy Court