UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEAL

Superior Livestock Auction, Inc., a creditor in the above-captioned proceeding, by counsel, and pursuant to 28 U.S.C. § 158(a)(1), hereby appeals from the following judgment, order or decree entered in this main bankruptcy case, Case No. 10-93904-BHL-11, on August 31, 2012:

    Doc. No. 1388    ORDER DENYING MOTIONS TO REMOVE TRUSTEE

The names of all parties to the Order appealed and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTIES | COUNSEL |
|---|---|
| Appellant | |
| Superior Livestock Auction, Inc. | John W. Ames |
| | C.R. Bowles, Jr. |
| | Ivana B. Shallcross |
| | BINGHAM GREENEBAUM DOLL LLP |
| | 3500 National City Tower |
| | 101 S. 5th Street |
| | Louisville, KY 40202 |
| | Phone: (502) 589-4200 |
| | Facsimile: (502) 589-4200 |
| | E-mail: james@bgdlegal.com |
| | cbowles@bgdlegal.com |
| | ishallcross@bgdlegal.com |

|  |  |
|---|---|
|  | **AND** |
|  | Elliott D. Levin |
|  | John M. Rogers |
|  | Christopher M. Trapp |
|  | RUBIN & LEVIN, P.C. |
|  | 342 Massachusetts Avenue |
|  | Indianapolis, IN 46204 |
|  | Phone: (317) 634-0300 |
|  | Facsimile: (317) 453-8601 |
|  | E-mail: edl@rubin-levin.net |
|  | Johnr@rubin-levin.net |
|  | ctrapp@rubin-levin.net |
| <u>Appellee</u> |  |
| James A. Knauer, Chapter 11 Trustee | James M. Carr |
|  | Kevin M. Toner |
|  | Terry E. Hall |
|  | Dustin R. DeNeal |
|  | 300 N. Meridian Street, Suite 2700 |
|  | FAEGRE BAKER DANIELS LLP |
|  | Indianapolis, IN 46204 |
|  | Phone: (317) 237-0300 |
|  | Facsimile (317) 237-1000 |
|  | E-mail: jim.carr@faegrebd.com |
|  | Kevin.toner@faegrebd.com |
|  | Terry.hall@faegrebd.com |
|  | Dustin.deneal@faegrebd.com |
|  | Wendy W. Ponader |
|  | 600 E. 96th Street, Suite 600 |
|  | FAEGRE BAKER DANIELS LLP |
|  | Indianapolis, IN 46240 |
|  | Phone: (317) 569-9600 |
|  | Facsimile: (317) 569-4800 |
|  | E-mail: wendy.ponader@faegrebd.com |
|  | **AND** |
|  | John David Hoover |
|  | Sean T. White |
|  | HOOVER HULL LLP |
|  | 111 Monument Circle |

|  |  |
|---|---|
|  | Indianapolis, IN 46244<br>Phone: (317) 822-4400<br>Facsimile: (317) 822-0234<br>E-mail: jdhoover@hooverhull.com<br>Swhite@hooverhull.com |
| <u>Other Parties</u> |  |
| Bluegrass Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards East, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Moseley Cattle Auction, LLC, East Tennessee Livestock Center, Inc., | Laura Day DelCotto<br>Amelia Martin Adams<br>DELCOTTO LAW GROUP PLLC<br>200 North Upper Street<br>Lexington, KY 40507<br>Phone:  859-231-5800<br>Fax : 859-281-1179<br>Email: ldelcotto@dlgfirm.com<br>aadams@dlgfirm.com |
| The First Bank and Trust Company | Daniel J. Donnellon, pro hac vice<br>Stephen A. Weigand, pro hac vice<br>FARUKI IRELAND & COX P.L.L.<br>201 East Fifth Street, Suite 1420<br>Cincinnati, OH 45202<br>Telephone: (513) 632-0300<br>Fascimile: (513) 632-0319<br>Email: ddonnellon@ficlaw.com<br>sweigand@ficlaw.com |

Respectfully submitted,


By:  /s/ John M. Rogers
John M. Rogers, Atty. No. 6182-49
Christopher M. Trapp, Atty. No. 27367-53
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue
Indianapolis, IN 46204
(317) 634-0300; FAX (317) 453-8601
johnr@rubin-levin.net

