UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **NOTICE OF WITHDRAWAL OF THE** |
| | : | **FIRST BANK AND TRUST** |
| | | **COMPANY'S MOTION TO REMOVE** |
| | : | **PUBLICLY FILED DOCUMENTS** |
| | | **FROM STRICTURES OF ORDER** |
| | : | **GRANTING MOTION FOR ENTRY** |
| | | **OF STIPULATED** |
| | : | **CONFIDENTIALITY AGREEMENT** |
| | : | |

_____

The First Bank and Trust Company ("First Bank") withdraws its Motion to Remove Publicly Filed Documents from Strictures of Order Granting Motion for Entry of Stipulated Confidentiality Agreement [Doc. No. 1165] filed on June 5, 2012.

Following this Court's Orders of June 11 [Doc. No. 1186] and June 20, 2012 [Doc. No. 1199], First Bank and Fifth Third Bank ("Fifth Third") successfully resolved the issues that were addressed at the August 15, 2012 mediation with Chief Judge Joan A. Lloyd. As a result, First Bank and Fifth Third will be withdrawing (1) First Bank's Motion to Remove Publicly Filed Documents from Strictures of Order Granting Motion for Entry of Stipulated Confidentiality Agreement [Doc. No. 1165] (as indicated by this Notice); (2) Fifth Third's Motion for Contempt [Doc. No. 1171]; (3) Fifth Third Bank's Motion to Seal Appendices to Fifth Third Bank's Motion for Contempt [Doc. No. 1173]; and (4) the Objection of The First

Bank and Trust Company to Fifth Third Bank's Motion to Seal Appendices to Fifth Third Bank's Motion for Contempt [Doc. No. 1184].

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email: ddonnellon@ficlaw.com
         sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

# CERTIFICATE OF SERVICE

I certify that on the 8th day of October, 2012, I electronically filed the foregoing Notice of Withdrawal of The First Bank and Trust Company's Motion to Remove Publicly Filed Documents from Strictures of Order Granting Motion for Entry of Stipulated Confidentiality Agreement with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

David L. Abt
davidabt@mwt.net

John Frederick Massouh
john.massouh@sprouselaw.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

C.R. Bowles, Jr
crb@gdm.com

John W. Ames
jwa@gdm.com

John M. Thompson
john.thompson@crowedunlevy.com

James A. Knauer
jak@kgrlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Jessica E. Yates
jyates@swlaw.com

John Hunt Lovell
john@lovell-law.net

Kim Martin Lewis
kim.lewis@dinslaw.com

Matthew J. Ochs
matt.ochs@moyewhite.com

Mark A. Robinson
mrobinson@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Jeffrey R Erler
jeffe@bellnunnally.com

Ivana B. Shallcross
ibs@gdm.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Edward M King
tking@fbtlaw.com

Deborah Caruso
decaruso@daleek.com

T. Kent Barber
kbarber@dlgfirm.com

Randall D. LaTour
rdlatour@vorys.com

Meredith R. Thomas
mthomas@daleeke.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Bret S. Clement
bclement@acs-law.com

William Robert Meyer, II
rmeyer@stites.com

Walter Scott Newbern
wsnewbern@msn.com

John R. Carr, III
jrciii@acs-law.com

Christie A. Moore
cm@gdm.com

Kirk Crutcher
kcrutcher@mcs-law.com

James M. Carr
jim.carr@bakerd.com

Allen Morris
amorris@stites.com

Todd J. Johnston
tjohnston@mcjllp.com

Robert K. Stanley
robert.stanley@bakerd.com

James Bryan Johnston
bjtexas59@hotmail.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Terry E. Hall
terry.hall@bakerd.com

James T. Young
james@rubin-levin.net

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Dustin R. DeNeal
dustin.deneal@bakerd.com

David L. LeBas
dlebas@namanhowell.com

Karen L. Lobring
lobring@msn.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Lisa Kock Bryant
courtmail@fbhlaw.net

Elliott D. Levin
robin@rubin-levin.net
edl@trustesoultions.com

John M. Rogers
johnr@rubin-levin.net

Jeremy S. Rogers
Jeremy.rogers@dinslaw.com

John David Hoover
jdhoover@hovverhull.com

Sean T. White
swhite@hooverhull.com

Robert H. Foree
robertforee@bellsouth.net

Sarah Stites Fanzini
sfanzini@hopperblackwell.com

Michael W. McClain
mike@kentuckytrial.com

William E. Smith
wsmith@k-glaw.com

Susan K. Roberts
skr@stuartlaw.com

James Edwin McGhee
mcghee@derbycitylaw.com

Thomas C. Scherer
tscherer@binghammchale.com

David A. Laird
david.laird@moyewhite.com

Jerald I. Ancel
jancel@taftlaw.com

Jeffrey J. Graham
jgraham@taftlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Christopher E. Baker
cbaker@hklawfirm.com

David Alan Domina
dad@dominalaw.com

Kent A Britt
kabritt@vorys.com

Joshua N. Stine
jnstine@vorys.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jeffrey L. Hunter
jeff.hunter@usdoj.gov

Amelia Martin Adams
aadams@gldfirm.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Jason W. Cottrell
jwc@stuartlaw.com

Robert A. Bell
rabell@vorys.com

Andrea L. Wasson
andreawassonatty@gmail.com

Anthony G. Raluy
traluy@fbhlaw.net

Harmony A. Mappes
Harmony.mappes@faegrebd.com

James B. Lind
jblind@vorys.com

James E. Rossow, Jr.
jim@rubin-levin.net

Jeffrey R. Erler
jeffe@bellnunnally.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Kevin M. Toner
Kevin.toner@faegrebd.com

Kim Martin Lewis
Kim.lewis@dinslaw.com

Melissa S. Giberson
msgiverson@vorys.com

John Huffaker
John.huffaker@sprouselaw.com

Shawna M. Eikenberry
Shawna.eikenberry@faegrebd.com

Wendy W. Ponader
Wendy.ponader@faegrebd.com

W. Wesley Harned
wharned@dlgfirm.com

Joshua E. Clubb
joshclubb@gmail.com


        /s/ Stephen A. Weigand
        Stephen A. Weigand

658600.1

4