UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | : | Case No.: 10-93904-BHL-11 |
| Debtor. | : | Judge Basil H. Lorch, III |

# FIFTH THIRD BANK'S NOTICE OF WITHDRAWAL OF MOTION FOR CONTEMPT AND APPENDICES

Fifth Third Bank hereby withdraws its Motion for Contempt [Doc. 1171], filed on June 6, 2012, and the appendices thereto, tendered to the Court on June 7, 2012.

Respectfully submitted,

/s/ Eric W. Richardson
Eric W. Richardson (*admitted pro hac vice*)
Kent A. Britt (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
Facsimile:  (513) 723-4056
Email: ewrichardson@vorys.com
        kabritt@vorys.com

Randall D. LaTour (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Email: rdlatour@vorys.com

*Attorneys for Fifth Third Bank*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2012, a copy of the foregoing Motion was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List.

                                    /s/ Eric W. Richardson_____
                                    Eric W. Richardson