UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | : | Case No.: 10-93904-BHL-11 |
| Debtor. | : | Judge Basil H. Lorch, III |

**FIFTH THIRD BANK'S NOTICE OF WITHDRAWAL OF MOTION TO SEAL APPENDICES TO FIFTH THIRD BANK'S MOTION FOR CONTEMPT**

As Fifth Third Bank ("Fifth Third") has withdrawn the appendices to its motion for contempt [*see* Doc. 1459 (withdrawing Fifth Third's Motion for Contempt and the appendices thereto)], its Motion to Seal Appendices to Fifth Third Bank's Motion for Contempt ("Motion to Seal") [Doc. 1173], filed on June 7, 2012, is moot. Accordingly, Fifth Third hereby withdraws its Motion to Seal. Notwithstanding this withdrawal, Fifth Third maintains that the appendices to its Motion for Contempt contain Confidential Material, and reserves its right to assert the confidentiality of that information at a later date.

Respectfully submitted,

/s/ Eric W. Richardson
Eric W. Richardson (*admitted pro hac vice*)
Kent A. Britt (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
Email: ewrichardson@vorys.com
          kabritt@vorys.com

-2-

> Randall D. LaTour (*admitted pro hac vice*)
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street
> Columbus, OH 43216
> Telephone: (614) 464-8290
> Facsimile: (614) 719-4821
> Email: rdlatour@vorys.com
>
> *Attorneys for Fifth Third Bank*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2012, a copy of the foregoing Motion was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List.

> /s/ Eric W. Richardson_____
> Eric W. Richardson