Transmittal - Rev 5/15/2012

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

| | |
|---|---|
| In re:<br><br>Eastern Livestock Co., LLC<br><br>Debtor(s). | Case No. 10-93904-BHL-11 |
| In re:<br><br>Plaintiff(s),<br>vs.<br><br>Defendant(s). | Adv. Proc. No.<br>(if applicable) |
| In re:<br><br>Superior Livestock Auction, Inc.<br>Appellant(s),<br>vs.<br><br>James A. Knauer, Chapter 11 Trustee<br>Appellee(s). | District Case No. 12-cv-00120-TWP-WGH<br>(if known) |

## TRANSMITTAL/SUPPLEMENTAL TRANSMITTAL OF NOTICE OF APPEAL
## TO UNITED STATES DISTRICT COURT

The undersigned Clerk of the U.S. Bankruptcy Court for the Southern District of Indiana hereby transmits to the Clerk of the U.S. District Court for the Southern District of Indiana:

- ☐ Withdrawal of Reference
- ☐ Motion for Stay Pending Appeal
- ☐ Motion for Leave to Appeal
- ☐ Notice of Appeal with caption page
- ☐ Designation(s)
- ☒ Other: Additional Items for Inclusion in Record on Appeal (Doc #1457)

Transmittal - Rev 5/15/2012

☐   Complete designation(s) (has/have) not been filed in this matter.

If this case was not previously given a District Court case number, one can be assigned at this time.

Kevin P. Dempsey, Clerk
U.S. Bankruptcy Court