# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: edixon | Date Created: 10/12/2012 |
| Case: 10–93904–BHL–11 | Form ID: SF03001 | Total: 17 |

**Recipients of Notice of Electronic Filing:**
tr          James A. Knauer          jak@kgrlaw.com
aty         Dustin R. DeNeal          dustin.deneal@faegrebd.com
aty         Harmony A Mappes          harmony.mappes@faegrebd.com
aty         James A. Knauer          jak@kgrlaw.com
aty         James M. Carr          jim.carr@faegrebd.com
aty         Jay P. Kennedy          jpk@kgrlaw.com
aty         Jennifer Watt          jwatt@kgrlaw.com
aty         John David Hoover          jdhoover@hooverhull.com
aty         Kevin M. Toner          kevin.toner@faegrebd.com
aty         Robert K Stanley          robert.stanley@FaegreBD.com
aty         Sean T. White          swhite@hooverhull.com
aty         Shawna M Eikenberry          shawna.eikenberry@faegrebd.com
aty         Terry E. Hall          terry.hall@faegrebd.com
aty         Wendy W Ponader          wendy.ponader@faegrebd.com

                                                                                           TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
adb          Eastern Livestock Co., LLC          135 W. Market Street          New Albany, IN 47150
11795409     ASM Capital, L.P.          7600 Jericho Turnpike, Suite 302          Woodbury, NY 11797
10483098     JJLivestock Trucking          PO Box 202          Darrouzett, TX 79024

                                                                                           TOTAL: 3