## U.S. Trustee Basic Monthly Operating Report

Case Name: Eastern Livestock Co., LLC  
Date Filed: December 6, 2010

Case Number: 10-93904, Southern District of Indiana  
SIC Code: 5154

Month (or portion) covered by this report: August, 2012

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_/s/ James Knauer_      10/11/12  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC  
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

### QUESTIONNAIRE:

| # | Question | YES | NO |
|---|---|---|---|
| 1 | IS THE BUSINESS STILL OPERATING? | | ✓ |
| 2 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 5 | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 6 | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9 | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 12 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ✓ | |

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | December 6, 2010 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |

**Month (or portion) covered by this report:** August, 2012

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

### TAXES

| | YES | NO |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | | ✓ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $693

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** $175,453

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** -$174,760

Page 2 of 4

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | December 6, 2010 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |
| | **Month (or portion) covered by this report:** | | August, 2012 |

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $36,499,536

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4 |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $3,095,201 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $341,000 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $6,651,000 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 341,000 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $6,651,000 |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC    **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana    **SIC Code:** 5154

**Month (or portion) covered by this report:** August, 2012

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## ------- NOT APPLICABLE -------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH  (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
 (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
August, 2012 Monthly Operating Report
For the Period August 1, 2012 - August 31, 2012
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 8/3/2012 | Checking | DEP | Mayfield Insurance | Premium Refund | Insurance Expense | 168.00 |
| 8/9/2012 | Checking | DEP | Concho Valley Community Supervision | Restitution | Misc Income | 525.27 |
| | Sub-Total; Receipts - Checking | | | | | 693.27 |
| | Escrow | | (none) | | | |
| | Sub-Total; Receipts - Escrow | | | | | - |
| | Segregated | | (none) | | | - |
| | Sub-Total; Receipts - Segregated | | | | | - |
| | **Total Cash Receipts** | | | | | 693.27 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
August, 2012 Monthly Operating Report
For the Period August 1, 2012 - August 31, 2012
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 8/3/12 | Checking | Debit | ADP | | Office Expense | (157.77) |
| 8/6/12 | Checking | Wire Trsf | ADP | | Payroll Expense | (9,765.00) |
| 8/6/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 8/10/12 | Checking | Debit | ADP | | Office Expense | (47.15) |
| 8/10/12 | Checking | 1468 | Katz, Sapper, & Miller | | Accountant Fees | (6,925.00) |
| 8/17/12 | Checking | Wire Trsf | ADP | | Payroll Expense | (9,920.54) |
| 8/17/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 8/17/12 | Checking | Debit | ADP | | Office Expense | (157.77) |
| 8/24/12 | Checking | Debit | ADP | | Office Expense | (181.28) |
| 8/31/12 | Checking | Debit | ADP | | Office Expense | (15.68) |
| | Sub-Total; Disbursements - Checking | | | | | (27,220.19) |
| 8/29/12 | Escrow | 1001 | Faegre Baker Daniels | | Florida Creditors Settlement | (148,233.29) |
| | Sub-Total; Disbursements - Escrow | | | | | (148,233.29) |
| | Segregated | | (none) | | | - |
| | Sub-Total; Disbursements - Segregated | | | | | - |
| | **Total Cash Disbursements** | | | | | (175,453.48) |
| | | | | | | - |
| | **Cash Flow - Positive/(Negative)** | | | | | (174,760.21) |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Monthly Operating Report for August, 2012
August 1, 2012 – August 31, 2012
**Comments/Disclaimer**

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

August's report includes a disbursement to Faegre Baker Daniels for $148K pursuant to the Florida Creditors Settlement Order. This settlement also provides a payment to the Debtor of approximately $100,000 that was received in September 2012.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of August 31, 2012

| Customer | Balance at August 31, 2012 |
|---|---:|
| .J T NUCKOLS | 355,605 |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| ANDY LOLLEY | 36,086 |
| ATKINSON LIVESTOCK MARK | 2,577,880 |
| BACA COUNTY FEED YARD | 53,604 |
| BEEF MARKETING GROUP CO | 1,131,372 |
| BEN DELWORTH | 1,913 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 11,627 |
| BILL EBERLE | 273,202 |
| BOB FOOTE | 1,671,097 |
| BRANDON JONES | 73,616 |
| BRANDON MAGGARD | 21,440 |
| BUD HEINE | 165,669 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 494,243 |
| CACTUS FEEDERS, INC. | 3,275,005 |
| CHAD BAKER | 56,200 |
| CHAD HOUCK (FLYING M RANCH) | 23,526 |
| CHAD SCHUCHMANN | 29,228 |
| CHARLES ANDERSON | 84,302 |
| CHARLES W. ANDERSON | 753,039 |
| CLARK CHRISTENSEN | 93,796 |
| CLAY J. CARTER | 69,143 |
| COLTON DOWNEY | 471 |
| COREY KAY/STARTER YARD | 133,575 |
| DAVID HILBERT | 131,387 |
| DAVID PETERSON | 62,408 |
| DEMAIO FARM & RANCH | 298,842 |
| DEMAIO FARMS | 54,662 |
| DENNIS JONES | 617 |
| DOUG KRANTZ | 103,726 |
| DUSTY SPRESSOR | 23,968 |
| E 4 CATTLE CO | 156,694 |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 2,742,019 |
| FAITH CATTLE CO. (CHAD HOUCK) | 123,480 |
| FIVE RIVERS (CIMARRON FEEDERS, INC.) | 318,756 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of August 31, 2012

