## THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF INDIANA

IN RE: Eastern Livestock Co., LLC,  Debtor(s).          Case No. 10-93904 BHL

   135 W. Market Street                                                  Chapter 11

   New Albany, IN  47150

   61-1378425

---

### Notice of Appearance and Request for Notice

   Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case  in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:

Tennessee Department of Revenue

c/oTN Attorney General's Office, Bankruptcy Division

PO Box 20207

Nashville, Tennessee 37202-0207

   The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

Robert E. Cooper, Jr.

Attorney General and Reporter

/s/ Michael Willey

Michael Willey

Senior Counsel

BPR No. 019648

OFFICE OF THE ATTORNEY GENERAL

BANKRUPTCY DIVISION

P O BOX 20207

Nashville,  TN  37202-0207

Phone: 615-532-2504     Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on _____October 12, 2012_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Michael Willey

Michael Willey

Senior Counsel

Office of the U.S. Trustee                                  Eastern Livestock Co., LLC

101 West Ohio Street                                        Pro Se

Room 1000                                                        135 W. Market Street

Indianapolis, Indiana  46204                            New Albany, IN 47150