United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
     Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4     User: edixon     Page 1 of 4     Date Rcvd: Oct 12, 2012  
                         Form ID: SF03001     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2012.
```
adb           +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
11795409      +ASM Capital, L.P.,    7600 Jericho Turnpike, Suite 302,    Woodbury, NY 11797-1705
10483098      +J&J Livestock Trucking,    PO Box 202,    Darrouzett, TX 79024-0202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                                   **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: edixon               Page 2 of 4                 Date Rcvd: Oct 12, 2012
                               Form ID: SF03001           Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2012 at the address(es) listed below:
              Allen  Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Amelia Martin Adams    on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
              Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
              Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,  carmen@rubin-levin.net
              Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
               ddonnellon@ficlaw.com,  knorwick@ficlaw.com
              David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
              David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,  koswald@namanhowell.com
              Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
               becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net,  atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
              Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
              Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,  tjf@kgrlaw.com
              James A. Knauer    jak@kgrlaw.com,  tjf@kgrlaw.com
              James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
               belliott@derbycitylaw.com;patenaude@derbycitylaw.com
              James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
               lemerson@rubin-levin.net;carmen@rubin-levin.net
              Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com
              Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jeffe@bellnunnally.com
              Jennifer  Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
```

```
District/off: 0756-4            User: edixon              Page 3 of 4             Date Rcvd: Oct 12, 2012
                                Form ID: SF03001          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
      Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
      Jessica E. Yates    on behalf of Plaintiff Fredin Brothers, Inc. jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com
      Jill Zengler Julian    on behalf of Joined Party United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
      Joe T. Roberts    on behalf of Counter-Claimant Laurel Livestock Market, INC. jratty@windstream.net
      John Huffaker    on behalf of Creditor Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
      John David Hoover    on behalf of Special Counsel Hoover Hull LLP jdhoover@hooverhull.com
      John Frederick Massouh    on behalf of Counter-Defendant Cactus Growers, Inc. john.massouh@sprouselaw.com
      John Hunt Lovell    on behalf of Counter-Defendant Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
      John M. Rogers    on behalf of Creditor Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
      John M. Thompson    on behalf of Creditor Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
      John R. Burns    on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
      John R. Carr    on behalf of Creditor First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
      John W Ames    on behalf of Creditor Joplin Regional Stockyards james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
      Joseph H Rogers    on behalf of Defendant Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
      Joshua Elliott Clubb    on behalf of Other Professional Kentucky Cattlemen's Association joshclubb@gmail.com
      Joshua N. Stine    on behalf of Counter-Defendant Fifth Third Bank kabritt@vorys.com
      Judy Hamilton Morse    on behalf of Creditor Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
      Karen L. Lobring    on behalf of Creditor Deere & Company lobring@msn.com
      Kayla D. Britton    on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
      Kelly Greene McConnell    on behalf of Creditor Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com
      Kent A Britt    on behalf of Counter-Defendant Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
      Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
      Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
      Kirk Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
      Laura Day DelCotto    on behalf of Counter-Defendant Bluegrass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
      Lisa Koch Bryant    on behalf of Creditor Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
      Mark A. Robinson    on behalf of Creditor Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
      Matthew J. Ochs    on behalf of Creditor Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
      Melissa S. Giberson    on behalf of Counter-Defendant Fifth Third Bank msgiberson@vorys.com
      Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
      Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
      Michael Wayne Oyler    on behalf of Creditor Your Community Bank moyler@rwsvlaw.com
      Peter M Gannott    on behalf of Counter-Claimant Laurel Livestock Market, INC. pgannott@gannottlaw.com, mkeane@gannottlaw.com;paralegal@gannottlaw.com;gannottlaw@gmail.com
      Randall D. LaTour    on behalf of Counter-Defendant Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
      Robert A. Bell    on behalf of Counter-Defendant Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
      Robert H. Foree    on behalf of Creditor Kentucky Cattlemen's Association robertforee@bellsouth.net
      Robert K Stanley    on behalf of Defendant Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
      Ross A. Plourde    on behalf of Creditor Crumpler Bros. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
      Sandra D. Freeburger    on behalf of Creditor Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
      Sean T. White    on behalf of Trustee James Knauer swhite@hooverhull.com, vwilliams@hooverhull.com
      Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
      Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
      Stephen A. Weigand    on behalf of Creditor First Bank and Trust Company, The sweigand@ficlaw.com
      Stephen E. Schilling    on behalf of Defendant E4 Cattle Company, LLC seschilling@strausstroy.com

```
District/off: 0756-4          User: edixon              Page 4 of 4             Date Rcvd: Oct 12, 2012
                              Form ID: SF03001          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Steven A. Brehm    on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          T. Kent Barber     on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall     on behalf of Intervenor James Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
          Thomas P Glass    on behalf of Defendant  E4 Cattle Company, LLC tpglass@strausstroy.com
          Timothy T. Pridmore     on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee      ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Alabama Livestock Auction, Inc. wsnewbern@msn.com
          Wendy W Ponader     on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith     on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William K. Flynn    on behalf of Defendant  E4 Cattle Company, LLC wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
          William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com

                                                                                           TOTAL: 103

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
121 W. Spring St., Rm. 110  
New Albany, IN 47150

SF03001 (rev 10/2004)

In re:

**Eastern Livestock Co., LLC**,  
   Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

NOTICE IS GIVEN that pursuant to Fed.R.Bankr.P. 3001(e), the alleged transferee, ASM Capital, L.P., has filed evidence of transfer of a claim filed by the alleged transferor, J & J Livestock Trucking.

Any objection to the transfer must be filed by the alleged transferor with the Clerk's Office and served on the alleged transferee by November 1, 2012.

If a timely objection is filed, after notice and a hearing, the Court will determine whether the claim has been transferred for security. If the Court determines that the claim has been transferred other than for security, the Court will enter an order substituting the transferee for the transferor.

If a timely objection is not filed and the claim has been transferred other than for security, the transferee shall be substituted for the transferor without further order of the Court.

If the claim has been transferred for security and neither the transferor nor the transferee file an agreement regarding relative rights respecting voting of the claim, payment of dividends thereon, or participation in the administration of the estate, on motion filed and after notice and a hearing, the Court will enter an order respecting these matters as may be appropriate.

Dated:  October 12, 2012        Kevin P. Dempsey  
                   Clerk, U.S. Bankruptcy Court