# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

In re:

                                                              )
                                                              )        Case No.  10-93904-BHL-11
Eastern Livestock Co., LLC                                    )

                        Debtor(s).

In re:

                                                              )
                                                              )
                                                              )
                                                              )


                                                              )
                                                              )
                                                              )
Alton Darnell dba Darnell Alton Barn, Blue Grass              )
Maysville Stockyards, LLC, Blue Grass South Livestock         )
Market, LLC, Blue Grass Stockyards East, LLC, Blue            )
Grass Stockyards of Campbellsville, LLC, Blue Grass           )
Stockyards of Richmond, LLC, Blue Grass Stockyards,           )
LLC, East Tennessee Livestock Center, Inc., Moseley           )
Cattle Auction, LLC, Piedmont Livestock Company, Inc.,        )
Southeast Livestock Exchange, LLC

                                                              )
                                                              )        District Case No.
                                                              )        (if known)
                                                              )
                        Appellant(s),                         )
                                                              )
              vs.                                             )
                                                              )
                                                              )
Trustee, James A. Knauer                                      )

                        Appellee(s).

## TRANSMITTAL OF NOTICE OF APPEAL
## TO UNITED STATES DISTRICT COURT

The undersigned Clerk of the U.S. Bankruptcy Court for the Southern District of Indiana
hereby transmits to the Clerk of the U.S. District Court for the Southern District
of Indiana:

- ☐ Withdrawal of Reference
- ☐ Motion for Stay Pending Appeal
- ☐ Motion for Leave to Appeal
- ☒ Notice of Appeal with caption page
- ☒ Designation(s)
- ☐ Other:

☐      Complete designation(s) (has/have) not been filed in this matter.

If this case was not previously given a District Court case number, one can be assigned at this time

                                Kevin P. Dempsey, Clerk
                                U.S. Bankruptcy Court