UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                             CASE NO. 10-93904

EASTERN LIVESTOCK CO., LLC                                         CHAPTER 11

    DEBTOR

---

## NOTICE OF APPEAL

---

Come Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Alton Darnell, East Tennessee Livestock Center, Inc., Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, and Moseley Cattle Auction, LLC (collectively, the "Appellants"), creditors in the above-captioned bankruptcy case, by counsel, and pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001(a) and 8002(a), hereby appeal from the following judgment, order, and/or decree entered by this Court in this bankruptcy case, Case No. 10-93904-BHL-11, on August 31, 2012:

    ORDER DENYING MOTIONS TO REMOVE TRUSTEE [ECF No. 1388]

The names of all parties to this judgment, order, and/or decree appealed from and the names, addresses, telephone and facsimile numbers, and e-mail addresses of their respective attorneys are as follows:

| **PARTIES** | **COUNSEL** |
|---|---|
| **Appellants** | |
| Bluegrass Stockyards, LLC | Laura Day DelCotto |
| Bluegrass Stockyards of Campbellsville, LLC, | Amelia Martin Adams |
| Bluegrass Stockyards East, LLC, | DELCOTTO LAW GROUP PLLC |
| Bluegrass-Maysville Stockyards, LLC, | 200 North Upper Street |
| Bluegrass Stockyards of Richmond, LLC, | Lexington, KY  40507 |
| Bluegrass South Livestock Market, LLC, | Telephone:  (859) 231-5800 |
| Alton Darnell, | Facsimile:   (859) 281-1179 |
| East Tennessee Livestock Center, Inc., | ldelcotto@dlgfirm.com |
| Piedmont Livestock Company, Inc., | aadams@dlgfirm.com |
| Moseley Cattle Auction, LLC, and | |
| Southeast Livestock Exchange, LLC | |
| | |
| **Appellee** | |
| | |
| James A. Knauer, Chapter 11 Trustee | James M. Carr |
| | Kevin M. Toner |
| | Terry E. Hall |
| | Dustin R. DeNeal |
| | FAEGRE BAKER DANIELS LLP |
| | 300 N. Meridian Street, Suite 2700 |
| | Indianapolis, IN 46204 |
| | Telephone: (317) 237-0300 |
| | Facsimile:  (317) 237-1000 |
| | jim.carr@faegrebd.com |
| | kevin.toner@faegrebd.com |
| | terry.hall@faegrebd.com |
| | dustin.deneal@faegrebd.com |
| | |
| | Wendy W. Ponader |
| | FAEGRE BAKER DANIELS LLP |
| | 600 E. 96th Street, Suite 600 |
| | Indianapolis, IN 46240 |
| | Telephone: (317) 569-9600 |
| | Facsimile:  (317) 569-4800 |
| | wendy.ponader@faegrebd.com |
| | |
| | AND |

        John David Hoover
        Sean T. White
        HOOVER HULL LLP
        111 Monument Circle
        Indianapolis, IN 46244
        Telephone: (317) 822-4400
        Facsimile: (317) 822-0234
        jdhoover@hooverhull.com
        Swhite@hooverhull.com

**Other Parties**

Superior Livestock Auction, Inc.        John W. Ames
        C.R. Bowles, Jr.
        Ivana B. Shallcross
        BINGHAM GREENEBAUM DOLL LLP
        3500 National City Tower
        101 S. 5th Street
        Louisville, KY 40202
        Telephone: (502) 589-4200
        Facsimile: (502) 589-4200
        james@bgdlegal.com
        cbowles@bgdlegal.com
        ishallcross@bgdlegal.com

        AND

        Elliott D. Levin
        John M. Rogers
        Christopher M. Trapp
        RUBIN & LEVIN, P.C.
        342 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 634-0300
        Facsimile: (317) 453-8601
        edl@rubin-levin.net
        Johnr@rubin-levin.net
        ctrapp@rubin-levin.net

| | |
|---|---|
| The First Bank and Trust Company | Daniel J. Donnellon<br>Stephen A. Weigand<br>FARUKI IRELAND & COX P.L.L.<br>201 East Fifth Street, Suite 1420<br>Cincinnati, OH 45202<br>Telephone: (513) 632-0300<br>Facsimile: (513) 632-0319<br>donnellon@ficlaw.com<br>sweigand@ficlaw.com |
| Kentucky Cattlemen's Association | Joshua E. Clubb<br>BRAMMELL & CLUBB, P.S.C.<br>P.O. Box 629<br>18 Berry Street<br>New Castle, KY 40050<br>Telephone: (502) 845-4558<br>Facsimile: (502) 845-7595<br>joshclubb@gmail.com |

Respectfully submitted,

DELCOTTO LAW GROUP PLLC


/s/ Laura Day DelCotto, Esq.
Amelia Martin Adams, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
aadams@dlgfirm.com
COUNSEL FOR APPELLANTS


**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Abt | davidabt@mwt.net |
| Amelia Martin Adams | aadams@dlgfirm.com |

| | |
|---|---|
| John W. Ames | james@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com |
| Jerald I. Ancel | jancel@taftlaw.com, ecfclerk@taftlaw.com, krussell@taftlaw.com |
| T. Kent Barber | kbarber@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com |
| Robert A. Bell | rabell@vorys.com, dmchilelli@vorys.com |
| C. R. Bowles | cbowles@bgdlegal.com, smays@bgdlegal.com, cjenkins@bgdlegal.com |
| Steven A. Brehm | sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com, smays@bgdlegal.com |
| Kent A. Britt | kabritt@vorys.com, cbkappes@vorys.com, dfhine@vorys.com, tbfinney@vorys.com |
| Kayla D. Britton | kayla.britton@faegrebd.com, becky.turner@faegrebd.com, sarah.herendeen@faegrebd.com |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| John R. Burns | john.burns@faegrebd.com, sandy.rhoads@faegrebd.com, oliana.nansen@faegrebd.com |
| John R. Carr | jrciii@acs-law.com, sfinnerty@acs-law.com |
| James M. Carr | jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com, becky.turner@faegrebd.com |
| Deborah Caruso | dcaruso@daleeke.com, mthomas@daleeke.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Joshua Elliott Clubb | joshclubb@gmail.com |
| Jason W. Cottrell | jwc@stuartlaw.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com |
| Jack S. Dawson | jdawson@millerdollarhide.com, jowens@millerdollarhide.com, receptionist@millerdollarhide.com |
| Dustin R. DeNeal | dustin.deneal@faegrebd.com, becky.turner@faegrebd.com, sarah.herendeen@faegrebd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com, efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com, knorwick@ficlaw.com |
| Trevor L. Earl | tearl@rwsvlaw.com |
| Shawna M. Eikenberry | shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com |
| Jeffrey R. Erler | jeffe@bellnunnally.com |

| | |
|---|---|
| Robert H. Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com, smattingly@dsf-atty.com |
| Peter M. Gannott | pgannott@gannottlaw.com, mkeane@gannottlaw.com, jemerson@gannottlaw.com, paralegal@gannottlaw.com, gannottlaw@gmail.com |
| Melissa S. Giberson | msgiberson@vorys.com |
| Jeffrey J. Graham | jgraham@taftlaw.com, ECFClerk@taftlaw.com, dwineinger@taftlaw.com, aolave@taftlaw.com |
| Terry E. Hall | terry.hall@faegrebd.com, sharon.korn@faegrebd.com, sarah.herendeen@faegrebd.com |
| John David Hoover | jdhoover@hooverhull.com |
| John Huffaker | john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com, rhonda.rogers@sprouselaw.com |
| Jeffrey L. Hunter | jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov |
| Jay Jaffe | jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Jill Zengler Julian | Jill.Julian@usdoj.gov |
| Jay P. Kennedy | jpk@kgrlaw.com, tfroelich@kgrlaw.com, ads@kgrlaw.com |
| Edward M. King | tking@fbtlaw.com, dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com, hns@kgrlaw.com |
| Erick P Knoblock | eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | RDLatour@vorys.com, khedwards@vorys.com, bjtobin@vorys.com |
| David A. Laird | david.laird@moyewhite.com, lisa.oliver@moyewhite.com, deanne.stoneking@moyewhite.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net, atty_edl@trustesolutions.com robin@rubin-levin.net, edl@trustesolutions.com, edl@trustesolutions.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com, patrick.burns@dinslaw.com |
| James B. Lind | jblind@vorys.com |
| Karen L. Lobring | lobring@msn.com |

6

| | |
|---|---|
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net, shannon@lovell-law.net, paula@lovell-law.net |
| Harmony A. Mappes | harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com, sarah.herendeen@faegrebd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Michael W. McClain | mike@kentuckytrial.com, laura@kentuckytrial.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James Edwin McGhee | mcghee@derbycitylaw.com, belliott@derbycitylaw.com, patenaude@derbycitylaw.com |
| William Robert Meyer | rmeyer@stites.com |
| Christie A. Moore | cm@gdm.com, ljs2@gdm.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com, donna.hinkle@crowedunlevy.com, karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com |
| Matthew J. Ochs | kim.maynes@moyewhite.com |
| Michael Wayne Oyler | moyler@rwsvlaw.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com |
| Wendy W. Ponader | wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Anthony G. Raluy | traluy@fbhlaw.net |
| Eric C. Redman | ksmith@redmanludwig.com, kzwickel@redmanludwig.com, myecfmailrl@gmail.com |
| Eric W. Richardson | ewrichardson@vorys.com, bjtobin@vorys.com |
| Joe T. Roberts | jratty@windstream.net |
| Mark A. Robinson | mrobinson@vhrlaw.com, dalbers@vhrlaw.com |
| John M. Rogers | johnr@rubin-levin.net, susan@rubin-levin.net |
| Joseph H. Rogers | jrogers@millerdollarhide.com, cdow@millerdollarhide.com |
| Jeremy S. Rogers | Jeremy.Rogers@dinslaw.com |
| James E. Rossow | jim@rubin-levin.net, susan@rubin-levin.net, ATTY_JER@trustesolutions.com |
| Thomas C. Scherer | tscherer@bgdlegal.com, mmcclain@bgdlegal.com |
| Ivana B. Shallcross | ishallcross@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com, acoates@bgdlegal.com |
| William E Smith | wsmith@k-glaw.com, pballard@k-glaw.com |

| | |
|---|---|
| James E. Smith | jsmith@smithakins.com, legalassistant@smithakins.com |
| Robert K. Stanley | robert.stanley@FaegreBD.com |
| Joshua N. Stine | kabritt@vorys.com |
| Andrew D. Stosberg | astosberg@lloydmc.com |
| Meredith R. Thomas | mthomas@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com, donna.hinkle@crowedunlevy.com |
| Kevin M. Toner | kevin.toner@faegrebd.com, judy.ferber@faegrebd.com, crystal.hansen@faegrebd.com |
| Christopher M. Trapp | ctrapp@rubin-levin.net, carmen@rubin-levin.net |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Andrea L. Wasson | andrea@wassonthornhill.com |
| Jennifer Watt | jwatt@kgrlaw.com, pad@kgrlaw.com, ads@kgrlaw.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com, vwilliams@hooverhull.com |
| Jessica E. Yates | jyates@swlaw.com, docket_den@swlaw.com, mmccleery@swlaw.com, msadams@swlaw.com |
| James T. Young | james@rubin-levin.net, lemerson@rubin-levin.net, carmen@rubin-levin.net |

I further certify that on September 13, 2012, a copy of the foregoing pleading was served by first-class U.S. mail, postage prepaid, or by electronic mail as indicated, on the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311
*VIA US MAIL*

National Cattlemen's Beef Assoc.
c/o Alice Devine
allie@devineanddonley.com
*VIA EMAIL*

Nancy Gargula
Region 8, UST Office
nancy.gargula@usdoj.gov
*VIA EMAIL*

/s/ Laura Day DelCotto, Esq.
COUNSEL FOR APPELLANTS

Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Appeal - Remove Trustee\Notice of Appeal VFN 20120913.doc

8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**CAPTION PAGE FOR APPEAL
FROM U.S. BANKRUPTCY COURT TO U.S. DISTRICT COURT[1]
(BANKRUPTCY CASE)**

IN RE:                                                                            CASE NO. 10-93904

EASTERN LIVESTOCK CO., LLC                        CHAPTER 11

      DEBTOR

---

**ATTORNEY FOR APPELLANTS:**

Laura Day DelCotto
Amelia Martin Adams
DELCOTTO LAW GROUP PLLC
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcotto@dlgfirm.com
aadams@dlgfirm.com

**ATTORNEYS FOR APPELLEE:**

James M. Carr
Kevin M. Toner
Terry E. Hall
Dustin R. DeNeal
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
Kevin.toner@faegrebd.com
Terry.hall@faegrebd.com
Dustin.deneal@faegrebd.com

---

[1] This caption page shall not operate as a waiver of Appellants' rights to seek certification of direct appeal to the United States Court of Appeals for the Seventh Circuit in accordance with 28 U.S.C. § 158(d)(2) within the time limits proscribed by 28 U.S.C. § 158(d)(2)(E).

Wendy W. Ponader
FAEGRE BAKER DANIELS LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

John David Hoover
Sean T. White
HOOVER HULL LLP
111 Monument Circle
Indianapolis, IN 46244
Telephone: (317) 822-4400
Facsimile:  (317) 822-0234
jdhoover@hooverhull.com
Swhite@hooverhull.com