Transmittal - Rev 5/15/2012

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re:                  )
                        )    Case No. 10-93904-BHL-11
                        )

Eastern Livestock Co., LLC    )

              Debtor(s).

In re:                  )
                        )    Adv. Proc. No.
                        )    (if applicable)
                        )

              Plaintiff(s),   )
    vs.                     )
                        )
                        )
                        )

            Defendant(s).   )

In re:                  )
                        )    District Case No.
                        )    (if known)

The First Bank and Trust Company   )

            Appellant(s),   )
                        )
    vs.                     )
                        )

Trustee, James A. Knauer    )

            Appellee(s).

## TRANSMITTAL/SUPPLEMENTAL TRANSMITTAL OF NOTICE OF APPEAL
## TO UNITED STATES DISTRICT COURT

The undersigned Clerk of the U.S. Bankruptcy Court for the Southern District of Indiana hereby transmits to the Clerk of the U.S. District Court for the Southern District of Indiana:

- ☐ Withdrawal of Reference
- ☐ Motion for Stay Pending Appeal
- ☐ Motion for Leave to Appeal
- ☒ Notice of Appeal with caption page
- ☒ Designation(s)
- ☐ Other:

☐      Complete designation(s) (has/have) not been filed in this matter.

If this case was not previously given a District Court case number, one can be assigned at this time

Kevin P. Dempsey, Clerk
U.S. Bankruptcy Court