UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **THE FIRST BANK AND TRUST COMPANY'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED** |
| | : | |
| | : | |
| | : | |

_____

The First Bank and Trust Company designates the following items for inclusion in the record, and sets forth the following statement of issues to be presented on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8006:

**I.    DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

A.    The following items filed publically in this case and appearing on the ECF system should be included in the record on appeal:

| **Filing Date** | **Docket No.** | **Docket Text** |
|---|---|---|
| December 6, 2010 | 1 | Involuntary Petition |
| December 7, 2010 | 27 | Emergency Motion Under 11 U.S.C §§ 303(f) AND (g), 105 AND 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 27-1 | Exhibit A to Emergency Motion Under 11 USC §§ 303(f) AND (g), 105 AND 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |

| | | |
|---|---|---|
| December 7, 2010 | 27-2 | Exhibit B to Emergency Motion Under 11 USC §§ 303(f) AND (g), 105 AND 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 27-3 | Exhibit C to Emergency Motion Under 11 USC §§ 303(f) AND (g), 105 AND 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 27-4 | Exhibit D to Emergency Motion Under 11 USC §§ 303(f) AND (g), 105 AND 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 28 | Minute Entry / Order |
| December 13, 2010 | 68 | Minute Entry / Order |
| December 16, 2010 | 77 | Order Approving Motion for the Appointment of a Trustee Under 11 U.S.C. §§ 105, 303, and 1104 |
| December 23, 2010 | 98 | Notice of Appointment and Application for Order Approving Appointment of Trustee |
| December 23, 2010 | 98-1 | Trustee's Verified Statement and Notice of Acceptance |
| December 23, 2010 | 98-2 | Affidavit of Disinterest |
| December 27, 2010 | 102 | Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee |
| December 30, 2010 | 113 | Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| December 30, 2010 | 114 | Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |

| | | |
|---|---|---|
| January 10, 2011 | 181 | Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 10, 2011 | 181-1 | Exhibit A to Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 10, 2011 | 181-2 | Exhibit B to Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 10, 2011 | 181-3 | Exhibit C to Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 18, 2011 | 219 | Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee |
| January 18, 2011 | 219-1 | Exhibit A to Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee |
| January 24, 2011 | 235 | Amended Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| January 27, 2011 | 241 | The First Bank and Trust Company's Withdrawal of Objection to Employment of Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| February 4, 2011 | POC No. 13 | Proof of Claim filed by Fifth Third Bank |
| February 11, 2011 | 271 | Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |

| | | |
|---|---|---|
| February 11, 2011 | 271-1 | Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 2, 2011 | 306 | Notice of Submission or Revised Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 2, 2011 | 306-1 | "Clean" exhibit to Notice of Submission or Revised Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 2, 2011 | 306-2 | "Blacklined" exhibit to Notice of Submission or Revised Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 8, 2011 | 313 | Debtor's Bankruptcy Schedules, including Schedule F |
| March 8, 2011 | 319 | Objection to Trustee's Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 8, 2011 | 324 | Objection to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |

| | | |
|---|---|---|
| March 8, 2011 | 326 | Limited Objection to Trustee's Financing Motion |
| March 8, 2011 | 327 | Friona's Industries, LP, Cactus Growers, Inc., and J & F Oklahoma Holdings, Inc.'s Response to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 8, 2011 | 328 | Objection to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 10, 2011 | 340 | Trustee's Response to Objections to Trustee's Financing Motion |
| March 10, 2011 | 349 | Response of Fifth Third Bank, N.A. to Objections to Trustee's Financing Motion |
| March 11, 2011 | 353 | Trustee's Amended Response to Objections to Trustee's Financing Motion |
| March 11, 2011 | 383 | Minute Entry / Order |
| March 18, 2011 | 400 | Financing Order (I) Approving Chapter 11 Trustee Financing; (II) Authorizing Use of Cash Collateral and Obtaining Credit Pursuant to Sections 341, 363 and 364 of the Bankruptcy Code; (III) Modifying the Automatic Stay; (IV) Providing Adequate Protection; and (V) Sealing Certain Documents |
| May 23, 2011 | 501 | Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |

| | | |
|---|---|---|
| May 27, 2011 | 512 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 31, 2011 | 515 | Joinder in the Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 31, 2011 | 517 | Joinder in the Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 31, 2011 | 518 | Joinder in the Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 31, 2011 | 519 | Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 536 | Peoples Bank's Response and Objection to Trustee's Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 538 | DelCotto Law Group PLLC Statement Pursuant to Fed. R. Bankr. P. 2019 |
| June 17, 2011 | 539 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 541 | Supplemental Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Proceeds from Account |
| June 17, 2011 | 542 | Supplemental Objection of Joplin Regional Stockyards to the Trustee's Purchase Money Claims Report , Motion to Transfer Funds and Notice of Proceeds from Account |

| | | |
|---|---|---|
| June 17, 2011 | 543 | Objection to Eastern Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 544 | Response and Objection of Brent Kuehny d/b/a Dollar K Cattle Co., and the Bank of Kremlin to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 545 | Response and Objection of Stockman Oklahoma Livestock Marketing, Inc. to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 546 | Response and Objection of Crumpler Bros. to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 547 | Joinder in the Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 548 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 549 | Supplemental Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 552 | Russell Decordova d/b/a Decordova Cattle Company's Response in Opposition to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |

| Date | Doc | Description |
|---|---|---|
| June 17, 2011 | 553 | Further Supplemental Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 554 | Supplemental Objection to the Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 555 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 556 | Objection and Joinder in Objection to the Trustee's Purchase Money Claims Report, Motion for Release of Fund and Notice of Release of Proceeds from Account |
| June 23, 2011 | 564 | Trustee's Omnibus Reply to Objections to Purchase Money Claims Report |
| June 24, 2011 | 573 | Minute Entry / Order |
| July 1, 2011 | 587 | First Order Regarding Trustee's Purchase Money Claims Report |
| August 1, 2011 | 650 | Supplemental Objection of Coffeyville Livestock Market, LLC to Trustee's Purchase Money Claims Report, Motion for Release of Fund and Notice of Release of Proceeds from Account |
| August 1, 2011 | 651 | Supplemental Objection Trustee's Motion Regarding Payment of Cattle Sale Proceeds |
| August 1, 2011 | 652 | Supplemental Objection of Rex Elmore to Trustee's Purchase Money Claims Report, Motion for Release of Fund and Notice of Release of Proceeds from Account |
| August 1, 2011 | 653 | Second Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |

| | | |
|---|---|---|
| August 1, 2011 | 655 | Joinder of First Bank and Trust Company's Second Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds From Account |
| August 16, 2011 | 668 | Third Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds From Account |
| August 17, 2011 | 669 | Amended Third Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds From Account |
| August 17, 2011 | 670 | Supplemental Objection and Joinder in Objection to the Trustee's Motion for Release of Proceeds From Account |
| August 19, 2011 | 672 | Third Party Defendants' Joint Response to the Trustee's Motion to Transfer Funds and to Objection to Motion |
| September 1, 2011 | 672 | Final Order Regarding Trustee's Purchase Money Claims Report |
| November 7, 2011 | POC NO. 252 | Proof of Claim Filed by The First Bank and Trust Company |
| November 14, 2011 | 828 | Motion to Approve an Informal Ad Hoc Committee |
| December 7, 2011 | 870 | Objection to Professionals' Applications for Compensation and Reimbursement of Expenses |
| December 8, 2011 | 873 | Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |
| December 8, 2011 | 873-1 | Exhibit 1 to Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |

| | | |
|---|---|---|
| December 13, 2011 | 895-1 | Exhibit 1 to Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |
| December 13, 2011 | 896 | Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |
| January 9, 2012 | POC NO. 253 | Amended Proof of Claim Filed by The First Bank and Trust Company |
| February 21, 2012 | 1056 | Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| February 21, 2012 | 1056-1 | Exhibit A to Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| February 21, 2012 | 1056-2 | Exhibit B to Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| March 13, 2012 | 1084 | Order Granting Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| March 16, 2012 | 1098 | Preliminary Report of Special Counsel for the Trustee, James A. Knauer Regarding Investigation of Fifth Third Bank's Proof of Claim and Potential Claims Against Fifth Third |
| June 5, 2012 | 1166 | Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 8, 2012 | 1177 | Preliminary Objection to Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |

| | | |
|---|---|---|
| June 8, 2012 | 1197 | Motion to Strike Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 20, 2012 | 1201 | Objection of the First Bank and Trust Company to Trustee's Report |
| June 21, 2012 | 1204 | Motion of the First Bank and Trust Company to Strike Trustee's Report |
| June 22, 2012 | 1206 | Supplemental Objection to Report of Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 25, 2012 | 1209 | Defendant CPC Livestock's Joinder to Objections to Trustee's Report Regarding Claims Against Fifth Third Bank |
| June 29, 2012 | 1219 | Reply Memorandum of The First Bank and Trust Company to Memorandum in Opposition to Motion for Expedited Hearing |
| July 10, 2012 | 1237 | Motion to Remove Trustee Pursuant to 11 U.S.C. §324 |
| July 10, 2012 | 1238 | Renewal of Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (n/k/a Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| July 10, 2012 | 1239 | Motion of The First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| July 18, 2012 | 1248 | Joint Evidentiary Submission of Certain Creditors in Support of Motions to Remove Trustee and Renewal of Objection to Application to Employ Trustee Counsel |
| July 18, 2012 | 1248-1 | Exhibit 1 to Joint Evidentiary Submission of Certain Creditors in Support of Motions to Remove Trustee and Renewal of Objection to Application to Employ Trustee Counsel |

| | | |
|---|---|---|
| July 18, 2012 | 1248-2 | Exhibit 2 to Joint Evidentiary Submission of Certain Creditors in Support of Motions to Remove Trustee and Renewal of Objection to Application to Employ Trustee Counsel |
| July 18, 2012 | 1248-3 | Exhibits 3A, 3B, 3C, 3D, 3E, 3F, 3G, 3H, and 3I to Joint Evidentiary Submission of Certain Creditors in Support of Motions to Remove Trustee and Renewal of Objection to Application to Employ Trustee Counsel |
| July 23, 2012 | 1255 | Trustee's Chapter 11 Plan of Liquidation |
| July 23, 2012 | 1256 | Disclosure Statement for Trustee's Chapter 11 Plan |
| July 30, 2012 | 1278 | Creditors' Joinder in the First Bank and Trust Company's Objection to Employment of Baker & Daniels, LLP (n/k/a Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee and First Bank's Request for Order Terminating Employment |
| July 30, 2012 | 1279 | Creditors' Joinder in the First Bank and Trust Company's Objection to Employment of Baker & Daniels, LLP (n/k/a Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee and First Bank's Request for Order Terminating Employment |
| August 10, 2012 | 1324 | Motion of the Kentucky Cattlemen's Association to Remove the Trustee Pursuant to 11 U.S.C. §324 and to Terminate Employment of the Trustee's Lead Counsel |
| August 13, 2012 | 1326 | Trustee's Response to Objections to and Motion to Strike the Trustee's Report |
| August 13, 2012 | 1327 | Response to Renewal of Objection of First Bank to Application to Employ Baker & Daniels LLP (NKA Faegre Baker Daniels LLP) as Counsel to the Trustee and the Bluegrass Joinder Thereto |
| August 13, 2012 | 1328 | Affidavit of James M. Carr as Supplemental |

| | | |
|---|---|---|
| | | Rule 2014 Disclosure |
| August 13, 2012 | 1329 | Trustee's Response to Motions to Remove Trustee |
| August 13, 2012 | 1330 | Affidavit of James A. Knauer, Trustee as Supplemental Rule 2014 Disclosure |
| August 13, 2012 | 1331 | Notice of Filing Document Under Seal |
| August 14, 2012 | 1333 | Trustee's Motion for Leave to File Document Under Seal [Participation Agreement] |
| August 16, 2012 | 1345 | Creditors' Reply to Responses Regarding Motions to Remove Trustee and Trustee Lead Counsel |
| August 16, 2012 | 1348 | Reply by Superior Livestock Auction, Inc. to Trustee's Response to Objections and Motions to Strike the Trustee's Report |
| August 16, 2012 | 1351 | Notice of Filing of National Cattleman's Beef Association's Letter in Support of Motions to Remove Trustee |
| August 17, 2012 | 1357 | Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| August 17, 2012 | 1357-1 | Exhibit 1 (filed under seal) to the Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee (filed unredacted on 9/24/2012, Doc. 1440) |
| August 17, 2012 | 1357-2 | Exhibit 2 (filed under seal) to the Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |

| | | |
|---|---|---|
| | | (filed unredacted on 9/24/2012, Doc. 1440) |
| August 17, 2012 | 1357-3 | Exhibit 3 to the Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee (filed unredacted on 9/24/2012, Doc. 1440) |
| August 18, 2012 | 1361 | Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| August 18, 2012 | 1361-1 | Exhibit 1 (filed under seal) to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 (filed unredacted on 9/24/2012, Doc. 1439) |
| August 18, 2012 | 1361-2 | Exhibit 2 (filed under seal) to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 (filed unredacted on 9/24/2012, Doc. 1439) |
| August 18, 2012 | 1361-3 | Exhibit 3 to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| August 18, 2012 | 1361-4 | Exhibit 4 (filed under seal) to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 (filed unredacted on 9/24/2012, Doc. 1439) |
| August 19, 2012 | 1363 | Motion of The First Bank and Trust Company to file Documents and Deposition Transcripts Under Seal |
| August 23, 2012 | 1377 | Joinder in Motions by Superior Livestock Auction, Inc. |

| | | |
|---|---|---|
| August 28, 2012 | 1383 | Order Granting Motion of The First Bank and Trust Company to File Documents and Deposition Transcripts Under Seal |
| August 31, 2012 | 1388 | Order Denying Motions to Remove Trustee |
| August 31, 2012 | 1389 | Order Overruling Renewed Objections to Employment of Faegre Baker Daniels LLP |
| August 31, 2012 | 1390 | Order on Objections to and Motions to Strike Trustee's Report |
| September 7, 2012 | 1408 | Notice of Appeal |
| September 13, 2012 | 1413 | Notice of Appeal |
| September 13, 2012 | 1415 | Notice of Appeal |
| September 14, 2012 | 1419 | Notice of Appeal |
| September 24, 2012 | 1439 | Notice of Filing Unredacted Version of Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| September 24, 2012 | 1440 | Notice of Filing Unredacted Version of Reply Memorandum in Support of Motion of The First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (n/k/a Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |

    B.    Evidence submitted but not necessarily filed electronically in Case No. 10-93904-BHL-11:

Participation Agreement By and Between Wells Fargo Business Credit, Inc. and Fifth Third Bank, NA. (Dated as of February 9, 2005), Production Nos. FT028176-200, filed under seal on August 13, 2012 by the Trustee as reflected by Doc. No. 1331;

Transcript of Omnibus Hearing on August 20, 2012 filed by J&J Court Reports, Inc. on or about September 11, 2012 as reflected by Doc. No. 1411;

Transcript of Deposition of James Knauer, Volumes I and II, and all Exhibits thereto, delivered to the Court at the August 20, 2012 hearing;

Wells Fargo & Company Policy Regarding Legal Conflicts of Interest (Revision of October 14, 2010) (marked at August 20, 2012 hearing as Creditor's Exhibit 1); and

December 26, 2010 emails between David A. Foster and Jim Hubbard (marked at August 20, 2012 hearing as Creditor's Exhibit 2).

        C.      Filings from Case No. 09-06065-BHL-11 (In re Lauth Investment Properties, LLC)

| Date | Doc | Description |
|---|---|---|
| August 3, 2009 | 328 | Appearance of James A. Knauer for Wells Fargo Bank, NA |
| September 2, 2009 | 452 | Joint Motion for Entry of Agreed Protective Order |
| May 13, 2011 | 1988 | Wells Fargo Bank, National Association's Limited Response to Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code |

## II.    STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in concluding that the Trustee's lack of disclosure of his and his firm's representation of Wells Fargo until August 13, 2012 – if only to explain it away as not arising to the level of a conflict – was not a valid basis to grant the Motions to Remove the Trustee.

2. Whether the Bankruptcy Court erred in failing to find that where a Trustee concludes that his and his firm's representation of an existing client ethically requires him to obtain a consent and conflict waiver from the client in order to accept the engagement as Trustee, he need not promptly disclose the connection to such client to the Court and the other creditors.

3. Whether the Bankruptcy Court erred by concluding that it was unnecessary to determine whether the Trustee was required to disclose the KGR/Wells Representations when the Trustee was initially considered as a candidate for trustee.

4. Whether the Bankruptcy Court erred by not addressing whether the Trustee violated a continuing duty to disclose under Fed. R. Bankr. P. 2007.1.

5. Whether the Bankruptcy Court erred in concluding that Wells Fargo was neither a creditor nor a "party in interest" for purposes of the disclosure requirements set forth in Federal Rule of Bankruptcy Procedure 2007.1(c) when "party in interest" is to be broadly construed for disclosure purposes.

6. Whether the Bankruptcy Court erred in concluding that the Trustee was a "disinterested person" as defined in 11 U.S.C. § 101(14).

7. Whether the Bankruptcy Court erred in concluding that the Trustee could continue to serve as Trustee and to become directly adverse to and commence litigation against the Wells Fargo Participant without regard to any limitations or prohibitions in the Wells Conflict Waiver or the Indiana Rules of Professional Conduct.

8. Whether the Bankruptcy Court erred in concluding that the Trustee fully disclosed the connections of KGR to Fifth Third and finding that the Trustee obtained from Fifth Third a consent and conflict waiver authorizing the Trustee to serve as Trustee notwithstanding representations of Fifth Third in the absence of any evidentiary record of such a "Fifth Third Conflict Waiver."

9. Whether the Bankruptcy Court erred in finding that the Trustee was free to be adverse to or commence litigation against Fifth Third.

10. Whether the Bankruptcy Court erred in concluding that the conduct of the Trustee or his professionals was insufficient to grant the Motions to Remove the Trustee.

11. .Whether the Bankruptcy Court erred in concluding that removal of the trustee would significantly impair creditor recoveries and that the delay caused by replacement of the Trustee was cause for overruling the Motions to Remove the Trustee.

12. Whether the Bankruptcy Court erred by applying the incorrect standard to the Motions to Remove the Trustee.

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, pro hac vice
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: ddonnellon@ficlaw.com
      sweigand@ficlaw.com

Attorneys for The First Bank and Trust Company

## **CERTIFICATE OF SERVICE**

I certify that on the 27th day of September, 2012, I electronically filed the foregoing Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | John Frederick Massouh<br>john.massouh@sprouselaw.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com |
| C.R. Bowles, Jr<br>crb@gdm.com | John W. Ames<br>jwa@gdm.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| James A. Knauer<br>jak@kgrlaw.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Jessica E. Yates<br>jyates@swlaw.com |
| John Hunt Lovell<br>john@lovell-law.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| Jeffrey R Erler<br>jeffe@bellnunnally.com | Ivana B. Shallcross<br>ibs@gdm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Edward M King<br>tking@fbtlaw.com | Deborah Caruso<br>decaruso@daleek.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Randall D. LaTour<br>rdlatour@vorys.com | Meredith R. Thomas<br>mthomas@daleeke.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| Bret S. Clement<br>bclement@acs-law.com | William Robert Meyer, II<br>rmeyer@stites.com | Walter Scott Newbern<br>wsnewbern@msn.com |
| John R. Carr, III<br>jrciii@acs-law.com | Christie A. Moore<br>cm@gdm.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| James M. Carr<br>jim.carr@bakerd.com | Allen Morris<br>amorris@stites.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| Robert K. Stanley<br>robert.stanley@bakerd.com | James Bryan Johnston<br>bjtexas59@hotmail.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Terry E. Hall<br>terry.hall@bakerd.com | James T. Young<br>james@rubin-levin.net | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Dustin R. DeNeal<br>dustin.deneal@bakerd.com | David L. LeBas<br>dlebas@namanhowell.com | Karen L. Lobring<br>lobring@msn.com |

| | | |
|---|---|---|
| Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | David A. Laird<br>david.laird@moyewhite.com | Andrea L. Wasson<br>andreawassonatty@gmail.com |
| Lisa Kock Bryant<br>courtmail@fbhlaw.net | Jerald I. Ancel<br>jancel@taftlaw.com | Anthony G. Raluy<br>traluy@fbhlaw.net |
| Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesoultions.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Harmony A. Mappes<br>Harmony.mappes@faegrebd.com |
| John M. Rogers<br>johnr@rubin-levin.net | Trevor L. Earl<br>tearl@rwsvlaw.com | James B. Lind<br>jblind@vorys.com |
| Jeremy S. Rogers<br>Jeremy.rogers@dinslaw.com | Christopher E. Baker<br>cbaker@hklawfirm.com | James E. Rossow, Jr.<br>jim@rubin-levin.net |
| John David Hoover<br>jdhoover@hovverhull.com | David Alan Domina<br>dad@dominalaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com |
| Sean T. White<br>swhite@hooverhull.com | Kent A Britt<br>kabritt@vorys.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Joshua N. Stine<br>jnstine@vorys.com | Kevin M. Toner<br>Kevin.toner@faegrebd.com |
| Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Kim Martin Lewis<br>Kim.lewis@dinslaw.com |
| Michael W. McClain<br>mike@kentuckytrial.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov | Melissa S. Giberson<br>msgiverson@vorys.com |
| William E. Smith<br>wsmith@k-glaw.com | Amelia Martin Adams<br>aadams@gldfirm.com | John Huffaker<br>John.huffaker@sprouselaw.com |
| Susan K. Roberts<br>skr@stuartlaw.com | Michael Wayne Oyler<br>moyler@rwsvlaw.com | Shawna M. Eikenberry<br>Shawna.eikenberry@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Wendy W. Ponader<br>Wendy.ponader@faegrebd.com |
| Thomas C. Scherer<br>tscherer@binghammchale.com | Robert A. Bell<br>rabell@vorys.com | W. Wesley Harned<br>wharned@dlgfirm.com |
| | | Joshua E. Clubb<br>joshclubb@gmail.com |

/s/ Stephen A. Weigand
Stephen A. Weigand