UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III, Judge |

**TRUSTEE'S DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

In response to the Notices of Appeal filed as Docket Nos. 1408, 1413, 1415, and 1419, the Trustee designates the following additional materials for inclusion in the record on appeal:

| **Filing Date** | **Docket #** | **Document** |
|---|---|---|
| **Pleadings** | | |
| June 3, 2011 | 525<br>525-1<br>525-2 | First Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee with Exhibits |
| July 15, 2011 | 605 | Order Granting First Interim Application of James A. Knauer for Reimbursement of Expenses as Chapter 11 Trustee |
| November 10, 2011 | 816<br>816-1<br>816-2 | Second Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee (with exhibits) |
| December 21, 2011 | 926 | Order Granting Application for Compensation and/or Reimbursement of Expenses Pursuant to Section 330 for James A. Knauer as Chapter 11 Trustee |
| **Transcripts** | | |
| July 29, 2011 | 646 | Transcript of June 24, 2011 Hearing |

| | | |
|---|---|---|
| December 27, 2011 | 931 | Transcript of December 14, 2011 Hearing |
| September 11, 2012 | 1411 | Transcript of August 20, 2011 Hearing |
| | Unnumbered | Transcript of March 11, 2011 Hearing |

The Trustee reserves the right to object to materials designated by the appealing parties, including materials from outside this case that were not before the Bankruptcy Court in relation to the order on appeal.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

/s/ Kevin M. Toner

*Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)
Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
james.carr@faegrebd.com
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2012, a copy of the foregoing pleading was filed with the Bankruptcy Court. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt on behalf of Other Professional David Abt
davidabt@mwt.net

Amelia Martin Adams on behalf of Creditor Alton Darnell dba Darnell Alton Barn
aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames on behalf of Creditor Joplin Regional Stockyards
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

T. Kent Barber on behalf of Creditor Blue Grass Maysville Stockyards, LLC
kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell on behalf of Counter-Defendant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles on behalf of Creditor Joplin Regional Stockyards
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm on behalf of Cross Defendant Hohenberger Cattle
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton on behalf of Plaintiff James Knauer, Trustee
kayla.britton@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County
courtmail@fbhlaw.net

John R. Burns on behalf of Plaintiff James Knauer, Chapter 11 Trustee
john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

James M. Carr on behalf of Intervenor James Knauer, Trustee

jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

Deborah Caruso on behalf of Other Professional Kathryn Pry
dcaruso@daleeke.com, mthomas@daleeke.com

Ben T. Caughey on behalf of Defendant E4 Cattle Company, LLC
ben.caughey@icemiller.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb on behalf of Other Professional Kentucky Cattlemen's Association
joshclubb@gmail.com

Jason W. Cottrell on behalf of Creditor Rex Elmore
jwc@stuartlaw.com

Kirk Crutcher on behalf of Counter-Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson on behalf of Defendant Jane, LLC
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal on behalf of Intervenor James Knauer, Trustee
dustin.deneal@faegrebd.com, becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto on behalf of Counter-Defendant Bluegrass Stockyards of Richmond, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina on behalf of Creditor Bellar Feed Lots, Inc.
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl on behalf of Creditor Your Community Bank
tearl@rwsvlaw.com

Shawna M Eikenberry on behalf of Counter-Claimant James Knauer
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jeffe@bellnunnally.com

William K. Flynn on behalf of Defendant E4 Cattle Company, LLC

wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree on behalf of Creditor Kentucky Cattlemen's Association
robertforee@bellsouth.net

Sandra D. Freeburger on behalf of Creditor Estate of John S. Gibson, Anna Gayle Gibson, Execu
sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott on behalf of Counter-Claimant Laurel Livestock Market, INC.
pgannott@gannottlaw.com,
mkeane@gannottlaw.com;paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank
msgiberson@vorys.com

Thomas P Glass on behalf of Defendant E4 Cattle Company, LLC
tpglass@strausstroy.com

Jeffrey J. Graham on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jgraham@taftlaw.com,
ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall on behalf of Intervenor James Knauer, Trustee
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

John David Hoover on behalf of Special Counsel Hoover Hull LLP
jdhoover@hooverhull.com

John Huffaker on behalf of Creditor Friona Industries, LP
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe on behalf of Intervenor James Knauer, Trustee
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno
tjohnston@mcjllp.com

James Bryan Johnston on behalf of Creditor Bynum Ranch Co.
bjtexas59@hotmail.com, bryan@ebs-law.net

Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins
Jill.Julian@usdoj.gov

Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee
jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Plaintiff James Knauer, Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock on behalf of Cross-Claimant Kathryn Pry
eknoblock@daleeke.com

Theodore A Konstantinopoulos on behalf of Creditor General Electric Capital Corporation
ndohbky@jbandr.com

Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
edl@rubin-levin.net, atty_edl@trustesolutions.com

Elliott D. Levin on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Kim Martin Lewis on behalf of Other Professional Elizabeth Lynch
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind on behalf of Counter-Defendant Fifth Third Bank
jblind@vorys.com

Karen L. Lobring on behalf of Creditor Deere & Company
lobring@msn.com

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes on behalf of Counter-Claimant James Knauer

harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh on behalf of Counter-Defendant Cactus Growers, Inc.
john.massouh@sprouselaw.com

Michael W. McClain on behalf of Creditor Grant Gibson
mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell on behalf of Creditor Supreme Cattle Feeders, L.L.C.
lisahughes@givenspursley.com

James Edwin McGhee on behalf of Creditor Vermilion Ranch Corporation
mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Christie A. Moore on behalf of Counter-Defendant Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse on behalf of Creditor Heritage Feeders LP
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern on behalf of Creditor Alabama Livestock Auction, Inc.
wsnewbern@msn.com

Shiv Ghuman O'Neill on behalf of Plaintiff James Knauer, Trustee
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs on behalf of Creditor Peoples Bank of Coldwater Kansas
kim.maynes@moyewhite.com

Michael Wayne Oyler on behalf of Creditor Your Community Bank
moyler@rwsvlaw.com

Ross A. Plourde on behalf of Creditor Crumpler Bros.
ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com

Wendy W Ponader on behalf of Plaintiff James Knauer, Trustee
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno

tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy on behalf of Creditor Peoples Bank & trust Co. of Pickett County
traluy@fbhlaw.net

Eric C Redman on behalf of Defendant Bankfirst Financial Services
ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson on behalf of Creditor Fifth Third Bank
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts on behalf of Counter-Claimant Laurel Livestock Market, INC.
jratty@windstream.net

Mark A. Robinson on behalf of Creditor Cactus Growers, Inc.
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

John M. Rogers on behalf of Creditor Joplin Regional Stockyards
johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers on behalf of Defendant Nichols Livestock
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

Jeremy S Rogers on behalf of Other Professional Elizabeth Lynch
Jeremy.Rogers@dinslaw.com

James E Rossow on behalf of Counter-Defendant Superior Livestock Auction, Inc.
jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Thomas C Scherer on behalf of Creditor Cullman Stockyard, Inc.
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Stephen E. Schilling on behalf of Defendant E4 Cattle Company, LLC
seschilling@strausstroy.com

Ivana B. Shallcross on behalf of Creditor Joplin Regional Stockyards
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

William E Smith on behalf of Creditor Coffeyville Livestock Market, LLC
wsmith@k-glaw.com, pballard@k-glaw.com

James E. Smith on behalf of Cross Defendant Diamond B Ranches
jsmith@smithakins.com, legalassistant@smithakins.com

Robert K Stanley on behalf of Defendant Eastern Livestock Co., LLC
robert.stanley@FaegreBD.com

Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com

Andrew D Stosberg on behalf of Defendant Willie Downs
astosberg@lloydmc.com

Meredith R. Thomas on behalf of Other Professional Kathryn Pry
mthomas@daleeke.com

John M. Thompson on behalf of Creditor Heritage Feeders LP
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner on behalf of Counter-Claimant James Knauer
kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp on behalf of Cross Defendant Superior Livestock Auction, Inc.
ctrapp@rubin-levin.net, carmen@rubin-levin.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrea L Wasson on behalf of Creditor Lytle Street Development
andrea@wassonthornhill.com

Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee
jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com

Stephen A. Weigand on behalf of Creditor First Bank and Trust Company, The
sweigand@ficlaw.com

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White on behalf of Trustee James Knauer
swhite@hooverhull.com, vwilliams@hooverhull.com

Jessica E. Yates on behalf of Plaintiff Fredin Brothers, Inc.
jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com;msadams@swlaw.com

James T Young on behalf of Intervenor Michael Walro
james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

I further certify that on October 10, 2012, a copy of the foregoing pleading was served via electronic mail transmission on the following:

| | |
|---|---|
| Ashley S. Rusher | Darla J. Gabbitas |
| asr@blancolaw.com | darla.gabbitas@moyewhite.com |

/s/ Kevin M. Toner