UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re:

Eastern Livestock Co., LLC                                    Case No. 10-93904-BHL-11

Debtor(s).

In re:

Robert Rawls d/b/a Robert Rawls Livestock
Macon Stockyards, Inc.
Edward Strickland
Edward J. Edens, IV
E4 Cattle Co., LLC
Carroll County Livestock Sales Barn, Inc.
Sealy and Sons Livestock, LLP
Alabama Livestock Auction, Inc.
Billingsley Auction Sale, Inc.
Athens Stockyard, LLC

District Case No.
(if known)

Appellant(s),

vs.

Trustee, James A. Knauer

Appellee(s).

## TRANSMITTAL OF NOTICE OF APPEAL
## TO UNITED STATES DISTRICT COURT

The undersigned Clerk of the U.S. Bankruptcy Court for the Southern District of Indiana hereby transmits to the Clerk of the U.S. District Court for the Southern District of Indiana:

- ☐ Withdrawal of Reference
- ☐ Motion for Stay Pending Appeal
- ☐ Motion for Leave to Appeal
- ☒ Notice of Appeal with caption page
- ☒ Designation(s)
- ☐ Other:

☐   Complete designation(s) (has/have) not been filed in this matter.

If this case was not previously given a District Court case number, one can be assigned at this time

Kevin P. Dempsey, Clerk
U.S. Bankruptcy Court