UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Hon. Basil H. Lorch, III |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND
STATEMENT OF ISSUES TO BE PRESENTED**

COMES NOW Appellants Alabama Livestock Auction, Inc.; Sealy And Sons Livestock, LLP; Athens Stockyard, LLC; Billingsley Auction Sale, Inc.; CPC Livestock, LLC; Carroll County Livestock Sales Barn, Inc.; E4 Cattle Co., LLC; Edward J. Edens, IV; Macon Stockyards, Inc.; Edwin A. Strickland; Macon Stockyard, Inc.; and Robert Rawls d/b/a Robert Rawls Livestock aggrieved parties, defendants, and claimants in the above titles bankruptcy, by and through counsel, and hereby designate the following items for inclusion in the record on appeal, and set forth the following statement of issues to be presented on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8006:

**DESIGNATION OF RECORD ON APPEAL**

**A.    Pleadings from Eastern Livestock, Case No. 10-93904-BHL-11**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| December 6, 2010 | 1 | Involuntary Petition |
| December 7, 2010 | 27 | Emergency Motion Under 11 U.S.C §§ 303(f) and (g), 105 and 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate |

| | | |
|---|---|---|
| December 7, 2010 | 27-1 | Exhibit A to Emergency Motion Under 11 USC §§ 303(f) and (g), 105 and 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 27-2 | Exhibit B to Emergency Motion Under 11 USC §§ 303(f) and (g), 105 and 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 27-3 | Exhibit C to Emergency Motion Under 11 USC §§ 303(f) and (g), 105 and 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 27-4 | Exhibit D to Emergency Motion Under 11 USC §§ 303(f) and (g), 105 and 1104(a) for an Order Appointing Interim Trustee and Authorizing and Directing Interim Trustee to Operate Debtor's Business |
| December 7, 2010 | 28 | Minute Entry / Order |
| December 13, 2010 | 68 | Minute Entry / Order |
| December 16, 2010 | 77 | Order Approving Motion for the Appointment of a Trustee Under 11 U.S.C. §§ 105, 303, and 1104 |
| December 23, 2010 | 98 | Notice of Appointment and Application for Order Approving Appointment of Trustee |
| December 23, 2010 | 98-1 | Trustee's Verified Statement and Notice of Acceptance |
| December 23, 2010 | 98-2 | Affidavit of Disinterest |
| December 27, 2010 | 102 | Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee |
| December 30, 2010 | 113 | Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| December 30, 2010 | 114 | Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| December 30, 2010 | 117 | Application for Approval of Employment of Development Specialists, Inc. as Consultant to Chapter 11 Trustee |

| | | |
|---|---|---|
| December 30, 2010 | 117-1 | Exhibit A to Application for Approval of Employment of Development Specialists, Inc. as Consultant to Chapter 11 Trustee |
| December 30, 2010 | 117-2 | Exhibit B to Application for Approval of Employment of Development Specialists, Inc. as Consultant to Chapter 11 Trustee |
| December 30, 2010 | 117-3 | Exhibit C to Application for Approval of Employment of Development Specialists, Inc. as Consultant to Chapter 11 Trustee |
| January 10, 2011 | 181 | Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 10, 2011 | 181-1 | Exhibit A to Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 10, 2011 | 181-2 | Exhibit B to Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 10, 2011 | 181-3 | Exhibit C to Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels LLP as Counsel to Chapter XI Trustee |
| January 18, 2011 | 219 | Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee |
| January 18, 2011 | 219-1 | Exhibit A to Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee |
| January 24, 2011 | 235 | Amended Affidavit of Terry E. Hall in Support of Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| January 27, 2011 | 241 | The First Bank and Trust Company's Withdrawal of Objection to Employment of Baker & Daniels LLP as Counsel to Chapter 11 Trustee |
| February 1, 2011 | 248 | Order Granting Application to Employ Baker & Daniels LLP as Counsel to Chapter 11 Trustee |

| | | |
|---|---|---|
| February 8, 2011 | 257 | Order Granting Application for Approval of Employment of Development Specialists, Inc. as Consultant to Chapter 11 Trustee |
| February 10, 2011 | 267 | Order Granting Application to Employ Hoover Hull LLP as Special Counsel to Chapter 11 Trustee |
| February 11, 2011 | 271 | Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| February 11, 2011 | 271-1 | Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 2, 2011 | 306 | Notice of Submission or Revised Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 2, 2011 | 306-1 | "Clean" exhibit to Notice of Submission or Revised Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 2, 2011 | 306-2 | March 2, 2011 306-2 "Blacklined" exhibit to Notice of Submission or Revised Exhibit A to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 8, 2011 | 313 | Debtor's Bankruptcy Schedules, including Schedule F |
| March 8, 2011 | 319 | Objection to Trustee's Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |

| | | |
|---|---|---|
| March 8, 2011 | 324 | Objection to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 8, 2011 | 326 | Limited Objection to Trustee's Financing Motion |
| March 8, 2011 | 327 | Friona's Industries, LP, Cactus Growers, Inc., and J & F Oklahoma Holdings, Inc.'s Response to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information, and Schedule Final Hearing |
| March 8, 2011 | 328 | Objection to Motion to Approve Trustee's Borrowing and Use of Cash Collateral, Modify the Automatic Stay, Provide Adequate Protection Payments, Protect Confidential Information and Schedule Final Hearing |
| March 10, 2011 | 340 | Trustee's Response toObjections to Trustee's Financing Motion |
| March 10, 2011 | 349 | Response of Fifth Third Bank, N.A. to Objections to Trustee's Financing Motion |
| March 11, 2011 | 353 | Trustee's Amended Response to Objections to Trustee's Financing Motion |
| March 11, 2011 | 383 | Minute Entry / Order |
| March 18, 2011 | 400 | Financing Order (I) Approving Chapter 11 Trustee Financing; (II) Authorizing Use of Cash Collateral and Obtaining Credit Pursuant to Sections 341, 363 and 364 of the Bankruptcy Code; (III) Modifying the Automatic Stay; (IV) Providing Adequate Protection and (V) Sealing Certain Documents |
| May 23, 2011 | 501 | Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 27, 2011 | 512 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 31, 2011 | 515 | Joinder in the Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |

| May 31, 2011 | 517 | Joinder in the Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 31, 2011 | 518 | Joinder in the Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| May 31, 2011 | 519 | Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 1, 2011 | 520 | First Interim Application of Baker & Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee |
| June 1, 2011 | 520-1 | Exhibit A to First Interim Application of Baker & Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee |
| June 2, 2011 | 523 | First Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| June 2, 2011 | 523-1 | Exhibit A to First Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| June 2, 2011 | 523-2 | Exhibit B to First Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| June 3, 2011 | 525 | First Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee |
| June 3, 2011 | 525-1 | Exhibit A to First Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee |
| June 3, 2011 | 525-2 | Exhibit B to First Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee |
| June 17, 2011 | 536 | Peoples Bank's Response and Objection to Trustee's Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |

6

| | | |
|---|---|---|
| June 17, 2011 | 538 | DelCotto Law Group PLLC Statement Pursuant to Fed. R. Bankr. P. 2019 |
| June 17, 2011 | 539 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 541 | Supplemental Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Proceeds from Account |
| June 17, 2011 | 542 | Supplemental Objection of Joplin Regional Stockyards to the Trustee's Purchase Money Claims Report , Motion to Transfer Funds and Notice of Proceeds from Account |
| June 17, 2011 | 543 | Objection to Eastern Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 544 | Response and Objection of Brent Kuehny d/b/a Dollar K Cattle Co., and the Bank of Kremlin to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 545 | Response and Objection of Stockman Oklahoma Livestock Marketing, Inc. to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 546 | Response and Objection of Crumpler Bros. to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 547 | Joinder in the Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 548 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 549 | Supplemental Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |

| | | |
|---|---|---|
| June 17, 2011 | 552 | Russell Decordova d/b/a Decordova Cattle Company's Response in Opposition to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 553 | Further Supplemental Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 554 | Supplemental Objection to the Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 555 | Objection to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| June 17, 2011 | 556 | Objection and Joinder in Objection to the Trustee's Purchase Money Claims Report, Motion for Release of Fund and Notice of Release of Proceeds from Account |
| June 23, 2011 | 564 | Trustee's Omnibus Reply to Objections to Purchase Money Claims Report |
| June 24, 2011 | 573 | Minute Entry/Order |
| July 1, 2011 | 587 | First Order Regarding Trustee's Purchase Money Claims Report |
| July 15, 2011 | 604 | Order Granting First Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| July 15, 2011 | 605 | Order Granting First Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee |
| August 1, 2011 | 650 | Supplemental Objection of Coffeyville Livestock Market, LLC to Trustee's Purchase Money Claims Report, Motion for Release of Fund and Notice of Release of Proceeds from Account |
| August 1, 2011 | 651 | Supplemental Objection Trustee's Motion Regarding Payment of Cattle Sale Proceeds |

| | | |
|---|---|---|
| August 1, 2011 | 652 | Supplemental Objection of Rex Elmore to Trustee's Purchase Money Claims Report, Motion for Release of Fund and Notice of Release of Proceeds from Account |
| August 1, 2011 | 653 | Second Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds from Account |
| August 1, 2011 | 655 | Joinder of First Bank and Trust Company's Second Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds From Account |
| August 16, 2011 | 668 | Third Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds From Account |
| August 17, 2011 | 669 | Amended Third Supplemental Objection to Trustee's Motion to Transfer Funds and Notice of Release of Proceeds From Account |
| August 17, 2011 | 670 | Supplemental Objection and Joinder in Objection to the Trustee's Motion for Release of Proceeds From Account |
| August 19, 2011 | 672 | Third Party Defendants' Joint Response to the Trustee's Motion to Transfer Funds and to Objection to Motion |
| September 1, 2011 | 691 | Final Order Regarding Trustee's Purchase Money Claims Report |
| November 10, 2011 | 816 | Second Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee |
| November 10, 2011 | 816-1 | Exhibit A to Second Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee |
| November 10, 2011 | 816-2 | Exhibit B to Second Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee |

| | | |
|---|---|---|
| November 11, 2011 | 819 | First Interim Application of Hoover Hull LLP for Compensation and Reimbursement of Expenses as Special Counsel for James A. Knauer, Chapter 11 Trustee |
| November 11, 2011 | 819-1 | Exhibit A to First Interim Application of Hoover Hull LLP for Compensation and Reimbursement of Expenses as Special Counsel for James A. Knauer, Chapter 11 Trustee |
| November 11, 2011 | 820 | Second Interim Application of Baker & Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee |
| November 11, 2011 | 820-1 | Exhibit A Second Interim Application of Baker & Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee |
| November 11, 2011 | 821 | Second Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| November 11, 2011 | 821-1 | Exhibit A to Second Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| November 11, 2011 | 821-2 | Exhibit B to Second Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| November 14, 2011 | 828 | Motion to Approve an Informal Ad Hoc Committee |
| November 23, 2011 | 857 | Objection to First Interim Fee Application of Hoover Hull LLP |
| December 7, 2011 | 870 | Objection to Professionals' Applications for Compensation and Reimbursement of Expenses |
| December 8, 2011 | 873 | Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |

| | | |
|---|---|---|
| December 8, 2011 | 873-1 | Exhibit 1 to Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |
| December 9, 2011 | 875 | Objection and Reservation of Rights to Fee Applications of (1) James Knauer, Chapter 11 Trustee, and (2) Baker & Daniels LLP |
| December 12, 2011 | 879 | Objection to Motion to Approve an Informal Ad Hoc Committee |
| December 12, 2011 | 885 | Objection of First Interim Fee Application of Hoover Hull LLP for Compensation and Reimbursement of Expenses as Special Counsel for James A. Knauer, Chapter 11 Trustee |
| December 12, 2011 | 886 | Objection to the Second Interim Application of Baker & Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee |
| December 12, 2011 | 890 | Objection of Fifth Third Bank to Motion to Approve an Informal Ad Hoc Committee |
| December 12, 2011 | 891 | Hoover Hull LLP Response to Objections to First Interim Application for Compensation and Reimbursement of Expenses as Special Counsel for James A. Knauer, Chapter 11 Trustee |
| December 12, 2011 | 892 | Trustee's Objection to Motion to Approve an Informal Ad Hoc Committee |
| December 13, 2011 | 894 | Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |
| December 13, 2011 | 895 | Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |
| December 13, 2011 | 895-1 | Exhibit 1 to Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |
| December 13, 2011 | 896 | Objection to Professional Fee Applications of (1) James A. Knauer, Chapter 11 Trustee; (2) Hoover Hull LLP; and (3) Baker & Daniels LLP |

| December 13, 2011 | 902 | Objection to First Interim Application of Hoover Hull LLP for Compensation and Reimbursement of Expenses as Special Counsel for James A. Knauer, Chapter 11 Trustee |
| December 13, 2011 | 903 | Objection to the Second Interim Application of Baker & Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee |
| December 13, 2011 | 904 | Objection and Reservation of Rights to Fee Application of Baker & Daniels LLP |
| December 13, 2011 | 905 | Objection and Reservation of Rights to Fee Application of James Knauer, Chapter 11 Trustee |
| December 19, 2011 | 916 | Order Granting First Interim Application of Hoover Hull LLP for Compensation and Reimbursement of Expenses as Special Counsel for James A. Knauer, Chapter 11 Trustee |
| December 19, 2011 | 917 | Order Granting Second Interim Application of Baker & Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee |
| December 19, 2011 | 918 | Order Granting Second Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee |
| January 3, 2012 | 939 | Notice of Withdrawal of Motion to Approve an Informal Ad Hoc Committee |
| January 9, 2012 | 958 | Notice of Change of Law Firm Name and E- Mail Addresses |
| February 3, 2012 | 1005 | Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order |
| February 7, 2012 | 1011 | Exhibits A & B to Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order |
| February 9, 2012 | 1021 | Objection to Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order |

| February 9, 2012 | 1024 | Joinder in Objection to Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order |
| February 10, 2012 | 1025 | Objection to Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order |
| February 21, 2012 | 1051 | Order Granting in Part and Continuing in Part the Motion of Fifth Third Bank, N.A. to Limit Discovery or, Alternatively, for a Protective Order |
| February 21, 2012 | 1056 | Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| February 21, 2012 | 1056-1 | Exhibit A to Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| February 21, 2012 | 1056-2 | Exhibit B to Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| March 13, 2012 | 1084 | Order Granting Application to Employ Kroger, Gardis & Regas, LLP as Special Counsel to Chapter 11 Trustee |
| March 16, 2012 | 1098 | Preliminary Report of Special Counsel for the Trustee, James A. Knauer Regarding Investigation of Fifth Third Bank's Proof of Claim and Potential Claims Against Fifth Third |
| June 5, 2012 | 1166 | Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 8, 2012 | 1177 | Preliminary Objection to Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 8, 2012 | 1197 | Motion to Strike Report of the Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 20, 2012 | 1201 | Objection of the First Bank and Trust Company to Trustee's Report |
| June 21, 2012 | 1204 | Motion of the First Bank and Trust Company to Strike Trustee's Report |

| June 22, 2012 | 1206 | Supplemental Objection to Report of Trustee, James A. Knauer Regarding Investigation and Analysis of Potential Claims Against Fifth Third Bank |
| June 25, 2012 | 1209 | Defendant CPC Livestock's Joinder to Objections to Trustee's Report Regarding Claims Against Fifth Third Bank |
| July 2, 2012 | 1222 | Laurel Livestock's Joinder in Objections to Trustee's Report |
| July 10, 2012 | 1237 | Motion to Remove Trustee Pursuant to 11 U.S.C. §324 |
| July 10, 201 | 1238 | Renewal of Objection of The First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (n/k/a Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| July 10, 2012 | 1239 | Motion of The First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| July 18, 2012 | 1248 | Joint Evidentiary Submission of Certain Creditors in Support of Motions to Remove Trustee and Renewal of Objection to Application to Employ Trustee Counsel |
| August 10, 2012 | 1324 | Motion of the Kentucky Cattlemen's Association to Remove the Trustee Pursuant to 11 U.S.C. §324 and to Terminate Employment of the Trustee's Lead Counsel |
| August 13, 2012 | 1326 | Trustee's Response to Objections to and Motion to Strike the Trustee's Report |
| August 13, 2012 | 1327 | Response to Renewal of Objection of First Bank to Application to Employ Baker & Daniels LLP (NKA Faegre Baker Daniels LLP) as Counsel to the Trustee and the Bluegrass Joinder Thereto |
| August 13, 2012 | 1328 | Affidavit of James M. Carr as Supplemental Rule 2014 Disclosure |
| August 13, 2012 | 1329 | Trustee's Response to Motions to Remove Trustee |
| August 13, 2012 | 1330 | Affidavit of James A. Knauer, Trustee as Supplemental Rule 2014 Disclosure |
| August 13, 2012 | 1331 | Notice of Filing Document Under Seal |

| August 14, 2012 | 1333 | Trustee's Motion for Leave to File Document Under Seal [Participation Agreement] |
|---|---|---|
| August 16, 2012 | 1345 | Creditors' Reply to Responses Regarding Motions to Remove Trustee and Trustee Lead Counsel |
| August 16, 2012 | 1348 | Reply by Superior Livestock Auction, Inc. to Trustee's Response to Objections and Motions to Strike the Trustee's Report |
| August 16, 2012 | 1351 | Notice of Filing of National Cattleman's Beef Association's Letter in Support of Motions to Remove Trustee |
| August 17, 2012 | 1357 | Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| August 17, 2012 | 1357-1 | Exhibit 1 (filed under seal) to the Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| August 17, 2012 | 1357-2 | Exhibit 2 (filed under seal) to the Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| August 17, 2012 | 1357-3 | Exhibit 3 to the Reply Memorandum in Support of Renewal of Objection of the First Bank and Trust Company to Application to Employ Baker & Daniels, LLP (N/K/A Faegre Baker Daniels LLP) as Counsel to Chapter 11 Trustee |
| August 18, 2012 | 1361 | Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| August 18, 2012 | 1361-1 | Exhibit 1 (filed under seal) to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |

15

| | | |
|---|---|---|
| August 18, 2012 | 1361-2 | Exhibit 2 (filed under seal) to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| August 18, 2012 | 1361-3 | Exhibit 3 to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| August 18, 2012 | 1361-4 | Exhibit 4 (filed under seal) to the Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| August 19, 2012 | 1363 | Motion of the First Bank and Trust Company to file Documents and Deposition Transcripts Under Seal |
| August 23, 2012 | 1377 | Joinder in Motions by Superior Livestock Auction, Inc. |
| August 31, 2012 | 1388 | Order Denying Motions to Remove Trustee |
| August 31, 2012 | 1389 | Order Overruling Renewed Objections to Employment of Faegre Baker Daniels LLP |
| August 31, 2012 | 1390 | Order on Objections to and Motions to Strike Trustee's Report |
| September 7, 2012 | 1408 | Notice of Appeal |
| September 13, 2012 | 1413 | Notice of Appeal |
| September 13, 2012 | 1415 | Notice of Appeal |
| September 14, 2012 | 1419 | Notice of Appeal |
| September 24, 2012 | 1439 | Notice of Filing Unredacted Version of Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |
| September 24, 2012 | 1439-1 | Exhibit A to Notice of Filing Unredacted Version of Reply Memorandum in Support of Motion of the First Bank and Trust Company to Remove Trustee Pursuant to 11 U.S.C. § 324 |

| February 4, 2011 | POC No. 13 | Proof of Claim filed by Fifth Third Bank |
|---|---|---|
| March 7, 2011 | POC No. 55 | Proof of Claim fined by Athens Stockyard, LLC |
| March 9, 2011 | POC No. 82 | Proof of Claim filed by Sealy and Son/Alabama Livestock |
| April 6, 2011 | POC No. 132 | Proof of Claim filed by CPC Livestock |
| April 30, 2011 | POC No. 181 | Proof of Claim filed by Arcadia Stockyard |
| May 1, 2011 | POC No. 191 | Proof of Claim filed by Arcadia Stockyard |
| May 2, 2011 | POC No. 225 | Proof of Claim filed by Arcadia Stockyard |
| July 27, 2012 | Doc. 453 | AP 11-59093, *Friona Industries, LP, et al. v. Eastern Livestock Co, LLC et al.* - Order Denying Motion for Summary Judgment Against Robert Nichols, Jane Nichols, Nichols Livestock and Jane, LLC (re: Doc # 263) and Granting Motion for Summary Judgment Against Cactus (re: Doc # 321) |
| April 5, 2012 | Doc. 47 | AP 11-59104, *Rush Creek Ranch, LLLP v. Eastern Livestock Co., LLC, et al.* - Amended Answer to Answer to Complaint, Crossclaim, Answer to Crossclaim, Counterclaim by Arcadia Stockyard, et al. |
| July 4, 2012 | Doc. 1 | AP 12-59036, *Knauer v. James Edward Edens,IV and E4 Cattle Co*. - Complaint |
| September 10, 2012 | Doc. 24 | AP 12-59036 - Motion to Dismiss Adversary Proceeding.. |
| September 10, 2012 | Doc. 25 | AP 12-59036 - Brief in Support of Motion to Dismiss Adversary Proceeding |
| July 27, 2012 | Doc. 1 | AP 12-59047, *Knauer v. Robert Rawls Livestsock* - Complaint |
| July 27, 2012 | Doc. 1 | AP 12-59048, *Knauer v. Freeman* - Complaint |
| July 27, 2012 | Doc. 1 | AP 12-59049, *Knauer v. Macon Stockyard* - Complaint |
| July 27, 2012 | Doc. 1 | AP 12-59050, *Knauer v. Billingsley Auction Sale, Inc.* - Complaint, |
| September 9, 2012 | Doc. 1 | AP 12-59072, *Knauer v. Carroll County Livestock Sale Barn, Inc.* - Complaint, |

17

**B.** **Pleadings filed in this case, but NOT filed electronically in Case No. 10-93904-BHL-11**

    1.    Participation Agreement By and Between Wells Fargo Business Credit, Inc. and Fifth Third Bank, NA. (Dated as of February 9, 2005), Production Nos. FT028176-200, filed under seal on or about August 13, 2012 by the Trustee as reflected by Doc. No. 1331;

    2.    Transcript of Omnibus Hearing on August 20, 2012 filed by J&J Court Reporters, Inc. on or about September 11, 2012 as reflected by Doc. No. 1411;

    3.    Transcript of Deposition of James Knauer, Volumes I and II, and all Exhibits thereto, delivered to the Court at the August 20, 2012 hearing.

**C.** **Pleadings from Case No. 09-06065-BHL-11 (*In re Lauth Investment Properties, LLC*) United States Bankruptcy Court Southern District of Indiana, New Albany Division**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| August 3, 2009 | 328 | Appearance of James A. Knauer for Wells Fargo Bank, NA |
| May 11, 2010 | 1076 | Wells Fargo Motion for Alternatively Bank, National Association's Relief from the Stay and to Dismiss Certain of the Consolidated Cases |
| May 28, 2010 | 1115 | Withdrawal of Appearance |
| October 15, 2010 | 1476 | Wells Fargo Bank, National Association's Motion for Use of Confidential Financial Information and Alternatively, Motion in Limine |
| November 1, 2010 | 1522 | Joint Motion to Continue Certain Matters to be Heard at November 4, 2010 Omnibus Hearing and Rescheduling the Same to December 7, 2011 Omnibus Hearing |

| December 1, 2010 | 1586 | Joint Motion to Continue Certain Matters to be Heard at December 7, 2010 Omnibus Hearing and Rescheduling the Same to February 9, 2011 Omnibus Hearing |
| December 21, 2010 | 1643 | Joint Motion to Continue Certain Matters to be Heard at February 9, 2011 Omnibus Hearing and Rescheduling the Same to March 1, 2011 Omnibus Hearing |
| February 28, 2011 | 1736 | Motion of the Debtors for Entry of an Order Approving Global Settlement Between (A) Debtors, (B) Wells Fargo Bank and (C) Certain Guarantors |
| February 28, 2011 | 1737 | Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal Confidential Settlement Term Sheet |
| May 13, 2011 | 1988 | Wells Fargo Bank, National Association's Limited Response to Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code |
| July 25, 2011 | 2156 | Motion for Leave to Withdraw Appearance of Ryan B. Bowers |

## <u>STATEMENT OF ISSUES ON APPEAL</u>

1.      Whether the "taint" and appearance of impropriety and conflict alone arising from the prior and ongoing representation by the Trustee and his law firm of Debtor Eastern Livestock's major creditor financial institution, Fifth Third Bank, and its primary loan participant, Wells Fargo, required removal.

2.      Whether the Court erred in holding that the Trustee was not required to disclose, pursuant to Federal Rule of Bankruptcy Procedure 2007.1(c) and 11 U.S.C. §§ 101(14) and 1104, his and his law firm's known connections to Wells Fargo and all of its affiliated Wells

Fargo companies, a $10 million loan participant in the $32.5 million asserted secured claim against the Debtor.

3.     Whether the Court erred in holding that it was "unnecessary" for the Court to determine whether the Trustee, after entering in to a limited conflict waiver agreement with Wells Fargo, did not have to disclose the relationship, the connections, or the existence of the limited conflict waiver agreement.

4.     Whether the Court erred in finding that Wells Fargo was a "former client" of the Trustee and his law firm, and whether the Court erred in attaching any relevance to this fact, including but not limited to its holding that it was "unnecessary" for the Court to decide whether the Trustee was not required to disclose his or his firm's connections with Wells Fargo under the Trustee's continuing duties of disclosure.

5.     Whether the Court erred in holding that a loan participant in the largest secured claim in a Chapter 11 case is not a "creditor" or "party in interest" for purposes of the disclosure requirements and the disinterestedness requirements under Federal Rule of Bankruptcy Procedure 2007.1(c), and 11 U.S.C. §§ 101(14) and 1104.

6.     Whether the Court erred in finding that the Trustee was and continued to be a "disinterested person" as defined in the Seventh Circuit for the purposes of 11 U.S.C. § 101(14), as statutorily mandated by 11 U.S.C. § 1104.

7.     Whether the Court erred in finding that the Trustee and his law firm were free to assert any Estate claims, defenses, and causes of action, and to otherwise act adversely to Wells Fargo without regard to the limitations and prohibitions contained in the limited conflict waiver

agreement entered into between the Trustee and Wells Fargo and the obligations imposed by the Indiana ethics rules.

8.      Whether the Court erred in finding that the Trustee entered into a written conflict waiver agreement with Fifth Third Bank which contained no limitations when no evidence that such conflict waiver ever existed or was ever placed in the Court record or otherwise disclosed or produced, and whether the Court erred in finding that the Trustee had "fully disclosed" all of his and his firm's connections with Fifth Third Bank and that the Trustee was free to be adverse to Fifth Third Bank and to commence any action against Fifth Third Bank.

9.      Whether the Court erred in finding that removal of the Trustee was neither warranted nor mandated because of the risks of possible delay, possible added costs, possible impairment of estate causes of action, and possible lessened creditor recoveries, when no evidence was presented on any of such possibilities.

10.     Whether the Court erred in failing to consider as relevant to the removal of the Trustee, the evidence involving the Estate's general bankruptcy counsel's very similar non-disclosures and lack of disinterestedness regarding Wells Fargo, and the collective decision of the Trustee and his Counsel that neither would make disclosures of any sort regarding their respective limited conflict waiver agreements with Wells Fargo.

11.     Whether the Court erred in finding that no significant harm would result from the continuance of the Trustee in the Chapter 11 case.

12.     Whether the Court erred in applying the incorrect standard of law to the motions to remove the Trustee.

13.    Whether the Court erred when it entered the Order Denying Motions to Remove.

Respectfully submitted this 28th day of September 2012,

W. SCOTT NEWBERN, PL

 /s/ Walter Scott Newbern

W. Scott Newbern
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28h day of September 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

 /s/ W. Scott Newbern

W. SCOTT NEWBERN