**SO ORDERED: October 18, 2012.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )   Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING
TRUSTEE'S MOTION TO CONTINUE HEARING ON
THE PROPOSED PLAN AND DISCLOSURE STATEMENT**

This matter is before the Court on the *Trustee's Motion To Continue Hearing On The Proposed Plan And Disclosure Statement* (the "Motion") (Docket No. 1478), filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), requesting that the Court continue the hearing now scheduled for October 19, 2012 on the adequacy of the Trustee's Disclosure Statement[1] to October 30, 2012 at 1:30 p.m. EST.  The Trustee represents that he circulated the proposed Motion with the parties involved prior to filing.  The Court having considered the Motion, finding good cause exists to grant the Motion as

---

[1] The Trustee filed his Chapter 11 Plan of Liquidation ("Plan") and his Disclosure Statement with Regard to the Trustee's Chapter 11 Plan of Liquidation ("Disclosure Statement") on July 23, 2012 [Docket Nos. 1255 and 1256].

modified by this Order, and being otherwise advised of the proceedings in this case now

ORDERS:

1. The hearing on the adequacy of the Trustee's Disclosure Statement now scheduled for October 19, 2012 is continued to October 30, 2012 commencing at 1:30 p.m. EST in Room 310, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana 46204.

###