# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11　　　**Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 19, 2012 09:30 AM　　NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

1) Continued Hearing Re:　Disclosure Statement filed by Terry E. Hall on behalf of Trustee James A. Knauer  [1256]
   **R / M #:**　0 / 0

   **VACATED:　Motion to Continued filed by Trustee. No opposition to motion. Matter continued to 10/30/12 @ 1:30 p.m. (EST) in Indianapolis. Court to issue notice.**

2) Objection to Chapter 11 Disclosure Statement filed by David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas  [1401]
   **R / M #:**　0 / 0

   **VACATED:　Motion to Continued filed by Trustee. No opposition to motion. Matter continued to 10/30/12 @ 1:30 p.m. (EST) in Indianapolis. Court to issue notice.**

3) Objection to Chp. 11 Disclosure Statement filed by David Laird on behalf of Creditor, Peoples Bank of Coldwater Kansas [1468]
   **R / M #:**　0 / 0

   **VACATED:　Motion to Continued filed by Trustee. No opposition to motion. Matter continued to 10/30/12 @ 1:30 p.m. (EST) in Indianapolis. Court to issue notice.**

4) Objection to Chp. 11 Disclosure Statement filed by John M. Rogers, John W. Ames on behalf of Petitioning Creditor Superior Livestock Auction, In.c  [1469]
   **R / M #:**　0 / 0

   **VACATED:　Motion to Continued filed by Trustee. No opposition to motion. Matter continued to 10/30/12 @ 1:30 p.m. (EST) in Indianapolis. Court to issue notice.**

5) Objection to Chp. 11 Disclosure Statement filed by Ivana B. Shallcross on behalf of Creditor Joplin Regional Stockyards [1470]
   **R / M #:**　0 / 0

   **VACATED:　Motion to Continued filed by Trustee. No opposition to motion. Matter continued to 10/30/12 @ 1:30 p.m. (EST) in Indianapolis. Court to issue notice.**

6) Objection to Chapter 11 Disclosure Statement filed by Walter Scott Newbern III on behalf of Creditors Alabama Livestock Auction, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Macon Stockyards, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland  [1473]
   **R / M #:**　0 / 0

   **VACATED:　Motion to Continued filed by Trustee. No opposition to motion. Matter continued to 10/30/12 @ 1:30 p.m. (EST) in Indianapolis. Court to issue notice.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11         FRIDAY, OCTOBER 19, 2012 09:30 AM

**7)** Continued Hearing Re:   Motion to Quash or Modify Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum filed by John David Hoover on behalf of Special Counsel Hoover Hull LLP [1283] with a Response in Opposition to Motion to Quash filed by John M. Rogers, Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1355]

   **R / M #:**   0 / 0

   **VACATED:   Agreed Motion to Continue.  Matter to be continued to Status Conference on 11/19/12 @ 10:00 am (EST). Court to issue notice.**

*Appearances:*

*Proceedings:*

* (1 thru 6)  VACATED:   Motion to Continued filed by Trustee.  No opposition to motion.   Matter continued to 10/30/12 @ 1:30 p.m. (EST) in Indianapolis.   Court to issue notice.
(7)  Agreed Motion to Continue filed.  Matter to be continued to Status Conference on 11/19/12 @ 10:00 a.m. (EST).  Court to issue notice.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**