## Notice Recipients

District/Off: 0756−4          User: kgoss2                    Date Created: 10/19/2012
Case: 10−93904−BHL−11         Form ID: SF00200                Total: 92

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer           | jak@kgrlaw.com |
| aty | Allen Morris              | amorris@stites.com |
| aty | Amelia Martin Adams       | aadams@dlgfirm.com |
| aty | Andrea L Wasson           | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy          | traluy@fbhlaw.net |
| aty | Bret S. Clement           | bclement@acs−law.com |
| aty | C. R. Bowles, Jr          | cbowles@bgdlegal.com |
| aty | Christie A. Moore         | cm@gdm.com |
| aty | Christopher M. Trapp      | ctrapp@rubin−levin.net |
| aty | Daniel J. Donnellon       | ddonnellon@ficlaw.com |
| aty | David A. Laird            | david.laird@moyewhite.com |
| aty | David Alan Domina         | dad@dominalaw.com |
| aty | David L. Abt              | davidabt@mwt.net |
| aty | David L. LeBas            | dlebas@namanhowell.com |
| aty | Deborah Caruso            | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal          | dustin.deneal@faegrebd.com |
| aty | Edward M King             | tking@fbtlaw.com |
| aty | Elliott D. Levin          | robin@rubin−levin.net |
| aty | Elliott D. Levin          | edl@rubin−levin.net |
| aty | Eric W. Richardson        | ewrichardson@vorys.com |
| aty | Harmony A Mappes          | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross       | ishallcross@bgdlegal.com |
| aty | James A. Knauer           | jak@kgrlaw.com |
| aty | James B. Lind             | jblind@vorys.com |
| aty | James Bryan Johnston      | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.       | jim@rubin−levin.net |
| aty | James Edwin McGhee, III   | mcghee@derbycitylaw.com |
| aty | James M. Carr             | jim.carr@faegrebd.com |
| aty | Jason W. Cottrell         | jwc@stuartlaw.com |
| aty | Jay P. Kennedy            | jpk@kgrlaw.com |
| aty | Jeffrey J. Graham         | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter          | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler          | jeffe@bellnunnally.com |
| aty | Jennifer Watt             | jwatt@kgrlaw.com |
| aty | Jerald I. Ancel           | jancel@taftlaw.com |
| aty | Jeremy S Rogers           | Jeremy.Rogers@dinslaw.com |
| aty | Jill Zengler Julian       | Jill.Julian@usdoj.gov |
| aty | John Huffaker             | john.huffaker@sprouselaw.com |
| aty | John David Hoover         | jdhoover@hooverhull.com |
| aty | John Frederick Massouh    | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell          | john@lovell−law.net |
| aty | John M. Rogers            | johnr@rubin−levin.net |
| aty | John M. Thompson          | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III         | jrciii@acs−law.com |
| aty | John W Ames               | james@bgdlegal.com |
| aty | Joshua Elliott Clubb      | joshclubb@gmail.com |
| aty | Joshua N. Stine           | kabritt@vorys.com |
| aty | Judy Hamilton Morse       | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring          | lobring@msn.com |
| aty | Kelly Greene McConnell    | lisahughes@givenspursley.com |
| aty | Kent A Britt              | kabritt@vorys.com |
| aty | Kevin M. Toner            | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis          | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher             | kcrutcher@mcs−law.com |
| aty | Laura Day DelCotto        | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant          | courtmail@fbhlaw.net |
| aty | Mark A. Robinson          | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs           | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson       | msgiberson@vorys.com |
| aty | Meredith R. Thomas        | mthomas@daleeke.com |
| aty | Michael Benton Willey     | michael.willey@ag.tn.gov |
| aty | Michael W. McClain        | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler       | moyler@rwsvlaw.com |
| aty | Peter M Gannott           | pgannott@gannottlaw.com |
| aty | Randall D. LaTour         | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr        | rabell@vorys.com |
| aty | Robert H. Foree           | robertforee@bellsouth.net |
| aty | Robert K Stanley          | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde           | ross.plourde@mcafeetaft.com |

| | | |
|---|---|---|
| aty | Sandra D. Freeburger | sfreeburger@dsf−atty.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k−glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 85

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street   New Albany, IN 47150 |
| op | National Cattlemen's Beef Association | Alice Devine   Devine &Donley, LLC   534 S KS Ave Suite 1420   Topeka, KA 66603 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs   3087 Ervin Town Rd.   Castlewood, VA 24224 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road   Carlisle, KY 40311 |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower   101 South Fifth Street   ?Louisville, KY 40202−3103 |
| op | Southeastern Livestock Network LLC | 176 Pasadena Drive   Lexington, KY 40503 |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA   PO Drawer 25008   Winston−Salem, NC 27114−5008 |

TOTAL: 7