United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
     Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: kgoss2           Page 1 of 2        Date Rcvd: Oct 19, 2012
                            Form ID: SF00200       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2012.
```
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
              534 S KS Ave Suite 1420,    Topeka, KA  66603
op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Oct 19 2012 23:19:22     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**                    **Signature:**  *Joseph Speetjens*

```
District/off: 0756-4           User: kgoss2                 Page 2 of 2                   Date Rcvd: Oct 19, 2012
                               Form ID: SF00200             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2012 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## **NOTICE**

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

> Continued Hearing Re: Motion to Quash or Modify Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum filed by John David Hoover on behalf of Special Counsel Hoover Hull LLP [1283] with a Response in Opposition to Motion to Quash filed by John M. Rogers, Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1355].
>
> Date:  November 19, 2012
> Time: 10:00 AM EST
> Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  October 19, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court