Exhibit A

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| 1 | TV, RCA, 19", W/ STAND | 1 | 0.00 | 10.00 |
| 2 | RECEPTIONIST SUITE, U SHAPED DESK, BOOK CASE, 4 DRAWER FILE CABINET | 1 | 0.00 | 100.00 |
| 3 | DESK, KIMBALL, MDL X880100365L | 2 | 0.00 | 45.00 |
| 3a | choice chair | 1 | 0.00 | 15.00 |
| 3b | chair | 1 | 0.00 | 10.00 |
| 4 | COMPUTER DESK, 3 DRAWER | 1 | 0.00 | 10.00 |
| 4a | ge tv and wall mount | 1 | 0.00 | 5.00 |
| 5 | TV, SHARP, 27", W/ STAND | 1 | 0.00 | 5.00 |
| 6 | OFFICE SUITE, KIMBALL, U SHAPED DESK, OVER HEAD CABINET, LATERAL FILE, | 1 | 0.00 | 65.00 |
| 7 | BLACK CHAIR | 4 | 0.00 | 40.00 |
| 8 | TV, SHARP, 27", W/ STAND | 1 | 0.00 | 7.00 |
| 8a | 2 chairs | 1 | 0.00 | 15.00 |
| 9 | OFFICE SUITE, KIMBALL, DESK, COMPUTER DESK W/ OVER HEAD CABINET, MDL X8800989841 | 1 | 0.00 | 25.00 |
| 9a | desk | 1 | 0.00 | 35.00 |
| 10 | LATERAL FILE CABINET, 5 DRAWER AND 2 DRAWER FILE | 1 | 0.00 | 25.00 |
| 10a | christmas tree, santa and clock | 1 | 0.00 | 10.00 |
| 11 | Office Furniture | 1 | 0.00 | 135.00 |
| 12 | EXECUTIVE SUITE, KIMBALL, DESK, BOOKCASE, 2 CABINETS, TABLE W/ CHAIRS | 1 | 0.00 | 55.00 |
| 13 | CHAIRS, WOOD W/ GRAY FABRIC | 3 | 0.00 | 12.00 |
| 13a | black chair | 1 | 0.00 | 2.50 |
| 13b | branding iron (pair) | 1 | 0.00 | 20.00 |
| 13c | bookcase | 1 | 0.00 | 10.00 |
| 13d | foot massager | 1 | 0.00 | 5.00 |
| 13e | gateway computer dx series | 1 | 0.00 | 80.00 |
| 14 | CPU, DELL, INSPIRON 530S, PENTIUM DUAL CORE, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | 155.00 |
| 15 | CPU, DELL, INSPIRON 530S, PENTIUM DUAL CORE, | 1 | 0.00 | 70.00 |

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| | KEYBOARD, MOUSE, 17" MONITOR | | | |
| 16 | CPU, DELL, VOSTRO 200, INTEL CORE 2 DUO, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | 165.00 |
| 17 | CPU, DELL, VOSTRO 200, INTEL CORE 2 DUO, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | ^ |
| 18 | CPU, DELL, VOSTRO 200, INTEL CORE 2 DUO, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | ^ |
| 19 | CPU, DELL, VOSTRO 200, INTEL CORE 2 DUO, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | 55.00 |
| 20 | CPU, DELL, VOSTRO 200, INTEL CORE 2 DUO, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | 55.00 |
| 21 | CPU, DELL, INSPIRON, INTEL PENTIUM, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | 65.00 |
| 22 | CPU, DELL, VOSTRO 200, INTEL CORE 2 DUO, KEYBOARD, MOUSE, 17" MONITOR | 1 | 0.00 | 25.00 |
| 23 | CPU, DELL, DIMENSION 4600, PENTIUM 4, KEYBOARD, MOUSE, 15" MONITOR | 1 | 0.00 | 15.00 |
| 24 | CPU, DELL, DIMENSION 3000, KEYBOARD, MOUSE, 15" MONITOR | 1 | 0.00 | 10.00 |
| 25 | CPU, EMACHINE, T3410, AMB SIMPRON, KEYBOARD, MOUSE, 15" MONITOR | 1 | 0.00 | 15.00 |
| 26 | CPU, DELL, INSPIRON, NO HARD DRIVE | 1 | 0.00 | 50.00 |
| 27 | CPU, DELL, VOSTRO 200, NO HARD DRIVE | 1 | 0.00 | ^ |
| 28 | CPU, GATEWAY, INTEL CORE DUO, NO HARD DRIVE | 1 | 0.00 | ^ |
| 29 | CPU, EMACHINE, T6216, NO HARD DRIVE | 1 | 0.00 | ^ |
| 30 | CPU, EMACHINE, T2958, NO HARD DRIVE | 1 | 0.00 | ^ |
| 31 | CPU, EMACHINE, T3092, NO HARD DRIVE | 1 | 0.00 | ^ |
| 32 | CPU, EMACHINE, T2958, NO HARD DRIVE | 1 | 0.00 | ^ |
| 33 | CPU, DELL, DIMENSION 300, NO HARD DRIVE | 1 | 0.00 | ^ |
| 34 | CPU, DELL, DIMENSION 3310, NO HARD DRIVE | 1 | 0.00 | 30.00 |
| 35 | CPU, GATEWAY, NO HARD DRIVE | 1 | 0.00 | ^ |
| 36 | CPU, GATEWAY, NO HARD DRIVE | 1 | 0.00 | ^ |
| 37 | CPU, NO HARD DRIVE | 1 | 0.00 | ^ |
| 38 | CPU, DELL, NO HARD DRIVE | 1 | 0.00 | ^ |
| 39 | LAPTOP, DELL, INSPIRON 1525, INTEL CELERON, XP O.S. | 1 | 0.00 | 80.00 |
| 40 | LAPTOP, DELL, INSPIRON 1501, AMD SIMPRON, XP O.S. | 1 | 0.00 | 190.00 |
| 41 | LAPTOP, EMACHINE, NO HARD DRIVE | 1 | 0.00 | 10.00 |
| 42 | FLAT PANEL MONITOR, WESTINGHOUSE, 22" | 1 | 0.00 | 70.00 |

10/25/2012     Norman J. Gallivan, Inc.     Page: 3
16:00:50    Case 10-93904-BHL-11    Doc 1487-1    Filed 10/26/12    EOD 10/26/12 10:09:11    Pg 4 of 9

Bid Results with Reserve By Auction

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| 44 | FLAT PANEL MONITOR, SAMSUNG, 19" | 1 | 0.00 | 150.00 |
| 45 | FLAT PANEL MONITOR, DELL, 19" | 1 | 0.00 | ^ |
| 46 | FLAT PANEL MONITOR, DELL, 19" | 1 | 0.00 | ^ |
| 43 | FLAT PANEL MONITOR, WESTINGHOUSE, 19" | 1 | 0.00 | 15.00 |
| 48a | flat panel monitor | 1 | 0.00 | 5.00 |
| 47 | FLAT PANEL MONITOR, GATEWAY, 15" | 1 | 0.00 | 5.00 |
| 48 | FLAT PANEL MONITOR, EMACHINE, 15" | 1 | 0.00 | 15.00 |
| 49 | FLAT PANEL MONITOR, DELL, 15" | 1 | 0.00 | ^ |
| 50 | FLAT PANEL MONITOR, OPTIQUEST, 15" | 1 | 0.00 | ^ |
| 50a | plantronics system | 1 | 0.00 | 15.00 |
| 50b | drop file | 1 | 0.00 | 5.00 |
| 51 | CPU SPEAKERS, 5 SPEAKERS PLUS SUB, LOGITECH | 1 | 0.00 | 20.00 |
| 52 | LOT OF CPU SPEAKERS | 1 | 0.00 | 10.00 |
| 53 | LOT OF CPU SPEAKERS | 1 | 0.00 | 10.00 |
| 54 | LOT OF CPU SPEAKERS | 1 | 0.00 | 5.00 |
| 55 | LOT OF KEYBOARDS | 1 | 0.00 | 5.00 |
| 56 | LOT OF KEYBOARDS | 1 | 0.00 | ^ |
| 57 | BATTERY BACK UP, APC, BP 500 | 4 | 0.00 | 45.00 |
| 58 | BATTERY BACK UP, APC, BP 350 | 1 | 0.00 | 5.00 |
| 59 | LOT OF SURGE PROTECTORS | 1 | 0.00 | 7.50 |
| 59a | rolling wooden desk & box of computer manuals etc | 1 | 0.00 | 25.00 |
| 60 | 3 DRAW LATERAL FILE | 2 | 0.00 | 120.00 |
| 60a | choice box cattle prods | 3 | 0.00 | 15.00 |
| 61 | ALL IN ONE, PANASONIC, WORKIO DP3030, SER# LDP32F0006 | 1 | 0.00 | 160.00 |
| 62 | ALL IN ONE, PANASONIC, WORKIO DP2330, SER# FFP4DJ00098 | 1 | 0.00 | 110.00 |
| 63 | COPIER, HP, LASERJET 800DN, SER# USMJ010441 | 1 | 0.00 | 25.00 |
| 63a | shipping scale | 1 | 0.00 | 25.00 |
| 63b | dot matrix printer stand and label printer | 1 | 0.00 | 5.00 |
| 64 | CONTENTS OF SHELVES, TO INCLUDE HOLE PUNCHES AND STAPLERS | 1 | 0.00 | 20.00 |
| 65 | CONTENTS OF SHELVES, PAPER ORGANIZERS | 1 | 0.00 | 5.00 |

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| 66 | DOT MATRIX PRINTER, GENICOM, MDL 4840I, SER#3S4840AM0000B3 | 1 | 0.00 | 10.00 |
| 67 | TRACK SHELVING, ADVANCE, 4 SHELVING UNITS | 1 | 0.00 | 100.00 |
| 68 | TRACK SHELVING, ADVANCE, 5 SHELVING UNITS | 1 | 0.00 | 50.00 |
| 76 | PRINTER, XEROX, DOCUPRINT P8EX | 1 | 0.00 | 5.00 |
| 69 | SCANNER COPIER, DELL, A920 | 1 | 0.00 | 14.00 |
| 70 | PRINTER, PIXMA, IP700 | 1 | 0.00 | ^ |
| 71 | PRINTER, HP, DESK JET 5650 | 1 | 0.00 | ^ |
| 72 | PRINTER, HP, LASER JET, P1006 | 1 | 0.00 | ^ |
| 73 | PRINTER, LEXMARK, Z735 | 1 | 0.00 | ^ |
| 74 | PRINTER, LEXMARK, Z735 | 1 | 0.00 | ^ |
| 75 | PRINTER, HP, LASER JET, 1000 | 1 | 0.00 | ^ |
| 77 | DOT MATRIX PRINTER, OKI, MICROLINE 490 | 1 | 0.00 | 40.00 |
| 78 | DOT MATRIX PRINTER, OKI, MICROLINE 490 | 1 | 0.00 | ^ |
| 79 | DOT MATRIX PRINTER, OKI, MICROLINE 490 | 1 | 0.00 | ^ |
| 80 | DOT MATRIX PRINTER, OKI, MICROLINE 490 | 1 | 0.00 | ^ |
| 81 | DOT MATRIX PRINTER, OKI, MICROLINE 590 | 1 | 0.00 | ^ |
| 82 | DOT MATRIX PRINTER, OKI, MICROLINE 590 | 1 | 0.00 | ^ |
| 83 | FILE CABINET, FIRE KING, 2 DRAWER | 1 | 0.00 | 5.00 |
| 84 | DOT MATRIC PRINTER, OKI, MICROLINE 590 | 1 | 0.00 | 10.00 |
| 85 | DOT MATRIX PRINTER, OKI, MICROLINE 590 | 1 | 0.00 | ^ |
| 86 | DOT MATRIX PRINTER, OKI, MICROLINE 393 | 1 | 0.00 | ^ |
| 87 | DOT MATRIX PRINTER, OKI, MICROLINE 393 | 1 | 0.00 | ^ |
| 88 | DOT MATRIX PRINTER, OKI, MICROLINE 320 | 1 | 0.00 | ^ |
| 91 | LOT OF ADDING MACHINES | 1 | 0.00 | 5.00 |
| 91 | LOT OF ADDING MACHINES | 4 | 0.00 | 20.00 |
| 92 | LOT OF ADDING MACHINE PAPER | 1 | 0.00 | 1.00 |
| 93 | GRILL, PORTABLE, BRINKMAN, PROPANE, 4 BURNER | 1 | 0.00 | 100.00 |
| 93a | cubicle paper organizers | 1 | 0.00 | 5.00 |
| 94 | CHAIRS, CUSHIONED | 9 | 0.00 | 67.50 |
| 94a | 3 planters | 1 | 0.00 | 65.00 |
| 95 | RECEPTIONIST STATION | 1 | 0.00 | 50.00 |
| 95a | desk with black chair | 1 | 0.00 | 5.00 |
| 96 | CONFERENCE TABLE, 12' | 1 | 0.00 | 250.00 |
| 97 | COMPUTER CHAIRS, BLACK | 10 | 0.00 | 125.00 |
| 98 | DESK, 6' | 2 | 0.00 | 50.00 |
| 99 | SADDLE STAND | 1 | 0.00 | 5.00 |

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| 100 | COLLAPSIBLE LADDER | 1 | 0.00 | 80.00 |
| 101 | 4 DRAWER NIGHT STAND/ COAT RACK | 1 | 0.00 | 65.00 |
| 102 | TV, RCA, 27" | 1 | 0.00 | 5.00 |
| 106 | TABLE, 4X4', WHITE | 3 | 0.00 | 52.50 |
| 106 | TABLE, 4X4', WHITE | 2 | 0.00 | 30.00 |
| 107 | STACK CHAIRS, WHITE | 12 | 0.00 | 25.00 |
| 103 | CUBICLE, HERMAN MILLER, ACTION OFFICE SERIES 2, 3 STATION | 3 | 0.00 | 240.00 |
| 104 | CUBICLE, HERMAN MILLER, ACTION OFFICE SERIES 2, 6 STATION | 6 | 0.00 | 480.00 |
| 105 | CUBICLE, HERMAN MILLER, ACTION OFFICE SERIES 2, 5 STATION | 6 | 0.00 | 480.00 |
| 108 | PHONE SYSTEM, NEC ELECTRA, MDL ESF-XE-10, (50) 16 BUTTON PHONES, 6 CARD | 1 | 0.00 | 20.00 |
| 109 | SERVER RACK | 1 | 0.00 | 10.00 |
| 110 | COFFEE MAKER, BUNN, MDL VP172, W/ STAND | 1 | 0.00 | 40.00 |
| 111 | MICROWAVE, GE, MDL SPACE MAKER XL | 1 | 0.00 | 95.00 |
| 112 | DISHWASHER, GE, PROFILE | 1 | 0.00 | 75.00 |
| 113 | FRIDGE, GE, MDL TBX18JABQRBB | 1 | 0.00 | 195.00 |
| 113a | contents of kitchen cabinets | 1 | 0.00 | 27.50 |
| 114 | ICE MAKER, GE | 1 | 0.00 | 45.00 |
| 115 | LATERAL FILE CABINET, 5 DRAWER | 3 | 0.00 | 270.00 |
| 115a | planter | 1 | 0.00 | 10.00 |
| 116 | OVEN/ STOVE, PREMIER, 4 BURNER, ELECTRIC | 1 | 0.00 | 75.00 |
| 117 | DISHWASHER, GE, PROFILE | 1 | 0.00 | 115.00 |
| 118 | MICROWAVE, GE, PROFILE 2 | 1 | 0.00 | 25.00 |
| 119 | FRIDGE, GE, MDL TBX18JABQRBB | 1 | 0.00 | 350.00 |
| 119a | cattle prods | 8 | 0.00 | 40.00 |
| 121a | misc office supplies | 1 | 0.00 | 30.00 |

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| 120 | CUBICLE, HERMAN MILLER, ACTION OFFICE SERIES 2, 2 STATION | 4 | 0.00 | 200.00 |
| 121 | CUBICLE, HERMAN MILLER, ACTION OFFICE SERIES2, 4 STATION | 4 | 0.00 | 200.00 |
| 121b | misc office supplies | 1 | 0.00 | 75.00 |
| 122 | TABLE, 4', WOOD | 2 | 0.00 | 130.00 |
| 122 | TABLE, 4', WOOD | 2 | 0.00 | 110.00 |
| 123 | COMPUTER CHAIRS | 4 | 0.00 | 80.00 |
| 123 | COMPUTER CHAIRS | 4 | 0.00 | 100.00 |
| 124 | STACK CHAIRS, WHITE | 11 | 0.00 | 50.00 |
| 125 | DOT MATRIX PRINTER, GENICOM, MDL 5100 | 1 | 0.00 | 5.00 |
| 126 | ALL IN ONE, PANASONIC, MDL DP3510 | 1 | 0.00 | 110.00 |
| 127 | ALL IN ONE, PANASONIC, DP190 | 1 | 0.00 | 110.00 |
| 128 | PRINTER, HP, LASERJET 8150N | 1 | 0.00 | 20.00 |
| 129 | METAL SHELVING, 6 SECTION, 1 UNIT | 1 | 0.00 | 20.00 |
| 130 | OFFICE DESK, KIMBALL | 2 | 0.00 | 130.00 |
| 131a | file cabinet | 1 | 0.00 | 50.00 |
| 131b | table | 1 | 0.00 | 25.00 |
| 131c | chairs (2) | 1 | 0.00 | 5.00 |
| 131d | black chair | 1 | 0.00 | 12.50 |
| 131e | file cabinet | 1 | 0.00 | 50.00 |
| 131f | 5 drawer file cabinet | 1 | 0.00 | 40.00 |
| 134a | 5 sections shelving | 1 | 0.00 | 50.00 |
| 134b | grey shelves | 10 | 0.00 | 200.00 |
| 135 | DOT MATRIX PRINTER, GENICOM, MDL LW855 | 1 | 0.00 | 1.00 |
| 136 | FIRE SAFE, SENTRY, 2 DRAW | 1 | 0.00 | 70.00 |
| 136a | 4 wheel flat cart | 1 | 0.00 | 50.00 |
| 1001 | ANTIQUE SECRETARY BOOKCASE, WALNUT, 2 DRAWER TOP AND BOTTOM, 90"X42" | 1 | 0.00 | 550.00 |
| 1002 | BRONZE SCULPTURE, TURNIN THE TEXANS BY J | 1 | 0.00 | 550.00 |

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| | PAYNE LARA, 20"T X 12" DIAMETER, 3 0F 15 | | | |
| 1003 | BRONZE SCULPTURE, STAMPEDE BY FREDERICK REMINGTON, 20"L X 10"W X 10"H | 1 | 0.00 | 900.00 |
| 1004 | BRONZE SCULPTURE, NORTHER BY FREDERICK REMINGTON, 18"L X 22"H X 8"W | 1 | 0.00 | 650.00 |
| 1006 | OIL PAINTING, "COWS DRINKING", 24"T X 30"W, OOC | 1 | 0.00 | 10.00 |
| 1007 | OIL PAINTING, "CATTLE UNDER TREE", 1988, 32"W X 24"T, OOC | 1 | 0.00 | 65.00 |
| 1008 | OIL PAINTING, "GETTING A GOOD LOOK", 1992, 30"W X 24"T, OOC | 1 | 0.00 | 95.00 |
| 1009 | OIL PAINTING, "THE SALT FEEDER", 2010, 36"W X 24"T | 1 | 0.00 | 150.00 |
| 1010 | OIL PAINTING, "COWS AND WRANGLER", 2003 | 1 | 0.00 | 100.00 |
| 1011 | PAINTING, PRINT, LOUISVILLE STOCK YARD BOURBON LIVESTOCK EXCHANGE BUILDING IN 1915, DICK PENKINS, DEC. 1976, 448/1000 | 1 | 0.00 | 25.00 |
| 1012 | MOUNTED ANIMAL HEAD, BOB THE BULL | 1 | 0.00 | 500.00 |
| 1013 | CHOICE WAGON (ON WOOD) | 1 | 0.00 | 110.00 |
| 1014 | COVERED WAGON | 1 | 0.00 | 45.00 |
| 1015 | WHISKEY BOTTLE | 1 | 0.00 | 5.00 |
| 137 | FILE CABINET | 2 | 0.00 | 20.00 |
| 1005 | OIL PAINTING, "3 HORSES" BY MIKE BETSCHART, 1992, 23/300 | 1 | 0.00 | 75.00 |
| 138 | TV, PHILIPS, 27", W/ STAND | 1 | 0.00 | 10.00 |
| 1016 | (2) COWBOY PICTURES | 1 | 0.00 | 7.50 |
| 1017 | SCULPTURE HORSEMAN (BROKEN) | 1 | 0.00 | 110.00 |
| 1018 | GRANITE BUFFALO | 1 | 0.00 | 60.00 |
| 1019 | (3) CLOCKS ~ ONE MONEY | 1 | 0.00 | 5.00 |
| 139 | OFFICE SUITE, KIMBALL, DESK U SHAPED, BOOK SHELF, FILE CABINET | 1 | 0.00 | 700.00 |
| 140 | COUCH, LEATHER | 1 | 0.00 | 140.00 |
| 140a | drop leaf table and lamp | 1 | 0.00 | 20.00 |

**Auction ID-Name: 210 - Eastern Livestock Co., LLC**

| Lot# | Description | Qty | Total Reserve | Total Bid Amount |
|---|---|---|---|---|
| 140b | black chairs | 3 | 0.00 | 60.00 |
| 140c | office chair | 1 | 0.00 | 5.00 |
| 141 | OFFICE SUITE, KIMBALL, 2 DESKS, FILE CABINET | 1 | 0.00 | 200.00 |
| 141a | black chairs | 2 | 0.00 | 70.00 |
| 141b | office chair | 1 | 0.00 | 10.00 |
| 142 | CONTENTS OF ROOM | 1 | 0.00 | 5.00 |
| 143 | OFFICE SUITE, DESK U SHAPED | 1 | 0.00 | 325.00 |
| 144 | OFFICE SUITE, 2 DESKS, BOOK SHELF | 1 | 0.00 | 200.00 |
| 145 | FIRE SAFE, SENTRY, 1970 | 1 | 0.00 | 40.00 |
| 146 | 2 black chairs by the piece | 2 | 0.00 | 50.00 |
| 147 | office chair, alarm clock, tv | 1 | 0.00 | 45.00 |
| 148 | hp printer with toner | 1 | 0.00 | 15.00 |
| 150 | CONTENTS OF CLOSET (BACK KITCHEN) | 1 | 0.00 | 20.00 |
| 149 | 2 rolling file cabinets one money | 1 | 0.00 | 35.00 |
| 151 | alarm clock | 1 | 0.00 | 5.00 |
| | Auction Subtotals for Sold Lots: | 315.00 | 0.00 | 14,372.50 |
| | Auction Subtotals for Not Sold (NS) Lots: | 0.00 | 0.00 | 0.00 |
| | Auction Subtotals for Buy Back (BB) Lots: | 0.00 | 0.00 | 0.00 |
| | Auction Subtotals: | 315.00 | 0.00 | 14,372.50 |