Exhibit B



# AUCTION CLOSING STATEMENT

**Eastern Livestock Co., LLC**
**New Albany, IN**

| | | | | |
|---|---|---|---|---|
| **Auction Sales** | $ | 14,372.50 | | |
| **GROSS PROCEEDS** | $ | 14,372.50 | | |
| | | | | |
| **Commissions & Expenses** | | | | |
| 10% Commission | | | $ | 1,437.25 |
| Auction Expenses | | | $ | 3,754.73 |
| Additional Expenses | | | $ | 1,274.05 |
| **TOTAL AUCTION EXPENSES** | | | $ | 6,466.03 |
| | | | | |
| **NET PROCEEDS PAYABLE** | | | | $ 7,906.47 |
| | | | | |
| **MARKETING** | | | | |
| **Newspaper & Publications** | | | | |
| Courier-Journal | $ | 1,080.00 | | |
| MidCountry Media | $ | 202.23 | | |
| **Internet & Telecommunications** | | | | |
| www.njgallivan.com eblasts | | N/C | | |
| www.auctionzip.com | | N/C | | |
| www.auctionservices.com | | N/C | | |
| **TOTAL MARKETING** | | | $ | 1,282.23 |
| | | | | |
| **LABOR & TRAVEL EXPENSE** | | | | |
| Auction Setup Labor | $ | 1,250.00 | | |
| Auction Day Labor | $ | 1,222.50 | | |
| Auction Removal & Security Labor | $ | - | | |
| **TOTAL LABOR** | | | $ | 2,472.50 |
| | | | | |
| **TOTAL AUCTION EXPENSES** | | | | $ 3,754.73 |
| | | | | |
| **Additional Expenses:** | | | | |
| Credit Card Transaction Fees | $ | 199.53 | | |
| BidSpotter Sale | $ | 350.00 | | |
| Travel Expenses | $ | 693.22 | | |
| Misc. Other Expenses | $ | 31.30 | | |
| | | | $ | 1,274.05 |
| | | | | |
| **TOTAL ADDITIONAL EXPENSES** | | | | $ 1,274.05 |
| | | | | |
| **TOTAL AUCTION EXPENSES + ADDITIONAL EXPENSES** | | | | $ 5,028.78 |