**Exhibit 2**

# THE COMMONWEALTH OF KENTUCKY
## Metcalfe Circuit Court

THE COMMONWEALTH OF KENTUCKY

**Against**

THOMAS "TOMMY" P. GIBSON )

STEPHEN MCDONALD )

GRANT GIBSON )

DARREN BRANGERS )

CRIMINAL SYNDICATION; ENGAGING IN ORGANIZED CRIME
KRS 506.120 CLASS B FELONY
10 TO 20 YEARS
KRS 534.030 FINE OF $1000 - $10,000 OR DOUBLE THE DEFENDANT'S GAIN, WHICHEVER IS GREATER
UOR 70240
**All Defendants, 1 Count**

THEFT BY DECEPTION OVER $10,000
(FALSE IMPRESSION) (COMPLICITY)
KRS 514.040 (1)(a), 502.020
CLASS C FELONY     5 TO 10 YEARS
KRS 534.030 FINE OF $1000 - $10,000 OR DOUBLE THE DEFENDANT'S GAIN, WHICHEVER IS GREATER
UOR 23302-5
**All Defendants, 17 Counts**

THEFT BY DECEPTION OVER $500 BUT LESS THAN $10,000
(FALSE IMPRESSION) (COMPLICITY)
KRS 514.040 (1)(a), 502.020
CLASS D FELONY     1 TO 5 YEARS
KRS 534.030 FINE OF $1000 - $10,000 OR DOUBLE THE DEFENDANT'S GAIN, WHICHEVER IS GREATER
UOR 23301-5
**All Defendants.  144 Counts**

THEFT BY DECEPTION UNDER $500
(FALSE IMPRESSION) (COMPLICITY)
KRS 514.040(1)(a), 502.020
CLASS A MISDEMEANOR
UP TO 12 MONTHS &/OR UP TO $500 FINE
UOR 23300-5
**All Defendants, 11 Counts**

The Grand Jurors of the County of Metcalfe, in the name and by the authority of the Commonwealth of Kentucky, charge:

A TRUE COPY ATTEST
THIS_22 Sept 2011
Tommy a Garrett DC
METCALFE CIRCUIT CLERK

FILED IN MY OFFICE
THIS_22_DAY OF_Sept 2011
TOMMY A. GARRETT, CLERK
BY_Laura Reed DC

## COUNT 1

That on or between the 1st day of January, 2009 and the 10th day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, committed the offense of Criminal Syndication when each: (a) organized or participated in organizing a criminal syndicate; or (b) provided material aid to a criminal syndicate; or (c) managed, supervised, or directed any of the activities of a criminal syndicate; (d) knowingly furnished legal, accounting, or other managerial services to a criminal syndicate; (e) committed, or conspired or attempted to commit, or acted as an accomplice in the commission of, theft offenses as defined in KRS Chapter 514.

## COUNT 2

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Howard B. Arnold (Arnold Farms) , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 3

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from William Rex Elmore , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 4

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Phillip E. Martin , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 5

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Mike Loy , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 6

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Donald R. Alexander , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 7

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Tom & Sherry Pohlman (Wetstone Creek) , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 8

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Issac M. Boutwell , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 9

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Russell Brothers , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 10

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Gary Bell , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 11

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Charlie Brown , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 12

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Paul George (C. V. Farms) , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 13

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Edward L. Arterburn , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 14

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Billie Hurt , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 15

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Garnett "Junior" Martin , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 16

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Todd Lynn , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 17

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Jimmy Hendrick , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 18

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $10,000 by obtaining property or services from Mike Luke , of a value of $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 19

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William A. "Billy" Milby , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 20

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Leland Douglas Glass , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 21

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Chris Barton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 22

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from R. D. Lane , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 23

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Andrew Beau (Demi) Tabor , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 24

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Brent Keith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 25

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roy Kinslow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 26

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Halee Bunch , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 27

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Wade Breeding (Breeding Brothers) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 28

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Rita Cravens , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 29

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Chad Withrow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 30

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jesse Phillip Whitlow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 31

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Bobby Sawyers , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 32

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Bennie Mutter , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 33

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Steve Ray Taylor , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 34

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roy Pace , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 35

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Brian Scott , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 36

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William Fred Birdwell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 37

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David L. Rings , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 38

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Homer Copeland , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 39

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John D. Thompson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 40

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Dennis Ray Neat , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 41

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Keith Long (Long Farms) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 42

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Stitches Farms , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 43

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Westley Kinslow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 44

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John Neagle , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 45

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jeffery Lynn Young , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 46

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Froedge , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 47

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Glen Hurt , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 48

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from James Robert Flickinger , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 49

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Leonard Clifton Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 50

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Randy Nelson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 51

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Martin Farms, Inc. , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 52

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Alvin Barbee , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 53

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Joshua Brian Loftis , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 54

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donald Hawks , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 55

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Ross , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 56

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Doug Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 57

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Bragg , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 58

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Willard R. Odle , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 59

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Scott Christopher Cowles , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 60

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Darrell Lynn Wood , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 61

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Peggy Smith Carey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 62

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Ephriam Wilson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 63

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Michael Emberton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 64

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roger P. Burris , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 65

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Sanders , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 66

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Phillip L. Richey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 67

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Linda C. Wilson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 68

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Paul Milligan (Milligan Farms) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 69

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmy Manion , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 70

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmie Dale High (High & High) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 71

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charles Isenberg , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 72

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from James H. Gibson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 73

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Banks , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 74

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jesse Matthews , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 75

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Gary W. Campbell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 76

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William H. White , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 77

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Phillip Whitlow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 78

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Maydel Whitlow , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 79

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Cowles , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 80

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David Gordon , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 81

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charles "C. W." Haines , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 82

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Hope , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 83

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Mitchell Kinser , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 84

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richie Melson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 85

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Dalton W Bragg , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 86

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Terry Joe Patton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 87

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmy Sapp , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 88

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donald Richard Lyle , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 89

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lawrence O. Richard , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 90

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Terry L. Williams , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 91

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Butch Gibson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

COUNT 92

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jerry Herald , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 93

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Woody , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 94

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lewis Randall Richard , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 95

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Forbis Farms , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 96

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John Thomas Sexton , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 97

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kerry Gilley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 98

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Stokes Baird , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 99

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Frederick David Thomas , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 100

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William Eugene Pedigo , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 101

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roy Dee Blythe , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 102

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David Holley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 103

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jerel Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 104

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jared Ross Smith , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 105

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Floyd Haywood Marr , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 106

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Thomas J. Logsdon , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 107

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Ben Armstrong , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 108

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jackie Young , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 109

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Worley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 110

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Carl Jeffries , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 111

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donna Sue Johnson (D & S Johnson Farms) , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 112

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Randy Richey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 113

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Loyd Dale Page , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 114

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Andrew Arthur Sturdivant , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 115

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roger Turner , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 116

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Erik Paul Brown , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 117

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Claude Jones , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 118

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Mark W. Shirley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 119

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Eddie Claywell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 120

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from C & C Farms , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 121

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Timothy Clay Slinker , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 122

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Richard Turner , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 123

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Roger Dale Thomas , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 124

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Wendy Cassell Chapman , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 125

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Maxine Morgan Estate , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 126

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Marcia Cloyd , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 127

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Billy Neat , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 128

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jerry Bagby , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 129

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Arthur Lowhorn , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 130

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Donnie Coomer , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 131

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Spencer Thompson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 132

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Avalon Russell , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 133

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Joshua Pitcock , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 134

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jesse R. Brown , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 135

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kenneth Bryant , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 136

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Rodney & Judy Burgess , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 137

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Gregory Lynn Johnson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 138

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jimmy Harmon , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 139

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David Lynn Cassady , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 140

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William Kruizenga , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 141

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from John C. Billingsley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 142

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Carrol Walden , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 143

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Doug Browning , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 144

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charlie Fisher , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 145

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Joyce or Paul Barnes , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 146

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lenny Asbury , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 147

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Lenice H. Gibson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 148

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Boyd Copas , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 149

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Rachel Phelps , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 150

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Wayne Tibbits , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 151

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Fred L. Dickson , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 152

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Billy Wayne Price , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 153

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from William McClure , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 154

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Brystice Amanger Wright , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 155

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Larry Wayne Carter , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 156

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Charles Rush , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 157

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Jeremy Coffey , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 158

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from David E. Read , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 159

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Dorinda Morrison , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 160

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Kelly Jeffries , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 161

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Carolyn Bledsoe , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 162

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Metcalfe County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Over $500 but less than $10,000 by obtaining property or services from Danny Clifton Billingsley , of a value of $500 but less than $10,000 or more, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 163

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Tate Myatt , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 164

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Elmer C. Rigdon , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 165

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from J. C. Willis , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 166

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from David Michael Burgess , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 167

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Allen B. Brown , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 168

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Russell Spradlin , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 169

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Timothy Jones , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 170

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Bobby Martin , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 171

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Rex Bunch , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 172

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Gerald Peterman , of a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

## COUNT 173

That on or between the 15th day of October, 2010 and the 2d day of November, 2010, in Jefferson County, Kentucky, the above named defendants, THOMAS "TOMMY" P. GIBSON, STEPHEN MCDONALD, GRANT GIBSON, and DARREN BRANGERS, acting alone or in complicity, committed the offense of Theft By Deception Under $500 by obtaining property or services from Ronnie Geralds , o a value under $500, by creating or reinforcing a false impression, including false impression as to law, value, intention or other state of mind, with intent to deprive another thereof.

A TRUE BILL

Sheila Scott

FOREPERSON

Witness:
Thomas P. Ginter, Investigator Kentucky
Office of the Attorney General

F. Todd Lewis
Thom A. Marshall
Jeffrey R. Prather
Assistant Attorneys General,
KRS Chapter 15

September 22 , 20 11
**RECEIVED FROM THE Foreperson of the Grand Jury in their presence and filed in open Court. Attest: Clerk,**

By Tommy A. Gamta D.C. clerk

### Bond Recommendations

THOMAS "TOMMY" P. GIBSON: $ 840,000 joint, + several

STEPHEN MCDONALD: $ 840,000 joint, + several

GRANT GIBSON: $ 840,000 joint, + several

DARREN BRANGERS: $ 840,000 joint + several

Sheila Scott

FOREPERSON

Page 45

## Addendum to Grand Jury Report

## Metcalfe County Grand Jury concluding September, 2011

As part of the report of the Grand Jury for Metcalfe County which ended its term in September, 2011, we hereby state and report as follows: this jury heard evidence related to Eastern Livestock and its activities during at least 2009 to 2010, resulting in crimes in Metcalfe County. While this evidence lead to the indictment of Defendants TOMMY GIBSON, STEVE MCDONALD, GRANT GIBSON and DARREN BRANGERS, the jury hereby refers to the subsequent grand jury or juries all matters which may lead to the indictment of additional counts, or the indictment of other, so far unnamed, Defendants.

_____Sheila Scott_____

FOREPERSON

9-22-2011

DATE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 2 1 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. _3:11CR-123-R_
18 U.S.C. § 1341
18 U.S.C. § 982(a)(2)

## THOMAS P. GIBSON
## MICHAEL STEVEN MCDONALD

The Grand Jury alleges:

### BACKGROUND

1.    Eastern Livestock Company, LLC (hereinafter, "Eastern Livestock") is a

Kentucky limited liability company. It was one of the largest cattle brokerage businesses in the

United States until its closure on and around November 2, 2010, processing cattle sales and

operating branch facilities in eleven states, including Kentucky. The company's principal office

is located in New Albany, Indiana. Defendant, **THOMAS P. GIBSON,** was an owner of Eastern

Livestock and manager of the business during all times pertinent to the charges in this

Indictment. Defendant, **MICHAEL STEVEN MCDONALD,** was employed in an

administrative position with Eastern Livestock. Among the responsibilities assigned to

defendant, **MICHAEL STEVEN MCDONALD,** was management and oversight of the line of

credit established by Eastern Livestock with Fifth Third Bank on August 9, 2004, as described

more fully in paragraph number 3 below.

2. Defendant, **THOMAS P. GIBSON**, maintained an account in his and his spouse's name with Your Community Bank.

3. In order to facilitate its cattle brokerage business, Eastern Livestock entered into credit and security agreements with Fifth Third Bank on August 9, 2004. Under the terms of these agreements, Fifth Third Bank extended a revolving line of credit to Eastern Livestock, initially in the amount of $22,500,000 which the bank secured by receiving security interests in assets owned by Eastern Livestock, including the company's bank accounts, equipment, livestock, and accounts receivable. In or about 2008, Wells Fargo came in as a participant in Fifth Third's loan to Eastern Livestock and the revolving line of credit was increased from $22.5 million to $32,500,000, with Wells Fargo Bank assuming the benefit and liability of $10 million of the $32.5 million line of credit extended to Eastern Livestock. Accessing funds from this line of credit on a daily basis was essential to the operation of Eastern Livestock because the monies were needed by the company to make timely payments for cattle it purchased on a daily basis. Eastern Livestock purchased, on average, $10 to $20 million worth of cattle every day.

4. Under the terms of its credit agreement with Fifth Third Bank, funds were extended to Eastern Livestock based, in part, on the value of the company's outstanding accounts receivable, which were reported by Eastern Livestock to the bank on a daily basis through submission of a Borrowing Base Certificate. Defendant, **MICHAEL STEVEN MCDONALD**, at the direction of defendant, **THOMAS P. GIBSON**, was responsible for causing the preparation and submission of the Borrowing Base Certificates on a daily basis to Fifth Third Bank.

2

5. Under the terms of its credit agreement with Fifth Third Bank, Eastern Livestock maintained a Cash Collateral Account with the bank, into which the company deposited, on a daily basis, receipts from operation of its business, which was principally comprised of payments received from its sale of cattle. Funds deposited into the Cash Collateral Account were automatically transferred into the company's Line of Credit Account, and used by the bank to make payments against Eastern Livestock's $32.5 million line of credit. Funds from the company's line of credit with Fifth Third Bank were swept into operational accounts maintained by Eastern Livestock and used by the company to conduct its daily cattle brokerage business. The amount of funds released by Fifth Third Bank from the Eastern Livestock's line of credit depended, in part, on the amount of money deposited each day by the company into its Cash Collateral Account. The availability of approximately $10 to $20 million in cash on a daily basis from its line of credit with Fifth Third Bank was essential to the operation of Eastern Livestock's cattle brokerage business.

6. Under the terms of Eastern Livestock's Line of Credit with Fifth Third Bank, it was set to expire on October 15, 2010.

## COUNT 1
## (MAIL FRAUD)

7. From on or about and between August 9, 2004, and November 2, 2010, in the Western District of Kentucky, Nelson County, Kentucky, and elsewhere, **THOMAS P. GIBSON** and **MICHAEL STEVEN MCDONALD,** the defendants herein, aided and abetted by one another and others, known and unknown to the Grand Jury, devised and attempted to devise a scheme and artifice to defraud Fifth Third Bank and Wells Fargo Bank, both financial institutions

3

whose deposits were then and there insured by the Federal Deposit Insurance Corporation, and cattle sellers to Eastern Livestock, including approximately 200 sellers located in the Commonwealth of Kentucky, and to obtain money and property from Fifth Third Bank, Wells Fargo Bank, and cattle sellers to Eastern Livestock, by means of false and fraudulent pretenses and representations, knowing that the pretenses and representations were false and fraudulent when made, which scheme is described more fully in paragraphs 8 through 12 below.

MANNER AND MEANS OF THE FRAUDULENT SCHEME

8.      On or about and between the dates indicated in paragraph 7 above, **THOMAS P. GIBSON** and **MICHAEL STEVEN MCDONALD**, the defendants herein, aided and abetted by one another and others, known and unknown to the Grand Jury, knowingly and intentionally engaged in a check-kiting scheme by causing billions of dollars of checks issued from various bank accounts, including defendant **THOMAS P. GIBSON'S** personal account with Your Community Bank and bank accounts belonging to agents and business associates of the defendants, in amounts which exceeded available balances in the affected accounts, causing artificially inflated balances in Eastern Livestock's Cash Collateral account. The purpose for the defendants engaging in the check-kiting scheme described above was to induce Fifth Third Bank, through fraud and deceit, to continue the release of funds to Eastern Livestock under the company's line of credit with the bank.

9.      It was further a part of the conspiracy that defendant, **MICHAEL STEVEN MCDONALD,** during the time period described in paragraph number 7 above, at the direction and with the consent of defendant, **THOMAS P. GIBSON**, knowingly and intentionally prepared and caused to be prepared and submitted to Fifth Third Bank fraudulent Borrowing

4

Base Certificates, which contained falsely inflated accounts receivable figures, consistent with amounts of check-kiting occurring each day, as described in paragraph number 8 above. The purpose for the preparation and submission to Fifth Third Bank of false and fraudulent Borrowing Base Certificates was to fraudulently induce the bank to continue to release funds to Eastern Livestock under the company's line of credit with the bank.

10.     Eastern Livestock's line of credit agreement with Fifth Third Bank expired on October 15, 2010, and was not, thereafter, renewed by the bank. It was further a part of the defendants' scheme and artifice to defraud that, after the company's line of credit agreement with Fifth Third Bank expired, the defendants, **THOMAS P. GIBSON** and **MICHAEL STEVEN MCDONALD**, and others known and unknown to the Grand Jury, continued the execution of a check-kiting scheme against Fifth Third Bank by causing deposits of millions of dollars worth of checks issued from various bank accounts, including defendant **THOMAS P. GIBSON'S** personal account with Your Community Bank, and bank accounts belonging to agents and business associates of the defendants, in amounts which exceeded available balances in the affected accounts, into one of Eastern Livestock's operating accounts with Fifth Third Bank, causing artificially inflated balances in this account, until the account was closed by the bank on November 2, 2010. During time periods when these deposits were being made into one of Eastern Livestock's operating accounts, the defendants also caused the issuance of millions of dollars worth of checks from this same account, causing a financial loss to Fifth Third Bank and others.

5

## MAILING

11.     It was further a part of the defendants' scheme and artifice to defraud that the

defendants, **THOMAS P. GIBSON** and **MICHAEL STEVEN MCDONALD**, knowingly

caused checks to be drawn in amounts substantially exceeding available funds from business

accounts belonging to agents and associates of the defendants, which checks were, thereafter,

deposited into Eastern Livestock's Cash Collateral and operational accounts with Fifth Third

Bank. The defendants caused these checks to be deposited into Eastern Livestock's Cash

Collateral and operational accounts for the purpose of maintaining the fraudulent check-kiting

scheme described in paragraphs 1 through 10 above.

12.     In furtherance of the scheme and artifice to defraud, described in paragraphs 1

through 11 above, and in execution thereof, the defendants, **THOMAS P. GIBSON** and

**MICHAEL STEVEN MCDONALD**, caused checks to be issued from Eastern Livestock's

accounts maintained with Fifth Third Bank and delivered by the United States Postal Service

from the offices of Eastern Livestock in New Albany, Indiana, to addresses belonging to agents

and associates of the defendants whose business account checks were used by the defendant in

furtherance of the check-kiting scheme, including two Eastern Livestock checks in the amounts

of $94,374.48 and $98,101.93, which were mailed via the United States Postal Service to a

designated address in Nelson County, Kentucky, on or about September 5, 2008, which violation

affected a financial institution.

In violation of Title 18, United States Code, Section 1341.

6

## NOTICE OF FORFEITURE

As a result of committing a violation of Title 18, United States Code, Section 1341, as

alleged in Count 1 of this Indictment, the defendants, **THOMAS P. GIBSON** and **MICHAEL**

**STEVEN MCDONALD,** shall forfeit to the United States any and all property constituting, or

derived from, proceeds the defendants obtained, directly or indirectly, as a result of the offense

alleged in Count 1 of this Indictment, including but not limited to:

1.  Contents of Account XXXX6149 in the Name of
    Eastern Livestock and Thomas P. Gibson,
    held by MF Global Inc., 440 South LaSalle
    Street, 20th Floor, Chicago, IL (approximately $26,706.01);

2.  Contents of Account XXXXX4113 in the Name of
    J&L Cattle Co., held by Your Community
    Bank, 101 W. Spring Street, New
    Albany, IN (approximately $46,121.11); and

3.  Contents of Account XXXXX1841 in the Name of
    Thomas P. and Patsy Gibson, held by
    Your Community Bank, 101 W. Spring
    Street, New Albany, IN (approximately $4,752,721.18).

Pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL.

FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:JRL:nbw:092011

7

# UNITED STATES v. THOMAS. P. GIBSON and MICHAEL STEVEN MCDONALD

## PENALTIES

Count 1:       NM 30 yrs./$1,000,000/both/NM 5 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

#### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

#### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

#### Failure to pay fine as ordered may subject you to the following:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   \    For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613
If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.   That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.   Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT

Western District of Kentucky
Louisville Division

### THE UNITED STATES OF AMERICA

vs.

THOMAS P. GIBSON

--------------------------------------------------

MICHAEL STEVEN MCDONALD

--------------------------------------------------

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 21 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## INDICTMENT

**Title 18 U.S.C. § 1341:**
**Mail Fraud.**

*A true bill.*

---------                                    ---------------
                                              *Foreman*

*Filed in open court this 21st* day, September A.D. 2011.

-----------------------------------------------------------
                                              *Clerk*

*Bail, $*

-----------------------------------------------------------