Analysis of Collateral Value
(Cash receipts updated through 8-31-12)

| | 9/7/2010 | | | 12/6/2010 | | |
|---|---|---|---|---|---|---|
| | Gross values | Estimated realizable value | | Gross values | Estimated realizable value | |
| **Cash:** | | | | | | |
| On hand | 660 | 660 | | 374 | 374 | |
| IOLTA account, net | | | | 65 | 65 | |
| | | | | | | |
| **Accounts Receivable:** | | | | | | |
| Total | 75,342 | | | 96,175 | | |
| Less: bogus | (42,764) | | | (43,252) | | |
| | | | | | | |
| Valid accounts receivable | 32,578 | 27,691 | | 52,923 | 28,681 | |
| Inventory | 16,437 | 4,190 | | 6,258 | 1,228 | |
| **Total Assets** | **49,675** | **32,541** | | **59,620** | **30,348** | |
| | | | | | | |
| **Costs to Realize Assets** | **(1,411)** | **(1,076)** | | **(6,000)** | **(6,000)** | |
| | | | | | | |
| **Loan Balance:** | | | | | | |
| Principal and interest | (32,431) | (32,431) | | (32,718) | (32,718) | |
| NSF deposits/kiting net exposure | (21,950) | (21,950) | | (19,957) | (19,957) | |
| A/R collections | 12,299 | 12,299 | | 17,304 | 17,304 | |
| Other misc., net | | | | (76) | (76) | |
| Professional fees | | | | (387) | (387) | |
| | | | | | | |
| **Net Loan Balance** | **(42,082)** | **(42,082)** | | **(35,834)** | **(35,834)** | |
| | | | | | | |
| **Assets versus Net Loan Balance, net of costs** | **6,182** | **(10,617)** | | **17,786** | **(11,486)** | |

| | Gross | Estimated value | Factor | Gross | Estimated value | Factor |
|---|---|---|---|---|---|---|
| **Valid Accounts Receivable Analysis:** | | | | | | |
| Accounts Receivable, general | 32,578 | 27,691 | 85% | | - | 85% |
| Subsequently Paid | | | 0% | 11,104 | 9,438 | 85% |
| Interpleaders | | | 0% | 8,949 | 6,264 | 70% |
| Litigation | | | 0% | 15,105 | 7,553 | 50% |
| Paid/Satisfied Supplier | | | 0% | 12,319 | 4,928 | 40% |
| Paid Branch | | | 0% | 1,992 | 498 | 25% |
| Diverted | | | 0% | 2,099 | - | 0% |
| Offset | | | 0% | 963 | - | 0% |
| Written off/Short Pay | | | 0% | 392 | - | 0% |
| | | | | | | |
| **Total Accounts Receivable** | **32,578** | **27,691** | **85%** | **52,923** | **28,681** | **54%** |
| | | | | | | |
| **Inventory Analysis:** | | | | | | |
| Edens | 2,882 | - | 0% | 2,919 | - | 0% |
| Nichols | 1,601 | 1,201 | 75% | 186 | 19 | 10% |
| Other | 5,977 | | | 2,264 | 453 | 20% |
| Other - sold | 5,977 | 2,989 | 50% | 889 | 756 | 85% |
| | | | | | | |
| **Total Inventory** | **16,437** | **4,190** | | **6,258** | **1,228** | |