UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-bhl-11 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**PEOPLES BANK'S WITHDRAWAL OF ITS OBJECTION AND RENEWED OBJECTION TO TRUSTEE'S DISCLOSURE STATEMENT, AS AMENDED ON OCTOBER 26, 2012**

Peoples Bank ("Peoples Bank"), of Coldwater, Kansas, by and through its undersigned counsel, hereby gives notice of its withdrawal of its September 5, 2012 Objection (Docket No. 1401), and its October 15, 2012 Renewed Objection (Docket No. 1468), to the Trustee's July 23, 2012 Disclosure Statement, as amended on October 26, 2012 (Docket No. 1489).

DATED this 29th day of October, 2012.

Respectfully submitted,

MOYE WHITE LLP

By: /s/ David A. Laird
David A. Laird
1400 16th Street, 6th Floor
Denver, Colorado 80202-1486
Telephone: (303) 292-2900
Fax: (303) 292-4510
Email: david.laird@moyewhite.com

## CERTIFICATE OF SERVICE

I hereby certified that on October 29th, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/Lisa Oliver
Lisa Oliver