## Notice Recipients

District/Off: 0756–4           User: edixon              Date Created: 10/31/2012
Case: 10–93904–BHL–11          Form ID: SF00075          Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Kevin M. Toner         kevin.toner@faegrebd.com

TOTAL: 1