**SO ORDERED: October 31, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING**
**MOTION TO SHORTEN NOTICE ON MOTION TO APPROVE COMPROMISE**
**OF CONTROVERSY BETWEEN EASTERN LIVESTOCK CO., LLC AND**
**FIRST BANK AND TRUST COMPANY**

This matter is before the Court on the *Motion To Shorten Notice On Motion To Approve Compromise Of Controversy Between Eastern Livestock Co., LLC And First Bank And Trust Company* (the "Motion")[1] filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"). The Motion requests that the Court shorten notice and expedite a hearing pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 6004, 6006, 9006(c), 9014 and Rule B-9006-1 of the Local Rules of the United States Bankruptcy Court for

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the Southern District of Indiana in connection with the *Motion To Approve Compromise Of Controversy Between Eastern Livestock Co., LLC And First Bank And Trust Company* (the "<u>Motion to Compromise</u>").  The Motion to Compromise seeks entry of an order approving the Trustee's proposed compromise with First Bank to liquidate disputes over funds claimed by the Trustee and First Bank and resolves other controversies and litigation pending in the Chapter 11 Case.

The Court finds that the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; and upon the record herein after due deliberation thereon, good and sufficient cause exists for granting the relief requested in the Motion as set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Motion shall be and hereby is GRANTED;

2. The expedited hearing on the Motion to Compromise shall be on November 19, 2012 at 10:00 a.m. EST in Room 103, US Courthouse, 121 W. Spring Street, New Albany, IN 47150.

3. NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Motion to Compromise must be filed at http://ecf.insb.uscourts.gov, which requires a user account and password, or in writing with the Clerk's Office in accordance with Local Rule B−9013−1(d) at the following address:

> United States Bankruptcy Court
> Southern District of Indiana
> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

4. Any objections to the Motion to Compromise shall be filed and served on counsel for the Trustee and on all parties requesting notice pursuant to Local Rule B-2002 prior to the hearing on November 19, 2012 at 10:00 a.m. EST.

###