UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF HEARING**

The *Motion to Approve Compromise and Settlement with Tennessee Valley Livestock Pursuant to Rule 9019* (Docket No. 1505) (the "Motion") was filed with the Clerk of this Court by James A. Knauer, Chapter 11 Trustee on November 1, 2012.  Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement attached as Exhibit A to the Motion.  The Settlement Agreement provides for the payment of $23,218.61 by Tennessee Valley Livestock to the Trustee for the benefit of the Debtor's estate.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the Motion must be filed in writing in accordance with L.R. S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before November 15, 2012.

        The Court will hold a hearing on the Motion on:
        Date:         November 19, 2012
        Time:        10:00 a.m.
        Place:       121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for the interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound key ("#").

The original Motion (Docket No. 1505) is on file with the Clerk's Office and is available for inspection upon request.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

Dated: November 1, 2012

                                                Respectfully submitted,

                                                KROGER, GARDIS & REGAS, LLP

                                                By: /s/   Jay P. Kennedy

Jay P. Kennedy (#5477-49)         *Counsel for James A. Knauer, Chapter 11 Trustee*
Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Telephone: (317) 777-7428
jpk@kgrlaw.com