**SO ORDERED: November 1, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SBLANK (rev 08/2008)

In re:

**Eastern Livestock Co., LLC**,
      Debtor(s).

Case No. **10–93904–BHL–11**

## ORDER

Order Granting Motion to Shorten Noice of Emergency Motion to Limit Mailing of Plan and Disclosure Statement to Creditors and Contract Counterparties.

Emergency Telephonic Hearing to be held on November 2, 2012 at 2:00 p.m. E.D.T.

Trustee Counsel to provide dial in number and code or to initiate the call to (812) 542–4570.

Trustee Counsel to distribute order and/or notice of emergency hearing by expedited means and file a certificate of service.

Attorney for prevailing party must distribute this order and, if needed, file a certificate of service.

###