# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC | | |
| **Case Number:** | 10-93904-BHL-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 02, 2012 02:00 PM   NA 103 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | KRISTIN GOSS | | |
| **Reporter / ECR:** | NOT RECORDED | | |

### *Matter:*

Emergency Telephonic Hearing Re: Motion To Limit Mailing Of Plan And Disclosure Statement To Creditors And Contract Counterparties filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [1508]

**R / M #:** 0 / 0

### *Appearances:*

TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
JOHN W AMES, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, PHILLIP TAYLOR REED, RON P. REED
JOHN M. ROGERS, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS
JAMES A. KNAUER

### *Proceedings:*

Disposition: Telephone Conference held.   Motion Granted.   Order to be entered.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**