SO ORDERED: November 2, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING EMERGENCY MOTION TO LIMIT MAILING OF PLAN AND DISCLOSURE STATEMENT TO CREDITORS AND CONTRACT COUNTERPARTIES**

This matter is before the Court on the *Emergency Motion to Limit Mailing of Plan and Disclosure Statement to Creditors and Contract Counterparties* (the "Request to Limit Mailing") filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"). The Court has reviewed the Request to Limit Mailing, and finds good and sufficient cause for granting the relief requesting therein.

IT IS HEREBY ORDERED that:

1. The Request to Limit Mailing is granted.

2. The Trustee shall send copies of the Disclosure Statement[1], the order approving the Disclosure Statement, the Plan, a Ballot, notice of the confirmation hearing and relevant voting and objecting deadlines only to (i) the office of the United States Trustee for the Southern District of Indiana; (ii) the Internal Revenue Service; (iii) all parties who have filed a proof of claim in this case; (iv) executory contract counterparties; and (v) any person who has filed an appearance or requested notice in the Chapter 11 Case.

3. The Trustee shall send the Notice of Plan Mailing and Confirmation Hearing to those persons on the creditor matrix that are not Plan Voting Parties.

4. Such notice of the deadlines for voting on and filing objections to the Plan shall be adequate and proper notice under the circumstances.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Request to Limit Mailing.