# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11         **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 30, 2012 01:30 PM   IP 310 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NIKKO RATLIFF |

### *Matter:*

1) Continued Hearing Re:   Disclosure Statement filed by Terry E. Hall on behalf of Trustee James A. Knauer  [1256] , First Amended Disclosure Statement [1489] and  Objections filed by  Superior Livestock Auction, Inc. [1469],  Joplin Regional Stockyards [1470],  Alabama Livestock Auction, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Macon Stockyards, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland  and Response to Objection  filed by Fifth Third Bank  [1473, 1496]
   **R / M #:**    0 / 0

2) Objection to Chapter 11 Disclosure Statement filed by David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas  [1401]
   **R / M #:**    0 / 0
   **VACATED:**  Renewed Objection filed

3) Objection to Chp. 11 Disclosure Statement filed by David Laird on behalf of Creditor, Peoples Bank of Coldwater Kansas [1468]
   **R / M #:**    0 / 0
   **VACATED:**  Withdrawal of Objection filed on 10/29/12

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

(continue)...   10-93904-BHL-11           TUESDAY, OCTOBER 30, 2012 01:30 PM

In Court Appearances:

TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
DUSTIN R. DENEAL, ATTORNEY FOR JAMES A. KNAUER
KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
ELLIOTT D. LEVIN, ATTORNEY FOR SUPERIOR LIVESTOCK AUCTION, INC.
CHRISTOPHER M. TRAPP, ATTORNEY FOR SUPERIOR LIVESTOCK AUCTION, INC.
JOHN ROGERS, ATTORNEY FOR SUPERIOR LIVESTOCK AUCTION, INC.

Phones Appearances:
WENDY W PONADER, ATTORNEY FOR JAMES A. KNAUER
SEAN T. WHITE, ATTORNEY FOR JAMES A. KNAUER
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
JOHN W AMES, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, PHILLIP TAYLOR REED, RON P. REED, DAVID L. RINGS, MOSELEY CATTLE AUCTION, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC, SUPERIOR LIVESTOCK AUCTION, INC.
AMELIA ADAMS/LAURA DAY DELCOTTO, ATTORNEY FOR ALTON DARNELL, ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., FIRST BANK AND TRUST COMPANY, THE, MOSELEY CATTLE AUCTION, LLC, PIEDMONT LIVESTOCK COMPANY, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, SOUTHEAST LIVESTOCK EXCHANGE LLC
MICHAEL WAYNE OYLER, ATTORNEY FOR YOUR COMMUNITY BANK
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS GROWERS, INC.
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
ERIC RICHARDSON, ATTORNEY FOR FIFTH THIRD BANK
DAVID L. LEBAS, ATTORNEY FOR J&F OKLAHOMA HOLDINGS, INC.
KELLY GREENE MCCONNELL, ATTORNEY FOR SUPREME CATTLE FEEDERS, L.L.C.
WALTER SCOTT NEWBERN, ATTORNEY FOR ALABAMA LIVESTOCK AUCTION, INC., ARCADIA STOCKYARD, ATHENS STOCKYARD, LLC, BILLINGSLEY AUCTION SALE, INC., CPC LIVESTOCK, LLC, CARROLL COUNTY LIVESTOCK SALES BARN, INC, CATTLEMEN'S LIVESTOCK MARKET, INC., COLUMBIA LIVESTOCK MARKET, INC., DANIEL M. BYRD, E4 CATTLE CO., LLC, EAGLE BAY, INC., EDWARD J. EDENS, IV, EDWARD STRICKLAND, FIRST BANK AND TRUST COMPANY, THE, FLORIDA ASSOCIATION LIVESTOCK MARKETS, HARDEE LIVESTOCK MARKET, INC., MACON STOCKYARDS, INC., MADISON COUNTY LIVESTOCK MARKET, INC. D/, NORTH FLORIDA LIVESTOCK MARKET, INC., OAK LAKE CATTLE CO., OCALA LIVESTOCK MARKET, INC., OKEECHOBEE LIVESTOCK MARKET, INC., ROBERT RAWLS D/B/A ROBERT RAWLS LIVESTOC, RON SIZEMORE TRUCKING, INC., SEALY AND SONS LIVESTOCK, LLP, SUMTER COUNTY FARMERS MARKET, INC. [ALABAMA LIVESTOCK AUCTION,
DAVID A. LAIRD, ATTORNEY FOR PEOPLES BANK OF COLDWATER KANSAS
SEAN WHITE - SPECIAL COUNSEL TO TRUSTEE
JACK DAWSON - ATTORNEY FOR NICHOLS

## *Proceedings:*

*Disposition: Hearing Held.  Objections by Superior Livestock Auction, Inc and Joplin Regional Stockyards, Inc. withdrew objections on the record reserving rights to object to confirmation.  Objection filed by Alabama Et. Al. is granted only as to the conditions stated on the record. Trustee shall include statement as to this in the Disclosure Statement. Disclosure Statement is approved per directives given on record. Confirmation Hearing will be held on 12/7/12 at 10:00 a.m. EST in Room 103, U.S. Courthouse, New Albany, IN 47150.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**