UNITED STATES BANKRUPTCY COURT

SF00075 (rev 05/2008)

Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                                        Case No. **10–93904–BHL–11**
                    Debtor(s).

## NOTICE OF DEFICIENT FILING

The Motion to Compromise and/or Settle under Fed.R.Bankr.P. 9019, which was filed on November 8, 2012, is deficient in the following respect(s):

  Objection Notice has not been filed.

The above–cited deficiencies must be corrected by November 26, 2012 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  November 9, 2012                              Kevin P. Dempsey
                                                     Clerk, U.S. Bankruptcy Court