## Notice Recipients

District/Off: 0756–4  
Case: 10–93904–BHL–11

User: edixon  
Form ID: SF00075

Date Created: 11/9/2012  
Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Harmony A Mappes   harmony.mappes@faegrebd.com

TOTAL: 1