UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC          CASE NO. 10-93904
                                    CHAPTER 11
    DEBTOR

---

**AGREED ENTRY REGARDING MOTION TO APPROVE
COMPROMISE OF CONTROVERSY BETWEEN EASTERN
LIVESTOCK CO., LLC AND HERITAGE FEEDERS, L.P.**

---

    Come Bluegrass Stockyards, LLC ("Bluegrass") and James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Trustee"), by counsel, and for their Agreed Entry regarding the Motion to Approve Compromise of Controversy between Eastern Livestock Co. LLC and Heritage Feeders, L.P. [ECF No. 1466] (the "Motion"), respectfully state as follows:

    WHEREAS, the Trustee filed the Motion on October 12, 2012 requesting this Court's approval of a proposed settlement between Eastern Livestock Co., LLC ("Eastern") and Heritage Feeders, L.P. ("Heritage");

    WHEREAS, Bluegrass believes that certain of the cattle sales transactions at issue in the Motion relate to 72 head of cattle purchased by Eastern Livestock Co., LLC ("Eastern"), on behalf of itself or another, from Bluegrass at a Bluegrass auction for a total of $49,176.37;

    WHEREAS, Bluegrass and certain of its related entities (collectively, the "Bluegrass Companies") are in the process of finalizing a settlement with the Trustee of certain claims and causes of action in the above-captioned bankruptcy case and related matters (the "Settlement");

    WHEREAS, the Bluegrass Companies and the Trustee anticipate that a motion requesting this Court's approval of the Settlement will be filed in the near future;

NOW, THEREFORE, IT IS HEREBY AGREED as follows:

1.  The Trustee will hold in escrow the amount of $49,176.37 that he expects to receive from the pending settlement with Heritage described in the Motion until such time as the anticipated Settlement between the Bluegrass Companies and the Trustee is approved by this Court (the "Heritage Escrow").

2.  If the Settlement is not approved, the Trustee agrees that Bluegrass would have 30 days from the entry of the order denying the anticipated motion to approve the Settlement to amend the current contested matter involving certain of the Bluegrass Companies related to cattle sales proceeds and assert an interest in the Heritage Escrow.

3.  This agreement by the Trustee is not an admission of any kind that the claim against the Heritage Escrow is valid.

4.  Upon final approval of the Settlement by Order of this Court, all claims of Bluegrass to the Heritage Escrow will be waived and released.

**SEEN AND AGREED TO BY:**

| DELCOTTO LAW GROUP PLLC | FAEGRE BAKER DANIELS LLP |
|---|---|
| /s/ Amelia Martin Adams, Esq. | /s/ Terry E. Hall, Esq. |
| 200 North Upper Street | 300 N. Meridian Street, Suite 2700 |
| Lexington, KY 40507 | Indianapolis, Indiana 46204 |
| Telephone: (859) 231-5800 | Telephone: (317) 237-1230 |
| Facsimile: (859) 281-1179 | Facsimile: (317) 237- 8418 |
| ldelcotto@dlgfirm.com | Terry.Hall@faegrebd.com |
| COUNSEL FOR THE BLUEGRASS COMPANIES | COUNSEL FOR TRUSTEE JAMES A. KNAUER |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2012 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt            davidabt@mwt.net
Amelia Martin Adams     aadams@dlgfirm.com

2

| | |
|---|---|
| John W. Ames | james@bgdlegal.com |
| Jerald I. Ancel | jancel@taftlaw.com; krussell@taftlaw.com |
| | ecfclerk@taftlaw.com |
| T. Kent Barber | kbarber@dlgfirm.com;dlgecf@dlgfirm.com |
| | dlgecfs@gmail.com |
| Robert A. Bell | rabell@vorys.com |
| C. R. Bowles, Jr. | cbowles@bgdlegal.com |
| Lisa Koch Bryant | courtmail@fbhlaw.com |
| Steven A. Brehm | sbrehm@bgdlegal.com |
| Kent A. Britt | kabritt@vorys.com |
| James M. Carr | jim.carr@faegrebd.com |
| John R. Carr, III | jrciii@acs-law.com; sfinnerty@acs-law.com |
| Deborah Caruso | dcaruso@daleeke.com; lharves@daleeke.com |
| | mthomas@daleeke.com |
| Bret S. Clement | bclement@acs-law.com; sfinnerty@acs-law.com |
| Joshua E. Clubb | joshclubb@gmail.com |
| Jason W. Cottrell | jwc@stuartlaw.com |
| Kirk Crutcher | kcrutcher@mcs-law.com;jparson@mcs-law.com |
| | cmarshall@mcs-aw.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com; dlgecf@dlgfirm.com |
| | dlgecfs@gmail.com |
| Dustin R. DeNeal | dustin.deneal@faegrebd.com |
| | Patricia.moffit@bakerd.com |
| David Alan Domina | dad@dominalaw.com; KKW@dominalaw.com |
| | efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com; knorwich@ficlaw.com |
| Jesse Cook-Dubin | jcookdubin@vorys.com; vdarmstrong@vorys.com |
| Trevor L. Earl | tearl@rwsvlaw.com |
| Shawna M. Eikenberry | shawna.eikenberry@faegrebd.com |
| Jeffrey R. Erler | jeffe@bellnunnally.com |
| Robert Hughes Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com; smattingly@dsf-atty.com |
| Darla J. Gabbitas | Darla.gabbitas@moyewhite.com |
| Melissa S. Giberson | msgiberson@vorys.com |
| Jeffrey J. Graham | jgraham@taftlaw.com |
| Terry E. Hall | terry.hall@faegrebd.com |
| John David Hoover | jdhoover@hooverhull.com |
| John Huffaker | john.huffaker@sprouselaw.com |
| | lynn.acton@sprouselaw.com |
| | rhonda.rogers@sprouselaw.com |
| Jeffrey L. Hunter | Jeff.Hunter@usdoj.com |
| Jay Jaffee | jay.jaffe@faegrebd.com |
| James Bryan Johnston | bjtexas59@hotmail.com; bryan@ebs-law.net |
| Todd J. Johnston | tjohnston@mcjllp.com |
| David Jones | david.jones@sprouselaw.com |
| Jill Z. Julian | Jill.Julian@usdoj.com |
| Edward M. King | tking@fbtlaw.com; dgioffe@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com; hns@kgrlaw.com |
| Erick P. Knoblock | eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos | ndohbky@jbandr.com |
| David A. Laird | david.laird@moyewhite.com;lisa.oliver@moyewhite.com |
| | deanne.stoneking@moyewhite.com |
| Randall D. LaTour | rdlatour@vorys.com; khedwards@vorys.com |
| David L. LeBas | dlebas@namanhowell.com; koswald@namanhowell.com |
| Elliott D. Levin | robin@rubin-levin.net;edl@trustesolutions.com; |
| | atty_edl@trustesolutions.com |
| Kim Martin Lewis | kim.lewis@dinslaw.com;lisa.geeding@dinslaw.com |
| | patrick.burns@dinslaw.com |

3

| | |
|---|---|
| James B. Lind | jblind@vorys.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net; sabrina@lovell-law.net |
| Harmony A. Mappes | harmony.mappes@faegrebd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Michael W. McClain | mike@kentuckytrial.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James E. McGhee, III | mcghee@derbycitylaw.com |
| William Robert Meyer, II | rmeyer@stites.com |
| Christie A. Moore | cmoore@bgdlegal.com |
| Allen Morris | amorris@stites.com; dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com; ecf@crowedunlevy.com |
| | donna.hinkle@crowedunlevy.com; karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Matthew J. Ochs | matt.ochs@moyewhite.com; kim.maynes@moyewhite.com |
| Shiv G. O'Neill | shiv.oneill@faegrebd.com |
| Michael W. Oyler, Esq. | moyler@rwsvlaw.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com |
| | erin.clogston@mcafeetaft.com |
| Wendy W. Ponader | wendy.ponader@faegrebd.com |
| | Sarah.henderson@bakerd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com; lskibell@mcjllp.com |
| Anthony Raluy | traluy@fbhlaw.net |
| Eric W. Richardson | ewrichardson@vorys.com |
| Mark A. Robinson | mrobinson@vhrlaw.com; dalbers@vhrlaw.com |
| Jeremy S. Rogers | Jeremy.Rogers@dinslaw.com; Joyce.jenkins@dinslaw.com |
| John M. Rogers | johnr@rubin-levin.net; susan@rubin-levin.net |
| James E. Rossow, Jr | jim@rubin-levin.net |
| Ashley S. Rusher, Esq. | asr@blancolaw.com |
| Thomas C. Scherer, Esq. | tscherer@binghammchale.com |
| Ivana B. Shallcross | ishallcross@bgdlegal.com |
| James E. Smith | jsmith@smithakins.com |
| William E. Smith, III | wsmith@k-glaw.com |
| Robert K. Stanley | robert.stanley@faegrebd.com |
| Meredith R. Thomas | mthomas@daleeke.com; kmark@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com |
| | jody.moore@crowedunlevy.com |
| | donna.hinkle@crowedunlevy.com |
| Kevin Toner | kevin.toner@faegrebd.com |
| Christopher M. Trapp | ctrapp@rubin-levin.net |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Jennifer Watt | jwatt@kgrlaw.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com |
| James T. Young | james@rubin-levin.net; ATTY_JTY@trusteesolutions.com |
| | kim@rubin-levin.com; lemerson@rubin-levin.com |

/s/ Amelia Martin Adams, Esq.
COUNSEL FOR THE
BLUEGRASS COMPANIES

Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Pleadings\Heritage Agreed Entry 20121109.doc