UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF CHANGE OF ADDRESS**

**To the Court:** The correct address for the following creditor is as follows:

Ron Rabich
1494 Woodrum Ridge Road
Liberty, KY 42539

                                          Respectfully submitted,

                                          FAEGRE BAKER DANIELS LLP

                                          By:/s/ Dustin R. DeNeal

James M. Carr (#3128-49)           *Counsel for James A. Knauer, Chapter 11 Trustee*
Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

DMS_US 51087144v1

## STATEMENT IN LIEU OF NOTICE

The chapter 11 Trustee hereby certifies that a notice to the creditor as to whom corrected address information is filed is not required because the creditor as to whom an updated address is provided has previously received notice of the filing of this case.

Ron Rabich
1494 Woodrum Ridge Road
Liberty, KY 42539

/s/ Dustin R. DeNeal