**SO ORDERED: November 13, 2012.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING
MOTION TO SHORTEN NOTICE ON MOTION TO APPROVE
SETTLEMENT AMONG TRUSTEE, SUPERIOR LIVESTOCK AUCTION, INC.,
AND FIFTH THIRD BANK**

This matter is before the Court on the *Motion To Shorten Notice On Motion To Approve Settlement Among Trustee, Superior Livestock Auction, Inc., And Fifth Third Bank* (the "Motion")[1] filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"). The Motion requests that the Court shorten notice and expedite a hearing pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 6004, 6006, 9006(c), 9014 and Rule B-9006-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Indiana in connection with the *Motion To Approve Settlement Among Trustee, Superior Livestock Auction, Inc., And Fifth Third Bank* (the "Motion to Settle"). The Motion to Settle seeks entry of an order approving the Trustee's proposed compromise with Superior and Fifth Third resolving the claims of Superior against the Trustee, the Estate and Fifth Third and the claims of the Trustee, the Estate and Fifth Third against Superior, and resolving other controversies and litigation pending in the Chapter 11 Case.

The Court finds that the relief requested in the Motion is in the best interests of the estate, its creditors and parties in interest in this chapter 11 case; and upon the record herein after due deliberation thereon, good and sufficient cause exists for granting the relief requested in the Motion as set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED;

2. The expedited hearing on the Motion to Settle shall be on November 19, 2012 at 10:00 a.m. EST in Room 103, US Courthouse, 121 W. Spring Street, New Albany, IN 47150.

3. NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Motion to Settle must be filed at http://ecf.insb.uscourts.gov, which requires a user account and password, or in writing with the Clerk's Office in accordance with Local Rule B−9013−1(d) at the following address:

> United States Bankruptcy Court
> Southern District of Indiana
> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

      4.      Any objections to the Motion to Settle shall be filed and served on counsel for the Trustee and on all parties requesting notice pursuant to Local Rule B-2002 on or before 9:00 a.m. EST on November 19, 2012.

###

Case 10-93904-BHL-11   Doc 1526   Filed 11/13/12   EOD 11/13/12 18:12:07   Pg 3 of 3