**SO ORDERED: November 14, 2012.**

**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC         CASE NO. 10-93904
                                   CHAPTER 11
    DEBTOR

---

**ORDER APPROVING AGREED ENTRY REGARDING MOTION TO
APPROVE COMPROMISE OF CONTROVERSY BETWEEN EASTERN
LIVESTOCK CO., LLC AND HERITAGE FEEDERS, L.P.**

---

An Agreed Entry regarding Motion to Approve Compromise of Controversy between Eastern Livestock Co., LLC and Heritage Feeders, L.P. was filed on November 9, 2012 by Amelia Martin Adams, Esq. on behalf of Bluegrass Stockyards, LLC, and by Terry E. Hall, Esq. on behalf of James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC.

IT IS THEREFORE ORDERED that the Agreed Entry regarding Motion to Approve Compromise of Controversy between Eastern Livestock Co, LLC and Heritage Feeders, L.P. is hereby approved in all respects.

###