## Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 11/14/2012
Case: 10–93904–BHL–11     Form ID: pdfOrder     Total: 2

**Recipients of Notice of Electronic Filing:**
tr     James A. Knauer     jak@kgrlaw.com
aty     James A. Knauer     jak@kgrlaw.com

TOTAL: 2