UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF SUBMISSION OF AMENDED EXHIBIT C TO
TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION**

James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), hereby gives notice of filing of the attached amended Exhibit C to the *Trustee's First Amended Chapter 11 Plan Of Liquidation* [Docket No. 1490], which was filed with this Court on October 26, 2012.

FAEGRE BAKER DANIELS LLP

By: /s/ Wendy W. Ponader

*Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)
Kevin M. Toner (#11343-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

51009796_1.DOC

# AMENDED
# EXHIBIT C

## NON-EXCLUSIVE LIST OF RETAINED ACTIONS

ARTICLE VI OF THE PLAN PRESERVES AND RETAINS **ALL** CAUSES OF ACTION NOT EXPRESSLY WAIVED, RELINQUISHED, RELEASED, COMPROMISED, OR SETTLED PURSUANT TO THE PLAN OR A FINAL ORDER.  THE ATTACHED LIST IS A NONEXCLUSIVE LIST OF ENTITIES AGAINST WHOM THE DEBTOR AND THE TRUSTEE ON BEHALF OF THE ESTATE, PRE- AND POST-CONFIRMATION OF THE PLAN, AS APPLICABLE, SHALL RETAIN AND PROSECUTE CAUSES OF ACTION. FAILURE TO INCLUDE AN ENTITY ON THE ATTACHED LIST SHALL NOT CONSTITUTE A RELEASE OR WAIVER OF OR ESTOP THE TRUSTEE FROM PURSUING A RETAINED ACTION AGAINST SUCH ENTITY AND SHALL NOT INDICATE THAT CAUSES OF ACTION AGAINST SUCH ENTITY HAVE NOT BEEN RETAINED.

THE DEBTOR AND THE TRUSTEE ON BEHALF OF THE ESTATE, PRE- AND POST- CONFIRMATION OF THE PLAN, AS APPLICABLE, RETAIN ALL CAUSES OF ACTION OF ANY KIND WHATSOEVER AGAINST ALL ENTITIES NOT EXPRESSLY RELEASED PURSUANT TO THE PLAN OR A FINAL ORDER IN THEIR CAPACITIES AS SUCH.

FOR AVOIDANCE OF DOUBT, UNLESS EXPRESSLY RELEASED PURSUANT TO THE PLAN OR A FINAL ORDER <u>IN THEIR CAPACITIES AS SUCH</u>, ENTITIES NOT LISTED ON THE ATTACHED LIST ARE NOT RELEASED AND THE DEBTOR AND THE TRUSTEE ON BEHALF OF THE ESTATE, PRE- AND POST-CONFIRMATION OF THE PLAN, AS APPLICABLE, EXPRESSLY RETAIN ALL CAUSES OF ACTION OF ANY KIND WHATSOEVER AGAINST ALL SUCH ENTITIES, INCLUDING <u>WITHOUT LIMITATION</u> THE CATEGORIES OF CAUSES OF ACTION SET FORTH BELOW.

FAILURE TO ATTRIBUTE ANY SPECIFIC CAUSE OF ACTION TO A PARTICULAR ENTITY ON THE ATTACHED LIST SHALL NOT UNDER ANY CIRCUMSTANCE BE INTERPRETED TO MEAN THAT SUCH CAUSE OF ACTION IS NOT RETAINED AGAINST SUCH ENTITY.  ALL POSSIBLE CAUSES OF ACTION, INCLUDING CAUSES OF ACTION NOT LISTED BELOW, ARE RETAINED AGAINST ALL ENTITIES NOT EXPRESSLY RELEASED PURSUANT THE PLAN OR A FINAL ORDER IN THEIR CAPACITIES AS SUCH.

IN THE EVENT OF ANY APPARENT INCONSISTENCY BETWEEN THE RELEASES OF ENTITIES IN THEIR CAPACITIES AS SUCH PURSUANT TO THE PLAN OR A FINAL ORDER AND THE ATTACHED LIST, SUCH RELEASES GRANTED PURSUANT TO THE PLAN OR FINAL ORDER SHALL GOVERN.

FINALLY, THE TRUSTEE ADVISES THAT INCLUSION OF ANY ENTITY AS PART OF THIS EXHIBIT C <u>DOES NOT MEAN</u> THAT SUCH ENTITY WILL IN FACT BE SUED.

Categories:

1. Causes of Action, and all parties to such Causes of Action except as expressly released pursuant to the Plan or a final order, as asserted or may be asserted in (i) any contested matter pending before the bankruptcy court, and/or (ii) ongoing litigation pending to which the Debtor, the Estate or the Trustee is a party in any court;

2. Causes of Action against cattle sellers, vendors of goods or services, or other parties for damages or recovery of overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities; setoff; wrongful or improper termination, conversion, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations;

3. Causes of Action against any party that owes or that may in the future owe money to the Debtor, the Estate or Trustee, pre- or post confirmation of the Plan, whether on account of accounts receivable, promissory note or otherwise, regardless of whether such entity is explicitly identified in this Exhibit C and any amendments thereto, and all Causes of Action against or related to all entities that assert or may assert that the Debtor of the Estate, pre- or post consummation of the Plan, owe money to them;

4. Causes of Action against local, state, and federal taxing authorities for refunds of overpayments or other payments;

5. Causes of Action against attorneys, accountants, consultants or other professional service providers relating to services rendered;

6. Contract, tort or equitable Causes of Action that may exist or subsequently arise;

7. Causes of Action of the Debtor arising under section 362 of the Bankruptcy Code;

8. Equitable subordination Causes of Action arising under section 510 of the Bankruptcy Code or other applicable law; and

9. Causes of Action arising under chapter 5 of the Bankruptcy Code, including those state law and any other actions which could be brought under sections 542, 543, 544, 545, 547, 548, 549, 550, 551, 552 and 553 against any entity receiving a transfer of property of the Debtor during the four years prior to bankruptcy, including but not limited to, insiders, employees, officers, and equity holders of the Debtor.

2

# EXHIBIT C

Potential Parties to Retained Actions
(*Non-Released Parties*)

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| 4b Cattle | 2, 3, 6, 9 |
| AB Livestock, LLC | 2, 3, 6, 9 |
| ADM Investor Services, Inc. | 2, 3, 6, 9 |
| AgriBeef Co. | 2, 3, 6, 9 |
| Alabama Livestock Auction | 2, 3, 6, 9 |
| Alberto Olivas | 2, 3, 6, 9 |
| Alexander P. Gallo | 2, 3, 6, 9 |
| Allen Barry | 2, 3, 6, 9 |
| Amanda Mason | 2, 3, 6, 9 |
| Amos Kropf | 2, 3, 6, 9 |
| Anderson Cattle Company | 2, 3, 6, 9 |
| Andy Lolley | 2, 3, 6, 9 |
| Animal Profiling International | 2, 3, 6, 9 |
| Anna Gayle Gibson | 2, 3, 6, 7, 8, 9 |
| Arab Livestock Market, Inc. | 2, 3, 6, 9 |
| Archer Daniels Midland | 2, 3, 6, 9 |
| Arrowhead Cattle | 2, 3, 6, 9 |
| Ashville Stockyard | 2, 3, 6, 9 |
| Atkinson Livestock Market | 2, 3, 6, 9 |
| B&B Land and Livestock | 2, 3, 6, 9 |
| B&F Cattle Co. | 2, 3, 6, 9 |
| B&M Cattle Co. | 2, 3, 6, 9 |
| Baca County Feedyard | 2, 3, 6, 9 |
| Beef Marketing Group Co. | 2, 3, 6, 9 |
| Belleau Woods, LLC | 2, 3, 6, 7, 8, 9 |
| Ben Delworth | 2, 3, 6, 9 |
| Ben Rhodes | 2, 3, 6, 9 |
| Benjamin Gibson | 2, 3, 6, 7, 8, 9 |
| BGL Livestock Trucking | 2, 3, 6, 9 |
| Bill Chase | 2, 3, 6, 7, 8, 9 |
| Bill Crist | 2, 3, 6, 9 |
| Bill Eberle | 2, 3, 6, 9 |
| Bill Ward | 2, 3, 6, 9 |
| Billingsley Auction Sale, Inc. | 2, 3, 6, 9 |
| Billy Carver | 2, 3, 6, 9 |
| Blackjack Feeders LLC | 2, 3, 6, 9 |
| Blake Stewart | 2, 3, 6, 9 |
| Bluegrass South Livestock Market, LLC | 1 |
| Bluegrass Stockyards Co., Inc. | 2, 3, 6, 7, 8, 9 |
| Bluegrass Stockyards East, LLC | 1, 2, 3, 6, 7, 8, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Bluegrass Stockyards Internet | 2, 3, 6, 7, 8, 9 |
| Bluegrass Stockyards of Campbellsville, LLC | 1, 2, 3, 6, 7, 8, 9 |
| Bluegrass Stockyards of Richmond, LLC | 1, 2, 3, 6, 7, 8, 9 |
| Bluegrass Stockyards, LLC | 1, 2, 3, 6, 7, 8, 9 |
| Bluegrass-Maysville Stockyards, LLC | 1, 2, 3, 6, 7, 8, 9 |
| Bob Foote | 2, 3, 6, 9 |
| Brad Robinson | 2, 3, 6, 9 |
| Bradbury & York | 2, 3, 6, 9 |
| Brandon Farris | 2, 3, 6, 9 |
| Brandon Jones | 2, 3, 6, 9 |
| Brandon Maggard | 2, 3, 6, 9 |
| Brandon Zeisler | 2, 3, 6, 9 |
| Breitsprecher Livestock, LLC | 2, 3, 6, 9 |
| Brent Kuehny | 1 |
| Brian McAlester | 2, 3, 6, 9 |
| Brian Witt | 2, 3, 6, 9 |
| Buckhorn Cattle | 2, 3, 6, 9 |
| Bud Heine | 2, 3, 6, 9 |
| Buddy Jenkins / A.W. Jenkins | 2, 3, 6, 7, 8, 9 |
| Buffalo Feeders | 2, 3, 6, 9 |
| C Bar 4, Inc. | 2, 3, 6, 9 |
| C&L Cattle | 2, 3, 6, 9 |
| C&L Farms | 2, 3, 6, 9 |
| C&M Cattle | 2, 3, 6, 9 |
| Carroll Co. L/S Sale Barn, Inc. | 2, 3, 6, 9 |
| Cattleco | 2, 3, 6, 9 |
| Cattlemen's Feedlot II Ltd. | 2, 3, 6, 9 |
| Cattlement's Feedlot Ltd. | 2, 3, 6, 9 |
| Cav Excavation | 2, 3, 6, 9 |
| CB Gilbert | 2, 3, 6, 9 |
| CBA Pharma, Inc. | 2, 3, 6, 9 |
| Chad Baker | 2, 3, 6, 9 |
| Chad Houck | 2, 3, 6, 9 |
| Chad Schuchmann | 2, 3, 6, 7, 8, 9 |
| Chandler Burton | 2, 3, 6, 7, 8, 9 |
| Charles Anderson | 2, 3, 6, 9 |
| Charles E. Farris | 2, 3, 6, 9 |
| Charles W. Anderson | 2, 3, 6, 9 |
| Charlotte Hendricks | 2, 3, 6, 9 |
| Chastain Feeds | 2, 3, 6, 9 |
| Circle M Builders | 2, 3, 6, 9 |
| Clarence B. Gilbert | 2, 3, 6, 9 |
| Clark Christensen | 2, 3, 6, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Clay Carter | 2, 3, 6, 9 |
| Coffeyville Livestock Market, LLC | 1 |
| Corey Kay | 2, 3, 6, 9 |
| Cornelison Farm Service, LLC | 2, 3, 6, 7, 8, 9 |
| Cornelison Farms, FLP | 2, 3, 6, 9 |
| CPC Livestock | 2, 3, 6, 9 |
| Crow Hollow, LLC | 2, 3, 6, 9 |
| Dallas McPhail | 2, 3, 6, 9 |
| Dan Werne | 2, 3, 6, 9 |
| Danny Stewart | 2, 3, 6, 9 |
| Darrell Beauchamp | 2, 3, 6, 7, 8, 9 |
| Darrell Moore Farm | 2, 3, 6, 9 |
| Darren Berg | 2, 3, 6, 7, 8, 9 |
| David Hatcher | 2, 3, 6, 9 |
| David Hilbert | 2, 3, 6, 9 |
| David Peterson | 2, 3, 6, 9 |
| David Phillips | 2, 3, 6, 9 |
| Delbert Hawkins | 2, 3, 6, 9 |
| Demaio Farm & Ranch | 2, 3, 6, 9 |
| Diesel Dawg Enterprises | 2, 3, 6, 9 |
| DJ Foods | 2, 3, 6, 9 |
| Dollar K Cattle Co. | 1 |
| Don Garrett | 2, 3, 6, 9 |
| Donnie Gibson | 2, 3, 6, 7, 8, 9 |
| Doug Sunderman | 2, 3, 6, 9 |
| Dr. James M. Boyer | 2, 3, 6, 9 |
| Dusty Spressor | 2, 3, 6, 9 |
| E4 Cattle Co. | 2, 3, 6, 9 |
| East Tennesee Livestock Center, Inc. | 1 |
| Eastern Cattle Co., LLC | 2, 3, 6, 7, 8, 9 |
| East-West Trucking, LLC | 2, 3, 6, 7, 8, 9 |
| Eben Bailey Ranch | 2, 3, 6, 9 |
| ECF Farms | 2, 3, 6, 7, 8, 9 |
| Ed Edens Farms | 2, 3, 6, 7, 8, 9 |
| Ed Edens IV | 2, 3, 6, 7, 8, 9 |
| Ed Hoover | 2, 3, 6, 9 |
| Edmonton Cattle Co., LLC | 2, 3, 6, 7, 8, 9 |
| Edwin Riley | 2, 3, 6, 9 |
| Eric Barber | 2, 3, 6, 9 |
| Ernie Elder | 2, 3, 6, 7, 8, 9 |
| Estate of Thomas P. Gibson and Patsy M. Gibson, Case No. 10-93867 U.S. Bankruptcy Court for the Southern District of Ind. | 2, 3, 6, 7, 8, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Eugene Barber & Sons, Inc. | 2, 3, 6, 7, 8, 9 |
| Eugene Barber and Sons Livestock Company, Inc. | 2, 3, 6, 7, 8, 9 |
| F.C. Felhaber & Company, Inc. | 2, 3, 6, 9 |
| Faith Cattle Co. | 2, 3, 6, 9 |
| Farm Credit Services of Mid-America, ACA | 2, 3, 6, 9 |
| First Bank and Trust | 1, 2, 3, 6, 9 |
| Five Rivers (Gilcrest) | 2, 3, 6, 9 |
| Five Rivers (Kuner) | 2, 3, 6, 9 |
| Five Rivers (Malta) | 2, 3, 6, 9 |
| Five Rivers (XIT Feeders) | 2, 3, 6, 9 |
| Five Rivers (Yuma) | 2, 3, 6, 9 |
| Flying M Ranch | 2, 3, 6, 9 |
| Fort Payne Stockyards | 2, 3, 6, 9 |
| Francis J. Madison | 2, 3, 6, 9 |
| Fred Smith | 2, 3, 6, 9 |
| Fritz Gettlefinger | 2, 3, 6, 9 |
| Frontera Feedyard | 2, 3, 6, 9 |
| Gallo Feeders | 2, 3, 6, 9 |
| Ganado, Inc. | 2, 3, 6, 9 |
| Garr Construction | 2, 3, 6, 9 |
| Garr Trucking | 2, 3, 6, 9 |
| Gary Bell | 2, 3, 6, 9 |
| Gary Carter | 2, 3, 6, 9 |
| Gary Krantz | 2, 3, 6, 9 |
| Gary Laib | 2, 3, 6, 9 |
| Gary Riggs | 2, 3, 6, 9 |
| Gary Seals | 3 |
| Gary Thompson | 2, 3, 6, 9 |
| Gary Thompson & Sons | 2, 3, 6, 9 |
| Gene Stoops | 2, 3, 6, 9 |
| Gibson Cattle Co., LLC | 2, 3, 6, 7, 8, 9 |
| Gibson Family Investments, Ltd. | 2, 3, 6, 7, 8, 9 |
| Gibson Farms, LLC | 2, 3, 6, 7, 8, 9 |
| Gibson Trucking, Inc. | 2, 3, 6, 7, 8, 9 |
| Glenn Franklin | 2, 3, 6, 9 |
| Glover Farms | 2, 3, 6, 9 |
| Golden Belt Feeders, Inc. | 2, 3, 6, 9 |
| GP Cattle Company | 2, 3, 6, 7, 8, 9 |
| Grant Gibson | 2, 3, 6, 7, 8, 9 |
| Green Valley | 2, 3, 6, 9 |
| Gregory Franklin Hendricks | 2, 3, 6, 9 |
| Gregory T. Gibson | 2, 3, 6, 7, 8, 9 |
| Grove Livestock Sales, Inc. | 2, 3, 6, 9 |

| _Non-Released Party_ | _Non-Exhaustive Categories of Potential Causes of Action_ |
|---|---|
| Haegedorn Feedlot | 2, 3, 6, 9 |
| Hazel Hume | 2, 3, 6, 9 |
| HHH Cattle Co. | 2, 3, 6, 9 |
| Hodge Livestock Network | 2, 3, 6, 9 |
| Hohenberger Cattle | 2, 3, 6, 9 |
| Hoover Trucking | 2, 3, 6, 9 |
| Hope Breitsprecher | 2, 3, 6, 9 |
| Humphries Farms | 2, 3, 6, 9 |
| Hurstbourne Landings Development Co., LLC | 2, 3, 6, 7, 8, 9 |
| Intrust Bank | 2, 3, 6, 9 |
| J Bar H Cattle | 2, 3, 6, 9 |
| J&F Oklahoma Holdings, Inc. | 2, 3, 6, 9 |
| J&L Cattle Co. | 2, 3, 6, 9 |
| J&L Farms | 2, 3, 6, 9 |
| J&S Feedlots, Inc. | 2, 3, 6, 9 |
| Jackie Young | 2, 3, 6, 9 |
| Jacob Larson | 2, 3, 6, 9 |
| James Ed Edens | 2, 3, 6, 7, 8, 9 |
| Janousek Farms | 2, 3, 6, 9 |
| Jeffrey Madison | 2, 3, 6, 9 |
| Jennifer Berg | 2, 3, 6, 9 |
| Jenny-Ann Enterprises | 2, 3, 6, 9 |
| Jeremy Coffey | 2, 3, 6, 9 |
| Jerry Seely | 2, 3, 6, 9 |
| Jerry Shelton | 2, 3, 6, 9 |
| Jerry Thompson | 2, 3, 6, 9 |
| Jerry Wolfe | 2, 3, 6, 7, 8, 9 |
| Jim Byrd | 2, 3, 6, 7, 8, 9 |
| JL Farms | 2, 3, 6, 9 |
| Joe Schmucker | 2, 3, 6, 9 |
| Joe Thompson | 2, 3, 6, 9 |
| John D. Short | 2, 3, 6, 9 |
| John F. Gibson | 2, 3, 6, 7, 8, 9 |
| John Hoover | 2, 3, 6, 9 |
| John Ross | 2, 3, 6, 9 |
| John S. Gibson | 2, 3, 6, 7, 8, 9 |
| John S. Gibson, Jr. | 2, 3, 6, 7, 8, 9 |
| Joplin Regional Stockyard | 1, 2, 3, 6, 9 |
| Joplin Stockyards Video | 2, 3, 6, 9 |
| JR Byars | 2, 3, 6, 9 |
| JSW Feedlot | 2, 3, 6, 9 |
| JT Nuckols | 2, 3, 6, 9 |
| JVCO, LLC | 2, 3, 6, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| K & S Livestock | 2, 3, 6, 9 |
| Kenny Plowman | 2, 3, 6, 7, 8, 9 |
| Kenny Winningham | 2, 3, 6, 9 |
| Kent Christenson | 2, 3, 6, 9 |
| Kevin Manthey | 2, 3, 6, 9 |
| Kevin Smith | 2, 3, 6, 9 |
| Koller Livestock | 2, 3, 6, 9 |
| Lance Mason | 2, 3, 6, 9 |
| Lance Thornberry | 2, 3, 6, 9 |
| Larry Donnell | 2, 3, 6, 9 |
| Larry Zeien, Jr. | 2, 3, 6, 9 |
| Las Animas Transfer | 2, 3, 6, 9 |
| Laurel Livestock | 2, 3, 6, 9 |
| Lee Porter Gibson | 2, 3, 6, 7, 8, 9 |
| Leroy Saylor | 2, 3, 6, 9 |
| LHL Partnership | 2, 3, 6, 9 |
| Lone Oak Feeders, Inc. | 2, 3, 6, 9 |
| Loveland Farms | 2, 3, 6, 9 |
| M.Y.C. | 2, 3, 6, 9 |
| Macon Stockyard | 2, 3, 6, 9 |
| Mark Freeman | 2, 3, 6, 9 |
| Mark Freeman IV | 2, 3, 6, 9 |
| Marsha Hoover | 2, 3, 6, 9 |
| Martin, Pringle, Oliver, Wallace | 2, 3, 6, 9 |
| Matt Eller | 2, 3, 6, 9 |
| Matt Junneman | 2, 3, 6, 9 |
| Matthew Parrish Gibson | 2, 3, 6, 7, 8, 9 |
| McPhail Land & Cattle | 2, 3, 6, 9 |
| Melanie Gibson | 2, 3, 6, 7, 8, 9 |
| Melvin Mott | 2, 3, 6, 9 |
| Michael H. Hume | 2, 3, 6, 9 |
| Mike Bradbury | 2, 3, 6, 9 |
| Mike Massey | 2, 3, 6, 9 |
| Mike Wilson | 2, 3, 6, 7, 8, 9 |
| Monte Haiar | 2, 3, 6, 7, 8, 9 |
| Monte Koller | 2, 3, 6, 9 |
| Mull Farms & Feeding | 2, 3, 6, 9 |
| Musick Farms, Inc. | 2, 3, 6, 9 |
| Nancy Gibson | 2, 3, 6, 7, 8, 9 |
| Nancy Gibson McDonald | 2, 3, 6, 7, 8, 9 |
| Nathan Hendricks | 2, 3, 6, 9 |
| Nathan Nichols | 2, 3, 6, 9 |
| Nichols Livestock | 2, 3, 6, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Northwest Alabama Livestock Auction | 2, 3, 6, 9 |
| Nu Technologies | 2, 3, 6, 9 |
| Nunn Brothers | 2, 3, 6, 9 |
| Olim, LLC | 2, 3, 6, 7, 8, 9 |
| Oman Cattle Feeders | 2, 3, 6, 9 |
| Otto D. Hendricks | 2, 3, 6, 9 |
| P&R Livestock | 2, 3, 6, 9 |
| Paint Rock Cattle Company, LP | 2, 3, 6, 9 |
| Paint Rock Cattle Management, LLC | 2, 3, 6, 9 |
| Pam Gibson | 2, 3, 6, 7, 8, 9 |
| Pat Padilla | 2, 3, 6, 9 |
| Patsy Gibson | 2, 3, 6, 7, 8, 9 |
| PBI Bank | 2, 3, 6, 9 |
| Penner Cattle | 2, 3, 6, 9 |
| Peoples Bank of Kentucky, Inc. | 2, 3, 6, 7, 8, 9 |
| Peoples Livestock Auction | 2, 3, 6, 9 |
| Pesetsky Land & Cattle | 2, 3, 6, 9 |
| Phillip Martin Livestock | 2, 3, 6, 9 |
| Piedmont Livestock Company, Inc. | 1, 2, 3, 6, 9 |
| Planteau Production Company | 2, 3, 6, 9 |
| Producers Cattle Auction | 2, 3, 6, 9 |
| Producers Livestock Marketing | 2, 3, 6, 9 |
| Providence Property Management | 2, 3, 6, 9 |
| Pulaski Livestock | 2, 3, 6, 9 |
| R & T Trucking | 2, 3, 6, 9 |
| R&R Farms | 2, 3, 6, 9 |
| Rafter K Farms / Rafter K Feedyard | 2, 3, 6, 9 |
| Randy Hoover and Son | 2, 3, 6, 9 |
| Randy Lloyd | 2, 3, 6, 9 |
| Rayburn Smith | 2, 3, 6, 9 |
| Rena Jo Gallo | 2, 3, 6, 9 |
| Rex Mooney | 2, 3, 6, 9 |
| Rex Stanley Feed Yard | 2, 3, 6, 9 |
| Richard Gallo | 2, 3, 6, 9 |
| Ricky Beard | 2, 3, 6, 9 |
| Ritter Feedyard | 2, 3, 6, 9 |
| River Bend Cattle Co. | 2, 3, 6, 9 |
| RM Livestock | 2, 3, 6, 9 |
| Robert Brown | 2, 3, 6, 7, 8, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Robert D. Rufenacht | 2, 3, 6, 7, 8, 9 |
| Robert Nichols | 2, 3, 6, 7, 8, 9 |
| Robert Rawls Livestock | 2, 3, 6, 9 |
| Ron Shephard | 2, 3, 6, 9 |
| Ronald Stahl | 2, 3, 6, 9 |
| Royal Beef | 2, 3, 6, 9 |
| Royce Stallcup | 2, 3, 6, 9 |
| Rufenacht Commodities Inc. | 2, 3, 6, 9 |
| Rusty Rat Cattle Co. | 2, 3, 6, 9 |
| S & B Cattle Company | 2, 3, 6, 7, 8, 9 |
| S B & B Farm, Inc. | 2, 3, 6, 7, 8, 9 |
| S&S Cattle | 2, 3, 6, 9 |
| Sage Construction | 2, 3, 6, 9 |
| Sage Livestock | 2, 3, 6, 9 |
| Salem Livestock | 2, 3, 6, 9 |
| Salt Fork Ranch | 2, 3, 6, 9 |
| Sam Fousek | 2, 3, 6, 9 |
| Sammy Monroe | 2, 3, 6, 9 |
| Sand Mountain Stockyard | 2, 3, 6, 9 |
| Schroeder Feeders Starter Yard, LLC | 2, 3, 6, 9 |
| Schuchmann Farm | 2, 3, 6, 9 |
| Schuchmann Transport | 2, 3, 6, 7, 8, 9 |
| Scott Bucher | 2, 3, 6, 9 |
| Scott Dean | 2, 3, 6, 7, 8, 9 |
| Scott Gibson | 2, 3, 6, 7, 8, 9 |
| Scott Weeks | 2, 3, 6, 9 |
| Scotts Hill Stockyard | 2, 3, 6, 9 |
| Shasta Livestock Auction Yard | 2, 3, 6, 9 |
| Shawn Breitsprecher | 2, 3, 6, 9 |
| Sheree Baumgart | 2, 3, 6, 9 |
| Shirley Gibson | 2, 3, 6, 7, 8, 9 |
| Sinking Springs Land and Cattle, Inc. | 2, 3, 6, 9 |
| South Coffeyville Stockyard | 2, 3, 6, 9 |
| Southeast Livestock Exchange, LLC | 1, 2, 3, 6, 9 |
| Stephen Dilks | 2, 3, 6, 9 |
| Steve Fletcher | 2, 3, 6, 9 |
| Steve McDonald | 2, 3, 6, 7, 8, 9 |
| Steve Wilonberg / Steve Willonberg | 2, 3, 6, 9 |
| Steven Blanton | 2, 3, 6, 9 |
| Stierwalt Ranch | 2, 3, 6, 9 |
| Stockman Oklahoma Livestock Marketing, Inc. (SOLM) | 1, 2, 3, 6, 9 |
| Superior Livestock Auction | 2, 3, 6, 9 |
| Supreme Cattle Feeders, LLC | 2, 3, 6, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Tate Ranch | 2, 3, 6, 9 |
| Taylor County Stockyard | 2, 3, 6, 9 |
| Tennessee Valley Livestock | 2, 3, 6, 9 |
| Terry Baber | 2, 3, 6, 9 |
| Texas Brand Ribs, Inc. | 2, 3, 6, 9 |
| TGJ Corp. | 2, 3, 6, 9 |
| The Animal Hospital | 2, 3, 6, 9 |
| The Bank of Kremlin | 1 |
| The Stockman's Market, Inc. | 2, 3, 6, 9 |
| Thomas Allen Gibson | 2, 3, 6, 7, 8, 9 |
| Thomas Gibson | 2, 3, 6, 7, 8, 9 |
| Thomas P. Gibson | 2, 3, 6, 7, 8, 9 |
| Thomas Parrish Gibson | 2, 3, 6, 7, 8, 9 |
| Thomas S. Gibson | 2, 3, 6, 7, 8, 9 |
| Thompson Farm | 2, 3, 6, 9 |
| Thompson Feed | 2, 3, 6, 9 |
| Thoreson Enterprises | 2, 3, 6, 9 |
| Tim White | 2, 3, 6, 9 |
| TJG Corporation | 2, 3, 6, 7, 8, 9 |
| Tobin M. Parker Interests | 2, 3, 6, 9 |
| Tobin Parker | 2, 3, 6, 9 |
| Todd Gibson | 2, 3, 6, 7, 8, 9 |
| Todd Rosenbaum | 2, 3, 6, 9 |
| Tom Freeman | 2, 3, 6, 9 |
| Tom Herrmann | 2, 3, 6, 9 |
| Tom Svoboda | 2, 3, 6, 9 |
| Torrington Livestock / Cattle Country Video | 2, 3, 6, 9 |
| TPG Realty Co., LLC | 2, 3, 6, 7, 8, 9 |
| Travis Dicke | 2, 3, 6, 9 |
| Tulsa Stockyards | 2, 3, 6, 9 |
| Twin Calf Farm | 2, 3, 6, 9 |
| University Woods | 2, 3, 6, 9 |
| Vermillion Ranch / Northern Livestock Video | 2, 3, 6, 9 |
| Vernan Inman | 2, 3, 6, 7, 8, 9 |
| Vicky Reilly | 2, 3, 6, 9 |
| Walco International | 2, 3, 6, 9 |
| Weborg Feeding | 2, 3, 6, 9 |
| West Kentucky Livestock Market | 2, 3, 6, 7, 8, 9 |
| West Kentucky Steel Marketing | 2, 3, 6, 9 |
| William Bush | 2, 3, 6, 9 |
| William O. Downs | 2, 3, 6, 7, 8, 9 |
| Williams Farm | 2, 3, 6, 9 |
| Willie Downs | 2, 3, 6, 7, 8, 9 |

| Non-Released Party | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Willie Downs Livestock Inc. | 2, 3, 6, 7, 8, 9 |
| Winter Livestock | 2, 3, 6, 9 |
| Winter Video Auction | 2, 3, 6, 9 |
| WK Farms | 2, 3, 6, 9 |

# EXHIBIT C

Potential Parties to Retained Actions
(*Non-Released Parties*)

| All Parties to These Pending Actions Except As Expressly Released Pursuant to the Plan or a Final Order (Actions Pending in the United States Bankruptcy Court for the Southern District of Indiana unless otherwise indicated) | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Knauer v. Downs Case No. 11-59086 | 1 |
| Cactus Growers, Inc. v. Nichols Case No. 11-59087 | 1 |
| Superior Livestock Auction, Inc. v. Eastern Livestock Co., LLC, Case No. 11-59088 | 1 |
| Friona Industries, LP v. Eastern Livestock Co., LLC Case No. 11-59093 | 1 |
| Knauer v. Atkinson Livestock Market, LLC, Case No. 11-59094 | 1 |
| Innovative Livestock Services, Inc. v. Eastern Livestock Co., LLC, Case No. 11-59098 | 1 |
| Rush Creek Ranch, LLP v. Knauer, Case No. 11-59104 | 1 |
| Fredin Brothers, Inc. v. Bankers Bank, Case No. 11-59108 | 1 |
| Knauer v. Kay, Case No. 12-59010 | 1 |
| Knauer v. Demaio Farms and Ranches, Inc., Case No. 12-59011 | 1 |
| Knauer v. Barry, Case No. 12-59012 | 1 |
| Knauer v. Pesetsky Land & Cattle, Case No. 12-59014 | 1 |
| Knauer v. Shephard, Case No. 12-59015 | 1 |
| Knauer v. Salem Livestock Auction, Case No. 12-59025 | 1 |
| Knauer v. Tennessee Valley Livestock, Case No. 12-59027 | 1 |
| Knauer v. Sand Mountain Stockyard, Case No. 12-59028 | 1 |
| Knauer v. Stoops, Case No. 12-59029 | 1 |

| All Parties to These Pending Actions Except As Expressly Released Pursuant to the Plan or a Final Order (Actions Pending in the United States Bankruptcy Court for the Southern District of Indiana unless otherwise indicated) | Non-Exhaustive Categories of Potential Causes of Action |
|---|---|
| Knauer v. Edens, Case No. 12-59036 | 1 |
| Knauer v. River Bend Cattle Co., Case No. 12-59046 | 1 |
| Knauer v. Robert Rawls Livestock, Case No. 12-59047 | 1 |
| Knauer v. Freeman, Case No. 12-59048 | 1 |
| Knauer v. Macon Stockyard, Case No. 12-59049 | 1 |
| Knauer v. Billingsley Auction Sale, Inc., Case No. 12-59050 | 1 |
| Knauer v. Hoover, Case No. 12-59051 | 1 |
| Knauer v. Krantz, Case No. 12-59052 | 1 |
| Knauer v. Peterson, Case No. 12-59058 | 1 |
| Knauer v. Dicke, Case No. 12-59059 | 1 |
| Knauer v. Nuckols, Case No. 12-59060 | 1 |
| Knauer v. Smith, Case No. 12-59061 | 1 |
| Knauer v. Carroll Co L/S Sale Barn, Inc., Case No. 12-59072 | 1 |
| Knauer v. Scotts Hill Stockyard, Case No. 12-59073 | 1 |
| Knauer v. Zeisler, Case No. 12-59074 | 1 |
| Knauer v. Manthey, Case No. 12-59075 | 1 |
| Knauer v. First Bank and Trust Co., Case No. 12-59077 | 1 |
| Knauer v. Northwest Alabama Livestock Auction, Case No. 12-59081 | 1 |
| Knauer v. Grove Livestock Sales, Inc., Case No. 12-59082 | 1 |

| *All Parties to These Pending Actions Except As Expressly Released Pursuant to the Plan or a Final Order (Actions Pending in the United States Bankruptcy Court for the Southern District of Indiana unless otherwise indicated)* | *Non-Exhaustive Categories of Potential Causes of Action* |
|---|---|
| Knauer v. B&B Land and Livestock, Case No. 12-59083 | 1 |
| Knauer v. South Coffeyville Stockyards, Case No. 12-59084 | 1 |
| Knauer v. Christenson, Case No. 12-59085 | 1 |
| Bluegrass Stockyards, LLC, et al. v. Knauer Case No. 4:12-cv-126-TWP-WGH U.S. District Court for the Southern District of Indiana | 1 |
| The First Bank and Trust Co. v. Knauer Case No. 4:12-cv-127-TWP-DML U.S. District Court for the Southern District of Indiana | 1 |
| Alabama Livestock Auction, Inc., et al. v. Knauer Case No. 4:12-cv-128-TWP-WGH U.S. District Court for the Southern District of Indiana | 1 |
| Superior Livestock Auction, Inc. v. Knauer Case No. 4:12-cv-120-TWP-WGH U.S. District Court for the Southern District of Indiana | 1 |
| Knauer v. Phillips, Case No. 88C01-1210-MF-000740 Washington Circuit Court | 1 |
| Eastern Livestock, LLC v. Hawkins, Case No. 09CV262, Circuit Court for Hamblen County, Tennessee at Morristown | 1 |