# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11　　**Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 19, 2012 10:00 AM　NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY MASSEY |

### Matters:

1) Continued Hearing Re: Motion to Quash or Modify Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum filed by John David Hoover on behalf of Special Counsel Hoover Hull LLP [1283] with a Response in Opposition to Motion to Quash filed by John M. Rogers, Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc [1355]
   **R / M #:**　0 / 0

   **VACATED: Agreed Motion to Continue filed on 11/16/12. Matter continued to 12/17/12 @ 10:00 am. Court to issue notice.**

2) Hearing Re: Motion to Compromise under Fed.R.Bankr.P. 9019 between Eastern Livestock and First Bank and Trust filed by Kevin M. Toner on behalf of Trustee James A. Knauer [1498]
   **R / M #:**　0 / 0

3) Hearing Re: Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 Re: Tennessee Valley Livestock filed by Jay P. Kennedy on behalf of Trustee James A. Knauer [1505]
   **R / M #:**　0 / 0

4) Hearing Re: Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 - Motion to Compromise and Settle with Sand Mountain Stockyards filed by Jay P. Kennedy on behalf of Trustee James A. Knauer [1260]
   **R / M #:**　0 / 0

5) Hearing Re: Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 Re: Superior Livestock Auction, Inc. filed by Terry E. Hall on behalf of Trustee James A. Knauer
   **R / M #:**　0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11          MONDAY, NOVEMBER 19, 2012 10:00 AM

In Court Appearances:
TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
C. R. BOWLES, ATTORNEY FOR GARY S. BELL, GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RON P. REED
JOHN W AMES, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS, PHILLIP TAYLOR REED, RON P. REED
JOHN M. ROGERS/ELLIOTT LEVIN, ATTORNEY FOR JOPLIN REGIONAL STOCKYARDS
STEPHEN A. WEIGAND, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE

Telephonic Appearances:
JAY KENNEDY - ATTORNEY FOR TRUSTEE
JOHN HUNT LOVELL, ATTORNEY FOR CACTUS GROWERS, INC.
AMELIA MARTIN ADAMS, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC
ERIC REDMAN - ATTORNEY FOR STRICKLAND AND BANK FIRST
JIM KNAUER - TRUSTEE
JACK DAWSON - ATTORNEY FOR NICHOLS

## *Proceedings:*

*Disposition:  Hearing held.
 VACATED:  (1)  Agreed Motion to Continue filed on 11/16/12.   Matter continued to 12/17/12 @ 10:00 am (Eastern) in New Albany.   Court to do order.
(2 thru 4)  Motions  Granted.  Order to be entered.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**