UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO RELEASED CLAIMS**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), hereby objects ("First Released Claims Objection") to the claims identified on Exhibit A attached hereto (individually, a "Claim" and collectively, "Claims") because the Claims have been released by Court-approved settlements.

**Jurisdiction**

1. This Court has jurisdiction over this First Released Claims Objection under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B). Venue of this proceeding and this First Released Claims Objection is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are 11 U.S.C. §§ 502, 506 and 507 and Rules 3001 and 3007 of the Bankruptcy Rules.

**Background**

3. On December 6, 2010 (the "Petition Date"), an involuntary chapter 11 bankruptcy petition was filed to commence a chapter 11 case (the "Chapter 11 Case") against Eastern Livestock Co., LLC ("Debtor") in the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division (the "Court").

4.	On December 27, 2010, the Court entered an order approving the appointment of the Trustee and on December 28, 2010, entered an order for relief.

5.	On March 17, 2011, the Court entered an order approving The BMC Group, Inc. ("BMC") as the Trustee's claims and noticing agent in the Chapter 11 Case. Pursuant to that order, BMC was authorized and directed to, among other things, maintain the official claims register ("Claims Register") for all filed proofs of claim in the Chapter 11 Case. A copy of that Claims Register and all filed proofs of claim in the Chapter 11 Case can be viewed at http://www.bmcgroup.com/restructuring/Claims.aspx?ClientID=271.

### Reservation of Rights

6.	The Trustee reserves the right to object to claims not included on the attached Exhibit A on the same or similar grounds listed in this First Released Claims Objection. Separate notice will be given and a separate hearing will be scheduled for any other objections.

### Description of Exhibit A

7.	Each creditor who filed a Claim is hereinafter referred to as a "Claimant." The attached Exhibit A lists Claimants alphabetically and has five (5) columns. The first column is titled "Claimant" and lists the name of the person or entity who asserts the respective Claim. The second column is titled "Claim Number" and lists the number assigned to the Claim by the Claims Register. The third column is titled "Date Filed" and lists the date the Claim was filed. The fourth column is titled "Amount Claimed" and lists the amount claimed on the respective Claim. The fifth column is titled "Court Order" and lists the docket number of the Court Order approving the settlement by which each Claimant released its Claim.

### Request for Relief

8.	By this First Released Claims Objection, the Trustee seeks entry of an

order disallowing and expunging for all purposes the Claims identified on attached <u>Exhibit A</u>.

9. The Claims on attached <u>Exhibit A</u> have been released by each Claimant pursuant to Court approved settlements.

10. Thus, the Trustee objects to the Claims and requests that they be disallowed and expunged for all purposes.

**Notice**

11. The Trustee will serve copies of this First Released Claims Objection on all Claimants. **CLAIMANTS RECEIVING A COPY OF THIS FIRST RELEASED CLAIMS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON ATTACHED <u>EXHIBIT A</u>.**

12. Any party may obtain a copy of this First Released Claims Objection and Exhibit by requesting the same from counsel for the Trustee at (317) 237-1176.

13. The Trustee submits that such notice of this First Released Claims Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

**Responses to First Released Claims Objection**

14. Any Claimant that wishes to contest the relief requested in this First Released Claims Objection must file a written response with the Court no later than 4:30 p.m. EST on December 19, 2012. Responses must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Indiana, New Albany Division, 110 U.S. Courthouse, 121 West Spring Street, New Albany, IN 47150 and served on Trustee's Counsel, Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204 (Attn: Dustin DeNeal).

WHEREFORE, the Trustee respectfully requests that the Court enter an Order disallowing and expunging for all purposes the Claims identified on attached <u>Exhibit A</u> and for

3

all other just and appropriate relief.

                                    Respectfully submitted,

                                    FAEGRE BAKER DANIELS LLP

                                    By:   /s/ Dustin R. DeNeal

James M. Carr (#3128-49)                *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2012, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |

| | | |
|---|---|---|
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |

| | | |
|---|---|---|
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz | Ben T. Caughey<br>ben.caughey@icemiller.com |
| William K. Flynn<br>wkflynn@strausstroy.com, | Thomas P. Glass<br>tpglass@strausstroy.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | | |

I further certify that on November 19, 2012, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Cattlemen's Livestock Market, Inc.
3305 US Highway 92 E
Lakeland, FL 33802

Cattlemen's Livestock Market, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Columbia Livestock Market, Inc.
4557 S US Highway 441
Lake City, FL 32025

Columbia Livestock Market, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Daniel M. Byrd
c/o Oak Lake Cattle Co.
1055 US Hwy 98 N
Okeechobee, FL 34973

Daniel M. Byrd
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Eagle Bay, Inc.
c/o Oak Lake Cattle Co.
1055 US Hwy 98 N
Okeechobee, FL 34973

Eagle Bay, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Hardee Livestock Market, Inc.
1201 US Highway 17 South
Wauchula, FL 33873

Hardee Livestock Market, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

6

Hilliard-McKettrick Investments, Inc.  
d/b/a Arcadia Stockyard  
PO Box 1418  
Arcadia, FL 34265

Hilliard-McKettrick Investments, Inc.  
d/b/a Arcadia Stockyard  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

Madison County Livestock Market, Inc.  
d/b/a Townsend Livestock Market  
S At I-10 HC 53  
Madison, FL 32341

Madison County Livestock Market, Inc.  
d/b/a Townsend Livestock Market  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

North Florida Livestock Market, Inc.  
12171 S US Highway 441  
Lake City, FL 32025

North Florida Livestock Market, Inc.  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

Oak Lake Cattle Co.  
1055 US Highway 98 North  
Okeechobee, FL 34973

Oak Lake Cattle Co.  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

Ocala Livestock Market, Inc.  
9100 NW Highway 25A  
Ocala, FL 34480

Ocala Livestock Market, Inc.  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

Okeechobee Livestock Market, Inc.  
1055 US Highway 98 N  
Okeechobee, FL 34972

Okeechobee Livestock Market, Inc.  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

Ron Sizemore Trucking, Inc.  
9871 S E 22nd Street  
Webster, FL 33597

Ron Sizemore Trucking, Inc.  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

Sumter County Farmers Market, Inc.  
524 North Market Blvd  
Webster, FL 33597

Sumter County Farmers Market, Inc.  
c/o W. Scott Newbern  
2982 East Giverny Circle  
Tallahassee, FL 32309

| | |
|---|---|
| Michael J. Walro<br>Trustee of East-West Trucking Co., LLC<br>426 East Main Street<br>Madison, IN 47250 | Peoples Bank and Trust Company of Pickett County<br>c/o Lisa Koch Bryant<br>500 West Jefferson Street, Suite 2450<br>Louisville, KY 40202 |

/s/ Dustin R. DeNeal

DMS_US 39406693v1