EXHIBIT A

| Claimant | Claim # | Date Filed | Amount Claimed | Court Order |
|---|---|---|---|---|
| Cattlemen's Livestock Market, Inc. | 386 | 4/30/11 | $37,382.15 | Docket #1232 |
| Cattlemen's Livestock Market, Inc. | 395 | 5/1/11 | $23,055.28 | Docket #1232 |
| Cattlemen's Livestock Market, Inc. | 459 | 5/2/11 | $159,809.90 | Docket #1232 |
| Columbia Livestock Market, Inc. | 396 | 5/1/11 | $5,265.77 | Docket #1232 |
| Columbia Livestock Market, Inc. | 460 | 5/2/11 | $18,364.77 | Docket #1232 |
| Daniel M. Byrd | 392 | 4/30/11 | $10,056.87 | Docket #1232 |
| Eagle Bay, Inc. | 390 | 4/30/11 | $32,066.43 | Docket #1232 |
| Eagle Bay, Inc. | 391 | 4/30/11 | $26,616.93 | Docket #1232 |
| Hardee Livestock Market, Inc. | 388 | 4/30/11 | $10,888.80 | Docket #1232 |
| Hardee Livestock Market, Inc. | 397 | 5/1/11 | $13,254.70 | Docket #1232 |
| Hardee Livestock Market, Inc. | 461 | 5/2/11 | $48,844.62 | Docket #1232 |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard | 384 | 4/30/11 | $28,556.06 | Docket #1232 |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard | 394 | 5/1/11 | $45,928.29 | Docket #1232 |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard | 458 | 5/2/11 | $325,444.23 | Docket #1232 |
| Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market | 431 | 5/1/2011 | $2,485.20 | Docket #1232 |
| Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market | 466 | 5/2/2011 | $10,065.06 | Docket #1232 |
| Michael J. Walro as chapter 7 trustee of East-West Trucking Co., LLC | 149 | 3/30/11 | $192,359.24 | Docket #1148 |
| North Florida Livestock Market, Inc. | 427 | 5/1/11 | $4,759.70 | Docket #1232 |
| Oak Lake Cattle Co. | 517 | 6/20/11 | $32,066.43 | Docket #1232 |
| Ocala Livestock Market, Inc. | 387 | 4/30/11 | $8,490.10 | Docket #1232 |
| Ocala Livestock Market, Inc. | 428 | 5/1/11 | $7,138.35 | Docket #1232 |
| Ocala Livestock Market, Inc. | 462 | 5/2/11 | $118,648.40 | Docket #1232 |
| Okeechobee Livestock Market, Inc. | 385 | 4/30/11 | $23,104.48 | Docket #1232 |
| Okeechobee Livestock Market, Inc. | 429 | 5/1/11 | $8,880.60 | Docket #1232 |
| Okeechobee Livestock Market, Inc. | 463 | 5/2/11 | $134,562.86 | Docket #1232 |
| Peoples Bank and Trust Company of Pickett County | 520 | 10/26/11 | $1,508,297.87 | Docket #1094 |
| Ron Sizemore Trucking, Inc. | 393 | 5/1/11 | $15,931.52 | Docket #1232 |
| Sumter County Farmers Market, Inc. | 389 | 4/30/11 | $22,280.16 | Docket #1232 |
| Sumter County Farmers Market, Inc. | 430 | 5/1/11 | $8,664.90 | Docket #1232 |
| Sumter County Farmers Market, Inc. | 465 | 5/2/11 | $108,360.79 | Docket #1232 |