UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO
AMENDED AND/OR DUPLICATE CLAIMS**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"),

pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"),

hereby objects ("Duplicate Claim Objection") to the claims identified on Exhibit A attached

hereto (individually, a "Claim" and collectively, "Claims") because the Claims are revised by

other later-filed claims and/or are duplicates of other filed claims.

**Jurisdiction**

1.      This Court has jurisdiction over this Duplicate Claim Objection under 28

U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B).

Venue of this proceeding and this Duplicate Claim Objection is properly in this district pursuant

to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are 11 U.S.C. §§ 502,

506 and 507 and Rules 3001 and 3007 of the Bankruptcy Rules.

**Background**

3.      On December 6, 2010 (the "Petition Date"), an involuntary chapter 11

bankruptcy petition was filed to commence a chapter 11 case (the "Chapter 11 Case") against

Eastern Livestock Co., LLC ("Debtor") in the United States Bankruptcy Court for the Southern

District of Indiana, New Albany Division (the "Court").

4.     On December 27, 2010, the Court entered an order approving the appointment of the Trustee and on December 28, 2010, entered an order for relief.

5.     On March 17, 2011, the Court entered an order approving The BMC Group, Inc. ("BMC") as the Trustee's claims and noticing agent in the Chapter 11 Case. Pursuant to that order, BMC was authorized and directed to, among other things, maintain the official claims register ("Claims Register") for all filed proofs of claim in the Chapter 11 Case. A copy of that Claims Register and all filed proofs of claim in the Chapter 11 Case can be viewed at http://www.bmcgroup.com/restructuring/Claims.aspx?ClientID=271.

## Reservation of Rights

6.     The Trustee reserves the right to object to any of the Claims that are the subject of this Duplicate Claim Objection on any grounds other than the reason given in this Duplicate Claim Objection.  The Trustee further reserves the right to object to claims not included on the attached Exhibit A on the same or similar grounds listed in this Duplicate Claim Objection.  Separate notice will be given and a separate hearing will be scheduled for any other objections.

## Description of Exhibit A

7.     Each creditor who filed a Claim is hereinafter referred to as a "Claimant." The attached Exhibit A lists Claimants alphabetically and has five (5) columns.  The first column is titled "Claimant" and lists the name of the person or entity who asserts the respective Claim. The second column is titled "Claim Number" and lists the number assigned to the Claim by the Claims Register.  The third column is titled "Date Filed" and lists the date the Claim was filed. The fourth column is titled "Amount Claimed" and lists the amount claimed on the respective Claim. The fifth and final column is titled "Grounds for Objection" and specifically describes the

2

DMS_US 39378398v1

Trustee's asserted basis for each individual objection.

## Request for Relief

8.      By this Duplicate Claim Objection, the Trustee seeks entry of an order disallowing and expunging for all purposes the Claims identified on attached Exhibit A.

9.      The Trustee objects to the Claims on attached Exhibit A pursuant to 11 U.S.C § 502(b)(1) because the Claims are revised by other later-filed claims and/or are duplicates of other filed claims.

10.      Because very few, if any, of the Claimants marked the appropriate box on the later-filed proof of claim form indicating an intent to amend a previously filed claim, it is difficult to determine whether the Claimant intended to amend an earlier filed proof of claim or just filed a duplicate claim.  If two proofs of claim are identical, the Trustee assumes that the later-filed proof of claim is a "Duplicate Claim."  If a later-filed proof of claim differs in any way from an earlier-filed proof of claim, the Trustee assumes that the later-filed proof of claim amends the earlier-filed proof of claim and is therefore an "Amended Claim".

11.      Nevertheless, whether the later-filed claim amends the Amended Claim or is a Duplicate Claim with respect to other filed claims, the Trustee believes the Claims Register already includes a proof of claim that asserts the same Claim as the Claim objected to.  Each Claimant is not entitled to recover twice on the same Claim.

12.      Thus, the Trustee objects to the Claims and requests that they be disallowed and expunged for all purposes.

## Notice

13.      The Trustee will serve copies of this Duplicate Claim Objection on all Claimants.  **CLAIMANTS RECEIVING A COPY OF THIS DUPLICATE CLAIM**

DMS_US 39378398v1

**OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON ATTACHED**

**EXHIBIT A.**

14.     Any party may obtain a copy of this Duplicate Claim Objection and

Exhibit by requesting the same from counsel for the Trustee at (317) 237-1176.

15.     The Trustee submits that such notice of this Duplicate Claim Objection is

sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

<u>**Responses to Duplicate Claim Objection**</u>

16.     Any Claimant that wishes to contest the relief requested in this Duplicate

Claim Objection must file a written response with the Court no later than 4:30 p.m. EST on

December 19, 2012.  Responses must be filed with the Clerk of the United States Bankruptcy

Court, Southern District of Indiana, New Albany Division, 110 U.S. Courthouse, 121 West

Spring Street, New Albany, IN 47150 and served on Trustee's Counsel, Faegre Baker Daniels

LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204 (Attn: Dustin DeNeal).

WHEREFORE, the Trustee respectfully requests that the Court enter an Order

disallowing and expunging for all purposes the Claims identified on attached <u>Exhibit A</u> and for

all other just and appropriate relief.

4

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


By:    /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)
Kevin M. Toner (#11343-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@ bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |

5

DMS_US 39378398v1

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

James M. Carr
james.carr@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Christie A. Moore
cm@gdm.com

Peter M. Gannott
pgannott@gannottlaw.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
kim.maynes@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

6

DMS_US 39378398v1

Joseph H. Rogers
jrogers@millerdollarhide.com

James E. Smith
jsmith@smithakins.com

Robert K. Stanley
robert.stanley@faegrebd.com

Andrew D. Stosberg
astosberg@lloydmc.com

Kevin M. Toner
kevin.toner@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Eric W. Richardson
ewrichardson@vorys.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jennifer Watt
jwatt@kgrlaw.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Ben T. Caughey
ben.caughey@icemiller.com

William K. Flynn
wkflynn@strausstroy.com,

Thomas P. Glass
tpglass@strausstroy.com

Stephen E. Schilling
seschilling@strausstroy.com

Michael Benton Willey
michael.willey@ag.tn.gov

I further certify that on November 19, 2012, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

4 Legs Down LLC
4051 N. County Road 500E
Greensburg, IN 47240

Ben Armstrong
2290 Letter Oak Road
Albany, KY 42602-6288

Jerry Bagby
5360 Highway 1464
Greensburg, KY 42743-9432

Bar K Cattle
1275 7th Avenue
Sioux Center, IA 51250-2156

Johnny Bell
108 North Green Street
Glasgow, KY 42141-2806

Marion Bradford
197 Hidden Lake Road
Hendersonville, TN 37075

James H. Brass
P.O. Box 777
Coldwater, KS 67029-0777

Byron Lang Inc.
P.O. Box 301
Jackson, MO 63755-0301

Denver Capps
P.O. Box 975
Burkesville, KY 42717-0975

Veteran Denver Capps
330 Frogue Road
Burkesville, KY 42717

Cattlco LLC
c/o Nolan M. Johnson, Esq.
Bass Berry & Sims PLC
100 Peabody Pl., Suite 900
Memphis, TN 38103

Louis Cernoch, Jr.
c/o Laura L. Worsham, Jr.
Jones Allen & Fuquay LLP
8828 Greenville Avenue
Dallas, TX 75243

Jeremy Coffey
6205 Greensburg Rd.
Columbia, KY 42728

Coffeyville Livestock Market LLC
c/o William E. Smith III
Kightlinger & Gray LLP
3620 Blackiston Blvd., Suite 200
New Albany, IN 47150

Boyd Copas
2195 E. Phillipi Church Rd.
Tompkinsville, KY 42167-9478

7

DMS_US 39378398v1

Rita Cravens
1525 Dogwalk Road
Alpine, TN 38543

Crumpler Bros.
c/o Ross A. Plourde
McAfee & Taft
Two Leadership Sq., Tenth Floor
211 N. Robinson
Oklahoma City, OK 73102

Cullman Stockyard, Inc.
c/o Hoagy Parrish
75 County Road 1339
Cullman, AL 35058

Dale Stull Trucking
Box 41
Nara Visa, NM 88430-0041

Denwalt & Son Cattle Co.
10004 Reno W.
El Reno, OK 73036-9728

Eddie Eicke
11888 County Road 1202
Snyder, TX 79549

F & M Farms LLC
P.O. Box 14
Bullard, TX 75757-0014

Bobby Farmer
P.O. Box 77
Warrensville, NC 28693-0067

Fousek Farms & Trucking LLC
28381 U.S. Highway 281
Armour, SD 57313-5913

Mark Freeman, III
c/o Guy Clark, Esq.
Northcutt Clark Gardner Hron &
Brune
P.O. Box 1669
Ponca City, OK 74602

Friona Industries LP
c/o John Massouh
Sprouse Shrader Smith, P.C.
P.O. Box 15008
Amarillo, TX 79105-5008

General Electric Capital Corporation
300 John Carpenter Freeway,
Suite 207
Irving, TX 75062

David Gordon
1758 Old Temple Hill Rd.
Tompkinsville, KY 42167

Jerry Herald
1191 Oakhill School Rd.
Smiths Grove, KY 42171-9024

High & High
1150 Sulphur Lick Rd.
Tompkinsville, KY 42167-7048

Jimmie Dale High
1150 Sulphur Lick Rd.
Tompkinsville, KY 42167-7048

David Holley
377 Blue Springs Rd.
Knob Lick, KY 42154

Ingland Trucking
11932 Road 6
Liberal, KS 67901-6142

Joe Kanthak Trucking
48640 161st St.
Revillo, SD 57259-6616

Kness Trucking Inc
P.O. Box 463
Chadwick, IL 61014

L&F Cattle
c/o Joe Foote
8365 W. FM 217
Gatesville, TX 76528-3253

Lane Cattle Company
c/o Tindal & Hickman LLP
915 South Hull Street
Montgomery, AL 36104

Loftis Farm
460 Stockton Lane
Gainesboro, TN 38562-6101

Arthur Lowhorn
Route 2
Albany, KY 42602

8

| | | |
|---|---|---|
| Mike Luke<br>4845 Cookeville Boat Dock Rd.<br>Baxter, TN  38544 | Jimmy Manion<br>107 Indie Ct.<br>Glasgow, KY  42141-3433 | Garnett S. Martin, Jr.<br>c/o Junior Martin<br>1233 Hollow Road<br>Glasgow, KY  42141-9487 |
| Junior Martin<br>1233 Hollow Road<br>Glasgow, KY  42141-9487 | Richie Melson<br>2628 Melson Ridge Rd.<br>Columbia, KY  42728-8017 | Mid State Waste<br>P.O. Box 2068<br>Glasgow, KY  42142-2068 |
| Milligan Farms<br>651 Grassy Springs Rd.<br>Columbia, KY  42728-8374 | Montgomery Stock Yard Inc.<br>P.O. Box 250108<br>Montgomery, AL  36125-0108 | Gabriel Moreno Medina<br>c/o The Law Offices of Stephen N.<br>Nickey<br>1201 N. Mesa, Suite B<br>El Paso, TX  79902 |
| Dorinda Morrison<br>8035 Fairplay Rd.<br>Columbia, KY  42728 | Ronald D. Neufeld<br>5590 NE 157th Terrace<br>Williston, FL  32696 | Nu-Technologies<br>c/o Judith Ackland<br>9203 Valaretta Drive<br>Gretna, NE  68208 |
| Terry Patton<br>1224 New Concord Road<br>Columbia, KY  42728 | Republic Bank & Trust Co.<br>c/o Allen L. Morris<br>Stites & Harbison PLLC<br>P.O. Box 946<br>323 E. Court Ave.<br>Jeffersonville, IN  47131-0946 | Kenneth Sanders<br>2487 Winn School Rd.<br>Glasgow, KY  42141 |
| Sealy & Son<br>700 Highway 80 E.<br>Uniontown, AL  36786 | Peggy Smith Carey<br>1321 Brown Rd.<br>Park City, KY  42160-7833 | Bobby Smith<br>1105 Grady Road<br>Munfordville, KY  42765 |
| Dwayne Smith<br>4238 Garfield Hinds Rd.<br>Monroe, TN  38573 | Leonard Clifton Smith<br>1133 Brown Road<br>Park City, KY  42160-7831 | Shirley Smith<br>1105 Grady Rd.<br>Munford, KY  42765 |
| Tom Svoboda<br>3065 AA<br>Herington, KS  67449 | Steve Ray Taylor<br>1010 Old Buck Ck. Rd.<br>Adolphus, KY  42120-6115 | Tennessee Livestock Producers Inc<br>P.O. Box 313<br>Columbia, TN  38402-0313 |

DMS_US 39378398v1

Roger Dale Thomas
199 Rhoton Cave Rd.
Tompkinsville, KY  42167-7506

Thompson Bros.
1448 South Jackson Highway
Hardyville, KY  42746-8303

TR Smith Livestock
921 W. Choctaw Street
Lindsay, OK  73052-5019

United Producers Inc.
8351 North High Street
Suite 250
Columbus, OH  43235-1440

Tim Vibbert
444 Jack Brown Rd.
Glasgow, KY  42141-8237

Madison Welch
c/o Todd C. Welch
4030 N. 900 E
Lafayette, IN  47905-9673

West Plains Co.
c/b/a CT Livestock
4800 Main St., Suite 274
Kansas City, MO  64112-2540

Jackie Young
1337 Claude Jones Rd.
Edmonton, KY  42129

/s/ Dustin R. DeNeal

10