EXHIBIT A

| Claimant | Claim Nbr | ClaimDate | Amount Claimed | Grounds for Objection |
|---|---|---|---|---|
| 4 LEGS DOWN LLC | 254 | 4/14/2011 | $2,781.00 | Duplicate of Claim 238 |
| ARMSTRONG, BEN | 152 | 3/28/2011 | $2,173.32 | Duplicate of Claim 18 |
| BAGBY, JERRY | 87 | 3/10/2011 | $1,225.09 | Amended by Claim 360 |
| BAR K CATTLE | 64 | 3/7/2011 | $30,000.00 | Amended by Claim 255 |
| BELL, JOHNNY | 245 | 4/18/2011 | $6,124.07 | Duplicate of Claim 211 |
| BRADFORD, MARION | 22 | 2/14/2011 | $2,947.30 | Amended by Claim 69 |
| BRASS, JAMES H | 201 | 4/11/2011 | $157,606.47 | Amended by Claim 418 |
| BYRON LANG INC | 210 | 4/11/2011 | $5,100.00 | Duplicate of Claim 80 |
| CAPPS, DENVER | 205 | 4/11/2011 | $913.24 | Duplicate of Claim 187 |
| CAPPS, VETERAN DENVER | 234 | 4/12/2011 | $913.24 | Duplicate of Claim 187 |
| CAPPS, VETERAN DENVER | 246 | 4/18/2011 | $913.24 | Duplicate of Claim 187 |
| CATTLCO LLC | 379 | 4/29/2011 | $65,438.12 | Duplicate of Claim 378 |
| CERNOCH JR, LOUIS | 426 | 5/2/2011 | $308,174.59 | Duplicate of Claim 381 |
| COFFEY, JEREMY | 310 | 4/21/2011 | $31,271.89 | Duplicate of Claim 132 |
| COFFEYVILLE LIVESTOCK MARKET LLC | 129 | 3/22/2011 | $19,889.50 | Amended by Claim 268 |
| COPAS, BOYD | 285 | 4/19/2011 | $897.93 | Duplicate of Claim 65 |
| COPAS, BOYD | 286 | 4/19/2011 | $897.93 | Duplicate of Claim 65 |
| CRAVENS, RITA | 9 | 1/31/2011 | $8,212.58 | Amended by Claim 295 |
| CRAVENS, RITA | 103 | 3/14/2011 | $8,212.58 | Amended by Claim 295 |
| CRUMPLER BROS | 468 | 5/2/2011 | $106,691.01 | Duplicate of Claim 467 |
| CRUMPLER BROS | 472 | 5/2/2011 | $106,691.01 | Duplicate of Claim 467 |
| CRUMPLER BROS | 473 | 5/2/2011 | $106,691.01 | Duplicate of Claim 467 |
| CULLMAN STOCKYARD, INC. | 514 | 5/18/2011 | $42,708.02 | Duplicate of Claim 229 |
| DALE STULL TRUCKING | 153 | 3/25/2011 | $26,293.75 | Duplicate of Claim 68 |
| DENWALT & SON CATTLE CO. | 487 | 5/2/2011 | $51,413.40 | Duplicate of Claim 350 |
| EICKE, EDDIE | 432 | 5/1/2011 | $54,147.49 | Duplicate of Claim 433 |
| F & M FARMS LLC | 315 | 4/25/2011 | $10,969.50 | Duplicate of Claim 299 |
| FARMER, BOBBY | 322 | 4/21/2011 | $4,221.00 | Duplicate of Claim 264 |
| FOUSEK FARMS & TRUCKING LLC | 248 | 4/15/2011 | $11,564.81 | Duplicate of Claim 62 |
| FREEMAN III, MARK | 476 | 5/2/2011 | $21,869.06 | Duplicate of Claim 475 |
| FRIONA INDUSTRIES LP | 478 | 5/2/2011 | $915,444.47 | Duplicate of Claim 477 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 308 | 4/20/2011 | $145,741.90 | Amended by Claim 518 |
| GORDON, DAVID | 6 | 1/25/2011 | $5,312.03 | Amended by Claim 116 |
| HERALD, JERRY | 242 | 4/18/2011 | $2,920.66 | Amended by Claim 507 |
| HIGH & HIGH | 223 | 4/7/2011 | $1,515.90 | Duplicate of Claim 223 |
| HIGH, JIMMIE DALE | 224 | 4/7/2011 | $2,527.25 | Duplicate of Claim 71 |
| HOLLEY, DAVID | 219 | 4/7/2011 | $2,262.15 | Duplicate of Claim 192 |
| HOLLEY, DAVID | 225 | 4/7/2011 | $2,262.15 | Duplicate of Claim 192 |
| INGLAND TRUCKING | 184 | 4/8/2011 | $15,237.00 | Duplicate of Claim 161 |
| INGLAND TRUCKING | 319 | 4/21/2011 | $15,237.00 | Duplicate of Claim 161 |
| JOE KANTHAK TRUCKING | 297 | 4/18/2011 | $2,581.30 | Duplicate of Claim 169 |
| KNESS TRUCKING INC | 180 | 4/7/2011 | $2,883.15 | Duplicate of Claim 120 |
| KNESS TRUCKING INC | 181 | 4/7/2011 | $2,883.15 | Duplicate of Claim 120 |
| L&F CATTLE | 115 | 3/14/2011 | $160,121.56 | Amended by Claim 470 |
| L&F CATTLE | 471 | 5/2/2011 | $160,121.56 | Duplicate of Claim 470 |
| LANE CATTLE COMPANY | 314 | 4/25/2011 | $52,607.43 | Duplicate of Claim 302 |
| LOFTIS FARM | 262 | 4/13/2011 | $5,469.41 | Duplicate of Claim 236 |
| LOWHORN, ARTHUR | 86 | 3/10/2011 | $1,212.34 | Duplicate of Claim 38 |
| LUKE, MIKE | 338 | 4/26/2011 | $10,509.69 | Amended by Claim 524 |
| MANION, JIMMY | 148 | 3/18/2011 | $4,053.28 | Duplicate of Claim 125 |
| MANION, JIMMY | 216 | 4/8/2011 | $4,053.28 | Duplicate of Claim 125 |
| MARTIN JR, GARNETT S (JUNIOR) | 331 | 4/28/2011 | $11,403.90 | Duplicate of Claim 104 |
| MARTIN JR, GARNETT S (JUNIOR) | 340 | 4/26/2011 | $11,403.90 | Duplicate of Claim 104 |
| MARTIN, JUNIOR | 112 | 3/14/2011 | $11,403.90 | Duplicate of Claim 104 |

5/9/2011 12:32:04 PM

EXHIBIT A

| Claimant | Claim Nbr | ClaimDate | Amount Claimed | Grounds for Objection |
|---|---|---|---|---|
| MELSON, RICHIE | 221 | 4/7/2011 | $3,308.19 | Duplicate of Claim 154 |
| MID STATE WASTE | 56 | 3/7/2011 | $508.74 | Amended by Claim 179 |
| MILLIGAN FARMS | 243 | 4/18/2011 | $4,271.36 | Duplicate of Claim 88 |
| MILLIGAN FARMS | 258 | 4/14/2011 | $4,271.36 | Duplicate of Claim 88 |
| MONTGOMERY STOCK YARD INC | 202 | 4/11/2011 | $36,623.07 | Amended by Claim 280 |
| MORENO MEDINA, GABRIEL | 123 | 3/17/2011 | $196,484.51 | Amended by Claim 307 |
| MORRISON, DORINDA | 506 | 5/3/2011 | $535.83 | Duplicate of Claim 499 |
| NEUFELD, RONALD D | 213 | 4/11/2011 | $12,409.00 | Duplicate of Claim 190 |
| NU-TECHNOLOGIES | 200 | 4/11/2011 | $32,160.00 | Duplicate of Claim 198 |
| PATTON, TERRY | 237 | 4/14/2011 | $3,155.42 | Duplicate of Claim 133 |
| PATTON, TERRY | 267 | 4/12/2011 | $3,155.42 | Duplicate of Claim 133 |
| REPUBLIC BANK & TRUST CO. | 113 | 3/15/2011 | $672,629.37 | Amended by Claim 519 |
| SANDERS, KENNETH | 143 | 3/18/2011 | $4,495.03 | Amended by Claim 325 |
| SEALY & SON | 82 | 3/9/2011 | $155,669.96 | Amended by Claim 503 |
| SMITH CAREY, PEGGY | 108 | 3/15/2011 | $4,689.15 | Duplicate of Claim 51 |
| SMITH, BOBBY | 420 | 5/2/2011 | $8,257.73 | Duplicate of Claim 342 |
| SMITH, DWAYNE | 52 | 3/3/2011 | $2,146.81 | Amended by Claim 222 |
| SMITH, DWAYNE | 182 | 4/8/2011 | $2,146.81 | Amended by Claim 222 |
| SMITH, LEONARD CLIFTON | 118 | 3/15/2011 | $5,760.64 | Duplicate of Claim 53 |
| SMITH, SHIRLEY | 421 | 5/2/2011 | $590.96 | Duplicate of Claim 341 |
| SVOBODA, TOM | 183 | 4/8/2011 | $159,670.28 | Amended by Claim 434 |
| TAYLOR, STEVE RAY | 74 | 3/8/2011 | $7,563.15 | Duplicate of Claim 12 |
| TENNESSEE LIVESTOCK PRODUCERS INC | 515 | 4/22/2011 | $162,831.58 | Duplicate of Claim 326 |
| TENNESSEE LIVESTOCK PRODUCERS INC | 516 | 4/22/2011 | $162,831.58 | Duplicate of Claim 326 |
| THOMAS, ROGER DALE | 292 | 4/18/2011 | $1,363.64 | Duplicate of Claim 288 |
| THOMPSON BROS | 95 | 3/11/2011 | $2,353.08 | Amended by Claim 214 |
| TR SMITH LIVESTOCK | 77 | 3/8/2011 | $9,611.15 | Amended by Claim 212 |
| UNITED PRODUCERS INC | 332 | 4/27/2011 | $250,254.00 | Amended by Claim 348 |
| UNITED PRODUCERS INC | 327 | 4/27/2011 | $250,254.00 | Amended by Claim 348 |
| VIBBERT, TIM | 337 | 4/26/2011 | $2,029.79 | Duplicate of Claim 92 |
| WELCH, MADISON | 30 | 2/28/2011 | $1,356.46 | Amended by Claim 207 |
| WEST PLAINS CO | 347 | 4/28/2011 | $54,904.75 | Duplicate of Claim 329 |
| YOUNG, JACKIE | 191 | 4/11/2011 | $2,768.32 | Amended by Claim 505 |
| YOUNG, JACKIE | 220 | 4/7/2011 | $2,768.32 | Amended by Claim 505 |

5/9/2011 12:32:04 PM