**SO ORDERED: November 19, 2012.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING AGREED MOTION TO CONTINUE HEARING ON MOTION TO QUASH THIRD AMENDED NOTICE OF DEPOSITION OF SEAN WHITE AND SUBPOENA DUCES TECUM**

This matter is before the Court on the *Agreed Motion to Continue Hearing on Motion to Quash Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum* [Docket No. 1538] (the "Motion"), filed by Hoover Hull LLP, Special Counsel for the Trustee, James A. Knauer.  The Court, after considering the Motion, now grants the relief requested by the Motion.

Therefore, IT IS HEREBY ORDERED THAT the hearing now scheduled for November 19, 2012 on the *Motion to Quash Third Amended Notice of Deposition of Sean White and Subpoena Duces Tecum* is rescheduled for December 17, 2012 at 10:00 a.m.

###

Distribution:
All counsel of record via an automatic e-mail message generated by the CM/ECF system.