IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF SUPPLEMENTAL MAILING

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the documents identified below by exhibit number were served on the parties as set forth below in Exhibit A at the addresses shown thereon and via the mode of service indicated thereon, on November 15, 2012.

| | |
|---|---|
| SOLICITATION INFORMATION FOR EASTERN LIVESTOCK CO., LLC consisting of]<br>• ORDER APPROVING DISCLOSURE STATEMENT, SCHEDULING CONFIRMATION HEARING, AND FIXING FILING DEADLINES [Docket No. 1516]<br>• FIRST AMENDED DISCLOSURE STATEMENT FOR TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION [Docket No. 1489]<br>• TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION [Docket No. 1490] | Exhibit 1<br>[sample not attached hereto] |

[provided as a book]

| | |
|---|---|
| [Provisional] BALLOT TO VOTE ON TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION [Class 4—custom] | Exhibit 2 [custom sample attached hereto] |
| NOTICE OF APPROVAL OF DISCLOSURE STATEMENT, SOLICITATION OF VOTES ON THE PLAN, AND CONFIRMATION HEARING [voting] | Exhibit 3 [sample attached hereto] |
| PRE-ADDRESSED RETURN ENVELOPE – POSTAGE NOT AFFIXED THERETO | Exhibit 4 [sample not attached hereto] |

Exhibit A    Exhibits 1, 2, 3 and 4 were served on the Class 4 parties referenced in Service Lists 502157, 50285 and 502856

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 16th day of November 2012 at Paramount, California.

_____
James H. Myers

# EXHIBIT A

# Eastern Livestock

**Total number of parties: 6**

### Exhibit A - Solicitation (suppl)

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 50157 | BELL, GARY S, PO BOX 122, EDMONTON, KY, 42129 | USPS Express Mail |
| 50157 | BINGHAM GREENEBAUM DOLL LLP, (RE BELL, GARY S), IVANA B SHALLCROSS, 101 SOUTH FIFTH STREET, SUITE 3500, LOUISVILLE, KY, 40202 | USPS Express Mail |
| 50285 | BINGHAM GREENEBAUM DOLL LLP, (RE. REED, RON P), IVANA B SHALLCROSS, 101 SOUTH FIFTH STREET, SUITE 3500, LOUISVILLE, KY, 40202 | USPS Express Mail |
| 50286 | BINGHAM GREENEBAUM DOLL LLP, (RE: REED, PHILLIP TAYLOR), IVANA B. SHALLCROSS, 101 SOUTH FIFTH STREET, SUITE 3500, LOUISVILLE, KY, 40202 | USPS Express Mail |
| 50286 | REED, PHILLIP TAYLOR, 21 REED RD, FORAKER, OK, 74652 | USPS Express Mail |
| 50285 | REED, RON P, PO BOX 695, PAWHUSKA, OK, 74056 | USPS Express Mail |

**Subtotal for this group: 6**