# Exhibit B

| Atty/Para | Rate | Case | Sp Cnsl hours | Sp Cnsl fees | S Coffeyville hours | S. Coffeyville fees | Grove hours | Grove fees |
|---|---|---|---|---|---|---|---|---|
| JJP | 175 | | 1.00 | $ 175.00 | | | | |
| jpk | 175 | | 37.40 | $ 6,545.00 | | | | |
| jwl | 175 | | 14.80 | $ 2,590.00 | 0.4 | $70.00 | 0.4 | $70.00 |
| jlw | 175 | | 5.00 | $ 875.00 | | | | |
| ads | 175 | | 1.50 | $ 262.50 | | | | |
| ads | 125 | | 31.60 | $ 3,950.00 | | | | |
| hns | 125 | | 3.20 | $ 400.00 | | | | |
| tjf | 125 | | 29.80 | $ 3,725.00 | 2.6 | $325.00 | 2.6 | $325.00 |
| kdk | 175 | | | | | | | |
| hkm | 175 | | 2.60 | $ 455.00 | | | | |
| clb | 125 | | | | | | | |
| Total | | | 126.90 | $ 18,977.50 | 3 | $395.00 | 3 | $395.00 |

| K. Christenson hours | K. Christenson fees | Macon hours | Macon fees | Billingsley hours | Billingsley fees | Nichols hours |
|---|---|---|---|---|---|---|
| | | | | | | |
| 0.3 | $52.50 | 0.6 | $105.00 | 2.6 | $455.00 | 0.2 |
| | | 0.9 | $157.50 | 0.9 | $157.50 | |
| 2.6 | $325.00 | 5.7 | $712.50 | 6.1 | $762.50 | 1.1 |
| 2.9 | $377.50 | 7.2 | $975.00 | 9.6 | $1,375.00 | 1.3 |

| Nichols fees | B&B hours | B&B fees | Hodge hours | Hodge fees | NW Alabama hours | NW alabama fees | Manthey hours |
|---|---|---|---|---|---|---|---|
| | 0.7 | $122.50 | 0.6 | $105.00 | 0.8 | $140.00 | 1 |
| $35.00 | 4.6 | $805.00 | | | | | |
| | | | | | 0.6 | $105.00 | |
| $137.50 | 2.6 | $325.00 | 1.3 | $162.50 | 3.7 | $462.50 | 5.3 |
| $172.50 | 7.9 | $1,252.50 | 1.9 | $267.50 | 5.1 | $707.50 | 6.3 |

| Manthey fees | Salem hours | Salem fees | Tulsa hours | Tulsa fees | Tenn Vall hours | Tenn Val fees | Rawls huors | Rawls fees |
|---|---|---|---|---|---|---|---|---|
| | | | | | 3.7 | $647.50 | 0.8 | $140.00 |
| $175.00 | 5.8 | $1,015.00 | | | | | | |
| | 5.3 | $927.50 | | | 2.5 | $437.50 | 0.9 | $157.50 |
| | 0.8 | $100.00 | | | 0.4 | $50.00 | | |
| $662.50 | 6.45 | $806.25 | 0.1 | $12.50 | 5.55 | $693.75 | 5.8 | $725.00 |
| | | | | | | | | |
| $837.50 | 18.35 | $2,848.75 | 0.1 | $12.50 | 12.15 | $1,828.75 | 7.5 | $1,022.50 |

| Sand Mnt hours | Sand Mtn fees | Zeisler hours | Zeisler fees | Carroll hours | Carroll fees | Abilene hours | Abilene fees | Stoops hours |
|---|---|---|---|---|---|---|---|---|
| 3.4 | $595.00 | 1 | $175.00 | | | 17.4 | $3,045.00 | 0.4 |
| | | | | | | | | 4.6 |
| 1.7 | $297.50 | | | 0.3 | $52.50 | 2.9 | $507.50 | 0.9 |
| | | | | | | 1.7 | $212.50 | 3.8 |
| 5.75 | $718.75 | 5.3 | $662.50 | 4.7 | $587.50 | | | 5.45 |
| | | | | | | 0.8 | $140.00 | |
| | | | | | | 0.6 | $75.00 | |
| 10.85 | $1,611.25 | 6.3 | $837.50 | 6 | $815.00 | 23.4 | $3,980.00 | 15.15 |

| Stoops fees | River Bend hours | River Bend fees | Freeman hours | Freeman fees | Scotts Hill hours | Scotts Hill fees | Krantz hours |
|---|---|---|---|---|---|---|---|
| $70.00 | 2.7 | $472.50 | 0.4 | $70.00 | 1.1 | $192.50 | |
| $805.00 | | | | | | | |
| $157.50 | 0.4 | $70.00 | 0.9 | $157.50 | | | 0.4 |
| $475.00 | 0.2 | $25.00 | | | | | |
| $681.25 | 4.5 | $562.50 | 5.7 | $712.50 | 4.6 | $575.00 | 5.2 |
| | | | | | | | |
| $2,188.75 | 7.8 | $1,130.00 | 7 | $940.00 | 5.7 | $767.50 | 5.6 |

| Krantz fees | J Hoover hours | J Hoover fees | Total hours per Atty/Para | Total fees per Atty/Para |
|---|---|---|---|---|
| | | | 1 | $175.00 |
| | 0.9 | $157.50 | 83.60 | $14,630.00 |
| | | | 19.40 | $3,395.00 |
| $70.00 | 0.4 | $70.00 | 25.10 | $4,392.50 |
| | | | 5.00 | $875.00 |
| | | | 38.50 | $4,812.50 |
| | | | 3.20 | $400.00 |
| $650.00 | 5 | $625.00 | 127.60 | $15,937.50 |
| | | | 0.80 | $140.00 |
| | | | 2.60 | $455.00 |
| | | | 0.60 | $75.00 |
| $720.00 | 6.3 | $852.50 | 307.40 | $45,287.50 |