# <u>Exhibit C</u>

**Exhibit C**

| | |
|---|---|
| Mailing Expense | $231.81 |
| Reproduction Expense | $133.92 |
| Telephonic Expenses | $ 4.90 |
| Filing Fees | $232.00 |
| Electronic/Skip Tracing Fees | $ 67.98 |
| Total | $670.61 |