# EXHIBIT A

PREFERENCE ANALYSIS - AMOS KROPF

| Check No. | Delivery Date | | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|---|
| 118555 | Expense | | 08/31/10 | 09/14/10 | $491.00 | $491.00 |
| 118614 | 08/27/10 08/31/10 | | 08/31/10 | 09/08/10 | $206,789.70 | $206,789.70 |
| 118954 | 09/01/10 | | 09/03/10 | 09/10/10 | $340,883.88 | $340,883.88 |
| 120164 | Expense | | 09/17/10 | 09/28/10 | $481.70 | $481.70 |
| 121019 | 09/22/10 09/27/10 | | 09/28/10 | 10/01/10 | $144,811.17 | $144,811.17 |
| 121270 | Expense | | 09/30/10 | 10/13/10 | $476.58 | $476.58 |
| 122306 | 10/11/10 | | 10/14/10 | 10/19/10 | $107,598.42 | $107,598.42 |
| 122497 | Expense | | 10/15/10 | 10/26/10 | $733.56 | $733.56 |
| | ($55,557.96) | * | | | | |
| | | | | | $802,266.01 | $802,266.01 |

*Information from Amos Kropf Proof of Claim       TOTAL       $746,708.05       $746,708.05

EXHIBIT A TO AMOS KROPF