# EXHIBIT A

### PREFERENCE ANALYSIS - CORNELISON FARMS, FLP

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|-----------|---------------|------------|------------|-------------|-----------------------|
| 121841 | 10/04/10 | 10/07/10 | 10/13/10 | $281,060.52 | $281,060.52 |
| | | | | $281,060.52 | $281,060.52 |