# EXHIBIT A

PREFERENCE ANALYSIS - J L CATTLE

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 120851 | 08/25/10 | 09/27/10 | 09/28/10 | $68,000.00 | $68,000.00 |
| | | | | $68,000.00 | $68,000.00 |