SO ORDERED: November 21, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY BETWEEN EASTERN LIVESTOCK CO., LLC AND HERITAGE FEEDERS, L.P.**

This matter is before the Court on the *Motion to Approve Compromise of Controversy Between Eastern Livestock Co., LLC and Heritage Feeders, L.P.* [Docket No. 1466] (the "Motion") filed by James A. Knauer, chapter 11 trustee ("Trustee") in the above-captioned case. The Court, having reviewed and considered the Motion and being otherwise duly advised in the premises, now Finds and Concludes and ORDERS:

1. The Motion is GRANTED in its entirety and the Trustee is authorized to take any and all actions to effect the settlement.

2. Notice of the Motion was sufficient and proper and no further notice is necessary.

2. The settlement was negotiated at arms' length and in good faith.

3. The settlement resolves all claims between Heritage and the Debtor's estate and is in the best interests of the Debtor's estate and its creditors and provides benefits to the estate and its creditors.

4. This Court retains jurisdiction to enforce the terms of the settlement agreement as set forth in the Motion.

###