EXHIBIT B

EASTERN LIVESTOCK
SUMMARY OF EXPENSES
TO OCTOBER 31, 2012

| | | |
|---|---|---:|
| AIRFARE | | 10,087.02 |
| LODGING | | 10,863.79 |
| MEALS | | 2,535.93 |
| RENTAL CAR | | 5,059.94 |
| PARKING, TOLLS, ETC. | | 1,994.40 |
| LONG DISTANCE PHONE | | 767.13 |
| PHOTOCOPIES | (6254 @.15) | 938.10 |
| POSTAGE | | 129.93 |
| HEALTH INS REINSTATEMENT FEE FOR EL EMPLOYEES | | 50.00 |
| UTILITY PAYMENTS FOR EASTERN LIVESTOCK | | 1,473.70 |
| CHANGE OF ADDRESS FEE FOR EL MOVE | | 1.00 |
| PARKING FOR FIRST MONTH FOR STAFF AT LOUISVILLE OFFICE | | 150.00 |
| BACKUP COMPUTER HARD DRIVE FOR EASTERN LIVESTOCK | | 218.02 |
| LEGAL EXPENSE RELATING TO SUBPEONA RECEIVED BY DSI | | 2,295.00 |
| OFFICE SUPPLY EXPENSES FOR RELOCATION (PRIMARILY BOXES) | | 1,836.10 |
| OVERNIGHT DELIVERY | | 2,386.97 |
| TOTAL | | 40,787.03 |

EASTERN LIVESTOCK
SUMMARY OF TRAVEL EXPENSES

| FROM | TO | NAME | DESTINATION LOCATION | ORIGINATING LOCATION | NIGHTS | AIRFARE/ TRAVEL | LODGING | MEALS | RENTAL CAR | PARKING, ETC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/11 | 09/01/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 570.18 | 316.18 | 143.33 | 282.55 | 54.75 | 1,366.99 |
| 08/30/11 | 09/02/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 425.40 | 527.01 | 67.21 | 286.26 | 84.00 | 1,389.88 |
| 09/06/11 | 09/09/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 289.18 | 316.20 | 149.15 | 283.05 | 54.75 | 1,092.33 |
| 09/06/11 | 09/09/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 425.40 | 527.01 | 21.16 | 312.95 | 86.00 | 1,372.52 |
| 09/12/11 | 09/15/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 3 | 346.18 | 332.85 | 177.62 | 293.49 | 63.75 | 1,213.89 |
| 09/12/11 | 09/16/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 739.48 | 70.61 | 308.32 | 116.10 | 1,659.91 |
| 09/19/11 | 09/23/11 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 296.18 | 443.80 | 237.45 | 306.99 | 61.50 | 1,345.92 |
| 09/19/11 | 09/23/11 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 785.48 | 79.37 | 308.32 | 100.80 | 1,699.37 |
| 09/26/12 | 09/30/12 | E. LYNCH | LOUISVILLE, KY | CLEVELAND, OH | 4 | 570.18 | 444.73 | 255.04 | 300.94 | 61.50 | 1,632.39 |
| 09/26/12 | 09/30/12 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 425.40 | 702.68 | 58.64 | 364.88 | 89.00 | 1,640.60 |
| 12/13/11 | 12/13/11 | P. O'MALLEY | CHICAGO, IL | CHICAGO, IL | | | | | | 2.00 | 2.00 |
| 02/07/12 | 02/08/12 | E. LYNCH | INDIANAPOLIS, IN | CLEVELAND, OH | 1 | 1,234.38 | 291.33 | 79.08 | | 83.25 | 1,688.04 |
| 02/07/12 | 02/08/12 | P. O'MALLEY | INDIANAPOLIS, IN | CHICAGO, IL | 1 | | 326.33 | 29.16 | | 212.30 | 567.79 |
| 03/12/12 | 03/14/12 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 431.60 | 683.43 | 167.22 | 290.22 | 86.00 | 1,658.47 |
| 05/23/12 | 05/23/12 | E. LYNCH | INDIANAPOLIS, IN | CLEVELAND, OH | | 718.38 | | | | 109.75 | 828.13 |
| 07/10/12 | 07/13/12 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 435.60 | 589.11 | 150.71 | 331.19 | 87.25 | 1,593.86 |
| 07/16/12 | 07/19/12 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 3 | 435.60 | 468.87 | 136.21 | 250.74 | 109.70 | 1,401.12 |
| 09/12/12 | 09/12/12 | E. LYNCH | INDIANAPOLIS, IN | CLEVELAND, OH | | 736.38 | | 1.89 | | 107.50 | 845.77 |
| 09/17/12 | 09/21/12 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 445.60 | 831.48 | 174.15 | 368.93 | 95.50 | 1,915.66 |
| 09/25/12 | 09/27/12 | E. LYNCH | CHICAGO, IL | CLEVELAND, OH | 2 | 559.38 | 719.36 | 131.87 | | 157.00 | 1,567.61 |
| 10/01/12 | 10/05/12 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 445.60 | 894.98 | 172.17 | 395.43 | 86.00 | 1,994.18 |
| 10/08/12 | 10/12/12 | A. OMORI | LOUISVILLE, KY | CHICAGO, IL | 4 | 445.60 | 923.48 | 233.89 | 375.68 | 86.00 | 2,064.65 |
| | | | | | | 10,087.02 | 10,863.79 | 2,535.93 | 5,059.94 | 1,994.40 | 30,541.08 |

EASTERN LIVESTOCK
SUMMARY OF OVERNIGHT/MESSENGER EXPENSES
TO 10/31/2012

| DATE | RECIPIENT | AMOUNT |
|---|---|---|
| 10/03/11 | J. FINCHUM | 46.03 |
| 10/03/11 | J. FINCHUM | 45.11 |
| 10/03/11 | J. FINCHUM | 68.05 |
| 10/03/11 | J. FINCHUM | 84.54 |
| 10/03/11 | J. FINCHUM | 69.23 |
| 10/11/11 | B. ROYALTY | 15.29 |
| 10/31/11 | B. ROYALTY | 42.94 |
| 11/15/11 | B. ROYALTY | 30.29 |
| 11/21/11 | D. DENEAL | 14.65 |
| 11/28/11 | B. ROYALTY | 52.73 |
| 12/02/11 | K. TONER | 14.65 |
| 12/06/11 | T. MORRIS | 17.43 |
| 12/12/11 | B. ROYALTY | 63.73 |
| 12/22/11 | J. FINCHUM | 28.04 |
| 12/23/11 | E. LYNCH | 20.57 |
| 12/27/11 | B. ROYALTY | 15.22 |
| 01/04/12 | E. LYNCH | 21.57 |
| 01/04/12 | S. GUHMAN O'NEILL | 15.24 |
| 01/04/12 | K. TONER | 19.62 |
| 01/09/12 | K. TONER | 15.24 |
| 01/09/12 | B. ROYALTY | 31.54 |
| 01/09/12 | P. O'MALLEY | 26.04 |
| 01/12/12 | B. ROYALTY | 18.18 |
| 01/13/12 | HUMANA | 33.29 |
| 01/13/12 | J. FINCHUM | 47.14 |
| 01/19/12 | J. FINCHUM | 29.20 |
| 01/20/12 | J. FINCHUM | 47.73 |
| 01/26/12 | B. ROYALTY | 29.20 |
| 01/26/12 | B. ROYALTY | 18.18 |
| 02/02/12 | B. ROYALTY | 29.20 |
| 02/10/12 | B. ROYALTY | 28.81 |
| 02/10/12 | P. GUTWEIN | 10.76 |
| 02/14/12 | H. SCHUYLER | 10.26 |
| 02/14/12 | A. OMORI | 10.76 |
| 02/17/12 | B. ROYALTY | 28.81 |
| 02/17/12 | J. KNAVER | 32.97 |
| 02/24/12 | B. ROYALTY | 28.81 |
| 03/01/12 | B. ROYALTY | 9.66 |
| 03/02/12 | B. ROYALTY | 28.81 |
| 03/21/12 | K. MITCHELL | 13.42 |
| 04/04/12 | B. ROYALTY | 51.02 |
| 04/10/12 | B. ROYALTY | 55.12 |
| 04/19/12 | B. ROYALTY | 55.12 |
| 04/24/12 | B. ROYALTY | 51.02 |
| 04/27/12 | B. ROYALTY | 18.34 |
| 04/27/12 | B. ROYALTY | 55.12 |
| 05/03/12 | B. ROYALTY | 55.12 |
| 05/10/12 | B. ROYALTY | 55.36 |
| 05/18/12 | B. ROYALTY | 55.36 |
| 05/31/12 | B. ROYALTY | 18.42 |
| 05/31/12 | B. ROYALTY | 64.18 |
| 06/08/12 | B. ROYALTY | 55.36 |
| 06/14/12 | B. ROYALTY | 18.42 |

EASTERN LIVESTOCK
SUMMARY OF OVERNIGHT/MESSENGER EXPENSES
TO 10/31/2012

| DATE | RECIPIENT | AMOUNT |
|---|---|---:|
| 06/14/12 | B. ROYALTY | 55.36 |
| 06/21/12 | B. ROYALTY | 55.36 |
| 06/28/12 | HUMANA | 33.44 |
| 06/29/12 | B. ROYALTY | 18.42 |
| 07/03/12 | B. ROYALTY | 80.42 |
| 07/20/12 | T. HALL | 15.11 |
| 07/27/12 | B. ROYALTY | 54.15 |
| 08/01/12 | B. ROYALTY | 15.92 |
| 08/09/12 | J. FINCHUM | 53.19 |
| 09/06/12 | J. FINCHUM | 65.17 |
| 09/10/12 | T. MORRIS | 15.84 |
| 09/11/12 | J. FINCHUM | 53.91 |
| 10/02/12 | B. ROYALTY | 24.89 |
| 10/15/12 | B. ROYALTY | 24.89 |
| | TOTAL | 2,386.97 |