# EXHIBIT A



FaegreBD.com

USA ▾ UK ▾ CHINA

**Terry E. Hall**
*Partner*
tehall@bakerd.com
Direct **+1 317 237 1230**

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

November 20, 2012

Re:    Provisional Ballots under the Plan in Eastern Livestock Co., LLC

You recently received a notice about the plan proposed by the Trustee for Eastern Livestock Co., LLC explaining that the Disclosure Statement had been approved and the Plan was being sent to creditors to allow them to vote to accept or reject the Plan.   Under the Plan, only creditors in Classes 1 and 4 may vote on the Plan.  Class 4 is the claims of general unsecured creditors.

According to the claims record in the bankruptcy case, when you filed your claim, you checked a box on the claim form that stated you held a secured claim or a priority unsecured claim.  The Trustee disagrees that your claim is either secured or entitled to priority status and will be filing an objection to your claim contesting its secured or priority status, though not necessarily the amount of the claim.

If the Trustee's objection is upheld by the Court, your claim may be reclassified as a Class 4 general unsecured claim.  So that you have an opportunity to vote on the Plan as a potential general unsecured creditor, the Trustee is sending you the enclosed provisional ballot to vote to accept or reject the Plan.  The Trustee is also enclosing a return envelope that you can use to return the filled-out ballot to counsel to the Trustee at:  Trustee for Eastern Livestock Co., LLC, c/o Faegre Baker Daniels, LLP, Attention:  Terry E. Hall, 300 North Meridian Street, Suite 2700, Indianapolis, IN  46204.  *Provisional Ballots should be postmarked no later than November 28, 2012*.

A copy of the Disclosure Statement and Plan is enclosed with this letter and the provisional ballot.  You should read the Disclosure Statement and Plan in their entirety before voting.

**Note – returning a provisional ballot will not affect any right you have to continue to assert that your claim is secured or that your claim is entitled to priority should the Trustee object to your claim.**

FAEGRE BAKER DANIELS LLP

*/s/ Terry E. Hall*

Terry E. Hall
Counsel to Trustee for Eastern Livestock Co., LLC

Claim Nbr(s):

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| Debtor. | ) | |

# PROVISIONAL BALLOT

## TO VOTE ON TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

(Your ballot should be postmarked by November 28, 2012)

Your provisional ballot to vote to accept or reject the Plan of Liquidation proposed by the Trustee, James A. Knauer, for the estate of Eastern Livestock Co., LLC is on the back of these instructions.

**If you want to vote on the Plan, you should fill out and mail or send overnight the original signed ballot in the envelope provided postmarked by <u>November 28, 2012.</u>**

You have received with this provisional ballot, a copy of the Disclosure Statement, Plan, and the order approving the Disclosure Statement. **You should read the Disclosure Statement and Plan in their entirety before voting. You may also want to seek legal advice before casting your vote. If the Plan is confirmed by the Court it will be binding on you whether or not you vote and return your ballot.**

The Court approved the Disclosure Statement on November 2, 2012. Court approval of the Disclosure Statement does not mean the Plan was approved by the Court, but it does authorize the Trustee to send ballots to creditors and solicit their votes to accept or reject the Plan.

**SEND YOUR COMPLETED BALLOT (Mail, Hand Delivery or Overnight Delivery) TO:**

**Trustee for the Estate of Eastern Livestock Co., LLC
c/o Faegre Baker Daniels LLP
Attn: Terry Hall
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204**

Claim Nbr(s)

# (Provisional)
# THIS IS YOUR BALLOT

# BE SURE AND SIGN YOUR BALLOT

There are four classes in the Plan (see below). Only creditors holding claims in Classes 1 and 4 are eligible to vote on the Plan. As the holder of an asserted claim in Class 2 or Class 3 you are voting a provisional ballot in Class 4 in the event your claim is reclassified as a Class 4 Claim.

| | |
|---|---|
| Class 1 | Allowed Secured Claim of Fifth Third |
| Class 2 | Allowed Other Secured Claims |
| Class 3 | Allowed Non-Tax Priority Claims |
| Class 4 | Allowed General Unsecured Claims |

**The undersigned, holder of a claim in the asserted amount of _____ VOTES to (check one)**

    [ ]    ACCEPT THE PLAN          [ ]    REJECT THE PLAN

Date _____

Print or type name of creditor: _____

Print or type name of person signing: _____

**Signature and Title (if corporation or partnership):**    x _____

Address, City, State: _____

RETURN THIS COMPLETED BALLOT TO:    **Trustee for the Estate of Eastern Livestock Co., LLC**
**c/o Faegre Baker Daniels LLP**
**Attn: Terry Hall**
**300 N. Meridian Street, Suite 2700**
**Indianapolis, Indiana 46204**

Ballot Form (Official Form 14) (ELC) - Class4_Provisional.doc