# EXHIBIT B

| First | Last | Company | Address | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | | 3B Farms | PO Box 6 | 709 N. Pratt Street | Yates Center | KS | 66783 |
| AB Livestock | | Givens Pursley LLP | PO Box 2720 | | Boise | ID | 83701-2720 |
| Gary | Bell | | PO Box 122 | | Edmonton | KY | 42129 |
| Johnny | Bell | | 108 N. Green Street | | Glasgow | KY | 42141-2806 |
| | | Bertram Cattle Hauling | PO Box 437 | | Vinita | OK | 74301-0437 |
| Roy | Blythe | | 210 R Blythe Road | | Summer Shade | KY | |
| | | Byron Lang Inc | PO Box 301 | | Jackson | MO | 63755-0301 |
| Charlie | Brown | | 4931 Old Burkesville Road | | Albany | KY | 42602 |
| Halee | Bunch | McCracken & Judd PLLC | PO Box 27 | | Bowling Green | KY | 42101 |
| Jay | Burford | | 108 Glenoaks Court | | McDonough | GA | 30223 |
| Veteran | Denver Capps | | 330 Frogue Road | | Burkesville | KY | |
| Bill | Chase | | 1157 Harry King Road | | Glasgow | KY | 42141-8051 |
| Chip | Miller | Chip Miller Trucking Inc. | PO Box 126 | | St. George | KS | 66535-0126 |
| Eddie | Claywell | | PO Box 27 | | Bowling Green | KY | 42102 |
| Jeremy | Coffey | | 6205 Greensburg Road | | Columba | KY | 42728 |
| William | Smith | Coffeeville Livestock Market, LLC | Bonterra Building, Suite 200 | 3620 Blackiston Boulevar | New Albany | IN | 47150 |
| Boyd | Copas | | 2195 E. Phillippi Church Road | | Tompkinsville | KY | 42167-9478 |
| | | Corcoran Trucking Inc. | 221 Lomond Lane | | Billings | MT | 59101-7350 |
| | | Dale Stull Trucking Inc. | PO Box 41 | | Nara Visa | NM | 88430-0041 |
| Deere & Company | | Lobring & Associates | 5977 West State Road 252 | | Edinburgh | IN | 46124 |
| | | Denwalt & Son Cattle Co. | 10004 Reno W | | El Reno | OK | 73036-9728 |
| Jennifer | Houston | East Tennessee Livestock Center | PO Box 326 | | Sweetwater | TN | 37874 |
| | | Edmonton Water Sewer & Gas | PO Box 880 | | Edmonton | KY | 42129-0880 |
| | | Five Star Livestock LLC | 10319 Highway 62 | | Charlestown | IN | 47111-8937 |
| Brad | Flood | | 910 West Main | | Cloverport | KY | 40111-1423 |
| | | Floyd County Treasurer | 311 Hauss Square | Room 113 | New Albany | IN | 47150 |
| FPR Financial | | Lobring & Associates | 5977 West State Road 252 | | Edinburgh | IN | 46124 |
| Kenneth | Froedge | | 207 Tuney Gerlands Road | | Edmonton | KY | 42129 |
| Sandy | Froedge | | 207 Tuney Gerlands Road | | Edmonton | KY | 42129 |
| Brilyn and Bailee | Barrett | | 4567 Randolph Goodluck Road | | Summer Shade | KY | 42166 |
| Delphia | Garrett | | 4567 Randolph Goodluck Road | | Summer Shade | KY | 42166 |
| Paul | George | | 70 Roberts Road | | Watertown | TN | 37184 |
| Butch | Gibson | | 2431 Breeding Road | | Edmonton | KY | 42129 |
| James Howard | Gibson | | 1990 Columbia Road | | Edmonton | KY | 42129 |
| Kerry | Gilley | | 511 Wisdom Road | | Edmonton | KY | 42129 |
| David | Gordon | | 1758 Old Temple Hill Road | | Tompkinsville | KY | 42167 |
| Monte James | Haiar | | 501 Randall Street | | Fairfax | SD | 57335 |
| | | High & High | 1150 Sulphur Lick Road | | Tompkinsville | KY | 42167 |
| Jimmie Dale | High | | 1150 Sulphur Lick Road | | Tompkinsville | KY | 42167 |
| Richard | Hope | | 3360 Mt. Moriah Road | | Summer Shade | KY | 42166 |
| Charlie | Jacobs | Ike's Trucking Inc. | PO Box 81 | | St. Paul | VA | 24283 |
| Jeffrey | Ramsey, Esq. | Intrust Bank | 111 Monument Circle, #452 | | Indianapolis | IN | 46204 |
| Carl | Jeffries | | 471 Roy Jeffries Road | | Edmonton | KY | 42129 |
| Kelly | Jeffries | | 471 Roy Jeffries Road | | Edmonton | KY | 42129 |
| | | Joe Kanthak Trucking | 48640 161st Street | | Revillo | SD | 57259 |
| | | Leon Bogard Trucking | 2003 North Spruce | | McAlester | OK | 74501 |
| Richard | Lyle | | 8627 New Glasgow Road | | Scottsville | KY | 42164 |
| | | Mac's Vet Supply LLC | 601 Front Street | | Monett | MO | 65708-2151 |
| Jimmy | Manion | | 107 Indie Circle | | Glasgow | KY | 42141 |
| Phillip E. | Martin | | 6853 Fairview Road | | Cookeville | TN | 38501 |
| Richie | Melson | | 2628 Melson Ridge Road | | Columbia | KY | 42728 |

| First | Last | Company | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | | McPhail Land & Cattle | 15888 N 2235 Road | | Mt. Park | OK | 73559 |
| | | MidState Waste | 202 American Avenue | PO Box 2068 | Glasgow | KY | 42142 |
| Ferrell | Moore | | 691 S. Farm Rd 35 | | Bois D Arc | MO | 65612 |
| Gabriel | Moreno | McWhorter Cobb & Johnson | PO Box 2547 | | Lubbock | TN | 79408 |
| Billy | Neat | | 705 B Neat Road | | Columbia | KY | 42728 |
| Jefferey | Nelson | Nelson Trucking Inc. | 2547 Cold Spring Road | | Mountain City | TN | 37683-8026 |
| Ronald D. | Neufeld | | 5590 NE 157th Terrace | | Williston | FL | 32696 |
| Bobby | Newman | | PO Box 1002 | | Bixby | OK | 74008 |
| | | Northwest Alabama Livestock Auct | PO Box 459 | | Russellville | AL | 35653 |
| Paul and Amos | Knopf | c/o David Potter | 901 N. Stateline Avenue | | Texarkana | TX | 75501 |
| Matthew | Ochs, Esq. | Peoples Bank of Coldwater Kansas | 1400 16th Street, 6th Floor | | Denver | CO | 80202 |
| Rachael | Phelps | | 3133 Lawson Bottom Road | | Burkesville | KY | 42717 |
| Ron | Herndon | Pontotoc Stockyard | PO Box 1026 | | Pontotoc | MS | 38863 |
| JC | Powell | | PO Box 1389 | | Landale | TX | 75771 |
| David | Read | | 583 Love Knob Road | | Glasgow | KY | 42141 |
| Phillip Taylor | Reed | | 21 Reed Road | | Foraker | OK | 74652 |
| Ron | Reed | | PO Box 695 | | Pawhuska | OK | 74056 |
| | | Richard Rivers Trucking | 11510 Tanner Williams Road | | Lucedale | MS | 39452 |
| Randy | Richey | | 111 York Road | | Scottsville | KY | 42164 |
| Richy | Robbins | Robbins Trucking | 250 Neals Creek Road | | Stanford | KY | 40484 |
| Russell | DeCordova | Decordova Cattle Company | 3232 McKinney Avenue | Suite 1400 | Dallas | TX | 75204 |
| | | Sandy Glass Trucking | 90 Circle Road | | Glasgow | KY | 42141 |
| Tony | Setzer | Farm Credit of Western OK | Route 1, Box 39 | | Colony | OK | 73021 |
| Bobby | Sawyers | | 616 Willis Creek Road | | Albany | KY | 42602 |
| Tommy | Slinker | | 1967 Columbia Road | | Edmonton | KY | 42129 |
| | | Steve Graves Trucking LLC | 625 Ferguson Road | | Wheatland | WY | 82201-9010 |
| Arthur | Sturdivant | | 740 Coles Bend Road | | Smiths Grove | KY | 42171 |
| | | Susan Ramey Livestock | 5664 Elizaville Road | | Ewing | KY | 41039 |
| | | TR Smith Livestock | 921 West Choctaw Street | | Lindsay | OK | 73052 |
| | | Tennessee Livestock Producers Inc | PO Box 313 | | Columbia | TN | 38402 |
| Gary | Thompson | | PO Box 113 | | Pitkin | LA | 70656 |
| David | Domina | Torrington Livestock Cattle Compa | 2425 S. 144th Street | | Omaha | NE | 68144 |
| Roy | Wiggins | Turner County Stockyards Inc. | 1315 US Highway 41 South | | Ashburn | GA | 31714 |
| | | United Producers | 8351 N. High Street, #250 | | Columbus | OH | 43235 |
| | | Vermillion Ranch Corporation | 2443 N. Frontage Road | | Billings | MT | 59101 |
| Madison | Welch | | 4030 N 900 E | | Lafayette | IN | 47905 |
| Ephriam | Wilson | | 5614 County House Road | | Tompkinsville | KY | 42167 |
| Chad | Withrow | | 2100 Bishop Road | | Glasgow | KY | 42141 |
| Fred | Young | | 1017 James Howard Young Road | | Edmonton | KY | 42129 |