# EXHIBIT A

# HOOVER HULL LLP

### Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:    317-822-0234 | Indianapolis, IN  46244-0989 | Terms:  Due Upon Receipt |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice Date** | **11/01/11** | | **Invoice No.** | | **34252** |
| **Billed through** | **10/31/11** | | **File No.**  **JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:   SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | |
|---|---|---|---|---|---|
| 10/10/11 | STW | Call and e-mail from Mr. Knauer, Trustee, re: investigation of Fifth Third Bank and Rule 2004 request for production of documents. (.3).   Review notes, memoranda, and proof of claim re: documents to request in subpoena. (1.3). | | | |
| | | | 1.60  hrs. | 310.00 /hr | 496.00 |
| 10/11/11 | STW | Draft subpoena to Fifth Third Bank and accompanying request for production of documents. | | | |
| | | | 1.50  hrs. | 310.00 /hr | 465.00 |
| 10/12/11 | STW | Call Mr. Knauer, Trustee, re: subpoena to Fifth Third Bank. (.2)  Call Mr. LaTour, counsel for Fifth Third, re: same and whether he will accept service. (.1).   Review and revise subpoena to Fifth Third Bank. (.3).   Draft e-mail to Mr. Knauer re: subpoena. (.1). | | | |
| | | | 0.70  hrs. | 310.00 /hr | 217.00 |
| 10/13/11 | STW | Calls to/from Mr. LaTour, counsel for Fifth Third re: subpoena. | | | |
| | | | 0.10  hrs. | 310.00 /hr | 31.00 |
| 10/14/11 | STW | Calls to/from Mr. LaTour and Mr. Britt, counsel for Fifth Third Bank, re: subpoena (.3).   Call from Mr. Knauer, Trustee, re: same. (.2)   Review and revise subpoena. (.2).   Draft letter to Mr. Britt re: subpoena. (.2). | | | |
| | | | 0.90  hrs. | 310.00 /hr | 279.00 |
| 10/18/11 | STW | Call Mr. Britt, counsel for Fifth Third Bank, re: acceptance of subpoena | | | |
| | | | 0.10  hrs. | 310.00 /hr | 31.00 |
| 10/21/11 | STW | E-mail from Mr. Britt, counsel for Fifth Third re: subpoena and call Mr. Britt re: same. | | | |
| | | | 0.20  hrs. | 310.00 /hr | 62.00 |
| 10/24/11 | STW | Call from Mr. Britt, counsel for Fifth Third, re: subpoena | | | |
| | | | 0.20  hrs. | 310.00 /hr | 62.00 |
| 10/25/11 | STW | Research re: request for SARS and whether Fifth Third may disclose to Trustee. (1.0).   Call Mr. Knauer re: same. (.2)   Call Mr. Britt, counsel for Fifth Third, re: same. (.2)   Review and revise subpoena. (.1). | | | |
| | | | 1.50  hrs. | 310.00 /hr | 465.00 |
| 10/27/11 | STW | Call from Mr. Britt, counsel for Fifth Third, re: issues relating to subpoena and response to same. (.2)   Review joint motion and first stipulation regarding discovery protocols. (.3). | | | |
| | | | 0.50  hrs. | 310.00 /hr | 155.00 |
| | | | | **Total Fees** | **$2,263.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 10/31/11 | Photocopy Charges | 15.80 |
| 10/31/11 | Postage | 0.84 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**Page**

**File No.    08728   00001**

**Invoice No.   34252**

**2**

Total Disbursements & Facility Charges     $16.64

Current Charges     $2,279.64

**PLEASE PAY THIS AMOUNT. . . . . . . . . . . .**     $2,279.64

TIMEKEEPER SUMMARY

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 7.30 | 310.00 | $2,263.00 |
|  |  | 7.30 |  | $2,263.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:    317-822-0234 | Indianapolis, IN  46244-0989 | Terms:  Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | **12/01/11** | **Invoice No.** | | **34396** |
| **Billed through** | **11/30/11** | **File No.    JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | | | Amount |
|---|---|---|---|---|---|
| 11/01/11 | STW | Review correspondence from Mr. Britt, counsel for Fifth Third re: objections to subpoena. | | | |
| | | | 0.20  hrs. | 310.00 /hr | 62.00 |
| 11/04/11 | JDH | Review facts and law on potential 5th/3rd claims that Trustee can bring; review Madoff cases for preclusions; work with S. White on plan/actions to prepare for Trustee's meeting with creditors. | | | |
| | | | 2.90  hrs. | 390.00 /hr | 1,131.00 |
| 11/04/11 | STW | Draft notice of discovery request. | | | |
| | | | 0.20  hrs. | 310.00 /hr | 62.00 |
| 11/07/11 | STW | Call from Mr. Donnellon, counsel for First Bank, re: subpoena. (.2) Receive notice of submission of discovery request from Messrs. Rogers and Ames, counsel for Superior. (.2) Research potential claims to supplement memorandum to Mr. Knauer. (1.9) | | | |
| | | | 2.30  hrs. | 310.00 /hr | 713.00 |
| 11/08/11 | STW | Draft letter to Mr. Donnellon, counsel for First Bank, enclosing subpoena. | | | |
| | | | 0.10  hrs. | 310.00 /hr | 31.00 |
| 11/09/11 | STW | Receive and review e-mail from Mr. Carr, counsel for Trustee, re: conference call re: status of claim. (.2)   Call Mr. Knauer, Trustee, re: same. (.2).   Call Mr. Britt, counsel for Fifth Third, re: response to subpoena. (.3).   Research potential claims and defenses to supplement memorandum to Trustee. (4.2) | | | |
| | | | 4.90  hrs. | 310.00 /hr | 1,519.00 |
| 11/10/11 | STW | Review documentation from Ms. Lynch, financial consultant, Fifth Third's application of cash following placement of hold on account and analyze whether Fifth Third's security interest extends to overdraft.   Supplement memorandum to Trustee re: potential claims and defenses to Fifth Third. | | | |
| | | | 2.90  hrs. | 310.00 /hr | 899.00 |
| 11/11/11 | JDH | Continue review of available information and documents regarding potential cause of action by Trustee against 5th/3rd; review doctrines that preclude an action by Trustee against 5th/3rd - the likelihood of such a case avoiding dismissal/summary judgment. | | | |
| | | | 2.50  hrs. | 390.00 /hr | 975.00 |
| 11/11/11 | STW | E-mail from and call Mr Britt, counsel for Fifth Third re: response to subpoena. (.3)  E-mail Mr. Knauer, Trustee, re: same. (.2) Call and e-mail Ms. Schulyer, paralegal,  re: notice for fee application. (.2).   Review and revise fee application and proposed order. (NC) | | | |
| | | | 0.70  hrs. | 310.00 /hr | 217.00 |
| 11/14/11 | JDH | Prepare for and attend telephone conference regarding questions about claims against 5th/third that may/could be brought by the Trustee.   Conference call with J. Carr, J. Knauer, et al. | | | |
| | | | 1.90  hrs. | 390.00 /hr | 741.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**File No.    08728    00001**                       **Invoice No.    34396**                       **Page**

| | | |
|---|---|---|
| 11/14/11 | STW | Prepare for and conference call with Mr. Carr, Ms. Hall, Mr. Toner, Mr. Knauer and Ms. Lynch re: status of investigation and proposed meeting with creditors. (2.0).   Receive and review correspondence from Mr. Britt, counsel for Fifth Third, enclosing disk containing documents responsive to subpoena and draft letter to Mr. Knauer enclosing same. (.2).   Calls to/from Ms. Lynch, DSI, re: analysis of Fifth Third accounts. (.3).   Analyze documents received from Ms. Lynch re: bank activity and kiting. (1.1).   Receive motion to approve an informal ad hoc committee. (.2)   Revise memorandum to Mr. Knauer, Trustee, re: claims against Fifth Third and issues related thereto and e-mail same to Mr. Knauer. (.9).   Review e-mail from Ms. Delcotto, counsel for creditor, re: bank activity following Fifth Third's hold on the account. (.2).   Receive and review agenda for meeting with creditors. (.2). |

                                      5.10  hrs.          310.00  /hr                **1,581.00**

| | | |
|---|---|---|
| 11/15/11 | STW | Receive appearance of Mr. Britt, counsel for Fifth Third. (.1)   Analyze docs from Ms. Lynch . (.7).   Call Ms. Lynch re: kiting scheme. (.9).   Begin to review documents produced by Fifth Third. (1.9).   Receive and review email from Ms. Herendeen re: discovery protocols and training. (.3) |

    3.90  hrs.          310.00  /hr                **1,209.00**

| | | |
|---|---|---|
| 11/16/11 | STW | E-mails to/from Ms. Arbuckle, counsel for Blue Grass et al, re: discovery protocols and subpoena to Fifth Third. (.2)   Call Mr. Donnellon, counsel for First Bank, re: claims against Fifth Third (.4).   Call Ms. Delcotto, counsel for Bluegrass Stockyards et al, re: same. (.1).   Calls to/from Mr. Newbern, counsel for Arcadia Stockyard et al, re: same. (.2)   Call Messrs. Levin and Rogers, local counsel for Superior, re: same. (.4).   Call Mr. Britt, counsel for Fifth Third, re: response to subpoena. (.1).   Call Ms. Lynch re: communications with Fifth Third. (.1).   Review deposition of Mr. Spurlock (1.7).   Review complaints against Fifth Third. (1.0) |

    4.20  hrs.          310.00  /hr                **1,302.00**

| | | |
|---|---|---|
| 11/17/11 | STW | Review and summarize deposition of Mr. Spurlock, investigator for Fifth Third. (2.3)   Review documents and e-mails produced by Fifth Third. (4.5) |

    6.80  hrs.          310.00  /hr                **2,108.00**

| | | |
|---|---|---|
| 11/18/11 | STW | Call from Mr. Britt, counsel for Fifth Third, re: response to subpoena. (.3).   Receive and review correspondence from Mr. Britt, enclosing disk containing field exam reports and e-mail from Britt re: password. (.2)   Review and summarize deposition of Mr. Spurlock, Fifth Third. (.7)   Review complaints filed against Fifth Third. (1.2).   Review documents and e-mails produced by Fifth Third. (2.7).   Prepare for conference call re: status of Fifth Third investigation. (1.4)   E-mail from Mr. Carr, counsel for Trustee, re: conference call. (.1) |

    6.60  hrs.          310.00  /hr                **2,046.00**

| | | |
|---|---|---|
| 11/19/11 | JDH | Review documents, memos and cases to consider cause of action by Trustee against 5th/3rd and evaluate defenses to that claim. |

    1.70  hrs.          390.00  /hr                **663.00**

| | | |
|---|---|---|
| 11/21/11 | JDH | Attend telephone conference with Baker & Daniels, Jim Knauer, etc., regarding practice run for tomorrow's meeting with various creditors of Eastern Livestock; debrief with S. White and prepare thoughts for tomorrow's meeting. |

    2.40  hrs.          390.00  /hr                **936.00**

| | | |
|---|---|---|
| 11/21/11 | STW | Call Mr. Britt, counsel for Fifth Third, re: documents in load file for Summation. (.2).   Review documents produced by Fifth Third Bank (3.1)   Review agendas for call with creditors. (.2) |

    3.50  hrs.          310.00  /hr                **1,085.00**

| | | |
|---|---|---|
| 11/21/11 | STW | Prepare for and conference call with Messrs. Carr, Knauer, Hall, Toner and Lynch re: claims. |

    4.20  hrs.          310.00  /hr                **1,302.00**

| | | |
|---|---|---|
| 11/22/11 | JDH | Attend status conference at Baker & Daniels; analysis of information to review in reaching decisions about cause of action against 5th/3rd. |

    2.90  hrs.          390.00  /hr                **1,131.00**

| | | |
|---|---|---|
| 11/22/11 | STW | Prepare for and attend meeting with counsel for creditors re: status of claims against Fifth Third. (5.6).   Call Mr. Britt, counsel for Fifth Third, re: load file for field exam reports and response to subpoena. (.2)   Call Mr. Knauer, Trustee, re: Fifth Third's notice of hold on accounts. (.2).   Call Ms. Lynch re: same. (.2)   Call Mr. Knauer, Trustee, re: meeting with creditors. (.2). |

    6.40  hrs.          310.00  /hr                **1,984.00**

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**3**

| File No. | 08728 | 00001 | **Invoice No.   34396** | Page |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 11/23/11 | STW | Review briefing on constructive trust re: Fifth Third's knowledge of ELC and actions with respect thereto. | |
| | | 1.40  hrs.                    310.00 /hr | 434.00 |
| 11/23/11 | STW | Receive and review objection to interim fee application.    Call Mr. Knauer and Mr. Carr re: same. | |
| | | 1.30  hrs.                    310.00 /hr | 403.00 |
| 11/23/11 | STW | Review documents produced by Fifth Third | |
| | | 2.40  hrs.                    310.00 /hr | 744.00 |
| 11/27/11 | STW | Draft response to Superior's objection to fee application. | |
| | | 3.10  hrs.                    310.00 /hr | 961.00 |
| 11/28/11 | JDH | Review Superior's Objections to our fees; review/revise Response to Objections; discuss the issues necessary to determine equitable subordination. | |
| | | 1.20  hrs.                    390.00 /hr | 468.00 |
| 11/28/11 | STW | Draft response to Superior's objection to HH's interim application for fees. | |
| | | 3.60  hrs.                    310.00 /hr | 1,116.00 |
| 11/28/11 | STW | Review documents from Fifth Third. | |
| | | 1.40  hrs.                    310.00 /hr | 0.00 |
| 11/29/11 | JDH | Consider deposition(s) necessary to ascertain any actionable conduct by the bank: issues to cover and how they fit theories of action against 5th/3rd. | |
| | | 1.00  hrs.                    390.00 /hr | 390.00 |
| 11/29/11 | STW | Receive and review e-mail and correspondence from Mr. Britt, counsel for Fifth Third, enclosing CD containing additional documents. (.2)   Research issues relating to objection. (.7)   E-mail draft of response to Objection on fees to Mr. Knauer, Trustee. (.1).   Review cases on equitable subordination. (1.2)   Review documents from Fifth Third. (1.4) | |
| | | 3.60  hrs.                    310.00 /hr | 1,116.00 |
| 11/30/11 | STW | Analyze documents from Fifth Third. | |
| | | 1.30  hrs.                    310.00 /hr | 403.00 |

| | | **Total Fees** | **$27,732.00** |
|---|---|---|---|

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 11/30/11 | Photocopy Charges | 123.80 |
| 11/30/11 | On-Line Research | 5.38 |

| | **Total Disbursements & Facility Charges** | **$129.18** |
|---|---|---|

| **Current Charges** | **$27,861.18** |
|---|---|

| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . . .** | **$27,861.18** |
|---|---|

<u>TIMEKEEPER SUMMARY</u>

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 16.50 | 390.00 | $6,435.00 |
| WHITE, SEAN T. | NE PARTNER | 70.10 | 310.00 | $21,297.00 |
| | | 86.60 | | $27,732.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

Phone: 317-822-4400
Fax:     317-822-0234

111 Monument Circle . Suite 4400 . P.O. Box 44989
Indianapolis, IN  46244-0989

FEIN 35-2138424
Terms:  Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | **01/03/12** | **Invoice No.** | **34699** |
| **Billed through** | **12/31/11** | **File No.    JDH    08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:   SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/11 | STW | E-mails to/from   Mr. Toner re: omnibus hearing. | 0.10  hrs. | 310.00  /hr | 31.00 |
| 12/02/11 | STW | Call Mr. Britt, counsel for Fifth Third, re: response to subpoena. (.2).   E-mail Mr. Toner re: objection to fee application. (.1).  Begin to research same. (.2). | 0.50  hrs. | 310.00  /hr | 155.00 |
| 12/05/11 | STW | E-mail from Mr. Knauer, Trustee, re: objection to fee application. (.1).   E-mails to/from Mr. Britt, counsel for Fifth Third re: uploading Fifth Third's documents to Trustee's data room. (.2).  E-mail from Mr. Toner, counsel for Trustee, re: response to objection. (.1). | 0.40  hrs. | 310.00  /hr | 124.00 |
| 12/06/11 | JDH | Review Superior's Objection to professional fees; work with S. White regarding our response. | 0.80  hrs. | 390.00  /hr | 312.00 |
| 12/06/11 | STW | E-mail Mr. Knauer, Trustee, re: hearing on objection to fee application.   Call Mr. Toner, counsel for Trustee, re: same.   Review documents from Fifth Third, including field audit reports. | 0.50  hrs. | 310.00  /hr | 155.00 |
| 12/07/11 | STW | E-mail from Mr. Knauer, Trustee, re: hearing on fee application.   Calls to/from Mr. Toner, counsel for Trustee, re: same. (.2).   Review field audit reports. (.6). | 0.80  hrs. | 310.00  /hr | 248.00 |
| 12/08/11 | JDH | Review of objections to Trustee's fees and ours, and response to the same; review argument/issues with S. White for hearing upcoming on fees; confer with S. White regarding comments from Trustee Knauer and J. Carr. | 1.30  hrs. | 390.00  /hr | 507.00 |
| 12/09/11 | STW | Review and analyze documents from Fifth Third Bank. | 3.10  hrs. | 310.00  /hr | 961.00 |
| 12/09/11 | STW | Review objections to interim fee applications. | 0.90  hrs. | 310.00  /hr | 279.00 |
| 12/12/11 | JDH | Prepare for and attend meeting regarding objections to Trustee's fees and Trustee's counsel's fees; discuss our presentation issues with S. White, and work on our strategy for our presentation; review Brief in Opposition to various objections to fees. | 2.80  hrs. | 390.00  /hr | 1,092.00 |
| 12/12/11 | STW | Meet with Mr. Toner, counsel for Trustee, re: hearing on fee application and omnibus hearing. (1.7)  Call Mr. Knauer, Trustee, re: meeting before hearing. (.1).   E-mail from Ms. Hall, | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728 | 00001 | Invoice No.   34699 | Page |
|----------|-------|-------|---------------------|------|

| | | counsel for Trustee, re: meeting before omnibus hearing and e-mail from Mr. Donnellon, counsel for First Bank & Trust, re: same. (.1). | | |
|---|---|---|---|---|
| | | | 1.90  hrs.            310.00 /hr | 589.00 |
| 12/12/11 | STW | Review and revise response to objections to fee application. (2.4).   Call Mr. Toner, counsel for Trustee, re: same. (.1)   E-mail same to Mr. Toner for his review and comment. (.1). | | |
| | | | 2.60  hrs.            310.00 /hr | 806.00 |
| 12/13/11 | JDH | Review Equitable Subordination cases, and consider discovery to pursue. | | |
| | | | 1.70  hrs.            390.00 /hr | 663.00 |
| 12/13/11 | STW | Receive and review Fifth Third's response to subpoena from Mr. Britt, counsel for Fifth Third. (.3) Calls to/from Mr. Britt re: same. (.3)   Analyze issues relating to potential claims against Fifth Third. (.9). | | |
| | | | 1.50  hrs.            310.00 /hr | 465.00 |
| 12/13/11 | STW | Prepare for hearing on fee application including review of Purchase Money Claims Report and Trustee's reply to Fifth Third Bank's Counterclaim, Limited Objection to Motion to Approve Sale Agreement and Compromise of Claims Concerning Cattlemen's Feedlot and Objector's authority in support of Objections. | | |
| | | | 2.90  hrs.            310.00 /hr | 899.00 |
| 12/14/11 | JDH | Consider discovery to prove up equitable subordination; and re-review equitable subordination requisites. | | |
| | | | 1.40  hrs.            390.00 /hr | 546.00 |
| 12/14/11 | STW | Travel to and attend hearing in New Albany | | |
| | | | 10.10  hrs.           310.00 /hr | 3,131.00 |
| 12/14/11 | STW | Prepare for hearing | | |
| | | | 1.40  hrs.            310.00 /hr | 434.00 |
| 12/14/11 | STW | Calls to/from Ms. Lynch, DSI, re: Fifth Third. (.8).   Attention to issues relating to claim of equitable subordination. (.3). | | |
| | | | 1.10  hrs.            310.00 /hr | 341.00 |
| 12/15/11 | STW | Receive and review minute entry/order from Bankruptcy Court on hearings. | | |
| | | | 0.20  hrs.            310.00 /hr | 62.00 |
| 12/15/11 | STW | E-mail from Mr. Hine, counsel for Fifth Third, re: password to encrypted disk. (.1).   Review documents from Fifth Third. (.5).   Call Mr. Knauer re: same. (.2).   Draft order on fee application. (.2). | | |
| | | | 1.00  hrs.            310.00 /hr | 310.00 |
| 12/16/11 | STW | E-mail from Mr. DeNeal re: proposed order on fee application. (.1).   Draft letter to Ms. Mappes, counsel for Trustee, re: documents to be uploaded to Trustee's data room. (.2). Review documents from Fifth Third. (2.6).   E-mails to/from Ms. Mappes, counsel for Trustee, re: subpoena. (.1).   Call Mr. Britt, counsel for Fifth Third, re: response to subpoena. (.1). E-mails to/from Mr. Donnellon, counsel for First Bank & Trust, re: discovery and documents responsive to subpoena. (.3). E-mail from Mr. Toner, counsel for Trustee, re: Trustee's data room. (.1). | | |
| | | | 3.50  hrs.            310.00 /hr | 1,085.00 |
| 12/17/11 | STW | Review documents from Fifth Third. | | |
| | | | 3.00  hrs.            310.00 /hr | 930.00 |
| 12/18/11 | STW | Review documents from Fifth Third. | | |
| | | | 2.40  hrs.            310.00 /hr | 744.00 |
| 12/19/11 | STW | Draft list of potential witnesses to be deposed. (.8).   Review and analyze documents. (3.5). Calls and e-mails to/from Mr. Donnellon, counsel for First Bank & Trust, L. Delcotto, and John Rogers re: discovery. (.3).   Call Mr. Britt, counsel for Fifth Third, re: response to subpoena and depositions. (.3). | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**3**

| File No. | 08728 | 00001 | Invoice No.  34699 | | Page |
|---|---|---|---|---|---|

| | | | | 4.90  hrs. | 310.00  /hr | 1,519.00 |
|---|---|---|---|---|---|---|
| 12/19/11 | STW | | Receive orders on application for compensation and other issues. (.1)   Conference call with Mr. Knauer and Mr. Toner re: discovery. (.2). | | | |
| | | | | 0.30  hrs. | 310.00  /hr | 93.00 |
| 12/20/11 | STW | | Call with Mr. Knauer, Trustee, re: Fifth Third. (1.0).   Conference call with J. Knauer, Trustee, and D. Donellon, counsel for First Bank & Trust, J. Rogers, Superior, and L. Delcotto, counsel for Bluegrass et al. (1.3). Research whether Trustee can utilize Section 553(b) to setoff against Bank's claim. (1.4).   Research equitable subordination and insolvency. (1.3). Review Mr. O'Malley's exhibits relating to Debtor's insolvency in 2008 (.9) | | | |
| | | | | 5.90  hrs. | 310.00  /hr | 1,829.00 |
| 12/21/11 | STW | | Review documents from Fifth Third. (1.6).   Receive and review correspondence from Mr. Donnellon, counsel for First Bank & Trust, re: discovery issues. (.2). | | | |
| | | | | 1.80  hrs. | 310.00  /hr | 558.00 |
| 12/22/11 | STW | | E-mails to/from Mr. Knauer, Trustee, re: correspondence from Mr. Donnellon, counsel for First Bank & Trust.   Draft subpoena to Wells Fargo. | | | |
| | | | | 1.10  hrs. | 310.00  /hr | 341.00 |
| 12/23/11 | STW | | Call from Mr. Toner, counsel for Trustee, re: EL's computers and ESI. (.2). E-mail from Liz Lynch re: Fifth Third. (.2). | | | |
| | | | | 0.40  hrs. | 310.00  /hr | 124.00 |
| 12/26/11 | STW | | Attention to status of investigation. | | | |
| | | | | 0.40  hrs. | 310.00  /hr | 124.00 |
| 12/27/11 | STW | | Draft subpoena to Wells Fargo. (.7) Draft letter to Mr. Knauer, Trustee, enclosing Fifth Third's response to subpoena duces tecum. (.1).   Review and analyze documents from Fifth Third. (2.7). | | | |
| | | | | 3.50  hrs. | 310.00  /hr | 1,085.00 |
| 12/28/11 | JDH | | Review subpoena and exhibit for 2004 exam; consider areas of inquiry; review key items on Fifth Third's response to subpoena for production of documents. | | | |
| | | | | 1.70  hrs. | 390.00  /hr | 663.00 |
| 12/28/11 | STW | | E-mail from Mr. Donnellon, counsel for First Bank, re: Fifth Third's production of documents. (.1). Analyze potential claims against Fifth Third. (.7). | | | |
| | | | | 0.80  hrs. | 310.00  /hr | 248.00 |
| 12/29/11 | STW | | Call from Mr. Johns, operator of Trustee's data room, re: Fifth Third disks. (.2 )   Attention to issues relating to same. (.2).   Draft notice of discovery request and affidavit of service. (.2). Draft letter to Mr. Donnellon, counsel for First Bank, in response to letter and e-mail. (.3). Call Mr. Donnellon re: same. (.1)   Draft letter to Mr. Britt, counsel for Fifth Third, re: borrowing base certificates and bank statements. (.3).   Call Mr. Britt re: same. (.1).   Review documents from Fifth Third. (2.7) | | | |
| | | | | 4.10  hrs. | 310.00  /hr | 1,271.00 |
| 12/30/11 | STW | | Call Mr. Donnellon, counsel for First Bank, re: Fifth Third production and deposition of Mr. O'Malley. (.2)   E-mails to/from Ms. Mappes, counsel for Trustee, re: inspection of Eastern Livestock's e-mail and storage facility. (.2).   Research issues relating to equitable subordination and section 553(b).   (1.7) | | | |
| | | | | 2.10  hrs. | 310.00  /hr | 651.00 |

|  |  | **Total Fees** | **$23,375.00** |
|---|---|---|---|

**DISBURSEMENTS & FACILITY CHARGES**

| 12/20/11 | SEAN T. WHITE; Out of Town Travel TO/FROM NEW ALBANY, IN ON 12/14/11 FOR HEARING | 141.60 |
|---|---|---|
| 12/31/11 | Photocopy Charges | 457.20 |
| 12/31/11 | On-Line Research | 15.44 |
| | **Total Disbursements & Facility Charges** | **$614.24** |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**File No.    08728  00001**                **Invoice No.   34699**                **Page**   **4**

| | | |
|---|---|---|
| | **Current Charges** | $23,989.24 |
| | Net | |
| | **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | $23,989.24 |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 9.70 | 390.00 | $3,783.00 |
| WHITE, SEAN T. | NE PARTNER | 63.20 | 310.00 | $19,592.00 |
| | | 72.90 | | $23,375.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

**Attorneys at Law**

Phone: 317-822-4400
Fax:     317-822-0234

111 Monument Circle . Suite 4400 . P.O. Box 44989
Indianapolis, IN  46244-0989

FEIN 35-2138424
Terms: Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | 02/01/12 | **Invoice No.** | **34801** |
| **Billed through** | 01/31/12 | **File No.   JDH     08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

RE:   **SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/12 | STW | E-mails to/from Ms. Schuyler, paralegal for Trustee, re: discovery. (.2)   Review documents from Fifth Third. (3.8)   Receive and review Notice of Withdrawal of Motion for Authority to Form Ad Hoc Committee. (.1).   Receive correspondence from Mr. Britt, counsel for Fifth Third, re: borrowing base certificates and bank statements. (.1) | 4.20 hrs. | 310.00 /hr | 1,302.00 |
| 01/03/12 | STW | E-mail from Ms. Delcotto, counsel for Bluegrass, re: discovery and depositions (.1)   Receive and review Motion to Withdraw Motion for Authority. (.1).   Receive application to employ Mr. Kunkel as mediator. (.1). | 0.30 hrs. | 310.00 /hr | 93.00 |
| 01/04/12 | JDH | Discuss issues regarding equitable subordination. | 0.50 hrs. | 390.00 /hr | 195.00 |
| 01/04/12 | STW | Draft subpoena to Fifth Third re: borrowing base certificates and bank statements.   Call Mr. Knauer, Trustee, re: discovery plan. (1.4).   Research check kiting. (.3).   Research SEC investigation of Fifth Third. (.5).   Review and analyze Fifth Third documents. (3.5). | 5.70 hrs. | 310.00 /hr | 1,767.00 |
| 01/04/12 | STW | Receive motion for expedited/emergency hearing. (.1)   E-mail from Mr. Donnellon, counsel for First Bank & Trust, re: deposition of Mr. O'Malley and   documents from Fifth Third. (.1)   Call Mr. Knauer re: same. (.3). | 0.50 hrs. | 310.00 /hr | 155.00 |
| 01/05/12 | JDH | Review discovery schedule and discovery issues with S. White. | 0.50 hrs. | 390.00 /hr | 195.00 |
| 01/05/12 | STW | Receive order on emergency hearing on application to employ Mr. Kunkel as mediator and Notice of Law Firm name change. | 0.10 hrs. | 310.00 /hr | 31.00 |
| 01/05/12 | STW | E-mails to/from Ms. Mappes, counsel for Trustee, re: inspection of computers and records at storage facility.(.2).   Calls to/from Mr. Knauer, Trustee, re: discovery. (.5).   Call from Mr. Wegner, counsel for Wells Fargo, re: subpoena. (.2).   E-mails to/from Ms. Delcotto, counsel for Bluegrass, re: discovery. (.2)   Analyze documents from Fifth Third. (2.8).   Draft letter to Mr. Britt, counsel for Fifth Third, re: response to subpoena. (.4).   Draft letter to Mr. Britt, counsel for Fifth Third, re: depositions. (.3). | 4.60 hrs. | 310.00 /hr | 1,426.00 |
| 01/06/12 | JDH | Discuss upcoming deposition with S. White:   information we need to inquire about to establish a preference against Fifth Third or an equitable estoppel. | 0.50 hrs. | 390.00 /hr | 195.00 |
| 01/06/12 | STW | Travel to New Albany and Louisville, KY to inspect computers at Eastern Livestock and | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728  00001 | Invoice No.   34801 | Page |
|----------|--------------|---------------------|------|

| | | review records at storage facility. (8.8)  Calls to/from Mr. Carr, counsel for Trustee, re: claims against Fifth Third. (.2).  E-mails to/from Mr. Knauer, Trustee, re: 2004 exam in Peoples matter. (.1). | | |
|---|---|---|---|---|
| | | 9.10  hrs. | 310.00 /hr | 2,821.00 |
| 01/08/12 | STW | Review and analyze documents from Fifth Third. | | |
| | | 2.40  hrs. | 310.00 /hr | 744.00 |
| 01/09/12 | STW | E-mails to/from Mr. Carr, counsel for Trustee, re: meeting. (.1).  Call and e-mail from Mr. Toner, counsel for Trustee, re: 2004 exam in Peoples' matter. (.1).  Attention to issues relating to same, including preparing for 2004 exam of Mr. O'Malley.  (.5).  E-mails to/from Mr. Raluy, counsel for Peoples, re: settlement and deposition of Mr. O'Malley. (.1).  Receive and review Agreed Order vacating Order granting motion for 2004 exam of O'Malley. (.1).  Review notices of submission of discovery requests and change of firm name (.2). | | |
| | | 1.10  hrs. | 310.00 /hr | 341.00 |
| 01/09/12 | STW | E-mail from Ms. Mappes, counsel for Trustee, re: index of records in storage for Eastern Livestock.  E-mail from Ms. Schulyer re: wire transfer.  E-mail from Mr. Donnellon, counsel for First Bank & Trust re: deposition of Mr. O'Malley and Fifth Third documents. | | |
| | | 0.30  hrs. | 310.00 /hr | 93.00 |
| 01/10/12 | STW | Receive and review Motion to Dismiss Okie bankruptcy. (.1)  Receive and review e-mails from Mr. Donnellon, counsel for First Bank, re: 2004 exam and Wells Fargo documents. (.1).  E-mail from Mr. Rogers, counsel for Superior, re: depositions. (.1)  Call Mr. Knauer, Trustee, re: same and letter to Mr. Britt, counsel for Fifth Third, re: same. (1.0).  Draft letter to Mr. Britt re: discovery responses. (.7).  Draft letter to Mr. Knauer re: Wells Fargo subpoena and call from Mr. Wegner. (.8)  E-mail from Mr. Rogers, counsel for Superior, re: preference claim. (.4).  E-mails to/from and call Mr. Donellon, counsel for First Bank, re: discovery. (.4). | | |
| | | 3.60  hrs. | 310.00 /hr | 1,116.00 |
| 01/10/12 | STW | E-mails from Mr. Rogers, counsel for Superior, and Ms. Hall, counsel for Trustee,   re: request for status of investigation. | | |
| | | 0.10  hrs. | 310.00 /hr | 31.00 |
| 01/11/12 | STW | E-mail Mr. Donnellon, counsel for First Bank & Trust, re: subpoena to Wells Fargo. (.1)  Review and analyze accountant's workpapers. (1.5).  Draft letter to Mr. Britt, counsel for Fifth Third, re: response to Trustee's subpoena. (.8)  Receive order granting agreed motion to vacate 2004 exam. (.1)  . | | |
| | | 2.50  hrs. | 310.00 /hr | 775.00 |
| 01/11/12 | STW | E-mail from Ms Delcotto, counsel for Bluegrass re: status and discovery.   (.1)  E-mail from Mr. Donnellon, counsel for First Bank, re: Fifth Third documents. (.1).   Receive and review correspondence from Mr. Donnellon to Vorys Sater, re: Fifth Third production to First Bank. (.2)  Receive e-mail from Mr. Weigand, counsel for First Bank enclosing Fifth Third's responses to First Bank's discovery requests. (.5) | | |
| | | 0.90  hrs. | 310.00 /hr | 279.00 |
| 01/12/12 | STW | Prepare for and meet with Mr. Carr, Toner and Jaffe and Ms. Terry Hall and Ms. Lynch, DSI, re: claims against Fifth Third. (3.8)  Calls to/from Mr. Knauer, Trustee, re: same. (.2).  E-mails to/from Ms. Mappes and Ms. Lynch  re: data for preference analysis. (.2). | | |
| | | 4.20  hrs. | 310.00 /hr | 1,302.00 |
| 01/12/12 | STW | Receive agenda for omnibus hearing.  (.1)  Receive correspondence from Mr. Britt re: depositions and response to subpoena. (.1).  E-mail from Mr. Rogers, counsel for Superior, re: status at omnibus hearing. (.1)  Call Mr. Knauer re: same. (.3) E-mail from Ms. Lynch, DSI; Mr. Carr and Ms. Mappes, counsel for Trustee,   re: records for improvement in position test. (.1) | | |
| | | 0.70  hrs. | 310.00 /hr | 217.00 |
| 01/13/12 | STW | Calls to/from Ms Hall, counsel for Trustee, re: agenda and J. Rogers. (.1)  Call Mr. Rogers, counsel for Superior re: same. (.1)  Call Mr. Herr re: Fifth Third Bank. (.1)  Calls to/from Ms. Lynch re: preference. (.6). | | |
| | | 0.90  hrs. | 310.00 /hr | 279.00 |
| 01/13/12 | STW | E-mail from Mr. Donnellon, counsel for First Bank & Trust, re: discovery conference with Fifth Third's counsel. (.1)  E-mail from Ms. Delcotto, counsel for Bluegrass re: status. (.1). | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728 00001 | Invoice No.   34801 | Page |
|---|---|---|---|

|  |  | Receive and review minute entry from Court. (.1) E-mail from Mr. Toner, counsel for Trustee, re: response to Ms. Delcotto and review same. (.2) |  |
|  |  | 0.50  hrs.                            310.00  /hr | 155.00 |
| 01/16/12 | STW | Call Mr. Herr re: Fifth Third. (.1).   Attention to issues relating to Mr. Herr's background and search internet for same. (.4 ). |  |
|  |  | 0.50  hrs.                            310.00  /hr | 155.00 |
| 01/17/12 | STW | E-mails to/from Mr. Rogers, counsel for Superior, re: subpoena to Wells Fargo. (.1)   Receive order granting application to appoint Mr. Kunkel as mediator. (.1).   Call Mr. Britt, counsel for Fifth Third, re: discovery conference. (.1).   Receive and review documents from Mr. Rogers, counsel for Superior, re: improvement in position test. (.4). |  |
|  |  | 0.70  hrs.                            310.00  /hr | 217.00 |
| 01/17/12 | STW | Analyze potential claims against Fifth Third. |  |
|  |  | 3.80  hrs.                            310.00  /hr | 1,178.00 |
| 01/18/12 | STW | Calls to/from Mr. Britt, counsel for Fifth Third, re: discovery. (.5).   E-mail from Mr. Toner, counsel for Trustee, re: discovery responses from Superior and First Bank & Trust and review same. (1.4).   Call Mr. Toner re: same and improvement in position test. (.2).   Prepare for discovery conference.   Call Mr. Herr, former Fifth Third employee, re: Fifth Third. (.5) |  |
|  |  | 2.60  hrs.                            310.00  /hr | 806.00 |
| 01/18/12 | STW | Analyze potential claims against Fifth Third. |  |
|  |  | 2.10  hrs.                            310.00  /hr | 651.00 |
| 01/19/12 | STW | Call from Mr. Britt, counsel for Fifth Third Bank re: discovery conference.   Call from Mr. Donnellon's office re: same.   Prepare for   (1.4) and participate in discovery conference with Mr. Donnellon, Mr. Weigand, Mr. Britt, and Mr. Hine re: Fifth Third's discovery responses. (2.0)   E-mail Mr. Donnellon re: depositions (.1).   Call Mr. Herr re: Fifth Third. (.9). |  |
|  |  | 4.40  hrs.                            310.00  /hr | 1,364.00 |
| 01/20/12 | JDH | Update discovery and theories to consider for cause of action against Fifth Third Bank; confer with S. White regarding same. |  |
|  |  | 0.80  hrs.                            390.00  /hr | 312.00 |
| 01/20/12 | STW | Receive and review letter from Mr. Donnellon, counsel for First Bank & Trust, re: discovery to Mr. Britt, counsel for Fifth Third. (.1).   Receive and review Motion to Compel Budgets and Financial Information. (.1)   E-mail Ms. Hall, counsel for Trustee, re: 2011 fees and expenses. (.1). Call Mr. LaTour, counsel for Fifth Third, re: Fifth Third's application of funds received after 10/18/10. (.1).   Call Mr. Knauer, Trustee, re: status. (.4).   Call from Ms. Ponader, counsel for Trustee, re: budget. (.2)   Assemble fees for 2011 and e-mail Ms. Ponader re: same. (.2)   Draft e-mail to Mr. Carr, Mr. Toner, Mr. Knauer and Ms. Hall re: question from Ms. Lynch, DSI, re: improvement in position test. (.6).   Research issues relating to potential claims against Fifth Third. (1.6).   Review accountants' documents, BLD on Trustee's website. (1.4) |  |
|  |  | 4.80  hrs.                            310.00  /hr | 1,488.00 |
| 01/23/12 | STW | E-mail from Mr. Carr, counsel for Trustee, re: conference call with Mr. Kunkel, mediator.   E-mails to/from Ms. Ponader, counsel for Trustee, re: budget for 1st quarter.   Draft same. |  |
|  |  | 2.00  hrs.                            310.00  /hr | 620.00 |
| 01/23/12 | STW | E-mail from Mr. Rogers, counsel for Superior, to Ms. Hall, counsel for Trustee, re: whether Trustee has completed analysis of bank setoffs.   Attention to issues relating to same. |  |
|  |  | 0.20  hrs.                            310.00  /hr | 62.00 |
| 01/24/12 | STW | Call Ms. Lynch, DSI, re: improvement in position test. (.8).   Conference call with J. Carr, J. Knauer, W. Ponader, D. DeNeal, K. Toner re: status and strategy. (1.3).   Receive notice on Motion to Compel Budgets and Financial Information. (.1).   Call Mr. LaTour, counsel for Fifth Third, re: interview of Fifth Third employee. (.1)   Call Mr. Britt, counsel for Fifth Third, re: same, depositions, and discovery. (1.0). |  |
|  |  | 3.30  hrs.                            310.00  /hr | 1,023.00 |
| 01/24/12 | STW | E-mail from Ms. Delcotto, counsel for Bluegrass, re: issue re: Fifth Third and status.   E-mail from Mr. Knauer, Trustee, re: same. |  |
|  |  | 0.20  hrs.                            310.00  /hr | 62.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**File No.    08728   00001**                    **Invoice No.   34801**                         **Page**

| 01/25/12 | STW | E-mails to/from and call Mr. Knauer, Trustee, re: status report. (.4).   E-mails to/from Mr. Donnellon, counsel for First Bank & Trust, re: same and depositions. (.4).   Draft email to Ms. Del Cotto, Donnellon, Rogers and Knauer re: status of investigation. (.2).   Call Mr. Wegner, counsel for Wells Fargo, re: response to subpoena. (.2).   Call Mr. Britt, counsel for Fifth Third, re: depositions. (.3). Analyze potential deponents and strategy for same. (1.7)  Call Mr. Davis re: Metcalfe County re: Fifth Third documents produced to Kentucky AG. (.2).   Call Metcalfe County re: same and procedure for review. (.3).   Calls to/from Mr. Lewis, Kentucky AG, re: same. (.3).   Receive and review discovery order and AG's response to request for materials and research issues relating to same. (.7)  Call Mr. Toner, counsel for Trustee, re: same. (.1).   Call Mr. Fenzel, Middleton Reutlinger, former counsel for Eastern Livestock, re: representation of Eastern Livestock. (.5)  Call Mr. Stapp, BLD, re: audits of Eastern Livestock. (1.1).   Call Mr. Butler, criminal counsel for Mr. Tommy Gibson, re: interview or deposition of Mr. Gibson. (.3) | |
| | | 6.70  hrs.           310.00 /hr | 2,077.00 |
| 01/26/12 | STW | Call from Mr. Britt, counsel for Fifth Third, re: depositions and documents. (.2)   Call Mr. Knauer, Trustee, re: same. (.3).   Call and e-mail Mr. Donnellon, counsel for First Bank &Trust, re: same and Metcalfe County documents. (.3). E-mails to/from  counsel for creditors re: same. (.2).   Draft summary of call with Mr. Butler, counsel for Mr. Gibson in criminal case in Kentucky. (.2)   Draft summary of conversation with Mr. Fenzel, Middleton Reutinger, re: Eastern Livestock. (.3).   Draft summary of conversation with Terry Stapp, BLD, former accountants for Eastern Livestock. (.4). Call Mr. Stoffel, field auditor for Eastern Livestock, re: same. (.2).   Calls to/from Mr. Richardson and Mr. Britt re: same. (.4).   Draft subpoena duces tecum to W. Stoffel. (.9).   Call from Mr.Fenzel, Middleton Reutlinger, re: file. (.3)   Call Mr. Knauer, Trustee re: Middleton Reutlinger and Wayne Stoffel. (.3).   Receive email from Mr. Fenzel. (.2)   Draft subpoena to Mr. Stoffer. (.9). | |
| | | 5.10  hrs.           310.00 /hr | 1,581.00 |
| 01/26/12 | STW | E-mails to/from Ms. Delcotto, counsel for Bluegrass, re: Middleton Reutlinger.   Receive Notice of hearing on Joinder of Motion to Compel Trustee to Produce Budgets and Financial information. | |
| | | 0.20  hrs.           310.00 /hr | 62.00 |
| 01/27/12 | STW | E-mail from Mr. Hine, counsel for Stoffel, re: acceptance of service of process. (.1).   E-mail from and call Ms. Mappes re: discovery requests relating to communications from Fifth Third. (.2).   Receive and review Superior's motion to compel. (.2).   E-mail from and call Ms. Lynch re: monthly operating report. (.6).   Call Ms. Hall, counsel for Trustee, re: same. (.1).   Draft subpoenas to Agribusiness Consulting Group, Stoffel Consulting Services and Wayne Stoffel (1.8);  Call  Mr. Britt and Mr. Hine, counsel for Fifth Third, re: documents, depositions and account interview. (.1)   Calls to from Mr. Weigand and Donnellon, counsel for First Bank & Trust, re; documents from Fifth Third and Metcalfe County. (.4). Call Mr. Fenzel, Middleton, re: file. (.3)   Calls to Mr.Knauer. (.3) | |
| | | 4.10  hrs.           310.00 /hr | 1,271.00 |
| 01/27/12 | STW | E-mail from Mr. Fenzel, Middleton Reutlinger, re: file. | |
| | | 0.10  hrs.           310.00 /hr | 31.00 |
| 01/30/12 | STW | E-mails to/from Mr. Donnellon and Mr. Weigand, counsel for First Bank & Trust, re: Metcalf County documents and materials. (.2)   Research issues relating to discovery of materials produced in criminal proceedings. (.5).   Receive e-mails from Mr. Fenzel, Middleton Reutlinger, enclosing Tom Ice's file. (.9).   Draft subpoena to Mr. Gibson et al re: criminal discovery. (1.0).   Calls to/from Mr. Britt and Mr. Hinds, counsel for Fifth Third, re: depositions and documents. (.4).   E-mail from Mr. Britt, counsel for Fifth Third, re: noticing depositions. (.1)   E-mail Mr. Toner, Carr and Knauer re: same. (.1)   Call Mr. Knauer re: request to notice depositions in adversaries. (.2) | |
| | | 3.40  hrs.           310.00 /hr | 1,054.00 |
| 01/30/12 | STW | Analyze Fifth Third documents and potential claims.      E-mail from Mr Donnellon re: noticing depositions. | |
| | | 1.70  hrs.           310.00 /hr | 527.00 |
| 01/31/12 | JDH | Review check kiting cases, and office conference with S. White regarding discovery and liability theory issues. | |
| | | 1.20  hrs.           390.00 /hr | 468.00 |
| 01/31/12 | STW | Receive Notice re: hearing on motion to compel trustee to file mandatory reports, amend | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**File No.    08728   00001**     **Invoice No.   34801**     **Page**

schedules and statement of financial affairs and produce budget. (.1).   Receive correspondence and e-mail from Mr. Weigand, counsel for First Bank & Trust, re: documents produced from First Bank & Trust and Metcalfe County. (.2). E-mail from Mr. Prather, Kentucky AG, re: Metcalfe County documents. (.1)    Analyze issues relating to discovery of statements by criminal defendants. (.3).   E-mail from Ms. Delcotto, counsel for Bluegrass,   and Mr. Rogers, counsel for Superior and Ms. Hall, counsel for Trustee, re: blog postings. (.2)   Call Mr. Britt re: depositions. (.1).   Receive and review e-mail from Mr. Donnellon, counsel for First Bank & Trust, and related documents relating to Check kiting approval form. (1.4).   Review documents produced by Fifth Third. (.8)

|  | 3.20  hrs. | 310.00  /hr | 992.00 |
|---|---|---|---|
|  |  | **Total Fees** | **$29,513.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| 01/02/12 | Litigation Support Vendors - PACER SERVICE CENTER | 0.48 |
|---|---|---|
| 01/02/12 | Litigation Support Vendors - PACER SERVICE CENTER | 18.96 |
| 01/03/12 | Outside Printing - VAN AUSDALL & FARRAR | 53.50 |
| 01/12/12 | FEDEX; Delivery Services/Messengers | 14.24 |
| 01/12/12 | FEDEX; Delivery Services/Messengers | 14.24 |
| 01/31/12 | Photocopy Charges | 280.00 |
| 01/31/12 | Telephone Charges | 165.10 |
| 01/31/12 | On-Line Research | 47.18 |

|  | **Total Disbursements & Facility Charges** | **$593.70** |
|---|---|---|

|  | **Current Charges** | **$30,106.70** |
|---|---|---|
|  | **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | **$30,106.70** |

TIMEKEEPER SUMMARY

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 3.50 | 390.00 | $1,365.00 |
| WHITE, SEAN T. | NE PARTNER | 90.80 | 310.00 | $28,148.00 |
|  |  | 94.30 |  | $29,513.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:　317-822-0234 | Indianapolis, IN　46244-0989 | Terms:　Due Upon Receipt |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice Date** | **03/01/12** | | **Invoice No.** | | **34919** |
| **Billed through** | **02/29/12** | | **File No.　JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN　46204

RE:　**SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | |
|---|---|---|---|---|
| 02/01/12 | STW | E-mails to/from Mr. Knauer and Mr. Toner re: "Kiting Account Approval Form" (.2).　Draft letter to Mr. Britt, counsel for Fifth Third re: same. (.4)　Review and analyze documents from Fifth Third. (3.1).　Review e-mails between Ms. Hall, counsel for the Trustee, and Mr. Rogers, Ms. Delcotto and others re: blog postings. (.2)　E-mails to/from Mr. Donnellon, counsel for First Bank & Trust, re: Wayne Stoffel. (.2)　E-mail　from Mr. Knauer, Trustee, re: accountants. (.1) | | |
| | | 4.20　hrs. | 310.00　/hr | 1,302.00 |
| 02/02/12 | STW | E-mail from Mr. Knauer, Trustee, re: e-mail from Ms. Delcotto and call Mr. Knauer, Trustee, re: conference call re: blog postings and e-mail from Ms. Delcotto. (.2).　E-mails to/from Mr. Donnellon, counsel for First Bank, re: discovery from Bank and Stoffel documents. (.2). E-mail from Mr. Donnellon re: conference call on blog and Fifth Third discovery. (.1)　Call Mr. Toner, counsel for Fifth Third Bank, re: same. (.2) Call Ms. Lynch, DSI, re: calculations for improvement in position test. (.1)　Call D. Hinds, counsel for Fifth Third, re: document discovery. (.1)　E-mails to/from and call Mr Toner re: meeting on improvement in position test. (.2)　Receive and review letter from Mr. Hinds, counsel for Fifth Third, re: discovery and depositions. (.2)　Review witness statements in Metcalfe County action Calls to/from Ms. Lynch re: improvement in position test. (.2).　Review documents for exhibits for depositions.(1.2). | | |
| | | 2.70　hrs. | 310.00　/hr | 837.00 |
| 02/03/12 | STW | Assemble correspondence and e-mails to/from Fifth Third Bank for discovery requests. (.5). E-mails to/from and call Mr. Fenzel, Middleton Reutlinger, re: file and invoices. (.3). E-mails to/from Messr. Toner, Carr, Knauer and Ms. Lynch re: improvement in position test meeting. (.2)　E-mail Mr. Toner re: captions for adversaries for notices of deposition. (.1).　Receive and review correspondence from Mr. Hines, counsel for Fifth Third, re: documents and discovery. (.2). Draft letter to Mr. Hines re: same. (.4).　Call Messrs. Britt and Hine regarding same. (.2). Review documents for Fifth Third. (1.6).　Draft e-mail to Ms. Delcotto re: investigation.　(.4). Research contact information for David Dufour, in house counsel for Eastern Livestock. (.3). | | |
| | | 4.20　hrs. | 310.00　/hr | 1,302.00 |
| 02/04/12 | STW | Continue to review documents produced by Fifth Third and Metcalfe County | | |
| | | 6.00　hrs. | 310.00　/hr | 1,860.00 |
| 02/06/12 | JDH | Review Fifth Third's objection to our discovery requests, deposition dates, etc. and consider the options:　check local rules and Fifth Third's non-compliance. | | |
| | | 0.80　hrs. | 390.00　/hr | 312.00 |
| 02/06/12 | STW | Receive and review Motion to Limit Discovery or in the alternative Motion for Protective Order and motion for expedited or emergency hearing and analyze response to same. (1.2). Draft letter to Mr. LaTour, Britt and Hine re: same. (.6).　E-mails to/from Mr. Donnellon, counsel for First Bank & Trust re: same. (.3).　E-mails to/from Mr. Knauer and Toner re: same. (.3).　Calls to/from Mr. Donnellon re: same. (.2).　Continue to review witness statements in Metcalfe County action including Kelly, Fuller, Hart and Good. (5.7).　Review e-mails | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**File No.   08728   00001**          **Invoice No.   34919**          **Page**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | from Mr. Carr, Knauer, Toner and Hall and Ms. Delcotto re: whether Fifth Third is a good faith purchaser for value and analyze same. (.5). Call Mr. Knauer re: depositions, Wells Fargo documents and discovery. (.2). |  |  |  |
|  |  |  | 9.0  hrs. | 310.00  /hr | 2,790.00 |
| 02/07/12 | JDH | Address discovery dispute issues with Fifth Third Bank. |  |  |  |
|  |  |  | 0.30  hrs. | 390.00  /hr | 117.00 |
| 02/07/12 | JTW | Research regarding preferences, setoffs, and the improvement in position test in check kiting situations. |  |  |  |
|  |  |  | 2.00  hrs. | 275.00  /hr | 550.00 |
| 02/07/12 | JTW | Draft memorandum regarding preferences, setoffs, and the improvement in position test in a check kiting situation. |  |  |  |
|  |  |  | 1.80  hrs. | 275.00  /hr | 495.00 |
| 02/07/12 | STW | Continue to review witness statements including Donna Good, Wayne Stoffel, Patricia Turley, and to farmers who sold cattle to Eastern Livestock (3.6).  E-mail from and call H. Mappes re: disks. (.2).  Research issue relating to noticing Rule 2004 depositions v. Rule 30. (2.2).  Call D. Medsker re: loading files and eliminating duplicate documents. (.4). E-mails to/from Mr. Donnellon, counsel for First Bank, Mr. Britt, counsel for Fifth Third, Mr. Rogers, counsel for Superior, regarding Motion for Protective Order and deposition. (.4).  Conference call with Messrs. Richardson and Britt, counsel for Fifth Third Bank, Mr. Donnellon, counsel for First Bank, Mr. Rogers, counsel for Superior and Mr. Newbern, counsel for Florida cattlemen re: Rule 2004 examinations. (.9).  Draft motion for Rule 2004 examination. (4.5).  E-mails to/from and calls to/from Mr. Knauer and Toner re: same. (.5)  Receive and review order setting hearing on motion to limit discovery or alternatively motion for protective order. (.1). Receive and review exhibits to motion for rule 2004 (.1).  E-mails to/from Mr. Hoffman re: Wells Fargo production. (.1). |  |  |  |
|  |  |  | 13.00  hrs. | 310.00  /hr | 4,030.00 |
| 02/08/12 | JDH | Review Motion for Protective Order, and give my thoughts to S. White. |  |  |  |
|  |  |  | 0.40  hrs. | 390.00  /hr | 156.00 |
| 02/08/12 | JTW | Research regarding 574(c)(5) exception to preference claim and the improvement in position test in check kiting situations. |  |  |  |
|  |  |  | 1.80  hrs. | 275.00  /hr | 495.00 |
| 02/08/12 | JTW | Research regarding equitable subordination in check kiting situations. |  |  |  |
|  |  |  | 1.10  hrs. | 275.00  /hr | 302.50 |
| 02/08/12 | JTW | Draft memorandum summarizing research regarding equitable subordination in check kiting situations. |  |  |  |
|  |  |  | 1.60  hrs. | 275.00  /hr | 440.00 |
| 02/08/12 | STW | Draft proposed orders granting emergency hearing on motion for rule 2004 examinations and motion for Rule 2004 examinations. (.4).  Identify exhibits for depositions. (1.5).  Call Modern Infor. Sys, re: summation and load files. (.2).  Draft letter to Messrs. Britt and Hine re: deposition of Stoffel . (.2).  Meet with Mr. Carr, Toner, O'Malley, and Ms. Lynch re: claims against Fifth Third. (4.3).  Review Metcalfe County records for bank records for Grant Gibson and call and e-mail same to Liz Lynch. (1.6).  E-mails to/from Mr. Hine, counsel for Fifth Third, re: conference call. (.2)  E-mail from Mr. Fenzel, Debtor's pre-petition counsel, re: Debtor's files. (.1).  Review responses to Motion to Compel. (.4). |  |  |  |
|  |  |  | 8.90  hrs. | 310.00  /hr | 2,759.00 |
| 02/09/12 | JDH | Review information/documents and cases regarding loan status and collateral status between 90 days from filing and filing. |  |  |  |
|  |  |  | 0.90  hrs. | 390.00  /hr | 351.00 |
| 02/09/12 | STW | E-mails to/from Ms. Lynch re: bank records for Grant Gibson at Your Community Bank. (.4)  Calls to/from Court re: deficiency notice and review same. (.3)  Draft separate motion for expedited hearing and motion for Rule 2004 examinations. (.4).  Review Metcalfe County records. (3.2).  Draft subpoena to Your Community Bank for T. Gibson records. (.5).  Call Mr. Earl, counsel for YCB, re: records and subpoena (.1)  Calls to/from Mr. Britt, counsel for Fifth Third, re: documents and subpoenas. (.3)  Calls Mr. Knauer, Trustee, re: same and |  |  |  |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728  00001 | Invoice No.  34919 | Page |
|---|---|---|---|

e-mails from Messrs. Rogers and Donnellon re: 2004 examinations. (.2)  E-mails to/from Messrs. Rogers, Donnellon et al re: 2004 exams. (.3)  Calls to/from Messrs. Oyler and Earl, counsel for Your Community Bank, re: Eastern Livestock and bank information for T. and G. Gibson. (.2)  E-mails to/from Exact re: Wells Fargo production. (.1).  Receive and review Superior's Objection to Fifth Third's motion to limit discovery and for protective order. (.3). Draft memo to JDH re: claims and documents. (2.9)

|  |  |  | 9.20  hrs. | 310.00  /hr | 2,852.00 |
|---|---|---|---|---|---|

| 02/10/12 | JTW | Review Wells Fargo documents to determine what, if any, information that had regarding the check kiting scheme. | | | |
|---|---|---|---|---|---|
| | | | 2.90  hrs. | 275.00  /hr | 797.50 |

| 02/10/12 | STW | Analyze claims against Fifth Third, including preference, setoff and equitable subordination. (2.1).  Calls to/from Mr. DeNeal, counsel for Trustee, re: SpringGrove case. (.2)  Receive and review objections to Fifth Third's motion to limit discovery or in the alternative for protective order. (.5).  Analyze whether to file separate objection to same. (.7)  Conference call with Mr. Knauer and Toner re: same. (.2).  Call Mr. Oyler, counsel for YCB, re: documents. (.1).  Review documents from Fifth Third. (5.0).  Receive and review Order granting motion for expedited hearing on motion for 2004 examinations. (.1).  E-mails to/from Ms. Lynch re: information on G. Gibson's account. (.1). E-mails to/from and call from Mr. Oyler, counsel for Your Community Bank, re: Grant Gibson records. (.3)  Conf. call with Mr. LaTour, Richardson, and Britt, counsel for Fifth Third, re: depositions. (.4).  Call and e-mails to/from  Mr. Knauer and Mr. Toner re: same. (.4)  Draft e-mail to counsel for creditors re: same. (.5). Receive and review correspondence from Mr. Britt, counsel for Stoffel, re: objections to same. (.2). Receive Fifth Third's objection to Motion for Rule 2004 examinations. (.5).  E-mails to/from Mr. Knauer re: same. (.2). | | | |
|---|---|---|---|---|---|
| | | | 11.50  hrs. | 310.00  /hr | 3,565.00 |

| 02/11/12 | JTW | Continue to review Wells Fargo documents to determine what, if any, information that had regarding the check kiting scheme. | | | |
|---|---|---|---|---|---|
| | | | 3.20  hrs. | 275.00  /hr | 880.00 |

| 02/11/12 | STW | Review documents for depositions of Fifth Third former and current employees. (2.5)  E-mail Ms. Lynch, DSI, re: YCB records for Grant Gibson. (.1). | | | |
|---|---|---|---|---|---|
| | | | 2.60  hrs. | 310.00  /hr | 806.00 |

| 02/12/12 | JTW | Continue to review Wells Fargo documents to determine what, if any, information that had regarding the check kiting scheme. | | | |
|---|---|---|---|---|---|
| | | | 1.90  hrs. | 275.00  /hr | 522.50 |

| 02/12/12 | STW | Review Fifth Third's objection to Motion for Rule 2004 examinations and related documents and prepare for hearing on same. (2.2).  Prepare for depositions. (9.2).  Conference call with Mr Toner, counsel for Trustee, re: hearing. (.4).  E-mail from Mr. Donnellon, counsel for First Bank, re: same. (.1). | | | |
|---|---|---|---|---|---|
| | | | 11.90  hrs. | 310.00  /hr | 3,689.00 |

| 02/13/12 | JTW | Review and index Wells Fargo documents | | | |
|---|---|---|---|---|---|
| | | | 4.30  hrs. | 275.00  /hr | 1,182.50 |

| 02/13/12 | STW | Prepare for and attend hearing in New Albany re: Motion for Rule 2004 examinations and Fifth Third's motion for protective order including calls to Mr. Knauer, Trustee, and Mr. LaTour, counsel for Fifth Third. (7.3).  Begin to review documents from W. Stoffel. (1.9). | | | |
|---|---|---|---|---|---|
| | | | 9.20  hrs. | 310.00  /hr | 2,852.00 |

| 02/14/12 | JTW | Research standard of inequitable conduct required for a court to equitably subordinate a claim in bankruptcy. | | | |
|---|---|---|---|---|---|
| | | | 1.60  hrs. | 275.00  /hr | 440.00 |

| 02/14/12 | JTW | Draft index summarizing documents produced by Wells Fargo | | | |
|---|---|---|---|---|---|
| | | | 1.70  hrs. | 275.00  /hr | 467.50 |

| 02/14/12 | STW | E-mails to/from Mr. Knauer, Trustee, re: meeting to prepare for depositions. (.1).  Receive and review correspondence from Mr. Hine, counsel for Fifth Third, enclosing disk of responsive documents. (.1).  Receive and review correspondence from Mr. Fenzel, pre-petition counsel for Debtor, enclosing disc. (.1).  Continue to review Stoffel responsive documents and identify exhibits. (2.6).  Call Mr. Oyler for YCB, re: documents from | | | |
|---|---|---|---|---|---|

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**4**

| File No. | 08728  00001 | **Invoice No.  34919** | **Page** |

Grant Gibson's account. (.2).  Call Mr. Britt re: Rule 2004 examinations. (.2).  Call Mr. Toner re: same. (.2)  E-mail and call Ms. Lynch and Mr. O'Malley re: improvement in position test and Rule 2004 examinations. (.2)  Call Mr. Hine re: dates for witnesses and documents. (.2)  Receive and review correspondence from Mr. Hine re: same. (.2)

|  |  | 4.10  hrs. | 310.00  /hr | 1,271.00 |
| 02/15/12 | JTW | Finalize index summarizing Wells Fargo document production | | |
|  |  | 1.40  hrs. | 275.00  /hr | 385.00 |

| 02/15/12 | STW | E-mail Mr. Donnellon, counsel for First Bank copy of letter re: proposed dates from Vorys for Rule 2004 examinations. (.1).   Receive and review Mr. Richardson's motion to appear pro hac vice. (.1).  E-mail from Mr. Donnellon  re: same. (.1)  Call Mr Donnellon re: same and deposition protocol. (.2).   Draft letter to Mr. Hine, counsel for Fifth Third, re: same. (.3).  Receive and review Notice of Filing of Supplemental Evidential Materials in Opposition to Trustee's Motion for Partial Summary Judgment and Constructive Trust. (1.0).  Call from Mr. Toner re: same. (.2).  E-mail from Mr. Hine re: password to disk. (.1).  Receive and review proposed deposition protocols from Mr. Donnellon. (.3). Receive and review Order on Motion for Rule 2004 examinations. (.2). E-mails to/from Oyler, counsel for YCB, regarding bank records. (.2). E-mail from S. Newbern, counsel for Florida Cattlemen, regarding DSI reconciliation. (.2). Receive e-mail from Mr. Oyler enclosing documents from Gibson's account and e-mail to L. Lynch. (.3). Prepare for meeting with Mr. Knauer, Trustee, regarding 2004 examinations. (1.2). | | |
|  |  | 4.50  hrs. | 310.00  /hr | 1,395.00 |

| 02/16/12 | JTW | Review and summarize documents produced by Eastern's attorneys. | | |
|  |  | 2.50  hrs. | 275.00  /hr | 687.50 |

| 02/16/12 | JTW | Review and summarize document production by BLD - Eastern's accountants. | | |
|  |  | 1.20  hrs. | 275.00  /hr | 330.00 |

| 02/16/12 | STW | Prepare for and meet with Mr. Knauer, Trustee, re: Rule 2004 examinations. (2.1).  Attention to bank's duty to inform Borrower and creditors of hold. (.2). Call and e-mail from Mr. Britt, counsel for Fifth Third, re: examinations. (.3)  Call Mr. Knauer, Trustee, re: same and deposition  protocols. (.3).  Draft letter to Messrs. LaTour, Britt, and Fine re: same. (.6)  Call Mr. Toner re: same. (.2).  E-mails to/from Mr. Donnellon, counsel for First Bank, re: transcripts of Metcalfe County interviews, examinations and deposition protocols. (.4).   Meet with JW re: review of Middleton Reutlinger files. (.2)  Call Mr. Fenzel, Eastern's pre-petition counsel, re: invoices to Debtor. (.1).  Analyze issues for deposition. (3.3).  Call Mr. Donnellon, counsel for First Bank & Trust, re: examinations and protocol. (.3)  Call Mr. Rogers re: same. (.2).  Call Ms. Lynch re: depositions. (.8).  Calls to/from Mr. Britt re: Rule 37 discovery conference. (.3). | | |
|  |  | 9.30  hrs. | 310.00  /hr | 2,883.00 |

| 02/17/12 | JTW | Continue to review and summarize document production by BLD - Eastern's accountants. | | |
|  |  | 3.40  hrs. | 275.00  /hr | 935.00 |

| 02/17/12 | MBM | Legal research regarding whether a bank has a duty to inform account holder that account is being closed; analyze potential equitable subrogation claim. | | |
|  |  | 2.50  hrs. | 310.00  /hr | 775.00 |

| 02/17/12 | STW | Meet w/Connor Reporting re: court reporter and real time. (.3).  Begin to review most recent documents from Fifth Third, including check kiting investigations. (2.5).  Draft summary of Middleton Reutling's documents and update memo re: conversations with Mr. Fenzel. (.3).  Review documents for deposition. (1.9).  Receive Order granting Mr. Richardson's motion to appear pro hac vice. (.1).  Analyze Fifth Third's right to place hold on Eastern's account and obligation to inform Eastern Livestock of hold. (1.1).  Call Mr. Wegner, counsel for Wells Fargo, re: production. (.1).  Attention to review of BLD's records and index of same. (.3).  Call to/from Mr. Dufour, former general counsel, re: Eastern Livestock and Fifth Third. (.4).  E-mails to/from Mr. Donnellon re: Fifth Third documents and examinations. (.3).  Receive order rescinding Rule 2004 examinations. (.1). Revise deposition protocols and e-mail to Mr. Donnellon and Messrs. LaTour, Britt and Hine, counsel for Fifth Third. (.5).  Receive and review correspondence from Mr. Hine re: revised schedule for depositions and e-mail same to Messrs. Knauer and Toner for their review and comment. (.2). | | |
|  |  | 8.10  hrs. | 310.00  /hr | 2,511.00 |

| 02/18/12 | STW | Review documents from Fifth Third, including check kiting investigations. | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**5**

| File No. | 08728  00001 | Invoice No.   34919 | | Page |
|---|---|---|---|---|
| | | | 3.20  hrs.        310.00  /hr | 992.00 |

| 02/19/12 | JTW | Review and index supplemental Wells Fargo document production and documents produced by Middleton Reutlinger | | |
| | | | 0.90  hrs.        275.00  /hr | 247.50 |
| 02/19/12 | JTW | Research improvement in position test to evaluate whether the test begins at the close or beginning of a business day. | | |
| | | | 1.20  hrs.        275.00  /hr | 330.00 |
| 02/19/12 | STW | Continue to review documents from Fifth Third, including check kiting investigation. | | |
| | | | 4.50  hrs.        310.00  /hr | 1,395.00 |
| 02/20/12 | JTW | Research improvement in position test institution indicating a check kiting schemes to evaluate potential performance arguments | | |
| | | | 0.40  hrs.        275.00  /hr | 110.00 |
| 02/20/12 | JTW | Draft index summarizing Middleton Reutlinger document production of billing records and summarizing Wells Fargo supplemental production | | |
| | | | 0.30  hrs.        275.00  /hr | 82.50 |
| 02/20/12 | JTW | Draft summary of research regarding timing of applying the improvement in position test. | | |
| | | | 1.70  hrs.        275.00  /hr | 467.50 |
| 02/20/12 | JTW | Review 5/3rd comprehensive report to evaluate whether they had notice of Tommy Gibson's prior check kiting scheme. | | |
| | | | 0.50  hrs.        275.00  /hr | 137.50 |
| 02/20/12 | JTW | Review additional Middleton Reutlinger document production of billing records | | |
| | | | 1.30  hrs.        275.00  /hr | 357.50 |
| 02/20/12 | MBM | Analyze potential for equitable subordination claim against Fifth Third Bank. | | |
| | | | 0.30  hrs.        310.00  /hr | 93.00 |
| 02/20/12 | STW | Prepare for 2004 examinations. (7.4). Call Mr. Knauer, Trustee, re: same. (.2).  Call Mr. Britt and Mr. Hine re: same and protocols.(.4).  Draft letter to Mr. Hine re: Fifth Third's production, e-mails, privilege logs and gaps. (.3).  E-mails to/from Ms. Richardson, Middleton Reutlinger, re: invoices for Eastern Livestock. (.2).  E-mails to/from Mr. Hine re: 2004 examinations, court reporter and parties attending same. (.2)  Call Mr. Toner, counsel for Trustee, re: Packers & Stockyards Act. (.3).   Receive and review correspondence and e-mail from Mr. Donnellon to Fifth Third Bank re: document production. (.4). E-mail from Mr. Wegner, counsel for Wells Fargo, regarding response to subpoena. (.2). Review 1st National Bank vs. TIC involving T. Gibson and e-mails to/from Messrs. Knauer, Toner and Carr regarding same. (.5). | | |
| | | | 10.10  hrs.        310.00  /hr | 3,131.00 |
| 02/21/12 | JTW | Index supplemental production of documents produced by Eastern's previous law firm. | | |
| | | | 0.40  hrs.        275.00  /hr | 110.00 |
| 02/21/12 | JTW | Research improvement in position test to evaluate when to calculate whether creditor improved its position | | |
| | | | 1.70  hrs.        275.00  /hr | 467.50 |
| 02/21/12 | MBM | Prepare memorandum regarding Fifth Third's duty to notify account holder of account closure; legal research in support of same. | | |
| | | | 5.00  hrs.        310.00  /hr | 1,550.00 |
| 02/21/12 | STW | Prepare for 2004 examinations including preparations for examinations and review privilege log. (6.7)  E-mail Mr. Toner and Mr. Knauer re: May 4, 2009 check kiting investigation. (.3). Call Mr. Herr re: Focus reports. (.1).   Call Kristin @ Judge Lorch's chambers re: order on 2004 examinations. (.2).   Conference call with Messrs. Donnellon and Rogers re: same. (1.2). Call and e-mail to Mr. Wegner, counsel for Wells Fargo, re: responsive documents. (.4). Draft letter to Vorys re: privilege log. (.5).  Review draft notice of Rule 2004 examination schedule and e-mails to/from counsel for review and comment. (.3). | | |
| | | | 9.70  hrs.        310.00  /hr | 3,007.00 |
| 02/22/12 | JDH | Review BRC on Section 547(c) and case law. | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**6**

| File No. | 08728 | 00001 | Invoice No. 34919 | | Page |
|---|---|---|---|---|---|

| | | | | 1.50  hrs. | 390.00  /hr | 585.00 |
|---|---|---|---|---|---|---|
| 02/22/12 | JTW | | Research the definition of check kiting and whether it requires mens rea | | | |
| | | | | 1.10  hrs. | 275.00  /hr | 302.50 |
| 02/22/12 | JTW | | Review bank statements to determine if 5/3rd produced full statements | | | |
| | | | | 0.40  hrs. | 275.00  /hr | 110.00 |
| 02/22/12 | STW | | E-mail from Mr. Carr re: proposed blog post and 1106 report. (.1)  Prepare for Rule 2004 examinations. (9.2).  Call Ms. Lynch DSI re: same. (1.5)  Call with Court re: deposition protocols. (.3)  Receive and review supplemental production from Fifth Third. (1.0). Call Mr. Knauer, Trustee, re: same. (.2).  E-mail from   and call Mr. Donnellon re: Laffey and kiting instructions. (.3).  Travel to Cincinnati for 2004 examinations. (2.0) | | | |
| | | | | 14.60  hrs. | 310.00  /hr | 4,526.00 |
| 02/23/12 | JDH | | Review Sect. 547(c) issues; review information from DSI; attend telephone conference with DSI and Baker & Daniels regarding Analysis of Collateral and Assets v. Loan Balances (net of costs) on September 7, 2010 and December 6, 2010; analyze the DSI information further, and think about items to include in our Report to the Court. | | | |
| | | | | 4.50  hrs. | 390.00  /hr | 1,755.00 |
| 02/23/12 | JTW | | Research regarding check kiting scheme in bankruptcy matters to evaluate potential preference claims | | | |
| | | | | 1.40  hrs. | 275.00  /hr | 385.00 |
| 02/23/12 | JTW | | Document review of 5/3rd supplemental production and index of same | | | |
| | | | | 1.30  hrs. | 275.00  /hr | 357.50 |
| 02/23/12 | STW | | Prepare for and take 2004 examination of Sean Kelly (12.0)   Prepare for 2004 examinations of S. Hughes and T. Spurlock. (1.5).   Receive and review correspondence from Mr. Finney re: Fifth Third's supplemental production. (.1). | | | |
| | | | | 13.60  hrs. | 310.00  /hr | 4,216.00 |
| 02/24/12 | JTW | | Review supplemental 5/3rd document produced on 2/23 and index same | | | |
| | | | | 0.60  hrs. | 275.00  /hr | 165.00 |
| 02/24/12 | STW | | Prepare for 2004 examinations of S. Hughes and T. Spurlock. (1.5)  E-mails to/from Messrs. Donnellon and Rogers re: S. Hughes. (.1).  2004 examination of same. (9.3)  Return from Cincinnati (2.0) | | | |
| | | | | 12.90  hrs. | 310.00  /hr | 3,999.00 |
| 02/26/12 | JDH | | Review deposition information to date with S. White; go over financial analysis with S. White; evaluate actions against Eastern Livestock. | | | |
| | | | | 1.50  hrs. | 390.00  /hr | 585.00 |
| 02/26/12 | STW | | Prepare for 2004 examinations. (4.1)  Call Mr. Herr, former employee of Fifth Third Bank, re: Focus reports. (.1).  Call  Mr. Knauer, Trustee, re: 2004 examinations. (.5). Meet with J. Hoover re: improvement in position test and call with DSI re: same and 2004 examinations. (.5)  Receive and review correspondence from Mr. Donnellon to Mr. Britt, counsel for Fifth Third, re: supplemental production and 2004 examinations. (.2).   Call Mr. Wegner, counsel for Wells Fargo, re: e-mail production. (.2)  E-mail Mr. Walton re: same. (.2)  Travel to Cincinnati for 2004 examinations. (2.0) | | | |
| | | | | 7.80  hrs. | 310.00  /hr | 2,418.00 |
| 02/27/12 | JTW | | Preference claims in bankruptcy matters involving check kiting scheme to evaluate possible preference claims | | | |
| | | | | 1.20  hrs. | 275.00  /hr | 330.00 |
| 02/27/12 | STW | | Prepare for Rule 2004 examination of D. Fuller. (1.5)  Take Rule 2004 Examination of D. Fuller (10.0) | | | |
| | | | | 11.50  hrs. | 310.00  /hr | 3,565.00 |
| 02/28/12 | JTW | | Phone conference with counsel for Wells Fargo regarding their supplemental document production. | | | |
| | | | | 0.60  hrs. | 275.00  /hr | 165.00 |
| 02/28/12 | STW | | Prepare for Rule 2004 examination of Sarah Champman. (1.7)  Take Rule 2004 examination | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728  00001 | Invoice No.   34919 | Page |
|---|---|---|---|

of Sarah Chapman. (7.5)   Call counsel for Messrs. Gibson, Mc Donald and Brangers. (.2)
Call Mr. Dusing, counsel for G. Gibson re: investigation. (.5)   Prepare for Rule 2004
examination of A. Whitehouse and D. Steinmann. (1.3).   E-mail and call Mr. Wegner, counsel
for Wells Fargo, re: emails. (.2)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | 11.40  hrs. | 310.00  /hr | 3,534.00 |
| 02/29/12 | JDH | Catch up on deposition results. | | | |
| | | | 0.80  hrs. | 390.00  /hr | 312.00 |
| 02/29/12 | JTW | Review and index Wells Fargo's 1st supplemental production of emails. | | | |
| | | | 2.40  hrs. | 275.00  /hr | 660.00 |
| 02/29/12 | JTW | Respond to email from counsel from Wells Fargo regarding supplemental document production. | | | |
| | | | 0.20  hrs. | 275.00  /hr | 55.00 |
| 02/29/12 | STW | Prepare for Rule 2004 examinations of A. Whitehouse and D. Steinmann. (.5)   Take Rule 2004 examinations of A. Whitehouse and D. Steinmann. (9.2)   Prepare for Rule 2004 examination of A. Kelly. (3.0) | | | |
| | | | 12.70  hrs. | 310.00  /hr | 3,937.00 |
| | | **Total Fees** | | | **$91,765.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| Date | Description | Amount |
|---|---|---|
| 02/01/12 | Outside Printing - VAN AUSDALL & FARRAR | 171.20 |
| 02/01/12 | Outside Printing - VAN AUSDALL & FARRAR | 21.40 |
| 02/06/12 | Outside Printing - VAN AUSDALL & FARRAR | 42.80 |
| 02/06/12 | Outside Printing - VAN AUSDALL & FARRAR | 21.40 |
| 02/13/12 | Outside Printing - VAN AUSDALL & FARRAR | 10.70 |
| 02/15/12 | SEAN T. WHITE; Out of Town Travel TO/FROM NEW ALBANY, IN ON 02/13/12 FOR HEARING | 136.53 |
| 02/17/12 | Outside Printing - VAN AUSDALL & FARRAR | 10.70 |
| 02/22/12 | Outside Printing - VAN AUSDALL & FARRAR | 10.70 |
| 02/27/12 | SEAN T. WHITE; Out of Town Travel - TO/FROM CINCINNATI, OH ON 02/22/12 TO 02/24/12 FOR 2004 EXAMINATION OF 5/3 EMPLOYEES | 653.98 |
| 02/29/12 | Photocopy Charges | 3,037.40 |
| 02/29/12 | XACT DATA DISCOVERY-INDY; Outside Printing | 980.30 |
| 02/29/12 | On-Line Research | 14.46 |
| | **Total Disbursements & Facility Charges** | **$5,111.57** |

| | |
|---|---|
| **Current Charges** | **$96,876.57** |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | **$96,876.57** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 10.70 | 390.00 | $4,173.00 |
| WALTON, JUSTIN T | ASSOCIATE | 50.00 | 275.00 | $13,750.00 |
| MILLIS, MATTHEW B | ASSOCIATE | 7.80 | 310.00 | $2,418.00 |
| WHITE, SEAN T. | NE PARTNER | 230.40 | 310.00 | $71,424.00 |
| | | 298.90 | | $91,765.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

Phone: 317-822-4400                     111 Monument Circle . Suite 4400 . P.O. Box 44989                     FEIN 35-2138424
Fax:       317-822-0234                          Indianapolis, IN   46244-0989                                  Terms:  Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | **04/02/12** | **Invoice No.** | | **35041** |
| **Billed through** | **03/31/12** | **File No.    JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN   46204

**RE:   SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Initials | Description | | |
|---|---|---|---|---|
| 03/01/12 | STW | Prepare for 2004 examination of A. Kelly. (.5)   2004 examination of Anne Kelly. (10.0). Prepare for 2004 examination of L. Hart. (1.1).   E-mails to/from Mr. Toner, counsel for Trustee, re: meeting. (.1) | | |
| | | 11.70  hrs. | 310.00  /hr | 3,627.00 |
| 03/02/12 | JTW | Phone conference with counsel for Wells Fargo regarding supplemental production | | |
| | | 0.30  hrs. | 275.00  /hr | 82.50 |
| 03/02/12 | STW | Prepare for 2004 examination of L. Hart. (.8).   2004 examination of L. Hart. (5.5)   Return from Cincinnati. (2.0).   Call Mr. Romines,   (.1).   Call Mr. Cox, counsel for Mr. McDonald, re: interview of client. (.1). | | |
| | | 8.50  hrs. | 310.00  /hr | 2,635.00 |
| 03/04/12 | JDH | Debrief S. White on deposition content, and applicability of testimony to an equitable subordination claim. | | |
| | | 0.80  hrs. | 390.00  /hr | 312.00 |
| 03/04/12 | STW | Travel to Cincinnati for 2004 examination. (2.0)   Prepare for 2004 examination of D. Morse. (1.0) | | |
| | | 3.00  hrs. | 310.00  /hr | 930.00 |
| 03/04/12 | STW | Prepare for 2004 examinations. (.4)   Review supplemental production from Fifth Third. (2.4). Draft notice of 2004 examination for W. Stoffel. (.2). Draft letter to Mr. Cox, counsel for Mr. McDonald, re: interview. (.3). | | |
| | | 3.30  hrs. | 310.00  /hr | 1,023.00 |
| 03/05/12 | JTW | Review and analyze 2nd supplemental document production from Wells Fargo. | | |
| | | 2.10  hrs. | 275.00  /hr | 577.50 |
| 03/05/12 | STW | 2004 examination of Devon Morse. (9.3) Prepare for 2004 examination of P. Voss including reviewing supplemental production of Fifth Third. (2.5) | | |
| | | 11.80  hrs. | 310.00  /hr | 3,658.00 |
| 03/05/12 | STW | Receive and review e-mails from Mr. Toner and Ms. Lych re: memo re: preference claims. | | |
| | | 0.70  hrs. | 310.00  /hr | 217.00 |
| 03/06/12 | JDH | Review Baker & Daniels Report regarding Preference Claim. | | |
| | | 0.60  hrs. | 390.00  /hr | 234.00 |
| 03/06/12 | JTW | Continue to review and analyze 2nd supplemental document production from Wells Fargo. | | |
| | | 1.10  hrs. | 275.00  /hr | 302.50 |
| 03/06/12 | STW | Prepare for (.6) and take 2004 examination of P. Voss. (10.0)   Return from Cincinnati. (2.0). | | |
| | | 12.60  hrs. | 310.00  /hr | 3,906.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**2**

| File No. | 08728 | 00001 | Invoice No.   35041 | Page |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 03/07/12 | JDH | Prepare for and attend conference at Baker & Daniels with Trustee and counsel for the Trustee regarding action against Fifth Third; work on liability theories and discovery issues. | | |
| | | | 3.60  hrs. | 390.00  /hr | 1,404.00 |
| 03/07/12 | JTW | Review 3rd supplemental document production from Wells Fargo. | | |
| | | | 2.10  hrs. | 275.00  /hr | 577.50 |
| 03/07/12 | JTW | Draft index of Wells Fargo 2nd and 3rd supplemental productions. | | |
| | | | 0.40  hrs. | 275.00  /hr | 110.00 |
| 03/07/12 | JTW | Research time requirements regarding whether improvement of position test is calculate from the beginning of the day or the end of the day to evaluate potential claims. | | |
| | | | 1.20  hrs. | 275.00  /hr | 330.00 |
| 03/07/12 | JTW | Summarize research regarding bankruptcy cases involving check kiting schemes to evaluate potential claims in the bankruptcy action. | | |
| | | | 1.30  hrs. | 275.00  /hr | 357.50 |
| 03/07/12 | MBM | Legal research regarding equitable subordination. | | |
| | | | 2.30  hrs. | 310.00  /hr | 713.00 |
| 03/07/12 | STW | Attention to Wells Fargo's production of electronic data. (.1).   Review memo from Mr. Carr, counsel for Trustee, re: potential preference claims against Fifth Third. (1.3).   Call Mr. Toner re: meeting. (.3).   Review e-mail from Ms. Lynch re: Fifth Third returned checks and pull exhibit from S. Hughes' deposition and e-mail Ms. Lynch re: same. (.3)   E-mails to/from Mr. Hine, counsel for Fifth Third re: Stoffel Deposition. (.1)   Meet with Messrs. Carr, Toner, Hall & Knauer re: examinations and report. (2.2).   E-mail from Mr. Donnellon, counsel for First Bank & Trust, re: Stoffel deposition and e-mail same to Messrs. Carr, Toner, Hall & Knauer. (.3).   Call Mr. Knauer re: same. (.1)   Draft e-mail to Messrs. Donnellon and Rogers re: preliminary report. (.2).   Call Mr. Romines, counsel for Mr. Brangers, re: Fifth Third; Call Mr. Butler, counsel for Mr. Gibson, re: same and Mr. Dusing, counsel for Grant Gibson re: same. (.2)   Draft letters to Messrs. Cox and Butler re: same. (.3).   Prepare for Rule 2004 examination of W. Stoffel. (2.1). | | |
| | | | 7.50  hrs. | 310.00  /hr | 2,325.00 |
| 03/08/12 | JTW | Draft deposition summary of Sean Kelly | | |
| | | | 1.20  hrs. | 275.00  /hr | 330.00 |
| 03/08/12 | MBM | Legal research regarding equitable subordination; prepare memorandum regarding same (2.5); prepare deposition summaries (1.6). | | |
| | | | 4.10  hrs. | 310.00  /hr | 1,271.00 |
| 03/08/12 | STW | Draft preliminary report to Court. (6.6)   Prepare for 2004 examination of Stoffel. (2.6). Call Mr. Toner re: same. (.1).   Call Mr. Butler, counsel for T. Gibson, re: interview. (.2).   E-mail Ms. Hall re: background report on T. Gibson and pull same. (.2).   Travel to Cincinnati for 2004 examination. (2.0) | | |
| | | | 11.70  hrs. | 310.00  /hr | 3,627.00 |
| 03/09/12 | JTW | Continue to draft and deposition summary of Sean Kelly | | |
| | | | 3.10  hrs. | 275.00  /hr | 852.50 |
| 03/09/12 | JTW | Draft and revise deposition summary of Tim Spurlock | | |
| | | | 2.40  hrs. | 275.00  /hr | 660.00 |
| 03/09/12 | JTW | Draft and revise deposition summary of Amber Whitehouse | | |
| | | | 3.30  hrs. | 275.00  /hr | 907.50 |
| 03/09/12 | MBM | Prepare deposition summaries. | | |
| | | | 8.40  hrs. | 310.00  /hr | 2,604.00 |
| 03/09/12 | STW | Prepare for 2004 examination of W. Stoffel including review of Fifth Third's supplemental production. (2.0)   2004 examination of W. Stoffel. (10.0)   Return from Cincinnati. (2.0). | | |
| | | | 14.00  hrs. | 310.00  /hr | 4,340.00 |
| 03/09/12 | STW | Receive notice of agenda for omnibus hearing | | |
| | | | 0.10  hrs. | 310.00  /hr | 31.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**3**

| File No. | 08728 | 00001 | Invoice No.  35041 | | | Page |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/10/12 | JTW | Continue to draft and revise Tim Spurlock deposition summary. | | | | |
| | | | 2.10  hrs. | 275.00  /hr | | 577.50 |
| 03/10/12 | JTW | Draft and revise Wayne Stoffel deposition summary. | | | | |
| | | | 5.40  hrs. | 275.00  /hr | | 1,485.00 |
| 03/10/12 | STW | Review summaries of depositions and draft preliminary report to Court. | | | | |
| | | | 7.50  hrs. | 310.00  /hr | | 2,325.00 |
| 03/11/12 | JTW | Research case law from the 7th and 6th Circuits regarding cases where a court dismissed claims against a lender based on the in pari delectio doctrine. | | | | |
| | | | 2.70  hrs. | 275.00  /hr | | 742.50 |
| 03/11/12 | STW | Draft preliminary report to Court | | | | |
| | | | 9.90  hrs. | 310.00  /hr | | 3,069.00 |
| 03/12/12 | JDH | Consideration to Report to Court ████████████ | | | | |
| | | | 1.90  hrs. | 390.00  /hr | | 741.00 |
| 03/12/12 | JTW | Research Indiana and Ohio law regarding the effect of lack of good faith in purchasing goods to evaluate possible argument regarding equitable subordination. | | | | |
| | | | 2.80  hrs. | 275.00  /hr | | 770.00 |
| 03/12/12 | STW | Travel to/from New Albany and attend omnibus hearing and meeting with counsel for creditors re: preliminary report. | | | | |
| | | | 5.80  hrs. | 310.00  /hr | | 1,798.00 |
| 03/12/12 | STW | E-mails from Connor reporting re: transcripts from examinations.  (.1)  Receive and review minute entry from omnibus hearing.  (.1) | | | | |
| | | | 0.20  hrs. | 310.00  /hr | | 62.00 |
| 03/13/12 | JDH | Review/input on draft Report to Court. | | | | |
| | | | 0.70  hrs. | 390.00  /hr | | 273.00 |
| 03/13/12 | JTW | Research UCC article 4 and equitable subordination to evaluate potential claims. | | | | |
| | | | 2.30  hrs. | 275.00  /hr | | 632.50 |
| 03/13/12 | MBM | Legal research regarding deepening insolvency and in pari delicto. | | | | |
| | | | 1.60  hrs. | 310.00  /hr | | 496.00 |
| 03/13/12 | STW | Conference call with Mr. Knauer, Trustee, and Messrs. Carr, Toner, and Hall, counsel for Trustee, re: investigation of Fifth Third. (.4).   Draft letter to Messrs. Richardson, Britt and Hine re: 2004 examinations. (.3).   Attention to argument that Eastern Livestock lacked good faith and therefore Fifth Third's title is void or voidable. (1.5).   Draft preliminary report. (2.0).   Call Messrs. Levin and Rogers, counsel for Superior, re: theory against Bank. (.2)   Research issues relating to privilege dispute. (.3).   Call Ms. Lynch re: preliminary report. (.2) | | | | |
| | | | 4.90  hrs. | 310.00  /hr | | 1,519.00 |
| 03/13/12 | STW | E-mail from Mr. Donnellon, counsel for First Bank& Trust, re: preliminary report.  E-mail from Mr. Knauer, Trustee, re: conference call to discuss same. | | | | |
| | | | 0.20  hrs. | 310.00  /hr | | 62.00 |
| 03/14/12 | JDH | Consider approach for additional time with Fifth Third witnesses (late disclosures, etc.); draft report issues. | | | | |
| | | | 0.40  hrs. | 390.00  /hr | | 156.00 |
| 03/14/12 | STW | Draft preliminary report to court. (1.4)  Call Mr. Romines, counsel for D. Brangers re: interview of same. (.1).   Research issues relating to Fifth Third privilege issues. (1.2 ). E-mail and calls to/from Ms.. Lynch re: 9012 account. (.4)  E-mail from Mr. Rogers, counsel for Superior re: Eastern not a buyer in good faith and e-mail same to Messrs. Knauer, Carr, Toner and Ms. Hall for review. and review same. (.3).   Call Mr. Donnellon, counsel for First Bank& Trust, re: examinations and privilege issues. (.3).    Call Messrs. Richardson and Britt, counsel for Fifth Third, re: 2004 examinations. (.1).   Conference call with Messrs. Knauer, Toner and Carr and counsel for creditors re: investigation. (.8). Meet with Messrs. Knauer, Toner and | | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**4**

| File No. | 08728 | 00001 | Invoice No.   35041 | | | Page |
|---|---|---|---|---|---|---|

| Date | Atty | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| | | Carr and counsel for creditors re: investigation. (2.4). | | | | |
| | | | 7.00  hrs. | 310.00 | /hr | 2,170.00 |
| 03/14/12 | STW | E-mails from Mr. Omori, Ms. Hall and Mr. Carr amendments to SOFA schedules. | | | | |
| | | | 0.20  hrs. | 310.00 | /hr | 62.00 |
| 03/15/12 | JTW | Review and index Wells Fargo's 4th Supplemental production. | | | | |
| | | | 2.80  hrs. | 275.00 | /hr | 770.00 |
| 03/15/12 | MBM | Legal research regarding deepening insolvency and in pari delicto; prepare memorandum regarding same. | | | | |
| | | | 1.80  hrs. | 310.00 | /hr | 558.00 |
| 03/15/12 | STW | Review and revise preliminary report. (5.0).   E-mail same to Messrs. Carr, Toner and Knauer and Hall for review and comment. (.2)   Call Ms. Lynch re: same. (.2).   Draft e-mail to Mr. Cox, counsel for Mr. McDonald, re: assertion of privilege against self-incrimination. (.1)   Call Mr. Knauer re: preliminary report. (.2)   Call Mr. Toner re: same. (.2). | | | | |
| | | | 5.90  hrs. | 310.00 | /hr | 1,829.00 |
| 03/15/12 | STW | E-mails from Messrs. Carr and Toner re: notice to Eastern Livestock of hold on account from Fifth Third. (.2) Receive and review correspondence from Mr. Hine, counsel for Fifth Third and e-mail to Messrs. Knauer, Carr, Toner and Hall for review and comment. (.3) | | | | |
| | | | 0.50  hrs. | 310.00 | /hr | 155.00 |
| 03/16/12 | JDH | Final review of report before filing; consideration for content of additional depositions. | | | | |
| | | | 1.80  hrs. | 390.00 | /hr | 702.00 |
| 03/16/12 | STW | Review e-mails from Mr. Toner and Knauer re: Fifth Third's letter re: 2004 examinations. (.2).   Draft response to Fifth Third's letter re: 2004 examinations. (1.7).   Review and revise preliminary report. (3.1)   Call Mr. Donnellon re: letter from Vorys re: 2004 examinations. (.2)   Call Mr. Knauer re: same. (.2).   E-mails to/from Mr. Carr re: amending SOFA 13 re: setoff. (.2) | | | | |
| | | | 5.60  hrs. | 310.00 | /hr | 1,736.00 |
| 03/16/12 | STW | E-mails from Mr. Donnellon, counsel for First Bank & Trust,   re: redacted documents. | | | | |
| | | | 0.20  hrs. | 310.00 | /hr | 62.00 |
| 03/19/12 | STW | Receive and review correspondence from Mr. Hine, counsel for Fifth Third, re: confidential portions of 2004 examinations.   E-mails to/from Messrs. Knauer and Toner re: same. | | | | |
| | | | 0.20  hrs. | 310.00 | /hr | 62.00 |
| 03/19/12 | STW | E-mails from Connor Reporting re: transcripts of examinations. | | | | |
| | | | 0.10  hrs. | 310.00 | /hr | 31.00 |
| 03/20/12 | JTW | Draft email to counsel for Wells Fargo regarding supplemental production to determine when they would be able to complete production. | | | | |
| | | | 0.10  hrs. | 275.00 | /hr | 27.50 |
| 03/20/12 | STW | Calls to/from Mr. Weigand, counsel for First Bank, re: 2004 examinations. (.2).   E-mail Mr. Weigand re: same. (.1).   Call from Ms. Lynch re: preliminary report and wire transfer. (.1).   Receive and review comments from Ms. Lynch re: preliminary report. (.1)   Call Mr. Hine, counsel for Fifth Third re: 2004 examinations. (.2). | | | | |
| | | | 0.70  hrs. | 310.00 | /hr | 217.00 |
| 03/21/12 | STW | E-mail from Mr. Donnellon, counsel for First Bank, re: 2004 examinations and privilege log. (.1) Conference call with Mr. Donnellon and Mr. Weigand re: same. (.4)   Research and analyze privilege issues including redacted documents. (3.2)   Receive and review correspondence from Mr. Hine, counsel for Fifth Third, re: 2004 examinations and document production, analyze same and e-mail to Messrs. Knauer and Toner for review and comment. (.4).   Review e-mail from Ms. Delcotto, counsel for Bluegrass et al, re: UCC remedies and Fifth Third. and e-mail same to Messrs. Carr, Toner & Knauer and Ms. Hall. (.3). | | | | |
| | | | 4.40  hrs. | 310.00 | /hr | 1,364.00 |
| 03/22/12 | JTW | Phone conversation with counsel for Wells Fargo regarding status of supplemental document production | | | | |
| | | | 0.20  hrs. | 275.00 | /hr | 55.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728 | 00001 | Invoice No.   35041 | Page |
|----------|-------|-------|---------------------|------|

| Date | Initials | Description | | |
|------|----------|-------------|---|---|
| 03/22/12 | STW | Draft letter to Mr. Hine regarding 2004 exam. (1.6). Call Mr. Knauer, Trustee, re: 2004 examinations and investigation. (.4). Call and e-mail Mr. Hine, counsel for Fifth Third, re: call to discuss 2004 examinations. (.2)   Conference call with Messrs. Carr, Toner, Knauer, and Hall re: 2004 exams, preliminary report and other issues. (.5). | | |
| | | 2.70 hrs. | 310.00 /hr | 837.00 |
| 03/22/12 | STW | E-mail from Mr. Donnellon, counsel for First Bank, re: letter from Mr. Hine, counsel for Fifth Third, re: 2004 examinations. (.2)   E-mails from Mr. Knauer, Trustee, re: same. (.1) | | |
| | | 0.30 hrs. | 310.00 /hr | 93.00 |
| 03/23/12 | JTW | Review and index supplemental production from Wells Fargo. | | |
| | | 4.90 hrs. | 275.00 /hr | 1,347.50 |
| 03/23/12 | STW | E-mail from Mr. Rogers, counsel for Superior, re: equitable subordination claim and review Superior's Answer and cross-claims. (.3).   Draft letter to Mr. Hine, counsel for Fifth Third, re: 2004 examinations. (2.5).   Review transcript of 2/13 hearing re: 2004 examinations. (.9)   Call from Mr. Toner re: fee for same day use of funds. (.2).   Review issues related to whether Trustee has claim for setoff and Eastern's use of same day credit for deposits. (1.2).   E-mails to/from Mr. Toner and DeNeal re: same. (.2)   Conference call with Messrs. Carr, Toner, Hall and Knauer re: 2004 examinations and other issues. (.4).   Draft motion for rule 2004 examinations. (1.5). | | |
| | | 7.20 hrs. | 310.00 /hr | 2,232.00 |
| 03/23/12 | STW | Receive and review correspondence from Mr. Dusing, counsel for G. Gibson, re: 5th Amendment and deposition | | |
| | | 0.10 hrs. | 310.00 /hr | 31.00 |
| 03/26/12 | JTW | Continue to review and index Wells Fargo's supplemental production. | | |
| | | 2.30 hrs. | 275.00 /hr | 632.50 |
| 03/26/12 | STW | Call Ms. Goss and Ms. Willis  re: Court's availability for conference call re; 2004 examinations. (.3).   Draft motion for rule 2004 examinations. (1.3).   Review Wells Fargo's supplemental production. (.4).   E-mails to/from Mr. Knauer re: conference call with counsel for Fifth Third re: 2004 examinations and conference call with Messrs. LaTour, Richardson, Britt, and Hine re: same. (.4).   Draft motion for expedited telephone conference to discuss 2004 examinations. (1.1).   E-mail same to Messrs. Toner and Knauer for review and comment. (.2)   Call and e-mail from Mr. Knauer re: same. (.2). | | |
| | | 3.90 hrs. | 310.00 /hr | 1,209.00 |
| 03/27/12 | JTW | Email communications with counsel for Wells Fargo to determine when they would be able to complete the supplemental production. | | |
| | | 0.10 hrs. | 275.00 /hr | 27.50 |
| 03/27/12 | STW | Call Mr. Donnellon, counsel for First Bank, re: 2004 examinations and motion for conference call. (.2) Review memos re: Packers & Stockyards Act. (.8).   Calls to/from  Judge Lorch's chambers re: motion. (.2).   E-mail and call Mr. LaTour and others re: same. (.3).   E-mail from Mr. Toner and review article on guilty pleas of Eastern Livestock's principals. (.3).   E-mail and call Mr. Knauer re: same. (.2)   Receive and review Fifth Third's response to emergency motion to re: Rule 2004 examinations. (2.4).   E-mails to/from Messrs. Donnellon and Rogers re: same. (.2) | | |
| | | 4.60 hrs. | 310.00 /hr | 1,426.00 |
| 03/28/12 | STW | E-mail from Ms. Hall and Mr. Donnellon re guilty pleas by former Eastern Livestock principals and review same. (.1)   Prepare for emergency hearing on 2004 examinations, including review of cases cited by Fifth Third. (3.0).   Call with Court and counsel for Fifth Third and parties. (.4).Call Mr. Knauer re: same. (.2)   E-mail from Mr. Donnellon re: same. (.1).Receive and review plea agreements and e-mails to/from Mr. Donnellon re same. (.3).   Call Mr. Toner re: hearing and 2004 examinations. (.2)   Receive minute entry from Court. (.1)   Draft proposed order. (.4). | | |
| | | 4.80 hrs. | 310.00 /hr | 1,488.00 |
| 03/29/12 | STW | E-mail from Mr. Knauer, Trustee, re: proposed order. (.1)   Review and revise same and e-mail to Messrs. LaTour, Richardson et al. (.2)   Draft letter to Messrs. LaTour and Richardson enclosing same and requesting dates for examinations.(.3) Call from Mr. Donnellon re: same. (.3).   Draft letter to Messrs. LaTour, Richardson, Britt, and Hine re: Focus reports and e-mails and review Morse transcript re: Focus reports. (.9).   Call and e-mail from Mr. Rogers, counsel | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| | | | | | Page |
|---|---|---|---|---|---:|
| **File No.** | **08728  00001** | | **Invoice No.  35041** | | **6** |

| | | | | | |
|---|---|---|---|---|---:|
| | | for Superior, re: 2004 examinations. (.2). | | | |
| | | | 2.00  hrs. | 310.00  /hr | 620.00 |
| 03/30/12 | JTW | Review and index 6th Supplemental email production from Wells Fargo. | | | |
| | | | 3.80  hrs. | 275.00  /hr | 1,045.00 |
| 03/30/12 | STW | Receive and review proposed comments from Fifth Third to proposed order on completion of 2004 examinations and e-mail to/from Mr. Knauer re: same. (.3).   Receive and review e-mail from Mr. Toner re: guilty pleas by Messrs. Gibson and McDonald and impact of same. (.2) E-mails to/from Messrs. Donnellon, Rogers and Knauer re: 2004 examinations, proposed order and document production issues. (.2). Receive and review correspondence from Mr. Hine, counsel for Fifth Third, re: confidential portion of Stoffel deposition. (.1).   Call Mr. Knauer, Trustee, re: Kentucky AG and conference call with Mr. Lewis re: plea agreements. (.8)   Attention to issues relating to same. (.3) | | | |
| | | | 1.90  hrs. | 310.00  /hr | 589.00 |
| | | | | **Total Fees** | **$74,031.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| | | | |
|---|---|---|---:|
| 03/02/12 | Outside Printing - VAN AUSDALL & FARRAR | | 10.70 |
| 03/09/12 | SEAN T. WHITE; Out of Town Travel TO/FROM CINCINNATI, OH 02/26/12 TO 03/02/12 DURING 2004 EXAMINATION OF FIFTH THIRD EMPLOYEES | | 1,580.51 |
| 03/09/12 | SEAN T. WHITE; Out of Town Travel TO/FROM CINCINNATI, OH 03/04/12 TO 03/06/12 DURING 2004 EXAMINATION OF FIFTH THIRD | | 665.96 |
| 03/14/12 | SEAN T. WHITE; Out of Town Travel TO/FROM CINCINNATI, OH ON 03/08/12 TO 03/09/12 | | 400.84 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,904.15 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,984.05 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 985.85 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 2,030.30 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 2,237.55 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,510.55 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,799.95 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,858.70 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,886.90 |
| 03/23/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,918.00 |
| 03/27/12 | Outside Printing - VAN AUSDALL & FARRAR | | 10.70 |
| 03/31/12 | Photocopy Charges | | 840.80 |
| 03/31/12 | Telephone Charges | | 80.53 |
| 03/31/12 | On-Line Research | | 448.68 |
| | **Total Disbursements & Facility Charges** | | **$22,154.72** |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**File No.    08728  00001**          **Invoice No.   35041**          **Page**

7

| | | |
|---|---|---|
| Current Charges | | $96,185.72 |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | | $96,185.72 |

<u>TIMEKEEPER SUMMARY</u>

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 9.80 | 390.00 | $3,822.00 |
| WALTON, JUSTIN T | ASSOCIATE | 48.00 | 275.00 | $13,200.00 |
| MILLIS, MATTHEW B | ASSOCIATE | 18.20 | 310.00 | $5,642.00 |
| WHITE, SEAN T. | NE PARTNER | 165.70 | 310.00 | $51,367.00 |
| | | 241.70 | | $74,031.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

| | | |
|---|---|---|
| **Phone:** 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | **FEIN** 35-2138424 |
| **Fax:**    317-822-0234 | Indianapolis, IN  46244-0989 | **Terms: Due Upon Receipt** |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | **05/01/12** | **Invoice No.** | | **35150** |
| **Billed through** | **04/30/12** | **File No.**   **JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

## RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE

### FOR PROFESSIONAL SERVICES RENDERED

| 04/01/12 | STW | E-mails to/from Mr. Knauer, Trustee, re: conversation with Mr. Lewis, Kentucky AG and e-mails from Mr. Donnellon, counsel for First Bank re: same and conversation with Mr. Gibson | | | |
|---|---|---|---|---|---|
| | | | 0.30  hrs. | 310.00 /hr | 93.00 |
| 04/02/12 | JDH | Evaluate discovery status/dispute; evaluate which depositions are needed most; review discovery content (including depositions). | | | |
| | | | 2.80  hrs. | 390.00 /hr | 1,092.00 |
| 04/02/12 | STW | Receive and review e-mails from Mr. Knauer, Trustee, re: claims against Fifth Third and research issues relating to same. (.7)  Receive and review e-mail from Mr. Donnellon, counsel for First Bank, re 2004 examinations and guilty pleas of principals of Eastern. (.3). Call Ms. Goss, Court's room deputy, re: hearing on 2004 examinations and proposed order. (.1).  Call  Mr. Donnellon re: 2004 examinations, his conversation with Mr. Gibson and guilty pleas. (.6). Call Mr. Lewis, Kentucky AG, re: "collaboration of five". (.2)  E-mails to/from Mr. Donnellon re: same. (.1)  E-mail summary of conversation with Mr. Donnellon to Mr. Knauer. (.3).  Receive and review Order on 2004 examinations. (.1) | | | |
| | | | 2.40  hrs. | 310.00 /hr | 744.00 |
| 04/03/12 | STW | Calls to/from Messrs. Hine and Richardson, counsel for Fifth Third, re: 2004 examinations, Focus reports and e-mail. (.3)  Research potential claims against Fifth Third. (1.9)  Call Mr. Butler, counsel for T. Gibson, re: interview and notice from Fifth Third re: hold on account. (.4).  Call Mr. Cox, counsel for Mr. McDonald, re: same. (.1).  E-mails to/from Mr. Donnellon, counsel for First Bank, re: 2004 examinations and "two deposit issue". (.3) | | | |
| | | | 3.00  hrs. | 310.00 /hr | 930.00 |
| 04/04/12 | JTW | Communicate with opposing counsel regarding supplemental document production to determine production schedule of supplemental documents. | | | |
| | | | 0.30  hrs. | 275.00 /hr | 82.50 |
| 04/04/12 | STW | Calls from Mr. Donnellon, counsel for First Bank, re: two deposit issue. (.2).  E-mail from Mr. Knauer, Trustee, re: T. Gibson. (.1).  E-mail from Mr. Donnellon re: spreadsheet re: two deposit issue and review same. (.7).  Call Mr. Britt and Richardson, counsel for Fifth Third, re: 2004 examinations, e-mail and Focus reports. (.4).  Call and e-mail Mr. Knauer re: same. (.2) | | | |
| | | | 1.60  hrs. | 310.00 /hr | 496.00 |
| 04/05/12 | STW | E-mail from Mr. Richardson, counsel for Fifth Third, re: 2004 examinations and extension of time to submit errata sheets.  Call Mr. Knauer and Toner re: same. | | | |
| | | | 0.40  hrs. | 310.00 /hr | 124.00 |
| 04/06/12 | JTW | Review and index 7th supplemental document production of Wells Fargo emails | | | |
| | | | 5.90  hrs. | 275.00 /hr | 1,622.50 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**2**

| File No. | 08728 | 00001 | Invoice No.   35150 | Page |
|---|---|---|---|---|

| Date | Atty | Description | | Amount |
|---|---|---|---|---|
| 04/06/12 | STW | E-mails to/from Mr. Richardson, counsel for Fifth Third, re: completion of 2004 examinations and extension of time to provide errata sheets. | | |
| | | | 0.20  hrs.          310.00  /hr | 62.00 |
| 04/09/12 | JTW | Continue to review and index supplemental production produced by Wells Fargo. | | |
| | | | 1.60  hrs.          275.00  /hr | 440.00 |
| 04/09/12 | JTW | Communicate with counsel for Wells Fargo to determine when they would be in a position to finish their supplemental production | | |
| | | | 0.20  hrs.          275.00  /hr | 55.00 |
| 04/09/12 | STW | E-mails to/from Mr. Hine, counsel for Fifth Third, to Mr. White, court reporter, re: extension of time to file errata sheets. (.2).   Call from Mr. Toner, counsel for Trustee, re: 2004 examinations and final report. (.2).   E-mails to/from Mr. Donnellon, counsel for First Bank & Trust, re: 2004 examinations. (.2).   Call from Mr. Donnellon re same and Focus reports. (.3).   E-mails to/from Mr. Knauer and Mr. Toner re: same and PASA discovery. (.2).   Review issues re: PASA regulations. (3.0).   E-mail Mr. Richardson, counsel for Fifth Third, re: 2004 examinations, Focus reports and e-mail. (.1) | | |
| | | | 4.20  hrs.          310.00  /hr | 1,302.00 |
| 04/09/12 | STW | Receive and review e-mail from Ms. Delcotto, counsel for Bluegrass re: extension of time for PASA discovery and review case re: bank's failure to use commercially reasonable means and notice. | | |
| | | | 0.40  hrs.          310.00  /hr | 124.00 |
| 04/10/12 | STW | E-mails to/from and call from Mr. Toner, counsel for Trustee, re: PASA discovery and omnibus hearing. (.2)   Call Mr. Hine, counsel for Fifth Third Bank, re: remaining 2004 examinations, e-mails and Focus reports. (.2)   Review PASA issues and summary judgment brief (1.4). | | |
| | | | 1.80  hrs.          310.00  /hr | 558.00 |
| 04/11/12 | STW | E-mails to/from Messrs. Donnellon and Rogers re: privilege issues and 2004 examinations. (.3)   Draft letter to Messrs. Richardson and Britt, counsel for Fifth Third re: same, review documents for redaction (3.2)   Receive and review correspondence from Mr. Levin, counsel for Superior, re: claims against Fifth Third and attention to issues relating to same.  (.4)   Review e-mails between Mr. Toner, Ms. Delcotto, Ms. Yates and Mr. Donnellon re: extension of time to address PASA discovery. (.3)   Receive Motion for Extension of Time and Clarification of Deposition Discovery Protocol. (.3) | | |
| | | | 4.50  hrs.          310.00  /hr | 1,395.00 |
| 04/12/12 | JTW | Review and index final Wells Fargo Supplemental production | | |
| | | | 3.20  hrs.          275.00  /hr | 880.00 |
| 04/12/12 | STW | Review deposition transcripts of Chapman, Hart, Fuller | | |
| | | | 5.00  hrs.          310.00  /hr | 1,550.00 |
| 04/13/12 | JTW | Continue to review and index supplemental production | | |
| | | | 1.10  hrs.          275.00  /hr | 302.50 |
| 04/13/12 | STW | Call Messrs. Cox, Romines and Dusing, counsel for Messrs. McDonald, Brangers and Gipson respectively re: interviews. (.3)   Receive and review notice of hearing on Motion for Extension filed by First Bank & Trust. (.1)   Review deposition transcripts of Fuller and others (3.2). | | |
| | | | 3.60  hrs.          310.00  /hr | 1,116.00 |
| 04/16/12 | STW | Review index of Wells Fargo documents. | | |
| | | | 0.50  hrs.          310.00  /hr | 155.00 |
| 04/16/12 | STW | Receive and review correspondence from Mr. Levin, counsel for Superior, re: amendments of pleadings and claims against Fifth Third. (.3).   E-mail from Ms. Delcotto, counsel for Bluegrass, re: McGladrey case on "in pari delicto" and review same. (.4).   E-mail from Ms. Delcotto re: Fifth Third's objection to privilege issues and good faith purchaser for value issue. (.2).   E-mails to/from Mr. Donnellon, counsel for First Bank, re: same, 2004 examinations and outstanding discovery issues. (.2) | | |
| | | | 1.10  hrs.          310.00  /hr | 341.00 |
| 04/17/12 | JDH | Confer with S. White on status of claims and status of discovery; review e-mails from Levin; | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**3**

| File No. | 08728 | 00001 | Invoice No.    35150 | | Page |
|----------|-------|-------|--------|---|------|

review case law applicable to our possible claims.

|  |  |  | 1.50  hrs. | 390.00  /hr | 585.00 |
|---|---|---|---|---|---|
| 04/17/12 | STW | | Draft letter to Messrs. Richardson and Britt, counsel for Fifth Third, re: privilege log issues and review documents re: same. (2.1).  Draft e-mail to Messrs. Richardson and Britt re: Hoffner and Herr dates for 2004 examinations, Focus reports and e-mails. (.2).  Call Mr. Donnellon re: same. (.2).  E-mails to/from Mr Rogers, counsel for Superior, re: same. (.1). E-mail Messrs. Donnellon and L. Delcotto re: same. (.2).  Call Mr. Knauer re; same. (.5). | | |
|  |  |  | 3.30  hrs. | 310.00  /hr | 1,023.00 |
| 04/17/12 | STW | | E-mail from Mr. Hine, counsel for Fifth Third, re: discovery issues. | | |
|  |  |  | 0.10  hrs. | 310.00  /hr | 31.00 |
| 04/18/12 | STW | | Research issues relating to Fifth Third's privilege log and objections based upon attorney client privilege and work product doctrine and draft letter to Messrs. Britt and Richardson re: same.  (3.2)  Call with Messrs. Richardson and Britt, counsel for Fifth Third re: same (.3) Call with Messrs. Donnellon and Rogers re: same. (.3)  Review draft of response to creditors' motions for extension of time to conduct PASA discovery. (.3)  E-mail from H. Mappes re: 2004 transcripts and Fifth   Third password. (.1) E-mail from Mr. Donnellon re: Michael Herr. (.2) | | |
|  |  |  | 4.40  hrs. | 310.00  /hr | 1,364.00 |
| 04/19/12 | STW | | Review deposition transcripts. (4.7).  Call Mr. Lewis, Kentucky AG, re: defendants' obligation to cooperate with Trustee. (.3). | | |
|  |  |  | 5.00  hrs. | 310.00  /hr | 1,550.00 |
| 04/19/12 | STW | | E-mail from Mr. Rogers, counsel for Superior, re: Fifth Third's objections and privilege log. | | |
|  |  |  | 0.10  hrs. | 310.00  /hr | 31.00 |
| 04/20/12 | STW | | Call Mr. Toner, counsel for Trustee, re: status report and omnibus hearing. (.2)  Call Mr. Britt, counsel   for Fifth Third, re: same and outstanding discovery. (.1)  Draft status report to Court re: investigation. (1.5). | | |
|  |  |  | 1.80  hrs. | 310.00  /hr | 558.00 |
| 04/22/12 | STW | | E-mails to/from Mr. Knauer, Trustee, re: status report and call Mr. Knauer re: same. | | |
|  |  |  | 0.20  hrs. | 310.00  /hr | 62.00 |
| 04/23/12 | STW | | Prepare for Omnibus Hearing including review of agenda and participate in Omnibus Hearing by telephone to address status of investigation. (.9)  Receive notice of submissions for Superior's discovery requests to Trustee and DSI. (.1)   Review transcript of S. Hughes, D. Steinmann, and others. (3.2). | | |
|  |  |  | 4.20  hrs. | 310.00  /hr | 1,302.00 |
| 04/24/12 | STW | | Receive invoice for depositions from Connor. (.1)  Review Steinmann, S. Kelly, and others transcript. (4.2)  Call Messrs. Britt and Richardson, counsel for Fifth Third, re: 2004 examinations and outstanding discovery. (.1)  E-mails to/from and call Mr. Donnellon, counsel for First Bank & Trust, re: 2004 examinations and outstanding discovery issues. (.2). | | |
|  |  |  | 4.60  hrs. | 310.00  /hr | 1,426.00 |
| 04/25/12 | STW | | Prepare for depositions of P. Voss and T. Spurlock. (6.6)  E-mails to/from Mr. Toner, counsel for Trustee, re: 2004 examinations. (.1)  E-mails to/from Mr. Rogers re: in pari delicto exception and e-mail from Mr. Knauer re: same. (.3)  E-mail Messrs. Richardson and Britt, counsel for Fifth Third, re: 2004 examinations. (.1)  E-mail from Mr. Donnellon re: strategy for 2004 examinations. (.3) | | |
|  |  |  | 7.40  hrs. | 310.00  /hr | 2,294.00 |
| 04/26/12 | STW | | Meet with K. Toner re: 2004 examinations. (1.7)  Prepare for 2004 examinations of P. Voss and A. Kelly. (7.9)  E-mails to/from and call Mr. Donnellon, counsel for First Bank & Trust, re: 2004 examinations. (.2)  Draft e-mail to Messrs. Richardson and Britt, counsel for Fifth Third, re: outstanding discovery. (.3) | | |
|  |  |  | 10.10  hrs. | 310.00  /hr | 3,131.00 |
| 04/27/12 | STW | | Travel to/from Cincinnati for completion of 2004 examinations of P. Voss and T. Spurlock. (4.0)  2004 examinations of P. Voss and T. Spurlock. (9.0) | | |
|  |  |  | 13.00  hrs. | 310.00  /hr | 4,030.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**4**

| File No. | 08728 00001 | Invoice No. 35150 | Page |
|---|---|---|---|

04/30/12    STW    Receive and review e-mail from Mr. Donnellon, counsel for First Bank & Trust, re: outstanding discovery issues. (.2) . E-mail Messrs. Richardson and Britt re: 2004 examination of A. Kelly.  (.2).  Draft notice of 2004 examination for A. Kelly. (.2).  Conference call with D. Donnellon and J. Rogers re: outstanding issues. (.7).  Review A. Kelly deposition for completion of exam. (2.3).  E-mail from Mr. Donnellon re; banking regulations and record retention. (.2).  E-mail from Mr. Hine, counsel for Fifth Third, re: contact information for Mr. Herr. (.1).

|  |  | 3.90  hrs. | 310.00  /hr | 1,209.00 |
|---|---|---|---|---|

| | **Total Fees** | **$32,060.50** |
|---|---|---|

**DISBURSEMENTS & FACILITY CHARGES**

| 04/01/12 | Litigation Support Vendors - PACER SERVICE CENTER | 5.92 |
|---|---|---|
| 04/12/12 | GENESYS CONFERENCING; Telephone Charges | 120.48 |
| 04/24/12 | Outside Printing - VAN AUSDALL & FARRAR | 21.40 |
| 04/30/12 | Photocopy Charges | 162.40 |
| 04/30/12 | Outside Printing - VAN AUSDALL & FARRAR | 10.70 |
| 04/30/12 | On-Line Research | 440.63 |

| **Total Disbursements & Facility Charges** | **$761.53** |
|---|---|

| **Current Charges** | **$32,822.03** |
|---|---|

| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | **$32,822.03** |
|---|---|

<u>TIMEKEEPER SUMMARY</u>

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 4.30 | 390.00 | $1,677.00 |
| WALTON, JUSTIN T | ASSOCIATE | 12.30 | 275.00 | $3,382.50 |
| WHITE, SEAN T. | NE PARTNER | 87.10 | 310.00 | $27,001.00 |
| | | 103.70 | | $32,060.50 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

**Attorneys at Law**

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:　317-822-0234 | Indianapolis, IN　46244-0989 | Terms:　Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | **06/01/12** | **Invoice No.** | | **35268** |
| **Billed through** | **05/31/12** | **File No.　JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN　46204

**RE:　SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| 05/01/12 | STW | Review Kelly transcript. (2.4). Call Mr. Knauer, Trustee, re: outstanding discovery issues. (.3). | | | |
|---|---|---|---|---|---|
| | | | 2.70 hrs. | 310.00 /hr | 837.00 |
| 05/02/12 | JDH | Consider evidence for equitable subordination claim; consider how to prove damages; discuss areas of inquiry with Fifth Third witness. | | | |
| | | | 0.90 hrs. | 390.00 /hr | 351.00 |
| 05/02/12 | STW | E-mails to/from Mr. Knauer, Trustee, re: Fifth Third discovery. (.1)　E-mails to/from Mr. Hine, counsel for Fifth Third, contact information for Mr. Herr and Stoffel's contract with Fifth Third. (.1). | | | |
| | | | 0.20 hrs. | 310.00 /hr | 62.00 |
| 05/02/12 | STW | Call Mr. Herr re: availability for 2004 examination and Fifth Third. (.9).　Attention to issues relating to same, including whether Trustee may interview Mr. Herr and obtain statement, and draft affirmation. (.9)　Call Mr. Knauer re: same. (.1)　Call Mr. Butler, counsel for Mr. Gibson, re: interview. (.1).　Call Mr. Cox, counsel for Mr. McDonald, re: same. (.2).　Draft e-mail to Messrs. Britt and Richardson, counsel for Fifth Third, re: outstanding discovery. (.8) Review Stoffel's transcript. (2.2). | | | |
| | | | 5.20 hrs. | 310.00 /hr | 1,612.00 |
| 05/03/12 | JTW | Email communications with Doug Peters, counsel for Wells Fargo, regarding 2004 exams and his telephonic attendance at future exams. | | | |
| | | | 0.20 hrs. | 275.00 /hr | 55.00 |
| 05/03/12 | MBM | Strategize with S. White regarding equitable subordination claim and damages; legal research regarding ex parte communications with former employee of opposing party; prepare email memorandum regarding same. | | | |
| | | | 1.20 hrs. | 310.00 /hr | 372.00 |
| 05/03/12 | STW | Prepare for deposition of A. Kelly. (6.4).　Attention to claim of equitable subrogation and damages and interview of M. Herr. (.6)　Call Mr. Toner re: A. Kelly deposition and investigation. (.4) | | | |
| | | | 7.40 hrs. | 310.00 /hr | 2,294.00 |
| 05/04/12 | STW | 2004 examination of A. Kelly and travel to/from Cincinnati. | | | |
| | | | 10.00 hrs. | 310.00 /hr | 3,100.00 |
| 05/07/12 | STW | Meet with J. Carr, T. Hall, K. Toner, and J. Knauer re: investigation of Fifth Third.　(1.8) Review errata sheets. (.7)　E-mails to/from Ms. Lynch, DSI, re: GP Cattle bank statements. (.3). | | | |
| | | | 2.80 hrs. | 310.00 /hr | 868.00 |
| 05/08/12 | STW | E-mails to/from Ms. Lynch, DSI, re: bank statements for GP Cattle and review files for same, | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**2**

| File No. | 08728  00001 | **Invoice No.   35268** | **Page** |

cleared checks and deposit items. (.5)  Review amended privilege log and analyze same. (1.1).
Review exhibits for D. Hoffner deposition. (1.6).

|  |  | 3.20  hrs. | 310.00  /hr | 992.00 |

05/09/12   STW   Draft notice of examination of D. Hoffner and e-mail same to Messrs. Richardson and Britt.
(.2)  Call Messrs. Britt and Richardson re: same and Focus reports. (.2)  Receive and review
e-mail from Mr. Donnellon, counsel for First Bank, re: 2004 examinations and discovery
issues. (.2).  Draft e-mail to Mr. Donnellon re: same. (.2)  Review supplemental production
from Mr. Hoffner. (.3) Identify exhibits for D. Hoffner's deposition. (.6).

|  |  | 1.70  hrs. | 310.00  /hr | 527.00 |

05/10/12   STW   Draft e-mail to Mr. Donnellon, counsel for First Bank re: discovery. (.2)  E-mails to/from
Messrs. Toner and Knauer re: same. (.2).   E-mails to/from Ms. Lynch re: GP Cattle and bank
statements. (.2).   Review amended Privilege Log. (1.9).   E-mail Mr. Toner : documents re:
Hoffner. (.2)   Receive and review notice vacating the omnibus hearing. (.1)

|  |  | 2.80  hrs. | 310.00  /hr | 868.00 |

05/11/12   STW   E-mails to/from Mr. Donnellon, counsel for First Bank, re; status and omnibus hearing. (.2)
Prepare for D. Hoffner dep. (6.1)

|  |  | 6.30  hrs. | 310.00  /hr | 1,953.00 |

05/14/12   STW   Review and analyze Carr's memo re: preference claims and whether Fifth Third is good faith
purchaser for value.  (3.5)  Prepare for D. Hoffner exam. (1.4).  E-mail from D. Peters,
counsel for Wells Fargo, re: 2004 exams and exhibits. (.1)  Draft final Report (3.1)

|  |  | 8.10  hrs. | 310.00  /hr | 2,511.00 |

05/15/12   STW   Travel to/from Cincinnati (4.0) and take 2004 examination of D. Hoffner. (8.0)

|  |  | 12.00  hrs. | 310.00  /hr | 3,720.00 |

05/16/12   STW   Review errata sheets for D. Morse, P. Voss and W. Stoffel. (.3)  E-mails from Messrs. Rogers
and Donnellon re: errata sheets and attention to issues relating to same. (.2)  Receive and
review First Bank's complaint against Fifth Third Bank and  e-mail same to Messrs. Carr,
Toner, Knauer, and Ms. Hall. (1.2)   Attention to issues relating to report to court. (.6)   Call
from Mr. Toner re: same. (.3)

|  |  | 2.60  hrs. | 310.00  /hr | 806.00 |

05/17/12   JDH   Review documentation and deposition evidence regarding potential causes of action against
Fifth Third, and strength of the potential actions, including consideration of defenses.

|  |  | 2.40  hrs. | 390.00  /hr | 936.00 |

05/17/12   STW   Analyze issues relating to claims against Fifth Third. (2.6)  Draft Final Report. (1.0)  Receive
correspondence from Mr. Hine, counsel for Fifth Third, re: confidential designation of
testimony at 2004 examinations of  P. Voss, A. Kelly and T. Spurlock. (.1)

|  |  | 3.70  hrs. | 310.00  /hr | 1,147.00 |

05/18/12   JDH   Review/revise Final Report of Special Counsel for the Trustee.

|  |  | 1.00  hrs. | 390.00  /hr | 390.00 |

05/18/12   STW   Draft final report and memorandum re: claims.

|  |  | 3.40  hrs. | 310.00  /hr | 1,054.00 |

05/21/12   JDH   Consider modifications to Report.

|  |  | 0.40  hrs. | 390.00  /hr | 156.00 |

05/21/12   STW   Draft memorandum re: facts and claims against Fifth Third. (2.7)  E-mail from Mr. Toner,
counsel for Trustee, re: proposed final report. (.1)

|  |  | 2.80  hrs. | 310.00  /hr | 868.00 |

05/22/12   STW   Draft summary of facts and analysis of claims against Fifth Third.

|  |  | 2.60  hrs. | 310.00  /hr | 806.00 |

05/23/12   STW   Review and summarize conclusion of examination of P. Voss. (.9)   Spurlock (1.1) and A.
Kelly (1.5).   Draft summary of facts and analysis of claims. (1.8)

|  |  | 5.30  hrs. | 310.00  /hr | 1,643.00 |

05/24/12   STW   Review and summarize D. Hoffner 2004 examination. (2.6)   Draft summary of facts and

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**Page 3**

| File No. | 08728 | 00001 | | Invoice No.   35268 | | |
|---|---|---|---|---|---|---|

| | | analysis of claims. (1.6). | | | |
|---|---|---|---|---|---|
| | | | 4.20 hrs. | 310.00 /hr | 1,302.00 |
| 05/25/12 | STW | Draft summary of facts and analysis of claims against Fifth Third. | | | |
| | | | 2.80 hrs. | 310.00 /hr | 868.00 |
| 05/29/12 | STW | Draft summary of facts and analysis of claims against Fifth Third. (6.0)   Receive and review correspondence from Mr. Hine re: confidential testimony. (.1) | | | |
| | | | 6.10 hrs. | 310.00 /hr | 1,891.00 |
| 05/30/12 | STW | Call Mr. Knauer, Trustee, re: final report and motion for enlargement of time. (.2)   Call Mr. Toner, counsel for Trustee, re: same. (.1) | | | |
| | | | 0.30 hrs. | 310.00 /hr | 93.00 |
| 05/31/12 | JDH | Review Report of Special Counsel with S. White; review changes from various sources to Report. | | | |
| | | | 1.20 hrs. | 390.00 /hr | 468.00 |
| 05/31/12 | STW | Draft motion for enlargement of time to file final report and proposed order. (.3).   Draft memorandum of law summarizing findings. (1.7)  E-mails to/from Mr. Toner, counsel for Trustee, re: final report. (.2)   Receive and review revised report to Court. (.5).   Call Mr. Toner re: same. (.2).   Review term sheet and settlement discussions with Fifth Third. (1.0) | | | |
| | | | 3.90 hrs. | 310.00 /hr | 1,209.00 |
| | | | | **Total Fees** | **$33,759.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 05/17/12 | SEAN T. WHITE; Out of Town Travel TO/FROM CINCINNATI, OH ON 5/15/12 | 125.55 |
| 05/31/12 | Photocopy Charges | 634.80 |
| 05/31/12 | Telephone Charges | 25.50 |
| 05/31/12 | On-Line Research | 24.72 |
| | **Total Disbursements & Facility Charges** | **$810.57** |

| | |
|---|---|
| **Current Charges** | **$34,569.57** |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | **$34,569.57** |

<u>TIMEKEEPER SUMMARY</u>

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 5.90 | 390.00 | $2,301.00 |
| WALTON, JUSTIN T | ASSOCIATE | 0.20 | 275.00 | $55.00 |
| MILLIS, MATTHEW B | ASSOCIATE | 1.20 | 310.00 | $372.00 |
| WHITE, SEAN T. | NE PARTNER | 100.10 | 310.00 | $31,031.00 |
| | | 107.40 | | $33,759.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
|---|---|---|
| Fax: 317-822-0234 | Indianapolis, IN 46244-0989 | Terms: Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 07/02/12 | **Invoice No.** | | **35367** |
| **Billed through** | 06/30/12 | **File No.** **JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN 46204

**RE: SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/12 | JDH | Review drafts of Report to Court and discuss the draft in conference call with Knauer and Carr, et al. | | | |
| | | | 1.50 hrs. | 390.00 /hr | 585.00 |
| 06/01/12 | STW | Review and revise revised report to Court re: potential claims and attention to issues relating to same (3.4) Call Metcalfe County re: copies of judgment entries accepting guilty pleas. (.1) E-mails to/from Mr. Toner and Knauer re: report to Court. (.2) Call from Ms. Lynch re: report issues. (.2) Conf. call with Mr. Knauer, Carr, Toner re: report to Court. (.5). | | | |
| | | | 4.40 hrs. | 310.00 /hr | 1,364.00 |
| 06/03/12 | JDH | Review revised revisions of Trustees' reports, and offer comments/revisions. | | | |
| | | | 0.60 hrs. | 390.00 /hr | 234.00 |
| 06/03/12 | STW | Review and revise report to Court. | | | |
| | | | 1.80 hrs. | 310.00 /hr | 558.00 |
| 06/04/12 | JDH | Final review/revisions to Trustee's Report, and discuss same with S. White. | | | |
| | | | 0.40 hrs. | 390.00 /hr | 156.00 |
| 06/04/12 | STW | Review and revise report to Court and analyze issues relating to same. | | | |
| | | | 3.20 hrs. | 310.00 /hr | 992.00 |
| 06/05/12 | STW | Review and revise report to Court. (1.5) E-mail same and exhibits to Messrs. Knauer, Carr and Toner for review and comment. (.2). Call Mr. Knauer, Trustee, re: same. (.1) Review invoices for conclusion of 2004 exams. (.1) Westcheck report. (.3). Receive and review First Bank's motion for authority. (.2) | | | |
| | | | 2.40 hrs. | 310.00 /hr | 744.00 |
| 06/06/12 | STW | Receive and review motion for expedited hearing, order granting same and notice on response to Fifth Third's motion for contempt. | | | |
| | | | 0.30 hrs. | 310.00 /hr | 93.00 |
| 06/07/12 | STW | Receive and review Fifth Third's motion for contempt. (.3) Call Mr. Toner, counsel for Trustee, re: same and copy of complaint on blog and omnibus hearing. (.2) Review Metcalfe County discovery order. (.2). Receive errata sheets for P. Voss, A. Kelly and T. Spurlock. (.2). | | | |
| | | | 0.90 hrs. | 310.00 /hr | 279.00 |
| 06/08/12 | STW | Receive and review Superior's objection to Trustee's report. Call Mr. Knauer and Toner re: same. | | | |
| | | | 1.10 hrs. | 310.00 /hr | 341.00 |
| 06/08/12 | STW | Receive Notice of hearing on Fifth Third's motion for contempt. | | | |
| | | | 0.10 hrs. | 310.00 /hr | 31.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**2**

| File No. | 08728 | 00001 | Invoice No.   35367 | Page |
|---|---|---|---|---|

| Date | Atty | Description | | |
|---|---|---|---|---|
| 06/11/12 | STW | Receive and review First Bank's motion for authority to respond to Fifth Third's motion to seal and First Bank's objection. (.3).   Call Mr. Toner, counsel for Trustee, re: omnibus hearing. (.3).   Receive order on mediation.(.1) | | |
| | | 0.70  hrs. | 310.00  /hr | 217.00 |
| 06/12/12 | JDH | Discussion about response to objection filed by Superior; review objection and suggest revisions. | | |
| | | 0.50  hrs. | 390.00  /hr | 195.00 |
| 06/12/12 | STW | Receive notice of hearing on Trustee's Report and Objection filed by Superior and attention to issues relating to same and discuss with Mr. Knauer. (.2).   E-mails to/from Messrs. Carr, Knauer re: same. (.2).   E-mails to/from Mr. Rogers, counsel for Superior, re: M. Herr. (.2) Call Messrs. Toner and Knauer re: same.(.3). Review draft response to objection and motion to strike filed by Superior. (.7). | | |
| | | 1.60  hrs. | 310.00  /hr | 496.00 |
| 06/13/12 | JDH | Final review and comment on Trustee Response to Superior's Objection to Trustee's Report. | | |
| | | 0.40  hrs. | 390.00  /hr | 156.00 |
| 06/13/12 | STW | E-mails to/from Mr. Donnellon, counsel for First Bank re: Metcalfe County proceedings.   Meet with JDH re: response to Superior's objection.   E-mail from Ms. Hall, counsel for Trustee, re: objection. | | |
| | | 0.60  hrs. | 310.00  /hr | 186.00 |
| 06/18/12 | STW | Receive and review Superior's Motion to Strike. | | |
| | | 0.20  hrs. | 310.00  /hr | 62.00 |
| 06/19/12 | JDH | Discuss alternatives to resolve issue raised by Superior's objection to Trustee's Report on Fifth Third claims. | | |
| | | 0.30  hrs. | 390.00  /hr | 117.00 |
| 06/19/12 | STW | Call Mr. Toner re: response to Preliminary Objection and Motion to Strike.   Call Mr. Knauer re: same. | | |
| | | 0.30  hrs. | 310.00  /hr | 93.00 |
| 06/20/12 | STW | Receive order on mediation and amended order.   Receive First Bank's objection to Trustee's Report.   Call from Mr. Knauer re: same.   Attention to issues relating to same. E-mail re: conference call to discuss objections. | | |
| | | 0.80  hrs. | 310.00  /hr | 248.00 |
| 06/21/12 | STW | Receive and review First Bank's motion to strike Trustee's report.   E-mails to/from counsel re: conference call to discuss same and First Bank's request to advance hearing on objections and motion to strike.   Call from Mr. Donnnellon re: same. | | |
| | | 0.80  hrs. | 310.00  /hr | 248.00 |
| 06/22/12 | STW | Conference call with Messrs. Knauer, Carr, Toner re: objections to Trustee's report and motion to strike. (.5).   Calls to/from Mr. Trapp, counsel for Superior, re: M. Herr (.1)   Analyze response to Objections and motion to strike and   receive and review supplemental objection and motion for emergency or expedited hearing. (2.4) | | |
| | | 3.00  hrs. | 310.00  /hr | 930.00 |
| 06/25/12 | STW | E-mails to/from Mr. Toner et al re: telephone conference with Court to discuss Objections to Trustee's Report and Motion to Strike. (.2) Review and analyze same. (.8) Receive and review CPC's Objection to Trustee's Report and joinder in objection of First Bank and Superior. (.2) Receive and review draft response to motion for expedited hearing. (.2) | | |
| | | 1.40  hrs. | 310.00  /hr | 434.00 |
| 06/26/12 | STW | E-mails to/from Mr. Toner, counsel for Trustee, re hearing on motion for expedited hearing. (.2) Draft Report of Hoover Hull involvement and adoption of Trustee's report. (.8) Receive notice of telephonic hearing. (.1)   Receive Bluegrass et al's objections to Trustee's Report.(.3). | | |
| | | 1.40  hrs. | 310.00  /hr | 434.00 |
| 06/27/12 | STW | Draft comments and adoption by Hoover Hull of Trustee's report (1.8)   Receive Bluegrass' motion to strike.(.2) | | |
| | | 2.00  hrs. | 310.00  /hr | 620.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**3**

| File No. | 08728 | 00001 | Invoice No.   35367 | | Page |
|---|---|---|---|---|---|
| 06/28/12 | STW | | Continue to draft comments and adoption of Hoover Hull of Trustee's Report. (1.9).   E-mail same to Messrs. Knauer, Carr, Toner et al for review and comment. (.1)   Receive and review comments. (.2)   Receive and review proposed response to motion to strike. (.3) | | |
| | | | 2.50  hrs. | 310.00  /hr | 775.00 |
| 06/29/12 | JDH | | Review final comments and adaptation filed by Hoover Hull. | | |
| | | | 0.30  hrs. | 390.00  /hr | 117.00 |
| 06/29/12 | STW | | Analyze supplemental objection. (1.1)   Conference call with Messrs. Knauer, Carr, Toner and T. Hall re: objections and motion to strike. (1.1)   Revise Comments and Adoption of Trustee's Report. (1.3).   Receive First Bank's reply in support of Motion to Advance hearing on Trustee's Report. (.3)   Receive motion for authority to establish deposition protocols. (.2) | | |
| | | | 4.00  hrs. | 310.00  /hr | 1,240.00 |
| | | | | **Total Fees** | **$11,945.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| | | | |
|---|---|---|---|
| 06/08/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,786.10 |
| 06/08/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,163.05 |
| 06/08/12 | CONNOR + ASSOCIATES; Deposition Transcripts | | 1,706.25 |
| 06/30/12 | Photocopy Charges | | 182.00 |
| 06/30/12 | On-Line Research | | 123.60 |
| | **Total Disbursements & Facility Charges** | | **$4,961.00** |

| | |
|---|---|
| **Current Charges** | **$16,906.00** |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . . .** | **$16,906.00** |

**TIMEKEEPER SUMMARY**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 4.00 | 390.00 | $1,560.00 |
| WHITE, SEAN T. | NE PARTNER | 33.50 | 310.00 | $10,385.00 |
| | | 37.50 | | $11,945.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | **FEIN** 35-2138424 |
| Fax:      317-822-0234 | Indianapolis, IN   46244-0989 | Terms:   Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 08/01/12 | **Invoice No.** | | **35410** |
| **Billed through** | 07/31/12 | **File No.**   JDH | 08728 | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN   46204

**RE:   SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | |
|---|---|---|---|---|---|
| 07/02/12 | JDH | Update with S. White on Rogers/Levin's demand to depose J. Knauer and S. White; discuss the applicable privileges, and issues that will likely come up. | | | |
| | | | 0.50  hrs. | 390.00  /hr | 195.00 |
| 07/02/12 | STW | Receive Laurel's objection to Trustee's report (.1).   Receive minute entry re: hearing and orders denying motion to advance hearing (.1). | | | |
| | | | 0.20  hrs. | 310.00  /hr | 62.00 |
| 07/02/12 | STW | E-mail from Mr. Knauer, Trustee, re: conversation with Mr. Wharton, US Trustee (.1).   Prepare for conference on motion for expedited hearing on objections to Trustee's report and motions to strike (.5). Meet with Trustee to prepare for telephonic hearing (.5). Participate in telephonic hearing re: motion for expedited hearing (.5). Meet with Trustee and counsel re: same, plan and issues related thereto (1.7). Attention to issues relating to request to depose Trustee and special counsel (1.0). | | | |
| | | | 4.30  hrs. | 310.00  /hr | 1,333.00 |
| 07/03/12 | STW | E-mail from Mr. Knauer re: draft response to objections to motions to strike and review same. E-mail from Mr. Knauer re: case law participant is not a creditor. | | | |
| | | | 0.30  hrs. | 310.00  /hr | 93.00 |
| 07/03/12 | STW | E-mails from Mr. Knauer, Trustee, re: depositions, potential conflict and review cases re: duty to disclose to creditors and whether participant is a credit (.7). E-mail from Mr. Toner, counsel for Trustee, re: request to depose Trustee and Special Counsel (.2).   Receive order on deposition protocols (.2). | | | |
| | | | 1.10  hrs. | 310.00  /hr | 341.00 |
| 07/05/12 | JTW | Review documents produced by Wells Fargo in response to request from John Rogers at Rubin-Levin regarding the omission of certain documents from the shared repository website to evaluate whether such gaps exist. | | | |
| | | | 0.80  hrs. | 275.00  /hr | 220.00 |
| 07/05/12 | JTW | Draft email communication to counsel for Wells Fargo regarding apparent omissions in Wells Fargo's production and requesting counsel provide the missing documents or provide a rationale for withholding such documents. | | | |
| | | | 0.60  hrs. | 275.00  /hr | 165.00 |
| 07/05/12 | JTW | Review over 6,000 documents produced by Wells Fargo to ensure no gap in production exist in response to letter from John Rogers at Rubin-Levin | | | |
| | | | 2.10  hrs. | 275.00  /hr | 577.50 |
| 07/05/12 | STW | Call Mr. Toner, counsel for Trustee, re: request to depose Trustee and special counsel (.3). Call Mr. Knauer re: same (.2). Research issue relating to same (1.9).   E-mail from Mr. Rogers, counsel for Superior, re: Wells Fargo documents (.2). Call from Mr. Trapp, counsel for Superior, re: objection to producing Mr. Herr notes on basis of attorney work product (.2). E-mail from Mr. Donnellon, counsel for Superior, re: comments and adoption of Trustee's report and M. Herr notes (.2). | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728 | 00001 | Invoice No.   35410 | Page |
|----------|-------|-------|---------------------|------|

| | | | Receive correspondence from Mr. Trapp, counsel for Superior, re: notice of deposition and Subpoena (.3). Call from Mr. Toner re: same (.2). E-mails to/from Trustee and counsel re: Subpoenas (.2). | |
| | | | 3.70  hrs. 310.00  /hr | 1,147.00 |
| 07/06/12 | JDH | | Review Subpoena and Notice of Deposition; counsel S. White regarding same; review letter to J. Rogers regarding withdrawing the Subpoena. | |
| | | | 0.80  hrs. 390.00  /hr | 312.00 |
| 07/06/12 | JTW | | Review email from opposing counsel and formulate response regarding missing documents in document production. | |
| | | | 0.20  hrs. 275.00  /hr | 55.00 |
| 07/06/12 | STW | | Attention to issues relating to gaps in Wells Fargo production and supplementing same (.2). Research issues relating to request to depose counsel (1.6).   Call Mr. Knauer, Trustee, re: notice of deposition and subpoena and conference call with Mr. Knauer and Toner re: same (.4). Draft letter to Mr. Rogers, counsel for Superior, re: notice of deposition and subpoena (1.7). | |
| | | | 3.90  hrs. 310.00  /hr | 1,209.00 |
| 07/07/12 | JDH | | Review and work on letter regarding deposition of S. White. | |
| | | | 0.40  hrs. 390.00  /hr | 156.00 |
| 07/08/12 | STW | | Receive and review Toner's comments to letter to Mr. Rogers, counsel for Superior re: notice of deposition and subpoena (.2).   Review of Ch. 11 plan and disclosure statement (.5). | |
| | | | 0.70  hrs. 310.00  /hr | 217.00 |
| 07/09/12 | JDH | | Finalize letter to J. Rogers regarding request that he withdraw his subpoena to S. White; consider alternatives, privileges information availability. | |
| | | | 0.40  hrs. 390.00  /hr | 156.00 |
| 07/09/12 | JTW | | Communicate with Doug Peters, counsel for Wells Fargo, regarding small gaps in document production. | |
| | | | | 82.50 |
| 07/09/12 | JTW | | Review Wells Fargo production regarding gaps in discovery. | |
| | | | 1.30  hrs. 275.00  /hr | 357.50 |
| 07/09/12 | STW | | Review and revise letter to Mr. Rogers, counsel for Superior, re: subpoena and notice of Deposition (2.5).   Attention to issues relating to Wells Fargo production (.3).   E-mail Mr. Donnellon, counsel for First Bank & Trust, re: contact information for Wells Fargo and protective order (.2). E-mails to/from Ms. Mappes re: Wells Fargo production (.2). E-mail Ms. Mappes copies of Wells Fargo documents (.2). E-mail from Mr. Rogers, counsel for Superior, re: depositions of Trustee and special counsel (.2). Review e-mail from D. Peters, counsel for Wells Fargo, re: gaps in production (.1).   Draft letter to Mr. Rogers, counsel for Superior, re: same (.4). | |
| | | | 4.10  hrs. 310.00  /hr | 1,271.00 |
| 07/11/12 | STW | | Receive and review motion to remove trustee filed by BlueGrass entities and First Bank and Trust and First Bank's renewed objection to employ Baker & Daniels as counsel for Trustee (1.7). Calls to/from Mr.Knauer re: same (.2). E-mails to/from Mr. Rogers, counsel for Superior re: access to Wells Fargo documents and attention to issues relating to access to Wells Fargo documents on Trustee's shared repository and call Ms. Mappes and Mr. Johns re: same (.5). Call from Mr. Toner re: motions to remove trustee and objection to employ B&D (.3). | |
| | | | 2.70  hrs. 310.00  /hr | 837.00 |
| 07/12/12 | JDH | | Read John Rogers' letter regarding subpoena issued to S. White, and his objections to our earlier letter; review Chapter 11 Trustee's Plan and Disclosure Statement; discuss with S. White the response to J. Rogers' letter. | |
| | | | 1.90  hrs. 390.00  /hr | 741.00 |
| 07/12/12 | JTW | | Research scope of attorney client privilege and work product doctrine to evaluate argument that Rubin and Levin are not seeking protected or confidential information. | |
| | | | 2.70  hrs. 275.00  /hr | 742.50 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728 | 00001 | Invoice No. 35410 | Page |
|----------|-------|-------|-------------------|------|

| 07/12/12 | JTW | Review redacted documents produced by Wells Fargo to evaluate when such documents were sent/received (before or after Eastern's receivership and bankruptcy to help determine relevancy) and to evaluate the number and scope of the redactions based on any rationale outside of confidential non-Eastern Livestock customer financial data. | | |
| | | 5.80 hrs. | 275.00 /hr | 1,595.00 |
| 07/12/12 | STW | Attention to redaction of Wells Fargo documents and analyze same (.8). Review e-mail from Mr. Toner to Mr. Rogers, counsel for Superior, re: deposition of Mr. Knauer and special counsel (.1). Receive and review correspondence from Mr. Rogers, counsel for Superior, re: deposition (.4). Attention to documents requested in subpoena duces tecum and identify same (1.2). Continue to review disclosure statement and plan (3.5). | | |
| | | 6.00 hrs. | 310.00 /hr | 1,860.00 |
| 07/13/12 | JDH | Work on response to J. Rogers' letter; think about grounds of deposition, and work on a response to Mr. Rogers' letter; review Chapter 11 Plan and Disclosure Statement. | | |
| | | 1.60 hrs. | 390.00 /hr | 624.00 |
| 07/13/12 | JTW | Draft email to Doug Peters, counsel for Wells Fargo, regarding redacted documents in Wells Fargo's document production to determine whether they created a privilege log for the redacted documents. | | |
| | | 0.20 hrs. | 275.00 /hr | 55.00 |
| 07/13/12 | JTW | Continue to review redacted documents produced by Wells Fargo and draft index to evaluate when such documents were sent/received (before or after Eastern's receivership and bankruptcy to help determine relevancy) and to evaluate the number and scope of the redactions based on any rationale outside of confidential non-Eastern Livestock customer financial data. | | |
| | | 5.70 hrs. | 275.00 /hr | 1,567.50 |
| 07/13/12 | STW | Draft letter to Mr. Rogers, counsel for Superior, re: redaction and confidential markings on Wells Fargo production and privilege log (.3). Attention to issue relating to redactions in Wells Fargo production and assess same (.2). Call Mr. Toner, counsel for Trustee, re: letter from Mr. Rogers and response to same (.3). Call Mr. Carr re: deposition and protective order (.2). Research Superior's claim that Trustee waived privilege by filing of Comments and Adoption of Report (4.4). | | |
| | | 5.40 hrs. | 310.00 /hr | 1,674.00 |
| 07/13/12 | STW | E-mails from Mr. Rogers, counsel for Superior, re: deposition of Mr. Knauer and me. E-mail from Mr. Carr re: draft response to Objections and motion to strike. | | |
| | | 0.30 hrs. | 310.00 /hr | 93.00 |
| 07/16/12 | JDH | Work on subpoena/deposition issues. | | |
| | | 0.80 hrs. | 390.00 /hr | 312.00 |
| 07/16/12 | JTW | Email Doug Peters, counsel for Wells Fargo, regarding document production and specifically discussing documents that Wells Fargo redacted. | | |
| | | 0.10 hrs. | 275.00 /hr | 27.50 |
| 07/16/12 | JTW | Conversation with Doug Peters, counsel for Wells Fargo, regarding Wells Fargo's production in light of request from Superior and other interested parties, specifically regarding the scope of their redactions and whether a privileged log would be produced. | | |
| | | 0.60 hrs. | 275.00 /hr | 165.00 |
| 07/16/12 | STW | Receive and review draft of Trustee's response to Motion to Strike Trustee's Report and objections to same (1.7). E-mails to/from Mr. Toner re: hearing on motions to remove the trustee (.2). Receive and review notice of hearing on motions to remove trustee and reinstated | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**4**

| File No. | 08728 | 00001 | **Invoice No.   35410** | **Page** |

| | | | objection to fee application of Baker & Daniels (.2). E-mails to/from Mr. Toner re: facts relating to maturity of Revolver. Receive notice of deposition and subpoena for J. Knauer and amended notice of deposition and subpoena for S. White (.4). | |
| | | | 2.50 hrs. 310.00 /hr | 775.00 |
| 07/17/12 | JDH | | Prepare for and attend attorney conference regarding Notice of Deposition and Subpoena sent to S. White; confer with Trustee; confer with Baker & Daniels; review various cases on deposition of litigation counsel of a party by adverse counsel. | |
| | | | 3.80 hrs. 390.00 /hr | 1,482.00 |
| 07/17/12 | JDH | | Telephone conference with J. Carr regarding status; telephone conference with J. Knauer; telephone conference with K. Toner regarding status of depositions, and strategy going forward. | |
| | | | 0.90 hrs. 390.00 /hr | 351.00 |
| 07/17/12 | JTW | | Research bankruptcy definition of creditor in order to evaluate Superior's claim that it is a creditor and has standing to depose special counsel | |
| | | | 1.30 hrs. 275.00 /hr | 357.50 |
| 07/17/12 | JTW | | Review redacted documents produced by Wells Fargo in light of Dan Donnellon's assertion that there were documents that he would use in deposing individuals at Wells Fargo or Fifth Third Bank in order to evaluate Donnellon's assertion. | |
| | | | 0.80 hrs. 275.00 /hr | 220.00 |
| 07/17/12 | STW | | E-mail from Mr. Toner, counsel for Trustee, re: First Bank & Trust's objection to retention of Baker & Daniels (.1). Call Mr. Toner re: deposition and plan (.3). Draft brief in support of motion to Quash (4.5). Receive and review Mr. Knauer's letter to US Trustee re: motions for removal (.8). Conference call with Messrs. Donnellon and Rogers re: deposition and subpoena duces tecum (.5). Call with Toner re: same (.3). Call with Mr. Knauer, Trustee, re: same (.2). Call with Mr. Carr re: Same (.2). Research waiver of privilege (1.1). | |
| | | | 8.00 hrs. 310.00 /hr | 2,480.00 |
| 07/18/12 | JDH | | Telephone conference with J. Knauer, K. Toner, et al. regarding depositions requested by Superior, privileges, documents to produce, etc.; telephone conference with J. Rogers, D. Donnellon, L. Delcotto regarding deposition sequence, privileges, etc. | |
| | | | 1.70 hrs. 390.00 /hr | 663.00 |
| 07/18/12 | JDH | | E-mail from J. Rogers regarding J. Knauer to go first on July 27, 2012, with S. White on August 3, 2012. Confer with S. White, and consider scenarios that privileges and waiver will come up in; several e-mails from various parties. | |
| | | | 1.80 hrs. 390.00 /hr | 702.00 |
| 07/18/12 | JTW | | Review redacted documents produced by Wells Fargo in order to evaluate arguments made by Superior regarding the relevancy of such documents. | |
| | | | 3.60 hrs. 275.00 /hr | 990.00 |
| 07/18/12 | STW | | E-mail from Mr. Donnellon, counsel for First Bank, re: depositions (.1). Review joint evidentiary submission of Creditors in support of Motion to Remove Trustee and Renewal of Objection to Application to Employ Baker & Daniels (.3). Receive and review supplemental affidavit of Ms. Lynch (.1). | |
| | | | 0.50 hrs. 310.00 /hr | 155.00 |
| 07/18/12 | STW | | Call with Messrs. Toner, Knauer and Ms. Hall re: deposition of Mr. Knauer and White (.8). Conference call with Messrs. Rogers, Delcotto and Donellon re: same (.9). Research waiver of attorney client privilege (1.2). Attention to Donnellons' claim re: deposition of Wells Fargo based upon late 2010 memos (.5). E-mail from Mr. Rogers, counsel for Superior, re: depositions (.2). E-mail Messrs. Carr, Toner, Hall and Knauer re: same (.2). Call Mr. Knauer re: same (.2). Review proposed disclosure statement and plan (1.7). | |
| | | | 5.70 hrs. 310.00 /hr | 1,767.00 |
| 07/19/12 | JDH | | Commence review/consideration of privileges, and consider strategies of asserting and protecting privileges; review Amended Notices of Deposition of S. White, plus Subpoena; work with S. White regarding document production to comply with Subpoena. | |
| | | | 0.80 hrs. 390.00 /hr | 312.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728 | 00001 | Invoice No.   35410 | | Page |
|---|---|---|---|---|---|

| 07/19/12 | STW | E-mail from Mr. Knauer, Trustee, re: joint submission of evidence in support of motion to remove Trustee and renewed objection to application to employ B&D (.1). Draft section of disclosure statement and plan on equitable subordination (8.5). | | |
|---|---|---|---|---|
| | | 8.60 hrs. | 310.00 /hr | 2,666.00 |
| 07/20/12 | JTW | Email communication with Doug Peters, counsel for Wells Fargo, regarding production of privileged log in order to respond to letter from Superior Bank regarding Wells Fargo's production. | | |
| | | 0.20 hrs. | 275.00 /hr | 55.00 |
| 07/20/12 | STW | Call T. Hall and K. Toner re: plan and disclosure statement (.2). Research issues relating to waiver of privilege (2.8). | | |
| | | 3.00 hrs. | 310.00 /hr | 930.00 |
| 07/22/12 | STW | Review and revise plan and disclosure statement (4.7). E-mails to/from Ms. Hall and Mr. Knauer re: same (.2). | | |
| | | 4.90 hrs. | 310.00 /hr | 1,519.00 |
| 07/23/12 | STW | Meet with Messrs. Carr, Toner and Knauer re: depositions and subpoenas and plan. Review and revise plan. | | |
| | | 5.40 hrs. | 310.00 /hr | 1,674.00 |
| 07/24/12 | STW | Prep for deposition of J. Knauer. | | |
| | | 2.80 hrs. | 310.00 /hr | 868.00 |
| 07/25/12 | JDH | Several e-mails regarding Donnellon, Rogers and responses; meet to discuss deposition preparations for S. White deposition and J. Knauer deposition; review privilege issues, and consider privileges with respect to areas of inquiry. | | |
| | | 3.80 hrs. | 390.00 /hr | 1,482.00 |
| 07/25/12 | JDH | Confer with S. White regarding document review/redaction and privileges; work on disclosure issues in respect of privileges; review privilege law. | | |
| | | 1.60 hrs. | 390.00 /hr | 624.00 |
| 07/25/12 | STW | Meet with J. Knauer and K. Toner re: prep for deposition. | | |
| | | 6.10 hrs. | 310.00 /hr | 1,891.00 |
| 07/26/12 | JDH | Review and reply to e-mails on issues of privilege; review Faegre Baker Daniels Motion for Protective Order; review cases regarding same; begin document review for S. White deposition. | | |
| | | 3.50 hrs. | 390.00 /hr | 1,365.00 |
| 07/26/12 | JTW | Phone call with Doug Peters, counsel for Wells Fargo, regarding Wells Fargo's decision to provide certain documents in unredacted form. | | |
| | | 0.40 hrs. | 275.00 /hr | 110.00 |
| 07/26/12 | STW | Receive and review DSI's documents in connection with Knauer subpoena for purposes of Production (.6).   Review e-mails from Mr. Toner et al re: same (.2). Research waiver of attorney client Privilege (.9).   Receive notice of hearing on disclosure statement (.1). Call from Mr. Toner re: deposition and motion for protective order (.3). Review documents responsive to subpoena (4.0). | | |
| | | 6.10 hrs. | 310.00 /hr | 1,891.00 |
| 07/27/12 | JDH | Review pre-deposition filings; attend deposition of J. Knauer at Rubin & Levin. | | |
| | | 6.50 hrs. | 390.00 /hr | 2,535.00 |
| 07/27/12 | JTW | Locate and print all emails sent to or from Wells Fargo for possible production of such emails. | | |
| | | 0.50 hrs. | 275.00 /hr | 137.50 |
| 07/27/12 | STW | Prepare for and attend deposition of J. Knauer. Receive and review Superior's motion to continue hearing on disclosure statement. | | |
| | | 9.30 hrs. | 310.00 /hr | 2,883.00 |
| 07/29/12 | STW | Prepare for deposition. | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**Page**

**6**

| File No. | 08728 | 00001 | | Invoice No. | 35410 | | |
|----------|-------|-------|---|-------------|-------|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 2.50 hrs. | | 310.00 /hr | 775.00 |
| 07/30/12 | JDH | Work on documents/issues for S. White's deposition on Wednesday. | | | | |
| | | | 1.20 hrs. | | 390.00 /hr | 468.00 |
| 07/30/12 | STW | Review transcript of Knauer's deposition (1.5). Draft motion for protective order. (5.3) E-mail Messrs. Knauer, Toner, Carr et al re: deposition (.2). E-mail Messrs. Rogers and Trapp, counsel for Superior re: deposition (.2). | | | | |
| | | | 7.20 hrs. | | 310.00 /hr | 2,232.00 |
| 07/31/12 | STW | Prepare for deposition (3.6).   Meet with K. Toner re: same (1.5). Meet with JDH re: same (1.5). Draft motion to quash or modify subpoena and notice of deposition (1.2). | | | | |
| | | | 7.80 hrs. | | 310.00 /hr | 2,418.00 |
| 07/31/12 | STW | Receive Bluegrass Entities' joinder in renewed objection to retention of Baker & Daniels and joinder in motion to continue hearing on disclosure statement (.2).   Review First Bank & Trust's motion to continue hearing (.2). | | | | |
| | | | 0.40 hrs. | | 310.00 /hr | 124.00 |

|  | | **Total Fees** | **$55,145.00** |
|---|---|---|---|

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 07/01/12 | Litigation Support Vendors - PACER SERVICE CENTER | 26.70 |
| 07/25/12 | MODERN INFORMATION SOLUTIONS; Litigation Support Vendors | 892.50 |
| 07/31/12 | Photocopy Charges | 1,107.40 |
| 07/31/12 | On-Line Research | 71.24 |
| 07/31/12 | Postage | 0.45 |

| | | |
|---|---|---|
| | **Total Disbursements & Facility Charges** | **$2,098.29** |

| | | |
|---|---|---|
| **Current Charges** | | **$57,243.29** |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | | **$57,243.29** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 32.00 | 390.00 | $12,480.00 |
| WALTON, JUSTIN T | ASSOCIATE | 27.20 | 275.00 | $7,480.00 |
| WHITE, SEAN T. | NE PARTNER | 113.50 | 310.00 | $35,185.00 |
| | | 172.70 | | $55,145.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

Phone: 317-822-4400                     111 Monument Circle . Suite 4400 . P.O. Box 44989                     FEIN 35-2138424
Fax:      317-822-0234                     Indianapolis, IN  46244-0989                     Terms:  Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | **09/04/12** | **Invoice No.** | **35606** |
| **Billed through** | **08/31/12** | **File No.   JDH     08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

### RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE

**FOR PROFESSIONAL SERVICES RENDERED**

| 08/01/12 | JDH | Review Motion to Quash for filing; prepare for and attend deposition of S. White at Faegre Baker Daniels; post-deposition debriefing. | | |
|---|---|---|---|---|
| | | 8.00 hrs. | 390.00 /hr | 3,120.00 |
| 08/01/12 | STW | Prepare for and attend my deposition (7.0)   Call from Kristin re: motion to quash or modify subpoena. (.2). | | |
| | | 7.20 hrs. | 310.00 /hr | 2,232.00 |
| 08/01/12 | STW | Review Creditors' motion to continue hearing on adequacy of disclosure statement. (.2)   Review and revise motion to quash or modify subpoena and brief in support of same. (1.5).   Review order granting motions for expedited hearing on motion to continue hearing on adequacy of disclosure statement and notice of same. (.1)   Review and revise Trustee's response to objections to and motions to strike trustee's report. (1.3) | | |
| | | 3.10 hrs. | 310.00 /hr | 961.00 |
| 08/02/12 | STW | Prepare for continued deposition of Mr. Knauer, including review of transcript. (2.2)   Receive and review renewed objection to Trustee's report and motion to continue hearing on disclosure statement filed by J. Yates. (.3) | | |
| | | 2.50 hrs. | 310.00 /hr | 775.00 |
| 08/02/12 | STW | Receive and briefly review transcript of deposition. (.9).   E-mail and call from Mr. Carr re: Objectors submitting proposed competing plan and e-mail from Ms. Hall re: same. (.2).   Call Messrs. Toner and Knauer re: continued deposition of Knauer. (.2) | | |
| | | 1.30 hrs. | 310.00 /hr | 403.00 |
| 08/03/12 | JDH | Review Superior's objection to our comments, and Motion to Strike; office conference with S. White regarding deposition content; review additional issues on subordination arguments; review Trustee's response to objections to Trustee's report, and Carr's response to objections for comment. | | |
| | | 1.60 hrs. | 390.00 /hr | 624.00 |
| 08/03/12 | STW | Attend continued deposition of J. Knauer. (6.4)   Receive Superior's reply to comments and adoption by Hoover Hull of Trustee's report. (.2)   Receive and review Fifth Third's objection to motion to continue hearing on disclosure statement. (.2) | | |
| | | 6.80 hrs. | 310.00 /hr | 2,108.00 |
| 08/04/12 | JDH | Review Trustee's Response to Motion to Strike filed by Superior, First Bank, et al. | | |
| | | 1.00 hrs. | 390.00 /hr | 390.00 |
| 08/06/12 | JDH | Discuss Trustee's response to objections to our report and his report. | | |
| | | 0.50 hrs. | 390.00 /hr | 195.00 |
| 08/06/12 | STW | Review and revise Trustee's response to objections and motion to strike Trustee' report. (2.6).   E-mails to/from Mr. Toner re: continuance of hearing on disclosure statement. | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**2**

| File No. | 08728 | 00001 | Invoice No.   35606 | Page |
|----------|-------|-------|---------------------|------|

|  |  |  | (.1) |  |
|  |  |  | 2.70 hrs.          310.00 /hr | 837.00 |
| 08/07/12 | STW | | E-mails to/from Mr. Donnellon, counsel for First Bank, and Ms. Hall re: deposition of Ms. Hall. (.2)   Receive minute entry re: hearing on motion to continue hearing on disclosure statement and order. (.1) Draft Trustee's response to objections and motions to strike Trustee's report. (4.3) | |
|  |  |  | 4.60 hrs.          310.00 /hr | 1,426.00 |
| 08/08/12 | STW | | Receive Superior's response to Trustee's motion for protective order. (.3).   Draft Trustee's response to objections to and motion to strike Trustee's report. (3.0) | |
|  |  |  | 3.30 hrs.          310.00 /hr | 1,023.00 |
| 08/09/12 | STW | | E-mails from Ms. Lynch and Mr. Carr re: diverted funds and moneys recovered in bankruptcy. (.2) Receive and review notice re: hearing on Motion to Strike Trustee's Report and notice of continued hearing on Disclosure Statement.   (.1) Draft Trustee's response to Objections and Motion to Strike Trustee's report. (5.0)   Receive Ms. Yates' motion to withdraw. (.1) | |
|  |  |  | 5.40 hrs.          310.00 /hr | 1,674.00 |
| 08/10/12 | STW | | Receive exhibits A and B to proposed plan and review same. (.3)   Receive appearance of J. Clubb for Kentucky Cattlemens Association and motion to remove trustee. (.2)   Draft Trustee's response to objections and motions to strike Trustee's report. (4.6) Review and analyze recent Seventh Cir. Sentinel Management decision. (1.0) | |
|  |  |  | 6.10 hrs.          310.00 /hr | 1,891.00 |
| 08/11/12 | JDH | | Review/revise our briefing on equitable subordination; review Sentinel case. | |
|  |  |  | 1.90 hrs.          390.00 /hr | 741.00 |
| 08/13/12 | JDH | | Comments to S. White on equitable subordination issues; review Faegre Baker Daniels responses to objections. | |
|  |  |  | 0.80 hrs.          390.00 /hr | 312.00 |
| 08/13/12 | STW | | Review and revise Trustee's response to motions to strike and objections to Trustee's report, and Trustee's response to Motions to Remove Trustee and Objection to Employment of Baker & Daniels. (7.1) E-mails to/from and call Ms. Hall re: same. (.3)   Call Mr. Toner re: same. (.2) E-mail from Mr. Toner re: depositions of Superior and assignment of contracts. (.3) | |
|  |  |  | 7.90 hrs.          310.00 /hr | 2,449.00 |
| 08/14/12 | STW | | Calls to/from Ms. Goss re: Motion to Quash. (.2) Review B&D's response to Renewed Objection and Trustee's response to motion to remove trustee. (1.0)   Receive motion to file participation agreement under seal. (.1)   Review Motion of Joint Creditors in Limine and to compel testimony and production of documents. (.2)   Receive notice of hearing on Trustee's motion for protective order. (.1)   Receive notice of hearing on motion to seal document. (.1) | |
|  |  |  | 1.70 hrs.          310.00 /hr | 527.00 |
| 08/15/12 | STW | | Receive notice of hearing on Kentucky Cattlemen's Association motion to remove trustee. (.1) E-mail from Mr. Peters, counsel for Wells Fargo, re: privilege log and e-mail same to Messrs. Toner and Mappes. (.1)   Review and revise Trustee's response to motion in limine and motion to compel. (.9)   Receive Bluegrass's notice of submission of Supplemental Memorandum in Opposition to Trustee's motion for partial summary judgment. (.1) | |
|  |  |  | 1.20 hrs.          310.00 /hr | 372.00 |
| 08/16/12 | STW | | Receive notice of deficient filing on objection to motion to remove trustee.(.1)   Call Mr. Toner re: omnibus hearing, motions, and plan for same. (.7)   Receive and review Trustee's response to motion to compel. (.2)   Receive and review Creditors' response to motion to remove trustee. (.3)   Review reply to Trustee's response to objections and motions to strike Trustee's report. (.4)   Receive notice of hearing on objections to motion to remove trustee, et al. (.1)   Prepare for hearing. (.7). | |
|  |  |  | 2.50 hrs.          310.00 /hr | 775.00 |
| 08/17/12 | STW | | Review submission of letter from Nat'l Cattlemen's Beef Association. (.1).   Receive Superior's response to Motion to Quash. (.3). Prepare for omnibus hearing and hearing on motions. (1.8). Call Mr. Toner, counsel for Trustee, re: same. (.3) E-mails to/from Ms. Goss re: hearing on motion to quash. (.1).   Calls to/from Mr. Rogers and Trapp, counsel for Superior, re: same. (.2)   Research issues relating to deadline to appeal motion to remove trustee. (1.5).   Receive | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**3**

| File No. | 08728 | 00001 | Invoice No.    35606 | Page |
|---|---|---|---|---|

|  |  | and review agenda for omnibus hearing. (.2)   Receive and review First Bank & Trust's reply to objection to motion to remove trustee. (.5). | |
|---|---|---|---|
|  |  | 5.00  hrs.                    310.00  /hr | 1,550.00 |
| 08/18/12 | STW | E-mail from Mr. Rogers, counsel for Superior, re: motion to quash and Superior's position. E-mail Messrs. Carr, Toner, Hall, Knauer et al. | |
|  |  | 0.20  hrs.                    310.00  /hr | 62.00 |
| 08/19/12 | STW | Review First Bank & Trust's reply to Baker & Daniels' response to renewed objection to remove and prepare for hearing on objections and motions to strike Trustee's report, motions to remove trustee and trustee's counsel   (3.6)   Receive and review motion to seal document filed by First Bank & Trust. (.1) | |
|  |  | 3.70  hrs.                    310.00  /hr | 1,147.00 |
| 08/20/12 | STW | Travel to New Albany and attend hearing on motions to strike Trustee's report and objections thereto, motions to remove trustee and Faegre Baker & Daniels. (12.1).   Receive Southeast Livestock Networks' letter in support of motion to remove trustee. (.1)   Receive notice of hearing on motion to quash. (.1) | |
|  |  | 12.30  hrs.                    310.00  /hr | 3,813.00 |
| 08/21/12 | STW | Prepare for (.2) and conference call with Messrs. Knauer, Carr, Toner and Ms. Hall re: hearing and plan/disclosure statement. (1.5)   Draft proposed order on Trustee's report, comments, objections and motion to strike. (.5)   Receive order granting in part and denying in part joint creditors' motion to compel testimony and production of documents. (.1)   Call JDH re: hearing. (.2) | |
|  |  | 2.50  hrs.                    310.00  /hr | 775.00 |
| 08/22/12 | STW | Revise proposed order on Trustee's report and objections to and motions to strike Trustee's report. (1.0)   E-mail same to Messrs. Carr, Knauer, and Toner and Ms. Hall for review and comment. (.1) Receive order granting in part and denying in part Trustee's motion for protective order. (.1) Call Mr. Knauer re: proposed entries. (.1)   Review proposed order denying motions to remove trustee. (.4) | |
|  |  | 1.70  hrs.                    310.00  /hr | 527.00 |
| 08/23/12 | STW | Review and revise entry on Trustee's report, objections and motions to strike; motions to remove trustee and B&D, Trustee's counsel. (2.5)   Call Mr. Toner re: same. (.2) Review e-mails re: extension of time. (.1) Receive Superior's joinder in motions filed by First Bank. (.1) | |
|  |  | 2.90  hrs.                    310.00  /hr | 899.00 |
| 08/24/12 | STW | Review Findings of Fact and Conclusions of Law on Renewed Objection to the Employment of FBD; motion to remove trustee and review and revise entry on Trustee's report and objections and motions to strike same.   (1.8)   Prepare for and participate in Rule 16 conference call with counsel for creditors. (2.0) | |
|  |  | 3.80  hrs.                    310.00  /hr | 1,178.00 |
| 08/27/12 | STW | Review and analyze e-mail from Mr. Rogers, counsel for Superior, re: improvement in position claim.   E-mail from Ms. Hall re: continued Rule 16 conference.   Receive and review minute entry and order. | |
|  |  | 0.60  hrs.                    310.00  /hr | 186.00 |
| 08/27/12 | STW | Review article in IBJ re: motions to remove trustee and Faegre Baker & Daniels. | |
|  |  | 0.30  hrs.                    310.00  /hr | 93.00 |
| 08/28/12 | STW | Receive and review orders granting motion to seal Participation Agreement and Wells Fargo documents | |
|  |  | 0.10  hrs.                    310.00  /hr | 31.00 |
| 08/30/12 | JDH | Consider the mediation of possible claims against Fifth-Third. | |
|  |  | 0.30  hrs.                    390.00  /hr | 117.00 |
| 08/30/12 | STW | Receive and review proposed motion for mandatory mediation and proposed order on same. | |
|  |  | 0.50  hrs.                    310.00  /hr | 155.00 |
| 08/31/12 | STW | Rule 16 Conference call with counsel for creditors.   Call Mr. LaTour re: same.   Attention to issues relating to same.   Review e-mail from Ms. Hall re: mediation proposal. | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**4**

| File No.    08728    00001 | Invoice No.    35606 | Page |
|---|---|---|

| | | 3.40 hrs. | 310.00 /hr | 1,054.00 |
|---|---|---|---|---|
| 08/31/12 | STW | Research issues relating to statute of limitations for claims against Fifth Third (1.5). Receive and review orders denying motions to remove trustee and B&D and order denying motions to strike Trustee's report and overruling objections. (.8). Call Mr. Toner and e-mails to/from Ms. Hall re: same (.2).   Review e-mail from Mr. Donnellon to Mr. Carr re: resolving First Bank & Trust's claim.  (.1) | | |
| | | 2.60 hrs. | 310.00 /hr | 806.00 |

| | **Total Fees** | **$35,228.00** |
|---|---|---|

**DISBURSEMENTS & FACILITY CHARGES**

| 08/23/12 | SEAN T. WHITE; Out of Town Travel TO/FROM NEW ALBANY, IN FOR HEARING | 138.75 |
|---|---|---|
| 08/31/12 | Photocopy Charges | 514.60 |
| 08/31/12 | Telephone Charges | 190.28 |
| 08/31/12 | On-Line Research | 176.64 |

| | **Total Disbursements & Facility Charges** | **$1,020.27** |
|---|---|---|

| | **Current Charges** | **$36,248.27** |
|---|---|---|

| | **PLEASE PAY THIS AMOUNT. . . . . . . . . . . . .** | **$36,248.27** |
|---|---|---|

<u>TIMEKEEPER SUMMARY</u>

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| HOOVER, JOHN DAVID | EQUITY PARTNER | 14.10 | 390.00 | $5,499.00 |
| WHITE, SEAN T. | NE PARTNER | 95.90 | 310.00 | $29,729.00 |
| | | 110.00 | | $35,228.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:    317-822-0234 | Indianapolis, IN  46244-0989 | Terms:  Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | **10/01/12** | **Invoice No.** | | **35644** |
| **Billed through** | **09/30/12** | **File No.   JDH** | **08728** | **00001** |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

RE:   **SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | |
|---|---|---|---|---|---|
| 09/04/12 | STW | Receive notice of deposition for Bluegrass Stockyards et al. (.1)  Review e-mail from Mr. LaTour, counsel for Fifth Third, re: mediation proposal and attention to issues relating to same. (.3) . Conference call with creditor re: mediation. (.6)   Receive and review minute entry from Court re: hearing re: disclosure statement. (.1) | | | |
| | | 1.10  hrs. | 310.00  /hr | | 341.00 |
| 09/05/12 | STW | Receive appearance of Mr. Newbern for Athen Stockyards. (.1).   Conference call with creditors re: Rule 16 conference and mediation. (.5).   Call Mr. Toner re: same and omnibus hearing. (.2)   E-mails re: rescheduling hearing on disclosure statement. (.2).  E-mails re: continuing hearing on motion to quash or modify subpoena. (.1)   Call Messrs. Donnellon and Rogers re: same. (.1)   Review Trustee's proposed motion to compel mediation. (.2)   Review Peoples Bank's objection to disclosure statement. (.2) | | | |
| | | 1.60  hrs. | 310.00  /hr | | 496.00 |
| 09/06/12 | STW | E-mail from Mr. Carr re: recommending Bob Fishman as mediator. (.1)  Call from Mr. Trapp, counsel for Superior, re: continuing hearing on motion to quash. (.1)  E-mails to/from Court and parties re: same. (.1)   Draft agreed motion to continue hearing and proposed order. (.3). Review multiple e-mails and drafts of proposed changes to mediation motion and proposed order. (.4). E-mail from Mr. Carr re: Grant Shipley as mediator. (.1) | | | |
| | | 1.10  hrs. | 310.00  /hr | | 341.00 |
| 09/07/12 | STW | E-mail Messrs. Donnellon, Rogers et al re: extension of time to return transcript and errata sheet.  (.1) E-mail from Mr. Donnellon, counsel for First Bank & Trust, re: mediators and review same. (.1)   Receive and review agenda for omnibus hearing. (.1)   Participate in omnibus hearing by telephone. (1.3).  Rule 16 conference call. (.2)   Receive and review notice of appeal of order denying motions to remove trustee filed by Superior. (.2)   Receive motion to continue hearing and motion for authority to establish deposition protocols and blackline order. (.3).  E-mails to/from Mr. Toner re: notice of appeal and Superior's standing. (.2).E-mail from Mr. Carr re: Mr. Fishman as mediator. (.1)   E-mail from Mr. Fishman, mediator, re: role as mediator and ties to case. (.1) | | | |
| | | 2.70  hrs. | 310.00  /hr | | 837.00 |
| 09/10/12 | STW | E-mail from Mr. Fishman, mediator, re: mediation. | | | |
| | | 0.10  hrs. | 310.00  /hr | | 31.00 |
| 09/13/12 | STW | Receive notices of appeal from First Bank & Trust and Bluegrass.   Receive First Bank's withdrawal of document. | | | |
| | | 0.20  hrs. | 310.00  /hr | | 62.00 |
| 09/14/12 | STW | Receive orders from court re: moot issues re: motion to seal document et al (.1).  Receive notice of appeal filed by Mr. Newbern on behalf of his clients (.1).   Review deposition transcript and complete errata sheet (1.7). | | | |
| | | 1.90  hrs. | 310.00  /hr | | 589.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**2**

| File No.   08728  00001 | Invoice No.   35644 | Page |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 09/17/12 | STW | Receive order continuing hearing on disclosure statement and order establishing mediation protocols. Receive Trustee's complaint v. First Bank & Trust. | | | |
| | | | 0.20  hrs. | 310.00 /hr | 62.00 |
| 09/18/12 | STW | Research statute of limitations for equitable subordination. | | | |
| | | | 1.30  hrs. | 310.00 /hr | 403.00 |
| 09/19/12 | STW | E-mail to Ms. Hall re: conference call with mediator (.1).   Call Mr. Toner re: conference call with mediator and status of matter (.3).   Receive and review Superior's designation of items and statement of issues on appeal (.3) | | | |
| | | | 0.70  hrs. | 310.00 /hr | 217.00 |
| 09/20/12 | STW | Conference call with mediator, Mr. Fishman and counsel for creditors. | | | |
| | | | 1.00  hrs. | 310.00 /hr | 310.00 |
| 09/21/12 | STW | Receive and review application to employ Mr Fishman as mediator. (.1)   Conference call with mediator, Trustee, and counsel for Trustee. (1.5)  E-mail from parties re: participants in mediation. (.2) | | | |
| | | | 1.80  hrs. | 310.00 /hr | 558.00 |
| 09/24/12 | STW | Receive order on application to employ Mr. Fishman as mediator. Receive notice of First Bank filing unredacted reply in support of motion to remove trustee. | | | |
| | | | 0.20  hrs. | 310.00 /hr | 62.00 |
| 09/25/12 | STW | E-mail from Mr. Peters, counsel for Wells Fargo, re: exhibits to Rule 2004 exams.  (.1)   Call Mr. Peters re: same. (.2) Call Mr. Toner, counsel for Trustee, re: same. (.3)   Call Mr. Knauer, Trustee, re:mediation. (.2) | | | |
| | | | 0.80  hrs. | 310.00 /hr | 248.00 |
| 09/27/12 | STW | Review First Bank and Trust and Bluegrass' designation of record and statement of issues on appeal.   Call Mr. Toner re: same and mediation   Call Mr. Knauer re: mediation. | | | |
| | | | 0.50  hrs. | 310.00 /hr | 155.00 |
| 09/28/12 | STW | Receive and review Ala. Livestock Auction et all designation of items for appeal and statement of issues. | | | |
| | | | 0.30  hrs. | 310.00 /hr | 93.00 |
| | | | | **Total Fees** | **$4,805.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 09/01/12 | Litigation Support Vendors - PACERS SERVICES CENTER | 0.50 |
| 09/01/12 | Litigation Support Vendors - PACERS SERVICES CENTER | 6.00 |
| 09/01/12 | Litigation Support Vendors - PACERS SERVICES CENTER | 22.80 |
| 09/01/12 | Litigation Support Vendors - PACERS SERVICES CENTER | 0.90 |
| 09/30/12 | Photocopy Charges | 55.40 |
| 09/30/12 | On-Line Research | 55.14 |
| | **Total Disbursements & Facility Charges** | **$140.74** |

| | |
|---|---|
| **Current Charges** | **$4,945.74** |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | **$4,945.74** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 15.50 | 310.00 | $4,805.00 |
| | | 15.50 | | $4,805.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

### Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:      317-822-0234 | Indianapolis, IN   46244-0989 | Terms:  Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | **11/01/12** | **Invoice No.** | | **35818** |
| **Billed through** | **10/31/12** | **File No.**   JDH | 08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:   SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/12 | STW | Review and revise mediation statement  (.8)  E-mail to Ms. Hall and Messr. Carr, Toner and Knauer re: same.  (.3)   Receive and review mediation statement of Texas Interpleader Plaintiffs, Superior, and Fifth Third, First Bank and Blue Grass (1.5). | | | |
| | | | 2.60  hrs. | 310.00 /hr | 806.00 |
| 10/02/12 | STW | Continue to review parties' mediation statements | | | |
| | | | 1.60  hrs. | 310.00 /hr | 496.00 |
| 10/03/12 | STW | Call Mr. Knauer, Trustee, re: mediation.  Call Ms. Hall re: same. | | | |
| | | | 0.30  hrs. | 310.00 /hr | 93.00 |
| 10/04/12 | STW | Call from Mr. Toner, counsel for Trustee, re: mediation. (.1)  Prepare for mediation. (1.6) | | | |
| | | | 1.70  hrs. | 310.00 /hr | 527.00 |
| 10/05/12 | STW | Call Mr. Toner, counsel for Trustee, re: mediation. (.1)   Receive and review transmittal of appeal to U.S. District Court. (.1) | | | |
| | | | 0.20  hrs. | 310.00 /hr | 62.00 |
| 10/06/12 | STW | E-mails to/from Mr. Fishman, mediator, re: conference call. (.2)   Calls to/from Mr. Knauer re: mediation. (.3) | | | |
| | | | 0.50  hrs. | 310.00 /hr | 155.00 |
| 10/08/12 | STW | Prepare for conference call with Mr. Fishman, mediator, and mediation. (2.7).   Conference call with Messrs. Fishman and Radtke, mediators, (.9)  Call Mr. Carr re: same. (.2)   Call Mr. Knauer regarding same.  (.1)   Receive and review First Bank's withdrawal of motion for authority and objection. (.1) | | | |
| | | | 4.00  hrs. | 310.00 /hr | 1,240.00 |
| 10/09/12 | STW | Travel to Louisville and attend mediation of the reasonableness of Trustee's settlement with Fifth Third as described in the plan and disclosure statement. | | | |
| | | | 15.10  hrs. | 310.00 /hr | 4,681.00 |
| 10/10/12 | STW | Attend mediation of the reasonableness of the Trustee's settlement with Fifth Third as described in the plan and disclosure statement and return to Indianapolis | | | |
| | | | 13.60  hrs. | 310.00 /hr | 4,216.00 |
| 10/11/12 | STW | E-mail from Mr. Carr forwarding e-mail from Mr. Ames, counsel for Superior, re: settlement. Meet with JDH re: mediation and hearing on disclosure statement. | | | |
| | | | 0.40  hrs. | 310.00 /hr | 124.00 |
| 10/12/12 | STW | Call Mr. Toner re: hearing on disclosure statement. | | | |
| | | | 0.30  hrs. | 310.00 /hr | 93.00 |
| 10/15/12 | STW | Receive and review Objections to disclosure statement from Superior, Joplin and Peoples Bank. (.7) E-mails to/from Mr. Knauer re: hearing on disclosure statement. (.1) E-mail from | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| **File No.** | **08728 00001** | **Invoice No.   35818** | **Page** |
|---|---|---|---|

|  |  | Mr. Toner re: same. (.1)  Receive and review motion for certification, brief in support, and motion for enlargement of time to file appellate brief. (.5) |  |
|  |  | 1.40  hrs.                           310.00  /hr | 434.00 |
| 10/16/12 | STW | Receive e-mails from Ms. Matthews re: filing issue by Mr. Trapp and Mr. Rogers and proposed order. (.1)   Receive submission of signature requirement from Mr. Rogers.  (.1)   Call from Ms. Hall re: hearing on disclosure statement. (.2)   Call Mr. Rogers, counsel for Superior, re: hearing on motion to quash. (.1).   Draft motion to continue hearing on motion to quash and proposed order. (.2) |  |
|  |  | 0.70  hrs.                           310.00  /hr | 217.00 |
| 10/17/12 | STW | Receive and review Objection to Disclosure statement filed by Alabama Livestock Auction et al. (.2)  E-mails to/from Court re: agreed motion to continue hearing on motion to quash. (.1) |  |
|  |  | 0.30  hrs.                           310.00  /hr | 93.00 |
| 10/18/12 | STW | Receive and review motion to continue hearing on disclosure statement and order granting same. (.1)   Receive agenda for Friday omnibus hearing. (.1) |  |
|  |  | 0.20  hrs.                           310.00  /hr | 62.00 |
| 10/19/12 | STW | Receive notice of appeal filed by BlueGrass et al and transmittal to bankruptcy court. |  |
|  |  | 0.10  hrs.                           310.00  /hr | 31.00 |
| 10/19/12 | STW | Receive minute entry re: omnibus hearing and order granting agreed motion to continue hearing on motion to quash. (.1) |  |
|  |  | 0.10  hrs.                           310.00  /hr | 31.00 |
| 10/22/12 | STW | E-mail from Ms. Hall re: fees and expenses.   Attention to issues relating to same and call Ms. Hall re: same. |  |
|  |  | 0.30  hrs.                           310.00  /hr | 93.00 |
| 10/23/12 | STW | Attention to outstanding fees and expenses and estimate same for Ms. Hall.  (.3) E-mail Ms. Hall re: same. (.2)   Receive Trustee's and Superior's joint motion to suspend deadlines pending settlement.  (.1) Receive multiple e-mails relating to First Bank & Trust's appeal of denial of motion to remove trustee. (.1) Receive and review e-mail from District Court re: appeals. (.1) |  |
|  |  | 0.80  hrs.                           310.00  /hr | 248.00 |
| 10/24/12 | STW | Receive multiple e-mails re: Alabama Livestock's appeal of denial of motion to remove trustee. (.1)   Receive order reassigning Alabama Livestock appeal to Judge Pratt.  (.1) Receive order granting Ms. Adams' motion to appear pro hac vice. (.1) Receive Bluegrass' motion for extension of time to file appellants' brief. (.1) Receive order suspending deadlines in Superior appeal pending settlement. (.1) |  |
|  |  | 0.50  hrs.                           310.00  /hr | 155.00 |
| 10/25/12 | STW | Receive notice reassigning Bluegrass and First Bank and Trust's appeals of order denying motion to remove Trustee to Judge Pratt. (.1) Receive motion to consolidate cases filed by Trustee and notices of filing same. (.1) |  |
|  |  | 0.20  hrs.                           310.00  /hr | 62.00 |
| 10/26/12 | STW | Receive order granting Bluegrass' Motion for Enlargement of time to file Appellants' brief in appeal of denial of motion to remove trustee (.1) and Trustee's motion for enlargement of time to file brief in reply to supplemental responses to Trustee's motion for partial summary judgment regarding statutory trust and clearing agency issues. (.1) Receive and review amended chapter 11 plan and disclosure statement. (1.4) |  |
|  |  | 1.60  hrs.                           310.00  /hr | 496.00 |
| 10/29/12 | STW | Receive and review notice of agenda for disclosure statement hearing.  (.1) Receive and review Fifth Third's response in opposition to Objections to Disclosure Statement.  (.2) Receive and review Peoples Bank's withdrawal of objection to disclosure statement. (.1) Receive and review Trustee's response to objections to disclosure statement. (.3) |  |
|  |  | 0.70  hrs.                           310.00  /hr | 217.00 |
| 10/30/12 | STW | Receive notice of amended agenda for hearing on Amended Disclosure Statement. (.1)   Call Mr. Knauer and Ms. Hall re: same. (.2)   Attend hearing on amended disclosure statement by phone.  (1.0)   Receive and review motion to approve compromise between ELC and First Bank. (.2) |  |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

**3**

| File No.    08728    00001 | Invoice No.    35818 | Page |
|---|---|---|

|  |  | 1.50  hrs. | 310.00  /hr | 465.00 |
|---|---|---|---|---|
| 10/31/12 | STW | Receive Superior's motion to suspend consideration and briefing of motion to consolidate. Receive motion to shorten notice on motion to approve compromise between Trustee and First Bank and order granting same. | | |
|  |  | 0.20  hrs. | 310.00  /hr | 62.00 |
|  |  |  | **Total Fees** | **$15,159.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| 10/01/12 | Litigation Support Vendors - PACER SERVICE CENTER | 1.00 |
|---|---|---|
| 10/01/12 | Litigation Support Vendors - PACER SERVICE CENTER | 0.80 |
| 10/01/12 | Litigation Support Vendors - PACER SERVICE CENTER | 2.00 |
| 10/15/12 | SEAN T. WHITE; Out of Town Travel TO/FROM LOUISVILLE, KY ON 10/09/12 - 10/10/12 | 356.65 |
| 10/31/12 | Photocopy Charges | 229.00 |
| 10/31/12 | On-Line Research | 41.26 |
|  | **Total Disbursements & Facility Charges** | **$630.71** |

|  | Current Charges | **$15,789.71** |
|---|---|---|
|  | **PLEASE PAY THIS AMOUNT. . . . . . . . . . . . .** | **$15,789.71** |

<u>TIMEKEEPER SUMMARY</u>

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 48.90 | 310.00 | $15,159.00 |
|  |  | 48.90 |  | $15,159.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**