# EXHIBIT B

November 20, 2012
ACCOUNT NO: 110034-50M
INVOICE NO: 4

re: Website

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of __/__/__.
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
   (Trust is not automatically disbursed)
Other Comments_____

_____

|            |     |                        | Rate   | HOURS |    |
|------------|-----|------------------------|--------|-------|----|
| 10/03/2011 | HNS | Website updates.       | 115.00 | 2.50  | 62 |
| 10/06/2011 | HNS | Website updates.       | 115.00 | 1.00  | 63 |
| 10/07/2011 | HNS | Detailed website work. | 115.00 | 6.00  | 64 |
| 10/10/2011 | HNS | Website updates.       | 115.00 | 1.70  | 65 |
| 10/17/2011 | HNS | Website updates.       | 115.00 | 1.50  | 67 |
| 10/18/2011 | HNS | Website updates.       | 115.00 | 2.00  | 68 |
| 10/19/2011 | HNS | Website updates.       | 115.00 | 1.20  | 69 |
| 10/20/2011 | HNS | Website updates.       | 115.00 | 2.00  | 70 |
| 10/21/2011 | HNS | Website work.          | 115.00 | 1.00  | 71 |
| 10/24/2011 | HNS | Website updates.       | 115.00 | 1.50  | 72 |
| 10/25/2011 | HNS | Website updates.       | 115.00 | 1.50  | 73 |

November 20, 2012
ACCOUNT NO: 110034-50M
INVOICE NO: 4

re: Website

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 10/26/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 1.50 | 74 |
| 10/27/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 2.00 | 75 |
| 10/31/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 2.50 | 76 |
| 11/01/2011 |  |  |  |  |  |
|  | HNS | Website work. | 115.00 | 3.00 | 91 |
| 11/04/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 3.00 | 92 |
| 11/07/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 3.00 | 93 |
| 11/08/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 2.00 | 94 |
| 11/09/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 1.00 | 95 |
| 11/14/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 1.50 | 96 |
| 11/15/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 3.00 | 97 |
| 11/16/2011 |  |  |  |  |  |
|  | HNS | Website/Blog update. | 115.00 | 2.00 | 98 |
| 11/17/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 1.70 | 99 |
| 11/18/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 3.00 | 100 |
| 11/21/2011 |  |  |  |  |  |
|  | HNS | Blog and website updates. | 115.00 | 2.50 | 101 |
| 11/22/2011 |  |  |  |  |  |
|  | HNS | Website updates with pleadings as well as additional last minute call information. | 115.00 | 3.00 | 102 |
| 11/23/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 2.00 | 103 |
| 11/28/2011 |  |  |  |  |  |
|  | HNS | Website updates. | 115.00 | 2.70 | 104 |
| 11/29/2011 |  |  |  |  |  |
|  | HNS | Website updates (issues with program, half charge). | 115.00 | 2.50 | 105 |

re: Website

|            |     |                    | Rate   | HOURS |     |
|------------|-----|--------------------|--------|-------|-----|
| 11/30/2011 | HNS | Website updates.   | 115.00 | 2.00  | 106 |
| 12/01/2011 | HNS | Website updates.   | 115.00 | 1.00  | 107 |
| 12/02/2011 | HNS | Website work.      | 115.00 | 1.00  | 108 |
| 12/05/2011 | HNS | Website updates.   | 115.00 | 0.50  | 109 |
| 12/06/2011 | HNS | Website updates.   | 115.00 | 2.00  | 110 |
| 12/07/2011 | HNS | Website updates.   | 115.00 | 2.00  | 111 |
| 12/08/2011 | HNS | Website updates.   | 115.00 | 2.00  | 112 |
| 12/09/2011 | HNS | Website updates.   | 115.00 | 2.00  | 113 |
| 12/12/2011 | HNS | Website updates.   | 115.00 | 2.00  | 114 |
| 12/13/2011 | HNS | Website work.      | 115.00 | 1.50  | 115 |
| 12/14/2011 | HNS | Website updates.   | 115.00 | 2.00  | 116 |
| 12/15/2011 | HNS | Website updates.   | 115.00 | 2.00  | 117 |
| 12/16/2011 | HNS | Website updates.   | 115.00 | 2.00  | 118 |
| 12/20/2011 | HNS | Website updates.   | 115.00 | 2.50  | 119 |
| 12/21/2011 | HNS | Website work.      | 115.00 | 0.80  | 120 |
| 12/23/2011 | HNS | Website updates.   | 115.00 | 2.00  | 121 |
| 12/28/2011 | HNS | Website updates.   | 115.00 | 1.00  | 122 |
| 12/29/2011 | HNS | Website updates.   | 115.00 | 1.00  | 123 |

re: Website

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 01/03/2012 | HNS | Website updates. | 115.00 | 1.00 | 124 |
| 01/05/2012 | HNS | Website update. | 115.00 | 2.00 | 125 |
| 01/06/2012 | HNS | Website updates. | 115.00 | 1.00 | 126 |
| 01/10/2012 | HNS | Website updates. | 115.00 | 1.00 | 127 |
| 01/11/2012 | HNS | Website updates. | 115.00 | 3.00 | 128 |
| 01/12/2012 | HNS | Website updates. | 115.00 | 2.00 | 129 |
| 01/13/2012 | HNS | Website updates. | 115.00 | 2.70 | 130 |
| 01/17/2012 | HNS | Website updates. | 115.00 | 1.00 | 131 |
| 01/19/2012 | HNS | Website update. | 115.00 | 1.00 | 132 |
| 01/23/2012 | HNS | Website updates. | 115.00 | 1.00 | 133 |
| 01/24/2012 | HNS | Website updates | 115.00 | 1.50 | 134 |
| 01/25/2012 | HNS | Website updates. | 115.00 | 3.00 | 135 |
| 01/31/2012 | HNS | Website updates. | 115.00 | 3.00 | 137 |
| 02/01/2012 | HNS | Blog updates; website updates. | 115.00 | 2.50 | 153 |
| 02/02/2012 | HNS | Blog update; website updates; review and monitor site. | 115.00 | 1.50 | 154 |
| 02/03/2012 | HNS | Website updates; monitor site. | 115.00 | 2.50 | 155 |
| 02/06/2012 | HNS | Website updates. | 115.00 | 3.00 | 156 |
| 02/09/2012 | HNS | Website updates. | 115.00 | 3.00 | 157 |

re: Website

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 02/10/2012 | HNS | Website updates. | 115.00 | 2.00 | 158 |
| 02/13/2012 | HNS | Blog update; review site for comments/form entries. | 115.00 | 1.00 | 159 |
| 02/14/2012 | HNS | Website work. | 115.00 | 2.00 | 160 |
| 02/15/2012 | HNS | Website updates. | 115.00 | 1.50 | 161 |
| 02/16/2012 | HNS | E-mail correspondence with T. Hall regarding blog posting; review and post same. | 115.00 | 0.60 | 162 |
| | HNS | Update site; monitor same. | 115.00 | 1.00 | 163 |
| 02/17/2012 | HNS | Website updates. | 115.00 | 2.00 | 164 |
| 02/21/2012 | HNS | Website updates; monitor site. | 115.00 | 2.00 | 165 |
| 02/22/2012 | HNS | Website updates. | 115.00 | 2.00 | 166 |
| 02/23/2012 | HNS | Website updates. | 115.00 | 2.00 | 167 |
| 02/24/2012 | HNS | Website updates. | 115.00 | 1.50 | 168 |
| 02/28/2012 | HNS | Website updates. | 115.00 | 2.20 | 169 |
| 02/29/2012 | HNS | Website updates; e-mail to J. Knauer regarding blog comment. | 115.00 | 1.50 | 170 |
| 03/01/2012 | HNS | Website updates; e-mail to J. Knauer regarding another blog comment. | 115.00 | 1.50 | 138 |
| 03/02/2012 | HNS | Website updates. | 115.00 | 1.50 | 139 |
| 03/06/2012 | HNS | Website updates. | 115.00 | 3.50 | 140 |
| 03/07/2012 | HNS | Website updates and monitoring. | 115.00 | 2.50 | 141 |
| 03/09/2012 | HNS | Website updates and monitor site. | 115.00 | 3.50 | 142 |

re: Website

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 03/14/2012 | HNS | Website updates and monitor same. | 115.00 | 3.00 | 143 |
| 03/15/2012 | HNS | Website updates and monitor site. | 115.00 | 4.00 | 144 |
| 03/20/2012 | HNS | Website updates and monitor same. | 115.00 | 2.00 | 145 |
| 03/21/2012 | HNS | Numerous website updates. | 115.00 | 2.00 | 146 |
| 03/22/2012 | HNS | Website updates and monitor same. | 115.00 | 1.50 | 147 |
| 03/23/2012 | HNS | Website updates and monitor site. | 115.00 | 2.20 | 148 |
| 03/27/2012 | HNS | Website updates; monitor site. | 115.00 | 3.00 | 149 |
| 03/28/2012 | HNS | Website updates; monitor site. | 115.00 | 2.50 | 150 |
| 03/29/2012 | HNS | Website updates; monitor site. | 115.00 | 3.00 | 151 |
| 03/30/2012 | HNS | Website updates; monitor site. | 115.00 | 2.50 | 152 |
| 04/03/2012 | HNS | Numerous website updates. | 115.00 | 3.00 | 171 |
| 04/05/2012 | HNS | Website updates; monitor site; e-mail to J. Knauer. | 115.00 | 1.00 | 172 |
| 04/06/2012 | HNS | Website updates; monitor site. | 115.00 | 1.50 | 173 |
| 04/10/2012 | HNS | Update and monitor site. | 115.00 | 2.50 | 174 |
| 04/12/2012 | HNS | Monitor and update website. | 115.00 | 2.00 | 175 |
| 04/17/2012 | HNS | Website updates; monitor site. | 115.00 | 1.50 | 176 |
| 04/18/2012 | HNS | Website updates; monitor site. | 115.00 | 1.50 | 177 |
| 04/19/2012 | HNS | Website updates; monitor site. | 115.00 | 1.00 | 178 |

Eastern Livestock Bankruptcy November 20, 2012
ACCOUNT NO: 110034-50M
INVOICE NO: 4

re: Website

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 04/25/2012 | HNS | Monitor and update website. | 115.00 | 2.00 | 179 |
| 04/26/2012 | HNS | Monitor and update website. | 115.00 | 1.50 | 180 |
| 04/27/2012 | HNS | Monitor and update website. | 115.00 | 1.00 | 181 |
| 05/08/2012 | HNS | Monitor and update site. | 115.00 | 1.50 | 195 |
| 05/10/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 196 |
| 05/11/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 197 |
| 05/16/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 198 |
| 05/17/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 199 |
| 05/18/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 200 |
| 05/23/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 201 |
| 05/24/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 202 |
| 05/25/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 203 |
| 05/29/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 204 |
| 05/30/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 205 |
| 05/31/2012 | HNS | Website update and monitor same; e-mail to J. Knauer regarding recent contact; conference with J. Knauer regarding the same. | 115.00 | 1.30 | 207 |
| 06/05/2012 | HNS | Monitor and update site; conference with J. Knauer regarding placement of adversary preference cases on site. | 115.00 | 1.30 | 182 |
| 06/06/2012 | HNS | Update and monitor site. | 115.00 | 1.50 | 183 |

Eastern Livestock Bankruptcy
November 20, 2012
ACCOUNT NO:      110034-50M
INVOICE NO:             4

re: Website

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 06/07/2012 | HNS | Monitor and update site. | 115.00 | 2.00 | 184 |
| 06/12/2012 | HNS | Monitor and update site. | 115.00 | 2.00 | 185 |
| 06/13/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 186 |
| 06/14/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 187 |
| 06/15/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 188 |
| 06/20/2012 | HNS | Monitor and update site. | 115.00 | 1.50 | 189 |
| 06/22/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 190 |
| 06/26/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 191 |
| 06/27/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 192 |
| 06/28/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 193 |
| 06/29/2012 | HNS | E-mail to J. Knauer regarding article. Monitor and update site. | 115.00 | 1.20 | 194 |
| 07/03/2012 | HNS | Monitor and update website. | 115.00 | 1.00 | 208 |
| 07/05/2012 | HNS | Monitor website, blog entry and upload order. | 115.00 | 0.60 | 209 |
| 07/10/2012 | HNS | Website updates and monitor same. | 115.00 | 1.50 | 210 |
| 07/11/2012 | HNS | Monitor and update website. | 115.00 | 1.00 | 211 |
| 07/12/2012 | HNS | Monitor and update website. | 115.00 | 1.50 | 212 |
| 07/13/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 213 |
| 07/24/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | 214 |

re: Website

| Date | | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 07/25/2012 | HNS | Website updates - monitor same. | 115.00 | 1.00 | | 215 |
| 07/26/2012 | HNS | Website updates monitor same. | 115.00 | 1.00 | | 216 |
| 07/31/2012 | HNS | Website contact form; e-mail same to J. Knauer. | 115.00 | 0.20 | | 217 |
| 08/02/2012 | HNS | Website updates and monitoring. | 115.00 | 1.80 | | 218 |
| 08/03/2012 | HNS | Website updates and monitor same. | 115.00 | 2.00 | | 219 |
| 08/07/2012 | HNS | Monitor and update Trustee's website. | 115.00 | 2.50 | | 220 |
| 08/08/2012 | HNS | Website updates and monitor same. | 115.00 | 1.50 | | 221 |
| 08/10/2012 | HNS | Website updates and monitor same. | 115.00 | 1.00 | | 222 |
| 08/15/2012 | HNS | Website update and monitor same; review and upload Trustee's blog. | 115.00 | 1.50 | | 223 |
| 08/16/2012 | HNS | Monitor and update Trustee's site. | 115.00 | 1.00 | | 224 |
| 08/17/2012 | HNS | Website updates and monitor same. | 115.00 | 2.50 | | 225 |
| 08/21/2012 | HNS | Monitor and update website. | 115.00 | 1.50 | | 226 |
| 08/22/2012 | HNS | Website updates and monitor same. | 115.00 | 1.50 | | 227 |
| 08/23/2012 | HNS | Monitor and update site. | 115.00 | 0.50 | | 228 |
| 08/24/2012 | HNS | Website updates and monitor same. | 115.00 | 1.00 | | 229 |
| 08/27/2012 | HNS | Monitor and update site. | 115.00 | 1.00 | | 230 |
| | | Heather N. Schuyler | | 265.20 | 30,498.00 | |
| 09/18/2012 | TJF | Updated website. | 115.00 | 1.00 | | 233 |

Eastern Livestock Bankruptcy

November 20, 2012
ACCOUNT NO: 110034-50M
INVOICE NO: 4

re: Website

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 09/19/2012 | TJF | Updated website | 115.00 | 2.00 | 231 |
| 09/20/2012 | TJF | Updated website. | 115.00 | 1.00 | 232 |
| 09/24/2012 | TJF | Updated website. | 115.00 | 1.50 | 234 |
| 09/25/2012 | TJF | Updated website. | 115.00 | 1.90 | 235 |
| 09/26/2012 | TJF | Update website | 115.00 | 0.90 | 237 |
| 09/27/2012 | TJF | Updated website. | 115.00 | 0.50 | 236 |
| 10/01/2012 | TJF | Updated website and monitored same. | 115.00 | 1.50 | 238 |
| 10/08/2012 | TJF | Update website with recently filed pleadings; monitor Twitter posts and stories concerning Eastern Livestock bankruptcy. | 115.00 | 1.00 | 239 |
| 10/10/2012 | TJF | Updated website. | 115.00 | 0.50 | 240 |
| 10/11/2012 | TJF | Updated website and monitor of same and Twitter. | 115.00 | 1.50 | 241 |
| 10/15/2012 | TJF | Updated website. | 115.00 | 0.70 | 242 |
| 10/16/2012 | TJF | Updated website. | 115.00 | 1.00 | 243 |
| 10/17/2012 | TJF | Updated website. | 115.00 | 0.80 | 244 |
| 10/23/2012 | TJF | Updated website. | 115.00 | 1.50 | 245 |
| 10/24/2012 | TJF | Updated website. | 115.00 | 0.70 | 246 |
| 10/29/2012 | TJF | Updated website | 115.00 | 0.70 | 247 |
| 10/31/2012 | TJF | Updated website | 115.00 | 1.00 | 248 |
|  | Tammy J. Froelich |  |  | 19.70 | 2,265.50 |

Eastern Livestock Bankruptcy
November 20, 2012
ACCOUNT NO:    110034-50M
INVOICE NO:           4

re: Website

|  | Rate | HOURS |  |
|---|---|---|---|
| FOR CURRENT SERVICES RENDERED | 284.90 | 32,763.50 |  |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Heather N. Schuyler | 265.20 | $115.00 | $30,498.00 |
| Tammy J. Froelich | 19.70 | 115.00 | 2,265.50 |

| | |
|---|---|
| Reproduction of documents | 9.60 |
| Telecommunication charges | 271.03 |
| TOTAL EXPENSES THRU 10/31/2012 | 280.63 |

| Date | Description | Amount | |
|---|---|---|---|
| 11/30/2011 | Overnight mail | 13.06 | 33 |
| 01/11/2012 | Overnight mail | 13.79 | 34 |
| 01/27/2012 | INTUIT QB Online | 42.75 | 38 |
| 02/04/2012 | INTUIT QB Online | 37.34 | 36 |
| 02/04/2012 | INTUIT QB Online | 40.55 | 37 |
| 02/06/2012 | Overnight mail FEDERAL EXPRESS | 15.47 | 35 |
| 02/27/2012 | INTUIT QB Online | 42.75 | 43 |
| 03/02/2012 | INTUIT QB Online | 40.55 | 39 |
| 04/27/2012 | INTUIT QB Online | 42.75 | 42 |
| | TOTAL ADVANCES | 289.01 | |
| | TOTAL CURRENT WORK THIS STATEMENT | 33,333.14 | |
| | PREVIOUS BALANCE | $15,364.00 | |
| 12/27/2011 | Payment--Thank you | -15,364.00 | 2 |
| | BALANCE DUE | $33,333.14 | |