UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## NOTICE OF HEARING

The *Second Interim Application Of Hoover Hull LLP For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* (Docket #1555) was filed with the Clerk of this Court by Hoover Hull LLP on November 21, 2012.

Movant seeks allowance of $437,214.50 in compensation and $39,043.16 for out-of-pocket expenses during the period September 1, 2011 through October 31, 2012.

NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Application must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before December 12, 2012. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, IN  47150

The objecting party must ensure delivery of the objection to the party filing the Application.  **If an objection is NOT timely filed, the requested relief may be granted.**

The Court will hold a hearing on the Application on:

Date: December 17, 2012
Time: 10:00 a.m. EST
Place: 121 W. Spring Street, Room 103, New Albany, Indiana

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

A copy of the Application is available on the Bankruptcy Court's PACER site at http://pacer.insb.uscourts.gov, or on the Trustee's blog at 222.easternlivestockbkinfo.com, or on

the noticing agent's website at www.bmcgroup.com/easternlivestock, or by contacting Sean T. White, at swhite@hooverhull.com or via telephone at 317-822-4400.

Dated:  November 21, 2012　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ *Sean T. White*
　　　　　　　　　　　　　　　　　　　John David Hoover (#7945-49)
　　　　　　　　　　　　　　　　　　　jdhoover@hooverhull.com
　　　　　　　　　　　　　　　　　　　Sean T. White (#20428-49)
　　　　　　　　　　　　　　　　　　　swhite@hooverhull.com
　　　　　　　　　　　　　　　　　　　Hoover Hull LLP
　　　　　　　　　　　　　　　　　　　111 Monument Circle, Suite 4400
　　　　　　　　　　　　　　　　　　　P.O. Box 44989
　　　　　　　　　　　　　　　　　　　Indianapolis, IN  46244-0989
　　　　　　　　　　　　　　　　　　　Telephone: (317) 822-4400
　　　　　　　　　　　　　　　　　　　Facsimile: (317) 822-0234
　　　　　　　　　　　　　　　　　　　Special Counsel for James A. Knauer, Chapter 11 Trustee

641868_1/8728-1