**SO ORDERED: November 26, 2012.**



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

SGENERIC (rev 05/2012)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                Case No. **10−93904−BHL−11**
           Debtor(s).

## ORDER

A(n) Agreed Entry was filed with the Clerk of Court on November 9, 2012, by Creditor Blue Grass Stockyards, LLC.

**IT IS ORDERED** that the Agreed Entry is **APPROVED**.

The Clerk's Office will distribute this order.

###