Exhibit B

# Proforma Worksheet - Single

Period: January 1, 1900 - October 31, 2012
Process Date: November 1, 2012

| | | | | |
|---|---|---|---|---|
| Client-Billing Manager | J.M. Carr | | Page Number | Page 1 of 4 |
| TK#/ Flr/Loc | 10771/26/Indianapolis | | Proforma # | 3547499 |
| Matter Manager | J.M. Carr | | Client | 984868 |
| TK#/ Flr/Loc | 10771/26/Indianapolis | | Matter | 984868.000002 |

Client Name: James A. Knauer, as Chapter 11 Trustee,    Re: Bond Claims

### Client Address
United States Bankruptcy Court
Southern District of Indiana

### Matter Description
Bond Claims

### Billing Address
United States Bankruptcy Court
Southern District of Indiana

### Client-Billing Mgr LAA - Flr Ext.
Becky J. Turner - 26 x1232

### Matter Mgr LAA - Flr Ext.
Becky J. Turner - 26 x1232

NOTES:

## Matter Information & Billing Guidelines

Proforma Narrative: Quarterly - Bankruptcy

| | | | | |
|---|---|---|---|---|
| Time Task | DAIRY | Rate Code | 1 | |
| Time Activity | | Bill Frequency | Monthly | |
| Time Phase | | Location | Indianapolis | |
| Expense Task | | Date Opened | 03/03/2011 | |
| Expense Phase | | Telephone | | |
| **Disc % | 0.0 | Ebill Vendor | | |
| **Disc Type | | | | |
| Arrangement | Hourly Rate Arrangement | | | |
| Client Ref # | | | | |
| Contact | | | | |

| | |
|---|---|
| Agreed Fee | |
| Currency | USD |
| Separate FF | |
| WHTemp 5.7 | E-1LT |
| WHTemp 5.9 | 11AB500 |
| Bill Template | WM |
| Joint ID: | |

### Proforma Balance - 10/31/12

| | | Revised Amount |
|---|---|---|
| Fees: | $ 2,128.00 | $ .......... |
| Costs: | $ 729.30 | $ .......... |
| Total: | $ 2,857.30 | $ .......... |
| Add. Adj. by Acct: | $ - | $ .......... |
| Net Total: | $ 2,857.30 | $ .......... |

### Current Balances

| | | Notes |
|---|---|---|
| Trust Balance: | $ 0.00 | |
| A/R Balance: | $ 0.00 | |
| Unallocated Cash | $ 0.00 | |
| Unapplied Interim | $ 0.00 | |

### Billing Instructions
Please Check All that Apply

| | | | |
|---|---|---|---|
| Bill All | ☐ NO | ☐ YES | |
| Bill w/Changes | ☐ IN | ☐ OUT | |
| Apply Trust | ☐ FEES | ☐ COSTS | $ |
| Transfers | ☐ NEW | ☐ CANCEL | |
| Write Off All | | | |
| Proforma Action | | | |

Each write-down requires the signature of the Client-Billing Manager. For any matter, if a write-down is more than 5% of the proforma total and more than $5,000, then a 2nd signature is required, from the Group Leader, Office Leader (UK and China offices), Director of Finance, Chief Financial Officer, General Counsel or Executive Committee member.

Client-Billing Mgr Signature _____ Date _____

2nd Signature, if required _____ Date _____

| | | | | | Page Number | Page 2 of 4 |
|---|---|---|---|---|---|---|
| Client-Billing Manager | J.M. Carr | | Proforma Worksheet - Single | | | 3547499 |
| Tk#/ Flr/Loc | 10771/26/Indianapolis | | Period: January 1, 1900 - October 31, 2012 | | Proforma # | 984868 |
| Matter Manager | J.M. Carr | | | | Client | |
| Tk#/ Flr/Loc | 10771/26/Indianapolis | | Process Date: November 1, 2012 | | Matter | 984868.000002 |

Client Name: James A. Knauer, as Chapter 11 Trustee,   Re: Bond Claims

### FEE DETAIL

| Date Index # | Timekeeper Task | Description of Services | Bill Hours | Bill Rate | Bill Value | Action BNC: Bill No Charge T: Transfer, E: Exclude D: Divide WO: Write Off |
|---|---|---|---|---|---|---|
| 03/02/2011 33336119 | D.R. DeNeal B005 | Draft Bond Claim Procedures Motion | 1.50 | 245.00 | 367.50 | BNC  T  E  D  WO |
| 03/16/2011 33369471 | D.R. DeNeal B005 | Meet with J. Knauer and L. Batten regarding JAK's role as bond trustee and procedures to liquidate claims | 1.50 | 245.00 | 367.50 | BNC  T  E  D  WO |
| 03/18/2011 33375796 | D.R. DeNeal B005 | Research best practices for resolution of bond claims, including previous bankruptcy cases | 2.00 | 245.00 | 490.00 | BNC  T  E  D  WO |
| 10/12/2012 35620491 | T.E. Hall B002 | Finalize Heritage Feed Yards settlement and file same | 0.20 | 390.00 | 78.00 | BNC  T  E  D  WO |
| 10/15/2012 35622626 | D.R. DeNeal B005 | Separately list bond claims on claims analysis spreadsheet | 3.00 | 275.00 | 825.00 | BNC  T  E  D  WO |

|  |  |  |
|---|---|---|
| Matter Total | 8.20 | $ 2,128.00 |
| Adjustments from Previous Proforma | | 0.00 |
| WIP Balance Fees | 8.20 | $ 2,128.00 |
| Total Fees to be Invoiced | | $ 2,128.00 |
| *(Unbilled Fees Not on Proforma)* | 0.00 | 0.00 |
| Total Unbilled Time | 8.20 | 2,128.00 |

### TIMEKEEPER FEE SUMMARY

| Timekeeper | Location | TK# | Hours | Std Value | Work Value | Bill Value | Bill Rate | Bill Amt | Last Fee Date |
|---|---|---|---|---|---|---|---|---|---|
| T.E. Hall | Indianapolis | 10563 | 0.20 | 78.00 | 78.00 | 78.00 | 390.00 | $ .......... | 10/12/12 |
| *Sub Total Partner* | | | *0.20* | *78.00* | *78.00* | *78.00* | | | |
| D.R. DeNeal | Indianapolis | 15996 | 8.00 | 2,050.00 | 2,050.00 | 2,050.00 | 256.25 | $ .......... | 10/15/12 |
| *Sub Total Associate* | | | *8.00* | *2,050.00* | *2,050.00* | *2,050.00* | | | |
| **Total** | | | **8.20** | **$ 2,128.00** | **2,128.00** | **$ 2,128.00** | | | |

| Client-Billing Manager | J.M. Carr | | Proforma Worksheet - Single | Page Number | Page 3 of 4 |
| --- | --- | --- | --- | --- | --- |
| TK#/ Flr/Loc | 10771/26/Indianapolis | | Period: January 1, 1900 - October 31, 2012 | Proforma # | 3547499 |
| Matter Manager | J.M. Carr | | | Client | 984868 |
| TK#/ Flr/Loc | 10771/26/Indianapolis | | Process Date: November 1, 2012 | Matter | 984868.000002 |

**Client Name: James A. Knauer, as Chapter 11 Trustee,     Re: Bond Claims**

### COST DETAIL

| Date<br>Index # | Timekeeper<br>Phase | Cost Cd<br>Task | Description of Services | Rate | Quantity | Bill<br>Value | Check #<br>Sum Bill? | Action<br>BNC: Bill No Charge<br>T: Transfer, E: Exclude<br>D: Divide<br>WO: Write Off |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/03/2012<br>14093077 | J.M. Carr | 000002<br>E101 | Internal Copying/Printing | 0.15 | 7.00 | 1.05 | Y | BNC  T  E  D  WO |
| | | **000002** | **Sub Total - Internal Copying/Printing** | | **7.00** | **1.05** | | |
| 08/31/2011<br>13837693 | J.M. Carr | 222602<br>E106 | Computerized Research Westlaw | 728.25 | 1.00 | 728.25 | N | BNC  T  E  D  WO |
| | | **222602** | **Sub Total - Computerized Research** | | **1.00** | **728.25** | | |

|  |  |  |
| --- | --- | --- |
| Matter Total | $ | 729.30 |
| Unbilled Costs not on Proforma | $ | 0.00 |
| **Total Unbilled Costs** | **$** | **729.30** |

### COST CODE SUMMARY

| Ledger | Cost Code | Task | Cost Code Description | Taxable | Non-Taxable | Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| Soft | 000002 | E101 | Internal Copying/Printing | 0.00 | 1.05 | 7.00 |
| Soft | 222602 | E106 | Computerized Research | 0.00 | 728.25 | 1.00 |
| | | | **Sub-Total Soft Costs** | **0.00** | **729.30** | |
| | | | Total | $ 0.00 | $ 729.30 | |

### BILLED FEE BY LOCATION

| Code | Location | % | Bill Value |
| --- | --- | --- | --- |
| 101 | Indianapolis | 100.00 | 2,128.00 |
| | **Total** | | **$ 2,128.00** |

### CUMULATIVE BILLED TOTALS

| Year to Date | Inception to Date | |
| --- | --- | --- |
| Fees | 0.00 | Fees | 0.00 |
| Costs | 0.00 | Costs | 0.00 |
| Tax/Other | 0.00 | Tax/Other | 0.00 |
| **Total** | **$ 0.00** | **Total** | **$ 0.00** |
| WIP Fee Adj* | 0.00 | WIP Fee Adj* | 0.00 |
| A/R w/o** | 0.00 | A/R w/o** | 0.00 |

\* Includes all Fee WIP adj plus changes to the actual timecard work values.
\*\* Includes both Fees and Costs A/R write-offs.

| | | Page Number | Page 4 of 4 |
|---|---|---|---|
| Client-Billing Manager | J.M. Carr | Proforma # | 3547499 |
| TK#/ Flr/Loc | 10771/26/Indianapolis | Client | 984868 |
| Matter Manager | J.M. Carr | Matter | 984868.000002 |
| TK#/ Flr/Loc | 10771/26/Indianapolis | | |

**Proforma Worksheet - Single**
Period: January 1, 1900 - October 31, 2012
Process Date: November 1, 2012

Client Name: James A. Knauer, as Chapter 11 Trustee,   Re: Bond Claims

### TIME SUMMARY BY TASK CODE

| Task Code | Task Code Description | By Task Code Hours | Bill Value | Notes |
|---|---|---|---|---|
| B002 | Asset Disposition | 0.20 | 78.00 | |
| B005 | Claims Administration and Objections | 8.00 | 2,050.00 | |
| | Total | 8.20 | $ 2,128.00 | |