## Notice Recipients

District/Off: 0756−4 | User: edixon | Date Created: 11/27/2012
Case: 10−93904−BHL−11 | Form ID: SF00075 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     James A. Knauer     jak@kgrlaw.com

TOTAL: 1