```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                Chapter 11
       Debtor               CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss               Page 1 of 2          Date Rcvd: Nov 26, 2012
                              Form ID: sgeneric         Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2012.
cr            +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op            +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd         +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,    3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
op             National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                534 S KS Ave Suite 1420,    Topeka, KA  66603
op            +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: asr@btcmlaw.com Nov 26 2012 23:48:01     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,   PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2012**         **Signature:** *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss              Page 2 of 2              Date Rcvd: Nov 26, 2012
                              Form ID: sgeneric        Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:
NONE.                                                                                       TOTAL: 0
```

SO ORDERED: November 26, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

### ORDER

A(n) Agreed Entry was filed with the Clerk of Court on November 9, 2012, by Creditor Blue Grass Stockyards, LLC.

**IT IS ORDERED** that the Agreed Entry is **APPROVED**.

The Clerk's Office will distribute this order.

###