


December 3, 2012

Honorable Basil H. Lorch, III
U. S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, IN 47150

    Re:    Eastern Livestock Company, LLC
            Case No: 10-93904-BHL-11

Dear Judge Lorch:

    Livestock Marketing Association is a national trade association made up of more than 800 livestock auction markets, dealers and order buyers. Many of the Association's members have filed claims in the Eastern Livestock Company, LLC bankruptcy case.

    Based on our reading of the Trustee's Plan of Liquidation and Disclosure, it appears that the Plan calls for the $4.7 million of funds seized by the U.S. Attorney's Office to go into the bankruptcy "Recovery Fund", where it would apparently be subject to being used for payment of allowed administrative claims (e.g., professional fees and/or "recovery fees") and for Fifth Third Bank's deficiency claim.

    On behalf of the Association's members who have filed claims in this case, we object to any of the $4.7 million being used to pay professional fees and/or "recovery fees" or going to Fifth Third Bank. The $4.7 Million should be distributed to persons from whom Eastern Livestock Company purchased livestock and did not get paid, especially those who received "bad checks".

                                    Sincerely,

                                    Tim Starks, President

*Over 50 years of dedicated service to the Livestock Industry*
10510 NW Ambassador Drive • Kansas City, MO 64153-1278 • 816-891-0502 • 1-800-821-2048 • fax 816-891-7926