IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### AMENDED CERTIFICATE OF SUPPLEMENTAL MAILING

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. On November 20, 2012, at the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the documents identified below by exhibit number were served on the parties as set forth below in Exhibit A at the addresses shown thereon and via the mode of service indicated thereon..

| | |
|---|---|
| SOLICITATION INFORMATION FOR EASTERN LIVESTOCK CO., LLC [consisting of]<br>• ORDER APPROVING DISCLOSURE STATEMENT, SCHEDULING CONFIRMATION HEARING, AND FIXING FILING DEADLINES [Docket No. 1516]<br>• FIRST AMENDED DISCLOSURE STATEMENT FOR TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION [Docket No. 1489]<br>• TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION [Docket No. 1490]<br><br>[provided as compact disc and book] | Exhibit 1<br>[sample not attached hereto] |
| PROVISIONAL BALLOT TO VOTE ON TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION | Exhibit 2<br>[custom sample attached hereto] |

| | |
|---|---|
| LETTER RE: PROVISIONAL BALLOTS UNDER THE PLAN IN EASTERN LIVESTOCK CO., LLC | Exhibit 3 [sample attached hereto] |
| PRE-ADDRESSED RETURN ENVELOPE – POSTAGE NOT AFFIXED THERETO | Exhibit 4 [sample not attached hereto] |
| Exhibit A    Class 4 Provisional Parties Address List regarding Exhibits 1 through 4 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 5th day of December 2012 at Paramount, California.

_____
Mabel Soto

**EXHIBIT 2**

Claim Nbr(s): XX

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| Debtor. | ) | |

# PROVISIONAL BALLOT

## TO VOTE ON TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

**(Your ballot should be postmarked by November 28, 2012)**

Your provisional ballot to vote to accept or reject the Plan of Liquidation proposed by the Trustee, James A. Knauer, for the estate of Eastern Livestock Co., LLC is on the back of these instructions.

**If you want to vote on the Plan, you should fill out and mail or send overnight the original signed ballot in the envelope provided postmarked by <u>November 28, 2012.</u>**

You have received with this provisional ballot, a copy of the Disclosure Statement, Plan, and the order approving the Disclosure Statement. **You should read the Disclosure Statement and Plan in their entirety before voting. You may also want to seek legal advice before casting your vote. If the Plan is confirmed by the Court it will be binding on you whether or not you vote and return your ballot.**

The Court approved the Disclosure Statement on November 2, 2012. Court approval of the Disclosure Statement does not mean the Plan was approved by the Court, but it does authorize the Trustee to send ballots to creditors and solicit their votes to accept or reject the Plan.

**SEND YOUR COMPLETED BALLOT (Mail, Hand Delivery or Overnight Delivery) TO:**

**Trustee for the Estate of Eastern Livestock Co., LLC
c/o Faegre Baker Daniels LLP
Attn: Terry Hall
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204**

Ballot Form (Official Form 14) (ELC) - Class4_Provisional.doc      27100716

Claim Nbr(s): XX

**(Provisional)**
**THIS IS YOUR BALLOT**

**BE SURE AND SIGN YOUR BALLOT**

There are four classes in the Plan (see below).  Only creditors holding claims in Classes 1 and 4 are eligible to vote on the Plan.  As the holder of an asserted claim in Class 2 or Class 3 you are voting a provisional ballot in Class 4 in the event your claim is reclassified as a Class 4 Claim.

       Class 1     Allowed Secured Claim of Fifth Third
       Class 2     Allowed Other Secured Claims
       Class 3     Allowed Non-Tax Priority Claims
       Class 4     Allowed General Unsecured Claims

**The undersigned, holder of a claim in the asserted amount of** _____ **VOTES to (check one)**

       [ ]    ACCEPT THE PLAN        [ ]    REJECT THE PLAN

NAME
STREET ADDRESS
CITY, STATE

Date _____

Print or type name of creditor: _____

Print or type name of person signing: _____

**Signature and Title (if corporation or partnership):**    x _____

Address, City, State: _____

RETURN THIS COMPLETED BALLOT TO:    Trustee for the Estate of Eastern Livestock Co., LLC
c/o Faegre Baker Daniels LLP
Attn: Terry Hall
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204

[This page intentionally left blank]    Claim Nbr(s): XX



Claim Nbr(s): XX



|||||||||27150365000081
NAME
STREET ADDRESS
CITY, STATE ZIP

Ballot Form (Official Form 14) (ELC) - Class4_Provisional doc            |||||||||27100716

*page 7 of 13*

**EXHIBIT 3**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Terry E. Hall**
*Partner*
tehall@bakerd.com
Direct **+1 317 237 1230**

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

November 20, 2012

Re:   Provisional Ballots under the Plan in Eastern Livestock Co., LLC

You recently received a notice about the plan proposed by the Trustee for Eastern Livestock Co., LLC explaining that the Disclosure Statement had been approved and the Plan was being sent to creditors to allow them to vote to accept or reject the Plan. Under the Plan, only creditors in Classes 1 and 4 may vote on the Plan. Class 4 is the claims of general unsecured creditors.

According to the claims record in the bankruptcy case, when you filed your claim, you checked a box on the claim form that stated you held a secured claim or a priority unsecured claim. The Trustee disagrees that your claim is either secured or entitled to priority status and will be filing an objection to your claim contesting its secured or priority status, though not necessarily the amount of the claim.

If the Trustee's objection is upheld by the Court, your claim may be reclassified as a Class 4 general unsecured claim. So that you have an opportunity to vote on the Plan as a potential general unsecured creditor, the Trustee is sending you the enclosed provisional ballot to vote to accept or reject the Plan. The Trustee is also enclosing a return envelope that you can use to return the filled-out ballot to counsel to the Trustee at: Trustee for Eastern Livestock Co., LLC, c/o Faegre Baker Daniels, LLP, Attention: Terry E. Hall, 300 North Meridian Street, Suite 2700, Indianapolis, IN 46204. *Provisional Ballots should be postmarked no later than November 28, 2012*.

A copy of the Disclosure Statement and Plan is enclosed with this letter and the provisional ballot. You should read the Disclosure Statement and Plan in their entirety before voting.

**Note – returning a provisional ballot will not affect any right you have to continue to assert that your claim is secured or that your claim is entitled to priority should the Trustee object to your claim.**

FAEGRE BAKER DANIELS LLP

*/s/ Terry E. Hall*

Terry E. Hall
Counsel to Trustee for Eastern Livestock Co., LLC

# EXHIBIT A

# Eastern Livestock

Total number of parties: 95

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 50365 | 3-B FARMS LLC, PO BOX 6, 709 N PRATT ST, YATES CENTER, KS, 66783 | US Mail (1st Class) |
| 50365 | AB LIVESTOCK LLC, KELLY GREENE MCCONNELL, GIVENS PURSLEY LLP, PO BOX 2720, BOISE, ID, 83701-2720 | US Mail (1st Class) |
| 50365 | BELL, GARY S, PO BOX 122, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | BELL, JOHNNY, 108 N GREEN ST, GLASGOW, KY, 42141-2806 | US Mail (1st Class) |
| 50365 | BERTRAM CATTLE HAULING, PO BOX 437, VINITA, OK, 74301-0437 | US Mail (1st Class) |
| 50365 | BINGHAM GREENEBAUM DOLL LLP, (RE: BELL, GARY S), IVANA B SHALLCROSS, 101 SOUTH FIFTH STREET, SUITE 3500, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 50365 | BINGHAM GREENEBAUM DOLL LLP, (RE: REED, RON P), IVANA B. SHALLCROSS, 101 SOUTH FIFTH STREET, SUITE 3500, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 50365 | BINGHAM GREENEBAUM DOLL LLP, (RE: REED, PHILLIP TAYLOR), IVANA B SHALLCROSS, 101 SOUTH FIFTH STREET, SUITE 3500, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 50365 | BLYTHE, ROY, 210 R BLYTHE RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50365 | BROWN, CHARLIE D, 4931 OLD BURKESVILLE RD, ALBANY, KY, 42602 | US Mail (1st Class) |
| 50365 | BUNCH, HALEE, HARLAN E JUDD III, MCCRACKEN & JUDD PLLC, PO BOX 27, BOWLING GREEN, KY, 42102 | US Mail (1st Class) |
| 50365 | BURFORD, JAY, 108 GLENOAKS CT, MCDONOUGH, GA, 30223 | US Mail (1st Class) |
| 50365 | BYRON LANG INC, PO BOX 301, JACKSON, MO, 63755-0301 | US Mail (1st Class) |
| 50365 | CAPPS, DENVER, 330 FROGUE RD, BURKESVILLE, KY, 42717-8891 | US Mail (1st Class) |
| 50365 | CHASE, BILL, 1157 HARRY KING RD, GLASGOW, KY, 42141-8051 | US Mail (1st Class) |
| 50365 | CHIP MILLER TRUCKING INC, C/O CHIP LEE MILLER, PO BOX 126, ST GEORGE, KS, 66535-0126 | US Mail (1st Class) |
| 50365 | CLAYWELL, EDDIE, HARLAN E JUDD III, PO BOX 27, BOWLING GREEN, KY, 42102 | US Mail (1st Class) |
| 50365 | COFFEY, JEREMY, 6205 GREENSBURG RD, COLUMBIA, KY, 42728 | US Mail (1st Class) |
| 50365 | COFFEYVILLE LIVESTOCK MARKET LLC, C/O WILLIAM E SMITH III, KIGHTLINGER & GRAY LLP, BONTERRA BLDG STE 200, 3620 BLACKISTON BLVD, NEW ALBANY, IN, 47150 | US Mail (1st Class) |
| 50365 | COPAS, BOYD, 2195 E PHILLIPPI CHURCH RD, TOMPKINSVILLE, KY, 42167-9478 | US Mail (1st Class) |
| 50365 | CORCORAN TRUCKING INC, 221 LOMOND LN, BILLINGS, MT, 59101-7350 | US Mail (1st Class) |
| 50365 | DALE STULL TRUCKING, PO BOX 41, NARA VISA, NM, 88430 | US Mail (1st Class) |
| 50365 | DEERE & COMPANY, LOBRING & ASSOCIATES LLP, 5977 W STATE RD 252, EDINBURGH, IN, 46124 | US Mail (1st Class) |
| 50365 | DEERE & COMPANY, LOBRING & ASSOCIATES LLP, 5977 W STATE RD 252, EDINBURGH, IN, 46124 | US Mail (1st Class) |
| 50365 | DENWALT & SON CATTLE CO, 10004 RENO W, EL RENO, OK, 73036-9728 | US Mail (1st Class) |
| 50365 | EAST TENNESSEE LIVESTOCK CENTER INC, ATTN: JENNIFER HOUSTON, TREASURER, PO BOX 326, SWEETWATER, TN, 37874 | US Mail (1st Class) |
| 50365 | EDMONTON WATER, SEWER & GAS SYSTEMS, PO BOX 880, EDMONTON, KY, 42129-0880 | US Mail (1st Class) |
| 50365 | FIVE STAR LIVESTOCK LLC, 10319 HWY 62, CHARLESTOWN, IN, 47111-8937 | US Mail (1st Class) |
| 50365 | FLOOD, BRAD, 910 W MAIN ST, CLOVERPORT, KY, 40111-1423 | US Mail (1st Class) |
| 50365 | FLOYD COUNTY TREASURER, 311 HAUSS SQUARE, RM 113, NEW ALBANY, IN, 47150 | US Mail (1st Class) |
| 50365 | FLOYD COUNTY TREASURER, PO BOX 2010, NEW ALBANY, IN, 47151 | US Mail (1st Class) |
| 50365 | FROEDGE, KENNETH, 207 TUNEY GERALDS RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | FROEDGE, SANDY, 207 TUNEY GERALDS RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | GARRETT, BRILYN & BAILEE, 4567 RANDOLPH GOODLUCK RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50365 | GARRETT, DELPHIA, 4567 RANDOLPH GOODLUCK RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50365 | GEORGE, PAUL, 70 ROBERTS RD, WATERTOWN, TN, 37184-4422 | US Mail (1st Class) |
| 50365 | GIBSON, BUTCH, 2431 BREEDING RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | GIBSON, JAMES HOWARD, 1990 COLUMBIA RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | GILLEY, KERRY, 511 WISDOM RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | GORDON, DAVID, 1758 OLD TEMPLE HILL RD, TOMPKINSVILLE, KY, 42167-8545 | US Mail (1st Class) |
| 50365 | HAIAR, MONTE JAMES, 501 RANDALL ST, FAIRFAX, SD, 57335 | US Mail (1st Class) |

Eastern Livestock

*page 11 of 13*

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 50365 | HIGH & HIGH, 1150 SULPHUR LICK RD, TOMPKINSVILLE, KY, 42167 | US Mail (1st Class) |
| 50365 | HIGH, JIMMIE DALE, 1150 SULPHUR LICK RD, TOMPKINSVILLE, KY, 42167-7048 | US Mail (1st Class) |
| 50365 | HOPE, RICHARD, 3360 MT MORIAH RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50365 | IKE`S TRUCKING INC, CHARLIE ISAAC JACOBS, PO BOX 81, ST PAUL, VA, 24283 | US Mail (1st Class) |
| 50365 | INTRUST BANK NA, C/O JEFFREY E RAMSEY ESQ, HOPPER BLACKWELL PC, 111 MONUMENT CIR STE 452, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 50365 | JEFFRIES, CARL, 471 ROY JEFFRIES RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | JEFFRIES, KELLY, 471 ROY JEFFRIES RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | JOE KANTHAK TRUCKING, 48640 161ST ST, REVILLO, SD, 57259-6616 | US Mail (1st Class) |
| 50365 | LAW OFFICES OF STEPHEN H NICKEY, (RE: MORENO, GABRIEL), RE: GABRIEL MORENO MEDINA, 1201 N MESA STE B, EL PASO, TX, 79902 | US Mail (1st Class) |
| 50365 | LEON BOGARD TRUCKING, 2003 N SPRUCE, MCALESTER, OK, 74501-3017 | US Mail (1st Class) |
| 50365 | LYLE, RICHARD, 8627 NEW GLASGOW RD, SCOTTSVILLE, KY, 42164-6571 | US Mail (1st Class) |
| 50365 | MAC`S VET SUPPLY LLC, 601 FRONT ST, MONETT, MO, 65708-2151 | US Mail (1st Class) |
| 50365 | MANION, JIMMY, 107 INDIE CIR, GLASGOW, KY, 42141-3433 | US Mail (1st Class) |
| 50365 | MARTIN, PHILLIP E, 6853 FAIRVIEW RD, COOKEVILLE, TN, 38501-9715 | US Mail (1st Class) |
| 50365 | MCPHAIL LAND & CATTLE, 15888 N 2235 RD, MT PARK, OK, 73559-5025 | US Mail (1st Class) |
| 50365 | MELSON, RICHIE, 2628 MELSON RIDGE RD, COLUMBIA, KY, 42728 | US Mail (1st Class) |
| 50365 | MID STATE WASTE, 202 AMERICAN AVE, PO BOX 2068, GLASGOW, KY, 42142-2068 | US Mail (1st Class) |
| 50365 | MOORE, FERRELL, 691 S FARM RD 35, BOIS D ARC, MO, 65612-8213 | US Mail (1st Class) |
| 50365 | MORENO, GABRIEL, MCWHORTER COBB & JOHNSON LLP, C/O TIM PRIDMORE, PO BOX 2547, LUBBOCK, TX, 79408 | US Mail (1st Class) |
| 50365 | NELSON TRUCKING INC, JEFFEREY NELSON, 2547 COLD SPRING RD, MOUNTAIN CITY, TN, 37683-8026 | US Mail (1st Class) |
| 50365 | NEUFELD, RONALD D, 5590 NE 157TH TERR, WILLISTON, FL, 32696 | US Mail (1st Class) |
| 50365 | NEWMAN, BOBBY, PO BOX 1002, BIXBY, OK, 74008-1002 | US Mail (1st Class) |
| 50365 | NORTHWEST ALABAMA LIVESTOCK AUCTION, PO BOX 459, RUSSELVILLE, AL, 35653 | US Mail (1st Class) |
| 50365 | PAUL & AMOS KROPF DBA K & K FARMS, DAVID J POTTER, ATTORNEY AT LAW, 901 N STATELINE AVE, TEXARKANA, TX, 75501 | US Mail (1st Class) |
| 50365 | PEOPLES BANK OF COLDWATER KANSAS, C/O MATTHEW J OCHS ESQ, MOYE WHITE LLP, 1400 16TH ST, 6TH FL, DENVER, CO, 80202 | US Mail (1st Class) |
| 50365 | PHELPS, RACHAEL, 3133 LAWSON BOTTOM RD, BURKESVILLE, KY, 42717-9511 | US Mail (1st Class) |
| 50365 | PONTOTOC STOCKYARD, RON HERNDON, PO BOX 1026, PONTOTOC, MS, 38863 | US Mail (1st Class) |
| 50365 | POWELL, JC, PO BOX 1389, LANDALE, TX, 75771-1380 | US Mail (1st Class) |
| 50365 | READ, DAVID, 583 LOVE KNOB RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50365 | REED, PHILLIP TAYLOR, 21 REED RD, FORAKER, OK, 74652 | US Mail (1st Class) |
| 50365 | REED, RON P, PO BOX 695, PAWHUSKA, OK, 74056 | US Mail (1st Class) |
| 50365 | RICHARD RIVERS TRUCKING, 11510 TANNER WILLIAMS RD, LUCEDALE, MS, 39452 | US Mail (1st Class) |
| 50365 | RICHEY, RANDY, 111 YORK RD, SCOTTSVILLE, KY, 42164-7502 | US Mail (1st Class) |
| 50365 | RICHY ROBBINS (ROBBINS TRUCKING), 250 NEALS CREEK RD, STANFORD, KY, 40484 | US Mail (1st Class) |
| 50365 | RUSSELL DECORDOVA DBA DECORDOVA CATTLE COMPANY, BRAD ODELL, BELL NUNNALLY & MARTIN LLP, 3232 MCKINNEY AVE, STE 1400, DALLAS, TX, 75204 | US Mail (1st Class) |
| 50365 | SANDY GLASS TRUCKING, 90 CIRCLE RD, GLASGOW, KY, 42141-9733 | US Mail (1st Class) |
| 50365 | SAWYERS, BOBBY, 616 WILLIS CREEK RD, ALBANY, KY, 42602 | US Mail (1st Class) |
| 50365 | SETZER, TONY T, FARM CREDIT OF WESTERN OK PCA, RT1 BOX 39, COLONY, OK, 73021-9600 | US Mail (1st Class) |
| 50365 | SLINKER, TIMMY, 1967 COLUMBIA RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50365 | STEVE GRAVES TRUCKING LLC, 625 FERGUSON RD, WHEATLAND, WY, 82201-9010 | US Mail (1st Class) |
| 50365 | STURDIVANT, ARTHUR ANDREW, 740 COLES BEND RD, SMITHS GROVE, KY, 42171 | US Mail (1st Class) |
| 50365 | SUSAN RAMEY LIVESTOCK, 5664 ELIZAVILLE RD, EWING, KY, 41039-8434 | US Mail (1st Class) |
| 50365 | TENNESSEE LIVESTOCK PRODUCERS INC, ATTN DARRELL AILSHIE, PO BOX 313, COLUMBIA, TN, 38402-0313 | US Mail (1st Class) |
| 50365 | THOMPSON, GARY, PO BOX 113, PITKIN, LA, 70656-0113 | US Mail (1st Class) |
| 50365 | TORRINGTON LIVESTOCK, (RE· TORRINGTON LIVESTOCK CATTLE COMPANY), PO BOX 1097, TORRINGTON, WY, 82240-1097 | US Mail (1st Class) |

**Exhibit A - Eastern Livestock**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 50365 | TORRINGTON LIVESTOCK CATTLE COMPANY, C/O DAVID A DOMINA, 2425 S 144TH ST, OMAHA, NE, 68144 | US Mail (1st Class) |
| 50365 | TR SMITH LIVESTOCK, TR SMITH DISPATCH LLC, 921 WEST CHOCTAW ST, LINDSAY, OK, 73052-5019 | US Mail (1st Class) |
| 50365 | TURNER COUNTY STOCKYARDS INC, ATTN ROY WIGGINS, SECRETARY/TREASURER, 1315 US HWY 41 S, ASHBURN, GA, 31714 | US Mail (1st Class) |
| 50365 | UNITED PRODUCERS INC, 8351 N HIGH ST, STE 250, COLUMBUS, OH, 43235-1440 | US Mail (1st Class) |
| 50365 | VERMILLION RANCH CORPORATION, DBA NORTHERN LIVESTOCK VIDEO AUCTION, 2443 N FRONTAGE RD, BILLINGS, MT, 59101 | US Mail (1st Class) |
| 50365 | WELCH, MADISON A, 4030 N 900 E, LAFAYETTE, IN, 47905-9673 | US Mail (1st Class) |
| 50365 | WILSON, EPHRIAM, 5614 COUNTY HOUSE RD, TOMPKINSVILLE, KY, 42167 | US Mail (1st Class) |
| 50365 | WITHROW, CHAD, 2100 BISHOP RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50365 | YOUNG, FRED K, 1017 JAMES HOWARD YOUNG RD, EDMONTON, KY, 42129 | US Mail (1st Class) |

**Subtotal for this group: 95**

Eastern Livestock

*page 13 of 13*