**EXHIBIT A**

| Provisional Ballots received by Trustee | Total Ballots | Accept Amount | Accepting Value percent | Accepting Number percent | Reject Amount | Rejecting Value percent | Rejecting Number percent | Total |
|---|---|---|---|---|---|---|---|---|
| Turner County Stockyards, Inc. | | | | | $ 143,425.13 | | | $ 143,425.13 |
| Tennessee Livestock Producers, Inc. | | $ 162,831.58 | | | | | | $ 162,831.58 |
| Dale Stull Trucking | | $ 26,293.75 | | | | | | $ 26,293.75 |
| Brilyn and Bailey Garrett | | | | | $ 1,304.06 | | | $ 1,304.06 |
| Delphia Garrett | | | | | $ 8,763.97 | | | $ 8,763.97 |
| Robbins Trucking | | | | | $ 26,646.25 | | | $ 26,646.25 |
| Corcoran Trucking Inc. | | $ 28,145.26 | | | | | | $ 28,145.26 |
| T.R. Smith Livestock | | $ 9,611.15 | | | | | | $ 9,611.00 |
| Peoples Bank of Coldwater Kansas | | $ 120,280.72 | | | | | | $ 120,280.72 |
| Bobby Newman | | $ 14,684.33 | | | | | | $ 14,684.33 |
| Nelson Farms/Nelson Trucking | | | | | $ 7,300.00 | | | $ 7,300.00 |
| Gabriel Moreno | | $ 196,484.51 | | | | | | $ 196,484.51 |
| Ron Reed | | | | | $ 175,044.18 | | | $ 175,044.18 |
| Phillip Taylor Reed | | | | | $ 391,155.40 | | | $ 391,155.40 |
| **Total provisional ballots** | 14 | $ 558,331.30 | 42.56% | 50.00% | $ 753,638.99 | 57.44% | 50.00% | $ 1,311,970.14 |
| Class 4 Ballots From Ballot Certification | 66 | $ 13,291,457.00 | | | $ 5,425,562.28 | | | |
| **Total Class 4 Ballots and provisional ballots** | 80 | $ 13,849,788.30 | 69.15% | 75.00% | $ 6,179,201.27 | 30.85% | 25.00% | $ 20,028,989.57 |