**Exhibit A**

**Voting Tabulation Chart**

**BALLOT TABULATION REPORT**
**SUMMARY**

In Re: Eastern Livestock Co., LLC

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 1 | 1 | 100.00% | 0 | 0.00% | 1 | 0 | 1 | $27,668,460.02 | 100.00% | $0.00 | 0.00% | $27,668,460.02 | $0.00 | $27,668,460.02 |
| 4 | 53 | 80.30% | 13 | 19.70% | 66 | 33 | 99 | $13,291,457.00 | 71.01% | $5,425,562.28 | 28.99% | $18,717,019.28 | $7,168,436.36 | $25,885,455.64 |

| Class | Description |
|---|---|
| 1 | Class 1 |
| 4 | Class 4 |

In Re: Eastern Livestock Co., LLC

BALLOT TABULATION REPORT

## Plan Class 1:  Class 1

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 1 | 1 | 100.00% | 0 | 0.00% | 1 | 0 | 1 | $27,668,460.02 | 100.00% | $0.00 | 0.00% | $27,668,460.02 | $0.00 | $27,668,460.02 |

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 63 | | FIFTH THIRD BANK | $27,668,460.02 | $27,668,460.02 | 1 | | | | Total claim amount is $35,833,415.02.  Class 1 vote amount reduced by Class 4 amount of $8,164,955.00. |

Plan Class: 1

Prepared by BMC Group, Inc. on 12/4/2012 4:36:43 PM

In Re: Eastern Livestock Co., LLC

**BALLOT TABULATION REPORT**

## Plan Class 4: Class 4

| | Ballot Counts | | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 4 | 53 | 80.30% | 13 | 19.70% | 66 | 33 | 99 | $13,291,457.00 | 71.01% | $5,425,562.28 | 28.99% | $18,717,019.28 | $7,168,436.36 | $25,885,455.64 |

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 75 | | AB LIVESTOCK LLC | $2,042,357.52 | | | $2,042,357.52 | 1 | | Creditor filed amended POC on 11/26/12 for $2,042,357.52 unsecured and $441,141.48 secured. Vote tabulated at the maximum class 4 claim amount of $2,042,357.52 |
| 51 | | AMEX TRAVEL RELATED SERVICES CO INC CORP CARD | $11,645.55 | $11,645.55 | 1 | | | | |
| 52 | | BANC FIRST FINANCIAL SERVICES | $156,949.18 | $156,949.18 | 1 | | | X | Not Entitled to Vote; No Class 4 Claim identified for this voting party. Claimant proposed vote amount is $156,949.18 |
| 36 | | BELL, GARY S | $14,289.74 | | | $14,289.74 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $14,289.74. Claimant proposed vote amount is $4,112.52. |
| 87 | | BLUEGRASS SOUTH LIVESTOCK MARKET, LLC | $279,988.34 | | | $279,988.34 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $279,988.34. Claimant proposed vote amount is $279,988.34. |
| 83 | | BLUEGRASS STOCKYARDS EAST, LLC | $26,796.22 | | | $26,796.22 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $26,796.22. Claimant proposed vote amount is $26,796.22. |
| 82 | | BLUEGRASS STOCKYARDS OF CAMPBELLSVILLE, LLC | $283,175.59 | | | $283,175.59 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $283,175.59. Claimant proposed vote amount is $283,175.59. |
| 86 | | BLUEGRASS STOCKYARDS OF RICHMOND, LLC | $181,440.99 | | | $181,440.99 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $181,440.99. Claimant proposed vote amount is $181,440.99. |

**Plan Class: 4**

In Re: Eastern Livestock Co., LLC

**BALLOT TABULATION REPORT**

## Plan Class 4:  Class 4

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | BLUEGRASS STOCKYARDS, LLC | $528,367.44 | | | $528,367.44 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $528,367.44.  Claimant proposed vote amount is $528,367.41. |
| 85 | | BLUEGRASS-MAYSVILLE STOCKYARDS, LLC | $35,831.99 | | | $35,831.99 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $35,831.99.  Claimant proposed vote amount is $35,831.99. |
| 57 | | BRADBURY & YORK CATTLE | $98,725.23 | $98,725.23 | 1 | | | | Claimant proposed vote amount is blank.  Vote has been tabulated at the maximum class 4 claim amount of $98,725.23 |
| 6 | | BRADFORD, MARION | $2,947.30 | $2,947.30 | 1 | | | | |
| 89 | | BUETOW LEMASTUS & DICK PLLC | $30,794.59 | $30,794.59 | 1 | | | | |
| 76 | | BUFFALO LIVESTOCK AUCTION LLC | $53,939.00 | $53,939.00 | 1 | | | | |
| 43 | | BYNUM RANCH COMPANY | $126,596.77 | $126,596.77 | 1 | | | | |
| 48 | | BYNUM, BOBBY & DEBBY | $19,239.39 | $19,239.39 | 1 | | | | |
| 34 | | CACTUS GROWERS, INC | $741,053.22 | $741,053.22 | 1 | | | X | Not Entitled to Vote; Class 2 Claimant with secured claim in the amount of $741,053.22.  Claimant proposed vote amount is $641,053.22 |
| 93 | | CAPITOL INDEMNITY CORPORATION | $875,000.00 | $875,000.00 | 1 | | | | |
| 68 | | CATTLEMEN`S LIVESTOCK AUCTION MARKET INC | $159,809.90 | | | $159,809.90 | 1 | X | Not Entitled to Vote; settled and released per Docket 1232. |
| 61 | | CHRISTIE FAMILY ENTERPRISES INC | $16,729.20 | $16,729.20 | 1 | | | | |
| 4 | | CLEVENGER, PHIL | $10,369.11 | $10,369.11 | 1 | | | | |
| 77 | | CLINTON ALTON DARNELL | $154,536.60 | | | $154,536.60 | 1 | | |
| 66 | | COLUMBIA LIVESTOCK MARKET OF LAKE CITY INC | $18,364.77 | | | $18,364.77 | 1 | X | Not Entitled to Vote; settled and released per Docket 1232. |

In Re: Eastern Livestock Co., LLC

**BALLOT TABULATION REPORT**

## Plan Class 4:  Class 4

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 100 | | COOK TRUCKING INC | $70,561.72 | $70,561.72 | 1 | | | X | Late Filed; Claimant proposed vote amount is $62,670.07.  Vote has been tabulated at the maximum class 4 claim amount of $70,561.72 |
| 14 | | COOPER, KEETON | $2,618.39 | $2,618.39 | 1 | | | | |
| 8 | | COPELAND, HOMER | $7,065.88 | $7,065.88 | 1 | | | X | No Signature |
| 22 | | DAVID BOWLES | $3,780.65 | $3,780.65 | 1 | | | | |
| 46 | | DAVIS QUARTER HORSE | $27,271.37 | $27,271.37 | 1 | | | | |
| 39 | | DAVIS, BILL | $24,189.29 | $24,189.29 | 1 | | | | |
| 78 | | EAST TENNESSEE LIVESTOCK CENTER, INC | $415,930.45 | | | $415,930.45 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $415,930.45.  Claimant proposed vote amount is $415,930.45. |
| 47 | | EICKE RANCH II | $54,147.49 | $54,147.49 | 1 | | | | |
| 20 | | FARM CREDIT OF WESTERN OKLAHOMA | $52,731.60 | $52,731.60 | 1 | | | | |
| 62 | | FIFTH THIRD BANK | $8,164,955.00 | $8,164,955.00 | 1 | | | | |
| 3 | | FOUSEK FARMS & TRUCKING LLC | $11,564.81 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan |
| 28 | | FRANKLIN, GLEN | $375,427.78 | | | $375,427.78 | 1 | | Claimant proposed vote amount is $433,534.44.  Vote has been tabulated in the maximum class 4 claim amount of $375,427.78. |
| 91 | | FRIONA INDUSTRIES, L.P. | $915,444.47 | $915,444.47 | 1 | | | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $915,444.47.  Claimant proposed vote amount is $1,057,394.62. |
| 5 | | GABRIEL MORENO | $196,484.51 | $196,484.51 | 1 | | | | |
| 18 | | GARRETT FARMS | $13,022.50 | $13,022.50 | 1 | | | | |

**Plan Class: 4**

In Re: Eastern Livestock Co., LLC

**BALLOT TABULATION REPORT**

## Plan Class 4:  Class 4

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 15 | | GIBSON FARMS LLC | $0.00 | $0.00 | 1 | | | | Claimant proposed vote amount of "undetermined".  Claimant has filed claim 469 in an "unknown" amount.  Vote to accept has been counted for numerosity. |
| 16 | | GIBSON, ANNA GAYLE | $900,000.00 | $900,000.00 | 1 | | | | |
| 42 | | GRAHAM, CHARLES | $441,387.97 | $441,387.97 | 1 | | | | |
| 98 | | HAINES JR, CHARLES W | $3,565.14 | $3,565.14 | 1 | | | X | Late Filed |
| 69 | | HARDEE LIVESTOCK MARKET INC | $48,844.62 | | | $48,844.62 | 1 | X | Not Entitled to Vote; settled and released per Docket 1232. |
| 7 | | HENDRICK, JIMMY | $10,567.29 | $10,567.29 | 1 | | | | Claimant proposed vote amount is blank.  Vote has been tabulated at the maximum class 4 claim amount of $10,567.29. |
| 67 | | HILLIARD MCKETTRICK INVESTMENTS INC | $325,444.23 | | | $325,444.23 | 1 | X | Not Entitled to Vote; settled and released per Docket 1232. |
| 41 | | HILLS, WALTER | $99,802.35 | $99,802.35 | 1 | | | | |
| 53 | | HIRSCH PARTNERSHIP | $33,142.20 | $33,142.20 | 1 | | | | |
| 99 | | HOHENBERGER CATTLE (MARK HOHENBERGER) | $158,636.31 | | | $158,636.31 | 1 | X | Late Filed |
| 30 | | INGLAND TRUCKING | $15,237.00 | $15,237.00 | 1 | | | | |
| 29 | | IRSIK & DOLL FEED SERVICES INC | $509,745.00 | $509,745.00 | 1 | | | | |
| 90 | | J&F OKLAHOMA HOLDINGS, INC. | $426,791.87 | $426,791.87 | 1 | | | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $426,791.87.  Claimant proposed vote amount is $16,473.85. |
| 11 | | JERRY OLLERICH TRUCKING | $1,658.50 | $1,658.50 | 1 | | | | |
| 1 | | JIMMIE ROGERS INC | $5,040.79 | $5,040.79 | 1 | | | | |
| 95 | | JOPLIN REGIONAL STOCKYARD, INC. | $1,276,925.76 | | | $1,276,925.76 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $1,276,925.76.  Claimant proposed vote amount is $1,276,905.75. |

**Plan Class: 4**

In Re: Eastern Livestock Co., LLC

**BALLOT TABULATION REPORT**

## Plan Class 4:  Class 4

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 35 | | L&F CATTLE | $160,121.56 | $160,121.56 | 1 | | | | |
| 50 | | LW MILLER LIVESTOCK INC | $15,312.35 | $15,312.35 | 1 | | | | Claimant proposed vote amount is blank.  Vote has been tabulated at the maximum class 4 claim amount of $15,312.35. |
| 64 | | MADISON LIVESTOCK MARKET INC | $10,065.06 | | | $10,065.06 | 1 | X | Not Entitled to Vote; settled and released per Docket 1232. |
| 25 | | MATNEY, AVERY | $951.62 | | | $951.62 | 1 | | |
| 44 | | MAYO JR, JOHNNY | $14,943.49 | $14,943.49 | 1 | | | | |
| 88 | | MID-KENTUCKY LIVESTOCK MARKET | $24,206.17 | | | $24,206.17 | 1 | | |
| 94 | | MID-SOUTH LIVESTOCK CENTER LLC | $273,816.02 | $273,816.02 | 1 | | | | Claimant proposed amount equals aggregated amount of class 4 claims 272, 273, 274 and 275. |
| 97 | | MID-STATE STOCKYARDS, LLC | $91,408.60 | | | $91,408.60 | 1 | X | Late Filed; Class 4 Bond Claimant (see Claim 481).  Claim amount provided by Trustee is $91,408.60.  Claimant proposed vote amount is $95,916.68.  Vote amount has been calcuated at the maximum claim amount of $91,408.60. |
| 21 | | MILLIGAN FARMS | $4,271.00 | | | $4,271.00 | 1 | | |
| 79 | | MOSELEY CATTLE AUCTION, LLC | $670,949.88 | | | $670,949.88 | 1 | | |
| 32 | | NORTHWEST ALABAMA LIVESTOCK AUCTION | $197,667.72 | | | $197,667.72 | 1 | | Claimant proposed vote amount is blank.  Vote has been tabulated at the maximum class 4 claim amount of $197,667.72 |
| 70 | | OCALA LIVESTOCK MARKET INC | $118,648.40 | | | $118,648.40 | 1 | X | Not Entitled to Vote; settled and released per Docket 1232. |
| 71 | | OKEECHOBEE LIVESTOCK MARKET INC | $134,562.86 | | | | | X | Not Entitled to Vote; Ballot did not indicate an acceptance or rejection of the Plan; settled and released per Docket 1232. |
| 92 | | OZARKS REGIONAL STOCKYARDS, INC | $259,261.15 | $259,261.15 | 1 | | | | |

Prepared by BMC Group, Inc. on 12/4/2012 4:36:44 PM

Plan Class: 4

Page 7 of 10

**In Re: Eastern Livestock Co., LLC**

**BALLOT TABULATION REPORT**

## Plan Class 4:  Class 4

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 23 | | PARKS LIVESTOCK INC | $5,675.81 | $5,675.81 | 1 | | | | |
| 80 | | PIEDMONT LIVESTOCK COMPANY, INC. | $365,407.48 | | | $365,407.48 | 1 | | |
| 45 | | POWELL, FRANK | $33,201.56 | $33,201.56 | 1 | | | | |
| 2 | | RANDALL SPURLING TRUCKING | $4,220.65 | $4,220.65 | 1 | | | | Claimant proposed vote amount is blank.  Vote has been tabulated at the maximum class 4 claim amount of $4,220.65. |
| 74 | | REED, PHILLIP TAYLOR | $391,155.40 | | | $391,155.40 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $391,155.40.  Claimant proposed vote is $391,155.40. |
| 73 | | REED, RON P | $175,044.18 | | | $175,044.18 | 1 | X | Not Entitled to Vote; Class 2 claimant with secured claim in the amount of $175,044.18.  Claimant proposed vote is $175,044.18. |
| 31 | | REPS DISPATCH LLC | $32,995.75 | $32,995.75 | 1 | | | | |
| 59 | | RINGS, DAVID L | $7,153.45 | $7,153.45 | 1 | | | | |
| 60 | | ROBERTS, RANDY | $13,018.65 | $13,018.65 | 1 | | | | Class 4 Bond Claimant (see Claim 481).  Claim amount provided by Trustee is $13,018.65.  Claimant proposed vote amount is $13,470.10.  Vote amount has been calcuated at the maximum claim amount of $13,018.65. |
| 96 | | S&T TRUCKING LOGISTICS | $2,985.00 | $2,985.00 | 1 | | | X | Late Filed; Class 4 Bond Claimant (see Claim 481).  Claim amount provided by Trustee is $2,985.00.  Claimant proposed vote amount is $2,985.00.  Vote amount has been calcuated at the maximum claim amount of $2,985.00. |
| 58 | | SCHLESSIGER, JACK | $948.00 | $948.00 | 1 | | | | Claimant proposed vote amount is $900.00.  Vote has been tabulated at the maximum class 4 claim amount of $948.00. |

**Plan Class: 4**

In Re: Eastern Livestock Co., LLC

**BALLOT TABULATION REPORT**

## Plan Class 4:  Class 4

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 65 | | SEALY AND SON / ALABAMA LIVESTOCK AUCTION, INC | $155,669.96 | | | $155,669.96 | 1 | | |
| 81 | | SOUTHEAST LIVESTOCK EXCHANGE, LLC | $774,513.54 | | | $774,513.54 | 1 | | Claimant proposed vote amount is $774,483.63.  Vote has been tabulated at the maximum class 4 claim amount of $774,513.54. |
| 9 | | SOUTHLAND HAULERS LLC | $176,949.00 | $176,949.00 | 1 | | | | |
| 19 | | STAR KAN INC | $24,566.96 | $24,566.96 | 1 | | | | |
| 72 | | SUMTER COUNTY FARMERS MARKET INC | $108,360.79 | | | | | X | Not Entitled to Vote; Ballot did not indicate an acceptance or rejection of the Plan; settled and released per Docket 1232. |
| 37 | | SVOBODA, TOM | $159,670.28 | $159,670.28 | 1 | | | | |
| 27 | | SYMPSON, DONALD R | $5,797.30 | $5,797.30 | 1 | | | | |
| 54 | | SYMPSON, JAMES G | $17,118.07 | $17,118.07 | 1 | | | | Claimant proposed vote amount is $17,142.12.  Vote has been tabulated at the maximum class 4 claim amount of $17,118.07. |
| 40 | | TATE RANCH | $209,533.15 | $209,533.15 | 1 | | | | |
| 55 | | THOMAS, FREDERICK | $2,326.85 | $2,326.85 | 1 | | | | Claimant proposed vote amount is blank.  Vote has been tabulated at the maximum class 4 claim amount of $2,326.85 |
| 13 | | THOMPSON, CAROLYN | $0.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan; Claimant states on the ballot that her claims have been settled and released. |
| 12 | | THOMPSON, JAMES | $0.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan; Claimant states on the ballot that his claims have been settled and released. |
| 24 | | TUPPER LIVESTOCK CO | $52,733.40 | $52,733.40 | 1 | | | | |
| 10 | | UNITED PARCEL SERVICE | $523.73 | $523.73 | 1 | | | | |

**Plan Class: 4**

**In Re: Eastern Livestock Co., LLC**

**BALLOT TABULATION REPORT**

## Plan Class 4:  Class 4

|  |  |  | | Accepting | | Rejecting | | |
|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 33 |  | VERMILION RANCH CORP DBA NORTHERN LIVESTOCK VIDEO AUCTION | $657,573.22 |  |  | $657,573.22 | 1 |  | Claimant has as Class 4 claim of $657,573.22 and a Class 2 claim of $657,573.22 for a total claim of $1,252,040.49.  Claimant proposed vote amount is $1,252,040.49. However, Claimant's vote has been tabulated in the Class 4 amount of $657,573.22 only. |
| 56 |  | VIBBERT, TIM | $2,029.79 |  |  | $2,029.79 | 1 |  | Claimant proposed vote amount is blank.  Vote has been tabulated at the maximum class 4 claim amount of $2,029.79 |
| 49 |  | WAECHTER HAY & GRAIN INC | $6,428.22 | $6,428.22 | 1 |  |  |  | Claimant proposed vote amount is $5,880.15.  Vote has been tabulated at the maximum class 4 claim amount of $6,428.22. |
| 38 |  | WALLACE, DICK | $49,363.43 | $49,363.43 | 1 |  |  | X | No Signature |
| 17 |  | WILLIS DVM, BUD | $7,170.00 | $7,170.00 | 1 |  |  |  | Claimant proposed vote amount is $7,721.00.  Vote has been tabulated at the maximum class 4 claim amount of $7,170.00. |
| 26 |  | YOUNG, JEFFERY L | $6,203.56 | $6,203.56 | 1 |  |  |  |  |