# EXHIBIT A

PREFERENCE ANALYSIS - STEVEN BLANTON

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F30869 | Expense | 09/03/10 | 09/08/10 | $28,716.60 | $28,716.60 |
|  |  |  |  | $28,716.60 | $28,716.60 |

EXHIBIT A TO STEVEN BLANTON