# EXHIBIT A

PREFERENCE ANALYSIS - DAVID HATCHER

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F15743 | 10/12/10 | 10/18/10 | 10/18/10 | $13,431.26 | $13,431.26 |
| | | | | $13,431.26 | $13,431.26 |