# EXHIBIT A

PREFERENCE ANALYSIS - REX MOONEY

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F33302 | 09/07/10 | 09/07/10 | 09/21/10 | $8,572.48 | $8,572.42 |
| F33917 | 10/08/10 | 10/08/10 | 10/20/10 | $4,850.00 | $13,422.48 |
|  |  |  |  | $13,422.48 | $13,422.48 |

EXHIBIT A TO REX MOONEY