# EXHIBIT A

PREFERENCE ANALYSIS - LOVELAND FARMS

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 119124 | | 09/07/10 | 10/13/10 | $20,100.00 | $20,100.00 |
| | | | | $20,100.00 | $20,100.00 |