# EXHIBIT A

PREFERENCE ANALYSIS - SUSAN SCOTT

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F14655 | 09/07/10 | 09/07/10 | 10/07/10 | $9,076.45 | $9,076.45 |
| F14657 | 09/07/10 | 09/07/10 | 10/07/10 | $9,639.69 | $18,716.14 |
|  |  |  |  | $18,716.14 | $18,716.14 |

EXHIBIT A TO SUSAN SCOTT