# EXHIBIT A

PREFERENCE ANALYSIS - BRAD ROBINSON

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F33521 | Expense | 10/12/10 | 10/13/10 | $16,564.22 | $16,564.22 |
|  |  |  |  | $16,564.22 | $16,564.22 |

EXHIBIT A TO BRAD ROBINSON