# EXHIBIT A

PREFERENCE ANALYSIS - DANNY STEWART

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F93394 | Expense | 09/17/10 | 09/20/10 | $11,742.00 | $11,742.00 |
| F30858 | Expense | 09/28/10 | 09/29/10 | $5,265.00 | $5,265.00 |
| | | | | $17,007.00 | $17,007.00 |

EXHIBIT A TO DANNY