# EXHIBIT A

PREFERENCE ANALYSIS - CLIFFOR M. MILLER d/b/a CIRCLE M BUILDERS

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118576 | Expense | 08/31/10 | 09/08/10 | $10,000.00 | $10,000.00 |
| 121345 | Expense | 09/30/10 | 10/06/10 | $8,000.00 | $8,000.00 |
|  |  |  |  | $18,000.00 | $18,000.00 |

EXHIBIT A TO CLIFFORD M. MILLER d/b/a CIRCLE M BUILDERS