# EXHIBIT A

PREFERENCE ANALYSIS - MARTIN, PRINGLE, OLIVER, WALLACE, BAUER

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 120298 | Expense | 09/20/10 | 09/28/10 | $125.00 | $125.00 |
| 120827 | Expense | 09/24/10 | 10/05/10 | $10,000.00 | $10,125.00 |
| 122702 | Expense | 10/19/10 | 10/26/10 | $11,188.98 | $21,313.98 |
| | | | | $21,313.98 | $21,313.98 |

EXHIBIT A TO MARTIN PRINGLE OLIVER WALLACE BAUER