# EXHIBIT A

PREFERENCE ANALYSIS - BLAKE STEWART

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F93393 | Expense | 09/17/10 | 09/20/10 | $28,245.50 | $28,245.50 |
|  |  |  |  | $28,245.50 | $28,245.50 |

EXHIBIT A TO BLAKE STEWART