# EXHIBIT A

PREFERENCE ANALYSIS - TULSA STOCKYARDS

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  | 11/04/12 |  | $52,772.59 | $52,772.59 |
|  |  |  |  | $52,772.59 | $52,772.59 |

EXHIBIT A TO TULSA STOCKYARDS