# EXHIBIT A

PREFERENCE ANALYSIS - MUSICK FARMS, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118998 | Loss on Cattle | 09/03/10 | 09/20/10 | $20,250.00 | $20,250.00 |
|  |  |  |  | $20,250.00 | $20,250.00 |

EXHIBIT A TO MUSICK FARMS, INC.