# EXHIBIT A

PREFERENCE ANALYSIS - WALCO INTERNATIONAL n/k/a ANIMAL HEALTH INTERNATIONAL

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 100207 | Expense | 09/09/10 | 09/14/10 | $17,555.78 | $17,555.78 |
| 100263 | Expense | 10/08/10 | 10/12/10 | $18,310.74 | $35,866.50 |
| | | | | $35,866.52 | $35,866.52 |

EXHIBIT A TO WALCO INTERNATIONAL n/k/a ANIMAL HEALTH INTERNATIONAL