# EXHIBIT A

PREFERENCE ANALYSIS - ARAB LIVESTOCK MARKET, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| | 11/02/10 | | Cattle Seizures, 84 head, 11/02/10 | $44,616.21 | $44,616.21 |
| | | | | $44,616.21 | $44,616.21 |