# EXHIBIT A

PREFERENCE ANALYSIS - RICKY BEARD

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F32759 | 08/26/10 | 08/30/10 | 09/17/10 | $85,497.88 | $85,497.88 |
| | | | | $85,497.88 | $85,497.88 |

EXHIBIT A TO RICKY BEARD