# EXHIBIT A

PREFERENCE ANALYSIS - CAV EXCAVATION

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 119730 | Expense | 09/14/10 | 09/22/10 | $14,636.00 | $14,636.00 |
| 120354 | Expense | 09/21/10 | 09/30/10 | $4,561.20 | $4,561.20 |
| 120919 | Expense | 09/27/10 | 10/06/10 | $5,722.00 | $5,722.00 |
| | | | | $24,919.20 | $24,919.20 |

EXHIBIT A TO CAV EXCAVATION