# EXHIBIT A

PREFERENCE ANALYSIS - FRITZ GETTELFINGER

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 100261 | 10/02/10 | 10/07/10 | 10/15/10 | $12,052.10 | $12,052.10 |
|  |  |  |  | $12,052.10 | $12,052.10 |

EXHIBIT A TO FRITZ GETTELFINGER