UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC. | ) CASE NO. 10-93904-BHL-11 |
| | ) |
| DEBTOR. | ) CHAPTER 11 |
| | ) |

## NOTICE OF CHANGE OF BALLOT REGARDING TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

Joplin Regional Stockyards, Inc. ("Joplin"), by counsel, hereby files this notice of change of ballot regarding Trustee's First Amended Chapter 11 Plan of Liquidation [Doc No. 1490] as may be subsequently amended (the "Plan"). Joplin hereby withdraws its ballot rejecting the Plan and submits a ballot accepting the Plan. The ballot accepting the Plan is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Ivana B. Shallcross
Michael G. Shaikun
Ivana B. Shallcross
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3656
Facsimile: 502-540-2211
E-mail: mshaikun@bgdlegal.com
       ishallcross@bgdlegal.com
COUNSEL FOR JOPLIN REGIONAL
STOCKYARDS, INC.

1

## CERTIFICATE OF SERVICE

I hereby certify that on December, 6 2012 the foregoing was filed electronically. Notice of this filing was sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

>                    /s/ *Ivana B. Shallcross*
>                    Ivana B. Shallcross

14232584_1.docx

**EXHIBIT A**

(Ballot Accepting the Plan)

Claim Nbr(s): N/A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| Debtor. | ) | |

# BALLOT
## TO VOTE ON TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

(Your vote must be <u>received</u> by 5:00 p.m. EST on November 28, 2012)

Your ballot to vote to accept or reject the Plan of Liquidation proposed by the Trustee, James A. Knauer, for the estate of Eastern Livestock Co., LLC is on the back of these instructions. **If you want to vote on the Plan, you should fill out and return the original signed ballot in sufficient time so that it is <u>actually received</u> by the Trustee at one of the addresses below on or before <u>November 28, 2012.</u>** A post mark of November 28 is not sufficient if the ballot is not received by November 28.

You should have received with this ballot, a copy of the Disclosure Statement, Plan, and the order approving the Disclosure Statement. **You should read the Disclosure Statement and Plan in their entirety before voting. You may also want to seek legal advice before casting your vote. If the Plan is confirmed by the Court it will be binding on you whether or not you return your ballot and vote.**

If you did not receive the Disclosure Statement, the Plan, or the order, please call BMC Group, Inc. at 888-909-0100 or send an email to BMC at bmc-easternlivestock@bmcgroup.com. The Disclosure Statement and Plan are also available to read, download, or print on the Trustee's blog at www.easternlivestockbkinfo.com, or BMC's website at www.bmcgroup.com/easternlivestock.

The Court approved the Disclosure Statement on November 2, 2012. Court approval of the Disclosure Statement does not mean the Plan was approved by the Court, but it does authorize the Trustee to send ballots to creditors and solicit their votes to accept or reject the Plan.

**SEND YOUR COMPLETED BALLOT TO:**

| If by regular US Mail: | If by Personal Delivery or Overnight Delivery: |
|---|---|
| BMC Group, Inc.<br>Attn: ELC Ballot<br>P.O. Box 3020<br>Chanhassen, MN 55317-3020 | BMC Group, Inc.<br>Attn: ELC Ballot<br>18675 Lake Drive East<br>Chanhassen, MN 55317 |

Claim Nbr(s): N/A

# THIS IS YOUR BALLOT

There are four classes in the Plan (see below). Only creditors holding claims in Classes 1 and 4 are eligible to vote on the Plan.

    Class 1    Allowed Secured Claim of Fifth Third
    Class 2    Allowed Other Secured Claims
    Class 3    Allowed Non-Tax Priority Claims
    Class 4    Allowed General Unsecured Claims

**The undersigned, holder of a claim in Class 4 in the asserted amount of $1,276,905.75 VOTES to (check one)**

[ X ]   ACCEPT THE PLAN                     [   ]   REJECT THE PLAN

| | |
|---|---|
| Date | November 27, 2012 |
| Print or type name of creditor: | Joplin Regional Stockyard, Inc. |
| Print or type name of person signing: | Michael G. Shaikun |
| Signature and Title (if corporation or partnership): | *[signature]* Counsel for Joplin Regional Stockyard, Inc. |
| Address, City, State: | 3500 National City Tower, Louisville, KY 40202 |

RETURN THIS COMPLETED BALLOT TO:

If by Mail:
BMC Group, Inc.
Attn: ELC Ballot Processing
P.O. Box 3020
Chanhassen, MN 55317-3020

If by Personal Delivery or Overnight Delivery:
BMC Group, Inc.
Attn: ELC Ballot Processing
18675 Lake Drive East
Chanhassen, MN 55317

Ballot Form (Official Form 14) (ELC) - Class4.doc                                                     27100662