IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## NOTICE OF CHANGE OF BALLOT REGARDING TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

AB Livestock, LLC ("AB"), by counsel, hereby files this notice of change of ballot regarding Trustee's First Amended Chapter 11 Plan of Liquidation [Doc No. 1490] as may be subsequently amended (the "Plan"). AB hereby withdraws its ballot rejecting the Plan and submits a ballot accepting the Plan. The ballot accepting the Plan is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Kelly Greene McConnell
Kelly Greene McConnell
Givens Pursley LLP
P.O. Box 2720
Boise, ID  83701
Phone:  208-388-1200
Facsimile:  208-388-1300
Attorneys for AB Livestock, LLC

1641293_1

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, the foregoing was filed electronically. Notice of this filing was sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

/s/ Kelly Greene McConnell
Kelly Greene McConnell

1641293_1

**EXHIBIT A**

(Ballot Accepting the Plan)

Claim Nbr(s): 485/247

## THIS IS YOUR BALLOT

There are four classes in the Plan (see below). Only creditors holding claims in Classes 1 and 4 are eligible to vote on the Plan.

Class 1   Allowed Secured Claim of Fifth Third
Class 2   Allowed Other Secured Claims
Class 3   Allowed Non-Tax Priority Claims
Class 4   Allowed General Unsecured Claims

The undersigned, holder of a claim in Class 4 in the asserted amount of  $2,042,357.52 
VOTES to (check one)

XX   ACCEPT THE PLAN                REJECT THE PLAN

AB LIVESTOCK LLC
KELLY GREENE MCCONNELL
GIVENS PURSLEY LLP
PO BOX 2720
BOISE, ID  83701-2720

Date: December 6, 2012

Print or type name of creditor: AB Livestock, LLC

Print or type name of person signing: Kelly G. McConnell

Signature and Title (if corporation or partnership): /s/ KM

Address, City, State: P.O. Box 2720, Boise, ID 83701

RETURN THIS COMPLETED BALLOT TO:

If by Mail:
BMC Group, Inc.
Attn: ELC Ballot Processing
P.O. Box 3020
Chanhassen, MN 55317-3020

If by Personal Delivery or Overnight Delivery:
BMC Group, Inc.
Attn: ELC Ballot Processing
18675 Lake Drive East
Chanhassen, MN 55317

Ballot Form (Official Form 14) (ELC) - Class4.doc

27100461