UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF03001 (rev 10/2004)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

NOTICE IS GIVEN that pursuant to Fed.R.Bankr.P. 3001(e), the alleged transferee, ASM SIP, L.P., has filed evidence of transfer of a claim filed by the alleged transferor, Ike's Trucking Inc.

Any objection to the transfer must be filed by the alleged transferor with the Clerk's Office and served on the alleged transferee by December 28, 2012.

If a timely objection is filed, after notice and a hearing, the Court will determine whether the claim has been transferred for security. If the Court determines that the claim has been transferred other than for security, the Court will enter an order substituting the transferee for the transferor.

If a timely objection is not filed and the claim has been transferred other than for security, the transferee shall be substituted for the transferor without further order of the Court.

If the claim has been transferred for security and neither the transferor nor the transferee file an agreement regarding relative rights respecting voting of the claim, payment of dividends thereon, or participation in the administration of the estate, on motion filed and after notice and a hearing, the Court will enter an order respecting these matters as may be appropriate.

Dated: December 10, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court