**SO ORDERED: December 10, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING**
**MOTION TO SHORTEN AND LIMIT NOTICE ON MOTION TO APPROVE**
**ADDITIONAL IMMATERIAL MODIFICATION TO TRUSTEE'S FIRST AMENDED**
**CHAPTER 11 PLAN OF LIQUIDATION**

This Court has considered the *Motion To Shorten And Limit Notice On Motion To Approve Additional Immaterial Modification To Trustee's First Amended Chapter 11 Plan Of Liquidation On Shortened And Limited Notice* ("<u>Motion</u>") filed by James A. Knauer, as chapter 11 trustee ("<u>Trustee</u>") for Eastern Livestock Co., LLC on December 10, 2012 (Docket No. 1608). The Motion requests entry of an order setting an expedited hearing on the Approval

Motion[1] and shortening and limiting notice thereon. By the Approval Motion, the Trustee requests entry of an Order approving the additional proposed immaterial modification #4 to the Plan. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) the circumstances warrant a hearing on shortened and limited notice and (v) good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Approval Motion is hereby set for hearing on December 17, 2012 at 10:00 a.m. EST.

3. Interested parties may participate in the hearing on the Approval Motion by dialing 1-888-399-7768. The participation code is 586676#.

4. Any objections to the relief requested in the Approval Motion must be filed no later than 9:00 a.m. EST on December 17, 2012.

5. Copies of this Order shall be served via the Court's ECF system, which notice shall be good and sufficient notice of the hearing on the Approval Motion.

###

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.