## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC

**Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana

**SIC Code:** 5154

**Month (or portion) covered by this report:** October, 2012

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_     12/46/12

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| # | Question | YES | NO |
|---|---|---|---|
| 1 | IS THE BUSINESS STILL OPERATING? | | ✓ |
| 2 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ✓ | |
| 3 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 5 | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 6 | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9 | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 12 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ✓ | |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  
**Date Filed:** December 6, 2010  
**Case Number:** 10-93904, Southern District of Indiana  
**SIC Code:** 5154  
**Month (or portion) covered by this report:** October, 2012

|  | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ |  |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? |  | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? |  | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ |  |

### TAXES

| | YES | NO |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | | ✓ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $83,099

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** $33,916

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** $49,183

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana  **SIC Code:** 5154

**Month (or portion) covered by this report:** October, 2012

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $35,850,141

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  9

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  2

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?  $0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?  $3,095,201

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?  $351,000

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?  $7,283,000

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD?  351,000

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE?  $7,283,000

Page 3 of 4

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC  
**Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana  
**SIC Code:** 5154

**Month (or portion) covered by this report:** October, 2012

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

## -------- NOT APPLICABLE --------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH  
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
October, 2012 Monthly Operating Report
For the Period October 1, 2012 - October 31, 2012
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 10/4/2012 | Checking | DEP | Gary Seals | | Payment per Settlement Agreement | 75,000.00 |
| 10/25/2012 | Checking | DEP | Wellpoint, Inc. | Dividend | Misc Income | 143.75 |
| 10/25/2012 | Checking | DEP | Duke Energy | | Deposit Refund | 49.17 |
| 10/31/2012 | Checking | DEP | Gallivan | | Auction Proceeds | 7,906.47 |
| | Sub-Total; Receipts - Checking | | | | | 83,099.39 |
| | Escrow | | (none) | | | |
| | Sub-Total; Receipts - Escrow | | | | | - |
| | Segregated | | (none) | | | - |
| | Sub-Total; Receipts - Segregated | | | | | - |
| | **Total Cash Receipts** | | | | | **83,099.39** |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
October, 2012 Monthly Operating Report
For the Period October 1, 2012 - October 31, 2012
Exhibit C; Cash Disbursements

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 10/1/12 | Checking | Wire Trsf | ADP | | Payroll Expense | (9,096.13) |
| 10/1/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 10/12/12 | Checking | Debit | ADP | | Office Expense | (157.77) |
| 10/15/12 | Checking | 1619 | Humana Insurance Co. | | Employee Benefits | (3,029.04) |
| 10/15/12 | Checking | 1620 | Teena Morris | | Office Expense | (550.00) |
| 10/15/12 | Checking | 1621 | Sellers Investments | Prorated October | Rent | (3,387.10) |
| 10/15/12 | Checking | 1622 | C-P-D | I/T - Server relocation | Office Expense | (550.00) |
| 10/15/12 | Checking | 1623 | Viewtrak Technologies | I/T - Server set-up | Office Expense | (1,200.00) |
| 10/15/12 | Checking | 1624 | Duke Energy | | Utilities | (618.29) |
| 10/15/12 | Checking | 1625 | Duke Energy | | Utilities | (12.90) |
| 10/15/12 | Checking | 1626 | Indiana American Water | | Utilities | (23.58) |
| 10/15/12 | Checking | 1627 | Industrial Disposal | | Utilities | (240.15) |
| 10/15/12 | Checking | 1628 | Vectren Energy Delivery | | Utilities | (34.32) |
| 10/16/12 | Checking | Wire Trsf | ADP | | Payroll Expense | (9,538.66) |
| 10/16/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 10/19/12 | Checking | Debit | ADP | | Office Expense | (39.19) |
| 10/26/12 | Checking | Debit | ADP | | Office Expense | (157.77) |
| 10/31/12 | Checking | Wire Trsf | ADP | | Payroll Expense | (5,206.39) |
| 10/31/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |

Sub-Total; Disbursements - Checking       (33,916.29)

Escrow       (none)

Sub-Total; Disbursements - Escrow       -

Segregated       (none)

Sub-Total; Disbursements - Segregated       -

**Total Cash Disbursements**       (33,916.29)

**Cash Flow - Positive/(Negative)**       49,183.10

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Monthly Operating Report for October, 2012
October 1, 2012 – October 31, 2012
Comments/Disclaimer

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Accounts receivable balances in October have been adjusted to reflect settlement payments received in September and October.

During the month of October, two of the remaining four employees were terminated and the corporate offices in New Albany, IN were moved to a temporary office facility in Louisville, KY. This should result in a significant savings going forward, although there were some costs incurred to facilitate the relocation.

At the present time, it is anticipated that the temporary office will needed for an additional six to twelve months as the staff supports ongoing litigation.

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of October 31, 2012

| Customer | Balance |
| --- | --- |
| .J T NUCKOLS | 355,605 |
| AGRI BEEF COMPANY | 233,097 |
| ALLEN BARRY | 118,546 |
| AMOS KROPF | 1,860 |
| ANDERSON CATTLE COMPANY | 57,660 |
| ANDY LOLLEY | 36,086 |
| ATKINSON LIVESTOCK MARK | 2,577,880 |
| BACA COUNTY FEED YARD | 53,604 |
| BEEF MARKETING GROUP CO | 1,131,372 |
| BEN DELWORTH | 1,913 |
| BIG DRIVE CATTLE LLC | 99,763 |
| BILL CHASE | 11,627 |
| BILL EBERLE | 273,202 |
| BOB FOOTE | 1,671,097 |
| BRANDON JONES | 73,616 |
| BRANDON MAGGARD | 21,440 |
| BUD HEINE | 165,669 |
| BUFFALO FEEDERS | 7,255 |
| C & M CATTLE | 494,243 |
| CACTUS FEEDERS, INC. | 3,275,005 |
| CHAD BAKER | 56,200 |
| CHAD HOUCK (FLYING M RANCH) | 23,526 |
| CHAD SCHUCHMANN | 29,228 |
| CHARLES ANDERSON | 84,302 |
| CHARLES W. ANDERSON | 753,039 |
| CLARK CHRISTENSEN | 93,796 |
| CLAY J. CARTER | 69,143 |
| COLTON DOWNEY | 471 |
| COREY KAY/STARTER YARD | 133,575 |
| DAVID HILBERT | 131,387 |
| DAVID PETERSON | 62,408 |
| DEMAIO FARM & RANCH | 298,842 |
| DENNIS JONES | 617 |
| DOUG KRANTZ | 103,726 |
| DUSTY SPRESSOR | 23,968 |
| E 4 CATTLE CO | 156,694 |
| ED EDENS FARMS | 12,513 |
| ED EDENS IV | 2,742,019 |
| FAITH CATTLE CO. (CHAD HOUCK) | 123,480 |

Page 1 of 4

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of October 31, 2012

| Customer | Balance |
| --- | --- |
| FIVE RIVERS (CIMARRON FEEDERS, INC.) | 318,756 |
| FIVE RIVERS (GILCREST) | 520,888 |
| FIVE RIVERS (KUNER) | 514,231 |
| FIVE RIVERS (MALTA) | 212,697 |
| FIVE RIVERS (XIT FEEDERS) | 263,024 |
| FIVE RIVERS (YUMA) | 2,485,544 |
| FLORIDA INTERPLEADER SETTLEMENT | (100,099) |
| FRANCIS J. MADISON | 66,216 |
| FRED SMITH | 110,457 |
| FRIONA INDUSTRIES, L.P. | 2,559,358 |
| FRONTERA FEEDYARD | 147,211 |
| GANADO, INC | 227,966 |
| GARY CARTER | 66,995 |
| GARY LAIB | 104,917 |
| GARY SEALS | 363,019 |
| GARY SEALS - SETTLEMENT PAYMENTS | (325,000) |
| GIBSON FARMS, L.L.C. | 47,166 |
| GLOVER FARMS | 228,922 |
| H H H CATTLE CO | 3,374 |
| HERITAGE FEEDERS | 626,745 |
| HIGH PLAINS FEEDLOT | 10,308 |
| HOHENBERGER CATTLE | 568,973 |
| J & S FEEDLOTS INC. | 59,613 |
| J BAR H CATTLE | 52,935 |
| JACOB LARSON | 14,548 |
| JAMES ED EDENS & LEE ED | 57,274 |
| JAMES PERSCHBACHER | 392,551 |
| JANOUSEK FARMS | 9,675 |
| JEFFREY MADISON | 50,596 |
| JEREMY COFFEY | 6,531 |
| JERRY SHELTON | 135,908 |
| JERRY THOMPSON | 348,955 |
| JIM ROY WELLS CATTLE | 1,513 |
| JIM WOODS | 47,844 |
| JOE SCHMUCKER | 15,535 |
| JOE THOMPSON | 79,551 |
| JOHN ROSS | 116,982 |
| JVCO, LLC | 181,882 |
| KELLY HOSTETLER | 1,950 |

Page 2 of 4

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of October 31, 2012

| Customer | Balance |
|---|---:|
| KENNY OGDEN (paid supplier; potential supplier obligation) | 306,782 |
| KEVIN SMITH | 155,034 |
| KIRKLAND FEEDYARDS INC. | 8,857 |
| LEROY SAYLOR | 135,927 |
| LHL PARTNERSHIP | 280,868 |
| M.Y.C. | 220,715 |
| MARK FREEMAN | 93,491 |
| MARK FREEMAN IV | 9,306 |
| MATT ELLER | 177,286 |
| MATTHEW CATES | 23,037 |
| MIKE MASSEY | 935,652 |
| MULL FARMS & FEEDING | 102,692 |
| NU TECHNOLOGIES | 543,149 |
| OAKLAKE CATTLE COMPANY | 132,102 |
| PAT PADILLA | 16,733 |
| PENNER CATTLE | 60,402 |
| PESETSKY LAND & CATTLE | 166,934 |
| R M LIVESTOCK | 30,869 |
| RICK BEARD | 121,892 |
| ROBERT NICHOLS | 2,579,314 |
| RON SHEPHARD | 219,101 |
| RONALD STAHL | 99,361 |
| ROYAL BEEF | 432,290 |
| RUSH CREEK RANCH | 178,233 |
| RUSTY RAT CATTLE CO. | 15,710 |
| S & S CATTLE /ROYCE STALLCUP(CHAD HOUCK) | 18,789 |
| SAM FOUSEK | 117,030 |
| SCOTT GIBSON | (4,982) |
| SCOTT WEEKS | 25,120 |
| SEALY AND SON | 3,353 |
| STEPHEN DILKS | 129,553 |
| STEVE FLETCHER | 242,440 |
| SUPREME CATTLE FEEDERS | 1,158,887 |
| TERRY BABER | 66,215 |
| TIM COOK | 740 |
| TODD ROSENBAUM | 207,216 |
| TOM HERRMANN | 23,027 |
| TRAVIS DICKE | 293,217 |
| TRIANGLE CALF GROWERS (KIRKLAND FEEDERS)(ED EDENS) | 17,828 |

Page 3 of 4

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of October 31, 2012

| Customer | Balance |
|---|---:|
| WILLIAM BUSH | 205,521 |
| WILLIAMS FARM | 66,208 |
| WILLIE DOWNS LIVESTOCK | 8,360 |
| WILLIE DOWNS LIVESTOCK INC | 6,428 |
| WINTER LIVESTOCK | 64,467 |
| **Accounts Receivable as of October 31, 2012** | **35,850,141** |

Note: These balances have been restated to exclude unsupported transactions and invoices for which customer remittances were diverted by the debtor's employees.

Note 2: These balances are based on the debtor's books and records; balances are subject to change as accounts are researched.

Note 3: There is uncertainty as to the collectability of the receivables and as to whether the debtor is entitled to the proceeds.

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account:**
For the Period 9/29/12 to 10/31/12

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

00000655 DPB 034 161 30612 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 7,548,767.10 |
| Deposits & Credits | 3 | 83,099.39 |
| Checks Paid | 13 | (12,488.38) |
| Payments & Transfers | 6 | (24,195.91) |
| Fees, Charges & Other Withdrawals | 3 | (75.00) |
| Ending Balance | 25 | $7,595,107.20 |



RECEIVED NOV -6 2012 checking

**J.P.Morgan**

Page 1 of 6

**J.P.Morgan**

Primary Account:
For the Period 9/29/12 to 10/31/12

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 10/04 | Deposit | 75,000.00 |
| 10/25 | Deposit    988984715 | 192.92 |
| 10/31 | Deposit | 7,906.47 |
| **Total Deposits & Credits** | | **$83,099.39** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1596 | 10/01 | 550.00 | 1621 | 10/30 | 3,387.10 | 1625 | 10/23 | 12.90 |
| 1617 | 10/22 | 1,190.00 | 1622 | 10/24 | 550.00 | 1626 | 10/23 | 23.58 |
| 1618 | 10/01 | 1,103.00 | 1623 | 10/31 | 1,200.00 | 1627 | 10/23 | 240.15 |
| 1619 | 10/19 | 3,029.04 | 1624 | 10/22 | 618.29 | 1628 | 10/19 | 34.32 |
| 1620 | 10/18 | 550.00 | | | | | | |

**Total Checks Paid** ($12,488.38)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 10/01 | 10/01 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0127674 Trn: 3172100275Es | 9,096.13 |
| 10/12 | ADP Payroll Fees ADP - Fees 10Gx2   7104367 CCD ID: 9659605001 | 157.77 |
| 10/16 | 10/16 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0112459 Trn: 3168600290Es | 9,538.66 |
| 10/19 | ADP Payroll Fees ADP - Fees 10Gx2   7364092 CCD ID: 9659605001 | 39.19 |

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account: 
For the Period 9/29/12 to 10/31/12

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 10/26 | ADP Payroll Fees ADP - Fees 10Gx2  7645442 CCD ID: 9659605001 | 157.77 |
| 10/31 | 10/31 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Rbi Adpbr18 Gx2 Eastern Livestock/Bnf/Fbo ADP Inc. Ssn: 0320349 Trn: 3557300305Es | 5,206.39 |
| | **Total Payments & Transfers** | **($24,195.91)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/01 | Wire Online Domestic Fee | 25.00 |
| 10/16 | Wire Online Domestic Fee | 25.00 |
| 10/31 | Wire Online Domestic Fee | 25.00 |
| | **Total Fees, Charges & Other Withdrawals** | **($75.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01 | 7,537,992.97 | 10/19 | 7,599,618.99 | 10/25 | 7,597,176.99 |
| 10/04 | 7,612,992.97 | 10/22 | 7,597,810.70 | 10/26 | 7,597,019.22 |
| 10/12 | 7,612,835.20 | 10/23 | 7,597,534.07 | 10/30 | 7,593,632.12 |
| 10/16 | 7,603,271.54 | 10/24 | 7,596,984.07 | 10/31 | 7,595,107.20 |
| 10/18 | 7,602,721.54 | | | | |

**J.P.Morgan**

# J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ▬▬▬
For the Period 9/29/12 to 10/31/12

00000415 DPB 034 161 30612 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

RECEIVED NOV -6 2012

escrow

## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 4,717,922.03 |
| Ending Balance | 0 | $4,717,922.03 |

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

*Please note this account had no activity during this statement period. The date of last activity for this account was 08/29/12.*

J.P.Morgan

Page 1 of 4

TJF