# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

## REQUEST FOR HEARING TRANSCRIPT

Come now Superior Livestock Auction, Inc. ("Superior") by counsel and hereby requests a copy of the transcript from the hearing held in this matter on December 7, 2012 at 10:00 a.m.

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone: 502-587-3746
Facsimile: 502-540-2274
e-mail: crb@gdm.com

**COUNSEL FOR SUPERIOR LIVESTOCK AUCTION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.