IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Eastern Livestock Co., LLC, | ) | CASE NO. 10-93904 BHL 11 |
| | ) | |
| Debtor | ) | |

**LIMITED OBJECTION TO THE AMENDED THIRD INTERIM APPLICATION OF FAEGRE BAKER DANIELS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR JAMES A. KNAUER CHAPTER 11 TRUSTEE**

Nancy J. Gargula, United States Trustee, by Charles R. Wharton, Trial Attorney, files this limited objection to the Amended Third Interim Application of Faegre Baker Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer Chapter 11 Trustee filed on November 26, 2012 and states:

1. The above Application seeks compensation from the bankruptcy estate and is subject to this Court's order entered August 31, 2012, (the "August 31 Order") which overruled objections to the retention of Faegre Baker Daniels LLP ("FBD").

2. The August 31 Order indicated that the bankruptcy estate should not bear the burden of FBD's deliberations and litigation over the disclosure requirements discussed in the order and the Court specifically required FBD to "… (i) seek no compensation for such matters, and (ii) … [to] deduct the amount equal to the compensation the Court has already approved for such matters from the fees it would otherwise be eligible to receive."

3. A review of the Application reveals that FBD has reduced their requested fees per the August 31 Order. However, FBD is seeking compensation for time expended for defending appeals of the August 31, 2012 Order.

4. A number of entries appear to be the result of work attributable to defending the appeals of the August 31, 2012 Order.

5. The cost of defending the appeals does constitute a burden to the estate regarding the disputes addressed in the August 31 Order. However, the August 31 Order is unclear as to whether future costs incurred litigating the disclosure issues discussed in that order were also to be non-compensable to FBD. If the Court's August 31 Order was intended to make non-compensable those costs incurred by FBD after the date of the order, then FBD's fees as requested in the Application should be reduced by the amounts indicated in paragraph 4 above.

WHEREFORE, the United States Trustee objects to the Application to the limited extent that it includes fees and expenses attributable to defending the appeal based upon the disclosure issues discussed by the Court in its August 31 Order and requests that the Court disallow those appeal related fees and expenses and grant such other relief as is just and proper.

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By:  /s/ Charles R. Wharton
     Charles R. Wharton
     Office of the United States Trustee
     101 W. Ohio Street, Suite 1000
     Indianapolis, IN 46204
     Tel. (317) 226-5709
     Fax (317) 226-6356
     Charles.R.Wharton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt | - | davidabt@mwt.net |
| Ashley S Rusher | - | asr@blancolaw.com |
| C. R. Bowles, Jr | - | crb@gdm.com |
| David Alan Domina | - | dad@dominalaw.com |
| T. Kent Barber | - | kbarber@dlgfirm.com |
| Laura Day DelCotto | - | ldelcotto@dlgfirm.com |
| James Bryan Johnston | - | bjtexas59@hotmail.com |
| Jessica E. Yates | - | jyates@swlaw.com |
| John Hunt Lovell | - | john@lovell-law.net |
| Mark A. Robinson | - | mrobinson@vhrlaw.com |
| William E Smith, III | - | wsmith@k-glaw.com |
| Ross A. Plourde | - | ross.plourde@mcafeetaft.com |
| Thomas C. Scherer, Esq. | - | tscherer@binghammchale.com |
| Jerald I. Ancel | - | jancel@taftlaw.com |
| Jeffrey R. Erler | - | jeffe@bellnunnally.com |
| Jeffrey J. Graham | - | jgraham@taftlaw.com |
| Karen L. Lobring | - | lobring@msn.com |
| Susan K. Roberts | - | skr@stuartlaw.com |
| Sandra D. Freeburger | - | sfreeburger@dsf-atty.com |
| Jesse Cook-Dubin | - | jcookdubin@vorys.com |
| Edward M King | - | tking@fbtlaw.com |
| Randall D. LaTour | - | rdlatour@vorys.com |
| John R. Carr, III | - | jrciii@acs-law.com |
| Bret S. Clement | - | bclement@acs-law.com |
| Daniel J. Donnellon | - | ddonnellon@ficlaw.com |
| Stephen A. Weigand | - | sweigand@ficlaw.com |
| Walter Scott Newbern, III | - | wsnewbern@msn.com |
| John Huffaker | - | john.huffaker@sprouselaw.com |
| John Frederick Massouh | - | john.massouh@sprouselaw.com |
| Mark A. Robinson | - | mrobinson@vhrlaw.com |
| Theodore A Konstantinopoulos | - | ndohbky@jbandr.com |
| Michael W. McClain | - | mike@kentuckytrial.com |
| Judy Hamilton Morse | - | judy.morse@crowedunlevy.com |
| John M. Thompson | - | john.thompson@crowedunlevy.com |
| Sarah Stites Fanzini | - | sfanzini@hopperblackwell.com |
| Jeffrey E. Ramsey | - | jramsey@hopperblackwell.com |
| David L. LeBas | - | dlebas@namanhowell.com |
| John M. Rogers | - | johnr@rubin-levin.net |

| | | |
|---|---|---|
| Robert H. Foree | - | robertforee@bellsouth.net |
| James A. Knauer | - | jak@kgrlaw.com |
| James M. Carr | - | james.carr@bakerd.com |
| Dustin R. DeNeal | - | dustin.deneal@bakerd.com |
| Terry E. Hall | - | terry.hall@bakerd.com |
| John David Hoover | - | jdhoover@hooverhull.com |
| Wendy W Ponader | - | wendy.ponader@bakerd.com |
| Robert K Stanley | - | robert.stanley@bakerd.com |
| Sean T. White | - | swhite@hooverhull.com |
| Kim Martin Lewis | - | kim.lewis@dinslaw.com |
| Jeremy S Rogers | - | Jeremy.Rogers@dinslaw.com |
| Edward C. Airhart | - | edairhart@airhartlaw.com |
| Andrea L Wasson | - | andreawassonatty@gmail.com |
| David Alan Domina | - | dad@dominalaw.com |
| Todd J. Johnston | - | tjohnston@mcjllp.com |
| Timothy T. Pridmore | - | tpridmore@mcjllp.com |
| John W Ames | - | jwa@gdm.com |
| Ivana B. Shallcross | - | ibs@gdm.com |
| Chistopher E. Baker | - | cbaker@hklawfirm.com |
| Lisa Koch Bryant | - | courtmail@fbhlaw.net |
| David A. Laird | - | david.laird@moyewhite.com |
| Matthew J. Ochs | - | matt.ochs@moyewhite.com |
| Deborah Caruso | - | dcaruso@daleeke.com |
| Meredith R. Thomas | - | mthomas@daleeke.com |
| Cathy S. Pike | - | cpike@weberandrose.com |
| William Robert Meyer, II | - | rmeyer@stites.com |
| Allen Morris | - | amorris@stites.com |
| Kirk Crutcher | - | kcrutcher@mcs-law.com |
| Elliott D. Levin | - | edl@rubin-levin.net |
| Kelly Greene McConnell | - | lisahughes@givenspursley.com |
| James Edwin McGhee, III | - | mcghee@derbycitylaw.com |
| James T Young | - | james@rubin-levin.net |
| Amelia Martin Adams | - | aadams@dlgfirm.com |
| Robert A. Bell, Jr | - | rabell@vorys.com |
| Kent A Britt | - | kabritt@vorys.com |
| James B. Lind | - | jblind@vorys.com |
| Melissa S. Giberson | - | msgiberson@vorys.com |
| Jason W. Cottrell | - | jwc@stuartlaw.com |
| Joshua N. Stine | - | kabritt@vorys.com |
| James E Rossow, Jr | - | jim@rubin-levin.net |
| Kevin M. Toner | - | kevin.toner@bakerd.com |
| Christie A. Moore | - | cm@gdm.com |
| Trevor L. Earl | - | tearl@rwsvlaw.com |
| Michael Wayne Oyler | - | moyler@rwsvlaw.com |
| Jeffrey L Hunter | - | jeff.hunter@usdoj.gov |
| Jill Zengler Julian | - | Jill.Julian@usdoj.gov |

4

I further certify that on December 12, 2012, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

National Cattlemen's Beef Association
c/o Alice Devine
6031 SW 37th St.
Topeka, KA 66610

/s/ Charles R. Wharton
Charles R. Wharton
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-5709
Fax (317) 226-6356
Charles.R.Wharton@usdoj.gov