United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                  Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                              Chapter 11
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0756-4            User: edixon              Page 1 of 4              Date Rcvd: Dec 10, 2012
                                Form ID: SF03001          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2012.
adb          #+Eastern Livestock Co., LLC,   135 W. Market Street,    New Albany, IN 47150-3561
11907245     +ASM SIP, L.P.,   7600 Jericho Turnpike, Suite 302,    Woodbury, NY 11797-1705
10426340     +Ike's Trucking Inc.,   P O Box 81,   St. Paul, VA 24283-0081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2012**                          **Signature:** *Joseph Speetjens*

Case 10-93904-BHL-11   Doc 1624   Filed 12/12/12   EOD 12/13/12 01:35:04   Pg 2 of 5

```
District/off: 0756-4          User: edixon              Page 2 of 4           Date Rcvd: Dec 10, 2012
                              Form ID: SF03001          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2012 at the address(es) listed below:

        Allen  Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
         dgoodman@stites.com
        Amanda Dalton Stafford    on behalf of Plaintiff James Knauer, Trustee ads@kgrlaw.com
        Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
         aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
        Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
        Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
         traluy@fbhlaw.net
        Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
        Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
         sfinnerty@acs-law.com
        C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
         smays@bgdlegal.com;cjenkins@bgdlegal.com
        Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
         Charles.R.Wharton@usdoj.gov
        Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
         ljs2@gdm.com
        Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
         ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
        Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
         ddonnellon@ficlaw.com,  knorwick@ficlaw.com
        David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
         david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
        David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
         KKW@dominalaw.com;efiling@dominalaw.com
        David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
        David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
         dlebas@namanhowell.com,  koswald@namanhowell.com
        Deborah  Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
         mthomas@daleeke.com
        Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
         becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
        Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,   dgioffre@fbtlaw.com
        Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
         edl@rubin-levin.net,  atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
         robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
        Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
         bjtobin@vorys.com
        Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
        Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
         judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
        Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
         jowens@millerdollarhide.com;receptionist@millerdollarhide.com
        James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,   tjf@kgrlaw.com
        James A. Knauer    jak@kgrlaw.com,   tjf@kgrlaw.com
        James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
        James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
         bryan@ebs-law.net
        James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
         jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
        James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
         legalassistant@smithakins.com
        James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
         SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com
        James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
         sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
        James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
         lemerson@rubin-levin.net;carmen@rubin-levin.net
        Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com,   jbr@stuartlaw.com
        Jay  Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
         tfroelich@kgrlaw.com;ads@kgrlaw.com
        Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
         jgraham@taftlaw.com,
         ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
        Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
         jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
        Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
         jeffe@bellnunnally.com
        Jennifer  Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com,
         pad@kgrlaw.com;ads@kgrlaw.com

```
District/off: 0756-4          User: edixon                Page 3 of 4            Date Rcvd: Dec 10, 2012
                              Form ID: SF03001            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jerald I. Ancel   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
         jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com
        Jeremy S Rogers   on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
        Jessica E. Yates   on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
         docket_den@swlaw.com;mmccleery@swlaw.com
        Jill Zengler Julian   on behalf of Joined Party  United States Department of Agriculture, Grain
         Ins Jill.Julian@usdoj.gov
        Joe Lee Brown   on behalf of Defendant  Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
        Joe T. Roberts   on behalf of Counter-Claimant  Laurel Livestock Market, INC.
         jratty@windstream.net
        John Huffaker   on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
         lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
        John David Hoover   on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com
        John Frederick Massouh   on behalf of Counter-Defendant  Cactus Growers, Inc.
         john.massouh@sprouselaw.com
        John Hunt Lovell   on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
         sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
        John M. Rogers   on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
         susan@rubin-levin.net
        John M. Thompson   on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
         jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
        John R. Burns   on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
         sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
        John R. Carr   on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
         sfinnerty@acs-law.com
        John W Ames   on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Joseph H Rogers   on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
         cdow@millerdollarhide.com
        Joshua Elliott Clubb   on behalf of Other Professional  Kentucky Cattlemen's Association
         joshclubb@gmail.com
        Joshua N. Stine   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
        Judy Hamilton Morse   on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
         ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
        Karen L. Lobring   on behalf of Creditor  Deere & Company lobring@msn.com
        Kayla D. Britton   on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
         becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
        Kelly Greene McConnell   on behalf of Creditor  AB Livestock, LLC lisahughes@givenspursley.com
        Kent A Britt   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kevin M. Toner   on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
         judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
        Kim Martin Lewis   on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
         lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
        Kirk Crutcher   on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
         jparsons@mcs-law.com
        Laura Day 10DelCotto   on behalf of Counter-Defendant  Bluegrass Stockyards of Richmond, LLC
         ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Lisa Koch Bryant   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
         courtmail@fbhlaw.net
        Mark A. Robinson   on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
         dalbers@vhrlaw.com
        Matthew J. Ochs   on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
        Matthew R. Strzynski   on behalf of Defendant Jt Nuckols mstrzynski@kdlegal.com,
         Tsylvester@kdlegal.com
        Melissa S. Giberson   on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
        Meredith R. Thomas   on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
        Michael Benton Willey   on behalf of Creditor  Tennessee Department of Revenue
         michael.willey@ag.tn.gov
        Michael W. McClain   on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
         laura@kentuckytrial.com
        Michael Wayne Oyler   on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
        Peter M Gannott   on behalf of Counter-Claimant  Laurel Livestock Market, INC.
         pgannott@gannottlaw.com,  paralegal@gannottlaw.com;gannottlaw@gmail.com
        Randall D. LaTour   on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
         khedwards@vorys.com;bjtobin@vorys.com
        Robert A. Bell   on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
         dmchilelli@vorys.com
        Robert H. Foree   on behalf of Creditor  Kentucky Cattlemen's Association
         robertforee@bellsouth.net
        Robert K Stanley   on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
        Ross A. Plourde   on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
         afton.shaw@mcafeetaft.com
        Sandra D. Freeburger   on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
         sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
        Sean T. White   on behalf of Special Counsel  Hoover Hull LLP swhite@hooverhull.com,
         vwilliams@hooverhull.com

Case 10-93904-BHL-11    Doc 1624    Filed 12/12/12    EOD 12/13/12 01:35:04    Pg 4 of 5

```
District/off: 0756-4           User: edixon                 Page 4 of 4           Date Rcvd: Dec 10, 2012
                               Form ID: SF03001             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Shawna M Eikenberry   on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill   on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
          Stephen A. Weigand   on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
          Stephen E. Schilling   on behalf of Defendant  E4 Cattle Company, LLC seschilling@strausstroy.com
          Steven A. Brehm   on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          T. Kent Barber   on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall   on behalf of Counter-Claimant James Knauer terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos   on behalf of Creditor  General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer   on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
          Thomas P Glass   on behalf of Defendant  E4 Cattle Company, LLC tpglass@strausstroy.com
          Timothy T. Pridmore   on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston   on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl   on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern   on behalf of Creditor  Alabama Livestock Auction, Inc. wsnewbern@msn.com
          Wendy W Ponader   on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
          William E Smith   on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
          William K. Flynn   on behalf of Defendant  E4 Cattle Company, LLC wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
          William Robert Meyer   on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com

                                                                                                  TOTAL: 107

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF03001 (rev 10/2004)

In re:

**Eastern Livestock Co., LLC**,
      Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

NOTICE IS GIVEN that pursuant to Fed.R.Bankr.P. 3001(e), the alleged transferee, ASM SIP, L.P., has filed evidence of transfer of a claim filed by the alleged transferor, Ike's Trucking Inc.

Any objection to the transfer must be filed by the alleged transferor with the Clerk's Office and served on the alleged transferee by December 28, 2012.

If a timely objection is filed, after notice and a hearing, the Court will determine whether the claim has been transferred for security. If the Court determines that the claim has been transferred other than for security, the Court will enter an order substituting the transferee for the transferor.

If a timely objection is not filed and the claim has been transferred other than for security, the transferee shall be substituted for the transferor without further order of the Court.

If the claim has been transferred for security and neither the transferor nor the transferee file an agreement regarding relative rights respecting voting of the claim, payment of dividends thereon, or participation in the administration of the estate, on motion filed and after notice and a hearing, the Court will enter an order respecting these matters as may be appropriate.

Dated:  December 10, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court