UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )      Case No. 10-93904-BHL-11 |
| | ) |
| Debtor | ) |
| | ) |

**RESPONSE OF COFFEYVILLE LIVESTOCK MARKET, LLC
TO TRUSTEE'S FIRST OMNIBUS OBJECTION TO
AMENDED AND/OR DUPLICATE CLAIMS**

Coffeyville Livestock Market, LLC, by counsel, William E. Smith, III, of the Law Firm of

Kightlinger & Gray, LLP, for its Response to the Trustee's First Omnibus Objection to Amended

and/or Duplicate Claims states as follows:

Trustee's Motion states that the Trustee is objecting to the Claim of Coffeyville Livestock

Market, LLC, Number 129, due to the fact that it has been amended by Claim 268.  However, in

reviewing the Claim Register on file with the Court, Coffeyville originally filed its Proof of Claim on

March 22, 2011 and was identified as Claim Number 129.  Subsequently, Coffeyville filed its

Amended Claim on April 14, 2011, which has been identified by the Court as Claim Number 129-2.

If it is the intent of the Trustee by its Motion to clarify that the original Claim of Coffeyville has been

amended by the Claim filed on April 14, 2011, then Coffeyville has no objection.

However, the Trustee has objected to Claim 129 due to the filing by Coffeyville of its Claim

enumerated by the Trustee as Claim Number 268.  Reviewing the Court's Claim Register there

appears to be no Claim 268.  Coffeyville understands that the Trustee's numbering of the Claims

may be different than the Court's Claim Register and is making this objection merely to protect its

110291 / 1824513-1

Claim as amended and referred in the Court's Claim Registry as 129-2, filed on April 14, 2011 for

the amount of $19,889.50.

WHEREFORE, Coffeyville Livestock Market, LLC, respectfully requests that this Court

deny the Objection of the Trustee if it is the intent of the Trustee to in any way effect the validity of

its amended Claim docketed with this Court as Claim Number 129-2 and clarify that Claim 129-2,

filed on April 14, 2011 by Coffeyville Livestock Market, LLC, is a valid Claim, and for any and all

other proper relief to which is may appear entitled.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:     /s/ William E. Smith, III
        William E. Smith, III

Counsel for Coffeyville Livestock Market, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, a copy of the foregoing **"Response of Coffeyville Livestock Market, LLC to Trustee's First Omnibus Objection to Amended and/or Duplicate Claims"** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt – davidabt@mwt.net

Amelia Martin Adams – aadams@dlgfirm.com

John W. Ames – jaw@gdm.com

Jerald I. Ancel – jancel@taftlaw.com

T. Kent Barber – kbarber@dlgfirm.com

Robert A. Bell – rabell@vorys.com

C. R. Bowles, Jr. – crb@gdm.com

110291 / 1824513-1

Steven A. Brehm – sbrehm@bgdlegal.com

Kent A. Britt – kabritt@vorys.com

Kayla D. Britton -- kayla.britton@faegrebd.com

Joe Lee Brown – Joe.Brown@hardincounty.biz

Lisa Koch Bryant – courtmail@fbhlaw.net

John R Burns – john.burns@faegrebd.com

James M. Carr – james.carr@backerd.com

James M. Carr – jim.carr@bakerd.com

John R. Carr, III – jrciii@acs-law.com

Deborah Caruso – dcaruso@daleeke.com

Ben T. Caughey – ben.caughey@icemiller.com

Bret S. Clement – bclement@acs-law.com

Joshua Elliott Clubb – joshclubb@gmail.com

Jesse Cook-Dublin – jcookdublin@vorys.com

Jason W. Cottrell – jwc@stuartlaw.com

Kirk Crutcher – kcrutcher@mcs-law.com

Jack S. Dawson – jdawson@millerdollarhide.com

Dustin R. DeNeal – dustin.deneal@bakerd.com

Laura Day DelCotto – ldelcotto@dlgfirm.com

David Alan Domina – dad@dominalaw.com

Daniel J. Donnellon – ddonnellon@ficlaw.com

Trevor L. Earl – tearl@rwsvlaw.com

Shawna M. Eikenberry – shawna.eikenberry@faegrebd.com

Jeffrey R. Erler – jeffe@bellnunnally.com

Sarah Stites Fanzini – sfanzini@hooperblackwell.com

William K. Flynn – wkflynn@strausstroy.com

Robert H. Foree – robertforee@bellsouth.net

Sandra D. Freeburger – sfreeburger@dsf-atty.com

Peter M. Gannott – pgannott@gannottlaw.com

Melissa S. Giberson –  msgiberson@vorys.com

Thomas P. Glass – tpglass@strausstroy.com

Jeffrey J. Graham – jgraham@taftlaw.com

Terry E. Hall – terry.hall@bakerd.com

John David Hoover – jdhoover@hooverhull.com

John Huffaker – john.huffaker@sprouselaw.com

Jeffrey L. Hunter – jeff.hunjter@usdoj.gov

Jay Jaffe – jay.jaffe@faegrebd.com

James Bryan Johnston – bjtexas59@hotmail.com

Todd J. Johnston – tjohnston@mcjllp.com

Jill Zenger Julian – jill.julian@usdoj.gov

Jay P. Kennedy – jpk@kgrlaw.com

Edward M. King – tking@fbtlaw.com

James A. Knauer – jak@kgrlaw.com

Erick P. Knoblock – eknoblock@daleeke.com

110291 / 1824513-1

Theodore A. Konstantinopoulos – ndohbky@bandr.com

David A. Laird – david.laird@moyewhite.com

Randall D. LaTour – rdlatour@vorys.com

David L. LeBas – dlebas@namanhowell.com

Elliott D. Levin – robin@rubin-levin.net

Elliott D. Levin – edl@rubin-levin.net

Kim Martin Lewis – kim.lewis@dinslaw.com

James B. Lind – jblind@vorys.com

Karen L. Lobring – lobring@msn.com

John Hunt Lovell – john@lovell-law.net

Harmony A. Mappes – harmony.mappes@faegrebd.com

John Frederick Massouh – john.massouh@sprouselaw.com

Michael W. McClain – mike@kentuckytrail.com

Kelly Greene McConnell – lisahughes@givenspursley.com

James Edwin McGhee – mcghee@derbycitylaw.com

William Robert Meyer, II – rmeyer@stites.com

Christie A. Moore – cm@gdm.com

Allen Morris – amorris@stites.com

Judy Hamilton Morse – judy.morse@crowedunlevy.com

Walter Scott Newbern, III – wsnewbern@msn.com

Matthew J. Ochs – matt.ochs@moyewhite.com

Shiv Ghuman O'Neill – shiv.oneill@faegrebd.com

Michael Wayne Oyler – moyler@rwsvlaw.com

Cathy S. Pike – cpike@weberandrose.com

Ross A. Plourde – ross.plourde@mcafeeaft.com

Wendy W. Ponader – wendy.ponader@bakerd.com

Timothy D. Pridmore – tpridmore@mcjllp.com

Anthony G. Raluy – traluy@fbhlaw.com

Jeffrey E. Ramsey – jramsey@hooperblackwell.com

Eric C. Redman – ksmith@redmanludwig.com

Eric W. Richardson – ewrichardson@vorys.com

Joe T. Roberts – jratty@windstream.net

Mark A. Robinson – mrobinson@vhrlaw.com

Jeremy S. Rogers – Jeremy.Rogers@dinslaw.com

Joseph H. Rogers – jrogers@millerdollarhide.com

John M. Rogers – johnr@rubin-levin.net

James E. Rossow – jim@rubin-levin.net

Ashley S. Rusher – asr@blancolaw.com

Thomas C. Scherer – tscherer@bgdlegal.com

Ivana B. Shallcross – ibs@gdm.com

Stephen E. Schilling – seschilling@strausstroy.com

James E. Smith – jsmith@smithakins.com

Robert K. Stanley – robert.stanley@bakerd.com

Joshua N. Stine – kabritt@vorys.com

Andrew D. Stosberg – astosberg@lloydmc.com

Meredith R. Thomas – mthomas@daleeke.com

John M. Thompson – john.thompson@crowedunlevy.com

Kevin M. Toner – Kevin.toner@faegrebd.com

Andrea L. Wasson – andrea@wassonthornhill.com

Jennifer Watt – jwatt@kgrlaw.com

Stephen A. Weigand – sweigand@ficlaw.com

Charles R. Wharton – charles.r.wharton@usdoj.gov

Sean T. White – swhite@hooverhull.com

Michael Benton Willey – Michael.willey@ag.tn.gov

Jessica E. Yates – jyates@swlaw.com

James T. Young – james@rubin-levin.net

U.S. Trustee – ustpregion10.in.ecf@usdoj.gov


/s/ William E. Smith, III
William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE: (812) 949-2300
FAX:    (812) 949-8556
E-MAIL: wsmith@k-glaw.com

110291 / 1824513-1