Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH JACKIE YOUNG PURSUANT TO RULE 9019**

This matter is before the Court on the *Motion to Approve Compromise and Settlement With Jackie Young Pursuant to Rule 9019* (the "Settlement Motion") [Docket # _____] filed by James A. Knauer, the chapter 11 trustee appointed in the above-captioned case. The Court, having considered the Settlement Motion and being otherwise duly advised, now finds that adequate notice and opportunity to object was provided and that the proposed settlement (i) is in the best interests of the bankruptcy estate; (ii) benefits the estate and the creditors thereof; and (iii) should be approved. Accordingly,

IT IS HEREBY ORDERED that,

1. The Settlement Motion is hereby GRANTED in its entirety.

2.  The terms of the Settlement Agreement[1] are hereby approved in its entirety pursuant to 11 U.S.C. § 105 and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure.

3.  The Settlement Amount shall be deposited into the Debtor's general operating account subject to any order governing the use of cash collateral by the Trustee.

### 

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Settlement Motion.