EXHIBIT A

| Date | Name | Hours | Fees Deducted | Total Fees Amount | Narrative |
|---|---|---|---|---|---|
| 9/7/2012 | Carr, James M. | 0.9 | $ 522.00 | $ 522.00 | E-mails regarding finalizing First Bank complaint (0.6); e-mails regarding Superior appeal of Order Denying Motion to Remove Trustee (0.3) |
| 9/7/2012 | Mappes, Harmony A. | 0.1 | $ 30.50 | $ 30.50 | Attention to notice of appeal filed by Superior |
| 9/7/2012 | Toner, Kevin M. | 0.3 | $ 138.00 | $ 138.00 | Review notice of appeal and communicate with Trustee team re same |
| 9/7/2012 | Toner, Kevin M. | 1 | $ 460.00 | $ 460.00 | Research finality issue re appeal in 7th Circuit cases and 3rd Circuit |
| 9/7/2012 | Toner, Kevin M. | 0.5 | $ 115.00 | $ 230.00 | Respond to T. Hall re Superior standing to appeal; telephone conference with R. LaTour re outstanding requests and schedules |
| 9/10/2012 | Carr, James M. | 2.8 | $ 1,624.00 | $ 1,624.00 | Research, conference with and e-mail Laramore, K. Toner, et al. regarding Superior notice of appeal from order denying motion to remove Trustee, review Trapp letter regarding request for consent of direct appeal to 7th Circuit |
| 9/10/2012 | Kelley, Daniel R. | 0.2 | $ 50.00 | $ 50.00 | Research bankruptcy rules and standing issues |
| 9/10/2012 | Laramore, Jon B. | 0.2 | $ 107.00 | $ 107.00 | Conference with J. Carr regarding potential appeal |
| 9/10/2012 | Toner, Kevin M. | 0.9 | $ 414.00 | $ 414.00 | Conference with T. Hall re appeal; review letter from C. Trapp and confer with Trustee and team re same; forward finality research to J. Laramore; review suggestions for First Bank complaint |
| 9/11/2012 | Carr, James M. | 2.8 | $ 1,624.00 | $ 1,624.00 | Research and email Laramore regarding opposition to Superior's request for direct app. of order denying motion to remove trustee and conference regarding evidence of J. Knauer's Fifth Third consent |
| 9/11/2012 | Hall, Terry E. | 1 | $ 390.00 | $ 390.00 | Attend to appeal arguments on Superior and response to Donnellon email |
| 9/11/2012 | Laramore, Jon B. | 1.6 | $ 856.00 | $ 856.00 | Research regarding appeal; conference with D. Kelley regarding same |
| 9/11/2012 | Toner, Kevin M. | 0.3 | $ 138.00 | $ 138.00 | Exchange emails re appeal strategy |
| 9/11/2012 | Toner, Kevin M. | 1.7 | $ 380.00 | $ 782.00 | Review xscript and forward excerpts to support court's Fifth Third consent finding; telephone conference with R. LaTour; telephone conference with J. Carr and T. Hall re appeal and D. Donnellon request; telephone conference with S. Newbern |
| 9/12/2012 | Kelley, Daniel R. | 3.4 | $ 850.00 | $ 850.00 | Conduct research re standing and joinder; draft memo re same |
| 9/12/2012 | Laramore, Jon B. | 3.5 | $ 1,872.50 | $ 1,872.50 | Draft opposition to certification |
| 9/12/2012 | Toner, Kevin M. | 0.3 | $ 138.00 | $ 138.00 | Locate and forward merits briefs to J. Laramore |
| 9/13/2012 | Carr, James M. | 1.6 | $ 928.00 | $ 928.00 | Emails regarding notices of appeal and first draft of response to Superior request regarding direct appeal to 7th Circuit from order denying motion to remove Trustee |
| 9/13/2012 | Laramore, Jon B. | 2.1 | $ 1,123.50 | $ 1,123.50 | Draft opposition to motion to certify; review transcript; attention to new filings; conference with D. Kelley |
| 9/13/2012 | Mappes, Harmony A. | 4.2 | $ 300.00 | $ 1,281.00 | Work with J. Laramore regarding Superior notice of appeal; conference with K. Toner strategizing regarding value of claim against Superior regarding undelivered cattle and forward contracts; continue reviewing claim and work on amending counterclaims |
| 9/13/2012 | Toner, Kevin M. | 1.5 | $ 690.00 | $ 690.00 | Review draft motion and forward suggestions to J. Laramore; review notices of appeal; telephone conference with R. LaTour re transcript; telephone conference with H. Mappes re deadlines |
| 9/14/2012 | Carr, James M. | 1.8 | $ 400.00 | $ 1,044.00 | Draft letter to Trapp regarding request for consent to direct appeal to 7th Circuit and emails J. Knauer, et al. (0.8); conference with T. Hall regarding communications with USA E.D. Kentucky and LaTour regarding $4.7 million in YCB (0.6); emails Fishman, et al. regarding communications regarding mediation (0.4) |
| 9/14/2012 | Hall, Terry E. | 0.3 | $ 117.00 | $ 117.00 | Attention to new appeal filings and review of letter |
| 9/14/2012 | Jaffe, Jay | 0.3 | $ 165.00 | $ 165.00 | Review additional Notices of appeal of trustee removal decision |
| 9/14/2012 | Toner, Kevin M. | 0.2 | $ 92.00 | $ 92.00 | Study new appeal notices |
| 9/14/2012 | Toner, Kevin M. | 0.1 | $ 46.00 | $ 46.00 | Edit draft letter re direct appeal request |
| 9/19/2012 | Carr, James M. | 2 | $ 812.00 | $ 1,160.00 | Review Superior filing regarding issues on appeal and recd. (0.6); emails Laramore, et al. regarding appeal from denial motion to remove Trustee funding, etc. (0.8); emails W. Ponader, K. Toner, and R. Stanley regarding action against First Bank and Trust under Section 550 (0.6) |
| 9/19/2012 | Hall, Terry E. | 1 | $ 390.00 | $ 390.00 | Discuss appeal posture and response with appellate counsel |
| 9/19/2012 | Laramore, Jon B. | 0.5 | $ 267.50 | $ 267.50 | Forward research to J. Carr; conference with T. Hall regarding same |
| 9/19/2012 | Mappes, Harmony A. | 0.2 | $ 61.00 | $ 61.00 | Attention to emails regarding appeal |
| 9/19/2012 | Toner, Kevin M. | 0.5 | $ 230.00 | $ 230.00 | Study Superior designation and forward comments to J. Laramore and J. Carr |
| 9/20/2012 | Mappes, Harmony A. | 0.2 | $ 61.00 | $ 61.00 | Attention to filings regarding appeal |
| 9/21/2012 | Hall, Terry E. | 0.7 | $ 273.00 | $ 273.00 | Conference with J. Laramore regarding appeal |
| 9/23/2012 | Laramore, Jon B. | 0.1 | $ 53.50 | $ 53.50 | Attention to emails |
| 9/26/2012 | Laramore, Jon B. | 4.6 | $ 2,461.00 | $ 2,461.00 | Research appeal issues and time line; draft and send memo regarding same; review bankruptcy court filings |
| 9/26/2012 | Mappes, Harmony A. | 0.4 | $ 122.00 | $ 122.00 | Study memo from J. Laramore regarding appeal deadlines and action items |
| 9/26/2012 | Toner, Kevin M. | 0.3 | $ 138.00 | $ 138.00 | Study timeline for bankruptcy appeal |
| 9/27/2012 | Laramore, Jon B. | 0.5 | $ 267.50 | $ 267.50 | Conference with H. Mappes; conference with D. Pulliam; review memo and emails |
| 9/27/2012 | Mappes, Harmony A. | 0.3 | $ 91.50 | $ 91.50 | Confer with J. Laramore regarding designation of record on appeal |
| 9/27/2012 | Pulliam, Daniel E. | 2.5 | $ 562.50 | $ 562.50 | Researched bankruptcy appellate rule governing appeals on whether notice of appeal may be challenged in bankruptcy court or in court in which appeal is to be filed; communicated results to J. Laramore |

EXHIBIT A

| Date | Name | Hours | Fees Deducted | Total Fees Amount | Narrative |
|---|---|---|---|---|---|
| 9/27/2012 | Toner, Kevin M. | 1.1 | $ 250.00 | $ 506.00 | Telephone conference with R. LaTour re additional discovery; telephone conference with D. LeBas; respond to J. Laramore re appeal; study J. Laramore timeline and forward comments; review new minute entries; reply to J. Laramore |
| 9/27/2012 | Toner, Kevin M. | 1.2 | $ 480.00 | $ 552.00 | Review new statement of issues and record designations and reply to H. Mappes and S. White; forward appeal statements to J. Laramore; email to J. Carr re response to D. Donnellon letter |
| 9/28/2012 | Laramore, Jon B. | 0.1 | $ 53.50 | $ 53.50 | Conference with H. Mappes |
| 9/28/2012 | Toner, Kevin M. | 0.2 | $ 92.00 | $ 92.00 | Review CPC appeal filing and study record designations |

**TOTAL**     **$ 20,236.50**