# EXHIBIT A

PREFERENCE ANALYSIS - BRIAN WITT

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118720 | Expense | 09/01/10 | 09/13/10 | $3,075.00 | $3,075.00 |
| 121287 | Expense | 09/30/10 | 10/08/10 | $1,230.00 | $1,230.00 |
|  | 11/4/2010** |  |  | $230,989.50 | $230,989.50 |

**Self-Help Repossession                                $235,294.50      $235,294.50

EXHIBIT A TO BRIAN WITT