## Notice Recipients

District/Off: 0756–4             User: edixon                    Date Created: 12/14/2012
Case: 10–93904–BHL–11            Form ID: SF00075                Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Shiv Ghuman O'Neill         shiv.oneill@faegrebd.com

TOTAL: 1