UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO COMPROMISE AND SETTLE
## AND NOTICE OF OBJECTION DEADLINE
### (C&M Cattle)

James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), hereby moves the Court, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, to approve the compromise and settlement entered into between the Trustee and C&M Cattle ("C&M").  In support thereof, the Trustee states as follows:

1. The Trustee has concluded that C&M owes the Debtor $378,198.68 on account of the Debtor's prepetition delivery of cattle to C&M.  C&M asserts that it is entitled to set-off the amount of $172,901.97 based on its prepetition delivery of cattle to the Debtor and an unpaid feed bill for which C&M remains unpaid.

2. After applying the right of setoff of the debts between the Debtor and C&M, the Trustee and C&M agree that C&M owes the Debtor a net total amount of $205,296.71 (the "Settlement Amount").  C&M has agreed to pay the Settlement Amount.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service (December 14, 2012).  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion.  **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Trustee moves the Court for an order approving the compromise and settlement as filed in this matter.

51231506_1.DOC

                FAEGRE BAKER DANIELS LLP

                By: /s/ Shiv Ghuman O'Neill

James M. Carr (#3128-49)       *Counsel for James A. Knauer, Chapter 11 Trustee*
Terry E. Hall (#22041-49)
Shiv Ghuman O'Neill (#23280-53A)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
terry.hall@faegrebd.com
shiv.oneill@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
wendy.ponader@faegrebd.com

51231506_1.DOC