UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
(Jackie Young)

James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), hereby moves the Court, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, to approve the compromise and settlement entered into between the Trustee and Jackie Young ("Young").  In support thereof, the Trustee states as follows:

1. The Trustee has concluded that Young received not less than $25,743.32 in transfers from the Debtor (collectively, the "Transfers").  On November 9, 2012, the Trustee made demand on Young for avoidance and recovery of the Transfers (the "Preference Claim") and offered to settle the Preference Claim in the sum of $3,344.10, representing Young's Estimated Net Exposure[1] as calculated by the Trustee.

2. Subsequent to November 9, 2012, Young has provided information to the Trustee that arguably reduces Young's Estimated Net Exposure to $1,161.11.  To avoid the cost, expense, and delay of litigation, Young is willing to make immediate payment of $1,161.11 (the "Settlement Amount") in satisfaction of the Preference Claim.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service (December 14, 2012).  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion To Approve Compromise And Settlement With Jackie Young Pursuant To Rule 9019.

51231584_1.DOC

The objecting party must ensure delivery of the objection to the party filing the motion.  **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Trustee moves the Court for an order approving the compromise and settlement as filed in this matter.

                                                                FAEGRE BAKER DANIELS LLP

                                                           By: /s/ Wendy W. Ponader

James M. Carr (#3128-49)            *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Terry E. Hall (#22041-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

51231584_1.DOC