UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**CORRECTED PROPOSED AGENDA FOR OMNIBUS HEARING ON
DECEMBER 17, 2012 AT 10:00 A.M. EST**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, submits this proposed agenda for the hearing scheduled for December 17, 2012 at 10:00 a.m. EDT ("Hearing") in Room 103, U.S. Courthouse, 121 W. Spring Street, New Albany, Indiana.

**DIAL IN INFORMATION**  The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

    A.    **ELC MAIN CASE MATTERS**

        1.  Trustee's Motion To Approve Additional Immaterial Modification To Trustee's First Amended Chapter 11 Plan Of Liquidation On Shortened And Limited Notice (Docket #1607)

          *STATUS: Objection deadline is 9:00 a.m. EST on December 17, 2012.*

        2.  Fee applications:

            i.  Kroger, Gardis & Regas, LLP (Docket #1545)
                1.  Objections/Reservations:
                    a.  Bluegrass Stockyards, LLC, et al. (Docket #1612)
                  b.  Alabama Livestock Auction, Inc., et al. (Docket #1619)

           ii.  Development Specialists, Inc. (DSI) (Docket #1551)
                1.  Objections/Reservations:
                    a.  Bluegrass Stockyards, LLC, et al. (Docket #1616)
                  b.  Alabama Livestock Auction, Inc., et al. (Docket #1623)

      iii. Hoover Hull LLP (Docket #1555)
1. Objections/Reservations:
   a. Bluegrass Stockyards, LLC, et al. (Docket #1613)
   b. Alabama Livestock Auction, Inc., et al. (Docket #1620)

      iv. James A. Knauer as Trustee (Docket #1556)
1. Objections/Reservations:
   a. Bluegrass Stockyards, LLC, et al. (Docket #1615)
   b. U.S. Trustee (Docket #1617)
   c. Alabama Livestock Auction, Inc., et al. (Docket #1622)

      v. Faegre Baker Daniels LLP (Docket #1562)
1. Objections/Reservations:
   a. Bluegrass Stockyards, LLC, et al. (Docket #1614)
   b. U.S. Trustee (Docket #1618)
   c. Alabama Livestock Auction, Inc., et al. (Docket #1621)
2. Trustee's Response to Limited Objection of U.S. Trustee (Docket #1629)

3. Motion To Quash Or Modify Third Amended Notice Of Deposition Of Sean White And Subpoena Duces Tecum (Docket #1283)

*STATUS: The motion is moot pursuant to the approved settlement with Superior Livestock Auction, Inc.*

## B. ELC ADVERSARY PROCEEDINGS MATTERS

1. *Texas Interpleader* (Adv. Proc. 11-59093)

   i. Motions to Alter or Amend Nichols summary judgment order (*Order*, Doc. #453)
      1. Motions: Friona and J&F (Doc. #467); Trustee (Doc. #478, 479); Fifth Third (Doc. #480, 481).
      2. Nichols objections and replies (Doc. #510, 511, 512).
      3. Replies: Trustee (Doc. #516); Fifth Third (Doc. #517); J&F and Friona (Doc. #518); Cactus (Doc. # 513)

   *STATUS: Fully briefed. Scheduled for hearing, if necessary.*

    ii. Trustee's Second Amended Motion For Release Of Undisputed Portion Of Interpleaded Funds (Docket #520)
1. Objection: Bynum Ranch Company, Frank Powell, Bobby And Debbie Bynum, Bill Davis, Davis Quarter Horse And Johnny Mayo, Jr. (Docket #521)
2. Trustee's Response (Docket #522)

    iii. Del Cotto Group Parties' Motion for Determination as to Confidentiality of Documents Produced to Data Room or, Alternatively, to File Documents Under Seal as Required by Discovery Protocol and Confidentiality Agreement (Docket #376); Response (Docket #429)

*STATUS: Parties request the Court to continue hearing the motion until the February 2013 omnibus hearing.*

2. ***Innovative (Kansas Interpleader)***, (Innovative Livestock Services, Inc., et al. v. Eastern Livestock Co., LLC, et al., Adv. Proc. 11-59098)
   i. Trustee's Motion For Release Of Undisputed Portion Of Interpleaded Funds (Docket #76)
   ii. Trustee's Amended Motion For Release Of Undisputed Portion Of Interpleaded Funds (Docket #78)

   *STATUS: No objections filed.*

3. ***Atkinson Livestock*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Atkinson Livestock Market, LLC, Adv. Proc. 11-59094)
   i. Pretrial conference

   *STATUS: Trustee anticipates seeking leave to file amended complaint to add fraudulent transfer claims*

4. *Fredin Brothers (Colorado Interpleader)*, (Fredin Brothers, Inc. v. Bankers Bank, et al., Adv. Proc. 11-59108)
    i. Pretrial conference

    *STATUS: Trustee is initiating settlement proposals.*

5. *Allen Barry* (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Allen Barry, Adv. Proc. 12-59012)
    i. Initial Pretrial conference

    *STATUS: Service of process completed.  Mr. Barry so far has been unable to obtain Indiana bankruptcy counsel.*

C. **MATTERS IN RELATED CASES**

1. *In re East-West Trucking*, Case No. 10-93799
    i. No matters scheduled.

2. *In re Thomas and Patsy Gibson*, Case No. 10-93867
    i. Hearing re application for compensation of Fouts & Co., LLC (Docket #737) only if objection(s) filed

D. **MATTERS UNDER ADVISEMENT**

1. **Trustee's Motions for Partial Summary Judgment on Statutory Trust and Clearing Agency Issues –** Supplemental Responses (filed August 15, 2012); Trustee's Supplemental Replies (filed November 15, 2012) [*Texas Interpleader*] [*Downs Adversary Proceeding*]

2. **Motion To Dismiss Complaint Of Defendants' James Edens IV And E4 Cattle Company** (In re James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC vs James Edward Edens, IV and E4 Cattle Company, Adv. Proc. 12-59036) [*Edens Adversary Proceeding*]

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Terry E. Hall

*Counsel for James A. Knauer, Chapter 11 Trustee*

James M. Carr (#3128-49)
Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

James M. Carr
james.carr@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Christie A. Moore
cm@gdm.com

Peter M. Gannott
pgannott@gannottlaw.com

Ivana B. Shallcross
ishallcross@ bgdlegal.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
kim.maynes@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

| | | |
|---|---|---|
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | | |

      I further certify that on December 14, 2012, a copy of the foregoing pleading was served via electronic mail transmission on the following:

| | |
|---|---|
| Ashley S. Rusher<br>asr@blancolaw.com | Darla J. Gabbitas<br>darla.gabbitas@moyewhite.com |

          /s/ Terry E. Hall