# EXHIBIT A

PREFERENCE ANALYSIS - KENNY WINNINGHAM

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F14182 | 08/24/10 | 08/24/10 | 09/08/10 | $12,292.69 | $12,292.69 |
|  |  |  |  | $12,292.69 | $12,292.69 |

EXHIBIT A TO KENNY WINNINGHAM