UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF11290 (rev 11/2006)

In re:

**Eastern Livestock Co., LLC**,            Case No. **10−93904−BHL−11**
    Debtor(s).

## NOTICE OF CONFIRMATION UNDER CHAPTER 11

YOU ARE NOTIFIED that pursuant to Fed.R.Bankr.P. 2002(f)(7), 3020, the Order of Confirmation of Chapter 11 Plan was entered in the above−captioned case on December 17, 2012.

Dated: December 17, 2012          Kevin P. Dempsey
                                          Clerk, U.S. Bankruptcy Court