IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

In Re:  )
)
EASTERN LIVESTOCK CO., LLC,  )
)   Case No. 10-93904-BHL-11
Debtor.  )   CHAPTER 11
)
)

## MOTION TO WITHDRAW AS COUNSEL

John M. Thompson and Judy Hamilton Morse of the firm of Crowe & Dunlevy, P.C., hereby move the Court to permit them to withdraw as counsel for Heritage Feeders, LP, and in support of this Motion informs the Court as follows:

1. Previously, the undersigned each entered an Appearance and Request for Notice on behalf of Heritage Feeders, LP, a creditor in this proceeding.

2. Since filing the Entry of Appearance and Request for Notice, Heritage Feeders, LP and the Estate of Eastern Livestock Co., LLC have reached a settlement which has been approved by the Court (Docket. Nos. 1446 and 1549). Thus, the matter for which undersigned counsel was engaged has been completed.

3. The undersigned has notified their client, Heritage Feeders, LP of their intent to withdraw their representation and there is no objection by Heritage Feeders, LP.

WHEREFORE, John M. Thompson and Judy Hamilton Morse of the firm of Crowe & Dunlevy, P.C. respectfully request that they be allowed to withdraw as counsel in this matter on behalf of creditor Heritage Feeders, LP and that they be

removed from the receipt of any future ecf filings or notices in this bankruptcy matter.

Respectfully submitted,

*s/John M. Thompson*_____
John M. Thompson, OBA #17532
Judy Hamilton Morse, OBA # 6450
-Of the Firm-
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
john.thompson@crowedunlevy.com
judy.morse@crowedunlevy.com
ATTORNEYS FOR HERITAGE
FEEDERS, LP.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2012, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and a notice of this filing was sent by the court to all parties registered through the Court's Electronic Case Filing system.

s/John M. Thompson_____
John M. Thompson
