SF00075 (rev 05/2008)

## UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                                 Case No. **10–93904–BHL–11**
            Debtor(s).

## NOTICE OF DEFICIENT FILING

The Motion to Withdraw as Attorney, which was filed on December 17, 2012, is deficient in the following respect(s):

  Electronic signature not in correct format per Administrative Procedures Manual, available at www.insb.uscourts.gov/WebForms/CMecf/ecfadmin.pdf.

The above−cited deficiencies must be corrected by January 2, 2013 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  December 18, 2012                          Kevin P. Dempsey
                                                   Clerk, U.S. Bankruptcy Court