## Notice Recipients

District/Off: 0756–4　　　　　　　User: edixon　　　　　　　　　　Date Created: 12/18/2012
Case: 10–93904–BHL–11　　　　　Form ID: SF00075　　　　　　　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　　　　Judy Hamilton Morse　　　　judy.morse@crowedunlevy.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1