SO ORDERED: December 18, 2012.



Basil H. Lorch III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING HOOVER HULL LLP'S SECOND APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Hoover Hull LLP's Second Application For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") (docket #1555) filed by Hoover Hull LLP on November 21, 2012.

The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

-2-

1. Hoover Hull LLP is allowed final compensation for attorneys' fees in the amount of $437,214.50 plus reimbursement for out-of-pocket expenses incurred in the amount of $39,043.16 for the period September 1, 2011 through and including October 31, 2012.

2. Hoover Hull LLP is granted all other just and proper relief.

###