SO ORDERED: December 18, 2012.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIRST INTERIM APPLICATION OF KROGER, GARDIS & REGAS, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

This matter came before the Court on the *First Interim Application Of Kroger, Gardis & Regas, LLP for Compensation And Reimbursement Of Expenses As Special Counsel to Chapter 11 Trustee* ("Application") (docket #1545) filed by Kroger, Gardis & Regas, LLP ("KGR"), as special counsel to James A. Knauer, the Chapter 11 Trustee appointed in this case ("Trustee"), on November 20, 2012, and objections filed by Blue Grass Stockyards, LLC, Blue Grass Stockyards of Campbellsville, LLC, Blue Grass Stockyards East, LLC, Blue Grass Maysville Stockyards, LLC, Blue Grass Stockyards of Richmond, LLC, Blue Grass South Livestock Market, LLC, Alton Darnell, Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock, Inc.,

Southeast Livestock Exchange, LLC, Alabama Livestock Auction, Inc., Sealy and Sons Livestock, LLP, Athens Stockyard, LLC, CPC Livestock, LLC, Edwin A. Strickland, Strickland Farms, Ashville Stockyard, Inc., Billingsley Auction Sale, Inc., Carroll County Livestock Sales Barn, Inc., Macon Stockyard, Inc., Peoples Livestock Auction, Inc. Robert Rawls d/b/a Robert Rawls Livestock, E4 Cattle Co., LLC and Ed Edens (the "<u>Objections</u>").  The Court, having reviewed the Application, the Objections and the arguments of counsel at hearing, and being otherwise sufficiently advised, now GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. The Objections are overruled, provided however, that the Court notes that the KGR Application is an Interim Application, and as such is subject to a Final Application being made in this proceeding;

2. KGR, special counsel to the Chapter 11 Trustee, is hereby allowed:

   (a) Interim hourly fees in the amount of $45,287.50;

   (b) a contingent fee to KGR as described in the Application of $8,804.65;

   (c) reimbursement for out-of-pocket expenses incurred in the amount of $670.61; all for the period February 21, 2012 through and including October 31, 2012.

###