UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

NTCTS (rev 01/2011)

In re:

**Eastern Livestock Co., LLC**,  Case No. **10−93904−BHL−11**
    Debtor(s).

## NOTICE OF FILING OF TRANSCRIPT AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on December 7, 2012 was filed on December 18, 2012.

Parties have until December 26, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is January 8, 2013. Once a Request for Redaction is filed, the redacted transcript is due by January 18, 2013.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

    J & J Court Transcribers, Inc.
    268 Evergreen Avenue
    Hamilton, NJ 08619
    609−586−2311

The transcript may be available at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is March 18, 2013. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  December 19, 2012            Kevin P. Dempsey
                                                            Clerk, U.S. Bankruptcy Court