**SO ORDERED: December 18, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
  Debtor(s).

Case No. **10−93904−BHL−11**

### ORDER

A(n) Motion to Quash was filed with the Clerk of Court on August 1, 2012, by Special Counsel Hoover Hull LLP.

**IT IS ORDERED** that the Motion to Quash is **MOOT**.

The Clerk's Office will distribute this order.

###