UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
      Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion to Withdraw as Attorney, which was filed on December 18, 2012, is deficient in the following respect(s):

    Electronic signature not in correct format per Administrative Procedures Manual, available at www.insb.uscourts.gov/WebForms/CMecf/ecfadmin.pdf.

The above−cited deficiencies must be corrected by January 2, 2013 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: December 19, 2012

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court