# EXHIBIT A

DATE Sept 9, 2010

INVOICE AND SECURITY AGREEMENT

INVOICE NO. 307780

# Eastern Livestock Co., LLC

SOLD TO: Frank Madison

Address: ___

City-State-Zip: Fort Scott, KS

SHIP TO: ___

Address: ___

City-State-Zip: ___

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | | Amount |
|---|---|---|---|---|---|
| 95 | steers | 51135 | 538 | 110.93 | 56,724.06 |
| | | | | | |
| | 95 | | | | |
| | Kr??? | 9/9/10 | | | |

**TOTALS**

TRUCKER: Ledbetter

FROM: Ed Ed IV

COMMISSION: ___
VETERINARY: ___
TRUCKING: ___
OTHER: ___
TOTAL: 56,724.06

9/9/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: Sept 23, 2010

INVOICE NO. 290734

# Eastern Livestock Co., LLC

SOLD TO: Jeff Madison
Address:
City-State-Zip: Fort Scott, KS

SHIP TO:
Address:
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 571 | steers | 306070 | 536 * 121.69 | 372,469.21 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 571 |  |  |  |
|  |  |  |  |  |
|  | Roth | 9/22/10 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: _____

FROM: Ed Edens IV
        x

COMMISSION: _____
VETERINARY: _____
TRUCKING: _____
OTHER: _____
TOTAL: 372,469.21

9/22/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035