## EXHIBIT B

| Check Number | Check Date | Clear Date | Amount Paid |
|---|---|---|---|
| 11803 | 8/27/2010 | 9/8/2010 | $1,750.35 |
| 118894 | 9/3/2010 | 9/14/2010 | $1,809.96 |
| F33350 | 9/14/2010 | 9/17/2010 | $21,825.00 |
| 120040 | 9/17/2010 | 9/28/2010 | $255.68 |
| F33975 | 10/14/2010 | 10/19/2010 | $15,008.00 |

$40,648.99