# EXHIBIT A

PREFERENCE ANALYSIS - ASHVILLE STOCKYARD, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  | 10/25/10 | Payment to E. Edens | $75,625.65 | $75,625.65 |
|  |  | 11/01/10 | Payment to E. Edens | $58,000.00 | $58,000.00 |
|  |  |  |  | $133,625.65 | $133,625.65 |

EXHIBIT A TO ASHVILLE STOCKYARD, INC.