# EXHIBIT A

PREFERENCE ANALYSIS - ALABAMA LIVESTOCK AUCTION, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| | | on or after 11/01/10 | | $18,551.47 | $18,551.47 |
| | | 11/02/10 | | $11,652.15 | $11,652.15 |
| | | 11/09/10 | | $25,119.61 | $25,119.61 |
| | | 11/10/10 | | $73,615.61 | $73,615.61 |
| | | | | $128,938.84 | $128,938.84 |

EXHIBIT A TO ALABAMA LIVESTOCK AUCTION, INC.