# EXHIBIT A

PREFERENCE ANALYSIS - LARRY DONNELL

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 121692 | 10/05/10 | 10/06/10 | 10/21/10 | $15,250.00 | $15,250.00 |
| 121770 | 10/06/10 | 10/07/10 | 10/22/10 | $3,630.00 | $3,630.00 |
|  |  |  |  | $18,880.00 | $18,880.00 |

EXHIBIT A TO LARRY DONNELL