# EXHIBIT A

PREFERENCE ANALYSIS - TIM WHITE

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 120009 | Refund Over Pay. | 09/16/10 | 09/21/10 | $17,693.25 | $17,693.25 |
| 120123 | 09/16/10 | 09/17/10 | 09/27/10 | $1,765.00 | $1,765.00 |
|  |  |  |  | $19,458.25 | $19,458.25 |

EXHIBIT A TO TIM WHITE