# EXHIBIT A

PREFERENCE ANALYSIS - FORT PAYNE STOCKYARDS

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  | 11/02/10 |  | Cattle seizures 179 head 11/02/10 | $88,977.40 | $88,977.40 |
|  |  |  |  | $88,977.40 | $88,977.40 |