# EXHIBIT A

PREFERENCE ANALYSIS - PEOPLES LIVESTOCK AUCTION

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  | 11/01/10 |  | Cattle Seizure 96 Head | $47,229.84 | $47,229.84 |
|  |  |  |  | $47,229.84 | $47,229.84 |

EXHIBIT A TO PEOPLES LIVESTOCK AUCTION