# EXHIBIT A

PREFERENCE ANALYSIS - CHASTAIN FEEDS

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118175 | Expense | 08/26/10 | 09/10/10 | $2,259.00 | $2,259.00 |
| 118900 | Expense | 09/03/10 | 09/21/10 | $2,349.00 | $2,349.00 |
| 120075 | Expense | 09/17/10 | 09/28/10 | $2,433.00 | $2,433.00 |
| 121275 | Expense | 09/30/10 | 10/13/10 | $2,733.00 | $2,733.00 |
| 122478 | Expense | 10/15/10 | 10/26/10 | $5,631.00 | $5,631.00 |
| | | | | $15,405.00 | $15,405.00 |

EXHIBIT A TO CHASTAIN FEEDS