# EXHIBIT A

PREFERENCE ANALYSIS - MARTIN FARMS, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F14223 | 08/24/10 | 08/24/10 | 09/17/10 | $498.49 | $498.49 |
| F12826 | 06/15/10 | 06/15/10 | 09/20/20 | $6,566.73 | $6,566.73 |
| F12893 | 06/22/10 | 06/22/10 | 09/20/20 | $6,207.09 | $6,207.09 |
| F13504 | 07/20/10 | 07/20/10 | 10/25/10 | $2,531.30 | $2,531.30 |
| F13934 | 08/10/10 | 08/10/10 | 10/25/10 | $722.57 | $722.57 |
| F14034 | 08/17/10 | 08/17/10 | 10/25/10 | $2,452.66 | $2,452.66 |
|  |  |  |  | $18,978.84 | $18,978.84 |

EXHIBIT A TO MARTIN FARMS, INC.