# EXHIBIT A

PREFERENCE ANALYSIS - BRADBURY YORK and MIKE BRADBURY

| Check No. | Contract No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|---|
| F33720 | 07/08/02 | 09/15/10 09/17/10 | 09/17/10 | 09/22/10 | $241,597.74 | $241,597.74 |
| | | | | | $241,597.74 | $241,597.74 |

EXHIBIT A TO BRADBURY YORK and MIKE BRADBURY