SO ORDERED: December 20, 2012.



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING THIRD INTERIM APPLICATION OF JAMES A. KNAUER
FOR COMPENSATION AND REIMBURSEMENT
<u>OF EXPENSES AS CHAPTER 11 TRUSTEE</u>**

This matter came before the Court on the *Third Interim Application Of James A. Knauer for Compensation And Reimbursement Of Expenses As Chapter 11 Trustee* [Docket #1556] ("<u>Application</u>") filed by James A. Knauer on November 21, 2012 and objections filed by (a) Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC,1 Alton Darnell, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., and Southeast Livestock Exchange, LLC

[Docket #1615] ("Bluegrass Objection"); (b) U.S. Trustee [Docket #1617] ("U.S. Trustee Objection"); and (c) Alabama Livestock Auction, Inc.; Sealy And Sons Livestock, LLP; Athens Stockyard, LLC; CPC Livestock, LLC; Edwin A. Strickland; Strickland Farms; Ashville Stockyard, Inc.; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.; Macon Stockyard, Inc.; Peoples Livestock Auction, Inc.; Robert Rawls d/b/a Robert Rawls Livestock; E4 Cattle Co., LLC; and Ed Edens [Docket #1622] ("Livestock Creditors' Objection" and together with the Bluegrass Objection and the U.S. Trustee Objection, the "Objections"), The Court, having reviewed the Application, the Objections and the arguments of counsel at a hearing held on December 17, 2012, and being otherwise sufficiently advised, now GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. The Bluegrass Objection and Livestock Creditors' Objection are overruled in their entirety.

2. The U.S. Trustee Objection is granted.

3. The costs and fees associated with defending the appeal of this Court's August 31, 2012 order[1] shall not be included in the costs and fees charged to the estate by James A. Knauer Trustee.

4. James A. Knauer is allowed, and the Trustee is authorized to pay from the Trustee's operating account to James A. Knauer, interim compensation for

---

1 The *Order Denying Motions to Remove Trustee* [Docket #1388].

attorneys' fees, as adjusted,[2] in the amount of $210,628.25 plus reimbursement for out-of-pocket and website expenses incurred in the amount of $2,608.92 and $16,666.57.

### ###

---

[2] Attorneys' fees requested in the amount of $211,103.25, less $475.00 disallowed by this Court relating to the appeal.