# EXHIBIT A

PREFERENCE ANALYSIS - GARY TATE d/b/a TATE RANCH

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| Directed Transfer | | After 11/01/10 | | $49,072.70 | $49,072.70 |
| Directed Transfer | | After 11/01/10 | | $50,717.15 | $50,717.15 |
| | | | | $99,789.85 | $99,789.85 |

EXHIBIT A TO GARY TATE d/b/a TATE RANCH