# EXHIBIT A

PREFERENCE ANALYSIS - THOMPSON BEEF

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F33477 | 09/01/10 | 09/03/10 | 09/07/10 | $57,008.33 | $57,008.33 |
|  | 10/11/10 |  |  |  |  |
|  | 10/14/10 |  |  |  |  |
| F33529 | 10/15/10 | 10/15/10 | 10/21/10 | $42,999.67 | $42,999.67 |
|  |  |  |  | $100,008.00 | $100,008.00 |

EXHIBIT A TO THOMPSON BEEF