# EXHIBIT A

PREFERENCE ANALYSIS - JEREMY COFFEY

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| F31900 | Expense | 08/24/10 | 09/07/10 | $118.27 | $118.27 |
| F15688 | 09/28/10 | 10/12/10 | 10/13/10 | $9,052.31 | $9,052.31 |
| F016097 | ($606.47)* | | | | |
| | | | | $9,170.58 | $9,170.58 |

*Information from Jeremy Coffey Proof of Claims #132, #310    $8,564.11

EXHIBIT A TO JEREMY COFFEY