CENTRAL PRINTING CO. INC. • LOUISVILLE, KY 40203 • (502) 774-4445

## INVOICE AND SECURITY AGREEMENT

DATE  _11-2-10_

INVOICE NO. 280480

# Eastern Livestock Co., LLC

SOLD TO  _Jeremy Coffey_

Address  _JERCOF01_

City-State-Zip  _Columbia, Ky_

SHIP TO _____

Address _____

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 2 | C2 | 1785 | 893 - 52.00 | 928.20 |
| 4 | OX | 2575 | 644 - 52.78 | 1359.09 |
| 3 | 99X | 1460 | 487 - 65.00 | 949.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS  9 | | | | 3236.29 |

TRUCKER: _____

_____

FROM: _Bill Chase_

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

EXHIBIT B

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035



**EASTERN LIVESTOCK CO.**

INVOICE
*280480*

INVOICE NO.

A 211753

SOLD TO: *Jeremy Coffey*

*Columbia, Ky.*

SHIP TO:

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| | 73 | | EL. 0480 | | 11-3-10 |
| 9 | 5,820 | | 3,342.70 | | |
| | | | Graqib.cP. <35.47> | | |
| | | | Bilcha.CP.<35.47> | | |
| | | | MK.<35.47> | | |
| | | | 3236.29 | | |

10/19/2010  18:34    12704323495           EDMONTON LIVESTOCK              PAGE  01/01

CENTRAL PRINTING CO. INC. - LOUISVILLE, KY 40203 - (502) 774-4446

## INVOICE AND SECURITY AGREEMENT

DATE  10-19-10

INVOICE NO.  280456

# Eastern Livestock Co., LLC

SOLD TO  Jeremy Coffey          SHIP TO _____

Address  JER COFOI          Address _____

City-State-Zip  Columbia, Ky          City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 4 | C 2 | 3830 | 958 - 49.50 | 1895.85 |
| 1 | 20 X | 745 | 745 - 52.60 | 391.87 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** 5 | | 4575 | | 2287.72 |

TRUCKER: _____          COMMISSION _____

_____          VETERINARY _____

FROM:  Bill Chase          TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035



**INVOICE**
280456

**INVOICE NO.**
A 211832

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Jeremy Coffey | | | | | | | |
| Columbia, Ky. | | | | | | | |

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | | F.O.B. | DATE |
|---|---|---|---|---|---|---|
| | 13 | | EL 0456 | | | 1-20-10 |
| 5 | 4,575 | | 2,203.72 | | | |
| | | | Goob. CP. 28.00 | | | |
| | | | Bilcha. CP. 28.00 | | | |
| | | | MK. 28.00 | | | |
| | | | 2,287.72 | | | |

10/27/2010  08:51    12704323495    EDMONTON LIVESTOCK    PAGE  01/01

## INVOICE AND SECURITY AGREEMENT

DATE _10-27-10_

INVOICE NO. 280437

# Eastern Livestock Co., LLC

SOLD TO _Jeremy Coffey_

SHIP TO _____

Address _____ _JBRCOFA_

Address _____

City-State-Zip _Columbia, Ky_

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | | Weight | Averages | Amount |
|---|---|---|---|---|---|
| 1 | 2ox | 993 | 645 | 55 00 | 354.75 |
| 1 | irs | 1477 | 370 | 80 00 | 296.00 |
| 1 | 0 | 1497 | 475 | 75 00 | 356 25 |
| 3 | | | 1490 | | 1007.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | | | | | |

TRUCKER: _____

_____

FROM: _Bill Chase_

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035



**ASTERN**
**IVESTOCK CO.**

**INVOICE**
280437

INVOICE NO.

A 211668

SOLD TO   Jeremy Coffey

Columbia, Ky.

SHIP TO

| CUSTOMER'S ORDER | SALESMAN | TERMS | SHIPPED VIA | | F.O.B. | DATE |
|---|---|---|---|---|---|---|
| | 13 | | EL0437 | | | 10-27-10 |
| 3 | 1,490 | | | 971.45 | | |
| | | | Gragib. CP. 11.85 | | | |
| | | | Bilcha. CP. 11.85 | | | |
| | | | MK. 11.85 | | | |
| | | | 1,007.00 | | | |