# EXHIBIT A

PREFERENCE ANALYSIS - PBI BANK, INC.

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
| 118981 | Expense | 09/03/10 | 09/09/10 | $4,510.18 | $4,510.18 |
| 120716 | Expense | 09/23/10 | 10/04/10 | $6,537.29 | $6,537.29 |
| 121986 | Expense | 10/11/10 | 10/15/10 | $4,510.18 | $4,510.18 |
|  |  |  |  | $15,557.65 | $15,557.65 |

EXHIBIT A TO PBI BANK, INC.