# EXHIBIT A

PREFERENCE ANALYSIS - RANDY HOOVER and SONS

| Check No. | Delivery Date | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|---|
|  |  | 11/15/10 | payment made by J&S Feedlots; owed to ELC | $56,340.96 | $56,340.96 |
|  |  |  |  | $56,340.96 | $56,340.96 |

EXHIBIT A TO RANDY HOOVER and SONS