# EASTERN LIVESTOCK
## Purchase Invoice

S

DATE 11/2/10

PURCHASED FROM: Randy Hoover + Son

West Plains, MO

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|---|---|---|---|---|
| 76 mixed | 46,340 | | | 47,035.10 |
| 6 Hfrs | 5520 | | | 4,360.80 |
| totals 82 | 51,860 | | | 51,395.90 |

RECEIVED NOV 02 2010

BRANCH 28
OPERATOR Joyce
VOUCHER DATE
POSTED DATE 11/2/10
G/L ACCT # 140
VENDOR CODE RANH0001
QUANTITY & MATH CHECK
APPROVED FOR PAYMENT

Trucking _____
Commission

EXHIBIT B

