12-06-2010 14:47 STEUERUSKAMP 6932336 PAGE4


Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 12110 | 11/15/10 | $56,340.95 | cattle XXXXXX5727 |



No invoice from Easton on this load.

Ⓔ Equal Housing Lender
© 1995 - 2010 Wells Fargo. All rights reserved.

J & S Feedlot
Steve and Joan Ruskamp
1747 Road W
Dodge, NE 68633

1 of 1  12/6/2010 2:12 PM

