**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF ENTRY OF CONFIRMATION ORDER, OCCURRENCE OF EFFECTIVE DATE AND NOTICE OF OTHER INFORMATION**

James A. Knauer, chapter 11 trustee ("Trustee") of the estate of Eastern Livestock Co., LLC, debtor in the above captioned case ("Chapter 11 Case"), provides notice of the following:

1.  Confirmation Date.  The Court confirmed the *Trustee's First Amended Chapter 11 Plan of Liquidation* [Docket No. 1490] dated October 26, 2012 (including all supplements and exhibits thereto (collectively, the "Plan") by order entered December 17, 2012 [Docket No. 1644] (the "Confirmation Order").  A copy of the Confirmation Order is on the Trustee's blog at www.easternlivestockbkinfo.com.  A copy can also be mailed to you if you contact BMC Group Inc. at 888-909-0100.

2.  Effective Date.  All conditions precedent to the Effective Date of the Plan have been met, have occurred, or have been waived and **THE EFFECTIVE DATE OF THE PLAN IS DECEMBER 20, 2012.**

3.  Post Effective Date Noticing.  Pursuant to Section 10.4 of the Plan, all persons and entities, other than attorneys who receive notice through the Court's ECF system, who want to continue to receive notice of general filings in the Chapter 11 Case after the Effective Date, must file a request for continued notice (or provide the Trustee's notice agent

with a written request via US mail at BMC Group Inc., Attn: Eastern Livestock Claims Processing, PO Box 3020, Chanhassen, MN 55317-3020 or by email to lmoskowitz@bmcgroup.com) not later than March 20, 2013, the date that is 90 days after the Effective Date.  Persons and entities that do not request continued notice will be removed from the service list and will thereafter receive notice only of any filing specific to their claims or the assertion of claims against them by the Trustee in the Chapter 11 Case.  Questions may be directed to Lorraine Modafferi-Moskowitz at BMC Group Inc. at 212-310-5917 or the BMC Call Center at 888-909-0100.  This provision does not affect parties to adversary proceedings with respect to the filings in the adversary proceedings.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:   /s/ Terry E. Hall

Terry E. Hall (#22041-49)    *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jim.carr@faegrebd.com
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

2

DMS_US 51272557v2