United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
    Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: kgoss      Page 1 of 2      Date Rcvd: Dec 18, 2012
                      Form ID: sgeneric  Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2012.
```
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb         #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
              534 S KS Ave Suite 1420,    Topeka, KA  66603
op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Dec 18 2012 23:31:55     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,    PO  Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2012**                           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4          User: kgoss              Page 2 of 2                Date Rcvd: Dec 18, 2012
                              Form ID: sgeneric        Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

SO ORDERED: December 18, 2012.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Southern District of Indiana<br>121 W. Spring St., Rm. 110<br>New Albany, IN 47150 | SGENERIC (rev 05/2012) |

In re:

**Eastern Livestock Co., LLC**,  Case No. **10−93904−BHL−11**
        Debtor(s).

### ORDER

A(n) Motion to Quash was filed with the Clerk of Court on August 1, 2012, by Special Counsel Hoover Hull LLP.

**IT IS ORDERED** that the Motion to Quash is **MOOT**.

The Clerk's Office will distribute this order.

###