**EXHIBIT A**

**PREFERENCE ANALYSIS - CLARK CHRISTENSEN**

| Check Number | Check Date | Amount Paid | Cumulative Preference |
|---|---|---|---|
| F33310 | 9/8/2010 | $2,979.38 | $2,979.38 |
| F33376 | 9/16/2010 | $3,801.32 | $6,780.70 |
| F33799 | 9/22/2010 | $5,092.78 | $11,873.48 |
| F33849 | 9/29/2010 | $3,848.14 | $15,721.62 |
| F33903 | 10/6/2010 | $8,197.32 | $23,918.94 |
| F33950 | 10/12/2010 | $1,828.19 | $25,747.13 |
| F34024 | 10/20/2010 | $4,321.92 | $30,069.05 |
| F34093 | 10/27/2010 | $6,730.69 | $36,799.74 |

TOTAL:                                                                                           $36,799.74

51279813_1.XLSX