Exhibit A

# Cattle Sales Contract Confirmation

This contract made this __9th__ day of __Aug.__, 20__10__, by and between Eastern Livestock Company, LLC. of 135 W. Market, New Albany, IN 47150 hereinafter known as Seller, and __Bud Heine__

of __412 Sterling Street Vermilion SD 57069__ (address), hereinafter known as Buyer.

(1) Buyer agrees to purchase and receive and Seller agrees to sell and deliver on or between __Oct. 20 to Nov 3__ the following described cattle:

| APPROX. NUMBER | AGE | CLASS | BREED | BRANDS | LOCATIONS OF BRANDS | PRICE |
|---|---|---|---|---|---|---|
| 160 Strs | | | | | | 122.00 |
| 7¢ Slide Over 590 lbs | | | | Du Wgt | | |
| 1% Shrink | | | | | 11-3-10 | |

(2) The cattle are now located on/at ~~Vermillion SD~~ Fairfax SD
and are to remain on/at _____
Delivery to be made by Seller on or about _____ until delivered.
F.O.B. _____ Seller's option.

(3) The cattle will be weighed as follows: _____

(4) The cattle will be sorted as follows: _____

(5) The cattle will have NO FEED or WATER the day of delivery, and are to remain under the same feed and handling conditions until delivered to Buyer unless otherwise stated.

(6) If this contract covers the resale of cattle purchased for future delivery under contract, the Seller agrees to use reasonable efforts, to receive the cattle as purchased, but does not guarantee the count, and Seller agrees to deliver only the number received under the original purchase contract.

(7) Buyer may reject any crippled, blind, locoed, lump-jawed or otherwise deformed or damaged livestock, and any livestock that are not as described in paragraph 1 above. Buyer shall notify the Seller of the rejection of any livestock, and the reason therefor, within _____ days after delivery. Seller warrants that the livestock will be delivered free of all security interests, liens or encumbrances, except as follows:

ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE EXCLUDED.

Seller does not warrant that the livestock are free from any latent defect, condition, sickness or disease. Seller does not assume responsibility for any loss after the livestock are delivered, which results from any latent defect, condition, sickness or disease.

(8) Health and brand certificates to be furnished by Seller.

(9) If for any reason State, Federal or Local authorities prohibit the delivery of the cattle for any health reason, or any disease outbreak that would stop the shipment to its normal destination, this contract may be canceled by Seller and the Seller agrees to refund the down payment in full to the Buyer. No liability shall result to Seller from the delay or failure to deliver when such delivery is delayed or prevented by any cause beyond Seller's control including, but not limited to, riots, strikes, rebellions, wars, blockades, embargoes, governmental (United States, Mexican or other actions, regulations, restrictions, or export controls (whether legal or otherwise), force majeure, delays in transport, fires, accidents, or Acts of God. Seller's partial delivery without fault shall not relieve Buyer of Duty to accept partial delivery at unit contract price and terms. With respect to any other breach of this agreement by Seller, damages incurred by Buyer shall not be setoff against or deducted from amounts owing to Seller in connection with any other agreement or sale transaction.

(10) In the event of a breach of this agreement by Buyer, Buyer shall be liable to Seller for Seller's damages relating to the delays occasioned by such breach. Any Waiver by Seller of any breach of this Agreement shall not be deemed a waiver of similar or other breaches of this Agreement. The failure of Seller to take action by reason of such breach shall not deprive Seller of the right to take action at any time while such breach continues. Buyer agrees to pay all damages, including but not limited to attorneys' fees, court costs, and litigation expenses, resulting from a breach of this agreement by Buyer.

(11) Seller acknowledges receipt of __6400.00__ _____ as earnest money and part payment of the cattle sold in this contract. Balance of purchase price to be paid by Buyer when each lot is weighed, less earnest money per head deposited.

(12) This writing is intended by the parties as a final expression of their agreements and is intended also as a complete and exclusive statement of the terms of their agreement.

(13) No agent, employee or representative of the Seller has any authority to bind the Seller to any affirmation, representation, or warranty concerning the goods sold under this contract. Unless such an affirmation, representation, or warranty, made by an agent, employee, or representative is specifically included within this agreement, it shall not be enforceable by the Buyer.

(14) Failure to make objection to any term of this confirmation of contract in writing by the fastest practicable means will be understood as Buyer's approval and acceptance of the terms and conditions stated herein. For Seller's convenience and records, Seller asks that Buyer return a signed copy, but this contract will be binding on the terms stated herein if there has not been such immediate objection, even if no signed confirmation of contract is returned.

(15) There shall be no modification or rescision of this contract except in writing.

DATED this __9th__ day of __August__ 20 __10__