Exhibit B

NOV-03-2010 15:37    Eastern Livestock                1 812 949 9060    P.001/001

**INVOICE AND SECURITY AGREEMENT**

DATE 11-3-10

INVOICE NO. 314380
ch 21317

# Eastern Livestock Co., LLC

SOLD TO: Bud Heine
Address: 412 Sterling St
City-State-Zip: Vermillion, SD 57069

SHIP TO: Corrected Invoice
Address:
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

Cont # 10497

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 161 | Str | 93,971 | 584 - 122.00 | $ 114,644.62 |
| | | | plus ft | 925.00 |
| | | | | 115,569.62 |
| | | | Less Down Money | < 6,400.00 > |
| | | | | $ 109,169.62 |
| | | | Less adj on 15 - | < 438.00 > |
| | | | Bal | 108,731.62 |

CERTIFICATION OF NON-PRODUCER STATUS FOR THE SELLER
Claimed on # 161 cattle pursuant to 7CFR § 1260.116 and 1260.314
DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment
BEEF COUNCIL-REGISTERED No. KY-024
Signature _____ Date 11-3-10

I attest that all livestock referenced by this document and transferred are of: A. ☒ U.S. Origin (exclusively born and raised in the U.S.) B. ☐ Canadian, Mexican origin.
Signature _____ Date 11-3-10

TOTALS

TRUCKER: (2) Fousek Farm
Fairfax, SD

FROM: Monte Haiar
Jonousek Farm
36982 VS @ Hwy 18
Fairfax SD

COMMISSION _____
VETERINARY _____
TRUCKING  Del
OTHER _____
TOTAL  108,731.62

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150

TOTAL P.001