Group Exhibit C

**INVOICE AND SECURITY AGREEMENT**

DATE 10-4-10

NO. 314450

# Eastern Livestock Co., LLC

SOLD TO: Russ Bruwer
Address: 47951 901st Rd
City-State-Zip: Butte, NE 68722

SHIP TO:
Address:
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 112 | Cattle | 69,720 | 628-119.47 | 83,294.49 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 112 | | | |
| | | | K | |
| Vicki Weldon – 10-4-10 | | | | |
| | | | | 10-4-10 |
| TOTALS | | | | |

TRUCKER: Corcoran
Billings, MT
FROM: Monte Horn

COMMISSION:
VETERINARY:
TRUCKING: Del
OTHER:
TOTAL: $83,294.49

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

5)

DATE 11-22-10

INVOICE NO. 314530

# Eastern Livestock Co., LLC

SOLD TO: Russell Garwood
Address: 47931 901st Rd
City-State-Zip: Butte, NE 68772

SHIP TO:
Address:
City-State-Zip:

Pd
Ck# 122842
Creighton

Specifically subject to all terms, conditions, and appearing upon the reverse side of this ins

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 24 | Cattle | 16,920 | 705-95.84 | $16,216.79 |
| | | | plus Ins | 65.00 |
| | | | | 16,281.79 |
| | 24 | | | |
| | | | X | |
| | Unloaded 10-22-10 | | | |
| | | | | 10-22-10 |

TOTALS

TRUCKER: FOB

FROM: Monte Dvorak

COMMISSION
VETERINARY
TRUCKING FOB
OTHER
TOTAL $16,281.79

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

605-634-2001

**INVOICE AND SECURITY AGREEMENT**

DATE _10-25-95_

INVOICE NO. 316280

# Eastern Livestock Co., LLC

SOLD TO _Russell Garwood_
Address _4781 [illegible] Rd_
City-State-Zip _[illegible], Kentucky_

SHIP TO _____
Address _____
City-State-Zip _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 14 | [illegible] | 9,240 | (660) - 73.09 | $6,744.25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 14 |  |  |  |
|  |  |  | x |  |
| [illegible] 1/2/11 |  |  |  |  |
|  |  |  |  | 1) - (illegible) |
| **TOTALS** |  |  |  |  |

TRUCKER: _____

FROM: _Mark [illegible]_

COMMISSION _____
VETERINARY _____
TRUCKING _[illegible]_
OTHER _____
TOTAL _$ 6,749.25_

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035

_(615) - 604-8947_