Exhibit D

| | 3849 |
|---|---|
| RUSSELL D. OR LOUISE F. GARWOOD | 70-168/1049 |

Date: 1-24-11

Pay to the Order of: Hauer Cattle Co.

$ 72,860.70

Seventy two thousand eight hundred sixty and 70/100 Dollars

BANKFIRST
Columbus   Norfolk   Wayne   Ord   O'Neill

pmt for Eastern Livestock

Louise Garwood