## EXHIBIT E

## PREFERENCE – JANOUSEK FARMS

| *Check Date* | *Amount Paid* | *Cumulative Preference* |
|---|---|---|
| 11/4/2010 | $108,731.62 | $108,731.62 |
| Totals: | $108,731.62 | $108,731.62 |

DMS_US 51258159v1