Exhibit F




REF#2189773214 CK# 21317 108731.62