Exhibit G

