Case 10-93904-BHL-11　　Doc 1679-1　　Filed 12/21/12　　EOD 12/21/12 13:54:01　　Pg 1 of 3

# EXHIBIT A

09/24/2010 FRI 20:28  FAX 662 447 5446 E 4 CATTLE CO →→→ JOYCE               ☒005/007

**INVOICE AND SECURITY AGREEMENT**

DATE Sept 24, 2010

INVOICE NO. 290777

# Eastern Livestock Co., LLC

SOLD TO: Matt Eller Farms

SHIP TO:

Address:

Address:

City-State-Zip: Crawford, Ms

City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind  | Weight | Averages    | Amount    |
|-------------|-------|--------|-------------|-----------|
| 136         | Steers| 117255 | 862 • 73.18 | 85807.84  |
|             |       |        | vet         | 1101.60   |
|             |       |        | trucking    | 135.00    |
|             |       |        |             | 87,044.44 |
| 12          | Steers| 11892  | 991 • 85.75 | 10197.05  |

CERTIFICATION OF NON-PRODUCER STATUS FOR THE SELLER
Claimed on # _____ cattle pursuant to 7CFR § 1260.116 and 1260.314

TOTALS

TRUCKER: K. Jones

FROM: Ed Elrens II
X

COMMISSION
VETERINARY
TRUCKING
OTHER
TOTAL  97,241.49

9/24/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: Sept 24, 2010

INVOICE NO. 290779

# Eastern Livestock Co., LLC

SOLD TO: Matt Seller Farms

SHIP TO: _____

Address: _____

Address: _____

City-State-Zip: Crawford, MS

City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind  | Weight | Averages   | Amount   |
|-------------|-------|--------|------------|----------|
| 136         | Steers| 90065  | 662 – 88.87| 80044.21 |

CERTIFICATION OF NON-PRODUCER STATUS FOR THE SELLER
Claimed on # _____ cattle pursuant to 7—R29 1260.116 and 1260.314
...per head ... nt

TOTALS

TRUCKER: K Jones

FROM: Ed Edens IV
x

COMMISSION _____
VETERINARY _____
TRUCKING _____
OTHER _____
TOTAL 80044.21

9/24/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035