## EXHIBIT B

| Check Number | Check Date | Clear Date | Amount Paid |
|---|---|---|---|
| 118863 | 9/2/2010 | 9/14/2010 | $1,208.93 |
| 119515 | 9/12/2010 | 9/21/2010 | $506.75 |
| 120196 | 9/20/2010 | 10/19/2010 | $618.69 |
| 120835 | 9/25/2010 | 10/19/2010 | $7,976.70 |
| 121980 | 10/11/2010 | 10/19/2010 | $6,356.72 |

$16,667.79

DMS_US 51294059v1