# EXHIBIT A

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 29, 2010

INVOICE NO. 307915

# Eastern Livestock Co., LLC

SOLD TO: S&S Cattle    SHIP TO: ___

Address: ___    Address: ___

City-State-Zip: Seymour, IN    City-State-Zip: ___

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 37 | hfr | 16800 | | |
| | | -504 | | |
| | | 16296 | 440 . 1153⁰ | 18,789.29 |
| | | | | |
| | 37 | | | |
| | | | | |
| | KHH  10/29/10 | | | |
| | | | | |
| **TOTALS** | | | | |

TRUCKER: Ron Newfield

FROM: Chad Houck
        x

COMMISSION: ___
VETERINARY: ___
TRUCKING: ___
OTHER: ___
TOTAL: 18,789.29

10/29/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035