# EXHIBIT B

CENTRAL PRINTING CO. INC. · LOUISVILLE, KY 40203 · (502) 774-4446

**INVOICE AND SECURITY AGREEMENT**

DATE: Sept 15, 2010

INVOICE NO. 307823

# Eastern Livestock Co., LLC

SOLD TO: Andy Lolley
Address:
City-State-Zip: Samson, AL

SHIP TO:
Address:
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 92 | Steers | 25675 | 279 · 4055 | 36086.21 |
| | | 92 | | |
| | | KRMC 9/15/10 | | |

TOTALS

TRUCKER: Saley

FROM: Chad Houck
X

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL: 36086 21