# EXHIBIT C

**INVOICE AND SECURITY AGREEMENT**

DATE _Jt 22 2010_    INVOICE NO. 290742

# Eastern Livestock Co., LLC

SOLD TO _Chad Truck_    SHIP TO _____

Address _____    Address _____

City-State-Zip _Black AL_    City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 62 | Mixed Ropers | 11715 | 189 · 200 lb | 2352600 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 01/22/10 | 77014 Rolls |  |  |
|  |  |  |  |  |
|  |  | 20 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: _____

FROM: _Ed Ellensett_
      x

COMMISSION _____
VETERINARY _____
TRUCKING _____
OTHER _____
TOTAL _23526.00_

_4/22/10_

Please Remit to:   EASTERN LIVESTOCK CO., LLC
                   135 West Market
                   New Albany, IN  47150
                   812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: Aug 16, 2010

INVOICE NO. 307582

# Eastern Livestock Co., LLC

SOLD TO: Chad Strock
Address:
City-State-Zip: Black, AL

SHIP TO: Royent Song
Address:
City-State-Zip: Dimmitt, TX

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 80 | hfrs | 48000 | 600 • 134.17 | 64399.37 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 80 | | | |
| | | | | |
| | K Rikk | 8/16/10 | | |
| TOTALS | | | | |

TRUCKER: LLT

FROM: Ed Gillens / Chad Strock
X

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL: 64399.37

8/16/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035