# EXHIBIT D

## EXHIBIT D

### PREFERENCE ANALYSIS - CHAD HOUCK

| Check Number | Check Date | Amount Paid | Cumulative Preference |
|---|---|---|---|
| 118329 | 8/27/10 | $388.85 | $388.85 |
| 119447 | 9/9/10 | $5,110.35 | $5,499.20 |
| 120609 | 9/23/10 | $2,142.95 | $7,642.15 |
| 121140 | 9/29/10 | $38.97 | $7,681.12 |

TOTAL: $7,681.12