# EXHIBIT A

## INVOICE AND SECURITY AGREEMENT

DATE _11-2-10_

INVOICE NO. 315254

# Eastern Livestock Co., LLC

_Woo Kenos_

SOLD TO _West Kentucky L/S_

Address _____

City-State-Zip _Marion Ky_

SHIP TO _____

Address _____

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | | Amount |
|---|---|---|---|---|---|
| 65 | Hol | 32255 | 489 | 128.01 | 41,290.04 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | | | | | |

TRUCKER: _____

_____

FROM: _Ben Gibson_

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE __11-2-10__                                    INVOICE NO. 315252

# Eastern Livestock Co., LLC

SOLD TO _West Ky Livestock_          SHIP TO _____

Address _____          Address _____

City-State-Zip _Marion Ky_          City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 4 | Hfw | 1465 | 3166/ 68.38 | 1001.71 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | | | | |

TRUCKER: _____          COMMISSION _____

_____          VETERINARY _____

                              TRUCKING _____

FROM: _Ben Gibson_          OTHER _____

                              TOTAL _____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
                   135 West Market
                   New Albany, IN  47150
                   812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE __11-2-10__                                    INVOICE NO. 315253

# Eastern Livestock Co., LLC

SOLD TO _West Ky Livestock_          SHIP TO _____

Address _____          Address _____

City-State-Zip _Marion, Ky_          City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 6 | Hd | 1965 | 328 / 121.10 | 2379.63 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | | | | |

TRUCKER: _____

_____

FROM: _Ben Gibson_

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:    EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035