# EXHIBIT B

**EXHIBIT B**

**PREFERENCE ANALYSIS - WEST KENTUCKY LIVESTOCK MARKET**

| Check Number | Check Date | Amount Paid | Cumulative Preference |
|---|---|---|---|
| 59744 | 11/10/2009 | $75.00 | $75.00 |
| 59778 | 12/1/2009 | $5,430.00 | $5,505.00 |
| 99823 | 1/9/2010 | $5,895.00 | $11,400.00 |
| 99864 | 2/6/2010 | $2,620.00 | $14,020.00 |
| 99891 | 2/23/2010 | $10,000.00 | $24,020.00 |
| 99890 | 2/23/2010 | $6,500.00 | $30,520.00 |
| 99959 | 3/30/2010 | $2,090.00 | $32,610.00 |
| 99962 | 4/2/2010 | $6,500.00 | $39,110.00 |
| 99963 | 4/2/2010 | $5,000.00 | $44,110.00 |
| 100000 | 4/27/2010 | $6,500.00 | $50,610.00 |
| 100002 | 4/27/2010 | $6,500.00 | $57,110.00 |
| 100004 | 4/28/2010 | $840.00 | $57,950.00 |
| 100080 | 6/18/2010 | $6,500.00 | $64,450.00 |
| 100079 | 6/18/2010 | $3,000.00 | $67,450.00 |
| 100127 | 7/16/2010 | $6,500.00 | $73,950.00 |
| 100143 | 7/23/2010 | $6,500.00 | $80,450.00 |
| 100168 | 8/10/2010 | $10,000.00 | $90,450.00 |
| 100167 | 8/10/2010 | $6,500.00 | $96,950.00 |
| 100202 | 9/3/2010 | $177.23 | $97,127.23 |
| 100282 | 10/21/2010 | $6,500.00 | $103,627.23 |

TOTAL: $103,627.23