# EXHIBIT A

Eastern Livestock Co., LLC  
T.P. Gibson Download File  
Cash Activity Analysis  
Calendar Year 2010  

| Date | Disbursements to ADM |
|---|---|
| 10410 | (200,000.00) |
| 10510 | (50,000.00) |
| 10610 | (150,000.00) |
| 10710 | (90,000.00) |
| 10810 | - |
| 11110 | - |
| 11210 | - |
| 11310 | - |
| 11410 | - |
| 11510 | - |
| 11810 | - |
| 11910 | (100,000.00) |
| 12010 | (285,000.00) |
| 12110 | (245,000.00) |
| 12210 | - |
| 12510 | - |
| 12610 | - |
| 12710 | - |
| 12810 | - |
| 12910 | - |
| 13110 | - |
| **January 2010 Total** | |
| 20110 | (190,000.00) |
| 20210 | - |
| 20310 | - |
| 20410 | - |
| 20510 | - |
| 20810 | (145,000.00) |
| 20910 | (190,000.00) |
| 21010 | (285,000.00) |
| 21110 | (200,000.00) |
| 21210 | (196,000.00) |
| 21610 | - |
| 21710 | (320,000.00) |
| 21810 | (300,000.00) |
| 21910 | (424,000.00) |
| 22210 | (260,000.00) |
| 22310 | - |
| 22410 | - |
| 22510 | - |
| 22610 | - |
| 22810 | - |
| **February 2010 Total** | |
| 30110 | (75,000.00) |
| 30210 | (260,000.00) |
| 30310 | (400,000.00) |

Eastern Livestock Co., LLC
T.P. Gibson Download File
Cash Activity Analysis
Calendar Year 2010

| Date | Disbursements to ADM |
|---|---|
| 30410 | (450,000.00) |
| 30510 | (275,000.00) |
| 30810 | - |
| 30910 | (230,000.00) |
| 31010 | - |
| 31110 | (2,150.00) |
| 31210 | - |
| 31510 | (350,000.00) |
| 31610 | (260,000.00) |
| 31710 | (130,000.00) |
| 31810 | (200,000.00) |
| 31910 | (725,000.00) |
| 32210 | (700,000.00) |
| 32310 | - |
| 32410 | - |
| 32510 | - |
| 32610 | - |
| 32910 | - |
| 33010 | (600,000.00) |
| 33110 | (600,000.00) |
| **March 2010 Total** | |
| 40110 | (840,000.00) |
| 40210 | - |
| 40510 | - |
| 40610 | (879,000.00) |
| 40710 | - |
| 40810 | (672,000.00) |
| 40910 | (20,000.00) |
| 41210 | (600,000.00) |
| 41310 | - |
| 41410 | - |
| 41510 | - |
| 41610 | (300,000.00) |
| 41910 | (95,000.00) |
| 42010 | (200,000.00) |
| 42110 | - |
| 42210 | (300,000.00) |
| 42310 | - |
| 42610 | - |
| 42710 | (225,000.00) |
| 42810 | - |
| 42910 | - |
| 43010 | - |
| **April 2010 Total** | |
| 50310 | (250,000.00) |
| 50410 | (550,000.00) |

Eastern Livestock Co., LLC
T.P. Gibson Download File
Cash Activity Analysis
Calendar Year 2010

| Date | Disbursements to ADM |
|---|---|
| 50510 | (250,000.00) |
| 50610 | (213,500.00) |
| 50710 | - |
| 51010 | - |
| 51110 | (120,000.00) |
| 51210 | - |
| 51310 | - |
| 51410 | - |
| 51710 | - |
| 51810 | - |
| 51910 | - |
| 52010 | - |
| 52110 | - |
| 52410 | - |
| 52510 | - |
| 52610 | - |
| 52710 | - |
| 52810 | (195,000.00) |
| 53110 | - |
| **May 2010 Total** | |
| 60110 | - |
| 60210 | - |
| 60310 | - |
| 60410 | - |
| 60610 | - |
| 60710 | - |
| 60810 | - |
| 60910 | - |
| 61010 | - |
| 61110 | - |
| 61410 | (31,000.00) |
| 61510 | - |
| 61610 | (132,000.00) |
| 61710 | - |
| 61810 | - |
| 62110 | (68,000.00) |
| 62210 | - |
| 62310 | - |
| 62410 | (100,000.00) |
| 62510 | - |
| 62810 | (120,000.00) |
| 62910 | (115,000.00) |
| 63010 | - |
| **June 2010 Total** | |
| 70110 | - |
| 70210 | - |

Eastern Livestock Co., LLC  
T.P. Gibson Download File  
Cash Activity Analysis  
Calendar Year 2010

| Date | Disbursements to ADM |
|---|---|
| 70510 | - |
| 70610 | - |
| 70710 | (225,000.00) |
| 70810 | (270,000.00) |
| 70910 | (215,000.00) |
| 71210 | - |
| 71310 | - |
| 71410 | - |
| 71510 | (458,000.00) |
| 71610 | (77,000.00) |
| 71910 | - |
| 72010 | (450,000.00) |
| 72110 | (200,000.00) |
| 72210 | (163,000.00) |
| 72310 | (115,000.00) |
| 72610 | (305,000.00) |
| 72710 | - |
| 72810 | - |
| 72910 | - |
| 73010 | - |
| 73110 | - |
| **July 2010 Total** | |
| 80210 | (150,000.00) |
| 80310 | - |
| 80410 | - |
| 80510 | (650,000.00) |
| 80610 | - |
| 80910 | - |
| 81010 | - |
| 81110 | - |
| 81210 | (210,000.00) |
| 81310 | - |
| 81610 | - |
| 81710 | (600,000.00) |
| 81810 | (400,000.00) |
| 81910 | (1,000,000.00) |
| 82010 | (1,330,000.00) |
| 82310 | (990,000.00) |
| 82410 | (482,000.00) |
| 82510 | - |
| 82610 | - |
| 82710 | - |
| 83010 | - |
| 83110 | - |
| **August 2010 Total** | |
| 90110 | - |

Eastern Livestock Co., LLC
T.P. Gibson Download File
Cash Activity Analysis
Calendar Year 2010

| Date | Disbursements to ADM |
|---|---|
| 90210 | - |
| 90310 | (540,000.00) |
| 90710 | (130,000.00) |
| 90810 | - |
| 90910 | - |
| 91010 | - |
| 91310 | - |
| 91410 | (100,000.00) |
| 91510 | (100,000.00) |
| 91610 | - |
| 91710 | - |
| 91810 | - |
| 92010 | - |
| 92110 | - |
| 92210 | - |
| 92310 | - |
| 92410 | - |
| 92710 | - |
| 92810 | - |
| 92910 | - |
| 93010 | - |
| **September 2010 Total** | |
| 100110 | (400,000.00) |
| 100410 | - |
| 100510 | - |
| 100610 | - |
| 100710 | - |
| 100810 | - |
| 101110 | - |
| 101210 | (280,000.00) |
| 101310 | (300,000.00) |
| 101410 | (150,000.00) |
| 101510 | - |
| 101810 | (400,000.00) |
| 101910 | (175,000.00) |
| 102010 | (115,000.00) |
| 102110 | (275,000.00) |
| 102210 | (200,000.00) |
| 102510 | (150,000.00) |
| 102610 | - |
| 102710 | - |
| 102810 | - |
| 102910 | - |
| **October 2010 Total** | |
| 110110 | |
| **November 1, 2010 Total** | |

Eastern Livestock Co., LLC
T.P. Gibson Download File
Cash Activity Analysis
Calendar Year 2010

| Date | Disbursements to ADM |
|---|---|
| **Grand Total** | (26,767,650.00) |