# EXHIBIT B



Check 29866 Date 5/5/2010 Amount $550,000.00