# EXHIBIT C

Reprint Page 1 - 12/9/2010, 11:53am   Community Bank Archive

```
THOMAS P GIBSON                           Date   2/26/10              Page    1
PATSY GIBSON                              Account Number                   1841
135 WEST MARKET ST                        Enclosures                        101
NEW ALBANY IN 47150
```

---- CHECKING ACCOUNTS ----

Due to a system upgrade, all checking account customers will receive a statement on March 15th in addition to their regular scheduled monthly statement.

```
Simply Free Checking                  Number of Enclosures                 101
Account Number                        Statement Dates   2/01/10 thru  2/28/10
Beginning Balance                     Days in the statement period          28
   24 Deposits/Credits                Average Ledger
  104 Checks/Debits                   Average Collected
Service Charge
Interest Paid
Ending Balance
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

************************************************************************

Deposits and Credits
Date       Description                                    Amount
2/01
2/02       Wire Transfer Credit                       500,000.00
           ADM INVESTOR SERV. INC CUST SE
           ATTN: THOMAS KADLEC
           SUITE 1600A
           CHICAGO, IL 60604
2/02