Exhibit A

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Eastern Livestock Co., LLC | Case Number: 10-93904 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Gary S. Bell | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: Gary S. Bell PO Box 122 Edmonton, KY 42129  RECEIVED  APR 19 2011  BMC GROUP | Court Claim Number: _____ (If known)  Filed on: _____ |
| Telephone number: (270) 576-7980 | |
| Name and address where payment should be sent (if different from above):  Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.  ☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:** $ __14,289.74__

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Purchase money claim under this Court's 1/24/11 Order for cattle sold to Eastern Livestock
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: __n/a__
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☑ Other
Describe: Ownership of and security interest in cattle reclaimed from Debtor by Creditor after Creditor was paid by bad check

Value of Property: $ __14,289.74__   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: __UCC filing and reclamation demand__

Amount of Secured Claim: $ __14,289.74__   Amount Unsecured: $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 4-12-11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  /s/ Gary S. Bell    GARY S. Bell | FOR COURT USE ONLY  Eastern Livestock  00270 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*(Page contains a sideways-oriented livestock sale ticket)*

**160620**
EDMONTON LIVESTOCK
310 NORTH MAIN
EDMONTON, KY 42129
(270) 432-5988

OWNER: Klary Bell
ADDRESS:

| MARKS | CATTLE | HOGS | GOATS | PEN | | |
|---|---|---|---|---|---|---|
| 700 | 105 | 9 | | | 6590 LB | 11-02-10 4:06P |
| 575 | 112 | 1 | | | 595 LB | 11-02-10 4:07P |
| 650 | 111 | 5 | | | 3275 LB | 11-02-10 4:09P |
| 500 | 113 | 1 | | | 540 LB | 11-02-10 4:10P |
| 575 | 112 | 4 | | | 2305 LB | 11-02-10 4:10P |

22

```
=======L-I-V-E-S-T-O-C-K=  ====B U Y E R====  =====================================
--COD-- --TAG HD DESC--- NUMB NAME---     --WEIGHT--              --TOTAL--
  620    1  9       F  1 700              732      6,590    105.00 L    6,919.50
  620    2  1       F  1 575              595        595    112.00 L      666.40
  620    3  5       F  1 650              655      3,275    111.00 L    3,635.25
  620    4  1       F  1 500              540        540    113.00 L      610.20
  620    5  4       F  1 575              576      2,305    112.00 L    2,581.60
         ===                                      ======                =========
          20                                      13,305                14,412.95
  CLF     20       13,305   14412.95   665  108.33    720.64

  ========================================================================
  COMMISSION  CHECK/OFF  YARDAGE   -INSUR-  VET                    20   14,412.95
     20.00      60.00    YDG#2     43.21    VOL/DED            ---NET/CHECK---
                                                                   14,289.74
  ========================================================================
              11/02/10 GRAND TOTAL GROSS---

  GARY BELL                    2614
  P&S/CODES: O=OFFICER B=BONDED-BUYER E=EMPLOYEE M=MARKET-SUPPORT
               EASTERN LIVESTOCK CO., LLC
                   135 WEST MARKET
                   NEW ALBANY, IN 47150                    NO. F  016272
```



Edmonton State Bank

RECEIPT FOR DEPOSIT

FUNDS FROM DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. PLEASE REFER TO YOUR INSTITUTION'S RULES GOVERNING FUNDS AVAILABILITY FOR DETAILS.

ACCOUNT NUMBER, DATE AND AMOUNT OF YOUR DEPOSIT ARE SHOWN BELOW.

DDA DEPOSIT

*****$14,289.74
Account: XXXXXXXXXXX
Transaction 0074 by EDWPT1
Received 11/3/2010 at 11:39am
to drawer OOS on 11/3/2010 business.
Thank You For Banking With E$B!

Edmonton State Bank
POB 1149, 909 West Main Street
Glasgow, KY 42141


GARY S BELL
1533 TOMPKINSVILLE ROAD
P O BOX 122
EDMONTON, KY 42129


RE: Returned items on account #██████

Date: 11/08/10

The items listed below, deposited to your account, have been returned for the reason indicated.
A substitute check* may be included in lieu of the original check with this notice.

The following items will be charged to account ██████

| Check# | Amount | Drawn by | Reason |
|---|---|---|---|
| 16272 | $14,289.74 | EASTERN LIVESTOCK | Refer to maker |

We have subtracted 1 item totaling $14,289.74 from account number ██████
Please subtract this amount from your records.

If you have any questions please contact us at (270)659-3540

Thank you.

Edmonton State Bank


*PLEASE DO NOT DISCARD SUBSTITUTE CHECK! A SUBSTITUTE CHECK IS A COPY OF AN ORIGINAL CHECK THAT IS THE SAME AS THE ORIGINAL CHECK FOR ALL PURPOSES, INCLUDING PROVING THAT YOU MADE A PAYMENT, IF IT INCLUDES AN ACCURATE COPY OF THE FRONT AND BACK OF THE ORIGINAL CHECK AND CONTAINS THE WORDS: "THIS IS A LEGAL COPY OF YOUR CHECK. YOU CAN USE IT THE SAME WAY YOU WOULD USE THE ORIGINAL CHECK." A SUBSTITUTE CHECK THAT MEETS THESE REQUIREMENTS IS GENERALLY SUBJECT TO FEDERAL AND STATE LAWS THAT APPLY TO AN ORIGINAL CHECK. IF YOU LOSE MONEY BECAUSE YOU RECEIVED A SUBSTITUTE CHECK, YOU HAVE THE RIGHT TO FILE A CLAIM FOR AN EXPEDITED REFUND.





## UCC FINANCING STATEMENT

Name and address of filer:

Gary S Bell
PO Box 122
Edmonton, Ky 42129

2010-2488529-51.01
Kentucky Secretary of State
File Date    11/24/2010 12:43:35 PM
Status       Active
Fee          $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

**DEBTOR'S EXACT FULL LEGAL NAME**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Eastern Livestock Company, LLC | | | |
| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| 135 West Market | New Albany | IN 47150 | USA |
| e. TYPE OF ORGANIZATION | f. JURISDICTION OF ORGANIZATION | g. ORGANIZATIONAL ID #, if any | |
| Limited Liability Company | | NONE | |

**SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Bell | Gary | S | |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| PO Box 122 | Edmonton | KY 4212* | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL FEEDER CATTLE SOLD TO EASTERN LIVESTOCK CO., LLC ON 11-2-2010 INCLUDING 9 STEERS WEIGHING AVERAGE OF 732 LBS, 1 WEIGHING 595 LBS, 5 WEIGHING 655 LBS, 1 WEIGHING 540 LBS & 4 WEIGHING 576 LBS. THESE CALVES TAGGED WITH SMALL Y-TEK TAGS IN THE RIGHT EARS IN THE COLOR OF RED, YELLOW & GREEN. 2 CALVES WERE RED, 15 BLACK, 1 RED NECK BALDIE 7 2 CHAROLOIS CROSSES. SAID DEBT WAS CREATED AS A RESULT OF A DISHONORED CHECK ISSUED UPON DELIVERY OF CALVES.

18. Alternate Filing Type: Agricultural Lien

## UCC FINANCING STATEMENT

Name and address of filer:

GARY S BELL
PO BOX 122
EDMONTON, KY 42129

2010-2488533-16.01
Kentucky Secretary of State
File Date    11/24/2010 12:51:54 PM
Status       Active
Fee          $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

**DEBTOR'S EXACT FULL LEGAL NAME**

a. ORGANIZATION'S NAME: EASTERN LIVESTOCK COMPANY, LLC
b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX
c. MAILING ADDRESS: 135 WEST MARKET   CITY: NEW ALBANY   STATE: IN   POSTAL CODE: 47150   COUNTRY: USA
a. TYPE OF ORGANIZATION: LIMITED LIABILITY COMPANY
b. JURISDICTION OF ORGANIZATION:
c. ORGANIZATIONAL ID #, if any: NONE

**SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)**

a. ORGANIZATION'S NAME:
b. INDIVIDUAL'S LAST NAME: BELL   FIRST NAME: GARY   MIDDLE NAME: S   SUFFIX:
c. MAILING ADDRESS: PO BOX 122   CITY: EDMONTON   STATE: KY   POSTAL CODE: 42129   COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

ALL FEEDER CATTLE SOLD TO EASTERN LIVESTOCK CO., LLC ON 11-2-2010 INCLUDING 9 STEERS WEIGHING AVERAGE OF 732 LBS, 1 WEIGHING 595 LBS, 5 WEIGHING 6558 LBS, 1 WEIGHING 540 LBS & 4 WEIGHING 576 LBS. THESE CALVES TAGGED WTIH SMALL Y-TEK TAGS IN THE RIGHT EARS IN THE COLOR OF RED, YELLOW & GREEN. 2 CALVES WERE RED, 15 BLACK, 1 RED NECK BALDIE & 2 CHAROLOIS CROSSES. SAID DEBT WAS CREATED AS A RESULT TO A DISHONORED CHECK ISSUED UPON DELIVERY OF CALVES.

18. Alternate Filing Type: Agricultural Lien

**UCC FINANCING STATEMENT**

Name and address of filer:

GARY S BELL
PO BOX 122
EDMONTON, KY 42129

2010-2488536-49.01
Kentucky Secretary of State
File Date    11/24/2010 1:01:13 PM
Status       Active
Fee          $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

**DEBTOR'S EXACT FULL LEGAL NAME**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EASTERN LIVESTOCK COMPANY, LLC | | | |
| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| 135 WEST MARKET | NEW ALBANY | IN  47150 | USA |
| | e. TYPE OF ORGANIZATION | f. JURISDICTION OF ORGANIZATION | g. ORGANIZATIONAL ID #, if any |
| | LIMITED LIABILITY COMPANY | | NONE |

**SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| BELL | GARY | S | |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| PO BOX 122 | EDMONTON | KY  42129 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL FEEDER CATTLE SOLD TO EASTERN LIVESTOCK CO., LLC ON 11-2-2010 INCLUDING 9 STEERS WEIGHING AVERAGE OF 732 LBS, 1 WEIGHING 595 LBS, 5 WEIGHING 655 LBS, 1 WEIGHING 540 LBS & 4 WEIGHING 576 LBS. THESE CALVES TAGGED WITH SMALL Y-TEK TAGS IN THE RIGHT EARS IN THE COLOR OF RED, YELLOW & GREEN. 2 CALVES WERE RED, 15 BLACK, 1 RED NECK BALDIE & 2 CHAROLOIS CROSSES. SAID DEBT WAS CREATED AS A RESULT OF A DISHONORED CHECK ISSUED UPON DELIVERY OF CALVES.

18. Alternate Filing Type: Agricultural Lien

# Southern District of Indiana
# Claims Register

### 10-93904-BHL-11 Eastern Livestock Co., LLC

**Judge:** Basil H. Lorch, III  **Chapter:** 11
**Office:** New Albany  **Last Date to file claims:** 05/02/2011
**Trustee:** James A. Knauer  **Last Date to file (Govt):**

| Creditor: (10612973)<br>Gary S. Bell<br>PO Box 122<br>Edmonton, KY 42129 | Claim No: 136<br>Original Filed Date: 04/12/2011<br>Original Entered Date: 04/12/2011 | Status:<br>Filed by: CR<br>Entered by: Bowles, C.<br>Modified: |
|---|---|---|

Unsecured claimed: $14289.74
Total        claimed: $14289.74

**History:**
Details  136-1  04/12/2011  Claim #136 filed by Gary S. Bell, total amount claimed: $14289.74 (Bowles, C.)

**Description:** (136-1) Ownership of and security interest in cattle reclaimed from Debtor by Creditor after Creditor was paid by bad checks

**Remarks:**

## Claims Register Summary

**Case Name:** Eastern Livestock Co., LLC
**Case Number:** 10-93904-BHL-11
**Chapter:** 11
**Date Filed:** 12/06/2010
**Total Number Of Claims:** 1

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $14289.74 |  |
| **Secured** |  |  |
| **Priority** |  |  |
| **Unknown** |  |  |
| **Administrative** |  |  |
| **Total** | $14289.74 | $0.00 |