```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                         Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                     Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-4          User: edixon                 Page 1 of 5                   Date Rcvd: Dec 19, 2012
                              Form ID: ntcts              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2012.
 cr          +AB Livestock, LLC,    1555 Shoreline Drive,    Boise, ID 83702-9106
 cr          +Athens Stockyard, LLC,    723 County Road 255,    P.O. Box 67,    Athens, TN 37371-0067
 ptcrd       +B&B Farms,   Attn: Keith Breeding,    8090 Greensburg Road,    Greensburg, KY 42743-9002
 cr          +Bill Davis,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
 cr          +Billingsley Auction Sale, Inc.,    c/o William Travis Billingsley, R.A.,    1241 Norfleet Drive,
               PO Box 505,   Senatobia, MS 38668-0505
 ptcrd       +Billy Neat,    705 B. Neat Road,   Columbia, KY 42728-8500
 cr          +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
 ptcrd       +Breeding Brothers,    Attn: Wade Breeding,   9440 Columbia Hwy.,    Greensburg, KY 42743-9130
 ptcrd       +Brent Keith,    505 Marlo-Campbell Road,   Columbia, KY 42728-5106
 cr          +Bynum Ranch Co.,    P. O. Box 104,   Sterling City, TX 76951-0104,    UNITED STATES
 cr          +Cullman Stockyard, Inc.,    c/o Thomas C. Scherer, Esq.,    Bingham McHale LLP,    2700 Market Tower,
               10 West Market Street,    Indianapolis, IN 46204-2982
 ptcrd      ++++DENNIS NEAT,    1581 WHEELER HILL RD,   COLUMBIA KY   42728-5558
              (address filed with court: Dennis Neat,    6198 Burkesville Road,    Columbia, KY  42728)
 op          +David L. Abt,    210 N Main St,   PO Box 128,    Westby, WI 54667-0128
 ptcrd       +David L. Rings,    1288 Frontage Road,   Russell Springs, KY 42642-7871
 cr          +Davis Quarter Horse,    7726 W. FM 2335,    Christoval, TX 76935-3308,    UNITED STATES
 adb         #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
 cr           Eddie Eicke,    Eicke Ranch II,   1188 County Rd 1202,    Snyder, TX  79549
 cr          +Edward Strickland,    Highway 398,   West Point, MS  39773
 op          +Elizabeth M. Lynch,    Development Specialists, Inc.,    6375 Riverside Drive,    Suite 200,
               Dublin, OH 43017-5045
 cr          +Estate of John S. Gibson, Anna Gayle Gibson, Execu,    13140 Nebo Rd,    Providence, KY 42450-9606
 cr           First Bank and Trust Company, The,    c/o Ayres Carr & Sullivan, P.C.,
               251 East Ohio Street, Suite 500,    Indianapolis, IN  46204-2184
 cr           Florida Association Livestock Markets,    P.O. Box 421929,    Kissimmee, FL  34742-1929
 cr          +Frank Powell,    700 W. Denger,   Midland, TX 79705-5319,    UNITED STATES
 cr          +Gabriel Moreno,    c/o Timothy T. Pridmore,    McWhorter, Cobb & Johnson,    1722 Broadway,
               Lubbock, TX 79401-3093
 cr          +Gabriel Moreno,    c/o Todd J. Johnston,    McWhorter, Cobb & Johnson,    1722 Broadway,
               Lubbock, TX 79401-3093
 cr          +Gary S. Bell,    PO Box 122,   Edmonton, KY 42129-0122
 cr          +Gene Shipman,    11401 E. Fm 1075,   Happy, TX 79042-3422
 cr          +Gibson Farms. LLC,    13140 Nebo Rd.,    Providence, KY 42450-9606
 cr           Glen Franklin Cattle Company, Inc.,    House, NM  88121
 op          +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
 cr          +Heritage Feeders LP,    c/o Crowe & Dunlevy,    20 North Broadway,    Suite 1800,
               Oklahoma City, ok 73102-9213
 sp          +Hoover Hull LLP,    111 Monument Circle,    P.O. Box 44989,   Suite 4400,
               Indianapolis, IN 46244-0989
 ptcrd       +Ike’s Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
 ptcrd       +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
 ptcrd        Jimmy Brummett,    7594 Hwy. 555,   Glens Fork, KY  42741
 cr          +Johnny Mayo, Jr.,    P. O. Box 317,    Eldorado, TX 76936-0317,    UNITED STATES
 cr           Lytle Street Development,    c/o Edward C. Airhart,    440 South Seventh Street,
               Louisville, KY  40203-1967
 ptcrd       +Mike Loy,    668 P.D. Pyles Road,   Columbia, KY 42728-9455
 ptcrd       #+Moseley Cattle Auction, LLC,    1044 Arlington Avenue,    Blakely, GA 39823-2362
 op           National Cattlemen’s Beef Association,    Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA  66603
 cr           Rex Elmore,    1817 Tobacco Road,   Glasgow, KY  42141-8486
 cr          +Rosenbaum Feeder Cattle Company, LLC,    P.O. Box 141,    Glade Spring, VA 24340-0141
 cr          +Russell DeCordova d/b/a deCordova Cattle Company,    c/o Jeffrey J. Graham,
               Taft Stettinius & Hollister LLP,    One Indiana Square, Suite 3500,    Indianapolis, IN 46204-2023
 op          +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
 ptcrd       +Southland Haulers, LLC,    Howard & Myra Compton,    P O Box 142,    Bratley, AL 36009-0142
 ptcrd       +Superior Livestock Auction, Inc.,    1155 North Colorado Ave.,    Bush, CO 80723-2901
 cr          +Tennessee Department of Revenue,    c/o TN Attorney General’s Office,    Bankruptcy Division,
               PO Box 20207,    Nashville, TN 37202-4015
 cr          +Todd Rosenbaum,    P.O. Box 141,    Glade Spring, VA 24340-0141
 cr          +Tom Svoboda,    3065 AA Avenue,   Herrington, KS 67449-5051,    UNITED STATES

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty           E-mail/Text: asr@btcmlaw.com Dec 19 2012 23:22:16     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,   Winston-Salem, NC  27114-5008
 cr          +E-mail/Text: scrowley@republicbank.com Dec 19 2012 23:25:16      Republic Bank and Trust Company,
               661 South Hurstbourne Parkway,    Louisville, KY 40222-5079
                                                                                              TOTAL: 2
```

```
District/off: 0756-4          User: edixon                Page 2 of 5                  Date Rcvd: Dec 19, 2012
                              Form ID: ntcts              Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Phillip Taylor Reed,   a/k/a Taylor Reed
ptcrd*       +Gary S. Bell,   P.O. Box 122,   Edmonton, KY 42129-0122
cr           ##+Bobby Bynum,   P. O. Box 43,   Rankin, TX 79778-0043,    UNITED STATES
ptcrd        ##+Southeast Livestock Exchange LLC,   PO Box 1306,   Waynesville, NC 28786-1306
                                                                              TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2012**              **Signature:**   _Joseph Speetjens_

Case 10-93904-BHL-11   Doc 1685   Filed 12/21/12   EOD 12/22/12 00:46:43   Pg 3 of 6

```
District/off: 0756-4          User: edixon                 Page 3 of 5                  Date Rcvd: Dec 19, 2012
                              Form ID: ntcts               Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2012 at the address(es) listed below:

              Allen   Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Amanda Dalton Stafford    on behalf of Plaintiff James Knauer, Trustee ads@kgrlaw.com
              Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Willie Downs astosberg@lloydmc.com
              Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
              Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              C. R. Bowles    on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
              Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
               ddonnellon@ficlaw.com, knorwick@ficlaw.com
              David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
              David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com, koswald@namanhowell.com
              Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
               becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
               robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
              Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net, atty_edl@trustesolutions.com
              Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
              Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
              James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
               jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com
              James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
               lemerson@rubin-levin.net;carmen@rubin-levin.net
              Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com, jbr@stuartlaw.com
              Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com
              Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jeffe@bellnunnally.com
              Jennifer Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com

```
District/off: 0756-4          User: edixon              Page 4 of 5             Date Rcvd: Dec 19, 2012
                              Form ID: ntcts            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
               jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com
              Jill Zengler Julian    on behalf of Joined Party  United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe Lee Brown    on behalf of Defendant   Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
              Joe T. Roberts    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               jratty@windstream.net
              John Huffaker    on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Special Counsel   Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Counter-Defendant   Cactus Growers, Inc.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net
              John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Burns    on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
               sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Carr    on behalf of Creditor   First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Creditor   Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua Elliott Clubb    on behalf of Other Professional  Kentucky Cattlemen's Association
               joshclubb@gmail.com
              Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
              Kayla D. Britton    on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
               becky.turner@faegrebd.com;sarah.herendeen@faegrebd.com
              Kelly Greene McConnell    on behalf of Creditor   AB Livestock, LLC lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com
              Laura Day 10DelCotto    on behalf of Counter-Defendant   Bluegrass Stockyards of Richmond, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Matthew J. Ochs    on behalf of Creditor   Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
              Matthew R. Strzynski    on behalf of Defendant Jt Nuckols mstrzynski@kdlegal.com,
               Tsylvester@kdlegal.com
              Melissa S. Giberson    on behalf of Counter-Defendant   Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
              Michael Benton Willey    on behalf of Creditor   Tennessee Department of Revenue
               michael.willey@ag.tn.gov
              Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
              Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
              Sean T. White    on behalf of Special Counsel   Hoover Hull LLP swhite@hooverhull.com,
               vwilliams@hooverhull.com

```
District/off: 0756-4          User: edixon              Page 5 of 5            Date Rcvd: Dec 19, 2012
                              Form ID: ntcts            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
           amanda.castor@faegrebd.com
          Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
          Stephen E. Schilling    on behalf of Defendant   E4 Cattle Company, LLC seschilling@strausstroy.com
          Steven A. Brehm    on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com,
           bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Terry E. Hall    on behalf of Counter-Claimant James Knauer terry.hall@faegrebd.com,
           sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
           ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
           mmcclain@bgdlegal.com
          Thomas P Glass    on behalf of Defendant   E4 Cattle Company, LLC tpglass@strausstroy.com
          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
           lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern    on behalf of Creditor   Alabama Livestock Auction, Inc. wsnewbern@msn.com
          Wendy W Ponader    on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com,
           sarah.herendeen@faegrebd.com
          William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
           pballard@k-glaw.com
          William K. Flynn    on behalf of Defendant   E4 Cattle Company, LLC wkflynn@strausstroy.com,
           fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
          William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 107
```

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
121 W. Spring St., Rm. 110  
New Albany, IN 47150

NTCTS (rev 01/2011)

In re:

**Eastern Livestock Co., LLC**,   Case No. **10−93904−BHL−11**
    Debtor(s).

## NOTICE OF FILING OF TRANSCRIPT AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on December 7, 2012 was filed on December 18, 2012.

Parties have until December 26, 2012, to file a Notice of Intent to Request Redaction of this transcript with the Court. The deadline for filing a Request for Redaction is January 8, 2013. Once a Request for Redaction is filed, the redacted transcript is due by January 18, 2013.

The original or redacted transcript can be viewed from any public terminal at the Clerk's Office. A copy of the transcript may also be purchased from the transcriber below:

J & J Court Transcribers, Inc.  
268 Evergreen Avenue  
Hamilton, NJ 08619  
609−586−2311

The transcript may be available at http://pacer.insb.uscourts.gov after the expiration of the restriction period which is March 18, 2013. This restriction period may be extended by a court order. When a redacted transcript is available, only the redacted transcript is accessible on the Court's PACER site.

Dated:  December 19, 2012           Kevin P. Dempsey  
                    Clerk, U.S. Bankruptcy Court