Exhibit A

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# January, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 10410 | 103685 | 304,644.10 | 304,644.10 | |
| CASH ON HAND | 10410 | 103691 | 362,307.16 | 362,307.16 | |
| CASH ON HAND | 10410 | 103694 | 382,094.57 | 382,094.57 | |
| CASH ON HAND | 10410 | 103697 | 200,000.00 | 200,000.00 | |
| CASH ON HAND | 10410 | 103702 | 361,443.26 | 361,443.26 | |
| CASH ON HAND | 10410 | 103708 | 240,499.56 | 240,499.56 | |
| CASH ON HAND | 10410 | 103714 | 318,399.49 | 318,399.49 | |
| CASH ON HAND | 10410 | 103723 | 392,440.52 | 392,440.52 | |
| CASH ON HAND | 10410 | 103732 | 354,892.85 | 354,892.85 | |
| CASH ON HAND | 10410 | 103740 | 354,074.78 | 354,074.78 | |
| CASH ON HAND | 10410 | 103745 | 320,051.34 | 320,051.34 | |
| CASH ON HAND | 10510 | 103762 | 35,000.00 | 35,000.00 | |
| CASH ON HAND | 10510 | 103767 | 218,333.30 | 218,333.30 | |
| CASH ON HAND | 10510 | 103773 | 326,099.91 | 326,099.91 | |
| CASH ON HAND | 10610 | 103790 | 325,090.28 | 325,090.28 | |
| CASH ON HAND | 10610 | 103796 | 311,275.49 | 311,275.49 | |
| CASH ON HAND | 10610 | 103813 | 132,416.42 | 132,416.42 | |
| CASH ON HAND | 10710 | 103842 | 325,124.31 | 325,124.31 | |
| CASH ON HAND | 10710 | 103851 | 353,510.96 | 353,510.96 | |
| CASH ON HAND | 10710 | 103860 | 308,834.09 | 308,834.09 | |
| CASH ON HAND | 10710 | 103867 | 397,193.95 | 397,193.95 | |
| CASH ON HAND | 10710 | 103871 | 216,135.34 | 216,135.34 | |
| CASH ON HAND | 10710 | 103874 | 90,000.00 | 90,000.00 | |
| CASH ON HAND | 10710 | 103877 | 316,411.65 | 316,411.65 | |
| CASH ON HAND | 10710 | 103884 | 367,194.44 | 367,194.44 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## January, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 10710 | 103892 | 328,665.60 | 328,665.60 | |
| CASH ON HAND | 10710 | 103898 | 379,173.78 | 379,173.78 | |
| CASH ON HAND | 10710 | 103905 | 374,465.56 | 374,465.56 | |
| CASH ON HAND | 10710 | 103913 | 319,154.39 | 319,154.39 | |
| CASH ON HAND | 10810 | 103931 | 100,000.00 | 100,000.00 | |
| CASH ON HAND | 11110 | 103935 | 260,421.73 | 260,421.73 | |
| CASH ON HAND | 11110 | 103941 | 291,235.17 | 291,235.17 | |
| CASH ON HAND | 11110 | 103947 | 334,071.32 | 334,071.32 | |
| CASH ON HAND | 11110 | 103953 | 378,846.61 | 378,846.61 | |
| CASH ON HAND | 11110 | 103959 | 238,422.02 | 238,422.02 | |
| CASH ON HAND | 11210 | 103970 | 287,103.06 | 287,103.06 | |
| CASH ON HAND | 11210 | 103976 | 375,360.60 | 375,360.60 | |
| CASH ON HAND | 11210 | 103982 | 284,367.76 | 284,367.76 | |
| CASH ON HAND | 11210 | 103988 | 352,515.29 | 352,515.29 | |
| CASH ON HAND | 11210 | 103995 | 324,226.26 | 324,226.26 | |
| CASH ON HAND | 11210 | 104001 | 389,431.78 | 389,431.78 | |
| CASH ON HAND | 11210 | 104038 | 339,506.73 | 339,506.73 | |
| CASH ON HAND | 11210 | 104044 | 289,567.66 | 289,567.66 | |
| CASH ON HAND | 11210 | 104050 | 349,863.46 | 349,863.46 | |
| CASH ON HAND | 11210 | 104056 | 323,719.38 | 323,719.38 | |
| CASH ON HAND | 11210 | 104062 | 348,528.72 | 348,528.72 | |
| CASH ON HAND | 11210 | 104068 | 285,742.02 | 285,742.02 | |
| CASH ON HAND | 11310 | 57827 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 11310 | 104109 | 356,043.22 | 356,043.22 | |
| CASH ON HAND | 11310 | 104117 | 375,852.82 | 375,852.82 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## January, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 11410 | 104183 | 377,312.76 | 377,312.76 | |
| CASH ON HAND | 11410 | 104189 | 306,763.75 | 306,763.75 | |
| CASH ON HAND | 11410 | 104195 | 461,226.33 | 461,226.33 | |
| CASH ON HAND | 11410 | 104201 | 288,869.53 | 288,869.53 | |
| CASH ON HAND | 11410 | 104206 | 354,291.13 | 354,291.13 | |
| CASH ON HAND | 11410 | 104212 | 384,978.75 | 384,978.75 | |
| CASH ON HAND | 11410 | 104217 | 321,375.05 | 321,375.05 | |
| CASH ON HAND | 11410 | 104223 | 340,224.26 | 340,224.26 | |
| CASH ON HAND | *12010* | 14338 | 100,000.00 | 100,000.00 | |
| CASH ON HAND | *12010* | 14387 | 285,000.00 | 285,000.00 | |
| CASH ON HAND | 12010 | 104423 | 252,496.35 | 252,496.35 | |
| CASH ON HAND | 12010 | 104432 | 179,377.57 | 179,377.57 | |
| CASH ON HAND | 12010 | 104441 | 179,631.70 | 179,631.70 | |
| CASH ON HAND | 12110 | 104486 | 245,000.00 | 245,000.00 | |
| CASH ON HAND | 12210 | 104544 | 403,682.29 | 403,682.29 | |
| CASH ON HAND | 12210 | 104555 | 346,788.74 | 346,788.74 | |
| CASH ON HAND | 12210 | 104569 | 300,239.08 | 300,239.08 | |
| CASH ON HAND | 12510 | 104605 | 353,888.81 | 353,888.81 | |
| CASH ON HAND | 12510 | 104611 | 100,000.00 | 100,000.00 | |
| CASH ON HAND | 12510 | 104618 | 354,880.42 | 354,880.42 | |
| CASH ON HAND | 12510 | 104627 | 399,580.42 | 399,580.42 | |
| CASH ON HAND | 12510 | 104638 | 250,620.90 | 250,620.90 | |
| CASH ON HAND | 12610 | 104679 | 304,344.82 | 304,344.82 | |
| CASH ON HAND | 12610 | 104685 | 255,627.96 | 255,627.96 | |
| CASH ON HAND | 12610 | 104696 | 354,844.60 | 354,844.60 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## January, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 12610 | 104705 | 177,268.27 | 177,268.27 | |
| CASH ON HAND | 12610 | 104719 | 350,114.90 | 350,114.90 | |
| CASH ON HAND | 12610 | 104738 | 357,367.95 | 357,367.95 | |
| CASH ON HAND | 12610 | 104758 | 344,713.80 | 344,713.80 | |
| CASH ON HAND | 12610 | 104771 | 153,545.86 | 153,545.86 | |
| CASH ON HAND | 12710 | 4281 | 3,214.52 | | 3,214.52 |
| CASH ON HAND | 12710 | 104827 | 274,542.18 | 274,542.18 | |
| CASH ON HAND | 12710 | 104836 | 376,184.31 | 376,184.31 | |
| CASH ON HAND | 12710 | 104845 | 396,447.60 | 396,447.60 | |
| CASH ON HAND | 12810 | 104861 | 302,629.43 | 302,629.43 | |
| CASH ON HAND | 12810 | 104872 | 577,698.79 | 577,698.79 | |
| CASH ON HAND | 12810 | 104928 | 232,068.45 | 232,068.45 | |
| CASH ON HAND | 12810 | 104937 | 306,389.81 | 306,389.81 | |
| CASH ON HAND | 12810 | 104946 | 272,041.63 | 272,041.63 | |
| CASH ON HAND | 12910 | 104958 | 305,203.60 | 305,203.60 | |
| CASH ON HAND | 12910 | 104968 | 355,399.00 | 355,399.00 | |
| CASH ON HAND | 12910 | 104977 | 395,541.87 | 395,541.87 | |
| CASH ON HAND | 12910 | 104986 | 278,341.28 | 278,341.28 | |
| | | | 27,962,725.68 | 27,956,296.66 | 6,429.02 |