Exhibit B

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## February, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 20110 | 105044 | 365,545.35 | 365,545.35 | |
| CASH ON HAND | 20110 | 105053 | 364,785.51 | 364,785.51 | |
| CASH ON HAND | 20110 | 105062 | 396,290.72 | 396,290.72 | |
| CASH ON HAND | 20110 | 105071 | 336,908.20 | 336,908.20 | |
| CASH ON HAND | 20110 | 105080 | 300,584.74 | 300,584.74 | |
| CASH ON HAND | 20110 | 105082 | 190,000.00 | 190,000.00 | |
| CASH ON HAND | 20210 | 105098 | 377,233.79 | 377,233.79 | |
| CASH ON HAND | 20210 | 105107 | 311,656.66 | 311,656.66 | |
| CASH ON HAND | 20210 | 105116 | 396,632.90 | 396,632.90 | |
| CASH ON HAND | 20210 | 105125 | 386,767.70 | 386,767.70 | |
| CASH ON HAND | 20210 | 105135 | 344,767.32 | 344,767.32 | |
| CASH ON HAND | 20210 | 105144 | 375,986.74 | 375,986.74 | |
| CASH ON HAND | 20210 | 105150 | 378,963.97 | 378,963.97 | |
| CASH ON HAND | 20210 | 105159 | 388,546.24 | 388,546.24 | |
| CASH ON HAND | 20210 | 105168 | 363,342.20 | 363,342.20 | |
| CASH ON HAND | 20210 | 105171 | 403,991.68 | 403,991.68 | |
| CASH ON HAND | 20310 | 105193 | 410,000.28 | 410,000.28 | |
| CASH ON HAND | 20310 | 105203 | 303,044.24 | 303,044.24 | |
| CASH ON HAND | 20310 | 105212 | 356,399.07 | 356,399.07 | |
| CASH ON HAND | 20310 | 105221 | 346,801.62 | 346,801.62 | |
| CASH ON HAND | 20310 | 105245 | 394,162.29 | 394,162.29 | |
| CASH ON HAND | 20310 | 105254 | 312,392.00 | 312,392.00 | |
| CASH ON HAND | 20310 | 105257 | 320,406.73 | 320,406.73 | |
| CASH ON HAND | 20310 | 105267 | 354,309.50 | 354,309.50 | |
| CASH ON HAND | 20310 | 105276 | 334,987.75 | 334,987.75 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## February, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 20410 | 105292 | 383,574.63 | 383,574.63 | |
| CASH ON HAND | 20410 | 105298 | 379,728.40 | 379,728.40 | |
| CASH ON HAND | 20410 | 105304 | 375,088.16 | 375,088.16 | |
| CASH ON HAND | 20410 | 105310 | 308,009.58 | 308,009.58 | |
| CASH ON HAND | 20410 | 105318 | 339,534.70 | 339,534.70 | |
| CASH ON HAND | 20410 | 105324 | 340,315.75 | 340,315.75 | |
| CASH ON HAND | 20410 | 105335 | 440,677.85 | 440,677.85 | |
| CASH ON HAND | 20410 | 105341 | 370,958.87 | 370,958.87 | |
| CASH ON HAND | 20410 | 105347 | 369,655.54 | 369,655.54 | |
| CASH ON HAND | 20510 | 105356 | 409,277.31 | 409,277.31 | |
| CASH ON HAND | 20510 | 105365 | 376,960.47 | 376,960.47 | |
| CASH ON HAND | 20510 | 105374 | 418,586.22 | 418,586.22 | |
| CASH ON HAND | 20510 | 105380 | 400,561.04 | 400,561.04 | |
| CASH ON HAND | 20510 | 105386 | 289,367.57 | 289,367.57 | |
| CASH ON HAND | 20510 | 105402 | 422,014.65 | 422,014.65 | |
| CASH ON HAND | 20510 | 105411 | 368,161.32 | 368,161.32 | |
| CASH ON HAND | 20810 | 105444 | 339,570.05 | 339,570.05 | |
| CASH ON HAND | 20810 | 105453 | 351,175.15 | 351,175.15 | |
| CASH ON HAND | 20810 | 105462 | 425,016.75 | 425,016.75 | |
| CASH ON HAND | 20810 | 105471 | 399,091.55 | 399,091.55 | |
| CASH ON HAND | 20810 | 105479 | 145,000.00 | 145,000.00 | |
| CASH ON HAND | 20810 | 105481 | 417,494.22 | 417,494.22 | |
| CASH ON HAND | 20810 | 105490 | 385,504.86 | 385,504.86 | |
| CASH ON HAND | 20810 | 105500 | 352,914.77 | 352,914.77 | |
| CASH ON HAND | 20810 | 105510 | 318,098.76 | 318,098.76 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## February, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 20910 | 105529 | 370,834.40 | 370,834.40 | |
| CASH ON HAND | 20910 | 105538 | 358,122.67 | 358,122.67 | |
| CASH ON HAND | 20910 | 105547 | 344,809.44 | 344,809.44 | |
| CASH ON HAND | 20910 | 105556 | 312,273.89 | 312,273.89 | |
| CASH ON HAND | 20910 | 105564 | 399,899.94 | 399,899.94 | |
| CASH ON HAND | 20910 | 105570 | 357,087.68 | 357,087.68 | |
| CASH ON HAND | 20910 | 105571 | 165,000.00 | 165,000.00 | |
| CASH ON HAND | 20910 | 105581 | 464,656.59 | 464,656.59 | |
| CASH ON HAND | 20910 | 105590 | 503,019.46 | 503,019.46 | |
| CASH ON HAND | 20910 | 105599 | 505,802.49 | 505,802.49 | |
| CASH ON HAND | 21010 | 49729 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 21010 | 105609 | 528,041.40 | 528,041.40 | |
| CASH ON HAND | 21010 | 105621 | 432,573.63 | 432,573.63 | |
| CASH ON HAND | 21010 | 105631 | 285,000.00 | 285,000.00 | |
| CASH ON HAND | 21010 | 105634 | 409,387.11 | 409,387.11 | |
| CASH ON HAND | 21110 | 105660 | 200,000.00 | 200,000.00 | |
| CASH ON HAND | 21110 | 105700 | 158,045.14 | 158,045.14 | |
| CASH ON HAND | 21110 | 105706 | 125,069.64 | 125,069.64 | |
| CASH ON HAND | 21210 | 105746 | 196,000.00 | 196,000.00 | |
| CASH ON HAND | 21210 | 105747 | 417,353.44 | 417,353.44 | |
| CASH ON HAND | 21210 | 105757 | 438,119.57 | 438,119.57 | |
| CASH ON HAND | 21210 | 105769 | 363,263.32 | 363,263.32 | |
| CASH ON HAND | 21210 | 105782 | 382,269.71 | 382,269.71 | |
| CASH ON HAND | 21610 | 105841 | 353,183.80 | 353,183.80 | |
| CASH ON HAND | 21610 | 105850 | 377,398.90 | 377,398.90 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## February, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 21710 | 105904 | 225,000.00 | 225,000.00 | |
| CASH ON HAND | 21710 | 105910 | 340,520.72 | 340,520.72 | |
| CASH ON HAND | 21710 | 105921 | 342,118.64 | 342,118.64 | |
| CASH ON HAND | 21710 | 105930 | 353,220.78 | 353,220.78 | |
| CASH ON HAND | 21710 | 105940 | 353,492.55 | 353,492.55 | |
| CASH ON HAND | 21710 | 105953 | 330,152.46 | 330,152.46 | |
| CASH ON HAND | 21710 | 105963 | 343,318.71 | 343,318.71 | |
| CASH ON HAND | 21710 | 105974 | 397,161.79 | 397,161.79 | |
| CASH ON HAND | 21810 | 106003 | 281,347.66 | 281,347.66 | |
| CASH ON HAND | 21810 | 106012 | 242,749.55 | 242,749.55 | |
| CASH ON HAND | 21810 | 106019 | 300,000.00 | 300,000.00 | |
| CASH ON HAND | 21810 | 106033 | 236,298.76 | 236,298.76 | |
| CASH ON HAND | 21810 | 106042 | 335,859.25 | 335,859.25 | |
| CASH ON HAND | *21910* | 16021 | 348,919.07 | 348,919.07 | |
| CASH ON HAND | 21910 | 106068 | 367,898.24 | 367,898.24 | |
| CASH ON HAND | 21910 | 106078 | 382,818.01 | 382,818.01 | |
| CASH ON HAND | 21910 | 106083 | 396,045.34 | 396,045.34 | |
| CASH ON HAND | 21910 | 106104 | 424,000.00 | 424,000.00 | |
| CASH ON HAND | 22210 | 106123 | 359,691.87 | 359,691.87 | |
| CASH ON HAND | 22210 | 106132 | 338,832.18 | 338,832.18 | |
| CASH ON HAND | 22210 | 106141 | 346,419.68 | 346,419.68 | |
| CASH ON HAND | 22210 | 106167 | 382,288.87 | 382,288.87 | |
| CASH ON HAND | 22210 | 106176 | 327,898.03 | 327,898.03 | |
| CASH ON HAND | 22210 | 106186 | 389,916.78 | 389,916.78 | |
| CASH ON HAND | 22210 | 106198 | 260,000.00 | 260,000.00 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## February, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 22210 | 106210 | 292,735.28 | 292,735.28 | |
| CASH ON HAND | 22210 | 106220 | 331,315.44 | 331,315.44 | |
| CASH ON HAND | 22210 | 106231 | 360,639.91 | 360,639.91 | |
| CASH ON HAND | 22310 | 106244 | 378,201.60 | 378,201.60 | |
| CASH ON HAND | 22310 | 106253 | 352,538.09 | 352,538.09 | |
| CASH ON HAND | 22310 | 106262 | 338,001.60 | 338,001.60 | |
| CASH ON HAND | 22310 | 106269 | 309,025.63 | 309,025.63 | |
| CASH ON HAND | 22310 | 106281 | 393,408.73 | 393,408.73 | |
| CASH ON HAND | 22310 | 106281 | 340,987.65 | 340,987.65 | |
| CASH ON HAND | 22310 | 106285 | 334,676.16 | 334,676.16 | |
| CASH ON HAND | 22310 | 106294 | 359,532.90 | 359,532.90 | |
| CASH ON HAND | 22310 | 106303 | 365,686.64 | 365,686.64 | |
| CASH ON HAND | 22410 | 4704 | 3,214.52 | | 3,214.52 |
| CASH ON HAND | 22410 | 106318 | 373,114.05 | 373,114.05 | |
| CASH ON HAND | 22410 | 106329 | 309,368.41 | 309,368.41 | |
| CASH ON HAND | 22410 | 106385 | 346,922.51 | 346,922.51 | |
| CASH ON HAND | 22410 | 106394 | 298,257.89 | 298,257.89 | |
| CASH ON HAND | 22410 | 106403 | 363,489.07 | 363,489.07 | |
| CASH ON HAND | 22410 | 106412 | 376,210.85 | 376,210.85 | |
| CASH ON HAND | 22510 | 106420 | 340,303.24 | 340,303.24 | |
| CASH ON HAND | 22510 | 106429 | 380,702.71 | 380,702.71 | |
| CASH ON HAND | 22510 | 106438 | 377,691.38 | 377,691.38 | |
| CASH ON HAND | 22510 | 106480 | 342,712.46 | 342,712.46 | |
| CASH ON HAND | 22510 | 106489 | 228,614.73 | 228,614.73 | |
| CASH ON HAND | 22610 | 106518 | 268,377.36 | 268,377.36 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# February, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| | | | 42,962,969.84 | 42,956,540.82 | 6,429.02 |