Exhibit C

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | *30110* | 8579 | 4,959.60 | | 4,959.60 |
| CASH ON HAND | 30110 | 106600 | 357,711.70 | 357,711.70 | |
| CASH ON HAND | 30110 | 106609 | 264,781.16 | 264,781.16 | |
| CASH ON HAND | 30110 | 106618 | 396,795.90 | 396,795.90 | |
| CASH ON HAND | 30110 | 106626 | 323,993.50 | 323,993.50 | |
| CASH ON HAND | 30110 | 106635 | 415,768.42 | 415,768.42 | |
| CASH ON HAND | 30110 | 106641 | 341,007.70 | 341,007.70 | |
| CASH ON HAND | 30110 | 106644 | 218,847.87 | 218,847.87 | |
| CASH ON HAND | 30110 | 106648 | 75,000.00 | 75,000.00 | |
| CASH ON HAND | 30210 | 106660 | 260,000.00 | 260,000.00 | |
| CASH ON HAND | 30210 | 106664 | 265,267.31 | 265,267.31 | |
| CASH ON HAND | 30210 | 106673 | 292,323.71 | 292,323.71 | |
| CASH ON HAND | 30210 | 106683 | 336,380.78 | 336,380.78 | |
| CASH ON HAND | 30210 | 106692 | 300,594.13 | 300,594.13 | |
| CASH ON HAND | 30210 | 106702 | 113,419.72 | 113,419.72 | |
| CASH ON HAND | 30310 | 106752 | 464,854.06 | 464,854.06 | |
| CASH ON HAND | 30310 | 106761 | 445,714.76 | 445,714.76 | |
| CASH ON HAND | 30310 | 106771 | 276,972.93 | 276,972.93 | |
| CASH ON HAND | 30310 | 106781 | 284,195.21 | 284,195.21 | |
| CASH ON HAND | 30310 | 106791 | 399,267.61 | 399,267.61 | |
| CASH ON HAND | 30310 | 106815 | 400,000.00 | 400,000.00 | |
| CASH ON HAND | 30410 | 106852 | 450,000.00 | 450,000.00 | |
| CASH ON HAND | 30410 | 106860 | 345,264.55 | 345,264.55 | |
| CASH ON HAND | 30410 | 106869 | 321,653.77 | 321,653.77 | |
| CASH ON HAND | 30410 | 106878 | 290,992.71 | 290,992.71 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 30410 | 106893 | 431,009.71 | 431,009.71 | |
| CASH ON HAND | 30410 | 106898 | 265,178.20 | 265,178.20 | |
| CASH ON HAND | 30410 | 106905 | 284,666.91 | 284,666.91 | |
| CASH ON HAND | 30510 | 106956 | 475,154.76 | 475,154.76 | |
| CASH ON HAND | 30510 | 106968 | 410,887.36 | 410,887.36 | |
| CASH ON HAND | 30510 | 106976 | 356,066.83 | 356,066.83 | |
| CASH ON HAND | 30510 | 106983 | 427,088.83 | 427,088.83 | |
| CASH ON HAND | 30510 | 106990 | 389,076.46 | 389,076.46 | |
| CASH ON HAND | 30510 | 107012 | 275,000.00 | 275,000.00 | |
| CASH ON HAND | 30810 | 107078 | 375,905.02 | 375,905.02 | |
| CASH ON HAND | 30810 | 107087 | 503,320.75 | 503,320.75 | |
| CASH ON HAND | 30810 | 107097 | 512,864.08 | 512,864.08 | |
| CASH ON HAND | 30810 | 107106 | 314,835.63 | 314,835.63 | |
| CASH ON HAND | 30810 | 107115 | 449,042.12 | 449,042.12 | |
| CASH ON HAND | 30910 | 107148 | 455,216.02 | 455,216.02 | |
| CASH ON HAND | 30910 | 107149 | 230,000.00 | 230,000.00 | |
| CASH ON HAND | 30910 | 107157 | 411,763.65 | 411,763.65 | |
| CASH ON HAND | 30910 | 107166 | 397,683.48 | 397,683.48 | |
| CASH ON HAND | 30910 | 107175 | 350,302.91 | 350,302.91 | |
| CASH ON HAND | 30910 | 107184 | 343,688.40 | 343,688.40 | |
| CASH ON HAND | 30910 | 107196 | 368,390.33 | 368,390.33 | |
| CASH ON HAND | 31010 | 43974 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 31010 | 107246 | 369,134.63 | 369,134.63 | |
| CASH ON HAND | 31010 | 107256 | 340,920.98 | 340,920.98 | |
| CASH ON HAND | 31010 | 107265 | 378,290.03 | 378,290.03 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 31010 | 107274 | 457,618.52 | 457,618.52 | |
| CASH ON HAND | 31010 | 107283 | 385,968.50 | 385,968.50 | |
| CASH ON HAND | 31010 | 107296 | 391,023.98 | 391,023.98 | |
| CASH ON HAND | 31110 | 107362 | 277,435.10 | 277,435.10 | |
| CASH ON HAND | 31110 | 107371 | 358,872.45 | 358,872.45 | |
| CASH ON HAND | 31110 | 107377 | 399,175.04 | 399,175.04 | |
| CASH ON HAND | 31110 | 107383 | 361,418.10 | 361,418.10 | |
| CASH ON HAND | 31110 | 107389 | 397,680.72 | 397,680.72 | |
| CASH ON HAND | 31110 | 107397 | 356,416.84 | 356,416.84 | |
| CASH ON HAND | 31110 | 107405 | 386,529.76 | 386,529.76 | |
| CASH ON HAND | 31110 | 107410 | 445,543.38 | 445,543.38 | |
| CASH ON HAND | 31210 | 107444 | 249,644.50 | 249,644.50 | |
| CASH ON HAND | 31210 | 107450 | 274,055.36 | 274,055.36 | |
| CASH ON HAND | 31210 | 107457 | 346,113.02 | 346,113.02 | |
| CASH ON HAND | 31210 | 107467 | 489,089.45 | 489,089.45 | |
| CASH ON HAND | 31210 | 107473 | 477,473.52 | 477,473.52 | |
| CASH ON HAND | 31210 | 107479 | 470,904.63 | 470,904.63 | |
| CASH ON HAND | 31210 | 107487 | 327,229.22 | 327,229.22 | |
| CASH ON HAND | 31210 | 107491 | 388,787.34 | 388,787.34 | |
| CASH ON HAND | *31210* | | 3,000.00 | | 3,000.00 |
| CASH ON HAND | 31510 | 107558 | 472,089.44 | 472,089.44 | |
| CASH ON HAND | 31510 | 107563 | 387,150.37 | 387,150.37 | |
| CASH ON HAND | 31510 | 107573 | 361,078.24 | 361,078.24 | |
| CASH ON HAND | 31510 | 107579 | 360,353.82 | 360,353.82 | |
| CASH ON HAND | 31510 | 107585 | 296,503.18 | 296,503.18 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 31510 | 107591 | 409,825.83 | 409,825.83 | |
| CASH ON HAND | 31510 | 107598 | 453,486.35 | 453,486.35 | |
| CASH ON HAND | 31510 | 107600 | 350,000.00 | 350,000.00 | |
| CASH ON HAND | 31610 | 107624 | 426,235.34 | 426,235.34 | |
| CASH ON HAND | 31610 | 107633 | 304,677.67 | 304,677.67 | |
| CASH ON HAND | 31610 | 107642 | 368,599.86 | 368,599.86 | |
| CASH ON HAND | 31610 | 107652 | 423,836.72 | 423,836.72 | |
| CASH ON HAND | 31610 | 107661 | 330,152.27 | 330,152.27 | |
| CASH ON HAND | 31610 | 107667 | 400,651.28 | 400,651.28 | |
| CASH ON HAND | 31610 | 107675 | 419,019.97 | 419,019.97 | |
| CASH ON HAND | 31610 | 107684 | 345,574.76 | 345,574.76 | |
| CASH ON HAND | 31610 | 107700 | 260,000.00 | 260,000.00 | |
| CASH ON HAND | 31710 | 107730 | 130,000.00 | 130,000.00 | |
| CASH ON HAND | 31710 | 107736 | 443,736.04 | 443,736.04 | |
| CASH ON HAND | 31710 | 107753 | 362,737.14 | 362,737.14 | |
| CASH ON HAND | 31710 | 107762 | 360,791.96 | 360,791.96 | |
| CASH ON HAND | 31710 | 107771 | 312,402.54 | 312,402.54 | |
| CASH ON HAND | 31710 | 107780 | 384,326.55 | 384,326.55 | |
| CASH ON HAND | 31710 | 107790 | 381,347.09 | 381,347.09 | |
| CASH ON HAND | 31710 | 107796 | 378,296.53 | 378,296.53 | |
| CASH ON HAND | 31710 | 107821 | 301,550.86 | 301,550.86 | |
| CASH ON HAND | 31810 | 107824 | 200,000.00 | 200,000.00 | |
| CASH ON HAND | 31910 | 107936 | 422,810.87 | 422,810.87 | |
| CASH ON HAND | 31910 | 107937 | 304,621.91 | 304,621.91 | |
| CASH ON HAND | 31910 | 107946 | 386,335.01 | 386,335.01 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 31910 | 107955 | 343,356.23 | 343,356.23 | |
| CASH ON HAND | 31910 | 107964 | 344,682.20 | 344,682.20 | |
| CASH ON HAND | 31910 | 107973 | 316,524.17 | 316,524.17 | |
| CASH ON HAND | 32210 | 107993 | 306,463.93 | 306,463.93 | |
| CASH ON HAND | 32210 | 108002 | 379,297.19 | 379,297.19 | |
| CASH ON HAND | 32210 | 108010 | 302,856.72 | 302,856.72 | |
| CASH ON HAND | 32310 | 108059 | 333,761.70 | 333,761.70 | |
| CASH ON HAND | 32310 | 108066 | 291,392.66 | 291,392.66 | |
| CASH ON HAND | 32310 | 108072 | 378,009.34 | 378,009.34 | |
| CASH ON HAND | 32310 | 108078 | 351,467.55 | 351,467.55 | |
| CASH ON HAND | 32310 | 108085 | 361,106.43 | 361,106.43 | |
| CASH ON HAND | 32310 | 108091 | 352,505.95 | 352,505.95 | |
| CASH ON HAND | 32310 | 108097 | 333,522.15 | 333,522.15 | |
| CASH ON HAND | 32310 | 108106 | 396,099.71 | 396,099.71 | |
| CASH ON HAND | 32310 | 108116 | 385,180.29 | 385,180.29 | |
| CASH ON HAND | 32410 | 108156 | 333,672.90 | 333,672.90 | |
| CASH ON HAND | 32410 | 108162 | 320,585.66 | 320,585.66 | |
| CASH ON HAND | 32410 | 108168 | 386,317.36 | 386,317.36 | |
| CASH ON HAND | 32410 | 108174 | 343,581.11 | 343,581.11 | |
| CASH ON HAND | 32410 | 108180 | 372,027.43 | 372,027.43 | |
| CASH ON HAND | 32410 | 108188 | 352,197.90 | 352,197.90 | |
| CASH ON HAND | 32410 | 108198 | 331,877.41 | 331,877.41 | |
| CASH ON HAND | 32410 | 108208 | 296,595.70 | 296,595.70 | |
| CASH ON HAND | 32410 | 108217 | 375,142.98 | 375,142.98 | |
| CASH ON HAND | 32410 | 108223 | 399,983.44 | 399,983.44 | |

Eastern Livestock Co., LLC
Transfers to T.P. Gibson
March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 32410 | 108229 | 378,768.34 | 378,768.34 | |
| CASH ON HAND | 32410 | 108236 | 388,203.20 | 388,203.20 | |
| CASH ON HAND | 32410 | 108244 | 383,035.29 | 383,035.29 | |
| CASH ON HAND | 32410 | 108253 | 341,499.22 | 341,499.22 | |
| CASH ON HAND | 32410 | 108262 | 348,518.02 | 348,518.02 | |
| CASH ON HAND | 32410 | 108273 | 330,965.38 | 330,965.38 | |
| CASH ON HAND | 32510 | 108284 | 400,322.19 | 400,322.19 | |
| CASH ON HAND | 32510 | 108292 | 316,977.35 | 316,977.35 | |
| CASH ON HAND | 32510 | 108301 | 283,470.80 | 283,470.80 | |
| CASH ON HAND | 32510 | 108311 | 360,148.62 | 360,148.62 | |
| CASH ON HAND | 32510 | 108321 | 291,888.12 | 291,888.12 | |
| CASH ON HAND | 32510 | 108334 | 316,046.88 | 316,046.88 | |
| CASH ON HAND | 32510 | 108349 | 409,731.47 | 409,731.47 | |
| CASH ON HAND | 32510 | 108355 | 377,553.15 | 377,553.15 | |
| CASH ON HAND | 32510 | 108361 | 316,561.32 | 316,561.32 | |
| CASH ON HAND | 32610 | 108392 | 425,129.21 | 425,129.21 | |
| CASH ON HAND | 32910 | 108420 | 348,942.00 | 348,942.00 | |
| CASH ON HAND | 32910 | 108426 | 305,557.76 | 305,557.76 | |
| CASH ON HAND | 32910 | 108432 | 338,410.42 | 338,410.42 | |
| CASH ON HAND | 32910 | 108438 | 328,640.70 | 328,640.70 | |
| CASH ON HAND | 32910 | 108444 | 316,069.56 | 316,069.56 | |
| CASH ON HAND | 32910 | 108450 | 382,625.77 | 382,625.77 | |
| CASH ON HAND | 32910 | 108456 | 401,122.73 | 401,122.73 | |
| CASH ON HAND | 32910 | 108462 | 325,903.50 | 325,903.50 | |
| CASH ON HAND | 32910 | 108469 | 316,421.41 | 316,421.41 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 33010 | 108498 | 331,723.73 | 331,723.73 | |
| CASH ON HAND | 33010 | 108504 | 389,902.23 | 389,902.23 | |
| CASH ON HAND | 33010 | 108510 | 340,311.49 | 340,311.49 | |
| CASH ON HAND | 33010 | 108510 | 0.30 | 0.30 | |
| CASH ON HAND | 33010 | 108516 | 356,757.65 | 356,757.65 | |
| CASH ON HAND | 33010 | 108523 | 394,175.08 | 394,175.08 | |
| CASH ON HAND | 33010 | 108530 | 367,581.00 | 367,581.00 | |
| CASH ON HAND | 33010 | 108537 | 331,686.33 | 331,686.33 | |
| CASH ON HAND | 33010 | 108543 | 360,020.70 | 360,020.70 | |
| CASH ON HAND | 33110 | 108572 | 370,336.82 | 370,336.82 | |
| CASH ON HAND | 33110 | 108581 | 317,068.38 | 317,068.38 | |
| CASH ON HAND | 33110 | 108589 | 309,051.47 | 309,051.47 | |
| CASH ON HAND | 33110 | 108598 | 372,393.76 | 372,393.76 | |
| CASH ON HAND | 33110 | 108606 | 369,956.26 | 369,956.26 | |
| CASH ON HAND | 33110 | 108613 | 379,649.29 | 379,649.29 | |
| CASH ON HAND | 33110 | 108620 | 308,576.77 | 308,576.77 | |
| CASH ON HAND | 33110 | 108626 | 364,588.68 | 364,588.68 | |
| CASH ON HAND | 33110 | 108629 | 426,150.25 | 426,150.25 | |
| CASH ON HAND | 33110 | 108673 | 321,048.77 | 321,048.77 | |
| CASH ON HAND | 33110 | 108679 | 351,193.90 | 351,193.90 | |
| CASH ON HAND | 33110 | 108685 | 381,797.23 | 381,797.23 | |
| CASH ON HAND | 33110 | 108691 | 365,039.58 | 365,039.58 | |
| CASH ON HAND | 33110 | 108697 | 382,835.71 | 382,835.71 | |
| CASH ON HAND | 33110 | 108703 | 333,209.13 | 333,209.13 | |
| CASH ON HAND | 33110 | 108707 | 310,382.62 | 310,382.62 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## March, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 33110 | 108714 | 380,967.29 | 380,967.29 | |
| CASH ON HAND | 33110 | 108726 | 292,088.32 | 292,088.32 | |
| | | | 61,375,852.98 | 61,364,678.88 | 11,174.10 |