Exhibit D

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 40110 | 108738 | 355,846.03 | 355,846.03 | |
| CASH ON HAND | 40110 | 108744 | 356,341.80 | 356,341.80 | |
| CASH ON HAND | 40110 | 108748 | 393,449.41 | 393,449.41 | |
| CASH ON HAND | 40110 | 108761 | 408,815.73 | 408,815.73 | |
| CASH ON HAND | 40110 | 108772 | 382,658.93 | 382,658.93 | |
| CASH ON HAND | 40110 | 108789 | 370,114.05 | 370,114.05 | |
| CASH ON HAND | 40210 | 108798 | 400,000.00 | 400,000.00 | |
| CASH ON HAND | 40210 | 108801 | 359,288.76 | 359,288.76 | |
| CASH ON HAND | 40210 | 108803 | 470,987.03 | 470,987.03 | |
| CASH ON HAND | 40210 | 108809 | 400,000.00 | 400,000.00 | |
| CASH ON HAND | 40210 | 108812 | 359,288.79 | 359,288.79 | |
| CASH ON HAND | 40210 | 108814 | 470,987.02 | 470,987.02 | |
| CASH ON HAND | 40210 | 108818 | 330,739.86 | 330,739.86 | |
| CASH ON HAND | 40210 | 108829 | 348,235.76 | 348,235.76 | |
| CASH ON HAND | 40210 | 108835 | 240,797.78 | 240,797.78 | |
| CASH ON HAND | 40510 | 108876 | 344,346.51 | 344,346.51 | |
| CASH ON HAND | 40510 | 108882 | 300,297.78 | 300,297.78 | |
| CASH ON HAND | 40510 | 108890 | 343,080.04 | 343,080.04 | |
| CASH ON HAND | 40510 | 108897 | 330,620.16 | 330,620.16 | |
| CASH ON HAND | 40510 | 108904 | 426,162.21 | 426,162.21 | |
| CASH ON HAND | 40510 | 108912 | 392,457.31 | 392,457.31 | |
| CASH ON HAND | 40510 | 108918 | 411,803.48 | 411,803.48 | |
| CASH ON HAND | 40510 | 108925 | 303,896.58 | 303,896.58 | |
| CASH ON HAND | 40510 | 108936 | 423,128.24 | 423,128.24 | |
| CASH ON HAND | 40510 | 108952 | 454,563.18 | 454,563.18 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 40610 | 108966 | 445,367.11 | 445,367.11 | |
| CASH ON HAND | 40610 | 108973 | 379,304.84 | 379,304.84 | |
| CASH ON HAND | 40610 | 108979 | 385,519.21 | 385,519.21 | |
| CASH ON HAND | 40610 | 108985 | 384,035.27 | 384,035.27 | |
| CASH ON HAND | 40610 | 108991 | 382,716.07 | 382,716.07 | |
| CASH ON HAND | 40610 | 108997 | 516,917.19 | 516,917.19 | |
| CASH ON HAND | 40610 | 109003 | 483,013.57 | 483,013.57 | |
| CASH ON HAND | 40610 | 109009 | 446,858.04 | 446,858.04 | |
| CASH ON HAND | 40610 | 109026 | 304,126.55 | 304,126.55 | |
| CASH ON HAND | 40610 | 109032 | 403,616.73 | 403,616.73 | |
| CASH ON HAND | 40610 | 109036 | 375,726.70 | 375,726.70 | |
| CASH ON HAND | 40610 | 109041 | 417,550.71 | 417,550.71 | |
| CASH ON HAND | 40610 | 109055 | 354,407.61 | 354,407.61 | |
| CASH ON HAND | 40610 | 109061 | 406,876.61 | 406,876.61 | |
| CASH ON HAND | 40610 | 109067 | 393,762.40 | 393,762.40 | |
| CASH ON HAND | 40610 | 109073 | 417,459.90 | 417,459.90 | |
| CASH ON HAND | 40610 | 109079 | 470,381.05 | 470,381.05 | |
| CASH ON HAND | 40710 | 30676 | 3,214.52 | | 3,214.52 |
| CASH ON HAND | 40710 | 109093 | 484,856.24 | 484,856.24 | |
| CASH ON HAND | 40710 | 109103 | 353,274.48 | 353,274.48 | |
| CASH ON HAND | 40710 | 109114 | 296,572.73 | 296,572.73 | |
| CASH ON HAND | 40710 | 109122 | 399,244.29 | 399,244.29 | |
| CASH ON HAND | 40710 | 109131 | 340,120.57 | 340,120.57 | |
| CASH ON HAND | 40710 | 109138 | 383,996.09 | 383,996.09 | |
| CASH ON HAND | 40710 | 109152 | 369,654.80 | 369,654.80 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 40710 | 109156 | 369,918.80 | 369,918.80 | |
| CASH ON HAND | 40710 | 109160 | 421,221.73 | 421,221.73 | |
| CASH ON HAND | 40710 | 109165 | 394,930.17 | 394,930.17 | |
| CASH ON HAND | 40710 | 109172 | 374,987.27 | 374,987.27 | |
| CASH ON HAND | 40810 | 109196 | 297,676.31 | 297,676.31 | |
| CASH ON HAND | 40810 | 109207 | 389,585.26 | 389,585.26 | |
| CASH ON HAND | 40810 | 109213 | 317,273.58 | 317,273.58 | |
| CASH ON HAND | 40810 | 109219 | 356,096.65 | 356,096.65 | |
| CASH ON HAND | 40810 | 109225 | 381,786.32 | 381,786.32 | |
| CASH ON HAND | 40810 | 109231 | 352,696.44 | 352,696.44 | |
| CASH ON HAND | 40810 | 109237 | 388,630.57 | 388,630.57 | |
| CASH ON HAND | 40810 | 109243 | 435,323.43 | 435,323.43 | |
| CASH ON HAND | 40810 | 109250 | 377,227.40 | 377,227.40 | |
| CASH ON HAND | 40810 | 109255 | 413,303.33 | 413,303.33 | |
| CASH ON HAND | 40810 | 109263 | 363,631.07 | 363,631.07 | |
| CASH ON HAND | 40810 | 109269 | 470,635.12 | 470,635.12 | |
| CASH ON HAND | 40810 | 109275 | 374,102.01 | 374,102.01 | |
| CASH ON HAND | 40810 | 109287 | 381,358.38 | 381,358.38 | |
| CASH ON HAND | 40810 | 109293 | 406,183.92 | 406,183.92 | |
| CASH ON HAND | 40810 | 109303 | 480,086.98 | 480,086.98 | |
| CASH ON HAND | 40810 | 109312 | 315,119.22 | 315,119.22 | |
| CASH ON HAND | 40810 | 109319 | 455,503.84 | 455,503.84 | |
| CASH ON HAND | 40810 | 109325 | 514,690.03 | 514,690.03 | |
| CASH ON HAND | 40910 | 109338 | 412,063.20 | 412,063.20 | |
| CASH ON HAND | 40910 | 109350 | 384,978.68 | 384,978.68 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 40910 | 109359 | 422,901.40 | 422,901.40 | |
| CASH ON HAND | 41210 | 109404 | 409,178.43 | 409,178.43 | |
| CASH ON HAND | 41210 | 109410 | 407,975.71 | 407,975.71 | |
| CASH ON HAND | 41210 | 109416 | 420,887.92 | 420,887.92 | |
| CASH ON HAND | 41210 | 109429 | 382,584.57 | 382,584.57 | |
| CASH ON HAND | 41210 | 109434 | 386,119.13 | 386,119.13 | |
| CASH ON HAND | 41210 | 109434 | 516,281.80 | 516,281.80 | |
| CASH ON HAND | 41210 | 109434 | 409,691.06 | 409,691.06 | |
| CASH ON HAND | 41210 | 109434 | 380,928.90 | 380,928.90 | |
| CASH ON HAND | 41210 | 109434 | 445,374.57 | 445,374.57 | |
| CASH ON HAND | 41210 | 109434 | 375,046.50 | 375,046.50 | |
| CASH ON HAND | 41210 | 109434 | 413,026.50 | 413,026.50 | |
| CASH ON HAND | 41210 | 109434 | 381,917.87 | 381,917.87 | |
| CASH ON HAND | 41210 | 109434 | 464,006.93 | 464,006.93 | |
| CASH ON HAND | 41210 | 109434 | 307,070.41 | 307,070.41 | |
| CASH ON HAND | 41210 | 109434 | 425,663.95 | 425,663.95 | |
| CASH ON HAND | 41210 | 109440 | 430,099.97 | 430,099.97 | |
| CASH ON HAND | 41210 | 109458 | 318,631.86 | 318,631.86 | |
| CASH ON HAND | 41310 | 109499 | 522,060.10 | 522,060.10 | |
| CASH ON HAND | 41310 | 109529 | 405,799.20 | 405,799.20 | |
| CASH ON HAND | 41310 | 109534 | 63,750.00 | | 63,750.00 |
| CASH ON HAND | 41310 | 109535 | 452,904.09 | 452,904.09 | |
| CASH ON HAND | 41310 | 109541 | 338,226.06 | 338,226.06 | |
| CASH ON HAND | 41310 | 109547 | 402,417.62 | 402,417.62 | |
| CASH ON HAND | 41310 | 109554 | 288,217.41 | 288,217.41 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
### April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 41310 | 109560 | 433,287.15 | 433,287.15 | |
| CASH ON HAND | 41310 | 109566 | 391,496.58 | 391,496.58 | |
| CASH ON HAND | 41310 | 109572 | 432,588.45 | 432,588.45 | |
| CASH ON HAND | 41310 | 109578 | 392,439.86 | 392,439.86 | |
| CASH ON HAND | 41310 | 109585 | 369,544.96 | 369,544.96 | |
| CASH ON HAND | 41310 | 109591 | 334,199.95 | 334,199.95 | |
| CASH ON HAND | 41310 | 109597 | 414,946.66 | 414,946.66 | |
| CASH ON HAND | 41310 | 109604 | 362,149.90 | 362,149.90 | |
| CASH ON HAND | 41310 | 109610 | 319,155.76 | 319,155.76 | |
| CASH ON HAND | 41310 | 109616 | 436,582.76 | 436,582.76 | |
| CASH ON HAND | 41310 | 109620 | 326,149.47 | 326,149.47 | |
| CASH ON HAND | 41410 | 109622 | 407,954.07 | 407,954.07 | |
| CASH ON HAND | 41410 | 109633 | 425,332.22 | 425,332.22 | |
| CASH ON HAND | 41410 | 109641 | 366,394.44 | 366,394.44 | |
| CASH ON HAND | 41410 | 109647 | 460,874.62 | 460,874.62 | |
| CASH ON HAND | 41410 | 109653 | 292,601.14 | 292,601.14 | |
| CASH ON HAND | 41410 | 109660 | 457,876.52 | 457,876.52 | |
| CASH ON HAND | 41410 | 109666 | 419,084.60 | 419,084.60 | |
| CASH ON HAND | 41410 | 109673 | 449,257.14 | 449,257.14 | |
| CASH ON HAND | 41410 | 109699 | 389,343.20 | 389,343.20 | |
| CASH ON HAND | 41410 | 109706 | 382,365.13 | 382,365.13 | |
| CASH ON HAND | 41410 | 109712 | 301,190.24 | 301,190.24 | |
| CASH ON HAND | 41410 | 109720 | 308,415.25 | 308,415.25 | |
| CASH ON HAND | 41410 | 109726 | 449,856.70 | 449,856.70 | |
| CASH ON HAND | 41410 | 109732 | 299,601.75 | 299,601.75 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 41510 | 109745 | 427,045.04 | 427,045.04 | |
| CASH ON HAND | 41510 | 109752 | 432,090.97 | 432,090.97 | |
| CASH ON HAND | 41510 | 109761 | 373,985.54 | 373,985.54 | |
| CASH ON HAND | 41510 | 109767 | 382,170.18 | 382,170.18 | |
| CASH ON HAND | 41510 | 109773 | 471,965.22 | 471,965.22 | |
| CASH ON HAND | 41510 | 109779 | 378,177.03 | 378,177.03 | |
| CASH ON HAND | 41510 | 109790 | 435,339.37 | 435,339.37 | |
| CASH ON HAND | 41610 | 109846 | 300,000.00 | 300,000.00 | |
| CASH ON HAND | 41910 | 109876 | 420,516.09 | 420,516.09 | |
| CASH ON HAND | 41910 | 109883 | 362,667.15 | 362,667.15 | |
| CASH ON HAND | 41910 | 109889 | 338,560.93 | 338,560.93 | |
| CASH ON HAND | 41910 | 109895 | 368,759.59 | 368,759.59 | |
| CASH ON HAND | 41910 | 109901 | 415,508.22 | 415,508.22 | |
| CASH ON HAND | 41910 | 109907 | 403,553.05 | 403,553.05 | |
| CASH ON HAND | 41910 | 109913 | 452,662.90 | 452,662.90 | |
| CASH ON HAND | 41910 | 109919 | 390,740.55 | 390,740.55 | |
| CASH ON HAND | 41910 | 109925 | 468,845.92 | 468,845.92 | |
| CASH ON HAND | 41910 | 109931 | 409,644.10 | 409,644.10 | |
| CASH ON HAND | 41910 | 109937 | 400,970.33 | 400,970.33 | |
| CASH ON HAND | 41910 | 109943 | 433,914.92 | 433,914.92 | |
| CASH ON HAND | 41910 | 109950 | 477,498.35 | 477,498.35 | |
| CASH ON HAND | 41910 | 109956 | 393,529.62 | 393,529.62 | |
| CASH ON HAND | 41910 | 109959 | 95,000.00 | 95,000.00 | |
| CASH ON HAND | 41910 | 109960 | 449,094.72 | 449,094.72 | |
| CASH ON HAND | 42010 | 110029 | 200,000.00 | 200,000.00 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 42110 | 5988 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | *42110* | 9679 | 17,932.85 | | 17,932.85 |
| CASH ON HAND | 42110 | 110112 | 462,176.88 | 462,176.88 | |
| CASH ON HAND | 42110 | 110117 | 385,000.65 | 385,000.65 | |
| CASH ON HAND | 42110 | 110123 | 404,466.41 | 404,466.41 | |
| CASH ON HAND | 42110 | 110129 | 434,666.23 | 434,666.23 | |
| CASH ON HAND | 42110 | 110137 | 457,103.33 | 457,103.33 | |
| CASH ON HAND | 42110 | 110143 | 414,162.57 | 414,162.57 | |
| CASH ON HAND | 42210 | 110155 | 451,590.52 | 451,590.52 | |
| CASH ON HAND | 42210 | 110161 | 390,242.56 | 390,242.56 | |
| CASH ON HAND | 42210 | 110167 | 421,440.42 | 421,440.42 | |
| CASH ON HAND | 42210 | 110174 | 363,212.84 | 363,212.84 | |
| CASH ON HAND | 42210 | 110181 | 459,859.01 | 459,859.01 | |
| CASH ON HAND | 42210 | 110190 | 428,549.14 | 428,549.14 | |
| CASH ON HAND | 42210 | 110196 | 481,149.13 | 481,149.13 | |
| CASH ON HAND | 42210 | 110201 | 300,000.00 | 300,000.00 | |
| CASH ON HAND | 42210 | 110202 | 493,119.44 | 493,119.44 | |
| CASH ON HAND | 42310 | 110230 | 411,399.47 | 411,399.47 | |
| CASH ON HAND | 42310 | 110236 | 382,059.23 | 382,059.23 | |
| CASH ON HAND | 42310 | 110244 | 444,111.78 | 444,111.78 | |
| CASH ON HAND | 42310 | 110252 | 432,741.51 | 432,741.51 | |
| CASH ON HAND | 42310 | 110269 | 489,149.47 | 489,149.47 | |
| CASH ON HAND | 42310 | 110275 | 380,803.73 | 380,803.73 | |
| CASH ON HAND | 42310 | 110281 | 359,083.33 | 359,083.33 | |
| CASH ON HAND | 42310 | 110287 | 372,082.08 | 372,082.08 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 42310 | 110293 | 330,279.79 | 330,279.79 | |
| CASH ON HAND | 42310 | 110299 | 420,167.84 | 420,167.84 | |
| CASH ON HAND | 42310 | 110305 | 434,845.99 | 434,845.99 | |
| CASH ON HAND | 42310 | 110311 | 369,376.16 | 369,376.16 | |
| CASH ON HAND | 42310 | 110318 | 480,132.89 | 480,132.89 | |
| CASH ON HAND | 42310 | 110325 | 410,261.51 | 410,261.51 | |
| CASH ON HAND | 42310 | 110329 | 434,492.31 | 434,492.31 | |
| CASH ON HAND | 42610 | 110344 | 437,886.12 | 437,886.12 | |
| CASH ON HAND | 42610 | 110350 | 464,539.06 | 464,539.06 | |
| CASH ON HAND | 42610 | 110356 | 482,848.64 | 482,848.64 | |
| CASH ON HAND | 42610 | 110362 | 384,537.54 | 384,537.54 | |
| CASH ON HAND | 42610 | 110368 | 470,335.79 | 470,335.79 | |
| CASH ON HAND | 42610 | 110374 | 424,712.22 | 424,712.22 | |
| CASH ON HAND | 42610 | 110380 | 337,971.43 | 337,971.43 | |
| CASH ON HAND | 42610 | 110387 | 403,400.73 | 403,400.73 | |
| CASH ON HAND | 42610 | 110393 | 428,048.09 | 428,048.09 | |
| CASH ON HAND | 42610 | 110399 | 418,291.10 | 418,291.10 | |
| CASH ON HAND | 42610 | 110405 | 346,211.81 | 346,211.81 | |
| CASH ON HAND | 42610 | 110412 | 407,610.47 | 407,610.47 | |
| CASH ON HAND | 42610 | 110415 | 426,229.90 | 426,229.90 | |
| CASH ON HAND | 42610 | 110419 | 452,153.85 | 452,153.85 | |
| CASH ON HAND | 42610 | 110434 | 372,666.70 | 372,666.70 | |
| CASH ON HAND | 42710 | 110448 | 451,633.72 | 451,633.72 | |
| CASH ON HAND | 42710 | 110454 | 311,370.52 | 311,370.52 | |
| CASH ON HAND | 42710 | 110455 | 225,000.00 | 225,000.00 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 42710 | 110461 | 428,092.00 | 428,092.00 | |
| CASH ON HAND | 42710 | 110467 | 434,676.55 | 434,676.55 | |
| CASH ON HAND | 42710 | 110473 | 373,975.07 | 373,975.07 | |
| CASH ON HAND | 42710 | 110480 | 346,808.08 | 346,808.08 | |
| CASH ON HAND | 42710 | 110486 | 429,448.92 | 429,448.92 | |
| CASH ON HAND | 42710 | 110493 | 368,472.80 | 368,472.80 | |
| CASH ON HAND | 42710 | 110499 | 342,125.01 | 342,125.01 | |
| CASH ON HAND | 42710 | 110505 | 454,087.92 | 454,087.92 | |
| CASH ON HAND | 42710 | 110511 | 379,117.40 | 379,117.40 | |
| CASH ON HAND | 42710 | 110518 | 354,327.69 | 354,327.69 | |
| CASH ON HAND | 42710 | 110523 | 436,788.26 | 436,788.26 | |
| CASH ON HAND | 42710 | 110529 | 502,047.02 | 502,047.02 | |
| CASH ON HAND | 42710 | 110535 | 555,818.05 | 555,818.05 | |
| CASH ON HAND | 42710 | 110541 | 495,583.49 | 495,583.49 | |
| CASH ON HAND | 42710 | 110548 | 431,697.22 | 431,697.22 | |
| CASH ON HAND | 42710 | 110554 | 494,689.32 | 494,689.32 | |
| CASH ON HAND | 42710 | 110560 | 402,430.08 | 402,430.08 | |
| CASH ON HAND | 42710 | 110566 | 568,036.67 | 568,036.67 | |
| CASH ON HAND | 42710 | 110572 | 531,737.84 | 531,737.84 | |
| CASH ON HAND | 42710 | 110578 | 394,290.97 | 394,290.97 | |
| CASH ON HAND | 42710 | 110578 | 517,598.64 | 517,598.64 | |
| CASH ON HAND | 42710 | 110584 | 521,289.66 | 521,289.66 | |
| CASH ON HAND | 42710 | 110590 | 563,876.38 | 563,876.38 | |
| CASH ON HAND | 42910 | 110642 | 564,608.05 | 564,608.05 | |
| CASH ON HAND | 42910 | 110648 | 527,123.00 | 527,123.00 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## April, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 42910 | 110655 | 429,521.87 | 429,521.87 | |
| CASH ON HAND | 42910 | 110661 | 528,552.41 | 528,552.41 | |
| CASH ON HAND | 42910 | 110667 | 583,865.70 | 583,865.70 | |
| CASH ON HAND | 42910 | 110676 | 293,126.13 | 293,126.13 | |
| | | | 90,899,313.16 | 90,811,201.29 | 88,111.87 |