Exhibit E

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 50310 | 110831 | 397,579.52 | 397,579.52 | |
| CASH ON HAND | 50310 | 110837 | 544,898.54 | 544,898.54 | |
| CASH ON HAND | 50310 | 110843 | 521,086.64 | 521,086.64 | |
| CASH ON HAND | 50310 | 110850 | 434,971.68 | 434,971.68 | |
| CASH ON HAND | 50310 | 110856 | 433,643.60 | 433,643.60 | |
| CASH ON HAND | 50310 | 110862 | 404,267.76 | 404,267.76 | |
| CASH ON HAND | 50310 | 110868 | 558,781.88 | 558,781.88 | |
| CASH ON HAND | 50310 | 110876 | 427,647.00 | 427,647.00 | |
| CASH ON HAND | 50310 | 110882 | 530,573.06 | 530,573.06 | |
| CASH ON HAND | 50310 | 110888 | 250,000.00 | 250,000.00 | |
| CASH ON HAND | 50410 | 110905 | 506,958.10 | 506,958.10 | |
| CASH ON HAND | 50410 | 110911 | 546,413.09 | 546,413.09 | |
| CASH ON HAND | 50410 | 110917 | 428,014.70 | 428,014.70 | |
| CASH ON HAND | 50410 | 110923 | 436,822.33 | 436,822.33 | |
| CASH ON HAND | 50410 | 110929 | 414,026.85 | 414,026.85 | |
| CASH ON HAND | 50410 | 110935 | 435,507.57 | 435,507.57 | |
| CASH ON HAND | 50410 | 110942 | 414,525.87 | 414,525.87 | |
| CASH ON HAND | 50410 | 110949 | 560,962.66 | 560,962.66 | |
| CASH ON HAND | 50410 | 110956 | 496,772.60 | 496,772.60 | |
| CASH ON HAND | 50410 | 110962 | 550,716.10 | 550,716.10 | |
| CASH ON HAND | 50410 | 110963 | 550,000.00 | 550,000.00 | |
| CASH ON HAND | 50410 | 110967 | 541,837.89 | 541,837.89 | |
| CASH ON HAND | 50510 | 111000 | 403,712.75 | 403,712.75 | |
| CASH ON HAND | 50510 | 111007 | 487,299.29 | 487,299.29 | |
| CASH ON HAND | 50510 | 111013 | 448,155.25 | 448,155.25 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 50510 | 111019 | 464,613.68 | 464,613.68 | |
| CASH ON HAND | 50510 | 111026 | 499,529.55 | 499,529.55 | |
| CASH ON HAND | 50510 | 111032 | 379,066.98 | 379,066.98 | |
| CASH ON HAND | 50510 | 111038 | 442,683.30 | 442,683.30 | |
| CASH ON HAND | 50510 | 111044 | 491,922.18 | 491,922.18 | |
| CASH ON HAND | 50510 | 111048 | 446,864.43 | 446,864.43 | |
| CASH ON HAND | 50510 | 111053 | 351,565.10 | 351,565.10 | |
| CASH ON HAND | 50510 | 111058 | 400,543.39 | 400,543.39 | |
| CASH ON HAND | 50510 | 111059 | 250,000.00 | 250,000.00 | |
| CASH ON HAND | 50610 | 111082 | 505,857.51 | 505,857.51 | |
| CASH ON HAND | 50610 | 111088 | 506,875.91 | 506,875.91 | |
| CASH ON HAND | 50610 | 111094 | 585,869.19 | 585,869.19 | |
| CASH ON HAND | 50610 | 111100 | 426,461.20 | 426,461.20 | |
| CASH ON HAND | 50610 | 111106 | 561,138.85 | 561,138.85 | |
| CASH ON HAND | 50610 | 111112 | 546,853.84 | 546,853.84 | |
| CASH ON HAND | 50610 | 111118 | 523,371.75 | 523,371.75 | |
| CASH ON HAND | 50610 | 111124 | 571,295.32 | 571,295.32 | |
| CASH ON HAND | 50610 | 111131 | 506,049.99 | 506,049.99 | |
| CASH ON HAND | 50610 | 111138 | 527,297.00 | 527,297.00 | |
| CASH ON HAND | 50610 | 111148 | 534,094.31 | 534,094.31 | |
| CASH ON HAND | 50610 | 111155 | 540,457.63 | 540,457.63 | |
| CASH ON HAND | 50610 | 111161 | 486,082.84 | 486,082.84 | |
| CASH ON HAND | 50610 | 111165 | 213,500.00 | 213,500.00 | |
| CASH ON HAND | 50610 | 111168 | 380,285.73 | 380,285.73 | |
| CASH ON HAND | 50610 | 111174 | 567,887.15 | 567,887.15 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 50610 | 111180 | 546,413.02 | 546,413.02 | |
| CASH ON HAND | 50610 | 111193 | 538,183.44 | 538,183.44 | |
| CASH ON HAND | 50610 | 111199 | 533,501.10 | 533,501.10 | |
| CASH ON HAND | 50610 | 111206 | 539,957.53 | 539,957.53 | |
| CASH ON HAND | 50710 | 111224 | 530,708.59 | 530,708.59 | |
| CASH ON HAND | 50710 | 111230 | 424,226.42 | 424,226.42 | |
| CASH ON HAND | 50710 | 111236 | 454,802.97 | 454,802.97 | |
| CASH ON HAND | 50710 | 111242 | 534,871.09 | 534,871.09 | |
| CASH ON HAND | 50710 | 111248 | 494,902.00 | 494,902.00 | |
| CASH ON HAND | 50710 | 111251 | 496,260.73 | 496,260.73 | |
| CASH ON HAND | *51010* | 11187 | 573,464.43 | 573,464.43 | |
| CASH ON HAND | 51010 | 111309 | 575,104.63 | 575,104.63 | |
| CASH ON HAND | 51010 | 111315 | 496,144.31 | 496,144.31 | |
| CASH ON HAND | 51010 | 111321 | 564,980.82 | 564,980.82 | |
| CASH ON HAND | 51010 | 111328 | 568,747.28 | 568,747.28 | |
| CASH ON HAND | 51010 | 111334 | 521,287.60 | 521,287.60 | |
| CASH ON HAND | 51110 | 111378 | 438,018.09 | 438,018.09 | |
| CASH ON HAND | 51110 | 111384 | 557,594.96 | 557,594.96 | |
| CASH ON HAND | 51110 | 111390 | 511,364.83 | 511,364.83 | |
| CASH ON HAND | 51110 | 111398 | 499,689.00 | 499,689.00 | |
| CASH ON HAND | 51110 | 111404 | 580,911.60 | 580,911.60 | |
| CASH ON HAND | 51110 | 111414 | 396,628.62 | 396,628.62 | |
| CASH ON HAND | 51110 | 111420 | 550,068.57 | 550,068.57 | |
| CASH ON HAND | 51110 | 111427 | 500,756.93 | 500,756.93 | |
| CASH ON HAND | 51110 | 111433 | 560,362.27 | 560,362.27 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 51110 | 111439 | 543,668.53 | 543,668.53 | |
| CASH ON HAND | 51110 | 111443 | 388,057.80 | 388,057.80 | |
| CASH ON HAND | 51210 | 111475 | 510,205.30 | 510,205.30 | |
| CASH ON HAND | 51210 | 111481 | 432,242.39 | 432,242.39 | |
| CASH ON HAND | 51210 | 111488 | 551,221.91 | 551,221.91 | |
| CASH ON HAND | 51210 | 111494 | 443,554.24 | 443,554.24 | |
| CASH ON HAND | 51210 | 111502 | 561,687.60 | 561,687.60 | |
| CASH ON HAND | 51210 | 111509 | 505,439.55 | 505,439.55 | |
| CASH ON HAND | 51210 | 111517 | 554,228.40 | 554,228.40 | |
| CASH ON HAND | 51210 | 111523 | 489,666.44 | 489,666.44 | |
| CASH ON HAND | 51210 | 111530 | 529,749.60 | 529,749.60 | |
| CASH ON HAND | 51210 | 111541 | 559,104.19 | 559,104.19 | |
| CASH ON HAND | 51210 | 111554 | 483,077.53 | 483,077.53 | |
| CASH ON HAND | 51410 | 111647 | 563,505.13 | 563,505.13 | |
| CASH ON HAND | 51410 | 111651 | 575,982.73 | 575,982.73 | |
| CASH ON HAND | 51410 | 111655 | 462,316.74 | 462,316.74 | |
| CASH ON HAND | 51410 | 111659 | 404,332.30 | 404,332.30 | |
| CASH ON HAND | 51410 | 111663 | 458,118.05 | 458,118.05 | |
| CASH ON HAND | 51410 | 111667 | 566,945.75 | 566,945.75 | |
| CASH ON HAND | 51410 | 111671 | 501,021.33 | 501,021.33 | |
| CASH ON HAND | 51410 | 111675 | 394,371.62 | 394,371.62 | |
| CASH ON HAND | 51410 | 111679 | 499,821.31 | 499,821.31 | |
| CASH ON HAND | 51410 | 111685 | 556,407.94 | 556,407.94 | |
| CASH ON HAND | 51410 | 111690 | 333,204.70 | 333,204.70 | |
| CASH ON HAND | 51410 | 111694 | 488,911.15 | 488,911.15 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 51710 | 111722 | 444,577.23 | 444,577.23 | |
| CASH ON HAND | 51710 | 111726 | 538,986.45 | 538,986.45 | |
| CASH ON HAND | 51710 | 111730 | 507,148.92 | 507,148.92 | |
| CASH ON HAND | 51710 | 111734 | 527,087.16 | 527,087.16 | |
| CASH ON HAND | 51710 | 111738 | 588,900.32 | 588,900.32 | |
| CASH ON HAND | 51710 | 111742 | 541,429.51 | 541,429.51 | |
| CASH ON HAND | 51710 | 111747 | 525,368.41 | 525,368.41 | |
| CASH ON HAND | 51710 | 111751 | 538,762.75 | 538,762.75 | |
| CASH ON HAND | 51710 | 111755 | 503,179.93 | 503,179.93 | |
| CASH ON HAND | 51710 | 111759 | 546,703.39 | 546,703.39 | |
| CASH ON HAND | 51710 | 111763 | 551,494.56 | 551,494.56 | |
| CASH ON HAND | 51710 | 111767 | 573,359.52 | 573,359.52 | |
| CASH ON HAND | 51710 | 111771 | 452,652.92 | 452,652.92 | |
| CASH ON HAND | 51710 | 111775 | 444,955.19 | 444,955.19 | |
| CASH ON HAND | 51710 | 111780 | 484,447.70 | 484,447.70 | |
| CASH ON HAND | 51710 | 111783 | 514,123.63 | 514,123.63 | |
| CASH ON HAND | 51710 | 111785 | 552,499.52 | 552,499.52 | |
| CASH ON HAND | 51710 | 111787 | 564,764.38 | 564,764.38 | |
| CASH ON HAND | 51710 | 111790 | 450,054.01 | 450,054.01 | |
| CASH ON HAND | 51710 | 111793 | 559,479.33 | 559,479.33 | |
| CASH ON HAND | 51710 | 111795 | 116.43 | | 116.43 |
| CASH ON HAND | 51710 | 111797 | 515,406.30 | 515,406.30 | |
| CASH ON HAND | 51710 | 111802 | 511,408.70 | 511,408.70 | |
| CASH ON HAND | 51810 | 111824 | 540,032.21 | 540,032.21 | |
| CASH ON HAND | 51910 | 111939 | 45,000.00 | 45,000.00 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 51910 | 111981 | 524,386.08 | 524,386.08 | |
| CASH ON HAND | 52010 | 111988 | 514,735.61 | 514,735.61 | |
| CASH ON HAND | 52010 | 111998 | 559,433.84 | 559,433.84 | |
| CASH ON HAND | 52010 | 112008 | 532,628.85 | 532,628.85 | |
| CASH ON HAND | 52010 | 112015 | 575,757.28 | 575,757.28 | |
| CASH ON HAND | 52010 | 112026 | 434,820.57 | 434,820.57 | |
| CASH ON HAND | 52010 | 112032 | 475,670.44 | 475,670.44 | |
| CASH ON HAND | 52010 | 112038 | 524,518.51 | 524,518.51 | |
| CASH ON HAND | 52010 | 112044 | 533,737.44 | 533,737.44 | |
| CASH ON HAND | 52010 | 112050 | 595,274.53 | 595,274.53 | |
| CASH ON HAND | 52010 | 112076 | 589,501.80 | 589,501.80 | |
| CASH ON HAND | 52010 | 112082 | 513,769.36 | 513,769.36 | |
| CASH ON HAND | 52010 | 112088 | 540,298.52 | 540,298.52 | |
| CASH ON HAND | 52110 | 112092 | 505,915.29 | 505,915.29 | |
| CASH ON HAND | 52110 | 112096 | 562,303.20 | 562,303.20 | |
| CASH ON HAND | 52110 | 112100 | 534,506.73 | 534,506.73 | |
| CASH ON HAND | 52110 | 112105 | 562,785.79 | 562,785.79 | |
| CASH ON HAND | 52110 | 112109 | 552,794.42 | 552,794.42 | |
| CASH ON HAND | 52110 | 112113 | 519,004.22 | 519,004.22 | |
| CASH ON HAND | 52110 | 112118 | 561,168.35 | 561,168.35 | |
| CASH ON HAND | 52110 | 112122 | 532,542.70 | 532,542.70 | |
| CASH ON HAND | 52110 | 112126 | 577,730.58 | 577,730.58 | |
| CASH ON HAND | 52410 | 112174 | 544,215.17 | 544,215.17 | |
| CASH ON HAND | 52410 | 112178 | 572,314.60 | 572,314.60 | |
| CASH ON HAND | 52410 | 112182 | 600,865.33 | 600,865.33 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 52410 | 112187 | 550,360.14 | 550,360.14 | |
| CASH ON HAND | 52410 | 112193 | 539,498.30 | 539,498.30 | |
| CASH ON HAND | 52410 | 112199 | 545,130.16 | 545,130.16 | |
| CASH ON HAND | 52410 | 112207 | 585,068.91 | 585,068.91 | |
| CASH ON HAND | 52510 | 112260 | 575,232.99 | 575,232.99 | |
| CASH ON HAND | 52510 | 112265 | 538,003.98 | 538,003.98 | |
| CASH ON HAND | 52510 | 112270 | 557,198.43 | 557,198.43 | |
| CASH ON HAND | 52510 | 112279 | 598,385.61 | 598,385.61 | |
| CASH ON HAND | 52510 | 112288 | 576,124.94 | 576,124.94 | |
| CASH ON HAND | 52510 | 112294 | 516,149.96 | 516,149.96 | |
| CASH ON HAND | 52510 | 112302 | 564,259.52 | 564,259.52 | |
| CASH ON HAND | 52610 | 112334 | 550,118.88 | 550,118.88 | |
| CASH ON HAND | 52610 | 112340 | 431,898.00 | 431,898.00 | |
| CASH ON HAND | 52610 | 112352 | 547,592.76 | 547,592.76 | |
| CASH ON HAND | 52610 | 112359 | 484,959.31 | 484,959.31 | |
| CASH ON HAND | 52610 | 112366 | 500,938.69 | 500,938.69 | |
| CASH ON HAND | 52610 | 112368 | 438,489.25 | 438,489.25 | |
| CASH ON HAND | 52610 | 112374 | 508,683.75 | 508,683.75 | |
| CASH ON HAND | 52610 | 112381 | 558,768.37 | 558,768.37 | |
| CASH ON HAND | 52610 | 112385 | 548,704.51 | 548,704.51 | |
| CASH ON HAND | 52610 | 112388 | 589,519.49 | 589,519.49 | |
| CASH ON HAND | 52710 | 112473 | 508,226.16 | 508,226.16 | |
| CASH ON HAND | 52710 | 112478 | 548,226.61 | 548,226.61 | |
| CASH ON HAND | 52710 | 112483 | 552,724.42 | 552,724.42 | |
| CASH ON HAND | 52710 | 112487 | 544,149.05 | 544,149.05 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## May, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 52810 | 112538 | 675,000.00 | 675,000.00 | |
| CASH ON HAND | 52810 | 112544 | 700,000.00 | 700,000.00 | |
| CASH ON HAND | 52810 | 112554 | 195,000.00 | 195,000.00 | |
| CASH ON HAND | 52810 | 112560 | 750,000.00 | 750,000.00 | |
| | | | 90,122,164.49 | 90,122,048.06 | 116.43 |