Exhibit F

Eastern Livestock Co., LLC
Transfers to T.P. Gibson
June, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 60110 | 112620 | 438,728.40 | 438,728.40 | |
| CASH ON HAND | 60110 | 112625 | 465,152.10 | 465,152.10 | |
| CASH ON HAND | 60110 | 112630 | 418,852.64 | 418,852.64 | |
| CASH ON HAND | 60110 | 112634 | 540,736.22 | 540,736.22 | |
| CASH ON HAND | 60110 | 112639 | 542,547.51 | 542,547.51 | |
| CASH ON HAND | 60110 | 112643 | 567,029.10 | 567,029.10 | |
| CASH ON HAND | 60110 | 112647 | 393,728.59 | 393,728.59 | |
| CASH ON HAND | 60110 | 112651 | 501,384.42 | 501,384.42 | |
| CASH ON HAND | 60110 | 112657 | 437,881.16 | 437,881.16 | |
| CASH ON HAND | 60110 | 112662 | 591,739.35 | 591,739.35 | |
| CASH ON HAND | 60110 | 112668 | 530,633.42 | 530,633.42 | |
| CASH ON HAND | 60210 | 9601 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 60210 | 112716 | 580,360.95 | 580,360.95 | |
| CASH ON HAND | 60210 | 112723 | 504,901.32 | 504,901.32 | |
| CASH ON HAND | 60210 | 112729 | 517,337.94 | 517,337.94 | |
| CASH ON HAND | 60210 | 112735 | 550,512.94 | 550,512.94 | |
| CASH ON HAND | 60210 | 112740 | 484,660.80 | 484,660.80 | |
| CASH ON HAND | 60310 | 112795 | 541,050.35 | 541,050.35 | |
| CASH ON HAND | 60310 | 112799 | 415,001.21 | 415,001.21 | |
| CASH ON HAND | 60310 | 112803 | 391,681.97 | 391,681.97 | |
| CASH ON HAND | 60310 | 112807 | 489,570.31 | 489,570.31 | |
| CASH ON HAND | 60310 | 112811 | 510,396.37 | 510,396.37 | |
| CASH ON HAND | 60310 | 112815 | 420,101.68 | 420,101.68 | |
| CASH ON HAND | 60310 | 112819 | 565,182.28 | 565,182.28 | |
| CASH ON HAND | 60310 | 112825 | 533,915.25 | 533,915.25 | |
| CASH ON HAND | 60310 | 112829 | 387,169.78 | 387,169.78 | |
| CASH ON HAND | 60310 | 112833 | 555,041.38 | 555,041.38 | |
| CASH ON HAND | 60310 | 112839 | 416,573.04 | 416,573.04 | |
| CASH ON HAND | 60410 | 20796 | 3,214.52 | | 3,214.52 |
| CASH ON HAND | 60410 | 65464 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 60410 | 88470 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 60410 | 112930 | 524,971.11 | 524,971.11 | |
| CASH ON HAND | 60410 | 112934 | 566,417.18 | 566,417.18 | |
| CASH ON HAND | 60410 | 112938 | 534,054.34 | 534,054.34 | |
| CASH ON HAND | 60410 | 112942 | 590,074.74 | 590,074.74 | |
| CASH ON HAND | 60410 | 112946 | 529,886.88 | 529,886.88 | |
| CASH ON HAND | 60410 | 112950 | 537,477.60 | 537,477.60 | |
| CASH ON HAND | 60410 | 112955 | 557,054.38 | 557,054.38 | |
| CASH ON HAND | 60710 | 112990 | 583,731.28 | 583,731.28 | |
| CASH ON HAND | 60710 | 112995 | 531,528.15 | 531,528.15 | |
| CASH ON HAND | 60710 | 113000 | 576,461.87 | 576,461.87 | |
| CASH ON HAND | 60710 | 113004 | 517,318.18 | 517,318.18 | |
| CASH ON HAND | 60710 | 113008 | 594,153.94 | 594,153.94 | |

Eastern Livestock Co., LLC
Transfers to T.P. Gibson
June, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 60710 | 113012 | 578,764.59 | 578,764.59 | |
| CASH ON HAND | 60710 | 113016 | 488,790.64 | 488,790.64 | |
| CASH ON HAND | 60710 | 113019 | 554,295.74 | 554,295.74 | |
| CASH ON HAND | 60810 | 113059 | 590,135.63 | 590,135.63 | |
| CASH ON HAND | 60810 | 113065 | 549,630.87 | 549,630.87 | |
| CASH ON HAND | 60810 | 113072 | 439,386.86 | 439,386.86 | |
| CASH ON HAND | 60810 | 113078 | 521,521.85 | 521,521.85 | |
| CASH ON HAND | 60910 | 113121 | 532,529.93 | 532,529.93 | |
| CASH ON HAND | 60910 | 113127 | 585,210.61 | 585,210.61 | |
| CASH ON HAND | 60910 | 113133 | 546,172.69 | 546,172.69 | |
| CASH ON HAND | 60910 | 113139 | 416,075.43 | 416,075.43 | |
| CASH ON HAND | 61010 | 113199 | 525,186.09 | 525,186.09 | |
| CASH ON HAND | 61010 | 113210 | 520,722.40 | 520,722.40 | |
| CASH ON HAND | 61010 | 113217 | 581,826.49 | 581,826.49 | |
| CASH ON HAND | 61110 | 113288 | 538,892.20 | 538,892.20 | |
| CASH ON HAND | 61110 | 113295 | 573,623.74 | 573,623.74 | |
| CASH ON HAND | 61110 | 113301 | 478,834.98 | 478,834.98 | |
| CASH ON HAND | 61110 | 113306 | 410,683.95 | 410,683.95 | |
| CASH ON HAND | 61110 | 113312 | 533,728.38 | 533,728.38 | |
| CASH ON HAND | 61110 | 113317 | 511,688.26 | 511,688.26 | |
| CASH ON HAND | 61110 | 113324 | 513,787.96 | 513,787.96 | |
| CASH ON HAND | 61110 | 113326 | 564,727.90 | 564,727.90 | |
| CASH ON HAND | 61410 | 113366 | 516,848.96 | 516,848.96 | |
| CASH ON HAND | 61410 | 113371 | 550,353.75 | 550,353.75 | |
| CASH ON HAND | 61410 | 113377 | 586,750.95 | 586,750.95 | |
| CASH ON HAND | 61410 | 113383 | 517,519.85 | 517,519.85 | |
| CASH ON HAND | 61410 | 113389 | 565,946.70 | 565,946.70 | |
| CASH ON HAND | 61410 | 113399 | 31,000.00 | 31,000.00 | |
| CASH ON HAND | 61510 | 113434 | 436,150.03 | 436,150.03 | |
| CASH ON HAND | 61510 | 113440 | 390,292.95 | 390,292.95 | |
| CASH ON HAND | 61510 | 113447 | 530,592.01 | 530,592.01 | |
| CASH ON HAND | 61510 | 113453 | 507,373.61 | 507,373.61 | |
| CASH ON HAND | 61610 | 26034 | 3,214.52 | | 3,214.52 |
| CASH ON HAND | 61610 | 113501 | 600,847.16 | 600,847.16 | |
| CASH ON HAND | 61610 | 113507 | 601,788.39 | 601,788.39 | |
| CASH ON HAND | 61610 | 113513 | 532,595.51 | 532,595.51 | |
| CASH ON HAND | 61610 | 113519 | 519,258.48 | 519,258.48 | |
| CASH ON HAND | 61610 | 113525 | 544,508.56 | 544,508.56 | |
| CASH ON HAND | 61610 | 113539 | 132,000.00 | 132,000.00 | |
| CASH ON HAND | 61710 | 113578 | 488,842.64 | 488,842.64 | |
| CASH ON HAND | 61710 | 113582 | 481,412.45 | 481,412.45 | |
| CASH ON HAND | 61710 | 113586 | 573,290.50 | 573,290.50 | |
| CASH ON HAND | 61710 | 113592 | 544,976.70 | 544,976.70 | |

Eastern Livestock Co., LLC
Transfers to T.P. Gibson
June, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 61710 | 113598 | 528,378.81 | 528,378.81 | |
| CASH ON HAND | 61710 | 113604 | 564,678.36 | 564,678.36 | |
| CASH ON HAND | 61810 | 113706 | 573,263.70 | 573,263.70 | |
| CASH ON HAND | 61810 | 113710 | 586,204.88 | 586,204.88 | |
| CASH ON HAND | 61810 | 113714 | 555,685.75 | 555,685.75 | |
| CASH ON HAND | 61810 | 113718 | 578,816.33 | 578,816.33 | |
| CASH ON HAND | 61810 | 113722 | 585,466.60 | 585,466.60 | |
| CASH ON HAND | 61810 | 113726 | 588,718.75 | 588,718.75 | |
| CASH ON HAND | 61810 | 113730 | 485,483.26 | 485,483.26 | |
| CASH ON HAND | 62110 | 113762 | 595,941.99 | 595,941.99 | |
| CASH ON HAND | 62110 | 113768 | 561,562.56 | 561,562.56 | |
| CASH ON HAND | 62110 | 113774 | 574,520.48 | 574,520.48 | |
| CASH ON HAND | 62110 | 113780 | 586,662.69 | 586,662.69 | |
| CASH ON HAND | 62110 | 113786 | 572,884.13 | 572,884.13 | |
| CASH ON HAND | 62110 | 113795 | 545,192.83 | 545,192.83 | |
| CASH ON HAND | 62110 | 113804 | 595,391.71 | 595,391.71 | |
| CASH ON HAND | 62110 | 113809 | 68,000.00 | 68,000.00 | |
| CASH ON HAND | 62210 | 113825 | 527,333.48 | 527,333.48 | |
| CASH ON HAND | 62210 | 113829 | 580,602.31 | 580,602.31 | |
| CASH ON HAND | 62210 | 113833 | 526,812.38 | 526,812.38 | |
| CASH ON HAND | 62210 | 113839 | 575,477.25 | 575,477.25 | |
| CASH ON HAND | 62210 | 113845 | 520,432.96 | 520,432.96 | |
| CASH ON HAND | 62210 | 113849 | 541,113.36 | 541,113.36 | |
| CASH ON HAND | 62310 | 113892 | 549,347.91 | 549,347.91 | |
| CASH ON HAND | 62310 | 113896 | 620,104.70 | 620,104.70 | |
| CASH ON HAND | 62310 | 113900 | 519,771.06 | 519,771.06 | |
| CASH ON HAND | 62310 | 113906 | 559,539.20 | 559,539.20 | |
| CASH ON HAND | 62310 | 113909 | 587,627.87 | 587,627.87 | |
| CASH ON HAND | 62310 | 113913 | 563,483.04 | 563,483.04 | |
| CASH ON HAND | 62310 | 113917 | 575,388.09 | 575,388.09 | |
| CASH ON HAND | 62410 | 113963 | 100,000.00 | 100,000.00 | |
| CASH ON HAND | 62410 | 113966 | 487,394.81 | 487,394.81 | |
| CASH ON HAND | 62410 | 113970 | 598,321.69 | 598,321.69 | |
| CASH ON HAND | 62410 | 113974 | 518,186.14 | 518,186.14 | |
| CASH ON HAND | 62410 | 113980 | 550,668.56 | 550,668.56 | |
| CASH ON HAND | 62410 | 113980 | (550,668.56) | (550,668.56) | |
| CASH ON HAND | 62410 | 113980 | 550,668.56 | 550,668.56 | |
| CASH ON HAND | 62410 | 113985 | 563,811.98 | 563,811.98 | |
| CASH ON HAND | 62410 | 113989 | 525,002.20 | 525,002.20 | |
| CASH ON HAND | 62410 | 113995 | 597,330.23 | 597,330.23 | |
| CASH ON HAND | 62510 | 114066 | 471,293.34 | 471,293.34 | |
| CASH ON HAND | 62510 | 114070 | 454,174.28 | 454,174.28 | |
| CASH ON HAND | 62510 | 114074 | 492,199.97 | 492,199.97 | |

Eastern Livestock Co., LLC
Transfers to T.P. Gibson
June, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 62510 | 114078 | 455,729.34 | 455,729.34 | |
| CASH ON HAND | 62510 | 114084 | 465,517.22 | 465,517.22 | |
| CASH ON HAND | 62510 | 114089 | 476,021.03 | 476,021.03 | |
| CASH ON HAND | 62510 | 114096 | 498,570.66 | 498,570.66 | |
| CASH ON HAND | 62510 | 114102 | 442,812.79 | 442,812.79 | |
| CASH ON HAND | 62510 | 114109 | 488,639.49 | 488,639.49 | |
| CASH ON HAND | 62810 | 114127 | 601,572.65 | 601,572.65 | |
| CASH ON HAND | 62810 | 114133 | 524,536.74 | 524,536.74 | |
| CASH ON HAND | 62810 | 114139 | 412,276.80 | 412,276.80 | |
| CASH ON HAND | 62810 | 114145 | 519,649.90 | 519,649.90 | |
| CASH ON HAND | 62810 | 114151 | 492,275.17 | 492,275.17 | |
| CASH ON HAND | 62810 | 114161 | 514,610.65 | 514,610.65 | |
| CASH ON HAND | 62810 | 114165 | 120,000.00 | 100,000.00 | 20,000.00 |
| CASH ON HAND | 62910 | 114190 | 556,509.28 | 556,509.28 | |
| CASH ON HAND | 62910 | 114195 | 513,304.16 | 513,304.16 | |
| CASH ON HAND | 62910 | 114207 | 500,640.89 | 500,640.89 | |
| CASH ON HAND | 62910 | 114213 | 560,899.88 | 560,899.88 | |
| CASH ON HAND | 62910 | 114219 | 546,308.40 | 546,308.40 | |
| CASH ON HAND | 62910 | 114225 | 520,995.25 | 520,995.25 | |
| CASH ON HAND | 62910 | 114229 | 115,000.00 | 115,000.00 | |
| CASH ON HAND | 62910 | 114232 | 531,548.74 | 531,548.74 | |
| CASH ON HAND | 63010 | 1312 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 63010 | 114254 | 582,923.00 | 582,923.00 | |
| CASH ON HAND | 63010 | 114258 | 533,439.92 | 533,439.92 | |
| CASH ON HAND | 63010 | 114262 | 528,896.73 | 528,896.73 | |
| CASH ON HAND | 63010 | 114266 | 584,006.85 | 584,006.85 | |
| CASH ON HAND | 63010 | 114270 | 526,261.87 | 526,261.87 | |
| CASH ON HAND | 63010 | 114274 | 592,431.67 | 592,431.67 | |
| CASH ON HAND | 63010 | 114278 | 537,757.00 | 537,757.00 | |
| CASH ON HAND | 63010 | 114284 | 400,000.00 | 400,000.00 | |
| CASH ON HAND | 63010 | 114307 | 606,095.60 | 606,095.60 | |
| CASH ON HAND | 63010 | 114311 | 561,353.81 | 561,353.81 | |
| CASH ON HAND | 63010 | 114315 | 501,210.03 | 501,210.03 | |
| CASH ON HAND | 63010 | 114319 | 568,710.73 | 568,710.73 | |
| CASH ON HAND | 63010 | 114323 | 544,324.56 | 544,324.56 | |
| CASH ON HAND | 63010 | 114327 | 531,370.92 | 531,370.92 | |
| CASH ON HAND | 63010 | 114331 | 542,460.24 | 542,460.24 | |
| CASH ON HAND | 63010 | 114335 | 531,628.90 | 531,628.90 | |
| CASH ON HAND | 63010 | 114339 | 541,601.47 | 541,601.47 | |
| | | | 81,987,015.54 | 81,947,728.50 | 39,287.04 |