Exhibit H

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 80210 | 116220 | 572,420.42 | 572,420.42 | |
| CASH ON HAND | 80210 | 116224 | 588,950.89 | 588,950.89 | |
| CASH ON HAND | 80210 | 116228 | 554,223.71 | 554,223.71 | |
| CASH ON HAND | 80210 | 116233 | 504,317.84 | 504,317.84 | |
| CASH ON HAND | 80210 | 116238 | 568,437.10 | 568,437.10 | |
| CASH ON HAND | 80210 | 116239 | 573,692.54 | 573,692.54 | |
| CASH ON HAND | 80210 | 116244 | 562,177.92 | 562,177.92 | |
| CASH ON HAND | 80210 | 116248 | 531,017.83 | 531,017.83 | |
| CASH ON HAND | 80210 | 116252 | 573,373.05 | 573,373.05 | |
| CASH ON HAND | 80210 | 116257 | 592,730.60 | 592,730.60 | |
| CASH ON HAND | 80210 | 116262 | 517,257.73 | 517,257.73 | |
| CASH ON HAND | 80210 | 116284 | 150,000.00 | 150,000.00 | |
| CASH ON HAND | 80310 | 116321 | 544,519.71 | 544,519.71 | |
| CASH ON HAND | 80310 | 116325 | 581,725.10 | 581,725.10 | |
| CASH ON HAND | 80310 | 116326 | 538,068.15 | 538,068.15 | |
| CASH ON HAND | 80310 | 116330 | 497,399.47 | 497,399.47 | |
| CASH ON HAND | 80310 | 116334 | 582,152.41 | 582,152.41 | |
| CASH ON HAND | 80310 | 116338 | 494,530.75 | 494,530.75 | |
| CASH ON HAND | 80310 | 116343 | 590,741.25 | 590,741.25 | |
| CASH ON HAND | 80310 | 116347 | 579,447.00 | 579,447.00 | |
| CASH ON HAND | 80310 | 116352 | 523,649.45 | 523,649.45 | |
| CASH ON HAND | 80410 | 116393 | 574,963.55 | 574,963.55 | |
| CASH ON HAND | 80410 | 116407 | 604,594.10 | 604,594.10 | |
| CASH ON HAND | 80410 | 116415 | 573,415.01 | 573,415.01 | |
| CASH ON HAND | 80410 | 116423 | 550,303.00 | 550,303.00 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 80410 | 116429 | 590,311.31 | 590,311.31 | |
| CASH ON HAND | 80410 | 116434 | 547,396.30 | 547,396.30 | |
| CASH ON HAND | 80410 | 116440 | 575,111.63 | 575,111.63 | |
| CASH ON HAND | 80410 | 116448 | 574,518.42 | 574,518.42 | |
| CASH ON HAND | 80410 | 116455 | 598,243.94 | 598,243.94 | |
| CASH ON HAND | 80510 | 116507 | 433,743.20 | 433,743.20 | |
| CASH ON HAND | 80510 | 116514 | 505,926.50 | 505,926.50 | |
| CASH ON HAND | 80510 | 116521 | 595,172.94 | 595,172.94 | |
| CASH ON HAND | 80510 | 116531 | 591,130.70 | 591,130.70 | |
| CASH ON HAND | 80510 | 116535 | 537,692.71 | 537,692.71 | |
| CASH ON HAND | 80510 | 116539 | 592,218.79 | 592,218.79 | |
| CASH ON HAND | 80510 | 116543 | 526,752.72 | 526,752.72 | |
| CASH ON HAND | 80510 | 116547 | 581,342.70 | 581,342.70 | |
| CASH ON HAND | 80510 | 116552 | 545,228.20 | 545,228.20 | |
| CASH ON HAND | 80510 | 116556 | 565,125.12 | 565,125.12 | |
| CASH ON HAND | 80510 | 116559 | 500,701.45 | 500,701.45 | |
| CASH ON HAND | 80510 | 116562 | 575,445.79 | 575,445.79 | |
| CASH ON HAND | 80510 | 116564 | 568,302.90 | 568,302.90 | |
| CASH ON HAND | 80510 | 116568 | 593,033.56 | 593,033.56 | |
| CASH ON HAND | 80510 | 116569 | 650,000.00 | 650,000.00 | |
| CASH ON HAND | 80510 | 116625 | 50,000.00 | 50,000.00 | |
| CASH ON HAND | 80610 | 116626 | 526,857.27 | 526,857.27 | |
| CASH ON HAND | 80610 | 116631 | 453,318.73 | 453,318.73 | |
| CASH ON HAND | 80610 | 116635 | 468,852.80 | 468,852.80 | |
| CASH ON HAND | 80610 | 116640 | 483,165.10 | 483,165.10 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
### August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 80610 | 116646 | 479,861.83 | 479,861.83 | |
| CASH ON HAND | 80610 | 116652 | 547,134.50 | 547,134.50 | |
| CASH ON HAND | 80610 | 116657 | 583,104.50 | 583,104.50 | |
| CASH ON HAND | 80610 | 116661 | 575,154.85 | 575,154.85 | |
| CASH ON HAND | 80610 | 116665 | 536,512.68 | 536,512.68 | |
| CASH ON HAND | 80610 | 116669 | 560,515.22 | 560,515.22 | |
| CASH ON HAND | 80610 | 116673 | 520,137.76 | 520,137.76 | |
| CASH ON HAND | 80610 | 116677 | 602,132.56 | 602,132.56 | |
| CASH ON HAND | 80610 | 116682 | 573,967.56 | 573,967.56 | |
| CASH ON HAND | 80610 | 116688 | 513,342.96 | 513,342.96 | |
| CASH ON HAND | 80610 | 116693 | 559,711.61 | 559,711.61 | |
| CASH ON HAND | 80910 | 116748 | 589,979.63 | 589,979.63 | |
| CASH ON HAND | 80910 | 116752 | 604,519.30 | 604,519.30 | |
| CASH ON HAND | 80910 | 116756 | 582,908.50 | 582,908.50 | |
| CASH ON HAND | 80910 | 116760 | 548,285.76 | 548,285.76 | |
| CASH ON HAND | 80910 | 116764 | 563,804.41 | 563,804.41 | |
| CASH ON HAND | 80910 | 116768 | 601,886.39 | 601,886.39 | |
| CASH ON HAND | 80910 | 116772 | 602,527.19 | 602,527.19 | |
| CASH ON HAND | 80910 | 116776 | 550,868.24 | 550,868.24 | |
| CASH ON HAND | 80910 | 116782 | 593,269.60 | 593,269.60 | |
| CASH ON HAND | 80910 | 116786 | 567,204.52 | 567,204.52 | |
| CASH ON HAND | 80910 | 116790 | 580,848.64 | 580,848.64 | |
| CASH ON HAND | 80910 | 116794 | 571,685.09 | 571,685.09 | |
| CASH ON HAND | 80910 | 116798 | 538,869.02 | 538,869.02 | |
| CASH ON HAND | 81010 | 116835 | 533,484.69 | 533,484.69 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 81010 | 116839 | 584,308.68 | 584,308.68 | |
| CASH ON HAND | 81010 | 116847 | 539,832.81 | 539,832.81 | |
| CASH ON HAND | 81010 | 116851 | 501,099.11 | 501,099.11 | |
| CASH ON HAND | 81010 | 116855 | 588,068.18 | 588,068.18 | |
| CASH ON HAND | 81010 | 116859 | 576,827.25 | 576,827.25 | |
| CASH ON HAND | 81010 | 116863 | 547,653.60 | 547,653.60 | |
| CASH ON HAND | 81010 | 116867 | 579,179.69 | 579,179.69 | |
| CASH ON HAND | 81010 | 116871 | 578,986.35 | 578,986.35 | |
| CASH ON HAND | 81010 | 116873 | 592,264.20 | 592,264.20 | |
| CASH ON HAND | 81010 | 116877 | 592,754.80 | 592,754.80 | |
| CASH ON HAND | 81010 | 116881 | 603,570.24 | 603,570.24 | |
| CASH ON HAND | 81010 | 116887 | 596,964.27 | 596,964.27 | |
| CASH ON HAND | 81010 | 116887 | 568,455.80 | 568,455.80 | |
| CASH ON HAND | 81110 | 116918 | 586,687.60 | 586,687.60 | |
| CASH ON HAND | 81110 | 116922 | 545,099.50 | 545,099.50 | |
| CASH ON HAND | 81110 | 116927 | 573,946.99 | 573,946.99 | |
| CASH ON HAND | 81110 | 116931 | 576,826.05 | 576,826.05 | |
| CASH ON HAND | 81110 | 116935 | 575,668.08 | 575,668.08 | |
| CASH ON HAND | 81110 | 116939 | 566,632.01 | 566,632.01 | |
| CASH ON HAND | 81110 | 116943 | 604,745.90 | 604,745.90 | |
| CASH ON HAND | 81110 | 116948 | 558,155.52 | 558,155.52 | |
| CASH ON HAND | 81110 | 116954 | 527,028.77 | 527,028.77 | |
| CASH ON HAND | 81110 | 116960 | 509,318.62 | 509,318.62 | |
| CASH ON HAND | 81110 | 116968 | 586,047.00 | 586,047.00 | |
| CASH ON HAND | 81110 | 116972 | 581,357.64 | 581,357.64 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 81210 | 117011 | 414,315.99 | 414,315.99 | |
| CASH ON HAND | 81210 | 117018 | 425,728.71 | 425,728.71 | |
| CASH ON HAND | 81210 | 117028 | 562,006.53 | 562,006.53 | |
| CASH ON HAND | 81210 | 117036 | 554,540.03 | 554,540.03 | |
| CASH ON HAND | 81210 | 117044 | 581,913.66 | 581,913.66 | |
| CASH ON HAND | 81210 | 117051 | 568,022.04 | 568,022.04 | |
| CASH ON HAND | 81210 | 117060 | 533,327.68 | 533,327.68 | |
| CASH ON HAND | 81210 | 117066 | 546,298.07 | 546,298.07 | |
| CASH ON HAND | 81210 | 117070 | 532,762.41 | 532,762.41 | |
| CASH ON HAND | 81210 | 117074 | 591,246.70 | 591,246.70 | |
| CASH ON HAND | 81210 | 117078 | 562,983.22 | 562,983.22 | |
| CASH ON HAND | 81210 | 117082 | 587,710.52 | 587,710.52 | |
| CASH ON HAND | 81210 | 117086 | 587,710.52 | 587,710.52 | |
| CASH ON HAND | 81210 | 117090 | 575,975.40 | 575,975.40 | |
| CASH ON HAND | 81210 | 117091 | 210,000.00 | 210,000.00 | |
| CASH ON HAND | 81210 | 117098 | 568,533.06 | 568,533.06 | |
| CASH ON HAND | 81310 | 117130 | 572,972.67 | 572,972.67 | |
| CASH ON HAND | 81310 | 117134 | 567,155.60 | 567,155.60 | |
| CASH ON HAND | 81310 | 117138 | 590,480.22 | 590,480.22 | |
| CASH ON HAND | 81310 | 117142 | 589,256.38 | 589,256.38 | |
| CASH ON HAND | 81310 | 117146 | 600,345.81 | 600,345.81 | |
| CASH ON HAND | 81310 | 117150 | 573,903.00 | 573,903.00 | |
| CASH ON HAND | 81310 | 117156 | 534,175.58 | 534,175.58 | |
| CASH ON HAND | 81310 | 117162 | 545,837.58 | 545,837.58 | |
| CASH ON HAND | 81310 | 117168 | 538,522.60 | 538,522.60 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 81310 | 117174 | 559,201.85 | 559,201.85 | |
| CASH ON HAND | 81310 | 117181 | 552,874.30 | 552,874.30 | |
| CASH ON HAND | 81310 | 117190 | 580,343.43 | 580,343.43 | |
| CASH ON HAND | 81310 | 117200 | 532,159.21 | 532,159.21 | |
| CASH ON HAND | 81610 | 117225 | 537,346.40 | 537,346.40 | |
| CASH ON HAND | 81610 | 117229 | 520,436.45 | 520,436.45 | |
| CASH ON HAND | 81610 | 117233 | 479,513.94 | 479,513.94 | |
| CASH ON HAND | 81610 | 117237 | 472,419.84 | 472,419.84 | |
| CASH ON HAND | 81610 | 117241 | 590,353.57 | 590,353.57 | |
| CASH ON HAND | 81610 | 117245 | 548,541.72 | 548,541.72 | |
| CASH ON HAND | 81610 | 117249 | 598,561.65 | 598,561.65 | |
| CASH ON HAND | 81610 | 117253 | 580,991.25 | 580,991.25 | |
| CASH ON HAND | 81610 | 117257 | 612,140.61 | 612,140.61 | |
| CASH ON HAND | 81610 | 117261 | 505,336.81 | 505,336.81 | |
| CASH ON HAND | 81610 | 117267 | 502,145.87 | 502,145.87 | |
| CASH ON HAND | 81710 | 117314 | 565,588.65 | 565,588.65 | |
| CASH ON HAND | 81710 | 117319 | 535,954.26 | 535,954.26 | |
| CASH ON HAND | 81710 | 117323 | 525,190.78 | 525,190.78 | |
| CASH ON HAND | 81710 | 117327 | 600,000.00 | 600,000.00 | |
| CASH ON HAND | 81710 | 117329 | 562,698.05 | 562,698.05 | |
| CASH ON HAND | 81710 | 117333 | 559,361.78 | 559,361.78 | |
| CASH ON HAND | 81710 | 117337 | 533,412.00 | 533,412.00 | |
| CASH ON HAND | 81710 | 117343 | 524,563.64 | 524,563.64 | |
| CASH ON HAND | 81710 | 117347 | 516,852.80 | 516,852.80 | |
| CASH ON HAND | 81710 | 117353 | 520,754.31 | 520,754.31 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 81710 | 117358 | 574,054.66 | 574,054.66 | |
| CASH ON HAND | 81810 | 117401 | 437,474.05 | 437,474.05 | |
| CASH ON HAND | 81810 | 117405 | 516,595.64 | 516,595.64 | |
| CASH ON HAND | 81810 | 117414 | 547,709.80 | 547,709.80 | |
| CASH ON HAND | 81810 | 117418 | 495,845.26 | 495,845.26 | |
| CASH ON HAND | 81810 | 117422 | 497,954.08 | 497,954.08 | |
| CASH ON HAND | 81810 | 117426 | 515,499.79 | 515,499.79 | |
| CASH ON HAND | 81810 | 117430 | 506,066.22 | 506,066.22 | |
| CASH ON HAND | 81810 | 117434 | 543,568.93 | 543,568.93 | |
| CASH ON HAND | 81810 | 117439 | 575,405.44 | 575,405.44 | |
| CASH ON HAND | 81810 | 117443 | 554,713.10 | 554,713.10 | |
| CASH ON HAND | 81810 | 117446 | 400,000.00 | 400,000.00 | |
| CASH ON HAND | 81810 | 117448 | 543,724.46 | 543,724.46 | |
| CASH ON HAND | 81810 | 117454 | 529,960.78 | 529,960.78 | |
| CASH ON HAND | 81910 | 117492 | 996,634.74 | 996,634.74 | |
| CASH ON HAND | 81910 | 117496 | 569,827.12 | 569,827.12 | |
| CASH ON HAND | 81910 | 117497 | 550,000.00 | 550,000.00 | |
| CASH ON HAND | 81910 | 117498 | 450,000.00 | 450,000.00 | |
| CASH ON HAND | 81910 | 117504 | 540,845.58 | 540,845.58 | |
| CASH ON HAND | 81910 | 117510 | 565,230.60 | 565,230.60 | |
| CASH ON HAND | 81910 | 117517 | 534,878.37 | 534,878.37 | |
| CASH ON HAND | 81910 | 117525 | 530,446.74 | 530,446.74 | |
| CASH ON HAND | 81910 | 117534 | 564,662.43 | 564,662.43 | |
| CASH ON HAND | 81910 | 117543 | 562,734.70 | 562,734.70 | |
| CASH ON HAND | 81910 | 117550 | 477,231.91 | 477,231.91 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 81910 | 117556 | 574,823.75 | 574,823.75 | |
| CASH ON HAND | 81910 | 117568 | 551,083.38 | 551,083.38 | |
| CASH ON HAND | 81910 | 117575 | 542,025.17 | 542,025.17 | |
| CASH ON HAND | 81910 | 117584 | 550,985.85 | 550,985.85 | |
| CASH ON HAND | *81910* | | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 82010 | 117660 | 447,384.43 | 447,384.43 | |
| CASH ON HAND | 82010 | 117664 | 578,853.28 | 578,853.28 | |
| CASH ON HAND | 82010 | 117668 | 518,887.85 | 518,887.85 | |
| CASH ON HAND | 82010 | 117672 | 578,935.96 | 578,935.96 | |
| CASH ON HAND | 82010 | 117676 | 553,612.24 | 553,612.24 | |
| CASH ON HAND | 82010 | 117680 | 506,676.06 | 506,676.06 | |
| CASH ON HAND | 82010 | 117684 | 533,501.85 | 533,501.85 | |
| CASH ON HAND | 82010 | 117688 | 511,133.11 | 511,133.11 | |
| CASH ON HAND | 82010 | 117696 | 517,316.05 | 517,316.05 | |
| CASH ON HAND | 82010 | 117701 | 473,950.12 | 473,950.12 | |
| CASH ON HAND | 82010 | 117705 | 543,866.89 | 543,866.89 | |
| CASH ON HAND | 82010 | 117710 | 535,253.36 | 535,253.36 | |
| CASH ON HAND | 82010 | 117716 | 525,655.06 | 525,655.06 | |
| CASH ON HAND | 82010 | 117721 | 520,882.82 | 520,882.82 | |
| CASH ON HAND | 82310 | 117770 | 576,615.62 | 576,615.62 | |
| CASH ON HAND | 82310 | 117774 | 540,602.01 | 540,602.01 | |
| CASH ON HAND | 82310 | 117778 | 531,041.13 | 531,041.13 | |
| CASH ON HAND | 82310 | 117782 | 561,681.28 | 561,681.28 | |
| CASH ON HAND | 82310 | 117786 | 570,828.44 | 570,828.44 | |
| CASH ON HAND | 82310 | 117790 | 554,779.94 | 554,779.94 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 82310 | 117794 | 533,680.29 | 533,680.29 | |
| CASH ON HAND | 82310 | 117798 | 564,268.14 | 564,268.14 | |
| CASH ON HAND | 82310 | 117805 | 560,325.54 | 560,325.54 | |
| CASH ON HAND | 82310 | 117807 | 525,059.66 | 525,059.66 | |
| CASH ON HAND | 82310 | 117809 | 564,534.15 | 564,534.15 | |
| CASH ON HAND | 82310 | 117813 | 545,852.46 | 545,852.46 | |
| CASH ON HAND | 82310 | 117818 | 524,674.26 | 524,674.26 | |
| CASH ON HAND | 82310 | 117822 | 579,454.32 | 579,454.32 | |
| CASH ON HAND | 82310 | 117826 | 583,997.49 | 583,997.49 | |
| CASH ON HAND | 82310 | 117832 | 529,050.04 | 529,050.04 | |
| CASH ON HAND | 82310 | 117839 | 516,159.58 | 516,159.58 | |
| CASH ON HAND | 82410 | 117870 | 536,402.68 | 536,402.68 | |
| CASH ON HAND | 82410 | 117874 | 558,989.94 | 558,989.94 | |
| CASH ON HAND | 82410 | 117878 | 528,042.51 | 528,042.51 | |
| CASH ON HAND | 82410 | 117882 | 524,926.18 | 524,926.18 | |
| CASH ON HAND | 82410 | 117886 | 550,084.06 | 550,084.06 | |
| CASH ON HAND | 82410 | 117890 | 553,338.89 | 553,338.89 | |
| CASH ON HAND | 82410 | 117894 | 541,601.54 | 541,601.54 | |
| CASH ON HAND | 82410 | 117898 | 579,071.64 | 579,071.64 | |
| CASH ON HAND | 82410 | 117902 | 515,284.14 | 515,284.14 | |
| CASH ON HAND | 82410 | 117906 | 504,558.69 | 504,558.69 | |
| CASH ON HAND | 82410 | 117910 | 485,569.59 | 485,569.59 | |
| CASH ON HAND | 82410 | 117914 | 555,589.27 | 555,589.27 | |
| CASH ON HAND | 82410 | 117920 | 544,182.34 | 544,182.34 | |
| CASH ON HAND | 82410 | 117925 | 512,749.61 | 512,749.61 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 82410 | 117932 | 555,909.83 | 555,909.83 | |
| CASH ON HAND | 82410 | 117938 | 526,363.14 | 526,363.14 | |
| CASH ON HAND | 82510 | 117970 | 470,611.95 | 470,611.95 | |
| CASH ON HAND | 82510 | 117974 | 480,109.13 | 480,109.13 | |
| CASH ON HAND | 82510 | 117978 | 586,565.20 | 586,565.20 | |
| CASH ON HAND | 82510 | 117982 | 516,347.50 | 516,347.50 | |
| CASH ON HAND | 82510 | 117985 | 556,783.63 | 556,783.63 | |
| CASH ON HAND | 82510 | 117989 | 580,193.65 | 580,193.65 | |
| CASH ON HAND | 82510 | 117993 | 565,422.02 | 565,422.02 | |
| CASH ON HAND | 82510 | 117997 | 513,514.98 | 513,514.98 | |
| CASH ON HAND | 82510 | 118001 | 514,216.94 | 514,216.94 | |
| CASH ON HAND | 82510 | 118005 | 558,081.46 | 558,081.46 | |
| CASH ON HAND | 82510 | 118010 | 556,479.04 | 556,479.04 | |
| CASH ON HAND | 82510 | 118015 | 516,064.18 | 516,064.18 | |
| CASH ON HAND | 82510 | 118020 | 494,906.94 | 494,906.94 | |
| CASH ON HAND | 82510 | 118025 | 547,938.38 | 547,938.38 | |
| CASH ON HAND | 82510 | 118032 | 567,510.05 | 567,510.05 | |
| CASH ON HAND | 82510 | 118038 | 551,242.67 | 551,242.67 | |
| CASH ON HAND | 82510 | 118044 | 509,601.50 | 509,601.50 | |
| CASH ON HAND | 82510 | 118049 | 508,487.21 | 508,487.21 | |
| CASH ON HAND | 82510 | 118054 | 531,403.95 | 531,403.95 | |
| CASH ON HAND | 82510 | 118060 | 525,201.38 | 525,201.38 | |
| CASH ON HAND | 82510 | 118066 | 542,330.04 | 542,330.04 | |
| CASH ON HAND | 82610 | 118086 | 518,402.54 | 518,402.54 | |
| CASH ON HAND | 82610 | 118090 | 550,720.90 | 550,720.90 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 82610 | 118094 | 546,557.22 | 546,557.22 | |
| CASH ON HAND | 82610 | 118098 | 523,280.66 | 523,280.66 | |
| CASH ON HAND | 82610 | 118102 | 508,248.18 | 508,248.18 | |
| CASH ON HAND | 82610 | 118106 | 517,533.25 | 517,533.25 | |
| CASH ON HAND | 82610 | 118110 | 559,161.24 | 559,161.24 | |
| CASH ON HAND | 82610 | 118114 | 518,583.40 | 518,583.40 | |
| CASH ON HAND | 82610 | 118118 | 541,357.29 | 541,357.29 | |
| CASH ON HAND | 82610 | 118122 | 560,269.36 | 560,269.36 | |
| CASH ON HAND | 82610 | 118126 | 510,282.14 | 510,282.14 | |
| CASH ON HAND | 82610 | 118130 | 516,491.79 | 516,491.79 | |
| CASH ON HAND | 82610 | 118134 | 494,735.68 | 494,735.68 | |
| CASH ON HAND | 82610 | 118139 | 509,921.31 | 509,921.31 | |
| CASH ON HAND | 82610 | 118148 | 567,213.06 | 567,213.06 | |
| CASH ON HAND | 82610 | 118169 | 515,000.00 | 515,000.00 | |
| CASH ON HAND | 82610 | 118172 | 559,063.34 | 559,063.34 | |
| CASH ON HAND | 82610 | 118176 | 551,290.25 | 551,290.25 | |
| CASH ON HAND | 82610 | 118180 | 528,349.58 | 528,349.58 | |
| CASH ON HAND | 82610 | 118186 | 490,698.25 | 490,698.25 | |
| CASH ON HAND | 82610 | 118193 | 502,635.06 | 502,635.06 | |
| CASH ON HAND | 82610 | 118197 | 509,854.70 | 509,854.70 | |
| CASH ON HAND | 82610 | 118201 | 523,058.58 | 523,058.58 | |
| CASH ON HAND | 82610 | 118205 | 569,168.81 | 569,168.81 | |
| CASH ON HAND | 82610 | 118210 | 526,167.41 | 526,167.41 | |
| CASH ON HAND | 82710 | 118225 | 536,315.48 | 536,315.48 | |
| CASH ON HAND | 82710 | 118229 | 541,659.04 | 541,659.04 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 82710 | 118233 | 539,069.60 | 539,069.60 | |
| CASH ON HAND | 82710 | 118236 | 559,319.13 | 559,319.13 | |
| CASH ON HAND | 82710 | 118240 | 518,673.94 | 518,673.94 | |
| CASH ON HAND | 82710 | 118249 | 542,881.65 | 542,881.65 | |
| CASH ON HAND | 82710 | 118260 | 523,386.34 | 523,386.34 | |
| CASH ON HAND | 82710 | 118265 | 556,219.10 | 556,219.10 | |
| CASH ON HAND | 82710 | 118271 | 540,599.26 | 540,599.26 | |
| CASH ON HAND | 82710 | 118275 | 529,140.15 | 529,140.15 | |
| CASH ON HAND | 82710 | 118279 | 523,522.54 | 523,522.54 | |
| CASH ON HAND | 82710 | 118284 | 510,882.57 | 510,882.57 | |
| CASH ON HAND | 82710 | 118288 | 534,509.27 | 534,509.27 | |
| CASH ON HAND | 82710 | 118292 | 528,217.04 | 528,217.04 | |
| CASH ON HAND | 82710 | 118296 | 516,118.24 | 516,118.24 | |
| CASH ON HAND | 82710 | 118309 | 500,000.00 | 500,000.00 | |
| CASH ON HAND | 83010 | 118351 | 544,528.36 | 544,528.36 | |
| CASH ON HAND | 83010 | 118355 | 466,319.44 | 466,319.44 | |
| CASH ON HAND | 83010 | 118359 | 392,806.26 | 392,806.26 | |
| CASH ON HAND | 83010 | 118364 | 498,887.94 | 498,887.94 | |
| CASH ON HAND | 83010 | 118368 | 518,150.26 | 518,150.26 | |
| CASH ON HAND | 83010 | 118372 | 545,099.08 | 545,099.08 | |
| CASH ON HAND | 83010 | 118376 | 487,902.33 | 487,902.33 | |
| CASH ON HAND | 83010 | 118380 | 549,029.02 | 549,029.02 | |
| CASH ON HAND | 83010 | 118384 | 529,723.01 | 529,723.01 | |
| CASH ON HAND | 83010 | 118388 | 522,575.76 | 522,575.76 | |
| CASH ON HAND | 83010 | 118392 | 580,323.51 | 580,323.51 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 83010 | 118396 | 494,064.61 | 494,064.61 | |
| CASH ON HAND | 83010 | 118400 | 555,826.41 | 555,826.41 | |
| CASH ON HAND | 83010 | 118404 | 540,964.45 | 540,964.45 | |
| CASH ON HAND | 83010 | 118408 | 535,648.46 | 535,648.46 | |
| CASH ON HAND | 83010 | 118412 | 512,347.28 | 512,347.28 | |
| CASH ON HAND | 83010 | 118416 | 512,546.76 | 512,546.76 | |
| CASH ON HAND | 83010 | 118421 | 505,433.44 | 505,433.44 | |
| CASH ON HAND | 83010 | 118425 | 525,513.78 | 525,513.78 | |
| CASH ON HAND | 83010 | 118429 | 551,301.02 | 551,301.02 | |
| CASH ON HAND | 83010 | 118433 | 484,199.90 | 484,199.90 | |
| CASH ON HAND | 83010 | 118437 | 496,502.18 | 496,502.18 | |
| CASH ON HAND | 83010 | 118441 | 523,559.34 | 523,559.34 | |
| CASH ON HAND | 83010 | 118445 | 544,202.94 | 544,202.94 | |
| CASH ON HAND | 83110 | 118469 | 498,971.53 | 498,971.53 | |
| CASH ON HAND | 83110 | 118473 | 566,638.90 | 566,638.90 | |
| CASH ON HAND | 83110 | 118480 | 549,498.80 | 549,498.80 | |
| CASH ON HAND | 83110 | 118484 | 547,546.19 | 547,546.19 | |
| CASH ON HAND | 83110 | 118488 | 530,462.16 | 530,462.16 | |
| CASH ON HAND | 83110 | 118492 | 518,640.49 | 518,640.49 | |
| CASH ON HAND | 83110 | 118496 | 524,023.81 | 524,023.81 | |
| CASH ON HAND | 83110 | 118500 | 513,680.20 | 513,680.20 | |
| CASH ON HAND | 83110 | 118504 | 534,250.60 | 534,250.60 | |
| CASH ON HAND | 83110 | 118508 | 509,860.20 | 509,860.20 | |
| CASH ON HAND | 83110 | 118512 | 553,093.21 | 553,093.21 | |
| CASH ON HAND | 83110 | 118516 | 489,523.32 | 489,523.32 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## August, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 83110 | 118520 | 557,994.65 | 557,994.65 | |
| CASH ON HAND | 83110 | 118523 | 525,521.39 | 525,521.39 | |
| CASH ON HAND | 83110 | 118527 | 559,723.46 | 559,723.46 | |
| CASH ON HAND | 83110 | 118531 | 545,937.04 | 545,937.04 | |
| CASH ON HAND | 83110 | 118535 | 540,483.23 | 540,483.23 | |
| CASH ON HAND | 83110 | 118539 | 511,221.11 | 511,221.11 | |
| CASH ON HAND | 83110 | 118543 | 529,022.57 | 529,022.57 | |
| CASH ON HAND | 83110 | 118547 | 544,125.79 | 544,125.79 | |
| CASH ON HAND | 83110 | 118552 | 523,402.56 | 523,402.56 | |
| | | | 179,796,384.61 | 179,793,170.11 | 3,214.50 |