Exhibit I

Case 10-93904-BHL-11　Doc 1686-9　Filed 12/22/12　EOD 12/22/12 15:01:53　Pg 1 of 19

Exhibit I

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 90110 | 118593 | 488,136.35 | 488,136.35 | |
| CASH ON HAND | 90110 | 118597 | 556,143.11 | 556,143.11 | |
| CASH ON HAND | 90110 | 118601 | 515,714.81 | 515,714.81 | |
| CASH ON HAND | 90110 | 118605 | 531,164.94 | 531,164.94 | |
| CASH ON HAND | 90110 | 118609 | 567,641.66 | 567,641.66 | |
| CASH ON HAND | 90110 | 118613 | 525,666.06 | 525,666.06 | |
| CASH ON HAND | 90110 | 118617 | 512,781.50 | 512,781.50 | |
| CASH ON HAND | 90110 | 118621 | 502,578.09 | 502,578.09 | |
| CASH ON HAND | 90110 | 118625 | 487,644.10 | 487,644.10 | |
| CASH ON HAND | 90110 | 118629 | 538,719.30 | 538,719.30 | |
| CASH ON HAND | 90110 | 118633 | 481,925.20 | 481,925.20 | |
| CASH ON HAND | 90110 | 118637 | 530,601.09 | 530,601.09 | |
| CASH ON HAND | 90110 | 118641 | 497,547.60 | 497,547.60 | |
| CASH ON HAND | 90110 | 118645 | 529,046.00 | 529,046.00 | |
| CASH ON HAND | 90110 | 118651 | 458,830.01 | 458,830.01 | |
| CASH ON HAND | 90110 | 118656 | 522,142.03 | 522,142.03 | |
| CASH ON HAND | 90110 | 118660 | 573,878.52 | 573,878.52 | |
| CASH ON HAND | 90110 | 118664 | 523,332.60 | 523,332.60 | |
| CASH ON HAND | 90110 | 118669 | 495,275.46 | 495,275.46 | |
| CASH ON HAND | 90110 | 118676 | 475,755.65 | 475,755.65 | |
| CASH ON HAND | 90110 | 118684 | 511,644.69 | 511,644.69 | |
| CASH ON HAND | 90110 | 118694 | 503,580.11 | 503,580.11 | |
| CASH ON HAND | 90210 | 118724 | 510,329.58 | 510,329.58 | |
| CASH ON HAND | 90210 | 118728 | 558,614.10 | 558,614.10 | |
| CASH ON HAND | 90210 | 118732 | 525,503.86 | 525,503.86 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 90210 | 118736 | 531,231.72 | 531,231.72 | |
| CASH ON HAND | 90210 | 118740 | 521,485.38 | 521,485.38 | |
| CASH ON HAND | 90210 | 118744 | 565,549.42 | 565,549.42 | |
| CASH ON HAND | 90210 | 118748 | 548,689.95 | 548,689.95 | |
| CASH ON HAND | 90210 | 118752 | 506,669.54 | 506,669.54 | |
| CASH ON HAND | 90210 | 118757 | 525,890.59 | 525,890.59 | |
| CASH ON HAND | 90210 | 118761 | 516,922.57 | 516,922.57 | |
| CASH ON HAND | 90210 | 118769 | 543,767.87 | 543,767.87 | |
| CASH ON HAND | 90210 | 118773 | 505,580.78 | 505,580.78 | |
| CASH ON HAND | 90210 | 118777 | 515,756.34 | 515,756.34 | |
| CASH ON HAND | 90210 | 118781 | 513,194.31 | 513,194.31 | |
| CASH ON HAND | 90210 | 118786 | 498,321.62 | 498,321.62 | |
| CASH ON HAND | 90210 | 118793 | 506,099.13 | 506,099.13 | |
| CASH ON HAND | 90210 | 118799 | 523,222.01 | 523,222.01 | |
| CASH ON HAND | 90210 | 118805 | 542,487.31 | 542,487.31 | |
| CASH ON HAND | 90210 | 118815 | 530,505.62 | 530,505.62 | |
| CASH ON HAND | 90210 | 118818 | 476,769.40 | 476,769.40 | |
| CASH ON HAND | 90210 | 118823 | 591,407.30 | 591,407.30 | |
| CASH ON HAND | 90210 | 118827 | 567,621.78 | 567,621.78 | |
| CASH ON HAND | *90310* | 562 | 562,503.60 | 562,503.60 | |
| CASH ON HAND | *90310* | 11899 | 474,768.46 | 474,768.46 | |
| CASH ON HAND | 90310 | 118881 | 574,861.64 | 574,861.64 | |
| CASH ON HAND | 90310 | 118887 | 537,461.72 | 537,461.72 | |
| CASH ON HAND | 90310 | 118899 | 420,763.98 | 420,763.98 | |
| CASH ON HAND | 90310 | 118905 | 419,647.47 | 419,647.47 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 90310 | 118911 | 539,056.73 | 539,056.73 | |
| CASH ON HAND | 90310 | 118917 | 516,813.60 | 516,813.60 | |
| CASH ON HAND | 90310 | 118922 | 520,474.83 | 520,474.83 | |
| CASH ON HAND | 90310 | 118927 | 534,589.18 | 534,589.18 | |
| CASH ON HAND | 90310 | 118931 | 498,593.35 | 498,593.35 | |
| CASH ON HAND | 90310 | 118935 | 541,869.30 | 541,869.30 | |
| CASH ON HAND | 90310 | 118939 | 522,711.30 | 522,711.30 | |
| CASH ON HAND | 90310 | 118943 | 506,205.12 | 506,205.12 | |
| CASH ON HAND | 90310 | 118947 | 506,480.36 | 506,480.36 | |
| CASH ON HAND | 90310 | 118951 | 516,265.23 | 516,265.23 | |
| CASH ON HAND | 90310 | 118963 | 531,007.00 | 531,007.00 | |
| CASH ON HAND | 90310 | 118967 | 492,822.60 | 492,822.60 | |
| CASH ON HAND | 90310 | 118972 | 483,170.55 | 483,170.55 | |
| CASH ON HAND | 90310 | 118976 | 516,671.42 | 516,671.42 | |
| CASH ON HAND | 90310 | 118978 | 542,243.79 | 542,243.79 | |
| CASH ON HAND | 90310 | 118982 | 521,245.82 | 521,245.82 | |
| CASH ON HAND | 90310 | 118986 | 556,346.70 | 556,346.70 | |
| CASH ON HAND | 90710 | 119001 | 497,970.35 | 497,970.35 | |
| CASH ON HAND | 90710 | 119005 | 496,075.76 | 496,075.76 | |
| CASH ON HAND | 90710 | 119009 | 496,427.55 | 496,427.55 | |
| CASH ON HAND | 90710 | 119013 | 421,639.58 | 421,639.58 | |
| CASH ON HAND | 90710 | 119017 | 564,146.25 | 564,146.25 | |
| CASH ON HAND | 90710 | 119021 | 567,831.58 | 567,831.58 | |
| CASH ON HAND | 90710 | 119025 | 541,766.32 | 541,766.32 | |
| CASH ON HAND | 90710 | 119029 | 511,290.43 | 511,290.43 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 90710 | 119033 | 512,895.55 | 512,895.55 | |
| CASH ON HAND | 90710 | 119037 | 568,522.77 | 568,522.77 | |
| CASH ON HAND | 90710 | 119041 | 541,732.56 | 541,732.56 | |
| CASH ON HAND | 90710 | 119045 | 527,886.36 | 527,886.36 | |
| CASH ON HAND | 90710 | 119049 | 543,602.57 | 543,602.57 | |
| CASH ON HAND | 90710 | 119060 | 533,897.58 | 533,897.58 | |
| CASH ON HAND | 90710 | 119064 | 516,459.30 | 516,459.30 | |
| CASH ON HAND | 90710 | 119068 | 556,214.86 | 556,214.86 | |
| CASH ON HAND | 90710 | 119072 | 560,860.45 | 560,860.45 | |
| CASH ON HAND | 90710 | 119076 | 519,647.50 | 519,647.50 | |
| CASH ON HAND | 90710 | 119080 | 528,648.66 | 528,648.66 | |
| CASH ON HAND | 90710 | 119084 | 505,501.28 | 505,501.28 | |
| CASH ON HAND | 90710 | 119088 | 519,788.69 | 519,788.69 | |
| CASH ON HAND | 90710 | 119092 | 566,340.00 | 566,340.00 | |
| CASH ON HAND | 90710 | 119097 | 552,479.81 | 552,479.81 | |
| CASH ON HAND | 90710 | 119101 | 502,915.94 | 502,915.94 | |
| CASH ON HAND | 90710 | 119108 | 130,000.00 | 130,000.00 | |
| CASH ON HAND | 90710 | 119119 | 449,295.85 | 449,295.85 | |
| CASH ON HAND | 90710 | 119125 | 444,134.76 | 444,134.76 | |
| CASH ON HAND | 90710 | 119128 | 309,412.12 | 309,412.12 | |
| CASH ON HAND | 90710 | 119132 | 397,562.54 | 397,562.54 | |
| CASH ON HAND | 90710 | 119139 | 421,758.22 | 421,758.22 | |
| CASH ON HAND | 90710 | 119144 | 534,568.64 | 534,568.64 | |
| CASH ON HAND | 90710 | 119149 | 381,962.04 | 381,962.04 | |
| CASH ON HAND | 90710 | 119154 | 518,088.62 | 518,088.62 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
### September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 90710 | 119159 | 317,018.10 | 317,018.10 | |
| CASH ON HAND | 90710 | 119163 | 476,885.13 | 476,885.13 | |
| CASH ON HAND | 90710 | 119167 | 421,131.60 | 421,131.60 | |
| CASH ON HAND | 90710 | 119171 | 420,805.16 | 420,805.16 | |
| CASH ON HAND | 90710 | 119175 | 444,020.17 | 444,020.17 | |
| CASH ON HAND | 90710 | 119179 | 298,389.62 | 298,389.62 | |
| CASH ON HAND | 90710 | 119183 | 411,188.84 | 411,188.84 | |
| CASH ON HAND | 90810 | 119192 | 404,977.92 | 404,977.92 | |
| CASH ON HAND | 90810 | 119196 | 430,376.05 | 430,376.05 | |
| CASH ON HAND | 90810 | 119200 | 439,304.03 | 439,304.03 | |
| CASH ON HAND | 90810 | 119204 | 495,531.99 | 495,531.99 | |
| CASH ON HAND | 90810 | 119208 | 476,503.16 | 476,503.16 | |
| CASH ON HAND | 90810 | 119212 | 449,532.67 | 449,532.67 | |
| CASH ON HAND | 90810 | 119218 | 487,335.35 | 487,335.35 | |
| CASH ON HAND | 90810 | 119224 | 316,594.44 | 316,594.44 | |
| CASH ON HAND | 90810 | 119227 | 324,725.56 | 324,725.56 | |
| CASH ON HAND | 90810 | 119231 | 424,869.33 | 424,869.33 | |
| CASH ON HAND | 90810 | 119235 | 437,712.14 | 437,712.14 | |
| CASH ON HAND | 90810 | 119245 | 317,258.23 | 317,258.23 | |
| CASH ON HAND | 90910 | 119328 | 485,739.98 | 485,739.98 | |
| CASH ON HAND | 90910 | 119331 | 516,972.60 | 516,972.60 | |
| CASH ON HAND | 90910 | 119334 | 526,594.77 | 526,594.77 | |
| CASH ON HAND | 90910 | 119337 | 546,760.83 | 546,760.83 | |
| CASH ON HAND | 90910 | 119341 | 494,611.90 | 494,611.90 | |
| CASH ON HAND | 90910 | 119345 | 533,683.33 | 533,683.33 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 90910 | 119349 | 418,321.71 | 418,321.71 | |
| CASH ON HAND | 90910 | 119353 | 413,544.99 | 413,544.99 | |
| CASH ON HAND | 90910 | 119360 | 406,869.72 | 406,869.72 | |
| CASH ON HAND | 90910 | 119366 | 370,030.96 | 370,030.96 | |
| CASH ON HAND | 90910 | 119371 | 378,315.49 | 378,315.49 | |
| CASH ON HAND | 90910 | 119391 | 450,991.87 | 450,991.87 | |
| CASH ON HAND | 90910 | 119393 | 512,553.69 | 512,553.69 | |
| CASH ON HAND | 90910 | 119395 | 513,273.92 | 513,273.92 | |
| CASH ON HAND | 90910 | 119397 | 493,975.64 | 493,975.64 | |
| CASH ON HAND | 90910 | 119399 | 480,242.98 | 480,242.98 | |
| CASH ON HAND | 90910 | 119401 | 508,167.00 | 508,167.00 | |
| CASH ON HAND | 90910 | 119403 | 390,164.30 | 390,164.30 | |
| CASH ON HAND | 90910 | 119405 | 292,827.92 | 292,827.92 | |
| CASH ON HAND | 90910 | 119411 | 384,893.62 | 384,893.62 | |
| CASH ON HAND | 90910 | 119415 | 484,948.63 | 484,948.63 | |
| CASH ON HAND | 90910 | 119419 | 289,627.08 | 289,627.08 | |
| CASH ON HAND | 90910 | 119423 | 439,164.86 | 439,164.86 | |
| CASH ON HAND | 90910 | 119429 | 268,135.56 | 268,135.56 | |
| CASH ON HAND | 90910 | 119435 | 391,991.49 | 391,991.49 | |
| CASH ON HAND | 90910 | 119442 | 384,359.54 | 384,359.54 | |
| CASH ON HAND | 91310 | 119527 | 447,015.88 | 447,015.88 | |
| CASH ON HAND | 91310 | 119531 | 529,326.47 | 529,326.47 | |
| CASH ON HAND | 91310 | 119535 | 409,109.14 | 409,109.14 | |
| CASH ON HAND | 91310 | 119539 | 488,760.56 | 488,760.56 | |
| CASH ON HAND | 91310 | 119543 | 476,365.16 | 476,365.16 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
### September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 91310 | 119547 | 463,961.44 | 463,961.44 | |
| CASH ON HAND | 91310 | 119551 | 400,182.62 | 400,182.62 | |
| CASH ON HAND | 91310 | 119555 | 472,319.04 | 472,319.04 | |
| CASH ON HAND | 91310 | 119559 | 500,680.89 | 500,680.89 | |
| CASH ON HAND | 91310 | 119563 | 480,463.12 | 480,463.12 | |
| CASH ON HAND | 91310 | 119567 | 522,239.13 | 522,239.13 | |
| CASH ON HAND | 91310 | 119571 | 360,646.04 | 360,646.04 | |
| CASH ON HAND | 91310 | 119575 | 519,406.79 | 519,406.79 | |
| CASH ON HAND | 91310 | 119578 | 501,318.99 | 501,318.99 | |
| CASH ON HAND | 91310 | 119582 | 377,199.36 | 377,199.36 | |
| CASH ON HAND | 91310 | 119586 | 474,431.39 | 474,431.39 | |
| CASH ON HAND | 91310 | 119588 | 378,785.90 | 378,785.90 | |
| CASH ON HAND | 91310 | 119592 | 492,728.44 | 492,728.44 | |
| CASH ON HAND | 91310 | 119595 | 487,184.25 | 487,184.25 | |
| CASH ON HAND | 91310 | 119597 | 467,543.78 | 467,543.78 | |
| CASH ON HAND | 91310 | 119599 | 515,242.89 | 515,242.89 | |
| CASH ON HAND | 91310 | 119601 | 526,295.34 | 526,295.34 | |
| CASH ON HAND | 91310 | 119603 | 414,298.56 | 414,298.56 | |
| CASH ON HAND | 91310 | 119606 | 411,652.42 | 411,652.42 | |
| CASH ON HAND | 91410 | 119634 | 470,181.64 | 470,181.64 | |
| CASH ON HAND | 91410 | 119638 | 502,304.61 | 502,304.61 | |
| CASH ON HAND | 91410 | 119643 | 391,727.93 | 391,727.93 | |
| CASH ON HAND | 91410 | 119649 | 347,611.61 | 347,611.61 | |
| CASH ON HAND | 91410 | 119655 | 434,784.11 | 434,784.11 | |
| CASH ON HAND | 91410 | 119660 | 380,478.51 | 380,478.51 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
### September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 91410 | 119664 | 404,606.55 | 404,606.55 | |
| CASH ON HAND | 91410 | 119669 | 403,799.60 | 403,799.60 | |
| CASH ON HAND | 91410 | 119673 | 429,168.85 | 429,168.85 | |
| CASH ON HAND | 91410 | 119677 | 344,095.56 | 344,095.56 | |
| CASH ON HAND | 91410 | 119681 | 487,049.92 | 487,049.92 | |
| CASH ON HAND | 91410 | 119685 | 363,131.21 | 363,131.21 | |
| CASH ON HAND | 91410 | 119689 | 283,780.94 | 283,780.94 | |
| CASH ON HAND | 91410 | 119693 | 429,048.18 | 429,048.18 | |
| CASH ON HAND | 91410 | 119697 | 423,979.57 | 423,979.57 | |
| CASH ON HAND | 91410 | 119700 | 378,946.71 | 378,946.71 | |
| CASH ON HAND | 91410 | 119703 | 308,757.48 | 308,757.48 | |
| CASH ON HAND | 91410 | 119708 | 381,362.65 | 381,362.65 | |
| CASH ON HAND | 91510 | 119735 | 510,100.51 | 510,100.51 | |
| CASH ON HAND | 91510 | 119743 | 418,024.59 | 418,024.59 | |
| CASH ON HAND | 91510 | 119748 | 460,634.19 | 460,634.19 | |
| CASH ON HAND | 91510 | 119755 | 530,526.32 | 530,526.32 | |
| CASH ON HAND | 91510 | 119760 | 434,681.13 | 434,681.13 | |
| CASH ON HAND | 91510 | 119766 | 393,578.45 | 393,578.45 | |
| CASH ON HAND | 91510 | 119770 | 455,143.96 | 455,143.96 | |
| CASH ON HAND | 91510 | 119774 | 519,447.13 | 519,447.13 | |
| CASH ON HAND | 91510 | 119778 | 508,717.65 | 508,717.65 | |
| CASH ON HAND | 91510 | 119782 | 384,957.11 | 384,957.11 | |
| CASH ON HAND | 91510 | 119786 | 380,048.67 | 380,048.67 | |
| CASH ON HAND | 91510 | 119791 | 391,529.21 | 391,529.21 | |
| CASH ON HAND | 91510 | 119796 | 461,774.80 | 461,774.80 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 91510 | 119800 | 463,834.98 | 463,834.98 | |
| CASH ON HAND | 91510 | 119804 | 486,805.55 | 486,805.55 | |
| CASH ON HAND | 91510 | 119811 | 467,440.28 | 467,440.28 | |
| CASH ON HAND | 91610 | 119889 | 373,015.03 | 373,015.03 | |
| CASH ON HAND | 91610 | 119894 | 372,130.92 | 372,130.92 | |
| CASH ON HAND | 91610 | 119898 | 480,514.36 | 480,514.36 | |
| CASH ON HAND | 91610 | 119901 | 441,506.41 | 441,506.41 | |
| CASH ON HAND | 91610 | 119905 | 448,282.31 | 448,282.31 | |
| CASH ON HAND | 91610 | 119909 | 456,792.90 | 456,792.90 | |
| CASH ON HAND | 91610 | 119914 | 299,532.24 | 299,532.24 | |
| CASH ON HAND | 91610 | 119918 | 380,904.96 | 380,904.96 | |
| CASH ON HAND | 91610 | 119922 | 438,904.20 | 438,904.20 | |
| CASH ON HAND | 91610 | 119926 | 333,208.77 | 333,208.77 | |
| CASH ON HAND | 91610 | 119930 | 323,107.44 | 323,107.44 | |
| CASH ON HAND | 91610 | 119933 | 311,055.88 | 311,055.88 | |
| CASH ON HAND | 91610 | 119937 | 276,888.96 | 276,888.96 | |
| CASH ON HAND | 91610 | 119941 | 448,174.01 | 448,174.01 | |
| CASH ON HAND | 91610 | 119945 | 385,625.60 | 385,625.60 | |
| CASH ON HAND | 91610 | 119949 | 453,478.14 | 453,478.14 | |
| CASH ON HAND | 91610 | 119953 | 376,635.43 | 376,635.43 | |
| CASH ON HAND | 91610 | 119959 | 297,675.61 | 297,675.61 | |
| CASH ON HAND | 91610 | 119963 | 458,213.63 | 458,213.63 | |
| CASH ON HAND | 91610 | 119969 | 386,184.08 | 386,184.08 | |
| CASH ON HAND | 91610 | 119972 | 313,884.42 | 313,884.42 | |
| CASH ON HAND | 91610 | 119977 | 477,246.55 | 477,246.55 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 91610 | 119979 | 405,054.27 | 405,054.27 | |
| CASH ON HAND | 91610 | 119982 | 393,058.30 | 393,058.30 | |
| CASH ON HAND | 91610 | 119987 | 381,437.76 | 381,437.76 | |
| CASH ON HAND | 91710 | 120018 | 479,757.84 | 479,757.84 | |
| CASH ON HAND | 91710 | 120024 | 397,028.54 | 397,028.54 | |
| CASH ON HAND | 91710 | 120030 | 378,551.55 | 378,551.55 | |
| CASH ON HAND | 91710 | 120036 | 425,477.62 | 425,477.62 | |
| CASH ON HAND | 91710 | 120043 | 359,999.04 | 359,999.04 | |
| CASH ON HAND | 91710 | 120052 | 515,133.19 | 515,133.19 | |
| CASH ON HAND | 91710 | 120059 | 367,687.17 | 367,687.17 | |
| CASH ON HAND | 91710 | 120065 | 454,230.00 | 454,230.00 | |
| CASH ON HAND | 91710 | 120074 | 366,572.95 | 366,572.95 | |
| CASH ON HAND | 91710 | 120080 | 434,595.88 | 434,595.88 | |
| CASH ON HAND | 91710 | 120082 | 427,152.54 | 427,152.54 | |
| CASH ON HAND | 91710 | 120088 | 407,339.60 | 407,339.60 | |
| CASH ON HAND | 91710 | 120093 | 533,292.80 | 533,292.80 | |
| CASH ON HAND | 91710 | 120099 | 495,683.87 | 495,683.87 | |
| CASH ON HAND | 91710 | 120103 | 555,415.66 | 555,415.66 | |
| CASH ON HAND | 91710 | 120107 | 408,517.26 | 408,517.26 | |
| CASH ON HAND | 91710 | 120111 | 505,319.10 | 505,319.10 | |
| CASH ON HAND | 91710 | 120115 | 526,564.84 | 526,564.84 | |
| CASH ON HAND | 91710 | 120118 | 435,794.19 | 435,794.19 | |
| CASH ON HAND | 91710 | 120122 | 368,863.51 | 368,863.51 | |
| CASH ON HAND | 91710 | 120126 | 330,999.36 | 330,999.36 | |
| CASH ON HAND | 91710 | 120130 | 278,984.47 | 278,984.47 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 91710 | 120134 | 291,917.17 | 291,917.17 | |
| CASH ON HAND | 91710 | 120138 | 314,179.83 | 314,179.83 | |
| CASH ON HAND | 91710 | 120142 | 331,367.58 | 331,367.58 | |
| CASH ON HAND | 91710 | 120146 | 326,398.86 | 326,398.86 | |
| CASH ON HAND | 91710 | 120150 | 305,428.99 | 305,428.99 | |
| CASH ON HAND | 92010 | 120203 | 292,364.85 | 292,364.85 | |
| CASH ON HAND | 92010 | 120207 | 569,184.05 | 569,184.05 | |
| CASH ON HAND | 92010 | 120211 | 351,669.99 | 351,669.99 | |
| CASH ON HAND | 92010 | 120215 | 383,942.51 | 383,942.51 | |
| CASH ON HAND | 92010 | 120219 | 300,481.76 | 300,481.76 | |
| CASH ON HAND | 92010 | 120223 | 292,782.72 | 292,782.72 | |
| CASH ON HAND | 92010 | 120227 | 331,429.28 | 331,429.28 | |
| CASH ON HAND | 92010 | 120231 | 304,576.68 | 304,576.68 | |
| CASH ON HAND | 92010 | 120235 | 346,224.01 | 346,224.01 | |
| CASH ON HAND | 92010 | 120239 | 421,179.36 | 421,179.36 | |
| CASH ON HAND | 92010 | 120243 | 443,796.04 | 443,796.04 | |
| CASH ON HAND | 92010 | 120247 | 373,269.43 | 373,269.43 | |
| CASH ON HAND | 92010 | 120251 | 391,388.54 | 391,388.54 | |
| CASH ON HAND | 92010 | 120255 | 485,654.27 | 485,654.27 | |
| CASH ON HAND | 92010 | 120259 | 285,712.76 | 285,712.76 | |
| CASH ON HAND | 92010 | 120263 | 307,603.53 | 307,603.53 | |
| CASH ON HAND | 92010 | 120267 | 323,935.28 | 323,935.28 | |
| CASH ON HAND | 92010 | 120271 | 471,970.72 | 471,970.72 | |
| CASH ON HAND | 92010 | 120273 | 525,586.44 | 525,586.44 | |
| CASH ON HAND | 92010 | 120276 | 506,384.25 | 506,384.25 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 92010 | 120279 | 265,667.90 | 265,667.90 | |
| CASH ON HAND | 92110 | 120375 | 426,017.27 | 426,017.27 | |
| CASH ON HAND | 92110 | 120380 | 413,767.54 | 413,767.54 | |
| CASH ON HAND | 92110 | 120384 | 334,958.79 | 334,958.79 | |
| CASH ON HAND | 92110 | 120389 | 304,988.11 | 304,988.11 | |
| CASH ON HAND | 92110 | 120392 | 360,457.77 | 360,457.77 | |
| CASH ON HAND | 92210 | 120409 | 410,393.67 | 410,393.67 | |
| CASH ON HAND | 92210 | 120414 | 290,335.56 | 290,335.56 | |
| CASH ON HAND | 92210 | 120418 | 310,306.78 | 310,306.78 | |
| CASH ON HAND | 92210 | 120423 | 286,764.84 | 286,764.84 | |
| CASH ON HAND | 92210 | 120427 | 416,345.36 | 416,345.36 | |
| CASH ON HAND | 92210 | 120433 | 315,770.36 | 315,770.36 | |
| CASH ON HAND | 92210 | 120437 | 312,200.54 | 312,200.54 | |
| CASH ON HAND | 92210 | 120441 | 326,836.36 | 326,836.36 | |
| CASH ON HAND | 92210 | 120445 | 348,343.25 | 348,343.25 | |
| CASH ON HAND | 92210 | 120449 | 431,711.93 | 431,711.93 | |
| CASH ON HAND | 92210 | 120453 | 374,777.18 | 374,777.18 | |
| CASH ON HAND | 92210 | 120457 | 386,192.23 | 386,192.23 | |
| CASH ON HAND | 92210 | 120461 | 437,908.07 | 437,908.07 | |
| CASH ON HAND | 92210 | 120465 | 415,595.06 | 415,595.06 | |
| CASH ON HAND | 92210 | 120469 | 407,562.24 | 407,562.24 | |
| CASH ON HAND | 92210 | 120473 | 259,898.06 | 259,898.06 | |
| CASH ON HAND | 92210 | 120477 | 269,851.76 | 269,851.76 | |
| CASH ON HAND | 92210 | 120481 | 352,704.78 | 352,704.78 | |
| CASH ON HAND | 92210 | 120485 | 343,195.21 | 343,195.21 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 92210 | 120489 | 301,551.36 | 301,551.36 | |
| CASH ON HAND | 92210 | 120493 | 305,518.22 | 305,518.22 | |
| CASH ON HAND | 92210 | 120498 | 337,635.34 | 337,635.34 | |
| CASH ON HAND | 92210 | 120500 | 318,368.76 | 318,368.76 | |
| CASH ON HAND | 92210 | 120502 | 284,742.47 | 284,742.47 | |
| CASH ON HAND | 92210 | 120504 | 444,575.81 | 444,575.81 | |
| CASH ON HAND | 92210 | 120507 | 343,975.27 | 343,975.27 | |
| CASH ON HAND | 92210 | 120524 | 304,194.53 | 304,194.53 | |
| CASH ON HAND | 92210 | 120528 | 372,775.54 | 372,775.54 | |
| CASH ON HAND | 92310 | 120552 | 255,073.59 | 255,073.59 | |
| CASH ON HAND | 92310 | 120556 | 358,464.72 | 358,464.72 | |
| CASH ON HAND | 92310 | 120560 | 280,583.87 | 280,583.87 | |
| CASH ON HAND | 92310 | 120564 | 456,427.27 | 456,427.27 | |
| CASH ON HAND | 92310 | 120568 | 374,698.23 | 374,698.23 | |
| CASH ON HAND | 92310 | 120572 | 438,256.85 | 438,256.85 | |
| CASH ON HAND | 92310 | 120576 | 369,647.43 | 369,647.43 | |
| CASH ON HAND | 92310 | 120580 | 388,177.07 | 388,177.07 | |
| CASH ON HAND | 92310 | 120584 | 410,153.06 | 410,153.06 | |
| CASH ON HAND | 92310 | 120588 | 352,226.30 | 352,226.30 | |
| CASH ON HAND | 92310 | 120592 | 494,889.50 | 494,889.50 | |
| CASH ON HAND | 92310 | 120596 | 384,895.98 | 384,895.98 | |
| CASH ON HAND | 92310 | 120600 | 296,029.72 | 296,029.72 | |
| CASH ON HAND | 92310 | 120600 | 453,549.17 | 453,549.17 | |
| CASH ON HAND | 92310 | 120608 | 355,900.24 | 355,900.24 | |
| CASH ON HAND | 92310 | 120612 | 466,690.96 | 466,690.96 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 92310 | 120616 | 344,001.42 | 344,001.42 | |
| CASH ON HAND | 92310 | 120620 | 470,725.62 | 470,725.62 | |
| CASH ON HAND | 92310 | 120624 | 326,145.48 | 326,145.48 | |
| CASH ON HAND | 92310 | 120628 | 329,621.63 | 329,621.63 | |
| CASH ON HAND | 92310 | 120632 | 400,101.12 | 400,101.12 | |
| CASH ON HAND | 92310 | 120637 | 401,289.85 | 401,289.85 | |
| CASH ON HAND | 92310 | 120641 | 417,796.62 | 417,796.62 | |
| CASH ON HAND | 92310 | 120646 | 430,261.52 | 430,261.52 | |
| CASH ON HAND | 92310 | 120650 | 358,066.50 | 358,066.50 | |
| CASH ON HAND | 92310 | 120655 | 392,627.21 | 392,627.21 | |
| CASH ON HAND | 92410 | 120730 | 365,047.98 | 365,047.98 | |
| CASH ON HAND | 92410 | 120734 | 391,804.44 | 391,804.44 | |
| CASH ON HAND | 92410 | 120738 | 399,968.57 | 399,968.57 | |
| CASH ON HAND | 92410 | 120742 | 458,806.73 | 458,806.73 | |
| CASH ON HAND | 92410 | 120746 | 347,125.03 | 347,125.03 | |
| CASH ON HAND | 92410 | 120750 | 432,003.95 | 432,003.95 | |
| CASH ON HAND | 92410 | 120754 | 417,525.20 | 417,525.20 | |
| CASH ON HAND | 92410 | 120758 | 316,498.77 | 316,498.77 | |
| CASH ON HAND | 92410 | 120762 | 406,166.08 | 406,166.08 | |
| CASH ON HAND | 92410 | 120767 | 282,976.68 | 282,976.68 | |
| CASH ON HAND | 92410 | 120771 | 370,166.29 | 370,166.29 | |
| CASH ON HAND | 92410 | 120775 | 491,188.86 | 491,188.86 | |
| CASH ON HAND | 92410 | 120779 | 379,535.01 | 379,535.01 | |
| CASH ON HAND | 92410 | 120783 | 432,922.56 | 432,922.56 | |
| CASH ON HAND | 92410 | 120788 | 296,227.88 | 296,227.88 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 92510 | 120839 | 178,417.95 | 178,417.95 | |
| CASH ON HAND | 92510 | 120840 | 896,603.43 | 896,603.43 | |
| CASH ON HAND | 92510 | 120841 | 226,356.82 | 226,356.82 | |
| CASH ON HAND | 92510 | 120842 | 353,357.64 | 353,357.64 | |
| CASH ON HAND | 92510 | 120843 | 34,191.28 | | 34,191.28 |
| CASH ON HAND | 92510 | 120844 | 287,147.84 | 287,147.84 | |
| CASH ON HAND | 92510 | 120846 | 1,023.45 | | 1,023.45 |
| CASH ON HAND | 92510 | 120847 | 732,941.84 | 732,941.84 | |
| CASH ON HAND | 92510 | 120847 | 732,941.84 | 732,941.84 | |
| CASH ON HAND | 92510 | 120848 | 190,517.16 | 190,517.16 | |
| CASH ON HAND | 92510 | 120849 | 211,707.74 | 211,707.74 | |
| CASH ON HAND | 92510 | 120850 | 66,861.93 | 66,861.93 | |
| CASH ON HAND | 92710 | 120855 | 363,464.34 | 363,464.34 | |
| CASH ON HAND | 92710 | 120861 | 425,526.68 | 425,526.68 | |
| CASH ON HAND | 92710 | 120865 | 389,879.49 | 389,879.49 | |
| CASH ON HAND | 92710 | 120869 | 431,187.82 | 431,187.82 | |
| CASH ON HAND | 92710 | 120881 | 493,940.28 | 493,940.28 | |
| CASH ON HAND | 92710 | 120885 | 368,047.66 | 368,047.66 | |
| CASH ON HAND | 92710 | 120889 | 436,823.17 | 436,823.17 | |
| CASH ON HAND | 92710 | 120893 | 385,967.78 | 385,967.78 | |
| CASH ON HAND | 92710 | 120898 | 240,931.06 | 240,931.06 | |
| CASH ON HAND | 92710 | 120902 | 461,020.88 | 461,020.88 | |
| CASH ON HAND | 92710 | 120908 | 344,778.22 | 344,778.22 | |
| CASH ON HAND | 92710 | 120914 | 391,965.18 | 391,965.18 | |
| CASH ON HAND | 92710 | 120918 | 383,695.60 | 383,695.60 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 92710 | 120922 | 414,407.62 | 414,407.62 | |
| CASH ON HAND | 92710 | 120929 | 398,821.02 | 398,821.02 | |
| CASH ON HAND | 92710 | 120933 | 299,044.48 | 299,044.48 | |
| CASH ON HAND | 92710 | 120937 | 499,785.87 | 499,785.87 | |
| CASH ON HAND | 92710 | 120941 | 327,047.79 | 327,047.79 | |
| CASH ON HAND | 92710 | 120943 | 299,513.41 | 299,513.41 | |
| CASH ON HAND | 92710 | 120945 | 269,529.90 | 269,529.90 | |
| CASH ON HAND | 92710 | 120947 | 285,153.88 | 285,153.88 | |
| CASH ON HAND | 92710 | 120951 | 375,911.01 | 375,911.01 | |
| CASH ON HAND | 92810 | 120963 | 436,755.07 | 436,755.07 | |
| CASH ON HAND | 92810 | 120967 | 377,453.56 | 377,453.56 | |
| CASH ON HAND | 92810 | 120971 | 420,204.56 | 420,204.56 | |
| CASH ON HAND | 92810 | 120976 | 360,036.50 | 360,036.50 | |
| CASH ON HAND | 92810 | 120981 | 492,922.27 | 492,922.27 | |
| CASH ON HAND | 92810 | 120985 | 293,918.60 | 293,918.60 | |
| CASH ON HAND | 92810 | 120989 | 405,932.27 | 405,932.27 | |
| CASH ON HAND | 92810 | 120993 | 413,465.82 | 413,465.82 | |
| CASH ON HAND | 92810 | 120997 | 373,711.68 | 373,711.68 | |
| CASH ON HAND | 92810 | 121001 | 420,960.73 | 420,960.73 | |
| CASH ON HAND | 92810 | 121005 | 418,412.20 | 418,412.20 | |
| CASH ON HAND | 92810 | 121010 | 319,230.99 | 319,230.99 | |
| CASH ON HAND | 92810 | 121014 | 359,678.40 | 359,678.40 | |
| CASH ON HAND | 92810 | 121018 | 307,682.32 | 307,682.32 | |
| CASH ON HAND | 92810 | 121021 | 415,017.92 | 415,017.92 | |
| CASH ON HAND | 92810 | 121024 | 397,456.46 | 397,456.46 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 92810 | 121025 | 4,991.50 | | 4,991.50 |
| CASH ON HAND | 92810 | 121028 | 441,152.09 | 441,152.09 | |
| CASH ON HAND | 92910 | 121157 | 639,128.23 | 639,128.23 | |
| CASH ON HAND | 92910 | 121158 | 620,871.77 | 620,871.77 | |
| CASH ON HAND | 92910 | 121159 | 808,245.79 | 808,245.79 | |
| CASH ON HAND | 92910 | 121160 | 621,754.21 | 621,754.21 | |
| CASH ON HAND | 92910 | 121161 | 624,598.01 | 624,598.01 | |
| CASH ON HAND | 92910 | 121162 | 825,401.99 | 825,401.99 | |
| CASH ON HAND | 92910 | 121163 | 951,254.76 | 951,254.76 | |
| CASH ON HAND | 92910 | 121164 | 473,745.24 | 473,745.24 | |
| CASH ON HAND | 92910 | 121165 | 553,550.14 | 553,550.14 | |
| CASH ON HAND | 92910 | 121166 | 590,125.69 | 590,125.69 | |
| CASH ON HAND | 92910 | 121184 | 400,000.00 | 400,000.00 | |
| CASH ON HAND | 93010 | 121193 | 896,603.43 | 896,603.43 | |
| CASH ON HAND | 93010 | 121201 | 400,000.00 | 400,000.00 | |
| CASH ON HAND | 93010 | 121204 | 620,871.77 | 620,871.77 | |
| CASH ON HAND | 93010 | 121209 | 808,245.79 | 808,245.79 | |
| CASH ON HAND | 93010 | 121214 | 621,754.21 | 621,754.21 | |
| CASH ON HAND | 93010 | 121219 | 506,582.97 | 506,582.97 | |
| CASH ON HAND | 93010 | 121271 | 624,598.01 | 624,598.01 | |
| CASH ON HAND | 93010 | 121273 | 318,819.02 | 318,819.02 | |
| CASH ON HAND | 93010 | 121276 | 553,550.14 | 553,550.14 | |
| CASH ON HAND | 93010 | 121278 | 473,745.24 | 473,745.24 | |
| CASH ON HAND | 93010 | 121280 | 590,125.69 | 590,125.69 | |
| CASH ON HAND | 93010 | 121282 | 951,254.76 | 951,254.76 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# September, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 93010 | 121284 | 639,128.23 | 639,128.23 | |
| CASH ON HAND | 93010 | 121286 | 257,379.09 | 257,379.09 | |
| CASH ON HAND | 93010 | 121288 | 907,068.53 | 907,068.53 | |
| CASH ON HAND | 93010 | 121293 | 436,238.99 | 436,238.99 | |
| CASH ON HAND | 93010 | 121299 | 388,716.65 | 388,716.65 | |
| CASH ON HAND | 93010 | 121303 | 443,359.92 | 443,359.92 | |
| CASH ON HAND | 93010 | 121307 | 391,171.43 | 391,171.43 | |
| CASH ON HAND | 93010 | 121310 | 437,036.43 | 437,036.43 | |
| | | | 189,039,885.00 | 188,999,678.77 | 40,206.23 |