Exhibit J

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 100110 | 121347 | 245,099.41 | 245,099.41 | |
| CASH ON HAND | 100110 | 121353 | 289,400.87 | 289,400.87 | |
| CASH ON HAND | 100110 | 121357 | 519,429.00 | 519,429.00 | |
| CASH ON HAND | 100110 | 121359 | 417,548.83 | 417,548.83 | |
| CASH ON HAND | 100110 | 121365 | 540,647.95 | 540,647.95 | |
| CASH ON HAND | 100110 | 121369 | 484,165.36 | 484,165.36 | |
| CASH ON HAND | 100110 | 121372 | 367,691.46 | 367,691.46 | |
| CASH ON HAND | 100110 | 121374 | 500,000.00 | 500,000.00 | |
| CASH ON HAND | 100110 | 121376 | 907,068.53 | 907,068.53 | |
| CASH ON HAND | 100110 | 121378 | 896,507.32 | 896,507.32 | |
| CASH ON HAND | 100110 | 121380 | 951,254.76 | 951,254.76 | |
| CASH ON HAND | 100110 | 121382 | 908,944.71 | 908,944.71 | |
| CASH ON HAND | 100110 | 121384 | 624,598.01 | 624,598.01 | |
| CASH ON HAND | 100110 | 121386 | 910,781.67 | 910,781.67 | |
| CASH ON HAND | 100110 | 121388 | 942,266.79 | 942,266.79 | |
| CASH ON HAND | 100110 | 121390 | 834,531.35 | 834,531.35 | |
| CASH ON HAND | 100110 | 121393 | 436,238.99 | 436,238.99 | |
| CASH ON HAND | 100410 | 121434 | 306,929.01 | 306,929.01 | |
| CASH ON HAND | 100410 | 121438 | 448,004.96 | 448,004.96 | |
| CASH ON HAND | 100410 | 121443 | 288,069.00 | 288,069.00 | |
| CASH ON HAND | 100410 | 121447 | 386,372.94 | 386,372.94 | |
| CASH ON HAND | 100410 | 121451 | 389,091.94 | 389,091.94 | |
| CASH ON HAND | 100410 | 121455 | 448,158.88 | 448,158.88 | |
| CASH ON HAND | 100410 | 121459 | 339,267.65 | 339,267.65 | |
| CASH ON HAND | 100410 | 121463 | 284,590.03 | 284,590.03 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 100410 | 121468 | 401,670.65 | 401,670.65 | |
| CASH ON HAND | 100410 | 121472 | 422,204.21 | 422,204.21 | |
| CASH ON HAND | 100410 | 121476 | 372,117.71 | 372,117.71 | |
| CASH ON HAND | 100410 | 121480 | 465,515.76 | 465,515.76 | |
| CASH ON HAND | 100410 | 121482 | 498,352.70 | 498,352.70 | |
| CASH ON HAND | 100410 | 121484 | 910,781.67 | 910,781.67 | |
| CASH ON HAND | 100410 | 121487 | 951,254.76 | 951,254.76 | |
| CASH ON HAND | 100410 | 121489 | 908,944.71 | 908,944.71 | |
| CASH ON HAND | 100410 | 121492 | 896,507.32 | 896,507.32 | |
| CASH ON HAND | 100410 | 121496 | 834,531.35 | 834,531.35 | |
| CASH ON HAND | 100410 | 121501 | 540,647.95 | 540,647.95 | |
| CASH ON HAND | 100410 | 121504 | 942,266.79 | 942,266.79 | |
| CASH ON HAND | 100410 | 121506 | 853,787.52 | 853,787.52 | |
| CASH ON HAND | 100410 | 121510 | 519,429.00 | 519,429.00 | |
| CASH ON HAND | 100410 | 121514 | 902,191.74 | 902,191.74 | |
| CASH ON HAND | 100410 | 121518 | 624,598.01 | 624,598.01 | |
| CASH ON HAND | 100510 | 121553 | 907,068.53 | 907,068.53 | |
| CASH ON HAND | 100510 | 121557 | 984,810.67 | 984,810.67 | |
| CASH ON HAND | 100510 | 121562 | 942,266.79 | 942,266.79 | |
| CASH ON HAND | 100510 | 121565 | 451,735.43 | 451,735.43 | |
| CASH ON HAND | 100510 | 121568 | 459,046.24 | 459,046.24 | |
| CASH ON HAND | 100510 | 121571 | 951,254.76 | 951,254.76 | |
| CASH ON HAND | 100510 | 121573 | 775,464.88 | 775,464.88 | |
| CASH ON HAND | 100510 | 121577 | 998,352.70 | 998,352.70 | |
| CASH ON HAND | 100510 | 121617 | 891.63 | | 891.63 |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 100610 | 121646 | 775,464.88 | 775,464.88 | |
| CASH ON HAND | 100610 | 121650 | 951,254.76 | 951,254.76 | |
| CASH ON HAND | 100610 | 121654 | 910,781.67 | 910,781.67 | |
| CASH ON HAND | 100610 | 121656 | 942,266.79 | 942,266.79 | |
| CASH ON HAND | 100610 | 121658 | 984,810.67 | 984,810.67 | |
| CASH ON HAND | 100610 | 121660 | 907,068.53 | 907,068.53 | |
| CASH ON HAND | 100610 | 121662 | 834,531.35 | 834,531.35 | |
| CASH ON HAND | 100610 | 121664 | 896,507.32 | 896,507.32 | |
| CASH ON HAND | 100610 | 121667 | 908,944.71 | 908,944.71 | |
| CASH ON HAND | 100610 | 121671 | 853,787.52 | 853,787.52 | |
| CASH ON HAND | 100610 | 121674 | 519,429.00 | 519,429.00 | |
| CASH ON HAND | 100610 | 121677 | 998,352.70 | 998,352.70 | |
| CASH ON HAND | 100610 | 121680 | 902,191.74 | 902,191.74 | |
| CASH ON HAND | 100610 | 121684 | 736,073.96 | 736,073.96 | |
| CASH ON HAND | 100610 | 121687 | 450,000.00 | 450,000.00 | |
| CASH ON HAND | 100710 | 121743 | 247,848.70 | 247,848.70 | |
| CASH ON HAND | 100710 | 121753 | 504,229.78 | 504,229.78 | |
| CASH ON HAND | 100710 | 121759 | 453,175.53 | 453,175.53 | |
| CASH ON HAND | 100710 | 121765 | 734,418.82 | 734,418.82 | |
| CASH ON HAND | 100710 | 121769 | 662,867.33 | 662,867.33 | |
| CASH ON HAND | 100710 | 121772 | 574,721.26 | 574,721.26 | |
| CASH ON HAND | 100710 | 121776 | 893,055.80 | 893,055.80 | |
| CASH ON HAND | 100710 | 121780 | 787,812.87 | 787,812.87 | |
| CASH ON HAND | 100710 | 121784 | 653,202.91 | 653,202.91 | |
| CASH ON HAND | 100710 | 121787 | 499,830.51 | 499,830.51 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 100710 | 121792 | 739,147.49 | 739,147.49 | |
| CASH ON HAND | 100710 | 121798 | 622,962.55 | 622,962.55 | |
| CASH ON HAND | 100710 | 121802 | 611,490.94 | 611,490.94 | |
| CASH ON HAND | 100710 | 121807 | 519,255.10 | 519,255.10 | |
| CASH ON HAND | 100710 | 121812 | 632,781.17 | 632,781.17 | |
| CASH ON HAND | 100710 | 121816 | 659,224.98 | 659,224.98 | |
| CASH ON HAND | 100710 | 121821 | 671,281.24 | 671,281.24 | |
| CASH ON HAND | 100710 | 121825 | 660,374.08 | 660,374.08 | |
| CASH ON HAND | 100710 | 121830 | 662,933.46 | 662,933.46 | |
| CASH ON HAND | 100710 | 121836 | 573,698.00 | 573,698.00 | |
| CASH ON HAND | 100710 | 121850 | 247,482.65 | 247,482.65 | |
| CASH ON HAND | 100710 | 121857 | 840,272.60 | 840,272.60 | |
| CASH ON HAND | 100710 | 121860 | 789,950.82 | 789,950.82 | |
| CASH ON HAND | 100710 | 121866 | 723,303.69 | 723,303.69 | |
| CASH ON HAND | 100710 | 121869 | 521,591.14 | 521,591.14 | |
| CASH ON HAND | 100710 | 121876 | 678,524.63 | 678,524.63 | |
| CASH ON HAND | 100710 | 121879 | 740,297.32 | 740,297.32 | |
| CASH ON HAND | 100710 | 121883 | 727,457.99 | 727,457.99 | |
| CASH ON HAND | 100710 | 121887 | 842,073.48 | 842,073.48 | |
| CASH ON HAND | 100710 | 121892 | 714,461.51 | 714,461.51 | |
| CASH ON HAND | 100810 | 121901 | 669,604.43 | 669,604.43 | |
| CASH ON HAND | 100810 | 121905 | 725,783.26 | 725,783.26 | |
| CASH ON HAND | 100810 | 121912 | 711,522.24 | 711,522.24 | |
| CASH ON HAND | 100810 | 121916 | 517,552.00 | 517,552.00 | |
| CASH ON HAND | 100810 | 121924 | 777,745.90 | 777,745.90 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 100810 | 121927 | 745,173.26 | 745,173.26 | |
| CASH ON HAND | 100810 | 121932 | 622,723.31 | 622,723.31 | |
| CASH ON HAND | 100810 | 121940 | 786,832.69 | 786,832.69 | |
| CASH ON HAND | 100810 | 121954 | 686,719.91 | 686,719.91 | |
| CASH ON HAND | 101110 | 121987 | 730,000.00 | 730,000.00 | |
| CASH ON HAND | 101110 | 121992 | 900,000.00 | 900,000.00 | |
| CASH ON HAND | 101110 | 121996 | 898,994.46 | 898,994.46 | |
| CASH ON HAND | 101110 | 122000 | 899,577.24 | 899,577.24 | |
| CASH ON HAND | 101110 | 122004 | 822,537.93 | 822,537.93 | |
| CASH ON HAND | 101110 | 122008 | 805,000.00 | 805,000.00 | |
| CASH ON HAND | 101110 | 122015 | 900,000.00 | 900,000.00 | |
| CASH ON HAND | 101110 | 122017 | 894,278.83 | 894,278.83 | |
| CASH ON HAND | 101110 | 122021 | 300,000.00 | 300,000.00 | |
| CASH ON HAND | 101110 | 122023 | 680,000.00 | 680,000.00 | |
| CASH ON HAND | 101110 | 122026 | 797,912.04 | 797,912.04 | |
| CASH ON HAND | 101110 | 122028 | 853,797.54 | 853,797.54 | |
| CASH ON HAND | 101110 | 122030 | 791,000.00 | 791,000.00 | |
| CASH ON HAND | 101110 | 122032 | 812,885.45 | 812,885.45 | |
| CASH ON HAND | 101110 | 122034 | 800,000.00 | 800,000.00 | |
| CASH ON HAND | 101110 | 122036 | 895,000.00 | 895,000.00 | |
| CASH ON HAND | 101110 | 122041 | 461,568.40 | 461,568.40 | |
| CASH ON HAND | 101110 | 122046 | 456,659.27 | 456,659.27 | |
| CASH ON HAND | 101310 | 122161 | 997,912.40 | 997,912.40 | |
| CASH ON HAND | 101310 | 122171 | 836,946.36 | 836,946.36 | |
| CASH ON HAND | 101310 | 122180 | 998,994.46 | 998,994.46 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
### October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 101310 | 122188 | 691,820.38 | 691,820.38 | |
| CASH ON HAND | 101310 | 122198 | 992,537.93 | 992,537.93 | |
| CASH ON HAND | 101310 | 122240 | 313,363.44 | 313,363.44 | |
| CASH ON HAND | 101310 | 122244 | 286,707.56 | 286,707.56 | |
| CASH ON HAND | 101310 | 122248 | 293,506.35 | 293,506.35 | |
| CASH ON HAND | 101310 | 122252 | 444,074.80 | 444,074.80 | |
| CASH ON HAND | 101310 | 122258 | 434,068.62 | 434,068.62 | |
| CASH ON HAND | 101310 | 122262 | 509,558.80 | 509,558.80 | |
| CASH ON HAND | 101310 | 122266 | 478,679.58 | 478,679.58 | |
| CASH ON HAND | 101310 | 122270 | 518,569.54 | 518,569.54 | |
| CASH ON HAND | 101310 | 122274 | 600,325.89 | 600,325.89 | |
| CASH ON HAND | 101310 | 122278 | 329,028.04 | 329,028.04 | |
| CASH ON HAND | 101310 | 122280 | 462,385.28 | 462,385.28 | |
| CASH ON HAND | 101310 | 122284 | 522,397.55 | 522,397.55 | |
| CASH ON HAND | 101310 | 122286 | 506,112.00 | 506,112.00 | |
| CASH ON HAND | 101310 | 122288 | 447,685.45 | 447,685.45 | |
| CASH ON HAND | 101310 | 122290 | 577,451.23 | 577,451.23 | |
| CASH ON HAND | 101310 | 122293 | 361,174.98 | 361,174.98 | |
| CASH ON HAND | 101410 | 122305 | 380,706.24 | 380,706.24 | |
| CASH ON HAND | 101410 | 122307 | 484,535.21 | 484,535.21 | |
| CASH ON HAND | 101410 | 122311 | 401,834.43 | 401,834.43 | |
| CASH ON HAND | 101410 | 122315 | 435,320.62 | 435,320.62 | |
| CASH ON HAND | 101410 | 122319 | 389,397.83 | 389,397.83 | |
| CASH ON HAND | 101410 | 122323 | 537,739.84 | 537,739.84 | |
| CASH ON HAND | 101410 | 122327 | 308,888.44 | 308,888.44 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 101410 | 122332 | 348,320.99 | 348,320.99 | |
| CASH ON HAND | 101410 | 122336 | 282,613.01 | 282,613.01 | |
| CASH ON HAND | 101410 | 122341 | 331,763.10 | 331,763.10 | |
| CASH ON HAND | 101410 | 122344 | 435,332.75 | 435,332.75 | |
| CASH ON HAND | 101410 | 122348 | 458,244.60 | 458,244.60 | |
| CASH ON HAND | 101410 | 122352 | 512,889.03 | 512,889.03 | |
| CASH ON HAND | 101410 | 122356 | 258,358.75 | 258,358.75 | |
| CASH ON HAND | 101410 | 122360 | 454,011.52 | 454,011.52 | |
| CASH ON HAND | 101410 | 122365 | 411,232.77 | 411,232.77 | |
| CASH ON HAND | 101410 | 122389 | 901,856.43 | 901,856.43 | |
| CASH ON HAND | 101410 | 122393 | 555,631.34 | 555,631.34 | |
| CASH ON HAND | 101410 | 122398 | 346,225.09 | 346,225.09 | |
| CASH ON HAND | 101410 | 122403 | 524,789.33 | 524,789.33 | |
| CASH ON HAND | 101410 | 122407 | 401,856.32 | 401,856.32 | |
| CASH ON HAND | 101410 | 122411 | 503,743.41 | 503,743.41 | |
| CASH ON HAND | 101410 | 122415 | 418,790.47 | 418,790.47 | |
| CASH ON HAND | 101410 | 122420 | 640,520.35 | 640,520.35 | |
| CASH ON HAND | 101410 | 122423 | 288,760.05 | 288,760.05 | |
| CASH ON HAND | 101410 | 122425 | 519,615.90 | 519,615.90 | |
| CASH ON HAND | 101410 | 122427 | 426,318.25 | 426,318.25 | |
| CASH ON HAND | 101410 | 122430 | 596,023.67 | 596,023.67 | |
| CASH ON HAND | 101410 | 122432 | 388,759.16 | 388,759.16 | |
| CASH ON HAND | 101510 | 122438 | 606,552.51 | 606,552.51 | |
| CASH ON HAND | 101510 | 122444 | 270,511.98 | 270,511.98 | |
| CASH ON HAND | 101510 | 122450 | 438,310.67 | 438,310.67 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 101510 | 122455 | 404,815.85 | 404,815.85 | |
| CASH ON HAND | 101510 | 122460 | 619,528.44 | 619,528.44 | |
| CASH ON HAND | 101510 | 122465 | 307,598.45 | 307,598.45 | |
| CASH ON HAND | 101510 | 122467 | 648,584.63 | 648,584.63 | |
| CASH ON HAND | 101510 | 122469 | 327,019.64 | 327,019.64 | |
| CASH ON HAND | 101510 | 122471 | 692,379.59 | 692,379.59 | |
| CASH ON HAND | 101510 | 122474 | 276,890.26 | 276,890.26 | |
| CASH ON HAND | 101510 | 122476 | 487,845.83 | 487,845.83 | |
| CASH ON HAND | 101510 | 122479 | 403,989.54 | 403,989.54 | |
| CASH ON HAND | 101510 | 122491 | 508,209.00 | 508,209.00 | |
| CASH ON HAND | 101510 | 122495 | 290,030.00 | 290,030.00 | |
| CASH ON HAND | 101510 | 122515 | 514,182.00 | 514,182.00 | |
| CASH ON HAND | 101510 | 122523 | 492,786.84 | 492,786.84 | |
| CASH ON HAND | 101510 | 122527 | 473,461.85 | 473,461.85 | |
| CASH ON HAND | 101510 | 122534 | 473,058.59 | 473,058.59 | |
| CASH ON HAND | 101510 | 122541 | 512,480.14 | 512,480.14 | |
| CASH ON HAND | 101810 | 122565 | 486,820.36 | 486,820.36 | |
| CASH ON HAND | 101810 | 122570 | 431,708.62 | 431,708.62 | |
| CASH ON HAND | 101810 | 122573 | 477,983.91 | 477,983.91 | |
| CASH ON HAND | 101810 | 122576 | 423,872.52 | 423,872.52 | |
| CASH ON HAND | 101810 | 122579 | 386,340.17 | 386,340.17 | |
| CASH ON HAND | 101810 | 122581 | 418,535.17 | 418,535.17 | |
| CASH ON HAND | 101810 | 122583 | 465,201.15 | 465,201.15 | |
| CASH ON HAND | 101810 | 122588 | 524,588.52 | 524,588.52 | |
| CASH ON HAND | 101810 | 122619 | 477,834.56 | 477,834.56 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 101810 | 122624 | 459,095.95 | 459,095.95 | |
| CASH ON HAND | 101810 | 122628 | 519,487.49 | 519,487.49 | |
| CASH ON HAND | 101810 | 122632 | 479,526.91 | 479,526.91 | |
| CASH ON HAND | 101810 | 122636 | 469,494.01 | 469,494.01 | |
| CASH ON HAND | 101810 | 122640 | 486,648.06 | 486,648.06 | |
| CASH ON HAND | 101810 | 122644 | 467,563.82 | 467,563.82 | |
| CASH ON HAND | 101810 | 122647 | 396,435.45 | 396,435.45 | |
| CASH ON HAND | 101810 | 122650 | 360,937.46 | 360,937.46 | |
| CASH ON HAND | 101810 | 122652 | 378,914.91 | 378,914.91 | |
| CASH ON HAND | 101810 | 122654 | 317,362.41 | 317,362.41 | |
| CASH ON HAND | 101810 | 122657 | 286,727.00 | 286,727.00 | |
| CASH ON HAND | 101810 | 122660 | 273,473.20 | 273,473.20 | |
| CASH ON HAND | 101810 | 122661 | 508,618.50 | 508,618.50 | |
| CASH ON HAND | 101910 | 122665 | 498,330.95 | 498,330.95 | |
| CASH ON HAND | 101910 | 122669 | 478,788.56 | 478,788.56 | |
| CASH ON HAND | 101910 | 122673 | 188,410.45 | 188,410.45 | |
| CASH ON HAND | 101910 | 122676 | 181,021.80 | 181,021.80 | |
| CASH ON HAND | 101910 | 122683 | 440,328.96 | 440,328.96 | |
| CASH ON HAND | 101910 | 122686 | 423,061.14 | 423,061.14 | |
| CASH ON HAND | 101910 | 122731 | 443,460.75 | 443,460.75 | |
| CASH ON HAND | 101910 | 122735 | 467,294.59 | 467,294.59 | |
| CASH ON HAND | 101910 | 122739 | 482,372.10 | 482,372.10 | |
| CASH ON HAND | 101910 | 122743 | 479,196.30 | 479,196.30 | |
| CASH ON HAND | 101910 | 122751 | 503,372.45 | 503,372.45 | |
| CASH ON HAND | 101910 | 122756 | 483,632.34 | 483,632.34 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 101910 | 122760 | 511,852.10 | 511,852.10 | |
| CASH ON HAND | 101910 | 122764 | 472,478.85 | 472,478.85 | |
| CASH ON HAND | 101910 | 122768 | 508,136.19 | 508,136.19 | |
| CASH ON HAND | 101910 | 122771 | 488,209.27 | 488,209.27 | |
| CASH ON HAND | 102010 | 122790 | 419,016.82 | 419,016.82 | |
| CASH ON HAND | 102010 | 122794 | 402,584.78 | 402,584.78 | |
| CASH ON HAND | 102010 | 122796 | 467,049.84 | 467,049.84 | |
| CASH ON HAND | 102010 | 122798 | 448,734.16 | 448,734.16 | |
| CASH ON HAND | 102010 | 122803 | 471,024.64 | 471,024.64 | |
| CASH ON HAND | 102010 | 122806 | 434,791.96 | 434,791.96 | |
| CASH ON HAND | 102010 | 122838 | 408,152.00 | 408,152.00 | |
| CASH ON HAND | 102010 | 122843 | 368,962.68 | 368,962.68 | |
| CASH ON HAND | 102010 | 122848 | 382,119.31 | 382,119.31 | |
| CASH ON HAND | 102010 | 122852 | 449,475.52 | 449,475.52 | |
| CASH ON HAND | 102010 | 122856 | 295,300.08 | 295,300.08 | |
| CASH ON HAND | 102010 | 122858 | 503,001.28 | 503,001.28 | |
| CASH ON HAND | 102010 | 122862 | 483,275.73 | 483,275.73 | |
| CASH ON HAND | 102010 | 122866 | 2,000.00 | | 2,000.00 |
| CASH ON HAND | 102010 | 122870 | 480,413.57 | 480,413.57 | |
| CASH ON HAND | 102010 | 122874 | 443,458.68 | 443,458.68 | |
| CASH ON HAND | 102010 | 122878 | 485,753.86 | 485,753.86 | |
| CASH ON HAND | 102010 | 122881 | 466,704.69 | 466,704.69 | |
| CASH ON HAND | 102010 | 122883 | 504,064.80 | 504,064.80 | |
| CASH ON HAND | 102010 | 122886 | 484,297.54 | 484,297.54 | |
| CASH ON HAND | 102010 | 122888 | 495,964.08 | 495,964.08 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
### October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102110 | 122906 | 476,514.50 | 476,514.50 | |
| CASH ON HAND | 102110 | 122911 | 516,693.19 | 516,693.19 | |
| CASH ON HAND | 102110 | 122915 | 476,947.56 | 476,947.56 | |
| CASH ON HAND | 102110 | 122920 | 499,780.27 | 499,780.27 | |
| CASH ON HAND | 102110 | 122923 | 480,181.03 | 480,181.03 | |
| CASH ON HAND | 102110 | 122925 | 421,561.84 | 421,561.84 | |
| CASH ON HAND | 102110 | 122928 | 405,029.99 | 405,029.99 | |
| CASH ON HAND | 102110 | 122932 | 322,880.60 | 322,880.60 | |
| CASH ON HAND | 102110 | 122935 | 298,043.62 | 298,043.62 | |
| CASH ON HAND | 102110 | 122938 | 295,812.75 | 295,812.75 | |
| CASH ON HAND | 102110 | 122941 | 284,212.25 | 284,212.25 | |
| CASH ON HAND | 102110 | 122969 | 371,062.52 | 371,062.52 | |
| CASH ON HAND | 102110 | 122971 | 259,921.88 | 259,921.88 | |
| CASH ON HAND | 102110 | 122974 | 357,610.88 | 357,610.88 | |
| CASH ON HAND | 102110 | 122979 | 421,174.00 | 421,174.00 | |
| CASH ON HAND | 102110 | 122990 | 470,199.45 | 470,199.45 | |
| CASH ON HAND | 102110 | 122994 | 451,760.25 | 451,760.25 | |
| CASH ON HAND | 102110 | 122998 | 498,013.76 | 498,013.76 | |
| CASH ON HAND | 102110 | 123002 | 478,483.80 | 478,483.80 | |
| CASH ON HAND | 102110 | 123006 | 467,513.53 | 467,513.53 | |
| CASH ON HAND | 102110 | 123010 | 449,179.66 | 449,179.66 | |
| CASH ON HAND | 102110 | 123014 | 470,669.11 | 470,669.11 | |
| CASH ON HAND | 102110 | 123018 | 452,211.49 | 452,211.49 | |
| CASH ON HAND | 102110 | 123020 | 507,781.03 | 507,781.03 | |
| CASH ON HAND | 102110 | 123022 | 487,868.05 | 487,868.05 | |

Oct10

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102110 | 123024 | 517,551.78 | 517,551.78 | |
| CASH ON HAND | 102110 | 123026 | 477,740.10 | 477,740.10 | |
| CASH ON HAND | 102110 | 123028 | 464,520.57 | 464,520.57 | |
| CASH ON HAND | 102110 | 123035 | 446,304.07 | 446,304.07 | |
| CASH ON HAND | 102210 | 123054 | 500,678.89 | 500,678.89 | |
| CASH ON HAND | 102210 | 123058 | 481,044.42 | 481,044.42 | |
| CASH ON HAND | 102210 | 123062 | 494,521.82 | 494,521.82 | |
| CASH ON HAND | 102210 | 123067 | 475,128.80 | 475,128.80 | |
| CASH ON HAND | 102210 | 123072 | 517,513.92 | 517,513.92 | |
| CASH ON HAND | 102210 | 123076 | 477,705.15 | 477,705.15 | |
| CASH ON HAND | 102210 | 123080 | 464,921.73 | 464,921.73 | |
| CASH ON HAND | 102210 | 123086 | 446,689.49 | 446,689.49 | |
| CASH ON HAND | 102210 | 123089 | 488,609.13 | 488,609.13 | |
| CASH ON HAND | 102210 | 123091 | 469,447.98 | 469,447.98 | |
| CASH ON HAND | 102210 | 123093 | 125,687.40 | 125,687.40 | |
| CASH ON HAND | 102210 | 123096 | 120,758.48 | 120,758.48 | |
| CASH ON HAND | 102210 | 123106 | 459,346.24 | 459,346.24 | |
| CASH ON HAND | 102210 | 123112 | 441,332.65 | 441,332.65 | |
| CASH ON HAND | 102210 | 123116 | 476,698.43 | 476,698.43 | |
| CASH ON HAND | 102210 | 123120 | 458,004.36 | 458,004.36 | |
| CASH ON HAND | 102210 | 123124 | 475,705.19 | 475,705.19 | |
| CASH ON HAND | 102210 | 123128 | 439,112.48 | 439,112.48 | |
| CASH ON HAND | 102210 | 123134 | 518,297.25 | 518,297.25 | |
| CASH ON HAND | 102210 | 123139 | 478,428.22 | 478,428.22 | |
| CASH ON HAND | 102210 | 123142 | 482,615.08 | 482,615.08 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then _deposit date_ ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102210 | 123146 | 463,688.99 | 463,688.99 | |
| CASH ON HAND | 102210 | 123150 | 457,716.75 | 457,716.75 | |
| CASH ON HAND | 102210 | 123152 | 439,767.06 | 439,767.06 | |
| CASH ON HAND | 102210 | 123155 | 470,005.12 | 470,005.12 | |
| CASH ON HAND | 102210 | 123160 | 451,573.53 | 451,573.53 | |
| CASH ON HAND | 102510 | 123172 | 504,112.91 | 504,112.91 | |
| CASH ON HAND | 102510 | 123176 | 465,334.98 | 465,334.98 | |
| CASH ON HAND | 102510 | 123180 | 477,126.93 | 477,126.93 | |
| CASH ON HAND | 102510 | 123184 | 440,424.85 | 440,424.85 | |
| CASH ON HAND | 102510 | 123188 | 427,954.93 | 427,954.93 | |
| CASH ON HAND | 102510 | 123192 | 395,035.32 | 395,035.32 | |
| CASH ON HAND | 102510 | 123196 | 504,915.56 | 504,915.56 | |
| CASH ON HAND | 102510 | 123200 | 466,075.89 | 466,075.89 | |
| CASH ON HAND | 102510 | 123202 | 171,753.71 | 171,753.71 | |
| CASH ON HAND | 102510 | 123206 | 165,018.26 | 165,018.26 | |
| CASH ON HAND | 102510 | 123209 | 483,744.28 | 483,744.28 | |
| CASH ON HAND | 102510 | 123213 | 446,533.18 | 446,533.18 | |
| CASH ON HAND | 102510 | 123246 | 433,650.71 | 433,650.71 | |
| CASH ON HAND | 102510 | 123252 | 400,292.96 | 400,292.96 | |
| CASH ON HAND | 102510 | 123256 | 469,954.64 | 469,954.64 | |
| CASH ON HAND | 102510 | 123260 | 451,525.03 | 451,525.03 | |
| CASH ON HAND | 102510 | 123264 | 505,699.30 | 505,699.30 | |
| CASH ON HAND | 102510 | 123268 | 466,799.34 | 466,799.34 | |
| CASH ON HAND | 102510 | 123272 | 467,490.47 | 467,490.47 | |
| CASH ON HAND | 102510 | 123275 | 449,157.50 | 449,157.50 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102510 | 123277 | 497,509.04 | 497,509.04 | |
| CASH ON HAND | 102510 | 123280 | 477,998.87 | 477,998.87 | |
| CASH ON HAND | 102610 | 123282 | 493,342.56 | 493,342.56 | |
| CASH ON HAND | 102610 | 123296 | 473,995.78 | 473,995.78 | |
| CASH ON HAND | 102610 | 123301 | 133,443.41 | 133,443.41 | |
| CASH ON HAND | 102610 | 123305 | 128,210.33 | 128,210.33 | |
| CASH ON HAND | 102610 | 123307 | 475,148.82 | 475,148.82 | |
| CASH ON HAND | 102610 | 123313 | 456,515.53 | 456,515.53 | |
| CASH ON HAND | 102610 | 123316 | 498,352.82 | 498,352.82 | |
| CASH ON HAND | 102610 | 123320 | 478,809.57 | 478,809.57 | |
| CASH ON HAND | 102610 | 123324 | 507,683.50 | 507,683.50 | |
| CASH ON HAND | 102610 | 123328 | 487,774.33 | 487,774.33 | |
| CASH ON HAND | 102610 | 123330 | 495,530.25 | 495,530.25 | |
| CASH ON HAND | 102610 | 123335 | 476,097.68 | 476,097.68 | |
| CASH ON HAND | 102610 | 123342 | 391,287.60 | 391,287.60 | |
| CASH ON HAND | 102610 | 123346 | 533,497.80 | 533,497.80 | |
| CASH ON HAND | 102610 | 123350 | 513,873.60 | 513,873.60 | |
| CASH ON HAND | 102610 | 123354 | 446,828.24 | 446,828.24 | |
| CASH ON HAND | 102610 | 123359 | 316,585.94 | 316,585.94 | |
| CASH ON HAND | 102610 | 123363 | 292,934.06 | 292,934.06 | |
| CASH ON HAND | 102610 | 123365 | 385,178.51 | 385,178.51 | |
| CASH ON HAND | 102610 | 123367 | 287,853.70 | 287,853.70 | |
| CASH ON HAND | 102610 | 123370 | 103,223.64 | 103,223.64 | |
| CASH ON HAND | 102610 | 123374 | 95,283.36 | 95,283.36 | |
| CASH ON HAND | 102610 | 123378 | 517,973.77 | 517,973.77 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102610 | 123382 | 478,129.62 | 478,129.62 | |
| CASH ON HAND | 102610 | 123386 | 484,560.16 | 484,560.16 | |
| CASH ON HAND | 102610 | 123390 | 465,557.80 | 465,557.80 | |
| CASH ON HAND | 102610 | 123394 | 480,482.73 | 480,482.73 | |
| CASH ON HAND | 102610 | 123398 | 443,522.52 | 443,522.52 | |
| CASH ON HAND | 102610 | 123402 | 488,376.36 | 488,376.36 | |
| CASH ON HAND | 102610 | 123404 | 469,224.33 | 469,224.33 | |
| CASH ON HAND | 102610 | 123406 | 480,983.34 | 480,983.34 | |
| CASH ON HAND | 102610 | 123408 | 462,121.25 | 462,121.25 | |
| CASH ON HAND | 102610 | 123410 | 488,369.48 | 488,369.48 | |
| CASH ON HAND | 102610 | 123414 | 469,217.72 | 469,217.72 | |
| CASH ON HAND | 102710 | 123424 | 498,066.89 | 498,066.89 | |
| CASH ON HAND | 102710 | 123428 | 459,754.05 | 459,754.05 | |
| CASH ON HAND | 102710 | 123433 | 486,337.47 | 486,337.47 | |
| CASH ON HAND | 102710 | 123438 | 467,265.41 | 467,265.41 | |
| CASH ON HAND | 102710 | 123442 | 504,116.79 | 504,116.79 | |
| CASH ON HAND | 102710 | 123446 | 465,338.57 | 465,338.57 | |
| CASH ON HAND | 102710 | 123452 | 489,513.41 | 489,513.41 | |
| CASH ON HAND | 102710 | 123457 | 470,316.80 | 470,316.80 | |
| CASH ON HAND | 102710 | 123460 | 500,955.64 | 500,955.64 | |
| CASH ON HAND | 102710 | 123462 | 481,310.31 | 481,310.31 | |
| CASH ON HAND | 102710 | 123466 | 509,312.82 | 509,312.82 | |
| CASH ON HAND | 102710 | 123469 | 489,339.77 | 489,339.77 | |
| CASH ON HAND | 102710 | 123477 | 377,701.50 | 377,701.50 | |
| CASH ON HAND | 102710 | 123479 | 505,522.73 | 505,522.73 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## October, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102710 | 123482 | 433,430.75 | 433,430.75 | |
| CASH ON HAND | 102710 | 123485 | 324,567.12 | 324,567.12 | |
| CASH ON HAND | 102710 | 123486 | 500,488.20 | 500,488.20 | |
| CASH ON HAND | 102710 | 123490 | 480,861.20 | 480,861.20 | |
| CASH ON HAND | 102710 | 123493 | 496,513.21 | 496,513.21 | |
| CASH ON HAND | 102710 | 123497 | 477,042.10 | 477,042.10 | |
| CASH ON HAND | 102710 | 123501 | 505,344.91 | 505,344.91 | |
| CASH ON HAND | 102710 | 123505 | 485,527.45 | 485,527.45 | |
| CASH ON HAND | 102710 | 123510 | 457,047.36 | 457,047.36 | |
| CASH ON HAND | 102710 | 123514 | 421,889.86 | 421,889.86 | |
| CASH ON HAND | 102710 | 123521 | 497,198.96 | 497,198.96 | |
| CASH ON HAND | 102710 | 123525 | 458,952.87 | 458,952.87 | |
| CASH ON HAND | 102710 | 123530 | 420,612.13 | 420,612.13 | |
| CASH ON HAND | 102710 | 123532 | 404,117.53 | 404,117.53 | |
| CASH ON HAND | 102710 | 123535 | 482,997.64 | 482,997.64 | |
| CASH ON HAND | 102710 | 123539 | 464,056.55 | 464,056.55 | |
| CASH ON HAND | 102710 | 123543 | 405,300.09 | 405,300.09 | |
| CASH ON HAND | 102710 | 123546 | 374,123.16 | 374,123.16 | |
| CASH ON HAND | 102710 | 123549 | 503,014.80 | 503,014.80 | |
| CASH ON HAND | 102710 | 123553 | 483,288.72 | 483,288.72 | |
| CASH ON HAND | 102810 | 124678 | 473,676.99 | 473,676.99 | |
| CASH ON HAND | 102810 | 124682 | 437,240.29 | 437,240.29 | |
| CASH ON HAND | 102810 | 124686 | 434,944.85 | 434,944.85 | |
| CASH ON HAND | 102810 | 124690 | 41,788.19 | 41,788.19 | |
| CASH ON HAND | 102810 | 124695 | 514,675.46 | 514,675.46 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102810 | 124697 | 475,085.03 | 475,085.03 | |
| CASH ON HAND | 102810 | 124701 | 418,196.31 | 418,196.31 | |
| CASH ON HAND | 102810 | 124705 | 386,027.36 | 386,027.36 | |
| CASH ON HAND | 102810 | 124709 | 494,510.56 | 494,510.56 | |
| CASH ON HAND | 102810 | 124713 | 475,117.99 | 475,117.99 | |
| CASH ON HAND | 102810 | 124715 | 352,149.60 | 352,149.60 | |
| CASH ON HAND | 102810 | 124718 | 338,339.80 | 338,339.80 | |
| CASH ON HAND | 102810 | 124732 | 141,655.12 | 141,655.12 | |
| CASH ON HAND | 102810 | 124738 | 347,381.11 | 347,381.11 | |
| CASH ON HAND | 102810 | 124742 | 329,587.08 | 329,587.08 | |
| CASH ON HAND | 102810 | 124746 | 316,662.09 | 316,662.09 | |
| CASH ON HAND | 102810 | 124750 | 417,463.35 | 417,463.35 | |
| CASH ON HAND | 102810 | 124754 | 401,092.24 | 401,092.24 | |
| CASH ON HAND | 102810 | 124759 | 510,183.93 | 510,183.93 | |
| CASH ON HAND | 102810 | 124765 | 470,939.01 | 470,939.01 | |
| CASH ON HAND | 102810 | 124771 | 388,015.84 | 388,015.84 | |
| CASH ON HAND | 102810 | 124773 | 372,799.52 | 372,799.52 | |
| CASH ON HAND | 102810 | 124779 | 479,136.73 | 479,136.73 | |
| CASH ON HAND | 102810 | 124783 | 460,347.04 | 460,347.04 | |
| CASH ON HAND | 102810 | 124785 | 455,308.33 | 455,308.33 | |
| CASH ON HAND | 102810 | 124787 | 437,453.09 | 437,453.09 | |
| CASH ON HAND | 102810 | 124789 | 494,028.49 | 494,028.49 | |
| CASH ON HAND | 102810 | 124791 | 474,654.81 | 474,654.81 | |
| CASH ON HAND | 102810 | 124793 | 674,417.67 | 674,417.67 | |
| CASH ON HAND | 102810 | 124796 | 472,963.31 | 472,963.31 | |

**Eastern Livestock Co., LLC**
**Transfers to T.P. Gibson**
**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date* ) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102810 | 124798 | 454,415.72 | 454,415.72 | |
| CASH ON HAND | 102810 | 124803 | 439,363.89 | 439,363.89 | |
| CASH ON HAND | *102810* | not found | 376,100.00 | 376,100.00 | |
| CASH ON HAND | 102910 | 124815 | 405,566.66 | 405,566.66 | |
| CASH ON HAND | 102910 | 124819 | 496,801.84 | 496,801.84 | |
| CASH ON HAND | 102910 | 124823 | 458,586.30 | 458,586.30 | |
| CASH ON HAND | 102910 | 124828 | 404,759.83 | 404,759.83 | |
| CASH ON HAND | 102910 | 124832 | 388,886.88 | 388,886.88 | |
| CASH ON HAND | 102910 | 124836 | 508,344.16 | 508,344.16 | |
| CASH ON HAND | 102910 | 124840 | 488,409.09 | 488,409.09 | |
| CASH ON HAND | 102910 | 124844 | 451,844.79 | 451,844.79 | |
| CASH ON HAND | 102910 | 124851 | 434,125.37 | 434,125.37 | |
| CASH ON HAND | 102910 | 124855 | 496,491.04 | 496,491.04 | |
| CASH ON HAND | 102910 | 124859 | 477,020.79 | 477,020.79 | |
| CASH ON HAND | 102910 | 124864 | 427,353.47 | 427,353.47 | |
| CASH ON HAND | 102910 | 124868 | 394,480.12 | 394,480.12 | |
| CASH ON HAND | 102910 | 124872 | 498,859.65 | 498,859.65 | |
| CASH ON HAND | 102910 | 124876 | 479,296.52 | 479,296.52 | |
| CASH ON HAND | 102910 | 124880 | 513,107.88 | 513,107.88 | |
| CASH ON HAND | 102910 | 124882 | 473,638.03 | 473,638.03 | |
| CASH ON HAND | 102910 | 124890 | 435,208.12 | 435,208.12 | |
| CASH ON HAND | 102910 | 124894 | 418,141.13 | 418,141.13 | |
| CASH ON HAND | 102910 | 124898 | 505,883.21 | 505,883.21 | |
| CASH ON HAND | 102910 | 124902 | 486,044.64 | 486,044.64 | |
| CASH ON HAND | 102910 | 124906 | 388,643.15 | 388,643.15 | |

**Eastern Livestock Co., LLC**

**Transfers to T.P. Gibson**

**October, 2010**

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 102910 | 124908 | 358,747.51 | 358,747.51 | |
| CASH ON HAND | 102910 | 124909 | 141,026.17 | 141,026.17 | |
| | | | 229,563,808.11 | 229,560,916.48 | 2,891.63 |

Oct10