Exhibit K

| Vendor_cust | Check Date | Source_code | Cheque_no | Short_name | Description | Amount |
|---|---|---|---|---|---|---|
| INTBAN01 | 50709 | AP | 28777 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 50709 | AP | 28778 | | INTRUST BANK, N.A. | (39,457.16) |
| INTBAN01 | 50709 | AP | 28779 | | INTRUST BANK, N.A. | (1,610.37) |
| INTBAN01 | 60209 | AP | 28822 | | INTRUST BANK, N.A. | (37,691.98) |
| INTBAN01 | 60209 | AP | 28823 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 60209 | AP | 28824 | | INTRUST BANK, N.A. | (1,664.05) |
| INTBAN01 | 70309 | AP | 28865 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 70309 | AP | 28866 | | INTRUST BANK, N.A. | (32,861.80) |
| INTBAN01 | 70309 | AP | 28867 | | INTRUST BANK, N.A. | (1,610.36) |
| INTBAN01 | 70309 | AP | 28868 | | INTRUST BANK, N.A. | (21.58) |
| INTBAN01 | 80409 | AP | 28934 | | INTRUST BANK, N.A. | (45,170.22) |
| INTBAN01 | 80409 | AP | 28935 | | INTRUST BANK, N.A. | (1,664.05) |
| INTBAN01 | 80409 | AP | 28936 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 90209 | AP | 28982 | | INTRUST BANK, N.A. | (3,857.21) |
| INTBAN01 | 90209 | AP | 28983 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 90209 | AP | 28984 | | INTRUST BANK, N.A. | (42,053.26) |
| INTBAN01 | 100109 | AP | 29046 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 100109 | AP | 29047 | | INTRUST BANK, N.A. | (38,859.68) |
| INTBAN01 | 110509 | AP | 29149 | | INTRUST BANK, N.A. | (33,283.10) |
| INTBAN01 | 110509 | AP | 29150 | | INTRUST BANK, N.A. | (66.78) |
| INTBAN01 | 110509 | AP | 29151 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 120209 | AP | 29227 | | INTRUST BANK, N.A. | (29,558.70) |
| INTBAN01 | 120209 | AP | 29228 | | INTRUST BANK, N.A. | (812.47) |
| INTBAN01 | 120209 | AP | 29229 | | INTRUST BANK, N.A. | (74,000.00) |
| | 2009 Intrust Bank | | | | | (902,242.77) |