Exhibit L

Case 10-93904-BHL-11   Doc 1686-12   Filed 12/22/12   EOD 12/22/12 15:01:53   Pg 1 of 2

| Vendor_cust | Check Date | Source_code | Cheque_no | Short_name | Description | Amount |
|---|---:|---|---:|---|---|---:|
| INTBAN01 | 10510 | AP | 29362 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 10510 | AP | 29363 | | INTRUST BANK, N.A. | (30,211.85) |
| INTBAN01 | 20110 | AP | 29463 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 20110 | AP | 29464 | | INTRUST BANK, N.A. | (1,258.70) |
| INTBAN01 | 20110 | AP | 29465 | | INTRUST BANK, N.A. | (28,825.32) |
| INTBAN01 | 21810 | AP | 29517 | | INTRUST BANK, N.A. | (250.00) |
| INTBAN01 | 30410 | AP | 29572 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 30410 | AP | 29573 | | INTRUST BANK, N.A. | (25,852.61) |
| INTBAN01 | 30410 | AP | 29574 | | INTRUST BANK, N.A. | (915.96) |
| INTBAN01 | 40710 | AP | 29722 | | INTRUST BANK, N.A. | (662.72) |
| INTBAN01 | 40710 | AP | 29723 | | INTRUST BANK, N.A. | (28,128.55) |
| INTBAN01 | 40710 | AP | 29724 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 50610 | AP | 29894 | | INTRUST BANK, N.A. | (26,792.81) |
| INTBAN01 | 50610 | AP | 29895 | | INTRUST BANK, N.A. | (356.88) |
| INTBAN01 | 50610 | AP | 29896 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 60210 | AP | 30056 | | INTRUST BANK, N.A. | (190.58) |
| INTBAN01 | 60210 | AP | 30057 | | INTRUST BANK, N.A. | (27,565.13) |
| INTBAN01 | 60210 | AP | 30058 | | INTRUST BANK, N.A. | (74,000.00) |
| INTBAN01 | 70110 | AP | 30249 | | INTRUST BANK, N.A. | (116,752.69) |
| INTBAN01 | 80310 | AP | 30482 | | INTRUST BANK, N.A. | (116,752.69) |
| INTBAN01 | 90210 | AP | 30872 | | INTRUST BANK, N.A. | (116,752.69) |
| INTBAN01 | 100110 | AP | 31196 | | INTRUST BANK, N.A. | (116,752.69) |
| INTBAN01 | 100110 | AP | 31197 | | INTRUST BANK, N.A. | (31.01) |
| 2010 Intrust Bank | | | | | | (1,082,052.88) |