Exhibit G

Case 10-93904-BHL-11 Doc 1687-7 Filed 12/22/12 EOD 12/22/12 15:12:44 Pg 1 of 9

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 70110 | 114406 | 116,641.37 | 116,641.37 | |
| CASH ON HAND | 70110 | 114408 | 593,886.24 | 593,886.24 | |
| CASH ON HAND | 70110 | 114412 | 423,857.31 | 423,857.31 | |
| CASH ON HAND | 70110 | 114420 | 492,958.96 | 492,958.96 | |
| CASH ON HAND | 70210 | 114426 | 569,724.05 | 569,724.05 | |
| CASH ON HAND | 70210 | 114430 | 529,001.00 | 529,001.00 | |
| CASH ON HAND | 70210 | 114434 | 551,572.21 | 551,572.21 | |
| CASH ON HAND | 70210 | 114438 | 491,500.46 | 491,500.46 | |
| CASH ON HAND | 70210 | 114442 | 517,679.16 | 517,679.16 | |
| CASH ON HAND | 70210 | 114446 | 449,341.95 | 449,341.95 | |
| CASH ON HAND | 70210 | 114450 | 559,037.30 | 559,037.30 | |
| CASH ON HAND | 70210 | 114454 | 482,047.40 | 482,047.40 | |
| CASH ON HAND | 70210 | 114456 | 544,799.20 | 544,799.20 | |
| CASH ON HAND | 70510 | 114491 | 547,723.65 | 547,723.65 | |
| CASH ON HAND | 70510 | 114497 | 530,467.26 | 530,467.26 | |
| CASH ON HAND | 70510 | 114503 | 507,750.93 | 507,750.93 | |
| CASH ON HAND | 70510 | 114509 | 568,290.90 | 568,290.90 | |
| CASH ON HAND | 70510 | 114515 | 517,763.20 | 517,763.20 | |
| CASH ON HAND | 70510 | 114521 | 562,040.95 | 562,040.95 | |
| CASH ON HAND | 70510 | 114527 | 604,630.40 | 604,630.40 | |
| CASH ON HAND | 70510 | 114531 | 540,744.95 | 540,744.95 | |
| CASH ON HAND | 70510 | 114537 | 549,552.34 | 549,552.34 | |
| CASH ON HAND | 70510 | 114545 | 543,558.66 | 543,558.66 | |
| CASH ON HAND | 70610 | 114558 | 487,664.32 | 487,664.32 | |
| CASH ON HAND | 70610 | 114566 | 565,555.51 | 565,555.51 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 70610 | 114573 | 518,992.72 | 518,992.72 | |
| CASH ON HAND | 70610 | 114580 | 560,905.70 | 560,905.70 | |
| CASH ON HAND | 70610 | 114586 | 534,293.42 | 534,293.42 | |
| CASH ON HAND | 70610 | 114593 | 564,217.50 | 564,217.50 | |
| CASH ON HAND | 70610 | 114600 | 537,609.06 | 537,609.06 | |
| CASH ON HAND | 70610 | 114607 | 604,914.20 | 604,914.20 | |
| CASH ON HAND | 70710 | 114622 | 225,000.00 | 225,000.00 | |
| CASH ON HAND | 70710 | 114623 | 583,463.00 | 583,463.00 | |
| CASH ON HAND | 70710 | 114630 | 482,403.17 | 482,403.17 | |
| CASH ON HAND | 70710 | 114637 | 499,081.80 | 499,081.80 | |
| CASH ON HAND | 70710 | 114645 | 566,187.72 | 566,187.72 | |
| CASH ON HAND | 70710 | 114652 | 548,026.27 | 548,026.27 | |
| CASH ON HAND | 70710 | 114659 | 556,819.01 | 556,819.01 | |
| CASH ON HAND | 70710 | 114666 | 463,802.62 | 463,802.62 | |
| CASH ON HAND | 70710 | 114675 | 503,712.04 | 503,712.04 | |
| CASH ON HAND | 70810 | 114690 | 270,000.00 | 270,000.00 | |
| CASH ON HAND | 70810 | 114699 | 520,724.62 | 520,724.62 | |
| CASH ON HAND | 70810 | 114705 | 543,329.75 | 543,329.75 | |
| CASH ON HAND | 70810 | 114713 | 566,841.38 | 566,841.38 | |
| CASH ON HAND | 70810 | 114722 | 524,938.62 | 524,938.62 | |
| CASH ON HAND | 70810 | 114730 | 590,688.13 | 590,688.13 | |
| CASH ON HAND | 70810 | 114738 | 549,485.18 | 549,485.18 | |
| CASH ON HAND | 70810 | 114746 | 561,157.92 | 561,157.92 | |
| CASH ON HAND | 70810 | 114756 | 539,985.38 | 539,985.38 | |
| CASH ON HAND | 70910 | 114764 | 215,000.00 | 215,000.00 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 70910 | 114774 | 473,254.68 | 473,254.68 | |
| CASH ON HAND | 70910 | 114781 | 547,074.00 | 547,074.00 | |
| CASH ON HAND | 70910 | 114788 | 545,047.07 | 545,047.07 | |
| CASH ON HAND | 70910 | 114795 | 533,192.43 | 533,192.43 | |
| CASH ON HAND | 70910 | 114801 | 550,025.56 | 550,025.56 | |
| CASH ON HAND | 70910 | 114808 | 548,649.20 | 548,649.20 | |
| CASH ON HAND | 70910 | 114816 | 553,327.80 | 553,327.80 | |
| CASH ON HAND | 70910 | 114822 | 597,106.49 | 597,106.49 | |
| CASH ON HAND | 71210 | 114849 | 541,726.73 | 541,726.73 | |
| CASH ON HAND | 71210 | 114854 | 503,773.65 | 503,773.65 | |
| CASH ON HAND | 71210 | 114858 | 529,423.74 | 529,423.74 | |
| CASH ON HAND | 71210 | 114862 | 534,116.08 | 534,116.08 | |
| CASH ON HAND | 71210 | 114866 | 516,413.04 | 516,413.04 | |
| CASH ON HAND | 71210 | 114870 | 516,906.01 | 516,906.01 | |
| CASH ON HAND | 71210 | 114874 | 514,548.33 | 514,548.33 | |
| CASH ON HAND | 71210 | 114878 | 538,190.78 | 538,190.78 | |
| CASH ON HAND | 71210 | 114882 | 447,224.60 | 447,224.60 | |
| CASH ON HAND | 71310 | 114895 | 562,213.67 | 562,213.67 | |
| CASH ON HAND | 71310 | 114899 | 552,108.31 | 552,108.31 | |
| CASH ON HAND | 71310 | 114903 | 579,529.74 | 579,529.74 | |
| CASH ON HAND | 71310 | 114907 | 551,962.71 | 551,962.71 | |
| CASH ON HAND | 71310 | 114912 | 556,058.75 | 556,058.75 | |
| CASH ON HAND | 71310 | 114915 | 576,340.32 | 576,340.32 | |
| CASH ON HAND | 71310 | 114919 | 357,157.25 | 357,157.25 | |
| CASH ON HAND | 71310 | 114925 | 561,042.90 | 561,042.90 | |

# Eastern Livestock Co., LLC
# Transfers to T.P. Gibson
# July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 71310 | 114968 | 41,500.00 | 41,500.00 | |
| CASH ON HAND | 71410 | 3519 | 3,214.52 | | 3,214.52 |
| CASH ON HAND | 71410 | 114988 | 593,031.50 | 593,031.50 | |
| CASH ON HAND | 71410 | 114992 | 590,151.45 | 590,151.45 | |
| CASH ON HAND | 71410 | 114996 | 515,887.90 | 515,887.90 | |
| CASH ON HAND | 71410 | 115000 | 582,505.32 | 582,505.32 | |
| CASH ON HAND | 71410 | 115004 | 570,883.50 | 570,883.50 | |
| CASH ON HAND | 71410 | 115008 | 526,915.61 | 526,915.61 | |
| CASH ON HAND | 71410 | 115012 | 595,134.27 | 595,134.27 | |
| CASH ON HAND | 71410 | 115017 | 513,536.40 | 513,536.40 | |
| CASH ON HAND | 71510 | 115069 | 576,097.51 | 576,097.51 | |
| CASH ON HAND | 71510 | 115075 | 586,210.85 | 586,210.85 | |
| CASH ON HAND | 71510 | 115083 | 548,931.90 | 548,931.90 | |
| CASH ON HAND | 71510 | 115091 | 558,635.74 | 558,635.74 | |
| CASH ON HAND | 71510 | 115099 | 546,261.22 | 546,261.22 | |
| CASH ON HAND | 71510 | 115104 | 390,000.00 | 390,000.00 | |
| CASH ON HAND | 71510 | 115108 | 551,227.65 | 551,227.65 | |
| CASH ON HAND | 71510 | 115114 | 517,551.66 | 517,551.66 | |
| CASH ON HAND | 71510 | 115121 | 571,648.53 | 571,648.53 | |
| CASH ON HAND | 71510 | 115130 | 572,000.00 | 572,000.00 | |
| CASH ON HAND | 71610 | 115177 | 463,764.57 | 463,764.57 | |
| CASH ON HAND | 71610 | 115188 | 488,614.83 | 488,614.83 | |
| CASH ON HAND | 71610 | 115192 | 462,721.84 | 462,721.84 | |
| CASH ON HAND | 71610 | 115197 | 475,380.24 | 475,380.24 | |
| CASH ON HAND | 71610 | 115202 | 467,428.39 | 467,428.39 | |

## Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 71610 | 115208 | 498,544.58 | 498,544.58 | |
| CASH ON HAND | 71610 | 115211 | 485,201.50 | 485,201.50 | |
| CASH ON HAND | 71910 | 115264 | 464,204.41 | 464,204.41 | |
| CASH ON HAND | 71910 | 115272 | 477,096.62 | 477,096.62 | |
| CASH ON HAND | 71910 | 115279 | 523,505.03 | 523,505.03 | |
| CASH ON HAND | 71910 | 115288 | 438,204.34 | 438,204.34 | |
| CASH ON HAND | 72010 | 115332 | 550,254.71 | 550,254.71 | |
| CASH ON HAND | 72010 | 115336 | 572,161.90 | 572,161.90 | |
| CASH ON HAND | 72010 | 115346 | 512,460.10 | 512,460.10 | |
| CASH ON HAND | 72010 | 115353 | 552,727.13 | 552,727.13 | |
| CASH ON HAND | 72010 | 115363 | 441,587.97 | 441,587.97 | |
| CASH ON HAND | 72010 | 115368 | 507,884.26 | 507,884.26 | |
| CASH ON HAND | 72010 | 115372 | 554,316.47 | 554,316.47 | |
| CASH ON HAND | 72010 | 115376 | 537,104.60 | 537,104.60 | |
| CASH ON HAND | 72010 | 115380 | 560,545.86 | 560,545.86 | |
| CASH ON HAND | 72010 | 115384 | 534,153.55 | 534,153.55 | |
| CASH ON HAND | 72110 | 115417 | 508,290.88 | 508,290.88 | |
| CASH ON HAND | 72110 | 115427 | 517,003.97 | 517,003.97 | |
| CASH ON HAND | 72110 | 115506 | 603,609.60 | 603,609.60 | |
| CASH ON HAND | 72110 | 115512 | 564,022.80 | 564,022.80 | |
| CASH ON HAND | 72110 | 115517 | 519,910.53 | 519,910.53 | |
| CASH ON HAND | 72210 | 2324 | 9,179.52 | | 9,179.52 |
| CASH ON HAND | 72210 | 115525 | 558,001.42 | 558,001.42 | |
| CASH ON HAND | 72210 | 115531 | 531,940.84 | 531,940.84 | |
| CASH ON HAND | 72210 | 115537 | 539,667.44 | 539,667.44 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 72210 | 115543 | 549,262.09 | 549,262.09 | |
| CASH ON HAND | 72210 | 115549 | 580,336.86 | 580,336.86 | |
| CASH ON HAND | 72210 | 115556 | 600,227.10 | 600,227.10 | |
| CASH ON HAND | 72210 | 115594 | 595,417.90 | 595,417.90 | |
| CASH ON HAND | 72210 | 115600 | 529,973.98 | 529,973.98 | |
| CASH ON HAND | 72210 | 115606 | 488,480.02 | 488,480.02 | |
| CASH ON HAND | 72210 | 115611 | 479,729.80 | 479,729.80 | |
| CASH ON HAND | 72310 | 115631 | 434,790.05 | 434,790.05 | |
| CASH ON HAND | 72310 | 115636 | 413,350.39 | 413,350.39 | |
| CASH ON HAND | 72310 | 115642 | 427,855.37 | 427,855.37 | |
| CASH ON HAND | 72310 | 115648 | 423,131.00 | 423,131.00 | |
| CASH ON HAND | 72310 | 115652 | 533,346.67 | 533,346.67 | |
| CASH ON HAND | 72310 | 115656 | 537,958.40 | 537,958.40 | |
| CASH ON HAND | 72310 | 115665 | 553,060.42 | 553,060.42 | |
| CASH ON HAND | 72310 | 115668 | 547,858.48 | 547,858.48 | |
| CASH ON HAND | 72310 | 115671 | 545,374.54 | 545,374.54 | |
| CASH ON HAND | 72310 | 115673 | 560,951.60 | 560,951.60 | |
| CASH ON HAND | 72310 | 115676 | 584,103.30 | 584,103.30 | |
| CASH ON HAND | 72310 | 115680 | 600,357.85 | 600,357.85 | |
| CASH ON HAND | 72610 | 115727 | 564,037.18 | 564,037.18 | |
| CASH ON HAND | 72610 | 115733 | 508,454.96 | 508,454.96 | |
| CASH ON HAND | 72610 | 115737 | 594,181.47 | 594,181.47 | |
| CASH ON HAND | 72610 | 115741 | 580,437.77 | 580,437.77 | |
| CASH ON HAND | 72610 | 115745 | 546,917.14 | 546,917.14 | |
| CASH ON HAND | 72610 | 115750 | 557,032.71 | 557,032.71 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 72610 | 115754 | 569,944.25 | 569,944.25 | |
| CASH ON HAND | 72610 | 115758 | 552,044.10 | 552,044.10 | |
| CASH ON HAND | 72610 | 115765 | 546,327.10 | 546,327.10 | |
| CASH ON HAND | 72610 | 115769 | 512,440.24 | 512,440.24 | |
| CASH ON HAND | 72610 | 115773 | 550,014.71 | 550,014.71 | |
| CASH ON HAND | 72610 | 115777 | 539,463.16 | 539,463.16 | |
| CASH ON HAND | 72610 | 115782 | 577,190.77 | 577,190.77 | |
| CASH ON HAND | 72610 | 115788 | 601,041.12 | 601,041.12 | |
| CASH ON HAND | 72710 | 115805 | 567,401.39 | 567,401.39 | |
| CASH ON HAND | 72710 | 115809 | 539,073.02 | 539,073.02 | |
| CASH ON HAND | 72710 | 115813 | 536,332.52 | 536,332.52 | |
| CASH ON HAND | 72710 | 115817 | 526,476.84 | 526,476.84 | |
| CASH ON HAND | 72710 | 115821 | 570,752.24 | 570,752.24 | |
| CASH ON HAND | 72710 | 115825 | 603,098.39 | 603,098.39 | |
| CASH ON HAND | 72710 | 115830 | 504,858.65 | 504,858.65 | |
| CASH ON HAND | 72710 | 115836 | 574,174.70 | 574,174.70 | |
| CASH ON HAND | 72710 | 115843 | 551,988.64 | 551,988.64 | |
| CASH ON HAND | 72810 | 115886 | 566,819.59 | 566,819.59 | |
| CASH ON HAND | 72810 | 115891 | 545,106.10 | 545,106.10 | |
| CASH ON HAND | 72810 | 115896 | 539,879.51 | 539,879.51 | |
| CASH ON HAND | 72810 | 115901 | 519,964.79 | 519,964.79 | |
| CASH ON HAND | 72810 | 115905 | 518,531.23 | 518,531.23 | |
| CASH ON HAND | 72810 | 115909 | 564,293.99 | 564,293.99 | |
| CASH ON HAND | 72810 | 115913 | 498,798.93 | 498,798.93 | |
| CASH ON HAND | 72810 | 115917 | 566,208.01 | 566,208.01 | |

# Eastern Livestock Co., LLC
## Transfers to T.P. Gibson
## July, 2010

| General Ledger Account | Check Date (date written, unless not located, then *deposit date*) | Check # | Amount | Non-Legitimate Transfers (not traced to real cattle or legitimate expense reimbursements) | Apparent Legitimate Transfers (includes Purchases of Cattle, Payroll, Reimbursement of Actual Expenses, Commissions) |
|---|---|---|---|---|---|
| CASH ON HAND | 72810 | 115921 | 538,896.01 | 538,896.01 | |
| CASH ON HAND | 72810 | 115925 | 545,046.70 | 545,046.70 | |
| CASH ON HAND | 72810 | 115930 | 529,089.93 | 529,089.93 | |
| CASH ON HAND | 72810 | 115981 | 507,235.46 | 507,235.46 | |
| CASH ON HAND | 72810 | 115987 | 602,874.98 | 602,874.98 | |
| CASH ON HAND | 72810 | 115994 | 546,949.28 | 546,949.28 | |
| CASH ON HAND | 72910 | 58739 | 3,214.50 | | 3,214.50 |
| CASH ON HAND | 72910 | 116006 | 521,969.46 | 521,969.46 | |
| CASH ON HAND | 72910 | 116016 | 531,165.33 | 531,165.33 | |
| CASH ON HAND | 72910 | 116023 | 582,528.34 | 582,528.34 | |
| CASH ON HAND | 72910 | 116030 | 530,423.43 | 530,423.43 | |
| CASH ON HAND | 72910 | 116035 | 537,166.26 | 537,166.26 | |
| CASH ON HAND | 72910 | 116041 | 556,045.60 | 556,045.60 | |
| CASH ON HAND | 72910 | 116047 | 591,998.09 | 591,998.09 | |
| CASH ON HAND | 72910 | 116052 | 592,801.13 | 592,801.13 | |
| CASH ON HAND | 72910 | 116102 | 541,374.90 | 541,374.90 | |
| CASH ON HAND | 72910 | 116110 | 451,467.58 | 451,467.58 | |
| CASH ON HAND | 72910 | 116119 | 558,291.51 | 558,291.51 | |
| CASH ON HAND | 73010 | 116126 | 533,865.86 | 533,865.86 | |
| CASH ON HAND | 73010 | 116131 | 556,849.56 | 556,849.56 | |
| CASH ON HAND | 73010 | 116137 | 515,333.88 | 515,333.88 | |
| CASH ON HAND | 73010 | 116154 | 534,613.23 | 534,613.23 | |
| | | | 102,124,650.22 | 102,109,041.68 | 15,608.54 |