Group Exhibit H

 

 

 





