## **EXHIBIT A**

| Check Number | Check Date | Cleared Date | Check Amount |
|---|---|---|---|
| 121629 | 10/5/2010 | 10/7/2010 | 7,103.78 |
| 118419 | 8/30/2010 | 9/7/2010 | 7,103.78 |
| 116273 | 8/2/2010 | 8/4/2010 | 7,103.78 |
| 114391 | 7/1/2010 | 7/6/2010 | 7,103.78 |
| 112703 | 6/1/2010 | 6/3/2010 | 7,103.78 |
| 110830 | 5/2/2010 | 5/4/2010 | 7,103.78 |
| 108821 | 4/2/2010 | 4/9/2010 | 7,103.78 |
| 106651 | 3/1/2010 | 3/8/2010 | 7,103.78 |
| 105279 | 2/3/2010 | 2/8/2010 | 7,103.78 |
| 103680 | 1/4/2010 | 1/12/2010 | 7,103.78 |
| 102030 | 12/1/2009 | 12/7/2009 | 7,168.79 |
| 100668 | 11/6/2009 | 11/12/2009 | 7,168.79 |
| 98392 | 10/9/2009 | 10/14/2009 | 7,168.79 |
| 96496 | 9/3/2009 | 9/10/2009 | 7,168.79 |
| 94840 | 8/4/2009 | record missing | 7,168.79 |
| 93423 | 7/2/2009 | 7/9/2009 | 7,168.79 |
| 91996 | 6/1/2009 | 6/5/2009 | 7,168.79 |
| 90535 | 5/1/2009 | 5/5/2009 | 7,168.79 |
| 88955 | 4/1/2009 | 4/6/2009 | 7,168.79 |
| 87497 | 3/2/2009 | 3/6/2009 | 7,168.79 |
| 86138 | 2/2/2009 | 2/4/2009 | 7,168.79 |
| 84791 | 1/2/2009 | 1/6/2009 | 7,168.79 |
| 83561 | 12/3/2008 | 12/11/2008 | 7,230.89 |
| | | | 164,294.17 |