**SO ORDERED: December 26, 2012.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER APPROVING AGREED ENTRY REGARDING TRUSTEE'S FIRST OMNIBUS OBJECTION TO AMENDED AND/OR DUPLICATE CLAIMS AND RESPONSE THERETO FILED BY COFFEYVILLE LIVESTOCK MARKET, LLC**

An *Agreed Entry Regarding Trustee's First Omnibus Objection To Amended And/Or Duplicate Claims And Response Thereto Filed By Coffeyville Livestock Market, LLC* [Docket No. 1673] (the "Agreed Entry") was filed on December 20, 2012 by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC and Coffeyville Livestock Market, LLC ("Coffeyville"). The Court, having considered the Agreed Entry and being otherwise duly advised, now finds that the Agreed Entry should be granted. Accordingly,

IT IS ORDERED that the Agreed Entry is hereby approved in all respects.

### ###