**SO ORDERED: December 27, 2012.**



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER ON TRUSTEE'S FIRST OMNIBUS OBJECTION TO
RELEASED CLAIMS**

This matter is before the Court upon the *Trustee's First Omnibus Objection To Released Claims* (Docket No. 1541) ("<u>Released Claim Objection</u>")[1]. The Court finds that (i) it has jurisdiction over the matters raised in the Released Claim Objection pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Released Claim Objection is in the best interests of the Debtor, its estate and its creditors; (iv) proper and adequate notice of the Released Claim Objection has been given and no further notice is necessary; (v) no objections were filed to the relief requested by the Released

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Released Claim Objection.

DMS_US 51207848v1

Claim Objection; and (vi) good and sufficient cause exists for the granting of the relief provided herein.  Therefore,

                IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The claims listed on attached <u>Exhibit A</u> are expunged and disallowed in their entirety.

                              ###

EXHIBIT A

| Claimant | Claim # | Date Filed | Amount Claimed | Court Order |
|---|---|---|---|---|
| Cattlemen's Livestock Market, Inc. | 386 | 4/30/11 | $37,382.15 | Docket #1232 |
| Cattlemen's Livestock Market, Inc. | 395 | 5/1/11 | $23,055.28 | Docket #1232 |
| Cattlemen's Livestock Market, Inc. | 459 | 5/2/11 | $159,809.90 | Docket #1232 |
| Columbia Livestock Market, Inc. | 396 | 5/1/11 | $5,265.77 | Docket #1232 |
| Columbia Livestock Market, Inc. | 460 | 5/2/11 | $18,364.77 | Docket #1232 |
| Daniel M. Byrd | 392 | 4/30/11 | $10,056.87 | Docket #1232 |
| Eagle Bay, Inc. | 390 | 4/30/11 | $32,066.43 | Docket #1232 |
| Eagle Bay, Inc. | 391 | 4/30/11 | $26,616.93 | Docket #1232 |
| Hardee Livestock Market, Inc. | 388 | 4/30/11 | $10,888.80 | Docket #1232 |
| Hardee Livestock Market, Inc. | 397 | 5/1/11 | $13,254.70 | Docket #1232 |
| Hardee Livestock Market, Inc. | 461 | 5/2/11 | $48,844.62 | Docket #1232 |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard | 384 | 4/30/11 | $28,556.06 | Docket #1232 |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard | 394 | 5/1/11 | $45,928.29 | Docket #1232 |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard | 458 | 5/2/11 | $325,444.23 | Docket #1232 |
| Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market | 431 | 5/1/2011 | $2,485.20 | Docket #1232 |
| Madison County Livestock Market, Inc. d/b/a Townsend Livestock Market | 466 | 5/2/2011 | $10,065.06 | Docket #1232 |
| Michael J. Walro as chapter 7 trustee of East-West Trucking Co., LLC | 149 | 3/30/11 | $192,359.24 | Docket #1148 |
| North Florida Livestock Market, Inc. | 427 | 5/1/11 | $4,759.70 | Docket #1232 |
| Oak Lake Cattle Co. | 517 | 6/20/11 | $32,066.43 | Docket #1232 |
| Ocala Livestock Market, Inc. | 387 | 4/30/11 | $8,490.10 | Docket #1232 |
| Ocala Livestock Market, Inc. | 428 | 5/1/11 | $7,138.35 | Docket #1232 |
| Ocala Livestock Market, Inc. | 462 | 5/2/11 | $118,648.40 | Docket #1232 |
| Okeechobee Livestock Market, Inc. | 385 | 4/30/11 | $23,104.48 | Docket #1232 |
| Okeechobee Livestock Market, Inc. | 429 | 5/1/11 | $8,880.60 | Docket #1232 |
| Okeechobee Livestock Market, Inc. | 463 | 5/2/11 | $134,562.86 | Docket #1232 |
| Peoples Bank and Trust Company of Pickett County | 520 | 10/26/11 | $1,508,297.87 | Docket #1094 |
| Ron Sizemore Trucking, Inc. | 393 | 5/1/11 | $15,931.52 | Docket #1232 |
| Sumter County Farmers Market, Inc. | 389 | 4/30/11 | $22,280.16 | Docket #1232 |
| Sumter County Farmers Market, Inc. | 430 | 5/1/11 | $8,664.90 | Docket #1232 |
| Sumter County Farmers Market, Inc. | 465 | 5/2/11 | $108,360.79 | Docket #1232 |