## EXHIBIT "A"

## PREFERENCE ANALYSIS – EASTERN CATTLE CO, LLC

| Check No. | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|
| 118727 | 8/19/2010 | 9/7/2010 | $ 68,540.71 | $ 68,540.71 |
| 118764 | 9/2/2010 | 9/7/2010 | $ 49,216.96 | $ 117,757.67 |
| 121300 | 9/30/2010 | 10/4/2010 | $ 11,579.73 | $ 129,337.40 |
| 121304 | 9/30/2010 | 10/4/2010 | $ 90,935.21 | $ 220,272.61 |
| | | **TOTAL:** | **$ 220,272.61** | **$ 220,272.61** |