# EXHIBIT "B"



Case 10-93904-BHL-11    Doc 1694-2    Filed 12/27/12    EOD 12/27/12 12:56:37    Pg 3 of 5





