# EXHIBIT "C"

# EASTERN LIVESTOCK CO., LLC

**THOMAS P. GIBSON, MANAGER**
135 West Market Street • New Albany, Indiana 47150
812-949-9035 • Fax: 812-949-9060

October 30, 2008

Eastern Cattle Co., LLC/OLIM, LLC
135 West Market Street
New Albany, IN 47150

Our auditors, ▓
are now conducting an audit of our financial statements. Please confirm directly to them the amount of your note held by us at September 30, 2008, shown by our records as follows:

| | |
|---|---|
| Date of note | |
| Due Date | |
| Unpaid Principal | $1,186,604.00 |
| Annual Interest Rate | |
| Date Interest Was Paid To | |
| Description of Collateral, if any | |

Please state in the space below whether the above information is in agreement with your records. If it is not, please furnish any information you may have that will assist our auditors in reconciling the difference.

After signing and dating your reply, please mail it directly to ▓ in the enclosed return envelop.

Very truly yours,

▓ [signature redacted]

Eastern Livestock Company, LLC
Controller

The above information regarding our note payable to Eastern Livestock Company, LLC agrees with our records at September 30, 2008 with the following exceptions (if any): _____

Signature: _[signature]_

Title: _Manager_

Date: _11/12-08_