# EXHIBIT "D"







