**SO ORDERED: December 27, 2012.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THIRD INTERIM APPLICATION OF
DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CONSULTANT FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Amended Third Interim Application Of Development Specialists, Inc. For Compensation And Reimbursement Of Expenses As Consultant For James A. Knauer, Chapter 11 Trustee* [Docket #1551] ("Application") filed on November 21, 2012 and objections filed by (a) Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass Stockyards of Richmond, LLC, Bluegrass South Livestock Market, LLC, Alton Darnell, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., and Southeast Livestock Exchange, LLC [Docket #1616]

("Bluegrass Objection"); and (b) Alabama Livestock Auction, Inc.; Sealy And Sons Livestock, LLP; Athens Stockyard, LLC; CPC Livestock, LLC; Edwin A. Strickland; Strickland Farms; Ashville Stockyard, Inc.; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.; Macon Stockyard, Inc.; Peoples Livestock Auction, Inc.; Robert Rawls d/b/a Robert Rawls Livestock; E4 Cattle Co., LLC; and Ed Edens [Docket #1623] ("Livestock Creditors' Objection" and together with the Bluegrass Objection, the "Objections"). The Court, having reviewed the Application, the Objections and the arguments of counsel at a hearing held on December 17, 2012, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. The Bluegrass Objection and Livestock Creditors' Objection are overruled in their entirety.

2. Development Specialists, Inc.'s Third Interim Application is allowed, and the Trustee is authorized to pay from the Trustee's operating account to Development Specialists, Inc., interim compensation for fees in the amount of $935,821.25 plus reimbursement for out-of-pocket expenses incurred in the amount of $40,787.03, for the period September 1, 2011 through and including October 31, 2012.

###