## EXHIBIT "A"

## PREFERENCE ANALYSIS- ERNEST ELDER a/k/a ERNIE ELDER d/b/a ECF FARMS

| Check No. | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|
| 119884 | 9/15/2010 | 9/17/2010 | $ 197,843.20 | $ 197,843.20 |
| 120400 | 9/21/2010 | 9/24/2010 | $ 167,186.89 | $ 365,030.09 |
| 121893 | 10/7/2010 | 10/12/2010 | $ 274,850.19 | $ 639,880.28 |
| 121894 | 10/7/2010 | 10/12/2010 | $ 387,514.04 | $ 1,027,394.32 |
| 122222 | 10/13/2010 | 10/18/2010 | $ 148,079.29 | $ 1,175,473.61 |
| 122226 | 10/13/2010 | 10/18/2010 | $ 270,739.43 | $ 1,446,213.04 |
| 122231 | 10/13/2010 | 10/15/2010 | $ 251,142.44 | $ 1,697,355.48 |
| 122238 | 10/13/2010 | 10/15/2010 | $ 285,031.61 | $ 1,982,387.09 |
| 122745 | 10/19/2010 | 10/21/2010 | $ 365,569.12 | $ 2,347,956.21 |
| 122749 | 10/19/2010 | 10/21/2010 | $ 392,958.88 | $ 2,740,915.09 |
| 123234 | 10/25/2010 | 10/27/2010 | $ 296,344.56 | $ 3,037,259.65 |
| 123237 | 10/25/2010 | 10/27/2010 | $ 279,556.56 | $ 3,316,816.21 |
| | | **TOTAL:** | **$ 3,316,816.21** | **$ 3,316,816.21** |