**EXHIBIT "B"**

**PREFERENCE ANALYSIS- ERNEST ELDER a/k/a ERNIE ELDER**

| Check No. | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|
| 100998 | 11/12/2009 | 11/20/2009 | $ 17,750.00 | $ 17,750.00 |
| F13404 | 7/13/2010 | 7/16/2010 | $ 13,815.60 | $ 31,565.60 |
| | | **TOTAL:** | **$ 31,565.60** | **$ 31,565.60** |