# EXHIBIT "D"

# ASSIGNMENT

FOR CONSIDERATION, the undersigned SHAWN BREITSPRECHER, individually and on behalf of 2B Cattle and BREITSPRECHER LIVESTOCK, who's business mailing address is 102 South Mary Street, P.O. Box 55, Ossian, Iowa 52161 (ASSIGNOR), hereby assigns 100% of their right, title and interest in a certain Promissory Note made between CHAD SCHUCHMANN of 1912 Wingfoot Drive, Nixa, MO 65714 (OBLIGATED PARTY), and ASSIGNOR on JULY 31, 2009 in the amount of $922,597.45. This Promissory Note and all rights, title and interest therein, is being assigned to Eastern Livestock Company (ASSIGNEE) for Consideration and value received.   A copy of said note is attached and for reference, made a part of this ASSIGNMENT.

ASSIGNOR recognizes that this assignment to ASIGNEE does not represent ASSIGNEE'S wavier of other forms of collection, satisfaction of debt owed by ASSIGNOR to ASSIGNEE, accord and satisfaction as to said debt or any other settlement or release of ASSIGNOR'S duty to pay ASSIGNEE in full.   ASSIGNEE retains all rights to continue to collect amounts owed to ASSIGNEE until said amount is paid in full.  If the amount owed to ASSIGNEE is fulfilled prior to the assigned promissory note being paid in full, ASSIGNEE agrees to revert ownership of the rights contained within the Promissory Note back to ASSIGNOR.

ASSIGNOR

SHAWN BREITSPRECHER, individually and on behalf
of 2B Cattle and BREITSPRECHER LIVESTOCK

I hereby acknowledge receipt of the above mentioned "ASSIGNMENT".

ASSIGNEE/ BENEFICIARY

THOMAS P. GIBSON for Eastern Livestock Company

TOTAL P.01