**EXHIBIT "E"**

**PREFERENCE ANALYSIS- CHAD SCHUCHMANN**

| Check No. | Check Date | Clear Date | Amount Paid | | Cumulative Preference | |
|---|---|---|---|---|---|---|
| 98030 | 10/2/2009 | 10/9/2009 | $ | 7,081.17 | $ | 7,081.17 |
| 100478 | 11/4/2009 | 11/9/2009 | $ | 4,631.87 | $ | 11,713.04 |
| 101656 | 11/23/2009 | 11/27/2009 | $ | 4,500.00 | $ | 16,213.04 |
| 102073 | 12/2/2009 | 12/9/2009 | $ | 3,397.52 | $ | 19,610.56 |
| 103115 | 12/17/2009 | 12/23/2009 | $ | 5,000.00 | $ | 24,610.56 |
| 105177 | 2/2/2010 | 2/8/2010 | $ | 19,994.99 | $ | 44,605.55 |
| 109804 | 4/15/2010 | 5/5/2010 | $ | 356.84 | $ | 44,962.39 |
| 110319 | 4/23/2010 | 5/5/2010 | $ | 300.00 | $ | 45,262.39 |
| 112774 | 6/2/2010 | 6/7/2010 | $ | 12,918.94 | $ | 58,181.33 |
| 118753 | 9/2/2010 | 9/10/2010 | $ | 5,000.00 | $ | 63,181.33 |
| | | **TOTAL:** | $ | **63,181.33** | $ | **63,181.33** |