**EXHIBIT "F"**

**PREFERENCE ANALYSIS- CHAD SCHUCHMANN d/b/a SCHUCHMANN TRANSPORT**

| Check No. | Check Date | Clear Date | Amount Paid | Cumulative Preference |
|---|---|---|---|---|
| 104145 | 1/14/2010 | 2/3/2010 | $ 9,632.70 | $ 9,632.70 |
| 104471 | 1/21/2010 | 2/8/2010 | $ 15,809.51 | $ 25,442.21 |
| 104794 | 1/27/2010 | 2/8/2010 | $ 14,678.61 | $ 40,120.82 |
| 105258 | 2/3/2010 | 2/16/2010 | $ 8,189.42 | $ 48,310.24 |
| 105677 | 2/11/2010 | 2/24/2010 | $ 10,617.70 | $ 58,927.94 |
| 105989 | 2/18/2010 | 3/11/2010 | $ 11,334.91 | $ 70,262.85 |
| 106451 | 2/25/2010 | 3/11/2010 | $ 13,668.71 | $ 83,931.56 |
| 106897 | 3/4/2010 | 3/19/2010 | $ 10,654.60 | $ 94,586.16 |
| 107844 | 3/18/2010 | 4/2/2010 | $ 1,920.23 | $ 96,506.39 |
| 108246 | 3/24/2010 | 4/12/2010 | $ 3,305.85 | $ 99,812.24 |
| 108710 | 3/31/2010 | 5/5/2010 | $ 1,490.45 | $ 101,302.69 |
| 109748 | 4/15/2010 | 5/10/2010 | $ 3,011.79 | $ 104,314.48 |
| 110188 | 4/22/2010 | 5/10/2010 | $ 3,085.60 | $ 107,400.08 |
| 111268 | 5/7/2010 | 5/24/2010 | $ 22,434.10 | $ 129,834.18 |
| 112403 | 5/26/2010 | 6/7/2010 | $ 17,091.30 | $ 146,925.48 |
| 112769 | 6/2/2010 | 6/14/2010 | $ 16,961.20 | $ 163,886.68 |
| 113231 | 6/10/2010 | 6/25/2010 | $ 5,232.20 | $ 169,118.88 |
| 114015 | 6/24/2010 | 7/27/2010 | $ 2,004.30 | $ 171,123.18 |
| 114698 | 7/8/2010 | 8/6/2010 | $ 2,693.00 | $ 173,816.18 |
| 115086 | 7/15/2010 | 7/27/2010 | $ 1,636.00 | $ 175,452.18 |
| 115513 | 7/21/2010 | 8/9/2010 | $ 7,588.44 | $ 183,040.62 |
| 117598 | 8/19/2010 | 9/1/2010 | $ 14,058.32 | $ 197,098.94 |
| 118160 | 8/26/2010 | 9/24/2010 | $ 10,517.00 | $ 207,615.94 |
| 118791 | 9/2/2010 | 9/24/2010 | $ 8,387.70 | $ 216,003.64 |
| 119313 | 9/8/2010 | 9/24/2010 | $ 1,263.00 | $ 217,266.64 |
| 120680 | 9/23/2010 | 10/20/2010 | $ 2,844.00 | $ 220,110.64 |
| 121206 | 9/30/2010 | 10/20/2010 | $ 5,648.00 | $ 225,758.64 |
| | | **TOTAL:** | **$ 225,758.64** | **$ 225,758.64** |