# Exhibit A

| Check No. | Check Date | Sum of Amount |
|---|---|---|
| 99336 | 10/26/09 | 16,020.75 |
| 100962 | 11/12/09 | 5,122.19 |
| 102659 | 12/10/09 | 5,000.00 |
| 103243 | 12/21/09 | 10,000.00 |
| 103747 | 1/4/10 | 12,000.00 |
| 105603 | 2/9/10 | 15,000.00 |
| 106950 | 3/4/10 | 15,100.68 |
| 109252 | 4/18/10 | 20,162.13 |
| 112874 | 6/3/10 | 15,000.00 |
| 113693 | 6/18/10 | 10,369.47 |
| 115873 | 7/27/10 | 15,000.00 |
| 118582 | 8/31/10 | 20,000.00 |
| 119359 | 9/9/10 | 20,000.00 |
| 120396 | 9/21/10 | 80,000.00 |
| | **Total** | $258,775.22 |