# Exhibit B

| Check Number | Check Date | Amount Paid |
|---|---|---|
| 105783 | 2/12/2010 | $23,374.41 |
| 106045 | 2/18/2010 | $9,456.60 |
| 106046 | 2/18/2010 | $9,400.00 |
| 107541 | 3/12/2010 | $5,458.17 |
| 107542 | 3/12/2010 | $5,706.57 |
| 109148 | 4/7/2010 | $36,086.86 |
| 109149 | 4/7/2010 | $36,086.00 |
| 112784 | 6/2/2010 | $10,000.00 |
| 112785 | 6/2/2010 | $10,000.00 |
| 113959 | 6/23/2010 | $34,599.86 |
| 113960 | 6/23/2010 | $34,599.86 |
| 114687 | 7/8/2010 | $32,925.77 |
| 114689 | 7/8/2010 | $32,925.77 |
| 114961 | 7/13/2010 | $41,430.42 |
| 123098 | 10/22/2010 | $16,127.76 |
| 123099 | 10/22/2010 | $16,127.76 |
| 123242 | 10/25/2010 | $15,605.89 |
| 123243 | 10/26/2010 | $15,605.89 |
| | | |
| | **Total** | $385,517.59 |