# Exhibit C

| Check Number | Check Date | Amount Paid |
|---|---|---|
| 102559 | 12/9/2009 | $118,255.68 |
| 103676 | 12/31/2009 | $145,236.00 |
| 109534 | 4/13/2010 | $63,750.00 |
| 110429 | 4/26/2010 | $25,391.36 |
| 112131 | 5/21/2010 | $98,306.20 |
| 114688 | 7/8/2010 | $13,805.52 |
| 115657 | 7/23/2010 | $56,358.40 |
| 116721 | 8/6/2010 | $110,396.20 |
| 118075 | 8/25/2010 | $98,381.60 |
| 119327 | 9/9/2010 | $136,620.00 |
| 122501 | 10/15/2010 | $19,307.69 |
| 123241 | 10/25/2010 | $29,344.00 |
|  |  |  |
|  | **Total** | $915,152.65 |