# Exhibit D

| Check Number | Check Date | Amount Paid |
|---|---|---|
| 103560 | 12/29/2009 | $95,128.52 |
| 109791 | 4/15/2010 | $3,000.00 |
| 114240 | 6/29/2010 | $303,372.81 |
| 114825 | 7/9/2010 | $51,655.87 |
| 120311 | 9/20/2010 | $354,408.96 |
| 121794 | 10/7/2010 | $3,102.45 |
| 121946 | 10/8/2010 | $47,056.29 |
| 122019 | 10/11/2010 | $41,881.56 |
| | **Total** | $899,606.46 |