# **EXHIBIT A**

## Detail of Missing Cattle

| Number of Head | Weight | Inventory Value Amount | Explanation |
|---|---|---|---|
| 128 | 126,739 | $99,800.05 | Scott Gibson attempted to remove from Branch 35 inventory list by issuance of a credit invoice on September 12, 2010 |
| 6 | 4,310 | $13,332.59 | Scott Gibson attempted to remove from Branch 35 inventory list by issuance of a credit invoice on December 1, 2010 |
| 142 | 97,854 | $112,620.17 | Included on Branch 35's inventory list but no proceeds or cattle received |
| 110 | 55,080 | $70,360.09 | Included on Branch 35's inventory list but no proceeds or cattle received |
| 117 | 56,030 | $65,479.99 | Included on Branch 35's inventory list but no proceeds or cattle received |
|  |  | $361,592.89 |  |