# **EXHIBIT C**

| Check Number | Check Date | Amount Paid |
|---|---|---|
| 88767 | 03/26/2009 | $27,555.52 |
| 106955 | 03/04/2010 | $30,694.61 |
| 96721 | 09/09/2010 | $3,200.44 |
|  |  | $61,450.57 |