**EXHIBIT D**

| Check Number | Check Date | Clear Date | Amount |
|---|---|---|---|
| 103454 | 12/24/2009 | 12/28/2009 | $43,502.43 |
| 103455 | 12/24/2009 | 12/28/2009 | $1,055.88 |
| 104266 | 1/15/2010 | 1/19/2010 | $483.32 |
| 104599 | 1/22/2010 | 1/25/2010 | $5,000.00 |
| 105905 | 2/17/2010 | 2/19/2010 | $259.90 |
| 107223 | 3/9/2010 | 3/11/2010 | $820.33 |
| 107874 | 3/18/2010 | 3/19/2010 | $1,568.78 |
| 108725 | 3/31/2010 | 4/2/2010 | $2,729.36 |
| 109850 | 4/16/2010 | 4/19/2010 | $1,179.45 |
| 110620 | 4/28/2010 | 4/30/2010 | $2,034.14 |
| 111149 | 5/6/2010 | 5/11/2010 | $1,160.22 |
| 111564 | 5/12/2010 | 5/14/2010 | $2,128.65 |
| 112075 | 5/20/2010 | 5/24/2010 | $2,514.24 |
| 112680 | 6/1/2010 | 6/2/2010 | $1,806.99 |
| 113499 | 6/15/2010 | 6/21/2010 | $1,830.35 |
| 114120 | 6/25/2010 | 6/29/2010 | $357.96 |
| 114482 | 7/2/2010 | 7/6/2010 | $1,303.01 |
| 114773 | 7/9/2010 | 7/13/2010 | $2,430.00 |
| 115789 | 7/26/2010 | 7/28/2010 | $1,062.77 |
| 116496 | 8/4/2010 | 8/6/2010 | $2,003.13 |
| 116901 | 8/10/2010 | 8/12/2010 | $2,086.11 |
| 118076 | 8/25/2010 | 8/27/2010 | $1,717.75 |
| 118577 | 8/31/2010 | 9/1/2010 | $2,966.20 |
| 119622 | 9/13/2010 | 9/15/10 | $3,074.67 |
| 121183 | 9/29/2010 | 10/1/10 | $5,052.04 |
| 122605 | 10/18/2010 | 10/19/10 | $4,286.84 |
| | | **Total:** | **$94,414.52** |