# EXHIBIT A

**INVOICE AND SECURITY AGREEMENT**

DATE _11/2/10_

INVOICE NO. 314918

# Eastern Livestock Co., LLC

SOLD TO _Bill Chase_

SHIP TO _____

Address _1157 Henry Kimrel__

Address _____

City-State-Zip _Glasgow, Ky  42142-2038_

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 12 | Heifers | 2500 | 208 / 131.40 | 3284.96 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | X |  |  |  |
|  |  |  | 12 |  |
|  |  | 11/2/10 |  |  |
|  |  |  |  | 11/2/10 |
| **TOTALS** |  |  |  |  |

TRUCKER: _____

_Lexington, ky_

FROM: _Grant Gibson_

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

## INVOICE AND SECURITY AGREEMENT

DATE _10-28-10_

INVOICE NO. 280472

# Eastern Livestock Co., LLC

SOLD TO _Bill Chase_

SHIP TO _____

Address _____

Address _____

City-State-Zip _____

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 1 | 14 | 185 | 10.58 | 193.47 |
| 14 | 20 | 3020 | 216 - 114.04 | 3443.98 |
| 10 | 200 | 2015 | 202 - 127.72 | 2573.56 |
| 8 | EASLIV (Ropes) | 1725 | 216 - 123.54 | 2131.09 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 33 | | 6945 | | 8342.10 |
| TOTALS 25 | | 5220 | | 6211.01 |

TRUCKER: _____

COMMISSION _____

VETERINARY _____

FROM: _Bill Chase_

TRUCKING _____

OTHER _____

TOTAL _____

Please Remit to:   EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035