**EXHIBIT B**

| Check Number | Amount Due | | Check Date | Clear Date | Amount Paid |
|---|---|---|---|---|---|
| F29237 | | | 1/13/2010 | 1/14/2010 | $14,349.42 |
| F30995 | | | 3/10/2010 | 3/11/2010 | $12,000.00 |
| F31032 | | | 3/31/2010 | 4/1/2010 | $75,000.00 |
| | **TOTAL** | | | | $101,349.42 |
| | ($2,750.00) | * | | | **$98,599.42** |

* $2,750.00 reflects the total of three NSF checks dated 10/29/10 and 11/2/2010