Exhibit A

| Date | ELC Inv # | Head | Type | Contract/Lot # | Seller | Shipped to | Original Sale $ |
|---|---|---|---|---|---|---|---|
| 1-Nov | 314155 | 81 | Strs | C-484 | Lowe Brothers | Cactus-Hale Center | $54,381.65 |
| 1-Nov | 314198 | 67 | Strs | 4901 | R. Wilberg | Cactus-Ulysses | $52,879.61 |
| 1-Nov | 314194 | 206 | Strs | 4571 | Little | Cactus-Hale Center | $161,307.46 |
| 1-Nov | 314221 | 83 | Hfrs | 4910 | McGilvray | Heritage-Sublette | $49,115.30 |
| 1-Nov | 316043 | 57 | Strs | 4914 | Schenk | Cactus-Wolf Creek, Perryton, TX | $53,144.92 |
| 1-Nov | 310520 | 34 | Hfrs | 4526 | Top Farms | Five Rivers-Yuma | $26,480.00 |
| 1-Nov | 316255 | 26 | Strs | 4526 | Top Farms | Five Rivers-Yuma | $22,123.30 |
| 1-Nov | 316059 | 60 | Strs | 4913 | Wornat Land | Cactus-Wolf Creek, Perryton, TX | $50,106.87 |
| 1-Nov | 310924 | 76 | Hfrs | C-455 | Collins | James Perschbacher-Ward Feeders-La | $47,030.11 |
| 2-Nov | 316062 | 62 | Strs | C458/4575 | Bar H | Cactus-Wolf Creek, Perryton, TX | $50,459.97 |
| 2-Nov | 306763 | 282 | Strs | 4718 | | William Bush | $179,168.53 |
| 2-Nov | 316085 | 58 | Hfrs | C-456/4501 | Collins | James Perschbacher-Ward Feeders-La | $36,830.14 |
| 2-Nov | 316252 | 58 | Hfrs | | | Supreme-Liberal, KS | $43,817.49 |
| 2-Nov | 316093 | 70 | Hfrs | 4478 | Mitchell | James Perschbacher-Ward Feeders-La | $48,172.33 |
| 8-Nov | 310962 | 106 | Strs | 4915 | Anderson | Doug Sunderman | $103,472.80 |
| 8-Nov | 316086 | 73 | | 4670 | Jones | Heritage-Sublette, KS | $47,428.08 |