Exhibit B

Eastern Livestock Co., LLC hereby assigns its rights and responsibilities under (Invoice No./Contract No.) __(See Attached)__ to SOLM Inc. Apache, Okla. This Assignment applies specifically to the livestock contracts listed on the attached.

Dated    November 8, 2010

Signed   *Thomas P. Gibson*
         Eastern Livestock Co., LLC

From: 580 588 2733    Page: 2/3    Date: 11/11/2010 11:27:13 AM

Nov 11 10 12:22p    Gibson    812-952-2071    p.1
Nov 11 10 12:08p    Stockman OK    580-588-2733    p.2

| | | | |
|---|---|---|---|
| Contract 4180 | Contract 4602 | Contract 4905 | Contract 4803 |
| Contract 4278 | Contract 4646 | Contract 4906 | contract 4853 |
| Contract 4280 | Contract 4648 | Contract 4917 | Contract 4854 |
| Contract 4295 | Contract 4662 | Contract 4918 | Contract 4877 |
| Contract 4333 | Contract 4758 | Contract 4919 | Contract 4891 |
| Contract 4360 | Contract 4773 | Contract 4926 | Contract 4908 |
| Contract 4361 | Contract 4775 | Contract C459 | Contract 4724 |
| Contract 4577 | Contract 4852 | Contract C478 | Contract 4820 |
| Contract 4669 | Contract 4873 | Contract 4896 | Contract 4897 |
| Contract 4713 | Contract 4886 | Contract 4920 | Contract 4799 |
| Contract 4735 | Contract 4912 | Contract C477 | Contract C468 |
| Contract 4738 | Contract 4916 | Contract C460 | Contract 4798 |
| Contract 4793 | Contract 4942 | contract 4761 | Contract 4851 |
| Contract 4923 | Contract 4759 | Contract 4763 | Contract C464 |
| Contract C476 | Contract 4760 | | Contract C475 |
| Contract 4890 | Contract 4904 | | |

NOV-04-2010 17:27    Eastern Livestock                         1 812 948 9060        P.001/001

9706121598    Line 1                                  03:27:15 p.m.    11-04-2010        1/1

Eastern Livestock Co., LLC hereby assigns its rights and responsibilities under (Invoice No./Contract No.) __All Contracts__ to SOLM Inc. Apache Okla. This Assignment applies specifically to the livestock described below:

__Sold by Apache Video.__

Dated __11-4-10__

Signed __Thos S hl__
Eastern Livestock

TOTAL P.001