Exhibit C

**Additional ELC Buy Contracts**

| SOLM Contract # | ELC Contract # | Contract Date | Delivery Date | ELC Inv # | Head | Type | Customer | $ |
|---|---|---|---|---|---|---|---|---|
| 4478 | 1057 | 6/9/10 | 11/1/10 | 316093 | 70 | Hfrs | ILS/Perschbacher | 48,172.33 |
| C546/4502 | 1070 | 6/16/10 | 11/5/10 | 316175 | 64 | Hfrs | Cactus | 48,676.44 |
| 4670 | 11197 | 7/28/10 | 11/1/10 | 316086 | 73 | Hfrs | Heritage | 47,428.08 |
| 4755 | 11345 | 8/25/10 | 11/5/10 | 316176 | 68 | Strs | J&F | 56,537.91 |
| 4755 | 11383 | 8/25/10 | 11/4/10 | 316166 | 68 | Strs | J&F | 55,713.73 |
| 4756 | 11344 | 8/25/10 | 11/4/10 | 316167 | 210 | Strs | Cactus | 170,567.00 |
| 4757 | 11462 | 8/25/10 | 11/4/10 | 316168 | 116 |  | J&F | 106,064.72 |
| 4736 | 11302 | 8/18/10 | 11/9/10 |  | 120 | Strs | Cactus | 110,591.47 |
| 4795 | 11380 | 9/1/10 | 11/4/10 | 316152 | 64 | Strs | Cactus | 51,980.56 |
| 4843 | 11413 | 9/15/10 | 11/2/10 | 311592 | 94 | Hfrs |  | 48,414.86 |
| 4858 | 11424 | 9/22/10 | 11/8/10 | not inv'd | 254 | Hfrs | Cactus | 189,965.63 |
| 4859 | 11425 | 9/22/10 | 11/1/10 | 316252 | 58 | Hfrs | Supreme | 43,817.49 |
| 4915 | 11519 | 10/27/10 | 11/2/10 | 310962 | 106 | Strs | Doug Sunderman | 103,742.80 |
| 4924 | 11491 | 10/27/10 | 11/5/10 | 316182 | 113 |  | J&F | 97,824.98 |
| 4929 |  | 10/27/10 | 11/1/10 | 311590 | 106 | Strs |  | 59,911.42 |
| 4939 |  | 10/27/10 | 11/1/10 | 311591 | 106 | Hfrs |  | 52,707.55 |
| 4945 | 11547 | 11/3/10 | 11/8/10 | not inv'd | 129 | Strs | Cactus | 99,276.68 |
| 4946 |  | 11/3/10 | 11/5/10 | 316173 | 64 | Strs | Supreme | 50,490.93 |
| 4947 |  | 11/3/10 | 11/5/10 | 316174 | 69 | Strs | Supreme | 52,858.43 |
| C455 | 10901 | 7/26/10 | 10/29/10 | 310924 | 76 | Hfrs | ILS/Perschbacher | 49,779.98 |
| C456 | 10408 | 7/26/10 | 11/1/10 | 316085 | 58 | Hfrs | ILS/Perschbacher | 39,741.39 |
|  |  |  |  |  |  |  | **SUMMARY $:** | 1,584,264.38 |
|  |  |  |  | 1) | Customer Paid Eastern |  | 151,170.88 |  |
|  |  |  |  | 2) | Customer Paid SOLM |  | 649,280.37 |  |
|  |  |  |  | 3) | Interpled |  | 186,370.14 |  |
|  |  |  |  | 4) | Customer Paid No One |  | 43,817.49 |  |
|  |  |  |  | 5) | Unknown |  | 553,495.08 |  |
|  |  |  |  |  |  |  | 1,584,133.96 |  |