## Exhibit D

| Check Number | | Check Date | Amount Paid |
|---|---|---|---|
| F32752 | | 9/3/2010 | $482,681.88 |
| F32754 | | 9/8/2010 | $563,245.19 |
| F32755 | | 9/8/2010 | $828,735.90 |
| F33673 | | 9/15/2010 | $277,436.20 |
| F33674 | | 9/15/2010 | $976,422.63 |
| F33675 | | 9/19/2010 | $299,224.69 |
| F33677 | | 9/22/2010 | $469,373.70 |
| F33678 | | 10/5/2010 | $588,730.64 |
| F33679 | | 10/5/2010 | $379,009.48 |
| F33680 | | 10/6/2010 | $498,589.46 |
| F33691 | | 10/12/2010 | $399,582.15 |
| F33693 | | 10/15/2010 | $673,492.23 |
| F33694 | | 10/18/2010 | $1,764,679.26 |
| F33695 | | 10/15/2010 | $608,759.63 |
| | * | | ($516,569.22) |
| | * | | ($358,448.46) |
| | * | | ($151,170.88) |
| | | Directed Transfer From William Bush Paid | $179,168.53 |
| | | Total: | $7,962,943.01 |

*Reflects the total of 3 NSF checks dated 11/1/2010, 11/2/2010 and 11/8/2010.

DMS_US 51311218v1