## EXHIBIT E - ELC Paid Cattle

| CUSTOMER | DATE BOOKED TO INVENTORY | INVOICE # | VENDOR | LOT | INVENTORY VALUE |
|---|---|---|---|---|---|
| Doe 1 | 9-24-2010 | 311032N | SOLM | 4788 | 31,274.68 |
| Doe 1 | 9-30-2010 | 311033N | SOLM | 4821 | 34,904.66 |
| Doe 1 | 10/14/2010 | 311048N | SOLM | 4785 | 59,598.25 |
| Doe 2 | 10/13/2010 | 311049N | RIVER BEND CATTLE | | 100,984.96 |
| Doe 3 | 8/23/2010 | 311050N | BRANCH #2 TRANSFER | | 56,368.66 |
| Doe 1 | 9/25/2010 | 311631N | SOLM | 4742 | 56,102.09 |
| Doe 1 | 10/21/2010 | 311632N | SOLM | 4537 | 50,435.71 |
| Doe 1 | 10/21/2010 | 311633N | SOLM | 4538 | 38,806.66 |
| | | | | | **428,475.67** |