## EXHIBIT F - ELC Unpaid Cattle

| CUSTOMER | DATE BOOKED TO INVENTORY | INVOICE # | VENDOR | LOT | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Doe 4 | 11/01/10 | 311586N | SOUTHEAST LIVESTOCK | 273 | 51,212.65 |
| Doe 5 | 11/01/10 | 311590N | SOLM | 4929 | 59,911.42 |
| Doe 5 | 11/01/10 | 311591N | SOLM | 4939 | 52,707.55 |
| Doe 5 | 11/02/10 | 311592N | SOLM | 4843 | 51,294.86 |
| | | | | | **215,126.48** |