# **EXHIBIT G**

NICHOLS LIVESTOCK
ROBERT NICHOLS OR JANE NICHOLS
21707 EAST 1890 RD
MOUNTAIN PARK OK 73559-9240

7257

DATE 11-9-10

PAY TO THE ORDER OF Eastern Livestock Exchange LLC    $ 51,212.00

Fifty One thousand two hundred twelve 00/100    DOLLARS

LEGEND BANK

FOR Lot #0720 lot 273

Robert Nichols

"007257"  ⑆ 11903290⑇  100 504 2373

on inventory

