## EXHIBIT H - Bush Cattle

| CUSTOMER | DATE BOOKED TO INVENTORY | INVOICE # | VENDOR | LOT | INVENTORY VALUE |
|---|---|---|---|---|---|
| Bush, William | 10/29/10 | 311588N | SOLM | 4718 | 205,521.25 |
| | | | | | **205,521.25** |