**EXHIBIT I - Transfers to Nichols Defendants**

| Nichols Livestock | | |
|---|---|---|
| *Check Number* | *Check Date* | *Amount Paid* |
| F31325 | 5/3/2010 | $49,844.36 |
| F31764 | 5/27/2010 | $3,036.00 |
| F32720 | 7/12/2010 | $16,416.25 |
| | | **$69,296.61** |

| Robert Nichols | | |
|---|---|---|
| *Check Number* | *Check Date* | *Amount Paid* |
| F27528 | 11/12/2009 | 178,055.01 |
| F29696 | 1/14/2010 | 115,789.47 |
| F32744 | 8/6/2010 | 156,845.94 |
| F33686 | 9/20/2010 | 53,765.83 |
| F33687 | 9/23/2010 | 114,683.62 |
| F33688 | 9/23/2010 | 207,779.39 |
| F33709 | 10/11/2010 | 883,242.75 |
| 102668 | 12/11/2009 | 2,781.33 |
| F32183 | 12/1/2009 | 145,517.80 |
| F32185 | 12/6/2009 | 457,830.10 |
| 103120 | 12/18/2009 | 4,312.06 |
| F32189 | 12/18/2009 | 48,670.76 |
| F32191 | 12/21/2009 | 306,272.99 |
| 103447 | 12/24/2009 | 7,858.80 |
| 103553 | 12/29/2009 | 3,867.26 |
| F32195 | 12/28/2009 | 100,000.00 |
| | | **2,787,273.11** |

| | TOTAL | **$2,856,569.72** |
| --- | --- | --- |