**SO ORDERED: December 28, 2012.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**AMENDED ORDER GRANTING HOOVER HULL LLP'S SECOND INTERIM
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on *Hoover Hull LLP's Second Interim Application For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") (docket #1555) filed by Hoover Hull LLP on November 21, 2012 and objections filed by (a) Bluegrass Stockyards, LLC; Bluegrass Stockyards of Campbellsville, LLC; Bluegrass Stockyards East LLC; Bluegrass-Maysville Stockyards, LLC; Bluegrass Stockyards of Richmond, LLC; Bluegrass South Livestock Market, LLC; Alton Darnell, East Tennessee Livestock Center, Inc.; Moseley Cattle Auction, LLC; Piedmont Livestock Company, Inc.; and Southeast Livestock Exchange, LLC (docket #1613) ("Bluegrass

Objection"); and (b) Alabama Livestock Auction, Inc.; Sealy and Sons Livestock, LLP; Athens Stockyard, LLC; CPC Livestock, LLC; Edwin A. Strickland; Strickland Farms; Ashville Stockyard, Inc.; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.; Macon Stockyard, Inc.; Peoples Livestock Auction, Inc.; Robert Rawls d/b/a Robert Rawls Livestock; E4 Cattle Co, LLC; and Ed Edens (docket no #1620)("Livestock Creditors' Objection" and together with the Bluegrass Objection, the "Objections").  The Court, having reviewed the Application, the Objections and the arguments of counsel at a hearing held on December 17, 2012, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. The Bluegrass Objection and the Livestock Creditors' Objection are overruled in their entirety.

2. Hoover Hull LLP's Second Interim Application is allowed and the Trustee is authorized to pay from the Trustee's operating account to Hoover Hull LLP interim compensation for attorneys' fees in the amount of $437,214.50 plus reimbursement for out-of-pocket expenses incurred in the amount of $39,043.16 for the period September 1, 2011 through and including October 31, 2012.

###