IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 3006, Gary S. Bell, President, of Bob's Auto, Inc. hereby withdraws the proof of claim it filed in this matter (the "Proof of Claim"), claim number 300, as (1) no objection has been filed to the Proof of Claim, (2) no complaint has been filed against Bob's Auto Inc., and (3) Bob's Auto, Inc. has not participated significantly in this case.

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Phone: 502-589-4200
Facsimile: 502-587-3695
e-mail: cbowles@bgdlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.