UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the *Order On Trustee's First Omnibus Objection To Amended And/Or Duplicate Claims* (Docket No. 1692) was sent to those persons listed on the service list attached hereto at the addresses shown thereon via (i) electronic mail transmission through the Bankruptcy Court's CM/ECF system on December 27, 2012, or (ii) first-class U.S. Mail, postage prepaid, on January 3, 2013.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:  /s/ Terry E. Hall

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
wendy.ponader@faegrebd.com

**Via CM/ECF transmission:**

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |

| | | |
|---|---|---|
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | | |

**Via first-class U.S. Mail, postage prepaid:**

| | | |
|---|---|---|
| 4 Legs Down LLC<br>4051 N. County Road 500E<br>Greensburg, IN  47240 | Ben Armstrong<br>2290 Letter Oak Road<br>Albany, KY  42602-6288 | Jerry Bagby<br>5360 Highway 1464<br>Greensburg, KY  42743-9432 |
| Bar K Cattle<br>1275 7th Avenue<br>Sioux Center, IA  51250-2156 | Johnny Bell<br>108 North Green Street<br>Glasgow, KY  42141-2806 | Marion Bradford<br>197 Hidden Lake Road<br>Hendersonville, TN  37075 |
| James H. Brass<br>P.O. Box 777<br>Coldwater, KS  67029-0777 | Byron Lang Inc.<br>P.O. Box 301<br>Jackson, MO  63755-0301 | Denver Capps<br>P.O. Box 975<br>Burkesville, KY  42717-0975 |
| Veteran Denver Capps<br>330 Frogue Road<br>Burkesville, KY  42717 | Cattlco LLC<br>c/o Nolan M. Johnson, Esq.<br>Bass Berry & Sims PLC<br>100 Peabody Pl., Suite 900<br>Memphis, TN  38103 | Louis Cernoch, Jr.<br>c/o Laura L. Worsham, Jr.<br>Jones Allen & Fuquay LLP<br>8828 Greenville Avenue<br>Dallas, TX  75243 |
| Jeremy Coffey<br>6205 Greensburg Rd.<br>Columbia, KY  42728 | Coffeyville Livestock Market LLC<br>c/o William E. Smith III<br>Kightlinger & Gray LLP<br>3620 Blackiston Blvd., Suite 200<br>New Albany, IN  47150 | Boyd Copas<br>2195 E. Phillipi Church Rd.<br>Tompkinsville, KY  42167-9478 |
| Rita Cravens<br>1525 Dogwalk Road<br>Alpine, TN  38543 | Crumpler Bros.<br>c/o Ross A. Plourde<br>McAfee & Taft<br>Two Leadership Sq., Tenth Floor<br>211 N. Robinson<br>Oklahoma City, OK 73102 | Cullman  Stockyard, Inc.<br>c/o Hoagy Parrish<br>75 County Road 1339<br>Cullman, AL  35058 |
| Dale Stull Trucking<br>Box 41<br>Nara Visa, NM  88430-0041 | Denwalt & Son Cattle Co.<br>10004 Reno W.<br>El Reno, OK  73036-9728 | Eddie Eicke<br>11888 County Road 1202<br>Snyder, TX  79549 |
| F & M Farms LLC<br>P.O. Box 14<br>Bullard, TX  75757-0014 | Bobby Farmer<br>P.O. Box 77<br>Warrensville, NC  28693-0067 | Fousek Farms & Trucking LLC<br>28381 U.S. Highway 281<br>Armour, SD  57313-5913 |

| | | |
|---|---|---|
| Mark Freeman, III<br>c/o Guy Clark, Esq.<br>Northcutt Clark Gardner Hron & Brune<br>P.O. Box 1669<br>Ponca City, OK  74602 | Friona Industries LP<br>c/o John Massouh<br>Sprouse Shrader Smith, P.C.<br>P.O. Box 15008<br>Amarillo, TX  79105-5008 | General Electric Capital Corporation<br>300 John Carpenter Freeway, Suite 207<br>Irving, TX  75062 |
| David Gordon<br>1758 Old Temple Hill Rd.<br>Tompkinsville, KY  42167 | Jerry Herald<br>1191 Oakhill School Rd.<br>Smiths Grove, KY  42171-9024 | High & High<br>1150 Sulphur Lick Rd.<br>Tompkinsville, KY  42167-7048 |
| Jimmie Dale High<br>1150 Sulphur Lick Rd.<br>Tompkinsville, KY  42167-7048 | David Holley<br>377 Blue Springs Rd.<br>Knob Lick, KY  42154 | Ingland Trucking<br>11932 Road 6<br>Liberal, KS  67901-6142 |
| Joe Kanthak Trucking<br>48640 161st St.<br>Revillo, SD  57259-6616 | Kness Trucking Inc<br>P.O. Box 463<br>Chadwick, IL  61014 | L&F Cattle<br>c/o Joe Foote<br>8365 W. FM 217<br>Gatesville, TX  76528-3253 |
| Lane Cattle Company<br>c/o Tindal & Hickman LLP<br>915 South Hull Street<br>Montgomery, AL  36104 | Loftis Farm<br>460 Stockton Lane<br>Gainesboro, TN  38562-6101 | Arthur Lowhorn<br>Route 2<br>Albany, KY  42602 |
| Mike Luke<br>4845 Cookeville Boat Dock Rd.<br>Baxter, TN  38544 | Jimmy Manion<br>107 Indie Ct.<br>Glasgow, KY  42141-3433 | Garnett S. Martin, Jr.<br>c/o Junior Martin<br>1233 Hollow Road<br>Glasgow, KY  42141-9487 |
| Junior Martin<br>1233 Hollow Road<br>Glasgow, KY  42141-9487 | Richie Melson<br>2628 Melson Ridge Rd.<br>Columbia, KY  42728-8017 | Mid State Waste<br>P.O. Box 2068<br>Glasgow, KY  42142-2068 |
| Milligan Farms<br>651 Grassy Springs Rd.<br>Columbia, KY  42728-8374 | Montgomery Stock Yard Inc.<br>P.O. Box 250108<br>Montgomery, AL  36125-0108 | Gabriel Moreno Medina<br>c/o The Law Offices of Stephen N. Nickey<br>1201 N. Mesa, Suite B<br>El Paso, TX  79902 |
| Dorinda Morrison<br>8035 Fairplay Rd.<br>Columbia, KY  42728 | Ronald D. Neufeld<br>5590 NE 157th Terrace<br>Williston, FL  32696 | Nu-Technologies<br>c/o Judith Ackland<br>9203 Valaretta Drive<br>Gretna, NE  68208 |

| | | |
|---|---|---|
| Terry Patton<br>1224 New Concord Road<br>Columbia, KY  42728 | Republic Bank & Trust Co.<br>c/o Allen L. Morris<br>Stites & Harbison PLLC<br>P.O. Box 946<br>323 E. Court Ave.<br>Jeffersonville, IN  47131-0946 | Kenneth Sanders<br>2487 Winn School Rd.<br>Glasgow, KY  42141 |
| Sealy & Son<br>700 Highway 80 E.<br>Uniontown, AL  36786 | Peggy Smith Carey<br>1321 Brown Rd.<br>Park City, KY  42160-7833 | Bobby Smith<br>1105 Grady Road<br>Munfordville, KY  42765 |
| Dwayne Smith<br>4238 Garfield Hinds Rd.<br>Monroe, TN  38573 | Leonard Clifton Smith<br>1133 Brown Road<br>Park City, KY  42160-7831 | Shirley Smith<br>1105 Grady Rd.<br>Munford, KY  42765 |
| Tom Svoboda<br>3065 AA<br>Herington, KS  67449 | Steve Ray Taylor<br>1010 Old Buck Ck. Rd.<br>Adolphus, KY  42120-6115 | Tennessee Livestock Producers Inc<br>P.O. Box 313<br>Columbia, TN  38402-0313 |
| Roger Dale Thomas<br>199 Rhoton Cave Rd.<br>Tompkinsville, KY  42167-7506 | Thompson Bros.<br>1448 South Jackson Highway<br>Hardyville, KY  42746-8303 | TR Smith Livestock<br>921 W. Choctaw Street<br>Lindsay, OK  73052-5019 |
| United Producers Inc.<br>8351 North High Street<br>Suite 250<br>Columbus, OH  43235-1440 | Tim Vibbert<br>444 Jack Brown Rd.<br>Glasgow, KY  42141-8237 | Madison Welch<br>c/o Todd C. Welch<br>4030 N. 900 E<br>Lafayette, IN  47905-9673 |
| West Plains Co.<br>c/b/a CT Livestock<br>4800 Main St., Suite 274<br>Kansas City, MO  64112-2540 | Jackie Young<br>1337 Claude Jones Rd.<br>Edmonton, KY  42129 | |