UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the *Order On Trustee's First Omnibus Objection To Released Claims* (Docket No. 1693) was sent to those persons listed on the service list attached hereto at the addresses shown thereon via (i) electronic mail transmission through the Bankruptcy Court's CM/ECF system on December 27, 2012, or (ii) first-class U.S. Mail, postage prepaid, on January 3, 2013.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:   /s/ Terry E. Hall

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

**Via CM/ECF transmission:**

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |

| | | |
|---|---|---|
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | | |

**Via first-class U.S. Mail, postage prepaid:**

Cattlemen's Livestock Market, Inc.
3305 US Highway 92 E
Lakeland, FL 33802

Cattlemen's Livestock Market, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Columbia Livestock Market, Inc.
4557 S US Highway 441
Lake City, FL 32025

Columbia Livestock Market, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Daniel M. Byrd
c/o Oak Lake Cattle Co.
1055 US Hwy 98 N
Okeechobee, FL 34973

Daniel M. Byrd
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Eagle Bay, Inc.
c/o Oak Lake Cattle Co.
1055 US Hwy 98 N
Okeechobee, FL 34973

Eagle Bay, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Hardee Livestock Market, Inc.
1201 US Highway 17 South
Wauchula, FL 33873

Hardee Livestock Market, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Hilliard-McKettrick Investments, Inc.
d/b/a Arcadia Stockyard
PO Box 1418
Arcadia, FL 34265

Hilliard-McKettrick Investments, Inc.
d/b/a Arcadia Stockyard
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Madison County Livestock Market, Inc.
d/b/a Townsend Livestock Market
S At I-10 HC 53
Madison, FL 32341

Madison County Livestock Market, Inc.
d/b/a Townsend Livestock Market
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

North Florida Livestock Market, Inc.
12171 S US Highway 441
Lake City, FL 32025

North Florida Livestock Market, Inc.
c/o W. Scott Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

| | |
|---|---|
| Oak Lake Cattle Co.<br>1055 US Highway 98 North<br>Okeechobee, FL 34973 | Oak Lake Cattle Co.<br>c/o W. Scott Newbern<br>2982 East Giverny Circle<br>Tallahassee, FL 32309 |
| Ocala Livestock Market, Inc.<br>9100 NW Highway 25A<br>Ocala, FL 34480 | Ocala Livestock Market, Inc.<br>c/o W. Scott Newbern<br>2982 East Giverny Circle<br>Tallahassee, FL 32309 |
| Okeechobee Livestock Market, Inc.<br>1055 US Highway 98 N<br>Okeechobee, FL 34972 | Okeechobee Livestock Market, Inc.<br>c/o W. Scott Newbern<br>2982 East Giverny Circle<br>Tallahassee, FL 32309 |
| Ron Sizemore Trucking, Inc.<br>9871 S E 22nd Street<br>Webster, FL 33597 | Ron Sizemore Trucking, Inc.<br>c/o W. Scott Newbern<br>2982 East Giverny Circle<br>Tallahassee, FL 32309 |
| Sumter County Farmers Market, Inc.<br>524 North Market Blvd<br>Webster, FL 33597 | Sumter County Farmers Market, Inc.<br>c/o W. Scott Newbern<br>2982 East Giverny Circle<br>Tallahassee, FL 32309 |
| Michael J. Walro<br>Trustee of East-West Trucking Co., LLC<br>426 East Main Street<br>Madison, IN 47250 | Peoples Bank and Trust Company of Pickett County<br>c/o Lisa Koch Bryant<br>500 West Jefferson Street, Suite 2450<br>Louisville, KY 40202 |