UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC            CASE NO. 10-93904
                                                                  CHAPTER 11
      DEBTOR

### AGREED ENTRY REGARDING MOTION TO APPROVE
### COMPROMISE AND SETTLEMENT WITH C&M CATTLE

Come Bluegrass Stockyards, LLC ("Bluegrass") and James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Trustee"), by counsel, and for their Agreed Entry regarding the Motion to Approve Compromise and Settlement with C&M Cattle [ECF No. 1626] (the "Motion"), respectfully state as follows:

WHEREAS, the Trustee filed the Motion on December 13, 2012 requesting this Court's approval of a proposed settlement of claims between the Trustee and C&M Cattle ("C&M");

WHEREAS, Bluegrass believes that certain of the cattle sales transactions at issue in the Motion relate to 70 head of cattle purchased by Eastern Livestock Co., LLC ("Eastern"), on behalf of itself or another, from Bluegrass at a Bluegrass auction for a total of $32,355.13;

WHEREAS, Bluegrass and certain of its related entities (collectively, the "Bluegrass Companies") are in the process of finalizing a settlement with the Trustee of certain claims and causes of action in the above-captioned bankruptcy case and related matters (the "Settlement");

WHEREAS, the Bluegrass Companies and the Trustee anticipate that a motion requesting this Court's approval of the Settlement will be filed in the near future;

NOW, THEREFORE, IT IS HEREBY AGREED as follows:

1. The Trustee will hold in escrow the amount of $32,355.13 that he expects to receive from the pending settlement with C&M described in the Motion (the "C&M Escrow") until the earlier of: (a) 60 days from the date of an order approving the pending settlement with C&M, and (b) the date the Court enters an order approving the anticipated Settlement between the Bluegrass Companies and the Trustee.

2. If either of the conditions described in paragraph one above occurs, the Trustee agrees that Bluegrass would have 30 days from the occurrence of the condition to amend the current contested matter involving certain of the Bluegrass Companies related to cattle sales proceeds and assert an interest in the C&M Escrow.

3. This agreement by the Trustee is not an admission of any kind that the claim against the C&M Escrow is valid.

4. Upon final approval of the Settlement by Order of this Court, all claims of Bluegrass to the C&M Escrow will be waived and released.

**SEEN AND AGREED TO BY:**

DELCOTTO LAW GROUP PLLC          FAEGRE BAKER DANIELS LLP


/s/ Amelia Martin Adams, Esq.          /s/ Terry E. Hall, Esq.
200 North Upper Street                 300 N. Meridian Street, Suite 2700
Lexington, KY 40507                    Indianapolis, Indiana 46204
Telephone: (859) 231-5800              Telephone: (317) 237-1230
Facsimile: (859) 281-1179              Facsimile: (317) 237-8418
aadams@dlgfirm.com                     Terry.Hall@faegrebd.com
COUNSEL FOR THE                        COUNSEL FOR TRUSTEE
BLUEGRASS COMPANIES                    JAMES A. KNAUER

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| David L. Abt | davidabt@mwt.net |
| Amelia Martin Adams | aadams@dlgfirm.com, dlgecf@dlgfirm.com; dlgecfs@gmail.com |
| John W. Ames | james@bgdlegal.com, smays@bgdlegal.com; tmills@bgdlegal.com |
| Jerald I. Ancel | jancel@taftlaw.com, ecfclerk@taftlaw.com; krussell@taftlaw.com |
| T. Kent Barber | kbarber@dlgfirm.com, dlgecf@dlgfirm.com; dlgecfs@gmail.com |
| Robert A. Bell | rabell@vorys.com, dmchilelli@vorys.com |
| C. R. Bowles | cbowles@bgdlegal.com, mays@bgdlegal.com; cjenkins@bgdlegal.com |
| Steven A. Brehm | sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com; smays@bgdlegal.com |
| Kent A Britt | kabritt@vorys.com, cbkappes@vorys.com; dfhine@vorys.com; tbfinney@vorys.com |
| Kayla D. Britton | kayla.britton@faegrebd.com, sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com |
| Joe Lee Brown | Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| John R. Burns | john.burns@faegrebd.com, sandy.rhoads@faegrebd.com; oliana.nansen@faegrebd.com |
| James M. Carr | jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com; becky.turner@faegrebd.com |
| Deborah Caruso | dcaruso@daleeke.com, mthomas@daleeke.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Joshua Elliott Clubb | joshclubb@gmail.com |
| Jason W. Cottrell | jwc@stuartlaw.com, jbr@stuartlaw.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com |
| Jack S Dawson | jdawson@millerdollarhide.com, jowens@millerdollarhide.com; receptionist@millerdollarhide.com |
| Dustin R. DeNeal | dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com; sarah.herendeen@faegrebd.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com; efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com, knorwick@ficlaw.com |
| Trevor L. Earl | tearl@rwsvlaw.com |
| Shawna M. Eikenberry | shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com |
| Jeffrey R. Erler | jeffe@bellnunnally.com |
| William K. Flynn | wkflynn@strausstroy.com, fmtuttle@strausstroy.com; rlshapiro@strausstroy.com |
| Robert H. Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com, smattingly@dsf-atty.com |
| Peter M. Gannott | pgannott@gannottlaw.com, paralegal@gannottlaw.com; gannottlaw@gmail.com |
| Melissa S.. Giberson | msgiberson@vorys.com |
| Thomas P. Glass | tpglass@strausstroy.com |
| Jeffrey J. Graham | jgraham@taftlaw.com, ECFClerk@taftlaw.com; dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com |
| Terry E. Hall | terry.hall@faegrebd.com, sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com |
| John David Hoover | jdhoover@hooverhull.com |
| John Huffaker | john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com; rhonda.rogers@sprouselaw.com |

| | |
|---|---|
| Jeffrey L. Hunter | jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov |
| Jay Jaffe | jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Jill Zengler Julian | Jill.Julian@usdoj.gov |
| Jay P. Kennedy | jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com |
| Edward M. King | tking@fbtlaw.com, dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com, tjf@kgrlaw.com |
| Erick P. Knoblock | eknoblock@daleeke.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com |
| David A. Laird | david.laird@moyewhite.com, lisa.oliver@moyewhite.com; deanne.stoneking@moyewhite.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net, atty_edl@trustesolutions.com |
| Elliott D. Levin | robin@rubin-levin.net, dl@trustesolutions.com;edl@trustesolutions.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com |
| James B. Lind | jblind@vorys.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net; shannon@lovell-law.net;paula@lovell-law.net |
| Harmony A. Mappes | harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com; sarah.herendeen@faegrebd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Michael W. McClain | mike@kentuckytrial.com, laura@kentuckytrial.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James Edwin McGhee | mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com; belliott@derbycitylaw.com;patenaude@derbycitylaw.com |
| William Robert Meyer | rmeyer@stites.com |
| Christie A. Moore | cm@gdm.com, ljs2@gdm.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com; donna.hinkle@crowedunlevy.com; karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com |
| Matthew J. Ochs | kim.maynes@moyewhite.com |
| Michael Wayne Oyler | moyler@rwsvlaw.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com |
| Wendy W. Ponader | wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Anthony G. Raluy | traluy@fbhlaw.net |
| Eric C. Redman | ksmith@redmanludwig.com, kzwickel@redmanludwig.com; myecfmailrl@gmail.com |
| Eric W. Richardson | ewrichardson@vorys.com, bjtobin@vorys.com |
| Joe T. Roberts | jratty@windstream.net |
| Mark A. Robinson | mrobinson@vhrlaw.com, dalbers@vhrlaw.com |
| John M. Rogers | johnr@rubin-levin.net, susan@rubin-levin.net |
| Joseph H. Rogers | jrogers@millerdollarhide.com, cdow@millerdollarhide.com |
| Jeremy S. Rogers | Jeremy.Rogers@dinslaw.com |
| James E. Rossow | jim@rubin-levin.net, susan@rubin-levin.net; ATTY_JER@trustesolutions.com |
| Steven Eric Runyan | ser@kgrlaw.com |
| Thomas C Scherer | tscherer@bgdlegal.com, mmcclain@bgdlegal.com |
| Stephen E. Schilling | seschilling@strausstroy.com |
| Ivana B. Shallcross | ishallcross@bgdlegal.com, smays@bgdlegal.com; tmills@bgdlegal.com; acoates@bgdlegal.com |

4

| | |
|---|---|
| William E Smith | wsmith@k-glaw.com, pballard@k-glaw.com |
| James E. Smith | jsmith@smithakins.com, legalassistant@smithakins.com |
| Amanda Dalton Stafford | ads@kgrlaw.com |
| Robert K. Stanley | robert.stanley@FaegreBD.com |
| Joshua N. Stine | kabritt@vorys.com |
| Andrew D. Stosberg | astosberg@lloydmc.com |
| Matthew R. Strzynski | mstrzynski@kdlegal.com, Tsylvester@kdlegal.com |
| Meredith R. Thomas | mthomas@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com, donna.hinkle@crowedunlevy.com |
| Kevin M. Toner | kevin.toner@faegrebd.com, judy.ferber@faegrebd.com; crystal.hansen@faegrebd.com |
| Christopher M. Trapp | ctrapp@rubin-levin.net, carmen@rubin-levin.net; lemerson@rubin-levin.net |
| Chrisandrea L. Turner | clturner@stites.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Andrea L. Wasson | andrea@wassonthornhill.com |
| Jennifer Watt | jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com, vwilliams@hooverhull.com |
| Michael Benton Willey | michael.willey@ag.tn.gov |
| Jessica E. Yates | jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com |
| James T. Young | james@rubin-levin.net, lemerson@rubin-levin.net; carmen@rubin-levin.net |

/s/ Amelia Martin Adams, Esq.
COUNSEL FOR THE
BLUEGRASS COMPANIES

Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Pleadings\C&M Agreed Entry VFN 20130103.doc