IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF SUPPLEMENTAL MAILING**

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the documents identified below by exhibit numbers were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on December 26, 2012:

   Exhibit "1"   AGREEMENT TO "OPT IN" TO FIFTH THIRD SETTLEMENT MONIES [sample attached hereto]

   Exhibit "2"   INSTRUCTIONS FOR COMPLETING THE OPT IN AGREEMENT [sample attached hereto]

   Exhibit "3"   LETTER TO: THE HOLDERS OF POTENTIAL ALLOWED CLASS 4 GENERAL UNSECURED CLAIMS RE: OPT IN INSTRUCTIONS AND OPT IN AGREEMENT RETURN DEADLINE – JANUARY 16, 2013 [sample attached hereto]

   Exhibit "4"   LETTER TO: THE HOLDERS OF POTENTIAL ALLOWED CLASS 4 GENERAL UNSECURED CLAIMS RE: OPT IN INSTRUCTIONS AND OPT IN AGREEMENT EXTENDED RETURN DEADLINE – JANUARY 22, 2013 [sample attached hereto]

Exhibit "5"   SELF ADDRESSED RETURN ENVELOPE
[sample not attached hereto]

Exhibit "A"   The Class 4 Bond Claimants Address List regarding and Exhibit Numbers "1" through "5"

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 2nd day of January 2013 at Paramount, California.

_____
Mabel Soto

# EXHIBIT 1

## AGREEMENT TO "OPT IN" TO FIFTH THIRD SETTLEMENT MONIES

Please read the **OPT IN Instructions** before completing this form. Capitalized terms used below have the definitions given them in the OPT IN Instructions or the Plan.

_____       $_____
Printed Name of Creditor                        Filed Claim Amount

By signing below, _____ on behalf of itself and any affiliates (collectively referenced herein as "Creditor") chooses to OPT IN and share in the Fifth Third Settlement Monies under the confirmed Plan of Eastern Livestock Co., LLC ("ELC"). Creditor understands and agrees that in consideration for the obligations of Fifth Third Bank ("Fifth Third") and the Trustee as set forth in the Plan, that Creditor, to the fullest extent permitted under applicable law, hereby forever waives, releases and discharges Fifth Third Bank, the Trustee, Superior Livestock Auction LLC ("Superior"), and Joplin Regional Stockyard, LLC ("Joplin") (Joplin is released only upon the Bankruptcy Court's approval of the proposed settlement among Joplin, the Trustee, and Fifth Third Bank) and each of their respective officers, directors, employees, shareholders, attorneys, insurers, agents and affiliates, predecessors, successors and assigns from any and all claims, obligations, suits, judgments, damages, rights, causes of action and liabilities, whether for tort, fraud, contract, violations of federal or state securities laws, or otherwise, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, then existing or thereafter arising, in law, equity or otherwise held by Creditor or its affiliates and in any way arising from or related to the Debtor, any affiliates of the Debtor, the Chapter 11 Case, property of the Debtor's bankruptcy estate, the Plan, or the acts or omissions of Fifth Third, the Trustee, Superior or Joplin related to the Debtor, any affiliates of the Debtor, the Chapter 11 Case, property of the Debtor's bankruptcy estate, or the Plan arising on or prior to the Confirmation Date. This waiver and release is effective when executed, subject to the occurrence of the Effective Date. This waiver and release does not release or discharge any claim of a creditor who does not opt-in or of any non-creditor. <u>This Agreement will release any claim you have that certain property is not Property of the Estate, unless you have formally asserted that claim by filing a pleading in the Chapter 11 Case before signing and returning this Agreement AND the claim is not based in whole or in part on a claim against Fifth Third Bank.</u>

  If the Creditor is the original holder of the Claim, his/her or its signature below is evidence that the Creditor has not sold or otherwise transferred the Claim to another.

  If the Creditor is not the original holder of the Claim and acquired the Claim after the commencement of the Chapter 11 Case whether a Notice of Transfer has been filed or not, this Opt In Agreement must be accompanied by a fully executed written assignment of all claims and causes of action that the original holder of the Claim may have against Fifth Third in order for the transferee to opt in and the Opt In Agreement be valid.

  Please have a person who is not related to you witness your signature by signing below.

  THIS OPT IN AGREEMENT IS ENFORCEABLE WHEN SIGNED, HOWEVER IT IS EFFECTIVE FOR MAKING THE CREDITOR ELIGIBLE TO RECEIVE DISTRIBUTIONS FROM THE FIFTH THIRD SETTLEMENT MONIES ONLY IF AND WHEN THE CREDITOR'S CLAIM BECOMES AN ALLOWED CLAIM IN THE CHAPTER 11 CASE.

_____
Signature

_____
Printed Name

_____
Position/Title (if signing for an entity):

Date Signed: _____

Witnessed by: _____

_____
Printed Name and Address

**EXHIBIT 2**

## INSTRUCTIONS FOR COMPLETING THE OPT IN AGREEMENT

## DEADLINE TO RETURN IS JANUARY 16, 2013

You have received the Opt In Agreement and these instructions because you have asserted a claim against Eastern Livestock Co., Inc. ("ELC") in its chapter 11 bankruptcy case ("Chapter 11 Case").  The Bankruptcy Court confirmed the *Trustee's Chapter 11 Plan of Liquidation* [Dock. No. 255] (the "Plan") on December 17, 2012 (the "Confirmation Date") by entering the *Order Approving Trustee's First Amended Chapter 11 Plan of Liquidation* [Dock. No. 1644] (the "Confirmation Order").  Pursuant to the Plan and the Confirmation Order, you may now choose to "opt in" to receive a distribution from the "Fifth Third Settlement Monies" as that term is defined in the Plan.  You may choose to "opt in" whether you voted for or against the Plan or if you did not vote at all.  If you do not "opt in" you will still receive distributions on your allowed claim that are not funded from the Fifth Third Settlement Monies.

Only holders of Class 4 Claims or holders of Class 2 or Class 3 claims that agree to have their claims be treated as Class 4 Claims, and whose claims are Allowed will be allowed to Opt In and receive payment from the Fifth Third Settlement Monies.  You must timely return a signed Opt In Agreement in order to opt in.

By "opting in" to receive a share of the Fifth Third Settlement Monies, you will be waiving any claims you may have against Fifth Third Bank or the Trustee.  *This release will not affect any claim held by the Holder of an Opt In Claim that certain property is not Property of the Estate, BUT only if that kind of claim is **not** based, in whole or in part, on a claim against Fifth Third Bank AND only if the assertion that certain property is not Property of the Estate is formally filed and asserted in the Chapter 11 Case prior to signing and returning the Opt In Agreement.*  **YOU ARE STRONGLY ADVISED AND ENCOURAGED TO READ THE PLAN AND CONFIRMATION ORDER BEFORE MAKING A DECISION TO OPT IN.  YOU MAY WANT TO CONSULT WITH AN ATTORNEY BEFORE MAKING A DECISION**.  If you have not already asserted that certain property is not Property of the Estate, by signing and returning the Opt In Agreement before making any such claim, you are waiving that claim against the Estate.

The Opt In Agreement and these instructions have been sent to all persons that have filed claims in the Chapter 11 Case.  YOUR RECEIPT OF THE OPT IN AGREEMENT DOES NOT MEAN THAT YOUR CLAIM HAS BEEN FINALLY ALLOWED and the Trustee may still object to your claim, however if and when your claim is Allowed a timely returned Opt In Agreement will make your claim eligible. **If you filed a claim and checked the "secured" box or "priority" box, by returning a signed Opt In Agreement, you agree that your claim is not a secured claim or a priority claim, but a general unsecured claim under Class 4 and the Trustee will ask the Court to reclassify your claim as a Class 4 Claim based on your signature.**

DMS_US 39399829v3

The deadline to Opt In is **January 16, 2013 ("Deadline")**.  The Opt In Agreement may be mailed via the US postal service, hand delivered, or sent via courier service.  If mailed or couriered, the post mark date must be NO LATER than the Deadline. Send the signed original Opt In Agreement to: Faegre Baker Daniels LLP, Attention Terry Hall, 300 North Meridian Street Suite 2700, Indianapolis, IN  46204.  An envelope with this address is enclosed.  Faxed (to (317) 237-1000) or scanned and emailed forms (to terry.hall@faegrebd.com) will be accepted if they are received by the Deadline and an original signature is received not later than January 21, 2013. You should keep a copy for your records.

Additional copies of the Opt In Agreement and these instructions are available on the Trustee's blog (www.easternlivestockbkinfo.com).  The Opt In Agreement does not need to be notarized, however, you will need to have someone witness your signature.  If you have questions, please contact Terry Hall at 317-237-1230 (terry.hall@faegrebd.com).

The Effective Date of the Plan, as that term is used in the Opt In Agreement is December 20, 2012.

NOTE: any transfer or sale of a creditor's claim must include a fully executed written assignment of all claims and causes of action that the creditor may have against Fifth Third in order for the transferee to opt in and execute an Opt In Agreement.  Evidence of the executed written assignment of claims and causes of action against Fifth Third from the transferor of the Claim must accompany the Opt In Agreement if the Opt In Agreement is executed and submitted by a transferee of a Claim.

**EXHIBIT 3**

Date:   December 20, 2012

TO:     THE HOLDERS OF POTENTIAL ALLOWED CLASS 4 GENERAL UNSECURED CLAIMS

FROM:  James A. Knauer, Trustee of the Estate of Eastern Livestock Co., LLC

RE:     Opt In Instructions and Opt In Agreement Return Deadline – **JANUARY 16, 2013**

The Bankruptcy Court confirmed the Trustee's First Amended Chapter 11 Plan of Liquidation ("Plan") in the chapter 11 case of Eastern Livestock Co., LLC on December 17, 2012 ("Confirmation Date"). The Plan became effective on December 20, 2012.

Under the Plan, the holders of Allowed Class 4 General Unsecured Claims may choose to opt in and settle and release any claims the holder may have individually against Fifth Third Bank and receive an additional percentage distribution from the Plan's Settlement Fund.  In order to opt in, you must sign and return the enclosed Opt In Agreement on or before 30 days after the Confirmation Date.  The return date is January 16, 2013.  Only holders of Allowed Class 4 General Unsecured Claims, including holders of Class 2 (secured) or Class 3 (priority unsecured) Claims that agree to have their claims treated as Class 4 General Unsecured Claims, who timely follow the steps to "opt in" are able to receive this distribution under the Plan.  PLEASE READ THE INSTRUCTIONS THAT ACCOMPANY THE OPT IN AGREEMENT.

***In order to have your choice be effective if your claim is finally Allowed as a Class 4 Claim, the Opt In Agreement, fully executed with an original signature, must be returned to the Trustee at the address below no later than January 16, 2013. A postmark by that date will be sufficient.  You may also fax (to (317) 237-1000) or scan and email (to terry.hall@faegrebd.com) your Opt In Agreement so long as the original is received by the Trustee not later than January 21, 2013.  You should read the Instructions and Opt In Agreement carefully and seek legal advice if you are unsure before signing and returning the Opt In Agreement.***

Trustee, Eastern Livestock Co., LLC
c/o Faegre Baker Daniels LLP
Attn:  Terry Hall
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204

An addressed envelope to return the Opt In Agreement has been provided.   Questions should be directed to Terry Hall, Faegre Baker Daniels LLP, 317-237-1230, or terry.hall@faegrebd.com.

# EXHIBIT 4

Date:   December 26, 2012

TO:     THE HOLDERS OF POTENTIAL ALLOWED CLASS 4 GENERAL UNSECURED CLAIMS

FROM:   James A. Knauer, Trustee of the Estate of Eastern Livestock Co., LLC

RE:     Opt In Instructions and Opt In Agreement Extended Return Deadline – **JANUARY 22, 2013**

---

Due to an oversight, the enclosed Opt-In Agreement, Instructions and Transmittal Letter were not sent to you on the original mailing date of December 21, 2012. As a result of this delay in mailing you are being given an additional 6 days to return your Opt-In Agreement. Your extended return date is January 22, 2013. A postmark by that date will be sufficient.

If you decided to fax your Opt-In Agreement to the Trustee by January 22, 2013, then the <u>original</u> must be received by the Trustee no later than January 28, 2013.

**EXHIBIT A**

# Eastern Livestock

**Total number of parties: 126**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 50594 | 24 TRADING CO , LLC, PO BOX 1530, CANUTILLO, TX, 79835 | US Mail (1st Class) |
| 50594 | ACOTSA-REZA, ROLANDA, PO BOX 503, ALIANCE, NE, 69301 | US Mail (1st Class) |
| 50594 | ARAB LIVESTOCK MARKET, PO BOX 178, ARAB, AL, 35016 | US Mail (1st Class) |
| 50594 | ARRIETA, LAURA, 1129 STOCKWELL LN, EL PASO, TX, 79902-2151 | US Mail (1st Class) |
| 50594 | BARNES, JOYCE OR PAUL, 1715 KAREN CIRCLE, BOWLING GREEN, KY, 42104 | US Mail (1st Class) |
| 50594 | BARNES, SHANNON D/B/A/ BARNES TRUCKING, 21936 LAWRENCE 2222, AURORA, MO, 65605 | US Mail (1st Class) |
| 50594 | BILLINGSLEY, DANNY CLIFTON, 197 BARBOUR CEMETARY RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | BILLINGSLEY, JC, 2621 KINO RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | BIRDWELL, WILLIAM, 1543 TOMMY DOTSON HIGHWAY, COOKEVILLE, TN, 38506 | US Mail (1st Class) |
| 50594 | BLACKSTONE, TIMOTHY, PO BOX 286, COLUMBIA, KY, 42728 | US Mail (1st Class) |
| 50594 | BRADEN, DANE D/B/A AMERICAN ROCK, 131 INDUSTRIAL PARK DR , SUITE 3, HOLLISTER, MO, 65672 | US Mail (1st Class) |
| 50594 | BRADEN, DANE D/B/A RAZORBACK FARMS, 131 INDUSTRIAL PARK DR , SUITE 3, HOLLISTER, M0, 65672-5621 | US Mail (1st Class) |
| 50594 | BRAGG, DALTON, 2883 BREEDING RD, EDMONTON, KY, 42129-8920 | US Mail (1st Class) |
| 50594 | BRISCOE, BRACK, 2069 S MERIDIAN RD, MITCHELL, IN, 47446 | US Mail (1st Class) |
| 50594 | BROWN, ERIK PAUL, 707 CLEVELAND AVE., GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | BROWNING, DOUG, 3730 EDMONTON RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | BURGESS, DAVID MICHAEL, 360 CHEROKEE RD, LUCAS, KY, 42156 | US Mail (1st Class) |
| 50594 | BURGESS, RODNEY & JUDY, 4457 PETERS CREEK RD, AUSTIN, KY, 42123 | US Mail (1st Class) |
| 50594 | BURKE LIVESTOCK AUCTION, 420 W 4TH ST., BURKE, SD, 57523 | US Mail (1st Class) |
| 50594 | BUSH, W C, 16660 N 2320 RD, SNYDER, OK, 73566 | US Mail (1st Class) |
| 50594 | CASSADY, DAVID LYNN, 1497 PLEASANT VALLEY CHURCH RD, HORSE CAVE, KY, 42749 | US Mail (1st Class) |
| 50594 | COLLEY, CHAMP, 2002 LAW 2120, SARCOXIE, MO, 64062 | US Mail (1st Class) |
| 50594 | CROWLEY, CLINTON, 4925 FRIBERG CHURCH RD, WICHITA FALLS, TX, 76305 | US Mail (1st Class) |
| 50594 | D S JOHNSON FARMS, 1420 MILL CREEK RD, TOMPKINSVILLE, KY, 42167 | US Mail (1st Class) |
| 50594 | DEDIGO, WILLIAM EUGENE, 8313 RANDAL PH-SUMMER SHADE RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | DEPOLITTE, ROY, 112 HULL RD, MONROE, TN, 38573 | US Mail (1st Class) |
| 50594 | DICKSON, FRED, 1636 PRICES CREEK RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50594 | EAST MISSISSIPPI FARMERS LIVESTOCK MARKET, 12190 PECAN AVE , PHILADELPHIA, MS, 39350 | US Mail (1st Class) |
| 50594 | EISCHEID TRUCKING, LLC, 32390 454TH, MOTLEY, MN, 56466 | US Mail (1st Class) |
| 50594 | ELMORE, JAMES LEE, 1215 HUDGINS HWY, SUMMERSVILLE, KY, 42782 | US Mail (1st Class) |
| 50594 | FARMER, JOE D/B/A B&F CATTLE, 300 W LAMAR ST., RICHLAND, TX, 76681 | US Mail (1st Class) |
| 50594 | FISCHER BROS TRUCKING, LLC, 29549 431ST AVE , LESTERVILLE, SD, 57040 | US Mail (1st Class) |
| 50594 | FISHER, CHARLIE, 448 LAMBERT RD, SCOTTSVILLE, KY, 42164 | US Mail (1st Class) |
| 50594 | FORBIS FARMS, 230 WALNUT HILLS RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | FORT PAYNE STOCKYARD, INC., PO BOX 681126, FORT PAYNE, AL, 35968 | US Mail (1st Class) |
| 50594 | FOUR WAY CATTLE CO., BOX 130, ADRIAN, TX, 79001 | US Mail (1st Class) |
| 50594 | GIBSON, LENICE, 8310 SUBTLE RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50594 | GILBERT, CLARENCE, 4374 BLOOMFIELD RD, TAYLORSVILLE, KY, 40071 | US Mail (1st Class) |
| 50594 | GLASS, LELAND DOUGLAS, 1814 HISEVILLE PARK RD, CAVE CITY, KY, 42127 | US Mail (1st Class) |
| 50594 | GLENWILD STOCKYARD, INC., 3383 HWY 51 S, GRENADA, MS, 38901 | US Mail (1st Class) |
| 50594 | GLOVER, THOMAS RODGERS, 4400 TEMPLE RD, PINE BLUFF, AR, 71611 | US Mail (1st Class) |
| 50594 | GREEN, DON, 9973 CO  ROAD, ROANOKE, AL, 36274 | US Mail (1st Class) |
| 50594 | GROCE, BOBBY, 1567 OIL CITY RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | HARDIN COUNTY STOCKYARD, INC , PO BOX 189, WAYNESBORO, TN, 38485 | US Mail (1st Class) |

**Exhibit A - Eastern Livestock**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 50594 | HARMON, JIMMY, 4028 GREENBURG RD, COLUMBIA, KY, 42728 | US Mail (1st Class) |
| 50594 | HAROLD WHITAKER LIVESTOCK TRANSPORTATION, LLC, PO BOX 1179, ROSWELL, NM, 88202 | US Mail (1st Class) |
| 50594 | HONAKER, ANGIE, 1186 LEATHERWOOD RD, TOMPKINSVILLE, KY, 42167 | US Mail (1st Class) |
| 50594 | HORA, GEORGE, 1894 N DUBUQUE ROAD, IOWA CITY, IA, 52245 | US Mail (1st Class) |
| 50594 | HURT, BILLIE, 29 BARREN RIVER DAM RD, SCOTTSVILLE, KY, 42164 | US Mail (1st Class) |
| 50594 | JANOUSEK FARMS, LLC, 36982 US HWY 18, FAIRFAX, SD, 57335 | US Mail (1st Class) |
| 50594 | JOHNSON, GREGORY LYNN, 2750 PLEASANT VALLEY CHURCH RD, CENTER, KY, 42214 | US Mail (1st Class) |
| 50594 | JONES, CLAUDE, 6 CLAUDE JONES RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50594 | KENTUCKIANA LIVESTOCK MARKET, INC., PO BOX 774, OWENSBORO, KY, 42302 | US Mail (1st Class) |
| 50594 | KILMON, KEITH, 8095 EDMONTON RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | KINSER, MITCHELL, 2991 JIM GLOVER RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | KNOXVILLE LIVESTOCK AUCTION CENTER, PO BOX 167, MASCOT, TN, 37806 | US Mail (1st Class) |
| 50594 | LANE, R D, 370 MAPLE GROVE LANE, ROWLETTE, KY, 42765 | US Mail (1st Class) |
| 50594 | LAS ANIMAS TRANSFER, INC., 242 BENT AVE., LAS ANIMAS, CO, 81054 | US Mail (1st Class) |
| 50594 | LIVINGSTON STOCKYARD C/O WILLIAM TINSLEY, PO BOX 398, LIVINGSTON, AL, 35470 | US Mail (1st Class) |
| 50594 | LOGSDON, GEORGE E, 11045 HARDYVILLE RD, HARDYVILLE, KY, 42746 | US Mail (1st Class) |
| 50594 | LOGSDON, THOMAS, PO BOX 235, BROWNVILLE, KY, 42210 | US Mail (1st Class) |
| 50594 | MACON STOCKYARD, INC., PO BOX 476, 12409 HWY 145, MACON, MS, 39341 | US Mail (1st Class) |
| 50594 | MARR, FLORD HAYWOOD, 4532 SANDHILL RD, LOUISVILLE, KY, 40219 | US Mail (1st Class) |
| 50594 | MARTIN, T, 6024 CHARLESTOWN PIKE, CHARLESTOWN, IN, 47111 | US Mail (1st Class) |
| 50594 | MCCLURE, WILLIAM, 5199 SMITH GROVE RD, SCOTTSVILLE, KY, 42164 | US Mail (1st Class) |
| 50594 | MCCOMBS, TYLER, 133 SCOTTSBOROUGH CIRCLE, BOWLING GREEN, KY, 42103 | US Mail (1st Class) |
| 50594 | MERIDIAN STOCKYARDS, INC., PO BOX 581, MERIDIAN, MS, 39305 | US Mail (1st Class) |
| 50594 | MID-STATE STOCKYARDS, LLC, PO BOX 210, LETOHATCHEE, AL, 36047 | US Mail (1st Class) |
| 50594 | MILBY, WILLIAM, 6869 GREENSBURG RD, BUFFALO, KY, 42716 | US Mail (1st Class) |
| 50594 | MILLER, ALLEN, 701 FALLING SPRINGS HOLLOW, HORSE CAVES, KY, 42749 | US Mail (1st Class) |
| 50594 | MOLER, BILL D/B/A D&B CATTLE CO , 100 BONITA ST., ELK CITY, OK, 73644 | US Mail (1st Class) |
| 50594 | MOULTON STOCKYARD, 13130 AL HWY 157, MOULTON, AL, 35650-3703 | US Mail (1st Class) |
| 50594 | MOWERS, JEFF A, 1200 BLACKS FERRY RD, BURKESVILLE, KY, 42717 | US Mail (1st Class) |
| 50594 | NAPIER, TIMOTHY WATTS, 4519 PETERS CREEK RD, AUSTIN, KY, 42123 | US Mail (1st Class) |
| 50594 | NATURAL BRIDGE STOCKYARD, PO BOX 401, NATURAL BRIDGE, AL, 35577 | US Mail (1st Class) |
| 50594 | NEAGLE, JOHN, 2043 HAYES PONDSVILLE RD, SMITHS GROVE, KY, 42171 | US Mail (1st Class) |
| 50594 | NEWPORT, TODD, 5802 MESHACK RD, TOMPKINSVILLE, KY, 42167 | US Mail (1st Class) |
| 50594 | PACE, ROY, 720 JUDD RD, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50594 | PAGE, JOHN, PO BOX 250, TOMPKINSVILLE, KY, 42167 | US Mail (1st Class) |
| 50594 | PAGE, LLOYD DALE, 9253 EDMONTON RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | PRICE, BILLY WAYNE, 1391 SUMMERSVILLE ROAD, GREENSBURG, KY, 42743 | US Mail (1st Class) |
| 50594 | PULASKI STOCKYARD, 2690 CR 96, ROGERSVILLE, AL, 35652 | US Mail (1st Class) |
| 50594 | RABICH, RON, 1494 WOODRUM RIDGE ROAD, LIBERTY, KY, 42539 | US Mail (1st Class) |
| 50594 | RICHARD, LAWRENCE, 3151 EDMONTON RD, COLUMBIA, KY, 42728 | US Mail (1st Class) |
| 50594 | RICHARD, LEWIS RANDALL, 2557 RICHARD HOLLOW RD, COLUMBIA, KY, 42728 | US Mail (1st Class) |
| 50594 | RICHMOND, MARK, 5121 OAK RIDGE ROAD, RAVENDEN SPRINGS, AR, 72460 | US Mail (1st Class) |
| 50594 | RIGDON, ELMER, 1320 HORTON RIGDON RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | ROANOKE STOCKYARD, INC., 1009 CHESTNUT ST , PO BOX 307, ROANOKE, AL, 36274 | US Mail (1st Class) |
| 50594 | ROBERTS, RANDY, 5055 W SWAMP RD, WINCHESTER, OH, 45697 | US Mail (1st Class) |
| 50594 | RUSH, CHARLES, 5335 TOMPKINSVILLE RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | RUSSELL SPRADIN FARMS, 766 BISHOP RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | S&S CATTLE, 407 BAKERTON RD, BURKESVILLE, KY, 42717 | US Mail (1st Class) |
| 50594 | S&T TRUCKING LOGISTICS, PO BOX 400, 803 S BEN ST , PARKSTON, SD, 57366 | US Mail (1st Class) |
| 50594 | SCOTT, BRIAN, 4163 AETNA GROVE CHURCH RD, SUMMERSVILLE, KY, 42782 | US Mail (1st Class) |

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 50594 | SEXTON, JOHN THOMAS, 3711 KNOB LICK-WISDON RD, KNOB LICK, KY, 42154 | US Mail (1st Class) |
| 50594 | SIMPSON, JESSE, 415 JESSE SIMPSON RD, TOMPKINSVILLE, KY, 42167 | US Mail (1st Class) |
| 50594 | SMITH, JARED ROSS, 989 WEST BLACK DOT RD, KNOB LICK, KY, 42154 | US Mail (1st Class) |
| 50594 | SMITH, JEREL, 819 BLACK DOT RD, KNOB LICK, KY, 42154 | US Mail (1st Class) |
| 50594 | SOMERVILLE LIVESTOCK SALES, POST OFFICE BOX 382, SOMMERVILLE, TN, 38068 | US Mail (1st Class) |
| 50594 | SPURLING, MYLES, 2120 SPURLINGTON RD, CAMPBELLSVILLE, KY, 42718 | US Mail (1st Class) |
| 50594 | STARNES, ROY, 398 STARNES RD, MT HERMON, KY, 42157 | US Mail (1st Class) |
| 50594 | STEVENS, JACK, 1121 CHAPEL HILL RD, MORGANFIELD, KY, 42437 | US Mail (1st Class) |
| 50594 | STINNET, BOBBY, 62 TATESVILLE RD, PALMER, TN, 37365 | US Mail (1st Class) |
| 50594 | STRICKLAND, EDWIN A, 3408 HWY 389, PHELA, MS, 39755 | US Mail (1st Class) |
| 50594 | SULLIVAN, LEONARD, 5241 RICKMAN RD, COOKEVILLE, TN, 38506 | US Mail (1st Class) |
| 50594 | TABOR, ANDREW BEAU, 166 EDGAR FORD RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | TADLOCK STOCKYARD, PO BOX 42, FOREST, MS, 39074 | US Mail (1st Class) |
| 50594 | TERRY, STEVEN, PO BOX 448, RED CLOUD, NE, 68970 | US Mail (1st Class) |
| 50594 | THOMPSON, CAROLYN, 1300 RITCHIE LANE, BARDSTOWN, KY, 40004 | US Mail (1st Class) |
| 50594 | THOMPSON, JAMES, 1300 RITCHIE LANE, BARDSTOWN, KY, 40004 | US Mail (1st Class) |
| 50594 | THOMPSON, SPENCER, 301 BEAUCHAMP ST, EDMONTON, KY, 42129 | US Mail (1st Class) |
| 50594 | TIBBITS, WAYNE, 214 SANDWOOD DR, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | TORQUE TRANSPORTATION, PO BOX 95283, SOUTH JORDAN, UT, 84095 | US Mail (1st Class) |
| 50594 | TRAVIS, MICHAEL PERRY, 208 OAK STREET, MARION, KY, 42064 | US Mail (1st Class) |
| 50594 | UNION STOCK YARDS CO., INC , 7510 STATE RD. 138 E, HILLSBORO, OH, 45133 | US Mail (1st Class) |
| 50594 | VANDERBRINK, ED, 319 MAIN ST , BOX 111, ALVORD, IA, 51230 | US Mail (1st Class) |
| 50594 | WALDEN, CAROL, 1341 KINO RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | WEST KENTUCKY LIVESTOCK MARKET, 499 OLD STANHOPE RD, DIXON, KY, 42409 | US Mail (1st Class) |
| 50594 | WHITE, WILLIAM, 99 WHITE RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | WHITLEY, GARY FRANKLIN, 794 LAWRENCE RD, SMITHS GROVE, KY, 42171 | US Mail (1st Class) |
| 50594 | WHITLOW, MAYDELL, 634 PHILLIP WHITLOW RD, SUMMER SHADE, KY, 42166 | US Mail (1st Class) |
| 50594 | WILLIAMS, TERRY, 1525 MT. PISGAH RD, GLASGOW, KY, 42141 | US Mail (1st Class) |
| 50594 | WILLS, J C, 7449 GREENSBURG RD, GREENSBURG, KY, 42743 | US Mail (1st Class) |
| 50594 | WILSON, LINDA, 399 WEED-KELTNER, EDMONTON, KY, 41129 | US Mail (1st Class) |
| 50594 | WORLEY, LARRY, 187 WORLEY LOOP, MONROE, TN, 38573 | US Mail (1st Class) |
| 50594 | WRIGHT, BRYSTICE AMANGER, 198 DRY FORK RD, BRUSH CREEK, TN, 38457 | US Mail (1st Class) |

**Subtotal for this group: 126**