UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

IN RE:

EASTERN LIVESTOCK CO., LLC            CASE NO. 10-93904-BHL-11
     DEBTOR

Request for Continued Notice

Please take notice that Sandra D. Freeburger of the law firm of Deitz, Shields & Freeburger, LLP, 101 First Street, P. O. Box 21, Henderson, KY 42419-0021, (270) 830-0830, attorney for Anna Gayle Gibson and Gibson Farms, LLC, requests the receipt of continued notice in this proceeding.

Respectfully submitted,

/s/ Sandra D. Freeburger
Sandra D. Freeburger (Ky 23467)
DEITZ, SHIELDS & FREEBURGER, LLP
101 First Street, (42420)
P. O. Box 21
Henderson, KY  42419-0021
Tel:    (270) 830-0830
Fax:    (270) 830-9115
Email: sfreeburger@dsf-atty.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Entry of Appearance was served upon those parties who participate in the Court's CM\ECF mail system on this the 7th day of January, 2013.

/s/ Sandra D. Freeburger
Sandra D. Freeburger