SO ORDERED: January 10, 2013.

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC            CASE NO. 10-93904
                                       CHAPTER 11
    DEBTOR

**ORDER APPROVING AGREED ENTRY REGARDING MOTION TO
APPROVE COMPROMISE AND SETTLEMENT WITH C&M CATTLE**

An Agreed Entry regarding Motion to Approve Compromise and Settlement with C&M Cattle was filed on January 3, 2013 by Amelia Martin Adams, Esq. on behalf of Bluegrass Stockyards, LLC, and by Terry E. Hall, Esq. on behalf of James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC.

IT IS THEREFORE ORDERED that the Agreed Entry regarding Motion to Approve Compromise and Settlement with C&M Cattle is hereby approved in all respects.

###