# Notice Recipients

District/Off: 0756–4                   User: edixon                   Date Created: 1/11/2013
Case: 10–93904–BHL–11                  Form ID: SF00075               Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Kevin M. Toner          kevin.toner@faegrebd.com

                                                                    TOTAL: 1