## Notice Recipients

District/Off: 0756–4 User: edixon Date Created: 1/11/2013
Case: 10–93904–BHL–11 Form ID: SF00075 Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Wendy W Ponader   wendy.ponader@faegrebd.com

TOTAL: 1