**SO ORDERED: January 11, 2013.**



*[signature]*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE

James M. Carr of the law firm of Faegre Baker Daniels LLP, having filed his *Motion For Leave To Withdraw Appearance* ("Motion"), and the Court having reviewed and considered said Motion, now finds the Motion should be GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the appearance of James M. Carr as counsel for James A. Knauer, the chapter 11 trustee appointed in this case, is hereby withdrawn as of the date of the Motion.

###