UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
(David Peterson)

James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), hereby moves the Court, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, to approve the compromise and settlement entered into between the Trustee and David Peterson ("David Peterson"). In support thereof, the Trustee states as follows:

1. The Trustee has concluded that David Peterson owes the Debtor $62,408.10 on account of the Debtor's prepetition delivery of cattle to or on behalf of David Peterson.

2. David Peterson has presented evidence to the Trustee that Thomas Hagedorn, who owned the feedlot to which the cattle had been delivered and who, along with David Peterson, had a part ownership interest in the cattle, had paid Superior Livestock, the marketing agency that sold the cattle to Debtor, for the cattle, but such payment was $5,314.71 less than the amount owed to Debtor for the delivered cattle.

3. David Peterson has agreed to pay the Trustee the total amount of $5,314.71.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service (February 1, 2013). Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

51394306_1.DOC

The objecting party must ensure delivery of the objection to the party filing the motion.  **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Trustee moves the Court for an order approving the compromise and settlement as filed in this matter.

                                      FAEGRE BAKER DANIELS LLP

                                      By: /s/ Shawna Meyer Eikenberry

Shiv Ghuman O'Neill (#23280-53A)     *Counsel for James A. Knauer, Chapter 11 Trustee*
Shawna Meyer Eikenberry (#21615-53)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
shiv.oneill@faegrebd.com
shawna.eikenberry@faegrebd.com

51394306_1.DOC