**SO ORDERED: January 15, 2013.**



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 05/2012)

In re:

**Eastern Livestock Co., LLC**,
Debtor(s).

Case No. **10−93904−BHL−11**

### ORDER

A(n) Motion to Remove Trustee was filed with the Clerk of Court on August 10, 2012, by Creditor Kentucky Cattlemen's Association and Other Professional Kentucky Cattlemen's Association.

**IT IS ORDERED** that the Motion to Remove Trustee is **DENIED**.

The Clerk's Office will distribute this order.

###