UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC,   ) | CASE NO. 10-93904-BHL |
| ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

**MOTION FOR ORDER ESTABLISHING PROCEDURES
FOR CERTAIN ADVERSARY PROCEEDINGS**

James A. Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC, ("ELC" or "Debtor"), and for his Motion for Order Establishing Procedures for Certain Adversary Proceedings ("Motion"), states as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

BACKGROUND

3. Certain petitioning creditors commenced the above-captioned chapter 11 case (the "Chapter 11 Case") on December 6, 2010, ("Petition Date") by filing an involuntary petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division ("Court"). This Court entered the Order for Relief in An Involuntary Case and Order to Complete Filing on December 28, 2010. ECF No. 110.

4. On December 28, 2010, James A. Knauer was appointed as the Chapter 11 Trustee for ELC ("Trustee"). ECF No. 102.

1

5. On January 25, 2012, the Trustee filed his Motion to Approve Certain Preference Avoidance Protocols and Terms of Settlement ("Motion to Approve Preference Protocols"). ECF. No. 977.

6. As set forth in the Motion to Approve Preference Protocols, the Trustee's counsel reviewed transfers to more than eight hundred and fifty (850) transferees during the ninety (90) day period prior to the Petition Date in order to identify those transferees with likely net preference exposure ("Estimated Net Exposure").

7. In the Motion to Approve Preference Protocols, the Trustee sought authority from the Court to send demand letters under Rule 408 of the Federal Rules of Evidence to those transferees with Estimated Net Exposure to settle claims in the amount of the Estimated Net Exposure in lieu of filing adversary proceedings.[1]

8. On February 15, 2012, the Court entered the Order Granting Trustee's Motion to Approve Certain Preference Protocols and Terms of Settlement ("Preference Protocols Order"). ECF No. 1035.

9. Pursuant to the Preference Protocols Order, the Trustee expressly retained his rights to pursue litigation where the Trustee's claims and causes of action include the potential avoidance of transfers arising under 11 U.S.C. § 547 ("Preference Actions"), among others.

10. As of the date of this Motion, the Trustee has filed in excess of sixty (60) Preference Actions. A list of the Preference Actions to be addressed by this Motion and of each Defendant is attached hereto and incorporated herein by reference as **Exhibit A**. The Trustee also has commenced other actions under Chapter 5 of the

---

[1] The Motion to Approve did not seek approval to settle claims against Fifth Third Bank or statutory or non-statutory insiders.

Bankruptcy Code that he intentionally omits from the Preference Actions, as defined herein, based generally in the complexity of the actions, the inclusion of claims that do not arise under Chapter 5, and/or where one or more of the named defendants is an insider of the Debtor.

## SUMMARY OF RELIEF REQUESTED

11.     The Trustee seeks entry of an order establishing certain procedures in the Preference Actions ("Preference Action Procedures"), substantially in the form attached as **Exhibit B** hereto (the "Procedures Order"), and as summarized below,[2] including the establishment of mandatory mediation procedures in the event the Trustee is unable to settle Preference Actions, the appointment of a certain mediator, discovery guidelines, and pretrial guidelines to ensure the just, speedy, and inexpensive determination of each Preference Action.

12.     Expeditious and economical resolution of the Preference Actions is in the bests interests of the Chapter 11 estate.

13.     The Trustee prefers to resolve the Preference Actions as early as possible through good faith negotiations, including the voluntary exchange of information regarding the Trustee's claims and the defendant(s)' defenses.

14.     Beginning with the analysis as set forth in the Motion to Approve Preference Protocols, and focusing on transferees the Trustee assesses to have Estimate Net Exposure, the Trustee's efforts to date have reduced the number of

---

[2] The Preference Action Procedures are detailed in the Procedures Order; whereas, this section only summarizes the relief being requested. To the extent that there is a conflict between the procedures summarized in this Motion and the procedures detailed in the Procedures Order, the Procedures Order shall take precedence.

3

potential preference actions requiring litigation and resulted in settlement of several preference claims.

16. Nevertheless, absent implementation of the streamlined procedures requested herein, the substantial number of the Preference Actions threatens to subject the Trustee to an overabundance of repetitive discovery requests, hearings, and trials, which would result in the unnecessary expenditure of time, effort, and funds by the Trustee to the detriment of the Chapter 11 estate.

## SUMMARY OF PROCEDURES

**Summary of Proposed Pretrial Conference Procedures**

16. The Trustee seeks the setting of an omnibus telephonic pretrial conference for all Preference Actions ("Pretrial Conference"). Prior to the Pretrial Conference, the Trustee and defendants in each of the Preference Actions will exchange preliminary information of the claims and defenses as detailed in the Procedures Order.

17. During the Pretrial Conference, the Trustee shall also address non-responsive defendants by moving for default judgment and serving the applicable defendants with a notice in the form of **Exhibit C** attached hereto. After the appropriate notice is given, the Trustee will request the Court to enter a default judgment without hearing except as otherwise provided for in the Procedures Order.

**Summary of Proposed Settlement and Mediation Procedures**

18. The Trustee will engage in settlement negotiations to the furthest extent possible and respond to all outstanding settlement offers within twenty-one (21) days prior to the date of the Pretrial Conference.

4

19. For those Preference Actions that the Trustee is unable to settle, the Trustee may elect mandatory mediation by giving notice as described in the Procedures Order.

20. The parties shall consult to select a mediator. In the event that the parties cannot otherwise agree, Phillip L. Kunkel with Gray, Plant & Moody, LLC, shall serve as mediator.

21. Phillip L. Kunkel has previously been appointed and approved as mediator in the Chapter 11 Case.[3]

22. Mediations shall take place at a time and in a location agreed upon by the parties, but shall generally be conducted in the offices of the mediator, unless otherwise agreed to by the parties and the mediator.

23. All mediations shall be conducted in accordance with the Procedures Order and otherwise the mediator shall control all procedural aspects of the mediation, including: finalizing dates, times, and places for conducting sessions of the mediation; requiring the submission of confidential statements; designing and conducting the mediation sessions; and establishing a deadline for the parties to act upon a settlement proposal.

24. Parties shall share equally in the cost of mediation, including the mediator's fees and allocated expenses of the mediator.

25. Within seven (7) days from the conclusion of the mediation, the mediator shall file a report, signed by all parties and their counsel, advising the Court whether or not the matter has been settled.

---

[3] Order Granting Application to Approve Phillip L. Kunkel as Mediator, Jan. 17, 2012, ECF No. 968.

**Summary of Proposed Discovery Procedures**

26. The Trustee seeks a stay of all formal discovery in each of the Preference Actions until May 1, 2013 in order to allow for the prompt mediation of the actions. The Trustee will cooperate in responding to informal discovery requests that aid in the mediation process.

27. The Trustee reserves all rights to request from this Court an order that further stays discovery and/or establishes uniform discovery procedures in the event that it believes such procedures would be beneficial.

BASIS FOR RELIEF

28. Judges hearing matters under the Bankruptcy Code have broad authority to regulate the practices and procedure of all matters before them. *See* Fed. R. Bankr. P. 9029(b) ("A judge may regulate practice in any manner consistent with federal law, these rules, Official Forms, and local rules of the district"). Federal Rule of Bankruptcy Procedure 1001 makes it clear that a "just, speedy, and inexpensive determination of every case and proceeding" must be at the heart of all procedural determinations. The Preference Action Procedures allow for a fair and efficient determination of the issues in each Preference Action.

29. 11 U.S.C. § 105(1) provides in relevant part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." The Trustee submits that approval of the Preference Action Procedures is appropriate and well within the Court's equitable powers under Section 105(a) of the Bankruptcy Code.

30. The Alternative Dispute Resolution Act of 1998 requires district courts to authorize use of alternative dispute resolution in civil actions, including adversary proceedings in bankruptcy. 11 U.S.C. §§ 651 *et. seq.*

31. Further, S.D. Ind. B-9019-2 states that "any contested matter may be referred to mediation by the court or by motion filed by any party."

32. The rights of the parties are not substantively impacted by the Preference Action Procedures. *See* William J. Woodward, Jr., *Evaluating Bankruptcy Mediation*, J. DISP. RESOL. 1, 7 (1999) ("If a party is not satisfied with the terms of the proposed settlement, they are free to walk away from the mediation table and pursue their full legal rights in court.").

33. Without the relief requested herein pertaining to discovery, the Trustee will be bombarded with burdensome and duplicative discovery requests. The stay on the Preference Actions will apply to both sides, ensuring that neither is gaining a competitive advantage. Further, the requested stay on discovery is limited in time and will not harm the defendants.

34. Procedures similar to those requested herein are often granted by courts in similar cases. *See e.g. In re ATA Airlines, Inc.*, No. 08-03675 (Bankr. S.D. Ind. Sept. 13, 2010); *In re Buehler Foods, Inc.*, No. 05-70961 (Bankr. S.D. Ind. filed May 4, 2005).

THEREFORE, the Trustee respectfully requests the Court's entry of an order establishing certain procedures in the Preference Actions substantially in the form of the Procedures Order, and for any and all other relief just and proper.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP


By: /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone
(317) 264-6832 Fax
jpk@kgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, a copy of the foregoing Motion for Order Establishing Procedures for Certain Adversary Proceedings was filed electronically. Notice of this filing will be sent to counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Laura Day 10DelCotto
ldelcotto@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames
james@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel
jancel@taftlaw.com,
ecfclerk@taftlaw.com;krussell@taftlaw.com

T. Kent Barber
kbarber@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell
rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles
cbowles@bgdlegal.com,
smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm
sbrehm@bgdlegal.com,
bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt
kabritt@vorys.com,
cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com,
sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

8

John R. Burns
john.burns@faegrebd.com,
sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr
jim.carr@faegrebd.com,
sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

John R. Carr
jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com, mthomas@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com,
sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

David Alan Domina
dad@dominalaw.com,
KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com,
lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com,
fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott
pgannott@gannottlaw.com,
paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com,ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall
terry.hall@faegrebd.com,
sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com,
lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov,
USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com,
sarah.herendeen@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock
eknoblock@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas
dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin
robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Elliott D. Levin
edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind
jblind@vorys.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee
mcghee@derbycitylaw.com,SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com

William Robert Meyer
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Christie A. Moore
cm@gdm.com, ljs2@gdm.com

Allen Morris
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Michael Wayne
Oyler moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com

Wendy W Ponader
wendy.ponader@faegrebd.com,
sarah.herendeen@faegrebd.com

Timothy T. Pridmore
tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C Redman
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts
jratty@windstream.net

Mark A. Robinson
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers
johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers
jrogers@millerdollarhide.com,
cdow@millerdollarhide.com

James E Rossow
jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan
ser@kgrlaw.com

Thomas C Scherer
tscherer@bgdlegal.com,
mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

James E. Smith
jsmith@smithakins.com,
legalassistant@smithakins.com

William E Smith
wsmith@k-glaw.com, pballard@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine

kabritt@vorys.com

Andrew D Stosberg
astosberg@lloydmc.com

Matthew R. Strzynski
mstrzynski@kdlegal.com,
Tsylvester@kdlegal.com

Meredith R. Thomas
mthomas@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com,jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp
ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrea L Wasson
andrea@wassonthornhill.com

Jennifer Watt
jwatt@kgrlaw.com,
pad@kgrlaw.com;ads@kgrlaw.com

11

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov,
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com,
vwilliams@hooverhull.com

Michael Benton Willey
michael.willey@ag.tn.gov

Jessica E. Yates
jyates@swlaw.com,
docket_den@swlaw.com;mmccleery@swlaw.com

James T Young
james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

I further certify that on January 22, 2013 a copy of the foregoing Motion for Order Establishing Procedures for Certain Adversary Proceedings was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Sand Mountain Stockyard
P.O. Box 25
Albertville, AL 35950-0001

River Bend Cattle Co.
J.M. Wheeler, Registered Agent
900 NW Valley Road
PO Box 681181
Riverside, MO 64150

Grove Livestock Sales, Inc.
Rt. 3
PO Box 826
Grove, OK 74344

Kent Christenson
330 East Campbell Street
Minden, NE 68959

J&L Cattle
2990 Highway 62 N.E.
Corydon, IN 47112

Steven Blanton
R.R. 3
Box 4
Comanche, TX 73529

David Hatcher
212 Hatcher Road
Gamaliel, KY 42140

Rex Mooney
1130 Andrews Road
Ecru, MS 38841

Alex R Voils
PO Box 640
Zionsville, IN 46077

Susan Scott
1925 Harry King Road
Glasgow, KY 42141

Brad Robinson
33271 Lee Highway
Glade Spring, VA 24340

Danny Stewart
701 Stewart Road
Huntland, TN 37345-4427

Clifford Miller d/b/a Circle M Builders
313 Lincoln
Monett, MO 65708

Martin, Pringle, Oliver Wallace & Bauer, LLP
100 N. Broadway
Wichita, KS 67202

Blake Stewart
Hidden Valley Farms
495 Hidden Valley Road
Huntland, TN 37345

Musick Farms, Inc.
Route 1, Box 56
Sentinel, OK 73664

Walco International n/k/a Animal Health International
Central Accounting Center
PO Box 911423
Dallas, TX 75391-1423

Arab Livestock Market, Inc.
PO Box 178
Arab, AL 35016

Cav Excavation
28823 N. 57th Street
Cave Creek, AZ 85331

David A. Layson
102 North Capitol Avenue
Corydon, IN 47112

Kenny Winningham
1432 Jay Bird Lane
Monroe, TN 38573

Francis J. Madison
1945 215th Street
Fort Scott, KS 66701

Jeffrey Madison
1945 215th Street
Fort Scott, KS 66701

Madison Cattle
1945 215th Street
Fort Scott, KS 66701

Larry Donnell
168 Royalty Drive
Lancaster, KY 40444

Tim White
3664 Military Pike
Lexington, KY 40513

Fort Payne Stockyards
PO Box 681126
Fort Payne, AL 35968-1612

Chastain Feeds & Farm
Supply, LLC
3363 State Highway D
Crane, MO 65633

Martin Farms, Inc.
3160 N. Jackson Hwy.
Canmer, KY 42722

Mike Bradbury
4304 John Reagan
Marshall, TX 75670

Bradbury & York
4304 John Reagan
Marshall, TX 75670

Gary Tate, d/b/a Tate Ranch
6510 West Lake Road
Abilene, TX 79601

Thompson Beef
349 Long Level Road
Floyd, VA 24091

Jeremy Coffey
6205 Greensburg Road
Columbia, KY 42728

PBI Bank, Inc.
PO Box 549
Glasgow, KY 42142

J & S Feedlots, Inc.
451 2nd Street
Dodge, NE 68633

Randy Hoover and Son
3973 St. Road 14
West Plains, MO 65775

Clark Christensen
PO Box 442
Okolona, MS 38860

Matt Eller
PO Box 570
Okolona, MS 38680

Flying M Ranch
c/o Chad Houck
409 County Rd 6
Black, AL 36314

Chad Houck
409 County Rd 6
Black, AL 36314

Andy Lolley
2037 Iron Bridge Rd
Samson, AL 36477

S&S Cattle Company
c/o Royce Stallcup
8329 Plainview Rd
Seymour, TX 76380

Royce Stallcup
8329 Plainview Rd
Seymour, TX 76380

Gary S. Bell
PO Box 122
Edmonton, KY 42129

Intrust Bank, NA
105 North Main Street
Wichita, KS 67202

Monty Larry Koller
4603 Ashville Pl.
Amarillo, TX 79119

By: /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee

**Kroger, Gardis & Regas, LLP**
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone

13