# EXHIBIT "A"

# Preference Actions

All actions are pending in the U.S. Bankruptcy Court for the Southern District of Indiana.

| Adv. Proc. No. | Defendants | Attorneys for Chapter 11 Trustee* |
|---|---|---|
| 12-59011 | Demaio Farms & Ranches | FBD |
| 12-59025 | Salem Livestock Auction, Inc. | KGR |
| 12-59027 | Tennessee Valley Livestock | KGR |
| 12-59028 | Sand Mountain Stockyard | KGR |
| 12-59046 | River Bend Cattle Co. | KGR |
| 12-59047 | Robert Rawls Livestock | KGR |
| 12-59048 | Tom Freeman | KGR |
| 12-59049 | Macon Stockyard | KGR |
| 12-59050 | Billingsley Auction Sale, Inc. | KGR |
| 12-59052 | Gary Krantz | KGR |
| 12-59072 | Carroll Co L/S Sale Barn, Inc. | KGR |
| 12-59073 | Scotts Hill Stockyard | KGR |
| 12-59074 | Brandon Zeisler | KGR |
| 12-59075 | Kevin Manthey | KGR |
| 12-59081 | Northwest Alabama Livestock Auction | KGR |
| 12-59082 | Grove Livestock Sales, Inc. | KGR |
| 12-59083 | B&B Land and Livestock Grenado, Inc. | KGR |
| 12-59084 | South Coffeyville Stockyards | KGR |
| 12-59085 | Kent Christenson | KGR |
| 12-59095 | Amos Kropf | KGR |
| 12-59096 | Cornelison Farms, FLP | KGR |
| 12-59097 | J&L Cattle | KGR |
| 12-59106 | Steven Blanton | KGR |
| 12-59107 | David Hatcher | KGR |
| 12-59108 | Rex Mooney | KGR |
| 12-59109 | Loveland Farms | KGR |
| 12-59110 | Susan Scott | KGR |
| 12-59111 | Brad Robinson | KGR |
| 12-59112 | Danny Stewart | KGR |
| 12-59113 | Clifford M. Miller d/b/a Circle M Builders | KGR |
| 12-59114 | Martin Pringle Oliver Wallace & Bauer, LLP | KGR |
| 12-59115 | Blake Stewart | KGR |
| 12-59116 | Tulsa Stockyards | KGR |
| 12-59117 | Musick Farms, Inc. | KGR |
| 12-59118 | Animal Health International | KGR |
| 12-59119 | Arab Livestock Market, Inc. | KGR |

1

| 12-59120 | Ricky Beard | KGR |
| --- | --- | --- |
| 12-59121 | Cav Excavation | KGR |
| 12-59122 | Fritz Gettelfinger | KGR |
| 12-59124 | Brian Witt | KGR |
| 12-59125 | Kenny Winningham | KGR |
| 12-59127 | Francis J. Madison<br>Jeffrey Madison<br>Madison Cattle | FBD |
| 12-59128 | Ashville Stockyard, Inc. | KGR |
| 12-59129 | Alabama Livestock Auction, Inc. | KGR |
| 12-59130 | Larry Donnell | KGR |
| 12-59131 | Tim White | KGR |
| 12-59132 | Fort Payne Stockyards | KGR |
| 12-59133 | Peoples Livestock Auction, Inc. | KGR |
| 12-59134 | Chastain Feeds & Farm Supply, LLC | KGR |
| 12-59135 | Martin Farms, Inc. | KGR |
| 12-59136 | Bradbury & York<br>Mike Bradbury | KGR |
| 12-59137 | Gary Tate d/b/a Tate Ranch | KGR |
| 12-59138 | Thompson Beef | KGR |
| 12-59139 | Jeremy Coffey | KGR |
| 12-59140 | PBI Bank, Inc. | KGR |
| 12-59141 | Randy Hoover and Son<br>J&S Feedlots, Inc. | KGR |
| 12-59142 | Clark Christensen | FBD |
| 12-59143 | Russell Garwood<br>Monte Haiar<br>Tim Heine<br>Janousek Farms | FBD |
| 12-59144 | Matt Eller | FBD |
| 12-59145 | Chad Houck<br>Flying M Ranch<br>Andy Lolley<br>Royce Stallcup<br>S&S Cattle Co. | FBD |
| 12-59148 | Gary Bell | FBD |
| 12-59149 | Intrust Bank, NA | FBD |
| 12-59150 | Monty Koller | FBD |

2

\* **Attorneys for Chapter 11 Trustee, James A. Knauer**

| | |
|---|---|
| **Faegre Baker Daniels LLP ("FBD")** | **Kroger, Gardis & Regas, LLP ("KGR")** |
| 300 North Meridian Street, Suite 2700 | 111 Monument Circle, Suite 900 |
| Indianapolis, IN 46204-1782 | Indianapolis, IN 46204-5125 |
| (317) 237-0300 Telephone | (317) 692-9000 Telephone |
| (317) 237-1000 Fax | (317) 264-6832 Fax |
| | |
| 600 East 96th Street, Suite 600 | |
| Indianapolis, IN 46240 | |
| (317) 569-9600 Telephone | |
| (317) 569-4800 Fax | |