# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| JAMES A. KNAUER, CHAPTER 11 | ) | Adv. Proc. No. |
| TRUSTEE OF EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (DEFENDANT(S)' NAME(S)), | ) | |
| | ) | |
| Defendant(s). | ) | |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

    James A. Knauer, as Chapter 11 Trustee ("Trustee") for Eastern Livestock Co., LLC ("ELC" or "Debtor"), by counsel, pursuant to the Order Establishing Procedures for Certain Adversary Proceedings [Docket No.], moved the United States Bankruptcy Court for the Southern District of Indiana ("Court") for entry of a Default Judgment against (defendant's name).  By way of Motion, the Trustee requests that the Court enter default judgment against you and grant the relief requested in the Trustee's Complaint [Docket No.].

    NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **28 days** from date of service or such other time period as may be permitted by Fed.R. B-4003-2.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

        Clerk, U.S. Bankruptcy Court
        110 U.S. Courthouse
        121 W. Spring St.
        New Albany, IN 47150

    The objecting party must ensure delivery of the objection to the party filing the Motion at:

[Counsel for Trustee]
[postal address]
[city, state, ZIP code]

**If an objection is NOT timely filed, the requested relief may be granted.**

Respectfully submitted,

By: /s/ Counsel for Trustee
Counsel for James A. Knauer, Trustee
[required signature block]

### CERTIFICATE OF SERVICE

I hereby certify that on (date) a copy of the foregoing Notice of Motion for Default Judgment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

[List party/parties receiving service electronically with **e-mail** address(es).]

[name(s) of receiving party/parties]
[e-mail address(es)]

I further certify that on (date), a copy of the foregoing Notice of Motion for Default Judgment was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

[List party/parties receiving service traditionally with **postal** address(es).]

[name(s) of receiving party/parties]
[postal address(es)] [city, state, ZIP code]

/s/ (Typewritten Name of E-filer) (Name of E-filer)

2