UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL |
| ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF MOTION FOR ORDER ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, OBJECTION DEADLINE, AND HEARING**

The *Motion for Order Establishing Procedures for Certain Adversary Proceedings* ("Motion") (Docket No. 1741) was filed by James A. Knauer, as Chapter 11 Trustee ("Trustee") for Eastern Livestock Co., LLC ("ELC") on January 22, 2013.  Pursuant to the Motion, the Trustee requests that the Court enter an order establishing procedures for certain adversary proceedings where the Trustee's claims and causes of action include the potential avoidance of transfers arising  under 11 U.S.C. §§ 547, among others ("Preference Actions").  The procedures include the establishment of mandatory mediation procedures in the event the Trustee is unable to settle Preference Actions, the appointment of a certain mediator, discovery guidelines, and pretrial guidelines to ensure the just, speedy, and inexpensive determination of each Preference Action.

**A copy of the Motion is available through PACER on the Court's website, or on the Trustee's blog at www.easternlivestockbkinfo.com, at the noticing agent's website at www.bmcgroup.com/easternlivestock, or by email or calling Jay Kennedy, counsel to the Trustee at jpk@kgrlaw.com or 317-692-9000.**

NOTICE IS GIVEN that any objection to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before February 19, 2013. Persons not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The Court will hold a hearing on the Motion on:

> Date:  March 13, 2013
> Time:  10:00 a.m. EST

Place:  121 W. Spring Street, Room 103, New Albany, Indiana 47150

Motions for continuances must be filed as soon as the cause or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

**If no objections are timely filed, the requested relief may be granted without further action by the Court.**

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By:  /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone
(317) 264-6832 Fax
jpk@kgrlaw.com