Exhibit A

**INVOICE AND SECURITY AGREEMENT**

DATE: 10-22-10

INVOICE NO. 315485

# Eastern Livestock Co., LLC

SOLD TO: Bill Eberco

SHIP TO: ____

Address: ____

Address: ____

City-State-Zip: Pine Village IN

City-State-Zip: DeLong IL

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 326 | Strs | 252965 | 776 / 108.00 | 273202.20 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | 326 |
|  |  | 10-22-10 |  |  |
|  |  |  |  | Karen Baker 10-22-10 |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: Uhlman / Spurling

FROM: John F Mabase

COMMISSION: ____
VETERINARY: ____
TRUCKING: ____
OTHER: ____
TOTAL: ____

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035