Exhibit A

**INVOICE AND SECURITY AGREEMENT**

DATE: 9/29/10

INVOICE NO. 296102

**BEFORE INVENTORY**

# Eastern Livestock Co., LLC

SOLD TO: Judd [illegible]
Address: PO Box 411
City-State-Zip: [illegible] Spring, VA 24340

SHIP TO: _____
Address: _____
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 6 | Hfrs | 1903 | 317/109.16 | 2077.55 |
| 18 | Strs | 5950 | 331/111.17 | 6615.66 |
| 32 | Strs | 13,465 | 377/118.08 | 11,242.38 |
| 12 | Strs | 4925 | 410/120.01 | 4725.30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | 9/29/10 | 68 |  |
|  |  |  |  |  |
|  |  |  | [illegible] | 939.10 |
| **TOTALS** 68 |  | 21,243 |  | 22,105.30 |

TRUCKER: Randall [illegible]
FROM: B. Burchinal

COMMISSION: _____
VETERINARY: _____
TRUCKING: _____
OTHER: _____
TOTAL: 22,105.30

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

## INVOICE AND SECURITY AGREEMENT

DATE: 9/8/10

INVOICE NO. 304938

# Eastern Livestock Co., LLC

SOLD TO: Todd Rosenbaum
Address: PO Box 411
City-State-Zip: Clover Spring, VA 24340

SHIP TO: 140
Address:
City-State-Zip: Georgia [illegible] 9/8/10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 2 | #25 | 530 | 265/117.48 | 622.65 |
| 13 | #30 | 4410 | 339/120.36 | 5307.88 |
| 19 | #35 | 7365 | 388/119.95 | 8834.32 |
| 41 | #40 | 17,540 | 428/116.48 | 20,430.60 |
| 5 | #25J | 1335 | 267/141.03 | 1,882.75 |
| 12 | #30J | 4145 | 345/130.54 | 5410.89 |
| 14 | #35J | 5305 | 379/130.20 | 6,908.18 |
| 34 | #40J | 14,700 | 432/126.84 | 18,643.48 |
| TOTALS | 140 | | 55,330 | | 68,040.75 |

TRUCKER: East West / Rex Bunch

FROM: Grant P. Wilson
X

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL:

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

9/8/10

**INVOICE AND SECURITY AGREEMENT**

DATE 9/15/10

# Eastern Livestock Co., LLC

INVOICE NO. 305120

SOLD TO: Todd Rosenbaum
Address: P.O. Box 411
City-State-Zip: Meade Spring, VA 24340

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 9 | Hfrs | 2495 | 277/119.02 | 2969.55 |
| 34 | Hfrs | 11,205 | 330/118.77 | 13,308.18 |
| 9 | Sts | 2515 | 279/136.19 | 3425.18 |
| 58 | Sts | 22,060 | 380/124.17 | 27,391.91 |
| 77 | Sts | 33,165 | 431/122.93 | 40,769.74 |
| 25 | Sts | 12,000 | 480/101.92 | 12,230.40 |
|  |  |  |  |  |
|  | X |  |  |  |
|  |  |  | 212 |  |
|  |  | 9/15/10 |  |  |
|  |  |  |  |  |
| TOTALS 212 |  | 83,440 |  | 100,094.96 |

TRUCKER: Wros x 2

FROM: Grant P. Gibson

COMMISSION ____
VETERINARY ____
TRUCKING ____
OTHER ____
TOTAL ____

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: 9/15/10

INVOICE NO. 305129

# Eastern Livestock Co., LLC

SOLD TO: Todd Rosenbaum
Address: PO Box 411
City-State-Zip: Glade Spring, VA 24340

SHIP TO: _____
Address: _____
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 27 | Strs | 8,950 | 331/127.34 | 11,396.93 |

TOTALS

TRUCKER: T Reid

FROM: Grant P. Gibson

COMMISSION: _____
VETERINARY: _____
TRUCKING: _____
OTHER: _____
TOTAL: _____

*Please Remit to:* EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035