Exhibit A

**INVOICE AND SECURITY AGREEMENT**

S

DATE 11-3-10

INVOICE NO. 314377

# Eastern Livestock Co., LLC

SOLD TO: Rowen State
Address: 43255 SD Hwy 42
City-State-Zip: Bridgewater, SD 57319

SHIP TO: _____
Address: _____
City-State-Zip: _____

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 87 | Cows | | 1142.08 | $99,362.96 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 87 | | x | |
| Mike Weldon 11/3/10 | | | | 11-3-10 |
| **TOTALS** | | | | |

TRUCKER: Herbert Much

FROM: Monte Hauer

COMMISSION: _____
VETERINARY: _____
TRUCKING: all
OTHER: _____
TOTAL: $99,362.96

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035