Exhibit A

**INVOICE AND SECURITY AGREEMENT**

DATE Nov 3, 2010

INVOICE NO. 307947

# Eastern Livestock Co., LLC

SOLD TO: Glover Farms  SHIP TO: 103
Address: 
City-State-Zip: Pine Bluff, AR   City-State-Zip: Robbins 11/3/10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | | Amount |
|---|---|---|---|---|---|
| 27 | 402 | 11955 443 | | .1053½ | 12,589.81 |
| 14 | 401x | 5775 | 408 | .102.15 | 5,837.87 |
| 41 | 300 | 12990 | 317 | .130.75 | 16,984.43 |
| 21 | 275 | 6590 | 314 | .129.46 | 8,531.41 |
| TOTALS 103 | | 37,250 | | | |

TRUCKER: ___

FROM: Ed Gdens IV
       x

COMMISSION ___
VETERINARY ___
TRUCKING ___
OTHER  Int  372.50
TOTAL  $43,943.52
       $44,316.02

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

11/3/2010

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 29, 2010

INVOICE NO. 307911

# Eastern Livestock Co., LLC

SOLD TO: Glover Farms
SHIP TO: 102

Address:
Address:

City-State-Zip: Pine Bluff, AR
City-State-Zip: [signature] 10/29/10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 9 | 101 | 1795 | 199 · 154.95 | 2781.35 |
| 21 | 225 | 5345 | 255 · 140.61 | 7515.60 |
| 1 | 25x | 315 | 315 · 108.00 | 340.20 |
| 8 | 275 | 2330 | 291 · 134.79 | 3140.61 |
| 37 | 300 | 11585 | 313 · 135.42 | 15688.41 |
| 13 | 402 | 5655 | 435 · 105.38 | 5959.24 |
| 13 | 350 | 4875 | 375 · 127.31 | 6206.36 |
| TOTALS 102 | | 31900 | | |

TRUCKER: M.C. Merritt

FROM: Ed Edens II

10/29/10

COMMISSION:
VETERINARY:
TRUCKING: 759.50
OTHER: Interest 319.00
TOTAL: 42710.27

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 29, 2010

INVOICE NO. 307912

# Eastern Livestock Co., LLC

SOLD TO: Glover Farms
SHIP TO:
Address:
Address: 75
City-State-Zip: Pine Bluff, AR
City-State-Zip:

Kroft 10/29/10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | | Amount |
|---|---|---|---|---|---|
| 4 | 22S | 1085 | 271 | 130.49 | 1415.85 |
| 9 | 25x | 2645 | 294 | 114.24 | 3021.78 |
| 4 | 26x | 1200 | 300 | 96.56 | 1158.75 |
| 6 | 27S | 1855 | 309 | 127.26 | 2360.61 |
| 20 | 500 | 6490 | 325 | 139.29 | 8391.09 |
| 13 | 35x | 4710 | 362 | 110.27 | 5193.91 |
| 7 | 36x | 2880 | 411 | 92.38 | 2660.40 |
| 12 | 402 | 5205 | 434 | 98.41 | 5122.16 |
| TOTALS 75 | | 26070 | | | |

TRUCKER:
FROM: Ed Edens IV

COMMISSION:
VETERINARY:
TRUCKING:
OTHER Int 260.70
TOTAL 29585.25

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

10/29/10

**INVOICE AND SECURITY AGREEMENT**

# Eastern Livestock Co., LLC

DATE Oct 28, 2010    INVOICE NO. 307904

SOLD TO: Glover Farms
SHIP TO: 79
City-State-Zip: Pine Bluff, AR
City-State-Zip: Krobh  10/28/10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | | Amount |
|---|---|---|---|---|---|
| 31 | 225 | 7860 | 254 | .13983 | 1090.64 |
| 3 | 25x | 810 | 270 | .10030 | 812.43 |
| 5 | 275 | 1445 | 289 | .13702 | 1979.94 |
| 40 | 402 | 16960 | 424 | .10484 | 17780.86 |
| TOTALS 79 | | 27075 | | | |

TRUCKER: ___
FROM: Ed Edens IV
    x

COMMISSION ___
VETERINARY ___
TRUCKING ___
OTHER Interest  270.75
TOTAL  31834.62

10/28/10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

10/22/2010 FRI 12:58  FAX 662 447 5446 E 4 CATTLE CO →→→ JOYCE                    ☒002/002

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 22, 2010

INVOICE NO. 307865

# Eastern Livestock Co., LLC

SOLD TO: Glover Farms
Address: _____
City-State-Zip: Pine Bluff, AR

SHIP TO: 71
Address: _____
City-State-Zip: K Ross  10/22/10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 5 | 25X | 1365 | 273 .1059 | 1386.70 |
| 29 | 601 | 18145 | 626 .9571 | 17366.58 |
| 12 | 402 | 5180 | 432 .9962 | 5160.32 |
| 3 | 101 | 580 | 193 .1474 | 854.98 |
| 1 | 225 | 225 | 225 .1463⁵ | 329.36 |
| 2 | 101 | 425 | 213 .11609 | 493.38 |
| 2 | 225 | 520 | 260 .12362 | 642.82 |
| 11 | 275 | 3160 | 287 .12835 | 4055.88 |
| 6 | 402 | 2405 | 401 .9418 | 2265.03 |
| TOTALS 71 | | 32005 | | |

TRUCKER: _____

FROM: Ed Gibson II
x

COMMISSION _____
VETERINARY _____
TRUCKING _____
OTHER Interest  32005
TOTAL  32875.10

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-9035

10/22/10

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 21 2010

INVOICE NO. 307856

# Eastern Livestock Co., LLC

SOLD TO: Glover Farms
SHIP TO:

Address:
Address:

City-State-Zip: Pine Bluff, AR
City-State-Zip:

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 16 | 402 | 6685 | 417 .9896 | 6595.68 |
| 8 | 225 | 2080 | 260 .13902 | 2891.82 |
| 9 | 101 | 1825 | 203 .13998 | 2554.64 |
| 27 | 601 | 16955 | 628 .9441 | 16007.22 |
| TOTALS 60 | | 27525 | | |

TRUCKER:

FROM: Ed E Lin II
    x

COMMISSION:
VETERINARY:
TRUCKING:
OTHER: Interest 275.25
TOTAL: 28324.61

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

10/21/10

**INVOICE AND SECURITY AGREEMENT**

DATE: Oct 20, 2010

INVOICE NO. 307844

# Eastern Livestock Co., LLC

SOLD TO: Glover Farms
SHIP TO: ///

Address: _____
Address: _____

City-State-Zip: Pine Bluff, AR
City-State-Zip: KR off 10/20/10

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 25 | 101 | 4840 | 194 . 1371⁵ | 6638.06 |
| 23 | 225 | 6080 | 264 . 131²⁰ | 7976.96 |
| 25 | 402 | 10445 | 418 . 9668 | 10098.23 |
| 38 | 601 | 24175 | 636 . 90³⁵ | 21842.11 |
| TOTALS 111 | | 45540 | | |

TRUCKER: _____

FROM: Ed Edens III
✗

10/20/10

COMMISSION: _____
VETERINARY: _____
TRUCKING: _____
OTHER: Int   455.40
TOTAL: ~~65536~~ 47010.76

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035