# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756-4 | User: edixon | Date Created: 1/29/2013 |
| Case: 10-93904-BHL-11 | Form ID: SF03001 | Total: 18 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Dustin R. DeNeal | dustin.deneal@faegrebd.com |
| aty | Harmony A Mappes | harmony.mappes@faegrebd.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | Jay P. Kennedy | jpk@kgrlaw.com |
| aty | Jennifer Watt | jwatt@kgrlaw.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | Kevin M. Toner | kevin.toner@faegrebd.com |
| aty | Robert K Stanley | robert.stanley@FaegreBD.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |

TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 |
| 11795409 | ASM Capital, L.P. | 7600 Jericho Turnpike, Suite 302 | Woodbury, NY 11797 |
| 10483013 | Dante Zago | 8201 Couchville Pk. | Mt. Juliet, TN 37122 |

TOTAL: 3