United States Bankruptcy Court
Southern District of Indiana

In re:                                                           Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-4          User: edixon            Page 1 of 4            Date Rcvd: Jan 29, 2013
                             Form ID: SF03001         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2013.
adb           #+Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
11795409      +ASM Capital, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
10483013      +Dante Zago,   8201 Couchville Pk.,   Mt. Juliet, TN 37122-7611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2013**                    **Signature:**       _Joseph Speetjens_

District/off: 0756-4          User: edixon          Page 2 of 4          Date Rcvd: Jan 29, 2013
                             Form ID: SF03001       Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2013 at the address(es) listed below:
          Allen  Morris   on behalf of Creditor  Republic Bank and Trust Company amorris@stites.com,
          dgoodman@stites.com
          Amanda Dalton Stafford   on behalf of Plaintiff  James A. Knauer, Trustee ads@kgrlaw.com
          Amelia Martin Adams   on behalf of Creditor  Alton Darnell dba Darnell Alton Barn
          aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Andrea L Wasson   on behalf of Creditor  Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg   on behalf of Defendant  PBI Bank, Inc. astosberg@lloydmc.com
          Anthony G. Raluy   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
          traluy@fbhlaw.net
          Ben T. Caughey   on behalf of Defendant  E4 Cattle Company, LLC ben.caughey@icemiller.com
          Bret S. Clement   on behalf of Creditor  First Bank and Trust Company, The bclement@acs-law.com,
          sfinnerty@acs-law.com
          C. R. Bowles   on behalf of Creditor  Joplin Regional Stockyards cbowles@bgdlegal.com,
          smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton   on behalf of U.S. Trustee  U.S. Trustee Charles.R.Wharton@usdoj.gov,
          Charles.R.Wharton@usdoj.gov
          Chrisandrea L. Turner   on behalf of Defendant  Cornelison Farms, FLP clturner@stites.com
          Christie A. Moore   on behalf of Counter-Defendant  Superior Livestock Auction, Inc. cm@gdm.com,
          ljs2@gdm.com
          Christopher M. Trapp   on behalf of Cross Defendant  Superior Livestock Auction, Inc.
          ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
          Daniel J. Donnellon   on behalf of Creditor  First Bank and Trust Company, The
          ddonnellon@ficlaw.com,  knorwick@ficlaw.com
          David A. Laird   on behalf of Creditor  Peoples Bank of Coldwater Kansas
          david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina   on behalf of Creditor  Bellar Feed Lots, Inc. dad@dominalaw.com,
          KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt   on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas   on behalf of Counter-Defendant  J&F Oklahoma Holdings, Inc.
          dlebas@namanhowell.com,  koswald@namanhowell.com
          Deborah  Caruso   on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
          mthomas@daleeke.com
          Dustin R. DeNeal   on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
          sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King   on behalf of Creditor  Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
          Elliott D. Levin   on behalf of Cross Defendant  Joplin Regional Stockyards, Inc.
          edl@rubin-levin.net,  atty_edl@trustesolutions.com
          Elliott D. Levin   on behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
          robin@rubin-levin.net,  edl@trustesolutions.com;edl@trustesolutions.net
          Eric C Redman   on behalf of Defendant  Bankfirst Financial Services ksmith@redmanludwig.com,
          kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson   on behalf of Creditor  Fifth Third Bank ewrichardson@vorys.com,
          bjtobin@vorys.com
          Erick P Knoblock   on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes   on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
          judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross   on behalf of Creditor  Joplin Regional Stockyards ishallcross@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Jack S Dawson   on behalf of Defendant  Jane, LLC jdawson@millerdollarhide.com,
          jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer   on behalf of Plaintiff James Knauer, Trustee jak@kgrlaw.com,  tjf@kgrlaw.com
          James A. Knauer   jak@kgrlaw.com,  tjf@kgrlaw.com
          James B. Lind   on behalf of Counter-Defendant  Fifth Third Bank jblind@vorys.com
          James Bryan Johnston   on behalf of Creditor  Bynum Ranch Co. bjtexas59@hotmail.com,
          bryan@ebs-law.net
          James E Rossow   on behalf of Counter-Defendant  Superior Livestock Auction, Inc.
          jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith   on behalf of Cross Defendant  Diamond B Ranches jsmith@smithakins.com,
          legalassistant@smithakins.com
          James Edwin McGhee   on behalf of Creditor  Vermilion Ranch Corporation mcghee@derbycitylaw.com,
          SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;gra
          ves@derbycitylaw.com
          James M. Carr   on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
          sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young   on behalf of Intervenor Michael Walro james@rubin-levin.net,
          lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell   on behalf of Creditor Rex Elmore jwc@stuartlaw.com,  jbr@stuartlaw.com
          Jay  Jaffe   on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
          sarah.herendeen@faegrebd.com
          Jay P. Kennedy   on behalf of Plaintiff  James A. Knauer, Trustee jpk@kgrlaw.com,
          tfroelich@kgrlaw.com;ads@kgrlaw.com
          Jeffrey J. Graham   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jgraham@taftlaw.com,
          ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter   on behalf of Joined Party  United States Department of Agriculture, Grain Ins
          jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jerler@ghjhlaw.com,  lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer  Watt   on behalf of Plaintiff  James A. Knauer, Trustee jwatt@kgrlaw.com,
          pad@kgrlaw.com;ads@kgrlaw.com
          Jerald I. Ancel   on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
          jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com
          Jeremy S Rogers   on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
          Jessica E. Yates   on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
          docket_den@swlaw.com;mmccleery@swlaw.com
          Jill Zengler Julian   on behalf of Joined Party  United States Department of Agriculture, Grain
          Ins Jill.Julian@usdoj.gov
          Joe Lee Brown   on behalf of Defendant  Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
          Joe T. Roberts   on behalf of Counter-Claimant  Laurel Livestock Market, INC.
          jratty@windstream.net
          John  Huffaker   on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
          lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover   on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com
          John Frederick Massouh   on behalf of Counter-Defendant  Cactus Growers, Inc.
          john.massouh@sprouselaw.com
          John Hunt Lovell   on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers   on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net,
          susan@rubin-levin.net
          John M. Thompson   on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com,
          jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Burns   on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com,
          sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Carr   on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com,
          sfinnerty@acs-law.com
          John W Ames   on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers   on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com,
          cdow@millerdollarhide.com
          Joshua Elliott Clubb   on behalf of Other Professional  Kentucky Cattlemen's Association
          joshclubb@gmail.com
          Joshua N. Stine   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse   on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com,
          ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring   on behalf of Creditor  Deere & Company lobring@msn.com
          Kayla D. Britton   on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com,
          sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Kelly Greene McConnell   on behalf of Creditor  AB Livestock, LLC lisahughes@givenspursley.com
          Kent A Britt   on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com,
          cbkappes@vorys.com;dfinnie@vorys.com;tbfinney@vorys.com
          Kevin J. Mitchell   on behalf of Plaintiff James Knauer, Trustee kevin.mitchell@faegrebd.com,
          cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
          Kevin M. Toner   on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com,
          judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis   on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com,
          lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher   on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com,
          jparsons@mcs-law.com
          Laura Day 10DelCotto   on behalf of Counter-Defendant  Bluegrass Stockyards of Richmond, LLC
          ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant   on behalf of Creditor  Peoples Bank & trust Co. of Pickett County
          courtmail@fbhlaw.net
          Mark A. Robinson   on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com,
          dalbers@vhrlaw.com
          Matthew J. Ochs   on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Matthew R. Strzynski   on behalf of Defendant Jt Nuckols mstrzynski@kdlegal.com,
          Tsylvester@kdlegal.com
          Melissa S. Giberson   on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas   on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael Benton Willey   on behalf of Creditor  Tennessee Department of Revenue
          michael.willey@ag.tn.gov
          Michael W. McClain   on behalf of Creditor Grant Gibson mike@kentuckytrial.com,
          laura@kentuckytrial.com
          Michael Wayne Oyler   on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
          Peter M Gannott   on behalf of Counter-Claimant  Laurel Livestock Market, INC.
          pgannott@gannottlaw.com,  paralegal@gannottlaw.com;gannottlaw@gmail.com
          Randall D. LaTour   on behalf of Counter-Defendant  Fifth Third Bank RDLatour@vorys.com,
          khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell   on behalf of Counter-Defendant  Fifth Third Bank rabell@vorys.com,
          dmchilelli@vorys.com
          Robert H. Foree   on behalf of Creditor  Kentucky Cattlemen's Association
          robertforee@bellsouth.net
          Robert K Stanley   on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Ross A. Plourde   on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
          afton.shaw@mcafeetaft.com

District/off: 0756-4        User: edixon            Page 4 of 4              Date Rcvd: Jan 29, 2013
                            Form ID: SF03001        Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,  smattingly@dsf-atty.com
              Scott R Leisz    on behalf of Defendant  Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
               disom@bgdlegal.com
              Sean T. White    on behalf of Special Counsel  Hoover Hull LLP swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor  First Bank and Trust Company, The sweigand@ficlaw.com
              Stephen E. Schilling    on behalf of Defendant  E4 Cattle Company, LLC seschilling@strausstroy.com
              Steven A. Brehm    on behalf of Cross Defendant  Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven Eric Runyan    on behalf of Plaintiff  James A. Knauer, Trustee ser@kgrlaw.com
              T. Kent Barber    on behalf of Creditor  Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terry E. Hall    on behalf of Counter-Claimant James Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor  General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor  Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Thomas P Glass    on behalf of Defendant  E4 Cattle Company, LLC tpglass@strausstroy.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor  Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor  Alabama Livestock Auction, Inc. wsnewbern@msn.com
              Wendy W Ponader    on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor  Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William K. Flynn    on behalf of Defendant  E4 Cattle Company, LLC wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William Robert Meyer    on behalf of Creditor  Republic Bank and Trust Company rmeyer@stites.com
                                                                                          TOTAL: 111

SF03001 (rev 10/2004)

## UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                              Case No. **10–93904–BHL–11**
        Debtor(s).

## <u>NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM</u>

NOTICE IS GIVEN that pursuant to Fed.R.Bankr.P. 3001(e), the alleged transferee, ASM Capital, L.P., has filed evidence of transfer of a claim filed by the alleged transferor, Dante Zago.

Any objection to the transfer must be filed by the alleged transferor with the Clerk's Office and served on the alleged transferee by February 19, 2013.

If a timely objection is filed, after notice and a hearing, the Court will determine whether the claim has been transferred for security. If the Court determines that the claim has been transferred other than for security, the Court will enter an order substituting the transferee for the transferor.

If a timely objection is not filed and the claim has been transferred other than for security, the transferee shall be substituted for the transferor without further order of the Court.

If the claim has been transferred for security and neither the transferor nor the transferee file an agreement regarding relative rights respecting voting of the claim, payment of dividends thereon, or participation in the administration of the estate, on motion filed and after notice and a hearing, the Court will enter an order respecting these matters as may be appropriate.

Dated:  January 29, 2013                              Kevin P. Dempsey
                                                 Clerk, U.S. Bankruptcy Court