UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO SUSPEND CERTAIN ADVERSARY PROCEEDING DEADLINES**

James A. Knauer, the Chapter 11 trustee appointed in this case ("Trustee") for Eastern Livestock Co., LLC, ("Debtor") files his *Motion To Suspend Certain Adversary Proceeding Deadlines* ("Motion"). In support of the Motion, the Trustee respectfully states as follows:

**JURISDICTION AND VENUE**

1.  This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

2.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

3.  Certain petitioning creditors commenced the above-captioned Chapter 11 case against the Debtor on December 6, 2010 by filing an involuntary petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division ("Court"). This Court entered an *Order For Relief In An Involuntary Case And Order To Complete Filing* [Docket No. 110] on December 28, 2010.

4.  On December 27, 2010, the Court entered an *Order Approving The Appointment Of James A. Knauer As Chapter 11 Trustee* [Docket No. 102] pursuant to 11 U.S.C. § 1104.

5.  On January 22, 2013, the Trustee filed his *Motion For Order Establishing Procedures For Certain Adversary Proceedings* ("Procedures Motion") [Docket No. 1741], whereby the Trustee requested entry of an order establishing streamlined procedures in certain

adversary proceedings ("Procedures Order").  The Procedures Motion is currently set for hearing before this Court on March 13, 2013.

6. As of the date of this Motion, the Trustee has filed in excess of sixty (60) adversary proceedings where the Trustee's claims and causes of action include the potential avoidance of transfers arising under 11 U.S.C. § 547 ("Preference Actions").  A list of the Preference Actions to be addressed by this Motion and of each defendant is attached hereto and incorporated herein by reference as Exhibit A.  The Trustee also has commenced other actions under Chapter 5 of the Bankruptcy Code that he intentionally omits from the Preference Actions, as defined herein, based generally in the complexity of the actions, the inclusion of claims that do not arise under Chapter 5, and/or where one or more of the named defendants is an insider of the Debtor.

**SUMMARY OF RELIEF REQUESTED**

7. The Trustee seeks entry of an order, substantially in the form attached as Exhibit B hereto ("Order"), suspending certain of the case deadlines of the Preference Actions.

8. Shortly after the commencement of the Preference Actions, in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, the Clerk of Court issued *Preliminary Pretrial Orders* ("Pretrial Orders") in each of the Preference Actions setting an answer date for each defendant ("Complaint Response Date") and telephonic pretrial conferences ("Pretrial Conferences").

9. Bankruptcy Rule 7004(e) requires that service of initial process be made upon the named defendant(s) within fourteen (14) days after the Summons is issued, and the Trustee has effected service on the defendants.

10. The Pretrial Orders direct certain disclosures to be made pursuant to Rule 26 of the Federal Rules of Civil Procedure and establish other pretrial deadlines ("<u>Pretrial Requirements</u>").

11. By this Motion, the Trustee seeks to suspend the Pretrial Requirements and the Pretrial Conferences pending entry of an order on the Procedures Motion, which is currently set for hearing before this Court on March 13, 2013.

12. The Procedures Motion and the Procedures Order provide, in part, for the setting of omnibus telephonic pretrial conferences for all Preference Actions and streamlined procedures related thereto. Accordingly, suspension of the Pretrial Requirements and the Pretrial Conferences pending resolution of the Procedures Motion will conserve judicial resources and resources of the parties to the Preference Actions.

13. The Trustee requests that the Complaint Response Date specified in each of the Pretrial Orders <u>not be affected</u> by this Motion. The Trustee requests that the Order on this Motion provide that if a defendant fails to contact the Trustee to request an extension of the Complaint Response Date, or otherwise fails to timely answer or respond in accordance with the Pretrial Orders or applicable rules, the Trustee shall not be precluded from seeking entry of default judgment in a Preference Action or seeking any other relief to which he may be entitled.

14. A copy of this Motion will be served on all counsel of record in the above-captioned Chapter 11 case, all defendants in the Preference Actions, and all counsel who have filed appearances in the Preference Actions as of the date of this Motion.

WHEREFORE, the Trustee respectfully requests entry of an Order, substantially in the form attached hereto as <u>Exhibit B</u>, suspending the Pretrial Requirements and Pretrial Conferences, and granting such further relief as the Court deems appropriate.

                      Respectfully submitted,

                      FAEGRE BAKER DANIELS LLP

                      By: /s/ Wendy W. Ponader

Kevin Toner (#11343-49)  
Terry E. Hall (#22041-49)  
Harmony Mappes (# 27237-49)  
Dustin R. DeNeal (#27535-49)  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204-1782  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
kevin.toner@faegrebd.com  
terry.hall@faegrebd.com  
harmony.mappes@faegrebd.com  
dustin.deneal@faegrebd.com  

*Counsel for James A. Knauer, Chapter 11 Trustee*

Wendy W. Ponader (#14633-49)  
600 East 96th Street, Suite 600  
Indianapolis, IN 46240  
Telephone: (317) 569-9600  
Facsimile:  (317) 569-4800  
wendy.ponader@faegrebd.com  

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@ bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |

51487984_3.DOCX                       4

| | | |
|---|---|---|
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |

| | | |
|---|---|---|
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | | |

      I further certify that on February 1, 2013, a copy of the foregoing pleading was served via electronic mail transmission on the following:

| | |
|---|---|
| Ashley S. Rusher<br>asr@blancolaw.com | Darla J. Gabbitas<br>darla.gabbitas@moyewhite.com |

      I further certify that on February 1, 2013, a copy of the foregoing pleading was served via first class United States mail, postage prepaid, on the following:

| | | |
|---|---|---|
| Sand Mountain Stockyard<br>PO Box 25<br>Albertville, AL 35950-0001 | Loveland Farms<br>c/o Alex R. Voils<br>PO Box 640<br>Zionsville, IN 46077 | Walco International<br>n/k/a Animal Health International<br>Central Accounting Center<br>PO Box 911423<br>Dallas, TX 75391-1423 |
| River Bend Cattle Co.<br>J.M. Wheeler, Registered Agent<br>900 NW Valley Road<br>PO Box 681181<br>Riverside, MO 64150 | Susan Scott<br>1925 Harry King Road<br>Glasgow, KY 42141 | Arab Livestock Market, Inc.<br>PO Box 178<br>Arab, AL 35016 |
| Grove Livestock Sales, Inc.<br>Rt. 3<br>PO Box 826<br>Grove, OK 74344 | Brad Robinson<br>33271 Lee Highway<br>Glade Spring, VA 24340 | Cav Excavation<br>28823 N. 57th Street<br>Cave Creek, AZ 85331 |
| Kent Christenson<br>330 East Campbell Street<br>Minden, NE 68959 | Danny Stewart<br>701 Stewart Road<br>Huntland, TN 37345-4427 | Fritz Gettelfinger<br>c/o David A. Layson<br>102 North Capitol Avenue M<br>Corydon, IN 47112 |
| J&L Cattle<br>2990 Highway 62 N.E.<br>Corydon, IN 47112 | Clifford Miller<br>d/b/a Circle M Builders<br>313 Lincoln<br>Monett, MO 65708 | Kenny Winningham<br>1432 Jay Bird Lane<br>Monroe, TN 38573 |
| Steven Blanton<br>R.R. 3  Box 4<br>Comanche, TX 73529 | Martin Pringle Oliver Wallace & Bauer, LLP<br>100 N. Broadway<br>Wichita, KS 67202 | Francis J. Madison<br>1945 215th Street<br>Fort Scott, KS 66701 |

David Hatcher
212 Hatcher Road
Gamaliel, KY 42140

Blake Stewart
Hidden Valley Farms
495 Hidden Valley Road
Huntland, TN 37345

Jeffrey Madison
1945 215th Street
Fort Scott, KS 66701

Rex Mooney
1130 Andrews Road
Ecru, MS 38841

Musick Farms, Inc.
Route 1, Box 56
Sentinel, OK 73664

Madison Cattle
1945 215th Street
Fort Scott, KS 66701

Larry Donnell
168 Royalty Drive
Lancaster, KY 40444

Thompson Beef
349 Long Level Road
Floyd, VA 24091

Russell Garwood
47951 901st Rd
Butte, NE 68722

Tim White
3664 Military Pike
Lexington, KY 40513

Jeremy Coffey
6205 Greensburg Road
Columbia, KY 42728-9487

Monte Haiar
501 Randall St.
Fairfax, SD 57335

Fort Payne Stockyards
PO Box 681126
Fort Payne, AL 35968-1612

J & S Feedlots, Inc.
451 2nd Street
Dodge, NE 68633

Chad Houck
409 County Rd 6
Black, AL 36314-5307

Randy Hoover and Son
3973 St. Road 14
West Plains, MO 65775

Clark Christensen
PO Box 442
Okolona, MS 38860-0442

Andy Lolley
2037 Iron Bridge Rd
Samson, AL 36477

Matt Eller
PO Box 570
Okolona, MS 38860-0570

Flying M Ranch
c/o Chad Houck
409 County Rd 6
Black, AL 36314-5307

S&S Cattle Company
c/o Royce Stallcup
8329 Plainview Rd
Seymour, TX 76380

Gary S. Bell
PO Box 122
Edmonton, KY 42129-0122

Intrust Bank, NA
105 North Main Street
Wichita, KS 67202

Royce Stallcup
8329 Plainview Rd
Seymour, TX 76380

Tim Heine
412 Sterling Street
Fairfax, SD 57335

Janousek Farms
c/o Douglas Janousek
36982 Hwy 18E
Fairfax, SD 57335-5352

Monty Larry Koller
4603 Ashville Pl.
Amarillo, TX 79119

/s/ Wendy W. Ponader