# EXHIBIT A

| Adv Proc No | Defendants | Attorneys for Chapter 11 Trustee |
|---|---|---|
| 12-59011 | Demaio Farms & Ranches | Faegre Baker Daniels LLP |
| 12-59025 | Salem Livestock Auction, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59027 | Tennessee Valley Livestock | Kroger, Gardis & Regas, LLP |
| 12-59028 | Sand Mountain Stockyard | Kroger, Gardis & Regas, LLP |
| 12-59046 | River Bend Cattle Co. | Kroger, Gardis & Regas, LLP |
| 12-59047 | Robert Rawls Livestock | Kroger, Gardis & Regas, LLP |
| 12-59048 | Tom Freeman | Kroger, Gardis & Regas, LLP |
| 12-59049 | Macon Stockyard | Kroger, Gardis & Regas, LLP |
| 12-59050 | Billingsley Auction Sale, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59052 | Gary Krantz | Kroger, Gardis & Regas, LLP |
| 12-59072 | Carroll Co L/S Sale Barn, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59073 | Scotts Hill Stockyard | Kroger, Gardis & Regas, LLP |
| 12-59074 | Brandon Zeisler | Kroger, Gardis & Regas, LLP |
| 12-59075 | Kevin Manthey | Kroger, Gardis & Regas, LLP |
| 12-59081 | Northwest Alabama Livestock Auction | Kroger, Gardis & Regas, LLP |
| 12-59082 | Grove Livestock Sales, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59083 | B&B Land and Livestock | Kroger, Gardis & Regas, LLP |
| 12-59083 | Ganado, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59084 | South Coffeyville Stockyards | Kroger, Gardis & Regas, LLP |
| 12-59085 | Kent Christenson | Kroger, Gardis & Regas, LLP |
| 12-59095 | Amos Kropf | Kroger, Gardis & Regas, LLP |
| 12-59096 | Cornelison Farms, FLP | Kroger, Gardis & Regas, LLP |
| 12-59097 | J&L Cattle | Kroger, Gardis & Regas, LLP |
| 12-59106 | Steven Blanton | Kroger, Gardis & Regas, LLP |
| 12-59107 | David Hatcher | Kroger, Gardis & Regas, LLP |
| 12-59108 | Rex Mooney | Kroger, Gardis & Regas, LLP |
| 12-59109 | Loveland Farms | Kroger, Gardis & Regas, LLP |
| 12-59110 | Susan Scott | Kroger, Gardis & Regas, LLP |
| 12-59111 | Brad Robinson | Kroger, Gardis & Regas, LLP |
| 12-59112 | Danny Stewart | Kroger, Gardis & Regas, LLP |
| 12-59113 | Clifford M. Miller d/b/a Circle M Builders | Kroger, Gardis & Regas, LLP |
| 12-59114 | Martin Pringle Oliver Wallace & Bauer, LLP | Kroger, Gardis & Regas, LLP |
| 12-59115 | Blake Stewart | Kroger, Gardis & Regas, LLP |
| 12-59116 | Tulsa Stockyards | Kroger, Gardis & Regas, LLP |
| 12-59117 | Musick Farms, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59118 | Animal Health International | Kroger, Gardis & Regas, LLP |
| 12-59119 | Arab Livestock Market, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59120 | Ricky Beard | Kroger, Gardis & Regas, LLP |
| 12-59121 | Cav Excavation | Kroger, Gardis & Regas, LLP |
| 12-59122 | Fritz Gettelfinger | Kroger, Gardis & Regas, LLP |
| 12-59124 | Brian Witt | Kroger, Gardis & Regas, LLP |
| 12-59125 | Kenny Winningham | Kroger, Gardis & Regas, LLP |
| 12-59127 | Francis J. Madison | Faegre Baker Daniels LLP |
| 12-59127 | Jeffrey Madison | Faegre Baker Daniels LLP |
| 12-59127 | Madison Cattle | Faegre Baker Daniels LLP |
| 12-59128 | Ashville Stockyard, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59129 | Alabama Livestock Auction, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59130 | Larry Donnell | Kroger, Gardis & Regas, LLP |
| 12-59131 | Tim White | Kroger, Gardis & Regas, LLP |
| 12-59132 | Fort Payne Stockyards | Kroger, Gardis & Regas, LLP |
| 12-59133 | Peoples Livestock Auction, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59134 | Chastain Feeds & Farm Supply, LLC | Kroger, Gardis & Regas, LLP |
| 12-59135 | Martin Farms, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59136 | Bradbury & York | Kroger, Gardis & Regas, LLP |
| 12-59136 | Mike Bradbury | Kroger, Gardis & Regas, LLP |
| 12-59137 | Gary Tate d/b/a Tate Ranch | Kroger, Gardis & Regas, LLP |
| 12-59138 | Thompson Beef | Kroger, Gardis & Regas, LLP |
| 12-59139 | Jeremy Coffey | Kroger, Gardis & Regas, LLP |

EXHIBIT A

| Adv Proc No | Defendants | Attorneys for Chapter 11 Trustee |
|---|---|---|
| 12-59140 | PBI Bank, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59141 | Randy Hoover and Son | Kroger, Gardis & Regas, LLP |
| 12-59141 | J&S Feedlots, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59142 | Clark Christensen | Faegre Baker Daniels LLP |
| 12-59143 | Russell Garwood | Faegre Baker Daniels LLP |
| 12-59143 | Monte Haiar | Faegre Baker Daniels LLP |
| 12-59143 | Tim Heine | Faegre Baker Daniels LLP |
| 12-59143 | Janousek Farms | Faegre Baker Daniels LLP |
| 12-59144 | Matt Eller | Faegre Baker Daniels LLP |
| 12-59145 | Chad Houck | Faegre Baker Daniels LLP |
| 12-59145 | Flying M Ranch | Faegre Baker Daniels LLP |
| 12-59145 | Andy Lolley | Faegre Baker Daniels LLP |
| 12-59145 | Royce Stallcup | Faegre Baker Daniels LLP |
| 12-59145 | S&S Cattle Co. | Faegre Baker Daniels LLP |
| 12-59148 | Gary Bell | Faegre Baker Daniels LLP |
| 12-59149 | Intrust Bank, NA | Faegre Baker Daniels LLP |
| 12-59150 | Monty Koller | Faegre Baker Daniels LLP |

Case 10-93904-BHL-11   Doc 1755-1   Filed 02/01/13   EOD 02/01/13 11:45:52   Pg 2 of 2