UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF OBJECTION DEADLINE**

The *Motion To Suspend Certain Adversary Proceeding Deadlines* (the "Motion") [Docket No. 1755] was filed with the Clerk of this Court by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC on February 1, 2013.

The Trustee seeks entry of an order suspending certain of the case deadlines of the Preference Actions.[1]

NOTICE IS GIVEN that any objection to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party within **21 days** from date of service (February 22, 2013). Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the Motion. **If an objection is NOT timely filed, the requested relief may be granted.**

The Court will hold a hearing on the Motion **ONLY IF AN OBJECTION IS TIMELY FILED** on:

> Date: March 13, 2013
> Time: 10:00 a.m. EST
> Place: 121 W. Spring Street, Room 103, New Albany, Indiana 47150

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

51509432_1.DOC

A copy of the Motion is available through PACER on the Court's website at http://pacer.insb.uscourts.gov, or on the Trustee's blog at www.easternlivestockbkinfo.com, or on the noticing agent's website at www.bmcgroup.com/easternlivestock, or by contacting Wendy W. Ponader, counsel to the Trustee, at wendy.ponader@faegrebd.com or via telephone 317-569-9600.

FAEGRE BAKER DANIELS LLP

By: /s/ Wendy W. Ponader

Wendy W. Ponader (#14633-49)  *Counsel for James A. Knauer, Chapter 11 Trustee*
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

Kevin Toner (#11343-49)
Terry E. Hall (#22041-49)
Harmony Mappes (# 27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |

51509432_1.DOC

| | | |
|---|---|---|
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@ bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |

| | | |
|---|---|---|
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | | |

I further certify that on February 1, 2013, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Ashley S. Rusher  
asr@blancolaw.com

Darla J. Gabbitas  
darla.gabbitas@moyewhite.com

I further certify that on February 1, 2013, a copy of the foregoing pleading was served via first class United States mail, postage prepaid, on the following:

| | | |
|---|---|---|
| Sand Mountain Stockyard<br>PO Box 25<br>Albertville, AL 35950-0001 | Loveland Farms<br>c/o Alex R. Voils<br>PO Box 640<br>Zionsville, IN 46077 | Walco International<br>n/k/a Animal Health International<br>Central Accounting Center<br>PO Box 911423<br>Dallas, TX 75391-1423 |
| River Bend Cattle Co.<br>J.M. Wheeler, Registered Agent<br>900 NW Valley Road<br>PO Box 681181<br>Riverside, MO 64150 | Susan Scott<br>1925 Harry King Road<br>Glasgow, KY 42141 | Arab Livestock Market, Inc.<br>PO Box 178<br>Arab, AL 35016 |
| Grove Livestock Sales, Inc.<br>Rt. 3<br>PO Box 826<br>Grove, OK 74344 | Brad Robinson<br>33271 Lee Highway<br>Glade Spring, VA 24340 | Cav Excavation<br>28823 N. 57th Street<br>Cave Creek, AZ 85331 |
| Kent Christenson<br>330 East Campbell Street<br>Minden, NE 68959 | Danny Stewart<br>701 Stewart Road<br>Huntland, TN 37345-4427 | Fritz Gettelfinger<br>c/o David A. Layson<br>102 North Capitol Avenue M<br>Corydon, IN 47112 |
| J&L Cattle<br>2990 Highway 62 N.E.<br>Corydon, IN 47112 | Clifford Miller<br>d/b/a Circle M Builders<br>313 Lincoln<br>Monett, MO 65708 | Kenny Winningham<br>1432 Jay Bird Lane<br>Monroe, TN 38573 |
| Steven Blanton<br>R.R. 3 Box 4<br>Comanche, TX 73529 | Martin Pringle Oliver Wallace & Bauer, LLP<br>100 N. Broadway<br>Wichita, KS 67202 | Francis J. Madison<br>1945 215th Street<br>Fort Scott, KS 66701 |

51509432_1.DOC

| | | |
|---|---|---|
| David Hatcher<br>212 Hatcher Road<br>Gamaliel, KY 42140 | Blake Stewart<br>Hidden Valley Farms<br>495 Hidden Valley Road<br>Huntland, TN 37345 | Jeffrey Madison<br>1945 215th Street<br>Fort Scott, KS 66701 |
| Rex Mooney<br>1130 Andrews Road<br>Ecru, MS 38841 | Musick Farms, Inc.<br>Route 1, Box 56<br>Sentinel, OK 73664 | Madison Cattle<br>1945 215th Street<br>Fort Scott, KS 66701 |
| Larry Donnell<br>168 Royalty Drive<br>Lancaster, KY 40444 | Thompson Beef<br>349 Long Level Road<br>Floyd, VA 24091 | Russell Garwood<br>47951 901st Rd<br>Butte, NE 68722 |
| Tim White<br>3664 Military Pike<br>Lexington, KY 40513 | Jeremy Coffey<br>6205 Greensburg Road<br>Columbia, KY 42728-9487 | Monte Haiar<br>501 Randall St.<br>Fairfax, SD 57335 |
| Fort Payne Stockyards<br>PO Box 681126<br>Fort Payne, AL 35968-1612 | J & S Feedlots, Inc.<br>451 2nd Street<br>Dodge, NE 68633 | Chad Houck<br>409 County Rd 6<br>Black, AL 36314-5307 |
| Randy Hoover and Son<br>3973 St. Road 14<br>West Plains, MO 65775 | Clark Christensen<br>PO Box 442<br>Okolona, MS 38860-0442 | Andy Lolley<br>2037 Iron Bridge Rd<br>Samson, AL 36477 |
| Matt Eller<br>PO Box 570<br>Okolona, MS 38860-0570 | Flying M Ranch<br>c/o Chad Houck<br>409 County Rd 6<br>Black, AL 36314-5307 | S&S Cattle Company<br>c/o Royce Stallcup<br>8329 Plainview Rd<br>Seymour, TX 76380 |
| Gary S. Bell<br>PO Box 122<br>Edmonton, KY 42129-0122 | Intrust Bank, NA<br>105 North Main Street<br>Wichita, KS 67202 | Royce Stallcup<br>8329 Plainview Rd<br>Seymour, TX 76380 |
| Tim Heine<br>412 Sterling Street<br>Fairfax, SD 57335 | Janousek Farms<br>c/o Douglas Janousek<br>36982 Hwy 18E<br>Fairfax, SD 57335-5352 | Monty Larry Koller<br>4603 Ashville Pl.<br>Amarillo, TX 79119 |

/s/ Wendy W. Ponader

51509432_1.DOC