Exhibit C

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### AFFIDAVIT OF DONALD B. FOGLE IN SUPPORT OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF DONALD B. FOGLE, C.P.A. AS CONSULTANT TO CHAPTER 11 TRUSTEE

Donald B. Fogle, under penalty of perjury, says:

1. I am a certified public accountant.

2. I am not a creditor, equity security holder, or insider of Eastern Livestock Co., LLC (the "Debtor").

3. I have never been a director, officer or employee of the Debtor.

4. To the best of my knowledge, I do not hold an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

5. I have previously been engaged by James A. Knauer as a consultant in other matters, wholly unrelated to the Debtor.

6. I am not a relative of any judge of this Court and I have not been so connected with any judge of this Court to render my employment or appointment as requested in the application improper.

7. I have advised the Trustee of my willingness to serve as consultant in connection with this case based upon my standard hourly billing rate of $110/hr. I have also

DMS_US 51550950v1

-2-

requested a retainer in the amount of $2,200 to be applied towards my final bill on this matter. I have also shared with Trustee all of the matters set forth above.

8.  In view of the foregoing, I believe that I (i) do not hold or represent an interest adverse to the estate, and (ii) am a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: February __, 2012          _____
                                        Donald B. Fogle