## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| Case Name: | Eastern Livestock Co., LLC | Date Filed: | December 6, 2010 |
| Case Number: | 10-93904, Southern District of Indiana | SIC Code: | 5154 |

Month (or portion) covered by this report: December, 2012

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____         2/12/13
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        DATE REPORT SIGNED

James A. Knauer, Trustee for Eastern Livestock Co., LLC
_____
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|:---:|:---:|
| 1. IS THE BUSINESS STILL OPERATING? | | ✓ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ✓ | |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ✓ | |

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | December 6, 2010 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |

**Month (or portion) covered by this report:**   December, 2012

| | YES | NO |
|---|:---:|:---:|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ✓ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | ☐ |

### TAXES

| | YES | NO |
|---|:---:|:---:|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ✓ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**   $5,285,183

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register. ]

**TOTAL EXPENSES**   $12,783,518

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH**   -$7,498,335

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Eastern Livestock Co., LLC     **Date Filed:** December 6, 2010

**Case Number:** 10-93904, Southern District of Indiana     **SIC Code:** 5154

**Month (or portion) covered by this report:** December, 2012

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES**     $0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES**     $30,438,850

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?     9

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?     2

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?     $0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?     $7,445,772

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?     $519,000

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?     $8,551,000

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD?     519,000

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE?     $8,551,000

**U.S. Trustee Basic Monthly Operating Report**

| | | | |
|---|---|---|---|
| **Case Name:** | Eastern Livestock Co., LLC | **Date Filed:** | December 6, 2010 |
| **Case Number:** | 10-93904, Southern District of Indiana | **SIC Code:** | 5154 |

**Month (or portion) covered by this report:**     December, 2012

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

# ------- NOT APPLICABLE -------

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PROJECTED EXPENSES FOR THE MONTH:

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:

PROJECTED CASH PROFIT FOR THE MONTH:

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
December, 2012 Monthly Operating Report
For the Period December 1, 2012 - December 31, 2012
Exhibit B; Cash Receipts

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| 12/19/2012 | Checking | DEP | Michael J. Walro, Trustee | Final Bankruptcy Distribution from East-West Trucking Co., LLC | Distribution | 23,892.87 |
| 12/19/2012 | Checking | DEP | Heritage Feeders, L.P. | | Payment per Settlement Agreement | 284,546.73 |
| 12/28/2012 | Checking | DEP | Gary Seals | | Payment per Settlement Agreement | 75,000.00 |
| 12/28/2012 | Checking | DEP | U.S. Treasury, Indianapolis District Court | Texas Interpleader | Payment per Settlement Agreement | 3,791,210.07 |
| 12/28/2012 | Checking | DEP | U.S. Treasury, Indianapolis District Court | Kansas Interpleader | Payment per Settlement Agreement | 1,110,533.44 |
| | Sub-Total; Receipts - Checking | | | | | 5,285,183.11 |
| | Escrow | | (none) | | | |
| | Sub-Total; Receipts - Escrow | | | | | - |
| | Segregated | | (none) | | | - |
| | Sub-Total; Receipts - Segregated | | | | | - |
| | **Total Cash Receipts** | | | | | 5,285,183.11 |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**December, 2012 Monthly Operating Report**
**For the Period December 1, 2012 - December 31, 2012**
**Exhibit C; Cash Disbursements**

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 12/3/12 | Checking | 1635 | Regus - correction of check for $2,528.88 recorded as $2588.88 | | | 60.00 |
| 12/4/12 | Checking | 1640 | New Albany Municipal Utilities - correction of check for $144.04 recorded as $144.40 | | | 0.36 |
| 12/7/12 | Checking | Debit | ADP | | Office Expense | (15.68) |
| 12/10/12 | Checking | Wire Trsf | ADP | | Payroll Expense | (5,152.56) |
| 12/10/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 12/13/12 | Checking | 1643 | James A. Knauer, Trustee | balance due from Second Interim Fee Application | | (7,817.00) |
| 12/14/12 | Checking | 1644 | Shaw Fishman Glantz & Towbin, LLC | mediation | | (66,738.63) |
| 12/21/12 | Checking | Wire Trsf | ADP | | Payroll Expense | (5,206.39) |
| 12/21/12 | Checking | Debit | Chase Bank | | Office Expense | (25.00) |
| 12/21/12 | Checking | Debit | ADP | | Office Expense | (195.64) |
| 12/28/12 | Checking | Debit | ADP | | Office Expense | (140.77) |
| 12/28/12 | Checking | 1646 | Fifth Third Bank | | | (7,000,000.00) |
| 12/28/12 | Checking | 1647 | Cactus Growers, Inc | | | (609,000.56) |
| 12/28/12 | Checking | 1648 | Friona Industries, L.P. | | | (745,669.84) |
| 12/28/12 | Checking | 1649 | J & F Oklahoma Holdings, Inc.. | | | (365,230.83) |
| 12/28/12 | Checking | 1650 | Greenbaum Doll & McDonald PLLC | | | (15,568.35) |
| 12/28/12 | Checking | 1651 | BMC Group, Inc. | | | (61,792.98) |
| 12/28/12 | Checking | 1652 | The First Bank & Trust Company | | | (350,000.00) |
| 12/28/12 | Checking | 1653 | Hoover Hull LLP | | | (388,814.76) |
| 12/28/12 | Checking | 1655 | Kroger, Gardis & Regas, LLP | | | (43,944.43) |
| 12/28/12 | Checking | 1656 | James A. Knauer, Trustee | | | (187,778.09) |
| 12/28/12 | Checking | 1657 | Development Specialists, Inc. | | | (789,444.03) |
| 12/28/12 | Checking | 1658 | Faegre Baker Daniels LLP | | | (2,139,625.70) |
| 12/28/12 | Checking | Debit | Chase Bank | | Office Expense | (15.00) |
| 12/31/12 | Checking | 1659 | Regus | misc. charges | Office Expense | (72.76) |
| 12/31/12 | Checking | 1660 | PARC | staff parking | Office Expense | (150.00) |
| 12/31/12 | Checking | 1661 | AT&T | final New Albany bill | Utilities | (53.76) |
| 12/31/12 | Checking | 1662 | New Albany Municipal Utilities | 1 of 3 final New Albany bills | Utilities | (33.46) |
| 12/31/12 | Checking | 1664 | Humana | January health insurance | Employee Benefits | (837.09) |
| 12/31/12 | Checking | 1665 | The Data Vault | Storage facility | Rent | (230.38) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Sub-Total; Disbursements - Checking | | | | | (12,783,518.33) |
| | | | | | | |
| | Escrow | (none) | | | | |
| | Sub-Total; Disbursements - Escrow | | | | | - |
| | **Total Cash Disbursements** | | | | | (12,783,518.33) |
| | **Transfers Between Accounts** | | | | | |
| 12/18/2012 | Checking | Trsf | Transfer from Escrow Account | | | 279,000.00 |
| 12/28/2012 | Checking | Trsf | Transfer from Escrow Account | | | 350,000.00 |
| 12/28/2012 | Checking | Trsf | Transfer from Escrow Account | | | 290,693.76 |
| 12/28/2012 | Checking | Trsf | Transfer from Escrow Account | | | 178,800.00 |
| 12/18/2012 | Escrow | Trsf | Transfer to Checking Account | | | (279,000.00) |
| 12/28/2012 | Escrow | Trsf | Transfer to Checking Account | | | (350,000.00) |
| 12/28/2012 | Escrow | Trsf | Transfer to Checking Account | | | (290,693.76) |
| 12/28/2012 | Escrow | Trsf | Transfer to Checking Account | | | (178,800.00) |
| | **Total Transfers** | | | | | - |
| | | | | | | (279,000.00) |
| | **Cash Flow - Positive/(Negative)** | | | | | (7,498,335.22) |

**Eastern Livestock Co., LLC**
**Bankruptcy Case #10-93904**
**Southern District of Indiana**
**Monthly Operating Report for December, 2012**
**December 1, 2012 – December 31, 2012**
**Comments/Disclaimer**

The additional financial information other than cash activity recorded in this Monthly Operating Report was prepared based upon the books and records of ELC that the Trustee and his representatives have been able to locate. The Trustee cannot vouch for the completeness and/or accuracy of the ELC books and records located to date. Therefore the additional financial information other than cash activity recorded in this Monthly Operating Report may be inaccurate or incomplete and may suffer from material omissions. In addition, nothing on this Monthly Operating Report is or is intended to be an admission of the Debtor's Estate or the Trustee and all data reported herein remains subject to further review, correction, or re-statement.

Deposits during December included amounts released by the court pursuant to the Texas and Kansas Interpleader Settlements, of $3,791K and $1,111K, respectively. Payments were also received pursuant to the Heritage Feeders and Gary Seals (monthly payment) settlements and the final distribution from the East-West Trucking bankruptcy. The reduction in accounts receivable during the month is attributable to the settlement cash receipts, totaling $5.26M.

Disbursements during December included payments to Fifth Third Bank, three Texas feed yards, and First Bank, pursuant to the orders entered in November and December 2012. Interim fee applications approved by the court in December were also paid at 80% of fees and reimbursement of 100% of expenses, representing payments for work performed over a thirteen or fourteen month period (depending on the period covered by each fee application).

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of December 31, 2012

| Customer | Account Balance |
|---|---|
| .J T NUCKOLS | 355,605.14 |
| AGRI BEEF COMPANY | 233,096.66 |
| ALLEN BARRY | 118,546.01 |
| AMOS KROPF | 1,860.00 |
| ANDERSON CATTLE COMPANY | 57,660.26 |
| ANDY LOLLEY | 36,086.27 |
| ATKINSON LIVESTOCK MARK | 2,577,880.13 |
| BACA COUNTY FEED YARD | 53,603.61 |
| BEEF MARKETING GROUP CO | 1,131,371.71 |
| BEN DELWORTH | 1,913.28 |
| BIG DRIVE CATTLE LLC | 99,762.76 |
| BILL CHASE | 11,627.06 |
| BILL EBERLE | 273,202.20 |
| BOB FOOTE | 1,671,097.35 |
| BRANDON JONES | 73,615.61 |
| BRANDON MAGGARD | 21,440.00 |
| BUD HEINE | 165,668.77 |
| BUFFALO FEEDERS | 7,255.20 |
| C & M CATTLE | 494,243.11 |
| CACTUS FEEDERS, INC. | 3,275,005.08 |
| CHAD BAKER | 56,200.21 |
| CHAD HOUCK (FLYING M RANCH) | 23,526.08 |
| CHARLES ANDERSON | 84,302.10 |
| CHARLES W. ANDERSON | 753,039.40 |
| CLARK CHRISTENSEN | 93,796.35 |
| CLAY J. CARTER | 69,142.55 |
| COLTON DOWNEY | 470.93 |
| COREY KAY/STARTER YARD | 133,574.64 |
| DAVID HILBERT | 131,387.45 |
| DAVID PETERSON | 62,408.10 |
| DEMAIO FARM & RANCH | 298,842.17 |
| DENNIS JONES | 617.40 |
| DOUG KRANTZ | 103,726.24 |
| DUSTY SPRESSOR | 23,967.71 |
| E 4 CATTLE CO | 156,693.80 |
| ED EDENS FARMS | 12,513.28 |
| ED EDENS IV | 2,742,019.45 |
| FAITH CATTLE CO. (CHAD HOUCK) | 123,480.40 |
| FIVE RIVERS (CIMARRON FEEDERS, INC.) | 318,756.28 |

Page 1 of 4

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of December 31, 2012

| Customer | Account Balance |
| --- | --- |
| FIVE RIVERS (GILCREST) | 520,888.26 |
| FIVE RIVERS (KUNER) | 514,231.01 |
| FIVE RIVERS (MALTA) | 212,696.94 |
| FIVE RIVERS (XIT FEEDERS) | 263,023.85 |
| FIVE RIVERS (YUMA) | 2,485,544.41 |
| FLORIDA INTERPLEADER SETTLEMENT | (100,098.51) |
| FRANCIS J. MADISON | 66,215.72 |
| FRED SMITH | 110,457.25 |
| FRIONA INDUSTRIES, L.P. | 2,559,358.17 |
| FRONTERA FEEDYARD | 147,210.58 |
| GANADO, INC | 227,965.86 |
| GARY CARTER | 66,995.28 |
| GARY LAIB | 104,916.54 |
| GARY SEALS | 363,018.59 |
| GARY SEALS - SETTLEMENT PAYMENT | (550,000.00) |
| GIBSON FARMS, L.L.C. | 47,166.30 |
| GLOVER FARMS | 228,922.24 |
| H H H CATTLE CO | 3,373.80 |
| HERITAGE FEEDERS | 626,744.55 |
| HERITAGE FEEDERS -SETTLEMENT PAYMENT | (284,546.73) |
| HIGH PLAINS FEEDLOT | 10,307.92 |
| HOHENBERGER CATTLE | 568,972.80 |
| J & S FEEDLOTS INC. | 59,612.79 |
| J BAR H CATTLE | 52,934.97 |
| JACOB LARSON | 14,547.62 |
| JAMES ED EDENS & LEE ED | 57,274.36 |
| JAMES PERSCHBACHER | 392,551.15 |
| JANOUSEK FARMS | 9,675.00 |
| JEFFREY MADISON | 50,595.58 |
| JEREMY COFFEY | 6,531.01 |
| JERRY SHELTON | 135,908.38 |
| JERRY THOMPSON | 348,954.71 |
| JIM ROY WELLS CATTLE | 1,513.05 |
| JIM WOODS | 47,844.00 |
| JOE SCHMUCKER | 15,535.04 |
| JOE THOMPSON | 79,550.71 |
| JOHN ROSS | 116,982.33 |
| JVCO, LLC | 181,881.51 |
| KANSAS INTERPLEADER - SETTLEMENT PAYMENT | (1,110,533.44) |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of December 31, 2012

| Customer | Account Balance |
|---|---|
| KELLY HOSTETLER | 1,950.12 |
| KENNY OGDEN (paid supplier; potential supplier obligation) | 306,782.10 |
| KEVIN SMITH | 155,034.20 |
| KIRKLAND FEEDYARDS INC. | 8,856.97 |
| LEROY SAYLOR | 135,926.96 |
| LHL PARTNERSHIP | 280,868.25 |
| M.Y.C. | 220,715.13 |
| MARK FREEMAN | 93,490.54 |
| MARK FREEMAN IV | 9,306.20 |
| MATT ELLER | 177,285.70 |
| MATTHEW CATES | 23,036.50 |
| MIKE MASSEY | 935,652.36 |
| MULL FARMS & FEEDING | 102,691.62 |
| NU TECHNOLOGIES | 543,149.10 |
| OAKLAKE CATTLE COMPANY | 132,101.50 |
| PAT PADILLA | 16,733.46 |
| PENNER CATTLE | 60,402.11 |
| PESETSKY LAND & CATTLE | 166,933.79 |
| R M LIVESTOCK | 30,869.39 |
| RICK BEARD | 121,892.28 |
| RITTER FEEDYARD | 29,228.32 |
| ROBERT NICHOLS | 2,579,313.54 |
| RON SHEPHARD | 219,100.88 |
| RONALD STAHL | 99,360.96 |
| ROYAL BEEF | 432,290.10 |
| RUSH CREEK RANCH | 178,233.29 |
| RUSTY RAT CATTLE CO. | 15,710.11 |
| S & S CATTLE /ROYCE STALLCUP(CHAD HOUCK) | 18,789.29 |
| SAM FOUSEK | 117,029.77 |
| SCOTT GIBSON | (4,982.25) |
| SCOTT WEEKS | 25,119.61 |
| SEALY AND SON | 3,353.16 |
| STEPHEN DILKS | 129,553.27 |
| STEVE FLETCHER | 242,439.92 |
| SUPREME CATTLE FEEDERS | 1,158,886.59 |
| TERRY BABER | 66,214.88 |
| TEXAS INTERPLEADER - SETTLEMENT PAYMENT | (3,791,210.07) |
| TIM COOK | 740.00 |
| TODD ROSENBAUM | 207,216.14 |

Eastern Livestock Co., LLC
Bankruptcy Case #10-93904
Southern District of Indiana
Accounts Receivable Schedule
As of December 31, 2012

| Customer | Account Balance |
| --- | --- |
| TOM HERRMANN | 23,027.01 |
| TRAVIS DICKE | 293,217.37 |
| TRIANGLE CALF GROWERS (KIRKLAND FEEDERS)(ED EDENS) | 17,828.07 |
| WILLIAM BUSH | 205,521.25 |
| WILLIAMS FARM | 66,207.69 |
| WILLIE DOWNS LIVESTOCK | 8,359.85 |
| WILLIE DOWNS LIVESTOCK INC | 6,427.80 |
| WINTER LIVESTOCK | 64,467.23 |
| **Grand Total** | **30,438,850.41** |

Note: These balances have been restated to exclude unsupported transactions and
invoices for which customer remittances were diverted by the debtor's employees.

Note 2: These balances are based on the debtor's books and records; balances
are subject to change as accounts are researched.

Note 3: There is uncertainty as to the collectability of the receivables and as to
whether the debtor is entitled to the proceeds.

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265 - 9754

*J.P.Morgan*

Primary Account: ▬▬▬▬▬▬
For the Period 12/1/12 to 12/31/12

**J.P. Morgan Team**

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

00000657 DPB 034 161 00113 NNNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 7,447,942.87 |
| Deposits & Credits | 10 | 6,383,692.55 |
| Checks Paid | 20 | (4,274,084.93) |
| Payments & Transfers | 6 | (10,726.72) |
| Fees, Charges & Other Withdrawals | 3 | (65.00) |
| Ending Balance | 39 | $9,546,758.77 |

### Reconciliation :

| | | |
|---|---|---|
| Bank Statement balance | $ | 9,546,758.77 |
| Outstanding checks | | (8,506,065.50) |
| Book balance | $ | 1,040,693.27 |



JAN -7 2013

Checking

**J.P.Morgan**

Page 1 of 6

0015215084001006570!

*J.P.Morgan*

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account:
For the Period 12/1/12 to 12/31/12

IMPORTANT INFORMATION

IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT

We will be making the following changes to the Deposit Account Agreement for Chase
checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card
  transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice
  relating to your account, even if the account has more than one owner.

- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe
  circumstances where funds may not be available until the seventh business day after the
  day of deposit. We are deleting the sentence saying that the first $200 from your
  deposit will be available on the next business day, so if we delay availability in
  these cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about
the changes, please call us at the number on this statement or visit your nearest branch.

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 12/04 | Deposit | 23,892.87 |
| 12/07 | ADP Payroll Fees Reversal   10Gx2   9349269 CCD ID: 9659605001 | 15.68 |
| 12/18 | Online Transfer From  Chk ...9419 Transaction#: 3019369371 | 279,000.00 |
| 12/19 | Deposit | 284,546.73 |
| 12/28 | Fed Wire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Account #2 TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Citizens Ban Bbi=/Time/11:17 Imad: 1228Qmgft002000762 Trn: 2744109363Ff | 75,000.00 |
| 12/28 | Deposit    443285716 | 3,791,210.07 |
| 12/28 | Deposit    443285715 | 1,110,533.44 |
| 12/28 | Online Transfer From  Chk ...9419 Transaction#: 3034526302 | 350,000.00 |
| 12/28 | Online Transfer From  Chk ...9419 Transaction#: 3034529858 | 290,693.76 |
| 12/28 | Online Transfer From  Chk ...9419 Transaction#: 3034532429 | 176,800.00 |
| **Total Deposits & Credits** | | **$6,383,692.55** |

J.P.Morgan

*J.P.Morgan*

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account:
For the Period 12/1/12 to 12/31/12

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1633 | 12/03 | 1,674.18 | 1640 | 12/04 | 144.04 | 1650 | 12/31 | 15,568.35 |
| 1634 | 12/12 | 744.70 | 1641 | 12/03 | 586.20 | 1651 | 12/31 | 61,792.98 |
| 1635 | 12/03 | 2,528.88 | 1642 | 12/17 | 600.00 | 1653 | 12/31 | 388,814.76 |
| 1636 | 12/07 | 150.00 | 1643 | 12/19 | 7,817.00 | 1655 | 12/31 | 43,944.43 |
| 1637 | 12/03 | 754.10 | 1644 | 12/18 | 66,738.63 | 1656 | 12/31 | 187,778.09 |
| 1638 | 12/04 | 38.45 | 1647 | 12/31 | 609,000.56 | 1658 | 12/31 | 2,139,625.70 |
| 1639 | 12/03 | 114.04 | 1648 | 12/31 | 745,669.84 | | | |

**Total Checks Paid** ($4,274,084.93)

*You can view images of the checks above at MorganOnline.com.  To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 12/07 | ADP Payroll Fees ADP - Fees 10Gx2   9349269 CCD ID: 9659605001 | 15.68 |
| 12/07 | ADP Payroll Fees ADP - Fees 10Gx2   9349269 CCD ID: 9659605001 | 15.68 |
| 12/10 | 12/10 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0397037 Trn: 4624900345Es | 5,152.56 |
| 12/21 | 12/21 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0166627 Trn: 3087300356Es | 5,206.39 |
| 12/21 | ADP Payroll Fees ADP - Fees 10Gx2   9914388 CCD ID: 9659605001 | 195.64 |
| 12/28 | ADP Payroll Fees ADP - Fees 10Gx2   0233535 CCD ID: 9659605001 | 140.77 |

**Total Payments & Transfers** ($10,726.72)

J.P.Morgan

*J.P. Morgan*

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account: ▐
For the Period 12/1/12 to 12/31/12

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 12/10 | Wire Online Domestic Fee | 25.00 |
| 12/21 | Wire Online Domestic Fee | 25.00 |
| 12/28 | Incoming Domestic Wire Fee | 15.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($65.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/03 | 7,442,285.47 | 12/12 | 7,459,907.91 | 12/21 | 7,942,871.98 |
| 12/04 | 7,465,995.85 | 12/17 | 7,459,307.91 | 12/28 | 13,738,953.48 |
| 12/07 | 7,465,830.17 | 12/18 | 7,671,569.28 | 12/31 | 9,546,758.77 |
| 12/10 | 7,460,652.61 | 12/19 | 7,948,299.01 | | |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 26 |
| Deposits / Credits | 6 |
| Deposited Items | 4 |
| **Transaction Total** | **36** |

| Service Fee Calculation | Amount |
|-------------------------|--------|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |

**J.P. Morgan**

*J.P.Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: ███████

For the Period 12/1/12 to 12/31/12

00000364 DPB 034 161 00113 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

RECEIVE
JAN -7 2013
escrow

## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 4,717,922.03 |
| Payments & Transfers | 4 | (1,098,493.76) |
| Ending Balance | 4 | $3,619,428.27 |

IMPORTANT INFORMATION

IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT



J.P.Morgan

Page 1 of 4

*J.P.Morgan*

**Primary Account:**
For the Period 12/1/12 to 12/31/12

**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

We will be making the following changes to the Deposit Account Agreement for Chase checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice relating to your account, even if the account has more than one owner.

- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe circumstances where funds may not be available until the seventh business day after the day of deposit. We are deleting the sentence saying that the first $200 from your deposit will be available on the next business day, so if we delay availability in those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about the changes, please call us at the number on this statement or visit your nearest branch.

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 12/18 | 12/18 Online Transfer To  Chk ...9401 Transaction#: 3019369371 | 279,000.00 |
| 12/28 | 12/28 Online Transfer To  Chk ...9401 Transaction#: 3034526302 | 350,000.00 |
| 12/28 | 12/28 Online Transfer To  Chk ...9401 Transaction#: 3034529858 | 290,693.76 |
| 12/28 | 12/28 Online Transfer To  Chk ...9401 Transaction#: 3034532429 | 178,800.00 |
| **Total Payments & Transfers** | | **($1,098,493.76)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount |
|------|--------|
| 12/18 | 4,438,922.03 |
| 12/28 | 3,619,428.27 |