UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**JOPLIN REGIONAL STOCKYARDS, INC.'S**
**DISCLAIMER OF INTEREST IN PURCHASE MONEY PROCEEDS IN ESCROW**

Joplin Regional Stockyards, Inc. ("Joplin"), by counsel, hereby DISCLAIMS all interest and rights in the cattle sale proceeds the Trustee is holding in escrow pursuant to the Trustee's Purchase Money Claims Report, Motion to Transfer Funds and Notice of Release of Proceeds from Account ("Trustee Escrow") [Doc. No. 501]. Joplin previously initiated a contested matter asserting an interest in **$97,868.78** of the Trustee Escrow funds. Joplin subsequently settled all controversies with the Trustee and Fifth Third Bank concerning those funds and has resolved this contested matter with prejudice. Accordingly, Joplin disclaims any interest in the Trustee Escrow and withdraws all of its objections to transfer funds from escrow to the Trustee's operating account.

Respectfully submitted,

/s/ *Ivana B. Shallcross*
Ivana B. Shallcross
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone (502) 589-4200
Facsimile (502) 587-3695
ishallcross@bgdlegal.com

COUNSEL FOR JOPLIN REGIONAL STOCKYARDS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Amelia Martin Adams on behalf of Cross Defendant Blue Grass Stockyards, LLC
aadams@dlgfirm.com

John W Ames on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Robert A. Bell on behalf of Counter-Defendant Fifth Third Bank, N.A.
rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm on behalf of Cross Defendant Superior Livestock Auction, Inc.
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt on behalf of Counter-Defendant Fifth Third Bank, N.A.
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

John R. Carr on behalf of Intervenor The First Bank and Trust Company
jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso on behalf of Third Party Defendant Kathryn Pry
dcaruso@daleeke.com, mthomas@daleeke.com

Kirk Crutcher on behalf of Counter-Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson on behalf of Defendant Jane, LLC
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Laura Day DelCotto on behalf of Counter-Defendant Bluegrass Stockyards of Richmond, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Daniel J. Donnellon on behalf of Cross Defendant First Bank & Trust Company
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Shawna M Eikenberry on behalf of Counter-Claimant James Knauer
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler on behalf of Cross-Claimant DeCordova Cattle Company
jeffe@bellnunnally.com

Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank, N.A.
msgiberson@vorys.com

John Huffaker on behalf of Plaintiff Friona Industries, LP
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno
tjohnston@mcjllp.com

James Bryan Johnston on behalf of Cross Defendant Bynum Ranch Company
bjtexas59@hotmail.com, bryan@ebs-law.net

Erick P Knoblock on behalf of Cross-Claimant Kathryn Pry
eknoblock@daleeke.com

Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank, N.A.
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David L. LeBas on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

Elliott D. Levin on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
edl@rubin-levin.net, atty_edl@trustesolutions.com

James B. Lind on behalf of Counter-Defendant Fifth Third Bank, N.A.
jblind@vorys.com

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes on behalf of Counter-Claimant James Knauer
harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh on behalf of Counter-Defendant Cactus Growers, Inc.
john.massouh@sprouselaw.com

James Edwin McGhee on behalf of Third Party Defendant Vermilion Ranch Corp.
mcghee@derbycitylaw.com, belliott@derbycitylaw.com;patenaude@derbycitylaw.com

Christie A. Moore on behalf of Cross Defendant Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Walter Scott Newbern on behalf of Cross Defendant CPC Livestock, LLC
wsnewbern@msn.com

Ross A. Plourde on behalf of Third Party Defendant Stockman Oklahoma Livestock Marketing, Inc.
ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com

Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Mark A. Robinson on behalf of Intervenor J&F Oklahoma Holdings, Inc.
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

John M. Rogers on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
johnr@rubin-levin.net, susan@rubin-levin.net

James E Rossow on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Ivana B. Shallcross on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

James E. Smith on behalf of Cross Defendant Diamond B Ranches
jsmith@smithakins.com, legalassistant@smithakins.com

Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank, N.A.
kabritt@vorys.com

Kevin M. Toner on behalf of Counter-Claimant James Knauer
kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp on behalf of Cross Defendant Superior Livestock Auction, Inc.
ctrapp@rubin-levin.net, carmen@rubin-levin.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand on behalf of Intervenor The First Bank and Trust Company
sweigand@ficlaw.com

James T Young on behalf of Intervenor Michael Walro
james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

I further certify that on February 19, 2013, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

David M. Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

/s/ *Ivana B. Shallcross*
Ivana B. Shallcross
COUNSEL FOR JOPLIN REGIONAL STOCKYARDS, INC.

14404067_1.docx