UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| Debtor. | |

**JOINDER IN OBJECTION OF INTRUST BANK, N.A. TO MOTION FOR ORDER ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS**

Cornelison Farms, LLC ("CF"), a defendant in *Knauer v. Cornelison Farms, FLP*, Adversary Proceeding No. 12-59096, through counsel, joins in the Objection of Intrust Bank, N.A. [Doc. No. 1769] to the Motion for Order Establishing Procedures for Certain Adversary Proceedings [Doc. No. 1741].

CF requests entry of an order clarifying the ground rules for the informal discovery response process and on the stay of dispositive motions as are set forth in Trustee James A. Knauer's motion, and order such further relief as the Court deems proper.

February 19, 2013

Respectfully submitted,

*/s/ Chrisandrea L. Turner*
Chrisandrea L. Turner
STITES & HARBISON, PLLC
250 West Main Street
Suite 2300
Lexington, KY 40507
Telephone: (859) 226-2300
COUNSEL FOR CORNELISON FARMS, LLC

**CERTIFICATE OF SERVICE**

      The undersigned certifies that he caused a copy of the foregoing objection to be filed via the Court's ECF system, which shall simultaneously cause electronic service to be made on all parties requesting such service in this proceeding including the Trustee and U.S. Trustee and was served via U.S. Mail, postage pre-paid on the parties below:

Eastern Livestock Co., LLC
135 West Market Street
New Albany, IN 47150

- 

      /s/ *Chrisandrea L. Turner*
      COUNSEL FOR CORNELISON FARMS, LLC

440918:1:LEXINGTON