IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | ) |
| | ) |
| | ) Chapter 11 |
| | ) |
| Debtor | ) |
| | ) |

**JOINDER IN THE OBJECTION AND LIMITED OBJECTION TO THE TRUSTEE'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS**

Francis J. Madison, Jeffrey Madison, and Madison Cattle, Randy Hoover & Sons, Gary Bell, and Northwest Alabama Livestock Auction (collectively "Movants"), by counsel, submit this joinder ("Joinder") in the Limited Objection ("Objection") of Intrust Bank ("Intrust") [Doc. No. 1769] to the Trustee's Motion for Order Establishing Procedures for Certain Adversary Proceedings ("Trustee's Motion") [Doc. No. 1741]. The Movants adopt all of the arguments advanced by Intrust in its Objection as if fully set forth herein.

**WHEREFORE**, the Movants request entry of an order clarifying the rules for the informal discovery process and on the stay of dispositive motions as are set forth in Trustee's Motion, denying Trustee's proposed order to split mediation costs, and order such further relief as the Court deems proper.

1

Respectfully submitted,


*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.
Ivana B. Shallcross
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
Phone:     502-587-3746
Facsimile: 502-540-2274
e-mail: cbowles@bgdlegal.com
             ishallcross@bgdlegal.com

COUNSEL FOR THE MOVANTS

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ C.R. Bowles, Jr.
COUNSEL FOR THE MOVANTS

14406855_1.docx