UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**AFFIDAVIT OF TERRY E. HALL**
**AS SUPPLEMENTAL RULE 2014 DISCLOSURE**

Terry E. Hall, under penalties of perjury, says:

1. I am an attorney admitted to practice before the United States District Court for the Southern District of Indiana and am a partner in the law firm of Faegre Baker Daniels LLP ("FBD"). Prior to a merger of law firms that was effective on January 1, 2012, I was a partner in the law firm of Baker & Daniels LLP ("B&D"). This affidavit is submitted as an additional disclosure pursuant to Bankruptcy Rule 2014.

2. As part of FBD's engagement as counsel to James A. Knauer, the appointed Chapter 11 trustee ("Trustee"), for the estate ("Estate") of Eastern Livestock Co., LLC ("Debtor"), FBD, along with other professionals employed by the Trustee, investigated transfers made by the Debtor and its principals for potential recovery by the Estate. As part of that investigation, it was discovered that certain transfers may have involved Archer Daniels Midland, Inc. ("ADM") as a mediate transfer. ADM was a client of the firm that merged with B&D and remains a current client of FBD. Upon becoming aware of ADM's presence, the matter was immediately referred to Kroger Gardis & Regas LLP, another firm representing the Trustee in the chapter 11 case. None of the FBD lawyers involved in this chapter 11 case have

represented ADM. FBD has no involvement in any matters in this chapter 11 case involving ADM.

I affirm, under the penalties of perjury, the foregoing statements are true.

_____
Terry E. Hall