SO ORDERED: February 25, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL ESTIMATES PURSUANT TO SECTIONS 6.1 AND 6.3 OF PLAN**

This matter came before the Court upon the *Trustee's Motion For Extension Of Time To File Initial Estimates Pursuant to Sections 6.1 and 6.3 of Plan* [Docket No. 1767] (the "Motion") filed by James A. Knauer in his capacity as Chapter 11 Trustee (the "Trustee") for Eastern Livestock Co., LLC. The Court, having considered the Motion and being duly advised in the premises, GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

IT IS THEREFORE ORDERED that the Trustee's deadline to file the Initial Estimates (as that term is defined in the Motion) is hereby extended to and including March 4, 2013.

###