UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re:

EASTERN LIVESTOCK CO., LLC

Debtor

Chapter 11

CASE NO. 10-93904-bhl-11

Hon. Basil H. Lorch III

## NOTICE OF APPEARANCE

Please take notice that the undersigned of the law firm Stites & Harbison, PLLC enters an appearance of behalf of Cornelison Farms, LLC, an interested party in the above-referenced case, and requests that all notices and other information be directed to her attention at 250 West Main Street, Suite 2300, Lexington, Kentucky 40507, and the following email address, clturner@stites.com.

Respectfully Submitted,

*/s/ Chrisandrea L. Turner*
Chrisandrea L. Turner
STITES & HARBISON, PLLC
250 West Main Street
Suite 2300
Lexington, KY  40507
Telephone: (859) 226-2300
clturner@stites.com
COUNSEL FOR CORNELISON FARMS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

*/s/Chrisandrea L. Turner*
Counsel for Cornelison Farms, LLC