SO ORDERED: February 25, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO SUSPEND
CERTAIN ADVERSARY PROCEEDING DEADLINES**

This matter is before the Court on the *Motion To Suspend Certain Adversary Proceeding Deadlines* ("Motion") [Docket No. 1755] filed by James A. Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC ("Trustee").  The Court, finding that the Motion has been properly served on each of the defendants in the Preference Actions[1] and all other parties in interest, due and adequate notice has been given, the relief requested in the Motion is in the best interest of all parties in interest; and having reviewed the Motion and being duly advised in the premises,  it is hereby ORDERED as follows:

    1.    The Motion is GRANTED.

---

[1] All capitalized terms used herein not otherwise defined shall have the meanings set forth in the Motion.

2. All Pretrial Requirements and Pretrial Conferences currently set in the Preference Actions as identified on the attached Exhibit A are suspended pending entry of an order on the Procedures Motion, which is currently set for hearing before this Court on March 13, 2013.

3. All Complaint Response Dates remain in effect. Defendants must contact the Trustee if they wish to request an extension of the Complaint Response Date. If any defendant fails to request an extension of the Complaint Response Date, or otherwise fails to timely answer or respond in accordance with the Pretrial Orders or applicable rules, the Trustee is not precluded from seeking entry of default judgment in the Preference Action, or seeking any other relief to which the Trustee may be entitled.

###

EXHIBIT A

| Adv Proc No | Defendants | Attorneys for Chapter 11 Trustee |
|---|---|---|
| 12-59011 | Demaio Farms & Ranches | Faegre Baker Daniels LLP |
| 12-59025 | Salem Livestock Auction, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59027 | Tennessee Valley Livestock | Kroger, Gardis & Regas, LLP |
| 12-59028 | Sand Mountain Stockyard | Kroger, Gardis & Regas, LLP |
| 12-59046 | River Bend Cattle Co. | Kroger, Gardis & Regas, LLP |
| 12-59047 | Robert Rawls Livestock | Kroger, Gardis & Regas, LLP |
| 12-59048 | Tom Freeman | Kroger, Gardis & Regas, LLP |
| 12-59049 | Macon Stockyard | Kroger, Gardis & Regas, LLP |
| 12-59050 | Billingsley Auction Sale, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59052 | Gary Krantz | Kroger, Gardis & Regas, LLP |
| 12-59072 | Carroll Co L/S Sale Barn, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59073 | Scotts Hill Stockyard | Kroger, Gardis & Regas, LLP |
| 12-59074 | Brandon Zeisler | Kroger, Gardis & Regas, LLP |
| 12-59075 | Kevin Manthey | Kroger, Gardis & Regas, LLP |
| 12-59081 | Northwest Alabama Livestock Auction | Kroger, Gardis & Regas, LLP |
| 12-59082 | Grove Livestock Sales, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59083 | B&B Land and Livestock | Kroger, Gardis & Regas, LLP |
| 12-59083 | Ganado, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59084 | South Coffeyville Stockyards | Kroger, Gardis & Regas, LLP |
| 12-59085 | Kent Christenson | Kroger, Gardis & Regas, LLP |
| 12-59095 | Amos Kropf | Kroger, Gardis & Regas, LLP |
| 12-59096 | Cornelison Farms, FLP | Kroger, Gardis & Regas, LLP |
| 12-59097 | J&L Cattle | Kroger, Gardis & Regas, LLP |
| 12-59106 | Steven Blanton | Kroger, Gardis & Regas, LLP |
| 12-59107 | David Hatcher | Kroger, Gardis & Regas, LLP |
| 12-59108 | Rex Mooney | Kroger, Gardis & Regas, LLP |
| 12-59109 | Loveland Farms | Kroger, Gardis & Regas, LLP |
| 12-59110 | Susan Scott | Kroger, Gardis & Regas, LLP |
| 12-59111 | Brad Robinson | Kroger, Gardis & Regas, LLP |
| 12-59112 | Danny Stewart | Kroger, Gardis & Regas, LLP |
| 12-59113 | Clifford M. Miller d/b/a Circle M Builders | Kroger, Gardis & Regas, LLP |
| 12-59114 | Martin Pringle Oliver Wallace & Bauer, LLP | Kroger, Gardis & Regas, LLP |
| 12-59115 | Blake Stewart | Kroger, Gardis & Regas, LLP |
| 12-59116 | Tulsa Stockyards | Kroger, Gardis & Regas, LLP |
| 12-59117 | Musick Farms, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59118 | Animal Health International | Kroger, Gardis & Regas, LLP |
| 12-59119 | Arab Livestock Market, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59120 | Ricky Beard | Kroger, Gardis & Regas, LLP |
| 12-59121 | Cav Excavation | Kroger, Gardis & Regas, LLP |
| 12-59122 | Fritz Gettelfinger | Kroger, Gardis & Regas, LLP |
| 12-59124 | Brian Witt | Kroger, Gardis & Regas, LLP |
| 12-59125 | Kenny Winningham | Kroger, Gardis & Regas, LLP |
| 12-59127 | Francis J. Madison | Faegre Baker Daniels LLP |
| 12-59127 | Jeffrey Madison | Faegre Baker Daniels LLP |
| 12-59127 | Madison Cattle | Faegre Baker Daniels LLP |
| 12-59128 | Ashville Stockyard, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59129 | Alabama Livestock Auction, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59130 | Larry Donnell | Kroger, Gardis & Regas, LLP |
| 12-59131 | Tim White | Kroger, Gardis & Regas, LLP |
| 12-59132 | Fort Payne Stockyards | Kroger, Gardis & Regas, LLP |
| 12-59133 | Peoples Livestock Auction, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59134 | Chastain Feeds & Farm Supply, LLC | Kroger, Gardis & Regas, LLP |
| 12-59135 | Martin Farms, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59136 | Bradbury & York | Kroger, Gardis & Regas, LLP |
| 12-59136 | Mike Bradbury | Kroger, Gardis & Regas, LLP |
| 12-59137 | Gary Tate d/b/a Tate Ranch | Kroger, Gardis & Regas, LLP |
| 12-59138 | Thompson Beef | Kroger, Gardis & Regas, LLP |
| 12-59139 | Jeremy Coffey | Kroger, Gardis & Regas, LLP |

EXHIBIT A

| Adv Proc No | Defendants | Attorneys for Chapter 11 Trustee |
|---|---|---|
| 12-59140 | PBI Bank, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59141 | Randy Hoover and Son | Kroger, Gardis & Regas, LLP |
| 12-59141 | J&S Feedlots, Inc. | Kroger, Gardis & Regas, LLP |
| 12-59142 | Clark Christensen | Faegre Baker Daniels LLP |
| 12-59143 | Russell Garwood | Faegre Baker Daniels LLP |
| 12-59143 | Monte Haiar | Faegre Baker Daniels LLP |
| 12-59143 | Tim Heine | Faegre Baker Daniels LLP |
| 12-59143 | Janousek Farms | Faegre Baker Daniels LLP |
| 12-59144 | Matt Eller | Faegre Baker Daniels LLP |
| 12-59145 | Chad Houck | Faegre Baker Daniels LLP |
| 12-59145 | Flying M Ranch | Faegre Baker Daniels LLP |
| 12-59145 | Andy Lolley | Faegre Baker Daniels LLP |
| 12-59145 | Royce Stallcup | Faegre Baker Daniels LLP |
| 12-59145 | S&S Cattle Co. | Faegre Baker Daniels LLP |
| 12-59148 | Gary Bell | Faegre Baker Daniels LLP |
| 12-59149 | Intrust Bank, NA | Faegre Baker Daniels LLP |
| 12-59150 | Monty Koller | Faegre Baker Daniels LLP |