**SO ORDERED: March 5, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING APPLICATION TO EMPLOY
### DONALD B. FOGLE, C.P.A. AS CONSULTANT TO CHAPTER 11 TRUSTEE

This matter came before the Court upon the *Application For Approval Of Employment Of Donald B. Fogle, C.P.A. As Consultant To Chapter 11 Trustee* (Docket No. 1764) ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"). The Court, after considering the Application and the Affidavit Of Donald B. Fogle In Support Of Application For Approval Of Employment Of Donald B. Fogle, C.P.A. As Consultant To Chapter 11 Trustee, and being duly advised in the premises, now finds that Donald B. Fogle (the "Consultant") has no interests adverse to the estate, is a "disinterested

person" as defined by 11 U.S.C. § 101(14), and that granting the relief requested by the Application is in the best interests of the estate.  It is therefore,

ORDERED that the Application is hereby GRANTED, and the Trustee is hereby authorized to (a) employ the Consultant to develop, implement, and maintain a system to track distributions to claims from multiple sources, (b) to develop and prepare reports for the Trustee to inform the Court and creditors on the collection of collateral and non-collateral receipts, (c) to prepare post confirmation operating reports, (d) to reconcile operating and escrow bank accounts, (e) such other matters as the Trustee may request, and (f) pay the Consultant's fees from assets of the estate, all pursuant to the terms and conditions outlined on Exhibit B to the Application.

###