**SO ORDERED: March 5, 2013.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,
Debtor(s).

Case No. **10−93904−BHL−11**

### ORDER

A(n) Motion to Extend Time to File Initial Estimates Pursuant to Sections 6.1 and 6.3 of Plan was filed on March 4, 2013, by Trustee James A. Knauer.

**IT IS ORDERED** that the Motion to Extend Time to File Initial Estimates Pursuant to Sections 6.1 and 6.3 of Plan is **GRANTED**. The time for filing is extended to March 29, 2013 as to filing party only.

The trustee must distribute this order.

###