UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

### NOTICE OF
### THE FIRST BANK AND TRUST COMPANY'S
### WITHDRAWAL OF PROOF OF CLAIM
### (CLAIM NO. 252)

The First Bank and Trust Company ("First Bank") filed a proof of claim in the amount of $6,953,497.88 (Claim No. 252). Pursuant to the settlement (*see* Dkt. Nos. 1498-1 and 1579) between First Bank and the Trustee and Federal Rule of Bankruptcy Procedure 3006, First Bank hereby withdraws, with prejudice, Claim No. 252; provided, however, this withdrawal of claim shall be without prejudice to any and all claims of First Bank in the Chapter 7 bankruptcy cases of *Thomas P. Gibson and Patty M. Gibson*, Case No. 10-93867-BHL-7A, and *East-West Trucking Co., LLC*, Case No. 10-93799-BHL-7A.

Respectfully submitted,

/s/ Bret S. Clement
Bret S. Clement  (#3708-49)
Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN  46204-2184
Tel. 317-636-3471/Fax 317-636-6575
E-mail:  bclement@acs-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, a copy of the foregoing Notice of The First Bank and Trust Company's Withdrawal of Proof of Claim (Claim No. 252) was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the Court's system.

Laura Day DelCotto; ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
David L. Abt; davidabt@mwt.net
Amelia Martin Adams; aadams@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
John W Ames; james@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com
Jerald I. Ancel; jancel@taftlaw.com, ecfclerk@taftlaw.com, krussell@taftlaw.com
Kay Dee Baird; kbaird@kdlegal.com, pdidandeh@kdlegal.com
T. Kent Barber; kbarber@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
Robert A. Bell; rabell@vorys.com, dmchilelli@vorys.com
C. R. Bowles; cbowles@bgdlegal.com, smays@bgdlegal.com, cjenkins@bgdlegal.com
Steven A. Brehm; sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com, smays@bgdlegal.com
Kent A Britt; kabritt@vorys.com, cbkappes@vorys.com, dfhine@vorys.com, tbfinney@vorys.com
Kayla D. Britton; kayla.britton@faegrebd.com, sharon.korn@faegrebd.com, sarah.herendeen@faegrebd.com
Joe Lee Brown; Joe.Brown@Hardincounty.biz
Lisa Koch Bryant; courtmail@fbhlaw.net
John R. Burns; john.burns@faegrebd.com, sandy.rhoads@faegrebd.com, oliana.nansen@faegrebd.com
John R. Carr; jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso; dcaruso@daleeke.com, mthomas@daleeke.com
Ben T. Caughey; ben.caughey@icemiller.com
Bret S. Clement; bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb; joshclubb@gmail.com
Jason W. Cottrell; jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher; kcrutcher@mcs-law.com, jparsons@mcs-law.com
Jack S Dawson; jdawson@millerdollarhide.com, jowens@millerdollarhide.com, receptionist@millerdollarhide.com
Dustin R. DeNeal; dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com, sarah.herendeen@faegrebd.com
David Alan Domina; dad@dominalaw.com, KKW@dominalaw.com, efiling@dominalaw.com
Daniel J. Donnellon; ddonnellon@ficlaw.com, knorwick@ficlaw.com
Trevor L. Earl; tearl@rwsvlaw.com
Shawna M Eikenberry; shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Jeffrey R. Erler; jerler@ghjhlaw.com, lbell@ghjhlaw.com, ldelcore@ghjhlaw.com
William K. Flynn; wkflynn@strausstroy.com, fmtuttle@strausstroy.com, rlshapiro@strausstroy.com
Robert H. Foree; robertforee@bellsouth.net
Sandra D. Freeburger; sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
Peter M Gannott; pgannott@gannottlaw.com, paralegal@gannottlaw.com, gannottlaw@gmail.com
Melissa S. Giberson; msgiberson@vorys.com
Thomas P Glass; tpglass@strausstroy.com
Jeffrey J. Graham; jgraham@taftlaw.com, ECFClerk@taftlaw.com, dwineinger@taftlaw.com, krussell@taftlaw.com, aolave@taftlaw.com
Terry E. Hall; terry.hall@faegrebd.com, sharon.korn@faegrebd.com, sarah.herendeen@faegrebd.com
Paul M. Hoffmann; phoffmann@stinson.com
John David Hoover; jdhoover@hooverhull.com

John Huffaker; john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com, rhonda.rogers@sprouselaw.com
Jeffrey L Hunter; jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
Jay Jaffe; jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston; bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston; tjohnston@mcjllp.com
Jill Zengler; Julian Jill.Julian@usdoj.gov
Jay P. Kennedy; jpk@kgrlaw.com, tfroelich@kgrlaw.com, ads@kgrlaw.com
Edward M King; tking@fbtlaw.com, dgioffre@fbtlaw.com
James A. Knauer; jak@kgrlaw.com, tjf@kgrlaw.com
Erick P Knoblock; eknoblock@daleeke.com
Theodore A Konstantinopoulos; ndohbky@jbandr.com
Randall D. LaTour; RDLatour@vorys.com, khedwards@vorys.com, bjtobin@vorys.com
David A. Laird; david.laird@moyewhite.com, lisa.oliver@moyewhite.com, deanne.stoneking@moyewhite.com
David L. LeBas; dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman; mlehman@kdlegal.com, crbpgpleadings@kdlegal.com, eworthington@kdlegal.com
Scott R Leisz; sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin; robin@rubin-levin.net, edl@trustesolutions.com, edl@trustesolutions.net
Kim Martin Lewis; kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com, patrick.burns@dinslaw.com
James B. Lind; jblind@vorys.com
Karen L. Lobring; lobring@msn.com
John Hunt Lovell; john@lovell-law.net, sabrina@lovell-law.net, shannon@lovell-law.net, paula@lovell-law.net
Harmony A Mappes; harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh; john.massouh@sprouselaw.com
Michael W. McClain; mike@kentuckytrial.com, laura@kentuckytrial.com
Kelly Greene McConnell; lisahughes@givenspursley.com
James Edwin McGhee; mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com, belliott@derbycitylaw.com, patenaude@derbycitylaw.com, graves@derbycitylaw.com
Brian H Meldrum; bmeldrum@stites.com
William Robert Meyer; rmeyer@stites.com
Kevin J. Mitchell; kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com, oliana.nansen@faegrebd.com
Terrill K. Moffett; kendalcantrell@moffettlaw.com
Christie A. Moore; cm@gdm.com, ljs2@gdm.com
Allen Morris; amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse; judy.morse@crowedunlevy.com, ecf@crowedunlevy.com, donna.hinkle@crowedunlevy.com, karol.brown@crowedunlevy.com
Matthew Daniel Neumann; mneumann@hhclaw.com
Walter Scott Newbern; wsnewbern@msn.com
Shiv Ghuman O'Neill; shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs; kim.maynes@moyewhite.com
Michael Wayne Oyler; moyler@rwsvlaw.com
Ross A. Plourde; ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Brian Robert Pollock; bpollock@stites.com
Wendy W Ponader; wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore; tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy; traluy@fbhlaw.net
Eric C Redman; ksmith@redmanludwig.com, kzwickel@redmanludwig.com, myecfmailrl@gmail.com
Eric W. Richardson; ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts; jratty@windstream.net
Mark A. Robinson; mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Jeremy S Rogers; Jeremy.Rogers@dinslaw.com
John M. Rogers; johnr@rubin-levin.net, susan@rubin-levin.net
Joseph H Rogers; jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow; jim@rubin-levin.net, susan@rubin-levin.net, ATTY_JER@trustesolutions.com
Steven Eric Runyan; ser@kgrlaw.com
Thomas C Scherer; tscherer@bgdlegal.com, mmcclain@bgdlegal.com
Stephen E. Schilling; seschilling@strausstroy.com
Ivana B. Shallcross; ishallcross@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com, acoates@bgdlegal.com
James E. Smith; jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith; wsmith@k-glaw.com, pballard@k-glaw.com
Amanda Dalton Stafford; ads@kgrlaw.com
Robert K Stanley; robert.stanley@FaegreBD.com
Joshua N. Stine; kabritt@vorys.com
Andrew D Stosberg; astosberg@lloydmc.com
Matthew R. Strzynski; mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
Meredith R. Thomas; mthomas@daleeke.com
John M. Thompson; john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com, donna.hinkle@crowedunlevy.com
Kevin M. Toner; kevin.toner@faegrebd.com, judy.ferber@faegrebd.com, crystal.hansen@faegrebd.com
Christopher M. Trapp; ctrapp@rubin-levin.net, carmen@rubin-levin.net, lemerson@rubin-levin.net
Chrisandrea L. Turner; clturner@stites.com
U.S. Trustee; ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver; avandiver@aswdlaw.com, sgoins@aswdlaw.com, jrobb@aswdlaw.com
Andrea L Wasson; andrea@wassonthornhill.com
Jennifer Watt; jwatt@kgrlaw.com, pad@kgrlaw.com, ads@kgrlaw.com
Stephen A. Weigand; sweigand@ficlaw.com
Charles R. Wharton; Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
Sean T. White; swhite@hooverhull.com, vwilliams@hooverhull.com
Michael Benton Willey; michael.willey@ag.tn.gov
Jessica E. Yates; jyates@swlaw.com, docket_den@swlaw.com, mmccleery@swlaw.com
James T Young; james@rubin-levin.net, lemerson@rubin-levin.net, carmen@rubin-levin.net

I further certify that on March 6, 2013, a copy of the foregoing Notice of The First Bank and Trust Company's Withdrawal of Proof of Claim (Claim No. 252) was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Bob's Auto, Inc. d/b/a Bob's Auto Supply
PO Box 419
Edmonton, KY  42129

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY  40311

Adam R. Burrus
Fleeson Gooing Coulson & Kitch LLC
301 N. Main, Suite 1900
Wichita, KS  67202

Ron C Campbell
Fleeson, Gooing, Coulson & Kitch
125 N. Market St., Ste. 1600
PO Box 997
Wichita, KS  67201

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN  47150

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY  40202-3103

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA  24224

James Kilroy
Snell & Wilmer LLP
1200 17th Street, Ste. 1900
Denver, CO  80202

Thomas J Lasater
301 N. Main, Ste. 1900
PO Box 997
Wichita, KS  67201

Terry L Malone
Martin, Pringle, Oliver,
Wallace & Swartz LLP
100 North Broadway, Ste. 500
Wichita, KS  67202

W. Scott Newbern
W. Scott Newbern, P.L.
2982 E. Giverny
Tallahassee, FL  32309

Mark A Rondeau
1321 Main, Suite 300
P O Drawer 1110
Great Bend, KS  67530

Ann Ustad Smith
Michael Best & Friedrich
1 S. Pinckney St., #900
PO Box 1806
Madison, WI  53701

Alex R Voils
PO Box 640
Zionsville, IN  46077

David M. Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX  79105-5008

Justice B King
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth St.
PO Box 949
Topeka, KS  66601-0949

David A. Layson
102 North Capitol Avenue
Corydon, IN  47112

National Cattlemen's Beef Association
Alice Devine
Devine & Donley, LLC
534 S. KS Ave., Suite 1420
Topeka, KA  66603

Bryan K Nowicki
Reinhart Boerner Van Deuren S.C.
22 E. Mifflin St., Ste. 600
Madison, WI  53703

Ashley S Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC  27114-5008

Southeastern Livestock Network LLC
176 Pasadena Drive
Lexington, KY  40503

/s/ Bret S. Clement
Bret S. Clement