SO ORDERED: March 7, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH DAVID PETERSON**

This matter is before the Court on the *Motion To Approve Compromise And Settlement With David Peterson* [Docket #1735] ("Settlement Motion").  The Court, having considered the Settlement Motion and having found that no objection was filed to the Settlement Motion after adequate notice and opportunity was provided, and being duly advised in the premises, now finds that the proposed settlement (i) is in the best interests of the estate; (ii) provides tangible benefits to the estate and the creditors thereof; and (iii) should be approved. Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that the Settlement Motion is hereby approved. The Trustee and Peterson[1] are authorized to take any and all actions necessary to close the settlement set forth in the Settlement Motion and to perform the obligations required thereby.

IT IS FURTHER ORDERED that within five (5) days of the entry of this final, non-appealable order, Peterson has agreed to pay the Trustee the Settlement Amount of $5,314.71. The Settlement Amount shall be deposited into the Debtor's general operating account, subject to any order governing the use of cash collateral by the Trustee.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.