Exhibit A

```
                    31        ACCOUNTS PAYABLE                    BANK-ACCT:1021
                                                                  A/P-ACCT:3010
PAYABLE TO:RBCP  01

                                                        (7) TRANS-DATE: 10/10/31
NAME-CODE:RBCP  01                                          ACCT-MO/PER: 1010
   NAME1:ROBERT BROWN                                   (8) OFFSET ACT:
   NAME2:                                                   PAID-AMOUNT:  16,063.54
ADDRESS1:325 FLAT LICK LANE
ADDRESS2:HERNDON, KY 42236
  POSTAL:                              1099              PAYABLE-AMOUNT:  27,012.07-
```

| VOUCHER | VOUCHER | DESCRIPTION | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---|---|---|---|---|---|---|
| 71 11021031 | 110210 | BBLCAT01 | 62H @ 497 | | | 90.27 |
| 72 11021031 | 110210 | BBLCAT01 | 62H @ 497 | | | 248.63 |
| 73 11021031 | 110210 | TATRAN02 | 70H @ 502 | | | 37.06 |
| 74 11021031 | 110210 | TATRAN02 | 70H @ 502 | | | 251.08 |

```
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

31        ACCOUNTS PAYABLE

PAYABLE TO:RBCP  01

BANK-ACCT:1021
A/P-ACCT:3010

NAME-CODE:RBCP  01
(2)    NAME1:ROBERT BROWN
(3)    NAME2:
(4)  ADDRESS1:325 FLAT LICK LANE
(5)  ADDRESS2:HERNDON, KY 42236
(6)    POSTAL:                    1099.

(7) TRANS-DATE: 10/10/31
(8) ACCT-MO/PER:     1010
    OFFSET ACT:
    PAID-AMOUNT:   16,063.54

PAYABLE-AMOUNT:   27,012.07-

| | VOUCHER | VOUCHER DESCRIPTION | | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---|---|---|---|---|---|---|---|
| 61 | 10110431 | 101104 | TATRAN02 | 59H @ 508 | | | 254.21- |
| 62 | 10110531 | 101105 | BBLCAT01 | 62H @ 497 | | | 90.27- |
| 63 | 10110531 | 101105 | BBLCAT01 | 62H @ 497 | | | 248.63- |
| 64 | 10110531 | 101105 | TATRAN02 | 70H @ 502 | | | 37.06- |
| 65 | 10110531 | 101105 | TATRAN02 | 70H @ 502 | | | 251.08- |
| 66 | 10110931 | 101109 | TATRAN02 | 0H @ | | | 508.03 |
| 67 | 11021031 | 110210 | EDDEIC01 | 64H @ 482 | | | 38.25 |
| 68 | 11021031 | 110210 | EDDEIC01 | 64H @ 482 | | | 241.27 |
| 69 | 11021031 | 110210 | TATRAN02 | 59H @ 508 | | | 63.92 |
| 70 | 11021031 | 110210 | TATRAN02 | 59H @ 508 | | | 254.21 |

PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)

```
                    31      ACCOUNTS PAYABLE

PAYABLE TO:RBCP  01                              BANK-ACCT:1021
                                                 A/P-ACCT:3010

(2)  NAME-CODE:RBCP  01                          (7) TRANS-DATE: 10/10/31
     NAME1:ROBERT BROWN                              ACCT-MO/PER: 1010
(3)  NAME2:                                      (8) OFFSET ACT:
(4)  ADDRESS1:325 FLAT LICK LANE                     PAID-AMOUNT:    16,063.54
(5)  ADDRESS2:HERNDON, KY 42236
(6)  POSTAL:                          1099       PAYABLE-AMOUNT:     27,012.07-
```

| VOUCHER | VOUCHER | DESCRIPTION | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---|---|---|---|---|---|---|
| 51 10110331 | 101103 | TATRAN02 | 80H @ 485 | | | 242.70 |
| 52 10110331 | 101103 | BBLCAT01 | 62H @ 497 | | | 90.27 |
| 53 10110331 | 101103 | BBLCAT01 | 62H @ 497 | | | 248.63 |
| 54 10110331 | 101103 | TATRAN02 | 59H @ 508 | | | 63.92 |
| 55 10110331 | 101103 | TATRAN02 | 59H @ 508 | | | 254.21 |
| 56 10110331 | 101103 | EDDEICO1 | 64H @ 482 | | | 38.25 |
| 57 10110331 | 101103 | EDDEICO1 | 64H @ 482 | | | 241.27 |
| 58 10110431 | 101104 | EDDEICO1 | 64H @ 482 | | | 241.27 |
| 59 10110431 | 101104 | EDDEICO1 | 64H @ 482 | | | 38.25- |
| 60 10110431 | 101104 | TATRAN02 | 59H @ 508 | | | 241.27- |
| | | | | | | 63.92- |

```
PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                31      ACCOUNTS PAYABLE                          BANK-ACCT:1021
                                                                  A/P-ACCT:3010
     PAYABLE TO:RBCP  01

                                                           (7) TRANS-DATE: 10/10/31
     NAME-CODE:RBCP  01                                        ACCT-MO/PER: 1010
 (2) NAME1:ROBERT BROWN                                     (8) OFFSET ACT:
 (3) NAME2:                                                     PAID-AMOUNT:    16,063.54
 (4) ADDRESS1:325 FLAT LICK LANE
 (5) ADDRESS2:HERNDON, KY 42236
 (6) POSTAL:              1099                              PAYABLE-AMOUNT:  27,012.07-
```

| VOUCHER | VOUCHER | DESCRIPTION | G/L ACCT | CFG DATE CHG # | AMOUNT |
|---|---|---|---|---|---|
| 41 10110131 | 101101 | WADHIL01 | 144H @ 966 | | 483.28 |
| 42 10110131 | 101101 | WADHIL01 | 144H @ 966 | | 131.24 |
| 43 10110134 | BR34 OCT 2010 A/R INTEREST | | 9016 | | 61.51- |
| 44 10110231 | 101102 | MARWED03 | 68H @ 484 | | 242.25 |
| 45 10110231 | 101102 | LUICER01 | 71H @ 473 | | 104.56 |
| 46 10110231 | 101102 | LUICER01 | 71H @ 473 | | 710.31- |
| 47 10110231 | 101102 | TONSET01 | 132H @ 977 | | 1,465.59- |
| 48 10110331 | 101103 | TATRAN02 | 70H @ 502 | | 37.06 |
| 49 10110331 | 101103 | TATRAN02 | 70H @ 502 | | 251.08 |
| 50 10110331 | 101103 | TATRAN02 | 80H @ 485 | | 80.58 |

PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)

```
                   31      ACCOUNTS PAYABLE

   PAYABLE TO:RBCP  01
                                                          BANK-ACCT:1021
                                                          A/P-ACCT:3010

                                                      (7) TRANS-DATE:10/10/31
     NAME-CODE:RBCP  01                                   ACCT-MO/PER:1010
 (2) NAME1:ROBERT BROWN                               (8) OFFSET ACT:
 (3) NAME2:                                               PAID-AMOUNT:    16,063.54
 (4) ADDRESS1:325 FLAT LICK LANE
 (5) ADDRESS2:HERNDON, KY 42236
 (6) POSTAL:                  1099                        PAYABLE-AMOUNT:  27,012.07-

 VOUCHER  VOUCHER DESCRIPTION            G/L ACCT  CHQ DATE  CHQ #   AMOUNT
31 10102731 101027 TATRAN02  72H @ 508                              254.01
32 10102831 101028 DARSCA01 183H @ 1445                          2,890.60-
33 10102831 101028 LUTCER01 213H @ 1429                            714.91
34 10102834 PAYROLL OCT 2010            8020                     4,800.00-
35 10102834 PAYROLL TAX OCT 2010        8120                       367.20-
36 10102834 PAYROLL EXPENSE 2010        8015                         4.00-
37 10102834 PAYROLL EXPENSE 2010        8115                        45.00-
38 10102931 101029 BBLCAT01 OH @                                    49.09
39 10102931 101029 BBLCAT01 OH @                                    98.18-
40 10110131 101101 DARSCA01 OH @        7050                       216.80

 PRESS RETURN FOR MORE....
 (1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                    31      ACCOUNTS PAYABLE                                    BANK-ACCT:1021
                                                                               A/P-ACCT:3010
PAYABLE TO:RBCP  01

                                                                         (7) TRANS-DATE: 10/10/31
     NAME-CODE:RBCP  01                                                      ACCT-MO/PER: 1010
(2)      NAME1:ROBERT BROWN                                              (8) OFFSET ACT:
(3)      NAME2:                                                              PAID-AMOUNT:      16,063.54
(4)   ADDRESS1:325 FLAT LICK LANE
(5)   ADDRESS2:HERNDON, KY 42236
(6)     POSTAL:                        1099                              PAYABLE-AMOUNT:       27,012.07-

VOUCHER   VOUCHER DESCRIPTION       G/L ACCT   CHQ DATE   CHQ #        AMOUNT
21 10102731 101027 LUICER01  207H @ 1454                              409.53
22 10102731 101027 LUICER01  207H @ 1454                           5,091.48-
23 10102731 101027 MIKLOU01   63H @ 489                              733.53-
24 10102731 101027 BBLCAT01   63H @ 501                               70.74
25 10102731 101027 BBLCAT01   63H @ 501                              250.68
26 10102731 101027 TATRAN02   68H @ 518                               37.06
27 10102731 101027 TATRAN02   68H @ 518                              259.21
28 10102731 101027 TATRAN02   63H @ 510                               55.59
29 10102731 101027 TATRAN02   63H @ 510                              255.24
30 10102731 101027 TATRAN02   72H @ 508                               37.06
PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                         31      ACCOUNTS PAYABLE

PAYABLE TO:RBCP  01                              BANK-ACCT:1021
                                                 A/P-ACCT:3010

    NAME-CODE:RBCP  01                       (7) TRANS-DATE: 10/10/31
(2)    NAME1:ROBERT BROWN                        ACCT-MO/PER:  1010
(3)    NAME2:                                (8) OFFSET ACT:
(4) ADDRESS1:325 FLAT LICK LANE                  PAID-AMOUNT:    16,063.54
(5) ADDRESS2:HERNDON, KY 42236
(6)   POSTAL:                          1099      PAYABLE-AMOUNT:  27,012.07-

VOUCHER  VOUCHER DESCRIPTION        G/L ACCT       CHQ DATE  CHQ #    AMOUNT
11 10102531 101025 DICWAL01    70H @ 485                              242.94
12 10102531 101025 BBLCAT01    65H @ 490                              245.44
13 10102631 101026 BBLCAT01     0H @                                  252.00
14 10102631 101026 HARFAR05   124H @ 994                              113.22
15 10102631 101026 HARFAR05   124H @ 994                              497.01
16 10102631 101026 BBLCAT01   134H @ 990                               74.12
17 10102631 101026 BBLCAT01   134H @ 990                              495.49
18 10102631 101026 CRUBRO01    20H @                                1,015.24
19 10102634 CK# 123292 VERIZON WIRELESS                               97.00-
20 10102731 101027 BILHAL05    0H @ 8080                              493.14

PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                          31      ACCOUNTS PAYABLE              BANK-ACCT:1021
                                                                A/P-ACCT:3010
     PAYABLE TO:RBCP  01
                                                         (7) TRANS-DATE: 10/10/31
     NAME-CODE:RBCP  01                                      ACCT-MO/PER: 1010
(2)     NAME1:ROBERT BROWN                               (8) OFFSET ACT:
(3)     NAME2:                                               PAID-AMOUNT:  16,063.54
(4)  ADDRESS1:325 FLAT LICK LANE
(5)  ADDRESS2:HERNDON, KY 42236
(6)    POSTAL:                         1099               PAYABLE-AMOUNT:  27,012.07-

   VOUCHER  VOUCHER  DESCRIPTION          G/L ACCT   CHQ DATE  CHQ #     AMOUNT
01 10102231 101022 TONSET01    130H @ 976                              1,465.00-
02 10102231 101022 DUBRAN01     82H @ 539                                 41.99
03 10102231 101022 DUBRAN01     82H @ 539                              2,084.32-
04 10102231 101022 DUBRAN01     80H @ 505                                 48.79
05 10102231 101022 DUBRAN01     80H @ 505                              1,770.58-
06 10102231 101022 WALFAR12    325H @ 22271 7050                       8,685.88-
07 10102234 101022 34314203       0                                      644.95-
08 10102531 101025 CRUBRC01    130H @ 1046                               247.52
09 10102531 101025 CRUBRC01    130H @ 1046                               523.32
10 10102531 101025 DICWAL01     70H @ 485                                 75.82
PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                    31        ACCOUNTS PAYABLE                    BANK-ACCT:1021
                                                                 A/P-ACCT:3010
PAYABLE TO:RBCP  01
                                                          (7) TRANS-DATE: 10/10/31
  NAME-CODE:RBCP  01                                          ACCT-MO/PER: 1010
(2)    NAME1:ROBERT BROWN                                 (8) OFFSET ACT:
(3)    NAME2:                                                 PAID-AMOUNT:    16,063.54
(4) ADDRESS1:325 FLAT LICK LANE
(5) ADDRESS2:HERNDON, KY 42236
(6)   POSTAL:                       1099             PAYABLE-AMOUNT:    27,012.07-

   VOUCHER  VOUCHER DESCRIPTION       G/L ACCT    CHQ DATE  CHQ #    AMOUNT
91 10102031 101020 LLCAT 04    65H @ 503                            100.47
92 10102031 101020 LLCAT 04    65H @ 503                            251.76
93 10102131 101021 TATRAN02    70H @ 487                             69.87
94 10102131 101021 TATRAN02    70H @ 487                            243.72
95 10102131 101021 TATRAN02    65H @ 499                             55.59
96 10102131 101021 TATRAN02    65H @ 499                            249.95
97 10102131 101021 TATRAN02    72H @ 490                             37.06
98 10102131 101021 TATRAN02    72H @ 490                            245.14
99 10102131 101021 TATRAN02    0H  @ 490                          1,281.44
00 10102231 101022 WALFAR12   325H @ 2227                           383.36

PRESS RETURN FOR MORE....                                 —
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

31      ACCOUNTS PAYABLE

BANK-ACCT:1021
A/P-ACCT:3010

PAYABLE TO:RBCP  01

(2) NAME-CODE:RBCP  01
(3) NAME1:ROBERT BROWN
    NAME2:
(4) ADDRESS1:325 FLAT LICK LANE
(5) ADDRESS2:HERNDON, KY 42236
(6) POSTAL:                    1099

(7) TRANS-DATE: 10/10/31
    ACCT-MO/PER: 1010
(8) OFFSET ACT:
    PAID-AMOUNT:   16,063.54

PAYABLE-AMOUNT:  27,012.07-

| VOUCHER | VOUCHER | DESCRIPTION | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---------|---------|-------------|----------|----------|-------|--------|
| 81 | 10101931 | 101019 | BBLCAT01 | 74H @ 487 | | | 42.51 |
| 82 | 10101931 | 101019 | BBLCAT01 | 74H @ 487 | | | 243.87 |
| 83 | 10102031 | 101020 | WSCAT 03 | 72H @ 491 | | | 245.64 |
| 84 | 10102031 | 101020 | BBLCAT01 | 63H @ 487 | | | 82.96 |
| 85 | 10102031 | 101020 | BBLCAT01 | 63H @ 487 | | | 243.75 |
| 86 | 10102031 | 101020 | DICWAL01 | 64H @ 485 | | | 100.47 |
| 87 | 10102031 | 101020 | DICWAL01 | 64H @ 485 | | | 242.84 |
| 88 | 10102031 | 101020 | DICWAL01 | 64H @ 485 | | | 242.84 |
| 89 | 10102031 | 101020 | LLCAT 04 | 129H @ 1019 | | | 200.94 |
| 90 | 10102031 | 101020 | LLCAT 04 | 129H @ 1019 | | | 509.79 |

PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)

```
                    31        ACCOUNTS PAYABLE                    BANK-ACCT:1021
                                                                  A/P-ACCT:3010
         PAYABLE TO:RBCP   01

                                                          (7) TRANS-DATE: 10/10/31
         NAME-CODE:RBCP   01                              ACCT-MO/PER:    1010
   (2)      NAME1:ROBERT BROWN                            (8) OFFSET ACT:
   (3)      NAME2:                                            PAID-AMOUNT:   16,063.54
   (4)   ADDRESS1:325 FLAT LICK LANE
   (5)   ADDRESS2:HERNDON, KY 42236
   (6)     POSTAL:                    1099          PAYABLE-AMOUNT:   27,012.07-
```

| VOUCHER | VOUCHER | DESCRIPTION | G/L ACCT | | CHQ DATE | CHQ # | AMOUNT |
|---|---|---|---|---|---|---|---|
| 71 | 10101534 | 101015 | TATRAN02 | 71H @ 501 | | | 250.88 |
| 72 | 10101534 | 101015 | TATRAN02 | 64H @ 489 | | | 118.49 |
| 73 | 10101534 | 101015 | TATRAN02 | 64H @ 489 | | | 244.95 |
| 74 | 10101831 | 101018 | WSCAT 03 | 117H @ 1001 | | | 6,523.20- |
| 75 | 10101831 | 101018 | LOSNIN01 | 213H @ 1533 | | | 283.56 |
| 76 | 10101831 | 101018 | LOSNIN01 | 213H @ 1533 | | | 3,834.00- |
| 77 | 10101831 | 101018 | BILHAL05 | 66H @ 493 | | | 70.21 |
| 78 | 10101831 | 101018 | BILHAL05 | 66H @ 493 | | | 246.57 |
| 79 | 10101831 | 101018 | LOSNIN01 | 60H @ 497 | | | 94.52 |
| 80 | 10101831 | 101018 | LOSNIN01 | 60H @ 497 | | | 248.82 |

```
PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                    31      ACCOUNTS PAYABLE                    BANK-ACCT:1021
                                                               A/P-ACCT:3010
PAYABLE TO:RBCP  01

                                                      (7) TRANS-DATE: 10/10/31
(2)  NAME-CODE:RBCP  01                               (8) OFFSET ACT:
(3)  NAME1:ROBERT BROWN                                   ACCT-MO/PER: 1010
(4)  NAME2:
(5)  ADDRESS1:325 FLAT LICK LANE                          PAID-AMOUNT:    16,063.54
(6)  ADDRESS2:HERNDON, KY 42236
     POSTAL:                   1099                   PAYABLE-AMOUNT: 27,012.07-

VOUCHER  VOUCHER  DESCRIPTION            G/L ACCT  CHQ DATE  CHQ #     AMOUNT
61  10101331 101013 BBLCAT01   117H @ 848                              424.39
62  10101331 101013 BBLCAT01    9H @ 663                               165.50
63  10101331 101013 BBLCAT01    9H @ 663                               331.78
64  10101334 CK# 122296 VERIZON WIRELESS      8080                      69.27-
65  10101531 101015 TATRAN02   66H @ 508                                61.20
66  10101531 101015 TATRAN02   66H @ 508                               254.41
67  10101531 101015 BILHAL05  124H @ 989                               140.42
68  10101531 101015 BILHAL05  124H @ 989                               494.70
69  10101531 101015 MIKLOU01   62H @ 475                               865.75-
70  10101534 101015 TATRAN02   71H @ 501                               118.49
PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                      31     ACCOUNTS PAYABLE                    BANK-ACCT:1021
                                                                A/P-ACCT:3010
     PAYABLE TO:RBCP  01

                                                         (7) TRANS-DATE: 10/10/31
     NAME-CODE:RBCP  01                                      ACCT-MO/PER: 1010
(2)    NAME1:ROBERT BROWN                                (8) OFFSET ACT:
(3)    NAME2:                                                PAID-AMOUNT:   16,063.54
(4)  ADDRESS1:325 FLAT LICK LANE
(5)  ADDRESS2:HERNDON, KY 42236
(6)   POSTAL:                        1099             PAYABLE-AMOUNT:   27,012.07-
```

| VOUCHER | VOUCHER | DESCRIPTION | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---|---|---|---|---|---|---|
| 51 10101131 | 101011 | SAMDAY01 | 69H @ 513 | | | 68.19 |
| 52 10101131 | 101011 | SAMDAY01 | 69H @ 513 | | | 1,183.58- |
| 53 10101131 | 101011 | GEOCRO01 | 59H @ 494 | | | 64.16 |
| 54 10101131 | 101011 | GEOCRO01 | 59H @ 494 | | | 247.35 |
| 55 10101131 | 101011 | RYAJOR01 | 191H @ 1479 | | | 204.36 |
| 56 10101131 | 101011 | RYAJOR01 | 191H @ 1479 | | | 739.95 |
| 57 10101231 | 101012 | TATRAN02 | 66H @ 502 | | | 69.36 |
| 58 10101231 | 101012 | TATRAN02 | 66H @ 502 | | | 251.27 |
| 59 10101331 | 101013 | BBLCAT01 | 0H @ | | | 479.32- |
| 60 10101331 | 101013 | BBLCAT01 | 117H @ 848 | | | 165.50 |

```
PRESS RETURN FOR MORE....
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                    31    ACCOUNTS PAYABLE                         BANK-ACCT:1021
                                                                  A/P-ACCT:3010
    PAYABLE TO:RBCP  01
                                                              (7) TRANS-DATE: 10/10/31
    NAME-CODE:RBCP  01                                            ACCT-MO/PER: 1010
(2) NAME1:ROBERT BROWN                                        (8) OFFSET ACT:
(3) NAME2:                                                        PAID-AMOUNT:    16,063.54
(4) ADDRESS1:325 FLAT LICK LANE
(5) ADDRESS2:HERNDON, KY 42236
(6) POSTAL:                  1099                             PAYABLE-AMOUNT:    27,012.07-
```

| VOUCHER | VOUCHER | DESCRIPTION | | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---------|---------|-------------|----|----------|----------|-------|--------|
| 41 | 10100831 | 101008 | BBLCAT01 | 64H @ 499 | | | 56.61 |
| 42 | 10100831 | 101008 | BBLCAT01 | 64H @ 499 | | | 249.60 |
| 43 | 10100831 | 101008 | WSCAT 03 | 73H @ 518 | | | 4,085.08- |
| 44 | 10100831 | 101008 | WSCAT 03 | 0H @ | | | 4,085.08 |
| 45 | 10100831 | 101008 | WSCAT 03 | 0H @ | | | 2,074.08- |
| 46 | 10100831 | 101008 | DICWAL01 | 0H @ | | | 100.47 |
| 47 | 10100831 | 101008 | DICWAL01 | 64H @ 495 | | | 267.35- |
| 48 | 10100831 | 101008 | BBLCAT01 | 64H @ 495 | | | 82.62 |
| 49 | 10100831 | 101008 | BBLCAT01 | 63H @ 502 | | | 251.17 |
| 50 | 10101131 | 101011 | WSCAT 03 | 75H @ 526 | | | 950.50- |

```
PRESS RETURN FOR MORE...                                                  _
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                    31      ACCOUNTS PAYABLE                        BANK-ACCT:1021
                                                                    A/P-ACCT:3010
PAYABLE TO:RBCP  01

                                                           (7) TRANS-DATE: 10/10/31
     NAME-CODE:RBCP  01                                        ACCT-MO/PER: 1010
(2)  NAME1:ROBERT BROWN                                    (8) OFFSET ACT:
(3)  NAME2:                                                    PAID-AMOUNT:   16,063.54
(4)  ADDRESS1:325 FLAT LICK LANE
(5)  ADDRESS2:HERNDON, KY 42236
(6)  POSTAL:                           1099             PAYABLE-AMOUNT:   27,012.07-

   VOUCHER  VOUCHER  DESCRIPTION            G/L ACCT    CHG DATE  CHG #    AMOUNT
31 10100831 101008 TATRAN02      71H @  494                               69.87
32 10100831 101008 TATRAN02      71H @  494                              247.25
33 10100831 101008 TATRAN02      72H @  516                              118.49
34 10100831 101008 TATRAN02      72H @  516                              258.13
35 10100831 101008 HUDRAN03      69H @  512                               61.71
36 10100831 101008 HUDRAN03      69H @  512                              256.12
37 10100831 101008 TATRAN02      63H @  513                               63.41
38 10100831 101008 TATRAN02      63H @  513                              256.66
39 10100831 101008 TOMSAU01      65H @  491                               78.54
40 10100831 101008 TOMSAU01      65H @  491                              245.78
PRESS RETURN FOR MORE...
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

```
                                  31        ACCOUNTS PAYABLE                    BANK-ACCT:1021
                                                                               A/P-ACCT:3010
              PAYABLE TO:RBCP  01

                                                                    (7) TRANS-DATE: 10/10/31
       NAME-CODE:RBCP  01                                           (8) ACCT-MO/PER: 1010
   (2)     NAME1:ROBERT BROWN                                           OFFSET ACT:
   (3)     NAME2:                                                       PAID-AMOUNT:    16,063.54
   (4) ADDRESS1:325 FLAT LICK LANE
   (5) ADDRESS2:HERNDON, KY 42236
   (6)  POSTAL:                  1099                               PAYABLE-AMOUNT:    27,012.07-

  VOUCHER  VOUCHER DESCRIPTION          G/L ACCT   CHQ DATE  CHQ #      AMOUNT
21 10100631 101006 TATRAN02      71H @ 506                              253.28
22 10100631 101006 BBLCAT01      71H @ 463                               40.05
23 10100631 101006 BBLCAT01      71H @ 463                              231.91
24 10100631 101006 BBLCAT01     130H @ 959                               80.10
25 10100631 101006 BBLCAT01     130H @ 959                              479.90
26 10100631 101006 CRUBRO01       0H @                                  499.70
27 10100731 101007 31311293      70                                   1,081.82-
28 10100731 101007 JULIV 12       0H @                                  297.88-
29 10100831 101008 BBLCAT01      65H @ 479                               76.67
30 10100831 101008 BBLCAT01      65H @ 479                              239.66
PRESS RETURN FOR MORE....                                                |
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```

31          ACCOUNTS PAYABLE

PAYABLE TO:RBCP  01

BANK-ACCT:1021
A/P-ACCT:3010

NAME-CODE:RBCP  01
(2)   NAME1:ROBERT BROWN
(3)   NAME2:
(4)   ADDRESS1:325 FLAT LICK LANE
(5)   ADDRESS2:HERNDON, KY 42236
(6)   POSTAL:                    1099

(7) TRANS-DATE: 10/10/31
    ACCT-MO/PER: 1010
(8) OFFSET ACT:
    PAID-AMOUNT:     16,063.54

PAYABLE-AMOUNT:     27,012.07-

| VOUCHER | | VOUCHER DESCRIPTION | | | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | 10100431 | 101004 | BBLCAT01 | 72H @ | 504 | | | 69.87 |
| 12 | 10100431 | 101004 | BBLCAT01 | 72H @ | 504 | | | 252.00 |
| 13 | 10100434 | 101004 | 34311278 | 147 | | | | 1,458.77 |
| 14 | 10100434 | 101004 | 34311260 | 118 | | | | 2,865.59- |
| 15 | 10100531 | 101005 | BBLCAT01 | 268H @ | 1955 | | | 312.80 |
| 16 | 10100531 | 101005 | BBLCAT01 | 268H @ | 1955 | | | 977.84 |
| 17 | 10100531 | 101005 | LAMRAN01 | 0H @ | | | | 48.85 |
| 18 | 10100631 | 101006 | TATRAN02 | 71H @ | 507 | | | 85.17 |
| 19 | 10100631 | 101006 | TATRAN02 | 71H @ | 507 | | | 253.52 |
| 20 | 10100631 | 101006 | TATRAN02 | 71H @ | 506 | | | 43.69 |

PRESS RETURN FOR MORE...
(1-8, Add-vouch, Chng-vouch, Sel-vouch, Vouch-split, Print, Inc-paid, End)

```
                    31        ACCOUNTS PAYABLE

PAYABLE TO:RBCP  01                              BANK-ACCT:1021
                                                 A/P-ACCT:3010

     NAME-CODE:RBCP  01                    (7) TRANS-DATE: 10/10/31
(2)     NAME1:ROBERT BROWN                     ACCT-MO/PER: 1010
(3)     NAME2:                             (8) OFFSET ACT:
(4)  ADDRESS1:325 FLAT LICK LANE               PAID-AMOUNT:  16,063.54
(5)  ADDRESS2:HERNDON, KY 42236
(6)    POSTAL:                 1099        PAYABLE-AMOUNT:  27,012.07-
```

| VOUCHER |  | VOUCHER DESCRIPTION | | | | G/L ACCT | CHQ DATE | CHQ # | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 10100131 | 101001 JOEFOO01 | 63H @ | 512 | | | | | 106.76 |
| 02 | 10100131 | 101001 JOEFOO01 | 63H @ | 512 | | | | | 256.27 |
| 03 | 10100131 | 101001 TATRANO2 | 70H @ | 517 | | | | | 63.41 |
| 04 | 10100131 | 101001 TATRANO2 | 70H @ | 517 | | | | | 258.82 |
| 05 | 10100134 | BR34 SEP 2010 A/R INTEREST | | | | 9016 | | | 245.59- |
| 06 | 10100331 | 101003 JULIV 12 | CAMPO/GILCRE | | | | | | 109.48 |
| 07 | 10100331 | 101003 JULIV 12 | 125H @ | 950 | | | | | 475.32 |
| 08 | 10100331 | 101003 JULIV 12 | CAMPO/CACTUS | | | | | | 24.30 |
| 09 | 10100331 | 101003 JULIV 12 | 63H @ | 485 | | | | | 242.94 |
| 10 | 10100431 | 101004 WSCAT 03 | 112H @ | 909 | | | | | 5,022.81- |

```
PRESS RETURN FOR MORE....
(1-8, Add-vouch,Chng-vouch,Sel-vouch,Vouch-split,Print,Inc-paid,End)
```