UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S OBJECTION TO CLAIM 16 FILED BY JOHN D. THOMPSON
<u>AND NOTICE OF RESPONSE DEADLINE</u>**

James A. Knauer, the chapter 11 trustee appointed in this case ("<u>Trustee</u>"),

pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure ("<u>Bankruptcy Rules</u>"),

hereby objects (this "<u>Objection</u>") to claim 16 (the "<u>Claim</u>")[1] filed by John D. Thompson. The

Trustee requests that the Court enter an order reclassifying the Claim as a general unsecured

claim and reserves the right to object to the final allowed amount of the Claim if and when John

D. Thompson receives payments outside the plan distributions made to John D. Thompson in this

case.  In support of this Objection, the Trustee respectfully states:

<u>**Jurisdiction**</u>

1.      This Court has jurisdiction over this Objection under 28 U.S.C. § 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B).  Venue of this

proceeding and this Objection is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are 11 U.S.C. §§ 502,

506 and 507 and Rules 3001 and 3007 of the Bankruptcy Rules.

---

[1] All references herein to the claim number are to the number assigned to the Claim by BMC (see paragraph 5 below) and not to the number, if any, assigned to the Claim by the Court's online claims register. For further explanation, see paragraph 5 below.

**Background**

3.      On December 6, 2010 (the "Petition Date"), an involuntary chapter 11

bankruptcy petition was filed to commence a chapter 11 case (the "Chapter 11 Case") against

Eastern Livestock Co., LLC ("Debtor") in the United States Bankruptcy Court for the Southern

District of Indiana, New Albany Division (the "Court").

4.      On December 27, 2010, the Court entered an order approving the

appointment of the Trustee and on December 28, 2010, entered an order for relief.

5.      On March 17, 2011, the Court entered an order approving The BMC

Group, Inc. ("BMC") as the Trustee's claims and noticing agent in the Chapter 11 Case.

Pursuant to that order, BMC was authorized and directed to, among other things, maintain the

official claims register ("Claims Register") for all filed proofs of claim in the Chapter 11 Case.

A copy of that Claims Register and all filed proofs of claim in the Chapter 11 Case can be

viewed at http://www.bmcgroup.com/restructuring/Claims.aspx?ClientID=271.

**Request for Relief**

6.      By this Objection, the Trustee seeks entry of an order reclassifying the

Claim as a general unsecured claim in an amount to be determined after John D. Thompson

receives all non-plan payments.

7.      The Claim asserts a "purchase money claim" in the amount of $7,026.20.

The Claim does not check any boxes for priority or secured status, but types in the words

"purchase money claim."  Further, the Claim does not cite any statute, security agreement or law

to demonstrate any entitlement to secured or priority status.  As a result, the Trustee does not

believe that Claim properly asserts secured or priority status and still files this Objection to

clarify that the Claim should be classified as a general unsecured claim in the Chapter 11 Case.

2

8.      Further, the Trustee believes that John D. Thompson has received payments from a victims' fund established by the Kentucky Attorney General's Office and may receive further payments from the Kentucky Attorney General's Office and/or Debtor's bond that will reduce the amount of the Claim.  The Trustee therefore reserves the right to object to the final allowed amount of the Claim at a later time.

9.      The Trustee objects to the Claim and requests that the Claim be reclassified as a general unsecured claim in an amount to be determined after John D. Thompson receives all non-plan payments.

### Notice of Response Deadline

10.      If John D. Thompson wishes to contest the relief requested in this Objection, John D. Thompson must file a response with the Court within thirty (30) days of the service of this Objection ("Response Deadline"). Responses must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Indiana, New Albany Division, 110 U.S. Courthouse, 121 West Spring Street, New Albany, IN 47150 no later than 4:30 p.m. EDT on the Response Deadline and served on Trustee's Counsel, Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204 (Attn: Dustin DeNeal). **IF NO RESPONSE IS FILED BY THE RESPONSE DEADLINE THE COURT MAY SUSTAIN THE OBJECTION TO THE CLAIM WITHOUT FURTHER NOTICE OR HEARING.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order reclassifying the Claim as a general unsecured claim (subject to reduction in claim amount if John D. Thompson receives payment from non-plan sources) and granting the Trustee all other just and appropriate relief.

DMS_US 51057039v1

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:    /s/ Dustin R. DeNeal

Terry E. Hall (#22041-49)                              *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Dustin R. DeNeal (#27535-49)
Kayla D. Britton (#29177-06)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
dustin.deneal@faegrebd.com
kayla.britton@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@ bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |

4

Meredith R. Thomas
mthomas@daleeke.com

William Robert Meyer, II
rmeyer@stites.com

Allen Morris
amorris@stites.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

James Bryan Johnston
bjtexas59@hotmail.com

James T. Young
james@rubin-levin.net

David L. LeBas
dlebas@namanhowell.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John M. Thompson
john.thompson@crowedunlevy.com

Jessica E. Yates
jyates@swlaw.com

John Huffaker
john.huffaker@sprouselaw.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Kelly Greene McConnell
lisahughes@givenspursley.com

T. Kent Barber
kbarber@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Walter Scott Newbern
wsnewbern@msn.com

Kirk Crutcher
kcrutcher@mcs-law.com

Todd J. Johnston
tjohnston@mcjllp.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Karen L. Lobring
lobring@msn.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Lisa Koch Bryant
courtmail@fbhlaw.net

Elliott D. Levin
edl@rubin-levin.net

John M. Rogers
johnr@rubin-levin.net

John David Hoover
jdhoover@hooverhull.com

Sean T. White
swhite@hooverhull.com

Jay P. Kennedy
jpk@kgrlaw.com

John R. Burns
john.burns@faegrebd.com

Michael W. McClain
mike@kentuckytrial.com

William E Smith
wsmith@k-glaw.com

Kayla D. Britton
kayla.britton@faegrebd.com

James Edwin McGhee
mcghee@derbycitylaw.com

Thomas C Scherer
tscherer@bgdlegal.com

David A. Laird
david.laird@moyewhite.com

Jerald I. Ancel
jancel@taftlaw.com

Jeffrey J. Graham
jgraham@taftlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

David Alan Domina
dad@dominalaw.com

Kent A Britt
kabritt@vorys.com

Joshua N. Stine
kabritt@vorys.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Amelia Martin Adams
aadams@dlgfirm.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Jason W. Cottrell
jwc@stuartlaw.com

Robert A. Bell
rabell@vorys.com

James E. Rossow
jim@rubin-levin.net

James B. Lind
jblind@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

Steven A. Brehm
sbrehm@ bgdlegal.com

Anthony G. Raluy
traluy@fbhlaw.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

James M. Carr
james.carr@faegrebd.com

Jack S. Dawson
jdawson@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

Terry E. Hall
terry.hall@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Erick P. Knoblock
eknoblock@daleeke.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Christie A. Moore
cm@gdm.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Peter M. Gannott
pgannott@gannottlaw.com

Eric C. Redman
ksmith@redmanludwig.com

Joe T. Roberts
jratty@windstream.net

Joseph H. Rogers
jrogers@millerdollarhide.com

James E. Smith
jsmith@smithakins.com

Robert K. Stanley
robert.stanley@faegrebd.com

Andrew D. Stosberg
astosberg@lloydmc.com

Kevin M. Toner
kevin.toner@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Eric W. Richardson
ewrichardson@vorys.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jennifer Watt
jwatt@kgrlaw.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Ben T. Caughey
ben.caughey@icemiller.com

William K. Flynn
wkflynn@strausstroy.com,

Thomas P. Glass
tpglass@strausstroy.com

Stephen E. Schilling
seschilling@strausstroy.com

Michael Benton Willey
michael.willey@ag.tn.gov

I further certify that on March 11, 2013, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

John D. Thompson
PO Box 224
Edmonton, KY 42129

/s/ Dustin R. DeNeal

DMS_US 51057039v1