# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 13, 2013 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | KRISTIN GOSS |

### *Matters:*

1) Hearing Re:   Motion for Order Establishing Procedures for Certain Adversary Proceedings filed by Jay P. Kennedy on behalf of Trustee James A. Knauer  [1741]
   **R / M #:**     0 / 0

2) Objection to Motion for Authority Limited Objection to Motion for Order Establishing Procedures for Certain Adversary Proceedings filed by Brian H Meldrum on behalf of Creditor Intrust Bank, NA  [1769]
   **R / M #:**     0 / 0

3) Objection to Motion for Authority Objection to Motion for Order Establishing Procedures for Certain Adversary Proceedings filed by Brian H Meldrum on behalf of Creditor Monty Koller [1770]
   **R / M #:**     0 / 0

4) Joint Objection to Motion for Authority (Motion for Order Establishing Procedures for Certain Adversary Proceedings) filed by Chrisandrea L. Turner on behalf of Creditor Cornelison Farms, LLC  [1771]
   **R / M #:**     0 / 0

5) Objection to Motion for Authority (Joinder in the Objection and Limited Objectin to the Trustee's Motion for an Order Establishing Procedures for Certain Adversary Proceedings) filed by C. R. Bowles Jr on behalf of Joined Party Francis J. Madison, Jeffrey Madison and Madison Ca, Creditors Gary S. Bell, Northwest Alabama Livestock Yard, Randy Hoover & Son, LLC  [1772]
   **R / M #:**     0 / 0

6) Objection to Motion for Authority filed by Walter Scott Newbern III on behalf of Creditors Matt Eller, Clark Christensen, Peoples Livestock Auction, Inc., Ashville Stockyard, Inc., Tennessee Valley Livestock, Alabama Livestock Auction, Inc., Billingsley Auction Sale, Inc., Carroll County Livestock Sales Barn, Inc., Macon Stockyards, Inc., Robert Rawls d/b/a Robert Rawls Livestock  [1773]
   **R / M #:**     0 / 0

7) Hearing Re:   Motion for Authority Motion To Suspend Certain Adversary Proceeding Deadlines filed by Wendy W Ponader on behalf of Trustee James A. Knauer [1755]   ONLY TO BE HEARDIF ANY OBJECTIONS FILED.. OBJS DUE BY 2/22/13
   **R / M #:**     0 / 0
   **VACATED:** No objections filed.  Order entered on 2/25/13.

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11               WEDNESDAY, MARCH 13, 2013 10:00 AM

Telephonic Appearances:

JAY P. KENNEDY/AMANDA STAFFORD, ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
WENDY W PONADER, ATTORNEY FOR JAMES A. KNAUER
SHIV GHUMAN O'NEILL, ATTORNEY FOR JAMES A. KNAUER
KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
CHRISANDREA L. TURNER, ATTORNEY FOR CORNELISON FARMS, LLC
BRIAN H MELDRUM, ATTORNEY FOR INTRUST BANK, NA, MONTY KOLLER
JOHN FREDERICK MASSOUH, ATTORNEY FOR FRIONA INDUSTRIES, LP
JAMES BRYAN JOHNSTON, ATTORNEY FOR BILL DAVIS, BOBBY BYNUM, BYNUM RANCH CO., DAVIS QUARTER HORSE, EDDIE EICKE, FRANK POWELL, JOHNNY MAYO, TOM SVOBODA
AMELIA MARTIN ADAMS, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC
JACK DAWSON, ATTORNEY FOR K. BEARD/ NICHOLS
ERIC REDMAN - ATTORNEY FOR BANK FIRST AND ED STRICKLAND
NATALIE MONTELL - ATTORNEY FOR MADISON ET AL

In Court Appearances:

WALTER SCOTT NEWBERN, ATTORNEY FOR ALABAMA LIVESTOCK AUCTION, INC., ARCADIA STOCKYARD, ASHVILLE STOCKYARD, INC., ATHENS STOCKYARD, LLC, BILLINGSLEY AUCTION SALE, INC., CPC LIVESTOCK, LLC, CARROLL COUNTY LIVESTOCK SALES BARN, INC, CATTLEMEN'S LIVESTOCK MARKET, INC., CLARK CHRISTENSEN, COLUMBIA LIVESTOCK MARKET, INC., DANIEL M. BYRD, E4 CATTLE CO., LLC, EAGLE BAY, INC., EDWARD J. EDENS, IV, EDWARD STRICKLAND, FIRST BANK AND TRUST COMPANY, THE, FLORIDA ASSOCIATION LIVESTOCK MARKETS, GLEN FRANKLIN, GLEN FRANKLIN CATTLE COMPANY, INC., HARDEE LIVESTOCK MARKET, INC., MACON STOCKYARDS, INC., MADISON COUNTY LIVESTOCK MARKET, INC. D/, MATT ELLER, NORTH FLORIDA LIVESTOCK MARKET, INC., OAK LAKE CATTLE CO., OCALA LIVESTOCK MARKET, INC., OKEECHOBEE LIVESTOCK MARKET, INC., PEOPLES LIVESTOCK AUCTION, INC., ROBERT RAWLS D/B/A ROBERT RAWLS LIVESTOC, RON SIZEMORE TRUCKING, INC., SEALY AND SONS LIVESTOCK, LLP, SUMTER COUNTY FARMERS MARKET, INC., TENNESSEE VALLEY LIVESTOCK

## *Proceedings:*

\* (1 thru 6)  Disposition:  Hearing held.     Motion Granted.  Discussion held regarding terms and conditions of procedures.  All objections were addressed.     J. Kennedy to draft order and circulate to all parties prior to submission to Court.
(7) VACATED:   No objections filed.  Order entered on 2/2513.


NOTE:  Next omnibus hearing date 4/15/13 @ 10:00 a.m. (Eastern).   Trustee to contact Court if hearing will be live or telephonic.
Future omnibus dates:  5/13/13 @ 1:30 p.m. (Eastern).

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**