# HOOVER HULL LLP

Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:    317-822-0234 | Indianapolis, IN  46244-0989 | Terms:  Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 12/01/12 | **Invoice No.** | | 36010 |
| **Billed through** | 11/30/12 | **File No.**  JDH | 08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/12 | STW | Receive emergency motion to limit mailing of plan and disclosure statement to creditors and contract counterparties and motion to shorten notice on same and order setting hearing on same. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 11/02/12 | STW | Receive order granting agreed motion to suspend consideration and briefing of motion to consolidate and minute entry approving motion to limit mailing of plan.  Receive and review order approving disclosure statement, scheduling confirmation hearing and fixing filing deadlines. | 0.30 hrs. | 310.00 /hr | 93.00 |
| 11/06/12 | STW | Receive and review motion to dismiss and brief in support of motion to dismiss Bluegrass and Alabama Livestock et al appeals of order denying motions to remove trustee. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 11/07/12 | STW | Receive minute entry on continued hearing on disclosure statement and objections to same. | 0.10 hrs. | 310.00 /hr | 31.00 |
| 11/08/12 | STW | Receive and review motion to withdraw memorandum in support of motion to dismiss.  Call Mr. Toner re: confirmation hearing and fee applications.  Receive and review time table and to do list from Mr. Carr. | 0.40 hrs. | 310.00 /hr | 124.00 |
| 11/12/12 | STW | Draft fee application and begin to review invoices. (1.3).  Review discussion of decision in Fair Finance case dismissing trustee's claims. (.3). | 1.60 hrs. | 310.00 /hr | 496.00 |
| 11/13/12 | STW | Continue to draft fee application and review and revise invoices. (3.9).  Call Mr. Knauer re: same. (.1)  Receive and review motion to approve settlement among Estate, Superior and Fifth Third Bank, motion to shorten notice time and order granting same and hearing notice. (.4) | 4.40 hrs. | 310.00 /hr | 1,364.00 |
| 11/14/12 | STW | Call Mr. Rogers, counsel for Superior, re: hearing on motion to quash. (.1)  Receive and review motion to approve compromise with Texas Feedyards. (.2) | 0.30 hrs. | 310.00 /hr | 93.00 |
| 11/15/12 | STW | E-mail from Ms. Hall re: fee applications (.1)  E-mails to/from Mr. Rogers, counsel for Superior, re: hearing on motion to quash. (.1)  Draft motion to continue and proposed order. (.2).  Call Court re: same. (.1) | 0.50 hrs. | 310.00 /hr | 155.00 |
| 11/16/12 | STW | Continue to draft fee application and review and revise invoices. (1.5)  E-mails to/from Mr. Rogers, counsel for Superior, re: agreed motion. (.1)  Revise same. (.1)  Receive and review agenda for omnibus. (.1)  Receive and review amended exhibit C to amended plan of | | | |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. | 08728 00001 | | Invoice No. 36010 | | Page 2 |
|---|---|---|---|---|---|
| | | reorganization. (.1) | | | |
| | | | 1.90 hrs. | 310.00 /hr | 589.00 |
| 11/19/12 | STW | Receive minute entry approving settlements with First Bank, Superior, et al. and continuing hearing on Hoover Hull's Motion to Quash. (.1)   Receive and review Trustee's First Omnibus Objection to Claims and Amended and/or Duplicate Claims. (.2)   Receive and review order on agreed motion to continue hearing on motion to quash. (.1)   Review and revise second interim fee application. (.5) | | | |
| | | | 0.90 hrs. | 310.00 /hr | 279.00 |
| 11/20/12 | STW | Review and revise fee application and invoices. (.3)   Call Ms. Hall re: same. (.1)   Receive Blue Grass and Alabama Livestock et al's motion for extension of time. (.1) | | | |
| | | | 0.50 hrs. | 310.00 /hr | 155.00 |
| 11/21/12 | STW | Receive applications for compensation for DSI, Trustee and FBD. (.3)   Review and revise notice of hearing and proposed order on fee application. (.2).   E-mails to/from Ms Herendeen re: hearing notice to BMC. (.1)   Receive and review Trustee's response in opposition to Alabama Livestock and Bluegrass et al's motions for extension of time to brief motion to dismiss appeal. (.2)   Attention to filing fee application and exhibits thereto. (.2) | | | |
| | | | 1.00 hrs. | 310.00 /hr | 310.00 |
| 11/28/12 | STW | Receive and review orders granting Bluegrass and Alabama Livestock's motions for enlargement of time to respond to motions to dismiss appeal. | | | |
| | | | 0.10 hrs. | 310.00 /hr | 31.00 |
| 11/30/12 | STW | Receive stipulation of dismissal of Superior's appeal of order denying motion to remove trustee. | | | |
| | | | 0.10 hrs. | 310.00 /hr | <u>31.00</u> |
| | | | | Total Fees | $3,875.00 |

**DISBURSEMENTS & FACILITY CHARGES**

| | | | |
|---|---|---|---|
| 11/01/12 | Litigation Support Vendors - PACERS SERVICE CENTER | | 25.50 |
| 11/30/12 | Photocopy Charges | | 247.80 |
| 11/30/12 | Postage | | <u>7.65</u> |
| | | Total Disbursements & Facility Charges | $280.95 |

| | |
|---|---|
| Current Charges | $4,155.95 |
| Net Balance Forward | $478,420.16 |
| **PLEASE PAY THIS AMOUNT**............. | <u>**$482,576.11**</u> |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | <u>12.50</u> | <u>310.00</u> | <u>$3,875.00</u> |
| | | 12.50 | | $3,875.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP
### Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:   317-822-0234 | Indianapolis, IN  46244-0989 | Terms:  Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 01/02/13 | **Invoice No.** | | 36259 |
| **Billed through** | 12/31/12 | **File No.  JDH** | 08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/12 | STW | Call Ms. Hall re: confirmation hearing. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/04/12 | STW | Receive and review objection to plan from Livestock Marketing Association. (.1) Receive and review objection to confirmation of the plan by Phillip and Ron Reed. (.2) Receive order acknowledging stipulation of dismissal of Superior appeal. (.1) Receive and review objection to plan filed by Joplin. (.1) Receive and review objection to plan filed Alabama Livestock et al. (.2) | 0.70 hrs. | 310.00 /hr | 217.00 |
| 12/05/12 | STW | Receive final order by District Court re: appeal. (.1) Receive and review order approving order on motion to compromise between Trustee and First Bank. (.1) Receive and review report of trustee on receipt of provisional ballots and plan voting and certification of ballot report. (.2) | 0.40 hrs. | 310.00 /hr | 124.00 |
| 12/06/12 | STW | Receive order granting motion to suspend deadlines in First Bank appeal (.1) Receive brief in support of amended chapter 11 plan and Mr. Knauer's affidavit. (.3) Receive Joplins' notice of change to acceptance of plan. (.1) Receive proposed agenda for hearing on plan confirmation. (.1) | 0.60 hrs. | 310.00 /hr | 186.00 |
| 12/07/12 | STW | Receive and review Notice of Change of Ballot from AB Livestock. (.1) Receive and review minute entry confirming plan over objections. (.1) | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/10/12 | STW | Receive and review motion to approve additional immaterial modification to Trustee's First Amended Ch. 11 plan on shortened and limited notice and motion to shorten notice time. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/12/12 | STW | Receive and review Bluegrass' objections to professional fees of Trustee, FBD, KGR, Hoover Hull and DSI.  Call Ms. Hall and Toner re: same.  Receive and review US Trustee's objections to professional fees of Trustee and FBD.  Receive and review Alabama Livestock et al's objections to professional fees of Trustee, KGR, Hoover Hull, FBD and DSI. | 0.70 hrs. | 310.00 /hr | 217.00 |
| 12/13/12 | STW | Calls to/from Mr. Knauer, Trustee, and Ms. Hall re: objections to professional fees.  Call Ms. Goss re: motion to quash moot.  E-mail Ms. Hall re: same. | 0.30 hrs. | 310.00 /hr | 93.00 |
| 12/14/12 | STW | Call and e-mail Mr. Knauer, Trustee, and Ms. Hall, co-counsel, re: hearing on fee application. Review agenda for omnibus hearing. | 0.30 hrs. | 310.00 /hr | 93.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. 08728 00001 | | Invoice No. 36259 | | Page 2 |
|---|---|---|---|---|

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/12 | STW | Prepare for and participate in omnibus hearing on fee applications and motion to quash by phone. (1.0) Call from Mr. Toner re: same and criminal counsel for T. Gibson and S. McDonald. (.2) E-mail Mr. Toner re: contact information for criminal counsel for T. Gibson and S. McDonald. (.1) Receive order confirming Ch. 11 plan. (.2) Receive and review minute entry re: hearing. (.1) | 1.60 hrs. | 310.00 /hr | 496.00 |
| 12/18/12 | STW | Receive orders granting fee application for Hoover Hull and KGR. Receive and review order mooting motion to quash. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/20/12 | STW | Receive and review Notice of Entry of Confirmation Order, Occurrence of Effective Date and Notice of Other Information | 0.10 hrs. | 310.00 /hr | 31.00 |
| 12/27/12 | STW | E-mail from Ms. Delcotto re: order on fee award. Call Ms. Goss re: same. Draft amended order. | 0.40 hrs. | 310.00 /hr | 124.00 |
| | | | | **Total Fees** | **$1,829.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| Date | Description | Amount |
|---|---|---|
| 12/01/12 | Litigation Support Vendors - PACERS SERVICE CENTER | 3.70 |
| 12/31/12 | Photocopy Charges | 43.00 |
| 12/31/12 | On-Line Research | 38.03 |
| | **Total Disbursements & Facility Charges** | **$84.73** |

| | |
|---|---|
| **Current Charges** | $1,913.73 |
| Net Balance Forward | $93,761.35 |
| **PLEASE PAY THIS AMOUNT**............. | $95,675.08 |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 5.90 | 310.00 | $1,829.00 |
| | | 5.90 | | $1,829.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

Attorneys at Law

Phone: 317-822-4400  
Fax:   317-822-0234

111 Monument Circle . Suite 4400 . P.O. Box 44989  
Indianapolis, IN  46244-0989

FEIN 35-2138424  
Terms: Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 02/01/13 | **Invoice No.** | | 36375 |
| **Billed through** | 01/31/13 | **File No.  JDH** | 08728 | 00001 |

Kroger, Gardis & Regas, LLP  
Attn: Jim Knauer  
111 Monument Circle, Suite 900  
Indianapolis, IN  46204

RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/13 | STW | Receive and review First Bank's withdrawal of objection to purchase money claims report and proofs of claim (.1). Receive e-mail from District Court re: dismissal of First Bank's appeal. (.1) E-mails to/from Ms. Lynch re: GP Cattle bank statements. (.2)  Search for same in Metcalfe County records. (.9) | 1.30 hrs. | 310.00 /hr | 403.00 |
| 01/03/13 | STW | Review Metcalfe County records for bank statements for GP Cattle and Tom Gibson and e-mail to Ms. Lynch per her request. (.7)  E-mail from Ms. Hall re: fee applications and invoices.(.1) | 0.80 hrs. | 310.00 /hr | 248.00 |
| 01/04/13 | STW | Search for bank records for accounts for T. Gibson for L. Lynch | 0.50 hrs. | 310.00 /hr | 155.00 |
| 01/11/13 | STW | Receive and review Blugrass' Objection to Trustee's motion to dismiss appeal | 0.20 hrs. | 310.00 /hr | 62.00 |
| 01/14/13 | STW | Review Alabama Livestock's response in opposition to motion to dismiss appeals. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 01/15/13 | STW | Receive order denying Kentucky Cattlemen Association's motion to remove trustee. | 0.10 hrs. | 310.00 /hr | 31.00 |
| 01/31/13 | STW | *** NO CHARGE ***  E-mail invoices to Ms. Hall per request. | 0.20 hrs. | 0.00 /hr | 0.00 |

Total Fees  $961.00

DISBURSEMENTS & FACILITY CHARGES

| | | |
|---|---|---|
| 01/01/13 | Litigation Support Vendors - PACER SERVICE CENTER | 0.90 |
| 01/01/13 | Litigation Support Vendors - PACER SERVICE CENTER | 1.70 |
| 01/31/13 | Photocopy Charges | 6.80 |

Total Disbursements & Facility Charges  $9.40

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No.  08728  00001 | Invoice No.  36375 | Page  2 |

|  | Current Charges | $970.40 |
|  | Net Balance Forward | $95,675.08 |
|  | **PLEASE PAY THIS AMOUNT**............ | **$96,645.48** |

TIMEKEEPER SUMMARY

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 3.10 | 310.00 | $961.00 |
|  |  | 3.30 |  | $961.00 |

This statement contains information protected by the attorney-client and/or attorney work product privileges.

# HOOVER HULL LLP

Attorneys at Law

Phone: 317-822-4400  
Fax: 317-822-0234

111 Monument Circle . Suite 4400 . P.O. Box 44989  
Indianapolis, IN 46244-0989

FEIN 35-2138424  
Terms: Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | 03/01/13 | **Invoice No.** | 36442 |
| **Billed through** | 02/28/13 | **File No.  JDH** | 08728   00001 |

Kroger, Gardis & Regas, LLP  
Attn: Jim Knauer  
111 Monument Circle, Suite 900  
Indianapolis, IN 46204

**RE: SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | |
|---|---|---|---|---|---|
| 02/19/13 | STW | Receive and review Joplin's disclaimer of interest in purchase money escrow proceeds. | | | |
| | | | 0.10 hrs. | 310.00 /hr | 31.00 |
| 02/20/13 | STW | *** NO CHARGE *** Call Mr. Knauer, Trustee, re: status of case. | | | |
| | | | 0.10 hrs. | 0.00 /hr | 0.00 |
| | | | | **Total Fees** | **$31.00** |

| | |
|---|---|
| **Current Charges** | $31.00 |
| Net Balance Forward | $96,645.48 |
| **PLEASE PAY THIS AMOUNT............** | **$96,676.48** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 0.10 | 310.00 | $31.00 |
| | | 0.20 | | $31.00 |

This statement contains information protected by the attorney-client and/or attorney work product privileges.