UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC              CASE NO. 10-93904
                                                                               CHAPTER 11

     DEBTOR

## AGREED ENTRY EXTENDING DEADLINES REGARDING C&M CATTLE SETTLEMENT FUNDS ESCROWED BY TRUSTEE

Come Bluegrass Stockyards, LLC ("Bluegrass") and James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Trustee"), by counsel, and for their Agreed Entry to extend the deadlines set forth in their prior Agreed Entry regarding Motion to Approve Compromise and Settlement with C&M Cattle [ECF No. 1716] (the "Prior Agreed Entry") approved by prior Order of this Court [ECF No. 1723], respectfully state as follows:

WHEREAS, pursuant to the Prior Agreed Entry, the Trustee is holding in escrow funds totaling $32,355.13 (the "C&M Funds"), which represent a portion of the proceeds that the Trustee received from C&M Cattle as part of a settlement approved by Order of this Court [ECF No. 1720] on January 8, 2013.

WHEREAS, pursuant to the Prior Agreed Entry, the Trustee is to hold the C&M Funds in escrow until the earlier of: (a) 60 days from the date of an order approving the settlement with C&M Cattle, and (b) the date the Court enters an order approving a settlement between Bluegrass and certain of its related entities (collectively, the "Bluegrass Companies") and the Trustee.

WHEREAS, pursuant to the Prior Agreed Entry, upon the occurrence of either of the conditions described above, Bluegrass has 30 days from the occurrence of the condition to

amend the current contested matter involving certain of the Bluegrass Companies and the Trustee related to cattle sales proceeds (the "Contested Matter") and assert an interest in the C&M Funds.

WHEREAS, the Bluegrass Companies are in the process of finalizing a settlement with the Trustee of certain claims and causes of action in the above-captioned bankruptcy case and related matters, and the parties anticipate that a motion requesting this Court's approval of this settlement will be filed in the near future;

NOW, THEREFORE, IT IS HEREBY AGREED as follows:

1. Bluegrass shall have until Wednesday, May 8, 2013 to amend the Contested Matter and assert an interest in the C&M Funds.

2. The Trustee shall continue to hold the C&M Funds in escrow through and including May 8, 2013; provided, however, that to the extent that Bluegrass amends the Contested Matter and asserts an interest in the C&M Funds on or before Wednesday, May 8, 2013, the Trustee shall continue to hold the C&M Funds in escrow pending final disposition of the Contested Matter.

3. Upon final approval of the anticipated settlement between the Bluegrass Companies and the Trustee, all claims of Bluegrass to the C&M Funds will be waived and released.

**SEEN AND AGREED TO BY:**

| | |
|---|---|
| DELCOTTO LAW GROUP PLLC | FAEGRE BAKER DANIELS LLP |
| /s/ Amelia Martin Adams, Esq. | /s/ Terry E. Hall, Esq. |
| KY Bar No. 93038 | 300 N. Meridian Street, Suite 2700 |
| 200 North Upper Street | Indianapolis, Indiana 46204 |
| Lexington, KY 40507 | Telephone: (317) 237-1230 |
| Telephone: (859) 231-5800 | Facsimile: (317) 237-8418 |
| Facsimile: (859) 281-1179 | Terry.Hall@faegrebd.com |
| aadams@dlgfirm.com | COUNSEL FOR TRUSTEE |
| COUNSEL FOR THE BLUEGRASS COMPANIES | JAMES A. KNAUER |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| David L. Abt | davidabt@mwt.net |
| Amelia Martin Adams | aadams@dlgfirm.com, dlgecf@dlgfirm.com; dlgecfs@gmail.com |
| John W. Ames | james@bgdlegal.com, smays@bgdlegal.com; tmills@bgdlegal.com |
| Jerald I. Ancel | jancel@taftlaw.com, ecfclerk@taftlaw.com; krussell@taftlaw.com |
| T. Kent Barber | kbarber@dlgfirm.com, dlgecf@dlgfirm.com; dlgecfs@gmail.com |
| Robert A. Bell | rabell@vorys.com, dmchilelli@vorys.com |
| C. R. Bowles | cbowles@bgdlegal.com, mays@bgdlegal.com; cjenkins@bgdlegal.com |
| Steven A. Brehm | sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com; smays@bgdlegal.com |
| Kent A Britt | kabritt@vorys.com, cbkappes@vorys.com; dfhine@vorys.com; tbfinney@vorys.com |
| Kayla D. Britton | kayla.britton@faegrebd.com, sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com |
| Joe Lee Brown | Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant | courtmail@fbhlaw.net |
| John R. Burns | john.burns@faegrebd.com, sandy.rhoads@faegrebd.com; oliana.nansen@faegrebd.com |
| John R. Carr | jrciii@acs-law.com, sfinnerty@acs-law.com |
| James M. Carr | jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com; becky.turner@faegrebd.com |
| Deborah Caruso | dcaruso@daleeke.com, mthomas@daleeke.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Joshua Elliott Clubb | joshclubb@gmail.com |
| Jason W. Cottrell | jwc@stuartlaw.com, jbr@stuartlaw.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com |
| Jack S Dawson | jdawson@millerdollarhide.com, jowens@millerdollarhide.com; receptionist@millerdollarhide.com |
| Dustin R. DeNeal | dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com; |

| | |
|---|---|
| | sarah.herendeen@faegrebd.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com; efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@ficlaw.com, knorwick@ficlaw.com |
| Trevor L. Earl | tearl@rwsvlaw.com |
| Shawna M. Eikenberry | shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com |
| Jeffrey R. Erler | jeffe@bellnunnally.com |
| William K. Flynn | wkflynn@strausstroy.com, fmtuttle@strausstroy.com; rlshapiro@strausstroy.com |
| Robert H. Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com, smattingly@dsf-atty.com |
| Peter M. Gannott | pgannott@gannottlaw.com, paralegal@gannottlaw.com; gannottlaw@gmail.com |
| Melissa S. Giberson | msgiberson@vorys.com |
| Thomas P. Glass | tpglass@strausstroy.com |
| Jeffrey J. Graham | jgraham@taftlaw.com, ECFClerk@taftlaw.com; dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com |
| Terry E. Hall | terry.hall@faegrebd.com, sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com |
| John David Hoover | jdhoover@hooverhull.com |
| John Huffaker | john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com; rhonda.rogers@sprouselaw.com |
| Jeffrey L. Hunter | jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov |
| Jay Jaffe | jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com |
| Todd J. Johnston | tjohnston@mcjllp.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Jill Zengler Julian | Jill.Julian@usdoj.gov |
| Jay P. Kennedy | jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com |
| Edward M. King | tking@fbtlaw.com, dgioffre@fbtlaw.com |
| James A. Knauer | jak@kgrlaw.com, tjf@kgrlaw.com |
| Erick P. Knoblock | eknoblock@daleeke.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com |
| David A. Laird | david.laird@moyewhite.com, lisa.oliver@moyewhite.com; deanne.stoneking@moyewhite.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Elliott D. Levin | edl@rubin-levin.net, atty_edl@trustesolutions.com |
| Elliott D. Levin | robin@rubin-levin.net, dl@trustesolutions.com;edl@trustesolutions.net |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com |
| James B. Lind | jblind@vorys.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net; shannon@lovell-law.net;paula@lovell-law.net |
| Harmony A. Mappes | harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com; sarah.herendeen@faegrebd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com |
| Michael W. McClain | mike@kentuckytrial.com, laura@kentuckytrial.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James Edwin McGhee | mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com; belliott@derbycitylaw.com;patenaude@derbycitylaw.com |
| William Robert Meyer | rmeyer@stites.com |
| Christie A. Moore | cm@gdm.com, ljs2@gdm.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com; donna.hinkle@crowedunlevy.com; karol.brown@crowedunlevy.com |
| Walter Scott Newbern | wsnewbern@msn.com |

4

| | |
|---|---|
| Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com |
| Matthew J. Ochs | kim.maynes@moyewhite.com |
| Michael Wayne Oyler | moyler@rwsvlaw.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com |
| Wendy W. Ponader | wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Anthony G. Raluy | traluy@fbhlaw.net |
| Eric C. Redman | ksmith@redmanludwig.com, kzwickel@redmanludwig.com; myecfmailrl@gmail.com |
| Eric W. Richardson | ewrichardson@vorys.com, bjtobin@vorys.com |
| Joe T. Roberts | jratty@windstream.net |
| Mark A. Robinson | mrobinson@vhrlaw.com, dalbers@vhrlaw.com |
| John M. Rogers | johnr@rubin-levin.net, susan@rubin-levin.net |
| Joseph H. Rogers | jrogers@millerdollarhide.com, cdow@millerdollarhide.com |
| Jeremy S. Rogers | Jeremy.Rogers@dinslaw.com |
| James E. Rossow | jim@rubin-levin.net, susan@rubin-levin.net; ATTY_JER@trustesolutions.com |
| Steven Eric Runyan | ser@kgrlaw.com |
| Thomas C Scherer | tscherer@bgdlegal.com, mmcclain@bgdlegal.com |
| Stephen E. Schilling | seschilling@strausstroy.com |
| Ivana B. Shallcross | ishallcross@bgdlegal.com, smays@bgdlegal.com; tmills@bgdlegal.com; acoates@bgdlegal.com |
| William E Smith | wsmith@k-glaw.com, pballard@k-glaw.com |
| James E. Smith | jsmith@smithakins.com, legalassistant@smithakins.com |
| Amanda Dalton Stafford | ads@kgrlaw.com |
| Robert K. Stanley | robert.stanley@FaegreBD.com |
| Joshua N. Stine | kabritt@vorys.com |
| Andrew D. Stosberg | astosberg@lloydmc.com |
| Matthew R. Strzynski | mstrzynski@kdlegal.com, Tsylvester@kdlegal.com |
| Meredith R. Thomas | mthomas@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com, donna.hinkle@crowedunlevy.com |
| Kevin M. Toner | kevin.toner@faegrebd.com, judy.ferber@faegrebd.com; crystal.hansen@faegrebd.com |
| Christopher M. Trapp | ctrapp@rubin-levin.net, carmen@rubin-levin.net; lemerson@rubin-levin.net |
| Chrisandrea L. Turner | clturner@stites.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Andrea L. Wasson | andrea@wassonthornhill.com |
| Jennifer Watt | jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com, vwilliams@hooverhull.com |
| Michael Benton Willey | michael.willey@ag.tn.gov |
| Jessica E. Yates | jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com |
| James T. Young | james@rubin-levin.net, lemerson@rubin-levin.net; carmen@rubin-levin.net |

/s/ Amelia Martin Adams, Esq.
COUNSEL FOR THE
BLUEGRASS COMPANIES

Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Pleadings\C&M Agreed Entry Extension 20130311.doc