# **EXHIBIT "B"**
# Summary of Time

| Atty/Para | Rate | Case Sp Cnsl hours | Sp Cnsl fees | Abliene Tx. Foods Hours | Abliene Tx. Foods Fees | ADM Hours | ADM Fees | Alabama Hours | Alabama Fees | Animal Profiling Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| JPK | 175 | 80.10 | $ 14,017.50 | | $ - | | | | $ - | 2.00 |
| JWL | 175 | | $ - | | $ - | 5.60 | $ 980.00 | | $ - | |
| JLW | 175 | 56.40 | $ 9,870.00 | | $ - | | $ - | 15.60 | $ 2,730.00 | 0.60 |
| ADS | 175 | 127.70 | $ 22,347.50 | | $ - | 12.90 | $ 2,257.50 | 0.30 | $ 52.50 | 14.40 |
| TJF | 125 | 22.20 | $ 2,775.00 | | $ - | 31.80 | $ 5,565.00 | 3.40 | $ 425.00 | 2.00 |
| KDK | 175 | | $ - | | $ - | 0.90 | $ 112.50 | | $ - | |
| HKM | 175 | 4.20 | $ 735.00 | | $ - | | $ - | | $ - | |
| SER | 175 | 2.90 | $ 507.50 | | $ - | 0.40 | $ 70.00 | | $ - | |
| CLB | 125 | 0.60 | $ 75.00 | | $ - | 52.10 | $ 9,117.50 | | $ - | |
| Total | | | | | | | | | | |

1

| Animal Profiling Fees | Arab hours | Arab fees | Ashville Hours | Ashville Fees | B&B Hours | B&B Fees | Beard Hours | Beard Fees | Belleau Woods Hours | Belleau Woods Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 350.00 | | $ - | | $ - | 1.30 | $ 227.50 | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ 105.00 | 0.80 | $ 140.00 | 14.90 | $ 2,607.50 | 45.30 | $ 7,927.50 | 2.20 | $ 385.00 | 4.30 | $ 752.50 |
| $ 2,520.00 | 0.20 | $ 35.00 | 0.30 | $ 52.50 | 2.50 | $ 437.50 | 0.90 | $ 157.50 | | $ - |
| $ 250.00 | 2.10 | $ 262.50 | 3.30 | $ 412.50 | 2.10 | $ 262.50 | 2.10 | $ 262.50 | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - |

2

3

| Billingsley Hours | Billingsley Fees | Blanton Hours | Blanton Fees | Bradbury & York Hours | Bradbury & York Fees | Carroll Co. Hours | Carroll Co. Fees | Cav Hours | Cav Fees | Chase hours | Chase Fees | Chastain Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | $ - |  | $ - | 0.60 | $ 105.00 |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - | 4.20 | $ 735.00 | 0.60 |
| 12.60 | $ 2,205.00 | 1.00 | $ 175.00 | 37.10 | $ 6,492.50 | 10.50 | $ 1,837.50 | 0.90 | $ 157.50 |  | $ - | 0.80 |
| 0.10 | $ 17.50 | 0.50 | $ 87.50 | 2.60 | $ 455.00 | 1.10 | $ 192.50 | 0.80 | $ 140.00 | 1.00 | $ 175.00 | 0.70 |
| 0.70 | $ 87.50 | 1.50 | $ 187.50 | 2.90 | $ 362.50 | 0.70 | $ 87.50 | 1.90 | $ 237.50 |  | $ - | 2.70 |
|  | $ - |  | $ - | 0.80 | $ 140.00 |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |

| Chastain Fees | Christenson Hours | Christenson Fees | Circle M Hours | Circle M Fees | Coffey Hours | Coffey Fees | Corbin hours | Corbin Fees | Cornelison Hours | Cornelison Fees | Donnell hours | Donnell fees | ECC hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 105.00 | | $ - | | $ - | | $ - | | $ - | 0.30 | $ 52.50 | | $ - | |
| $ - | | $ - | | $ - | | $ - | 4.10 | $ 717.50 | | $ - | | $ - | |
| $ 140.00 | 2.80 | $ 490.00 | 0.80 | $ 140.00 | 7.00 | $ 1,225.00 | | $ - | 1.60 | $ 280.00 | 0.50 | $ 87.50 | 11.40 |
| $ 122.50 | 0.70 | $ 122.50 | | $ - | 0.80 | $ 140.00 | | $ - | 0.10 | $ 17.50 | 0.70 | $ 122.50 | |
| $ 337.50 | 1.90 | $ 237.50 | 1.90 | $ 237.50 | 1.80 | $ 225.00 | | $ - | 2.90 | $ 362.50 | 2.40 | $ 300.00 | 1.30 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |

4

| ECC fees | Edens hours | Edens fees | Elder hours | Elder fees | Freeman hours | Freeman fees | Ft. Payne hours | Ft. Payne fees | Gaines hours | Gaines fees | Garrett hours | Garrett fees | Gettlefinger hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ - |  | $ - | 2.70 | $ 472.50 |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - | 5.50 | $ 962.50 |  | $ - |  | $ - |  | $ - | 1.20 | $ 210.00 |  |
| $ - |  | $ - | 0.50 | $ 87.50 |  | $ - |  | $ - |  | $ - |  | $ - | 1.30 |
| $ 1,995.00 | 3.50 | $ 612.50 | 16.40 | $ 2,870.00 | 2.10 | $ 367.50 | 1.30 | $ 227.50 |  | $ - | 5.40 | $ 945.00 | 1.90 |
| $ 162.50 |  | $ - | 1.90 | $ 237.50 | 0.40 | $ 70.00 | 0.30 | $ 52.50 |  | $ - | 3.50 | $ 437.50 | 2.40 |
| $ - |  | $ - |  | $ - | 0.40 | $ 50.00 | 2.80 | $ 350.00 | 0.70 | $ 87.50 |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |

| Gettlefinger fees | Grove hours | Grove fees | Hatcher hours | Hatcher fees | Randy Hoover & Sons hours | Randy Hoover & Sons fees | J. Hoover hours | J. Hoover fees | Hustbourne hours | Hustbourne fees | J&L hours | J&L fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ - | 0.10 | $ 17.50 | 0.30 | $ 52.50 | 0.30 | $ 52.50 | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ 227.50 | 2.20 | $ 385.00 | 1.10 | $ 192.50 | 7.50 | $ 1,312.50 | 0.80 | $ 140.00 | | $ - | 1.10 | $ 192.50 |
| $ 332.50 | 0.30 | $ 52.50 | 1.60 | $ 280.00 | 0.70 | $ 122.50 | | $ - | 5.80 | $ 1,015.00 | 0.20 | $ 35.00 |
| $ 300.00 | 1.90 | $ 237.50 | 2.50 | $ 312.50 | 4.40 | $ 550.00 | 0.40 | $ 50.00 | 0.50 | $ 62.50 | 2.00 | $ 250.00 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |

6

| Krantz hours | Krantz fees | Kropf hours | Kropf fees | Loveland hours | Loveland fees | MacAllister hours | MacAllister fees | Macon hours | Macon fees | Manthey hours | Manthey fees | Martin Pringle Oliver Wallace & Bauer hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | $ - | 0.70 | $ 122.50 | 0.50 | $ 87.50 |  | $ - |  | $ - |  | $ - | 0.60 |
|  | $ - |  | $ - |  | $ - | 3.90 | $ 682.50 |  | $ - |  | $ - |  |
| 1.40 | $ 245.00 | 23.70 | $ 4,147.50 | 0.90 | $ 157.50 |  | $ - | 13.30 | $ 2,327.50 | 1.40 | $ 245.00 | 1.20 |
|  | $ - | 1.30 | $ 227.50 | 1.00 | $ 175.00 |  | $ - | 0.10 | $ 17.50 |  | $ - | 1.00 |
| 0.50 | $ 62.50 | 3.40 | $ 425.00 | 2.00 | $ 250.00 |  | $ - | 0.50 | $ 62.50 | 0.80 | $ 100.00 | 1.90 |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |

7

8

| Martin Pringle Oliver Wallace & Bauer fees | Martin Farms hours | Martin Farms fees | Mooney hours | Mooney fees | Musick hours | Musick fees | NW Alabama hours | NW Alabama fees | PBI Bank hours | PBI Bank fees | Peoples hours | Peoples fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 105.00 | | $ - | | $ - | | $ - | | | | | | |
| $ - | | $ - | | $ - | | $ - | 2.20 | $ 385.00 | 0.60 | $ 105.00 | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ 210.00 | 0.80 | $ 140.00 | 0.80 | $ 140.00 | 1.10 | $ 192.50 | 5.10 | $ 892.50 | 1.40 | $ 245.00 | 14.60 | $ 2,555.00 |
| $ 175.00 | 0.20 | $ 35.00 | 0.50 | $ 87.50 | 0.50 | $ 87.50 | 0.80 | $ 140.00 | 0.20 | $ 35.00 | 0.30 | $ 52.50 |
| $ 237.50 | 3.30 | $ 412.50 | 1.90 | $ 237.50 | 3.40 | $ 425.00 | 0.80 | $ 100.00 | 2.40 | $ 300.00 | 3.40 | $ 425.00 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |

| D. Phillips hours | D. Phillips fees | R. Rawls hours | R. Rawls fees | River Bend hours | River Bend fees | Brad R. hours | Brad R. fees | S. Coffeyville hours | S. Coffeyville fees | Salem hours | Salem fees | Sand Mtn hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.00 | $ 1,225.00 |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - | 0.30 |
|  | $ - | 15.50 | $ 2,712.50 | 2.20 | $ 385.00 | 0.70 | $ 122.50 | 2.00 | $ 350.00 | 1.40 | $ 245.00 | 3.70 |
| 9.00 | $ 1,575.00 | 18.50 | $ 3,237.50 | 1.80 | $ 315.00 | 0.20 | $ 35.00 | 0.20 | $ 35.00 |  | $ - | 0.50 |
|  | $ - | 0.50 | $ 62.50 | 2.70 | $ 337.50 | 1.90 | $ 237.50 | 0.50 | $ 62.50 | 0.50 | $ 62.50 | 0.30 |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |

9

| Sand Mtn fees | Schuchmann hours | Schuchmann fees | Scotts Hill hours | Scotts Hill fees | Susan Scott hours | Susan Scott fees | Chris Smith hours | Chris Smith Fees | B. Stewart hours | B. Stewart fees | D. Stewart hours | D. Stewart fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 52.50 | 0.20 | $ 35.00 | 0.20 | $ 35.00 | 1.30 | $ 227.50 | | $ - | 0.20 | $ 35.00 | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ 647.50 | | $ - | 1.30 | $ 227.50 | 6.50 | $ 1,137.50 | | $ - | 2.00 | $ 350.00 | 0.80 | $ 140.00 |
| $ 87.50 | 20.10 | $ 3,517.50 | | $ - | 0.20 | $ 35.00 | 0.40 | $ 70.00 | 2.50 | $ 437.50 | 2.00 | $ 350.00 |
| $ 37.50 | 1.60 | $ 200.00 | 0.80 | $ 100.00 | 2.60 | $ 325.00 | | $ - | 1.90 | $ 237.50 | 1.90 | $ 237.50 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |

| Stoops hours | Stoops fees | Tate hours | Tate fees | Tennessee Valley hours | Tennessee Valley fees | Thompson Beef hours | Thompson Beef fees | Tulsa hours | Tulsa fees | UW Apts. Hours | UW Apts fees | Walco hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ - | 0.40 | $ 70.00 | 0.20 | $ 35.00 | 1.60 | $ 280.00 | | $ - | | $ - | |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 0.20 | $ 35.00 | 8.10 | $ 1,417.50 | 3.10 | $ 542.50 | 1.10 | $ 192.50 | 0.80 | $ 140.00 | | $ - | 0.20 |
| 0.50 | $ 87.50 | 1.40 | $ 245.00 | 0.50 | $ 87.50 | 0.40 | $ 70.00 | 0.20 | $ 35.00 | 0.40 | $ 70.00 | 0.20 |
| | $ - | 3.00 | $ 375.00 | 0.30 | $ 37.50 | 2.70 | $ 337.50 | 2.00 | $ 250.00 | | $ - | 1.90 |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |

11

| Walco fees | White hours | White fees | Winningham hours | Winningham fees | Witt hours | Witt fees | Zeisler hours | Zeisler fees | Total hours per Atty/Para | Total fees per Atty/Para |
|---|---|---|---|---|---|---|---|---|---|---|
| $ - | 0.60 | $ 105.00 | | $ - | | $ - | | $ - | 111.7 | $19,547.50 |
| $ - | | $ - | | $ - | | $ - | | $ - | 17.7 | $3,097.50 |
| $ 35.00 | 0.80 | $ 140.00 | 0.80 | $ 140.00 | 0.80 | $ 140.00 | 1.40 | $ 245.00 | 361.3 | $63,227.50 |
| $ 35.00 | 0.20 | $ 35.00 | 0.90 | $ 157.50 | 0.80 | $ 140.00 | | $ - | 306.2 | $53,585.00 |
| $ 237.50 | 2.80 | $ 350.00 | 3.10 | $ 387.50 | 2.40 | $ 300.00 | 0.80 | $ 100.00 | 142.6 | $17,825.00 |
| $ - | | $ - | | $ - | | $ - | | $ - | 0.8 | $140.00 |
| $ - | | $ - | | $ - | | $ - | | $ - | 4.6 | $805.00 |
| $ - | | $ - | | $ - | | $ - | | $ - | 55.0 | $9,625.00 |
| $ - | | $ - | | $ - | | $ - | | $ - | 0.6 | $75.00 |
| | | | | | | | | | | $167,927.50 |

12