**EXHIBIT "C"**
**Summary of Expenses**

| | |
|---|---:|
| Mailing Expense | $ 551.18 |
| Reproduction Expense | $ 820.28 |
| Telephonic Expense | $ 283.67 |
| Filing Fees | $ - |
| Electronic/Skip Tracing Fees | $ 12.00 |
| Expense Reimbursement (Mileage and Parking) | $ 163.68 |
| Title Work/UCC Searches | $ 3.08 |
| Total | $ 1,833.89 |