Eastern Livestock Bankruptcy

March 20, 2013
ACCOUNT NO:   110035-50H
INVOICE NO:   4

re: Trustee

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of \_\_/\_\_/\_\_.
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
   (Trust is not automatically disbursed)
Other Comments_____

_____

|            |     |                                                                                                                                               | Rate   | HOURS |     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|-----|
| 11/01/2012 | JAK | 10 - work on Nu Technologies claims and email correspondence  counsel                                                                         | 475.00 | 0.70  | 936 |
| 11/02/2012 | JAK | 4- pleading review                                                                                                                            | 475.00 | 0.60  | 937 |
| 11/05/2012 | JAK | 4- review of East West Trucking final report                                                                                                  | 475.00 | 0.30  | 938 |
| 11/06/2012 | JAK | 10  review of final Blue Grass settlement and execute same and email correspondence  T Hall                                                   | 475.00 | 0.40  | 939 |
| 11/07/2012 | JAK | 10  review of BACA County Feed Yard Settlement and email correspondence  Kayla re same; execute agreement and transmit to counsel             | 475.00 | 0.40  | 940 |
| 11/08/2012 | JAK | 10  review of Bluegrass revised settlement agreement and motion to settle                                                                     | 475.00 | 0.50  | 941 |
|            | JAK | 10  review of revised Superior settlement agreement redline and 5/3 comments; review of other versions and revisions throughout the day       | 475.00 | 1.40  | 942 |
|            | JAK | 4- pleading reviews ELC and Gibson                                                                                                            | 475.00 | 0.40  | 943 |
|            | JAK | 10  litigation consulting with Jay Kennedy on upcoming filings on preference and note cases                                                   | 475.00 | 0.40  | 944 |
|            | JAK | 10  receive settlement proposal and analysis for National Livestock Video Auction from Kevin Toner and email correspondence  with Toner re same | 475.00 | 0.50  | 945 |
| 11/09/2012 | JAK | 10  review of newly revised Superior settlement agreement                                                                                     | 475.00 | 0.40  | 946 |
|            | JAK | 10  additional email correspondence  regarding Bluegrass settlement new issues re Willie Downs                                                | 475.00 | 0.20  | 947 |

Case 10-93904-BHL-11   Doc 1907-1   Filed 03/20/13   EOD 03/20/13 15:42:16   Pg 2 of 13

Eastern Livestock Bankruptcy
March 20, 2013
ACCOUNT NO:       110035-50H
INVOICE NO:                     4

re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
|  | JAK | 10  review of settlement on Texas Interpleader Claims and email correspondence  counsel re same | 475.00 | 0.60 | 948 |
| 11/12/2012 | JAK | 10 - Call from T Hall to discuss Superior and Bluegrass settlement issues | 475.00 | 0.20 | 949 |
|  | JAK | 4- call with T Hall to discuss plan voting issues | 475.00 | 0.20 | 950 |
|  | JAK | 4- arrange payroll wire | 475.00 | 0.20 | 951 |
|  | JAK | 10- review of Superior settlement motion and order | 475.00 | 0.50 | 952 |
| 11/13/2012 | JAK | 4-  Call from Sean White to discuss fee application issues | 475.00 | 0.20 | 953 |
|  | JAK | 10  email correspondence  with T Hall on Superior settlement | 475.00 | 0.20 | 954 |
| 11/14/2012 | JAK | 10- conference call with T Hall and K Toner concerning Laurel settlement and Willie Downs settlement and analysis of financial terms | 475.00 | 0.50 | 955 |
|  | JAK | 10  multiple calls with T Hall on Bluegrass, Laurel Livestock and other settlements | 475.00 | 0.60 | 956 |
| 11/15/2012 | JAK | 10- review of lengthy 7th draft of Trustee's Supplemental Brief in Support of Motion for Summary Judgment regarding Interpleaded funds; e-mail correspondence with  counsel re same | 475.00 | 0.80 | 957 |
|  | JAK | 10  review of correspondence on Amos Kropf preference demand and email correspondence Kayla Britton | 475.00 | 0.30 | 958 |
| 11/16/2012 | JAK | 6  work on fee application  reviewing time | 475.00 | 1.20 | 977 |
| 11/19/2012 | JAK | 4- omnibus hearing | 475.00 | 0.60 | 959 |
|  | JAK | 6- Email corresp regarding preparation of fee agreements; call with Jim Carr re same; call with T Hall re same | 475.00 | 0.70 | 960 |
|  | JAK | 6- Work on fee Trustee application | 475.00 | 1.00 | 961 |
| 11/20/2012 | JAK | 6 - Continue work on fee request | 475.00 | 1.00 | 962 |
|  | JAK | 6 - Review KGR fee request | 475.00 | 0.40 | 963 |
|  | JAK | 6 - Review of Hoover Hull fee request | 475.00 | 0.60 | 964 |
|  | JAK | 1 - Email correspondence  (several) with K Toner on new Gary Seals discounted payoff proposal | 475.00 | 0.30 | 965 |
|  | JAK | 10 - Email correspondence  Terry Hall on Bluegrass |  |  |  |

Case 10-93904-BHL-11   Doc 1907-1   Filed 03/20/13   EOD 03/20/13 15:42:16   Pg 3 of 13

Eastern Livestock Bankruptcy
re: Trustee

March 20, 2013
ACCOUNT NO:    110035-50H
INVOICE NO:              4

| Date | Atty | Description | Rate | HOURS | | # |
|---|---|---|---|---|---|---|
| | | issues and call with T Hall re same | 475.00 | 0.40 | | 966 |
| | JAK | 10- Email correspondence re extension of time on appeal for Newburn | | 0.20 | N/C | 967 |
| | JAK | 10- Email correspondence with Kayla on preference settlement | 475.00 | 0.20 | | 968 |
| | JAK | 10- review of listing of Bluegrass Affiliates re settlement | 475.00 | 0.20 | | 969 |
| | JAK | 10 review of terms of Randy Hoover settlement proposal of preference and email correspondence K Britton | 475.00 | 0.30 | | 970 |
| | JAK | 4- review of and revisions to letter sent to secured and priority objection claimants | 475.00 | 0.70 | | 971 |
| | JAK | 10 - Review of preference correspondence on Cornelison Farms claims and email correspondence re same | 475.00 | 0.30 | | 972 |
| | JAK | 4- review of pleading re Gibson sale of Smith Farm | 475.00 | 0.30 | | 973 |
| | JAK | 10- review of docs and correspondence re J&L Cattle preference claims and comments | 475.00 | 0.30 | | 974 |
| | JAK | 10- review of settlement on C&L Cattle AR claims and email correspondence re same to K Britton | 475.00 | 0.30 | | 975 |
| | JAK | 10 review of Peoples Bank and James Brass proposed settlement and comments to counsel | 475.00 | 0.30 | | 976 |
| 11/21/2012 | JAK | 4- review of accumulated and current pleadings | 475.00 | 1.50 | | 978 |
| 11/26/2012 | JAK | 10- conference call with Jay Jaffee and Kayla Britton to discuss pending suit against Joplln and case issues | 475.00 | 0.50 | | 979 |
| | JAK | 4 - Arrange payroll and review and pay pending operating bills | 475.00 | 0.60 | | 980 |
| | JAK | 4- pleading review | 475.00 | 0.40 | | 981 |
| 11/27/2012 | JAK | 10 review of terms of Jackie Young settlement offer and approve same | 475.00 | 0.40 | | 982 |
| | JAK | 10 review and approve terms of JSW Feedlot settlement | 475.00 | 0.40 | | 983 |
| 11/28/2012 | JAK | 4- two separate trips go to bank to arrange wire for Superior funding settlement ( bank would not allow electronically due to size) ; also calls to bank on transmission issues | 475.00 | 1.50 | | 984 |

Case 10-93904-BHL-11    Doc 1907-1    Filed 03/20/13    EOD 03/20/13 15:42:16    Pg 4 of 13

Eastern Livestock Bankruptcy
                                                                   March 20, 2013
                                                  ACCOUNT NO:      110035-50H
                                                  INVOICE NO:              4
        re: Trustee

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
|  | JAK | 4- pleading review | 475.00 | 0.40 | 985 |
|  | JAK | 4- call with T Hall on plan and fee issues | 475.00 | 0.30 | 986 |
| 11/29/2012 | JAK | 4- pleading review | 475.00 | 0.30 | 987 |
|  | JAK | 4- review of balloting tabulation | 475.00 | 0.10 | 988 |
|  | JAK | 10- review of preference litigation new case summary from Kayla Britton | 475.00 | 0.30 | 989 |
| 11/30/2012 | JAK | 10 - Email correspondence with T. Hall on Superior settlement funds; go to Chase website to confirm funds transfer and return call to Hall. | 475.00 | 0.40 | 990 |
| 12/03/2012 | JAK | 10 -E-mail correspondence with K Toner on Superior Livestock settlement agreement follow up issues; conference with T Froelich re same | 475.00 | 0.30 | 991 |
|  | JAK | 4- Review of Grant Gibson Complaint and other Gibson filings | 475.00 | 0.50 | 992 |
|  | JAK | 10 receive and review of C&M Cattle settlement agreement, execute and return | 475.00 | 0.30 | 993 |
|  | JAK | 10- email correspondence W Ponader on Rex Stanley Feed Yard settlement; review of prior correspondence from Defense counsel and documents; review status report from W Ponader. | 475.00 | 0.60 | 994 |
|  | JAK | 4- receive billing from Katz Sapper and call to T Hall to discuss; | 475.00 | 0.30 | 995 |
|  | JAK | 4- call to T Hall to discuss current report on plan voting | 475.00 | 0.20 | 996 |
| 12/04/2012 | JAK | 4- Call with T Hall to update on voting analysis on plan and discuss alternative scenarios | 475.00 | 0.30 | 997 |
|  | JAK | 10 review of J Jaffe spreadsheet analysis on Joplin claims; long call with Jaffe on settlement analysis; call to T Hall on possible Joplin settlement | 475.00 | 0.50 | 998 |
|  | JAK | 10- call with Wendy Ponader on Rex Stanley Feed Yard claims and discuss settlement proposal and issues | 475.00 | 0.40 | 999 |
|  | JAK | 10 call with W Ponader and discuss Janousek Farms case and settlement issues | 475.00 | 0.40 | 1000 |
|  | JAK | 4- review of Bluegrass and related creditor objections to plan | 475.00 | 0.30 | 1001 |
|  | JAK | 10 email correspondence with Kayla Britton concerning proposal for settlement of Schroeder |  |  |  |

Eastern Livestock Bankruptcy

re: Trustee

March 20, 2013
ACCOUNT NO: 110035-50H
INVOICE NO: 4

| Date | Atty | Description | Rate | Hours | # |
|---|---|---|---|---|---|
| | | Feedyards claim and response | 475.00 | 0.40 | 1002 |
| | JAK | 4- review of Reed objections to plan | 475.00 | 0.30 | 1003 |
| | JAK | 4 - Review of Scott Newburn objections to plan | 475.00 | 0.20 | 1004 |
| 12/05/2012 | JAK | 10 call from Kayla Britton discuss preference claim against Randy Hoover and Sons; review correspondence and approve counteroffer | 475.00 | 0.50 | 1005 |
| | JAK | 10 - review email from Shiv O'Neil on settlement proposal from Atkinson Livestock; review two years tax returns, review of correspondence between counsel; prepare settlement response to ONeill | 475.00 | 0.70 | 1006 |
| | JAK | 4- long call with T Hall on ballot certification and effect of provisional ballots on plan voting; discuss plan objections and Trustee's brief | 475.00 | 0.60 | 1007 |
| | JAK | 10 - email from J Jaffe on Joplin settlement analyzing effect of estate and 5th Third; call with T Hall re same | 475.00 | 0.40 | 1008 |
| 12/06/2012 | JAK | 4 receive proposed affidavit and brief in support of plan and review of same | 475.00 | 0.50 | 1009 |
| | JAK | 4- to office of counsel (FBD) for meeting concerning plan; | 475.00 | 1.70 | 1010 |
| | JAK | 10 review of Complaints<br>Against Steve Blanton<br>Against Loveland Farms<br>Against Susan Scott<br>Against Brad Robinson<br>Against Danny Stewart<br>Against Clifford Miller d/b/a Circle M<br>Against Pringle / Wallace / Bauer | 475.00 | 1.20 | 1011 |
| | JAK | 10 - Call from T Hall to discuss Agribeef claims and agreement to extend SOL and possible mediation | 475.00 | 0.20 | 1012 |
| | JAK | 4 - Pleading review re AB Cattle and e-mail correspondence with counsel re same | 475.00 | 0.20 | 1013 |
| | JAK | 4 - Review of plan and disclosure statement and objections to prepare for tomorrow's confirmation hearing | 475.00 | 1.50 | 1014 |
| 12/07/2012 | JAK | 11 - Travel | 475.00 | 4.60 | 1015 |
| | JAK | 4 - To Court for hearing on plan and return | 475.00 | 1.50 | 1016 |
| 12/10/2012 | JAK | 4 - Pleading review plan amendments | 475.00 | 0.30 | 1017 |
| | JAK | 10 -E-mail correspondence with counsel on new settlements | 475.00 | 0.40 | 1018 |

Eastern Livestock Bankruptcy

re: Trustee

March 20, 2013
ACCOUNT NO: 110035-50H
INVOICE NO: 4

| Date | Initials | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | JAK | 10 - E-mail correspondence with counsel on new litigation ahead of SOL deadlines | 475.00 | 0.50 | | 1019 |
| | JAK | 10 - Arrange payment of payroll | 475.00 | 0.40 | | 1020 |
| 12/11/2012 | JAK | 10- review of Agribeef tolling agreement and e-mail correspondence with W Ponader re same | 475.00 | 0.40 | | 1021 |
| 12/12/2012 | JAK | 10 review of settlement and release with JSW Feedlot and execute and return same | 475.00 | 0.40 | | 1022 |
| | JAK | 10 e-mail correspondence with T Hall re Agribeef tolling agreement | 475.00 | 0.10 | | 1023 |
| | JAK | 10 -Work on analysis of Northwest Alabama Livestock Auction claim and settlement offer; prepare spreadsheet analysis and email to Jay Kennedy | 475.00 | 0.60 | | 1024 |
| | JAK | 4- Call from Chuck Wharton on fee objections (no charge) | | 0.10 | N/C | 1025 |
| | JAK | 10 review of tolling agreements for Hodge, Shasta & Franklin | 475.00 | 0.20 | | 1026 |
| | JAK | 10 e-mail correspondence with T Hall on Joplin settlement as affecting Agribeef and other releases | 475.00 | 0.30 | | 1027 |
| | JAK | 10 review of second revised Joplin Settlement Agreement | 475.00 | 0.40 | | 1028 |
| | JAK | 4- review of all fee objections | 475.00 | 0.60 | | 1029 |
| 12/13/2012 | JAK | 10- e-mail correspondence with counsel on various Joplin settlement issues and review of revised settle agreements | 475.00 | 0.50 | | 1030 |
| | JAK | 4- call from Sean White on fee objections | 475.00 | 0.20 | | 1031 |
| | JAK | 10 review of complaint against Brian Witt | 475.00 | 0.30 | | 1032 |
| 12/16/2012 | JAK | 4- review of schedule of matters, fees and objections in preparation for tomorrow's hearing; | 475.00 | 0.40 | | 1037 |
| 12/17/2012 | JAK | 11 -travel to and from New Albany for omnibus hearings | 475.00 | 4.00 | | 1038 |
| | JAK | 4 - in court for omnibus hearings | 475.00 | 1.50 | | 1039 |
| | JAK | 10 email correspondence re Agribeef tolling agreement | 475.00 | 0.20 | | 1040 |
| | JAK | 10 -Review of draft RICO and fraud conveyance complaint against ADM and others | 475.00 | 0.40 | | 1041 |

Case 10-93904-BHL-11   Doc 1907-1   Filed 03/20/13   EOD 03/20/13 15:42:16   Pg 7 of 13

Eastern Livestock Bankruptcy

re: Trustee

March 20, 2013
ACCOUNT NO: 110035-50H
INVOICE NO: 4

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 12/18/2012 | JAK | 10 - Review of several proposed complaints and discussion of settlements on several preference cases with Jay Kennedy | 475.00 | 0.70 | 1042 |
| | JAK | 4 - Meeting with Terry Hall to discuss funding transfers and claims analysis and other plan confirmation issues | 475.00 | 2.00 | 1043 |
| 12/20/2012 | JAK | 10 review of NLVA claims analysis spreadsheet and settlement proposal; email of comments to D DeNeal and K Toner | 475.00 | 0.70 | 1044 |
| | JAK | 10 - Review of Coffey Complaint | 475.00 | 0.30 | 1045 |
| | JAK | 10 e-mail correspondence with and call with W Ponader re Janousek settlement offer | 475.00 | 0.20 | 1046 |
| | JAK | 10 e-mail correspondence with J Jaffee on Joplin settlement and review of documents | 475.00 | 0.80 | 1047 |
| | JAK | 10 review of 4 tolling agreements and approval | 475.00 | 0.30 | 1048 |
| | JAK | 4- arrange for payment of ELC office payroll and e-mail correspondence with A Omari re same | 475.00 | 0.40 | 1049 |
| | JAK | 10 review of Chastain Feed and Farm Supply Comp | 475.00 | 0.20 | 1050 |
| | JAK | 10 review of Peoples Livestock Auction Complaint | 475.00 | 0.20 | 1051 |
| | JAK | 10 review of Tim White Complaint | 475.00 | 0.20 | 1052 |
| | JAK | 10 review of Ashville Stockyard Complaint | 475.00 | 0.20 | 1053 |
| | JAK | 10 review of Alabama Livestock Auction Complaint | 475.00 | 0.20 | 1054 |
| 12/21/2012 | JAK | 10 - Long call and e-mail correspondence with Dustin DeNeal and K Toner regarding settlement with NLVA | 475.00 | 0.70 | 1055 |
| | JAK | 10 review Christianson complaint | 475.00 | 0.20 | 1056 |
| 12/26/2012 | JAK | 10 review discussion and spreadsheet concerning possible claims against Dr. James Boyer and respond to D DeNeal | 475.00 | 0.40 | 1057 |
| | JAK | 10 review of complaint against Nancy McDonald and John Gibson | 475.00 | 0.20 | 1058 |
| | JAK | 10 e-mail correspondence re Innovative Livestock | 475.00 | 0.10 | 1059 |
| 12/28/2012 | JAK | 4 -Meeting with T Hall at court to obtain checks from Clerk and then to KGR offices to work on payments of professional fees; | 475.00 | 1.50 | 1060 |
| | JAK | 4 - to Chase to deposit of $5.0M in clerk checks and | | | |

Eastern Livestock Bankruptcy

March 20, 2013

ACCOUNT NO:  110035-50H
INVOICE NO:  4

re: Trustee

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | several calls and then meetings with Chase personnel to obtain release of funds after auto hold places on deposits | 475.00 | 1.50 | 1061 |
| 12/31/2012 | JAK | 4  e-mail correspondence with A Omori on lease renewal and call with Omori | 475.00 | 0.30 | 1062 |
| | JAK | 4- e-mail correspondence with T Hall and calls to and from regarding clearing checks for professional fee payments | 475.00 | 0.30 | 1063 |
| 01/04/2013 | JAK | 4  review and execute settlement for Rex Stanley Feedyards | 475.00 | 0.30 | 1083 |
| | JAK | 4 - review and execute settlement for Thoreson enterprises | 475.00 | 0.20 | 1084 |
| | JAK | 4- review of motion to settle re C& M Cattle | 475.00 | 0.20 | 1085 |
| 01/05/2013 | JAK | 10  review of Stockman Oklahoma Livestock Auction Complaint and exhibits | 475.00 | 0.70 | 1086 |
| | JAK | 10  review Bill Chase complaint | 475.00 | 0.30 | 1087 |
| | JAK | 10  review of Royal Beef / Scott Gibson Complaint | 475.00 | 0.40 | 1088 |
| 01/06/2013 | JAK | 10  review of complaint against Grant Gibson, Atkinson Livestock et al | 475.00 | 0.50 | 1089 |
| | JAK | 10  review of complaint against 2Z Cattle Co. | 475.00 | 0.30 | 1090 |
| | JAK | 10 - review of complaint against Vernon Inman I | 475.00 | 0.40 | 1091 |
| | JAK | 10  review of complaint against Chad Schuchman | 475.00 | 0.40 | 1092 |
| 01/07/2013 | JAK | 4- long call with D Fogle to discuss engagement to track plan distributions and computing true ups | 475.00 | 0.40 | 1064 |
| | JAK | 10  review of complaint against Ernie Elder | 475.00 | 0.50 | 1093 |
| | JAK | 10  review of complaint against Eastern Cattle LLC and OLIM, LLC | 475.00 | 0.50 | 1094 |
| | JAK | 10  review of complaint against John Gibson | 475.00 | 0.40 | 1095 |
| | JAK | 4  review of court opinion in case of Eastern Cattle vs. Bill Day | 475.00 | 0.40 | 1096 |
| | JAK | 10  review of Complaint against Intrust Bank | 475.00 | 0.70 | 1097 |
| 01/08/2013 | JAK | 10- call from Bob Leisure to discuss purchase of Dennis Phillips note | 475.00 | 0.30 | 1065 |
| | JAK | 10  arrange for conference call with J Kennedy and Leisure to discuss Phillips note purchase | 475.00 | 0.40 | 1066 |

Eastern Livestock Bankruptcy

re: Trustee

March 20, 2013
ACCOUNT NO: 110035-50H
INVOICE NO: 4

| Date | Staff | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 4 - Call with Terry Hall re engaging Don Fogle | 475.00 | 0.20 | 1067 |
| 01/10/2013 | JAK | 4 to offices of counsel for meeting with Don Fogle | 475.00 | 0.70 | 1068 |
| | JAK | 4- call from accountants on scheduling meeting | 475.00 | 0.20 | 1069 |
| | JAK | 4- pleading review | 475.00 | 0.40 | 1070 |
| | JAK | 10 review of complaint against Zien, Reufenacht et al. | 475.00 | 0.80 | 1098 |
| | JAK | 10 review of complaint against Western Kentucky Livestock Market | 475.00 | 0.30 | 1099 |
| | JAK | 10 review of complaint against Houck, Lolly and S&S Cattle | 475.00 | 0.40 | 1100 |
| | JAK | 10- review of complaint against Matt Eller | 475.00 | 0.30 | 1101 |
| 01/11/2013 | JAK | 4 - Review of Peterson settlement and execute same | 475.00 | 0.40 | 1071 |
| | JAK | 4- email with counsel to discuss compensation proposal for D Fogle | 475.00 | 0.20 | 1072 |
| 01/14/2013 | JAK | 4- receive and review of engagement proposal from Don Fogle; e-mail correspondence with T Hall re same; reply to Don accepting terms of engagement | 475.00 | 0.50 | 1073 |
| | JAK | 10 review of complaint against Haier, Garwood and Heine | 475.00 | 0.50 | 1102 |
| | JAK | 10 - Review of complaint against Randy Hoover & Sons and J & S Feedlots | 475.00 | 0.40 | 1103 |
| | JAK | 10- Review of complaint against Thompson Beef | 475.00 | 0.30 | 1104 |
| 01/15/2013 | JAK | 4 review of November operating report | 475.00 | 0.30 | 1074 |
| 01/16/2013 | JAK | 10 - Email correspondence with S. Eikenberry on claims against Rosenbaum Feeder Cattle Company. | 475.00 | 0.20 | 1145 |
| | JAK | 4 - email correspondence with D. Fogle. | 475.00 | 0.20 | 1146 |
| 01/17/2013 | JAK | 4- E-mail correspondence with A Omori concerning certain large account deposits; research account history and obtain copies of deposits and respond to Omori | 475.00 | 0.50 | 1075 |
| | JAK | 10 -Review of complaint against Tate Ranch | 475.00 | 0.30 | 1105 |
| | JAK | 10 Review of complaint against Mike Bradbury | 475.00 | 0.30 | 1106 |
| | JAK | 10 Review of complaint against Martin Farms | 475.00 | 0.30 | 1107 |

Eastern Livestock Bankruptcy

March 20, 2013
ACCOUNT NO: 110035-50H
INVOICE NO: 4

re: Trustee

| Date | Initials | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 10- Review of complaint against Ft. Payne Stockyards | 475.00 | 0.30 | 1108 |
| | JAK | 10  review of complaint against Alabama Livestock Auction | 475.00 | 0.30 | 1109 |
| 01/22/2013 | JAK | 10 - Call with J Kennedy and M Stafford on preference motion to establish procedures | 475.00 | 0.20 | 1076 |
| | JAK | 10  call to Bob Leasure on proposed note purchase | 475.00 | 0.20 | 1077 |
| | JAK | 4- conference call with Kevin Sullivan on tax return filing issues | 475.00 | 0.30 | 1078 |
| | JAK | 4- pleading review | 475.00 | 0.30 | 1079 |
| 01/25/2013 | JAK | 10  review of draft briefing on Bluegrass and Newburn appeals and e-mail correspondence with counsel on briefing issues and research on several points and reply to counsel | 475.00 | 2.00 | 1080 |
| 01/28/2013 | JAK | 10 review of new proposal for settlement of Northern Video Auction claims | 475.00 | 0.20 | 1081 |
| | JAK | 10- e-mail correspondence with  counsel on review of new AR litigations to be filed | 475.00 | 0.10 | 1082 |
| 01/29/2013 | JAK | 10  review of revisions to Northern Video Livestock Auction settlement and execute same and e-mail correspondence with  D DeNeal | 475.00 | 0.30 | 1110 |
| | JAK | 10  review new proposal and call with Jay Kennedy on Northwest Alabama settlement | 475.00 | 0.30 | 1111 |
| 02/01/2013 | JAK | 10- Long conference call with K Toner and T Hall to discuss settlement proposal for Laurel Livestock and Willy Downs | 475.00 | 0.50 | 1112 |
| | JAK | 4  review of tax returns for filing: Kansas state and various counties; Wyoming; Colorado state and counties; New Mexico; Oklahoma; Federal; Missouri; Alabama; Texas; Tennessee; Utah; Indiana; Kentucky | 475.00 | 2.30 | 1113 |
| 02/04/2013 | JAK | 4 - Review and arrange wire transfer of payroll | 475.00 | 0.40 | 1114 |
| | JAK | 10 - Email and call with T Hall on revised settlement offer of Williams Cattle and Laurel Livestock | 475.00 | 0.30 | 1115 |
| | JAK | 10 - Receive financial information from K Toner concerning Willie Downs and use to reconstruct financial statement to consider settlement offer. Prepare email and send to counsel | 475.00 | 1.30 | 1116 |
| 02/05/2013 | JAK | 10  meeting with JPK & Mandy on several pending | | | |

Case 10-93904-BHL-11   Doc 1907-1   Filed 03/20/13   EOD 03/20/13 15:42:16   Pg 11 of 13

Eastern Livestock Bankruptcy

March 20, 2013

ACCOUNT NO: 110035-50H
INVOICE NO: 4

re: Trustee

| Date | Atty | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | settlements and discussions on discovery issues | 475.00 | 0.40 | 1117 |
| 02/08/2013 | JAK | 10  e-mail correspondence with  K Toner re Willie Downs | 475.00 | 0.20 | 1118 |
| | JAK | 10- e-mail correspondence with  Scotty Scott regarding his preference case | 475.00 | 0.20 | 1119 |
| 02/10/2013 | JAK | 10  review of revised Complaint against SOLM | 475.00 | 0.60 | 1120 |
| 02/12/2013 | JAK | 4  review of December Operating report and arrange filing | 475.00 | 0.40 | 1121 |
| 02/18/2013 | JAK | 10 - Review of Deckard settlement proposal | 475.00 | 0.30 | 1122 |
| | JAK | 4 - Review of draft letter to T Gibson attorney and comments | 475.00 | 0.30 | 1123 |
| | JAK | 4- arrange payroll | 475.00 | 0.30 | 1124 |
| | JAK | 4- dealing with workman's comp issues for remaining staff | 475.00 | 0.40 | 1125 |
| | JAK | 4- to Faegre BD for meeting with K Toner and T Hall on plan and litigation issues | 475.00 | 3.50 | 1126 |
| | JAK | 4 - Calls to and from AgStock.com and US Premium on issues related to listing remaining class B shares of US Premium Beef; review of prior listing history; review of current offering on website and create listing to sell remaining shares | 475.00 | 1.00 | 1127 |
| 02/19/2013 | JAK | 10- review of 4 filed objections to proposed procedures order | 475.00 | 0.50 | 1128 |
| 02/20/2013 | JAK | 4- call with Sean White regarding case work and billing | 475.00 | 0.20 | 1129 |
| | JAK | Redacted | 475.00 | 0.70 | 1130 |
| | JAK | 4- prepare draft letter to counsel for Steve McDonald regarding cooperation and his plea bargain; e-mail correspondence with  K Toner re same | 475.00 | 0.50 | 1131 |
| | JAK | 10 - Email correspondence with K Toner concerning Grant Gibson meeting and settlement negotiations | 475.00 | 0.30 | 1132 |
| | JAK | 4 - Responding to inquiries concerning US Premium Beef unit listing | 475.00 | 0.20 | 1133 |
| 02/21/2013 | JAK | Redacted | 475.00 | 5.00 | 1134 |
| 02/26/2013 | JAK | 4- Pleading review | 475.00 | 0.40 | 1135 |

Eastern Livestock Bankruptcy

March 20, 2013
ACCOUNT NO: 110035-50H
INVOICE NO: 4

re: Trustee

| Date | TK | Description | Rate | Hours | | Ref |
|---|---|---|---|---|---|---|
| | JAK | 4 - Pleading review Gibson | 475.00 | 0.20 | | 1136 |
| | JAK | 4- call to T Halls on DSI call results | 475.00 | 0.20 | | 1137 |
| 02/27/2013 | JAK | 4 review and approve expense disbursements | 475.00 | 0.30 | | 1138 |
| | JAK | 4- pleading review | 475.00 | 0.40 | | 1139 |
| | JAK | Redacted | 475.00 | 0.20 | | 1140 |
| | JAK | 4- e-mail correspondence with US Beef on unit listings for sale | 475.00 | 0.20 | | 1141 |
| 02/28/2013 | JAK | 10 consulting with K Toner on offers and settlements re Seals / Downs / | 475.00 | 0.30 | | 1142 |
| | JAK | 10 - review and write comments on settlement proposals re: Susan Scott Martin Pringle Tim White Chastain Feeds Loveland Farms Jeremy Coffey Animal Profiling PBI Bank | 475.00 | 1.00 | | 1143 |
| | JAK | 4- conference with J Kennedy on litigation support issues for preference and fraudulent conveyance cases and office expenses reduction issues | 475.00 | 0.50 | | 1144 |
| | | James A. Knauer | | 112.00 | 53,200.00 | |
| | | FOR CURRENT SERVICES RENDERED | | 112.00 | 53,200.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James A. Knauer | 112.00 | $475.00 | $53,200.00 |

| | |
|---|---|
| Reproduction of documents | 80.44 |
| Telecommunication charges | 207.00 |
| Mailing expense | 3.36 |
| TOTAL EXPENSES THRU 02/28/2013 | 290.80 |

| Date | Description | Amount | Ref |
|---|---|---|---|
| 02/06/2013 | Overnight mail FEDERAL EXPRESS | 14.32 | 235 |
| 02/28/2013 | Overnight mail FEDERAL EXPRESS | 16.12 | 240 |
| 02/28/2013 | Overnight mail FEDERAL EXPRESS | 16.12 | 241 |

Eastern Livestock Bankruptcy

March 20, 2013
ACCOUNT NO: 110035-50H
INVOICE NO: 4

re: Trustee

| Date | Description | Amount | Ref |
|---|---|---:|---:|
| 02/28/2013 | Overnight mail FEDERAL EXPRESS | 14.32 | 242 |
| | TOTAL ADVANCES | 60.88 | |
| | TOTAL CURRENT WORK THIS STATEMENT | 53,551.68 | |
| | PREVIOUS BALANCE | $221,259.17 | |
| 12/30/2012 | Payment--Thank you | -187,778.09 | 5 |
| | BALANCE DUE | $87,032.76 | |

AGE OF OUTSTANDING STATEMENTS

| 0-30 | 31-60 | 61-90 | 91-180 | 181-360 | 361+ |
|---:|---:|---:|---:|---:|---:|
| 53,551.68 | 0.00 | 0.00 | 23,325.16 | 0.00 | 2,608.92 |