# EXHIBIT B

Eastern Livestock Bankruptcy

March 14, 2013
ACCOUNT NO:   110034-50H
INVOICE NO:              6

re: Website

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of __/__/__.
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
   (Trust is not automatically disbursed)
Other Comments_____

_____

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 12/03/2012 | TJF | Update website | 125.00 | 0.70 | 428 |
| 12/05/2012 | TJF | Review of website contents for Superior Livestock Contracts, Monda Wahlert Deposition and Jim Odle; update website | 125.00 | 2.00 | 429 |
| 12/10/2012 | TJF | Update website | 125.00 | 0.90 | 430 |
| 12/11/2012 | TJF | Updated website | 125.00 | 0.70 | 431 |
| 12/17/2012 | TJF | Updated website | 125.00 | 1.50 | 432 |
| 12/18/2012 | TJF | Updated website | 125.00 | 3.00 | 433 |
| 12/19/2012 | TJF | Updated website | 125.00 | 0.70 | 434 |
| 01/02/2013 | TJF | Updated website | 125.00 | 0.70 | 435 |
| 01/03/2013 | TJF | Updated website | 125.00 | 1.80 | 436 |
| 01/07/2013 | TJF | Updated website | 125.00 | 0.60 | 437 |
| 01/08/2013 | TJF | Receive and respond to website inquiry; research on information pertaining to guilty pleas entered in KY Gibson matter; Updated website. | 125.00 | 1.20 | 438 |
| 01/14/2013 | TJF | Updated website | 125.00 | 2.00 | 439 |
| 01/15/2013 | TJF | Updated website | 125.00 | 0.30 | 441 |
| 01/16/2013 | TJF | Updated website | 125.00 | 0.60 | 440 |
| 01/21/2013 | TJF | Updated website | 125.00 | 0.40 | 442 |
| 01/31/2013 | TJF | Updated website | 125.00 | 0.70 | 443 |

Eastern Livestock Bankruptcy

March 14, 2013
ACCOUNT NO:    110034-50H
INVOICE NO:            6

re: Website

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 02/05/2013 | TJF | Updated website | 125.00 | 0.30 | | 444 |
| 02/07/2013 | TJF | Updated website | 125.00 | 0.80 | | 445 |
| 02/12/2013 | TJF | Updated website | 125.00 | 0.60 | | 446 |
| 02/13/2013 | TJF | Update website | 125.00 | 0.60 | | 447 |
| 02/21/2013 | TJF | Updated website | 125.00 | 0.60 | | 448 |
| 02/25/2013 | TJF | Updated website. | 125.00 | 1.00 | | 449 |
| | | Tammy J. Froelich | | 21.70 | 2,712.50 | |
| | | FOR CURRENT SERVICES RENDERED | | 21.70 | 2,712.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 21.70 | $125.00 | $2,712.50 |

| | | | |
|---|---|---|---|
| 12/17/2012 | Website/Annual Fees | 47.88 | 60 |
| | TOTAL ADVANCES | 47.88 | |
| | TOTAL CURRENT WORK THIS STATEMENT | 2,760.38 | |
| | BALANCE DUE | $2,760.38 | |