UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### **NOTICE OF HEARING**

The *Fourth Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee* (ECF No. 1907) was filed with the Clerk of this Court on March 20, 2013.

Movant seeks allowance of $53,200.00 in compensation and out-of-pocket and website expenses incurred in the amount of $399.56 and $1,356.25 during the period November 1, 2012 and February 28, 2013.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the above document must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party and the Service List **on or before April 10, 2013**. Persons not required or not permitted to file electronically must deliver any objections by U.S. Mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 US Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The Court will hold a hearing on:

Date:   April 15, 2013
Time:   10:00 A.M. EDT
Place:  121 W. Spring Street, Room 103, New Albany, Indiana

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

The original of the document is on file with the Clerk's Office and is available for inspection upon request.

Dated: March 20, 2013

                                                Respectfully submitted,

                                                KROGER, GARDIS & REGAS, LLP

                                                By:   /s/ James A. Knuaer

James A. Knauer                                      James A. Knauer
Kroger, Gardis & Regas, L:LP                   *Chapter 11 Trustee*
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Telephone: 317-692-9000
Facsimile: 317-777-7451
jak@kgrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Laura Day
10DelCotto ldelcotto@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames
james@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel
jancel@taftlaw.com,
ecfclerk@taftlaw.com;krussell@taftlaw.com

Kay Dee Baird
kbaird@kdlegal.com,
pdidandeh@kdlegal.com

T. Kent Barber
kbarber@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell
rabell@vorys.com,
dmchilelli@vorys.com

C. R. Bowles
cbowles@bgdlegal.com,
smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@bgdlegal.com,
bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt
kabritt@vorys.com,
cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com,
sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns
john.burns@faegrebd.com,
sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

Deborah Caruso
dcaruso@daleeke.com,
mthomas@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acs-law.com,
sfinnerty@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com,
jbr@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com,
jparsons@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com,
sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

David Alan Domina
dad@dominalaw.com,
KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com,
knorwick@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com,
lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com,
fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com,
mbaker@dsf-atty.com

Peter M Gannott
pgannott@gannottlaw.com,
paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com,
ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall
terry.hall@faegrebd.com,
sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann
phoffmann@stinson.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com,
lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov,
USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com,
sarah.herendeen@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com,
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King
tking@fbtlaw.com,
dgioffre@fbtlaw.com

Erick P Knoblock
eknoblock@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com,
khedwards@vorys.com;bjtobin@vorys.com

David A. Laird
david.laird@moyewhite.com,
lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas
dlebas@namanhowell.com,
koswald@namanhowell.com

Martha R. Lehman
mlehman@kdlegal.com,
crbpgpleadings@kdlegal.com;eworthington@kdlegal.com

Scott R Leisz
sleisz@bgdlegal.com,
disom@bgdlegal.com

Elliott D. Levin
robin@rubin-levin.net,
edl@trustesolutions.com;edl@trustesolutions.net

Kim Martin Lewis
kim.lewis@dinslaw.com,
lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind
jblind@vorys.com

Karen L. Lobring
 lobring@msn.com

John Hunt Lovell
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com,
judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com,
laura@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee
mcghee@derbycitylaw.com,
SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum
bmeldrum@stites.com

William Robert Meyer
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com,
cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com, ljs2@gdm.com

Allen Morris
amorris@stites.com,
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Walter Scott Newbern
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com,
amanda.castor@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com,
afton.shaw@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com,
sarah.herendeen@faegrebd.com

Timothy T. Pridmore
tpridmore@mcjllp.com,
lskibell@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C Redman
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson
ewrichardson@vorys.com,
bjtobin@vorys.com

Joe T. Roberts
jratty@windstream.net

Mark A. Robinson
mrobinson@vhrlaw.com,
dalbers@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers
johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers
jrogers@millerdollarhide.com,
cdow@millerdollarhide.com

James E Rossow
jim@rubin-levin.net, susan@rubin-evin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan
ser@kgrlaw.com

Thomas C Scherer
tscherer@bgdlegal.com,
mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

James E. Smith
jsmith@smithakins.com,
legalassistant@smithakins.com

William E Smith
wsmith@k-glaw.com, pballard@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine
kabritt@vorys.com

Andrew D Stosberg
astosberg@lloydmc.com

Matthew R. Strzynski
mstrzynski@kdlegal.com,
Tsylvester@kdlegal.com

Meredith R. Thomas
mthomas@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp
ctrapp@rubin-levin.net,
carmen@rubin-levin.net;lemerson@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson
andrea@wassonthornhill.com

Jennifer Watt
jwatt@kgrlaw.com,
pad@kgrlaw.com;ads@kgrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov,
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com,
vwilliams@hooverhull.com

Michael Benton
Willey michael.willey@ag.tn.gov

Jessica E. Yates
jyates@swlaw.com,
docket_den@swlaw.com;mmccleery@swlaw.com

James T Young
james@rubin-levin.net,
lemerson@rubin-levin.net;carmen@rubin-levin.net

I further certify that on March 20, 2013 a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Bob's Auto, Inc. d/b/a Bob's Auto Supply
PO Box 419
Edmonton, KY 42129

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Adam R Burrus
Fleeson Gooing Coulson & Kitch LLC
301 N Main
Suite 1900
Wichita, KS 67202

Ron C Campbell
Fleeson, Gooing, Coulson & Kitch
125 N Market St
Ste 1600
PO Box 997
Wichita, KS 67201

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA 24224

David M Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

James Kilroy
Snell & Wilmer LLP
1200 17th Ste
Ste 1900
Denver, CO 80202

Justice B King
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth St
PO Box 949
Topeka, KS 66601-0949

Thomas J Lasater
301 N Main
Ste 1900
PO Box 997
Wichita, KS 67201

David A. Layson
102 North Capitol Avenue
Corydon, IN 47112

Terry L Malone
Martin, Pringle, Oliver, Wallace & Swartz LLP
100 North Broadway
Ste 500
Wichita, KS 67202

National Cattlemen's Beef Association
Alice Devine
Devine & Donley, LLC
534 S KS Ave Suite 1420
Topeka, KA 66603

W. Scott Newbern
W. Scott Newbern, P.L.
2982 E Giverny
Tallahassee, FL 32309

Bryan K Nowicki
Reinhart Boerner Van Deuren s.c.
22 E Mifflin St., Ste 600
Madison, WI 53703

Mark A Rondeau
1321 Main Suite 300
P O Drawer 1110
Great Bend, KS 67530

Ashley S Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

Ann Ustad Smith
Michael Best & Friedrich
1 S Pinckney St #900 PO Box 1806
Madison, WI 53701

Southeastern Livestock Network LLC
176 Pasadena Drive
Lexington, KY 40503

Alex R Voils
PO Box 640
Zionsville, IN 46077

By:  /s/ James A. Knauer

James A. Knauer, Chapter 11 Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Telephone: 317-692-9000
Facsimile: 317-777-7451
jak@kgrlaw.com