UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**NOTICE OF HEARING**

The *Third Interim Application Of Hoover Hull LLP For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* (Docket #1903) was filed with the Clerk of this Court by Hoover Hull LLP on March 18, 2013.

Movant seeks allowance of $6,696.00 in compensation and $375.08 for out-of-pocket expenses during the period November 1, 2012 through February 28, 2013.

NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Application must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before April 10, 2013. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the Application. **If an objection is NOT timely filed, the requested relief may be granted.**

The Court will hold a hearing on the Application on:

| | |
|---|---|
| Date: | April 15, 2013 |
| Time: | 10:00 a.m. EST |
| Place: | 121 W. Spring Street, Room 103, New Albany, Indiana |

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

A copy of the Application is available on the Bankruptcy Court's PACER site at http://pacer.insb.uscourts.gov, or on the Trustee's blog at 222.easternlivestockbkinfo.com, or on the noticing agent's website at www.bmcgroup.com/easternlivestock, or by contacting Sean T. White, at swhite@hooverhull.com or via telephone at 317-822-4400.

Dated: March 20, 2013

Respectfully submitted,

/s/ *Sean T. White*

John David Hoover (#7945-49)
jdhoover@hooverhull.com
Sean T. White (#20428-49)
swhite@hooverhull.com
Hoover Hull LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Telephone: (317) 822-4400
Facsimile: (317) 822-0234
Special Counsel for James A. Knauer, Chapter 11 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

I further certify that on March 20, 2013 a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and property addressed, to the following:

Bob's Auto, Inc. d/b/a Bob's Auto Supply
PO Box 419 Edomonton, KY 42129

James Kilroy
Snell & Wilmer LLP
1200 17th St.
Suite 1900
Denver, CO 80202

Bovine Medical Associates, LLC
1500 Soper Bd.
Carlisle, KY 40311

Justice B. King
Fisher, Paterson, Sayler & Smith
3550 S.W. 5th St.
PO Box 949
Topeka, KS 66601-0949

Ron C. Campbell
Fleeson, Gooing, Coulson & Kitch
125 N. Market St.
Suite 1600, PO Box 997
Wichita, KS 67201

Thomas J. Lasater
301 N. Main
Suite 1900, PO Box 997
Wichita, KS 67201

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 S. 5th St.
Louisville, KY 4023103

David A. Layson
102 N. Capitol Ave.
Corydon, IN 47112

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA 24224

Terry Malone
100 N. Broadway
Suite 500
Wichita, KS 67202

David M. Jones
PO Box 15008
Amarillo, TX 79105-5008

National Cattlemen's Beef Association
Alice Devine
534 S. KS Ave Suite 1420
Topeka, KA 66603

W. Scott Newbern
2982 E. Giverny
Tallahassee, FL 32309

Ashley S. Rucher
PO Drawer 25008
Winston-Salem, NC 27114-5008

Bryan K. Nowicki
22 E. Mifflin St., Suite 600
Madison, WI 53703

Ann Ustad Smith
1 S. Pinckney St.
Suite 800, PO Box 1806
Madison, WI 53701

Mark A. Rondeau
1321 Main
Suite 300
PO Drawer 1110
Great Bend, KS 67530

Southeastern Livestock Network LLC
176 Pasadena Dr.
Lexington, KY 40503

Alex R. Voils
PO Box 640
Zionsville, IN 46077

/s/ *Sean T. White*

651567_1/8728-1