SO ORDERED: March 21, 2013.

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                                          CASE NO. 10-93904
                                                                    CHAPTER 11
    DEBTOR

**ORDER APPROVING AGREED ENTRY EXTENDING DEADLINES
REGARDING C&M CATTLE SETTLEMENT FUNDS ESCROWED BY TRUSTEE**

An Agreed Entry Extending Deadlines regarding C&M Cattle Settlement Funds Escrowed by Trustee was filed on March 18, 2013 by Amelia Martin Adams, Esq. on behalf of Bluegrass Stockyards, LLC, and by Terry E. Hall, Esq. on behalf of James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC.

IT IS THEREFORE ORDERED that the Agreed Entry Extending Deadlines regarding C&M Cattle Settlement Funds Escrowed by Trustee is hereby approved in all respects.

###