United States Bankruptcy Court
Southern District of Indiana

**In re: Claim 215**  § **Case No.** 10-93904
 §
**Debtor(s) Eastern Livestock Company LLC**  § **Chapter 11**

## WITHDRAWAL OF CLAIM

The undersigned hereby enters this Withdrawal of Claim. Deere & Company, hereby requests the court to remove claim # 215 which was filed on May 2, 2011.

_____
Robert Allen, Litigation Administrator
Deere & Company