United States Bankruptcy Court
Southern District of Indiana

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 10-93904-BHL
Eastern Livestock Co., LLC　　　　　　　　　　　　　　　　　Chapter 11
　　　Debtor　　　　　　　**CERTIFICATE OF NOTICE**

District/off: 0756-4　　　　User: oherit　　　　　Page 1 of 4　　　　　　Date Rcvd: Mar 21, 2013
　　　　　　　　　　　　　　Form ID: pdfOrder　　Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2013.
 cr           +Bob's Auto, Inc. d/b/a Bob's Auto Supply,    PO Box 419,    Edmonton, KY 42129-0419
 cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
 adb         #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
 op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
 ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
 op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                534 S KS Ave Suite 1420,    Topeka, KA  66603
 op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty            E-mail/Text: asr@btcmlaw.com Mar 21 2013 23:06:05     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2013**　　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: oherit                Page 2 of 4                  Date Rcvd: Mar 21, 2013
                               Form ID: pdfOrder           Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2013 at the address(es) listed below:

          Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
dgoodman@stites.com
          Amanda Dalton Stafford    on behalf of Plaintiff   James A. Knauer, Trustee ads@kgrlaw.com
          Amelia Martin Adams    on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Andrea L Wasson    on behalf of Creditor   Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant   PBI Bank, Inc. astosberg@lloydmc.com
          Andrew James Vandiver    on behalf of Defendant   GP Cattle Company avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Anthony G. Raluy    on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
traluy@fbhlaw.net
          Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
sfinnerty@acs-law.com
          Brian H Meldrum    on behalf of Creditor   Intrust Bank, NA bmeldrum@stites.com
          Brian Robert Pollock    on behalf of Defendant   Intrust Bank, NA bpollock@stites.com
          C. R. Bowles    on behalf of Counter-Claimant   Madison Cattle cbowles@bgdlegal.com,
smays@bgdlegal.com;cjenkins@bgdlegal.com
          Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
Charles.R.Wharton@usdoj.gov
          Chrisandrea L. Turner    on behalf of Creditor   Cornelison Farms, LLC clturner@stites.com
          Christie A. Moore    on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
ljs2@gdm.com
          Christopher M. Trapp    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
          Daniel J. Donnellon    on behalf of Creditor   First Bank and Trust Company, The
ddonnellon@ficlaw.com, knorwick@ficlaw.com
          David A. Laird    on behalf of Creditor   Peoples Bank of Coldwater Kansas
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
          David Alan Domina    on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
KKW@dominalaw.com;efiling@dominalaw.com
          David L. Abt    on behalf of Other Professional David Abt davidabt@mwt.net
          David L. LeBas    on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com
          David W. Brangers    on behalf of Defendant   Hurstbourne Landings Development Co., LLC
dbrangers@lawyer.com
          Deborah Caruso    on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com,
mthomas@daleeke.com
          Dustin R. DeNeal    on behalf of Intervenor James Knauer, Trustee dustin.deneal@faegrebd.com,
sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
          Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
          Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
edl@rubin-levin.net, atty_edl@trustesolutions.com
          Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
          Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com
          Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
bjtobin@vorys.com
          Erick P Knoblock    on behalf of Cross-Claimant Kathryn Pry eknoblock@daleeke.com
          Harmony A Mappes    on behalf of Counter-Claimant James Knauer harmony.mappes@faegrebd.com,
judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
          Ivana B. Shallcross    on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com
          James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
          James A. Knauer    on behalf of Plaintiff   James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
          James B. Lind    on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
          James Bryan Johnston    on behalf of Creditor   Bynum Ranch Co. bjtexas59@hotmail.com,
bryan@ebs-law.net
          James E Rossow    on behalf of Counter-Defendant   Superior Livestock Auction, Inc.
jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith    on behalf of Cross Defendant   Diamond B Ranches jsmith@smithakins.com,
legalassistant@smithakins.com
          James Edwin McGhee    on behalf of Creditor   Vermilion Ranch Corporation mcghee@derbycitylaw.com,
SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
          James M. Carr    on behalf of Intervenor James Knauer, Trustee jim.carr@faegrebd.com,
sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young    on behalf of Intervenor Michael Walro james@rubin-levin.net,
lemerson@rubin-levin.net;carmen@rubin-levin.net
          Jason W. Cottrell    on behalf of Creditor Rex Elmore jwc@stuartlaw.com, jbr@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James Knauer, Trustee jay.jaffe@faegrebd.com,
sarah.herendeen@faegrebd.com
          Jay P. Kennedy    on behalf of Plaintiff   James A. Knauer, Trustee jpk@kgrlaw.com,
tfroelich@kgrlaw.com;ads@kgrlaw.com

```
District/off: 0756-4           User: oherit              Page 3 of 4               Date Rcvd: Mar 21, 2013
                               Form ID: pdfOrder         Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeffrey J. Graham    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey L Hunter    on behalf of Joined Party  United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
          Jeffrey R. Erler    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
          Jennifer Watt    on behalf of Plaintiff  James A. Knauer, Trustee jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
          Jerald I. Ancel    on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
          Jeremy S Rogers    on behalf of Other Professional Elizabeth Lynch Jeremy.Rogers@dinslaw.com
          Jessica E. Yates    on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
          Jill Zengler Julian    on behalf of Joined Party  United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
          Joe Lee Brown    on behalf of Defendant  Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
          Joe T. Roberts    on behalf of Counter-Claimant  Laurel Livestock Market, INC. jratty@windstream.net
          John Huffaker    on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
          John David Hoover    on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com
          John Frederick Massouh    on behalf of Counter-Defendant  Cactus Growers, Inc. john.massouh@sprouselaw.com
          John Hunt Lovell    on behalf of Counter-Defendant  Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers    on behalf of Creditor  Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Thompson    on behalf of Creditor  Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Burns    on behalf of Plaintiff James Knauer, Chapter 11 Trustee john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Carr    on behalf of Creditor  First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
          John W Ames    on behalf of Creditor  Joplin Regional Stockyards james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers    on behalf of Defendant  Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
          Joshua Elliott Clubb    on behalf of Defendant Tim White joshclubb@gmail.com
          Joshua N. Stine    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse    on behalf of Creditor  Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor  Deere & Company lobring@msn.com
          Kay Dee Baird    on behalf of Defendant  Janousek Farms, Inc. kbaird@kdlegal.com, pdidandeh@kdlegal.com
          Kayla D. Britton    on behalf of Plaintiff James Knauer, Trustee kayla.britton@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Kelly Greene McConnell    on behalf of Creditor  AB Livestock, LLC lisahughes@givenspursley.com
          Kent A Britt    on behalf of Counter-Defendant  Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kevin J. Mitchell    on behalf of Plaintiff James Knauer, Trustee kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk Crutcher    on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
          Laura Day 10DelCotto    on behalf of Counter-Defendant  Bluegrass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant    on behalf of Creditor  Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
          Mark A. Robinson    on behalf of Creditor  Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Martha R. Lehman    on behalf of Defendant  Janousek Farms, Inc. mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;eworthington@kdlegal.com
          Matthew Daniel Neumann    on behalf of Defendant Bill Eberle mneumann@hhclaw.com
          Matthew J. Ochs    on behalf of Creditor  Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Matthew R. Strzynski    on behalf of Defendant Jt Nuckols mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
          Melissa S. Giberson    on behalf of Counter-Defendant  Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas    on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
          Michael Benton Willey    on behalf of Creditor  Tennessee Department of Revenue michael.willey@ag.tn.gov
          Michael W. McClain    on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
          Paul M. Hoffmann    on behalf of Defendant  ADM Investor Services, Inc. phoffmann@stinson.com

```
District/off: 0756-4            User: oherit              Page 4 of 4               Date Rcvd: Mar 21, 2013
                                Form ID: pdfOrder         Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter M Gannott    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Counter-Defendant   Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell    on behalf of Counter-Defendant   Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Creditor   Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
              Scott R Leisz    on behalf of Defendant   Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
               disom@bgdlegal.com
              Sean T. White    on behalf of Special Counsel   Hoover Hull LLP swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
              Stephen E. Schilling    on behalf of Defendant   E4 Cattle Company, LLC seschilling@strausstroy.com
              Steven A. Brehm    on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven Eric Runyan    on behalf of Plaintiff   James A. Knauer, Trustee ser@kgrlaw.com
              T. Kent Barber    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terrill K. Moffett    on behalf of Defendant Rex Mooney kendalcantrell@moffettlaw.com
              Terry E. Hall    on behalf of Counter-Claimant James Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Thomas P Glass    on behalf of Defendant   E4 Cattle Company, LLC tpglass@strausstroy.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern    on behalf of Creditor   Alabama Livestock Auction, Inc. wsnewbern@msn.com
              Wendy W Ponader    on behalf of Plaintiff James Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith    on behalf of Creditor   Coffeyville Livestock Market, LLC wsmith@k-glaw.com,
               pballard@k-glaw.com
              William K. Flynn    on behalf of Defendant   E4 Cattle Company, LLC wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William Robert Meyer    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
                                                                                             TOTAL: 120
```

SO ORDERED: March 21, 2013.



Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                    CASE NO. 10-93904
                                              CHAPTER 11
    DEBTOR

ORDER APPROVING AGREED ENTRY EXTENDING DEADLINES
REGARDING C&M CATTLE SETTLEMENT FUNDS ESCROWED BY TRUSTEE

An Agreed Entry Extending Deadlines regarding C&M Cattle Settlement Funds Escrowed by Trustee was filed on March 18, 2013 by Amelia Martin Adams, Esq. on behalf of Bluegrass Stockyards, LLC, and by Terry E. Hall, Esq. on behalf of James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC.

IT IS THEREFORE ORDERED that the Agreed Entry Extending Deadlines regarding C&M Cattle Settlement Funds Escrowed by Trustee is hereby approved in all respects.

###