Exhibit A

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 66 | 3/7/2011 | 3-B FARMS LLC | | $4,046.26 | | Yes | No |
| 238 | 4/14/2011 | 4 LEGS DOWN LLC | | | $2,781.00 | | No |
| 481 | | 24 TRADING CO., LLC | | | $2,240.00 | | No |
| 502 | 5/6/2011 | A & B CATTLE & FARM INC | | | $35,547.00 | | No |
| 485 | 5/2/2011 | AB LIVESTOCK LLC | | $441,141.48 | $1,036,087.97 | Yes | No |
| 527 | 11/26/2012 | AB LIVESTOCK LLC | | $441,141.48 | $2,042,357.52 | Yes | No |
| 481 | | ACOTSA-REZA, ROLANDA | | | $26,476.73 | | No |
| 117 | 3/15/2011 | ACREE, PHILLIP NATHAN | | | $764.79 | | No |
| 525 | 8/24/2012 | ADP | | | $274.08 | | No |
| 504 | 4/29/2011 | ALABAMA LIVESTOCK AUCTION INC | | | $49,597.28 | Yes | No |
| 158 | 3/30/2011 | ALBERSON, ROBERT DOUGLAS | | | $2,351.58 | | No |
| 128 | 3/22/2011 | ALEXANDER, DONALD R | | | $26,958.60 | | No |
| 29 | 2/25/2011 | AMEX TRAVEL RELATED SERVICES CO INC CORP CARD | | | $11,645.55 | | No |
| 165 | 3/31/2011 | ANIMAL CLINIC | | | $560.00 | | No |
| 481 | | ARAB LIVESTOCK MARKET | | | | Yes | No |
| 18 | 2/9/2011 | ARMSTRONG, BEN | | | $2,173.32 | | No |
| 344 | 4/28/2011 | ARNOLD FARMS | | | $49,782.60 | | No |
| 481 | | ARRIETA, LAURA | | | $16,981.44 | | No |
| 136 | 3/22/2011 | ARTERBURN, EDWARD L | | | $12,003.95 | | No |
| 111 | 3/14/2011 | ASBURY, LENNY | | | $900.00 | | No |
| 500 | 5/5/2011 | ASH FLAT LIVESTOCK AUCTION, INC. | | | $15,575.32 | | No |
| 511 | 5/6/2011 | ASHVILLE STOCKYARD INC | | | $30,260.15 | Yes | No |
| 55 | 3/7/2011 | ATHENS STOCKYARD LLC | | | $680,072.62 | | No |
| 357 | 4/26/2011 | B & B FARMS | | | $6,393.67 | | No |
| 360 | 4/28/2011 | BAGBY, JERRY N | | | $1,225.09 | | No |
| 15 | 2/7/2011 | BAIRD, STOKES | | | $2,353.08 | | No |
| 530 | 11/30/2012 | BankFirst Financial Services | | $156,949.18 | | Yes | No |
| 454 | 5/2/2011 | BANKRUPTCY ESTATE OF THOMAS P & PATSY M GIBSON | | | $18,075,872.64 | Yes | No |
| 298 | 4/18/2011 | BANKS, RICHARD | | | $3,899.50 | | No |
| 255 | 4/14/2011 | BAR K CATTLE | | | $30,000.00 | | Yes |
| 156 | 3/28/2011 | BARBEE, ALVIN | $5,525.12 | | | Yes | No |
| 481 | | BARNES, JOYCE OR PAUL | | | $920.72 | | No |
| 481 | | BARNES, SHANNON D/B/A/ BARNES TRUCKING | | | $12,114.00 | | No |
| 171 | 4/4/2011 | BARTON, CHRIS | | | $9,085.56 | Yes | No |
| 436 | 5/1/2011 | BBL CATTLE | | | $245,441.87 | | No |
| 270 | 4/12/2011 | BELL, GARY S | | $14,289.74 | | Yes | No |
| 211 | 4/11/2011 | BELL, JOHNNY | $6,124.07 | | | Yes | No |
| 419 | 5/2/2011 | BERTRAM CATTLE HAULING | $44,116.35 | | | Yes | Yes |
| 481 | | BILLINGSLEY, DANNY CLIFTON | | | $506.77 | | No |
| 481 | | BILLINGSLEY, JC | | | $1,083.52 | | No |
| 481 | | BIRDWELL, WILLIAM | | | $7,274.03 | | No |
| 481 | | BLACKSTONE, TIMOTHY | | | $299.59 | | No |
| 127 | 3/17/2011 | BLEDSOE, CAROLYN | | | $507.47 | | No |
| 448 | 5/2/2011 | BLUEGRASS SOUTH LIVESTOCK MARKET LLC | | $279,988.34 | | Yes | No |
| 452 | 5/2/2011 | BLUEGRASS STOCKYARDS EAST LLC | | $26,796.22 | | Yes | No |
| 451 | 5/2/2011 | BLUEGRASS STOCKYARDS LLC | | $528,367.44 | | Yes | No |
| 453 | 5/2/2011 | BLUEGRASS STOCKYARDS OF CAMPBELLSVILLE LLC | | $283,174.75 | | Yes | No |
| 449 | 5/2/2011 | BLUEGRASS STOCKYARDS OF RICHMOND LLC | | $181,440.99 | | Yes | No |
| 450 | 5/2/2011 | BLUEGRASS-MAYSVILLE STOCKYARDS LLC | | $35,831.99 | | Yes | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 405 | 4/29/2011 | BLYTHE, ROY | $2,281.89 | | | Yes | No |
| 300 | 4/25/2011 | BOB`S AUTO INC DBA BOB`S AUTO SUPPLY | | | $703.59 | | No |
| 323 | 4/21/2011 | BOMHAK TRUCKING | | | $85,125.98 | Yes | No |
| 164 | 3/31/2011 | BOUTWELL, IKE | | | $17,219.23 | | No |
| 73 | 3/8/2011 | BOVINE MEDICAL ASSOCIATES | | | $6,255.00 | | Yes |
| 266 | 4/12/2011 | BPT LIVESTOCK | | | $7,130.10 | | No |
| 102 | 3/14/2011 | BRADBURY & YORK CATTLE | | | $98,725.23 | Yes | No |
| 481 | | BRADEN, DANE d/b/a Razorback Farms | | | $48,559.10 | | No |
| 481 | | BRADEN, DANE d/b/a American Rock | | | $463.64 | | No |
| 69 | 3/7/2011 | BRADFORD, MARION | | | $2,976.20 | | No |
| 46 | 3/4/2011 | BRAGG, LARRY | | | $5,145.14 | | No |
| 481 | | BRAGG, DALTON | | | $3,277.00 | | No |
| 356 | 4/26/2011 | BREEDING BROS | | | $8,482.35 | | No |
| 479 | 5/2/2011 | BRENT KUEHNY DBA DOLLAR K CATTLE CO | | $158,636.31 | | Yes | No |
| 481 | | BRISCOE, BRACK | | | $9,894.15 | | No |
| 204 | 4/11/2011 | BROWN, ALLEN B | | | $343.46 | | No |
| 43 | 2/28/2011 | BROWN, CHARLIE D | | $12,765.60 | | Yes | No |
| 481 | | BROWN, ERIK PAUL | | | $1,883.10 | | No |
| 76 | 3/8/2011 | BROWN, JESSE R | | | $1,159.25 | | No |
| 27 | 2/17/2011 | BROWN, ROBERT | | | $123,911.04 | Yes | No |
| 481 | | BROWNING, DOUG | | | $2,085.80 | | No |
| 480 | 5/2/2011 | BRENT KUEHNY, BANK OF KREMLIN & MARK HOHENBERGER | | $158,636.31 | | Yes | No |
| 162 | 3/30/2011 | BRYANT, KENNETH | | | $1,151.92 | | No |
| 4 | 1/21/2011 | BUETOW LEMASTUS & DICK PLLC | | | $30,794.59 | | Yes |
| 176 | 4/4/2011 | BUFFALO LIVESTOCK AUCTION LLC | | | $53,939.00 | | Yes |
| 17 | 2/9/2011 | BUNCH, HALEE | | $8,544.20 | | Yes | No |
| 23 | 2/14/2011 | BURFORD, JAY | | $1,928.78 | | Yes | Yes |
| 481 | | BURGESS, DAVID MICHAEL | | | $361.21 | | No |
| 481 | | BURGESS, RODNEY & JUDY | | | $315.86 | | No |
| 481 | | BURKE LIVESTOCK AUCTION | | | $14,097.27 | | No |
| 239 | 4/14/2011 | BURRIS, ROGER | | | $4,483.08 | | No |
| 481 | | BUSH, W.C. | | | $45,135.91 | Yes | Yes |
| 435 | 5/1/2011 | BYNUM RANCH COMPANY | | | $126,596.77 | | Yes |
| 440 | 5/2/2011 | BYNUM, BOBBY & DEBBY | | | $19,239.39 | | Yes |
| 80 | 3/9/2011 | BYRON LANG INC | $5,100.00 | | | Yes | No |
| 486 | 5/2/2011 | CACTUS GROWER INC | | | $32,052.66 | | No |
| 293 | 4/18/2011 | CALLIS, STEVE | | | $13,029.75 | | No |
| 249 | 4/14/2011 | CAMBRIDGE TRANSPORTATION | | | $4.00 | | No |
| 233 | 4/5/2011 | CAMPBELL, GARY W | | | $3,761.33 | | No |
| 42 | 2/25/2011 | CAPITOL INDEMNITY CORPORATION | | | $875,000.00 | Yes | Yes |
| 187 | 4/11/2011 | CAPPS, VETERAN DENVER | | $913.24 | | Yes | Yes |
| 283 | 4/19/2011 | CARTER, LARRY | | | $633.09 | | No |
| 481 | | CASSADY, DAVID LYNN | | | $1,106.65 | | No |
| 398 | 4/29/2011 | CASSELL CHAPMAN, WENDY | | | $1,338.24 | | No |
| 378 | 4/29/2011 | CATTLCO LLC | | | $65,438.12 | Yes | No |
| 381 | 4/29/2011 | CERNOCH JR, LOUIS | | | $308,174.59 | | No |
| 265 | 4/12/2011 | CHASE, BILL | $2,750.00 | UNKNOWN | UNKNOWN | Yes | Yes |
| 85 | 3/10/2011 | CHIP MILLER TRUCKING INC | $3,879.75 | | | Yes | No |
| 7 | 1/27/2011 | CHRISTIE FAMILY ENTERPRISES INC | | | $16,729.20 | | Yes |
| 48 | 3/3/2011 | CLAYWELL, EDDIE | | $1,486.95 | | Yes | No |
| 134 | 3/23/2011 | CLEVENGER, PHIL | | | $10,369.11 | | Yes |
| 145 | 3/18/2011 | CLOYD, MARCIA | | | $1,309.95 | | No |
| 310 | 4/21/2011 | COFFEY, JEREMY | | | $31,271.89 | Yes | No |
| 132 | 3/23/2011 | COFFEY, JEREMY ADAM | | $31,271.89 | | Yes | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 268 | 4/14/2011 | COFFEYVILLE LIVESTOCK MARKET LLC | | $19,889.50 | | Yes | Yes |
| 481 | | COLLEY, CHAMP | | | $2,688.60 | | No |
| 91 | 3/10/2011 | COLUMBIA GAS OF KENTUCKY | | | $208.08 | | No |
| 195 | 4/11/2011 | COOK TRUCKING INC | | | $70,561.72 | | Yes |
| 163 | 3/31/2011 | COOMER, DONNIE | | | $1,192.39 | Yes | No |
| 81 | 3/9/2011 | COOPER, KEETON | | | $2,618.39 | | Yes |
| 65 | 3/7/2011 | COPAS, BOYD | $897.93 | | | Yes | No |
| 41 | 2/24/2011 | COPELAND, HOMER | | | $7,065.88 | | No |
| 305 | 4/25/2011 | CORCORAN TRUCKING INC | | $28,145.26 | | Yes | Yes |
| 177 | 4/4/2011 | COWLES, KENNETH | | | $3,640.03 | | No |
| 175 | 4/4/2011 | COWLES, SCOTT CHRISTOPHER | | | $4,990.07 | | No |
| 197 | 4/6/2011 | CPC LIVESTOCK | | | $631,045.07 | | No |
| 295 | 4/18/2011 | CRAVENS, RITA | | | $8,212.58 | | No |
| 215 | 4/8/2011 | CRISWELL INC | | | $27,560.90 | | No |
| 481 | | CROWLEY, CLINTON | | | $2,158.27 | | No |
| 467 | 5/2/2011 | CRUMPLER BROS | | | $106,691.01 | Yes | Yes |
| 229 | 4/6/2011 | CULLMAN STOCKYARD INC | | | $42,708.02 | | Yes |
| 399 | 4/29/2011 | CV FARMS | | | $12,369.39 | | No |
| 68 | 3/7/2011 | DALE STULL TRUCKING | $26,293.75 | | | Yes | Yes |
| 154 | 3/25/2011 | DALE STULL TRUCKING | $1,700.00 | | | Yes | No |
| 361 | 4/28/2011 | DARNELL, CLINTON ALTON | | | $154,536.60 | | No |
| 2 | 1/14/2011 | DAVID BOWLES | | | $3,780.65 | | Yes |
| 257 | 4/14/2011 | DAVID CASSADY | | | $1,106.65 | Yes | No |
| 438 | 5/2/2011 | DAVIS QUARTER HORSE | | | $27,271.37 | | Yes |
| 437 | 5/2/2011 | DAVIS, BILL | | | $24,189.29 | | Yes |
| 481 | | DEDIGO, WILLIAM EUGENE | | | $2,317.79 | | No |
| 447 | 5/2/2011 | DEERE & COMPANY | | $13,338.08 | | Yes | No |
| 350 | 4/29/2011 | DENWALT & SONS CATTLE CO LLC | | $51,413.40 | | Yes | Yes |
| 481 | | DEPOLITTE, ROY | | | $1,859.09 | | Yes |
| 488 | 5/2/2011 | DEPP, DORIS JEAN | | | $11,705.57 | | Yes |
| 481 | | DICKSON, FRED | | | $835.92 | | No |
| 497 | 5/4/2011 | DICKSON LIVESTOCK CENTER, INC. | | | $7,832.81 | | No |
| 251 | 4/14/2011 | DOTHAN LIVESTOCK CO | | | $28,683.36 | | No |
| 481 | | DS JOHNSON FARMS | | | $2,058.27 | | No |
| 11 | 2/3/2011 | DUKE ENERGY INDIANA | | | $2,432.53 | | No |
| 186 | 4/8/2011 | EARL VETERINARY SUPPLY INC | | | $1,023.04 | | No |
| 481 | | EAST MISSISSIPPI FARMERS LIVESTOCK MARKET | | | $16,383.48 | | No |
| 374 | 4/29/2011 | EAST TENNESSEE LIVESTOCK CENTER INC | | $415,930.45 | | Yes | No |
| 489 | 5/2/2011 | ELC/DENNIS SCHROEDER | | | $125,573.61 | Yes | No |
| 496 | 5/2/2011 | EDMONTON WATER, SEWER & GAS | $141.57 | | | Yes | No |
| 495 | 5/2/2011 | EDMONTON WATER, SEWER & GAS SYSTEMS | $685.41 | | | Yes | No |
| 494 | 5/2/2011 | EDMONTON, CITY OF | | | $451.43 | | No |
| 433 | 5/1/2011 | EICKE RANCH II | | | $54,147.49 | | Yes |
| 481 | | EISCHEID TRUCKING, LLC | | | $5,978.80 | | No |
| 227 | 4/7/2011 | ELLIS, RANDALL | | | $7,081.00 | | No |
| 481 | | ELMORE, JAMES LEE | | | $22,236.60 | | No |
| 276 | 4/15/2011 | ELMORE, REX | | | $33,683.53 | | No |
| 107 | 3/15/2011 | EMBERTON, MICHAEL R | | | $4,564.00 | Yes | No |
| 510 | 5/6/2011 | EVERETT, BOB | | | $24,043.00 | | No |
| 299 | 4/25/2011 | F & M FARMS LLC | | | $10,969.50 | | Yes |
| 264 | 4/13/2011 | FARMER, BOBBY | | | $4,221.00 | | No |
| 481 | | FARMER, JOE D/B/A B&F CATTLE | | | $6,750.00 | | No |
| 110 | 3/14/2011 | FARMERS LIVESTOCK MARKETING | | | $24,191.92 | | No |
| 8 | 1/28/2011 | FIA CARD SERVICES NA | | | $1,402.89 | | No |
| 481 | | FISCHER BROS. TRUCKING, LLC | | | $3,068.00 | | No |
| 481 | | FISHER, CHARLIE | | | $955.21 | | No |
| 138 | 3/21/2011 | FIVE STAR LIVESTOCK LLC | $1,650.00 | | $85.44 | Yes | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 336 | 4/27/2011 | FLICKINGER, JAMES ROBERT | | | $5,854.20 | | No |
| 455 | 5/2/2011 | FLOOD, BRAD | $4,650.00 | | | Yes | No |
| 84 | 3/10/2011 | FLOYD COUNTY TREASURER | | $13,419.56 | | Yes | No |
| 318 | 4/25/2011 | FNJ LLC | | | $15,256.83 | | No |
| 481 | | FORBIS FARMS | | | $2,597.80 | | No |
| 481 | | FORT PAYNE STOCKYARD, INC. | | | | Yes | No |
| 481 | | FOUR WAY CATTLE CO. | | | $106,796.71 | | No |
| 62 | 3/7/2011 | FOUSEK FARMS & TRUCKING LLC | | | $11,564.81 | | Yes |
| 232 | 4/5/2011 | FOUSEK, SAM | | | $97,644.47 | | No |
| 446 | 5/2/2011 | FPR FINANCIAL FSB | | $11,144.31 | | Yes | No |
| 353 | 4/26/2011 | FRANKLIN, GLEN | | | $375,427.78 | Yes | No |
| 363 | 4/28/2011 | FREDIN BROTHERS INC | | | $423,184.07 | Yes | No |
| 475 | 5/2/2011 | FREEMAN III, MARK | | | $21,869.06 | | No |
| 531 | 1/4/2013 | FRIONA INDUSTRIES LP | | | $39,245.78 | | Yes |
| 409 | 4/29/2011 | FROEDGE, KENNETH | $6,094.82 | | | Yes | No |
| 406 | 4/29/2011 | FROEDGE, SANDY | $358.91 | | | Yes | No |
| 144 | 3/18/2011 | G & C TRUCKING | | | $88,682.08 | Yes | No |
| 303 | 4/25/2011 | GARRETT FARMS | | | $13,022.50 | | Yes |
| 407 | 4/29/2011 | GARRETT, BRILYN & BAILEE | $1,304.06 | | | Yes | No |
| 403 | 4/29/2011 | GARRETT, DELPHIA | $8,763.97 | | | Yes | No |
| 320 | 4/21/2011 | GARY WELCH CATTLE COMPANY | | | $102,971.41 | Yes | No |
| 518 | 6/22/2011 | GENERAL ELECTRIC CAPITAL CORPORATION | | | $63,316.66 | | No |
| 400 | 4/29/2011 | GEORGE, PAUL | $861.18 | | | | No |
| 469 | 5/2/2011 | GIBSON FARMS LLC | | | UNKNOWN | Yes | Yes |
| 464 | 5/2/2011 | GIBSON, ANNA GAYLE | | | $900,000.00 | Yes | Yes |
| 415 | 4/29/2011 | GIBSON, BUTCH | | $2,955.16 | | Yes | No |
| 364 | 4/29/2011 | GIBSON, GRANT | | | $33,420.37 | Yes | No |
| 365 | 4/29/2011 | GIBSON, GRANT | | | $330,000.00 | Yes | No |
| 368 | 4/29/2011 | GIBSON, GRANT | | | $192,500.00 | Yes | No |
| 369 | 4/29/2011 | GIBSON, GRANT | | | $188,000.00 | Yes | No |
| 371 | 4/29/2011 | GIBSON, GRANT | | | $141,000.00 | Yes | No |
| 372 | 4/29/2011 | GIBSON, GRANT | | | $435,000.00 | Yes | No |
| 159 | 3/29/2011 | GIBSON, JAMES HOWARD | | $3,986.79 | | Yes | No |
| 481 | | GIBSON, LENICE | | | $901.27 | | No |
| 481 | | GILBERT, CLARENCE | | | $8,147.97 | | No |
| 408 | 4/29/2011 | GILLEY, KERRY | $2,462.00 | | | Yes | No |
| 481 | | GLASS, LELAND DOUGLAS | | | $9,241.06 | | No |
| 481 | | GLENWILD STOCKYARD, INC. | | | $13,227.30 | | No |
| 481 | | GLOVER, THOMAS RODGERS | | | $62,707.24 | Yes | No |
| 116 | 3/15/2011 | GORDON, DAVID | $5,312.03 | | $5,312.03 | Yes | No |
| 367 | 4/29/2011 | GP CATTLE LLC | | | $330,000.00 | Yes | No |
| 370 | 4/29/2011 | GP CATTLE LLC | | | $81,500.00 | Yes | No |
| 442 | 5/2/2011 | GRAHAM, CHARLES | | | $441,387.97 | | Yes |
| 481 | | GREEN, DON | | | $48,330.49 | | No |
| 316 | 4/25/2011 | GREENSBURG RECORD HERALD | | | $657.90 | | No |
| 481 | | GROCE, BOBBY | | | $835.47 | | No |
| 196 | 4/11/2011 | GUNGOLL JACKSON & COLLINS | | | $1,867.50 | | No |
| 349 | 4/29/2011 | HAIAR, MONTE JAMES | $6,000.00 | | | Yes | No |
| 97 | 3/11/2011 | HAIGH LIVESTOCK LLC | | | $4,827.84 | | No |
| 135 | 3/22/2011 | HAINES JR, CHARLES W | | | $3,565.14 | | No |
| 335 | 4/27/2011 | HALEY, JASON | | | $11,743.88 | | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 481 | | HARDIN COUNTY STOCKYARD, INC. | | | $26,195.92 | | No |
| 481 | | HARMON, JIMMY | | | $1,118.07 | | No |
| 481 | | HAROLD WHITAKER LIVESTOCK TRANSPORTATION, LLC | | | $6,443.85 | | No |
| 37 | 2/23/2011 | HAWKS, DONALD | | | $5,462.71 | | No |
| 253 | 4/14/2011 | HEAD, BUDDY | | | $61,386.00 | | No |
| 78 | 3/8/2011 | HENDRICK, JIMMY | | | $10,567.29 | | No |
| 507 | 5/3/2011 | HERALD, JERRY | | | $2,920.66 | Yes | No |
| 146 | 3/18/2011 | HERRBOLDT TRUCKING | | | $15,874.25 | | No |
| 57 | 3/7/2011 | HIGH & HIGH | $1,515.90 | | $1,515.90 | Yes | No |
| 71 | 3/7/2011 | HIGH, JIMMIE DALE | $2,527.25 | | $2,527.25 | Yes | No |
| 443 | 5/2/2011 | HILLS, WALTER | | | $99,802.35 | | Yes |
| 362 | 4/28/2011 | HIRSCH PARTNERSHIP | | | $33,142.20 | Yes | Yes |
| 192 | 4/11/2011 | HOLLEY, DAVID | | | $2,262.15 | Yes | No |
| 481 | | HONAKER, ANGIE | | | $858.01 | | No |
| 294 | 4/18/2011 | HOPE, RICHARD | $3,543.24 | | | Yes | No |
| 481 | | HORA, GEORGE | | | $4,566.20 | | No |
| 49 | 3/3/2011 | HUNT, BRENDA | | | $3,092.15 | | No |
| 481 | | HURT, BILLIE | | | $11,583.25 | | No |
| 173 | 4/4/2011 | HURT, GLENN | | | $5,919.27 | Yes | No |
| 5 | 1/24/2011 | IKE`S TRUCKING INC | $11,275.00 | | $70,978.06 | Yes | No |
| 83 | 3/9/2011 | INDIANA-AMERICAN WATER CO | | | $102.02 | | No |
| 161 | 3/28/2011 | INGLAND TRUCKING | | | $15,237.00 | | Yes |
| 312 | 4/22/2011 | INTRUST BANK NA | | $9,029,203.24 | | Yes | No |
| 366 | 4/29/2011 | IRSIK & DOLL FEED SERVICES INC | | | $509,745.00 | Yes | Yes |
| 373 | 4/29/2011 | IRSIK & DOLL FEED SERVICES INC | | | $5,144.40 | Yes | No |
| 19 | 2/10/2011 | ISENBERG, CHARLES LEON | | | $4,025.62 | | No |
| 50 | 3/3/2011 | J & J LIVESTOCK TRUCKING | | | $10,326.25 | Yes | No |
| 482 | 5/2/2011 | J & L FARMS LLC | | | UNKNOWN | | No |
| 217 | 4/7/2011 | J & S LIVESTOCK | | | $20,476.89 | | Yes |
| 532 | 1/7/2013 | J&F OKLAHOMA HOLDINGS INC | | | $16,473.85 | | Yes |
| 141 | 3/21/2011 | JACK ROTH TRUCKING | | | $10,589.15 | | No |
| 418 | 5/2/2011 | JAMES H BRASS CATTLE ACCOUNT | | $157,606.47 | | Yes | Yes |
| 423 | 5/2/2011 | JANE LLC | | | $51,497.90 | | No |
| 481 | | JANOUSEK FARMS, LLC | | | | Yes | No |
| 63 | 3/7/2011 | JASON FARMER TRANSPORTATION | | | $4,023.79 | | No |
| 114 | 3/14/2011 | JC BAR TRUCKING INC | | | $17,865.20 | | No |
| 137 | 3/21/2011 | JD CATTLE COMPANY INC | | | $14,499.94 | | No |
| 416 | 4/29/2011 | JEFFRIES, CARL | | $2,078.96 | | Yes | No |
| 414 | 4/29/2011 | JEFFRIES, KELLY | | $524.51 | | Yes | No |
| 59 | 3/7/2011 | JIMMIE ROGERS INC | | | $5,040.79 | | Yes |
| 169 | 4/1/2011 | JOE KANTHAK TRUCKING | $2,581.30 | | | Yes | No |
| 99 | 3/14/2011 | JOHN COWHERD, ATTORNEY AT LAW PC | | | $1,888.40 | | No |
| 481 | | JOHNSON, GREGORY LYNN | | | $1,132.58 | | No |
| 481 | | JONES, CLAUDE | | | $1,700.90 | | No |
| 352 | 4/25/2011 | JOPLIN REGIONAL STOCKYARDS INC | | $1,276,925.76 | | Yes | Yes |
| 178 | 4/4/2011 | JORDAN, JERRY W | | | $34,223.75 | | No |
| 346 | 4/28/2011 | JVCO LLC | | | $506,718.40 | | Yes |
| 508 | 5/9/2011 | KD FARM SERVICE, LLC | | | $14,966.00 | | No |
| 263 | 4/13/2011 | KEITH LONG DBA LONG FARMS | | | $6,880.08 | | No |
| 271 | 4/13/2011 | KENTUCKY AMERICAN WATER | | | $202.14 | | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 481 | | KENTUCKIANA LIVESTOCK MARKET, INC. | | | $109,304.82 | | No |
| 106 | 3/14/2011 | KEYWOOD ANIMAL CLINIC LLC | | | $1,575.30 | | No |
| 481 | | KILMON, KEITH | | | $1,949.05 | | No |
| 481 | | KINSER, MITCHELL | | | $3,526.59 | | No |
| 39 | 2/23/2011 | KINSLOW, ROY | | | $8,571.48 | | No |
| 40 | 2/23/2011 | KINSLOW, WESLEY BOTTS | | | $6,264.89 | | No |
| 120 | 3/16/2011 | KNESS TRUCKING INC | | | $2,883.15 | | No |
| 481 | | KNOXVILLE LIVESTOCK AUCTION CENTER | | | | | Yes |
| 470 | 5/2/2011 | L&F CATTLE | | | $160,121.56 | | Yes |
| 302 | 4/25/2011 | LANE CATTLE COMPANY | | | $52,607.43 | | No |
| 481 | | LANE, R.D. | | | $9,067.10 | | No |
| 166 | 3/31/2011 | LANG TRUCKING | | | $4,706.63 | | No |
| 481 | | LAS ANIMAS TRANSFER, INC. | | | $14,110.60 | | No |
| 259 | 4/13/2011 | LAUREL LIVESTOCK MARKET INC | | | $157,728.46 | | No |
| 501 | 5/6/2011 | LEATH, ANTHONY | | | $7,103.50 | | No |
| 247 | 4/15/2011 | LEON BOGARD TRUCKING | $10,539.92 | | | Yes | No |
| 203 | 4/11/2011 | LINDEN STOCKYARD INC | | | $208,111.45 | | Yes |
| 235 | 4/13/2011 | LIPSCOMB BROS LIVESTOCK MARKET | | | $4,062.70 | | No |
| 101 | 3/14/2011 | LIVESTOCK DISPATCH SERVICE | | | $6,628.25 | | No |
| 481 | | LIVINGSTON STOCKYARD C/O WILLIAM TINSLEY | | | $26,333.05 | | No |
| 236 | 4/14/2011 | LOFTIS FARM (Josh Loftis) | | | $5,469.41 | | No |
| 481 | | LOGSDON, GEORGE E. | | | $933.38 | | No |
| 481 | | LOGSDON, THOMAS | | | $2,174.73 | | No |
| 289 | 4/18/2011 | LOULA, MICHAEL WADE | | | $52,731.60 | Yes | No |
| 38 | 2/23/2011 | LOWHORN, ARTHUR | | | $1,212.34 | | No |
| 524 | 1/24/2012 | LUKE, MIKE | | | $10,509.69 | Yes | No |
| 67 | 3/7/2011 | LW MILLER LIVESTOCK INC | | | $15,312.35 | | Yes |
| 226 | 4/7/2011 | LYLE, RICHARD | $3,130.99 | | | Yes | No |
| 321 | 4/21/2011 | LYNN, TODD | | | $10,583.44 | | Yes |
| 481 | | MACON STOCKYARD, INC. | | | | Yes | No |
| 185 | 4/8/2011 | MAC`S VET SUPPLY LLC | $5,336.74 | | $5,336.74 | Yes | No |
| 125 | 3/17/2011 | MANION, JIMMY | | $4,051.28 | | Yes | No |
| 481 | | MARR, FLOYD HAYWOOD | | | $2,192.82 | | No |
| 104 | 3/14/2011 | MARTIN, JUNIOR | | | $11,403.90 | Yes | No |
| 410 | 4/29/2011 | MARTIN, PHILLIP E | | $30,312.72 | | Yes | No |
| 481 | | MARTIN, T. | | | $15,722.00 | | No |
| 189 | 4/11/2011 | MARTY BUNDY | | | $3,660.00 | | No |
| 281 | 4/19/2011 | MATNEY, AVERY | | | $951.62 | Yes | No |
| 79 | 3/8/2011 | MAXINE MORGAN ESTATE | | | $1,314.82 | | No |
| 439 | 5/2/2011 | MAYO JR, JOHNNY | | | $14,943.49 | | Yes |
| 481 | | MCCLURE, WILLIAM | | | $667.22 | | No |
| 481 | | MCCOMBS, TYLER | | | $1,047.66 | | No |
| 174 | 4/4/2011 | MCPHAIL LAND & CATTLE | $54,968.66 | | $54,968.66 | Yes | No |
| 194 | 4/11/2011 | MELSON, RICHIE | | $3,308.19 | | | No |
| 481 | | MERIDIAN STOCKYARDS, INC. | | | $24,783.37 | | No |
| 509 | 5/9/2011 | MFA OIL COMPANY | | | $739.74 | | No |
| 179 | 4/7/2011 | MID STATE WASTE | | $508.74 | | Yes | No |
| 93 | 3/11/2011 | MIDDLETON, JERRY | | | $27,640.70 | | No |
| 218 | 4/7/2011 | MID-KENTUCKY LIVESTOCK MARKET | | | $24,206.17 | | Yes |
| 272 | 4/14/2011 | MID-SOUTH LIVESTOCK CENTER LLC | | | $58,997.09 | | Yes |
| 273 | 4/14/2011 | MID-SOUTH LIVESTOCK CENTER LLC | | | $11,975.33 | | Yes |
| 274 | 4/14/2011 | MID-SOUTH LIVESTOCK CENTER LLC | | | $156,292.63 | | Yes |
| 275 | 4/14/2011 | MID-SOUTH LIVESTOCK CENTER LLC | | | $46,550.97 | | Yes |
| 481 | | MID-STATE STOCKYARDS, LLC | | | $95,916.68 | | No |
| 481 | | MILBY, WILLIAM | | | $9,449.53 | | No |
| 481 | | MILLER, ALLEN | | | $2,555.38 | | No |
| 206 | 4/11/2011 | MILLER, MARION | | | $6,909.75 | | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 88 | 3/10/2011 | MILLIGAN FARMS | | | $4,271.36 | | No |
| 481 | | MOLER, BILL D/B/A D&B CATTLE CO. | | | $774.61 | | No |
| 280 | 4/22/2011 | MONTGOMERY STOCK YARD INC | | | $36,416.77 | | Yes |
| 492 | 5/2/2011 | MONTGOMERY, DARBY | | | $2,020.80 | Yes | No |
| 491 | 5/2/2011 | MOORE, FERRELL | $8,200.00 | | | Yes | No |
| 307 | 4/20/2011 | MORENO, GABRIEL | | $196,484.51 | | Yes | Yes |
| 304 | 4/25/2011 | MORGAN LIVESTOCK LLC | | | $9,051.66 | | No |
| 499 | 5/5/2011 | MORRISON, DORINDA | | | $535.83 | | No |
| 359 | 4/27/2011 | MOSELEY CATTLE AUCTION LLC | | | $670,949.88 | | No |
| 481 | | MOULTON STOCKYARD | | | $10,232.93 | | No |
| 481 | | MOWERS, JEFF A. | | | $779.14 | | No |
| 333 | 4/27/2011 | MUTTER, BENNIE | | | $7,661.21 | | No |
| 140 | 3/21/2011 | MYATT, TATE | | | $469.58 | | No |
| 481 | | NAPIER, TIMOTHY WATTS | | | | | Yes |
| 481 | | NATURAL BRIDGE STOCKYARD | | | $26,592.18 | | No |
| 481 | | NEAGLE, JOHN | | | $6,260.26 | | No |
| 75 | 3/8/2011 | NEAT, BILLY | | $1,225.79 | | Yes | No |
| 89 | 3/9/2011 | NEAT, DENNIS | | | $6,891.98 | Yes | No |
| 72 | 3/7/2011 | NELSON TRUCKING INC | $7,558.50 | | | Yes | No |
| 383 | 4/29/2011 | NELSON, RANDY | | | $5,734.35 | | No |
| 190 | 4/11/2011 | NEUFELD, RONALD D | $12,409.00 | | | Yes | No |
| 160 | 3/28/2011 | NEWMAN, BOBBY | $14,684.33 | | | Yes | Yes |
| 481 | | NEWPORT, TODD | | | $2,228.30 | | No |
| 422 | 5/2/2011 | NICHOLS LIVESTOCK | | | $100,540.18 | Yes | No |
| 424 | 5/2/2011 | NICHOLS, ROBERT | | | $597,614.11 | Yes | No |
| 425 | 5/2/2011 | NICHOLS, ROBERT | | | $25,205.55 | Yes | No |
| 358 | 4/29/2011 | NORTHWEST ALABAMA LIVESTOCK AUCTION | | $197,667.72 | UNKNOWN | Yes | No |
| 198 | 4/11/2011 | NU-TECHNOLOGIES | | $32,160.00 | | Yes | No |
| 122 | 3/17/2011 | ODLE, WILLARD R | | | $5,138.48 | | No |
| 481 | | OELZE, STEPHEN | | | $10,526.50 | | No |
| 188 | 4/11/2011 | OLLERICH, JERRY | | | $1,658.50 | | Yes |
| 170 | 4/1/2011 | ORENDER TRUCK LINE INC | | | $3,451.35 | | No |
| 498 | 5/5/2011 | OZARKS REGIONAL STOCKYARDS, INC | | | $259,261.15 | | Yes |
| 481 | | PACE, ROY | | | $7,339.67 | | No |
| 481 | | PAGE, JOHN | | | $2,520.27 | | No |
| 481 | | PAGE, LLOYD DALE | | | $1,919.94 | | No |
| 256 | 4/14/2011 | PARKS LIVESTOCK INC | | | $5,675.81 | | No |
| 133 | 3/23/2011 | PATTON, TERRY | | | $3,155.42 | | No |
| 345 | 4/28/2011 | PAUL & AMOS KROPF DBA K & K FARMS | | $55,557.96 | | Yes | No |
| 313 | 4/25/2011 | PAYNE, ROGER | | | $1,300.22 | | No |
| 377 | 4/29/2011 | PEOPLES BANK OF COLDWATER KANSAS | | $120,280.72 | | Yes | No |
| 100 | 3/14/2011 | PHELPS, RACHAEL | | $902.65 | | Yes | No |
| 35 | 2/22/2011 | PHIL MULDER TRUCKING INC | | | $3,300.00 | | No |
| 412 | 4/29/2011 | PHILLIP`S FARMS | | | $6,294.00 | | No |
| 411 | 4/29/2011 | PHILLIPS, TERRY | | | $8,745.15 | | Yes |
| 317 | 4/25/2011 | PIEDMONT LIVESTOCK INC | | | $365,407.48 | Yes | No |
| 139 | 3/21/2011 | PINE RIDGE FARM | | | $11,161.37 | Yes | No |
| 240 | 4/15/2011 | PITCOCK, JOSHUA | | | $1,175.85 | | No |
| 31 | 2/22/2011 | PLATT LIVESTOCK LLC | | | $3,416.20 | | No |
| 155 | 3/28/2011 | PLOWMAN, KENNY | | | $88,000.00 | Yes | No |
| 402 | 4/29/2011 | PONTOTOC STOCKYARD | | $63,916.55 | | Yes | No |
| 441 | 5/2/2011 | POWELL, FRANK | | | $33,201.56 | | Yes |
| 94 | 3/11/2011 | POWELL, JC | $15,060.00 | | | Yes | No |
| 481 | | PRICE, BILLY WAYNE | | | $787.52 | | No |
| 296 | 4/18/2011 | PRUITT FARMS | | | $15,375.30 | | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 481 | | PULASKI STOCKYARD | | | $54,024.53 | | No |
| 481 | | RABICH, RON | | | | | Yes |
| 24 | 2/15/2011 | RANDALL SPURLING TRUCKING | | | $4,220.65 | | No |
| 244 | 4/18/2011 | RANDY CARDEN INC | | | $23,036.32 | | No |
| 208 | 4/11/2011 | RANDY HODGE LIVESTOCK INC | | | $295,741.32 | | Yes |
| 512 | 5/12/2011 | RANDY HOOVER & SON | | | $103,376.05 | Yes | No |
| 34 | 2/22/2011 | READ, DAVID | $572.37 | | $572.37 | Yes | No |
| 355 | 4/26/2011 | REED, PHILLIP TAYLOR | | $391,155.40 | | Yes | No |
| 354 | 4/26/2011 | REED, RON P | | $175,044.18 | | Yes | No |
| 10 | 1/31/2011 | REPS DISPATCH LLC | | | $32,995.75 | | Yes |
| 519 | 7/26/2011 | REPUBLIC BANK & TRUST COMPANY | | | $220,923.74 | | No |
| 481 | | RICHARD, LAWRENCE | | | $4,196.72 | | No |
| 481 | | RICHARD, LEWIS RANDALL | | | $3,295.19 | | No |
| 33 | 2/22/2011 | RICHARD RIVERS TRUCKING | $8,284.00 | | | Yes | Yes |
| 58 | 3/7/2011 | RICHARDSON INC | | | $1,260.00 | | Yes |
| 172 | 4/4/2011 | RICHEY, PHILLIP | | | $4,348.04 | Yes | No |
| 282 | 4/19/2011 | RICHEY, RANDY | $2,000.00 | | | Yes | No |
| 481 | | RICHMOND, MARK | | | $2,700.00 | | No |
| 328 | 4/28/2011 | RICHY ROBBINS (ROBBINS TRUCKING) | $26,646.25 | | | Yes | No |
| 481 | | RIGDON, ELMER | | | $434.68 | | No |
| 25 | 2/16/2011 | RINGS, DAVID | | | $7,153.45 | Yes | No |
| 481 | | ROANOKE STOCKYARD, INC. | | | $25,514.04 | | No |
| 481 | | ROBERTS, RANDY | | | $13,660.70 | | Yes |
| 44 | 3/2/2011 | ROLANDO ACOSTA TRUCKING LLC | | | $22,549.38 | | No |
| 60 | 3/7/2011 | RON NEUFELD TRUCKING | | | $5,011.00 | | No |
| 26 | 2/16/2011 | RONNIE REITER | | | $33,702.32 | Yes | No |
| 278 | 4/18/2011 | ROSENBAUM FEEDER CATTLE LLC | | | $150,823.92 | Yes | No |
| 287 | 4/19/2011 | ROSS, RICKY | | | $5,418.18 | | No |
| 20 | 2/14/2011 | RUMMEL, BRADLEY | | | $6,320.00 | | No |
| 481 | | RUSH, CHARLES | | | $627.00 | | No |
| 157 | 3/30/2011 | RUSSELL BROTHERS | | | $15,447.61 | | No |
| 413 | 4/29/2011 | RUSSELL DECORDOVA DBA DECORDOVA CATTLE COMPANY | | $84,372.58 | | Yes | No |
| 284 | 4/19/2011 | RUSSELL, AVALON | | | $1,179.24 | | No |
| 481 | | RUSSELL SPRADIN FARMS | | | $2,316.85 | | No |
| 481 | | S&S CATTLE | | | $1,183.52 | | No |
| 252 | 4/14/2011 | SAND MOUNTAIN STOCKYARD | | | $35,080.78 | | No |
| 481 | | S&T TRUCKING LOGISTICS | | | $2,985.00 | | Yes |
| 325 | 4/21/2011 | SANDERS, KENNETH | | | $4,457.03 | | No |
| 230 | 4/6/2011 | SANDY GLASS TRUCKING | $12,060.00 | | | Yes | No |
| 70 | 3/7/2011 | SAWYERS, BOB | | | $7,874.23 | | No |
| 61 | 3/7/2011 | SAWYERS, BOBBY | | $7,874.23 | | Yes | No |
| 32 | 2/22/2011 | SCHLESSIGER, JACK | | | $948.40 | | Yes |
| 481 | | SCOTT, BRIAN | | | $7,311.46 | | No |
| 290 | 4/18/2011 | SCOTT LEDBETTER TRUCKING LLC | | | $45,854.00 | Yes | Yes |
| 147 | 3/18/2011 | SCOTTS HILL STOCKYARD | | | $32,670.57 | Yes | No |
| 503 | 4/29/2011 | SEALY & SON | | | $106,062.94 | | No |
| 36 | 2/22/2011 | SEIBERT CATTLE CO LLC | | | $48,561.34 | | No |
| 0 | 3/15/2011 | SETZER, TONY T | $1,205.01 | | | | No |
| 481 | | SEXTON, JOHN THOMAS | | | $2,511.81 | | No |
| 98 | 3/11/2011 | SHIPMAN, GENE | | | $47,848.50 | | No |
| 231 | 4/6/2011 | SHIRLEY, MARK | | | $1,616.82 | | No |
| 481 | | SIMPSON, JESSE | | | $6,006.05 | | No |
| 96 | 3/11/2011 | SLINKER, TIMMY | | $1,405.26 | | Yes | No |
| 51 | 3/3/2011 | SMITH CAREY, PEGGY | | | $4,689.15 | | No |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 342 | 4/28/2011 | SMITH, BOBBY | | | $8,257.73 | Yes | No |
| 222 | 4/7/2011 | SMITH, DWAYNE | | | $2,146.81 | | No |
| 481 | | SMITH, JARED ROSS | | | $2,206.76 | | No |
| 53 | 3/3/2011 | SMITH, LEONARD CLIFTON | | | $5,760.64 | | No |
| 341 | 4/28/2011 | SMITH, SHIRLEY | | | $590.96 | Yes | No |
| 481 | | SOMERVILLE LIVESTOCK SALES | | | $87,783.56 | | No |
| 382 | 4/29/2011 | SOUTHEAST LIVESTOCK EXCHANGE LLC | | | $774,513.54 | | No |
| 142 | 3/21/2011 | SOUTHERN TRANSPORT LLC | | | $7,533.00 | | No |
| 28 | 2/24/2011 | SOUTHLAND HAULERS LLC | | | $176,949.00 | | Yes |
| 481 | | SPURLING, MYLES | | | $125.00 | | No |
| 121 | 3/17/2011 | STAR KAN INC | | | $24,566.96 | | Yes |
| 481 | | STARNES, ROY | | | $2,429.11 | | No |
| 241 | 4/15/2011 | STEVE GRAVES TRUCKING LLC | $4,198.95 | | | Yes | Yes |
| 481 | | STEVENS, JACK | | | $2,928.75 | | No |
| 151 | 3/28/2011 | STITCHES FARM | | | $6,325.05 | | No |
| 481 | | STINNET, BOBBY | | | $753.23 | | No |
| 483 | 5/2/2011 | STOCKMAN OKLAHOMA LIVESTOCK MARKETING INC | | | $916,120.51 | Yes | No |
| 484 | 5/2/2011 | STOCKMAN OKLAHOMA LIVESTOCK MARKETING INC | | | $1,026,188.56 | Yes | No |
| 481 | | STRICKLAND, EDWIN A. | | | $155,790.23 | Yes | No |
| 167 | 3/31/2011 | STURDIVANT, ARTHUR ANDREW | $1,835.66 | | $1,835.66 | Yes | No |
| 481 | | SULLIVAN, LEONARD | | | $916.22 | | No |
| 351 | 4/29/2011 | SUNDERMAN, DOUGLAS D | | | $13,740.00 | | No |
| 261 | 4/13/2011 | SUSAN RAMEY LIVESTOCK | $16,678.20 | | | Yes | No |
| 434 | 5/1/2011 | SVOBODA, TOM | | | $159,670.28 | | Yes |
| 339 | 4/26/2011 | SYMPSON, DONALD R | | | $5,797.30 | | Yes |
| 260 | 4/13/2011 | SYMPSON, JAMES G | | | $17,118.07 | | Yes |
| 212 | 4/11/2011 | T R SMITH LIVESTOCK | $9,611.15 | | $10,000.00 | Yes | No |
| 481 | | TABOR, ANDREW BEAU | | | $8,824.34 | | No |
| 481 | | TADLOCK STOCKYARD | | | $6,516.84 | | No |
| 445 | 5/2/2011 | TATE RANCH | | | $209,533.15 | Yes | Yes |
| 12 | 2/4/2011 | TAYLOR, STEVE R | | | $7,563.15 | | No |
| 14 | 2/7/2011 | TELVENT DTN INC | | | $2,968.92 | | No |
| 326 | 4/22/2011 | TENNESSEE LIVESTOCK PRODUCERS INC | | $162,831.58 | | Yes | Yes |
| 481 | | TERRY, STEVEN | | | $1,401.58 | | No |
| 54 | 3/7/2011 | THE ANIMAL HOSPITAL | | | $6,671.01 | | No |
| 193 | 4/11/2011 | THOMAS COUNTY STOCKYARDS INC | | | $46,683.35 | | No |
| 401 | 4/29/2011 | THOMAS, FRED | | | $2,326.85 | | No |
| 288 | 4/19/2011 | THOMAS, ROGER | | | $1,363.64 | | No |
| 214 | 4/8/2011 | THOMPSON BROTHERS | | | $2,353.08 | | No |
| 481 | | THOMPSON, CAROLYN | | | $341.36 | | No |
| 209 | 4/11/2011 | THOMPSON, GARY | $10,146.35 | | | Yes | No |
| 481 | | THOMPSON, JAMES | | | $405.00 | | No |
| 16 | 2/8/2011 | THOMPSON, JOHN D | | | $7,026.20 | Yes | No |
| 481 | | THOMPSON, SPENCER | | | $1,187.51 | | No |
| 1 | 1/3/2011 | THOMSON WEST | | | $2,329.05 | | No |
| 376 | 4/29/2011 | THORESON RANCH INC | | | $52,224.08 | | No |
| 481 | | TIBBITS, WAYNE | | | $849.43 | | No |
| 199 | 4/11/2011 | TORRINGTON LIVESTOCK CATTLE COMPANY | | $177,258.38 | | Yes | Yes |
| 269 | 4/19/2011 | TORRINGTON LIVESTOCK MARKETS LLC | | $276,956.61 | | Yes | Yes |
| 481 | | TORQUE TRANSPORTATION | | | $4,410.85 | | No |
| 481 | | TRAVIS, MICHAEL PERRY | | | $10,080.00 | | No |
| 130 | 3/24/2011 | TRI-COUNTY LIVESTOCK EXCHANGE | | | $22,928.47 | | No |
| 291 | 4/18/2011 | TUPPER LIVESTOCK CO | | | $52,733.40 | | Yes |
| 375 | 4/29/2011 | TURNER COUNTY STOCKYARDS INC | | $143,425.13 | | Yes | No |
| 90 | 3/10/2011 | TURNER, ROGER | | | $1,831.30 | | No |
| 481 | | UNION STOCK YARDS CO., INC. | | | $13,660.70 | | No |
| 311 | 4/22/2011 | UNITED PARCEL SERVICE | | | $523.73 | | No |
| 348 | 4/28/2011 | UNITED PRODUCERS INC | | $250,254.00 | | Yes | Yes |

Estimated Class 4 Claims Listing

| Claim Nbr | ClaimDate | Creditor Name | Clm Pri | Clm Sec | Clm Uns | Disputed? | Opt In |
|---|---|---|---|---|---|---|---|
| 417 | 5/2/2011 | UPPER CUMBERLAND SHOPPER | | | $159.00 | Yes | No |
| 250 | 4/14/2011 | VALLEY STOCKYARD | | | $57,104.36 | | Yes |
| 481 | | VANDERBRINK, ED | | | $4,218.00 | | No |
| 150 | 4/4/2011 | VERIZON WIRELESS | | | $5,211.76 | | No |
| 456 | 5/2/2011 | VERMILLION RANCH CORPORATION | | $594,467.27 | $657,573.22 | Yes | Yes |
| 92 | 3/11/2011 | VIBBERT, TIM | | | $2,029.79 | | No |
| 330 | 4/28/2011 | WAECHTER HAY & GRAIN INC | | | $6,428.22 | | Yes |
| 481 | | WALDEN, CAROL | | | $1,045.19 | | No |
| 444 | 5/2/2011 | WALLACE, DICK | | | $49,363.43 | | Yes |
| 47 | 3/4/2011 | WARREN, BILL | | | $4,732.39 | Yes | No |
| 526 | 1/23/2012 | WARREN, BILL | $4,732.49 | | $4,732.49 | Yes | No |
| 457 | 5/2/2011 | WEBORG FEEDING CO LLC | | | $110,180.00 | Yes | No |
| 207 | 4/11/2011 | WELCH, MADISON A | $1,346.36 | | $1,346.36 | Yes | No |
| 490 | 5/2/2011 | WEST COAST LIVESTOCK EXPRESS | | | $7,339.32 | | Yes |
| 481 | | WEST KENTUCKY LIVESTOCK MARKET | | | | Yes | No |
| 329 | 4/28/2011 | WEST PLAINS CO | | | $54,904.75 | | Yes |
| 131 | 3/24/2011 | WETSTONE CREEK | | | $18,492.20 | | No |
| 309 | 4/21/2011 | WHITE, MATTHEW | | | $5,793.12 | | No |
| 481 | | WHITE, WILLIAM | | | $3,749.00 | | No |
| 481 | | WHITLEY, GARY FRANKLIN | | | $1,092.90 | | No |
| 343 | 4/28/2011 | WHITLOW, JESSE PHILLIP | | | $11,523.92 | Yes | No |
| 481 | | WHITLOW, MAYDELL | | | $3,644.87 | | No |
| 124 | 3/17/2011 | WILLIAMS CATTLE CO | | | $108,725.91 | | No |
| 334 | 4/27/2011 | WILLIAMS, LARRY | | | $500.00 | | No |
| 481 | | WILLIAMS, TERRY | | | $3,044.64 | | No |
| 279 | 4/22/2011 | WILLIE DOWNS LIVESTOCK INC | | | $56,000.00 | Yes | No |
| 168 | 4/1/2011 | WILLIS DVM, BUD | | | $7,170.00 | Yes | Yes |
| 481 | | WILLS, J.C. | | | $401.78 | | No |
| 105 | 3/14/2011 | WILSON, EPHRIAM | | $4,624.22 | | Yes | No |
| 481 | | WILSON, LINDA | | | $4,275.95 | | No |
| 301 | 4/25/2011 | WIMBERLY LAWSON WRIGHT DAVES & JONES PLLC | | | $283.60 | | No |
| 513 | 5/13/2011 | WINNER LIVESTOCK AUCTION | | | $53,579.98 | | No |
| 119 | 3/16/2011 | WINONA STOCKYARD - CUSTODIAL | | | $18,790.34 | | No |
| 21 | 2/14/2011 | WISCHMEIER TRUCKING INC | | | $4,634.10 | | No |
| 324 | 4/21/2011 | WITHROW, CHAD | $8,103.77 | | | Yes | No |
| 493 | 5/2/2011 | WOOD, DARRELL LYNN | | | $4,825.90 | | No |
| 228 | 4/6/2011 | WOODY, LARRY | | | $2,917.49 | | No |
| 481 | | WORLEY, LARRY | | | $2,090.88 | | No |
| 481 | | WRIGHT, BRYSTICE AMANGER | | | $656.72 | | No |
| 404 | 4/29/2011 | YOUNG, FRED K | $992.24 | | | Yes | No |
| 505 | 5/5/2011 | YOUNG, JACKIE | | | $2,999.97 | | Yes |
| 3 | 1/18/2011 | YOUNG, JEFFERY L | | | $6,203.56 | | Yes |
| 126 | 3/17/2011 | ZAGO, DANTE | | | $34,093.10 | | No |