# The Upper Cumberland Shopper, Inc.
2685 Lake Valley Drive • Cookeville, TN 38506
931-372-9978 • 1eagle@citlink.net

March 27, 2013

United States Bankruptcy Court
Southern District of Indiana, New Albany Division
110 U.S. Courthouse
121 West Spring Street
New Albany, IN 47150

RECEIVED
APR 01 2013
CLERK
U.S. BANKRUPTCY COURT
NEW ALBANY, INDIANA

RE: Case #10-93904-BHL-11
Eastern Livestock, LLC

Dear Trustee:

Please use this letter as notice of our objection to the dismissal of amounts owed to The Upper Cumberland Shopper Inc., by Eastern Livestock, LLC d/b/a Edmonton Livestock of Edmonton, KY in the amount of $159.00

Edmonton Livestock initially placed advertising with The Upper Cumberland Shopper Inc. on December 14, 2005 with approval from the corporate headquarters, Eastern Livestock LLC. On October 6, 2010 advertising was placed with the approval of Eastern Livestock headquarters. The subsequent payment on that invoice, check #123048, was returned by the bank for non-sufficient funds. The total amount due of $159.00 is the aggregate balance of the original invoice, bank fees and appropriate administrative collection costs as agreed upon by the customer back on 12/14/2005.

Edmonton Livestock is a subsidiary of Eastern Livestock and all advertising had to be approved through the corporate office located in New Albany, IN. Therefore, the resulting balance due of $159.00 to The Upper Cumberland Shopper Inc. is a legitimate debt owed by the parent company, Eastern Livestock LLC and payable through the bankruptcy proceedings. Additionally, The Upper Cumberland Shopper Inc. was listed by Eastern Livestock LLC as a legitimate creditor in the initial bankruptcy filing.

A historical ledger to show the initiation of the relationship as well as the final amounts due through the bankruptcy proceedings, has been attached for the courts records.

We appreciate the courts time and review of this matter.

Respectfully submitted,

*Elisabeth M DelBene*

Elisabeth M DelBene, Owner
The Upper Cumberland Shopper, Inc.

cc. file
Trustee Counsel – Faegre Baker Daniels LLP

**The Upper Cumberland Shopper, Inc.**
Customer Aged Detail As at 03/27/2013

| Source | Date | Transaction Type | Total | Current | 14 to 27 |
|---|---|---|---|---|---|
| **Edmonton Livestock** | | | | | |
| 19605 | 12/14/2005 | Invoice | 135.00 | - | - |
| 70604 | 12/19/2005 | Payment | -135.00 | - | - |
| 19782 | 02/08/2006 | Invoice | 45.00 | - | - |
| 34514 | 03/01/2006 | Payment | -45.00 | - | - |
| 19887 | 03/08/2006 | Invoice | 45.00 | - | - |
| 037224 | 04/12/2006 | Payment | -45.00 | - | - |
| 20067 | 04/05/2006 | Invoice | 45.00 | - | - |
| 037758 | 04/26/2006 | Payment | -45.00 | - | - |
| 20991 | 08/23/2006 | Invoice | 80.00 | - | - |
| 43058 | 09/07/2006 | Payment | -80.00 | - | - |
| 21929 | 02/07/2007 | Invoice | 80.00 | - | - |
| 52525 | 03/01/2007 | Payment | -80.00 | - | - |
| 22633 | 05/30/2007 | Invoice | 80.00 | - | - |
| 57705 | 06/13/2007 | Payment | -80.00 | - | - |
| 23104 | 08/22/2007 | Invoice | 90.00 | - | - |
| 062839 | 09/24/2007 | Payment | -90.00 | - | - |
| 23272 | 09/19/2007 | Invoice | 90.00 | - | - |
| 066391 | 11/26/2007 | Payment | -90.00 | - | - |
| 23413 | 10/17/2007 | Invoice | 90.00 | - | - |
| 065632 | 11/09/2007 | Payment | -90.00 | - | - |
| 23598 | 11/14/2007 | Invoice | 90.00 | - | - |
| 067297 | 12/14/2007 | Payment | -90.00 | - | - |
| 23763 | 12/12/2007 | Invoice | 90.00 | - | - |
| 068237 | 01/09/2008 | Payment | -90.00 | - | - |
| 23920 | 01/23/2008 | Invoice | 90.00 | - | - |
| 070381 | 03/03/2008 | Payment | -90.00 | - | - |
| 25164 | 09/17/2008 | Invoice | 90.00 | - | - |
| 080107 | 10/06/2008 | Payment | -90.00 | - | - |
| 25285 | 10/15/2008 | Invoice | 90.00 | - | - |
| 082249 | 11/17/2008 | Payment | -90.00 | - | - |
| 26970 | 10/07/2009 | Invoice | 86.00 | - | - |
| 098760 | 10/26/2009 | Payment | -86.00 | - | - |
| 28758 | 10/06/2010 | Invoice | 86.00 | - | - |
| 123048 | 10/29/2010 | Payment | -86.00 | - | - |
| 123048NSF | 11/17/2010 | Payment | 86.00 | - | - |
| 28900 | 11/03/2010 | Invoice | 43.00 | - | - |
| 28758ADM | 11/04/2010 | Invoice | 30.00 | - | - |
| 012111bd | 01/21/2011 | Invoice | -159.00 | - | - |

Total outstanding: - - -

Total unpaid invoices: - - -
Total deposits/prepaid order: - - -

Total outstanding: - - -

Printed On: 03/27/2013