UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: EASTERN LIVESTOCK CO. LLC  ) CHAPTER 11
DEBTOR                             ) Case No. 10-93904-BHL-11

## RESPONSE

Phillip Martin of 6853 Fairview Road Cookeville, TN 38501-9715 comes and respectfully objects to the reclassifying of his claim and asks that this Court not reclassify his claim as a general unsecured claim, as he sold cattle to the debtor and did not receive payment for said cattle and those cattle or their value were the security for the payment of the claim. If and when Phillip Martin receives all payments provided from alternative sources and those amounts are determined and payments rendered, then he would agree to have his claim amount reduced but asks that it not be reclassified at this time.

This 29th day of March, 2013.

Respectfully submitted:

*/s/ Phillip Martin*

Phillip Martin

Served on the following by U.S. Mail to:

**Clerk of the United States Bankruptcy Court
Southern District Of Indiana
New Albany Division
110 U.S. Courthouse,
121 West Spring Street,
New Albany, IN 47150**

☒ ENVELOPE NOT PROVIDED
☒ COPIES NOT PROVIDED

Faegre Baker Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
Attn: Dustin DeNeal