UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Basil H. Lorch III |
| ) | |

**RESPONSE
OF CRUMPLER BROS.
TO THE TRUSTEE'S OBJECTION TO CLAIM 47**

Crumpler Bros. ("Crumpler") responds to the Trustee's Objection to Claim 467 Filed by Crumpler Bros. and Notice of Response Deadline filed by James A. Knauer, the chapter 11 trustee appointed in this case (the "Trustee"). In support hereof, Crumpler states that it is aware of this Court's ruling that a constructive trust may not be maintained in a bankruptcy case unless imposed prior to the commencement of the case. Crumpler adopts the arguments submitted by the parties in support of the assertion of constructive trust liability in this case, in particular, those of Stockman Oklahoma Livestock Marketing, Inc. But Crumpler acknowledges that it did not secure the imposition of a constructive trust prior to the commencement of this bankruptcy case and acknowledges the applicability of this Court's prior ruling on that issue.

Respectfully submitted,

*/s/ Ross A. Plourde*
ROSS A. PLOURDE, OBA #7213
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
405/235-9621
405/235-0439 (FAX)
Ross.plourde@mcafeetaft.com
*Attorneys for Crumpler Bros.*

1

11413754_1

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr.<br>crb@gdm.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jesse Cook-Dubin<br>jcookdubin@vorys.com | Edward M. King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>jwa@gdm.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ibs@gdm.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>matt.ochs@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com | Karen L. Lobring<br>lobring@msn.com |

| | | |
|---|---|---|
| Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net | Elliott D. Levin<br>robin@rubin-levin.net<br>edl@trustesolutions.com |
| John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com | Sean T. White<br>swhite@hooverhull.com |
| Robert H. Foree<br>robertforee@bellsouth.net | Sarah Stites Fanzini<br>sfanzini@hopperblackwell.com | Michael W. McClain<br>mike@kentuckytrial.com |
| William E. Smith<br>wsmith@k-glaw.com | Susan K. Roberts<br>skr@stuartlaw.com | Christopher E. Baker<br>cbaker@hklawfirm.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C. Scherer<br>tscherer@binghammchale.com | Dustin R. DeNeal<br>Dustin.deneal@bakerd.com |
| Kevin M. Toner<br>kevin.toner@bakerd.com | James M. Carr<br>Jim.carr@bakerd.com | Terry E. Hall<br>Terry.hall@bakerd.com |
| Wendy W. Ponader<br>Wendy.ponader@bakerd.com<br>Kayla D. Britton<br>kayla.britton@faegrebd.com<br>Jeffery J. Graham<br>jgraham@taftlaw.com<br>Kent A. Britt<br>kabritt@vorys.com<br>Michael Wayne Oyler<br>moyler@rwsvlaw.com<br>James E. Rossow<br>jim@rubin-levin.net<br>Steven A. Brehm<br>sbrehm@bgdlegal.com<br>James M. Carr<br>james.carr@faegrebd.com<br>Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com<br>James Knauer<br>jak@kgrlaw.com<br>Christie A. Moore<br>cm@gdm.com<br>Peter M. Gannott<br>pgannott@gannottlaw.com<br>Joseph H. Rogers<br>jrogers@millerdollarhide.com | Jay P. Kennedy<br>jpk@kgrlaw.com<br>David A. Laird<br>david.laird@moyewhite.com<br>Trevor L. Earl<br>tearl@rwsvlaw.com<br>Joshua N. Stine<br>kabritt@vorys.com<br>Jason W. Cottrell<br>jwc@stuartlaw.com<br>James B. Lind<br>jblind@vorys.com<br>Anthony G. Raluy<br>traly@fbhlaw.net<br>Jack S. Dawson<br>jdawson@millerdollarhide.com<br>Terry E. hall<br>terry.hall@faegrebd.com<br>Erick P. Knoblock<br>eknoblock@daleeke.com<br>Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com<br>Eric C. Redman<br>ksmith@redmanludwig.com<br>James E. Smith<br>jsmith@smithakins.com | John R. Burns<br>john.burns@faegrebd.com<br>Jerald I. Ancel<br>jancel@taftlaw.com<br>David Alan Domnia<br>dad@dominalaw.com<br>Jill Zengler Julian<br>jill.julian@usdoj.gov<br>Robert A. Bell<br>rabell@vorys.com<br>Melissa S. Giberson<br>msgiverson@vorys.com<br>U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov<br>Dustin R. DeNeal<br>dustin.deneal@faegrebd.com<br>Jay Jaffe<br>jay.jaffe@faegrebd.com<br>Harmony A. Mappes<br>harmony.mappes@faegrebd.com<br>Wendy W. Ponader<br>wendy.ponader@faegrebd.com<br>Joe T. Roberts<br>jratty@windstream.net<br>Robert K. Stanley<br>Robert.stanley@faegrebd.com |

3

11413754_1

| | | |
|---|---|---|
| Andrew D. Stosbert | Kevin M. Toner | Andrew L. Wasson |
| astosbert@lloydmc.com | kevin.toner@faegrebd.com | andrewa@wassonthornhill.com |
| Christopher M. Trapp | Eric W. Richardson | Joshua Elliott Clubb |
| ctrapp@rubin-levin.net | ewricharson@vorys.com | joshclubb@gmail.com |
| Jennifer Watt | Michael Benton Willey | |
| jwatt@kgrlaw.com | Michael.willey@ag.tn.gov | |

*/s/ Ross A. Plourde*
ROSS A. PLOURDE

11413754_1