# EXHIBIT "B"
## PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH ANIMAL PROFILING INTERNATIONAL, INC.

This matter is before the Court on the *Motion to Approve Compromise and Settlement With Animal Profiling International, Inc.* (the "Settlement Motion") [ECF No. ] filed by James A. Knauer, the Chapter 11 Trustee appointed in the above-captioned case (the "Trustee"). The Court, having considered the Settlement Motion and being otherwise duly advised, now finds that adequate notice and opportunity to object was provided and that the proposed settlement (i) is in the best interests of the bankruptcy estate; (ii) benefits the estate and the creditors

thereof; and (iii) should be approved. Accordingly,

    IT IS HEREBY ORDERED that,

    1. The Settlement Motion is hereby GRANTED in its entirety

    2. The terms of the Settlement Agreement are hereby approved in its entirety pursuant to 11 U.S.C. § 105 and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure.

###