## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 4/10/2013
Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Jay P. Kennedy    jpk@kgrlaw.com

TOTAL: 1