IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF MAILING

I, Mireya Carranza, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Kroger Gardis & Regas, LLP, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the document identified below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on April 5, 2013:

| | |
|---|---|
| Docket No. 1920 | ORDER ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS [Re: Docket No. 1741] |
| Exhibit "A" | Address List regarding Docket No. 1920<br>• Those parties who have requested special notice and the core group are referenced in Service List 51468<br>• The Affected Parties are referenced in Service Lists 51472 and 51475 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 8 day of April 2013 at Paramount, California.

_Mireya Carranza_
Mireya Carranza

# EXHIBIT A

# Eastern Livestock

**Total number of parties: 123**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 51468 | DAVID L ABT, (RE DAVID L. ABT), 210 N MAIN ST, PO BOX 128, WESTBY, WI, 54667 | US Mail (1st Class) |
| 51468 | JESSICA E. YATES, | US Mail (1st Class) |
| 51468 | JOE LEE BROWN, (RE: SCOTTS HILL STOCKYARD), 419 MAIN ST, SAVANNAH, TN, 38372 | US Mail (1st Class) |
| 51468 | JOE T. ROBERTS, (RE: LAUREL LIVESTOCK MARKET, INC.), | US Mail (1st Class) |
| 51468 | PETER M GANNOTT, (RE: LAUREL LIVESTOCK MARKET, INC), 12910 SHELBYVILLE ROAD, SUITE 115, PO BOX 43755, LOUISVILLE, KY, 40243 | US Mail (1st Class) |
| 51468 | ROBERT H. FOREE, (RE: KENTUCKY CATTLEMEN`S ASSOC), 2440 EMINENCE ROAD, EMINENCE, KY, 40019 | US Mail (1st Class) |
| 51472 | ANIMAL HEALTH INTERNATIONAL, WALCO INTERNATIONAL, N/K/A ANIMAL HEALTH INTERNATIONAL, CENTRAL ACCOUNTING CENTER, PO BOX 911423, DALLAS, TX, 75391-1423 | US Mail (1st Class) |
| 51468 | AYRES CARR & SULLIVAN, PC, BRET S. CLEMENT, (RE: FIRST BANK AND TRUST CO, THE), 251 EAST OHIO STREET, SUITE 500, INDIANAPOLIS, IN, 46204-2184 | US Mail (1st Class) |
| 51468 | AYRES CARR & SULLIVAN, PC, JOHN R CARR, (RE: FIRST BANK AND TRUST CO, THE), 251 EAST OHIO STREET, SUITE 500, INDIANAPOLIS, IN, 46204-2184 | US Mail (1st Class) |
| 51468 | BALLINGER MCCLAIN, PLLC, MICHAEL W. MCCLAIN, (RE: GRANT GIBSON), 9720 PARK PLAZA AVENUE, SUITE 102, LOUISVILLE, KY, 40241-2289 | US Mail (1st Class) |
| 51468 | BASS, BERRY & SIMS PLC, NOLAN M. JOHNSON, ESQ., 100 PEABODY PLACE, SUITE 900, MEMPHIS, TN, 38103 | US Mail (1st Class) |
| 51468 | BELL NUNNALLY & MARTIN LLP, JEFFREY R. ERLER, (RE: R DECORDOVA DBA DECORDOVA CATTLE CO), 3232 MCKINNEY AVENUE, SUITE 1400, DALLAS, TX, 75204 | US Mail (1st Class) |
| 51468 | BINGHAM GREENEBAUM DOLL LLP, C. R. BOWLES, (RE: JOPLIN REGIONAL STOCKYARDS), 3500 NATIONAL CITY TOWER, 101 S FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | BINGHAM GREENEBAUM DOLL LLP, CHRISTIE A. MOORE, (RE: SUPERIOR LIVESTOCK AUCTION, INC), 3500 NATIONAL CITY TOWER, 101 S FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | BINGHAM GREENEBAUM DOLL LLP, IVANA B. SHALLCROSS, (RE: JOPLIN REGIONAL STOCKYARDS), 3500 NATIONAL CITY TOWER, 101 S FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | BINGHAM GREENEBAUM DOLL LLP, JOHN W. AMES, (RE: JOPLIN REGIONAL STOCKYARDS), 3500 NATIONAL CITY TOWER, 101 S FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | BINGHAM GREENEBAUM DOLL LLP, STEVEN A. BREHM, (RE: HOHENBERGER CATTLE), 3500 NATIONAL CITY TOWER, 101 S FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | BINGHAM GREENEBAUM DOLL LLP, THOMAS C SCHERER, (RE: CULLMAN STOCKYARD, INC ), 2700 MARKET TOWER, 10 WEST MARKET STREET, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | BLANCO TACKABERY & MATAMOROS, P.A., ASHLEY S. RUSHER, STRATFORD POINT BUILDING, 5TH FLOOR, 110 SOUTH STRATFORD ROAD, WINSTON-SALEM, NC, 27104-4299 | US Mail (1st Class) |
| 51472 | BRAD ROBINSON, 71 LEE HIGHWAY, GLADE SPRING, VA, 24340 | US Mail (1st Class) |
| 51468 | BRAMMELL & CLUBB, PSC, JOSHUA ELLIOTT CLUBB, (RE: KENTUCKY CATTLEMEN'S ASSOCIATION), 18 BERRY STREET, PO BOX 629, NEW CASTLE, KY, 40050 | US Mail (1st Class) |
| 51472 | CAV EXCAVATION, 28823 N 57TH STREET, CAVE CREEK, AZ, 85331 | US Mail (1st Class) |
| 51472 | CLIFFORD M MILLER D/B/A CIRCLE M BUILDERS, 313 LINCOLN, MONETT, MO, 65708 | US Mail (1st Class) |
| 51468 | CROWLEY FLECK PLLP, JARED M. LEFEVRE, ELI J. PATTEN, 500 TRANSWESTERN PLAZA II, 490 NORTH 31ST STREET, PO BOX 2529, BILLINGS, MT, 59103-2529 | US Mail (1st Class) |
| 51468 | DALE & EKE, PC, DEBORAH CARUSO, (RE: KATHRYN PRY), 9100 KEYSTONE CROSSING, SUITE 400, INDIANAPOLIS, IN, 46240 | US Mail (1st Class) |
| 51468 | DALE & EKE, PC, ERICK P KNOBLOCK, (RE: KATHRYN PRY), 9100 KEYSTONE CROSSING, SUITE 400, INDIANAPOLIS, IN, 46240 | US Mail (1st Class) |
| 51468 | DALE & EKE, PC, MEREDITH R. THOMAS, (RE: KATHRYN PRY), 9100 KEYSTONE CROSSING, SUITE 400, INDIANAPOLIS, IN, 46240 | US Mail (1st Class) |
| 51472 | DANNY STEWART, 701 STEWART ROAD, HUNTLAND, TN, 37345-4427 | US Mail (1st Class) |
| 51475 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC, 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 51468 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: J S GIBSON, A G GIBSON, EXECU), 101 FIRST STREET, HENDERSON, KY, 42420 | US Mail (1st Class) |

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 51468 | DELCOTTO LAW GROUP PLLC, AMELIA MARTIN ADAMS, (RE: ALTON DARNELL DBA DARNELL ALTON BARN), 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51468 | DELCOTTO LAW GROUP PLLC, LAURA DAY DELCOTTO, (RE: BLUEGRASS STOCKYARDS OF RICHMOND, LLC), 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51468 | DELCOTTO LAW GROUP PLLC, T. KENT BARBER, (RE. BLUE GRASS MAYSVILLE STOCKYARDS, LLC), 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51468 | DINSMORE & SHOHL LLP, JEREMY S ROGERS, (RE: ELIZABETH LYNCH), 101 S FIFTH ST, SUITE 2500, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | DINSMORE & SHOHL LLP, KIM MARTIN LEWIS, (RE: ELIZABETH LYNCH), 255 E FIFTH ST, SUITE 1900, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 51468 | DOMINA LAW GROUP, DAVID ALAN DOMINA, (RE: BELLAR FEED LOTS, INC), 2425 S 144TH ST, OMAHA, NE, 68144 | US Mail (1st Class) |
| 51468 | EASTERBROOK, BOYD & SIMMONS, PC, JAMES BRYAN JOHNSTON, (RE: BYNUM RANCH CO), 623 N MAIN STREET, PO BOX 273, HEREFORD, TX, 79045 | US Mail (1st Class) |
| 51468 | FARUKI IRELAND & COX P.L.L., DANIEL J. DONNELLON, (RE: FIRST BANK AND TRUST CO, THE), PNC CENTER, 201 E FIFTH STREET, SUITE 1420, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 51468 | FARUKI IRELAND & COX PLL, STEPHEN A WEIGAND, (RE. FIRST BANK AND TRUST CO, THE), PNC CENTER, 201 E FIFTH STREET, SUITE 1420, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 51472 | FLYING M RANCH, 1016 CR 416 NORTH, LAKE PANASOFFKE, FL, 33538-6128 | US Mail (1st Class) |
| 51468 | FOLEY BRYANT HOLLOWAY & RALUY, ANTHONY G. RALUY, (RE: PEOPLES BANK & TRUST CO. OF PICKETT COUNTY), 500 WEST JEFFERSON STREET, SUITE 24, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | FOLEY BRYANT HOLLOWAY & RALUY, LISA KOCH BRYANT, (RE: PEOPLES BANK & TRUST CO OF PICKETT COUNTY), 500 WEST JEFFERSON STREET, SUITE 24, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51472 | FRITZ GETTLEFINGER, C/O DAVID A LAYSON, 102 NORTH CAPITOL AVENUE, CORYDON, IN, 47112 | US Mail (1st Class) |
| 51468 | FROST BROWN TODD LLC, EDWARD M. KING, (RE: FIFTH THIRD BANK), 400 WEST MARKET STREET, SUITE 3200, LOUISVILLE, KY, 40202-3363 | US Mail (1st Class) |
| 51472 | GARY BELL, PO BOX 122, EDMONTON, KY, 42129-0122 | US Mail (1st Class) |
| 51468 | GIVENS PURSLEY LLP, KELLY GREENE MCCONNELL, (RE: SUPREME CATTLE FEEDERS, LLC), 601 WEST BANNOCK STREET, BOISE, ID, 83702 | US Mail (1st Class) |
| 51472 | GROVE LIVESTOCK SALES, INC , RT 3, PO BOX 826, GROVE, OK, 74344 | US Mail (1st Class) |
| 51472 | HIDDEN VALLEY FARMS, BLAKE STEWART, 495 HIDDEN VALLEY ROAD, HUNTLAND, TN, 37345 | US Mail (1st Class) |
| 51468 | HOOVER HULL LLP, JOHN DAVID HOOVER, (RE: HOOVER HULL LLP), 111 MONUMENT CIRCLE, SUITE 4400, PO BOX 44989, INDIANAPOLIS, IN, 46244-0989 | US Mail (1st Class) |
| 51468 | HOOVER HULL LLP, SEAN T. WHITE, (RE: JAMES KNAUER), 111 MONUMENT CIRCLE, SUITE 4400, PO BOX 44989, INDIANAPOLIS, IN, 46244-0989 | US Mail (1st Class) |
| 51468 | ICE MILLER LLP, BEN T CAUGHEY, (RE: E4 CATTLE CO, LLC), ONE AMERICAN SQUARE, SUITE 2900, INDIANAPOLIS, IN, 46282-0200 | US Mail (1st Class) |
| 51468 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 51472 | J&L CATTLE, 2990 HIGHWAY 62 N E, CORYDON, IN, 47112 | US Mail (1st Class) |
| 51468 | JAVITCH, BLOCK & RATHBONE, LLC, THEODORE A KONSTANTINOPOULOS, (RE: GENERAL ELECTRIC CAPITAL CORP), 1100 SUPERIOR AVENUE - 19TH FLOOR, CLEVELAND, OH, 44114-2531 | US Mail (1st Class) |
| 51472 | KENNY WINNINGHAM, 1432 JAY BIRD LANE, MONROE, TN, 38573 | US Mail (1st Class) |
| 51472 | KENT CHRISTENSON, 330 EAST CAMPBELL STREET, MINDEN, NE, 68959 | US Mail (1st Class) |
| 51468 | KIGHTLINGER & GRAY, LLP, WILLIAM E SMITH, (RE: COFFEYVILLE LIVESTOCK MARKET, LLC), BONTERRA BUILDING, SUITE 200, 3620 BLACKISTON BOULEVARD, NEW ALBANY, IN, 47150 | US Mail (1st Class) |
| 51468 | KROGER, GARDIS & REGAS, LLP, JAMES A. KNAUER, (RE: JAMES KNAUER, TRUSTEE), 111 MONUMENT CIRCLE, SUITE 900, INDIANAPOLIS, IN, 46204-5125 | US Mail (1st Class) |
| 51468 | KROGER, GARDIS & REGAS, LLP, JAY P. KENNEDY, (RE: JAMES A KNAUER, TRUSTEE), 111 MONUMENT CIRCLE, SUITE 900, INDIANAPOLIS, IN, 46204-5125 | US Mail (1st Class) |
| 51468 | KROGER, GARDIS & REGAS, LLP, JENNIFER WATT, (RE: JAMES A. KNAUER, TRUSTEE), 111 MONUMENT CIRCLE, SUITE 900, INDIANAPOLIS, IN, 46204-5125 | US Mail (1st Class) |
| 51468 | LLOYD & MCDANIEL, PLC, ANDREW D STOSBERG, (RE: WILLIE DOWNS), 11405 PARK ROAD, SUITE 200, PO BOX 23200, LOUISVILLE, KY, 40223-0200 | US Mail (1st Class) |
| 51468 | LOBRING & ASSOCIATES, LLP, KAREN L. LOBRING, (RE: DEERE & COMPANY), 5977 WEST STATE ROAD 252, EDINBURGH, IN, 46124 | US Mail (1st Class) |
| 51475 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 51472 | LOVELAND FARMS, C/O ALEX R VOILS, PO BOX 640, ZIONSVILLE, IN, 46077 | US Mail (1st Class) |

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 51468 | LOVELL, LOVELL, NEWSOM & ISERN, LLP, JOHN HUNT LOVELL, (RE: CACTUS GROWERS, INC), 112 WEST 8TH AVE, SUITE 1000, AMARILLO, TX, 79101-2314 | US Mail (1st Class) |
| 51472 | MARTIN FARMS, INC , 3160 N JACKSON HWY, CANMER, KY, 42722 | US Mail (1st Class) |
| 51472 | MARTIN, PRINGLE, OLIVER WALLACE & BAUER, LLP, 100 N BROADWAY, WICHITA, KS, 67202 | US Mail (1st Class) |
| 51468 | MAYFIELD CRUTCHER & SHARPEE, LLP, KIRK CRUTCHER, (RE: GENE SHIPMAN), 320 S POLK, SUITE 400, AMARILLO, TX, 79101 | US Mail (1st Class) |
| 51468 | MCAFEE & TAFT, ROSS A. PLOURDE, (RE: CRUMPLER BROS.), 10TH FLOOR, TWO LEADERSHIP SQUARE, 211 N ROBINSON, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 51468 | MCWHORTER COBB AND JOHNSON, LLP, TIMOTHY T. PRIDMORE, (RE: GABRIEL MORENO), 1722 BROADWAY, LUBBOCK, TX, 79401 | US Mail (1st Class) |
| 51468 | MCWHORTER COBB AND JOHNSON, LLP, TODD J. JOHNSTON, (RE: GABRIEL MORENO), 1722 BROADWAY, LUBBOCK, TX, 79401 | US Mail (1st Class) |
| 51468 | MILLER DOLLARHIDE, JACK S. DAWSON, (RE: JANE, LLC), SECOND FLOOR, 100 PARK AVENUE, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 51468 | MILLER DOLLARHIDE, JOSEPH H. ROGERS, (RE: NICHOLS LIVESTOCK), 100 PARK AVENUE, SECOND FLOOR, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 51472 | MONTE HAIAR, R R.1, BOX 2, FAIRFAX, SD, 57335 | US Mail (1st Class) |
| 51468 | MOYE WHITE LLP, DARLA J. GABBITAS, 16 MARKET SQUARE 6TH FLOOR, 1400 16TH STREET, DENVER, CO, 80202-1486 | US Mail (1st Class) |
| 51468 | MOYE WHITE LLP, DAVID A. LAIRD, (RE: PEOPLES BANK OF COLDWATER KANSAS), 16 MARKET SQUARE 6TH FLOOR, 1400 16TH STREET, DENVER, CO, 80202-1486 | US Mail (1st Class) |
| 51468 | MOYE WHITE LLP, MATTHEW J OCHS, (RE· PEOPLES BANK OF COLDWATER KANSAS), 16 MARKET SQUARE 6TH FLOOR, 1400 16TH STREET, DENVER, CO, 80202-1486 | US Mail (1st Class) |
| 51472 | MUSICK FARMS, INC., ROUTE 1, BOX 56, SENTINEL, OK, 73664 | US Mail (1st Class) |
| 51468 | NAMAN, HOWELL, SMITH & LEE, PLLC, DAVID L. LEBAS, (RE: J&F OKLAHOMA HOLDINGS, INC), 8310 CAPITAL OF TEXAS HWY., NORTH, SUITE 490, AUSTIN, TX, 78731 | US Mail (1st Class) |
| 51468 | OFFICE OF THE UNITED STATES ATTORNE, JEFFREY L. HUNTER, (RE: US DEPT OF AGR, GRAIN INS), SOUTHERN DISTRICT OF INDIANA, 10 WEST MARKET, SUITE 2100, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | OFFICE OF THE UNITED STATES ATTORNE, JILL ZENGLER JULIAN, (RE: US DEPT OF AGR, GRAIN INS), SOUTHERN DISTRICT OF INDIANA, 10 WEST MARKET, SUITE 2100, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | REDMAN LUDWIG, PC, ERIC C. REDMAN, (RE: BANKFIRST FINANCIAL SERVICES), 151 NORTH DELAWARE STREET, SUITE 11, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | REED WEITKAMP SCHELL & VICE PLLC, MICHAEL WAYNE OYLER, (RE: YOUR COMMUNITY BANK), 500 WEST JEFFERSON STREET, SUITE 24, LOUISVILLE, KY, 40202-2812 | US Mail (1st Class) |
| 51468 | REED WEITKAMP SCHELL & VICE PLLC, TREVOR L. EARL, (RE: YOUR COMMUNITY BANK), 500 WEST JEFFERSON STREET, SUITE 24, LOUISVILLE, KY, 40202-2812 | US Mail (1st Class) |
| 51472 | RIVER BEND CATTLE CO., J M WHEELER, REGISTERED AGENT, 900 NW VALLEY ROAD, PO BOX 681181, RIVERSIDE, MO, 64150 | US Mail (1st Class) |
| 51475 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 51472 | ROYCE STALLCUP, 8329 PLAINVIEW RD, SEYMOUR, TX, 76380 | US Mail (1st Class) |
| 51468 | RUBIN & LEVIN, PC, CHRISTOPHER M. TRAPP, (RE· SUPERIOR LIVESTOCK AUCTION, INC.), 342 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | RUBIN & LEVIN, PC, ELLIOTT D. LEVIN, (RE: JOPLIN REGIONAL STOCKYARDS, INC), 342 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | RUBIN & LEVIN, PC, ELLIOTT D. LEVIN, (RE: SUPERIOR LIVESTOCK AUCTION, INC), 342 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | RUBIN & LEVIN, PC, JAMES E ROSSOW, (RE: SUPERIOR LIVESTOCK AUCTION, INC.), 342 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | RUBIN & LEVIN, PC, JAMES T. YOUNG, (RE. MICHAEL WALRO), 342 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | RUBIN & LEVIN, PC, JOHN M. ROGERS, (RE: JOPLIN REGIONAL STOCKYARDS), 342 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51472 | S&S CATTLE, 407 BAKERTON RD, BURKESVILLE, KY, 42717 | US Mail (1st Class) |
| 51468 | SEILLER WATERMAN LLC, JAMES EDWIN MCGHEE, (RE: VERMILION RANCH CORP), 462 S FOURTH STREET, 22ND FLOOR, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | SMITH & AKINS, JAMES E. SMITH, (RE: DIAMOND B RANCHES), 400 W CAPITOL AVENUE #1700, LITTLE ROCK, AR, 72201-3438 | US Mail (1st Class) |
| 51468 | SPROUSE SHRADER SMITH, PC, JOHN FREDERICK MASSOUH, (RE: CACTUS GROWERS, INC), 701 S TAYLOR ST, #500, AMARILLO, TX, 79101 | US Mail (1st Class) |

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 51468 | SPROUSE SHRADER SMITH, PC, JOHN HUFFAKER, (RE FRIONA INDUSTRIES, LP), 701 S TAYLOR ST, #500, AMARILLO, TX, 79101 | US Mail (1st Class) |
| 51472 | STEVEN BLANTON, R R 3, BOX 4, COMANCHE, OK, 73529 | US Mail (1st Class) |
| 51468 | STITES & HARBISON, PLLC, ALLEN MORRIS, (RE REPUBLIC BANK AND TRUST CO), 323 EAST COURT AVENUE, JEFFERSONVILLE, IN, 47130 | US Mail (1st Class) |
| 51468 | STITES & HARBISON, PLLC, CHRISANDREA L. TURNER, (RE: CORNELISON FARMS, LLC), 250 WEST MAIN STREET, SUITE 2300, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51468 | STITES & HARBISON, PLLC, WILLIAM ROBERT MEYER, (RE: REPUBLIC BANK AND TRUST CO), 400 WEST MARKET STREET, SUITE 1800, LOUISVILLE, KY, 40202-3352 | US Mail (1st Class) |
| 51468 | STRAUSS TROY CO., LPA, STEPHEN E. SCHILLING, (RE. E4 CATTLE CO, LLC), THE FEDERAL RESERVE BUILDING, 150 EAST FOURTH ST, FOURTH FLOOR, CINCINNATI, OH, 45202-4018 | US Mail (1st Class) |
| 51468 | STRAUSS TROY CO., LPA, THOMAS P GLASS, (RE: E4 CATTLE CO, LLC), THE FEDERAL RESERVE BUILDING, 150 EAST FOURTH ST, FOURTH FLOOR, CINCINNATI, OH, 45202-4018 | US Mail (1st Class) |
| 51468 | STRAUSS TROY CO., LPA, WILLIAM K. FLYNN, (RE: E4 CATTLE CO, LLC), THE FEDERAL RESERVE BUILDING, 150 EAST FOURTH ST, FOURTH FLOOR, CINCINNATI, OH, 45202-4018 | US Mail (1st Class) |
| 51468 | STUART & BRANIGIN LLP, JASON W. COTTRELL, (RE: REX ELMORE), 300 MAIN STREET, SUITE 900, PO BOX 1010, LAFAYETTE, IN, 47902-1010 | US Mail (1st Class) |
| 51468 | TAFT STETTINIUS & HOLLISTER LLP, JEFFREY J. GRAHAM, (RE: R DECORDOVA DBA DECORDOVA CATTLE CO), ONE INDIANA SQUARE, SUITE 3500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | TAFT STETTINIUS & HOLLISTER LLP, JERALD I. ANCEL, (RE: R DECORDOVA DBA DECORDOVA CATTLE CO), ONE INDIANA SQUARE, SUITE 3500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | TENNESSEE DEPARTMENT OF REVENUE, MICHAEL BENTON WILLEY, (RE: TENNESSEE DEPARTMENT OF REVENUE), C/O TN ATTORNEY GENERAL`S OFFICE, B, PO BOX 20207, NASHVILLE, TN, 37202-0207 | US Mail (1st Class) |
| 51472 | THOMPSON BEEF, 349 LONG LEVEL ROAD, FLOYD, VA, 24091 | US Mail (1st Class) |
| 51468 | U.S TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | U.S. TRUSTEE, CHARLES R. WHARTON, (RE: U.S. TRUSTEE U.S. TRUSTEE), 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51468 | VALENTI HANLEY &ROBINSON, PLLC, MARK A. ROBINSON, (RE: CACTUS GROWERS, INC ), ONE RIVERFRONT PLAZA, SUITE 1950, 401 WEST MAIN STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 51468 | VORYS, SATER, SEYMOUR AND PEASE LLP, ERIC W. RICHARDSON, (RE: FIFTH THIRD BANK), 301 EAST FOURTH STREET, SUITE 3500, GREAT AMERICAN TOWER, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 51468 | VORYS, SATER, SEYMOUR AND PEASE LLP, JAMES B. LIND, (RE: FIFTH THIRD BANK), 301 EAST FOURTH STREET, SUITE 3500, GREAT AMERICAN TOWER, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 51468 | VORYS, SATER, SEYMOUR AND PEASE LLP, JOSHUA N. STINE, (RE: FIFTH THIRD BANK), 301 EAST FOURTH STREET, SUITE 3500, GREAT AMERICAN TOWER, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 51468 | VORYS, SATER, SEYMOUR AND PEASE LLP, KENT A. BRITT, (RE: FIFTH THIRD BANK), 301 EAST FOURTH STREET, SUITE 3500, GREAT AMERICAN TOWER, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 51468 | VORYS, SATER, SEYMOUR AND PEASE LLP, MELISSA S. GIBERSON, (RE: FIFTH THIRD BANK), 52 EAST GAY STREET, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 51468 | VORYS, SATER, SEYMOUR AND PEASE LLP, RANDALL D. LATOUR, (RE: FIFTH THIRD BANK), 52 EAST GAY STREET, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 51468 | VORYS, SATER, SEYMOUR AND PEASE LLP, ROBERT A BELL, JR., (RE. FIFTH THIRD BANK), 52 EAST GAY STREET, PO BOX 1008, COLUMBUS, OH, 43216-1008 | US Mail (1st Class) |
| 51468 | W SCOTT NEWBERN, PL, WALTER SCOTT NEWBERN, (RE: ALABAMA LIVESTOCK AUCTION, INC.), 2982 EAST GIVERNY, TALLAHASSEE, FL, 32309 | US Mail (1st Class) |
| 51468 | W. SCOTT NEWBERN, PL, WALTER SCOTT NEWBERN, (RE: GLEN FRANKLIN CATTLE CO INC), 2982 EAST GIVERNY, TALLAHASSEE, FL, 32309 | US Mail (1st Class) |
| 51468 | WASSON & THORNHILL, ANDREA L WASSON, (RE: LYTLE STREET DEVELOPMENT), 3000 BRECKENRIDGE LANE, LOUISVILLE, KY, 40220 | US Mail (1st Class) |

**Subtotal for this group: 123**