**SO ORDERED: April 12, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM 16 FILED BY JOHN D. THOMPSON AND NOTICE OF RESPONSE DEADLINE**

This matter is before the Court upon the *Trustee's Objection To Claim 16 Filed By John D. Thompson And Notice Of Response Deadline* (Docket No. 1885) ("Objection")[1].  The Court finds that (i) it has jurisdiction over the matters raised in the Objection pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Objection is in the best interests of the Debtor, its estate and its creditors; (iv) proper and adequate notice of the Objection and the hearing thereon has been given and that no further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief provided herein after having given due deliberation upon the Objection and all of the

---

[1]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

proceedings had before the Court in connection with the Objection.  Therefore,

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Claim is reclassified as a general unsecured claim (subject to reduction when John D. Thompson receives payment from non-plan sources).

###