UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**PROPOSED AGENDA FOR OMNIBUS HEARING ON
APRIL 15, 2013 AT 10:00 A.M. EDT**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, submits this proposed agenda for the hearing scheduled for April 15, 2013 at 10:00 a.m. EDT ("Hearing") in Room 103, U.S. Courthouse, 121 W. Spring Street, New Albany, Indiana.

**DIAL IN INFORMATION**  The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

    **A.**    **EASTERN LIVESTOCK CO., LLC ("ELC") MAIN CASE MATTERS**

    **Claim Objections**

1. Claim objections and responses thereto are set for next omnibus hearing on May 13, 2013 at 1:30 p.m. EDT

    **Fee Applications**

2. Fee Application – Hoover Hull LLP (Docket No. 1903)
   a. Objection: Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC (Docket No. 1927)

   b. Objection: Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland (Docket No. 1930)

3. Fee Application – Kroger, Gardis & Regas, LLP (Docket No. 1905)
    a. Objection: Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC (Docket No. 1928)

    b. Objection: Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland (Docket No. 1931)

4. Fee Application – James A. Knauer (Docket No. 1907)

    a. Objection: Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC (Docket No. 1926)

    b. Objection: Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland (Docket No. 1929)

5. Trustee's Motion for Extension of Claims Objection Deadline (Docket No. 1914)

B. **ELC ADVERSARY PROCEEDINGS MATTERS**

1. *Downs* (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Willie Downs, et al., Adv. Proc. 11-59086)

    i. Status conference

    *STATUS: Parties will report on the status of settlement negotiations*

2. *2Z Cattle* (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. 2Z Cattle Company and Vernon Inman II, Adv. Proc. 12-59157)

    i. Status conference: Defendant Vernon Inman's Motion To Dismiss Trustee's Complaint (filed February 14, 2013); Trustee's Response To Defendant's Motion To Dismiss (filed March 27, 2013); Reply In Support Of Motion To Dismiss (filed April 5, 2013)

    *STATUS: Fully briefed and awaiting ruling.*

3. *Vernon Inman* (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Vernon Inman, Adv. Proc. 12-59156)

    i. Status conference: Defendant Vernon Inman's Motion To Dismiss Trustee's Complaint (filed February 14, 2013); Trustee's Response To Defendant's Motion To Dismiss (filed March 4, 2013); Reply In Support Of Motion To Dismiss (filed April 5, 2013)

    *STATUS: Fully briefed and awaiting ruling.*

4. *Ernest Elder aka Ernie Elder* (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Ernest Elder a/k/a Ernie Elder d/b/a ECF Farms, Adv. Proc. No. 12-59154)

    i. Status Conference: Defendant Ernest Elder a/k/a Ernie Elder's Motion to Dismiss Trustee's Complaint (filed February 14, 2013); Response in Opposition to Defendant Ernest Elder's Motion to Dismiss Trustee's Complaint (filed March 22, 2013); Reply in Support of Motion to Dismiss (filed April 5, 3013).

    *STATUS: Fully briefed and awaiting ruling.*

**C. MATTERS IN RELATED CASES**

1. *In re East-West Trucking*, Case No. 10-93799
    i. No matters scheduled.

2. *In re Thomas and Patsy Gibson*, Case No. 10-93867
    i. No matters scheduled.

**D. MATTERS CURRENTLY UNDER ADVISEMENT**

1. Texas Interpleader, Adv. Proc. 11-59093, and Knauer v. Downs et al., Adv. Proc. 11-59086
    Trustee's Motions for Partial Summary Judgment on Statutory Trust and Clearing Agency Issues – Supplemental Responses (filed August 15, 2012); Trustee's Supplemental Replies (filed November 15, 2012)
    *Status*: Fully briefed and awaiting ruling

    Parties remaining that filed supplemental response:
    i. Alton Darnell, Mosley Cattle Auction, East Tennessee Livestock, Southeast Livestock Exchange, Piedmont Livestock Company, and CPC Livestock
    ii. Bluegrass-Maysville, Bluegrass Stockyards, Bluegrass Stockyards of Campbellsville, Bluegrass South Livestock Market, Bluegrass Stockyards East, Bluegrass Stockyards of Richmond (all part of Downs/Bluegrass/Laurel Livestock settlement agreement that is currently being documented)

    Respectfully submitted,

    FAEGRE BAKER DANIELS LLP


    By:   /s/ Terry E. Hall

Terry E. Hall (#22041-49)                *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

51898181_1.DOCX                4

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 12, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |

| | | |
|---|---|---|
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | Michael Benton Willey<br>michael.willey@ag.tn.gov | |

I further certify that on April 12, 2013, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Ashley S. Rusher
asr@blancolaw.com

/s/ Terry E. Hall

51898181_1.DOCX                                    6