# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC | | |
| **Case Number:** | 10-93904-BHL-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, APRIL 15, 2013 10:00 AM   NA 103 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | KRISTIN GOSS | | |
| **Reporter / ECR:** | AMY MASSEY | | |

## *Matters:*

1) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James A. Knauer as Trustee Chapter 9/11 (Fee: $53,200.00, Expense: $1,755.81) filed by James A. Knauer on behalf of Trustee James A. Knauer  [1907]
**R / M #:**    0 / 0

2) Objection to Professional Fees and Reservation of Rights filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock, Inc., Southeast Livestock Exchange, LLC  [1926]
**R / M #:**    0 / 0

3) Objection to Professional Fees Fourth Application by Trustee filed by Walter Scott Newbern III on behalf of Creditors Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland [1929]
**R / M #:**    0 / 0

4) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Jay P. Kennedy as Trustee's Attorney (Fee: $167,927.50, Expense: $1,833.89) filed by Jay P. Kennedy on behalf of Trustee James A. Knauer [1905]
**R / M #:**    0 / 0

5) Objection to Professional Fees and Reservation of Rights filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC  [1928]
**R / M #:**    0 / 0

6) Objection to Professional Fees Second Application By KRG filed by Walter Scott Newbern III on behalf of Creditors Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland [1931]
**R / M #:**    0 / 0

7) Hearing Re:   Supplemental Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Hoover Hull LLP as Special Counsel (Fee: $6,696.00, Expense: $375.08) filed by Attorney Sean T. White, Special Counsel Hoover Hull LLP [1903]
**R / M #:**    0 / 0

8) Objection to Professional Fees and Reservation of Rights filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC  [1927]
**R / M #:**    0 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...　　10-93904-BHL-11　　　　　　　MONDAY, APRIL 15, 2013 10:00 AM

9) Objection to Professional Fees Third Application By Hoover Hull filed by Walter Scott Newbern III on behalf of Creditors Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland  [1930]
    **R / M #:**　　0 / 0

10) Hearing Re:  Motion to Extend Time to File Claims Objections Trustee's Motion For Extension Of Claims Objection Deadline filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [1901]
    **R / M #:**　　0 / 0

## *Appearances:*

Telephonic Appearances:

CHARLES WHARTON - UST
WENDY PONADER - ATTORNEY FOR TRUSTEE
KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER, TRUSTEE
TERRY HALL - ATTORNEY FOR TRUSTEE
DUSTIN DENEAL - ATTORNEY FOR TRUSTEE
JAY KENNEDY  - ATTORNEY FOR TRUSTEE
AMANDA STAFFORD - ATTORNEY FOR TRUSTEE
STEVEN RUNYAN - ATTORNEY FOR TRUSTEE
RANDALL LATOUR - ATTORNEY FOR FIFTH THIRD BANK
SCOTT NEWBURN - ATTORNEY FOR ALABAMA LIVESTOCK AUCTION, INC., ASHVILLE STOCKYARD, INC., ATHENS STOCKYARD, LLC, BILLIINGSLEY AUCTION SALE, INC., CPC LIVESTOCK, LLC, CARROLL COUNTY LIVESTOCK SALES BARN, INC. E4 CATTLE CO., LLC, EDWARD J. EDENS, IV, GLEN FRANKLIN, GLEN FRANKLIN CATTLE COMPANY, INC., MACON STOCKYARDS, INC. PEOPLES LIVESTOCK AUCTION, INC., ROBERT RAWLS d/b/a ROBERT RAWLS LIVESTOCK, SEALY AND SONS LIVESTOCK, LLP, EDWARD STICKLAND
LAURA DAY DELCOTTO - ATTORNEY FOR ALTON DARNELL, d/b/a  DARNELL ALTON BARN, TENNESSEE LIVESTOCK CENTER, INC. MOSELEY CATTLE AUCTION, LLC, PIEDMONT LIVESTOCK, INC. SOUTHEAST LIVESTOCK EXCHANGE, LLC
SHAWN WHITE - ATTORNEY FOR TRUSTEE'S SPECIAL COUNSEL
BRIAN MELDRUM - ATTORNEY FOR INTRUST BANK

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...    10-93904-BHL-11          MONDAY, APRIL 15, 2013 10:00 AM

### *Proceedings:*

*Amended Disposition: Telephone Conference held.   (1) Application Granted.  Order to be submitted by parties.   (2, 3) Objections discussed - Objections preserve reservation of rights - will be addressed again at final hearing on fee applications.
(4) Applications Granted.  Order to be submitted by parties.
(5,6) Objections discussed - Objections preserve reservation of rights - will be addressed again at final hearing on fee applications.
(7) Applications Granted.  Order to be submitted by parties.
(8,9) Objections discussed - Objections preserve reservation of rights - will be addressed again at final hearing on fee applications.
(10) Motion Granted.  Order to be entered.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**