UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**EMERGENCY AGREED MOTION FOR EXTENSION OF DEADLINE TO OBJECT TO PROOFS OF CLAIM FILED BY AB LIVESTOCK, LLC**

James A. Knauer, in his capacity as chapter 11 trustee ("Trustee") for Eastern Livestock Co., LLC ("Debtor") and AB Livestock, LLC (including all affiliates and subsidiaries thereof, "AB Livestock"), both by counsel, respectfully request that the Court enter an order on or before April 19, 2013 extending the deadline for filing objections to the proofs of claim filed by AB Livestock in this chapter 11 case. In support of this motion (the "Motion"), the Trustee and AB Livestock state:

1. The Court entered an order confirming the *Trustee's First Amended Chapter 11 Plan of Liquidation* [Dock. No. 1490] (the "Plan")[1] on December 17, 2012. The Plan became effective on December 20, 2012. *See* Dock. No. 1675.

2. Pursuant to the Plan, the deadline for filing claim objections is "the later of (a) one hundred twenty (120) days after the Effective Date and (b) within sixty (60) days after such Claim is deemed timely filed and served on counsel for the Trustee. The Trustee may request and the Court may order the extension of any Claims Objection Deadline." (Plan, p. 5).

3. Claim objections are therefore due on or before April 19, 2013. That date has not yet passed.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

DMS_US 51934162v1

4.      On May 2, 2011, AB Livestock filed the proof of claim designated as claim number 485 on the official claims register maintained by The BMC Group, Inc. in this case.  On November 26, 2012, AB Livestock amended claim number 485 by filing the proof of claim identified as claim number 527 on the claims register.  Claim number 485, claim number 527 and any subsequent amendments or proofs of claim filed by AB Livestock are hereafter referred to collectively as the "AB Livestock Proof of Claim".

5.      The Trustee and AB Livestock are engaged in ongoing settlement discussions and have entered into a tolling agreement to extend certain deadlines and statutes of limitations.  The Trustee and AB Livestock agree that the deadline for the Trustee to object to the AB Livestock Proof of Claim should be extended through and including December 1, 2013 in order to facilitate those settlement discussions.

6.      This agreed Motion is being filed on an emergency basis because the Trustee's deadline to object to the AB Livestock Proof of Claim is currently April 19, 2013.  The parties are therefore filing a motion contemporaneously herewith requesting that the Court enter an order granting this Motion on or before April 19, 2013.  Because the relief requested by this Motion is limited to the AB Livestock Proof of Claim, expedited treatment of this Motion will not adversely affect any parties in interest.

WHEREFORE, the Trustee and AB Livestock respectfully request that the Court enter an order on or before April 19, 2013 extending the deadline for the Trustee to object to the AB Livestock Proof of Claim through and including December 1, 2013.  The parties ask for all other just and appropriate relief.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:     /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
Kayla Britton (#29177-06)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com
kayla.britton@faegrebd.com

GIVENS PURSLEY, LLP

By:     /s/ Kelly Greene McConnell

*Counsel for AB Livestock, LLC*

William Cole
Kelly Greene McConnell
601 West Bannock Street
Boise, Idaho 83702
Telephone: (208) 388-1200
Facsimile: (208) 388-1300
billcole@givenspursley.com
kgm@givenspursley.com

DMS_US 51934162v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

C. R. Bowles, Jr
cbowles@ bgdlegal.com

John Hunt Lovell
john@lovell-law.net

Mark A. Robinson
mrobinson@vhrlaw.com

Jeffrey R. Erler
jeffe@bellnunnally.com

Edward M King
tking@fbtlaw.com

Randall D. LaTour
rdlatour@vorys.com

John R. Carr, III
jrciii@acs-law.com

Bret S. Clement
bclement@acs-law.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

John Frederick Massouh
john.massouh@sprouselaw.com

John W. Ames
james@bgdlegal.com

Robert Hughes Foree
robertforee@bellsouth.net

Kim Martin Lewis
kim.lewis@dinslaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Ivana B. Shallcross
ishallcross@ bgdlegal.com

Deborah Caruso
dcaruso@daleeke.com

Meredith R. Thomas
mthomas@daleeke.com

William Robert Meyer, II
rmeyer@stites.com

Allen Morris
amorris@stites.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

James Bryan Johnston
bjtexas59@hotmail.com

James T. Young
james@rubin-levin.net

David L. LeBas
dlebas@namanhowell.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John M. Thompson
john.thompson@crowedunlevy.com

Jessica E. Yates
jyates@swlaw.com

John Huffaker
john.huffaker@sprouselaw.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Kelly Greene McConnell
lisahughes@givenspursley.com

T. Kent Barber
kbarber@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Walter Scott Newbern
wsnewbern@msn.com

Kirk Crutcher
kcrutcher@mcs-law.com

Todd J. Johnston
tjohnston@mcjllp.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Karen L. Lobring
lobring@msn.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Lisa Koch Bryant
courtmail@fbhlaw.net

Elliott D. Levin
edl@rubin-levin.net

John M. Rogers
johnr@rubin-levin.net

John David Hoover
jdhoover@hooverhull.com

Sean T. White
swhite@hooverhull.com

Jay P. Kennedy
jpk@kgrlaw.com

John R. Burns
john.burns@faegrebd.com

Michael W. McClain
mike@kentuckytrial.com

William E Smith
wsmith@k-glaw.com

Kayla D. Britton
kayla.britton@faegrebd.com

James Edwin McGhee
mcghee@derbycitylaw.com

Thomas C Scherer
tscherer@bgdlegal.com

David A. Laird
david.laird@moyewhite.com

Jerald I. Ancel
jancel@taftlaw.com

Jeffrey J. Graham
jgraham@taftlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

David Alan Domina
dad@dominalaw.com

Kent A Britt
kabritt@vorys.com

Joshua N. Stine
kabritt@vorys.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Amelia Martin Adams
aadams@dlgfirm.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Jason W. Cottrell
jwc@stuartlaw.com

Robert A. Bell
rabell@vorys.com

James E. Rossow
jim@rubin-levin.net

James B. Lind
jblind@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

Steven A. Brehm
sbrehm@ bgdlegal.com

Anthony G. Raluy
traluy@fbhlaw.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

James M. Carr
james.carr@faegrebd.com

Jack S. Dawson
jdawson@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

Terry E. Hall
terry.hall@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Erick P. Knoblock
eknoblock@daleeke.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Christie A. Moore
cm@gdm.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Peter M. Gannott
pgannott@gannottlaw.com

Eric C. Redman
ksmith@redmanludwig.com

Joe T. Roberts
jratty@windstream.net

Joseph H. Rogers
jrogers@millerdollarhide.com

James E. Smith
jsmith@smithakins.com

Robert K. Stanley
robert.stanley@faegrebd.com

Andrew D. Stosberg
astosberg@lloydmc.com

Kevin M. Toner
kevin.toner@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Eric W. Richardson
ewrichardson@vorys.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jennifer Watt
jwatt@kgrlaw.com

Michael Benton Willey
michael.willey@ag.tn.gov


        I further certify that on April 17, 2013, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Ashley S. Rusher
asr@blancolaw.com

Darla J. Gabbitas
darla.gabbitas@moyewhite.com


                                          /s/ Dustin R. DeNeal
_____