# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

In re:                                )
                                      )
EASTERN LIVESTOCK CO., LLC,            )          Case Number: 10-93904-BHL-11
                                      )
          Debtor.                     )

## POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending:              3/31/2013
Confirmation Date:                   12/20/2012

| | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $5,051,914.97 | $275,000.00 | $1,585.23 | $5,328,500.20 |
| Cash Disbursements, including plan payments | -$12,728,561.30 | -$52,906.92 | -$12,918.89 | -$12,794,387.11 |
| **Total** | -$7,676,646.33 | $222,093.08 | -$11,333.66 | -$7,465,886.91 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $3,658,660.07 | $52,906.92 | $12,918.89 | $3,724,485.88 |
| Secured Creditors | $9,069,901.23 | $0.00 | $0.00 | $9,069,901.23 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | $12,728,561.30 | $52,906.92 | $12,918.89 | $12,794,387.11 |

1. Have Quarterly U.S. Trustee Fees been paid?                          Yes          No
   If no, please explain.

2. Have all payments been made as set forth in the plan?               Yes          No
   If no, please explain.

3. Have all property sales and transfers set forth in the plan been completed?
   If no, please explain.                                              Yes          No

4. Have any distributions been made to stockholders of the debtor?
   If yes, please explain.                                                    Yes            No

5. Is the debtor current on all post confirmation taxes?                      Yes            No
   If no, please explain.

6. Have all claims been resolved?                                             Yes            No
   If no, please explain.

7. When will the application for final decree be filed?

8. Is this a final report?                                                    Yes            No
   If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is
complete, true and correct to the best of my knowledge, information and belief.

By: _James A. Knauer_                              Dated: April 15, 2013
       James A. Knauer
       Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

## ELC Operating
## Receipts

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | | |
|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | |
| | | | | | |
| Name of Bank | | JP Morgan Chase Bank NA | | | |
| Account Number | | 922019401 | | | |
| Purpose of Account | | Operating Account | | | |
| Type of Account | | Checking Account | | | |
| | | | | | |
| Date of Transaction | Payer | Purpose or Description | Amount | | |
| | | | | | |
| 12/28/2012 | Gary Seals | Settlement | $ 75,000.00 | | |
| 12/28/2012 | US Treasury | Texas Interpleader | $ 3,791,210.07 | | |
| 12/28/2012 | US Treasury | Kansas Interpleader | $ 1,110,533.44 | | |
| | Total 12/20/2012-12/31/2012 | | | $ 4,976,743.51 | |
| | | | | | |
| | | | | | |
| 01/17/2013 | Gary Seals | Settlement | $ 75,000.00 | | |
| 01/17/2013 | Wellpoint | Dividend | $ 143.75 | | |
| 01/17/2013 | Wood County Electric Coop | Cash Margin | $ 27.71 | | |
| | Total 01/01/2013-01/31/2013 | | | $ 75,171.46 | |
| | | | | | |
| | | | | | |
| 02/12/2013 | Joplin Regional Stockyards | Settlement | $ 200,000.00 | | |
| 02/28/2013 | Gary Seals | Settlement | $ 75,000.00 | | |
| | Total 2/1/2013-02/28/2013 | | | $ 275,000.00 | |
| | | | | | |
| 03/07/2013 | Concho Valley Corrections Dept | David Krieg | $ 516.00 | | |
| 03/07/2013 | Seneca Insurance | Refund of Premium | $ 1,069.23 | | |
| | Total 3/01/2013-3/31/2013 | | | $ 1,585.23 | |
| | | | | | |
| | Total for report | | | $ 5,328,500.20 | |

2:28 PM
04/12/13

## ELC Operating
## Disbursements

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | | | |
|---|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | | |
| | Name of Bank | | JP Morgan Chase Bank NA | | | |
| | Account Number | | 922019401 | | | |
| | Purpose of Account | | Operating Account | | | |
| | Type of Account | | Checking Account | | | |
| | | | | | | |
| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | | |
| | | | | | | |
| Wire Trans | 12/21/2012 | ADP | Payroll | $ | 5,206.39 | |
| Debit | 12/21/2012 | Chase Bank | Bank Fees | $ | 25.00 | |
| Debit | 12/21/2012 | ADP | Payroll | $ | 195.64 | |
| Debit | 12/21/2012 | ADP | Payroll | $ | 140.77 | |
| 1646 | 12/28/2012 | Fifth Third Bank | Settlement | $ | 7,000,000.00 | |
| 1647 | 12/28/2012 | Cactus Growers, Inc | Settlement | $ | 609,000.56 | |
| 1648 | 12/28/2012 | Friona Industries, L.P. | Settlement | $ | 745,669.84 | |
| 1650 | 12/28/2012 | Greenbaum Doll & McDonald | Professional fees-legal | $ | 15,568.35 | |
| 1651 | 12/28/2012 | BMC Group | Claims Agent | $ | 61,792.98 | |
| 1652 | 12/28/2012 | The First Bank & Trust Company | Settlement | $ | 350,000.00 | |
| 1653 | 12/28/2012 | Hoover Hull LLP | Professional fees-legal | $ | 388,814.76 | |
| 1655 | 12/28/2012 | Kroger, Gardis & Regas, LLP | Professional fees-legal | $ | 43,944.43 | |
| 1656 | 12/28/2012 | James A. Knauer, Trustee | Professional fees-legal | $ | 187,778.09 | |
| 1657 | 12/28/2012 | Development Specialists, Inc. | Professional fees-legal | $ | 789,444.03 | |
| 1658 | 12/28/2012 | Faegre Baker Daniels LLP | Professional fees-legal | $ | 2,139,625.70 | |
| Debit | 12/28/2012 | Chase Bank | Service Charge | $ | 15.00 | |
| 1649 | 12/28/2012 | J & F Oklahoma Holdings | Settlement | $ | 385,230.83 | |
| 1659 | 12/31/2012 | Regus | Rent | $ | 72.76 | |
| 1660 | 12/31/2012 | PARC | Parking | $ | 150.00 | |
| 1661 | 12/31/2012 | AT&T | Telephone | $ | 53.76 | |
| 1662 | 12/31/2012 | New Albany Municipal Utilities | Utilities | $ | 33.46 | |
| 1664 | 12/31/2012 | Humana Insurance Co. | Health Insurance | $ | 837.09 | |
| 1665 | 12/31/2012 | The Data Vault | Offsite Storage | $ | 230.38 | |
| | | Total 12/20/2012-12/31/2012 | | | | $ 12,703,829.82 |
| | | | | | | |
| Debit | 01/04/2013 | ADP | Payroll | $ | 15.68 | |
| Wire Trans | 01/07/2013 | ADP | Payroll | $ | 4,419.62 | |
| Debit | 01/07/2013 | Chase Bank | Bank Fees | $ | 25.00 | |
| 1666 | 01/14/2013 | Katz, Sapper, & Miller | Tax Preparation | $ | 11,084.82 | |
| Debit | 01/18/2013 | ADP | Payroll | $ | 156.45 | |
| Wire Trans | 01/22/2013 | ADP | Payroll | $ | 5,516.38 | |
| Debit | 01/22/2013 | Chase Bank | Bank Fees | $ | 25.00 | |
| Debit | 01/25/2013 | ADP | Payroll | $ | 39.19 | |
| 1667 | 01/31/2013 | PARC | Parking | $ | 150.00 | |
| 1668 | 01/31/2013 | Regus | Rent | $ | 3,284.34 | |
| Debit | 01/31/2013 | Chase Bank | Bank Fees | $ | 15.00 | |
| | | Total 01/01/2013-01/31/2013 | | | | $ 24,731.48 |

2:28 PM
04/12/13

## ELC Operating
## Disbursements

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Debit | 02/01/2013 | ADP | Payroll | $ 156.45 | |
| Wire Trans | 02/04/2013 | ADP | Payroll | $ 4,085.67 | |
| Debit | 02/04/2013 | Chase Bank | Bank Fees | $ 25.00 | |
| 1670 | 02/06/2013 | Humana Insurance Co. | Health Insurance | $ 837.09 | |
| 1671 | 02/06/2013 | New Albany Municipal Utilities | Utilities | $ 37.53 | |
| 1672 | 02/06/2013 | Lylte Street Development | Offsite Storage | $ 600.00 | |
| 1673 | 02/06/2013 | The Data Vault | Offsite Storage | $ 232.16 | |
| 1675 | 02/06/2013 | Unites States Department of Justice | Trustee Fees | $ 13,000.00 | |
| Debit | 02/12/2013 | Chase Bank | Bank Fees | $ 15.00 | |
| 1676 | 02/12/2013 | Katz, Sapper, & Miller | Tax Preparation | $ 3,675.00 | |
| Debit | 02/15/2013 | ADP | Payroll | $ 156.45 | |
| Wire Trans | 02/19/2013 | ADP | Payroll | $ 4,139.09 | |
| Debit | 02/19/2013 | Chase Bank | Bank Fees | $ 25.00 | |
| Debit | 02/22/2013 | ADP | Payroll | $ 39.19 | |
| 1677 | 02/27/2013 | Humana Insurance Co. | Health Insurance | $ 837.09 | |
| 1678 | 02/27/2013 | Kentucky Employers Mutual Insurance | Workers Comp Insurance | $ 589.95 | |
| 1679 | 02/27/2013 | Regus | Rent | $ 2,553.43 | |
| 1680 | 02/27/2013 | PARC | Parking | $ 150.00 | |
| 1681 | 02/27/2013 | The Data Vault | Offsite Storage | $ 514.07 | |
| 1682 | 02/27/2013 | BMC Group | Claims Agent | $ 21,044.54 | |
| Debit | 02/28/2013 | ADP | Payroll | $ 179.21 | |
| Debit | 02/28/2013 | Chase Bank | Bank Fees | $ 15.00 | |
| | | Total 2/1/2013-02/28/2013 | | | $ 52,906.92 |
| | | | | | |
| Debit | 03/01/2013 | ADP | Payroll | $ 156.45 | |
| Wire Trans | 03/04/2013 | ADP | Payroll | $ 4,254.52 | |
| Debit | 03/04/2013 | Chase Bank | Bank Fees | $ 25.00 | |
| 1683 | 03/05/2013 | Wells Fargo Bank Account 3444179091 | Broker Transaction Fees | $ 792.00 | |
| Debit | 03/15/2013 | ADP | Payroll | $ 156.45 | |
| 1684 | 03/19/2013 | Regus | Rent | $ 71.87 | |
| Wire Trans | 03/19/2013 | ADP | Payroll | $ 4,119.16 | |
| Debit | 03/19/2013 | Chase Bank | Bank Fees | $ 25.00 | |
| Debit | 03/22/2013 | ADP | Payroll | $ 39.19 | |
| 1685 | 03/26/2013 | BMC Group | Claims Agent | $ 3,063.48 | |
| 1686 | 03/26/2013 | PARC | Rent | $ 75.00 | |
| Debit | 03/29/2013 | ADP | Payroll | $ 140.77 | |
| | | Total 3/01/2013-3/31/2013 | | | $ 12,918.89 |
| | | | | | |
| | | Total for report | | | $ 12,794,387.11 |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconciliations**

EASTERN LIVESTOCK CO., LLC,                           Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Operating Account** | JP Morgan Chase Bank NA <br> 922019401 | | |
| CASH (Beginning of Period) | $ 7,948,361.71 | $ 1,091,209.14 | $ 1,313,302.22 |
| Income or Receipts during the period | $ 5,051,914.97 | $ 275,000.00 | $ 1,585.23 |
| Transfer from Escrow Account | $ 819,493.76 | $ - | $ - |
| Disbursements | $ (12,728,561.33) | $ (52,906.92) | $ (12,918.89) |
| CASH (End of Period) | $ 1,091,209.11 | $ 1,313,302.22 | $ 1,301,968.56 |

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconciliation** <br> **Operating Account** | JP Morgan Chase Bank NA <br> 922019401 | | |
| Balance per Bank | $ 1,094,643.48 | $ 1,338,991.30 | $ 1,302,043.56 |
| Deposits in Transit | $ - | $ - | $ - |
| Outstanding Checks | 1667 $ (150.00) <br> 1668 $ (3,284.37) | 1677 $ (837.09) <br> 1678 $ (589.95) <br> 1679 $ (2,553.43) <br> 1680 $ (150.00) <br> 1681 $ (514.07) <br> 1682 $ (21,044.54) | 1686 $ (75.00) |
| Month End Balance | $ 1,091,209.11 | $ 1,313,302.22 | $ 1,301,968.56 |
| Balance per Books | $ 1,091,209.11 | $ 1,313,302.22 | $ 1,301,968.56 |
| Difference | $ - | $ - | $ - |

**ELC**
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,                          Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** **Escrow Account** | JP Morgan Chase Bank N.A. 922019419 | | |
| CASH (Beginning of Period) | $ 4,438,922.03 | $ 3,619,428.27 | $ 3,619,428.27 |
| Income or Receipts during the period | $ - | $ - | $ - |
| Transfer to Operating Account | $ (819,493.76) | $ - | $ - |
| Disbursements | $ - | $ - | $ - |
| CASH (End of Period) | $ 3,619,428.27 | $ 3,619,428.27 | $ 3,619,428.27 |

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconcilation** Escrow Account | JP Morgan Chase Bank N.A. 922019419 | | |
| Balance per Bank | $ 3,619,428.27 | $ 3,619,428.27 | $ 3,619,428.27 |
| Balance per Books | $ 3,619,428.27 | $ 3,619,428.27 | $ 3,619,428.27 |
| Difference | $ - | $ - | $ - |

*J.P. Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account:** 000000922019401

**For the Period** 3/1/13 to 3/29/13

00000662 DPB 034 161 08913 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,338,991.30 |
| Deposits & Credits | 2 | 1,565.23 |
| Checks Paid | 9 | (29,616.43) |
| Payments & Transfers | 6 | (8,866.54) |
| Fees, Charges & Other Withdrawals | 2 | (50.00) |
| Ending Balance | 19 | $1,302,043.56 |



RECEIVED
APR - 4 2013

# J.P. Morgan

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 3/1/13 to 3/29/13

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/07 | Deposit | 516.00 |
| 03/21 | Deposit | 1,069.23 |
| **Total Deposits & Credits** | | **$1,585.23** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|--------------|-----------|--------|--------------|-----------|--------|--------------|-----------|--------|
| 1677 | 03/07 | 837.09 | 1680 | 03/07 | 150.00 | 1683 | 03/11 | 792.00 |
| 1678 | 03/04 | 589.95 | 1681 | 03/07 | 514.07 | 1684 | 03/25 | 71.87 |
| 1679 | 03/01 | 2,553.43 | 1682 | 03/11 | 21,044.54 | 1685 | 03/28 | 3,063.48 |
| **Total Checks Paid** | | | | | | | | **($29,616.43)** |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 03/01 | ADP Payroll Fees ADP - Fees 10Gx2  3291586 CCD ID: 9659605001 | 156.45 |
| 03/04 | 03/04 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0403491 Trn: 5018500063Es | 4,254.52 |
| 03/15 | ADP Payroll Fees ADP - Fees 10Gx2  3884162 CCD ID: 9659605001 | 156.45 |
| 03/19 | 03/19 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0210227 Trn: 3307400078Es | 4,119.16 |
| 03/22 | ADP Payroll Fees ADP - Fees 10Gx2  4155753 CCD ID: 9659605001 | 39.19 |
| 03/29 | ADP Payroll Fees ADP - Fees 10Gx2  4463546 CCD ID: 9659605001 | 140.77 |
| **Total Payments & Transfers** | | **($8,866.54)** |

**J.P.Morgan**

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 3/1/13 to 3/29/13

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 03/04 | Wire Online Domestic Fee | 25.00 |
| 03/19 | Wire Online Domestic Fee | 25.00 |
| Total Fees, Charges & Other Withdrawals | | ($50.00) |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/01 | 1,336,281.42 | 03/15 | 1,308,433.80 | 03/25 | 1,305,247.81 |
| 03/04 | 1,331,411.95 | 03/19 | 1,304,289.64 | 03/28 | 1,302,184.33 |
| 03/07 | 1,330,426.79 | 03/21 | 1,305,358.87 | 03/29 | 1,302,043.56 |
| 03/11 | 1,308,590.25 | 03/22 | 1,305,319.68 | | |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 15 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| Transaction Total | 19 |

| Service Fee Calculation | Amount |
|-------------------------|--------|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |

J.P.Morgan

*J.P.Morgan*

**00000092019401**
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 00000092019401
For the Period 3/1/13 to 3/29/13

## Service Fee Summary CONTINUED

| Service Fee Calculation | Amount |
| --- | --- |
| **Total Service Fees** | **$0.00** |

**J.P.Morgan**

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account: 000000922019401**
**For the Period 3/1/13 to 3/29/13**

00000662 DPB 034 161 08913 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic ( OPERATING )

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,338,991.30 |
| Deposits & Credits | 2 | 1,585.23 |
| Checks Paid | 9 | (29,616.43) |
| Payments & Transfers | 6 | (8,866.54) |
| Fees, Charges & Other Withdrawals | 2 | (50.00) |
| Ending Balance | 19 | $1,302,043.56 |



RECEIVED
APR - 4 2013

## J.P.Morgan

Page 1 of 6

0895215080400660201

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 3/1/13 to 3/29/13

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|-------:|
| 03/07 | Deposit | 516.00 |
| 03/21 | Deposit | 1,069.23 |
| **Total Deposits & Credits** | | **$1,585.23** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|------|------|-------:|------|------|-------:|------|------|-------:|
| 1677 | 03/07 | 837.09 | 1680 | 03/07 | 150.00 | 1683 | 03/11 | 792.00 |
| 1678 | 03/04 | 589.95 | 1681 | 03/07 | 514.07 | 1684 | 03/25 | 71.87 |
| 1679 | 03/01 | 2,553.43 | 1682 | 03/11 | 21,044.54 | 1685 | 03/28 | 3,063.48 |
| **Total Checks Paid** | | | | | | | | **($29,616.43)** |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|-------:|
| 03/01 | ADP Payroll Fees ADP - Fees 10Gx2   3291586 CCD ID: 9659605001 | 156.45 |
| 03/04 | 03/04 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0403491 Trn: 5018500063Es | 4,254.52 |
| 03/15 | ADP Payroll Fees ADP - Fees 10Gx2   3884162 CCD ID: 9659605001 | 156.45 |
| 03/19 | 03/19 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0210227 Trn: 3307400078Es | 4,119.16 |
| 03/22 | ADP Payroll Fees ADP - Fees 10Gx2   4155753 CCD ID: 9659605001 | 39.19 |
| 03/29 | ADP Payroll Fees ADP - Fees 10Gx2   4463546 CCD ID: 9659605001 | 140.77 |
| **Total Payments & Transfers** | | **($8,866.54)** |

## J.P.Morgan

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 3/1/13 to 3/29/13

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 03/04 | Wire Online Domestic Fee | 25.00 |
| 03/19 | Wire Online Domestic Fee | 25.00 |
| Total Fees, Charges & Other Withdrawals | | ($50.00) |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/01 | 1,336,281.42 | 03/15 | 1,308,433.80 | 03/25 | 1,305,247.81 |
| 03/04 | 1,331,411.95 | 03/19 | 1,304,289.64 | 03/28 | 1,302,184.33 |
| 03/07 | 1,330,426.79 | 03/21 | 1,305,358.87 | 03/29 | 1,302,043.56 |
| 03/11 | 1,308,590.25 | 03/22 | 1,305,319.68 | | |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 15 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| Transaction Total | 19 |

| Service Fee Calculation | Amount |
|-------------------------|--------|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |

J.P.Morgan

J.P.Morgan

Primary Account: 000000922019401
For the Period 3/1/13 to 3/29/13

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**Service Fee Summary** CONTINUED

| Service Fee Calculation | Amount |
|---|---|
| Total Service Fees | $0.00 |



*J.P. Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account:** 000000922019401
**For the Period** 2/1/13 to 2/28/13

00000678 DPB 034 161 06013 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

RECEIVED
MAR - 7 2013
Checking

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase BusinessClassic (OPERATING)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,094,643.48 |
| Deposits & Credits | 2 | 275,000.00 |
| Checks Paid | 8 | (21,816.12) |
| Payments & Transfers | 6 | (8,756.06) |
| Fees, Charges & Other Withdrawals | 4 | (80.00) |
| Ending Balance | 20 | $1,338,991.30 |

**J.P.Morgan**



*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 2/1/13 to 2/28/13

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/12 | Fed Wire Credit Via: Arvest Bank/082900872 B/O: Joplin Regional Stockyards Inccarthage, MO 64836- Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Arvest Bank Obi=Settlement of Eastern-Jopimad: 0212H2B7001C000028 Trn: 0542209043Ff | 200,000.00 |
| 02/28 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Acct#2 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Citizens Ban Bbi=/Time/15:09 Imad: 0228Qmgft007002474 Trn: 6349009059Ff | 75,000.00 |
| **Total Deposits & Credits** | | **$275,000.00** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|--------------|-----------|--------|--------------|-----------|--------|--------------|-----------|--------|
| 1667 | 02/07 | 150.00 | 1671 | 02/20 | 37.53 | 1675 | 02/20 | 13,000.00 |
| 1668 | 02/01 | 3,284.34 | 1672 | 02/28 | 600.00 | 1676 | 02/15 | 3,675.00 |
| 1670 | 02/15 | 837.09 | 1673 | 02/19 | 232.16 | | | |
| **Total Checks Paid** | | | | | | | | **($21,816.12)** |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 02/01 | ADP Payroll Fees ADP - Fees 10Gx2   2073936 CCD ID: 9659605001 | 156.45 |
| 02/04 | 02/04 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0358670 Trn: 4272300035Es | 4,085.67 |
| 02/15 | ADP Payroll Fees ADP - Fees 10Gx2   2631254 CCD ID: 9659605001 | 156.45 |
| 02/19 | 02/19 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0321482 Trn: 3673900050Es | 4,139.09 |

**J.P.Morgan**

*J.P.Morgan*

000000922019401
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account: 000000922019401
**For the Period 2/1/13 to 2/28/13**

## Payments & Transfers  CONTINUED

| Date | Description | Amount |
|------|-------------|-------:|
| 02/22 | ADP Payroll Fees ADP - Fees 10Gx2   2897871 CCD ID: 9659605001 | 39.19 |
| 02/28 | ADP Payroll Fees ADP - Fees 10Gx2   3059573 CCD ID: 9659605001 | 179.21 |
| **Total Payments & Transfers** | | **($8,756.06)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|-------:|
| 02/04 | Wire Online Domestic Fee | 25.00 |
| 02/12 | Incoming Domestic Wire Fee | 15.00 |
| 02/19 | Wire Online Domestic Fee | 25.00 |
| 02/28 | Incoming Domestic Wire Fee | 15.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($80.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 02/01 | 1,091,202.69 | 02/12 | 1,286,927.02 | 02/20 | 1,264,824.70 |
| 02/04 | 1,087,092.02 | 02/15 | 1,282,258.48 | 02/22 | 1,264,785.51 |
| 02/07 | 1,086,942.02 | 02/19 | 1,277,862.23 | 02/28 | 1,338,991.30 |

J.P.Morgan

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 2/1/13 to 2/28/13

## Service Fee Summary

| Transactions For<br>Service Fee Calculation | Number<br>of Transactions |
|---|---|
| Checks Paid / Debits | 14 |
| Deposits / Credits | 2 |
| Deposited Items | 0 |
| Transaction Total | 16 |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| Total Service Fees | $0.00 |

J.P.Morgan

*J.P. Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account:** 000000922019419
For the Period 3/1/13 to 3/29/13

00000325 DPB 034 161 08913 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

## Chase BusinessClassic  ( $Escrow$ )



| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 3,619,428.27 |
| Ending Balance | 0 | $3,619,428.27 |

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

*Please note this account had no activity during this statement period.  The date of last activity for this account was 12/28/12.*

J.P.Morgan

Page 1 of 4

*J.P.Morgan*

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 000000922019419
For the Period 3/1/13 to 3/29/13

## Service Fee Summary

| Transactions For<br>Service Fee Calculation | Number<br>of Transactions |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| Total Service Fees | $0.00 |

J.P.Morgan

*J.P.Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019419

**For the Period 2/1/13 to 2/28/13**

00000442 DPB 034 161 06913 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Jake Statz | (877) 931-1349 |
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |



**Chase Business Classic** *(Escrow)*

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 3,619,428.27 |
| Ending Balance | 0 | $3,619,428.27 |

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

*Please note this account had no activity during this statement period. The date of last activity for this account was 12/28/12.*

**J.P.Morgan**



Page 1 of 4

06052151501500440201

*J.P.Morgan*

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 000000922019419
For the Period 2/1/13 to 2/28/13

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| Total Service Fees | $0.00 |

**J.P.Morgan**

*J.P. Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019419
For the Period 1/1/13 to 1/31/13

00000370 DPB 034 161 03313 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| Jake Statz | (877) 931-1349 |
|---|---|
| Stephanie Doane | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

FEB 11 2013



## Chase Business Classic (Escrow)

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 3,619,428.27 |
| Ending Balance | 0 | $3,619,428.27 |

IMPORTANT INFORMATION

IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT

J.P. Morgan

JB

Page 1 of 4

*J.P.Morgan*

**000000922019419**
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

**Primary Account: 000000922019419**
**For the Period 1/1/13 to 1/31/13**

We will be making the following changes to the Deposit Account Agreement for Chase checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice relating to your account, even if the account has more than one owner.

- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe circumstances where funds may not be available until the seventh business day after the day of deposit. We are deleting the sentence saying that the first $200 from your deposit will be available on the next business day, so if we delay availability in those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about the changes, please call us at the number on this statement or visit your nearest branch.

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

*Please note this account had no activity during this statement period. The date of last activity for this account was 12/28/12.*

## Service Fee Summary

| Transactions For<br>Service Fee Calculation | Number<br>of Transactions |
| --- | --- |
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| Service Fee Calculation | Amount |
| --- | --- |
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |

J.P.Morgan

*J.P.Morgan*

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 000000922019419
For the Period 1/1/13 to 1/31/13

## Service Fee Summary  CONTINUED

| Service Fee Calculation | Amount |
|---|---|
| Excessive Transaction Fees (Above 0) | 0.00 |
| Total Service Fees | $0.00 |

J.P.Morgan