SO ORDERED: April 17, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S MOTION FOR EXTENSION OF CLAIMS OBJECTION DEADLINE**

This matter came before the Court upon the *Trustee's Motion For Extension Of Claims Objection Deadline* [Docket No. 1901] (the "Motion") filed by James A. Knauer in his capacity as Chapter 11 Trustee (the "Trustee") for Eastern Livestock Co., LLC. The Court, having considered the Motion and being duly advised in the premises, GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

IT IS THEREFORE ORDERED that the Trustee's deadline to file objections to the final allowed amount of any and all claims asserted against the estate is hereby extended to and including the closing of the chapter 11 case.

###