UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the claim objection orders (as indicated below) were sent to those persons listed on the service lists attached hereto at the addresses shown thereon via (i) electronic mail transmission through the Bankruptcy Court's CM/ECF system on April 10, 2013, or (ii) first class United States mail, postage prepaid on April 12, 2013.

          Respectfully submitted,

          FAEGRE BAKER DANIELS LLP

          By: /s/ Dustin R. DeNeal

Terry E. Hall (#22041-49)        *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

DMS_US 51944269v1

Wendy W. Ponader (#14633-49)
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569.9600
Facsimile: (317) 569-4800
wendy.ponader@faegrebd.com

Laura Day 10DelCotto on behalf of Counter-Defendant Bluegrass Stockyards of Richmond, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David L. Abt on behalf of Other Professional David Abt
davidabt@mwt.net

Amelia Martin Adams on behalf of Creditor Alton Darnell dba Darnell Alton Barn
aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames on behalf of Creditor Joplin Regional Stockyards
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

Kay Dee Baird on behalf of Defendant Janousek Farms, Inc.
kbaird@kdlegal.com, pdidandeh@kdlegal.com

T. Kent Barber on behalf of Creditor Blue Grass Maysville Stockyards, LLC
kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell on behalf of Counter-Defendant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles on behalf of Counter-Claimant Madison Cattle
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

Steven A. Brehm on behalf of Cross Defendant Hohenberger Cattle
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton on behalf of Plaintiff James Knauer, Trustee
kayla.britton@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown on behalf of Defendant Scotts Hill Stockyard
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County
courtmail@fbhlaw.net

John R. Burns on behalf of Plaintiff James Knauer, Chapter 11 Trustee
john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

John R. Carr on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

James M. Carr on behalf of Intervenor James Knauer, Trustee
jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

Deborah Caruso on behalf of Other Professional Kathryn Pry
dcaruso@daleeke.com, mthomas@daleeke.com

Ben T. Caughey on behalf of Defendant E4 Cattle Company, LLC
ben.caughey@icemiller.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb on behalf of Defendant Tim White
joshclubb@gmail.com

Jason W. Cottrell on behalf of Creditor Rex Elmore
jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher on behalf of Counter-Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson on behalf of Defendant Jane, LLC
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal on behalf of Intervenor James Knauer, Trustee
dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

David Alan Domina on behalf of Creditor Bellar Feed Lots, Inc.
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl on behalf of Creditor Your Community Bank
tearl@rwsvlaw.com

Shawna M Eikenberry on behalf of Counter-Claimant James Knauer
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

DMS_US 51944269v1

4

William K. Flynn on behalf of Defendant E4 Cattle Company, LLC
wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree on behalf of Creditor Kentucky Cattlemen's Association
robertforee@bellsouth.net

Sandra D. Freeburger on behalf of Creditor Estate of John S. Gibson, Anna Gayle Gibson, Execu
sfreeburger@dsf-atty.com, smattingly@dsf-atty.com

Peter M Gannott on behalf of Counter-Claimant Laurel Livestock Market, INC.
pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank
msgiberson@vorys.com

Thomas P Glass on behalf of Defendant E4 Cattle Company, LLC
tpglass@strausstroy.com

Jeffrey J. Graham on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jgraham@taftlaw.com,
ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall on behalf of Counter-Claimant James Knauer
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann on behalf of Defendant ADM Investor Services, Inc.
phoffmann@stinson.com

John David Hoover on behalf of Special Counsel Hoover Hull LLP
jdhoover@hooverhull.com

John Huffaker on behalf of Creditor Friona Industries, LP
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe on behalf of Intervenor James Knauer, Trustee
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno
tjohnston@mcjllp.com

James Bryan Johnston on behalf of Creditor Bynum Ranch Co.
bjtexas59@hotmail.com, bryan@ebs-law.net

5

Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins
Jill.Julian@usdoj.gov

Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee
jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Plaintiff James Knauer, Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock on behalf of Cross-Claimant Kathryn Pry
eknoblock@daleeke.com

Theodore A Konstantinopoulos on behalf of Creditor General Electric Capital Corporation
ndohbky@jbandr.com

Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman on behalf of Defendant Janousek Farms, Inc.
mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com

Scott R Leisz on behalf of Defendant Chastain Feeds & Farm Supply, LLC
sleisz@bgdlegal.com, disom@bgdlegal.com

Elliott D. Levin on behalf of Cross Defendant Joplin Regional Stockyards, Inc.
edl@rubin-levin.net, atty_edl@trustesolutions.com

Elliott D. Levin on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Kim Martin Lewis on behalf of Other Professional Elizabeth Lynch
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind on behalf of Counter-Defendant Fifth Third Bank
jblind@vorys.com

Karen L. Lobring on behalf of Creditor Deere & Company
lobring@msn.com

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes on behalf of Counter-Claimant James Knauer
harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh on behalf of Counter-Defendant Cactus Growers, Inc.
john.massouh@sprouselaw.com

Michael W. McClain on behalf of Creditor Grant Gibson
mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell on behalf of Creditor AB Livestock, LLC
lisahughes@givenspursley.com

James Edwin McGhee on behalf of Creditor Vermilion Ranch Corporation
mcghee@derbycitylaw.com,
SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;graves@derbycitylaw.com

Brian H Meldrum on behalf of Creditor Intrust Bank, NA
bmeldrum@stites.com

William Robert Meyer on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com

Kevin J. Mitchell on behalf of Plaintiff James Knauer, Trustee
kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett on behalf of Defendant Rex Mooney
kendalcantrell@moffettlaw.com

Christie A. Moore on behalf of Counter-Defendant Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse on behalf of Creditor Heritage Feeders LP
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com;karol.brown@crowedunlevy.com

Walter Scott Newbern on behalf of Creditor Alabama Livestock Auction, Inc.
wsnewbern@msn.com

Shiv Ghuman O'Neill on behalf of Plaintiff James Knauer, Trustee
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs on behalf of Creditor Peoples Bank of Coldwater Kansas
kim.maynes@moyewhite.com

Michael Wayne Oyler on behalf of Creditor Your Community Bank
moyler@rwsvlaw.com

Ross A. Plourde on behalf of Creditor Crumpler Bros.
ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com

Brian Robert Pollock on behalf of Defendant Intrust Bank, NA
bpollock@stites.com

Wendy W Ponader on behalf of Plaintiff James Knauer, Trustee
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy on behalf of Creditor Peoples Bank & trust Co. of Pickett County
traluy@fbhlaw.net

Eric C Redman on behalf of Defendant Bankfirst Financial Services
ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson on behalf of Creditor Fifth Third Bank
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts on behalf of Counter-Claimant Laurel Livestock Market, INC.
jratty@windstream.net

Mark A. Robinson on behalf of Creditor Cactus Growers, Inc.
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

John M. Rogers on behalf of Creditor Joplin Regional Stockyards
johnr@rubin-levin.net, susan@rubin-levin.net

DMS_US 51944269v1

8

Joseph H Rogers on behalf of Defendant Nichols Livestock
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

Jeremy S Rogers on behalf of Other Professional Elizabeth Lynch
Jeremy.Rogers@dinslaw.com

James E Rossow on behalf of Counter-Defendant Superior Livestock Auction, Inc.
jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan on behalf of Plaintiff James A. Knauer, Trustee
ser@kgrlaw.com

Thomas C Scherer on behalf of Creditor Cullman Stockyard, Inc.
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Stephen E. Schilling on behalf of Defendant E4 Cattle Company, LLC
seschilling@strausstroy.com

Ivana B. Shallcross on behalf of Creditor Joplin Regional Stockyards
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

William E Smith on behalf of Creditor Coffeyville Livestock Market, LLC
wsmith@k-glaw.com, pballard@k-glaw.com

James E. Smith on behalf of Cross Defendant Diamond B Ranches
jsmith@smithakins.com, legalassistant@smithakins.com

Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer, Trustee
ads@kgrlaw.com

Robert K Stanley on behalf of Defendant Eastern Livestock Co., LLC
robert.stanley@FaegreBD.com

Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank
kabritt@vorys.com

Andrew D Stosberg on behalf of Defendant PBI Bank, Inc.
astosberg@lloydmc.com

Matthew R. Strzynski on behalf of Defendant Jt Nuckols
mstrzynski@kdlegal.com, Tsylvester@kdlegal.com

Meredith R. Thomas on behalf of Other Professional Kathryn Pry
mthomas@daleeke.com

John M. Thompson on behalf of Creditor Heritage Feeders LP
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner on behalf of Counter-Claimant James Knauer
kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp on behalf of Cross Defendant Superior Livestock Auction, Inc.
ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net

Chrisandrea L. Turner on behalf of Creditor Cornelison Farms, LLC
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver on behalf of Defendant GP Cattle Company
avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson on behalf of Creditor Lytle Street Development
andrea@wassonthornhill.com

Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee
jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com

Stephen A. Weigand on behalf of Creditor First Bank and Trust Company, The
sweigand@ficlaw.com

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White on behalf of Special Counsel Hoover Hull LLP
swhite@hooverhull.com, vwilliams@hooverhull.com

Michael Benton Willey on behalf of Creditor Tennessee Department of Revenue
michael.willey@ag.tn.gov

Jessica E. Yates on behalf of Plaintiff Fredin Brothers, Inc.
jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com

James T Young on behalf of Intervenor Michael Walro
james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net

| CLAIMANT ADDRESS | ORDER DOCKET NUMBER |
|---|---|
| Alvin Barbee<br>9730 Brownsville Rd<br>Park City, KY 42160-9316 | 1932 |
| Chris Barton<br>1172 Bridge Hollow Rd<br>Scottsville, KY 42164 | 1933 |
| Johnny Bell<br>108 North Green Street<br>Glasgow, KY 42141-2806 | 1934 |
| Bertram Cattle Hauling<br>PO Box 437<br>Vinita, OK 74301-0437 | 1935 |
| Roy Blythe<br>210 R Blythe Rd<br>Summer Shade, KY 42166 | 1936 |
| Bomhak Trucking<br>5704 North Shephard<br>El Reno, OK 73036-9027 | 1937 |
| Charlie D. Brown<br>4931 Old Burkesville Rd<br>Albany, KY 42602 | 1938 |
| Halee Bunch<br>c/o Harlan E. Judd, III<br>McCracken & Judd PLLC<br>1823 Mcintosh St Ste 110<br>Bowling Green, KY 42104-1073<br><br>Halee Bunch<br>2821 Columbia Rd<br>Burkesville, KY 42717<br><br>Halee Bunch<br>c/o Harlan E. Judd, III<br>2530 Scottsville Rd Ste 1<br>PO Box 51093<br>Bowling Green, KY 42102 | 1939 |

| | |
|---|---|
| Jay Burford<br>108 Glenoaks Court<br>McDonough, GA 30223 | 1940 |
| Byron Lang, Inc.<br>PO Box 301<br>Jackson, MO 63755-0301 | 1941 |
| Denver Capps<br>330 Frogue Road<br>Burkesville, KY 42717-8891 | 1942 |
| Chip Miller Trucking, Inc.<br>PO Box 126<br>St. George, KY 66535-0126 | 1943 |
| Eddie Claywell<br>c/o Harlan E. Judd III<br>PO Box 27<br>Bowling Green, KY 42102 | 1944 |
| Coffeyville Livestock Market, LLC<br>c/o William E. Smith, III<br>Kightlinger & Gray, LLP<br>Bonterra Building, Suite 200<br>3620 Blackiston Blvd<br>New Albany, IN 47150 | 1945 |
| Donnie Coomer<br>150 Coomer Road<br>Edmonton, KY 42129 | 1946 |
| Boyd Copas<br>2195 E Phillippi Church Rd<br>Tompkinsville, KY 42167-9478 | 1947 |
| Corcoran Trucking, Inc.<br>221 Lomond Lane<br>Billings, MT 59101-7350 | 1948 |
| 3-B Farms, LLC<br>709 N Pratt St<br>PO Box 6<br>Yates Center, KS 66783 | 1950 |

| | |
|---|---|
| David Cassady<br>1497 Pleasant Valley Church Rd<br>Horse Cave, KY 42749 | 1951 |
| Deere & Company<br>c/o Lobring & Associates<br>5977 West State Road 252<br>Edinburgh, IN 46124 | 1952 |
| Denwalt & Sons Cattle Co., LLC<br>10004 Reno W<br>El Reno, OK 73036-9728 | 1953 |
| Dennis Schroeder<br>29304 County Road 110<br>Freedom, OK 73842 | 1954 |
| Edmonton Water, Sewer & Gas<br>PO Box 880<br>Edmonton, KY 42129-0880 | 1955 |
| Edmonton Water, Sewer & Gas<br>PO Box 880<br>Edmonton, KY 42129-0880 | 1956 |
| Michael Emberton<br>1491 Sulphur Lick Rd<br>Tompkinsville, KY 42167-7051 | 1957 |
| Five Star Livestock, LLC<br>10319 Highway 62<br>Charlestown, IN 47111-8937 | 1958 |
| Brad Flood<br>910 W Main St<br>Cloverport, KY 40111-1423 | 1959 |
| Floyd County Treasurer<br>311 Hauss Square, Room 113<br>New Albany, IN 47150 | 1960 |
| FPC Financial<br>c/o Lobring & Associates<br>5977 West State Road 252<br>Edinburgh, IN 46124 | 1961 |

| | |
|---|---|
| Kenneth Froedge<br>207 Tuney Geralds Rd<br>Edmonton, KY 42129 | 1962 |
| Sandy Froedge<br>207 Tuney Geralds Rd<br>Edmonton, KY 42129 | 1963 |
| G&C Trucking<br>PO Box 24<br>Munday, TX 76371-0024 | 1964 |
| Brilyn and Bailee Garrett<br>4567 Randolph Goodluck Rd<br>Summer Shade, KY 42166 | 1965 |
| Delphia Garrett<br>4567 Randolph Goodluck Rd<br>Summer Shade, KY 42166 | 1966 |
| Gary Welch Cattle Company<br>c/o C. Michael Thompson<br>111 Courthouse Square<br>Troy, NC 27371 | 1967 |
| Butch Gibson<br>2431 Breeding Rd<br>Edmonton, KY 42129 | 1968 |
| James Howard Gibson<br>1990 Columbia Rd<br>Edmonton, KY 42129 | 1969 |
| Kerry Gilley<br>511 Wisdom Rd<br>Edmonton, KY 42129 | 1970 |
| David Gordon<br>1758 Old Temple Hill Rd<br>Tompkinsville, KY 42167-8545 | 1971 |
| Jerry Herald<br>1191 Oakhill School Rd<br>Smiths Grove, KY 42171 | 1972 |

| | |
|---|---|
| High & High<br>1450 Sulphur Lick Rd<br>Tompkinsville, KY 42167<br><br>High & High<br>1150 Sulphur Lick Rd<br>Tompkinsville, KY 42167-7048 | 1975 |
| Jimmie Dale High<br>1150 Sulphur Lick Rd<br>Tompkinsville, KY 42167-7048 | 1976 |
| Hirsch Partnership<br>502 Locust Lane<br>Shelbyville, KY 40065-9700 | 1977 |
| David Holley<br>377 Knob Lick Blue Springs Rd<br>Knob Lick, KY 42154 | 1978 |
| Richard Hope<br>3360 Mt Moriah Rd<br>Summer Shade, KY 42166 | 1979 |
| Glenn Hurt<br>7950 Old Glasgow Rd<br>Scottsville, KY 42164 | 1980 |
| Ike's Trucking, Inc.<br>PO Box 81<br>St. Paul, VA 24283 | 1981 |
| Robert Brown<br>325 Flat Lick Lane<br>Herndon, KY 42236 | 1982 |
| Dale Stull Trucking<br>Box 41<br>Nara Visa, NM 88430 | 1983 |
| Dale Stull Trucking<br>Box 41<br>Nara Visa, NM 88430 | 1984 |