**SO ORDERED: April 18, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION FOR EXPEDITED TREATMENT OF EMERGENCY AGREED MOTION FOR EXTENSION OF DEADLINE TO OBJECT TO PROOFS OF CLAIM FILED BY AB LIVESTOCK, LLC**

This matter came before the Court upon the *Motion for Expedited Treatment of Emergency Agreed Motion For Extension Of Deadline to Object to Proofs of Claim Filed by AB Livestock, LLC* [Docket No. 2048] (the "Motion") filed by James A. Knauer in his capacity as Chapter 11 Trustee (the "Trustee") for Eastern Livestock Co., LLC and AB Livestock[1]. The Motion [Docket No. 2048] requests that the Court enter an order on or before April 19, 2013 granting the *Emergency Agreed Motion For Extension of Deadline to Object to Proofs of Claim Filed By AB Livestock, LLC* [Docket No. 2047] (the "Extension Motion") without requiring or conducting a hearing thereon. Alternatively, the Motion requests that the Court set the Extension Motion for a telephonic hearing to be held on or before April 19, 2013. The Court, having

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such term in the Motion.

considered the Motion and the Extension Motion, and being duly advised in the premises, hereby finds that the relief requested by the Extension Motion should be granted without a hearing. The Court therefore GRANTS the Motion and will enter a separate order on the Extension Motion without conducting a separate hearing thereon.

###