**SO ORDERED: April 18, 2013.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING EMERGENCY AGREED MOTION FOR EXTENSION OF DEADLINE TO OBJECT TO PROOFS OF CLAIM FILED BY AB LIVESTOCK, LLC**

This matter came before the Court upon the *Emergency Agreed Motion For Extension Of Deadline to Object to Proofs of Claim Filed by AB Livestock, LLC* [Docket No. 2047] (the "Motion") filed by James A. Knauer in his capacity as Chapter 11 Trustee (the "Trustee") for Eastern Livestock Co., LLC and AB Livestock[1]. The Trustee and AB Livestock also filed a separate motion [Docket No. 2048] requesting that the Court enter an order granting the Motion on or before the current claim objection deadline of April 19, 2013. The Court, having considered the Motion and the request that the Motion be granted on or before April 19, 2013, and being duly advised in the premises, GRANTS the Motion, it appearing to the Court

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such term in the Motion.

that the Motion is made for good cause and that there appear to be good and sufficient reasons for granting the Motion on an expedited basis without the need for a hearing.

IT IS THEREFORE ORDERED that the Trustee's deadline to file an objection to the AB Livestock Proof of Claim is hereby extended to and including December 1, 2013. Nothing contained herein shall prevent the Trustee from requesting further extensions of the claim objection deadline.

###