SO ORDERED: April 22, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**AMENEDED ORDER GRANTING TRUSTEE'S MOTION FOR EXTENSION OF CLAIMS OBJECTION DEADLINE**

This Order amends and supercedes the *Order Granting Trustee's Motion For Extension Of Claims Objection Deadline* [Dock. No. 2051] entered by the Court on April 17, 2013. This matter came before the Court upon the *Trustee's Motion For Extension Of Claims Objection Deadline* [Docket No. 1901] (the "Motion") filed by James A. Knauer in his capacity as Chapter 11 Trustee (the "Trustee") for Eastern Livestock Co., LLC, seeking an extension of time to further object to any claims solely on the basis that the claimant has or may receive funds from another source which should be applied to reduce the claim as against the Estate. The Court, having considered the Motion and being duly advised in the premises, GRANTS the Motion to the extent set forth herein, it appearing to the Court that the Motion is made for good cause.

IT IS THEREFORE ORDERED that the Trustee's deadline to file objections to the final allowed amount of any and all claims asserted against the estate, solely upon the grounds that the claimant has or may receive funds from another source that should be applied to reduce the claim against the Estate is hereby extended to and including the closing of the chapter 11 case. The current deadline of April 19, 2013 for any other objections to claims for any other reason is not extended, absent further order of this Court.

###