UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

The *Motion to Approve Compromise and Settlement with Animal Profiling International, Inc. Pursuant to Rule 9019* ("Motion") was filed with the Clerk of this Court by James A. Knauer, Chapter 11 Trustee on April 9, 2013. ECF No. 1923. Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement attached as Exhibit "A" to the Motion. The Settlement Agreement provides for the payment of $6,299.70 by Animal Profiling International, Inc. to the Trustee for the benefit of the Debtor's estate.

**If you have not received a copy of the Motion, you may obtain one through PACER on the Court's website, or on the Trustee's blog at www.easternlivestockbkinfo.com, at the noticing agent's website at www.bmcgroup.com/easternlivestock, or by email or calling Jay P. Kennedy, counsel to the Trustee at jpk@kgrlaw.com or 317-692-9000.**

NOTICE IS GIVEN that any objection to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party **on or before May 14, 2013**. Persons not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

**If no objections are timely filed, the requested relief may be granted without further action by the Court. If you do file an objection, the court will set the Motion for hearing, which you or your attorney will be expected to attend.**

Dated: April 23, 2013          Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By:     /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone
(317) 264-6832 Fax
jpk@kgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Laura Day 10DelCotto ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David L. Abt davidabt@mwt.net

Amelia Martin Adams aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

Kay Dee Baird kbaird@kdlegal.com, pdidandeh@kdlegal.com

T. Kent Barber kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers dbrangers@lawyer.com

Steven A. Brehm sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown Joe.Brown@Hardincounty.biz

Lisa Koch Bryant courtmail@fbhlaw.net

John R. Burns john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso dcaruso@daleeke.com, mthomas@daleeke.com

Ben T. Caughey ben.caughey@icemiller.com

Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb joshclubb@gmail.com

Jason W. Cottrell jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

David Alan Domina dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl tearl@rwsvlaw.com

Shawna M Eikenberry shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree robertforee@bellsouth.net

Sandra D. Freeburger sfreeburger@dsf-atty.com, mbaker@dsf-atty.com

Peter M Gannott pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson msgiberson@vorys.com

Thomas P Glass tpglass@strausstroy.com

Jeffrey J. Graham jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann phoffmann@stinson.com

John David Hoover jdhoover@hooverhull.com

John Huffaker john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston tjohnston@mcjllp.com

Jill Zengler Julian Jill.Julian@usdoj.gov

Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com

rdollarhide.com

Erick P Knoblock eknoblock@daleeke.com

Theodore A Konstantinopoulos ndohbky@jbandr.com

Randall D. LaTour RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com

Scott R Leisz sleisz@bgdlegal.com, disom@bgdlegal.com

Elliott D. Levin robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind jblind@vorys.com

Karen L. Lobring lobring@msn.com

John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh john.massouh@sprouselaw.com

Michael W. McClain mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell lisahughes@givenspursley.com

James Edwin McGhee mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum bmeldrum@stites.com

William Robert Meyer rmeyer@stites.com

Kevin J. Mitchell kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@

faegrebd.com

Terrill K. Moffett kendalcantrell@moffettlaw.com

Natalie Donahue Montell
nmontell@bgdlegal.com

Christie A. Moore cm@gdm.com,
ljs2@gdm.com

Allen Morris amorris@stites.com,
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com

Erin Casey Nave enave@taftlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Walter Scott Newbern wsnewbern@msn.com

Shiv Ghuman O'Neill shiv.oneill@faegrebd.com,
amanda.castor@faegrebd.com

Matthew J. Ochs kim.maynes@moyewhite.com

Michael Wayne Oyler moyler@rwsvlaw.com

Ross A. Plourde ross.plourde@mcafeetaft.com,
afton.shaw@mcafeetaft.com

Brian Robert Pollock bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com,
sarah.herendeen@faegrebd.com

Timothy T. Pridmore tpridmore@mcjllp.com,
lskibell@mcjllp.com

Anthony G. Raluy traluy@fbhlaw.net

Eric C Redman ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson ewrichardson@vorys.com,
bjtobin@vorys.com

Joe T. Roberts jratty@windstream.net

Mark A. Robinson mrobinson@vhrlaw.com,
dalbers@vhrlaw.com

Jeremy S Rogers Jeremy.Rogers@dinslaw.com

John M. Rogers johnr@rubin-levin.net,
susan@rubin-levin.net

Joseph H Rogers jrogers@millerdollarhide.com,
cdow@millerdollarhide.com

James E Rossow jim@rubin-levin.net,
susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan ser@kgrlaw.com

Thomas C Scherer tscherer@bgdlegal.com,
mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

James E. Smith jsmith@smithakins.com,
legalassistant@smithakins.com

William E Smith wsmith@k-glaw.com,
pballard@k-glaw.com

Amanda Dalton Stafford ads@kgrlaw.com,
jli@kgrlaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine kabritt@vorys.com

Andrew D Stosberg astosberg@lloydmc.com

Matthew R. Strzynski mstrzynski@kdlegal.com,
Tsylvester@kdlegal.com

Meredith R. Thomas mthomas@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp ctrapp@rubin-levin.net,
carmen@rubin-levin.net;lemerson@rubin-levin.net

Chrisandrea L. Turner clturner@stites.com

U.S. Trustee ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson andrea@wassonthornhill.com

Jennifer Watt jwatt@kgrlaw.com,
pad@kgrlaw.com;ads@kgrlaw.com

Stephen A. Weigand sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov,
Charles.R.Wharton@usdoj.gov

Sean T. White swhite@hooverhull.com,
vwilliams@hooverhull.com

Michael Benton Willey michael.willey@ag.tn.gov

Jessica E. Yates jyates@swlaw.com,
docket_den@swlaw.com;mmccleery@swlaw.com

James T Young james@rubin-levin.net,
lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com

I further certify that on April 23, 2013 a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Allen Morris
Stites & Harbison, PLLC
323 East Court Avenue
Jeffersonville, IN 47130

Amelia Martin Adams
Laura Day DelCotto
T. Kent Barber
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507

Andrea L Wasson
Wasson & Thornhill
3000 Breckenridge Lane
Louisville, KY 40220

Andrew D Stosberg

Lloyd & McDaniel, PLC
11405 Park Road, Suite 200
PO Box 23200
Louisville, KY 40223-0200

Anthony G. Raluy
Lisa Koch Bryant
Foley Bryant Holloway & Raluy
500 West Jefferson Street, Suite 2450
Louisville, KY 40202

Ashley S. Rusher
Blanco Tackabery & Matamoros, P.A.
Stratford Point Building, 5th Floor
110 South Stratford Road
Winston-Salem, NC 27104-4299,

Ben T. Caughey
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

John R. Carr
Bret S. Clement
Ayres Carr & Sullivan, PC
251 East Ohio Street, Suite 500
Indianapolis, IN 46204-2184

Charles R. Wharton
U.S. Trustee
101 W Ohio Street, Suite 1000
Indianapolis, IN 46204
Elliott D. Levin
John M. Rogers
James E Rossow
Christopher M. Trapp
Rubin & Levin, PC
342 Massachusetts Avenue
Indianapolis, IN 46204

Darla J. Gabbitas
David A. Laird
Moye White LLP

16 Market Square 6th Floor
1400 16th Street
Denver, CO 80202-1486

David Alan Domina
Domina Law Group
2425 S 144th St
Omaha, NE 68144

David L. Abt
210 N Main St
PO Box 128
Westby, WI 54667

David L. LeBas
Naman, Howell, Smith & Lee, PLLC
8310 Capital of Texas Hwy., North
Suite 490
Austin, TX 78731

Deborah Caruso
Erick P Knoblock
Meredith R. Thomas
Dale & Eke, PC
9100 Keystone Crossing, Suite 400
Indianapolis, IN 46240

Edward M. King
Frost Brown Todd LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363

Eric C. Redman
Redman Ludwig, PC
151 North Delaware Street, Suite 1106
Indianapolis, IN 46204

Jack S. Dawson
Joseph H. Rogers
Miller Dollarhide
Second Floor
100 Park Avenue
Oklahoma City, OK 73102

James Bryan Johnston
Easterbrook, Boyd & Simmons, PC
623 N Main Street
PO Box 273
Hereford, TX 79045

James E. Smith
Smith & Akins
400 W Capitol Avenue #1700
Little Rock, AR 72201-3438

James Edwin McGhee
James T. Young
Jared M. LeFevre
Eli J. Patten
Seiller Waterman LLC
462 S Fourth Street, 22nd Floor
Louisville, KY 40202

Crowley Fleck PLLP
500 TransWestern Plaza II
490 North 31st Street
PO Box 2529
Billings, MT 59103-2529

Jason W. Cottrell
Stuart & Branigin LLP
300 Main Street, Suite 900
PO Box 1010
Lafayette, IN 47902-1010

Jerald I. Ancel

Jeffrey J. Graham
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Jeffrey L. Hunter
Jill Zengler Julian
Office of the United States Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, IN 46204

Jeffrey R. Erler
Bell Nunnally & Martin LLP
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Jeremy S. Rogers
Dinsmore & Shohl LLP
101 S Fifth St, Suite 2500
Louisville, KY 40202

Joe Lee Brown
419 Main St
Savannah, TN 38372
John Huffaker
John Frederick Massouh
Sprouse Shrader Smith, PC
701 S Taylor St, #500
Amarillo, TX 79101

John Hunt Lovell
Lovell, Lovell, Newsom & Isern, LLP
112 West 8th Ave, Suite 1000
Amarillo, TX 79101-2314

Joshua Elliott Clubb
Brammell & Clubb, PSC
18 Berry Street
PO Box 629
New Castle, KY 40050

Judy Hamilton Morse
John M. Thompson
Crowe & Dunlevy
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273

Karen L. Lobring
Lobring & Associates, LLP
5977 West State Road 252
Edinburgh, IN 46124

Kelly Greene McConnell
Givens Pursley LLP
601 West Bannock Street
Boise, ID 83702

Kent A. Britt
James B. Lind
Joshua N. Stine
Randall D. LaTour
Eric W. Richardson
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202

Kim Martin Lewis
Dinsmore & Shohl LLP
255 E Fifth St, Suite 1900
Cincinnati, OH 45202

Kirk Crutcher
Mayfield Crutcher & Sharpee, LLP

320 S Polk, Suite 400
Amarillo, TX 79101

Mark A. Robinson
Valenti Hanley &Robinson, PLLC
One Riverfront Plaza, Suite 1950
401 West Main Street

Matthew J. Ochs
Moye White LLP
16 Market Square 6th Floor
1400 16th Street
Louisville, KY 40202

Melissa S. Giberson
Robert A. Bell, Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Michael Benton Willey
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy
Division
PO Box 20207
Nashville, TN 37202-0207

Michael W. McClain
Ballinger McClain, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241-2289
Nolan M. Johnson, Esq.
Bass, Berry & Sims PLC
100 Peabody Place, Suite 900
Memphis, TN 38103

Peter M Gannott
12910 Shelbyville Road, Suite 115
PO Box 43755
Louisville, KY 40243

Robert H. Foree
2440 Eminence Road
Eminence, KY 40019

Ross A. Plourde
McAfee & Taft
10th Floor, Two Leadership Square
211 N Robinson
Oklahoma City, OK 73102

Sandra D. Freeburger
Deitz, Shields & Freeburger, LLP
101 First Street
Henderson, KY 42420

Sean T. White
John David Hoover
Hoover Hull LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN 46244-0989

Daniel J. Donnellon
Stephen A. Weigand
Faruki Ireland & Cox PLL
PNC Center
201 E Fifth Street, Suite 1420
Cincinnati, OH 45202

Thomas P Glass
Stephen E. Schilling
William K. Flynn
Strauss Troy Co., LPA
The Federal Reserve Building
150 East Fourth St, Fourth Floor

Cincinnati, OH 45202-4018

John W. Ames
C. R. Bowles
Steven A. Brehm
Christie A. Moore
Ivana B. Shallcross
Bingham Greenebaum Doll LLP
3500 National City Tower
101 S Fifth Street
Louisville, KY 40202

Theodore A Konstantinopoulos
Javitch, Block & Rathbone, LLC
1100 Superior Avenue - 19th Floor
Cleveland, OH 44114-2531

Thomas C Scherer
Bingham Greenebaum Doll LLP

2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Timothy T. Pridmore
Todd J. Johnston
McWhorter Cobb and Johnson, LLP
1722 Broadway
Lubbock, TX 79401

Trevor L. Earl
Michael Wayne Oyler
Reed Weitkamp Schell & Vice PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY 40202-2812

U.S. Trustee
101 W Ohio Street, Suite 1000
Indianapolis, IN 46204

Walter Scott Newbern
W. Scott Newbern, PL
2982 East Giverny
Tallahassee, FL 32309

William E Smith
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150

William Robert Meyer
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

By: /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee

**KROGER, GARDIS & REGAS, LLP**
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone