UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | )   Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

### MOTION TO APPROVE COMPROMISE AND SETTLEMENT
### WITH MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.
### PURSUANT TO RULE 9019

Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), by counsel, hereby files this motion (the "Settlement Motion") requesting the Court's approval of a compromise and settlement of claims between the Trustee and Martin, Pringle, Oliver, Wallace & Bauer, L.L.P. ("Martin Pringle") pursuant to the terms and conditions set forth in the Settlement Agreement and Mutual Release substantially in the form attached hereto as **Exhibit A** (the "Settlement Agreement"). In support of this Settlement Motion, the Trustee respectfully represents the following:

### Introduction and Background

1. Certain petitioning creditors commenced the above-captioned chapter 11 case (the "Chapter 11 Case") against the Debtor on December 6, 2010, by filing an involuntary petition for relief under chapter 11 of title 11 of the United States Code. This Court entered the Order for Relief in An Involuntary Case and Order to Complete Filing [Doc. No. 110] on December 28, 2010.

2. On December 27, 2010, the Court entered the Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee [Doc. No. 102] pursuant to 11 U.S.C. § 1104.

3. On January 25, 2012, the Trustee filed the Trustee's Motion to Approve Certain Preference Avoidance Protocols and Terms of Settlement [Doc. No. 977] (the "<u>Preference Protocol Motion</u>"). The Court entered its Order Granting Trustee's Motion to Approve Certain Preference Avoidance Protocols and Terms of Settlement on February 15, 2012 [Doc. No. 1035] (the "<u>Preference Protocol Order</u>"), pursuant to which the Court authorized the Trustee to settle the Trade Preferences[1] in the sums of the Estimated Net Exposure without further order of the Court.

4. Based on his investigation, the Trustee has concluded that Martin Pringle received not less than $21,313.98 in transfers from the Debtor (collectively, the "<u>Transfers</u>"). On November 8, 2012, the Trustee made demand on Martin Pringle for avoidance and recovery of the Transfers (the "<u>Preference Claim</u>") and offered to settle the Preference Claim in the sum of $19,182.58, representing Martin Pringle's Estimated Net Exposure as calculated by the Trustee.

5. The Trustee commenced Adversary Proceeding No. 12-59114 against Martin Pringle on December 6, 2012, to avoid and recover the Transfers. Subsequent to December 6, 2012, Martin Pringle has provided information to the Trustee that arguably reduces Martin Pringle's Estimated Net Exposure to the sum of $10,000.00.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Preference Protocol Motion.

6. To avoid the cost, expense, and delay of litigation, Martin Pringle is willing to make immediate payment of $10,000.00 (the "Settlement Amount") in satisfaction of the Preference Claim, provided the Court enters a final, non-appealable order approving this Settlement Motion (the "Settlement Order"). Martin Pringle has, in fact, tendered this amount to the Trustee to be held in a trust account controlled by the Trustee while this matter is pending.

7. In the exercise of his sound business judgment, the Trustee has determined that a settlement of the Preference Claim in the Settlement Amount is in the best interests of the Debtor's estate and its creditors.

## The Settlement

8. The Trustee requests that the Court approve the compromise and settlement of claims between the Trustee and Martin Pringle pursuant to the terms and conditions set forth in the Settlement Agreement. The Trustee is seeking court approval of the Settlement Agreement because the Settlement Amount is less than the sum of the Estimated Net Exposure as approved by the Preference Protocol Order.

## Basis for Relief

9. Pursuant to Bankruptcy Rule 9019(a), this Court has authority to approve a compromise or settlement after notice and opportunity for a hearing. Under Bankruptcy Rule 9019, a bankruptcy court should approve a proposed compromise if it is fair and equitable and in the best interests of the estate. *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968); *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007). The Seventh Circuit has offered the following guidance to courts in making such determinations:

3

> The linchpin of the "best interests of the estate" test is a comparison of the value of the settlement with the probable costs and benefits of litigating. Among the factors the court considers are the litigation's probability of success, complexity, expense, inconvenience, and delay, "including the possibility that disapproving the settlement will cause wasting of assets."

*In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d at 426 (citations omitted).

10. Although the Trustee believes there is legal and factual support for the Preference Claim, settlement avoids the costs, expense, delay, and uncertainties of litigation. Litigation creates additional costs and expenses for the Debtor's estate and will thereby further deplete the estate. When evaluating the proposed settlement, the Trustee considered (i) the expenses the Debtor's estate would incur in litigating the Preference Claim, (ii) the probability of success in prosecuting the Preference Claim in light of the asserted defenses, and (iii) the best interests of the Debtor's estate and its creditors.

11. Pursuant to the exercise of his sound business judgment, the Trustee believes that the compromise and settlement reflected in the proposed Settlement Agreement is fair and equitable and in the best interests of the estate.

12. Notice of this Settlement Motion will be provided to all creditors, the United States Trustee, all counsel of record, and any other entity that the Court may direct, as provided in Bankruptcy Rules 2002 and 9019.

**WHEREFORE**, if no objections to this Settlement Motion are filed, the Parties request that the Court enter the Settlement Order approving the Settlement Agreement. A proposed form of order is attached as **Exhibit B**. If any objections to this Settlement Motion are filed, the parties request that this Settlement Motion and any timely filed objection be scheduled for hearing by the Court on the earliest date that is available and

4

convenient to the Court.  The Trustee requests that any notice of this motion include language that any objection to this Settlement Motion set forth with specificity any claim that the objecting party has to the Settlement Amount.

                Respectfully submitted,

                KROGER, GARDIS & REGAS, LLP

                By: /s/  Jay P. Kennedy

Jay P. Kennedy (#5477-49)     *Counsel for James A. Knauer, Chapter 11*
Kroger, Gardis & Regas, LLP     *Trustee*
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Telephone: (317) 777-7428
jpk@kgrlaw.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Laura Day 10DelCotto ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David L. Abt davidabt@mwt.net

Amelia Martin Adams aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com

Kay Dee Baird kbaird@kdlegal.com, pdidandeh@kdlegal.com

T. Kent Barber kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers dbrangers@lawyer.com

Steven A. Brehm sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown Joe.Brown@Hardincounty.biz

Lisa Koch Bryant courtmail@fbhlaw.net

John R. Burns john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso dcaruso@daleeke.com, mthomas@daleeke.com

Ben T. Caughey ben.caughey@icemiller.com

Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb joshclubb@gmail.com

Jason W. Cottrell jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com

Dustin R. DeNeal dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

David Alan Domina dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl tearl@rwsvlaw.com

Shawna M Eikenberry shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree robertforee@bellsouth.net

Sandra D. Freeburger sfreeburger@dsf-atty.com, mbaker@dsf-atty.com

Peter M Gannott pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson msgiberson@vorys.com

Thomas P Glass tpglass@strausstroy.com

Jeffrey J. Graham jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Terry E. Hall terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann phoffmann@stinson.com

John David Hoover jdhoover@hooverhull.com

John Huffaker john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston bjtexas59@hotmail.com, bryan@ebs-law.net

6

Todd J. Johnston tjohnston@mcjllp.com

Jill Zengler Julian Jill.Julian@usdoj.gov

Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com

Erick P Knoblock eknoblock@daleeke.com

Theodore A Konstantinopoulos ndohbky@jbandr.com

Randall D. LaTour RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com

Scott R Leisz sleisz@bgdlegal.com, disom@bgdlegal.com

Elliott D. Levin robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind jblind@vorys.com

Karen L. Lobring lobring@msn.com

John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

John Frederick Massouh john.massouh@sprouselaw.com

Michael W. McClain mike@kentuckytrial.com, laura@kentuckytrial.com

Kelly Greene McConnell lisahughes@givenspursley.com

James Edwin McGhee mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum bmeldrum@stites.com

William Robert Meyer rmeyer@stites.com

Kevin J. Mitchell kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett kendalcantrell@moffettlaw.com

Natalie Donahue Montell nmontell@bgdlegal.com

Christie A. Moore cm@gdm.com, ljs2@gdm.com

Allen Morris amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com

Erin Casey Nave enave@taftlaw.com

Matthew Daniel Neumann mneumann@hhclaw.com

Walter Scott Newbern wsnewbern@msn.com

Shiv Ghuman O'Neill shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs kim.maynes@moyewhite.com

Michael Wayne Oyler moyler@rwsvlaw.com

Ross A. Plourde ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com

Brian Robert Pollock bpollock@stites.com

Wendy W Ponader wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy traluy@fbhlaw.net

Eric C Redman ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts jratty@windstream.net

Mark A. Robinson mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers Jeremy.Rogers@dinslaw.com

John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net

Joseph H Rogers jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan ser@kgrlaw.com

Thomas C Scherer tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Stephen E. Schilling seschilling@strausstroy.com

Ivana B. Shallcross ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

James E. Smith jsmith@smithakins.com, legalassistant@smithakins.com

William E Smith wsmith@k-glaw.com, pballard@k-glaw.com

Amanda Dalton Stafford ads@kgrlaw.com, jli@kgrlaw.com

Robert K Stanley robert.stanley@FaegreBD.com

Joshua N. Stine kabritt@vorys.com

7

Andrew D Stosberg
astosberg@lloydmc.com

Matthew R. Strzynski
mstrzynski@kdlegal.com,
Tsylvester@kdlegal.com

Meredith R. Thomas
mthomas@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson
andrea@wassonthornhill.com

Jennifer Watt jwatt@kgrlaw.com,
pad@kgrlaw.com;ads@kgrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov,
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com,
vwilliams@hooverhull.com

Michael Benton Willey
michael.willey@ag.tn.gov

Jessica E. Yates jyates@swlaw.com,
docket_den@swlaw.com;mmccleery@swlaw.com

James T Young james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com

/s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee

**KROGER, GARDIS & REGAS, LLP**
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone