IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### CERTIFICATE OF MAILING

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the document identified below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on April 18, 2013:

| | |
|---|---|
| Docket No. 2058 | MOTION TO COMPROMISE AND NOTICE OF OBJECTION DEADLINE (Willie Downs and Willie Downs Livestock, Inc.) [Re: Docket No. 2057] |
| Exhibit "A" | Address List regarding Docket No. 2058<br>• The Core Parties are referenced in Service List 51586<br>• Those parties who have requested special notice are referenced in Service List 51592<br>• The Affected Parties are referenced in Service List 51594 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 17th day of February 2013 at Paramount, California.

_/s/ James H. Myers_
James H. Myers

**EXHIBIT A**

# Eastern Livestock

**Total number of parties: 24**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 51594 | BLUEGRASS STOCKYARDS EAST LLC, PO BOX 765, MT STERLING, KY, 40353 | US Mail (1st Class) |
| 51594 | BLUEGRASS STOCKYARDS LLC, ATTN: JIM AKERS COO, PO BOX 1023, LEXINGTON, KY, 40588 | US Mail (1st Class) |
| 51594 | BLUEGRASS STOCKYARDS LLC, (RE: BLUEGRASS STOCKYARDS OF RICHMOND LLC), ATTN JIM AKERS COO, PO BOX 1023, LEXINGTON, KY, 40588 | US Mail (1st Class) |
| 51594 | BLUEGRASS STOCKYARDS LLC, (RE: BLUEGRASS STOCKYARDS EAST LLC), ATTN JIM AKERS COO, PO BOX 1023, LEXINGTON, KY, 40588 | US Mail (1st Class) |
| 51594 | BLUEGRASS STOCKYARDS OF RICHMOND LLC, 348 K ST, RICHMOND, KY, 40475 | US Mail (1st Class) |
| 51592 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 51594 | DELCOTTO LAW GROUP PLLC, (RE: BLUEGRASS STOCKYARDS OF RICHMOND LLC), AMELIA MARTIN ADAMS, 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51594 | DELCOTTO LAW GROUP PLLC, (RE: BLUEGRASS STOCKYARDS LLC), AMELIA MARTIN ADAMS, 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51594 | DELCOTTO LAW GROUP PLLC, (RE: BLUEGRASS STOCKYARDS EAST LLC), AMELIA MARTIN ADAMS, 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51594 | DELCOTTO LAW GROUP PLLC, (RE: BLUEGRASS STOCKYARDS OF RICHMOND LLC), LAURA DAY DELCOTTO, 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51594 | DELCOTTO LAW GROUP PLLC, (RE: BLUEGRASS STOCKYARDS LLC), LAURA DAY DELCOTTO, 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51594 | DELCOTTO LAW GROUP PLLC, (RE: BLUEGRASS STOCKYARDS EAST LLC), LAURA DAY DELCOTTO, 200 NORTH UPPER STREET, LEXINGTON, KY, 40507 | US Mail (1st Class) |
| 51594 | HON. JOE T. ROBERTS, (RE: LAUREL LIVESTOCK MARKET INC), ROBERTS BUILDING, 705 SOUTH MAIN STREET, LONDON, KY, 40741 | US Mail (1st Class) |
| 51586 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 51594 | LAUREL LIVESTOCK MARKET INC, PO BOX 606, LONDON, KY, 40743-0606 | US Mail (1st Class) |
| 51594 | LLOYD & MCDANIEL, PLC, (RE: WILLIE DOWNS LIVESTOCK INC), ANDREW D STOSBERG, 11405 PARK ROAD, SUITE 200, PO BOX 23200, LOUISVILLE, KY, 40223-0200 | US Mail (1st Class) |
| 51594 | LLOYD & MCDANIEL, PLC, (RE: WILLIE DOWNS), ANDREW D STOSBERG, 11405 PARK ROAD, SUITE 200, PO BOX 23200, LOUISVILLE, KY, 40223-0200 | US Mail (1st Class) |
| 51592 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 51594 | PETER M GANNOTT, (RE: LAUREL LIVESTOCK MARKET INC), 12910 SHELBYVILLE ROAD, SUITE 115, PO BOX 43755, LOUISVILLE, KY, 40243 | US Mail (1st Class) |
| 51592 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 51586 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 51594 | WILLIE DOWNS, 4840 NEW HAVEN RD, BARDSTOWN, KY, 40004-9534 | US Mail (1st Class) |
| 51594 | WILLIE DOWNS LIVESTOCK INC, 4840 NEW HAVEN RD, BARDSTOWN, KY, 40004-9534 | US Mail (1st Class) |
| 51594 | WILLIE DOWNS LIVESTOCK, INC, 4840 NEW HAVEN ROAD, BARDSTOWN, KY, 40004-9520 | US Mail (1st Class) |

**Subtotal for this group: 24**