UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION TO STAY DEADLINES
REGARDING CERTAIN CLAIM OBJECTIONS**

James A. Knauer, in his capacity as chapter 11 trustee ("Trustee") of Eastern Livestock Co., LLC ("Debtor") respectfully requests that the Court enter an order staying deadlines and proceedings on the claim objections filed on April 19, 2013 and identified below (collectively, the "Claim Objections"). In support of this motion (the "Motion"), the Trustee states:

1. The Court entered an order confirming the *Trustee's First Amended Chapter 11 Plan of Liquidation* [Dock. No. 1490] (the "Plan")[1] on December 17, 2012. The Plan became effective on December 20, 2012. *See* Dock. No. 1675.

2. Pursuant to the Plan, the deadline to file objections to proofs of claim was April 19, 2013.[2]

3. The Trustee filed 56 claim objections on April 19, 2013. The majority of the claim objections involve claims and/or legal issues that are already being litigated in adversary proceedings or other contested matters.

4. As a result, the Trustee requested in each of the identified Claim Objections that the Court stay further proceedings on the Claim Objection until notice from the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.
[2] The Court entered orders extending the Trustee's deadline to object to 1) the final allowed amounts of claims and 2) the proofs of claim filed by AB Livestock, LLC. *See* Dock. Nos. 2051 and 2060.

DMS_US 51961341v1

Trustee. The Trustee files this Motion to clarify the relief requested in the Claim Objections and the specific Claim Objections that should be stayed pending further notice from the Trustee.

5. The Trustee seeks to stay further proceedings on the following Claim Objections:

| CLAIMANT | CLAIM # | DOCKET # |
|---|---:|---:|
| Alabama Livestock Auction, Inc. | 504 | 2062 |
| Ashville Stockyard, Inc. | 511 | 2063 |
| Bankfirst Financial Services | 530 | 2064 |
| The Gibson Trustee | 454 | 2065 |
| Gary Bell | 270 | 2066 |
| Brent Kuehny, Bank of Kremlin and Mark Hohenberger | 479 480 | 2067 |
| Cattleco, LLC | 378 | 2068 |
| Bill Chase | 270 | 2069 |
| Jeremy Adam Coffey | 132 310 | 2070 |
| Glen Franklin | 353 | 2071 |
| Fredin Brothers, Inc. | 363 | 2072 |
| Anna Gayle Gibson | 464 | 2074 |
| Grant Gibson | 364, 365, 368, 369, 371 and 372 | 2075 |
| GP Cattle, LLC | 367 370 | 2076 |

2

3

| | | |
|---|---|---|
| Monte James Haiar | 349 | 2077 |
| Intrust Bank, NA | 312 | 2078 |
| Irsik & Doll Feed Services, Inc. | 366 373 | 2079 |
| Gabriel Moreno | 307 | 2081 |
| Nichols Livestock | 422 | 2082 |
| Robert Nichols | 424 425 | 2083 |
| Northwest Alabama Livestock Auction | 358 | 2084 |
| Nu-Technologies, Inc. | 198 | 2085 |
| Paul and Amos Kropf | 345 | 2086 |
| Randy Hoover & Son | 512 | 2088 |
| Rosenbaum Feeder Cattle, LLC | 278 | 2089 |
| Russell deCordova | 413 | 2090 |
| Scotts Hill Stockyard | 147 | 2091 |
| Stockman Oklahoma Livestock Marketing, Inc. | 483 484 | 2092 |
| Tate Ranch | 445 | 2093 |
| Weborg Feeding Co., LLC | 457 | 2094 |
| Bynum Ranch Company | 435 | 2097 |
| Bobby and Debby Bynum | 440 | 2098 |

3

| | | |
|---|---:|---:|
| CPC Livestock | 197 | 2099 |
| Clinton Alton Darnell | 361 | 2100 |
| Davis Quarter Horse | 438 | 2101 |
| Bill Davis | 437 | 2102 |
| J&L Farms, LLC | 482 | 2105 |
| Jane, LLC | 423 | 2106 |
| Joplin Regional Stockyards, Inc. | 352 | 2107 |
| Moseley Cattle Auction, LLC | 359 | 2109 |
| Piedmont Livestock, Inc. | 317 | 2110 |
| Frank Powell | 441 | 2111 |
| Gene Shipman | 98 | 2113 |
| Southeast Livestock Exchange, LLC | 382 | 2114 |
| Eicke Ranch II | 433 | 2115 |
| Hodge Livestock Network | 208 | 2116 |

WHEREFORE, the Trustee respectfully requests that the Court enter an order staying deadlines and further proceedings on the Claim Objections and granting the Trustee all other appropriate relief.

4

DMS_US 51961341v1

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
Kayla Britton (#29177-06)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
wendy.ponader@faegrebd.com
kayla.britton@faegrebd.com

# **CERTIFICATE OF SERVICE**

       I hereby certify that on April 24, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |

DMS_US 51961341v1

| | | |
|---|---|---|
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | Michael Benton Willey<br>michael.willey@ag.tn.gov | |

/s/ Dustin R. DeNeal

DMS_US 51961341v1