## Notice Recipients

District/Off: 0756–4         User: edixon            Date Created: 4/25/2013
Case: 10–93904–BHL–11        Form ID: SF00075        Total: 1

**Recipients of Notice of Electronic Filing:**
aty            Harmony A Mappes         harmony.mappes@faegrebd.com

TOTAL: 1