UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

NTCEXHIB (rev 09/2007)

In re:

**Eastern Livestock Co., LLC**,
     Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF AVAILABLITY OF EXHIBITS

TO: Dan Donnellon − Attorney for First Bank and Trust

Counsel is advised that the exhibits received on August 20, 2012 in the above−referenced case are now available for pick up. Exhibits may be retrieved from the Clerk's Office on normal business days between 8:30 AM and 4:30 PM ET.

The Court will dispose of unretrieved exhibits on or after May 30, 2013.

Dated:  April 30, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court