## Notice Recipients

District/Off: 0756–4 | User: kgoss2 | Date Created: 4/30/2013
Case: 10–93904–BHL–11 | Form ID: ntcexhib | Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Daniel J. Donnellon   ddonnellon@ficlaw.com

TOTAL: 1