# Notice Recipients

District/Off: 0756–4           User: kgoss2              Date Created: 4/30/2013
Case: 10–93904–BHL–11          Form ID: ntcexhib         Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Terry E. Hall         terry.hall@faegrebd.com

TOTAL: 1