**SO ORDERED: April 30, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING AGREED ENTRY RESOLVING TRUSTEE'S OBJECTION TO CLAIM 307 FILED BY GABRIEL MORENO**

This matter is before the Court on the Trustee's Objection to Claim 307 Filed by Gabriel Moreno [Dock. No. 2081] (the "Claim Objection") filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC and the *Agreed Entry Resolving Trustee's Objection to Claim 307 Filed by Gabriel Moreno* [Dock. No. 2128] ("Agreed Entry") filed by the Trustee and Gabriel Moreno ("Mr. Moreno" and together with the Trustee, the "Parties"). The Court, having reviewed the Claim Objection and the Agreed Entry, and being otherwise duly advised, now GRANTS the motion and APPROVES the Agreed Entry, it appearing to the Court that the request has been made for good cause. Accordingly,

IT IS HEREBY ORDERED that the Motion is granted and the Agreed Entry is approved.

###