# Notice Recipients

District/Off: 0756–4         User: edixon             Date Created: 4/30/2013
Case: 10–93904–BHL–11        Form ID: pdfOrder        Total: 3

**Recipients of Notice of Electronic Filing:**
tr    James A. Knauer    jak@kgrlaw.com
aty   James A. Knauer    jak@kgrlaw.com

                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
10483072   Gabriel Moreno Medina   c/o The Law Offices of Stephen H. Nickey   1201 N Mesa Ste B   El Paso TX 79902

                    TOTAL: 1