# EXHIBIT "A"

BUCKHORN CATTLE RECAP

| DATE IN | | SEX | HEAD CT. | WEIGHT | AVG WT. | COST | AVG. COST |
|---------|---|-----|----------|--------|---------|------|-----------|
| | 07/14/2007 | STEERS | 249 | 92,707 | 372 | $111,176.28 | $119.92 |
| | 07/22/2007 | STEER | 142 | 51,040 | 359 | $62,675.56 | $122.80 |
| | 07/29/2007 | STEERS | 21 | 7,475 | 356 | $10,125.74 | $135.46 |
| | 08/05/2007 | HEIFERS | 15 | 7,145 | 476 | $8,620.44 | $120.65 |
| | 08/05/2007 | HEIFERS | 67 | 32,685 | 488 | $36,456.63 | $111.54 |
| | 08/05/2007 | STEERS | 201 | 71,945 | 358 | $90,860.85 | $126.29 |
| | | | 695 | 262,997 | 378 | $319,915.50 | $121.64 |
| | 08/07/2007 | HEIFERS | 39 | 18,180 | 466 | $19,521.33 | $107.38 |
| | 08/07/2007 | STEERS | 87 | 33,455 | 385 | $40,180.25 | $120.10 |
| | 09/26/2007 | STEERS | 74 | 30,392 | 411 | $39,023.41 | $128.40 |
| | 09/26/2007 | HEIFERS | 84 | 40,910 | 487 | $46,375.58 | $113.36 |
| | 09/26/2007 | HEIFERS | 58 | 22,530 | 388 | $28,196.30 | $125.15 |
| | 09/27/2007 | HEIFERS | 35 | 16,945 | 484 | $18,864.66 | $111.33 |
| | | | 377 | 162,412 | 431 | $192,161.53 | $118.32 |
| TOTAL HEAD IN | | | 1072 | 425,409 | 397 | $512,077.03 | $120.37 |
| | 10/12/2007 | SALES | -169 | | | | |
| | 10/26/2007 | SALES | -77 | | | | |
| | 10/29/2007 | SALES | -186 | | | | |
| | 12/18/2007 | SALES | -202 | | | | |
| | 12/18/2007 | SALES | -14 | | | | |
| | 12/18/2007 | SALES | -20 | | | | |
| | | | 404 | | | | |

There are still 2 outstanding feed
bills totaling $46,471.19

SUBTOTAL                         404
LESS 6% D/L WE STAND             -64
                            ----------------
TOTAL DEADS/UNACCOUNTED FOR      340

340 HEAD @ AVG. WT ON TOTAL HEAD IN IS 397#'S.
340 HEAD @ AVG. COST ON TOTAL HEAD IN IS $120.37

              134,980
            x 120.37
-----------------------------------------
    $162,475.43   Sub Total
   ($46,471.19)   Less Outstanding Feed Bills
-----------------------------------------
    $116,004.24   Grand Total