# EXHIBIT "A"

## EXHIBIT "A"
## ACCOUNTING- NOTE RECEIVALBE
## CATTLEMEN'S FEEDLOT II, LTD. F/K/A CROW HOLLOW, L.L.C.

|  | DATE | AMOUNT |
|---|---|---|
| BEG. BALANCE | 9/30/2006 | 499,230.13 |
| CH - 401K | 10/31/2006 | 1,481.56 |
| CH - 401K | 10/31/2006 | (1,385.92) |
| CH - 401K | 11/30/2006 | 2,047.58 |
| CH - 401K | 11/30/2006 | (1,373.35) |
| CH - 401K | 12/31/2006 | 1,357.19 |
| CH - 401K | 12/31/2006 | (1,377.19) |
| CH - 401K | 1/31/2007 | 2,275.95 |
| CH - 401K | 1/31/2007 | (2,275.95) |
| CH - 401K | 2/28/2007 | 1,519.48 |
| CH - 401K | 2/28/2007 | (792.60) |
| CHARGED | 2/28/2007 | 6,963.00 |
| CH - 401K | 3/31/2007 | (2,216.52) |
| CH - 401K | 4/30/2007 | 10,945.21 |
| CH - 401K | 4/30/2007 | (10,221.05) |
| CH - 401K | 5/31/2007 | 2,368.32 |
| CH - 401K | 5/31/2007 | (1,578.24) |
| CH - 401K | 6/30/2007 | 802.17 |
| CH - 401K | 6/30/2007 | (1,640.62) |
| CH - 401K | 7/31/2007 | 1,437.37 |
| CH - 401K | 7/31/2007 | (2,321.06) |
| CH - 401K | 8/31/2007 | 2,270.02 |
| CH - 401K | 8/31/2007 | (1,554.87) |
| CH - 401K | 9/30/2007 | 1,579.74 |
| CH - 401K | 9/30/2007 | (1,649.31) |
| CH - 401K | 10/31/2007 | 787.10 |
| CH - 401K | 10/31/2007 | (797.56) |
| CH - 401K | 12/31/2007 | 764.23 |
| CH - 401K | 5/31/2008 | 356.14 |
| CH - 401K | 5/31/2008 | (2,894.44) |
| CH - 401K | 11/24/2008 | (806.61) |
| CH - 401K | 12/9/2008 | (806.61) |
| CH - 401K | 1/5/2009 | (806.61) |
| AUDIT ENTRY #9 | 9/30/2009 | (138,159.00) |
| WRITE OFF | 6/30/2010 | (42.45) |
|  |  | 363,485.23 |
|  |  | 363,485.23 |