United States Bankruptcy Court
Southern District of Indiana

In re:                                                                    Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-4          User: edixon          Page 1 of 16          Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.
10483072    +Gabriel Moreno Medina,   c/o The Law Offices of Stephen H. Nickey,   1201 N Mesa Ste B,
              El Paso TX 79902-4000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013**              **Signature:**  _Joseph Speetjens_

District/off: 0756-4          User: edixon          Page 2 of 16          Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2013 at the address(es) listed below:
          Allen  Morris   on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
            dgoodman@stites.com
          Allen  Morris   on behalf of Creditor Todd  Rosenbaum amorris@stites.com,  dgoodman@stites.com
          Allen  Morris   on behalf of Defendant   Intrust Bank, NA amorris@stites.com,  dgoodman@stites.com
          Allen  Morris   on behalf of Defendant Todd  Rosenbaum amorris@stites.com,  dgoodman@stites.com
          Allen  Morris   on behalf of Creditor   Rosenbaum Feeder Cattle Company, LLC amorris@stites.com,
            dgoodman@stites.com
          Amanda Dalton Stafford   on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com,
            jli@kgrlaw.com
          Amanda Dalton Stafford   on behalf of Plaintiff   James A. Knauer, Trustee ads@kgrlaw.com,
            jli@kgrlaw.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Moseley Cattle Auction, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Third Party Defendant   Bluegrass Stockyards East, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross Defendant   Moseley Cattle Auction, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Defendant Mike  Bradbury aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Blue Grass Stockyards, LLC aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   Alton Darnell dba Darnell Alton Barn
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Southeast Livestock Exchange, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   East Tennessee Livestock Center, Inc.
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross Defendant   Southeast Livestock Exchange, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   East Tennessee Livestock Center, Inc.
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross Defendant   Piedmont Livestock Company, Inc.
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Bluegrass-Maysville Stockyards, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   East Tennessee Live Stock Center, Inc.
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Defendant   Fort Payne Stockyards aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Defendant   B&B Land and Livestock aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Bluegrass Stockyards of Campbellsville, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Defendant Amos  Kropf aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Defendant Jeremy  Coffey aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Bluegrass South Livestock Market, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   Southeast Livestock Exchange, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Third Party Defendant  Bluegrass Stockyards, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross Defendant   East Tennessee Live Stock Center, Inc.
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant Alton  Darnell aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Intervenor   Bluegrass-Maysville Stockyards, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   Blue Grass South Livestock Market, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   Blue Grass Stockyards of Richmond, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   Blue Grass Maysville Stockyards, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   Blue Grass Stockyards East, LLC aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Defendant   Bradbury & York aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross Defendant Alton  Darnell aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Creditor   Piedmont Livestock, Inc. aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Bluegrass Stockyards East, LLC
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams   on behalf of Cross-Claimant   Piedmont Livestock Company, Inc.
            aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com

District/off: 0756-4          User: edixon          Page 3 of 16          Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Amelia Martin Adams     on behalf of Third Party Defendant     Bluegrass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Third Party Defendant     Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Intervenor    Bluegrass South Livestock Market, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Intervenor    Bluegrass Stockyards East, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Cross Defendant    Blue Grass Stockyards, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass Stockyards, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Intervenor    Bluegrass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Larry  Zeien, Jr. astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant Willie  Downs astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com
              Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C.
               avandiver@aswdlaw.com,    sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County
               traluy@fbhlaw.net
              Ben T. Caughey    on behalf of Defendant Allen  Barry ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant Chad  Houck ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant    E4 Cattle Company, LLC ben.caughey@icemiller.com
              Bret S. Clement    on behalf of Creditor    First Bank and Trust Company  The bclement@acs-law.com,
               sfinnerty@acs-law.com
              Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor Monty  Koller bmeldrum@stites.com
              Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com
              Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com
              C. R. Bowles, Jr    on behalf of Creditor    Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Breeding Brothers cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    ADM Investor Services, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
         C. R. Bowles, Jr   on behalf of Creditor   Randy Hoover & Son, LLC cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Defendant   Randy Hoover and Son cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor   Southeast Livestock Exchange LLC
            cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Counter-Claimant Jeffrey  Madison cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor   Moseley Cattle Auction, LLC
            cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor   Southland Haulers, LLC
            cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Counter-Claimant Francis J. Madison cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Joined Party   Francis J. Madison, Jeffrey Madison and Madison Ca
            cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Plaintiff   Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Counter-Claimant   Madison Cattle cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Petitioning Creditor   B&B Farms cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         C. R. Bowles, Jr   on behalf of Defendant Chad  Schuchmann cbowles@bgdlegal.com,
            smays@bgdlegal.com;cjenkins@bgdlegal.com
         Chad Duane Wuertz   on behalf of Defendant Royce  Stallcup chad@wuertzlaw.com,
            joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
         Charles R. Wharton   on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov,
            Charles.R.Wharton@usdoj.gov
         Chrisandrea L. Turner   on behalf of Defendant   Cornelison Farms, FLP clturner@stites.com
         Chrisandrea L. Turner   on behalf of Creditor   Cornelison Farms, LLC clturner@stites.com
         Christie A. Moore   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
            cm@gdm.com,  ljs2@gdm.com
         Christie A. Moore   on behalf of Plaintiff   Superior Livestock Auction, Inc. cm@gdm.com,
            ljs2@gdm.com
         Christie A. Moore   on behalf of Cross Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
            ljs2@gdm.com
         Christie A. Moore   on behalf of Defendant   Superior Livestock Auction cm@gdm.com, ljs2@gdm.com
         Christie A. Moore   on behalf of Counter-Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
            ljs2@gdm.com
         Christopher M. Trapp   on behalf of Plaintiff   Superior Livestock Auction, Inc.
            ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
         Christopher M. Trapp   on behalf of Cross Defendant   Superior Livestock Auction, Inc.
            ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
         Christopher M. Trapp   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
            ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
         Daniel J. Donnellon   on behalf of Creditor   First Bank and Trust Company, The
            ddonnellon@ficlaw.com,  knorwick@ficlaw.com
         Daniel J. Donnellon   on behalf of Cross Defendant   The First Bank and Trust Company
            ddonnellon@ficlaw.com,  knorwick@ficlaw.com
         Daniel J. Donnellon   on behalf of Intervenor   The First Bank and Trust Company
            ddonnellon@ficlaw.com,  knorwick@ficlaw.com
         Daniel J. Donnellon   on behalf of Cross Defendant   First Bank & Trust Company
            ddonnellon@ficlaw.com,  knorwick@ficlaw.com
         David A. Laird   on behalf of Defendant   Peoples Bank david.laird@moyewhite.com,
            lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
         David A. Laird   on behalf of Creditor   Peoples Bank of Coldwater Kansas
            david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
         David A. Laird   on behalf of Cross Defendant   Peoples Bank david.laird@moyewhite.com,
            lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
         David Alan Domina   on behalf of Creditor   Nu-Technologies, Inc dad@dominalaw.com,
            KKW@dominalaw.com;efiling@dominalaw.com
         David Alan Domina   on behalf of Creditor   Madden Brothers, LLC dad@dominalaw.com,
            KKW@dominalaw.com;efiling@dominalaw.com
         David Alan Domina   on behalf of Creditor Travis  Bellar dad@dominalaw.com,
            KKW@dominalaw.com;efiling@dominalaw.com
```

```
District/off: 0756-4          User: edixon          Page 5 of 16          Date Rcvd: Apr 30, 2013
                              Form ID: pdfOrder      Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David Alan Domina   on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
                KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina   on behalf of Creditor   Madden Brothers dad@dominalaw.com,
                KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt   on behalf of Plaintiff   Rush Creek Ranch, LLP davidabt@mwt.net
              David L. Abt   on behalf of Other Professional David L. Abt davidabt@mwt.net
              David L. Abt   on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
              David L. LeBas   on behalf of Intervenor   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
                koswald@namanhowell.com
              David L. LeBas   on behalf of Creditor   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
                koswald@namanhowell.com
              David L. LeBas   on behalf of Counter-Defendant   J&F Oklahoma Holdings, Inc.
                dlebas@namanhowell.com,  koswald@namanhowell.com
              David L. LeBas   on behalf of Third Party Defendant   J&F Oklahoma Holdings, Inc.
                dlebas@namanhowell.com,  koswald@namanhowell.com
              David W. Brangers   on behalf of Defendant   Hurstbourne Landings Development Co., LLC
                dbrangers@lawyer.com
              Deborah  Caruso   on behalf of Other Professional Kathryn  Pry dcaruso@daleeke.com,
                mthomas@daleeke.com
              Deborah  Caruso   on behalf of Third Party Defendant Kathryn L. Pry dcaruso@daleeke.com,
                mthomas@daleeke.com
              Dustin R. DeNeal   on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
                sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Plaintiff   Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
                sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
                sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
                sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Member Debtor   Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
                sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King   on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,  dgioffre@fbtlaw.com
              Elliott D. Levin   on behalf of Plaintiff   Superior Livestock Auction, Inc. edl@rubin-levin.net,
                atty_edl@trustesolutions.com
              Elliott D. Levin   on behalf of Cross Defendant   Superior Livestock Auction, Inc.
                edl@rubin-levin.net,  atty_edl@trustesolutions.com
              Elliott D. Levin   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
                edl@rubin-levin.net,  atty_edl@trustesolutions.com
              Elliott D. Levin   on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
                edl@rubin-levin.net,  atty_edl@trustesolutions.com
              Eric C Redman   on behalf of Creditor   Bankfirst Financial Services ksmith@redmanludwig.com,
                kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric C Redman   on behalf of Intervenor   Strickland Farms ksmith@redmanludwig.com,
                kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric C Redman   on behalf of Defendant Edward  Strickland ksmith@redmanludwig.com,
                kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson   on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com,
                bjtobin@vorys.com
              Erick P Knoblock   on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com
              Erick P Knoblock   on behalf of Third Party Defendant Kathryn L. Pry eknoblock@daleeke.com
              Erin Casey Nave   on behalf of Defendant   Demaio Farms & Ranches, Inc. enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Travis  Dicke enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Ronald  Stahl enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant   Salem Livestock Auction, Inc. enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant   J & S Feedlots, Inc. enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant   Arab Livestock Market, Inc. enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Russell D. Garwood enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Tim T. Heine enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Gary  Krantz enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Brandon  Zeisler enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Thomas R. Glover enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Monte  Haiar enave@taftlaw.com
              Erin Casey Nave   on behalf of Defendant Kevin  Manthey enave@taftlaw.com
              Harmony A Mappes   on behalf of Counter-Claimant James A. Knauer, Trustee
                harmony.mappes@faegrebd.com,  judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes   on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com,
                judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes   on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
                harmony.mappes@faegrebd.com,  judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes   on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com,
                judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes   on behalf of Third Party Plaintiff James A. Knauer, Trustee
                harmony.mappes@faegrebd.com,  judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes   on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com,
                judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes   on behalf of Plaintiff   Okie Farms, L.L.C. harmony.mappes@faegrebd.com,
                judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

District/off: 0756-4          User: edixon          Page 6 of 16          Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Harmony A Mappes   on behalf of Counter-Claimant James A. Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
            Harmony A Mappes   on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
            Harmony A Mappes   on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
            Harmony A Mappes   on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
            Harmony A Mappes   on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
            Harmony A Mappes   on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
            Ivana B. Shallcross   on behalf of Defendant Jeffrey  Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Petitioning Creditor   Southeast Livestock Exchange LLC
               ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Petitioning Creditor   Moseley Cattle Auction, LLC
               ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Cross Defendant   Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Plaintiff   Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Defendant   Northwest Alabama Livestock Auction
               ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Defendant   Madison Cattle ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Defendant   Superior Livestock Auction
               ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Ivana B. Shallcross   on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
            Jack S Dawson   on behalf of Defendant Robert and Jane  Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
            Jack S Dawson   on behalf of Defendant    Nichols Livestock jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
            Jack S Dawson   on behalf of Defendant    Nichols Livestock, Inc. jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
            Jack S Dawson   on behalf of Defendant Ricky  Beard jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
            Jack S Dawson   on behalf of Defendant    Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
            Jack S Dawson   on behalf of Defendant Jane  Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
            Jack S Dawson   on behalf of Defendant Robert  Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
            James A. Knauer   on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
            James A. Knauer   on behalf of Trustee James A. Knauer jak@kgrlaw.com,  tjf@kgrlaw.com
            James A. Knauer   on behalf of Intervenor James  Knauer jak@kgrlaw.com,  tjf@kgrlaw.com
            James A. Knauer   on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com,  tjf@kgrlaw.com
            James A. Knauer   on behalf of Counter-Claimant James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
            James A. Knauer   on behalf of Plaintiff   James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
            James A. Knauer   on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com,  tjf@kgrlaw.com
            James A. Knauer   jak@kgrlaw.com,  tjf@kgrlaw.com
            James B. Lind   on behalf of Cross Defendant   Fifth Third Bank jblind@vorys.com
            James B. Lind   on behalf of Cross Defendant   Fifth Third Bank, N.A. jblind@vorys.com
            James B. Lind   on behalf of Third Party Defendant   Fifth Third Bank jblind@vorys.com
            James B. Lind   on behalf of Counter-Defendant   Fifth Third Bank jblind@vorys.com
            James B. Lind   on behalf of Defendant  Fifth Third Bank jblind@vorys.com
            James B. Lind   on behalf of Counter-Defendant   Fifth Third Bank, N.A. jblind@vorys.com
            James B. Lind   on behalf of Creditor   Fifth Third Bank jblind@vorys.com
            James Bryan Johnston   on behalf of Cross Defendant Frank  Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
            James Bryan Johnston   on behalf of Defendant Gary  Tate, d/b/a Tate Ranch bjtexas59@hotmail.com,
               bryan@ebs-law.net
            James Bryan Johnston   on behalf of Cross Defendant Bobby  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          James Bryan Johnston    on behalf of Creditor Tom  Svoboda bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Johnny  Mayo, Jr. bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant Debbie  Bynum bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant Bill  Davis bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross-Claimant Tom  Svoboda bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross-Claimant Eddie  Eickie bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Eddie  Eicke bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant    Davis Quarter Horses bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant Johnny  Mayo bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Bill  Davis bjtexas59@hotmail.com,  bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant    Bynum Ranch Company bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Frank  Powell bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross-Claimant Frank  Powell bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Bobby  Bynum bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com,
            bryan@ebs-law.net
          James E Rossow, Jr.    on behalf of Third Party Defendant    Superior Livestock Auction, Inc.
            jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc.
            jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
            jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Creditor    Joplin Regional Stockyards jim@rubin-levin.net,
            susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
            jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
            jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Counter-Defendant    Superior Livestock Auction, Inc.
            jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com,
            legalassistant@smithakins.com
          James Edwin McGhee, III    on behalf of Third Party Defendant    Vermilion Ranch Corp.
            mcghee@derbycitylaw.com,
            SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
            tor@derbycitylaw.com
          James Edwin McGhee, III    on behalf of Creditor    Vermilion Ranch Corporation
            mcghee@derbycitylaw.com,
            SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
            tor@derbycitylaw.com
          James M. Carr    on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com,
            sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James M. Carr    on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com,
            sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James M. Carr    on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com,
            sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young    on behalf of Intervenor Michael J Walro james@rubin-levin.net,
            lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com
          Jason W. Cottrell    on behalf of Creditor Rex  Elmore jwc@stuartlaw.com,  jbr@stuartlaw.com
          Jay  Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com
          Jay P. Kennedy    on behalf of Trustee James A. Knauer jpk@kgrlaw.com,
            tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
            tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff    James A. Knauer, Trustee jpk@kgrlaw.com,
            tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com,
            tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jeffrey J. Graham    on behalf of Defendant Ronald  Stahl jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey J. Graham    on behalf of Defendant    Arab Livestock Market, Inc. jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jeffrey J. Graham   on behalf of Defendant Tim T. Heine jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant   Salem Livestock Auction, Inc. jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant Monte  Haiar jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant Gary  Krantz jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant Brandon Zeisler jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant Thomas R. Glover jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant Russell D. Garwood jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant   J & S Feedlots, Inc. jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
            jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant Travis  Dicke jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant   Demaio Farms & Ranches, Inc. jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey J. Graham   on behalf of Defendant Kevin  Manthey jgraham@taftlaw.com,
            ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
           Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
            jeff.hunter@usdoj.gov,  USAINS.ECFBankruptcy@usdoj.gov
           Jeffrey R. Erler   on behalf of Cross-Claimant   DeCordova Cattle Company jerler@ghjhlaw.com,
            lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
           Jeffrey R. Erler   on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
            jerler@ghjhlaw.com,  lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
           Jennifer  Watt   on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com,
            pad@kgrlaw.com;ads@kgrlaw.com
           Jennifer  Watt   on behalf of Trustee James A. Knauer jwatt@kgrlaw.com,
            pad@kgrlaw.com;ads@kgrlaw.com
           Jennifer  Watt   on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com,
            pad@kgrlaw.com;ads@kgrlaw.com
           Jennifer  Watt   on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com,
            pad@kgrlaw.com;ads@kgrlaw.com
           Jerald I. Ancel   on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
            jancel@taftlaw.com,  ecfclerk@taftlaw.com;krussell@taftlaw.com
           Jeremy S Rogers   on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
           Jessica E. Yates   on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
            docket_den@swlaw.com;mmccleery@swlaw.com
           Jill Zengler Julian   on behalf of Joined Party   United States Department of Agriculture, Grain
            Ins Jill.Julian@usdoj.gov
           Joe Lee Brown   on behalf of Defendant   Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
           Joe T. Roberts, Hon.   on behalf of Counter-Claimant   Laurel Livestock Market, INC.
            jratty@windstream.net
           John Huffaker   on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
            lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
           John Huffaker   on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
            lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
           John David Hoover   on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
           John David Hoover   on behalf of Special Counsel   Hoover Hull LLP jdhoover@hooverhull.com
           John Frederick Massouh   on behalf of Defendant   Rufenacht Commodities, Inc.
            john.massouh@sprouselaw.com
           John Frederick Massouh   on behalf of Counter-Defendant   Friona Industries, LP
            john.massouh@sprouselaw.com
           John Frederick Massouh   on behalf of Counter-Defendant   Friona Industries, L.P.
            john.massouh@sprouselaw.com
           John Frederick Massouh   on behalf of Plaintiff   Friona Industries, LP
            john.massouh@sprouselaw.com
           John Frederick Massouh   on behalf of Creditor   Friona Industries, LP john.massouh@sprouselaw.com
           John Frederick Massouh   on behalf of Defendant Robert  Rufenacht john.massouh@sprouselaw.com
           John Frederick Massouh   on behalf of Counter-Defendant   Cactus Growers, Inc.
            john.massouh@sprouselaw.com
           John Frederick Massouh   on behalf of Third Party Defendant   Friona Industries, L.P.
            john.massouh@sprouselaw.com
           John Hunt Lovell   on behalf of Creditor   Cactus Growers, Inc. john@lovell-law.net,
            sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
           John Hunt Lovell   on behalf of Third Party Plaintiff   Cactus Growers, Inc. john@lovell-law.net,
            sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
           John Hunt Lovell   on behalf of Counter-Defendant   Cactus Growers, Inc. john@lovell-law.net,
            sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
           John Hunt Lovell   on behalf of Third Party Defendant   Cactus Growers, Inc. john@lovell-law.net,
            sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Hunt Lovell    on behalf of Counter-Defendant    Friona Industries, LP john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell    on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell    on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers    on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
           susan@rubin-levin.net
          John M. Rogers    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
           johnr@rubin-levin.net,    susan@rubin-levin.net
          John M. Rogers    on behalf of Creditor    Joplin Regional Stockyards johnr@rubin-levin.net,
           susan@rubin-levin.net
          John M. Rogers    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
           johnr@rubin-levin.net,    susan@rubin-levin.net
          John M. Rogers    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
           johnr@rubin-levin.net,    susan@rubin-levin.net
          John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com,
           jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Burns, III    on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
           sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Burns, III    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
           john.burns@faegrebd.com,    sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Carr, III    on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
           sfinnerty@acs-law.com
          John R. Carr, III    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
           sfinnerty@acs-law.com
          John W Ames    on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
           james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Creditor Ron P. Reed james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc. james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
           james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers, III    on behalf of Defendant Robert  Nichols jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joseph H Rogers, III    on behalf of Defendant Jane  Nichols jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joseph H Rogers, III    on behalf of Defendant    Nichols Livestock jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joshua Elliott Clubb    on behalf of Defendant Tim  White joshclubb@gmail.com
          Joshua Elliott Clubb    on behalf of Other Professional    Kentucky Cattlemen's Association
           joshclubb@gmail.com
          Joshua N. Stine    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
          Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
          Joshua N. Stine    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com
          Joshua N. Stine    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com
          Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse    on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
           ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor    Deere & Company lobring@msn.com
          Karen L. Lobring    on behalf of Creditor    FPC Financial, f.s.b. lobring@msn.com
          Kay Dee Baird    on behalf of Defendant Jt  Nuckols kbaird@kdlegal.com,  pdidandeh@kdlegal.com
          Kay Dee Baird    on behalf of Defendant    Janousek Farms, Inc. kbaird@kdlegal.com,
           pdidandeh@kdlegal.com
          Kayla D. Britton    on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,
           cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
          Kelly Greene McConnell    on behalf of Creditor    AB Livestock, LLC lisahughes@givenspursley.com
          Kelly Greene McConnell    on behalf of Creditor    Supreme Cattle Feeders, L.L.C.
           lisahughes@givenspursley.com
          Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

District/off: 0756-4          User: edixon          Page 10 of 16          Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder      Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
             cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com,
             cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
             cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank kabritt@vorys.com,
             cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kevin J. Mitchell    on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com,
             cyndy.maucher@faegrebd.com;oliana.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Member Debtor    Okie Farms, L.L.C. kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Third Party Plaintiff James A. Knauer, Trustee
             kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
             kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff    Okie Farms, L.L.C. kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer, Trustee kevin.toner@faegrebd.com,
             judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com,
             lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher    on behalf of Counter-Defendant Gene  Shipman kcrutcher@mcs-law.com,
             jparsons@mcs-law.com
          Kirk  Crutcher    on behalf of Cross Defendant Gene  Shipman kcrutcher@mcs-law.com,
             jparsons@mcs-law.com
          Kirk  Crutcher    on behalf of Creditor Gene  Shipman kcrutcher@mcs-law.com,  jparsons@mcs-law.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc.
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass Stockyards of Campbellsville, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant Amos  Kropf ldelcotto@dlgfirm.com,
             dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc.
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com,
             dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Counter-Defendant    Bluegrass Stockyards of Richmond, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass South Livestock Market, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass Stockyards of Campbellsville, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Moseley Cattle Auction, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass South Livestock Market, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass Stockyards East, LLC
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
             ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com

District/off: 0756-4          User: edixon            Page 11 of 16              Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Laura Day 10DelCotto    on behalf of Cross-Claimant   East Tennessee Live Stock Center, Inc.
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Piedmont Livestock, Inc. ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Blue Grass Stockyards East, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant   Moseley Cattle Auction, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Petitioning Creditor   Southeast Livestock Exchange LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant   Bluegrass Stockyards East, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant   Bluegrass-Maysville Stockyards, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant   Southeast Livestock Exchange, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant Jeremy  Coffey ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Southeast Livestock Exchange, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant   Bluegrass Stockyards East, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Piedmont Livestock Company, Inc.
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor Alton  Darnell ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Special Counsel   Delcotto Law Group PLLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Blue Grass Maysville Stockyards, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Blue Grass South Livestock Market, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant   Bluegrass-Maysville Stockyards, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Blue Grass Stockyards of Campbellsville, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant   Blue Grass Stockyards, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant   East Tennessee Livestock Center, Inc.
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   First Bank and Trust Company, The
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant   B&B Land and Livestock ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor   Bluegrass-Maysville Stockyards, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant   Southeast Livestock Exchange, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor   Bluegrass Stockyards of Campbellsville, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant Alton  Darnell ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant   Bluegrass Stockyards East, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant   Southeast Livestock Exchange, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant   Bluegrass South Livestock Market, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant Mike  Bradbury ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant   Piedmont Livestock, Inc.
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant   Blue Grass Stockyards, LLC
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant   Piedmont Livestock Company, Inc.
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant Alton  Darnell ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor   East Tennessee Livestock Center, Inc.
              ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant   Fort Payne Stockyards ldelcotto@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Lisa Koch Bryant   on behalf of Creditor   Peoples Bank & trust Co. of Pickett County
              courtmail@fbhlaw.net
          Mark A. Robinson    on behalf of Defendant   Atkinson Livestock Market, LLC mrobinson@vhrlaw.com,
              dalbers@vhrlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark A. Robinson    on behalf of Defendant    Ganado, Inc. mrobinson@vhrlaw.com,    dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Defendant Brian  Witt mrobinson@vhrlaw.com,    dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Third Party Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Martha R. Lehman    on behalf of Defendant Jt  Nuckols mlehman@kdlegal.com,
               crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
              Martha R. Lehman    on behalf of Defendant    Janousek Farms, Inc. mlehman@kdlegal.com,
               crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
              Matthew Daniel Neumann    on behalf of Defendant Bill  Eberle mneumann@hhclaw.com
              Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas
               kim.maynes@moyewhite.com
              Matthew J. Ochs    on behalf of Defendant    Peoples Bank kim.maynes@moyewhite.com
              Matthew R. Strzynski    on behalf of Defendant Jt  Nuckols mstrzynski@kdlegal.com,
               Tsylvester@kdlegal.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Third Party Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn  Pry mthomas@daleeke.com
              Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue
               michael.willey@ag.tn.gov
              Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Defendant John F. Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Matthew  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Patrick  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Anna  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Creditor Grant  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Amanda  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor    Your Community Bank moyler@rwsvlaw.com
              Natalie Donahue Montell    on behalf of Defendant Chad  Schuchmann nmontell@bgdlegal.com
              Paul M. Hoffmann    on behalf of Defendant    ADM Investor Services, Inc. phoffmann@stinson.com
              Peter M Gannott    on behalf of Other Professional    Laurel Livestock Market Inc.
               pgannott@gannottlaw.com,    paralegal@gannottlaw.com;gannottlaw@gmail.com
              Peter M Gannott    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
               pgannott@gannottlaw.com,    paralegal@gannottlaw.com;gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Third Party Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross-Claimant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Creditor    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com

District/off: 0756-4          User: edixon          Page 13 of 16          Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder      Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert A. Bell, Jr   on behalf of Counter-Defendant    Fifth Third Bank rabell@vorys.com,
                     dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Creditor    Fifth Third Bank rabell@vorys.com,
                     dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Counter-Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
                     dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Cross Defendant    Fifth Third Bank rabell@vorys.com,
                     dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Defendant    Fifth Third Bank rabell@vorys.com,
                     dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Cross-Claimant    Fifth Third Bank rabell@vorys.com,
                     dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Third Party Defendant    Fifth Third Bank rabell@vorys.com,
                     dmchilelli@vorys.com
              Robert H. Foree   on behalf of Other Professional    Kentucky Cattlemen's Association
                     robertforee@bellsouth.net
              Robert H. Foree   on behalf of Creditor    Kentucky Cattlemen's Association
                     robertforee@bellsouth.net
              Robert K Stanley   on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Robert K Stanley   on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
              Robert K Stanley   on behalf of Defendant    Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Robert K Stanley   on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Ross A. Plourde   on behalf of Defendant    Stockman Oklahoma Livestock Marketing, Inc.
                     ross.plourde@mcafeetaft.com,  afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Creditor    Crumpler Bros. ross.plourde@mcafeetaft.com,
                     afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Third Party Defendant William   Bush ross.plourde@mcafeetaft.com,
                     afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Third Party Defendant    Stockholm Oklahoma Livestock Marketing,
                     Inc. ross.plourde@mcafeetaft.com,  afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Creditor    Stockman Oklahoma Livestock Marketing, Inc.
                     ross.plourde@mcafeetaft.com,  afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Third Party Defendant    Stockman Oklahoma Livestock Marketing,
                     Inc. ross.plourde@mcafeetaft.com,  afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Creditor    The Bank of Kremlin ross.plourde@mcafeetaft.com,
                     afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Creditor Brent   Kuehny ross.plourde@mcafeetaft.com,
                     afton.shaw@mcafeetaft.com
              Ross A. Plourde   on behalf of Defendant William   Bush ross.plourde@mcafeetaft.com,
                     afton.shaw@mcafeetaft.com
              Sandra D. Freeburger   on behalf of Creditor    Gibson Farms. LLC sfreeburger@dsf-atty.com,
                     mbaker@dsf-atty.com
              Sandra D. Freeburger   on behalf of Creditor    Estate of John S. Gibson, Anna Gayle Gibson, Execu
                     sfreeburger@dsf-atty.com,  mbaker@dsf-atty.com
              Scott R Leisz   on behalf of Defendant    Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
                     disom@bgdlegal.com
              Sean T. White   on behalf of Special Counsel    Hoover Hull LLP swhite@hooverhull.com,
                     vwilliams@hooverhull.com
              Sean T. White   on behalf of Trustee James A. Knauer swhite@hooverhull.com,
                     vwilliams@hooverhull.com
              Shawna M Eikenberry   on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
                     sarah.herendeen@faegrebd.com
              Shawna M Eikenberry   on behalf of Plaintiff James A. Knauer, Trustee
                     shawna.eikenberry@faegrebd.com,  sarah.herendeen@faegrebd.com
              Shawna M Eikenberry   on behalf of Intervenor James A. Knauer, Trustee
                     shawna.eikenberry@faegrebd.com,  sarah.herendeen@faegrebd.com
              Shawna M Eikenberry   on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
                     sarah.herendeen@faegrebd.com
              Shawna M Eikenberry   on behalf of Cross Defendant James A. Knauer, Trustee
                     shawna.eikenberry@faegrebd.com,  sarah.herendeen@faegrebd.com
              Shawna M Eikenberry   on behalf of Counter-Claimant James A. Knauer
                     shawna.eikenberry@faegrebd.com,  sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill   on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
                     amanda.castor@faegrebd.com
              Shiv Ghuman O'Neill   on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
                     amanda.castor@faegrebd.com
              Stephen A. Weigand   on behalf of Creditor    First Bank and Trust Company, The sweigand@ficlaw.com
              Stephen A. Weigand   on behalf of Intervenor    The First Bank and Trust Company
                     sweigand@ficlaw.com
              Stephen E. Schilling   on behalf of Defendant    E4 Cattle Company, LLC seschilling@straustroy.com
              Stephen E. Schilling   on behalf of Defendant James Edward Edens, IV seschilling@straustroy.com
              Steven A. Brehm   on behalf of Cross Defendant    Superior Livestock Auction, Inc.
                     sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm   on behalf of Plaintiff    Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
                     bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm   on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
                     sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Steven A. Brehm    on behalf of Defendant    Superior Livestock Auction sbrehm@bgdlegal.com,
              bbaumgardner@bgdlegal.com;smays@bgdlegal.com
            Steven A. Brehm    on behalf of Defendant    Hohenberger Cattle sbrehm@bgdlegal.com,
              bbaumgardner@bgdlegal.com;smays@bgdlegal.com
            Steven A. Brehm    on behalf of Cross Defendant    Hohenberger Cattle sbrehm@bgdlegal.com,
              bbaumgardner@bgdlegal.com;smays@bgdlegal.com
            Steven Eric Runyan    on behalf of Plaintiff    James A. Knauer, Trustee ser@kgrlaw.com
            T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
              kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
            T. Kent Barber    on behalf of Creditor    Blue Grass South Livestock Market, LLC
              kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
            T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards East, LLC kbarber@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
            T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
              kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
            T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards, LLC kbarber@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
            T. Kent Barber    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
              dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Terrill K. Moffett    on behalf of Defendant Rex  Mooney kendalcantrell@moffettlaw.com
            Terry E. Hall    on behalf of Counter-Claimant James A. Knauer terry.hall@faegrebd.com,
              sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
            Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com,
              sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
            Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com,
              sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
            Terry E. Hall    on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
              sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
            Theodore A Konstantinopoulos    on behalf of Creditor    General Electric Capital Corporation
              ndohbky@jbandr.com
            Thomas C Scherer    on behalf of Creditor    Cullman Stockyard, Inc. tscherer@bgdlegal.com,
              mmcclain@bgdlegal.com
            Thomas P Glass    on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
            Thomas P Glass    on behalf of Defendant    E4 Cattle Company, LLC tpglass@strausstroy.com
            Timothy T. Pridmore    on behalf of Creditor Gabriel  Moreno tpridmore@mcjllp.com,
              lskibell@mcjllp.com
            Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel  Moreno tpridmore@mcjllp.com,
              lskibell@mcjllp.com
            Todd J. Johnston    on behalf of Creditor Gabriel  Moreno tjohnston@mcjllp.com
            Todd J. Johnston    on behalf of Counter-Claimant Gabriel  Moreno tjohnston@mcjllp.com
            Trevor L. Earl    on behalf of Creditor    Your Community Bank tearl@rwsvlaw.com
            U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
            Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Defendant Matt  Eller wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    Ron Sizemore Trucking, Inc. wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Defendant    Billingsley Auction Sale, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    Peoples Livestock Auction, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    First Bank and Trust Company, The
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Intervenor    Hardee Livestock Market, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Defendant Clark  Christensen wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Cross Defendant Edward  Strickland wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Intervenor    Ocala Livestock Market, Inc.
              wsnewbern@msn.com
            Walter Scott Newbern, III    on behalf of Defendant    Ocala Livestock Market, Inc.
              wsnewbern@msn.com

District/off: 0756-4          User: edixon          Page 15 of 16          Date Rcvd: Apr 30, 2013
                              Form ID: pdfOrder      Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Walter Scott Newbern, III   on behalf of Defendant Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Columbia Livestock Market of Lake City, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Ernest  Elder wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Sumter County Farmers Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    North Florida Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    North Florida Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Sumter County Farmer's Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Third Party Defendant    CPC Livestock, LLC
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
              Townse wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Cattlemen's Livestock Market
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Sumter County Farmer's Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
              Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    North Florida Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
              Townse wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Billingsley Auction Sale, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Tom  Freeman wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Hardee Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Peoples Livestock Auction, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Columbia Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Macon Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Robert  Rawls d/b/a Robert Rawls Livestock
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Okeechobee Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Columbia Livestock Market of Lake City,
              Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Sealy And Sons Livestock, LLP
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Florida Association Livestock Markets
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Hardee Livestock Market, Inc.
              wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Ocala Livestock Market, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Carroll Co L/S Sale Barn, Inc.
              wsnewbern@msn.com

District/off: 0756-4          User: edixon          Page 16 of 16          Date Rcvd: Apr 30, 2013
                             Form ID: pdfOrder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Walter Scott Newbern, III   on behalf of Intervenor    Ron Sizemore Trucking, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Edward   Strickland wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant James   Byrd wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Okeechobee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Edward   Strickland wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Hardee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Ocala Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Clark   Christensen wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Townsend Livestock Market
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Robert Rawls Livestock wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Ronald Sizemore Trucking, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Macon Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Okeechobee Livestock Market, Inc.
                wsnewbern@msn.com
              Wendy W Ponader   on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
                sarah.herendeen@faegrebd.com
              Wendy W Ponader   on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
                sarah.herendeen@faegrebd.com
              William E Smith, III   on behalf of Defendant    Tulsa Stockyards wsmith@k-glaw.com,
                pballard@k-glaw.com
              William E Smith, III   on behalf of Defendant    South Coffeyville Stockyards wsmith@k-glaw.com,
                pballard@k-glaw.com
              William E Smith, III   on behalf of Creditor    Coffeyville Livestock Market, LLC
                wsmith@k-glaw.com,  pballard@k-glaw.com
              William K. Flynn   on behalf of Defendant    E4 Cattle Company, LLC wkflynn@strausstroy.com,
                fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn   on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com,
                fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn   on behalf of Defendant Chad   Houck wkflynn@strausstroy.com,
                fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William Robert Meyer, II   on behalf of Defendant Monty Larry Koller rmeyer@stites.com
              William Robert Meyer, II   on behalf of Defendant    Intrust Bank, NA rmeyer@stites.com
              William Robert Meyer, II   on behalf of Creditor    Republic Bank and Trust Company
                rmeyer@stites.com
              William Robert Meyer, II   on behalf of Defendant Todd   Rosenbaum rmeyer@stites.com
                                                                                    TOTAL: 636

SO ORDERED: April 30, 2013.



_____

**Basil H. Lorch III**
**United States Bankruptcy Judge**


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING AGREED ENTRY RESOLVING TRUSTEE'S OBJECTION TO CLAIM 307 FILED BY GABRIEL MORENO**

This matter is before the Court on the Trustee's Objection to Claim 307 Filed by Gabriel

Moreno [Dock. No. 2081] (the "Claim Objection") filed by James A. Knauer, as chapter 11

trustee (the "Trustee") for Eastern Livestock Co., LLC and the *Agreed Entry Resolving Trustee's*

*Objection to Claim 307 Filed by Gabriel Moreno* [Dock. No. 2128] ("Agreed Entry") filed by

the Trustee and Gabriel Moreno ("Mr. Moreno" and together with the Trustee, the "Parties").

The Court, having reviewed the Claim Objection and the Agreed Entry, and being otherwise duly

advised, now GRANTS the motion and APPROVES the Agreed Entry, it appearing to the Court

that the request has been made for good cause.  Accordingly,

IT IS HEREBY ORDERED that the Motion is granted and the Agreed Entry is approved.

###