## Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 5/6/2013
Case: 10–93904–BHL–11     Form ID: SF00075     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Harmony A Mappes     harmony.mappes@faegrebd.com

TOTAL: 1