UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**PROPOSED AGENDA FOR TELEPHONIC HEARING ON MAY 9, 2013
COMMENCING AT 9:30 A.M. EDT**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, submits this proposed agenda for the telephonic hearing scheduled for May 9, 2013, commencing at 9:30 a.m. EDT ("Hearing").

**DIAL IN INFORMATION**  The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

    **A.**    **EASTERN LIVESTOCK CO., LLC ("ELC") ADVERSARY PROCEEDINGS MATTERS**

**9:30 AM**

    Knauer v. Amos Kropf, Adv. Pro. No. 12-59095
    Knauer v. Atkinson Livestock Market, LLC, Adv. Pro. No. 11-59094
    Knauer v. Allen Barry, Adv. Pro. No. 12-59012
    Knauer v. Fredin Brothers, Adv. Pro. No. 12-59108

**10:00 AM**

    Knauer v. Cornelison Farms, FLP, Adv. Pro. No. 12-59096

**10:30 AM**

    Knauer v. South Coffeyville Stockyards, Adv. Pro. No. 12-59084

**11:00 a.m.**

    Knauer v. Salem Livestock Auction, Inc., Adv. Pro. No. 12-59025
    Knauer v. Brandon Zeisler, Adv. Pro. No. 12-59074
    Knauer v. Kevin Manthey, Adv. Pro. No. 12-59075

**11:15 AM**

    Knauer v. Scotts Hill Stockyard, Adv. Pro. No. 12-59073

**11:30 AM**

    Knauer v. Robert Rawls Livestock, Adv. Pro. No. 12-59047
    Knauer v. Macon Stockyard, Inc., Adv. Pro. No. 12-59049
    Knauer v. Billingsley Auction Sale, Inc., Adv. Pro. No. 12-59050
    Knauer v. Carroll County Livestock Sales Barn, Inc., Adv. Pro. No. 12-59072
    Knauer v. Arab Livestock Market, Inc., Adv. Pro. No. 12-59119
    Knauer v. Gary Tate, Adv. Pro. No. 12-59137
    Knauer v. Thompson Beef, Adv. Pro. No. 12-59138

**1:30 PM**

    Knauer v. River Bend Cattle Co., Adv. Pro. No. 12-59046
    Knauer v. Grove Livestock Sales, Inc., Adv. Pro. No. 12-59082
    Knauer v. Kent Christenson, Adv. Pro. No. 12-59085
    Knauer v. J&L Cattle, Adv. Pro. No. 12-59097
    Knauer v. Brad Robinson, Adv. Pro. No. 12-59111
    Knauer v. Clifford M. Miller, Adv. Pro. No. 12-59113
    Knauer v. Blake Stewart, Adv. Pro. No. 12-59115
    Knauer v. Walco International, Adv. Pro. No. 12-59118

**2:30 PM**

    Knauer v. Northwest Alabama Livestock Auction, Adv. Pro. No. 12-59081
    Knauer v. Bradbury & York, *et al.*, Adv. Pro. No. 12-59136
    Knauer v. B&B Land and Livestock, *et al.*, Adv. Pro. No. 12-59083
    Knauer v. Bill Eberle, Adv. Pro. No. 13-59001
    Knauer v. Ronald Stahl, Adv. Pro. No. 13-59003
    Knauer v. Thomas R. Glover, Adv. Pro. No. 13-59004

**3:00 PM**

        Knauer v. Rex Mooney, Adv. Pro. No. 12-59108
        Knauer v. Loveland Farms, Adv. Pro. No. 12-59109
        Knauer v. Susan Scott, Adv. Pro. No. 12-59110
        Knauer v. Danny Stewart, Adv. Pro. No. 12-59112
        Knauer v. Martin Pringle Oliver Wallace & Bauer, LLP, Adv. Pro. No. 12-59114
        Knauer v. Tulsa Stockyards, Adv. Pro. No. 12-59116
        Knauer v. Ricky Beard, Adv. Pro. No. 12-59120
        Knauer v. CAV Excavation, Adv. Pro. No. 12-59121
        Knauer v. Fritz Gettelfinger, Adv. Pro. No. 12-59122
        Knauer v. Brian Witt, Adv. Pro. No. 12-59124
        Knauer v. Steven Blanton, Adv. Pro. No. 12-59106

**3:30 PM**

        Knauer v. Ashville Stockyard, Inc., Adv. Pro. No. 12-59128
        Knauer v. Alabama Livestock Auction, Inc., Adv. Pro. No. 12-59129
        Knauer v. Tim White, Adv. Pro. No. 12-59131
        Knauer v. Fort Payne Stockyards, Adv. Pro. No. 12-59132
        Knauer v. Peoples Livestock Auction, Inc., Adv. Pro. No. 12-59133
        Knauer v. Chastain Feeds & Farm Supply, LLC, Adv. Pro. No. 12-59134
        Knauer v. Martin Farms, Inc., Adv. Pro. No. 12-59135
        Knauer v. Jeremy Coffey, Adv. Pro. No. 12-59139
        Knauer v. PBI Bank, Inc., Adv. Pro. No. 12-59140
        Knauer v. Randy Hoover and Son, *et al.*, Adv. Pro. No. 12-59141
        Knauer v. Francis J. Madison, et al., Adv. Pro. No. 12-59127

**4:00 PM**

        Knauer v. Demaio Farms & Ranches, Inc., Adv. Pro. No. 12-59011
        Knauer v. Clark Christensen, Adv. Pro. No. 12-59142
        Knauer v. Russell D. Garwood, et al., Adv. Pro. No. 12-59143
        Knauer v. Gary S. Bell, Adv. Pro. No. 12-59148
        Knauer v. Matt Eller, Adv. Pro. No. 12-59144
        Knauer v. Chad Houck, et al., Adv. Pro. No. 12-59145

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:  /s/ Terry E. Hall

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
james@bgdlegal.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

C. R. Bowles, Jr
cbowles@ bgdlegal.com

Jeffrey R. Erler
jeffe@bellnunnally.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ishallcross@ bgdlegal.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

52001407_1.DOCX                                4

| | | |
|---|---|---|
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>james.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |

| | | |
|---|---|---|
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | Michael Benton Willey<br>michael.willey@ag.tn.gov | |

                                                                                   /s/ Terry E. Hall