**SO ORDERED: May 8, 2013.**



*Basil H. Lorch III*
*signature*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,                    Case No. **10−93904−BHL−11**
        Debtor(s).

## ORDER

A(n) Agreed Entry was filed on May 8, 2013, by Trustee James A. Knauer.

**IT IS ORDERED** that the Agreed Entry is **APPROVED**.

The Clerk's Office will distribute this order.

###