# Notice Recipients

District/Off: 0756–4            User: kgoss2                Date Created: 5/8/2013
Case: 10–93904–BHL–11           Form ID: sgeneric           Total: 101

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer          | jak@kgrlaw.com |
| aty | Allen Morris             | amorris@stites.com |
| aty | Amelia Martin Adams      | aadams@dlgfirm.com |
| aty | Andrea L Wasson          | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy         | traluy@fbhlaw.net |
| aty | Bret S. Clement          | bclement@acs–law.com |
| aty | Brian H Meldrum          | bmeldrum@stites.com |
| aty | C. R. Bowles, Jr         | cbowles@bgdlegal.com |
| aty | Chrisandrea L. Turner    | clturner@stites.com |
| aty | Christie A. Moore        | cm@gdm.com |
| aty | Christopher M. Trapp     | ctrapp@rubin–levin.net |
| aty | Daniel J. Donnellon      | ddonnellon@ficlaw.com |
| aty | David A. Laird           | david.laird@moyewhite.com |
| aty | David Alan Domina        | dad@dominalaw.com |
| aty | David L. Abt             | davidabt@mwt.net |
| aty | David L. LeBas           | dlebas@namanhowell.com |
| aty | Deborah Caruso           | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal         | dustin.deneal@faegrebd.com |
| aty | Edward M King            | tking@fbtlaw.com |
| aty | Elliott D. Levin         | robin@rubin–levin.net |
| aty | Elliott D. Levin         | edl@rubin–levin.net |
| aty | Eric W. Richardson       | ewrichardson@vorys.com |
| aty | Harmony A Mappes         | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross      | ishallcross@bgdlegal.com |
| aty | James A. Knauer          | jak@kgrlaw.com |
| aty | James A. Knauer          | jak@kgrlaw.com |
| aty | James B. Lind            | jblind@vorys.com |
| aty | James Bryan Johnston     | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.      | jim@rubin–levin.net |
| aty | James Edwin McGhee, III  | mcghee@derbycitylaw.com |
| aty | Jason W. Cottrell        | jwc@stuartlaw.com |
| aty | Jay P. Kennedy           | jpk@kgrlaw.com |
| aty | Jeffrey J. Graham        | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter         | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler         | jerler@ghjhlaw.com |
| aty | Jennifer Watt            | jwatt@kgrlaw.com |
| aty | Jerald I. Ancel          | jancel@taftlaw.com |
| aty | Jeremy S Rogers          | Jeremy.Rogers@dinslaw.com |
| aty | Jill Zengler Julian      | Jill.Julian@usdoj.gov |
| aty | John Huffaker            | john.huffaker@sprouselaw.com |
| aty | John David Hoover        | jdhoover@hooverhull.com |
| aty | John Frederick Massouh   | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell         | john@lovell–law.net |
| aty | John M. Rogers           | johnr@rubin–levin.net |
| aty | John M. Thompson         | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III        | jrciii@acs–law.com |
| aty | John W Ames              | james@bgdlegal.com |
| aty | Joshua Elliott Clubb     | joshclubb@gmail.com |
| aty | Joshua N. Stine          | kabritt@vorys.com |
| aty | Judy Hamilton Morse      | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring         | lobring@msn.com |
| aty | Kelly Greene McConnell   | lisahughes@givenspursley.com |
| aty | Kent A Britt             | kabritt@vorys.com |
| aty | Kevin M. Toner           | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis         | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher            | kcrutcher@mcs–law.com |
| aty | Laura Day 10DelCotto     | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant         | courtmail@fbhlaw.net |
| aty | Mark A. Robinson         | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs          | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson      | msgiberson@vorys.com |
| aty | Meredith R. Thomas       | mthomas@daleeke.com |
| aty | Michael Benton Willey    | michael.willey@ag.tn.gov |
| aty | Michael W. McClain       | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler      | moyler@rwsvlaw.com |
| aty | Peter M Gannott          | pgannott@gannottlaw.com |
| aty | Randall D. LaTour        | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr       | rabell@vorys.com |
| aty | Robert H. Foree          | robertforee@bellsouth.net |

| | | |
|---|---|---|
| aty | Robert K Stanley | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf–atty.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 88

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | |
| op | National Cattlemen's Beef Association | Alice Devine | Devine &Donley, LLC | 534 S KS Ave Suite 1420    Topeka, KA 66603 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs | 3087 Ervin Town Rd. | Castlewood, VA 24224 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202–3103 |
| op | Southeastern Livestock Network LLC | 176 Pasadena Drive | Lexington, KY 40503 | |
| cr | Bob's Auto, Inc. d/b/a Bob's Auto Supply | PO Box 419 | Edmonton, KY 42129 | |
| cr | Philip Martin | 6853 Fairview Rd | Cookeville, TN 38501–9715 | |
| cr | Tennessee Livestock Producers, Inc. | P.O. Box 313 | Columbia, TN 38402 | |
| cr | Michael Wade Loula | Rt1, Box 50 | Colony, OK 73021–9631 | |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 |
| 10483730 | Dennis Neat | 6198 Burkesville Rd | Columbia, KY 42728 | |
| 10483024 | Dennis Ray Neat | 6098 Burkesville Rd. | Columbia, KY 42728 | |

TOTAL: 13