UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Objection Notice, which was filed on May 9, 2013, is deficient in the following respect(s):

    Certificate of Service not filed.

The above−cited deficiencies must be corrected by May 23, 2013 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  May 9, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court