## Notice Recipients

District/Off: 0756–4            User: edixon                    Date Created: 5/9/2013
Case: 10–93904–BHL–11           Form ID: SF00075                Total: 1

**Recipients of Notice of Electronic Filing:**
aty             Harmony A Mappes        harmony.mappes@faegrebd.com

TOTAL: 1