**Exhibit 2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| | ) | |
| FRIONA INDUSTRIES, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 11-59093 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CACTUS GROWERS, INC., | ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| J & F OKLAHOMA HOLDINGS, INC., | ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective undersigned counsel, that:

1. Cactus Growers, Inc. ("Cactus") has interpleaded funds in this adversary proceeding which included the proceeds from sales of 125 steers delivered to its Texas feedlot.

2. Robert Nichols and Jane Nichols d/b/a Nichols Livestock, and Jane, L.L.C. (together, "Nichols") claimed a portion of the funds Cactus interpleaded, which the parties hereto agree is $109,389.39 ("Nichols Funds"). Trustee James A. Knauer ("Trustee") and secured creditor Fifth Third Bank ("Fifth Third") also claimed the Nichols Funds.

3. The parties hereto agree that the Nichols Funds relate to cattle that were not delivered to Eastern Livestock Company, LLC ("ELC") and were not delivered to Cactus for ELC's benefit.

4. The Nichols Funds were the subject of a motion for summary judgment that Cactus filed in this adversary proceeding. [Doc. No. 263] Trustee joined in the Cactus motion. [Doc. No. 310] Nichols also filed a summary judgment motion regarding the Nichols Funds. [Doc. No. 321] The Court entered an order on the summary judgment motions [Doc. No. 453], which it later vacated. [Doc. No. 524] The parties hereto agree that there it is not necessary for the Court to reinstate its prior ruling or for the Court to take any further action with respect to these summary judgment motions or any motions to reconsider.

5. The parties hereto agree that nothing in this Motion is intended to prejudice, set off, reduce, or in any way affect any other rights, claims, or defenses they may have against one another or against other parties in this Chapter 11 case, including without limitation claims the Trustee has asserted against Nichols in Adversary Proceeding No. 12-59161.

6.  The parties hereto agree there are no further controversies as to Nichols right to receive the Nichols Funds.

AGREED AND STIPULATED ON MAY __, 2013:

          FAEGRE BAKER DANIELS LLP

          By:   /s/ Kevin M. Toner

| | |
|---|---|
| Kevin M. Toner (#11343-49) | *Counsel for James A. Knauer, Chapter 11 Trustee* |
| Harmony Mappes (#27237-49) | |
| Shawna Eikenberry (#21615-53) | |
| 300 N. Meridian Street, Suite 2700 | |
| Indianapolis, IN 46204-1750 | |
| Telephone: (317) 237-0300 | |
| Facsimile: (317) 237-1000 | |
| kevin.toner@faegrebd.com | |
| harmony.mappes@faegrebd.com | |
| shawna.eikenberry@faegrebd.com | |

          MILLER DOLLARHIDE, PC

          By: /s/ Jack S. Dawson

| | |
|---|---|
| Jack S. Dawson | *Counsel for Robert Nichols, individually, Robert* |
| Miller Dollarhide, PC | *and Jane Nichols d/b/a Nichols Livestock and* |
| 100 Park Avenue, 2nd Floor | *Nichols Livestock, Inc.* |
| Oklahoma City, OK 73102 | |
| Telephone: (405) 236-8541 | |
| Facsimile: (405) 235-8130 | |
| jdawson@millerdollarhide.com | |

                              LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.

                              By:   /s/ John H. Lovell
                                     *Counsel for Cactus Growers, Inc.*

John H. Lovell
Lovell, Lovell, Newsom & Isern, L.L.P.
112 West 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Telephone: (806) 373-1515
Facsimile: (806) 379-7176
E-mail: john@lovell-law.net

                              VORYS, SATER, SEYMOUR AND PEASE, LLP

                              By:   /s/ Randall D. LaTour
                                       *Counsel for Fifth Third Bank*

Randall D. LaTour
52 East Gay Street | Columbus, Ohio 43215
P.O. Box 1008 | Columbus, Ohio 43216-1008
Direct: 614.464.8290
Fax: 614.719.4821
E-mail: rdlatour@vorys.com

DMS_US 51971073v1