UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**PROPOSED AGENDA FOR TELEPHONIC OMNIBUS HEARING ON
MAY 13, 2013 AT 1:30 P.M. EDT**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, submits this proposed agenda for the telephonic hearing scheduled for May 13, 2013 at 1:30 p.m. EDT ("Hearing").

**DIAL IN INFORMATION**   The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

**A.   EASTERN LIVESTOCK CO., LLC ("ELC") MAIN CASE MATTERS**

    1.   Motion To Approve Agreement For Joint Prosecution And Shared Recovery Between Gibson Trustee And ELC Trustee Regarding Prosecution Of Claims Against Monty Koller (Docket No. 2052)

        a.   Objection: Monty Koller (Docket No. 2142)

    2.   Trustee's Motion To Stay Deadlines Regarding Certain Claim Objections (Docket No. 2124)

**B.   ELC ADVERSARY PROCEEDING STATUS CONFERENCES**

    1.   ***West Kentucky Livestock*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. West Kentucky Livestock, Adv. Proc. 12-59146)

        *STATUS: Trustee filed a Motion for Default Judgment against West Kentucky Livestock Market, LLC on April 17, 2013, which is awaiting ruling*

2. ***SOLM*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. SOLM, et al., Adv. Proc. 12-59161)

> *STATUS:  The parties have filed a Joint Pretrial Statement, including a proposed case management schedule. The case is in the early discovery stage. Per the agreed schedule, the parties recently exchanged initial disclosures, and preliminary witness and exhibit lists are due June 1, 2013.*

3. ***Bill Chase*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Bill Chase, Adv. Proc. 12-59160)

> *STATUS: Defendant Bill Chase filed his answer on March 18, 2013*

**C.  MATTER(S) IN RELATED CASE**

1. ***In re Thomas and Patsy Gibson***, Case No. 10-93867
   i. No matters scheduled.

**D.  MATTERS CURRENTLY UNDER ADVISEMENT**

1. Texas Interpleader, Adv. Proc. 11-59093, and Knauer v. Downs et al., Adv. Proc. 11-59086

Trustee's Motions for Partial Summary Judgment on Statutory Trust and Clearing Agency Issues – Supplemental Responses (filed August 15, 2012); Trustee's Supplemental Replies (filed November 15, 2012)

> *STATUS*: Fully briefed and awaiting ruling

Parties remaining that filed supplemental response:
   i. Alton Darnell, Mosley Cattle Auction, East Tennessee Livestock, Southeast Livestock Exchange, Piedmont Livestock Company, and CPC Livestock
   ii. Bluegrass-Maysville, Bluegrass Stockyards, Bluegrass Stockyards of Campbellsville, Bluegrass South Livestock Market, Bluegrass Stockyards East, Bluegrass Stockyards of Richmond (all part of Downs/Bluegrass/Laurel Livestock settlement agreement that is currently being documented)

> *STATUS: Trustee's Motion To Approve Compromise Of Controversy Among Eastern Livestock Co., LLC, Willie Downs, And Willie Downs Livestock, Inc. (Docket No. 2057) filed April 18, 2013*

*Motion To Approve Compromise Of Controversy Between Eastern Livestock Co., LLC And Bluegrass Entities (Docket No. 2125) filed April 24, 2013*

*Trustee's Motion To Approve Compromise With Laurel Livestock Market, Inc. And Williams Cattle Co. (Docket No. 2140) filed May 3, 2013*

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:    /s/ Terry E. Hall
       _____

Terry E. Hall (#22041-49)              *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jeffe@bellnunnally.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |

52074184_1.DOCX                              3

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
james@bgdlegal.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@bgdlegal.com

James M. Carr
james.carr@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ishallcross@bgdlegal.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
kim.maynes@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Christie A. Moore
cm@gdm.com

Peter M. Gannott
pgannott@gannottlaw.com

Joseph H. Rogers
jrogers@millerdollarhide.com

Andrew D. Stosberg
astosberg@lloydmc.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Jennifer Watt
jwatt@kgrlaw.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

James E. Smith
jsmith@smithakins.com

Kevin M. Toner
kevin.toner@faegrebd.com

Eric W. Richardson
ewrichardson@vorys.com

Michael Benton Willey
michael.willey@ag.tn.gov

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

Robert K. Stanley
robert.stanley@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Joshua Elliott Clubb
joshclubb@gmail.com

/s/ Terry E. Hall