United States Bankruptcy Court
Southern District of Indiana

In re:                                                                  Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss2              Page 1 of 16              Date Rcvd: May 08, 2013
                              Form ID: sgeneric         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2013.
```
cr           +Bob's Auto, Inc. d/b/a Bob's Auto Supply,    PO Box 419,    Edmonton, KY 42129-0419
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb         #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
               ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
cr         ++++MICHAEL WADE LOULA,    1185 COUNTY ROAD 1170,    COLONY OK 73021-2217
              (address filed with court: Michael Wade Loula,    Rt1, Box 50,    Colony, OK 73021-9631)
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA 66603
cr            Philip Martin,    6853 Fairview Rd,    Cookeville, TN 38501-9715
op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
cr           +Tennessee Livestock Producers, Inc.,    P.O. Box 313,    Columbia, TN 38402-0313
10482954     +Billy Neat,    705 B Neat Road,    Columbia, KY 42728-8500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com May 08 2013 22:12:51     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC 27114-5008
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013**               **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: kgoss2                  Page 2 of 16                  Date Rcvd: May 08, 2013
                               Form ID: sgeneric             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2013 at the address(es) listed below:

            Allen Morris    on behalf of Creditor Todd  Rosenbaum amorris@stites.com, dgoodman@stites.com
            Allen Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com
            Allen Morris    on behalf of Defendant Todd  Rosenbaum amorris@stites.com,  dgoodman@stites.com
            Allen Morris    on behalf of Defendant   Intrust Bank, NA amorris@stites.com,  dgoodman@stites.com
            Allen Morris    on behalf of Creditor   Rosenbaum Feeder Cattle Company, LLC amorris@stites.com, dgoodman@stites.com
            Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com, jli@kgrlaw.com
            Amanda Dalton Stafford    on behalf of Plaintiff   James A. Knauer, Trustee ads@kgrlaw.com, jli@kgrlaw.com
            Amelia Martin Adams    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross Defendant    Moseley Cattle Auction, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    Blue Grass Stockyards, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    East Tennessee Livestock Center, Inc. aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross Defendant    Piedmont Livestock Company, Inc. aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Defendant Mike  Bradbury aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass-Maysville Stockyards, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc. aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc. aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Defendant    Fort Payne Stockyards aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Defendant    B&B Land and Livestock aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass Stockyards of Campbellsville, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Defendant Amos  Kropf aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Defendant Jeremy  Coffey aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass South Livestock Market, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    Southeast Livestock Exchange, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc. aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant Alton  Darnell aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Intervenor    Bluegrass-Maysville Stockyards, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    Blue Grass South Livestock Market, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards East, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Defendant    Bradbury & York aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross Defendant Alton  Darnell aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Creditor    Piedmont Livestock, Inc. aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc. aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
            Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com

```
District/off: 0756-4          User: kgoss2               Page 3 of 16              Date Rcvd: May 08, 2013
                              Form ID: sgeneric          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Amelia Martin Adams    on behalf of Third Party Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Intervenor    Bluegrass Stockyards East, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass Stockyards East, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Intervenor    Bluegrass South Livestock Market, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Blue Grass Stockyards, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Intervenor    Bluegrass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Larry  Zeien, Jr. astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant Willie  Downs astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com
              Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C.
               avandiver@aswdlaw.com,   sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County
               traluy@fbhlaw.net
              Ben T. Caughey    on behalf of Defendant Allen  Barry ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant Chad  Houck ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant    E4 Cattle Company, LLC ben.caughey@icemiller.com
              Bret S. Clement    on behalf of Creditor    First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor Monty  Koller bmeldrum@stites.com
              Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com
              Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com
              C. R. Bowles, Jr    on behalf of Creditor    Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant Chad  Schuchmann cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Breeding Brothers cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
```

```
District/off: 0756-4           User: kgoss2                 Page 4 of 16                   Date Rcvd: May 08, 2013
                               Form ID: sgeneric            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              C. R. Bowles, Jr    on behalf of Creditor    Randy Hoover & Son, LLC cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    ADM Investor Services, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Randy Hoover and Son cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant Jeffrey  Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southland Haulers, LLC
               cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant Francis J. Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Joined Party    Francis J. Madison, Jeffrey Madison and Madison Ca
               cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Plaintiff    Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant    Madison Cattle cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    B&B Farms cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Chad Duane Wuertz    on behalf of Defendant    S&S Cattle Company chad@wuertzlaw.com,
               joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
              Chad Duane Wuertz    on behalf of Defendant Royce  Stallcup chad@wuertzlaw.com,
               joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
              Charles R. Wharton    on behalf of U.S. Trustee    U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Chrisandrea L. Turner    on behalf of Defendant    Cornelison Farms, FLP clturner@stites.com
              Chrisandrea L. Turner    on behalf of Creditor    Cornelison Farms, LLC clturner@stites.com
              Christie A. Moore    on behalf of Counter-Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cm@gdm.com,  ljs2@gdm.com
              Christie A. Moore    on behalf of Plaintiff    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Cross Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Defendant    Superior Livestock Auction cm@gdm.com,  ljs2@gdm.com
              Christopher M. Trapp    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
              Christopher M. Trapp    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
              Christopher M. Trapp    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,  carmen@rubin-levin.net;lemerson@rubin-levin.net
              Daniel J. Donnellon    on behalf of Creditor    First Bank and Trust Company, The
               ddonnellon@ficlaw.com,  knorwick@ficlaw.com
              Daniel J. Donnellon    on behalf of Cross Defendant    The First Bank and Trust Company
               ddonnellon@ficlaw.com,  knorwick@ficlaw.com
              Daniel J. Donnellon    on behalf of Intervenor    The First Bank and Trust Company
               ddonnellon@ficlaw.com,  knorwick@ficlaw.com
              Daniel J. Donnellon    on behalf of Cross Defendant    First Bank & Trust Company
               ddonnellon@ficlaw.com,  knorwick@ficlaw.com
              David A. Laird    on behalf of Defendant    Peoples Bank david.laird@moyewhite.com,
               lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David A. Laird    on behalf of Creditor    Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David A. Laird    on behalf of Cross Defendant    Peoples Bank david.laird@moyewhite.com,
               lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor    Nu-Technologies, Inc dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina    on behalf of Creditor Travis  Bellar dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
```

```
District/off: 0756-4           User: kgoss2              Page 5 of 16              Date Rcvd: May 08, 2013
                               Form ID: sgeneric         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David Alan Domina    on behalf of Creditor    Madden Brothers, LLC dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina    on behalf of Creditor    Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina    on behalf of Creditor    Madden Brothers dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Plaintiff    Rush Creek Ranch, LLP davidabt@mwt.net
              David L. Abt    on behalf of Other Professional David L. Abt davidabt@mwt.net
              David L. Abt    on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
              David L. LeBas    on behalf of Third Party Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,   koswald@namanhowell.com
              David L. LeBas    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas    on behalf of Creditor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas    on behalf of Counter-Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,   koswald@namanhowell.com
              David W. Brangers    on behalf of Defendant    Hurstbourne Landings Development Co., LLC
               dbrangers@lawyer.com
              Deborah Caruso    on behalf of Other Professional Kathryn  Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Deborah Caruso    on behalf of Third Party Defendant Kathryn L. Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Plaintiff    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Member Debtor    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor    Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Plaintiff    Superior Livestock Auction, Inc. edl@rubin-levin.net,
               atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               edl@rubin-levin.net,   atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               edl@rubin-levin.net,   atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net,   atty_edl@trustesolutions.com
              Eric C Redman    on behalf of Defendant    Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric C Redman    on behalf of Intervenor    Strickland Farms ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric C Redman    on behalf of Defendant Edward  Strickland ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson    on behalf of Creditor    Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com
              Erick P Knoblock    on behalf of Third Party Defendant Kathryn L. Pry eknoblock@daleeke.com
              Erin Casey Nave    on behalf of Defendant    Demaio Farms & Ranches, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Kevin  Manthey enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Travis  Dicke enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant    Salem Livestock Auction, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant    J & S Feedlots, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant    Arab Livestock Market, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Ronald  Stahl enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Russell D. Garwood enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Tim T. Heine enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Gary  Krantz enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Brandon  Zeisler enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Thomas R. Glover enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Monte  Haiar enave@taftlaw.com
              Harmony A Mappes    on behalf of Counter-Claimant James A. Knauer, Trustee
               harmony.mappes@faegrebd.com,   judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               harmony.mappes@faegrebd.com,   judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Third Party Plaintiff James A. Knauer, Trustee
               harmony.mappes@faegrebd.com,   judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
```

```
District/off: 0756-4          User: kgoss2                 Page 6 of 16                  Date Rcvd: May 08, 2013
                              Form ID: sgeneric            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Harmony A Mappes     on behalf of Plaintiff   Okie Farms, L.L.C. harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes     on behalf of Counter-Claimant James A. Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes     on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes     on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes     on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes     on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Harmony A Mappes     on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com,
               judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
              Ivana B. Shallcross     on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Defendant Jeffrey    Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Defendant    Northwest Alabama Livestock Auction
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Plaintiff    Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Defendant    Madison Cattle ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Creditor    Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross     on behalf of Defendant    Superior Livestock Auction
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Jack S Dawson     on behalf of Defendant    Nichols Livestock jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Robert and Jane   Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant    Nichols Livestock, Inc. jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Ricky   Beard jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant    Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Jane   Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Robert   Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Trustee James A. Knauer jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Intervenor James   Knauer jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Counter-Claimant James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff   James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Third Party Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Counter-Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Creditor    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Counter-Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James Bryan Johnston     on behalf of Cross Defendant Frank   Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Defendant Gary   Tate, d/b/a Tate Ranch bjtexas59@hotmail.com,
               bryan@ebs-law.net
```

```
District/off: 0756-4           User: kgoss2                Page 7 of 16                  Date Rcvd: May 08, 2013
                               Form ID: sgeneric           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              James Bryan Johnston    on behalf of Cross Defendant Bobby  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bobby  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Tom  Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Johnny  Mayo, Jr. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant Debbie  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Tom  Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Eddie  Eicke bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant Bill  Davis bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Eddie  Eickie bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant    Davis Quarter Horses bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant Johnny  Mayo bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bill  Davis bjtexas59@hotmail.com,  bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant    Bynum Ranch Company bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Frank  Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Frank  Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow, Jr.    on behalf of Third Party Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Creditor    Joplin Regional Stockyards jim@rubin-levin.net,
               susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Counter-Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee, III    on behalf of Third Party Defendant    Vermilion Ranch Corp.
               mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
               tor@derbycitylaw.com
              James Edwin McGhee, III    on behalf of Creditor    Vermilion Ranch Corporation
               mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
               tor@derbycitylaw.com
              James M. Carr    on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James M. Carr    on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James M. Carr    on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James T Young    on behalf of Intervenor Michael J Walro james@rubin-levin.net,
               lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com
              Jason W. Cottrell    on behalf of Creditor Rex  Elmore jwc@stuartlaw.com,  jbr@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Trustee James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff    James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jeffrey J. Graham    on behalf of Defendant Ronald  Stahl jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

```
District/off: 0756-4           User: kgoss2                 Page 8 of 16                  Date Rcvd: May 08, 2013
                               Form ID: sgeneric            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jeffrey J. Graham    on behalf of Defendant    Arab Livestock Market, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Tim T. Heine jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    Salem Livestock Auction, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Monte  Haiar jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Gary  Krantz jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Thomas R. Glover jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Substituted Party Bud  Heine jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Russell D. Garwood jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Brandon  Zeisler jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    J & S Feedlots, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Travis  Dicke jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    Demaio Farms & Ranches, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Kevin  Manthey jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party    United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,    USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Cross-Claimant    DeCordova Cattle Company jerler@ghjhlaw.com,
               lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
              Jeffrey R. Erler    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jerler@ghjhlaw.com,    lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Trustee James A. Knauer jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff    James A. Knauer, Trustee jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jerald I. Ancel    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff    Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com
              Jill Zengler Julian    on behalf of Joined Party    United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe Lee Brown    on behalf of Defendant    Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
              Joe T. Roberts, Hon.    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
               jratty@windstream.net
              John Huffaker    on behalf of Creditor    Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John Huffaker    on behalf of Plaintiff    Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
              John David Hoover    on behalf of Special Counsel    Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Defendant    Rufenacht Commodities, Inc.
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Friona Industries, LP
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Friona Industries, L.P.
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Plaintiff    Friona Industries, LP
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    Friona Industries, LP john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant Robert  Rufenacht john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Cactus Growers, Inc.
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Third Party Defendant    Friona Industries, L.P.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Creditor    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Third Party Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

```
District/off: 0756-4           User: kgoss2              Page 9 of 16              Date Rcvd: May 08, 2013
                               Form ID: sgeneric         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Hunt Lovell    on behalf of Counter-Defendant    Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell    on behalf of Third Party Defendant    Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell    on behalf of Counter-Defendant    Friona Industries, LP john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell    on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell    on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
           sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers    on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
           susan@rubin-levin.net
          John M. Rogers    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
           johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Rogers    on behalf of Creditor    Joplin Regional Stockyards johnr@rubin-levin.net,
           susan@rubin-levin.net
          John M. Rogers    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
           johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Rogers    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
           johnr@rubin-levin.net, susan@rubin-levin.net
          John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com,
           jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
          John R. Burns, III    on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
           sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Burns, III    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
           john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Carr, III    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
           sfinnerty@acs-law.com
          John R. Carr, III    on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
           sfinnerty@acs-law.com
          John W Ames    on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
           james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Creditor Ron P. Reed james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc. james@bgdlegal.com,
           smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
           james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers, III    on behalf of Defendant Robert  Nichols jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joseph H Rogers, III    on behalf of Defendant Jane  Nichols jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joseph H Rogers, III    on behalf of Defendant    Nichols Livestock jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joshua Elliott Clubb    on behalf of Defendant Tim  White joshclubb@gmail.com
          Joshua Elliott Clubb    on behalf of Other Professional    Kentucky Cattlemen's Association
           joshclubb@gmail.com
          Joshua N. Stine    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
          Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
          Joshua N. Stine    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com
          Joshua N. Stine    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com
          Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse   on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
           ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor    Deere & Company lobring@msn.com
          Karen L. Lobring    on behalf of Creditor    FPC Financial, f.s.b. lobring@msn.com
          Kay Dee Baird    on behalf of Defendant    Janousek Farms, Inc. kbaird@kdlegal.com,
           pdidandeh@kdlegal.com
          Kay Dee Baird    on behalf of Defendant Jt  Nuckols kbaird@kdlegal.com, pdidandeh@kdlegal.com
          Kayla D. Britton    on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,
           cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
          Kelly Greene McConnell    on behalf of Creditor    AB Livestock, LLC lisahughes@givenspursley.com
          Kelly Greene McConnell    on behalf of Creditor    Supreme Cattle Feeders, L.L.C.
           lisahughes@givenspursley.com

Case 10-93904-BHL-11   Doc 2154   Filed 05/10/13   EOD 05/12/13 13:46:20   Pg 10 of 17

```
District/off: 0756-4           User: kgoss2                 Page 10 of 16                  Date Rcvd: May 08, 2013
                               Form ID: sgeneric            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Defendant   Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Counter-Defendant   Fifth Third Bank, N.A. kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Creditor   Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kevin J. Mitchell    on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Member Debtor    Okie Farms, L.L.C. kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Third Party Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com,    judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee    kevin.toner@faegrebd.com,    judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff    Okie Farms, L.L.C. kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk   Crutcher    on behalf of Counter-Defendant Gene   Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
          Kirk   Crutcher    on behalf of Cross Defendant Gene   Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
          Kirk   Crutcher    on behalf of Creditor Gene   Shipman kcrutcher@mcs-law.com,   jparsons@mcs-law.com
          Laura Day 10DelCotto    on behalf of Creditor    East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant    Fort Payne Stockyards ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC    ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass Stockyards of Campbellsville, LLC    ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant Amos   Kropf ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Counter-Defendant    Bluegrass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass South Livestock Market, LLC ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc. ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass Stockyards of Campbellsville, LLC    ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC    ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com

Case 10-93904-BHL-11 Doc 2154 Filed 05/10/13 EOD 05/12/13 13:46:20 Pg 11 of 17

```
District/off: 0756-4           User: kgoss2                  Page 11 of 16          Date Rcvd: May 08, 2013
                               Form ID: sgeneric             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Laura Day 10DelCotto    on behalf of Third Party Defendant    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass South Livestock Market, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc.
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Piedmont Livestock, Inc. ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards East, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass-Maysville Stockyards, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Third Party Defendant    Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Defendant Jeremy  Coffey ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass Stockyards East, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass Stockyards East, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Piedmont Livestock Company, Inc.
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Special Counsel    Delcotto Law Group PLLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Blue Grass South Livestock Market, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass-Maysville Stockyards, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    Blue Grass Stockyards, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Third Party Defendant    East Tennessee Livestock Center, Inc.
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    First Bank and Trust Company, The
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Defendant    B&B Land and Livestock ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor Alton  Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass-Maysville Stockyards, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Defendant    Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass Stockyards of Campbellsville, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant Alton  Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass Stockyards East, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass South Livestock Market, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Defendant Mike  Bradbury ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Third Party Defendant    Piedmont Livestock, Inc.
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant    Blue Grass Stockyards, LLC
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
               ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant Alton  Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
```

```
District/off: 0756-4           User: kgoss2                  Page 12 of 16                   Date Rcvd: May 08, 2013
                               Form ID: sgeneric             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
          Mark A. Robinson    on behalf of Defendant    Atkinson Livestock Market, LLC mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Defendant     Ganado, Inc. mrobinson@vhrlaw.com,    dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Defendant Brian  Witt mrobinson@vhrlaw.com,    dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Mark A. Robinson    on behalf of Third Party Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
          Martha R. Lehman    on behalf of Defendant Jt  Nuckols mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
          Martha R. Lehman    on behalf of Defendant    Janousek Farms, Inc. mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
          Matthew Daniel Neumann    on behalf of Defendant Bill  Eberle mneumann@hhclaw.com
          Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
          Matthew J. Ochs    on behalf of Defendant    Peoples Bank kim.maynes@moyewhite.com
          Matthew R. Strzynski    on behalf of Defendant Jt  Nuckols mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
          Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
          Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank msgiberson@vorys.com
          Melissa S. Giberson    on behalf of Third Party Defendant    Fifth Third Bank msgiberson@vorys.com
          Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
          Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
          Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
          Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
          Meredith R. Thomas    on behalf of Other Professional Kathryn  Pry mthomas@daleeke.com
          Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue michael.willey@ag.tn.gov
          Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael W. McClain    on behalf of Defendant John F. Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael W. McClain    on behalf of Cross Defendant Matthew  Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael W. McClain    on behalf of Cross Defendant Patrick  Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael W. McClain    on behalf of Cross Defendant Anna  Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael W. McClain    on behalf of Creditor Grant  Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael W. McClain    on behalf of Cross Defendant Amanda  Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
          Michael Wayne Oyler    on behalf of Creditor    Your Community Bank moyler@rwsvlaw.com
          Natalie Donahue Montell    on behalf of Defendant Chad  Schuchmann nmontell@bgdlegal.com
          Paul M. Hoffmann    on behalf of Defendant    ADM Investor Services, Inc. phoffmann@stinson.com
          Peter M Gannott    on behalf of Other Professional    Laurel Livestock Market Inc. pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
          Peter M Gannott    on behalf of Counter-Claimant    Laurel Livestock Market, INC. pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
          Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Third Party Defendant    Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Cross-Claimant    Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Defendant    Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

**Case 10-93904-BHL-11    Doc 2154    Filed 05/10/13    EOD 05/12/13 13:46:20    Pg 13 of 17**

```
District/off: 0756-4          User: kgoss2               Page 13 of 16                  Date Rcvd: May 08, 2013
                              Form ID: sgeneric          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Randall D. LaTour    on behalf of Creditor    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell, Jr   on behalf of Cross Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Counter-Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Creditor    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Counter-Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Cross Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Cross-Claimant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr   on behalf of Third Party Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Other Professional    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert H. Foree    on behalf of Creditor    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Defendant    Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Defendant William   Bush ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Defendant    Stockman Oklahoma Livestock Marketing, Inc.
               ross.plourde@mcafeetaft.com,    afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    Crumpler Bros. ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Third Party Defendant William   Bush ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Third Party Defendant    Stockholm Oklahoma Livestock Marketing,
               Inc. ross.plourde@mcafeetaft.com,    afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    Stockman Oklahoma Livestock Marketing, Inc.
               ross.plourde@mcafeetaft.com,    afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Third Party Defendant    Stockman Oklahoma Livestock Marketing,
               Inc. ross.plourde@mcafeetaft.com,    afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    The Bank of Kremlin ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor Brent   Kuehny ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Creditor    Gibson Farms. LLC sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor    Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,    mbaker@dsf-atty.com
              Scott R Leisz    on behalf of Defendant    Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
               disom@bgdlegal.com
              Sean T. White    on behalf of Special Counsel    Hoover Hull LLP swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Sean T. White    on behalf of Trustee James A. Knauer swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Plaintiff James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,    sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Intervenor James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,    sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Cross Defendant James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,    sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James A. Knauer
               shawna.eikenberry@faegrebd.com,    sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor    First Bank and Trust Company, The sweigand@ficlaw.com
              Stephen A. Weigand    on behalf of Intervenor    The First Bank and Trust Company
               sweigand@ficlaw.com
              Stephen E. Schilling    on behalf of Defendant    E4 Cattle Company, LLC seschilling@strausstroy.com
              Stephen E. Schilling    on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
              Steven A. Brehm    on behalf of Cross Defendant    Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Case 10-93904-BHL-11    Doc 2154    Filed 05/10/13    EOD 05/12/13 13:46:20    Pg 14 of 17

```
District/off: 0756-4              User: kgoss2                 Page 14 of 16                  Date Rcvd: May 08, 2013
                                  Form ID: sgeneric            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven A. Brehm    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Plaintiff    Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Defendant    Superior Livestock Auction sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Defendant    Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven Eric Runyan    on behalf of Plaintiff    James A. Knauer, Trustee ser@kgrlaw.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
               kbarber@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass South Livestock Market, LLC
               kbarber@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards East, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               kbarber@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terrill K. Moffett    on behalf of Defendant Rex  Mooney kendalcantrell@moffettlaw.com
              Terry E. Hall    on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Counter-Claimant James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor    General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor    Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Thomas P Glass    on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
              Thomas P Glass    on behalf of Defendant    E4 Cattle Company, LLC tpglass@strausstroy.com
              Timothy T. Pridmore    on behalf of Creditor Gabriel  Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel  Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel  Moreno tjohnston@mcjllp.com
              Todd J. Johnston    on behalf of Creditor Gabriel  Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor    Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern, III    on behalf of Creditor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Third Party Defendant    CPC Livestock, LLC
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ron Sizemore Trucking, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    First Bank and Trust Company, The
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant Edward  Strickland wsnewbern@msn.com

```
District/off: 0756-4             User: kgoss2                  Page 15 of 16                  Date Rcvd: May 08, 2013
                                 Form ID: sgeneric             Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Walter Scott Newbern, III    on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Columbia Livestock Market of Lake City, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Ernest  Elder wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sumter County Farmers Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Tom  Freeman wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Columbia Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Robert  Rawls d/b/a Robert Rawls Livestock
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sealy And Sons Livestock, LLP
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Florida Association Livestock Markets
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ocala Livestock Market, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
```

Case 10-93904-BHL-11    Doc 2154    Filed 05/10/13    EOD 05/12/13 13:46:20    Pg 16 of 17

```
District/off: 0756-4          User: kgoss2                Page 16 of 16              Date Rcvd: May 08, 2013
                              Form ID: sgeneric           Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Walter Scott Newbern, III    on behalf of Creditor    Macon Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Carroll Co L/S Sale Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ron Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Edward   Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James   Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Edward   Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Townsend Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Robert Rawls Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Clark   Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Macon Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Oak Lake Cattle Co. wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Wendy W Ponader    on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith, III    on behalf of Defendant    Tulsa Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III    on behalf of Defendant    South Coffeyville Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III    on behalf of Creditor    Coffeyville Livestock Market, LLC
               wsmith@k-glaw.com, pballard@k-glaw.com
              William K. Flynn    on behalf of Defendant    E4 Cattle Company, LLC wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Defendant Chad  Houck wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William Robert Meyer, II    on behalf of Defendant Monty Larry Koller rmeyer@stites.com
              William Robert Meyer, II    on behalf of Defendant    Intrust Bank, NA rmeyer@stites.com
              William Robert Meyer, II    on behalf of Creditor    Republic Bank and Trust Company
               rmeyer@stites.com
              William Robert Meyer, II    on behalf of Defendant Todd  Rosenbaum rmeyer@stites.com
                                                                                             TOTAL: 638
```

**SO ORDERED: May 8, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,
Debtor(s).

Case No. **10−93904−BHL−11**

## ORDER

A(n) Agreed Entry was filed on May 8, 2013, by Trustee James A. Knauer.

**IT IS ORDERED** that the Agreed Entry is **APPROVED**.

The Clerk's Office will distribute this order.

###