United States Bankruptcy Court
Southern District of Indiana

In re:
Eastern Livestock Co., LLC
Debtor

Case No. 10-93904-BHL
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0756-4 User: kgoss2 Page 1 of 16 Date Rcvd: May 08, 2013
Form ID: sgeneric Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2013.

cr +Bob's Auto, Inc. d/b/a Bob's Auto Supply, PO Box 419, Edmonton, KY 42129-0419
cr +Bovine Medical Associates, LLC, 1500 Soper Road, Carlisle, KY 40311-8083
adb #+Eastern Livestock Co., LLC, 135 W. Market Street, New Albany, IN 47150-3561
op +Greenebaum Doll & McDonald PLLC, 3500 National City Tower, 101 South Fifth Street, ?Louisville, KY 40202-3157
ptcrd +Ike's Trucking, Inc., Ike and Cherie Jacobs, 3087 Ervin Town Rd., Castlewood, VA 24224-9686
cr ++++MICHAEL WADE LOULA, 1185 COUNTY ROAD 1170, COLONY OK 73021-2217 (address filed with court: Michael Wade Loula, Rt1, Box 50, Colony, OK 73021-9631)
op National Cattlemen's Beef Association, Alice Devine, Devine & Donley, LLC, 534 S KS Ave Suite 1420, Topeka, KA 66603
cr Philip Martin, 6853 Fairview Rd, Cookeville, TN 38501-9715
op +Southeastern Livestock Network LLC, 176 Pasadena Drive, Lexington, KY 40503-2900
cr +Tennessee Livestock Producers, Inc., P.O. Box 313, Columbia, TN 38402-0313
10483730 ++++DENNIS NEAT, 1581 WHEELER HILL RD, COLUMBIA KY 42728-5558 (address filed with court: Dennis Neat, 6198 Burkesville Rd, Columbia, KY 42728)
10483024 Dennis Ray Neat, 6098 Burkesville Rd., Columbia, KY 42728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: asr@btcmlaw.com May 08 2013 22:12:51 Ashley S Rusher, Blanco Tackabery & Matamoros PA, PO Drawer 25008, Winston-Salem, NC 27114-5008
TOTAL: 1

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2013 at the address(es) listed below:

Allen Morris on behalf of Creditor Todd Rosenbaum amorris@stites.com, dgoodman@stites.com
Allen Morris on behalf of Creditor Republic Bank and Trust Company amorris@stites.com, dgoodman@stites.com
Allen Morris on behalf of Defendant Todd Rosenbaum amorris@stites.com, dgoodman@stites.com
Allen Morris on behalf of Defendant Intrust Bank, NA amorris@stites.com, dgoodman@stites.com
Allen Morris on behalf of Creditor Rosenbaum Feeder Cattle Company, LLC amorris@stites.com, dgoodman@stites.com
Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com, jli@kgrlaw.com
Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com, jli@kgrlaw.com
Amelia Martin Adams on behalf of Cross-Claimant Moseley Cattle Auction, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Third Party Defendant Bluegrass Stockyards East, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross Defendant Moseley Cattle Auction, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Blue Grass Stockyards, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Alton Darnell dba Darnell Alton Barn aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Southeast Livestock Exchange, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross Defendant Southeast Livestock Exchange, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor East Tennessee Livestock Center, Inc. aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross Defendant Piedmont Livestock Company, Inc. aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Defendant Mike Bradbury aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Bluegrass-Maysville Stockyards, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant East Tennessee Live Stock Center, Inc. aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Defendant Fort Payne Stockyards aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant East Tennessee Livestock Center, Inc. aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Defendant B&B Land and Livestock aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Bluegrass Stockyards of Campbellsville, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Defendant Amos Kropf aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Defendant Jeremy Coffey aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Bluegrass South Livestock Market, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Southeast Livestock Exchange, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross Defendant East Tennessee Live Stock Center, Inc. aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Alton Darnell aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Intervenor Bluegrass-Maysville Stockyards, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Blue Grass South Livestock Market, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Blue Grass Stockyards of Richmond, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Blue Grass Maysville Stockyards, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Third Party Defendant Bluegrass Stockyards, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Blue Grass Stockyards East, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Defendant Bradbury & York aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross Defendant Alton Darnell aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Piedmont Livestock, Inc. aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Piedmont Livestock Company, Inc. aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Third Party Defendant Bluegrass Stockyards of Richmond, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Amelia Martin Adams on behalf of Third Party Defendant Southeast Livestock Exchange, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Intervenor Bluegrass Stockyards East, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Blue Grass Stockyards, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Creditor Blue Grass Stockyards of Campbellsville, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross-Claimant Bluegrass Stockyards East, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Intervenor Bluegrass South Livestock Market, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Petitioning Creditor Moseley Cattle Auction, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Cross Defendant Blue Grass Stockyards, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Defendant Southeast Livestock Exchange, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Amelia Martin Adams on behalf of Intervenor Bluegrass Stockyards of Campbellsville, LLC aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Andrea L Wasson on behalf of Creditor Lytle Street Development andrea@wassonthornhill.com
Andrew D Stosberg on behalf of Defendant Larry Zeien, Jr. astosberg@lloydmc.com
Andrew D Stosberg on behalf of Defendant Willie Downs astosberg@lloydmc.com
Andrew D Stosberg on behalf of Defendant PBI Bank, Inc. astosberg@lloydmc.com
Andrew James Vandiver on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrew James Vandiver on behalf of Defendant Gibson Cattle Company, L.L.C. avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrew James Vandiver on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrew James Vandiver on behalf of Defendant GP Cattle Company avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Anthony G. Raluy on behalf of Creditor Peoples Bank & trust Co. of Pickett County traluy@fbhlaw.net
Anthony G. Raluy on behalf of Defendant Peoples Bank & Trust Company of Pickett County traluy@fbhlaw.net
Ben T. Caughey on behalf of Defendant Allen Barry ben.caughey@icemiller.com
Ben T. Caughey on behalf of Defendant Chad Houck ben.caughey@icemiller.com
Ben T. Caughey on behalf of Defendant James Edward Edens, IV ben.caughey@icemiller.com
Ben T. Caughey on behalf of Defendant E4 Cattle Company, LLC ben.caughey@icemiller.com
Bret S. Clement on behalf of Creditor First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com
Brian H Meldrum on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
Brian H Meldrum on behalf of Creditor Intrust Bank, NA bmeldrum@stites.com
Brian H Meldrum on behalf of Defendant Intrust Bank, NA bmeldrum@stites.com
Brian H Meldrum on behalf of Creditor Monty Koller bmeldrum@stites.com
Brian Robert Pollock on behalf of Defendant Monty Larry Koller bpollock@stites.com
Brian Robert Pollock on behalf of Defendant Intrust Bank, NA bpollock@stites.com
C. R. Bowles, Jr on behalf of Creditor Joplin Regional Stockyards cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Cross Defendant Superior Livestock Auction, Inc. cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Cross Defendant Joplin Regional Stockyards, Inc. cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Dennis Neat cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Superior Livestock Auction, Inc. cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Cross Defendant Superior Livestock Auction cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Defendant Chad Schuchmann cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Defendant Superior Livestock Auction cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Breeding Brothers cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Creditor Northwest Alabama Livestock Yard cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Mike Loy cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Creditor Glen Franklin cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

C. R. Bowles, Jr on behalf of Creditor Randy Hoover & Son, LLC cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Defendant ADM Investor Services, Inc. cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Brent Keith cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Defendant Randy Hoover and Son cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Southeast Livestock Exchange LLC cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Counter-Claimant Jeffrey Madison cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Southland Haulers, LLC cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Counter-Claimant Francis J. Madison cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Joined Party Francis J. Madison, Jeffrey Madison and Madison Ca cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Plaintiff Superior Livestock Auction, Inc. cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Jimmy Brummett cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Jeremy Coffey cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Billy Neat cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor Moseley Cattle Auction, LLC cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Counter-Claimant Madison Cattle cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles, Jr on behalf of Petitioning Creditor B&B Farms cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
Chad Duane Wuertz on behalf of Defendant S&S Cattle Company chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
Chad Duane Wuertz on behalf of Defendant Royce Stallcup chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
Chrisandrea L. Turner on behalf of Defendant Cornelison Farms, FLP clturner@stites.com
Chrisandrea L. Turner on behalf of Creditor Cornelison Farms, LLC clturner@stites.com
Christie A. Moore on behalf of Counter-Defendant Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
Christie A. Moore on behalf of Petitioning Creditor Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
Christie A. Moore on behalf of Plaintiff Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
Christie A. Moore on behalf of Cross Defendant Superior Livestock Auction, Inc. cm@gdm.com, ljs2@gdm.com
Christie A. Moore on behalf of Defendant Superior Livestock Auction cm@gdm.com, ljs2@gdm.com
Christopher M. Trapp on behalf of Plaintiff Superior Livestock Auction, Inc. ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc. ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
Christopher M. Trapp on behalf of Cross Defendant Superior Livestock Auction, Inc. ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The ddonnellon@ficlaw.com, knorwick@ficlaw.com
Daniel J. Donnellon on behalf of Cross Defendant The First Bank and Trust Company ddonnellon@ficlaw.com, knorwick@ficlaw.com
Daniel J. Donnellon on behalf of Intervenor The First Bank and Trust Company ddonnellon@ficlaw.com, knorwick@ficlaw.com
Daniel J. Donnellon on behalf of Cross Defendant First Bank & Trust Company ddonnellon@ficlaw.com, knorwick@ficlaw.com
David A. Laird on behalf of Defendant Peoples Bank david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
David A. Laird on behalf of Cross Defendant Peoples Bank david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
David Alan Domina on behalf of Creditor Nu-Technologies, Inc dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
David Alan Domina on behalf of Creditor Travis Bellar dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

David Alan Domina on behalf of Creditor Madden Brothers, LLC dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
David Alan Domina on behalf of Creditor Bellar Feed Lots, Inc. dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
David Alan Domina on behalf of Creditor Madden Brothers dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
David L. Abt on behalf of Plaintiff Rush Creek Ranch, LLP davidabt@mwt.net
David L. Abt on behalf of Other Professional David L. Abt davidabt@mwt.net
David L. Abt on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
David L. LeBas on behalf of Third Party Defendant J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com, koswald@namanhowell.com
David L. LeBas on behalf of Intervenor J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com, koswald@namanhowell.com
David L. LeBas on behalf of Creditor J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com, koswald@namanhowell.com
David L. LeBas on behalf of Counter-Defendant J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com, koswald@namanhowell.com
David W. Brangers on behalf of Defendant Hurstbourne Landings Development Co., LLC dbrangers@lawyer.com
Deborah Caruso on behalf of Other Professional Kathryn Pry dcaruso@daleeke.com, mthomas@daleeke.com
Deborah Caruso on behalf of Third Party Defendant Kathryn L. Pry dcaruso@daleeke.com, mthomas@daleeke.com
Dustin R. DeNeal on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
Dustin R. DeNeal on behalf of Plaintiff Okie Farms, L.L.C. dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
Dustin R. DeNeal on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
Dustin R. DeNeal on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
Dustin R. DeNeal on behalf of Member Debtor Okie Farms, L.L.C. dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
Edward M King on behalf of Creditor Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
Elliott D. Levin on behalf of Plaintiff Superior Livestock Auction, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
Elliott D. Levin on behalf of Cross Defendant Superior Livestock Auction, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
Elliott D. Levin on behalf of Petitioning Creditor Superior Livestock Auction, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
Elliott D. Levin on behalf of Cross Defendant Joplin Regional Stockyards, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
Eric C Redman on behalf of Defendant Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
Eric C Redman on behalf of Intervenor Strickland Farms ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
Eric C Redman on behalf of Defendant Edward Strickland ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
Eric W. Richardson on behalf of Creditor Fifth Third Bank ewrichardson@vorys.com, bjtobin@vorys.com
Erick P Knoblock on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com
Erick P Knoblock on behalf of Third Party Defendant Kathryn L. Pry eknoblock@daleeke.com
Erin Casey Nave on behalf of Defendant Demaio Farms & Ranches, Inc. enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Travis Dicke enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Kevin Manthey enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Salem Livestock Auction, Inc. enave@taftlaw.com
Erin Casey Nave on behalf of Defendant J & S Feedlots, Inc. enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Arab Livestock Market, Inc. enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Ronald Stahl enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Russell D. Garwood enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Tim T. Heine enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Gary Krantz enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Brandon Zeisler enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Thomas R. Glover enave@taftlaw.com
Erin Casey Nave on behalf of Defendant Monte Haiar enave@taftlaw.com
Harmony A Mappes on behalf of Counter-Claimant James A. Knauer, Trustee harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Third Party Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Harmony A Mappes on behalf of Plaintiff Okie Farms, L.L.C. harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Counter-Claimant James A. Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Harmony A Mappes on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
Ivana B. Shallcross on behalf of Petitioning Creditor Southeast Livestock Exchange LLC ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Defendant Jeffrey Madison ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Cross Defendant Joplin Regional Stockyards, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Cross Defendant Superior Livestock Auction, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Defendant Northwest Alabama Livestock Auction ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Plaintiff Superior Livestock Auction, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Defendant Madison Cattle ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Creditor Joplin Regional Stockyards ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Ivana B. Shallcross on behalf of Defendant Superior Livestock Auction ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
Jack S Dawson on behalf of Defendant Nichols Livestock jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
Jack S Dawson on behalf of Defendant Robert and Jane Nichols jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
Jack S Dawson on behalf of Defendant Nichols Livestock, Inc. jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
Jack S Dawson on behalf of Defendant Ricky Beard jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
Jack S Dawson on behalf of Defendant Jane, LLC jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
Jack S Dawson on behalf of Defendant Jane Nichols jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
Jack S Dawson on behalf of Defendant Robert Nichols jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
James A. Knauer jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer on behalf of Trustee James A. Knauer jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer on behalf of Intervenor James Knauer jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer on behalf of Counter-Claimant James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
James B. Lind on behalf of Cross Defendant Fifth Third Bank jblind@vorys.com
James B. Lind on behalf of Cross Defendant Fifth Third Bank, N.A. jblind@vorys.com
James B. Lind on behalf of Third Party Defendant Fifth Third Bank jblind@vorys.com
James B. Lind on behalf of Counter-Defendant Fifth Third Bank jblind@vorys.com
James B. Lind on behalf of Defendant Fifth Third Bank jblind@vorys.com
James B. Lind on behalf of Creditor Fifth Third Bank jblind@vorys.com
James B. Lind on behalf of Counter-Defendant Fifth Third Bank, N.A. jblind@vorys.com
James Bryan Johnston on behalf of Cross Defendant Frank Powell bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Defendant Gary Tate, d/b/a Tate Ranch bjtexas59@hotmail.com, bryan@ebs-law.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

James Bryan Johnston on behalf of Cross Defendant Bobby Bynum bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Bobby Bynum bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Tom Svoboda bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Johnny Mayo, Jr. bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross Defendant Debbie Bynum bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross-Claimant Tom Svoboda bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Eddie Eicke bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross Defendant Bill Davis bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross-Claimant Eddie Eickie bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross Defendant Davis Quarter Horses bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross Defendant Johnny Mayo bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Bill Davis bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross Defendant Bynum Ranch Company bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Frank Powell bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Cross-Claimant Frank Powell bjtexas59@hotmail.com, bryan@ebs-law.net
James Bryan Johnston on behalf of Creditor Davis Quarter Horse bjtexas59@hotmail.com, bryan@ebs-law.net
James E Rossow, Jr. on behalf of Third Party Defendant Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
James E Rossow, Jr. on behalf of Plaintiff Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
James E Rossow, Jr. on behalf of Creditor Joplin Regional Stockyards jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
James E Rossow, Jr. on behalf of Petitioning Creditor Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
James E Rossow, Jr. on behalf of Cross Defendant Joplin Regional Stockyards, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
James E Rossow, Jr. on behalf of Cross Defendant Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
James E Rossow, Jr. on behalf of Counter-Defendant Superior Livestock Auction, Inc. jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
James E. Smith, Jr. on behalf of Cross Defendant Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com
James Edwin McGhee, III on behalf of Third Party Defendant Vermilion Ranch Corp. mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
James Edwin McGhee, III on behalf of Creditor Vermilion Ranch Corporation mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
James M. Carr on behalf of Plaintiff Okie Farms, L.L.C. jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
James M. Carr on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
James M. Carr on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
James T Young on behalf of Intervenor Michael J Walro james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com
Jason W. Cottrell on behalf of Creditor Rex Elmore jwc@stuartlaw.com, jbr@stuartlaw.com
Jay Jaffe on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
Jay P. Kennedy on behalf of Trustee James A. Knauer jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
Jeffrey J. Graham on behalf of Defendant Ronald Stahl jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Jeffrey J. Graham on behalf of Defendant Arab Livestock Market, Inc. jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Tim T. Heine jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Salem Livestock Auction, Inc. jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Monte Haiar jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Gary Krantz jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Thomas R. Glover jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Substituted Party Bud Heine jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Russell D. Garwood jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant J & S Feedlots, Inc. jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Brandon Zeisler jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Travis Dicke jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Demaio Farms & Ranches, Inc. jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey J. Graham on behalf of Defendant Kevin Manthey jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
Jeffrey R. Erler on behalf of Cross-Claimant DeCordova Cattle Company jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
Jeffrey R. Erler on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
Jennifer Watt on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
Jennifer Watt on behalf of Trustee James A. Knauer jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
Jerald I. Ancel on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
Jeremy S Rogers on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
Jessica E. Yates on behalf of Plaintiff Fredin Brothers, Inc. jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins Jill.Julian@usdoj.gov
Joe Lee Brown on behalf of Defendant Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
Joe T. Roberts, Hon. on behalf of Counter-Claimant Laurel Livestock Market, INC. jratty@windstream.net
John Huffaker on behalf of Creditor Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
John Huffaker on behalf of Plaintiff Friona Industries, LP john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
John David Hoover on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
John David Hoover on behalf of Special Counsel Hoover Hull LLP jdhoover@hooverhull.com
John Frederick Massouh on behalf of Defendant Rufenacht Commodities, Inc. john.massouh@sprouselaw.com
John Frederick Massouh on behalf of Counter-Defendant Friona Industries, LP john.massouh@sprouselaw.com
John Frederick Massouh on behalf of Counter-Defendant Friona Industries, L.P. john.massouh@sprouselaw.com
John Frederick Massouh on behalf of Plaintiff Friona Industries, LP john.massouh@sprouselaw.com
John Frederick Massouh on behalf of Creditor Friona Industries, LP john.massouh@sprouselaw.com
John Frederick Massouh on behalf of Defendant Robert Rufenacht john.massouh@sprouselaw.com
John Frederick Massouh on behalf of Counter-Defendant Cactus Growers, Inc. john.massouh@sprouselaw.com
John Frederick Massouh on behalf of Third Party Defendant Friona Industries, L.P. john.massouh@sprouselaw.com
John Hunt Lovell on behalf of Creditor Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell on behalf of Third Party Plaintiff Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell on behalf of Third Party Defendant Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell on behalf of Counter-Defendant Friona Industries, LP john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell on behalf of Plaintiff Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell on behalf of Cross Defendant Cactus Growers, Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John M. Rogers on behalf of Plaintiff Superior Livestock Auction, Inc. johnr@rubin-levin.net, susan@rubin-levin.net
John M. Rogers on behalf of Petitioning Creditor Superior Livestock Auction, Inc. johnr@rubin-levin.net, susan@rubin-levin.net
John M. Rogers on behalf of Creditor Joplin Regional Stockyards johnr@rubin-levin.net, susan@rubin-levin.net
John M. Rogers on behalf of Cross Defendant Superior Livestock Auction, Inc. johnr@rubin-levin.net, susan@rubin-levin.net
John M. Rogers on behalf of Cross Defendant Joplin Regional Stockyards, Inc. johnr@rubin-levin.net, susan@rubin-levin.net
John M. Thompson on behalf of Creditor Heritage Feeders LP john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
John R. Burns, III on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
John R. Burns, III on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
John R. Carr, III on behalf of Creditor First Bank and Trust Company, The jrciii@acs-law.com, sfinnerty@acs-law.com
John R. Carr, III on behalf of Intervenor The First Bank and Trust Company jrciii@acs-law.com, sfinnerty@acs-law.com
John W Ames on behalf of Cross Defendant Superior Livestock Auction, Inc. james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Defendant Superior Livestock Auction james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Petitioning Creditor Southeast Livestock Exchange LLC james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Plaintiff Superior Livestock Auction, Inc. james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Creditor Joplin Regional Stockyards james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Creditor Ron P. Reed james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Petitioning Creditor Moseley Cattle Auction, LLC james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Cross Defendant Joplin Regional Stockyards, Inc. james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
John W Ames on behalf of Petitioning Creditor Superior Livestock Auction, Inc. james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Joseph H Rogers, III on behalf of Defendant Robert Nichols jrogers@millerdollarhide.com, cdow@millerdollarhide.com
Joseph H Rogers, III on behalf of Defendant Jane Nichols jrogers@millerdollarhide.com, cdow@millerdollarhide.com
Joseph H Rogers, III on behalf of Defendant Nichols Livestock jrogers@millerdollarhide.com, cdow@millerdollarhide.com
Joshua Elliott Clubb on behalf of Defendant Tim White joshclubb@gmail.com
Joshua Elliott Clubb on behalf of Other Professional Kentucky Cattlemen's Association joshclubb@gmail.com
Joshua N. Stine on behalf of Cross Defendant Fifth Third Bank, N.A. kabritt@vorys.com
Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank, N.A. kabritt@vorys.com
Joshua N. Stine on behalf of Defendant Fifth Third Bank kabritt@vorys.com
Joshua N. Stine on behalf of Creditor Fifth Third Bank kabritt@vorys.com
Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank kabritt@vorys.com
Judy Hamilton Morse on behalf of Creditor Heritage Feeders LP judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Karen L. Lobring on behalf of Creditor Deere & Company lobring@msn.com
Karen L. Lobring on behalf of Creditor FPC Financial, f.s.b. lobring@msn.com
Kay Dee Baird on behalf of Defendant Janousek Farms, Inc. kbaird@kdlegal.com, pdidandeh@kdlegal.com
Kay Dee Baird on behalf of Defendant Jt Nuckols kbaird@kdlegal.com, pdidandeh@kdlegal.com
Kayla D. Britton on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Kelly Greene McConnell on behalf of Creditor AB Livestock, LLC lisahughes@givenspursley.com
Kelly Greene McConnell on behalf of Creditor Supreme Cattle Feeders, L.L.C. lisahughes@givenspursley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kent A Britt on behalf of Counter-Defendant Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kent A Britt on behalf of Defendant Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kent A Britt on behalf of Counter-Defendant Fifth Third Bank, N.A. kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kent A Britt on behalf of Creditor Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kent A Britt on behalf of Cross Defendant Fifth Third Bank, N.A. kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kent A Britt on behalf of Cross Defendant Fifth Third Bank kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kevin J. Mitchell on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Kevin M. Toner on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Member Debtor Okie Farms, L.L.C. kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Counter-Claimant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Third Party Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Plaintiff Okie Farms, L.L.C. kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kevin M. Toner on behalf of Counter-Claimant James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
Kim Martin Lewis on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
Kirk Crutcher on behalf of Counter-Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
Kirk Crutcher on behalf of Cross Defendant Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
Kirk Crutcher on behalf of Creditor Gene Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
Laura Day 10DelCotto on behalf of Creditor East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Defendant Fort Payne Stockyards ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Blue Grass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Petitioning Creditor Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Bluegrass Stockyards of Campbellsville, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Defendant Amos Kropf ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Counter-Defendant Bluegrass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Third Party Defendant Bluegrass Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Bluegrass South Livestock Market, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant East Tennessee Live Stock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Bluegrass Stockyards of Campbellsville, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Third Party Defendant Bluegrass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Laura Day 10DelCotto on behalf of Third Party Defendant Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Intervenor Bluegrass South Livestock Market, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant East Tennessee Live Stock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Piedmont Livestock, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Blue Grass Stockyards East, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Third Party Defendant Bluegrass Stockyards East, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Bluegrass-Maysville Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Third Party Defendant Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Defendant Jeremy Coffey ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Bluegrass Stockyards East, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Intervenor Bluegrass Stockyards East, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Petitioning Creditor Southeast Livestock Exchange LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Special Counsel Delcotto Law Group PLLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Blue Grass Maysville Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Blue Grass South Livestock Market, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Bluegrass-Maysville Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Blue Grass Stockyards of Campbellsville, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Third Party Defendant East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor First Bank and Trust Company, The ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Defendant B&B Land and Livestock ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Creditor Alton Darnell ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Intervenor Bluegrass-Maysville Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Defendant Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Intervenor Bluegrass Stockyards of Campbellsville, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Alton Darnell ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Bluegrass Stockyards East, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross-Claimant Bluegrass South Livestock Market, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Defendant Mike Bradbury ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Third Party Defendant Piedmont Livestock, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Laura Day 10DelCotto on behalf of Cross Defendant Alton Darnell ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County courtmail@fbhlaw.net
Mark A. Robinson on behalf of Defendant Atkinson Livestock Market, LLC mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Defendant Ganado, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Plaintiff Friona Industries, LP mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Creditor Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Defendant Brian Witt mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Intervenor J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Creditor J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Plaintiff Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Creditor Friona Industries, LP mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Mark A. Robinson on behalf of Third Party Plaintiff Cactus Growers, Inc. mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Martha R. Lehman on behalf of Defendant Jt Nuckols mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
Martha R. Lehman on behalf of Defendant Janousek Farms, Inc. mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
Matthew Daniel Neumann on behalf of Defendant Bill Eberle mneumann@hhclaw.com
Matthew J. Ochs on behalf of Creditor Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
Matthew J. Ochs on behalf of Defendant Peoples Bank kim.maynes@moyewhite.com
Matthew R. Strzynski on behalf of Defendant Jt Nuckols mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank, N.A. msgiberson@vorys.com
Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank msgiberson@vorys.com
Melissa S. Giberson on behalf of Third Party Defendant Fifth Third Bank msgiberson@vorys.com
Melissa S. Giberson on behalf of Cross Defendant Fifth Third Bank, N.A. msgiberson@vorys.com
Melissa S. Giberson on behalf of Creditor Fifth Third Bank msgiberson@vorys.com
Melissa S. Giberson on behalf of Defendant Fifth Third Bank msgiberson@vorys.com
Melissa S. Giberson on behalf of Cross Defendant Fifth Third Bank msgiberson@vorys.com
Meredith R. Thomas on behalf of Other Professional Kathryn Pry mthomas@daleeke.com
Michael Benton Willey on behalf of Creditor Tennessee Department of Revenue michael.willey@ag.tn.gov
Michael W. McClain on behalf of Cross Defendant Grant P. Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael W. McClain on behalf of Defendant John F. Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael W. McClain on behalf of Cross Defendant Matthew Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael W. McClain on behalf of Cross Defendant Patrick Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael W. McClain on behalf of Cross Defendant Mary Kathryn Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael W. McClain on behalf of Cross Defendant Anna Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael W. McClain on behalf of Creditor Grant Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael W. McClain on behalf of Cross Defendant Amanda Gibson mike@kentuckytrial.com, laura@kentuckytrial.com
Michael Wayne Oyler on behalf of Creditor Your Community Bank moyler@rwsvlaw.com
Natalie Donahue Montell on behalf of Defendant Chad Schuchmann nmontell@bgdlegal.com
Paul M. Hoffmann on behalf of Defendant ADM Investor Services, Inc. phoffmann@stinson.com
Peter M Gannott on behalf of Other Professional Laurel Livestock Market Inc. pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
Peter M Gannott on behalf of Counter-Claimant Laurel Livestock Market, INC. pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
Randall D. LaTour on behalf of Cross Defendant Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
Randall D. LaTour on behalf of Cross Defendant Fifth Third Bank, N.A. RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
Randall D. LaTour on behalf of Third Party Defendant Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
Randall D. LaTour on behalf of Cross-Claimant Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
Randall D. LaTour on behalf of Defendant Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank, N.A. RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Randall D. LaTour on behalf of Creditor Fifth Third Bank RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
Robert A. Bell, Jr on behalf of Cross Defendant Fifth Third Bank, N.A. rabell@vorys.com, dmchilelli@vorys.com
Robert A. Bell, Jr on behalf of Counter-Defendant Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
Robert A. Bell, Jr on behalf of Creditor Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
Robert A. Bell, Jr on behalf of Counter-Defendant Fifth Third Bank, N.A. rabell@vorys.com, dmchilelli@vorys.com
Robert A. Bell, Jr on behalf of Cross Defendant Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
Robert A. Bell, Jr on behalf of Defendant Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
Robert A. Bell, Jr on behalf of Cross-Claimant Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
Robert A. Bell, Jr on behalf of Third Party Defendant Fifth Third Bank rabell@vorys.com, dmchilelli@vorys.com
Robert H. Foree on behalf of Other Professional Kentucky Cattlemen’s Association robertforee@bellsouth.net
Robert H. Foree on behalf of Creditor Kentucky Cattlemen’s Association robertforee@bellsouth.net
Robert K Stanley on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
Robert K Stanley on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
Robert K Stanley on behalf of Defendant Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
Robert K Stanley on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
Ross A. Plourde on behalf of Defendant William Bush ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Defendant Stockman Oklahoma Livestock Marketing, Inc. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Creditor Crumpler Bros. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Third Party Defendant William Bush ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Third Party Defendant Stockholm Oklahoma Livestock Marketing, Inc. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Creditor Stockman Oklahoma Livestock Marketing, Inc. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Third Party Defendant Stockman Oklahoma Livestock Marketing, Inc. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Creditor The Bank of Kremlin ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Ross A. Plourde on behalf of Creditor Brent Kuehny ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Sandra D. Freeburger on behalf of Creditor Gibson Farms. LLC sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
Sandra D. Freeburger on behalf of Creditor Estate of John S. Gibson, Anna Gayle Gibson, Execu sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
Scott R Leisz on behalf of Defendant Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com, disom@bgdlegal.com
Sean T. White on behalf of Special Counsel Hoover Hull LLP swhite@hooverhull.com, vwilliams@hooverhull.com
Sean T. White on behalf of Trustee James A. Knauer swhite@hooverhull.com, vwilliams@hooverhull.com
Shawna M Eikenberry on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Shawna M Eikenberry on behalf of Plaintiff James A. Knauer, Trustee shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Shawna M Eikenberry on behalf of Intervenor James A. Knauer, Trustee shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Shawna M Eikenberry on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Shawna M Eikenberry on behalf of Cross Defendant James A. Knauer, Trustee shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Shawna M Eikenberry on behalf of Counter-Claimant James A. Knauer shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Shiv Ghuman O’Neill on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Shiv Ghuman O’Neill on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Stephen A. Weigand on behalf of Creditor First Bank and Trust Company, The sweigand@ficlaw.com
Stephen A. Weigand on behalf of Intervenor The First Bank and Trust Company sweigand@ficlaw.com
Stephen E. Schilling on behalf of Defendant E4 Cattle Company, LLC seschilling@strausstroy.com
Stephen E. Schilling on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
Steven A. Brehm on behalf of Cross Defendant Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Steven A. Brehm on behalf of Cross Defendant Superior Livestock Auction, Inc. sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm on behalf of Plaintiff Superior Livestock Auction, Inc. sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm on behalf of Petitioning Creditor Superior Livestock Auction, Inc. sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm on behalf of Defendant Superior Livestock Auction sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm on behalf of Defendant Hohenberger Cattle sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven Eric Runyan on behalf of Plaintiff James A. Knauer, Trustee ser@kgrlaw.com
T. Kent Barber on behalf of Creditor Blue Grass Stockyards of Richmond, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
T. Kent Barber on behalf of Creditor Blue Grass South Livestock Market, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
T. Kent Barber on behalf of Creditor Blue Grass Stockyards East, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
T. Kent Barber on behalf of Creditor Blue Grass Stockyards of Campbellsville, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
T. Kent Barber on behalf of Creditor Blue Grass Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
T. Kent Barber on behalf of Creditor Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
Terrill K. Moffett on behalf of Defendant Rex Mooney kendalcantrell@moffettlaw.com
Terry E. Hall on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Terry E. Hall on behalf of Counter-Claimant James A. Knauer terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Terry E. Hall on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Terry E. Hall on behalf of Trustee James A. Knauer terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Theodore A Konstantinopoulos on behalf of Creditor General Electric Capital Corporation ndohbky@jbandr.com
Thomas C Scherer on behalf of Creditor Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
Thomas P Glass on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
Thomas P Glass on behalf of Defendant E4 Cattle Company, LLC tpglass@strausstroy.com
Timothy T. Pridmore on behalf of Creditor Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno tjohnston@mcjllp.com
Todd J. Johnston on behalf of Creditor Gabriel Moreno tjohnston@mcjllp.com
Trevor L. Earl on behalf of Creditor Your Community Bank tearl@rwsvlaw.com
U.S. Trustee ustpregion10.in.ecf@usdoj.gov
Walter Scott Newbern, III on behalf of Creditor Okeechobee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Alabama Livestock Auction, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Matt Eller wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Ron Sizemore Trucking, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Alabama Livestock Auction, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Third Party Defendant CPC Livestock, LLC wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Edward J. Edens, IV wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Sumter County Farmer's Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor North Florida Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Cattlemen's Livestock Market wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Athens Stockyard, LLC wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Glen Franklin Cattle Company, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Cattlemen's Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Okeechobee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Peoples Livestock Auction, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor First Bank and Trust Company, The wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Hardee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Clark Christensen wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Edward Strickland wsnewbern@msn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Walter Scott Newbern, III on behalf of Defendant Ashville Stockyard, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Ocala Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Ocala Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Vernon Inman, I wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Columbia Livestock Market of Lake City, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Ernest Elder wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Tennessee Valley Livestock wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant James Byrd wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Sumter County Farmers Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant North Florida Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Billingsley Auction Sale, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor North Florida Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Sumter County Farmer's Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Ronald Sizemore Trucking, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Plaintiff Rush Creek Ranch, LLP wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Madison County Livestock Market, Inc. d/b/a Townse wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Carroll County Livestock Sales Barn, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor E4 Cattle Co., LLC wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Cattlemen's Livestock Market wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant E4 Cattle Company, LLC wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Cattlemen's Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Sumter County Farmer's Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Eagle Bay, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Columbia Livestock Market of Lake City, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant North Florida Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Townsend Livestock Market wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Strickland Farms wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Oak Lake Cattle Co. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Madison County Livestock Market, Inc. d/b/a Townse wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Billingsley Auction Sale, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Tom Freeman wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Vernon Inman, II wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Hardee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Columbia Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Glen Franklin wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Robert Rawls d/b/a Robert Rawls Livestock wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Eagle Bay, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Okeechobee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Columbia Livestock Market of Lake City, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Arcadia Stockyard wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Sealy And Sons Livestock, LLP wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Florida Association Livestock Markets wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Hardee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Ashville Stockyard, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Ocala Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Arcadia Stockyard wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Matt Eller wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Arcadia Stockyard wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Peoples Livestock Auction, Inc. wsnewbern@msn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Walter Scott Newbern, III on behalf of Cross Defendant CPC Livestock, LLC wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Carroll Co L/S Sale Barn, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Ron Sizemore Trucking, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Macon Stockyards, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor CPC Livestock, LLC wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant 2Z Cattle Company wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Edward Strickland wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant James Byrd wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Arcadia Stockyard wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Okeechobee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Tennessee Valley Livestock wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Edward Strickland wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Hardee Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Ocala Livestock Market, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Cross Defendant Townsend Livestock Market wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Robert Rawls Livestock wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Ronald Sizemore Trucking, Inc. wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Creditor Clark Christensen wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Defendant Macon Stockyard wsnewbern@msn.com
Walter Scott Newbern, III on behalf of Intervenor Oak Lake Cattle Co. wsnewbern@msn.com
Wendy W Ponader on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Wendy W Ponader on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
William E Smith, III on behalf of Defendant Tulsa Stockyards wsmith@k-glaw.com, pballard@k-glaw.com
William E Smith, III on behalf of Defendant South Coffeyville Stockyards wsmith@k-glaw.com, pballard@k-glaw.com
William E Smith, III on behalf of Creditor Coffeyville Livestock Market, LLC wsmith@k-glaw.com, pballard@k-glaw.com
William K. Flynn on behalf of Defendant E4 Cattle Company, LLC wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William K. Flynn on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William K. Flynn on behalf of Defendant Chad Houck wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William Robert Meyer, II on behalf of Defendant Monty Larry Koller rmeyer@stites.com
William Robert Meyer, II on behalf of Defendant Intrust Bank, NA rmeyer@stites.com
William Robert Meyer, II on behalf of Creditor Republic Bank and Trust Company rmeyer@stites.com
William Robert Meyer, II on behalf of Defendant Todd Rosenbaum rmeyer@stites.com

TOTAL: 638

**SO ORDERED: May 8, 2013.**

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,
Debtor(s).

Case No. **10−93904−BHL−11**

# ORDER

A(n) Agreed Entry was filed on May 8, 2013, by Trustee James A. Knauer.

**IT IS ORDERED** that the Agreed Entry is **APPROVED**.

The Clerk's Office will distribute this order.

###