**SO ORDERED: May 13, 2013.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING AMENDED AGREED MOTION TO APPROVE STIPULATION
RESOLVING CLAIMS OF PEOPLES BANK OF
<u>COLDWATER KANSAS AND JAMES H. BRASS</u>**

This matter is before the Court on the *Amended Agreed Motion to Approve Stipulation Resolving Claims of Peoples Bank of Coldwater Kansas and James H. Brass* ("<u>Motion</u>") (Docket No. 2119) filed by James A. Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC (the "<u>Trustee</u>"), Peoples Bank of Coldwater Kansas ("<u>Peoples Bank</u>") and James H. Brass ("<u>Brass</u>" and together with the Trustee and Peoples Bank, the "<u>Parties</u>").  The Motion seeks approval of the Stipulation Resolving Claims of Peoples Bank of Coldwater Kansas and James H. Brass (the "<u>Agreed Entry</u>") attached as <u>Exhibit A</u> to the Motion.  The Court, having reviewed the Motion and the Stipulation, and being otherwise duly advised, now GRANTS the motion and

APPROVES the Stipulation, it appearing to the Court that the request has been made for good cause. Accordingly,

IT IS HEREBY ORDERED that the Motion is granted and the Stipulation is approved.

###