**SO ORDERED: May 13, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH WILLIE DOWNS AND WILLIE DOWNS LIVESTOCK, INC.

This matter is before the Court on the *Trustee's Motion to Approve Compromise of Controversy Among Eastern Livestock Co., LLC, Willie Downs and Willie Downs Livestock, Inc.* [Dkt. No. 2057] ("Settlement Motion").  On April 18, 2013, notice was given that objections to the Settlement Motion were due by May 9, 2013. [Dkt. No. 2058]  The Court, having considered the Settlement Motion and having found that no objection was filed to the Settlement Motion after adequate notice and opportunity was provided, and being duly advised in the premises, now finds that the proposed settlement (i) is in the best interests of the estate; (ii) provides tangible benefits to the estate and its creditors; and (iii) should be approved.

Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that the compromise set forth in the Settlement Agreement identified as Exhibit 1 to the Trustee's Settlement Motion is hereby APPROVED. Trustee James A. Knauer is authorized to take those actions necessary to close the settlement and to perform the obligations the Settlement Agreement requires.

###