UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| DEBTOR ) | |

**APPEARANCE**

Comes now Niccole R. Sadowski, of Tucker Hester Baker & Krebs, LLC and enters her appearance in the above-entitled bankruptcy proceeding on behalf of Capitol Indemnity Corporation, a creditor herein.

Respectfully submitted,
TUCKER HESTER BAKER & KREBS

Attorneys for Creditor

By: */s/ Niccole Sadowski*
Niccole Sadowski
TUCKER HESTER BAKER & KREBS, LLC
Regions Tower / Suite 1600
One Indiana Square
Indianapolis, IN 46204
Tel: (317) 608-1123
Fax: (317) 833-3031
Email: nsadowski@thbklaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Laura Day 10DelCotto<br>Ldelcotto2dlgfirm.com | David L. Abt<br>davidabt@mwt.net |
| Amelia Martin Adams<br>aadams@dlgfirm.com | John W. Ames<br>james@bgdlegal.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Kay Dee Baird<br>kbaird@kdlegal.com |
| T. Kent Baird<br>kbarber@dlgfirm.com | Robert A. Bell<br>rabell@vorys.com |
| C.R. Bowles<br>cbowles@bgdlegal.com | David W. Brangers<br>dbrangers@lawyer.com |
| Steven A. Brehm<br>sbrehm@bgdlegal.com | Kent A. Britt<br>kabritt@vorys.com |
| Kayla D. Britton<br>Kayla.britton@baegrebd.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant<br>courtmail@bfhlaw.net | John R. Burns<br>john.burns@faegrebd.com |
| James M. Carr<br>jim.carr@faegrebd.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Ben T. Caughey<br>ben.caughey@icemiller.com | Bret S. Clement<br>bclement@acs-law.com |
| Joshua Elliott Clubb<br>joshclubb@gmail.com | Jason W. Cottrell<br>jwc@stuartlaw.com |
| Kirk Crutcher<br>kcrutcher@mcs-law.com | Jack S Dawson<br>jdawson@millerdollarhide.com |
| Dustin R. DeNeal<br>dustin.deneal@faegrebd.com | David Alan Domina<br>dad@dominalaw.com |

Daniel J. Donnellon
ddonnellon@ficlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com

William K. Flynn
wkflynn@strausstroy.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Melissa S. Giberson
msgiberson@vorys.com

Jeffrey J. Graham
jgraham@taftlaw.com

Paul M. Hoffmann
phoffmann@stinson.com

John Huffaker
john.huffaker@sprouselaw.com

Jay Jaffe
jay.jaffe@faegrebd.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King
tking@fbtlaw.com

Erick P Knoblock
eknoblock@daleeke.com

Randall D. LaTour
RDLatour@vorys.com

Martha R. Lehman
mlehman@kdlegal.com

Elliott D. Levin
edl@rubin-levin.net

Trevor L. Earl
tearl@rwsvlaw.com

Jeffrey R. Erler
jerler@ghjhlaw.com

Robert H. Foree
robertforee@bellsouth.net

Peter M Gannott
pgannott@gannottlaw.com

Thomas P Glass
tpglass@strausstroy.com

Terry E. Hall
terry.hall@faegrebd.com

John David Hoover
jdhoover@hooverhull.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

James Bryan Johnston
bjtexas59@hotmail.com

Jay P. Kennedy
jpk@kgrlaw.com

James A. Knauer
jak@kgrlaw.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

David L. LeBas
dlebas@namanhowell.com

Scott R Leisz
sleisz@bgdlegal.com

Kim Martin Lewis
kim.lewis@dinslaw.com

James B. Lind
jblind@vorys.com

John Hunt Lovell
john@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Brian H Meldrum
bmeldrum@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Natalie Donahue Montell
nmontell@bgdlegal.com

Allen Morris
amorris@stites.com

Erin Casey Nave
enave@taftlaw.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Wendy W Ponader
wendy.ponader@faegrebd.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric W. Richardson
ewrichardson@vorys.com

Karen L. Lobring
lobring@msn.com

Harmony A Mappes
harmony.mappes@faegrebd.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

William Robert Meyer
rmeyer@stites.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Brian Robert Pollock
bpollock@stites.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Eric C Redman
ksmith@redmanludwig.com

Joe T. Roberts
jratty@windstream.net

| | |
|---|---|
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com |
| John M. Rogers<br>johnr@rubin-levin.net | Joseph H Rogers<br>jrogers@millerdollarhide.com |
| James E Rossow<br>jim@rubin-levin.net | Steven Eric Runyan<br>ser@kgrlaw.com |
| Thomas C Scherer<br>tscherer@bgdlegal.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Ivana B. Shallcross<br>ishallcross@bgdlegal.com | James E. Smith<br>jsmith@smithakins.com |
| William E Smith<br>wsmith@k-glaw.com | Amanda Dalton Stafford<br>ads@kgrlaw.com |
| Robert K Stanley<br>robert.stanley@FaegreBD.com | Joshua N. Stine<br>kabritt@vorys.com |
| Andrew D Stosberg<br>astosberg@lloydmc.com | Matthew R. Strzynski<br>mstrzynski@kdlegal.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Kevin M. Toner<br>kevin.toner@faegrebd.com | Christopher M. Trapp<br>ctrapp@rubin-levin.net |
| Chrisandrea L. Turner<br>clturner@stites.com | U.S. Trustee<br>Ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver<br>avandiver@aswdlaw.com | |

    The undersigned further certifies that on May 13, 2013, a copy of the foregoing was sent to the following by: (a) mailed by first-class U.S. mail, postage prepaid, and properly addressed:

**Bob's Auto, Inc.**
**d/b/a Bob's Auto Supply**
PO Box 419
Edmonton, KY 42129

**Bovine Medical Associates, LLC**
1500 Soper Road
Carlisle, KY 40311

**Ike's Trucking, Inc.**
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA 24224

**David M Jones**
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

**James Kilroy**
Snell & Wilmer LLP
1200 17th Ste. 1900
Denver, CO 80202

**Justice B King**
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth St
PO Box 949
Topeka, KS 66601-0949

**Bryan K Nowicki**
Reinhart Boerner Van Deuren s.c.
22 E Mifflin St., Ste 600
Madison, WI 53703

**Mark A Rondeau**
1321 Main Suite 300
P O Drawer 1110
Great Bend, KS 67530

**Ashley S Rusher**
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

**Ann Ustad Smith**
Michael Best & Friedrich
1 S Pinckney St., #900
PO Box 1806
Madison, WI 53701

**Adam R Burrus**
Fleeson Gooing Coulson & Kitch LLC
301 N Main, Suite 1900
Wichita, KS 67202

**Ron C Campbell**
Fleeson, Gooing, Coulson & Kitch
125 N Market St, St. 1600
PO Box 997
Wichita, KS 67201

**Eastern Livestock Co., LLC**
135 W. Market Street
New Albany, IN 47150

**Thomas J Lasater**
301 N Main, Ste. 1900
PO Box 997
Wichita, KS 67201

**David A. Layson**
102 North Capitol Avenue
Corydon, IN 47112

**Michael Wade Loula**
Rt. 1, Box 50
Colony, OK 73021-9631

**Terry L Malone**
Martin, Pringle, Oliver,Wallace & Swartz LLP
100 North Broadway, Ste. 500
Wichita, KS 67202

**Philip Martin**
6853 Fairview Rd
Cookeville, TN 38501-9715

| | |
|---|---|
| **Southeastern Livestock Network LLC**<br>176 Pasadena Drive<br>Lexington, KY 40503 | **National Cattlemen's Beef Association**<br>Alice Devine<br>Devine & Donley, LLC<br>534 S KS Ave., Suite 1420<br>Topeka, KA 66603 |
| **Tennessee Livestock Producers, Inc.**<br>P.O. Box 313<br>Columbia, TN 38402 | **W. Scott Newbern**<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 |
| **Alex R Voils**<br>PO Box 640<br>Zionsville, IN 46077 | |

       */s/ Niccole Sadowski*
Niccole Sadowski
TUCKER HESTER BAKER & KREBS, LLC
Regions Tower / Suite 1600
One Indiana Square
Indianapolis, IN  46204
Tel: (317) 608-1123
Fax: (317) 833-3031
Email: nsadowski@thbklaw.com