UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC ) | |
| ) | |
| DEBTOR ) | |

### RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM NO. 42

Comes now Capitol Indemnity Corporation ("CIC"), by counsel, and respectfully shows the court as follows:

1. On or about the 19th day of April, 2013, the Trustee filed his Objection to Claim 42 and Notice of Response Deadline (the "Objection"); Doc. No. 2096.

2. Pursuant to the terms of the Objection, any Response is to be filed within thirty (30) days of service (the "Response Deadline").

3. CIC respectfully submits this Response within the time frame called for in the Response Deadline.

4. CIC has an unsecured claim (Claim # 42) in this proceeding in the sum of $875,000.00 ("Claim") on account of CIC's funding of certain bond obligations, in full, for bond XXX636 issued on Debtor's behalf ("Bond"). A copy of the Bond was submitted as a part of CIC's Claim.

5. Debtor was a cattle brokerage company, and the Bond was issued on Debtor's behalf pursuant to the Packers and Stockyards Act. The revised penal amount of the Bond was $875,000.00.

6. Immediately prior to the filing of above captioned bankruptcy case ("Case"), Debtor purchased cattle from multiple cattle producers ("Producers") with checks drawn on

Debtor's bank account ("Account"). Debtor did not have sufficient funds in its Account to fund these checks ("NSF Checks") and the NSF Checks were returned to the Producers, unfunded. Therefore, Debtor received the cattle from the Producers, and, in return, these Producers, who should have been paid for their cattle, received nothing, because of the NSF Checks. As a result of the NSF Checks, the Producers became unsecured creditors of Debtor herein ("Producers Claims").

7. Shortly after issuing the NSF Checks, Debtor ceased operations and did not repay the NSF Checks. Primarily because of these specific events, the USDA Grain Inspection, Packers and Stockyards Administration ("USDA") made demand on CIC for payment of the Bond ("Demand").

8. As a result of the Demand, CIC was required to pay the full penal amount of the Bond, which was in the amount of $875,000.00 ("Payment"). With this Payment, CIC fulfilled its obligations pursuant to the Bond, and there are no further amounts due and owing or which may be collected from CIC pursuant to the Bond.

9. The Trustee of Debtor herein, Mr. James Knauer, was also appointed as the trustee for the Bond by the USDA. Therefore, CIC made the Payment to the Trustee, in his capacity as trustee for the Bond. The Trustee then disbursed or will disburse CIC's Payment directly to the Producers for payment of the Producers Claims in this Case.

10. As a result of the Payment, CIC paid its obligation on the Bond, in full, and is no longer a co-debtor with Debtor herein.

11. The only amount included in CIC's Claim is the Bond Payment in the amount of $875,000.00.

12. Pursuant to 11 USC § 509, CIC's Claim should be allowed. 11 USC § 509(a) states as follows, "Except as provided in subsection (b) or (c) of this section, an entity that is liable with the debtor on, or that has secured, a claim of a creditor against the debtor, and that pays such claim, is subrogated to the rights of such creditor to the extent of such payment."

13. CIC has paid all amounts due and owing pursuant to the Bond. Based on this section of the Bankruptcy Code, CIC is entitled to be subrogated to the rights of the Producers, in the amount of CIC's Bond Payment made to the Trustee towards the Producers Claims. Under § 509(a), CIC now stands in the shoes of these Producers and may assert an unsecured claim herein in the amount of $875,000.00. The Producers would have been unsecured creditors of Debtor, and, as such, CIC is an unsecured creditor of Debtor as stated in its Claim.

14. In the Objection, the Trustee primarily argues, pursuant to 11 USC § 509(c), that because the entire class of unsecured creditors in this Case will not be paid, in full, CIC's Claim should be subordinated to all the unsecured creditors herein. (Objection ¶ 11.) There is <u>nothing</u> in 11 USC § 509 that requires all unsecured creditors to be paid, in full, before CIC's Claim may be allowed, as is, and the Trustee has no basis to subordinate CIC's claim under § 509(c). In fact, to the contrary, § 509(a) specifically allows CIC to assert its Claim herein.

15. Moreover, as a result of CIC's Payment on the Bond, CIC has provided a considerable benefit to this estate in that the Payment made by CIC directly reduced the amount of claims made by other unsecured creditors of this Debtor, specifically, the Producers. If CIC's Claim were now subordinated to the unsecured creditors, the other unsecured creditors would receive far more than they would have received had CIC not paid the Bond Payment. As such, other unsecured creditors in this proceeding are not prejudiced by the allowance of CIC's Claim, but CIC will be prejudiced if its Claim is subordinated.

16.     Subordinating CIC's Claim is inequitable, contrary to the language of § 509, and contrary to the overall purpose of the Bankruptcy Code.  CIC paid the full amount due on to the Bond, and CIC is now entitled to its pro rata share due unsecured creditors in this Case.

17.     The Trustee also objects to CIC's Claim and requests it be reduced, "to the extent it has been reduced by payments from alternate sources."  (Objection ¶ 9.) While CIC acknowledges that it is pursuing other obligors, pursuant to an indemnification agreement ("Agreement"), for payment of the amount due CIC pursuant to its Claim, CIC has no reasonable expectation that its Claim will be satisfied or that anything but a small fraction of the Claim is likely to be recovered, pursuant to the Agreement.  Further, on information and belief, some of the other parties to the Agreement have been found guilty of crimes and incarcerated as a result of certain activities which lead to the filing of this bankruptcy case.  Such individuals are not likely to pay any amounts towards CIC's Claim. Others parties to the Agreement have no available funds to make any payment pursuant to the Agreement.

WHEREFORE, Capitol Indemnity Corporation, by counsel, respectfully submits its Response in opposition to the Trustee's Objection, requests that the Trustee's Objection be denied, that the unsecured claim of Capitol Indemnity Corporation be allowed as filed, and for all other relief just and proper in the premises.

Respectfully submitted,
TUCKER HESTER BAKER & KREBS

By: /s/ Christopher E. Baker
  Christopher E. Baker
  TUCKER HESTER BAKER & KREBS, LLC
  Regions Tower / Suite 1600
  One Indiana Square
  Indianapolis, IN  46204
  Tel: (317) 608-1123
  Fax: (317) 833-3031
  Email: cbaker@thbklaw.com


By: /s/ Niccole Sadowski
  Niccole Sadowski
  TUCKER HESTER BAKER & KREBS, LLC
  Regions Tower / Suite 1600
  One Indiana Square
  Indianapolis, IN  46204
  Tel: (317) 608-1123
  Fax: (317) 833-3031
  Email: nsadowski@thbklaw.com
  *Attorneys for Creditor Capital Indemnity Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Laura Day 10DelCotto<br>Ldelcotto2dlgfirm.com | David L. Abt<br>davidabt@mwt.net |
| Amelia Martin Adams<br>aadams@dlgfirm.com | John W. Ames<br>james @bgdlegal.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Kay Dee Baird<br>kbaird@kdlegal.com |
| T. Kent Baird<br>kbarber@dlgfirm.com | Robert A. Bell<br>rabell@vorys.com |
| C.R. Bowles<br>cbowles@bgdlegal.com | David W. Brangers<br>dbrangers@lawyer.com |
| Steven A. Brehm<br>sbrehm@bgdlegal.com | Kent A. Britt<br>kabritt@vorys.com |
| Kayla D. Britton<br>Kayla.britton@baegrebd.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant<br>courtmail@bfhlaw.net | John R. Burns<br>john.burns@faegrebd.com |
| James M. Carr<br>jim.carr@faegrebd.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Ben T. Caughey<br>ben.caughey@icemiller.com | Bret S. Clement<br>bclement@acs-law.com |
| Joshua Elliott Clubb<br>joshclubb@gmail.com | Jason W. Cottrell<br>jwc@stuartlaw.com |
| Kirk Crutcher<br>kcrutcher@mcs-law.com | Jack S Dawson<br>jdawson@millerdollarhide.com |
| Dustin R. DeNeal<br>dustin.deneal@faegrebd.com | David Alan Domina<br>dad@dominalaw.com |

Daniel J. Donnellon
ddonnellon@ficlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com

William K. Flynn
wkflynn@strausstroy.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Melissa S. Giberson
msgiberson@vorys.com

Jeffrey J. Graham
jgraham@taftlaw.com

Paul M. Hoffmann
phoffmann@stinson.com

John Huffaker
john.huffaker@sprouselaw.com

Jay Jaffe
jay.jaffe@faegrebd.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King
tking@fbtlaw.com

Erick P Knoblock
eknoblock@daleeke.com

Randall D. LaTour
RDLatour@vorys.com

Martha R. Lehman
mlehman@kdlegal.com

Elliott D. Levin
edl@rubin-levin.net

Trevor L. Earl
tearl@rwsvlaw.com

Jeffrey R. Erler
jerler@ghjhlaw.com

Robert H. Foree
robertforee@bellsouth.net

Peter M Gannott
pgannott@gannottlaw.com

Thomas P Glass
tpglass@strausstroy.com

Terry E. Hall
terry.hall@faegrebd.com

John David Hoover
jdhoover@hooverhull.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

James Bryan Johnston
bjtexas59@hotmail.com

Jay P. Kennedy
jpk@kgrlaw.com

James A. Knauer
jak@kgrlaw.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

David L. LeBas
dlebas@namanhowell.com

Scott R Leisz
sleisz@bgdlegal.com

Kim Martin Lewis
kim.lewis@dinslaw.com

James B. Lind
jblind@vorys.com

John Hunt Lovell
john@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Brian H Meldrum
bmeldrum@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Natalie Donahue Montell
nmontell@bgdlegal.com

Allen Morris
amorris@stites.com

Erin Casey Nave
enave@taftlaw.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Wendy W Ponader
wendy.ponader@faegrebd.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric W. Richardson
ewrichardson@vorys.com

Karen L. Lobring
lobring@msn.com

Harmony A Mappes
harmony.mappes@faegrebd.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

William Robert Meyer
rmeyer@stites.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Brian Robert Pollock
bpollock@stites.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Eric C Redman
ksmith@redmanludwig.com

Joe T. Roberts
jratty@windstream.net

| | |
|---|---|
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com |
| John M. Rogers<br>johnr@rubin-levin.net | Joseph H Rogers<br>jrogers@millerdollarhide.com |
| James E Rossow<br>jim@rubin-levin.net | Steven Eric Runyan<br>ser@kgrlaw.com |
| Thomas C Scherer<br>tscherer@bgdlegal.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Ivana B. Shallcross<br>ishallcross@bgdlegal.com | James E. Smith<br>jsmith@smithakins.com |
| William E Smith<br>wsmith@k-glaw.com | Amanda Dalton Stafford<br>ads@kgrlaw.com |
| Robert K Stanley<br>robert.stanley@FaegreBD.com | Joshua N. Stine<br>kabritt@vorys.com |
| Andrew D Stosberg<br>astosberg@lloydmc.com | Matthew R. Strzynski<br>mstrzynski@kdlegal.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Kevin M. Toner<br>kevin.toner@faegrebd.com | Christopher M. Trapp<br>ctrapp@rubin-levin.net |
| Chrisandrea L. Turner<br>clturner@stites.com | U.S. Trustee<br>Ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver<br>avandiver@aswdlaw.com | |

The undersigned further certifies that on May 13, 2013, a copy of the foregoing was sent to the following by: (a) mailed by first-class U.S. mail, postage prepaid, and properly addressed:

**Bob's Auto, Inc.**
**d/b/a Bob's Auto Supply**
PO Box 419
Edmonton, KY 42129

**Bovine Medical Associates, LLC**
1500 Soper Road
Carlisle, KY 40311

**Ike's Trucking, Inc.**
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA 24224

**David M Jones**
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

**James Kilroy**
Snell & Wilmer LLP
1200 17th Ste. 1900
Denver, CO 80202

**Justice B King**
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth St
PO Box 949
Topeka, KS 66601-0949

**Bryan K Nowicki**
Reinhart Boerner Van Deuren s.c.
22 E Mifflin St., Ste 600
Madison, WI 53703

**Mark A Rondeau**
1321 Main Suite 300
P O Drawer 1110
Great Bend, KS 67530

**Ashley S Rusher**
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

**Ann Ustad Smith**
Michael Best & Friedrich
1 S Pinckney St., #900
PO Box 1806
Madison, WI 53701

**Adam R Burrus**
Fleeson Gooing Coulson & Kitch LLC
301 N Main, Suite 1900
Wichita, KS 67202

**Ron C Campbell**
Fleeson, Gooing, Coulson & Kitch
125 N Market St, St. 1600
PO Box 997
Wichita, KS 67201

**Eastern Livestock Co., LLC**
135 W. Market Street
New Albany, IN 47150

**Thomas J Lasater**
301 N Main, Ste. 1900
PO Box 997
Wichita, KS 67201

**David A. Layson**
102 North Capitol Avenue
Corydon, IN 47112

**Michael Wade Loula**
Rt. 1, Box 50
Colony, OK 73021-9631

**Terry L Malone**
Martin, Pringle, Oliver,Wallace & Swartz LLP
100 North Broadway, Ste. 500
Wichita, KS 67202

**Philip Martin**
6853 Fairview Rd
Cookeville, TN 38501-9715

**Southeastern Livestock Network LLC**
176 Pasadena Drive
Lexington, KY 40503

**National Cattlemen's Beef Association**
Alice Devine
Devine & Donley, LLC
534 S KS Ave., Suite 1420
Topeka, KA 66603

**Tennessee Livestock Producers, Inc.**
P.O. Box 313
Columbia, TN 38402

**W. Scott Newbern**
W. Scott Newbern, P.L.
2982 E Giverny
Tallahassee, FL 32309

**Alex R Voils**
PO Box 640
Zionsville, IN 46077

       */s/ Christopher E. Baker*
Christopher E. Baker
TUCKER HESTER BAKER & KREBS, LLC
Regions Tower / Suite 1600
One Indiana Square
Indianapolis, IN  46204
Tel: (317) 608-1123
Fax: (317) 833-3031
Email: cbaker@thbklaw.com
*Attorney for Creditor Capital Indemnity Corp.*