# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MAY 13, 2013 01:25 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## *Matters:*

1) Status Hearing Re:   Objection to Claim for Phillip E. Martin (Claim No. 410) [1850] with a  Response to Objection to Claim for Phillip E. Martin (Claim No. 410), filed by Creditor Philip Martin   [1921]
   **R / M #:**    0 / 0

2) Status Hearing Re:   Objection to Claim for Upper Cumberland Shopper (Claim No. 417)  [1889] with a Letter/Correspondence dated 3/27/2013 from The Upper Cumberland Shopper, Inc. Re: objection to the dismissal of amounts owed [1919]
   **R / M #:**    0 / 0
   **VACATED:   Withdrawal of Objection to Claim filed on 5/9/13.**

3) Status Hearing Re:   Objection to Claim for Crumpler Bros (Claim No. 467)  [1805] with an  Response to Objection to Claim for Crumpler Bros (Claim No. 467), filed by Ross A. Plourde on behalf of Creditor Crumpler Bros  [1922]
   **R / M #:**    0 / 0

4) Status Hearing Re:   Objection to Claim for Billy Neat (Claim No. 75) [1855] with a Response to Objection to Claim for Billy Neat (Claim No. 75), filed by C. R. Bowles Jr on behalf of Petitioning Creditor Billy Neat  [1973]
   **R / M #:**    0 / 0
   **VACATED:   Agreed Entry filed on 5/8/13 - approved on 5/8/13.**

5) Status Hearing Re:   Objection to Claim for Dennis Neat (Claim No. 89) [ 1856] with a  Response to Objection to Claim for Dennis Neat (Claim No. 89), filed by C. R. Bowles Jr on behalf of Petitioning Creditor Dennis Neat [1974]
   **R / M #:**    0 / 0
   **VACATED:   Agreed Entry filed on 5/8/13 - approved on 5/8/13.**

6) Status Hearing Re:   Objection to Claim for Phillip Taylor Reed (Claim No. 355) [1865] with a  Response to Objection to Claim for Phillip Taylor Reed (Claim No. 355), filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed  [1985]
   **R / M #:**    0 / 0

7) Status Hearing Re:   Objection to Claim for Ron P. Reed (Claim No. 354) [1900]  with a  Response to Objection to Claim for Ron P. Reed (Claim No. 354), filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed  [1986]
   **R / M #:**    0 / 0

8) Hearing Re:   Amended Agreed Motion To Approve Agreement For Joint Prosecution And Shared Recovery Between Gibson Trustee And ELC Trustee Regarding Prosecution Of Claims Against Monty Koller filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [2119]
   **R / M #:**    0 / 0
   **VACATED:   No objections filed.  Motion granted.  Order entered on 5/10/13.**

9) Hearing Re:   Trustee's Motion To Stay Deadlines Regarding Certain Claim Objections filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [2124]
   **R / M #:**    0 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11            MONDAY, MAY 13, 2013 01:25 PM

10) Hearing Re:  Motion for Authority Motion To Approve Agreement For Joint Prosecution And Shared Recovery Between Gibson Trustee And ELC Trustee Regarding Prosecution Of Claims Against Monty Koller filed by Dustin R. DeNeal on behalf of Trustee James A. Knauer [2052]  with a Supplemental Objection to Motion for Authority to Approve Agreement for Joint Prosecution and Shared Recovery Between Gibson Trustee and ELC Trustee Regarding Prosecution of Claims Against Monty Koller filed by Brian H Meldrum on behalf of Creditor Monty Koller  [2142]
   R / M #:    0 / 0

*Appearances:*

    JAY P. KENNEDY, ATTORNEY FOR JAMES A. KNAUER
    JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
    WENDY W PONADER/KAYLA BRITTON, ATTORNEY FOR JAMES A. KNAUER
    DUSTIN R. DENEAL, ATTORNEY FOR JAMES A. KNAUER
    KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
    CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
    RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
    NATALIE MONTELL, ATTORNEY FOR GARY S. BELL, GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RANDY HOOVER & SON, LLC, RON P. REED
    BRIAN H MELDRUM, ATTORNEY FOR INTRUST BANK, NA, MONTY KOLLER
    ROSS A. PLOURDE, ATTORNEY FOR BRENT KUEHNY, CRUMPLER BROS., STOCKMAN OKLAHOMA LIVESTOCK MARKETING, I, THE BANK OF KREMLIN
    AMELIA MARTIN ADAMS, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...    10-93904-BHL-11                MONDAY, MAY 13, 2013 01:25 PM

## *Proceedings:*

*Disposition: Telephone Conference held.
(1) Agreed Entry to be filed.
(2) VACATED: Withdrawal of Objection to Claim filed on 5/9/13.
(3)  Matter continued to Telephonic Status Hearing on 6/24/13 @ 1:30 p.m. (Eastern).  Dial in number for the 6/24/13 date is: 1-888-399-7768  Participant code:  586676#.
(4, 5) VACATED:  Agreed Entry filed on 5/8/13 - approved on 5/8/13.
(6,7)  Matter continued to Telephonic Status Hearing on 6/24/13 @ 1:30 p.m. (Eastern).  Dial in number for the 6/24/13 date is: 1-888-399-7768  Participant code:  586676#.
(8) VACATED:  No objections filed.  Motion Granted.  Order entered on 5/10/13.
(9) Motion Granted.  Order to be submitted by DeNeal.
(10) Agreement reached.  Toner to submit agreement.

NOTE:  Future omnibus hearing dates:
6/24/13 @ 1:30 p.m. (Eastern) in Room 103, New Albany.
8/19/13 @ 1:30 p.m. (Eastern) in Room 103, New Albany.
Telephonic participation will be permitted for both hearing dates.  Dial in number for each omnibus hearing date:    1-888-399-7768  Participant code:  586676#.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**