SO ORDERED: May 14, 2013.



**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO STAY DEADLINES REGARDING
CERTAIN CLAIM OBJECTIONS**

This matter is before the Court upon the *Trustee's Motion To Stay Deadlines Regarding Certain Claim Objections* [Docket No. 2124] ("Motion")[1], and the Court being duly and sufficiently advised, hereby GRANTS the Motion with respect to the relief requested therein, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that

1. Further proceedings on the Claim Objections, including any deadline to file a response, are stayed pending the filing of a motion pursuant to paragraph 2 below.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The Trustee shall file a motion asking the Court to set hearings on the Claim Objections once he decides to proceed with the Claim Objections. The Trustee shall serve the motion on all claimants who filed the claims that are the subject of unresolved Claim Objections. Each claimant shall then have thirty (30) days from the date of service to file a response to the applicable Claim Objection.

###