# Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 5/15/2013
Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Kevin M. Toner    kevin.toner@faegrebd.com

TOTAL: 1