# EXHIBIT B

Out-of-Pocket Expenses

EASTERN LIVESTOCK
SUMMARY OF EXPENSES
TO MARCH 31, 2013

| | | |
|---|---|---:|
| AIRFARE | | 0.00 |
| LODGING | | 0.00 |
| MEALS | | 0.00 |
| RENTAL CAR | | 0.00 |
| PARKING, TOLLS, ETC. | | 0.00 |
| LONG DISTANCE PHONE | | 307.99 |
| PHOTOCOPIES | (1476 @.15) | 221.40 |
| POSTAGE | | 25.04 |
| OFFICE SUPPLY EXPENSES FOR LOUISVILLE STAFF | | 122.93 |
| OVERNIGHT DELIVERY | | 370.84 |
| TOTAL | | 1,048.20 |

EASTERN LIVESTOCK
SUMMARY OF OVERNIGHT/MESSENGER EXPENSES
TO 3/31/2013

| DATE | RECIPIENT | AMOUNT |
|---|---|---|
| 10/26/12 | B. ROYALTY | 26.35 |
| 11/02/12 | A. OMORI | 20.80 |
| 11/15/12 | A. OMORI | 29.46 |
| 11/29/12 | B. ROYALTY | 29.34 |
| 11/29/12 | A. OMORI | 25.00 |
| 12/17/12 | A. OMORI | 24.89 |
| 01/17/13 | A. OMORI | 27.06 |
| 01/27/13 | M. STAFFORD | 28.51 |
| 02/06/13 | A. OMORI | 25.54 |
| 02/11/13 | T. FROLICH | 13.94 |
| 02/12/13 | A. OMORI | 14.44 |
| 02/27/13 | A. OMORI | 18.99 |
| 03/12/13 | H. MAPPES | 15.83 |
| 03/14/13 | T. FANELICH | 18.03 |
| 03/14/13 | S. RUNYAN | 26.33 |
| 03/14/13 | H. MAPPES | 26.33 |
| | TOTAL | 370.84 |