| Client-Billing Manager | T.E. Hall | Proforma Worksheet - Single | Page Number | Page 344 of 346 |
|---|---|---|---|---|
| TK#/ Flr/Loc | 10563/26/Indianapolis | | Proforma # | 3665196 |
| Matter Manager | J. Jaffe | Period: January 1, 1901 - March 31, 2013 | Client | 984868 |
| TK#/ Flr/Loc | 10806/6/96th Street | Process Date: May 17, 2013 | Matter | 984868.000001 |

Client Name: James A. Knauer, as Chapter 11 Trustee,      Re: Eastern Livestock Co., LLC

## TIME SUMMARY BY TASK/ACTIVITY CODE

| Task Code | Task Code Description | | | By Task Code | | By Activity Code | |
|---|---|---|---|---|---|---|---|
| | Act Code | Activity Code Description | | Hours | Bill Value | Hours | Bill Value |
| | 9 | Preference recovery | | | | 1.60 | 880.00 |
| B005 | Claims Administration and Objections | | | 233.10 | 71,589.00 | | |
| | 13 | Superior Adversary | | | | 3.50 | 1,574.00 |
| | 2 | Account Receivable Collection/Promissory Note | | | | 7.00 | 2,429.50 |
| | 3 | Contract Settlement | | | | 1.20 | 468.00 |
| | 5 | Asset Forfeiture Recovery | | | | 1.50 | 633.00 |
| | 7 | Bankruptcy matters (interpleader, stay relief) | | | | 67.10 | 17,999.50 |
| | 8 | Administratin (DIP, fee apps, strategy calls) | | | | 45.20 | 13,709.00 |
| B006 | Employee Benefit/Pensions | | | 1.10 | 390.50 | | |
| | 7 | Bankruptcy matters (interpleader, stay relief) | | | | 1.10 | 390.50 |
| B007 | Fee/Employment Applications | | | 45.30 | 16,750.00 | | |
| | 16 | Appeal | | | | 4.20 | 1,179.00 |
| | 7 | Bankruptcy matters (interpleader, stay relief) | | | | 1.10 | 429.00 |
| | 8 | Administratin (DIP, fee apps, strategy calls) | | | | 24.30 | 8,873.50 |
| B008 | Fee/Employment Objections | | | 2.40 | 1,165.00 | | |
| | 16 | Appeal | | | | 1.10 | 638.00 |
| | 8 | Administratin (DIP, fee apps, strategy calls) | | | | 0.50 | 275.00 |
| B009 | Financing | | | 8.00 | 3,497.50 | | |
| | 13 | Superior Adversary | | | | 3.50 | 1,925.00 |
| | 9 | Preference recovery | | | | 0.70 | 157.50 |
| B010 | Litigation | | | 2,192.30 | 819,811.00 | | |
| | 13 | Superior Adversary | | | | 157.40 | 62,160.00 |
| | 14 | R. Nicholas Litigation | | | | 64.90 | 20,673.00 |
| | 15 | Plan & Disclosure Statement | | | | 55.80 | 25,606.00 |
| | 16 | Appeal | | | | 117.90 | 55,089.50 |
| | 2 | Account Receivable Collection/Promissory Note | | | | 170.40 | 59,314.00 |
| | 3 | Contract Settlement | | | | 2.40 | 540.00 |
| | 4 | Downs Litigation | | | | 69.40 | 27,934.50 |
| | 5 | Asset Forfeiture Recovery | | | | 0.90 | 383.00 |
| | 6 | Asset litigation in Gibson and East West Bankrupt | | | | 1.50 | 647.00 |
| | 7 | Bankruptcy matters (interpleader, stay relief) | | | | 402.90 | 146,795.00 |
| | 8 | Administratin (DIP, fee apps, strategy calls) | | | | 77.80 | 29,395.50 |
| | 9 | Preference recovery | | | | 285.50 | 87,724.50 |
| B011 | Meetings of Creditors | | | 0.70 | 220.50 | | |
| B012 | Plan and Disclosure Statement | | | 415.80 | 171,433.00 | | |
| | 1 | Cattle Inventory Liquidation | | | | 0.20 | 78.00 |

| Client-Billing Manager | T.E. Hall | Proforma Worksheet - Single | Page Number | Page 345 of 346 |
|---|---|---|---|---|
| TK#/ Flr/Loc | 10563/26/Indianapolis | | Proforma # | 3665196 |
| Matter Manager | J. Jaffe | Period: January 1, 1901 - March 31, 2013 | Client | 984868 |
| TK#/ Flr/Loc | 10806/6/96th Street | Process Date: May 17, 2013 | Matter | 984868.000001 |

Client Name: James A. Knauer, as Chapter 11 Trustee,    Re: Eastern Livestock Co., LLC

### TIME SUMMARY BY TASK/ACTIVITY CODE

| Task Code | Task Code Description | | | By Task Code | | By Activity Code | |
|---|---|---|---|---|---|---|---|
| | | Act Code | Activity Code Description | Hours | Bill Value | Hours | Bill Value |
| | | 12 | Expenses (travel etc.) -May Do | | | 3.10 | 1,209.00 |
| | | 15 | Plan & Disclosure Statement | | | 237.40 | 105,630.50 |
| | | 16 | Appeal | | | 3.00 | 1,740.00 |
| | | 7 | Bankruptcy matters (interpleader, stay relief) | | | 42.60 | 12,108.00 |
| | | 8 | Administratin (DIP, fee apps, strategy calls) | | | 58.40 | 22,776.00 |
| B014 | Accounting/Auditing | | | 2.30 | 823.00 | | |
| | | 7 | Bankruptcy matters (interpleader, stay relief) | | | 0.40 | 84.00 |
| B017 | Data Analysis | | | 3.50 | 787.50 | | |
| | | 16 | Appeal | | | 3.50 | 787.50 |
| B022 | Travel | | | 12.00 | 5,060.00 | | |
| | | 11 | Expenses (travel etc.) -Must Do | | | 2.00 | 1,160.00 |
| | | 15 | Plan & Disclosure Statement | | | 2.00 | 780.00 |
| | | 7 | Bankruptcy matters (interpleader, stay relief) | | | 2.00 | 780.00 |
| | | 8 | Administratin (DIP, fee apps, strategy calls) | | | 6.00 | 2,340.00 |
| | Total | | | 3,637.70 $ | 1,335,614.50 | 2,398.10 $ | 884,133.00 |

### BILLED & WIP TIME SUMMARIES BY WORK CODE

**Work-in-Progress by Work Code**

| Work Code | Description | Hours | Bill Value | Notes |
|---|---|---|---|---|
| TK03862 | Tureson, Tamara L. | 0.40 | 82.00 | |
| -------- | NCD,##,##NCD or no activity codes | 3,637.30 | 1,335,532.50 | |
| | Total Work-in-Progress by Work Code | 3,637.70 $ | 1,335,614.50 | |

**Work-in-Progress by Work Code/Timekeeper**

| Work Code | Work Code Description/Timekeeper Name | Hours | Bill Value | Notes |
|---|---|---|---|---|
| TK03862 | Tureson, Tamara L. | | | |
| | T. Tureson | 0.40 | 82.00 | |
| | Total Tureson, Tamara L. | 0.40 $ | 82.00 | |

**Work-in-Progress by Timekeeper/Work Code**

| TK # | Timekeeper Name/Work Code Description | Hours | Bill Value | Notes |
|---|---|---|---|---|
| 03862 | T. Tureson | | | |
| | TK03862 Tureson, Tamara L. | 0.40 | 82.00 | |
| | Total T. Tureson | 0.40 $ | 82.00 | |

| Client-Billing Manager | T.E. Hall | Proforma Worksheet - Single | Page Number | Page 346 of 346 |
| TK#/ Flr/Loc | 10563/26/Indianapolis | Period: January 1, 1901 - March 31, 2013 | Proforma # | 3665196 |
| Matter Manager | J. Jaffe | Process Date: May 17, 2013 | Client | 984868 |
| TK#/ Flr/Loc | 10806/6/96th Street | | Matter | 984868.000001 |

Client Name: James A. Knauer, as Chapter 11 Trustee,   Re: Eastern Livestock Co., LLC

Case 10-93904-BHL-11   Doc 2173-5   Filed 05/17/13   EOD 05/17/13 17:11:13   Pg 3 of 3