United States Bankruptcy Court
Southern District of Indiana

In re:                                                                  Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss2            Page 1 of 2              Date Rcvd: May 15, 2013
                          Form ID: sgeneric         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2013.

```
aty          +Christopher E. Baker,    Tucker Hester Baker & Krebs, LLC,    Regions Tower, 16th Floor,
               One Indiana Square,    Indianapolis, IN 46204-2004
cr           +Bob's Auto, Inc. d/b/a Bob's Auto Supply,    PO Box 419,    Edmonton, KY 42129-0419
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb          #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
cr           ++++MICHAEL WADE LOULA,    1185 COUNTY ROAD 1170,    COLONY OK 73021-2217
              (address filed with court:  Michael Wade Loula,    Rt1, Box 50,    Colony, OK  73021-9631)
op            National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA  66603
cr            Philip Martin,    6853 Fairview Rd,    Cookeville, TN 38501-9715
op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
cr           +Tennessee Livestock Producers, Inc.,    P.O. Box 313,    Columbia, TN 38402-0313
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com May 15 2013 22:47:14     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC  27114-5008
                                                                                                TOTAL: 1
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2013**                **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: kgoss2              Page 2 of 2              Date Rcvd: May 15, 2013
                               Form ID: sgeneric         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

SO ORDERED: May 15, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,
Debtor(s).

Case No. **10−93904−BHL−11**

## ORDER

A(n) Agreed Entry was filed on May 13, 2013, by Trustee James A. Knauer.

**IT IS ORDERED** that the Agreed Entry is **APPROVED**.

The Clerk's Office will distribute this order.

###