**SO ORDERED: May 20, 2013.**



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,
Debtor(s).

Case No. **10−93904−BHL−11**

# ORDER

A(n) Motion to Extend Time to File Response To Trustee's Objection To Claim 475 Filed By Mark Freeman III And Notice Of Response Deadline was filed on May 14, 2013, by Trustee James A. Knauer.

**IT IS ORDERED** that the Motion to Extend Time to File Response To Trustee's Objection To Claim 475 Filed By Mark Freeman III And Notice Of Response Deadline is **GRANTED**. The time for filing is extended to June 19, 2013 as to filing party only.

The trustee must distribute this order.

###