UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Hon. Basil H. Lorch, III |
| | ) | |
| Debtor. | ) | |
| | ) | |

**RESPONSE OF ALABAMA LIVESTOCK AUCTION, INC. AND SEALY AND SON IN OPPOSITION TO TRUSTEE'S OBJECTION TO CLAIMS 504 AND 503**

COME NOW Claimant ALABAMA LIVESTOCK AUCTION, INC. ("Alabama") and Claimant SEALY & SON ("Sealy"), by and through undersigned counsel, and file this *Response Of Alabama Livestock Auction, Inc. And Sealy And Son In Opposition To Trustee's Objection To Claims 504 And 503* and states as follows:

1. The Trustee filed objections to Claim No. 503 and 504 on April 19, 2013 providing thirty (30) days in which to respond. The thirty (30) day period ran yesterday, May 19, 2013, a Sunday, this response is timely.

2. The Trustee's Objection To Claim 504 ("Doc. 2062") seeks an order disallowing Claim 504 pursuant to 11 U.S.C. §502(d). Alabama is Defendant in a preference action, Case No. 12-59129, and the Trustee seeks to stay action on the claim pending outcome of the adversary proceeding.

3. The Trustee's Objection To Claim 502 ("Doc. 2112") seeks an order disallowing Claim 503 alleging Sealy has no direct claim against Debtor and that the claim is, if anything a duplicate of Alabama's claim 504. The Trustee seeks to expunge Claim 503.

1

4. Claimant Alabama's Claim No. 504 was originally part Claim No. 82 filed by its affiliate Sealy & Son which owned part of the unpaid cattle in question and sold them through the Alabama auction market. Sealy & Son originally filed Claim No. 82 on March 9, 2011for a total amount of $155,669.96 which consisted of the amounts for two (2) checks—Nos. 123230 in the amount of $106,052.94 for 139 head and 124980 in the amount of $49,597.28 for 56 head.[1] See **Exhibit A**. Both dishonored checks were made payable to Alabama Livestock Auction, Uniontown, AL.

5. Claimant Alabama and Sealy & Son subsequently amended their claim filings on or about April 29, 2011 with separate claims: (i) Claim No. 503 in name of Sealy & Son for $106,062.94 for the 139 head with an extra $10.00 for health papers for the cattle; and (ii) Claim No. 504 in name of Alabama Livestock Auction, Inc. for $49,597.28 for the 56 head. **Exhibits B and C**.

6. Contrary to assertions by the Trustee, Claim No. 503 is not a duplicate of Claim No. 504 but simply a more accurate identification of the loss to the unpaid producer in the case of Sealy ($106,062.94 for 139 head) and to the unpaid consignee in the case of Alabama $49,597.28 for 56 head for which Fifth Third Bank dishonored two (2) Eastern checks, Nos. 123230 and 124980.The amounts of the two (2) claims by Sealy and Alabama are different but the combined amount of the two (2) claims totals $155,660.22 which with $9.74 for the overnight express charge equates to the amount of Claim No. 82 or again $155,669.96.

7. To expunge Claim 503 as suggested by the Trustee is entirely improper. The record is clear that Alabama Livestock received both dishonored checks, and the loss was and is

---

[1] The difference between the total amount of Claim No. 82 and the sum of the two (2) dishonored checks includes $10.00 for health papers and $9.74 overnight express charges.

2

real. The Trustee seek to expunge one claim while staying another based upon an adversary proceeding without offering any explanation of the relationship between the separate entities and the claims. Only Claimant Alabama is a Defendant in an adversary proceeding over an alleged preference. It matters not to the bankruptcy estate or to Claimant Alabama and Claimant Sealy whether the claims are treated separately or consolidated, so long as the amount is properly considered to include both dishonored checks and attendant direct costs. The question before the Court in each claim involves common questions of law and fact and will no doubt be ultimately resolved in the adversary proceeding.

8.      Lastly, it should be noted that both the transactions in question for which Alabama and Sealy have asserted claims were transactions "cleared" by E4 Cattle for whom Eastern was the registered "Clearing Agency." This question of law and fact remain to be determined by this Court and any action regarding the claims being asserted must properly await that determination.

WHEREFORE for the reasons outlined above, Claimants Alabama Livestock Auction, Inc. and Sealy & Son respectfully request that Claim No. 503 and 504 be consolidated and that both matters be stayed pending determination of adversary proceeding No. 12-59129.

Respectfully submitted this 20th day of May 2013,

                W. SCOTT NEWBERN, PL

                /s/ Walter Scott Newbern
                W. Scott Newbern
                2982 East Giverny
                Tallahassee, FL 32309
                (T) 850.591.1707
                (F) 850.8940871
                wsnewbern@msn.com

                COUNSEL FOR CLAIMANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                         /s/ W. Scott Newbern  
                                         W. SCOTT NEWBERN

# Exhibit A

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of Indiana | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Eastern Livestock Co., LLC | Case Number: 10-93904 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): SEALY AND SON | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: SEALY AND SON 700 HIGHWAY 80 E UNIONTOWN, AL 36786 | Court Claim Number: _____ (If known)  |
| Telephone number: (334) 628-2371 | Filed on: _____ |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:** $ 155669.96

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** non-payment of cattle
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $ 155669.96

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 3-1-11  Signature: Brenda Sealy, Treasurer  /s/ Brenda Sealy

FOR COURT USE ONLY

ENVELOPE NOT PROVIDED
COPIES NOT PROVIDED

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

046483

15707046529022

# ALABAMA LIVESTOCK AUCTION



(334) 628-2371
(334) 628-2381

P.O. BOX 279 – UNIONTOWN, ALABAMA 36786

## LIVESTOCK CONTRACT

THIS CONTRACT made this **26** day of **October**, 20**10** by and between **Scott Weeks** of **Weeks Farm**, hereinafter known as Seller, and **Grant Gibson** of **Eastern LVSTK**, hereinafter known as Buyer.

The Seller hereby sells and agrees to deliver to Buyer, or his order, the following described livestock:

| No. | Description | Price | Brand | Approx. Wt. At Delivery |
|---|---|---|---|---|
| 1 load | Steers | 103.50 | | 860 |

All cattle are to be sound and in merchantable condition and free of any contagious disease. With a ____ % cut back, after all stags, crippled, lump-jawed, bad-eyed, or otherwise unmerchantable cattle have been taken out; this cut back to be made by Buyer at

Additional provisions: **※ 3% shrink ※**
**4¢ slide**

Seller shall notify Buyer 7 days in advance of actual delivery date.

To the best of Seller's knowledge these cattle while under Seller's ownership or control have been handled in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21 CFR Part 589).

This contract contains the entire agreement between Buyer and Seller and cannot be varied orally. It shall be binding on the respective heirs, legal representative, successors and assigns of the parties.

Seller agrees to furnish all necessary State and Federal inspection certificates.

All _____ are to be delivered free of all encumbrances and with a clear title.

Delivery is to be made on or about **immediate** buyer's (seller's) option, F.O.B. in sound merchantable condition at **Scott Weeks' pen**.

HEAD COUNT PRESENTED TO BUYER AFTER UNMERCHANTABLE CATTLE ARE CUT OFF SHALL NOT VARY 5% FROM NUMBER OF CATTLE ON CONTRACT. ANY VARIANCE IN EXCESS OF 5% SHALL BE SETTLED AT

---

**ALABAMA LIVESTOCK AUCTION, INCORPORATED – UNIONTOWN, ALABAMA**

| DATE | PEN | BUYER | PRICE | SELLER NUMBER | NUMBER OF HEAD | WEIGHT |
|---|---|---|---|---|---|---|
| | 29455 | Eastern | 103.50 | Scott Weeks | 1 load strs / 3% shrink / 4¢ slide | 850 lbs / 860 lbs |



# FIRST BANK OF LINDEN
FOUNDED 1904

LINDEN, ALABAMA 36748

ALABAMA LIVESTOCK
AUCTION INC
P O BOX 279
UNIONTOWN, ALABAMA
36786

Date 11/12/2010

The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

**Account Holder:** Eastern Livestock Co., LLC

**Amount:** $49597.28

**Reason:** REFER TO MAKER



```
*061000146*
11/12/2010
6611162447

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON - S
REFER TO MAKER
```

REFER TO MAKER

No 124980

EASTERN LIVESTOCK CO., LLC
155 West Market
New Albany, IN 47150
812-948-9035

Fifth Third Bank

PAY TO THE ORDER OF
DATE 10/11/01   CHECK No. 124980   AMOUNT ***49,597.28

ALABAMA LIVESTOCK AUCTION
BOX 279
UNIONTOWN, AL 36786

⑈124980⑈ ⑆042100272⑆ 7480493779⑈

⑈124980⑈   ⑆042100272⑆   7480493779⑈   ⑈000049597 28⑈

POST OFFICE BOX 481119 • LINDEN, ALABAMA 36748 • TELEPHONE (334) 295-8741

# ALABAMA LIVESTOCK AUCTION



(334) 628-2371
(334) 628-2381

P.O. BOX 279 UNIONTOWN, ALABAMA 36786

## LIVESTOCK CONTRACT

THIS CONTRACT made this __3__ day of __August__, 20__10__ by and between __Sealy & Son__ of __Uniontown__, hereinafter known as Seller, and __Grant Gibson__ of __Eastern Livestock__, hereinafter known as Buyer.

The Seller hereby sells and agrees to deliver to Buyer, or his order, the following described livestock:

| No. | Description | Price | Brand | Approx. Wt. At Delivery |
|---|---|---|---|---|
| 2 | 49000-50000 loads Steers | 108.35 | | 700 |

All cattle are to be sound and in merchantable condition and free of any contagious disease. With a ____ % cut back, after all stags, crippled, lump-jawed, bad-eyed, or otherwise unmerchantable cattle have been taken out; this cut back to be made by Buyer at _____

Additional provisions: __2% Shrink__
__4¢ Slide__

Seller shall notify Buyer 7 days in advance of actual delivery date.

To the best of Seller's knowledge these cattle while under Seller's ownership or control have been handled in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21CFR Part 589).

This contract contains the entire agreement between Buyer and Seller and cannot be varied orally. It shall be binding on the respective heirs, legal representative, successors and assigns of the parties.

Seller agrees to furnish all necessary State and Federal inspection certificates.

All _____ are to be delivered free of all encumbrances and with a clear title.

Delivery is to be made on or about __Oct. 13-18__ buyer's (seller's) option, F.O.B. in sound merchantable condition at __Alabama Livestock__

T 0 2

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

№ 124980

```
HECK NUMBER:  124980   CHECK DATE: 10/11/01   CHECK AMOUNT:   49,597.28
   101029    56H @   48059#              00005          49,597.28
```

**EASTERN LIVESTOCK CO., LLC**



# FIRST BANK OF LINDEN

FOUNDED 1904



LINDEN, ALABAMA 36748

Date 11/10/2010

ALABAMA LIVESTOCK
P O BOX 279
UNIONTOWN, AL 36786

The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

**Account Holder:** ALABAMA LIVESTOCK AUCTION INC

**Amount:** $106052.94

**Reason:** NSF



*061000146*
11/10/2010
6215215682

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON - S
REFER TO MAKER

NSF    REFER TO MAKER

Eastern Livestock Co., LLC
195 West Market
New Albany, IN 47150
812-949-9035
No. 123230
Fifth Third Bank

PAY TO THE ORDER OF
DATE 10/10/26   CHECK No. 123230   AMOUNT **106,052.94

ALABAMA LIVESTOCK AUCTION
BOX 279
UNIONTOWN, AL 36786

⑈123230⑈ ⑆042100272⑆ 7480493779⑈

⑈123230⑈   ⑆042100272⑆   7480493779⑈   ⑈0010605294⑈

# Exhibit B

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of Indiana | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Eastern Livestock Co., LLC | Case Number: 10-93904 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
SEALY AND SON

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
SEALY AND SON
700 HIGHWAY 80 E
UNIONTOWN, AL 36786

Court Claim Number: _____
(if known)

Filed on: _____

RECEIVED
MAY 06 2011
BMC GROUP

FILED
U.S. BANKRUPTCY COURT
NEW ALBANY, INDIANA
APR 29 2011
SOUTHERN DISTRICT OF INDIANA
KEVIN P. DEMPSEY, CLERK

Telephone number: (334) 628-2371

Name and address where payment should be sent (if different from above):
Sealy & Son Livestock
P O Box 279
Uniontown AL 36786
Telephone number: (334) 628-2571

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 106062.94

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Worthless Check - non-payment for 139 steers
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate ____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 4-6-11

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ Brenda D Sealy   Brenda S Sealy   Treasurer

Eastern Livestock
00503

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

048571

1910704861902

# FIRST BANK OF LINDEN
FOUNDED 1904



LINDEN, ALABAMA 36748

Date   11/10/2010

ALABAMA LIVESTOCK
P O BOX 279
UNIONTOWN, AL 36786

The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

Account Holder:   ALABAMA LIVESTOCK AUCTION INC

Amount:   $106052.94

Reason:   NSF

*061000146*
11/10/2010
6215215682

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON - S
REFER-TO MAKER

**NSF**                                    **REFER TO MAKER**

No. 123230

EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

Fifth Third Bank

PAY TO THE ORDER OF   DATE 10/10/26   CHECK No. 123230   AMOUNT *106,052.94

ALABAMA LIVESTOCK AUCTION
BOX 279
UNIONTOWN, AL 36786

⑃123230⑃ ⑂042100272⑂ 7480493779⑃

⑃123230⑃    ⑂042100272⑂    7480493779⑃    ⑃0010605294⑃

POST OFFICE BOX 481119  •  LINDEN, ALABAMA 36748  •  TELEPHONE (334) 295-8741

# ALABAMA LIVESTOCK AUCTION



(334) 628-2371
(334) 628-2381

P.O. BOX 279 UNIONTOWN, ALABAMA 36786

## LIVESTOCK CONTRACT

THIS CONTRACT made this __3__ day of __August__, 20__10__ by and between __Sealy & Son__ of __Uniontown__, hereinafter known as Seller, and __Grant Gibson__ of __Eastern Livestock__, hereinafter known as Buyer.

The Seller hereby sells and agrees to deliver to Buyer, or his order, the following described livestock:

| No. | Description | Price | Brand | Approx. Wt. At Delivery |
|---|---|---|---|---|
| 2 | 49000-50000 loads steers | 100.35 | | 700 |

All cattle are to be sound and in merchantable condition and free of any contagious disease. With a _____ % cut back, after all stags, crippled, lump-jawed, bad-eyed, or otherwise unmerchantable cattle have been taken out; this cut back to be made by Buyer at

Additional provisions: __2% shrink__
__4¢ slide__

Seller shall notify Buyer 7 days in advance of actual delivery date.

To the best of Seller's knowledge these cattle while under Seller's ownership or control have been handled in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21 CFR Part 589).

This contract contains the entire agreement between Buyer and Seller and cannot be varied orally. It shall be binding on the respective heirs, legal representative, successors and assigns of the parties.

Seller agrees to furnish all necessary State and Federal inspection certificates.

1) _____ are to be delivered free of all encumbrances and with a clear title.

Delivery is to be made on or about __Oct. 13-18__ buyer's (seller's) option, F.O.B. in sound merchantable condition at __Alabama Livestock__

---

**ALABAMA LIVESTOCK AUCTION, INCORPORATED – UNIONTOWN, ALABAMA**

| DATE | PEN | BUYER | PRICE | SELLER NUMBER | NUMBER OF HEAD | WEIGHT |
|---|---|---|---|---|---|---|
| Oct. 13-18 | 13978 | Eastern | 108.35 | Sealy & Son | 2 loads steers 2% shrink 4¢ slide | 700 lbs |

# ALABAMA LIVESTOCK AUCTION, INC.

BOX 279
UNIONTOWN, ALABAMA 36786
PHONE A/C 205-628-2371

good checks

Date: 10-23-10

SOLD TO: Eastern Livestock

| # | Cattle | Hogs | Sheep | H&M | Description | WEIGHT | PRICE | AMOUNT | | PEN NO | TAG NO |
|---|--------|------|-------|-----|-------------|--------|-------|--------|---|--------|--------|
| 1 | 134 | | | | Steers | 100090 | 98088 108.11 | 106052 | 94 | Slaley & Son | |
| 2 | | | | | | 7:6 | | | | | |
| 3 | | | | | | | | 10 | 00 | Readth paper | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | 106662 | 94 | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |

# Exhibit C

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Eastern Livestock Co, LLC | Case Number: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Alabama Livestock Auction Inc

Name and address where notices should be sent:
Alabama Livestock Auction Inc
P.O. Box 279
Uniontown AL 36786

Telephone number: (334) 628-2381

Name and address where payment should be sent (if different from above):

Telephone number:

RECEIVED
MAY 06 2011
BMC GROUP

FILED
U.S. BANKRUPTCY COURT
NEW ALBANY, INDIANA
APR 29 2011
SOUTHERN DISTRICT OF INDIANA
KEVIN P. DEMPSEY, CLERK

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 49,997.28

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Worthless check- non-payment for 56 steers
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 4-6-11   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Brenda J Sealy   Brenda S Sealy, Treasurer

FOR COURT USE ONLY
Eastern Livestock
00504

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# First Bank of Linden

FOUNDED 1904

LINDEN, ALABAMA 36748

ALABAMA LIVESTOCK
AUCTION INC
P O BOX 279
UNIONTOWN, ALABAMA
36786

Date   11/12/2010

The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

FILED
U.S. BANKRUPTCY CT.
NEW ALBANY DIVISION
2011 APR 29 AM 11:17
SOUTHERN DISTRICT
OF INDIANA
KEVIN P. DEMPSEY
CLERK

**Account Holder:** Eastern Livestock Co., LLC

**Amount:** $49597.28

**Reason:** REFER TO MAKER

*061000146*
11/12/2010
6611162447

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON - S
REFER TO MAKER



POST OFFICE BOX 481119  •  LINDEN, ALABAMA 36748  •  TELEPHONE (334) 295-8741

# ALABAMA LIVESTOCK AUCTION



(334) 628-2371
(334) 628-2381

P.O. BOX 279 UNIONTOWN, ALABAMA 36786

## LIVESTOCK CONTRACT

THIS CONTRACT made this __26__ day of __October__, 20__10__ by and between __Scott Weeks__ of __Weeks Farm__, hereinafter known as Seller, and __Grant Gibson__ of __Eastern LVSTK__, hereinafter known as Buyer.

The Seller hereby sells and agrees to deliver to Buyer, or his order, the following described livestock:

| No. | Description | Price | Brand | Approx. Wt. At Delivery |
|---|---|---|---|---|
| 1 load | Steers | 103.50 | | 860 |
| | | | | |
| | | | | |
| | | | | |

All cattle are to be sound and in merchantable condition and free of any contagious disease. With a ____% cut back, after all stags, crippled, lump-jawed, bad-eyed, or otherwise unmerchantable cattle have been taken out; this cut back to be made by Buyer at _____

Additional provisions: ☆ 3% shrink ☆
4¢ slide

Seller shall notify Buyer 7 days in advance of actual delivery date.

To the best of Seller's knowledge these cattle while under Seller's ownership or control have been handled in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21 CFR Part 589).

This contract contains the entire agreement between Buyer and Seller and cannot be varied orally. It shall be binding on the respective heirs, legal representative, successors and assigns of the parties.

Seller agrees to furnish all necessary State and Federal inspection certificates.

All _____ are to be delivered free of all encumbrances and with a clear title.

Delivery is to be made on or about __immediate__ buyer's (seller's) option, F.O.B. in sound merchantable condition at __Scott Weeks' pen__.

HEAD COUNT PRESENTED TO BUYER AFTER UNMERCHANTABLE CATTLE ARE CUT OFF SHALL NOT VARY 5% FROM NUMBER OF CATTLE ON CONTRACT. ANY VARIANCE IN EXCESS OF 5% SHALL BE SETTLED AT

---

ALABAMA LIVESTOCK AUCTION, INCORPORATED – UNIONTOWN, ALABAMA

| DATE | PEN | BUYER | PRICE | SELLER NUMBER | NUMBER OF HEAD | WEIGHT |
|---|---|---|---|---|---|---|
| | 29455 | Eastern | 103.50 | Scott Weeks | 1 load strs / 3% shrink | 850 / 860 lbs |

# First Bank of Linden

FOUNDED 1904



LINDEN, ALABAMA 36748

ALABAMA LIVESTOCK
AUCTION INC
P O BOX 279
UNIONTOWN, ALABAMA
36786

Date: 11/12/2010

"The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

**Account Holder:** Eastern Livestock Co., LLC

**Amount:** $49597.28

**Reason:** REFER TO MAKER

*061000146*
11/12/2010
6611162447

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON - S
REFER TO MAKER

