UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Hon. Basil H. Lorch, III |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

**RESPONSE OF CPC LIVESTOCK CO., LLC IN OPPOSITION TO TRUSTEE'S OBJECTION TO CLAIM 197**

---

COMES NOW Claimant CPC LIVESTOCK CO., LLC ("CPC"), by and through undersigned counsel, and files this *Response Of CPC Livestock Co., LLC To Trustee's Objection To Claims 197* and states as follows:

1.      The Trustee filed objections to Claim No. 197 on April 19, 2013 providing thirty (30) days in which to respond. The thirty (30) day period ran May 19, 2013, a Sunday, this response is timely.

2.      The Trustee's Objection To Claim 197 ("Doc. 2099") seeks an order disallowing Claim 197 pursuant to 11 U.S.C. §502(d). CPC is a party to Adversary Proceeding No. 11-59093 ("Friona Adversary"), and the Trustee seeks to stay action on the claim pending outcome of the adversary proceeding.

3.      While CPC responds without objection to entry of a stay of the Trustee's Claim Objection pending determination of certain matters within the Friona Adversary, CPC states that the matters involving the unpaid $166,627.30 plus interest for which amount the funds have been paid as interpled funds into the Friona Adversary proceeding differs from the two (2) amounts for which CPC received checks that were dishonored by Fifth Third Bank with a "Refer To

Maker.' See Claim No. 197, **Exhibit A**, Check Nos. 124650 in the amount of $237,383.33 plus interest and 123327 in the amount of $221,682.50 plus interest.

4.      In the case of the unpaid $166,627.30, this amount represents an unpaid portion of a revised delivery sale contract for 200 head of cattle delivered by CPC, in CPC's own trucks to JBS Five Rivers, Gilcrest feedyard ("Gilcrest") with payments to be made directly to CPC by Gilcrest. Payment of this amount was improperly interrupted by the Trustee's claim and the funds were interpled by Gilcrest. CPC.

5.      The delivery contract was revised by agreement between CPC, Gilcrest, and Eastern livestock prior to a receiver being appointed and shortly after the CPC, Gilcrest, and Eastern became aware of the massive dishonor without notice by Fifth Third Bank of outstanding checks issued in payment for cattle. See **Exhibits B and C**.

6.      Of note is the fact that all payments for cattle, including the unpaid $166,627.30 plus interest and the two (2) dishonored checks for of $237,383.33 and $221,682.50 were each made payble and to be made payable jointly to CPC Livestock and Farm Credit Services, the latter of which had a prior, perfected UCC lien on all CPC cattle.

7.      Also of note is the fact that all cattle were delivered in trucks owned and controlled by CPC and subject to the Farm Credit Services lien in transit until delivery to Gilcrest. Eastern was a pure broker and title never passed in any of the CPC transactions through Eastern. Indeed, Gilcrest and Eastern, and by extension Fifth Third Bank, acknowledged the Farm Credit Services lien in issuing their checks

8.      The cattle sold by CPC are considered "farm products" under both Kentucky's UCC from where the livestock were shipped and Colorado's UCC where the livestock were delivered. *See* K.R.S. 355.9 and §4-9 C.R.S. Pursuant to § 4-9-109(3), C.R.S. "goods" are "Farm

Products" if they are crops or livestock or supplies used or produced in farming operations or if they are products of crops or livestock in their unmanufactured states and if they are in the possession of a party engaged in raising, fattening, grazing, or other farming operations. ***If goods are "farm products"—as here—they are neither equipment nor inventory***.

9.      Farm Credit Services filed an effective financing statement that covered the cattle and traveled with the cattle during hauling in CPC's trucks and CPC's possession until such time a the cattle were delivered for payment to Gilcrest. Debtor Eastern had no interest in the CPC livestock other than for its commission at $0.75/cwt and Fifth Third's lien did not attach.[1]

WHEREFORE although without objection to the requested stay pending outcome of the Friona Adversary proceeding, CPC Livestock Co., LLC's Claim No. 197 in the amount of $631,045.07 is entirely valid and proper and should be allowed without objection. CPC reserves the right to further supplement this Response. The Trustee's objection should be REJECTED.

Respectfully submitted this 20th day of May 2013,

<div style="margin-left:40%">

W. SCOTT NEWBERN, PL

/s/  Walter Scott Newbern

W. Scott Newbern
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

COUNSEL FOR CLAIMANTS

</div>

---

[1]      Assuming arguendo that Debtor Eastern did take the cattle (which in reality it did not), Debtor Eastern took subject to the Farm Credit Services perfected security interest and for which Debtor paid nothing.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

 /s/ W. Scott Newbern
W. SCOTT NEWBERN

# Exhibit A

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of Indiana | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Eastern Livestock, Co., LLC | Case Number: 10-93904-BHL-11 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**CPC Livestock**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
c/o Jessica Yates
Snell & Wilmer L.L.P.
1200 Seventeenth St., Suite 1900
Denver, CO 80202
Telephone number: 303-634-2097

**RECEIVED**

'APR 1 2 2011

**BMC GROUP**

Court Claim Number:_____
*(If known)*
Filed on:_____

Name and address where payment should be sent (if different from above):

**Same**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**        $ 631,045.07

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**    NA

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 4/5/11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Jessica E. Yates* | FOR COURT USE ONLY
Eastern Livestock
00197 |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571

12817541.1

# ATTACHMENT TO PROOF OF CLAIM
*In re Eastern Livestock, Co., LLC, USBC Case No. 10-93904-BHL-11*

### Amount Owing as of December 6, 2010 for Returned Check No. 124650

| | |
|---|---|
| Principal | $237,383.33 |
| Interest | 2,081.20 |
| TOTAL | $239,464.53 |

### Amount Owing as of December 6, 2010 for Returned Check No. 123327

| | |
|---|---|
| Principal | $221,682.50 |
| Interest | 1,992.19 |
| TOTAL | $223,674.69 |

### Amount Owing as of December 6, 2010 for Invoice No. 10386

| | |
|---|---|
| Principal | $166,627.30 |
| Interest | 1,278.55 |
| TOTAL | $167,905.85 |

### Total Amount Owing as of December 6, 2010

| | |
|---|---|
| Principal | $625,693.13 |
| Interest | 5,351.94 |
| TOTAL | $631,045.07 |

12843390.1



Page 4 of 5







№ 123327

135 West Market
New Albany, IN 47150
812-949-9035

Fifth Third Bank
Northern Kentucky

| DATE | CHECK No. | | AMOUNT |
|------|-----------|---|--------|
| 10/10/26 | 123327 | | **221,682.50 |

PAY TO THE ORDER OF



CPC LIVESTOCK
FARM CREDIT SERVICES
13196 HOLLAND ROAD
FOUNTAIN RUN, KY 42133

SIGNATURE

03/10/2011  15:19    12706226062                    JM CELSOR                    PAGE  04

Print Service Images

| Account | Serial Number | Date | Amount |
|---------|---------------|------|--------|
|         | 123927        | 11/10/2010 | $221,682.80 |

**Front Image**

TRIPS Return - Refer to Maker



REFER TO MAKER

RETURN REASON-S
REFER TO MAKER

Document See B

**Back Image**



Wachovia certifies that the above image(s) accurately represents the physical item from which it was produced.

200 Head Not Paid for -

$166,627.30

**Sold To** EASTERN LIVESTOCK CO

@ BILCREST, CO

**Date** 11/1 - 11/2/2010

№ 10386

**CPC LIVESTOCK, INC.**

Fax 270-622-6062
13196 Holland Road - Fountain Run, Ky 42133

| | | | | | |
|---|---|---|---|---|---|
| Michael, Kassie Cell: 270-799-1313 | Marshall, Sara 270-434-4943 270-622-5425 Cell: 270-646-7214 | Ivan, Michelle 270-434-2490 Cell: 270-670-3460 | Brian, Cathy 270-618-7044 Cell: 270-618-0496 | | |

| REMARKS | NO. HEAD | KIND | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | 147530 | | |
| 723 | (200) | ST | 144579 | | |
| | | | 269,900 | | |
| 780 | 339 | ST | 264,502 | | |
| | TOTAL | | | | |
| 759 | 539 | | 417,430 | | |
| CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER Claimed on # _____ cattle pursuant to 7CFR §1260.116 and 1260.314 DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. KY-031 | | ST | 409,081 | 114 14 | 466,925 00 |
| Signature          Date | | | | | |

| | | AMOUNT |
|---|---|---|
| 11/2 | MIHM - 62 MIHM - 62 | HUWALDT - 63 TRIPLE D - 76 TRIPLE D - 76 |

**TRUCKER**

**TOTAL** $ 466,925 00

04/06/2011  11:56   12706226062                JM CELSOR                        PAGE  02

Sold To  EASTERN LIVESTOCK
              @ GILCREST, CO

№ 10385
**CPC LIVESTOCK, LLC.**

Fax 270-822-6062
13196 Holland Road · Fountain Run, Ky 42183

Date  10/25/10

Michael, Kassie
Cell: 270-799-1813

Marshall, Sara
270-434-4949  270-822-5421
Cell: 270-846-7214

Ivan, Michelle
270-434-2490
Cell: 270-670-3460

Brian, Cathy
270-618-7044
Cell: 270-618-0496

| REMARKS | NO. HEAD | KIND | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
|  |  |  | 203,040 |  |  |
| (10/25) |  |  |  |  |  |
| 771 | 258 | ST | 198,979 |  |  |
| (10/26) |  |  | 214,720 |  |  |
| 736 | 286 | ST | 210,426 |  |  |
| TOTAL |  |  | 417760 |  |  |
| 753 | 544 | ST | 409,405 | 1.12¹³ | 459,065 ⁸³ |

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE RESELLER
Claimed on # _____ cattle pursuant to
7CFR §1260.118 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-03
_____  10/25/10
Signature                    Date

TRIPLE D - 75
TRIPLE D - 75
TRUCKER  BGL - 72
                His. CTGIN EXP - Lot

AMOUNT
TOTAL  $ 459,065. ⁸³

Returned Checks - 221,682.50
                   237,383.38
                   ───────────
                   459,065.88

# Southern District of Indiana
# Claims Register

## 10-93904-BHL-11 Eastern Livestock Co., LLC

**Judge:** Basil H. Lorch, III        **Chapter:** 11
**Office:** New Albany        **Last Date to file claims:** 05/02/2011
**Trustee:** James A. Knauer        **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (10483003)<br>CPC Livestock<br>13196 Holland Road<br>Fountain Run, KY<br>42133 | **Claim No: 132**<br>*Original Filed*<br>*Date:* 04/06/2011<br>*Original Entered*<br>*Date:* 04/06/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Yates, Jessica<br>*Modified:* |

Unsecured claimed: $631045.07

**Total    claimed: $631045.07**

*History:*

Details    132-1  04/06/2011 Claim #132 filed by CPC Livestock, total amount claimed: $631045.07
(Yates, Jessica )

*Description:* (132-1) Goods sold and not paid for

*Remarks:*


## Claims Register Summary

**Case Name:** Eastern Livestock Co., LLC
**Case Number:** 10-93904-BHL-11
**Chapter:** 11
**Date Filed:** 12/06/2010
**Total Number Of Claims:** 1

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $631045.07 | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | $631045.07 | $0.00 |

# <u>Exhibit B</u>

## AFFIDAVIT OF JIMMIE MARSHALL CELSOR

STATE OF KENTUCKY

COUNTY OF ALLEN

JIMMIE MARSHALL CELSOR, being first duly sworn, avers that he is over twenty-one (21) years of age, that he has personal knowledge, or verifications from reliable sources, of the following facts and that if called to testify he would aver to their truth:

1.      I am an owner of CPC Livestock, LLC ("CPC Livestock") and am involved in the daily affairs of CPC Livestock.

2.      CPC Livestock is a "Dealer" registered under the Packers and Stockyards Act of 1921, 7 U.S.C. §§181 et seq. and governing regulations, 9 C.F.R. §201 et seq ("Stockyards Act"). CPC Livestock's is what the cattle industry calls a "backgrounder," buying cattle and preconditioning them for shipment to feedlots mostly in the West.

3.      Over the years CPC Livestock has had many dealings with Eastern Livestock, LLC ("Eastern") and Tommy Gibson. I have been involved in these transactions and personally know Tommy Gibson. Eastern was the largest cattle broker in the country.

4.      My understanding from dealing with Eastern is that Eastern frequently bought cattle for its own account and for others without ever taking possession and, in the same transaction, the cattle sale price would reflect a commission of $.50 to $.75 per 100 pounds of cattle weight added to the price. I understood that this reflected Eastern's commission on the sale. Eastern would also buy for other livestock purchasers on the same commission basis or $.50/100 wt. In its dealings with CPC Livestock, Eastern's commission amount was confirmed prior to each transaction.

1

5.      Eastern rarely took possession of the cattle. When it bought for its own account, Eastern would resell the cattle at as much of a profit as it could earn. When Eastern bought for others, typically feedlots on order, Eastern would earn its commission, usually $.50 to $.75 per 100wt. (usually expressed as "$.50/100wt.")

6.      In transactions from CPC Livestock, I understood Eastern was acting as CPC Livestock's broker or agent. The actual buyer of the cattle took delivery directly from CPC Livestock.

7.      Whenever Eastern "bought" cattle from CPC Livestock, CPC Livestock would always supply the trucks and handle all shipping to the ultimate buyer's destination.

8.      CPC Livestock also periodically issued separate checks to Eastern reflecting Eastern's commission on certain sales. (See **Exhibit 1**) CPC Livestock also financed its livestock inventory under chattel mortgage with Farm Credit, and any checks issued to CPC Livestock by Eastern were made payable to both "CPC Livestock" and "Farm Credit Services."

9.      In other instances Eastern bought cattle for CPC Livestock With Superior Livestock Auction, Inc. ("Superior"), for example, Eastern would purchase livestock strictly on a commission basis for CPC Livestock. CPC Livestock paid Superior directly and would again issue separate commission checks to Eastern.

10.     In or around early November 2010 that I learned Eastern's payment checks for livestock purchases were not being honored and were returned marked "refer to maker." On November 1, 2010 and November 2, 2010 Eastern had purchased 339 head of cattle for Five Rivers

Feedyard Gilcrest, Colorado ("Gilcrest") for a total of $466,925.05 (409081 @ $114.14/100wt.). The livestock had been shipped and were in process of being delivered to Colorado. **Exhibit 3**.

11.    I contacted Tommy Gibson directly on this purchase to confirm payment. Tommy Gibson advised me that he would "get it fixed" and changed the contract to have Gilcrest pay CPC Livestock directly. CPC did not receive a check from Eastern for the 539 head of cattle and as far as I know Eastern never issued a check. Tommy Gibson contacted Gilcrest to advise them of the change in the contract. I followed up directly and CPC Livestock issued a new set of invoices to Gilcrest directly for the 539 head. **Exhibit 4** CPC Livestock original invoice no. 10386 to Eastern was cancelled. CPC Livestock issued two (2) invoices to Gilcrest (one for each load), CPC Livestock invoice nos. 10387 and 10388. **Exhibit 4**.

12.    Gilcrest paid CPC Livestock invoice no. 10387 in the amount of $301,664.53 (339 head, 264502 @ $114.05/100 wt.). However, Gilcrest stopped payment on the check for CPC invoice no. 10388 in the amount of $166,627.30 (200 head, 144579 @ $115.25/100 wt.). The Gilcrest check for invoice no. 10387 was made payable to "CPC Livestock" and "Farm Credit Services."

13.    CPC Livestock has not been paid the $166,627.30 due on CPC Invoice No. 10388 from Gilcrest and filed a claim to recover the $166,627.30 in the Friona Interpleader.

14.    CPC Livestock was issued checks from Eastern for livestock purchases for Gilcrest on October 25, 2010 for 258 head of cattle in the amount of $221,682.50 (198979 @ $112.13/100wt. and on October 26, 2010 for 258 head of cattle in the amount of $237,383.38 (210426 @

3

$112.13/100wt.).[1] Eastern was aware that these cattle were financed and made the checks payable jointly to "CPC Livestock" and "Farm Credit Services."

15.     Eastern check nos. 123327 in the amount of $221,682.50 and 124650 in the amount of $237,383.33 were returned "refer to maker" on November 9th and 10th respectively. **Exhibit 5**.

16.     I contacted the Grain Inspection, Packers and Stockyards Administration ("GIPSA") of the United States Department of Agriculture ("USDA") to find out how to file a bond claim against Eastern.

17.     GIPSA provided to me a bond form, Form P&SP 2110, to be used to claim against Eastern's bond. GIPSA provided me with instructions on how to complete the form, and completed for me sections 6 and 7 of the form by typing in the name of the bond company, Capitol Indemnity Corporation. The form also was labeled with OMB Control No. 0580-0015. **Exhibit 2**

18.     In early December 2010, I completed the bond form on behalf of CPC Livestock and submitted it to GIPSA.

19.     On April 6, 2011 CPC Livestock filed Claim No. 132-1 in the Eastern bankruptcy, New Albany, IN for the amount of $631,045.07—an amount includes the principal unpaid amounts plus interest charges which are continuing.

20.     I am aware from my dealings with Eastern that Eastern maintained a stockyard in Edmonton, Kentucky as a buying station.

---

[1]     CPC Livestock Invoice No. 10385 shows the amount at $237,383.38 but check no 124650 was issued for $237,383.33.

**FURTHER AFFIANT SA YETH NOT.**

Dated _____ August 2012.

Marshall Celsor

Marshall Celsor

## STATE OF KENTUCKY

## COUNTY OF ALLEN )

On this __14th__ day of August 2012, before me, the undersigned Notary Public,

personally appeared JIMMIE MARSHALL CELSOR, known to me to be the person whose name is

subscribed to the within instrument and acknowledged that he executed the same for the purposes

therein contained.

WITNESS my hand and official seal.

My commission expires: __4-8-13__

Notary Public

5

# Exhibit 1

4:47 PM

11/14/11

Accrual Basis

# CPC Livestock
## Account QuickReport
### January 1 through November 14, 2010

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **COMMISSION** | | | | | |
| Check | 8/20/2010 | 26906 | Eastern Livestock Co., LLC | Comm Athens Cattle | 981.60 |
| Check | 10/4/2010 | 26835 | Eastern Livestock Co., LLC | Comm 1 Load hfs | 249.62 |
| Total COMMISSION | | | | | 1,231.22 |
| **TOTAL** | | | | | 1,231.22 |

11/15/2011   11:55   12706226062

JM CELSOR

PAGE   02

EXHIBIT 1

# Exhibit 2

TO: Jessica Yates

*303-634-2020*

FROM: CPC LIVESTOCK
        13196 Holland Road
        Fountain Run, KY  42133

DATE: December 2, 2010

FAX: 270-622-6062

PHONE: 270-618-0496 (Brian Cell)
          270-646-7214 (Marshall Cell)

OMB CONTROL NO. 0580-0015

| U.S. Department of Agriculture<br>Grain Inspection, Packers and<br>Stockyards Administration<br>Packers and Stockyards<br>Program | **Proof of Claim Under:**<br>1. **Surety Bond, (Clause 2, 3, or 4)**<br>2. **Trust Fund Agreement, (Clause 2, 3, or 4)**<br>3. **Trust Agreement, (Clause 2, 3, or 4)**<br>**Issued Under Provisions of The Packers and**<br>**Stockyards Act, 1921, as Amended and Supplemented** |
| --- | --- |

State of (1) _____ Kentucky _____

County (2) _____ Allen _____

As the undersigned, I, (3) _____ C.Ph. Livestock) _____

*(full name of claimant)*

Of (4) _13196 Holland Rd._ (5) _270-618-0496_
_(complete mailing address)_ *(phone; home, cell)*
_Fountain Run, KY 42133_ _270-122-6062 FAX_

*(other contact information: fax number, email address)* cpebrian@NCtc.com

being duly sworn, depose and state:

I make this claim to (6) _____ Capitol Indemnity Corporation _____

*(name of trustee or surety)*

Select One:

| |
| --- |
| ☒ under the bond issued by the (7a)<br>    Capitol Indemnity Corporation<br>    *(name of surety company)*<br>☐ under the Trust Fund Agreement with security held by (7b)<br><br>    *(depository, if one named)*<br>☐ under the Trust Agreement with letter of credit held by (7c)<br><br>    *(name of trustee)* |

on behalf of (8) _____ Eastern Livestock Co., LLC _____

*(full name and address of principle named in bond or trust agreement)*
135 West Market St., New Albany, IN    47150

in the amount of (9) _624,326.35_ due and owing for livestock purchased by

(10) _Eastern Livestock Co., LLC   135 West Market St._
*(full name and address of buyer) Clause 2, 3, or 4*    New Albany, IN    47150

for his own account or as a market agency buying livestock on a commission basis. This

OMB CONTROL NO. 0580-0015

claim is based on the following described livestock which was purchased by

(11) ___Eastern Livestock Co., LLC_____
(name of buyer) Clause 2, 3, or 4

(12)

| Date of Sale | Number of Head | Description of Livestock | Amount |
|---|---|---|---|
| 11- 1- 2010 | 200 | Steers (722# avg.) | $ 165,260.52 |
| 11- 2- 2010 | 258 | Steers (771# avg.) | 221,682.50 |
| 11- 2- 2010 | 286 | Steers (736# avg.) | 237,383.33 |
|  |  |  |  |
|  |  |  |  |
|  |  | Total | 624,326.35 |

Refers to maker cks.

Attached and made a part of this claim are copies of the account of purchase and other

documents covering the livestock transaction, such as copies of checks issued and unpaid

for the livestock purchased by:

(13)___Eastern Livestock Co., LLC_____
(name of buyer) Clause 2, 3, or 4

and other documents indicating the sale of the livestock in question to such purchaser

for which payment has not been made. (*If full and complete documents of the transaction are not available or if these papers have become lost or destroyed, the claimant should insert a statement below of the facts:*)

(14)_____

_____

_____

_____

_____

_____

Sold To EASTERN LIVESTOCK
@ GILCREST, CO

Nº 10386
**CPC LIVESTOCK, LLC.**

Fax: 270-622-6062
13196 Holland Road - Fountain Run, Ky 42133

Date 11/1 - 11/2 /2010

Michael, Kassie
Cell: 270-799-1313

Marshall, Sara
270-434-4943 270-622-5423
Cell: 270-646-7214

Ivan, Michelle
270-434-2490
Cell: 270-670-3460

Brian, Cathy
270-618-7044
Cell: 270-618-0496

| REMARKS | NO. HEAD | KIND | WEIGHT | PRICE | AMOUNT |
|---------|----------|------|--------|-------|--------|
|         |          |      | 147530 |       | 165,260.52 |
| 723     | 200      | ST   | 144579 |       |        |
|         |          |      | 269,900 |      |        |
| 780     | 339      | ST   | 264,502 | Ths  | PORTION PAID 301,664.53 |
|         | TOTAL    |      |        |       |        |
| 759     | 539      |      | 417430 |       |        |
| CERTIFICATION OF NON-PRODUCER STATUS | | ST | 409,081 | 114 14 | 466,925 05 |

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE RESELLER
Claimed on #_____cattle pursuant to
7CFR §1260.116 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-031

Signature _____  Date _____

M/HM - 62
M/HM - 62
TRUCKER_____

HUWALDT-63
TRIPLE D - 76
TRIPLE D - 76

AMOUNT_____
TOTAL $ 466,925 05

| Account | Serial Number | Date | Amount |
|---|---|---|---|
| 7480493779 | 123327 | 11/10/2010 | $221,962.50 |

**Front Image**



Wachovia certifies that the above image(s) accurately represents the physical item from which it was produced.

| Account | Serial Number | Date | Amount |
|---|---|---|---|
| 7480493779 | 124650 | 11/10/2010 | $237,383.33 |

**Front Image**

**TRIPS Return  -  Refer to Maker**



Wachovia certifies that the above image(s) accurately represents the physical item from which it was produced.

Nº 1 0385

**CPC LIVESTOCK, LLC.**

Sold To  EASTERN LIVESTOCK
@ GILCREST, CO

Fax 270-622-6062
13196 Holland Road - Fountain Run, Ky 42133

Date  10/25/10

Michael, Kassie
Cell: 270-799-1313

Marshall, Sara
270-434-4943 270-622-5425
Cell: 270-646-7214

Ivan, Michelle
270-434-2490
Cell: 270-670-3460

Brian, Cathy
270-618-7044
Cell: 270-618-0496

| REMARKS | NO. HEAD | KIND | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| (10/25) | | | 203,040 | | |
| 771 | 258 | ST | 198,979 | | |
| (10/26) | | | 214,720 | | |
| 736 | 286 | ST | 210,426 | | |
| TOTAL | | | 417,760 | | |
| 753 | 544 | ST | 409,405 | 112 13 | 459,065. 83 |

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE RESELLER
Claimed on # 544 cattle pursuant to
7CFR §1260.116 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-031
10/25/10
Signature                    Date

TRIPLE D - 75
TRIPLE D - 75
TRUCKER  BGL - 12
thi. LTC IN EXP - bof

AMOUNT
TOTAL  $ 459,065. 83

Returned Checks -   221,682.50
                    237,383.38
                    ─────────
                    459,065.88

## Sara Celsor

**From:**     "Theresa Crabtree" <tcrabtr@e-farmcredit.com>
**To:**       <scelsor@nctc.com>
**Sent:**     Thursday, November 11, 2010 11:07 AM
**Attach:**   1909822a.tif; 1909822.tif
**Subject:**  FW: CPC Livestock returns

Sara – here are the check copies – front & back

I'm so sorry

Theresa Crabtree
Customer Services Representative
Farm Credit Services of Mid-America
voice (270) 782-3310 fax (270) 782-7294
Internal Extension Number 63120
tcrabtr@e-farmcredit.com
www.e-farmcredit.com



This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail and destroy this message and attachments.

**From:** Jimmy York
**Sent:** Thursday, November 11, 2010 10:45 AM
**To:** Theresa Crabtree
**Subject:** CPC Livestock returns

### NSF Detail:

| | CPC |
|---|---|
| Customer Name | Livestock |
| Loan Number(s) | 1018745100 |

| | | |
|---|---|---|
| Date Ret Item Rec | 11/11/2010 | |
| | $ | |
| Amount of Retrn | 221,682.50 | 237383.33 |
| Date of Payment | 11/2/2010 | 11/2/2010 |
| DDA Being Adjusted | 8568 | 8568 |

**If an NSF fee needs to be charged, please input this in
Singleview on the loan maintenance screen**

SAU Office          _____

The Branch          Theresa

Was

11/11/2010

X _____ called
_____ Called
X _____ Was emailed
_____ Sent an e-mail
_____ Sent a
_____ Fax

**Jimmy York**
**Loan Accountant Specialist SAU/Recon**
**FCS of Mid-America**
**Internal extension: 53873**
**voice (502) 420-3873 fax (502) 420-3573**

This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify me immediately by telephone and/or reply e-mail and destroy this message and attachments.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1153 / Virus Database: 424/3250 - Release Date: 11/11/10

# Exhibit 3

Sold To **EASTERN LIVESTOCK**

@ BILCREST, CO

Date 11/1 - 11/2/2010

**Nº 10386**

**CPC LIVESTOCK, inc.**

Fax 270-622-6062
13196 Holland Road - Fountain Run, Ky 42133

| Michael, Kassie Cell: 270-799-1313 | Marshall, Sara 270-434-4943 270-622-5425 Cell: 270-646-7214 | Ivan, Michelle 270-434-2490 Cell: 270-670-3460 | Brian, Cathy 270-618-7044 Cell: 270-618-0496 |

| REMARKS | NO. HEAD | KIND | WEIGHT | PRICE | AMOUNT |
|---------|----------|------|--------|-------|--------|
| | | | 147,530 | | |
| 723 | 200 | ST | 144,579 | | |
| | | | 269,900 | | |
| 780 | 339 | ST | 264,502 | | |
| | TOTAL | | | | |
| 759 | 539 | | 417,430 | | |
| | | ST | 409,081 | 114 14 | 466,925 05 |

**CERTIFICATION OF NON-PRODUCER STATUS**
**FOR THE RESELLER**
Claimed on #_____cattle pursuant to
7CFR §1260.116 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-031

_____    _____
Signature               Date

TRUCKER _____

11/2   MItHm - 62
       MItHm - 62

HUWALOT - 63
TRIPLE D - 76
TRIPLE D - 76

AMOUNT _____

TOTAL $ 466,925 05

# Exhibit 4

№ 10387

**CPC LIVESTOCK, INC.**

Sold To _Silcrest Feeders_

Date _11-2-2010_

Fax 270-622-6062
13196 Holland Road - Fountain Run, Ky 42133

Michael, Kassie         Marshall, Sara _Celson_    Ivan, Michelle        Brian, Cathy
Cell: 270-799-1313                                270-434-2490         270-618-7044
            Cell: 270-646-7214      Cell: 270-670-3460   Cell: 270-618-0496

| REMARKS | NO. HEAD | KIND | WEIGHT | PRICE | AMOUNT |
|---------|----------|------|--------|-------|--------|
| 280 | 339 | st | 264502 | 114.05 | 301664.53 |
| Freqit is Razed on these cattle J.M.Celsen | | | | | |
| Jane Jones   Farm Credit Services | | | | | |
| 270-793-2830 | | | | | |
| | | | | | |

**CERTIFICATION OF NON-PRODUCER STATUS**
FOR THE RESELLER
Claimed on # _339_ cattle pursuant to
7CFR §1260.116 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-031

_J.M.Celsen_        _11-2-10_
Signature              Date

**FROM:** _CPC Livestock_
I attest that all livestock
transferred are of:  A. ☑ document and
and raised in the U.S.)   B. ☐ ..., Mexican origin.

_J.M.Celsen_        _11-2-2010_
Signature              DATE

AMOUNT _____

TRUCKER _____

TOTAL _301664.53_

Sold To _Silvest Feeders_ ATT. JUDGE
BUITER

№ 10388

**CPC LIVESTOCK, LLC.**

Fax 270-622-6062
13196 Holland Road - Fountain Run, Ky 42133

Date _11-1 - 2010_

| Michael, Kassie | Marshall, Sara | Ivan, Michelle | Brian, Cathy |
|---|---|---|---|
| Cell: 270-799-1313 | 270-421-1646  270-622-4422 | 270-434-2490 | 270-618-7044 |
| | Cell: 270-646-7214 | Cell: 270-670-3460 | Cell: 270-618-0496 |

| REMARKS | NO. HEAD | KIND | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 723 | 200 | sts | 144579 | 115.25 | 166627.30 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | FROM: _CPC Livestock_ | | |
| | | | I attest that all livestock referenced by this document and transferred are of: A. ☑ U.S. origin (exclusively born and raised in the U.S.)  B. ☐ Canadian, Mexican origin. | | |
| | | | _J M Colson_  Signature | | _11-1-10_  DATE |
| | | | | | |

**CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER**

Claimed on # _200_ cattle pursuant to
7CFR §1260.116 and 1260.314
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. KY-031

_J M Colson_  Signature    _11-1-10_  Date

TRUCKER _____

AMOUNT _____

TOTAL _166627.30_

S I S Butch

Buchanan Kenny

```
65      47,940
(3)     (2,190)
+8       5610
───     ──────
70      51,360
```

CPC COMMODITIES
CERTIFIED SCALE
FOUNTAIN RUN, KY.
11-01-10        9:25AM
82280 lb GROSS

CPC COMMODITIES
CERTIFIED SCALE
FOUNTAIN RUN, KY.
11-01-10        9:09AM
79540 lb GROSS

```
63
+3
──
66
```

49,010

CPC COMMODITIES
CERTIFIED SCALE
FOUNTAIN RUN, KY.
11-01-10        7:09AM
34340 lb GROSS

CPC COMMODITIES
CERTIFIED SCALE
FOUNTAIN RUN, KY.
11-01-10        7:07AM
32720 lb GROSS

46820

PHOENIX - BRIAN

3 OFF
BUTCH 2130 lb
ON KENNY

B ON
BUTCH 7610 lb

64

CPC COMMODITIES
CERTIFIED SCALE
FOUNTAIN RUN, KY.
11-01-10        8:51AM
80780 lb GROSS

CPC COMMODITIES
CERTIFIED SCALE
FOUNTAIN RUN, KY.
11-01-10        7:12AM
33620 lb GROSS

47,160

Form No. KYSV-72 (Rev. 04/05)

# CERTIFICATE OF VETERINARY INSPECTION
## KENTUCKY DEPARTMENT OF AGRICULTURE
### Office of the State Veterinarian
100 Fair Oaks Lane, Suite 252, Frankfort, KY 40601
Phone (502) 564-3956  Fax  (502) 564-7852

Certificate No.

**61A- 231849**

**PERMIT NUMBER**
(where applicable)

Reason for Movement:
- Exhibit _____  Breeding _✓_
- Sale _____  Feeding _____
- Slaughter _____  Other _____

| Owner or Consignor | CPC Livestock | Consignee or Show or Sale | Gilcrest Foods |
|---|---|---|---|
| Origin Address | 13196 Holland Rd. | Destination Address | 2277 WCR 31 |
| City | Ft. Pierce | State KY | ZIP 42133 | City | LaSalle, Co. | State | ZIP |
| Area Code/Telephone | County | Premises ID: | Area Code/Telephone 970-737-2444 | Premises ID: |

| SPECIES | CATTLE/HERD STATUS | LAST TEST DATE | SWINE HERD STATUS | LAST TEST DATE | SHEEP/GOAT STATUS |
|---|---|---|---|---|---|
| ☑ Cattle ☐ Sheep | Accreditation # _____ | _____ | Qualification # _____ | _____ | This flock/herd is free of visible signs of foot rot, sore mouth and caseouslymphadentis. ☐ YES  ☐ NO |
| ☐ Goats ☐ Equine | Certification # _____ | _____ | Validation # _____ | _____ | KY Consistent State ☐ YES  ☐ NO |
| ☐ Swine ☐ | | | | | Scrapie Flock/Herd ID # _____ |

| LINE # | Check One | Description or Registration Name or additional I.D. | Official Vaccination Tattoo | AGE | SEX | BREED | TB TEST Site Injected: S.C., Axill., C. Fold / Date Inj: / Date Read/Results | BRUCELLOSIS Date Bled | Results | EQUINE State Lab / LDDC or BVC | TEMP | OTHER TESTS OR VACCINATIONS For: / Date: / Lab: / RESULTS /ACCESSION# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ☐ Official Ear Tag ☐ Ear Notch ☐ Tattoo/Brand ☐ Reg. # | | | | | | | | | | | |
| 2 | | 550 Feeder Steers — | | | | Mixed Breeds - about 750# | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | 8 Loads | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |

**Veterinarian Certification:**
I certify, as an accredited veterinarian, that the above described animals have been inspected by me on this date and that they are not showing signs of infection, and/or communicable disease (except where noted). The vaccinations and results of tests are as indicated on the certificate. To the best of my knowledge, the animals listed on this certificate meet the state of destination and federal interstate requirements. No warranty is made or implied.

Date: 10-29-10   Veterinarian's Signature: _____   Accred. Code: 1194

Address:

City:    State:    ZIP:

TRI-COUNTY VETERINARY SERVICES, P.S.C
307 WEST BUSHONG ROAD
TOMPKINSVILLE KY 42167

Phone Number:

**Owner/Agent Certification: (where applicable)**
I certify that the animals in this shipment are those certified to and listed on this certificate and that the identification and ages of the animals listed are correct.

Signature:

Date:

**State Certification/Date Received:**

Distribution:
White – State Veterinarian (origin)
Canary – Owner
Pink – State Veterinarian (destination)
Goldenrod – Issuing Veterinarian

10/29/2010  15:24  2704875745

TRI-COUNTY VETERINAY

PAGE  01

# Exhibit 5

A-11
Jessie Yates



**EASTERN LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

Fifth Third Bank
Northern Kentucky

Nº 124650

73-27
421

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|------|-----------|---|--------|
| 10/10/27 | 123550 | | **237,383.33** |

CPC LIVESTOCK
FARM CREDIT SERVICES
13196 HOLLAND ROAD
FOUNTAIN RUN, KY 42133

SIGNATURE

⑈124650⑈  ⑉042100272⑆  7480493779⑈

№ 123327

**EASTERN**
**IVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | AMOUNT |
|---|---|---|
| 10/10/26 | 123327 | **221,682.50 |

CPC LIVESTOCK
FARM CREDIT SERVICES
13196 HOLLAND ROAD
FOUNTAIN RUN, KY 42133

SIGNATURE

⑈123327⑈ ⑆0421002721⑆ 7480493779⑈



03/10/2011  15:19  12706226062          JM CELSOR                    PAGE  04
Case 10-93904-BHL-11   Doc 2183   Filed 05/20/13   EOD 05/20/13 22:55:36   Pg 45 of 51
Print Selected Images

Page 3 of 5



Print Selected Images

| Account | Serial Number | Date | Amount |
|---|---|---|---|
| 7480493779 | 124650 | 11/10/2010 | $237,383.33 |

**Front Image**

TRIPS Return - Refer to Maker



**Back Image**

Wachovia certifies that the above image(s) accurately represents the physical item from which it was produced.

# <u>Exhibit C</u>

<u>AFFIDAVIT OF THOMAS P. GIBSON</u>

STATE OF KENTUCKY

COUNTY OF JEFFERSON

BEFORE ME, the undersigned authority, personally appeared, THOMAS P. GIBSON, to me well known to be the same, who, being by me first duly sworn, deposes and says:

1.      My name is THOMAS P. GIBSON. I am over the age of 18. I have personal knowledge of the facts set forth herein.

2.      I have been in the cattle business all of my life. I was founder and principal of Eastern Livestock Company, LLC ("Eastern"), New Albany, IN. Eastern operated as a livestock "broker" and registered under Packers and Stockyards Act of 1921, 7 U.S.C. §§181 et seq. and governing regulations, 9 C.F.R. §201 et seq ("Stockyards Act"). Eastern operated in a variety of different capacities in livestock transactions but was specifically registered under the Stockyards Act bond regulations as "Condition Clause No. 2" buying and selling livestock for its own account (9 C.F.R. §201.31(c)) and the accounts of others and as "Condition Clause No. 3" clearing the livestock purchases of other registrants (9 C.F.R. §201.31(c)). Eastern served under the Stockyards Act as a registered Clearing Agency for others as registered "Clearees" and as a "Dealer/Market Agency" buying and selling for its own account and also buying and selling on a commission basis for the accounts of others.

3. Over the years Eastern and I had numerous dealings with Marshall Celsor of CPC Livestock, LLC, Fountain Run, KY ("CPC") brokering cattle purchases and sales, as well as "Order Buying" for each other. CPC is a "backgrounder" in the cattle business—pre-conditioning cattle for the rigors of the feedlot and transit to the feedlots. CPC buys cattle from farms and sells to feedlots after weaning them from grass and training them to eat from feeders.

4. For example, in its dealings with CPC, Eastern served on occasion as Order Buyer for various feedlots in Kansas, Texas, and Oklahoma, buying cattle to fill orders on a commission basis. Eastern also served as a selling agent for CPC, selling to the same feedlots. However, in both such instances the commission was typically the same—$.50/cwt. of the delivery price which was based upon contract price per lb. for an average base weight per head, adjusted for a $.04/cwt. "slide" and for "shrinkage" in transit. CPC was the contracting party and would pay the final adjusted price plus Eastern's brokerage commission which was also adjusted for slide and shrinkage.

5. In other instances, CPC would be the Order Buyer with the same commission structure for Eastern at the Bowling Green Livestock Auction. At the Eastern's Edmonton, KY buying station Eastern usually acted as a dealer with respect to CPC, selling cattle to CPC as a markup which CPC would accept or pass. Finally, for the video auction at Superior Livestock Auction, Inc., Ft. Worth, TX, Eastern was again an Order Buyer for the $.50/cwt base commission.

2

6.      In most every case where Eastern operated as a broker, Eastern would issue a check in payment for a buy and collect a payment for a sell while charging its commission.

7.      In late October and early November 2010, just days before Fifth Third Bank, Inc. ("Fifth Third") froze our accounts, Eastern brokered a several transactions with CPC as Order Buyer for Five Rivers' Gilchrest, Colorado feedyard ("Five Rivers"). In the first set of transactions from October 2010, by the time I became aware of aproblem the cattle had been delivered, Eastern had issued checks to CPC as Seller, and Eastern had collected receipts in payment from Five Rivers as Buyer. After collecting the money, however, Fifth Third dishonored the checks that had been delivered to CPC. Unfortunately, the transactions had progressed too far for Five Rivers, Marshall Celsor, and me to modify the contracts.

8.      In the second set of transactions we were able to act in time to modify the contract and have CPC issues invoices directly to Five Rivers. The cattle had been shipped but not delivered when Marshall Celsor contacted me. I called Five Rivers and spoke to Judd Butler, Manager of the Gilcrest facility, and confirmed that CPC was going to invoice Five Rivers directly to his attention and that Five Rivers should pay CPC directly on these transactions.

9.      On information and belief CPC as Seller was able to collect only part of the amounts due from the Five Rivers in payment as Buyer. The unpaid amount was deposited by Five Rivers as part of the amounts in the "Friona Interpleader."

3

Under penalty of perjury, the above statements are true and correct.

FURTHER, at this time, Affiant saith naught.

THOMAS P. GIBSON, AFFIANT

STATE OF KENTUCKY

COUNTY OF JEFFERSON

PERSONALLY APPEARED BEFORE ME, the undersigned authority, duly authorized to take acknowledgments and administer oaths, THOMAS P. GIBSON, after first being duly sworn on oath, deposes and says: that he is the individual described in and who executed the above and foregoing document, the statements contained therein are true and correct. THOMAS P. GIBSON, is personally known, and has taken an oath.

WITNESS my hand and official seal in the County and State last aforesaid this 13 day of March 2013.

Notary Public

Kelly Y. McMurray
Notary Public (Print Name)

My commission expires: 1/9/2014
My commission number: 410323

4