UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the following were sent to those persons listed on the service lists attached hereto at the addresses shown thereon via (i) electronic mail transmission through the Bankruptcy Court's CM/ECF system on May 22, 2013 and May 23, 2013, or (ii) first-class U.S. Mail, postage prepaid, on May 23, 2013.

| | |
|---|---|
| Order On Trustee's Objection To Claim 469 Filed By Gibson Farms, LLC And Notice Of Response Deadline | Docket No. 2188 |
| Order On Trustee's Objection To Claim 346 Filed By JVCO, LLC And Notice Of Response Deadline | Docket No. 2189 |
| Order On Trustee's Objection To Claim 155 Filed By Kenny Plowman And Notice Of Response Deadline | Docket No. 2190 |
| Order On Trustee's Objection To Claim 279 Filed By Willie Downs Livestock, Inc. And Notice Of Response Deadline | Docket No. 2191 |
| Order On Trustee's Objection To Claim 259 Filed By Laurel Livestock Market, Inc. And Notice Of Response Deadline | Docket No. 2192 |
| Order On Trustee's Objection To Claim 376 Filed By Thoreson Ranch, Inc. And Notice Of Response Deadline | Docket No. 2193 |

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


By:   /s/ Terry E. Hall

Terry E. Hall (#22041-49)                   *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## Via CM/ECF transmission:

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
james@bgdlegal.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

C. R. Bowles, Jr
cbowles@bgdlegal.com

Jeffrey R. Erler
jerler@ghjhlaw.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ishallcross@bgdlegal.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
kim.maynes@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

James M. Carr
jim.carr@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Christie A. Moore
cm@gdm.com

Peter M. Gannott
pgannott@gannottlaw.com

Joseph H. Rogers
jrogers@millerdollarhide.com

Andrew D. Stosberg
astosberg@lloydmc.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Jennifer Watt
jwatt@kgrlaw.com

William K. Flynn
wkflynn@strausstroy.com

Michael Benton Willey
michael.willey@ag.tn.gov

Chrisandrea L. Turner
clturner@stites.com

Scott R. Leisz
sleisz@bgdlegal.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

James E. Smith
jsmith@smithakins.com

Kevin M. Toner
kevin.toner@faegrebd.com

Eric W. Richardson
ewrichardson@vorys.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Thomas P. Glass
tpglass@strausstroy.com

Kay Dee Baird
kbaird@kdlegal.com

Paul M. Hoffman
phoffmann@stinson.com

Brian H. Meldrum
bmeldrum@stites.com

Natalie Donahue Montell
nmontell@bgdlegal.com

Brian Robert Pollock
bpollock@stites.com

Matthew R. Strzynski
mstrzynski@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

Robert K. Stanley
robert.stanley@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Joshua Elliott Clubb
joshclubb@gmail.com

Ben T. Caughey
ben.caughey@icemiller.com

Stephen E. Schilling
seschilling@strausstroy.com

David W. Brangers
dbrangers@lawyer.com

Martha R. Lehman
mlehman@kdlegal.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Erin Casey Nave
enave@taftlaw.com

Steven Eric Runyan
ser@kgrlaw.com

Andrew James Vandiver
avandiver@aswdlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com

**Via first-class U.S. Mail, postage prepaid:**

| | |
|---|---|
| Order On Trustee's Objection To Claim 469 Filed By Gibson Farms, LLC And Notice Of Response Deadline [Docket No. 2188] | Gibson Farms, LLC<br>c/o Sandra D. Freeburger<br>Dietz, Shields & Freeburger, LLP<br>PO Box 21<br>Henderson, KY 42419-0021 |
| Order On Trustee's Objection To Claim 346 Filed By JVCO, LLC And Notice Of Response Deadline [Docket No. 2189] | JVCO, LLC<br>11347 Business Park Circle<br>Firestone, CO 80504 |
| Order On Trustee's Objection To Claim 155 Filed By Kenny Plowman And Notice Of Response Deadline [Docket No. 2190] | Kenny Plowman<br>1010 Tattle Branch Road<br>Chilhowie, VA 24319-5470 |
| Order On Trustee's Objection To Claim 279 Filed By Willie Downs Livestock, Inc. And Notice Of Response Deadline [Docket No. 2191] | Willie Downs Livestock, Inc.<br>c/o Andrew D Stosberg<br>Lloyd & McDaniel, PLC<br>11405 Park Road, Suite 200<br>PO Box 23200<br>Louisville, KY 40223-0200 |
| Order On Trustee's Objection To Claim 259 Filed By Laurel Livestock Market, Inc. And Notice Of Response Deadline [Docket No. 2192] | Laurel Livestock Market, Inc.<br>c/o Peter M. Gannott<br>12910 Shelbyville Road, Suite 115<br>PO Box 43755<br>Louisville, KY 40243 |
| Order On Trustee's Objection To Claim 376 Filed By Thoreson Ranch, Inc. And Notice Of Response Deadline [Docket No. 2193] | Thoreson Ranch, Inc.<br>c/o Jerry W. Potocnik<br>1200 NW S. Outer Road<br>Blue Springs, MO 64015 |