UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS ALREADY SATISFIED BY PAYMENTS FROM VICTIM RESTITUTION FUND ADMINISTERED BY THE KENTUCKY ATTORNEY GENERAL'S OFFICE**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), hereby objects (this "Objection") to the claims identified on attached Exhibit A (individually, a "Claim" and collectively, "Claims")[1] because the Claims have been satisfied by payments made from a restitution fund administered by the Kentucky Attorney General's Office.

**Jurisdiction**

1. This Court has jurisdiction over this Objection under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B). Venue of this proceeding and this Objection is properly in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are 11 U.S.C. §§ 502, 506 and 507 and Rules 3001 and 3007 of the Bankruptcy Rules.

**Background**

3. On December 6, 2010 (the "Petition Date"), an involuntary chapter 11

---

[1] All references herein to the claim number are to the number assigned to the Claim by BMC (see paragraph 5 below) and not to the number, if any, assigned to the Claim by the Court's online claims register. For further explanation, see paragraph 5 below.

DMS_US 52062018v2

bankruptcy petition was filed to commence a chapter 11 case (the "Chapter 11 Case") against Eastern Livestock Co., LLC ("Debtor") in the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division (the "Court").

4. On December 27, 2010, the Court entered an order approving the appointment of the Trustee and on December 28, 2010, entered an order for relief.

5. On March 17, 2011, the Court entered an order approving The BMC Group, Inc. ("BMC") as the Trustee's claims and noticing agent in the Chapter 11 Case. Pursuant to that order, BMC was authorized and directed to, among other things, maintain the official claims register ("Claims Register") for all filed proofs of claim in the Chapter 11 Case. A copy of that Claims Register and all filed proofs of claim in the Chapter 11 Case can be viewed at http://www.bmcgroup.com/restructuring/Claims.aspx?ClientID=271.

## Reservation of Rights

6. The Trustee reserves the right to object to claims not included on the attached Exhibit A on the same or similar grounds listed in this Objection. Separate notice will be given and a separate hearing will be scheduled for any other objections.

## Description of Exhibit A

7. Each creditor who filed a Claim is hereinafter referred to as a "Claimant." The attached Exhibit A lists Claimants alphabetically and has four (4) columns. The first column is titled "Claimant" and lists the name of the person or entity who asserts the respective Claim. The second column is titled "Claim Number" and lists the number assigned to the Claim on the Claims Register. The third column is titled "Date Filed" and lists the date the Claim was filed. The fourth column is titled "Amount Claimed" and lists the amount claimed on the respective Claim.

DMS_US 52062018v2

**Request for Relief**

8. By this Objection, the Trustee seeks entry of an order disallowing and expunging for all purposes the Claims identified on attached <u>Exhibit A</u>.

9. The Trustee received a spreadsheet from the Kentucky Attorney General's Office listing the distributions made by the Kentucky Attorney General's Office from a restitution fund established by the Kentucky Attorney General's Office to pay the claims of certain of Debtor's creditors. According to the spreadsheet, the Claims on attached <u>Exhibit A</u> have been paid in full by the Kentucky Attorney General's Office. Because the Claims have already been satisfied, and because the Claimants are only entitled to a single satisfaction, the Trustee objects to the allowance of the Claims.

10. Thus, the Trustee objects to the Claims as already satisfied and requests that the Court enter an order disallowing and expunging the Claims.

**Notice**

11. The Trustee will serve copies of this Objection on all Claimants identified on <u>Exhibit A</u>. **CLAIMANTS RECEIVING A COPY OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON ATTACHED <u>EXHIBIT A</u>.**

12. Any party may obtain a copy of this Objection and <u>Exhibit A</u> by requesting the same from counsel for the Trustee at (317) 237-1176.

13. The Trustee submits that such notice of this Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

**Response Deadline**

14. Any Claimant that wishes to contest the relief requested in this Objection must file a written response with the Court no later than thirty (30) days after receipt of this

3

Objection. Responses must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Indiana, New Albany Division, 110 U.S. Courthouse, 121 West Spring Street, New Albany, IN 47150 and served on Trustee's Counsel, Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204 (Attn: Dustin DeNeal).

WHEREFORE, the Trustee respectfully requests that the Court enter an Order disallowing and expunging for all purposes the Claims identified on attached Exhibit A and for all other just and appropriate relief.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:  /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Dustin R. DeNeal (#27535-49)
Kayla D. Britton (#29177-06)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
dustin.deneal@faegrebd.com
kayla.britton@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jerler@ghjhlaw.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Jessica E. Yates<br>jyates@swlaw.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |

5

| | | |
|---|---|---|
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| James M. Carr<br>jim.carr@faegrebd.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Christie A. Moore<br>cm@gdm.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Peter M. Gannott<br>pgannott@gannottlaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Robert K. Stanley<br>robert.stanley@faegrebd.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz | Ben T. Caughey<br>ben.caughey@icemiller.com |
| William K. Flynn<br>wkflynn@strausstroy.com | Thomas P. Glass<br>tpglass@strausstroy.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | Kay Dee Baird<br>kbaird@kdlegal.com | David W. Brangers<br>dbrangers@lawyer.com |
| Chrisandrea L. Turner<br>clturner@stites.com | Paul M. Hoffman<br>phoffmann@stinson.com | Martha R. Lehman<br>mlehman@kdlegal.com |
| Scott R. Leisz<br>sleisz@bgdlegal.com | Brian H. Meldrum<br>bmeldrum@stites.com | Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com |
| Terrill K. Moffett<br>kendalcantrell@moffettlaw.com | Natalie Donahue Montell<br>nmontell@bgdlegal.com | Erin Casey Nave<br>enave@taftlaw.com |
| Matthew Daniel Neumann<br>mneumann@hhclaw.com | Brian Robert Pollock<br>bpollock@stites.com | Steven Eric Runyan<br>ser@kgrlaw.com |
| Amanda Dalton Stafford<br>ads@kgrlaw.com | Matthew R. Strzynski<br>mstrzynski@kdlegal.com | Andrew James Vandiver<br>avandiver@aswdlaw.com |
| Chad Duane Wuertz<br>chad@wuertzlaw.com | Christopher E. Baker<br>cbaker@thbklaw.com | Niccole R. Sadowski<br>nsadowski@thbklaw.com |

  I further certify that on May 31, 2013, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

| | | |
|---|---|---|
| DONALD R. ALEXANDER<br>ATTN: DAVID B FOUTCH<br>ROCHELLE MCCULLOCH & AULDS<br>109 N CASTLE HEIGHTS AVE<br>LEBANON TN 37087 | BEN ARMSTRONG<br>ROUTE 2 BOX 256<br>ALBANY KY 42602 | ARNOLD FARMS<br>C/O HOWARD B ARNOLD<br>9845 WEATHERLY RD<br>LASCASSAS TN 37085-4419 |
| EDWARD L. ARTERBURN<br>PO BOX 186<br>PARK CITY KY 42160-0186 | LENNY ASBURY<br>650 MAHOGANY LN<br>HARDYVILLE KY 42746 | JERRY N. BAGBY<br>5360 HIGHWAY 1464<br>GREENSBURG, KY 42743-9432 |
| STOKES BAIRD<br>PO BOX 218<br>MUNFORDVILLE KY 42765-0218 | RICHARD BANKS<br>400 JOHNSON CEMETERY RD<br>COLUMBIA KY 42728-9571 | ALVIN BARBEE<br>9730 BROWNSVILLE RD<br>PARK CITY KY 42160-9316 |
| JOYCE OR PAUL BARNES<br>1715 KAREN CIRCLE<br>BOWLING GREEN KY 42104 | CHRIS BARTON<br>1172 BRIDGE HOLLOW RD<br>SCOTTSVILLE KY 42164 | GARY S. BELL<br>PO BOX 122<br>EDMONTON KY 42129 |
| WILLIAM BIRDWELL<br>1543 TOMMY DOTSON HIGHWAY<br>COOKEVILLE TN 38506 | CAROLYN BLEDSOE<br>1131 WEED SPARKSVILLE RD<br>COLUMBIA KY 42728 | ROY BLYTHE<br>210 ROY BLYTHE RD<br>SUMMER SHADE KY 42166 |
| IKE BOUTWELL<br>1815 CANN SCHOOL LN<br>EASTVIEW KY 42752 | LARRY BRAGG<br>305 BRADSHAW RD<br>AUSTIN KY 42123-9713 | DALTON BRAGG<br>869 SOCIETY HILL RD.<br>EDMONTON KY 42129 |
| BREEDING BROS.<br>WADE BREEDING<br>9440 COLUMBIA HWY<br>GREENSBURG KY 42743 | ALLEN B. BROWN<br>248 AB BROWN RD<br>CAVE CITY KY 42127 | CHARLIE D. BROWN<br>4931 OLD BURKESVILLE RD<br>ALBANY KY 42602 |
| ERIK PAUL BROWN<br>707 CLEVELAND AVE.<br>GLASGOW KY 42141 | JESSE R. BROWN<br>107 KARAKAL DR<br>GLASGOW KY 42141-3354 | DOUG BROWNING<br>3730 EDMONTON RD.<br>GLASGOW KY 42141 |

DMS_US 52062018v2

| | | |
|---|---|---|
| KENNETH BRYANT<br>6565 RUSSELL SPRINGS RD<br>COLUMBIA KY 42728-8304 | HALEE BUNCH<br>C/O HARLAN E JUDD III<br>MCCRACKEN & JUDD PLLC<br>PO BOX 27<br>BOWLING GREEN KY 42102 | DAVID MICHAEL BURGESS<br>360 CHEROKEE RD.<br>LUCAS KY 42156 |
| RODNEY & JUDY BURGESS<br>4457 PETERS CREEK RD.<br>AUSTIN KY 42123 | ROGER BURRIS<br>1414 LOVE KNOB RD<br>KNOB LICK KY 42154-9615 | GARY W. CAMPBELL<br>3191 CAUDILL RD<br>FRANKLIN KY 42134-8415 |
| LARRY CARTER<br>6007 LONE STAR RIDGE RD<br>EDMONTON KY 42129-9224 | DAVID LYNN CASSADY<br>1497 PLEASANT VALLEY<br>CHURCH RD<br>HORSE CAVE KY 42749 | WENDY CASSELL CHAPMAN<br>1371 FRISBIE LN<br>COOKEVILLE TN 38501-5802 |
| EDDIE CLAYWELL<br>C/O HARLAN E JUDD III<br>PO BOX 27<br>BOWLING GREEN KY 42102 | MARCIA CLOYD<br>2078 WHITNEY WOODS RD<br>CAVE CITY KY 42127-9332 | DONNIE COOMER<br>150 COOMER RD<br>EDMONTON KY 42129 |
| BOYD COPAS<br>2195 E. PHILLIPI CHURCH RD.<br>TOMPKINSVILLE, KY  42167-9478 | HOMER COPELAND<br>295 COPELAND LN<br>CELINA TN 38551 | KENNETH COWLES<br>1690 CHALYBEATE SCHOOL RD<br>BOWLING GREEN KY 42101-8356 |
| SCOTT CHRISTOPHER COWLES<br>2363 OTTER GAP RD<br>BOWLING GREEN KY 42101-8309 | RITA CRAVENS<br>1525 DOGWALK ROAD<br>ALPINE, TN  38543 | CV FARMS<br>C/O PAUL GEORGE<br>70 ROBERTS RD<br>WATERTOWN TN 37184-4422 |
| FRED DICKSON<br>1636 PRICES CREEK RD.<br>EDMONTON KY 42129 | DS JOHNSON FARMS<br>1420 MILL CREEK RD.<br>TOMPKINSVILLE KY 42167 | REX ELMORE<br>1817 TOBACCO RD<br>GLASGOW KY 42141-8486 |
| MICHAEL R. EMBERTON<br>1491 SULPHUR LICK RD<br>TOMPKINSVILLE KY 42167-7051 | CHARLIE FISHER<br>448 LAMBERT RD.<br>SCOTTSVILLE KY 42164 | JAMES ROBERT FLICKINGER<br>417 FLICKINGER LN<br>GLASGOW KY 42141-8833 |

| | | |
|---|---|---|
| FORBIS FARMS<br>230 WALNUT HILLS RD.<br>SUMMER SHADE KY 42166 | KENNETH FROEDGE<br>207 TUNEY GERALDS RD<br>EDMONTON KY 42129S | BUTCH GIBSON<br>2431 BREEDING RD<br>EDMONTON KY 42129 |
| JAMES HOWARD GIBSON<br>1990 COLUMBIA RD<br>EDMONTON KY 42129 | LENICE GIBSON<br>8310 SUBTLE RD.<br>EDMONTON KY 42129 | KERRY GILLEY<br>511 WISDOM RD<br>EDMONTON KY 42129 |
| LELAND DOUGLAS GLASS<br>1814 HISEVILLE PARK RD.<br>CAVE CITY KY 42127 | DAVID GORDON<br>1758 OLD TEMPLE HILL RD.<br>TOMPKINSVILLE, KY  42167 | CHARLES W. HAINES, JR.<br>1925 LOREN COLLINS RD<br>GLENS FORK KY 42741 |
| JIMMY HARMON<br>4028 GREENBURG RD.<br>COLUMBIA KY 42728 | DONALD HAWKS<br>8829 FINNEY RD<br>GLASGOW KY 42141 | JIMMY HENDRICK<br>PO BOX 127<br>SMITHS GROVE KY 42171 |
| JERRY HERALD<br>1191 OAKHILL SCHOOL RD.<br>SMITHS GROVE, KY  42171-9024 | JIMMIE DALE HIGH<br>1150 SULPHUR LICK RD.<br>TOMPKINSVILLE, KY  42167-7048 | DAVID HOLLEY<br>377 BLUE SPRINGS RD.<br>KNOB LICK, KY  42154 |
| RICHARD HOPE<br>3360 MT MORIAH RD<br>SUMMER SHADE KY 42166 | BILLIE HURT<br>29 BARREN RIVER DAM RD.<br>SCOTTSVILLE KY 42164 | GLENN HURT<br>7950 OLD GLASGOW RD<br>SCOTTSVILLE KY 42164 |
| CHARLES LEON ISENBERG<br>4942 EDMONTON RD<br>TOMPKINSVILLE KY 42167 | CARL JEFFRIES<br>471 ROY JEFFRIES RD<br>EDMONTON KY 42129 | KELLY JEFFRIES<br>471 ROY JEFFRIES RD<br>EDMONTON KY 42129 |
| GREGORY LYNN JOHNSON<br>2750 PLEASANT VALLEY CHURCH RD<br>CENTER KY 42214 | CLAUDE JONES<br>6 CLAUDE JONES RD<br>EDMONTON KY 42129 | KEITH LONG<br>D/B/A LONG FARMS<br>992 MORRISON PARK RD<br>GLASGOW KY 42141 |

DMS_US 52062018v2

| | | |
|---|---|---|
| MITCHELL KINSER<br>2991 JIM GLOVER RD.<br>GLASGOW KY 42141 | ROY KINSLOW<br>1844 DRIPPING SPRINGS RD<br>GLASGOW KY 42141 | WESLEY BOTTS KINSLOW<br>2371 DRIPPING SPRINGS RD<br>GLASGOW KY 42141 |
| R.D. LANE<br>370 MAPLE GROVE LANE<br>ROWLETTE KY 42765 | LOFTIS FARM<br>C/O JOSH LOFTIS<br>460 STOCKTON LANE<br>GAINESBORO, TN 38562-6101 | THOMAS LOGSDON<br>P.O. BOX 235<br>BROWNVILLE KY 42210 |
| ARTHUR LOWHORN<br>3160 LETTERED OAK RD<br>ALBANY KY 42602 | MIKE LUKE<br>4845 COOKEVILLE BOAT DOCK RD.<br>BAXTER, TN 38544 | RICHARD LYLE<br>8627 NEW GLASGOW RD<br>SCOTTSVILLE KY 42164-6571 |
| TODD LYNN<br>944 TINSLEY BOTTOM RD<br>CELINA TN 38551-5007 | JIMMY MANION<br>107 INDIE CT.<br>GLASGOW, KY 42141-3433 | FLOYD HAYWOOD MARR<br>4532 SANDHILL RD.<br>LOUISVILLE KY 40219 |
| JUNIOR MARTIN<br>1233 HOLLOW ROAD<br>GLASGOW, KY 42141-9487 | PHILLIP E. MARTIN<br>6853 FAIRVIEW RD<br>COOKEVILLE TN 38501-9715 | MAXINE MORGAN ESTATE<br>3965 LAWSON BOTTOM RD<br>BURKESVILLE KY 42717-9530 |
| WILLIAM MCCLURE<br>5199 SMITH GROVE RD.<br>SCOTTSVILLE KY 42164 | RICHIE MELSON<br>2628 MELSON RIDGE RD.<br>COLUMBIA, KY 42728-8017 | WILLIAM MILBY<br>6869 GREENSBURG RD<br>BUFFALO KY 42716 |
| MILLIGAN FARMS<br>651 GRASSY SPRINGS RD.<br>COLUMBIA, KY 42728-8374 | DORINDA MORRISON<br>8035 FAIRPLAY RD.<br>COLUMBIA, KY 42728 | BENNIE MUTTER<br>527 MUTTER RD<br>GLASGOW KY 42141-8446 |
| TATE MYATT<br>2163 POPLAR SPRING RD<br>GLASGOW KY 42141-7859 | JOHN NEAGLE<br>2043 HAYES PONDSVILLE RD.<br>SMITHS GROVE KY 42171 | BILLY NEAT<br>705 B NEAT RD<br>COLUMBIA KY 42728 |

| | | |
|---|---|---|
| DENNIS NEAT<br>6198 BURKSVILLE RD<br>COLUMBIA KY 42728 | RANDY NELSON<br>208 BUTTER ST<br>COLUMBIA KY 42728 | WILLARD R. ODLE<br>491 GOODLUCK BEAUMONT RD<br>EDMONTON KY 42129-9235 |
| ROY PACE<br>720 JUDD RD<br>EDMONTON KY 42129 | LLOYD DALE PAGE<br>9253 EDMONTON RD<br>SUMMER SHADE KY 42166 | TERRY PATTON<br>1224 NEW CONCORD ROAD<br>COLUMBIA, KY 42728 |
| RACHAEL PHELPS<br>3133 LAWSON BOTTOM RD<br>BURKESVILLE KY 42717-9511 | JOSHUA PITCOCK<br>33 MOORE RD<br>SUMMER SHADE KY 42166-8457 | BILLY WAYNE PRICE<br>1391 SUMMERSVILLE RD<br>GREENSBURG, KY 42743 |
| DAVID READ<br>583 LOVE KNOB RD<br>GLASGOW KY 42141 | LAWRENCE RICHARD<br>3151 EDMONTON RD.<br>COLUMBIA KY 42728 | LEWIS RANDALL RICHARD<br>2557 RICHARD HOLLOW RD<br>COLUMBIA KY 42728 |
| PHILLIP RICHEY<br>127 DREAM-A-WAY CIR<br>SCOTTSVILLE KY 42164 | RANDY RICHEY<br>111 YORK RD<br>SCOTTSVILLE KY 42164-7502 | ELMER RIGDON<br>1320 HORTON RIGDON RD<br>GLASGOW KY 42141 |
| RICKY ROSS<br>2463 DRAGSTRIP RD<br>TOMPKINSVILLE KY 42167 | CHARLES RUSH<br>5335 TOMPKINSVILLE RD.<br>SUMMER SHADE KY 42166 | RUSSELL BROTHERS<br>TERRY & JOSEPH BARRY<br>RUSSELL<br>4193 POPLAR GROVE RD<br>GREENSBURG KY 42743 |
| AVALON RUSSELL<br>2727 POPLAR SPRINGS RD<br>GLASGOW KY 42141 | KENNETH SANDERS<br>2487 WINN SCHOOL RD.<br>GLASGOW, KY 42141 | BOB SAWYERS<br>616 WILLIS CREEK RD<br>ALBANY KY 42602-8214 |
| BRIAN SCOTT<br>4163 AETNA GROVE CHURCH RD<br>SUMMERSVILLE KY 42782 | JOHN THOMAS SEXTON<br>3711 KNOB LICK-WISDOM RD<br>KNOB LICK KY 42154 | MARK SHIRLEY<br>2127 CAVE RIDGE NEW LIBERTY RD<br>KNOB LICK KY 42154 |

| | | |
|---|---|---|
| TIMMY SLINKER<br>1967 COLUMBIA RD<br>EDMONTON KY 42129 | PEGGY SMITH CAREY<br>1321 BROWN RD.<br>PARK CITY, KY 42160-7833 | JARED ROSS SMITH<br>989 WEST BLACK DOT RD<br>KNOB LICK KY 42154 |
| LEONARD CLIFTON SMITH<br>1133 BROWN ROAD<br>PARK CITY, KY 42160-7831 | STITCHES FARM<br>551 WEST RD<br>RED BOILING SPR TN 37150-3527 | ARTHUR ANDREW STURDIVANT<br>740 COLES BEND RD<br>SMITHS GROVE KY 42171 |
| ANDREW BEAU TABOR<br>166 EDGAR FORD RD<br>SUMMER SHADE KY 42166 | STEVE RAY TAYLOR<br>1010 OLD BUCK CK. RD.<br>ADOLPHUS, KY 42120-6115 | FRED THOMAS<br>1150 CHRISTIE SANO RD<br>COLUMBIA KY 42728-8340 |
| ROGER DALE THOMAS<br>199 RHOTON CAVE RD.<br>TOMPKINSVILLE, KY 42167-7506 | JOHN D. THOMPSON<br>PO BOX 224<br>EDMONTON KY 42129 | SPENCER THOMPSON<br>301 BEAUCHAMP ST<br>EDMONTON KY 42129 |
| WAYNE TIBBITS<br>214 SANDWOOD DR.<br>GLASGOW KY 42141 | ROGER TURNER<br>9046 OLD GLASGOW RD<br>MOUNT HERMON KY 42157-8079 | CAROL WALDEN<br>1341 KINO RD.<br>GLASGOW KY 42141 |
| WETSTONE CREEK<br>442 SUNFISH SCHOOL RD<br>BROWNSVILLE KY 42210-8612 | WILLIAM WHITE<br>99 WHITE RD.<br>SUMMER SHADE KY 42166 | JESSE PHILLIP WHITLOW<br>JAMES I HOWARD, ATTORNEY<br>PO BOX 999<br>EDMONTON KY 42129 |
| MAYDELL WHITLOW<br>634 PHILLIP WHITLOW RD.<br>SUMMER SHADE KY 42166 | TERRY WILLIAMS<br>1525 MT. PISGAH RD.<br>GLASGOW KY 42141 | J.C. WILLS<br>7449 GREENSBURG RD.<br>GREENSBURG KY 42743 |
| EPHRIAM WILSON<br>5614 COUNTY HOUSE RD<br>TOMPKINSVILLE KY 42167 | LINDA WILSON<br>399 WEED-KELTNER<br>EDMONTON KY 41129 | CHAD WITHROW<br>2100 BISHOP RD<br>GLASGOW KY 42141 |

DMS_US 52062018v2

| | | |
|---|---|---|
| DARRELL LYNN WOOD<br>845 CAPTAIN REDFORD RD<br>CAVE CITY KY 42127-9301 | LARRY WOODY<br>2245 SANDERS RIDGE RD<br>COLUMBIA KY 42728-9136 | LARRY WORLEY<br>187 WORLEY LOOP<br>MONROE TN 38573 |
| BRYSTICE AMANGER WRIGHT<br>198 DRY FORK RD.<br>BRUSH CREEK TN 38457 | JACKIE YOUNG<br>1337 CLAUDE JONES RD.<br>EDMONTON, KY  42129<br>312 BEATY SWAMP RD<br>MONROE TN 38573 | JEFFERY L. YOUNG<br>518 WILLOW GROVE SCHOOL RD<br>ALLONS TN 38541 |

/s/ Dustin R. DeNeal

DMS_US 52062018v2