EXHIBIT A

| Claimant | Claim Number | Date Filed | Amount Claimed |
|---|---|---|---|
| ALEXANDER, DONALD R | 128 | 3/22/2011 | $26,958.60 |
| ARMSTRONG, BEN | 18 | 2/9/2011 | $2,173.32 |
| ARNOLD FARMS | 344 | 4/28/2011 | $49,782.60 |
| ARTERBURN, EDWARD L | 136 | 3/22/2011 | $12,003.95 |
| ASBURY, LENNY | 111 | 3/14/2011 | $900.00 |
| BAGBY, JERRY N | 360 | 4/28/2011 | $1,225.09 |
| BAIRD, STOKES | 15 | 2/7/2011 | $2,353.08 |
| BANKS, RICHARD | 298 | 4/18/2011 | $3,899.50 |
| BARBEE, ALVIN | 156 | 3/28/2011 | $5,525.12 |
| BARNES, JOYCE OR PAUL | 481 | 5/2/2011 | $920.72 |
| BARTON, CHRIS | 171 | 4/4/2011 | $9,085.56 |
| BELL, GARY S | 270 | 4/12/2011 | $14,289.74 |
| BIRDWELL, WILLIAM | 481 | 5/2/2011 | $7,274.03 |
| BLEDSOE, CAROLYN | 127 | 3/17/2011 | $507.47 |
| BLYTHE, ROY | 405 | 4/29/2011 | $2,281.89 |
| BOUTWELL, IKE | 164 | 3/31/2011 | $17,219.23 |
| BRAGG, LARRY | 46 | 3/4/2011 | $5,145.14 |
| BRAGG, DALTON | 481 | 5/2/2011 | $3,266.00 |
| BREEDING BROS | 356 | 4/26/2011 | $8,482.35 |
| BROWN, ALLEN B | 204 | 4/11/2011 | $343.46 |
| BROWN, CHARLIE D | 43 | 2/28/2011 | $12,765.60 |
| BROWN, ERIK PAUL | 481 | 5/2/2011 | $1,783.10 |
| BROWN, JESSE R | 76 | 3/8/2011 | $1,159.25 |
| BROWNING, DOUG | 481 | 5/2/2011 | $1,033.78 |
| BRYANT, KENNETH | 162 | 3/30/2011 | $1,151.92 |
| BUNCH, HALEE | 17 | 2/9/2011 | $8,544.20 |
| BURGESS, DAVID MICHAEL | 481 | 5/2/2011 | $361.21 |
| BURGESS, RODNEY & JUDY | 481 | 5/2/2011 | $1,151.64 |
| BURRIS, ROGER | 239 | 4/14/2011 | $4,483.08 |
| CAMPBELL, GARY W | 233 | 4/5/2011 | $3,761.33 |
| CARTER, LARRY | 283 | 4/19/2011 | $633.09 |
| CASSADY, DAVID LYNN | 481 | 5/2/2011 | $1,106.65 |
| CASSELL CHAPMAN, WENDY | 398 | 4/29/2011 | $1,338.24 |
| CLAYWELL, EDDIE | 48 | 3/3/2011 | $1,486.95 |
| CLOYD, MARCIA | 145 | 3/18/2011 | $1,309.95 |
| COOMER, DONNIE | 163 | 3/31/2011 | $1,192.39 |
| COPAS, BOYD | 65 | 3/7/2011 | $897.93 |
| COPELAND, HOMER | 41 | 2/24/2011 | $7,065.88 |
| COWLES, KENNETH | 177 | 4/4/2011 | $3,640.03 |
| COWLES, SCOTT CHRISTOPHER | 175 | 4/4/2011 | $4,990.07 |
| CRAVENS, RITA | 295 | 4/18/2011 | $8,212.58 |
| CV FARMS | 399 | 4/29/2011 | $12,369.39 |
| DICKSON, FRED | 481 | 5/2/2011 | $835.92 |
| DS JOHNSON FARMS | 481 | 5/2/2011 | $2,658.27 |
| ELMORE, REX | 276 | 4/15/2011 | $33,683.53 |
| EMBERTON, MICHAEL R | 107 | 3/15/2011 | $4,564.00 |
| FISHER, CHARLIE | 481 | 5/2/2011 | $955.21 |
| FLICKINGER, JAMES ROBERT | 336 | 4/27/2011 | $5,854.20 |
| FORBIS FARMS | 481 | 5/2/2011 | $2,597.80 |

EXHIBIT A

| | | | |
|---|---|---|---|
| FROEDGE, KENNETH | 409 | 4/29/2011 | $6,094.82 |
| GIBSON, BUTCH | 415 | 4/29/2011 | $2,955.16 |
| GIBSON, JAMES HOWARD | 159 | 3/29/2011 | $3,986.79 |
| GIBSON, LENICE | 481 | 5/2/2011 | $901.27 |
| GILLEY, KERRY | 408 | 4/29/2011 | $2,462.00 |
| GLASS, LELAND DOUGLAS | 481 | 5/2/2011 | $9,241.06 |
| GORDON, DAVID | 116 | 3/15/2011 | $5,312.03 |
| HAINES JR, CHARLES W | 135 | 3/22/2011 | $3,565.14 |
| HARMON, JIMMY | 481 | 5/2/2011 | $1,118.07 |
| HAWKS, DONALD | 37 | 2/23/2011 | $5,462.71 |
| HENDRICK, JIMMY | 78 | 3/8/2011 | $10,567.29 |
| HERALD, JERRY | 507 | 5/3/2011 | $2,920.66 |
| HIGH, JIMMIE DALE | 71 | 3/7/2011 | $2,527.25 |
| HOLLEY, DAVID | 192 | 4/11/2011 | $2,262.15 |
| HOPE, RICHARD | 294 | 4/18/2011 | $3,543.24 |
| HURT, BILLIE | 481 | 5/2/2011 | $11,583.25 |
| HURT, GLENN | 173 | 4/4/2011 | $5,919.27 |
| ISENBERG, CHARLES LEON | 19 | 2/10/2011 | $4,025.62 |
| JEFFRIES, CARL | 416 | 4/29/2011 | $2,078.96 |
| JEFFRIES, KELLY | 414 | 4/29/2011 | $524.51 |
| JOHNSON, GREGORY LYNN | 481 | 5/2/2011 | $1,132.58 |
| JONES, CLAUDE | 481 | 5/2/2011 | $1,700.90 |
| KEITH LONG DBA LONG FARMS | 263 | 4/13/2011 | $6,880.08 |
| KINSER, MITCHELL | 481 | 5/2/2011 | $3,526.59 |
| KINSLOW, ROY | 39 | 2/23/2011 | $8,571.48 |
| KINSLOW, WESLEY BOTTS | 40 | 2/23/2011 | $6,264.89 |
| LANE, R.D. | 481 | 5/2/2011 | $9,067.10 |
| LOFTIS FARM (Josh Loftis) | 236 | 4/14/2011 | $5,469.41 |
| LOGSDON, THOMAS | 481 | 5/2/2011 | $2,174.73 |
| LOWHORN, ARTHUR | 38 | 2/23/2011 | $1,212.34 |
| LUKE, MIKE | 524 | 1/24/2012 | $10,509.69 |
| LYLE, RICHARD | 226 | 4/7/2011 | $3,130.99 |
| LYNN, TODD | 321 | 4/21/2011 | $10,583.44 |
| MANION, JIMMY | 125 | 3/17/2011 | $4,051.28 |
| MARR, FLOYD HAYWOOD | 481 | | $2,192.82 |
| MARTIN, JUNIOR | 104 | 3/14/2011 | $11,403.90 |
| MARTIN, PHILLIP E | 410 | 4/29/2011 | $30,312.72 |
| MAXINE MORGAN ESTATE | 79 | 3/8/2011 | $1,314.82 |
| MCCLURE, WILLIAM | 481 | 5/2/2011 | $667.22 |
| MELSON, RICHIE | 194 | 4/11/2011 | $3,308.19 |
| MILBY, WILLIAM | 481 | 5/2/2011 | $9,449.53 |
| MILLIGAN FARMS | 88 | 3/10/2011 | $4,271.36 |
| MORRISON, DORINDA | 499 | 5/5/2011 | $535.83 |
| MUTTER, BENNIE | 333 | 4/27/2011 | $7,661.21 |
| MYATT, TATE | 140 | 3/21/2011 | $469.58 |
| NEAGLE, JOHN | 481 | 5/2/2011 | $6,260.26 |
| NEAT, BILLY | 75 | 3/8/2011 | $1,225.79 |
| NEAT, DENNIS | 89 | 3/9/2011 | $6,891.98 |
| NELSON, RANDY | 383 | 4/29/2011 | $5,734.35 |
| ODLE, WILLARD R | 122 | 3/17/2011 | $5,138.48 |
| PACE, ROY | 481 | 5/2/2011 | $7,339.67 |
| PAGE, LLOYD DALE | 481 | 5/2/2011 | $1,919.94 |
| PATTON, TERRY | 133 | 3/23/2011 | $3,155.42 |

EXHIBIT A

| Name | | Date | Amount |
|---|---|---|---|
| PHELPS, RACHAEL | 100 | 3/14/2011 | $902.65 |
| PITCOCK, JOSHUA | 240 | 4/15/2011 | $1,175.85 |
| PRICE, BILLY WAYNE | 481 | 5/2/2011 | $787.52 |
| READ, DAVID | 34 | 2/22/2011 | $572.37 |
| RICHARD, LAWRENCE | 481 | 5/2/2011 | $3,112.39 |
| RICHARD, LEWIS RANDALL | 481 | 5/2/2011 | $2,874.06 |
| RICHEY, PHILLIP | 172 | 4/4/2011 | $4,348.04 |
| RICHEY, RANDY | 282 | 4/19/2011 | $2,000.00 |
| RIGDON, ELMER | 481 | 5/2/2011 | $434.68 |
| ROSS, RICKY | 287 | 4/19/2011 | $5,418.18 |
| RUSH, CHARLES | 481 | 5/2/2011 | $621.12 |
| RUSSELL BROTHERS | 157 | 3/30/2011 | $15,447.61 |
| RUSSELL, AVALON | 284 | 4/19/2011 | $1,179.24 |
| SANDERS, KENNETH | 325 | 4/21/2011 | $4,457.03 |
| SAWYERS, BOB | 70 | 3/7/2011 | $7,874.23 |
| SCOTT, BRIAN | 481 | 5/2/2011 | $7,311.46 |
| SEXTON, JOHN THOMAS | 481 | 5/2/2011 | $2,511.81 |
| SHIRLEY, MARK | 231 | 4/6/2011 | $1,616.82 |
| SLINKER, TIMMY | 96 | 3/11/2011 | $1,405.26 |
| SMITH CAREY, PEGGY | 51 | 3/3/2011 | $4,689.15 |
| SMITH, JARED ROSS | 481 | 5/2/2011 | $2,206.76 |
| SMITH, LEONARD CLIFTON | 53 | 3/3/2011 | $5,760.64 |
| STITCHES FARM | 151 | 3/28/2011 | $6,325.05 |
| STURDIVANT, ARTHUR ANDREW | 167 | 3/31/2011 | $1,835.66 |
| TABOR, ANDREW BEAU | 481 | 5/2/2011 | $8,824.34 |
| TAYLOR, STEVE R | 12 | 2/4/2011 | $7,563.15 |
| THOMAS, FRED | 401 | 4/29/2011 | $2,326.85 |
| THOMAS, ROGER | 288 | 4/19/2011 | $1,363.64 |
| THOMPSON, JOHN D | 16 | 2/8/2011 | $7,026.20 |
| THOMPSON, SPENCER | 481 | 5/2/2011 | $1,187.51 |
| TIBBITS, WAYNE | 481 | 5/2/2011 | $849.43 |
| TURNER, ROGER | 90 | 3/10/2011 | $1,831.30 |
| WALDEN, CAROL | 481 | 5/2/2011 | $1,045.19 |
| WETSTONE CREEK | 131 | 3/24/2011 | $18,492.20 |
| WHITE, WILLIAM | 481 | 5/2/2011 | $3,749.00 |
| WHITLOW, JESSE PHILLIP | 343 | 4/28/2011 | $11,523.92 |
| WHITLOW, MAYDELL | 481 | 5/2/2011 | $3,644.87 |
| WILLIAMS, TERRY | 481 | 5/2/2011 | $3,044.64 |
| WILLS, J.C. | 481 | 5/2/2011 | $401.78 |
| WILSON, EPHRIAM | 105 | 3/14/2011 | $4,624.22 |
| WILSON, LINDA | 481 | 5/2/2011 | $4,275.95 |
| WITHROW, CHAD | 324 | 4/21/2011 | $8,103.77 |
| WOOD, DARRELL LYNN | 493 | 5/2/2011 | $4,825.90 |
| WOODY, LARRY | 228 | 4/6/2011 | $2,917.49 |
| WORLEY, LARRY | 481 | 5/2/2011 | $2,090.88 |
| WRIGHT, BRYSTICE AMANGER | 481 | 5/2/2011 | $656.72 |
| YOUNG, JACKIE | 505 | 5/5/2011 | $2,999.97 |
| YOUNG, JEFFERY L | 3 | 1/18/2011 | $6,203.56 |