SO ORDERED: June 4, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00076 (rev 03/2013)

In re:

**Eastern Livestock Co., LLC**,                              Case No. **10−93904−BHL−11**
                Debtor(s).

## ORDER STRIKING DEFICIENT FILING

A Notice of Deficient Filing dated May 15, 2013 was issued to Trustee James A. Knauer. The responsible party failed to timely cure the deficiency, and the Court finds that the deficient filing should be stricken from the record.

**IT IS ORDERED** that the following deficient filing shall be, and hereby is, **STRICKEN** from the record:

| | |
|---|---|
| Document: | Motion to Compromise and/or Settle under Fed.R.Bankr.P. 9019 |
| File Date: | May 10, 2013 |
| Document Number: | 2152 |

###