## Notice Recipients

District/Off: 0756–4      User: edixon      Date Created: 6/4/2013
Case: 10–93904–BHL–11      Form ID: pdfOrder      Total: 2

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer      jak@kgrlaw.com
aty      James A. Knauer      jak@kgrlaw.com

TOTAL: 2