UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re:                              )
                                    )
EASTERN LIVESTOCK CO., LLC,         )   Case Number: 10-93904-BHL-11
                                    )
       Debtor.                      )

## POST-CONFIRMATION QUARTERLY REPORT (AMENDED 5-30-13)

For the Quarter Ending:    3/31/2013
Confirmation Date:         12/20/2012

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $75,171.46 | $275,000.00 | $1,585.23 | $351,756.69 |
| Cash Disbursements, including plan payments | -$24,731.48 | -$52,906.92 | -$12,918.89 | -$90,557.29 |
| Total | $50,439.98 | $222,093.08 | -$11,333.66 | $261,199.40 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $24,731.48 | $52,906.92 | $12,918.89 | $90,557.29 |
| Secured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $24,731.48 | $52,906.92 | $12,918.89 | $90,557.29 |

1. Have Quarterly U.S. Trustee Fees been paid?                                    Yes    (No)
   If no, please explain.   *In process*

2. Have all payments been made as set forth in the plan?                         (Yes)    No
   If no, please explain.

3. Have all property sales and transfers set forth in the plan been completed?
   If no, please explain.   *Not applicable*                                      Yes    No

4. Have any distributions been made to stockholders of the debtor?
   If yes, please explain.                                                          Yes        (No)

5. Is the debtor current on all post confirmation taxes?                            (Yes)       No
   If no, please explain.

6. Have all claims been resolved?                                                    Yes       (No)
   If no, please explain.

7. When will the application for final decree be filed?                         unknown

8. Is this a final report?                                                           Yes       (No)
   If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is complete, true and correct to the best of my knowledge, information and belief.

By: _____                        Dated: 6/6/13
        James A. Knauer
    Trustee for Eastern Livestock Co., LLC