UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | Hon. Basil H. Lorch III |
| | ) | |

# LIMITED OBJECTION OF FIFTH THIRD BANK TO THE FOURTH INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CONSULTANT FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE

By and through undersigned counsel, Fifth Third Bank hereby files its Limited Objection to the Fourth Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee ("Fourth Interim Application") (Dkt No. 2172). In support of this Limited Objection, Fifth Third Bank respectfully states as follows:

Fifth Third Bank submits this Limited Objection solely to: (a) ensure that a reserve or holdback of twenty-percent (20%) is established which might protect the estate from distributions on account of fees and expenses which may ultimately be disallowed upon final application; and (b) to reserve all of its rights to object to such fees at the final fee hearing, notwithstanding not raising detailed objections at this time. It is common practice for many bankruptcy courts, and indeed is common practice in this Court, to withhold 20% from interim fee allowances pending a final approval of fees. The utility of the practice is obvious, as it is far easier to make adjustments regarding as yet unpaid fees than it is to collect fees that have already been paid.

1

WHEREFORE, for the foregoing reasons, Fifth Third Bank respectfully requests that any order on the Fourth Interim Application clearly specify that: (a) approved fees and expenses are approved on an interim basis only, without prejudice to the rights of any party in interest to object to the allowance of such fees or expenses upon final application; and (b) any distribution on account of fees approved on an interim basis be subject to a holdback, with the remaining twenty-percent (20%) of interim-approved fees to be distributed only upon entry of a final order approved after notice and hearing upon a final fee application.  In addition, Fifth Third Bank requests that such Order be applicable to all further interim fee applications from any professional seeking to be paid from the bankruptcy estate.

Dated: June 10, 2013                                     Respectfully submitted,


/s/ Randall D. LaTour
Randall D. LaTour (admitted *pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8290
Facsimile:   (614) 719-4821
Email: rdlatour@vorys.com
*Counsel for Fifth Third Bank, N.A*

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2013, a copy of the foregoing *Limited Objection* was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List. Parties may access this filing through the Court's ECF System.

- Laura Day 10DelCotto     ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David L. Abt     davidabt@mwt.net

2

- Amelia Martin Adams    aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
- Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Kay Dee Baird    kbaird@kdlegal.com, pdidandeh@kdlegal.com
- Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
- David W. Brangers    dbrangers@lawyer.com
- Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
- Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
- Joe Lee Brown    Joe.Brown@Hardincounty.biz
- Lisa Koch Bryant    courtmail@fbhlaw.net
- John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
- James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, mthomas@daleeke.com
- Ben T. Caughey    ben.caughey@icemiller.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Joshua Elliott Clubb    joshclubb@gmail.com
- Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
- Jack S Dawson    jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl    tearl@rwsvlaw.com
- Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
- Jeffrey R. Erler    jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
- William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
- William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
- Peter M Gannott    pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
- Melissa S. Giberson    msgiberson@vorys.com

- Thomas P Glass   tpglass@strausstroy.com
- Jeffrey J. Graham   jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Jeffrey J. Graham   jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall   terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
- Paul M. Hoffmann   phoffmann@stinson.com
- John David Hoover   jdhoover@hooverhull.com
- John Huffaker   john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter   jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe   jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
- James Bryan Johnston   bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston   tjohnston@mcjllp.com
- Jill Zengler Julian   Jill.Julian@usdoj.gov
- Jay P. Kennedy   jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
- Jay P. Kennedy   jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
- Edward M King   tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer   jak@kgrlaw.com, tjf@kgrlaw.com
- James A. Knauer   jak@kgrlaw.com, tjf@kgrlaw.com
- Erick P Knoblock   eknoblock@daleeke.com
- Theodore A Konstantinopoulos   ndohbky@jbandr.com
- Randall D. LaTour   RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird   david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David A. Laird   david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas   dlebas@namanhowell.com, koswald@namanhowell.com
- Martha R. Lehman   mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
- Scott R Leisz   sleisz@bgdlegal.com, disom@bgdlegal.com
- Elliott D. Levin   robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin   edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis   kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind   jblind@vorys.com
- Karen L. Lobring   lobring@msn.com
- John Hunt Lovell   john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes   harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
- John Frederick Massouh   john.massouh@sprouselaw.com
- Michael W. McClain   mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell   lisahughes@givenspursley.com
- James Edwin McGhee   mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

4

- Brian H Meldrum    bmeldrum@stites.com
- William Robert Meyer    rmeyer@stites.com
- Kevin J. Mitchell    kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
- Terrill K. Moffett    kendalcantrell@moffettlaw.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
- Erin Casey Nave    enave@taftlaw.com
- Matthew Daniel Neumann    mneumann@hhclaw.com
- Walter Scott Newbern    wsnewbern@msn.com
- Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
- Matthew J. Ochs    kim.maynes@moyewhite.com
- Michael Wayne Oyler    moyler@rwsvlaw.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
- Brian Robert Pollock    bpollock@stites.com
- Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Anthony G. Raluy    traluy@fbhlaw.net
- Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
- Eric W. Richardson    ewrichardson@vorys.com, bjtobin@vorys.com
- Joe T. Roberts    jratty@windstream.net
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com
- Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow    jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Steven Eric Runyan    ser@kgrlaw.com
- Niccole R. Sadowski    nsadowski@thbklaw.com, kpeerman@thbklaw.com
- Thomas C Scherer    tscherer@bgdlegal.com, mmcclain@bgdlegal.com
- Stephen E. Schilling    seschilling@strausstroy.com
- Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
- James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith    wsmith@k-glaw.com, pballard@k-glaw.com
- Amanda Dalton Stafford    ads@kgrlaw.com, jli@kgrlaw.com
- Amanda Dalton Stafford    ads@kgrlaw.com, jli@kgrlaw.com
- Robert K Stanley    robert.stanley@FaegreBD.com
- Joshua N. Stine    kabritt@vorys.com
- Andrew D Stosberg    astosberg@lloydmc.com
- Matthew R. Strzynski    mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
- Meredith R. Thomas    mthomas@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

5

- Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
- Christopher M. Trapp    ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
- Chrisandrea L. Turner    clturner@stites.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Andrew James Vandiver    avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
- Andrea L Wasson    andrea@wassonthornhill.com
- Jennifer Watt    jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
- Jennifer Watt    jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White    swhite@hooverhull.com, vwilliams@hooverhull.com
- Michael Benton Willey    michael.willey@ag.tn.gov
- Chad Duane Wuertz    chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
- Chad Duane Wuertz    chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
- Jessica E. Yates    jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
- James T Young    james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com

/s/ Randall D. LaTour  
Randall D. LaTour (admitted *pro hac vice)*