UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**STIPULATION RESOLVING CLAIM OF CAPITOL INDEMNITY CORPORATION**

James A. Knauer, as Chapter 11 Trustee (the "Trustee") for Eastern Livestock Co., LLC ("ELC") and Capitol Indemnity Corporation ("CIC"), both by counsel, hereby stipulate and agree as follows:

**Recitals**

1.     CIC filed a claim in the above-captioned Chapter 11 case (the "Chapter 11 Case") designated as proof of claim number 42 (the "CIC Proof of Claim") on the official claims register maintained by The BMC Group, Inc.  Pursuant to the CIC Bank Proof of Claim, CIC asserts an unsecured claim in the amount of $875,000 (the "CIC Claim") under a General Indemnity Agreement entered into by ELC, certain third party obligors (the "Third Party Obligors") and CIC.  Pursuant to the General Indemnity Agreement, CIC acted as a surety of and paid ELC's bond obligations under the Packers and Stockyards Act.

2.     The Trustee objected to the CIC Proof of Claim on April 19, 2013 [Dock. No. 2096] (the "Objection"), arguing that the CIC Claim should be reduced by the amount of any recoveries that CIC obtains from the Third Party Obligors.  The Trustee also argued that the CIC Claim should be subordinated to the claims of general unsecured creditors based on the language of 11 U.S.C. § 509(c).

3. CIC responded to the Objection on May 13, 2013 [Dock. No. 2161] (the "Response"), disputing the Trustee's arguments.

4. The Court entered an order confirming the *Trustee's First Amended Chapter 11 Plan of Liquidation* [Dock. No. 1490] (the "Plan") on December 17, 2012.  The Plan became effective on December 20, 2012.  *See* Dock. No. 1675.

5. Pursuant to and as more particularly described and defined in the Plan, creditors of ELC could "opt in" by submitting a properly executed "Opt In Agreement" to Trustee's counsel on or before the "Opt In Deadline."  The creditors that chose to "Opt In" waived claims against Fifth Third and the Trustee in exchange for future distributions from the "Fifth Third Settlement Monies."  CIC submitted an executed "Opt In Agreement" and became an "Opt In Creditor" under the Plan.

6. The Trustee and CIC desire to settle the Objection and Response and clarify CIC's status as an "Opt In Creditor" without the expense of further litigation.  Accordingly, the Trustee and CIC agree as follows:

**Stipulation**

7. The CIC Claim is allowed as a general unsecured claim in the amount of $875,000, subject to reduction if and to the extent that CIC recovers from the Third Party Obligors (the "Allowed Claim").

8. CIC shall notify the Trustee immediately upon its receipt of any recovery from Third Party Obligors and amend the CIC Proof of Claim as soon as reasonably practicable.  The Trustee shall be entitled to reduce the Allowed Claim and CIC's share of any distributions made under the Plan to account for CIC's actual recoveries from Third Party Obligors without the need for other or further approval from the Court.  To the extent that CIC receives distributions under

DMS_US 52291136v1

2

the Plan that exceed CIC's pro rata share based on the ultimate amount of the Allowed Claim, then CIC shall return any such overpayment provided that such overpayment is more than $100.

9. CIC is classified as an "Opt In Creditor" with a single Opt In Claim in the amount of the Allowed Claim.

AGREED:

By: /s/ Dustin R. DeNeal

Terry E. Hall
Dustin R. DeNeal
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
dustin.deneal@faegrebd.com

*Counsel for the Trustee*

By: /s/ Christopher E. Baker

Christopher E. Baker
Nicole Sadowski
TUCKER HESTER BAKER & KREBS, LLC
Regions Tower, Suite 1600
One Indiana Square
Indianapolis, IN 46204
Telephone: (317) 608-1123
Facsimile: (317) 833-3031
cbaker@thbklaw.com
nsadowski@thbklaw.com

*Counsel for Capitol Indemnity Corporation*

## CERTIFICATE OF SERVICE

       I hereby certify that on June 20, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
james@bgdlegal.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

C. R. Bowles, Jr
cbowles@bgdlegal.com

Jeffrey R. Erler
jerler@ghjhlaw.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ishallcross@bgdlegal.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
kim.maynes@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

DMS_US 52291136v1

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

James M. Carr
jim.carr@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Christie A. Moore
cm@gdm.com

Peter M. Gannott
pgannott@gannottlaw.com

Joseph H. Rogers
jrogers@millerdollarhide.com

Andrew D. Stosberg
astosberg@lloydmc.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Jennifer Watt
jwatt@kgrlaw.com

William K. Flynn
wkflynn@strausstroy.com

Michael Benton Willey
michael.willey@ag.tn.gov

Chrisandrea L. Turner
clturner@stites.com

Scott R. Leisz
sleisz@bgdlegal.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

James E. Smith
jsmith@smithakins.com

Kevin M. Toner
kevin.toner@faegrebd.com

Eric W. Richardson
ewrichardson@vorys.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Thomas P. Glass
tpglass@strausstroy.com

Kay Dee Baird
kbaird@kdlegal.com

Paul M. Hoffman
phoffmann@stinson.com

Brian H. Meldrum
bmeldrum@stites.com

Natalie Donahue Montell
nmontell@bgdlegal.com

Brian Robert Pollock
bpollock@stites.com

Matthew R. Strzynski
mstrzynski@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

Robert K. Stanley
robert.stanley@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Joshua Elliott Clubb
joshclubb@gmail.com

Ben T. Caughey
ben.caughey@icemiller.com

Stephen E. Schilling
seschilling@strausstroy.com

David W. Brangers
dbrangers@lawyer.com

Martha R. Lehman
mlehman@kdlegal.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Erin Casey Nave
enave@taftlaw.com

Steven Eric Runyan
ser@kgrlaw.com

Andrew James Vandiver
avandiver@aswdlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com

/s/ Dustin R. DeNeal