SO ORDERED: June 20, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING COMPROMISE AND SETTLEMENT WITH DAVID A. PHILLIPS, DJ FOODS/TEXAS BRAND RIBS, INC., SINKING SPRINGS LAND AND CATTLE, INC. AND CITIZENS UNION BANK PURSUANT TO RULE 9019

James A. Knauer, as Chapter 11 trustee (the "Trustee") for Eastern Livestock Co., LLC (the "Debtor"), has filed his Motion to Approve Compromise and Settlement with David A. Phillips, DJ Foods/Texas Brand Ribs, Inc., Sinking Springs Land and Cattle, Inc., and Citizens Union Bank Pursuant to Rule 9019 ("Settlement Motion"). The Settlement Motion requests the Court's approval of a compromise and settlement of claims between the Trustee and David A. Phillips, DJ Foods/Texas Brand Ribs, Inc., Sinking Springs Land and Cattle, Inc., and Citizens Union Bank pursuant to the terms

and conditions set forth in the Settlement Agreement and Mutual Release attached to the Settlement Motion as Exhibit A.  The Court, having given notice of the Settlement Motion pursuant to Rule 2002 and Rule 9019, and having reviewed the Settlement Motion, now finds that the relief sought therein should be entered. It is, therefore,

ORDERED that the Settlement Motion by and between the Trustee and David A. Phillips, DJ Foods/Texas Brand Ribs, Inc., Sinking Springs Land and Cattle, Inc., and Citizens Union Bank is hereby approved; and the parties are hereby directed to carry out the terms of the Settlement Agreement.

###