**SO ORDERED: June 21, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                )
                                                           )
EASTERN LIVESTOCK CO., LLC,        )          Case No. 10-93904-BHL-11
                                                           )
                    Debtor.                         )

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ELECTION NOTICES

A Motion for Extension of Time to File Election Notices was filed with the Court

on June 5, 2013, by the Trustee, James A. Knauer. (ECF No. 2207.)

**IT IS ORDERED** that the Motion for Extension of Time to File Election Notices is

**GRANTED.**  The time for filing the Election Notices is extended to June 20, 2013.

This extension of time applies to each Preference Action, as identified in Exhibit

"A" to the Motion for Order Establishing Procedures for Certain Adversary Proceedings

(ECF No. 1741), as amended by the Order Establishing Procedures for Certain

Adversary Proceedings entered on April 3, 2013 (ECF No. 1920) ("Procedures Order"),

and is subject to any specific orders entered in any Preference Action that modify or affect application of the Procedures Order.

### ###