UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | )   Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

### MOTION TO APPROVE COMPENSATION OF PHILLIP L. KUNKEL AS MEDIATOR FOR THE PREFERENCE ACTION MEDIATIONS

Comes now James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC ("Trustee"), by counsel, and moves the Court for an order approving the compensation of Phillip L. Kunkel, as mediator for the Preference Action Mediations.[1]  In support of his Motion, the Trustee shows the Court as follows:

1. On April 3, 2013, Phillip L. Kunkel was approved as mediator for the Preference Action Mediations subject to further order of this Court approving his compensation. (Order Establishing Procedures for Certain Adversary Proceedings ¶ 6(C)(iv), Apr. 3, 2013 ECF No. 1920 ("Procedures Order")).

2. Pursuant to the Procedures Order, the Trustee seeks Court approval of Phillip L. Kunkel's compensation at the hourly rate of $500.00 per hour.

3. As provided for in the Procedures Order, the estate will pay seventy-five percent (75%) of the mediator's fee or $375.00 per hour and the other party or parties to the Preference Action Mediation will pay twenty-five percent (25%) of the hourly rate or $125.00 per hour.

4. The mediator's fee is reasonable in light of his qualifications and

---

[1] All capitalized terms used herein not otherwise defined shall have the meanings set forth in the Procedures Order or the Motion for Order Establishing Procedures for Certain Adversary Proceedings (ECF No. 1741) ("Motion").  If the meanings in the Procedures Order or Motion conflict, the meaning set forth in the Procedures Order shall control.

experience in agriculture-related bankruptcies as set forth in the Application to Employ Phillip L. Kunkel as Mediator filed herein on January 3, 2012 (ECF No. 940) and approved by this Court on January 17, 2012 (ECF No. 968).

5. A copy of this Motion will be served on all counsel of record in the above captioned Chapter 11 case, all defendants in the Preference Actions, and all counsel who have filed appearances in the Preference Actions as of the date of this Motion, excluding any parties to Preference Actions that have been dismissed since the entry of the Procedures Order.

WHEREFORE, James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC, prays that the Court approve the compensation of Phillip L. Kunkel as mediator for the Preference Action Mediations at the hourly rate set forth above, and for all other relief proper in the premises.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By: /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
(317) 692-9000

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, the foregoing was electronically sent to the following parties. Parties may access this filing through the Court's system.

Laura Day 10DelCotto
ldelcotto@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames
james@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com

Jerald I. Ancel
jancel@taftlaw.com,
ecfclerk@taftlaw.com;krussell@taftlaw.com

Kay Dee Baird
kbaird@kdlegal.com,
pdidandeh@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com,
thignight@thbklaw.com

T. Kent Barber
kbarber@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

Robert A. Bell
rabell@vorys.com,
dmchilelli@vorys.com

C. R. Bowles
cbowles@bgdlegal.com,
smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@bgdlegal.com,bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt
kabritt@vorys.com,
cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns
john.burns@faegrebd.com,
sandy.rhoads@faegrebd.com;
oliana.nansen@faegrebd.com

John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com,
mthomas@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acs-law.com,
sfinnerty@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com,
jbr@stuartlaw.com

Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com,
jowens@millerdollarhide.com;
receptionist@millerdollarhide.com

David Alan Domina
dad@dominalaw.com,
KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com,
knorwick@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com,
lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com,
fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com,
mbaker@dsf-atty.com

Peter M Gannott
pgannott@gannottlaw.com,
paralegal@gannottlaw.com;gannottlaw@gmail.com

3

Melissa S. Giberson
msgiberson@vorys.com

Thomas P Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com,
ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

Paul M. Hoffmann
phoffmann@stinson.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com,
lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov,
USAINS.ECFBankruptcy@usdoj.gov

James Bryan Johnston
bjtexas59@hotmail.com,
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King
tking@fbtlaw.com,
dgioffre@fbtlaw.com

Erick P Knoblock
eknoblock@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com,
khedwards@vorys.com;bjtobin@vorys.com

David A. Laird
david.laird@moyewhite.com,
lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas
dlebas@namanhowell.com,
koswald@namanhowell.com

Martha R. Lehman
mlehman@kdlegal.com,
crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com

Scott R Leisz
sleisz@bgdlegal.com,
disom@bgdlegal.com

Elliott D. Levin robin@rubin-levin.net,
edl@trustesolutions.com;edl@trustesolutions.net

Kim Martin Lewis
kim.lewis@dinslaw.com,
lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind
jblind@vorys.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mike@kentuckytrial.com,
laura@kentuckytrial.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee
mcghee@derbycitylaw.com,
SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum
bmeldrum@stites.com

William Robert Meyer
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com,
cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com,
ljs2@gdm.com

Allen Morris
amorris@stites.com,
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com

Erin Casey Nave
enave@taftlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Walter Scott Newbern
wsnewbern@msn.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Michael P. O'Neil

4

moneil@taftlaw.com, ecfclerk@taftlaw.com;dweininger@taftlaw.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Timothy T. Pridmore
tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C Redman
ksmith@redmanludwig.com, kzwickel@redmanludwig.com; myecfmailrl@gmail.com

Eric W. Richardson
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts
jratty@windstream.net

Mark A. Robinson
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com

Joseph H Rogers
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Niccole R. Sadowski
nsadowski@thbklaw.com, kpeerman@thbklaw.com

Ivana B. Shallcross
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Thomas C Scherer
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

James E. Smith
jsmith@smithakins.com, legalassistant@smithakins.com

William E Smith wsmith@k-glaw.com, pballard@k-glaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine
kabritt@vorys.com

Andrew D Stosberg
astosberg@lloydmc.com

Matthew R. Strzynski
mstrzynski@kdlegal.com, Tsylvester@kdlegal.com

Meredith R. Thomas
mthomas@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com

Christopher M. Trapp
ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

Andrew James Vandiver
avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson
andrea@wassonthornhill.com

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com, vwilliams@hooverhull.com

Michael Benton Willey
michael.willey@ag.tn.gov

Chad Duane Wuertz
chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com

Jessica E. Yates
jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com

James T Young
james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on June 21, 2013, the foregoing was mailed by the first-class U.S. Mail, postage prepaid, and properly addressed to the following:

River Bend Cattle Co.
c/o J.M. Wheeler, Registered Agent
900 NW Valley Road
PO Box 681181
Riverside, MO 64150

Grove Livestock Sales, Inc.
Route 3, Box 826
Grove, OK 74344

Kent Christenson
330 East Campbell Street
Minden, NE 68959

J&L Cattle
2990 Highway 62 N.E.
Corydon, Indiana 47112

Steven Blanton
244 Flatwoods Lane
Bradyville, Tennessee 37026

Alex R Voils
PO Box 640
Zionsville, IN 46077

Brad Robinson
33271 Lee Highway
Glade Spring, VA 24340

Danny Stewart
701 Stewart Road
Huntland, TN 37345-4427

Clifford M. Miller d/b/a Circle M Builders
Route 1, Box 27796
Purdy, MO 65734

Martin, Pringle, Oliver, Wallace & Bauer, LLP
c/o Highest Office Found
100 N. Broadway
Wichita, KS 67202

Blake Stewart
Hidden Valley Farms
495 Hidden Valley Road
Huntland, TN 37345

Animal Health International, Inc.
c/o Joel Funk, General Counsel
760 Whalers Way, Suite B-101
Fort Collins, CO 80525

Cav Excavation
28823 N. 57th Street
Cave Creek, AZ 85331
David A. Layson
DAVIS, DAVIS & LAYSON
102 N. Capitol Avenue
Corydon, IN 47112

Kenny Winningham
1432 Jay Bird Lane
Monroe, TN 38573

Martin Farms, Inc.
3160 N. Jackson Hwy.
Canmer, KY 42722

Thompson Beef, Inc.
c/o Highest Officer Found
349 Long Level Road
Floyd, VA 24091

Flying M Ranch
c/o Chad Houck
409 County Rd 6
Black, AL 36314

Royce Stallcup
8329 Plainview Rd
Seymour, TX 76380

Gary S. Bell
PO Box 122
Edmonton, KY 42129

By: /s/ Jay P. Kennedy

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
jpk@kgrlaw.com
(317) 692-9000 Telephone

7