UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

121 W. Spring St., Rm. 110

New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,                     Case No. **10–93904–BHL–11**

        Debtor(s).

## <u>NOTICE OF DEFICIENT FILING</u>

The Motion for Authority, which was filed on June 21, 2013, is deficient in the following respect(s):

> Incorrect event used. Document must be re–filed using Application for Compensation and/or Reimbursement of Expenses event on Bankruptcy/Motions, Applications & Briefs/Compensation and/or Reimbursement of Expenses menu.

The above–cited deficiencies must be corrected by July 8, 2013 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  June 24, 2013                         Kevin P. Dempsey
                                            Clerk, U.S. Bankruptcy Court