# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11         **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JUNE 24, 2013 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

### Matters:

1) Continued Status Hearing Re:   Objection to Claim for Crumpler Bros (Claim No. 467)  [1805] with an  Response to Objection to Claim for Crumpler Bros (Claim No. 467), filed by Ross A. Plourde on behalf of Creditor Crumpler Bros [1922]
   **R / M #:**     0 / 0

2) Continued Status Hearing Re:   Objection to Claim for Phillip Taylor Reed (Claim No. 355) [1865] with a  Response to Objection to Claim for Phillip Taylor Reed (Claim No. 355), filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed  [1985]
   **R / M #:**     0 / 0

3) Continued Status Hearing Re:   Objection to Claim for Ron P. Reed (Claim No. 354) [1900]  with a  Response to Objection to Claim for Ron P. Reed (Claim No. 354), filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed  [1986]
   **R / M #:**     0 / 0

4) Hearing Re:  Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Development Specialists, Inc. as Consultant (Fee: $323,625.00, Expense: $1,048.20) filed by Trustee James A. Knauer, Consultant Development Specialists, Inc  [2172]
   **R / M #:**     0 / 0

5) Objection to Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 and Reservation of Rights filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, PiedmonObjection to Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 and Reservation of Rights filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Petitioning Creditors Moseley Cattle Auction, LLC, Southeast Livestock Exchange LLC t Livestock Company, Inc., Southeast Livestock Exchange, LLC, Petitioning Creditors Moseley Cattle Auction, LLC, Southeast Livestock Exchange LLC  [2210]
   **R / M #:**     0 / 0

6) Objection to Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 Limited Objection of Fifth Third Bank to the Fourth Interim Application of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer, Chapter 11 Trustee filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank  [2211]
   **R / M #:**     0 / 0

7) Objection to Professional Fees filed by Walter Scott Newbern III on behalf of Creditors Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., Clark Christensen, E4 Cattle Co., LLC, Edward J. Edens, IV, Matt Eller, Glen Franklin, Glen Franklin Cattle Company, Inc., Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland  [2214]
   **R / M #:**     0 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11              MONDAY, JUNE 24, 2013 01:30 PM

8) Hearing Re: Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Terry E. Hall as Trustee's Attorney (Fee: $1,271,982.00, Expense: $9,523.18) filed by Terry E. Hall on behalf of Trustee James A. Knauer [2173]
R / M #:     0 / 0

9) Objection to Professional Fees and Reservation of Rights filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Petitioning Creditor Southeast Livestock Exchange LLC [2209]
R / M #:     0 / 0

10) Objection to Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 Limited Objection of Fifth Third Bank to the Fourth Interim Application of Faegre Baker Daniels LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank  [2212]
R / M #:     0 / 0

11) Objection to Professional Fees filed by Walter Scott Newbern III on behalf of Creditors Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., Clark Christensen, E4 Cattle Co., LLC, Edward J. Edens, IV, Matt Eller, Glen Franklin, Glen Franklin Cattle Company, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Edward Strickland  [2213]
R / M #:     0 / 0

12) Status Hearing Re: Objection to Claim of Capitol Indemnity Corporation  [2096]
R / M #:     0 / 0

13) Status Hearing Re: Objection to Claim of Sealy & Son [2112]
R / M #:     0 / 0

*Appearances:*

    JAY P. KENNEDY, ATTORNEY FOR JAMES A. KNAUER
    JENNIFER WATT, ATTORNEY FOR JAMES A. KNAUER
    AMANDA STAFFORD, ATTORNEY FOR JAMES A. KNAUER
    TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
    DUSTIN R. DENEAL, ATTORNEY FOR JAMES A. KNAUER
    KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
    CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
    RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
    NICCOLE R. SADOWSKI, ATTORNEY FOR CAPITOL INDEMNITY CORPORATION
    WALTER SCOTT NEWBERN, ATTORNEY FOR ALABAMA LIVESTOCK AUCTION, INC., ARCADIA STOCKYARD, ASHVILLE STOCKYARD, INC., ATHENS STOCKYARD, LLC, BILLINGSLEY AUCTION SALE, INC., CPC LIVESTOCK, LLC, CARROLL COUNTY LIVESTOCK SALES BARN, INC, CATTLEMEN'S LIVESTOCK MARKET, INC., CLARK CHRISTENSEN, COLUMBIA LIVESTOCK MARKET, INC., DANIEL M. BYRD, E4 CATTLE CO., LLC, EAGLE BAY, INC., EDWARD J. EDENS, IV, EDWARD STRICKLAND, FIRST BANK AND TRUST COMPANY, THE, FLORIDA ASSOCIATION LIVESTOCK MARKETS, GLEN FRANKLIN, GLEN FRANKLIN CATTLE COMPANY, INC., HARDEE LIVESTOCK MARKET, INC., MACON STOCKYARDS, INC., MADISON COUNTY LIVESTOCK MARKET, INC. D/, MATT ELLER, NORTH FLORIDA LIVESTOCK MARKET, INC., OAK LAKE CATTLE CO., OCALA LIVESTOCK MARKET, INC., OKEECHOBEE LIVESTOCK MARKET, INC., PEOPLES LIVESTOCK AUCTION, INC., ROBERT RAWLS D/B/A ROBERT RAWLS LIVESTOC, RON SIZEMORE TRUCKING, INC., SEALY AND SONS LIVESTOCK, LLP, SUMTER COUNTY FARMERS MARKET, INC., TENNESSEE VALLEY LIVESTOCK
    AMELIA MARTIN ADAMS, ATTORNEY FOR ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC
    ELIZABETH LYNCH/PAT O'MALLEY - REPRESENTATIVES FROM DSI
    NATALIE MONTELL - ATTORNEY FOR PHILLIP TAYLOR REED, RON P. REED
    BRIAN POLLOCK - ATTORNEY FOR INTRUST BANK

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...    10-93904-BHL-11            MONDAY, JUNE 24, 2013 01:30 PM

### *Proceedings:*

\* Disposition: Telephone Conference held.
(1 thru 3)  Matter continued to Hearing on 8/19/13 @ 1:30 p.m. (Eastern).  Notice given at the telephonic conference.   Court to determine at a later date if the 8/19 hearing will be live or telephonic.
(4)  Application Granted with an 80/20 holdback.  Order to be submitted
(5 thru 7)  Objections heard.
(8) Application Granted with an 80/20 holdback.  Order to be submitted
(9 thru 11)  Objections heard.
(12)  Parties have reached an agreement.
(13)  Parties to submit scheduling order.

NOTE:  Future Omnibus hearing date 8/19/13 @ 1:30 p.m. (Eastern) in New Albany, Indiana.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**