UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00100 (rev 11/2010)

In re:

**Eastern Livestock Co., LLC**,   Case No. **10−93904−BHL−11**
    Debtor(s).

## NOTICE

A(n) Application to Employ was filed with the Clerk of Court on June 24, 2013, by Trustee James A. Knauer.

    Trustee seeks to employ Philip L. Kunkel as mediator.

NOTICE IS GIVEN that any objection to the relief requested in the above−referenced document must be filed at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office in accordance with S.D.Ind. B−9013−1(d). Any objection must be served on the attorney for the filing party and filed by July 16, 2013.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

The document referenced above is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  June 25, 2013
                                    Kevin P. Dempsey
                                    Clerk, U.S. Bankruptcy Court