# Notice Recipients

District/Off: 0756−4        User: edixon                    Date Created: 6/25/2013
Case: 10−93904−BHL−11       Form ID: SF00100                Total: 103

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | James A. Knauer            | jak@kgrlaw.com |
| aty | Allen Morris               | amorris@stites.com |
| aty | Amelia Martin Adams        | aadams@dlgfirm.com |
| aty | Andrea L Wasson            | andrea@wassonthornhill.com |
| aty | Anthony G. Raluy           | traluy@fbhlaw.net |
| aty | Bret S. Clement            | bclement@acs−law.com |
| aty | Brian H Meldrum            | bmeldrum@stites.com |
| aty | C. R. Bowles, Jr           | cbowles@bgdlegal.com |
| aty | Chrisandrea L. Turner      | clturner@stites.com |
| aty | Christie A. Moore          | cm@gdm.com |
| aty | Christopher E. Baker       | cbaker@thbklaw.com |
| aty | Christopher M. Trapp       | ctrapp@rubin−levin.net |
| aty | Daniel J. Donnellon        | ddonnellon@ficlaw.com |
| aty | David A. Laird             | david.laird@moyewhite.com |
| aty | David Alan Domina          | dad@dominalaw.com |
| aty | David L. Abt               | davidabt@mwt.net |
| aty | David L. LeBas             | dlebas@namanhowell.com |
| aty | Deborah Caruso             | dcaruso@daleeke.com |
| aty | Dustin R. DeNeal           | dustin.deneal@faegrebd.com |
| aty | Edward M King              | tking@fbtlaw.com |
| aty | Elliott D. Levin           | robin@rubin−levin.net |
| aty | Elliott D. Levin           | edl@rubin−levin.net |
| aty | Eric W. Richardson         | ewrichardson@vorys.com |
| aty | Harmony A Mappes           | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross        | ishallcross@bgdlegal.com |
| aty | James A. Knauer            | jak@kgrlaw.com |
| aty | James A. Knauer            | jak@kgrlaw.com |
| aty | James B. Lind              | jblind@vorys.com |
| aty | James Bryan Johnston       | bjtexas59@hotmail.com |
| aty | James E Rossow, Jr.        | jim@rubin−levin.net |
| aty | James Edwin McGhee, III    | mcghee@derbycitylaw.com |
| aty | Jason W. Cottrell          | jwc@stuartlaw.com |
| aty | Jay P. Kennedy             | jpk@kgrlaw.com |
| aty | Jeffrey J. Graham          | jgraham@taftlaw.com |
| aty | Jeffrey L Hunter           | jeff.hunter@usdoj.gov |
| aty | Jeffrey R. Erler           | jerler@ghjhlaw.com |
| aty | Jennifer Watt              | jwatt@kgrlaw.com |
| aty | Jerald I. Ancel            | jancel@taftlaw.com |
| aty | Jeremy S Rogers            | Jeremy.Rogers@dinslaw.com |
| aty | Jill Zengler Julian        | Jill.Julian@usdoj.gov |
| aty | John Huffaker              | john.huffaker@sprouselaw.com |
| aty | John David Hoover          | jdhoover@hooverhull.com |
| aty | John Frederick Massouh     | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell           | john@lovell−law.net |
| aty | John M. Rogers             | johnr@rubin−levin.net |
| aty | John M. Thompson           | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III          | jrciii@acs−law.com |
| aty | John W Ames                | james@bgdlegal.com |
| aty | Joshua Elliott Clubb       | joshclubb@gmail.com |
| aty | Joshua N. Stine            | kabritt@vorys.com |
| aty | Judy Hamilton Morse        | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring           | lobring@msn.com |
| aty | Kelly Greene McConnell     | lisahughes@givenspursley.com |
| aty | Kent A Britt               | kabritt@vorys.com |
| aty | Kevin M. Toner             | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis           | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher              | kcrutcher@mcs−law.com |
| aty | Laura Day 10DelCotto       | ldelcotto@dlgfirm.com |
| aty | Lisa Koch Bryant           | courtmail@fbhlaw.net |
| aty | Mark A. Robinson           | mrobinson@vhrlaw.com |
| aty | Matthew J. Ochs            | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson        | msgiberson@vorys.com |
| aty | Meredith R. Thomas         | mthomas@daleeke.com |
| aty | Michael Benton Willey      | michael.willey@ag.tn.gov |
| aty | Michael W. McClain         | mike@kentuckytrial.com |
| aty | Michael Wayne Oyler        | moyler@rwsvlaw.com |
| aty | Niccole R. Sadowski        | nsadowski@thbklaw.com |
| aty | Peter M Gannott            | pgannott@gannottlaw.com |
| aty | Randall D. LaTour          | RDLatour@vorys.com |

| | | |
|---|---|---|
| aty | Robert A. Bell, Jr | rabell@vorys.com |
| aty | Robert H. Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@FaegreBD.com |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf–atty.com |
| aty | Sean T. White | swhite@hooverhull.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com |
| aty | Stephen A. Weigand | sweigand@ficlaw.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | T. Kent Barber | kbarber@dlgfirm.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 90

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street | New Albany, IN 47150 | | |
| op | National Cattlemen's Beef Association | Alice Devine | Devine &Donley, LLC | 534 S KS Ave Suite 1420 | Topeka, KA 66603 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs | 3087 Ervin Town Rd. | Castlewood, VA 24224 | |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road | Carlisle, KY 40311 | | |
| op | Greenebaum Doll &McDonald PLLC | 3500 National City Tower | 101 South Fifth Street | ?Louisville, KY 40202–3103 | |
| op | Southeastern Livestock Network LLC | 176 Pasadena Drive | Lexington, KY 40503 | | |
| cr | Bob's Auto, Inc. d/b/a Bob's Auto Supply | PO Box 419 | Edmonton, KY 42129 | | |
| cr | Philip Martin | 6853 Fairview Rd | Cookeville, TN 38501–9715 | | |
| cr | Tennessee Livestock Producers, Inc. | P.O. Box 313 | Columbia, TN 38402 | | |
| cr | Michael Wade Loula | Rt1, Box 50 | Colony, OK 73021–9631 | | |
| cr | Sam Fousek | 29972 396th Ave | Wagner, SD 57380 | | |
| aty | Ashley S Rusher | Blanco Tackabery &Matamoros PA | PO Drawer 25008 | Winston–Salem, NC 27114–5008 | |
| aty | Christopher E. Baker | Tucker Hester Baker &Krebs, LLC | Regions Tower, 16th Floor | One Indiana Square | Indianapolis, IN 46204 |

TOTAL: 13