SO ORDERED: June 25, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER APPROVING STIPULATION RESOLVING CLAIM OF CAPITOL INDEMNITY CORPORATION**

This matter is before the Court on the *Trustee's Objection to Claim 42 Filed by Capitol Indemnity Corporation and Notice of Response Deadline* [Dock. No. 2096] (the "Claim Objection") filed by James A. Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Trustee") on April 19, 2013 and the *Response to Trustee's Objection to Claim No. 42* [Dock. No. 2161] (the "Response") filed by Capitol Indemnity Corporation ("CIC") on May 13, 2013.  The parties have resolved the Claim Objection and Response pursuant to the *Stipulation Resolving Claim of Capitol Indemnity Corporation* [Dock. No. 2218] ("Stipulation") filed on June 20, 2013.  The Court, having reviewed the Claim Objection, Response and Stipulation, and

being otherwise duly advised, now APPROVES the Stipulation, it appearing to the Court that the Stipulation is in the best interest of the estate. Accordingly,

IT IS HEREBY ORDERED that the Stipulation is approved.

###