# Notice Recipients

District/Off: 0756−4 | User: edixon | Date Created: 6/25/2013
Case: 10−93904−BHL−11 | Form ID: pdfOrder | Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Christopher E. Baker   cbaker@thbklaw.com
aty   Dustin R. DeNeal   dustin.deneal@faegrebd.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty   Christopher E. Baker   Tucker Hester Baker &Krebs, LLC   Regions Tower, 16th Floor   One Indiana Square   Indianapolis, IN 46204

TOTAL: 1