SO ORDERED: June 25, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### ORDER GRANTING HOOVER HULL LLP'S THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE

This matter came before the Court on *Hoover Hull LLP's Third Interim Application For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") (docket #1903) filed by Hoover Hull LLP on March 18, 2013 and objections filed by (a) Bluegrass Stockyards, LLC; Bluegrass Stockyards of Campbellsville, LLC; Bluegrass Stockyards East, LLC; Bluegrass-Maysville Stockyards, LLC; Bluegrass Stockyards of Richmond, LLC; Bluegrass South Livestock Market, LLC; Alton Darnell, East Tennessee Livestock Center, Inc.; Moseley Cattle Auction, LLC; Piedmont Livestock Company, Inc.; and Southeast Livestock Exchange, LLC (docket #1927) ("Bluegrass Objection"); and (b) Alabama Livestock Auction, Inc.; Sealy and Sons Livestock, LLP; Athens

Stockyard, LLC; CPC Livestock, LLC; Edwin A. Strickland d/b/a Strickland Farms; Ashville Stockyard, Inc.; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.; Macon Stockyard, Inc.; Peoples Livestock Auction, Inc.; Robert Rawls d/b/a Robert Rawls Livestock; E4 Cattle Co., LLC; Ed Edens; Ernie Elder; Vernon Inman; 2Z Cattle and Glen Franklin (docket no #1930) ("Livestock Creditors' Objection" and together with the Bluegrass Objection, the "Objections").  The Court, having reviewed the Application, the Objections and the arguments of counsel at a hearing held on April 15, 2013, and being otherwise sufficiently advised, now GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. The Bluegrass Objection and the Livestock Creditors' Objection are overruled in their entirety.

2. The Court hereby approves and allows interim compensation for attorneys' fees in the amount of $6,696.00 plus reimbursement for out-of-pocket expenses incurred in the amount of $375.08 for the period November 1, 2012 through and including February 28, 2013.

3. The Trustee is authorized and ordered to pay 80% of the fees and 100% of the expenses allowed by this Order from the Trustee's operating account to Hoover Hull LLP.  Payment of the remaining 20% of fees allowed by this Order is ordered to be paid upon approval of a final fee application filed by or on behalf of Hoover Hull LLP.

###