United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
    Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4     User: edixon     Page 1 of 16     Date Rcvd: Jun 25, 2013  
                        Form ID: pdfOrder     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2013.  
aty       +Christopher E. Baker,   Tucker Hester Baker & Krebs, LLC,   Regions Tower, 16th Floor,   One Indiana Square,   Indianapolis, IN 46204-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2013**                            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0756-4           User: edixon                Page 2 of 16                   Date Rcvd: Jun 25, 2013
                               Form ID: pdfOrder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2013 at the address(es) listed below:

```
              Allen   Morris    on behalf of Creditor    Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Allen   Morris    on behalf of Creditor Todd  Rosenbaum amorris@stites.com,  dgoodman@stites.com
              Allen   Morris    on behalf of Defendant    Intrust Bank, NA amorris@stites.com,  dgoodman@stites.com
              Allen   Morris    on behalf of Defendant Todd  Rosenbaum amorris@stites.com,  dgoodman@stites.com
              Allen   Morris    on behalf of Creditor    Rosenbaum Feeder Cattle Company, LLC amorris@stites.com,
               dgoodman@stites.com
              Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com,
               jli@kgrlaw.com
              Amanda Dalton Stafford    on behalf of Plaintiff    James A. Knauer, Trustee ads@kgrlaw.com,
               jli@kgrlaw.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant Mike  Bradbury aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Blue Grass Stockyards, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc.
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Counter-Defendant    Bluegrass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Bluegrass South Livestock Market, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    East Tennessee Livestock Center, Inc.
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass-Maysville Stockyards, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc.
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Bluegrass Stockyards East, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Fort Payne Stockyards aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    B&B Land and Livestock aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant Amos  Kropf aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant Jeremy  Coffey aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass South Livestock Market, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant Alton  Darnell aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Intervenor    Bluegrass-Maysville Stockyards, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass South Livestock Market, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Bluegrass-Maysville Stockyards, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass Stockyards, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Bluegrass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
```

```
District/off: 0756-4          User: edixon              Page 3 of 16              Date Rcvd: Jun 25, 2013
                              Form ID: pdfOrder         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards East, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Bradbury & York aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant Alton  Darnell aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Piedmont Livestock, Inc. aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Bluegrass Stockyards East, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc.
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Third Party Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Intervenor    Bluegrass South Livestock Market, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Intervenor    Bluegrass Stockyards East, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Blue Grass Stockyards, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Intervenor    Bluegrass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Larry  Zeien, Jr. astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant Willie  Downs astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com
              Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C.
               avandiver@aswdlaw.com,  sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County
               traluy@fbhlaw.net
              Ben T. Caughey    on behalf of Defendant Allen  Barry ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant Chad  Houck ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant    E4 Cattle Company, LLC ben.caughey@icemiller.com
              Bret S. Clement    on behalf of Creditor    First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor Monty  Koller bmeldrum@stites.com
              Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com
              Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com
              C. R. Bowles, Jr    on behalf of Creditor    Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Breeding Brothers cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
```

```
District/off: 0756-4          User: edixon                 Page 4 of 16                  Date Rcvd: Jun 25, 2013
                              Form ID: pdfOrder            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              C. R. Bowles, Jr    on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    ADM Investor Services, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor     Randy Hoover & Son, LLC cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Randy Hoover and Son cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant Jeffrey  Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southland Haulers, LLC
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant Francis J. Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Joined Party    Francis J. Madison, Jeffrey Madison and Madison Ca
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Plaintiff    Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant    Madison Cattle cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    B&B Farms cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Chad Duane Wuertz    on behalf of Defendant    S&S Cattle Company chad@wuertzlaw.com,
               joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
              Chad Duane Wuertz    on behalf of Defendant Royce  Stallcup chad@wuertzlaw.com,
               joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
              Charles R. Wharton    on behalf of U.S. Trustee    U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Chrisandrea L. Turner    on behalf of Defendant    Cornelison Farms, FLP clturner@stites.com
              Chrisandrea L. Turner    on behalf of Creditor    Cornelison Farms, LLC clturner@stites.com
              Christie A. Moore    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cm@gdm.com,   ljs2@gdm.com
              Christie A. Moore    on behalf of Plaintiff    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Cross Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Defendant    Superior Livestock Auction cm@gdm.com,  ljs2@gdm.com
              Christie A. Moore    on behalf of Counter-Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher E. Baker    on behalf of Creditor    Capitol Indemnity Corporation cbaker@thbklaw.com,
               thignight@thbklaw.com;twilkerson@thbklaw.com
              Christopher M. Trapp    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,   carmen@rubin-levin.net;lemerson@rubin-levin.net
              Christopher M. Trapp    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,   carmen@rubin-levin.net;lemerson@rubin-levin.net
              Christopher M. Trapp    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,   carmen@rubin-levin.net;lemerson@rubin-levin.net
              Daniel J. Donnellon    on behalf of Creditor    First Bank and Trust Company, The
               ddonnellon@ficlaw.com,   knorwick@ficlaw.com
              Daniel J. Donnellon    on behalf of Cross Defendant    The First Bank and Trust Company
               ddonnellon@ficlaw.com,   knorwick@ficlaw.com
              Daniel J. Donnellon    on behalf of Intervenor    The First Bank and Trust Company
               ddonnellon@ficlaw.com,   knorwick@ficlaw.com
```

```
District/off: 0756-4                  User: edixon                   Page 5 of 16                  Date Rcvd: Jun 25, 2013
                                      Form ID: pdfOrder              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Daniel J. Donnellon    on behalf of Cross Defendant    First Bank & Trust Company
               ddonnellon@ficlaw.com, knorwick@ficlaw.com
              David A. Laird     on behalf of Creditor    Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David A. Laird     on behalf of Cross Defendant    Peoples Bank david.laird@moyewhite.com,
               lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina     on behalf of Creditor    Nu-Technologies, Inc dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor    Madden Brothers, LLC dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor Travis  Bellar dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor    Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor    Madden Brothers dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David L. Abt    on behalf of Plaintiff    Rush Creek Ranch, LLP davidabt@mwt.net
              David L. Abt    on behalf of Other Professional David L. Abt davidabt@mwt.net
              David L. Abt    on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
              David L. LeBas    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas    on behalf of Creditor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas    on behalf of Counter-Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com, koswald@namanhowell.com
              David L. LeBas    on behalf of Third Party Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com, koswald@namanhowell.com
              David W. Brangers    on behalf of Defendant    Hurstbourne Landings Development Co., LLC
               dbrangers@lawyer.com
              Deborah  Caruso    on behalf of Other Professional Kathryn  Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Deborah  Caruso    on behalf of Third Party Defendant Kathryn L. Pry dcaruso@daleeke.com,
               mthomas@daleeke.com
              Dustin R. DeNeal    on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Plaintiff    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Member Debtor    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor    Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
              Elliott D. Levin    on behalf of Plaintiff    Superior Livestock Auction, Inc. edl@rubin-levin.net,
               atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               edl@rubin-levin.net, atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               edl@rubin-levin.net, atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               edl@rubin-levin.net, atty_edl@trustesolutions.com
              Eric C Redman    on behalf of Defendant    Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric C Redman    on behalf of Intervenor    Strickland Farms ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric C Redman    on behalf of Defendant Edward  Strickland ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com
              Eric W. Richardson    on behalf of Creditor    Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com
              Erick P Knoblock    on behalf of Third Party Defendant Kathryn L. Pry eknoblock@daleeke.com
              Erin Casey Nave    on behalf of Defendant    Demaio Farms & Ranches, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Travis  Dicke enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Ronald  Stahl enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant    Salem Livestock Auction, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant    J & S Feedlots, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant    Arab Livestock Market, Inc. enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Russell D. Garwood enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Gary  Krantz enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Brandon  Zeisler enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Thomas R. Glover enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Monte  Haiar enave@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Kevin  Manthey enave@taftlaw.com
              Harmony A Mappes     on behalf of Counter-Claimant James A. Knauer, Trustee
               harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
              Harmony A Mappes     on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
```

Case 10-93904-BHL-11   Doc 2241   Filed 06/27/13   EOD 06/28/13 00:41:34   Pg 6 of 18

```
District/off: 0756-4                  User: edixon                  Page 6 of 16                  Date Rcvd: Jun 25, 2013
                                      Form ID: pdfOrder             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Third Party Plaintiff James A. Knauer, Trustee
               harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff   Okie Farms, L.L.C. harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Counter-Claimant James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc.
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Plaintiff   Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant   Northwest Alabama Livestock Auction
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant   Madison Cattle ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor    Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant   Superior Livestock Auction
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant Jeffrey Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Jack S Dawson    on behalf of Defendant Robert and Jane Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant   Nichols Livestock jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant   Nichols Livestock, Inc. jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Ricky Beard jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant   Jane, LLC jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Jane Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Robert Nichols jdawson@millerdollarhide.com,
               jowens@millerdollarhide.com;receptionist@millerdollarhide.com
              James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer    on behalf of Trustee James A. Knauer jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer    on behalf of Intervenor James Knauer jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer    on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer    on behalf of Counter-Claimant James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff   James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Third Party Defendant    Fifth Third Bank jblind@vorys.com
```

```
District/off: 0756-4                   User: edixon                  Page 7 of 16                   Date Rcvd: Jun 25, 2013
                                       Form ID: pdfOrder             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James B. Lind     on behalf of Counter-Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind     on behalf of Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind     on behalf of Counter-Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind     on behalf of Creditor    Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Cross Defendant Frank  Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Defendant Gary  Tate, d/b/a Tate Ranch bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant Bobby  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Tom  Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Johnny  Mayo, Jr. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant Debbie  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant Bill  Davis bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Tom  Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Eddie  Eickie bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Eddie  Eicke bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant    Davis Quarter Horses bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant Johnny  Mayo bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bill  Davis bjtexas59@hotmail.com,  bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross Defendant    Bynum Ranch Company bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Frank  Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Frank  Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bobby  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow, Jr.    on behalf of Third Party Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Creditor    Joplin Regional Stockyards jim@rubin-levin.net,
               susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Counter-Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee, III    on behalf of Third Party Defendant    Vermilion Ranch Corp.
               mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
               tor@derbycitylaw.com
              James Edwin McGhee, III    on behalf of Creditor    Vermilion Ranch Corporation
               mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
               tor@derbycitylaw.com
              James M. Carr     on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James M. Carr     on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James M. Carr     on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
              James T Young     on behalf of Intervenor Michael J Walro james@rubin-levin.net,
               lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com
              Jason W. Cottrell    on behalf of Creditor Rex  Elmore jwc@stuartlaw.com,   jbr@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Trustee James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
```

```
District/off: 0756-4           User: edixon                Page 8 of 16                  Date Rcvd: Jun 25, 2013
                               Form ID: pdfOrder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff    James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jeffrey J. Graham    on behalf of Defendant Ronald  Stahl jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant   Arab Livestock Market, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant   Salem Livestock Auction, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Monte  Haiar jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Gary  Krantz jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Brandon  Zeisler jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Thomas R. Glover jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Substituted Party Bud  Heine jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Russell D. Garwood jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant   J & S Feedlots, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Travis  Dicke jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant   Demaio Farms & Ranches, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Kevin  Manthey jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party   United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Cross-Claimant   DeCordova Cattle Company jerler@ghjhlaw.com,
               lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
              Jeffrey R. Erler    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jerler@ghjhlaw.com,   lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Trustee James A. Knauer jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff   James A. Knauer, Trustee jwatt@kgrlaw.com,
               pad@kgrlaw.com;ads@kgrlaw.com
              Jerald I. Ancel    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jancel@taftlaw.com,   ecfclerk@taftlaw.com;krussell@taftlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff   Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com
              Jill Zengler Julian    on behalf of Joined Party   United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe Lee Brown    on behalf of Defendant   Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
              Joe T. Roberts, Hon.    on behalf of Counter-Claimant   Laurel Livestock Market, INC.
               jratty@windstream.net
              John  Huffaker    on behalf of Creditor   Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John  Huffaker    on behalf of Plaintiff   Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
              John David Hoover    on behalf of Special Counsel   Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Defendant   Rufenacht Commodities, Inc.
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant   Friona Industries, LP
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant   Cattlemen's Feedlot, Ltd.
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant   Friona Industries, L.P.
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Plaintiff   Friona Industries, LP
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor   Friona Industries, LP john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant Robert  Rufenacht john.massouh@sprouselaw.com

```
District/off: 0756-4          User: edixon               Page 9 of 16                  Date Rcvd: Jun 25, 2013
                              Form ID: pdfOrder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John Frederick Massouh    on behalf of Counter-Defendant    Cactus Growers, Inc.
               john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Third Party Defendant    Friona Industries, L.P.
               john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Creditor    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Third Party Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Counter-Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Third Party Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Counter-Defendant    Friona Industries, LP john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
               susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               johnr@rubin-levin.net,   susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Creditor    Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               johnr@rubin-levin.net,   susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               johnr@rubin-levin.net,   susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
              John R. Burns, III    on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
               sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               john.burns@faegrebd.com,   sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Carr, III    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John R. Carr, III    on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               james@bgdlegal.com,   smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor Ron P. Reed james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               james@bgdlegal.com,   smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers, III    on behalf of Defendant Robert  Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant Jane  Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant    Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua Elliott Clubb    on behalf of Defendant Tim  White joshclubb@gmail.com
              Joshua Elliott Clubb    on behalf of Other Professional    Kentucky Cattlemen's Association
               joshclubb@gmail.com
              Joshua N. Stine    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor    Deere & Company lobring@msn.com
              Karen L. Lobring    on behalf of Creditor    FPC Financial, f.s.b. lobring@msn.com
```

```
District/off: 0756-4                  User: edixon                     Page 10 of 16                  Date Rcvd: Jun 25, 2013
                                      Form ID: pdfOrder                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kay Dee Baird    on behalf of Defendant Jt  Nuckols kbaird@kdlegal.com,  pdidandeh@kdlegal.com
          Kay Dee Baird    on behalf of Defendant    Janousek Farms, Inc. kbaird@kdlegal.com,  pdidandeh@kdlegal.com
          Kayla D. Britton    on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,  cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
          Kelly Greene McConnell    on behalf of Creditor    AB Livestock, LLC lisahughes@givenspursley.com
          Kelly Greene McConnell    on behalf of Creditor    Supreme Cattle Feeders, L.L.C.  lisahughes@givenspursley.com
          Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com,  cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com,  cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,  cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com,  cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,  cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank kabritt@vorys.com,  cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kevin J. Mitchell    on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com,  cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Member Debtor    Okie Farms, L.L.C. kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Third Party Plaintiff James A. Knauer, Trustee  kevin.toner@faegrebd.com,   judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee  kevin.toner@faegrebd.com,   judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff    Okie Farms, L.L.C. kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer, Trustee kevin.toner@faegrebd.com,  judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com,  lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher    on behalf of Counter-Defendant Gene  Shipman kcrutcher@mcs-law.com,  jparsons@mcs-law.com
          Kirk  Crutcher    on behalf of Cross Defendant Gene  Shipman kcrutcher@mcs-law.com,  jparsons@mcs-law.com
          Kirk  Crutcher    on behalf of Creditor Gene  Shipman kcrutcher@mcs-law.com,  jparsons@mcs-law.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc.  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass Stockyards of Campbellsville, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant Amos  Kropf ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc.  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Counter-Defendant    Bluegrass Stockyards of Richmond, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass South Livestock Market, LLC  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.  ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com

```
District/off: 0756-4               User: edixon                  Page 11 of 16                 Date Rcvd: Jun 25, 2013
                                   Form ID: pdfOrder             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass Stockyards of Campbellsville, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass Stockyards East, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Moseley Cattle Auction, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass South Livestock Market, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Piedmont Livestock, Inc. ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards East, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass-Maysville Stockyards, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Southeast Livestock Exchange, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant Jeremy  Coffey ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Southeast Livestock Exchange, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass Stockyards East, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor Alton  Darnell ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Piedmont Livestock Company, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Special Counsel    Delcotto Law Group PLLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass South Livestock Market, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass-Maysville Stockyards, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Blue Grass Stockyards, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    East Tennessee Livestock Center, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Creditor    First Bank and Trust Company, The
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant    B&B Land and Livestock ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass-Maysville Stockyards, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant    Southeast Livestock Exchange, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Intervenor    Bluegrass Stockyards of Campbellsville, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant Alton  Darnell ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Bluegrass Stockyards East, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross-Claimant    Bluegrass South Livestock Market, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Defendant Mike  Bradbury ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Third Party Defendant    Piedmont Livestock, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day 10DelCotto    on behalf of Cross Defendant    Blue Grass Stockyards, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
```

```
District/off: 0756-4                User: edixon                  Page 12 of 16                  Date Rcvd: Jun 25, 2013
                                    Form ID: pdfOrder             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Laura Day 10DelCotto    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant Alton    Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    East Tennessee Livestock Center, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Defendant    Fort Payne Stockyards ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Defendant    Atkinson Livestock Market, LLC mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Defendant     Ganado, Inc. mrobinson@vhrlaw.com,    dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Defendant Brian    Witt mrobinson@vhrlaw.com,    dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Mark A. Robinson    on behalf of Third Party Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com,
               dalbers@vhrlaw.com
              Martha R. Lehman    on behalf of Defendant Jt    Nuckols mlehman@kdlegal.com,
               crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com;pdidandeh@kdlegal.com
              Martha R. Lehman    on behalf of Defendant    Janousek Farms, Inc. mlehman@kdlegal.com,
               crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com;pdidandeh@kdlegal.com
              Matthew Daniel Neumann     on behalf of Defendant Bill    Eberle mneumann@hhclaw.com
              Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas
               kim.maynes@moyewhite.com
              Matthew R. Strzynski    on behalf of Defendant Jt    Nuckols mstrzynski@kdlegal.com,
               Tsylvester@kdlegal.com
              Matthew R. Strzynski     on behalf of Defendant    Paint Rock Cattle Company, LP
               mstrzynski@kdlegal.com,    Tsylvester@kdlegal.com
              Matthew R. Strzynski     on behalf of Defendant    Plateau Production Company mstrzynski@kdlegal.com,
               Tsylvester@kdlegal.com
              Matthew R. Strzynski     on behalf of Defendant    Paint Rock Cattle Management, LLC
               mstrzynski@kdlegal.com,    Tsylvester@kdlegal.com
              Matthew R. Strzynski     on behalf of Defendant Tobin M. Parker mstrzynski@kdlegal.com,
               Tsylvester@kdlegal.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Third Party Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
              Meredith R. Thomas    on behalf of Other Professional Kathryn    Pry mthomas@daleeke.com
              Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue
               michael.willey@ag.tn.gov
              Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Defendant John F. Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Matthew    Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Patrick    Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Anna    Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Creditor Grant    Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Amanda    Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor    Your Community Bank moyler@rwsvlaw.com
              Niccole R. Sadowski    on behalf of Creditor    Capitol Indemnity Corporation nsadowski@thbklaw.com,
               kpeerman@thbklaw.com;twilkerson@thbklaw.com
              Paul M. Hoffmann    on behalf of Defendant    ADM Investor Services, Inc. phoffmann@stinson.com
              Peter M Gannott    on behalf of Other Professional    Laurel Livestock Market Inc.
               pgannott@gannottlaw.com,    paralegal@gannottlaw.com;gannottlaw@gmail.com
```

Case 10-93904-BHL-11   Doc 2241   Filed 06/27/13   EOD 06/28/13 00:41:34   Pg 13 of 18

```
District/off: 0756-4          User: edixon              Page 13 of 16           Date Rcvd: Jun 25, 2013
                              Form ID: pdfOrder         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter M Gannott    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
               pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Third Party Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross-Claimant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Creditor    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter-Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Creditor    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter-Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross-Claimant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Third Party Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Other Professional    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert H. Foree    on behalf of Creditor    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Defendant    Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Ross A. Plourde    on behalf of Defendant    Stockman Oklahoma Livestock Marketing, Inc.
               ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    Crumpler Bros. ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Third Party Defendant William  Bush ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Third Party Defendant    Stockholm Oklahoma Livestock Marketing,
               Inc. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    Stockman Oklahoma Livestock Marketing, Inc.
               ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Third Party Defendant    Stockman Oklahoma Livestock Marketing,
               Inc. ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    The Bank of Kremlin ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor Brent  Kuehny ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Ross A. Plourde    on behalf of Defendant William  Bush ross.plourde@mcafeetaft.com,
               afton.shaw@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Cross Defendant Anna Gayle Gibson sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor    Gibson Farms. LLC sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor    Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
              Scott R Leisz    on behalf of Defendant    Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
               disom@bgdlegal.com
              Sean T. White    on behalf of Special Counsel    Hoover Hull LLP swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Sean T. White    on behalf of Trustee James A. Knauer swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Plaintiff James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Intervenor James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
```

Case 10-93904-BHL-11    Doc 2241    Filed 06/27/13    EOD 06/28/13 00:41:34    Pg 14 of 18

```
District/off: 0756-4          User: edixon              Page 14 of 16                Date Rcvd: Jun 25, 2013
                              Form ID: pdfOrder         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Shawna M Eikenberry    on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Cross Defendant James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James A. Knauer
               shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor    First Bank and Trust Company, The sweigand@ficlaw.com
              Stephen A. Weigand    on behalf of Intervenor    The First Bank and Trust Company
               sweigand@ficlaw.com
              Stephen E. Schilling    on behalf of Defendant    E4 Cattle Company, LLC seschilling@strausstroy.com
              Stephen E. Schilling    on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
              Steven A. Brehm    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Plaintiff    Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Defendant    Superior Livestock Auction sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Defendant    Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Cross Defendant    Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven Eric Runyan    on behalf of Plaintiff    James A. Knauer, Trustee ser@kgrlaw.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
               kbarber@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass South Livestock Market, LLC
               kbarber@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards East, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               kbarber@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              T. Kent Barber    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC kbarber@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Terrill K. Moffett    on behalf of Defendant Rex  Mooney kendalcantrell@moffettlaw.com
              Terry E. Hall    on behalf of Counter-Claimant James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor    General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor    Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Thomas P Glass    on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
              Thomas P Glass    on behalf of Defendant    E4 Cattle Company, LLC tpglass@strausstroy.com
              Timothy T. Pridmore    on behalf of Creditor Gabriel  Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel  Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Creditor Gabriel  Moreno tjohnston@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel  Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor    Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ron Sizemore Trucking, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
```

```
District/off: 0756-4                  User: edixon                 Page 15 of 16                 Date Rcvd: Jun 25, 2013
                                      Form ID: pdfOrder            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    First Bank and Trust Company, The
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Columbia Livestock Market of Lake City, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Ernest  Elder wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sumter County Farmers Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Third Party Defendant    CPC Livestock, LLC
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Tom  Freeman wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Columbia Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Macon Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Robert  Rawls d/b/a Robert Rawls Livestock
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
```

```
District/off: 0756-4          User: edixon              Page 16 of 16               Date Rcvd: Jun 25, 2013
                              Form ID: pdfOrder         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Walter Scott Newbern, III    on behalf of Intervenor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sealy And Sons Livestock, LLP
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Florida Association Livestock Markets
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ocala Livestock Market, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Carroll Co L/S Sale Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ron Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Townsend Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Robert Rawls Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Macon Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Wendy W Ponader    on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith, III   on behalf of Defendant    Tulsa Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III   on behalf of Defendant    South Coffeyville Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III   on behalf of Creditor    Coffeyville Livestock Market, LLC
               wsmith@k-glaw.com, pballard@k-glaw.com
              William K. Flynn    on behalf of Defendant    E4 Cattle Company, LLC wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Cross Defendant Chad  Houck wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Defendant Chad  Houck wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William Robert Meyer, II   on behalf of Defendant Monty Larry Koller rmeyer@stites.com
              William Robert Meyer, II   on behalf of Defendant    Intrust Bank, NA rmeyer@stites.com
              William Robert Meyer, II   on behalf of Creditor    Republic Bank and Trust Company
               rmeyer@stites.com
              William Robert Meyer, II   on behalf of Defendant Todd  Rosenbaum rmeyer@stites.com
                                                                                            TOTAL: 647
```

SO ORDERED: June 25, 2013.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER APPROVING STIPULATION RESOLVING CLAIM OF CAPITOL INDEMNITY CORPORATION**

This matter is before the Court on the *Trustee's Objection to Claim 42 Filed by Capitol Indemnity Corporation and Notice of Response Deadline* [Dock. No. 2096] (the "Claim Objection") filed by James A. Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Trustee") on April 19, 2013 and the *Response to Trustee's Objection to Claim No. 42* [Dock. No. 2161] (the "Response") filed by Capitol Indemnity Corporation ("CIC") on May 13, 2013. The parties have resolved the Claim Objection and Response pursuant to the *Stipulation Resolving Claim of Capitol Indemnity Corporation* [Dock. No. 2218] ("Stipulation") filed on June 20, 2013. The Court, having reviewed the Claim Objection, Response and Stipulation, and

being otherwise duly advised, now APPROVES the Stipulation, it appearing to the Court that the Stipulation is in the best interest of the estate. Accordingly,

IT IS HEREBY ORDERED that the Stipulation is approved.

###