SO ORDERED: July 2, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING
TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS ALREADY SATISFIED BY
PAYMENTS FROM VICTIM RESTITUTION FUND ADMINISTERED
BY THE KENTUCKY ATTORNEY GENERAL'S OFFICE**

This matter is before the Court upon the *Trustee's Omnibus Objection To Claims Already Satisfied By Payments From Victim Restitution Fund Administered By The Kentucky Attorney General's Office* (Docket No. 2204) ("Objection")[1]. The Court finds that (i) it has jurisdiction over the matters raised in the Objection pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Objection is in the best interests of the Debtor, its estate and its creditors; (iv) proper and adequate notice of the Objection and the hearing thereon has been given and that no further

---

[1] Certain terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice is necessary; and (v) good and sufficient cause exists for the granting of the relief provided herein after having given due deliberation upon the Objection and all of the proceedings had before the Court in connection with the Objection. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The claims identified on the attached Exhibit A (individually, a "Claim" and collectively, "Claims") are disallowed and expunged in their entirety.

###

EXHIBIT A

| Claimant | Claim Number | Date Filed | Amount Claimed |
|---|---|---|---|
| ALEXANDER, DONALD R | 128 | 3/22/2011 | $26,958.60 |
| ARMSTRONG, BEN | 18 | 2/9/2011 | $2,173.32 |
| ARNOLD FARMS | 344 | 4/28/2011 | $49,782.60 |
| ARTERBURN, EDWARD L | 136 | 3/22/2011 | $12,003.95 |
| ASBURY, LENNY | 111 | 3/14/2011 | $900.00 |
| BAGBY, JERRY N | 360 | 4/28/2011 | $1,225.09 |
| BAIRD, STOKES | 15 | 2/7/2011 | $2,353.08 |
| BANKS, RICHARD | 298 | 4/18/2011 | $3,899.50 |
| BARBEE, ALVIN | 156 | 3/28/2011 | $5,525.12 |
| BARNES, JOYCE OR PAUL | 481 | 5/2/2011 | $920.72 |
| BARTON, CHRIS | 171 | 4/4/2011 | $9,085.56 |
| BELL, GARY S | 270 | 4/12/2011 | $14,289.74 |
| BIRDWELL, WILLIAM | 481 | 5/2/2011 | $7,274.03 |
| BLEDSOE, CAROLYN | 127 | 3/17/2011 | $507.47 |
| BLYTHE, ROY | 405 | 4/29/2011 | $2,281.89 |
| BOUTWELL, IKE | 164 | 3/31/2011 | $17,219.23 |
| BRAGG, LARRY | 46 | 3/4/2011 | $5,145.14 |
| BRAGG, DALTON | 481 | 5/2/2011 | $3,266.00 |
| BREEDING BROS | 356 | 4/26/2011 | $8,482.35 |
| BROWN, ALLEN B | 204 | 4/11/2011 | $343.46 |
| BROWN, CHARLIE D | 43 | 2/28/2011 | $12,765.60 |
| BROWN, ERIK PAUL | 481 | 5/2/2011 | $1,783.10 |
| BROWN, JESSE R | 76 | 3/8/2011 | $1,159.25 |
| BROWNING, DOUG | 481 | 5/2/2011 | $1,033.78 |
| BRYANT, KENNETH | 162 | 3/30/2011 | $1,151.92 |
| BUNCH, HALEE | 17 | 2/9/2011 | $8,544.20 |
| BURGESS, DAVID MICHAEL | 481 | 5/2/2011 | $361.21 |
| BURGESS, RODNEY & JUDY | 481 | 5/2/2011 | $1,151.64 |
| BURRIS, ROGER | 239 | 4/14/2011 | $4,483.08 |
| CAMPBELL, GARY W | 233 | 4/5/2011 | $3,761.33 |
| CARTER, LARRY | 283 | 4/19/2011 | $633.09 |
| CASSADY, DAVID LYNN | 481 | 5/2/2011 | $1,106.65 |
| CASSELL CHAPMAN, WENDY | 398 | 4/29/2011 | $1,338.24 |
| CLAYWELL, EDDIE | 48 | 3/3/2011 | $1,486.95 |
| CLOYD, MARCIA | 145 | 3/18/2011 | $1,309.95 |
| COOMER, DONNIE | 163 | 3/31/2011 | $1,192.39 |
| COPAS, BOYD | 65 | 3/7/2011 | $897.93 |
| COPELAND, HOMER | 41 | 2/24/2011 | $7,065.88 |
| COWLES, KENNETH | 177 | 4/4/2011 | $3,640.03 |
| COWLES, SCOTT CHRISTOPHER | 175 | 4/4/2011 | $4,990.07 |
| CRAVENS, RITA | 295 | 4/18/2011 | $8,212.58 |
| CV FARMS | 399 | 4/29/2011 | $12,369.39 |
| DICKSON, FRED | 481 | 5/2/2011 | $835.92 |
| DS JOHNSON FARMS | 481 | 5/2/2011 | $2,658.27 |
| ELMORE, REX | 276 | 4/15/2011 | $33,683.53 |
| EMBERTON, MICHAEL R | 107 | 3/15/2011 | $4,564.00 |
| FISHER, CHARLIE | 481 | 5/2/2011 | $955.21 |
| FLICKINGER, JAMES ROBERT | 336 | 4/27/2011 | $5,854.20 |
| FORBIS FARMS | 481 | 5/2/2011 | $2,597.80 |

EXHIBIT A

| Name | | | |
|---|---|---|---|
| FROEDGE, KENNETH | 409 | 4/29/2011 | $6,094.82 |
| GIBSON, BUTCH | 415 | 4/29/2011 | $2,955.16 |
| GIBSON, JAMES HOWARD | 159 | 3/29/2011 | $3,986.79 |
| GIBSON, LENICE | 481 | 5/2/2011 | $901.27 |
| GILLEY, KERRY | 408 | 4/29/2011 | $2,462.00 |
| GLASS, LELAND DOUGLAS | 481 | 5/2/2011 | $9,241.06 |
| GORDON, DAVID | 116 | 3/15/2011 | $5,312.03 |
| HAINES JR, CHARLES W | 135 | 3/22/2011 | $3,565.14 |
| HARMON, JIMMY | 481 | 5/2/2011 | $1,118.07 |
| HAWKS, DONALD | 37 | 2/23/2011 | $5,462.71 |
| HENDRICK, JIMMY | 78 | 3/8/2011 | $10,567.29 |
| HERALD, JERRY | 507 | 5/3/2011 | $2,920.66 |
| HIGH, JIMMIE DALE | 71 | 3/7/2011 | $2,527.25 |
| HOLLEY, DAVID | 192 | 4/11/2011 | $2,262.15 |
| HOPE, RICHARD | 294 | 4/18/2011 | $3,543.24 |
| HURT, BILLIE | 481 | 5/2/2011 | $11,583.25 |
| HURT, GLENN | 173 | 4/4/2011 | $5,919.27 |
| ISENBERG, CHARLES LEON | 19 | 2/10/2011 | $4,025.62 |
| JEFFRIES, CARL | 416 | 4/29/2011 | $2,078.96 |
| JEFFRIES, KELLY | 414 | 4/29/2011 | $524.51 |
| JOHNSON, GREGORY LYNN | 481 | 5/2/2011 | $1,132.58 |
| JONES, CLAUDE | 481 | 5/2/2011 | $1,700.90 |
| KEITH LONG DBA LONG FARMS | 263 | 4/13/2011 | $6,880.08 |
| KINSER, MITCHELL | 481 | 5/2/2011 | $3,526.59 |
| KINSLOW, ROY | 39 | 2/23/2011 | $8,571.48 |
| KINSLOW, WESLEY BOTTS | 40 | 2/23/2011 | $6,264.89 |
| LANE, R.D. | 481 | 5/2/2011 | $9,067.10 |
| LOFTIS FARM (Josh Loftis) | 236 | 4/14/2011 | $5,469.41 |
| LOGSDON, THOMAS | 481 | 5/2/2011 | $2,174.73 |
| LOWHORN, ARTHUR | 38 | 2/23/2011 | $1,212.34 |
| LUKE, MIKE | 524 | 1/24/2012 | $10,509.69 |
| LYLE, RICHARD | 226 | 4/7/2011 | $3,130.99 |
| LYNN, TODD | 321 | 4/21/2011 | $10,583.44 |
| MANION, JIMMY | 125 | 3/17/2011 | $4,051.28 |
| MARR, FLOYD HAYWOOD | 481 | | $2,192.82 |
| MARTIN, JUNIOR | 104 | 3/14/2011 | $11,403.90 |
| MARTIN, PHILLIP E | 410 | 4/29/2011 | $30,312.72 |
| MAXINE MORGAN ESTATE | 79 | 3/8/2011 | $1,314.82 |
| MCCLURE, WILLIAM | 481 | 5/2/2011 | $667.22 |
| MELSON, RICHIE | 194 | 4/11/2011 | $3,308.19 |
| MILBY, WILLIAM | 481 | 5/2/2011 | $9,449.53 |
| MILLIGAN FARMS | 88 | 3/10/2011 | $4,271.36 |
| MORRISON, DORINDA | 499 | 5/5/2011 | $535.83 |
| MUTTER, BENNIE | 333 | 4/27/2011 | $7,661.21 |
| MYATT, TATE | 140 | 3/21/2011 | $469.58 |
| NEAGLE, JOHN | 481 | 5/2/2011 | $6,260.26 |
| NEAT, BILLY | 75 | 3/8/2011 | $1,225.79 |
| NEAT, DENNIS | 89 | 3/9/2011 | $6,891.98 |
| NELSON, RANDY | 383 | 4/29/2011 | $5,734.35 |
| ODLE, WILLARD R | 122 | 3/17/2011 | $5,138.48 |
| PACE, ROY | 481 | 5/2/2011 | $7,339.67 |
| PAGE, LLOYD DALE | 481 | 5/2/2011 | $1,919.94 |
| PATTON, TERRY | 133 | 3/23/2011 | $3,155.42 |

EXHIBIT A

| Name | | | |
|---|---|---|---|
| PHELPS, RACHAEL | 100 | 3/14/2011 | $902.65 |
| PITCOCK, JOSHUA | 240 | 4/15/2011 | $1,175.85 |
| PRICE, BILLY WAYNE | 481 | 5/2/2011 | $787.52 |
| READ, DAVID | 34 | 2/22/2011 | $572.37 |
| RICHARD, LAWRENCE | 481 | 5/2/2011 | $3,112.39 |
| RICHARD, LEWIS RANDALL | 481 | 5/2/2011 | $2,874.06 |
| RICHEY, PHILLIP | 172 | 4/4/2011 | $4,348.04 |
| RICHEY, RANDY | 282 | 4/19/2011 | $2,000.00 |
| RIGDON, ELMER | 481 | 5/2/2011 | $434.68 |
| ROSS, RICKY | 287 | 4/19/2011 | $5,418.18 |
| RUSH, CHARLES | 481 | 5/2/2011 | $621.12 |
| RUSSELL BROTHERS | 157 | 3/30/2011 | $15,447.61 |
| RUSSELL, AVALON | 284 | 4/19/2011 | $1,179.24 |
| SANDERS, KENNETH | 325 | 4/21/2011 | $4,457.03 |
| SAWYERS, BOB | 70 | 3/7/2011 | $7,874.23 |
| SCOTT, BRIAN | 481 | 5/2/2011 | $7,311.46 |
| SEXTON, JOHN THOMAS | 481 | 5/2/2011 | $2,511.81 |
| SHIRLEY, MARK | 231 | 4/6/2011 | $1,616.82 |
| SLINKER, TIMMY | 96 | 3/11/2011 | $1,405.26 |
| SMITH CAREY, PEGGY | 51 | 3/3/2011 | $4,689.15 |
| SMITH, JARED ROSS | 481 | 5/2/2011 | $2,206.76 |
| SMITH, LEONARD CLIFTON | 53 | 3/3/2011 | $5,760.64 |
| STITCHES FARM | 151 | 3/28/2011 | $6,325.05 |
| STURDIVANT, ARTHUR ANDREW | 167 | 3/31/2011 | $1,835.66 |
| TABOR, ANDREW BEAU | 481 | 5/2/2011 | $8,824.34 |
| TAYLOR, STEVE R | 12 | 2/4/2011 | $7,563.15 |
| THOMAS, FRED | 401 | 4/29/2011 | $2,326.85 |
| THOMAS, ROGER | 288 | 4/19/2011 | $1,363.64 |
| THOMPSON, JOHN D | 16 | 2/8/2011 | $7,026.20 |
| THOMPSON, SPENCER | 481 | 5/2/2011 | $1,187.51 |
| TIBBITS, WAYNE | 481 | 5/2/2011 | $849.43 |
| TURNER, ROGER | 90 | 3/10/2011 | $1,831.30 |
| WALDEN, CAROL | 481 | 5/2/2011 | $1,045.19 |
| WETSTONE CREEK | 131 | 3/24/2011 | $18,492.20 |
| WHITE, WILLIAM | 481 | 5/2/2011 | $3,749.00 |
| WHITLOW, JESSE PHILLIP | 343 | 4/28/2011 | $11,523.92 |
| WHITLOW, MAYDELL | 481 | 5/2/2011 | $3,644.87 |
| WILLIAMS, TERRY | 481 | 5/2/2011 | $3,044.64 |
| WILLS, J.C. | 481 | 5/2/2011 | $401.78 |
| WILSON, EPHRIAM | 105 | 3/14/2011 | $4,624.22 |
| WILSON, LINDA | 481 | 5/2/2011 | $4,275.95 |
| WITHROW, CHAD | 324 | 4/21/2011 | $8,103.77 |
| WOOD, DARRELL LYNN | 493 | 5/2/2011 | $4,825.90 |
| WOODY, LARRY | 228 | 4/6/2011 | $2,917.49 |
| WORLEY, LARRY | 481 | 5/2/2011 | $2,090.88 |
| WRIGHT, BRYSTICE AMANGER | 481 | 5/2/2011 | $656.72 |
| YOUNG, JACKIE | 505 | 5/5/2011 | $2,999.97 |
| YOUNG, JEFFERY L | 3 | 1/18/2011 | $6,203.56 |