UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

RECEXHIB (rev 09/2007)

In re:

**Eastern Livestock Co., LLC,**
    Debtor(s).

Case No. **10-93904-BHL-11**

## RECEIPT FOR EXHIBITS

This matter has been concluded, and the exhibits submitted to the Court are no longer needed. Accordingly, the exhibits are being returned to the person indicated below.

Dated: June 26, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court
Kristin A Goss
Deputy Clerk, U.S. Bankruptcy Court

_Sarah B. Herendeen_
Signature

_July 2, 2013_
Date

_300 N. Meridian St., Ste. 2700_
Business Address

_Sarah B. Herendeen_
Printed Name

_Indianapolis, IN 46204_
Business City, State, and Zip