UNITED STATES BANKRUPTCY COURT  RECEXHIB (rev 09/2007)
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC,**   Case No. **10-93904-BHL-11**
    Debtor(s).

## RECEIPT FOR EXHIBITS

This matter has been concluded, and the exhibits submitted to the Court are no longer needed. Accordingly, the exhibits are being returned to the person indicated below.

Dated: June 26, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court
Kristin A Goss
Deputy Clerk, U.S. Bankruptcy Court

_Sarah B. Herendeen_     July 2, 2013        300 N. Meridian St., Ste. 2700
Signature                Date                Business Address

Sarah B. Herendeen                           Indianapolis, IN 46204
Printed Name                                 Business City, State, and Zip