**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Hon. Basil H. Lorch, III |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| FREDIN BROTHERS, INC., | ) | Adv. Pro. No. 11-59108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANKERS BANK, BANKFIRST FINANCIAL SERVICES, JAMES BRASS, EASTERN LIVESTOCK COMPANY, LLC, FAITH CATTLE COMPANY, FARMERS BANK, FIFTH THIRD BANK, FLYING M RANCH, J&F OKLAHOMA HOLDINGS, INC., HOHENBERGER CATTLE, RANDALL HOLSTED, CHAD HOUCK, PEOPLES BANK, and EDWIN STRICKLAND, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**NOTICE OF SUBMISSION OF EDWIN STRICKLAND'S AND STRICKLAND FARMS' SUPPLEMENTAL RESPONSES TO TRUSTEE'S FIRST INTERROGATORIES TO STRICKLAND FARMS AND EDWIN STRICKLAND**

COME NOW Come now EDWIN A. STRICKLAND (a/k/a *Edward Strickland*, Party Defendant) and STRICKLAND FARMS, Intervenor, (collectively "Strickland") by and through undersigned counsel, and hereby files *Notice Of Submission Of Edwin Strickland's And Strickland Farms' Supplemental Responses To Trustee's First Interrogatories To Strickland Farms And Edwin Strickland* in the subject adversary proceeding.

Respectfully submitted this 24th day of July, 2013,

W. SCOTT NEWBERN, PL

/s/ W. Scott Newbern

| | |
|---|---|
| Eric C. Redman, #6330-49 | W. Scott Newbern |
| REDMAN LUDWIG, P.C. | 2982 East Giverny |
| 151 N Delaware Street, Suite 1106 | Tallahassee, FL 32309 |
| Indianapolis, IN 46204 | (T) 850.591.1707 |
| (T) 317.685.2426 | (F) 850.894.0871 |
| (F) 317.636.8686 | wsnewbern@msn.com |
| eredman@redmanludwig.com | |

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern
W. SCOTT NEWBERN