UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| Debtor. | Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 12-59149 |
| INTRUST BANK, | |
| Defendant. | |

**NOTICE OF DISCOVERY REQUESTS**

TO:   All Counsel of Record

Please take notice that Counsel for Intrust Bank, N.A. ("Intrust") served discovery requests on James A. Knauer, Chapter 11 Trustee of Eastern Livestock, Co., LLC (the "ELC Trustee"). The requests relate to Adversary Proceeding No. 12-59149. Electronic copies of the requests have been served on counsel of record for the ELC Trustee.

Respectfully submitted,

STITES & HARBISON, PLLC

By: /s/ Brian R. Pollock

Brian H. Meldrum
Allen Morris
W. Robert Meyer
Brian R. Pollock
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
bmeldrum@stites.com
amorris@stites.com
rmeyer@stites.com
bpollock@stites.com
*Counsel for Intrust Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's ECF system. Parties may access this filing through the Court's system.

/s/ Brian R. Pollock

2