IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | : |
| **EASTERN LIVESTOCK CO.** | : |
| | : |
| Debtor, | : |
| | : Case No. 10-93904-BHL-11 |
| | : |
| **JAMES KNAUER, TRUSTEE** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **DONALD K. GARRETT, ET. AL.** | : |
| | : |
| DEFENDANT | : |

_____

### MOTION TO APPEAR *PRO HAC VICE*

Jessica L. Olsheski, Esq. of Olsheski Law Co., LPA moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Defendants Donald Garrett, J&L Farms, Sage Livestock, and Sage Builders LLC in the above styled adversarial action only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the dates of admission are as follows:

   Ohio                                         Admitted 2004
   U.S. Southern District of Ohio               Admitted 2005

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has presented a check in the amount of $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R.B-9010-2.

1

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for the purposes of this cause only.

Dated:  July 29, 2013

/s/ Jessica L. Olsheski
Jessica L. Olsheski, Esq. (0078063)
Email: jessica.olsheski@justice-law.net
Olsheski Law Co., LPA
600 East Rich Street
Columbus, OH  43215
Tele: (614) 252-5500
Fax: (614) 252-5058
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, a copy of the foregoing Motion to Appear *Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the court's system.

Jay P. Kennedy, Attorney No. 5477-49
(Email:  jkennedy@kgrlaw.com)
Amanda D. Stafford, Attorney No. 30869-49
(Email:  ads@kgrlaw.com)
Kroger, Gardis & Regas LLP
111 Monument Circle, Suite 900
Indianapolis, IN   46204-5125
Counsel for James A. Knauer, Trustee

/s/ Jessica L. Olsheski
Jessica L. Olsheski, Esq.