## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA

IN RE:

EASTERN LIVESTOCK CO.

                Debtor,           :   Case No. 10-93904-BHL-11

JAMES KNAUER, TRUSTEE

                Plaintiff,

v.

DONALD K. GARRETT, ET. AL.

                DEFENDANT

---

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Jessica L. Olsheski, Esq. being first duly sworn upon her oath, states as follows:

1. I am a practicing attorney, duly licensed to practice, and currently in good standing
   in:    Ohio  - November 2004
          U.S. District Court, Southern District of Ohio     January 2005

2. My license has never been suspended nor revoked, and I am not currently subject to
   any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

                            _____
                            Jessica L. Olsheski, Esq. (0078063)

STATE OF OHIO         )
                    )
COUNTY OF Franklin    )

Before me, a notary public in and for said county and state, personally appeared Jessica L. Olsheski, and being first duly sworn upon her oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed:   July 29, 2013   (Date)

                            _____
                            Notary Public

My Commission Expires:

4/15/17

JULIE L. STREICH
Notary Public, State of Ohio
My Commission Expires 04-15-2017



JULIE L. STREICH
Notary Public, State of Ohio
My Commission Expires 04-15-2017