SO ORDERED: July 30, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING SUPPLEMENTAL APPLICATION TO EMPLOY PHILLIP L. KUNKEL AS MEDIATOR FOR THE PREFERENCE ACTION MEDIATIONS

This matter came before the Court upon the Supplemental Application To Employ Phillip L. Kunkel As Mediator For The Preference Action Mediations (ECF No. 2236) ("Application") filed by James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC ("Trustee").

And the Court, being duly advised in the premises, and noting that no objections or requests for hearing were filed in response to the Application, now finds that the relief prayed for therein should be granted; and it is, accordingly,

ORDERED, ADJUDGED AND DECREED that the Application is hereby GRANTED, that the Trustee is hereby authorized to employ Phillip L. Kunkel ("Kunkel") as mediator for the Preference Action Mediations as outlined in the Order Establishing Procedures for Certain Adversary Proceedings entered by this Court on April 3, 2013 (ECF No. 1920), that Kunkel's compensation at the hourly rate of $500.00 per hour, all as more particular outlined in Exhibit "A" to the Application To Employee Phillip L. Kunkel As Mediator filed herein on January 3, 2012 (ECF No. 940) is hereby approved, and that the Trustee is authorized to pay the Trustee's share of the mediator's fees and expenses from assets of the estate.

###