UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**TRUSTEE'S MOTION TO APPROVE SETTLEMENT**
**WITH IRSIK & DOLL FEED SERVICES, INC.**

Pursuant to Federal Rule of Bankruptcy Procedure 9019, James A. Knauer, as chapter 11 trustee ("Trustee") for the debtor, Eastern Livestock Co., LLC ("Debtor"), by counsel, respectfully moves the Court to approve the compromise and settlement of claims between the Trustee and Irsik & Doll Feed Services, Inc. d/b/a Royal Beef Feed Yard ("Irsik & Doll").  In support of this Settlement Motion, the Trustee states as follows:

**Introduction and Background**

1.     Certain petitioning creditors commenced the above-captioned chapter 11 case ("Chapter 11 Case") on December 6, 2010.  The Court entered the *Order For Relief in An Involuntary Case and Order to Complete Filing* [Docket No. 110] on December 28, 2010.

2.     On December 27, 2010, the Court entered the *Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee* [Docket No. 102] approving the *United States Trustee's Application for an Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee* [Docket No. 98] pursuant to 11 U.S.C. § 1104.

3.     For several years prior to the filing of the Chapter 11 Case, Debtor delivered cattle (the "Subject Cattle") to Irsik & Doll.  Debtor's records indicated that the Subject Cattle were sold outright to Irsik & Doll.  However, documents produced in response to a subpoena revealed that, at least in some instances, Irsik & Doll may have been financing Thomas

Scott Gibson's purported purchases of the Subject Cattle from Debtor.  Other documents revealed that Irsik & Doll may have financed alleged purchases of Debtor's cattle by Ed Edens (including E4 Cattle, "Edens") and/or McGib Cattle, respectively.

4.      Because Debtor was not paid in full for the Subject Cattle, the Trustee initiated Adv. Proc. No. 12-59159 (the "Adversary") by filing a complaint (the "Complaint") against Irsik & Doll, Thomas Scott Gibson ("Scott") and Lisa Gibson on December 27, 2012. The Complaint asserts alternative theories of recovery against Irsik & Doll and Scott relating to the delivery of the Subject Cattle.  The Trustee had already filed an adversary proceeding against Edens.

5.      The Trustee served discovery on Irsik & Doll after the filing of the Complaint in order to better understand the party responsible for remaining payments owed on the Subject Cattle.  Irsik & Doll produced documents in response to the Trustee's discovery requests accounting for the proceeds of all Subject Cattle.  Irsik & Doll's document production demonstrates that certain of the Subject Cattle were sold outright to Irsik & Doll (for itself or as part of a joint venture in which Irsik & Doll participated) while certain of the Subject Cattle were purportedly purchased by Scott, Edens or McGib Cattle with financing provided by Irsik & Doll. For the Subject Cattle that were sold outright to Irsik & Doll, Irsik & Doll produced documentation to evidence that Irsik & Doll paid for the Subject Cattle in full at the time of delivery.  For the Subject Cattle that were purportedly sold to Scott, Edens or McGib Cattle, Irsik & Doll produced documentation to evidence the financing provided by Irsik & Doll, the costs of caring for the Subject Cattle while they were located with Irsik & Doll, the sale price of the Subject Cattle and the "equity" checks that were delivered to Scott, Edens or McGib Cattle upon the re-sale of the Subject Cattle.

6.      Irsik and Doll retains possession of $141,254.64 of the proceeds of the Subject Cattle (the "Outstanding Proceeds").    Edens asserts rights to a portion of the Outstanding Proceeds  in the aggregate sum of $63,695.56, which the Trustee disputes (the "Purported Edens Proceeds").  The Trustee claims that the entirety of the Outstanding Proceeds are owed to Debtor's estate.

7.      Irsik & Doll also filed two proofs of claim (the "POCs") in the Chapter 11 Case.  The POCs are designated on the official claims register maintained by The BMC Group, Inc. as claim nos. 312 and 366 and assert unsecured claims totaling $514,889.40.  The Trustee filed an objection (the "Objection") to the POCs.

8.      The Trustee filed the *Trustee's Chapter 11 Plan of Liquidation* on July 23, 2012 [Docket No. 1255] and the *First Amended Chapter 11 Plan of Liquidation* on October 26, 2012 [Dock. No. 1490] (as it may be subsequently amended or modified, the "Plan").  The Court entered an Order on December 17, 2012 [Dock. No. 1644] (the "Confirmation Order") confirming the Plan.  Pursuant to the Plan and the Confirmation Order, general unsecured creditors of Debtor's estate may choose to "opt in" and receive a distribution from the "Fifth Third Claim Settlement Fund" (as that term is defined in the Plan). Choosing to "opt-in" affects such creditor's rights to and amount of distributions under the Plan, waives certain of the creditor's claims against non-Debtor entities and has other and further effects that are more particularly described in the Plan and the Confirmation Order.  Irsik & Doll submitted an "opt-in" agreement.

## The Settlement

9.      The Trustee has negotiated a settlement of all disputes with Irsik & Doll on the terms set forth in the Settlement Agreement and Mutual Release attached hereto as

3

Exhibit A ("Settlement Agreement").  Pursuant to the Settlement Agreement, Irsik & Doll agrees

to deliver the Outstanding Proceeds to the Trustee.  The Trustee shall hold the Purported Edens

Proceeds in escrow until the earlier of the Court's determination of relative rights in and to the

Purported Edens Proceeds and agreement between the Trustee and Edens as to the respective

rights of the Debtor's estate and Edens in and to the Purported Edens Proceeds. The Trustee shall

also indemnify Irsik & Doll against claims in and to the Outstanding Proceeds up to the amount

of the Outstanding Proceeds actually delivered to the Trustee.

      10.    Irsik & Doll shall waive and shall not assert any rights in and to the

Outstanding Proceeds, and the Trustee agrees to allow the POCs as a single unsecured, "opt-in"

claim in the total amount of $265,000.

### Basis for Relief

      11.    Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), this Court has authority to approve a compromise or settlement on motion

made by the Trustee after notice and opportunity for a hearing.

      12.    Under Bankruptcy Rule 9019, a bankruptcy court should approve a

proposed compromise if it is fair and equitable and in the best interests of the estate.  See In re

Doctors Hosp. of Hyde Park, Inc., 474 F.3d 421, 426 (7th Cir. 2007); Depoister v. Mary M.

Holloway Found, 36 F.3d 582, 586 (7th Cir. 1994); Matter of Energy Co-op, Inc. 886 F.2d 921,

927 (7th Cir. 1989).

      13.    The Trustee believes that the compromise and settlement reflected in the

proposed Settlement Agreement is fair and equitable and in the best interests of the estate.  Irsik

& Doll has properly accounted for the proceeds of the Subject Cattle and has agreed to turn over

all Outstanding Proceeds.  The Trustee has researched and negotiated the Allowed Claim in his

business interests and believes the Allowed Claim represents a fair reduction from Irsik & Doll's claimed amount of $514,889.40.  The alternative to the settlement is litigation of the claim amount which would result in expenses and delay and create the possibility of an outcome that would result in a larger allowed claim and delay in receiving the Outstanding Proceeds.

14.     If no objections to this Settlement Motion are filed, the Trustee requests that the Court enter an order approving the Settlement Agreement.  If any objections to this Settlement Motion are filed, the Trustee requests that this Settlement Motion and any timely filed objection be scheduled for hearing by the Court on the earliest date that is available and convenient to the Court.

WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Settlement Agreement attached hereto as Exhibit A and grant the Trustee all other just and proper relief.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


By: /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
Kayla D. Britton (#29177-06)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com
kayla.britton@faegrebd.com

5

dms.us.52464097.01

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
james@bgdlegal.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Jessica E. Yates
jyates@swlaw.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

C. R. Bowles, Jr
cbowles@ bgdlegal.com

Jeffrey R. Erler
jerler@ghjhlaw.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ishallcross@bgdlegal.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
kim.maynes@moyewhite.com

T. Kent Barber
kbarber@dlgfirm.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

6

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

James M. Carr
jim.carr@faegrebd.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Christie A. Moore
cm@gdm.com

Peter M. Gannott
pgannott@gannottlaw.com

Joseph H. Rogers
jrogers@millerdollarhide.com

Andrew D. Stosberg
astosberg@lloydmc.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Jennifer Watt
jwatt@kgrlaw.com

William K. Flynn
wkflynn@strausstroy.com

Michael Benton Willey
michael.willey@ag.tn.gov

Chrisandrea L. Turner
clturner@stites.com

Scott R. Leisz
sleisz@bgdlegal.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

James E. Smith
jsmith@smithakins.com

Kevin M. Toner
kevin.toner@faegrebd.com

Eric W. Richardson
ewrichardson@vorys.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Thomas P. Glass
tpglass@strausstroy.com

Kay Dee Baird
kbaird@kdlegal.com

Paul M. Hoffman
phoffmann@stinson.com

Brian H. Meldrum
bmeldrum@stites.com

Natalie Donahue Montell
nmontell@bgdlegal.com

Brian Robert Pollock
bpollock@stites.com

Matthew R. Strzynski
mstrzynski@kdlegal.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

Robert K. Stanley
robert.stanley@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Joshua Elliott Clubb
joshclubb@gmail.com

Ben T. Caughey
ben.caughey@icemiller.com

Stephen E. Schilling
seschilling@strausstroy.com

David W. Brangers
dbrangers@lawyer.com

Martha R. Lehman
mlehman@kdlegal.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Erin Casey Nave
enave@taftlaw.com

Steven Eric Runyan
ser@kgrlaw.com

Andrew James Vandiver
avandiver@aswdlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com

Christopher E. Baker
cbaker@thbklaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net


/s/ Dustin R. DeNeal

8