**ONE OF COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system:

| | |
|---|---|
| David L. Abt | davidabt@mwt.net |
| John W Ames | jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com |
| T. Kent Barber | kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| C. R. Bowles | crb@gdm.com, shm@gdm.com;lgw@gdm.com |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| James M. Carr | james.carr@bakerd.com, patricia.moffit@bakerd.com |
| John R. Carr | jrciii@acs-law.com, sfinnerty@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com, lharves@daleeke.com;mthomas@daleeke.com |
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Jesse Cook-Dubin | jcookdubin@vorys.com, vdarmstrong@vorys.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com |
| Dustin R. DeNeal | dustin.deneal@bakerd.com, patricia.moffit@bakerd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com, knorwick@ficlaw.com |
| Robert Hughes Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com, smattingly@dsf-atty.com |

| | |
|---|---|
| Terry E. Hall | terry.hall@bakerd.com, sharon.korn@bakerd.com |
| John Huffaker | john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Todd J. Johnston | tjohnston@mcjllp.com |
| Edward M King | tking@fbtlaw.com, dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com, hns@kgrlaw.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | rdlatour@vorys.com, khedwards@vorys.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| William Robert Meyer | rmeyer@stites.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Matthew J. Ochs | matt.ochs@moyewhite.com, kim.maynes@moyewhite.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Jeffrey E. Ramsey | jramsey@hopperblackwell.com, mhaught@hopperblackwell.com |
| Mark A. Robinson | mrobinson@vhrlaw.com, dalbers@vhrlaw.com |
| Jeremy S Rogers | Jeremy.Rogers@dinslaw.com, joyce.jenkins@dinslaw.com |
| Ivana B. Shallcross | ibs@gdm.com |
| Robert K Stanley | robert.stanley@bakerd.com |
| Meredith R. Thomas | mthomas@daleeke.com, kmark@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov |
| Jessica E. Yates | jyates@swlaw.com, edufficy@swlaw.com |
| James T. Young | james@rubin-levin.net, ATTY_JTY@trustesolutions.com;kim@rubin-levin.net;lemerson@rubin-levin.n |

   I further certify that on September 7, 2012 a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

National Cattlemen's Beef Association
 c/o Alice Devine
 6031 SW 37th St.
 Topeka, KA 66610

            <u>/s/ John M. Rogers</u>
            John M. Rogers

F:\WP80\GENLIT\Farm Credit West-Eastern Livestock-85021201\Pleadings\Notice of Appeal.wpd

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**CAPTION PAGE FOR APPEAL
FROM U.S. BANKRUPTCY COURT TO U.S. DISTRICT COURT[1]
(BANKRUPTCY CASE)**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )     CASE NO. 10-93904-BHL-11 |
| | ) |
|                 Debtor. | ) |

**ATTORNEYS FOR APPELLANT:**

John W. Ames
C.R. Bowles, Jr.
Ivana B. Shallcross
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 S. 5th Street
Louisville, KY 40202
Phone: (502) 589-4200
Facsimile: (502) 540-2130
E-mail: james@bgdlegal.com
cbowles@bgdlegal.com
ishallcross@bgdlegal.com

Elliott D. Levin
John M. Rogers
Christopher M. Trapp
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue, Suite 500
Indianapolis, IN 46204
Phone: (317) 634-0300
Facsimile: (317) 453-8601
E-mail: edl@rubin-levin.net
Johnr@rubin-levin.net
ctrapp@rubin-levin.net

---

[1] This caption page shall not operate as a waiver of Appellant's right to seek certification of direct appeal to the United States Court of Appeals for the Seventh Circuit in accordance with 28 U.S.C. § 158(d)(2) within the time limits proscribed by § 158(d)(2)(E).

**ATTORNEYS FOR APPELLEE:**

James M. Carr
Kevin M. Toner
Terry E. Hall
Dustin R. DeNeal
300 N. Meridian Street, Suite 2700
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46204
Phone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: jim.carr@faegrebd.com
Kevin.toner@faegrebd.com
Terry.hall@faegrebd.com
Dustin.deneal@faegrebd.com

Wendy W. Ponader
600 E. 96th Street, Suite 600
FAEGRE BAKER DANIELS LLP
Indianapolis, IN 46240
Phone: (317) 569-9600
Facsimile: (317) 569-4800
E-mail: wendy.ponader@faegrebd.com

John David Hoover
Sean T. White
HOOVER HULL LLP
111 Monument Circle
Indianapolis, IN 46244
Phone: (317) 822-4400
Facsimile: (317) 822-0234
E-mail: jdhoover@hooverhull.com
Swhite@hooverhull.com