| Customer | Balance at August 31, 2012 |
| --- | ---: |
| FIVE RIVERS (GILCREST) | 520,888 |
| FIVE RIVERS (KUNER) | 514,231 |
| FIVE RIVERS (MALTA) | 212,697 |
| FIVE RIVERS (XIT FEEDERS) | 209,908 |
| FIVE RIVERS (YUMA) | 2,488,394 |
| FLOYD REEVES | 288 |
| FRANCIS J. MADISON | 66,216 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 2,559,358 |
| FRONTERA FEEDYARD | 147,211 |
| GANADO, INC | 227,966 |
| GARY CARTER | 66,995 |
| GARY LAIB | 104,917 |
| GARY SEALS | 363,019 |
| GIBSON FARMS, L.L.C. | 47,166 |
| GLOVER FARMS | 228,922 |
| H H H CATTLE CO | 3,374 |
| HERITAGE FEEDERS | 626,745 |
| HIGH PLAINS FEEDLOT | 10,308 |
| HOHENBERGER CATTLE | 568,973 |
| J & S FEEDLOTS INC. | 59,613 |
| J BAR H CATTLE | 52,935 |
| JACOB LARSON | 14,548 |
| JAMES ED EDENS & LEE ED | 57,274 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEFFREY MADISON | 50,596 |
| JEREMY COFFEY | 6,531 |
| JERRY SHELTON | 135,908 |
| JERRY THOMPSON | 348,955 |
| JIM ROY WELLS CATTLE | 1,513 |
| JIM WOODS | 47,844 |
| JOE SCHMUCKER | 15,535 |
| JOE THOMPSON | 79,551 |
| JOHN ROSS | 116,982 |
| JVCO, LLC | 181,882 |
| KELLY HOSTETLER | 1,950 |
| KENNY OGDEN | 521,839 |
| KEVIN SMITH | 155,034 |
| KIRKLAND FEEDYARDS INC. | 8,857 |
| LEROY SAYLOR | 135,927 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of August 31, 2012

| Customer | Balance at August 31, 2012 |
|---|---:|
| LHL PARTNERSHIP | 280,868 |
| M.Y.C. | 220,715 |
| MARK FREEMAN | 93,491 |
| MARK FREEMAN IV | 9,306 |
| MATT ELLER | 177,286 |
| MATTHEW CATES | 23,037 |
| MIKE MASSEY | 935,652 |
| MULL FARMS & FEEDING | 102,692 |
| NU TECHNOLOGIES | 543,149 |
| OAKLAKE CATTLE COMPANY | 132,102 |
| PAT PADILLA | 16,733 |
| PENNER CATTLE | 60,402 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| RALPH HOODENPYLE | 4,556 |
| RICK BEARD | 121,892 |
| ROBERT NICHOLS | 2,579,314 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| ROYAL BEEF | 432,290 |
| RUSH CREEK RANCH | 178,233 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE /ROYCE STALLCUP(CHAD HOUCK) | 18,789 |
| SAM FOUSEK | 117,030 |
| SCOTT GIBSON | (4,982) |
| SCOTT WEEKS | 25,120 |
| SEALY AND SON | 3,353 |
| STEPHEN DILKS | 129,553 |
| STEVE FLETCHER | 242,440 |
| SUPREME CATTLE FEEDERS | 1,158,887 |
| TERRY BABER | 66,215 |
| TIM COOK | 740 |
| TODD ROSENBAUM | 207,216 |
| TOM HERRMANN | 23,027 |
| TRAVIS DICKE | 293,217 |
| TRIANGLE CALF GROWERS (KIRKLAND FEEDERS)(ED EDENS) | 17,828 |
| WILLIAM BUSH | 205,521 |
| WILLIAMS FARM | 66,208 |
| WILLIE DOWNS LIVESTOCK | 8,360 |
| WILLIE DOWNS LIVESTOCK INC | 6,428 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of August 31, 2012

| Customer | Balance at August 31, 2012 |
|---|---|
| WINTER LIVESTOCK | 64,467 |
| **Grand Total** | **36,499,536** |

Note: These balances have been restated to exclude unsupported transactions and invoices for which customer remittances were diverted by the debtor's employees.

Note 2: These balances are based on the debtor's books and records; balances are subject to change as accounts are researched.

Note 3: There is uncertainty as to the collectability of the receivables and as to whether the debtor is entitled to the proceeds.

Case 10-93904-BHL-11   Doc 1463   Filed 10/11/12   EOD 10/11/12 15:03:47   Pg 11 of 16

*J.P. Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ▮
For the Period 8/1/12 to 8/31/12

### J.P. Morgan Team

| | |
|---|---|
| Jaimie Shrieve | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

00000822 DPB 034 161 24512 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

## Chase BusinessClassic   (CHECKING)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 7,124,396.65 |
| Deposits & Credits | 2 | 693.27 |
| Checks Paid | 14 | (36,407.89) |
| Payments & Transfers | 7 | (20,245.19) |
| Fees, Charges & Other Withdrawals | 2 | (50.00) |
| Ending Balance | 25 | $7,068,386.84 |



RECEIVED SEP 10 2012

J.P.Morgan

Page 1 of 6

*J.P. Morgan*

**Primary Account:**
For the Period 8/1/12 to 8/31/12

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 08/03 | Deposit | 168.00 |
| 08/09 | Deposit  988984713 | 525.27 |
| **Total Deposits & Credits** | | **$693.27** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1468 | 08/14 | 6,925.00 | 1585 | 08/06 | 25.02 | 1590 | 08/08 | 7,500.00 |
| 1581 | 08/08 | 25.90 | 1586 | 08/06 | 37.53 | 1591 | 08/07 | 1,625.00 |
| 1582 | 08/08 | 1,109.52 | 1587 | 08/06 | 2,724.15 | 1592 | 08/06 | 4,848.37 |
| 1583 | 08/06 | 23.20 | 1588 | 08/03 | 3,029.04 | 1593 | 08/07 | 7,778.76 |
| 1584 | 08/06 | 206.40 | 1589 | 08/07 | 550.00 | | | |

**Total Checks Paid** **($36,407.89)**

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 08/03 | ADP Payroll Fees ADP - Fees 10Gx2  4285813 CCD ID: 9659605001 | 157.77 |
| 08/06 | 08/06 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0260434  Trn: 3804700219Es | 9,765.00 |
| 08/10 | ADP Payroll Fees ADP - Fees 10Gx2  4554866 CCD ID: 9659605001 | 47.15 |
| 08/17 | 08/17 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0114990  Trn: 3332000230Es | 9,920.54 |
| 08/17 | ADP Payroll Fees ADP - Fees 10Gx2  4837939 CCD ID: 9659605001 | 157.77 |

J.P.Morgan

*J.P.Morgan*

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account:
For the Period 8/1/12 to 8/31/12

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 08/24 | ADP Payroll Fees ADP - Fees 10Gx2   5091408 CCD ID: 9659605001 | 181.28 |
| 08/31 | ADP Payroll Fees ADP - Fees 10Gx2   5361720 CCD ID: 9659605001 | 15.68 |
| **Total Payments & Transfers** | | **($20,245.19)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 08/06 | Wire Online Domestic Fee | 25.00 |
| 08/17 | Wire Online Domestic Fee | 25.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($50.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/03 | 7,121,377.84 | 08/09 | 7,085,659.26 | 08/17 | 7,068,583.80 |
| 08/06 | 7,103,723.17 | 08/10 | 7,085,612.11 | 08/24 | 7,068,402.52 |
| 08/07 | 7,093,769.41 | 08/14 | 7,078,687.11 | 08/31 | 7,068,386.84 |
| 08/08 | 7,085,133.99 | | | | |

J.P.Morgan

**J.P.Morgan**

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ▮
For the Period 8/1/12 to 8/31/12

00000484 DPB 034 161 24512 NNNNNNNNNNN T  1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jaimie Shrieve | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

## Chase BusinessClassic   (ESCROW)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 4,866,155.32 |
| Checks Paid | 1 | (148,233.29) |
| Ending Balance | 1 | $4,717,922.03 |



RECEIVED
SEP 10 2012

**J.P.Morgan**

Page 1 of 4

**J.P. Morgan**

Primary Account: ▉▉▉▉

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

For the Period 8/1/12 to 8/31/12

## Checks Paid

| Check Number | Date Paid | Amount |
|---|---|---|
| 1001 | 08/29 | 148,233.29 |
| **Total Checks Paid** | | **($148,233.29)** |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount |
|---|---|
| 08/29 | 4,717,922.03 |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **1** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan