## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

In re:                                    )
                                          )
EASTERN LIVESTOCK CO., LLC,               )        Case Number: 10-93904-BHL-11
                                          )
          Debtor.                         )

### POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending:             **6/30/2013**
Confirmation Date:                  **12/20/2012**

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $330,096.17 | $94,133.00 | $124,892.70 | $549,121.87 |
| Cash Disbursements, including plan payments | -$1,529,115.36 | -$15,268.50 | -$11,370.85 | -$1,555,754.71 |
| **Total** | -$1,199,019.19 | $78,864.50 | $113,521.85 | -$1,006,632.84 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $29,115.36 | $15,268.50 | $11,370.85 | $55,754.71 |
| Secured Creditors | $1,500,000.00 | $0.00 | $0.00 | $1,500,000.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | $1,529,115.36 | $15,268.50 | $11,370.85 | $1,555,754.71 |

1. Have Quarterly U.S. Trustee Fees been paid?                    **Yes**        No
   If no, please explain.

2. Have all payments been made as set forth in the plan?          Yes        **No**
   If no, please explain.

   All payments required to have been made
   by this date have been made.  The Trustee
   has not yet begun distributions to
   unsecured creditors because there is
   insuffcient unrestricted cash.

3. Have all property sales and transfers set forth in the plan been completed?

If no, please explain.                                                                     Yes          No

The Trustee is still in the process of
liquidating assets pursuant to the plan.

4.  Have any distributions been made to stockholders of the debtor?
    If yes, please explain.                                                                Yes          No

5.  Is the debtor current on all post confirmation taxes?                                  Yes          No
    If no, please explain.

6.  Have all claims been resolved?                                                         Yes          No
    If no, please explain.
    Claims litigation is still ongoing as part of
    adversary proceedings.

7.  When will the application for final decree be filed?
    Unknown at this time.

8.  Is this a final report?                                                                Yes          No
    If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is
complete, true and correct to the best of my knowledge, information and belief.

By: _____                     Dated: 8|2|13
        James A. Knauer
        Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

# ELC Operating
## Receipts

| EASTERN LIVESTOCK CO., LLC, | | Case Number: 10-93904-BHL-11 | |
|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | |

| Name of Bank | JP Morgan Chase Bank NA | |
|---|---|---|
| Account Number | 922019401 | |
| Purpose of Account | Operating Account | |
| Type of Account | Checking Account | |

| Date of Transaction | Payer | Purpose or Description | Amount | |
|---|---|---|---|---|
| 04/01/2013 | Gary Seals | Settlement | $ 75,000.00 | |
| 04/10/2013 | David Norman | Settlement | $ 1,223.00 | |
| 04/10/2013 | Wellpoint | Divident | $ 187.50 | |
| 04/23/2013 | David Peterson | Settlement | $ 5,314.71 | |
| 04/23/2013 | Concho Valley Corrections | David Krieg | $ 907.59 | |
| 04/23/2013 | Fabre Baker Daniels | Transfer from Trust Fund | $ 224,244.76 | |
| 04/25/2013 | Tennesee Valley Livestock | Settlement | $ 23,218.61 | |
| | Total 04/01/2013-04/30/2013 | | | $ 330,096.17 |
| | | | | |
| 05/01/2013 | Gary Seals | Settlement | $ 75,000.00 | |
| 05/06/2013 | Gaylon George | Settlement | $ 1,133.00 | |
| 05/08/2013 | Mark Gardiner | 100 B Shares Us Premium Beef | $ 18,000.00 | |
| | Total 5/1/2013-05/31/2013 | | | $ 94,133.00 |
| | | | | |
| 06/03/2013 | Gary Seals | Settlement | $ 75,000.00 | |
| 06/11/2013 | Downs Livestock | Settlement | $ 10,000.00 | |
| 06/11/2013 | ADP | Tax Refund | $ 105.20 | |
| 06/24/2013 | Norman Feed | U.S. Premium Beef 220 shares | $ 39,600.00 | |
| 06/26/2013 | Wellpoint | Dividend Payment | $ 187.50 | |
| | Total 6/01/2013-6/30/2013 | | | $ 124,892.70 |
| | | | | |
| | Total for report | | | $ 549,121.87 |

2:28 PM
04/12/13

# ELC Operating
## Disbursements

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Debit | 05/01/2013 | Chase Bank | Bank Fees | $ 15.00 | |
| 1689 | 05/01/2013 | ADP | Payroll | $ 105.21 | |
| 1697 | 05/06/2013 | Wells Fargo Bank | Broker Fee | $ 360.00 | |
| Debit | 05/10/2013 | ADP | Payroll | $ 204.52 | |
| 1698 | 05/13/2013 | Regus | Parking | $ 768.08 | |
| 1699 | 05/13/2013 | The Data Vault | Offsite Storage | $ 453.06 | |
| 1700 | 05/13/2013 | New Albany Municipal Utilities | Utilities | $ 41.28 | |
| 1701 | 05/13/2013 | Communication Protection & Data | Computer Relocation | $ 150.00 | |
| Wire Trans | 05/13/2013 | ADP | Payroll | $ 2,185.00 | |
| Debit | 05/13/2013 | Chase Bank | Bank Fees | $ 25.00 | |
| 1702 | 05/22/2013 | PARC | Parking | $ 75.00 | |
| 1704 | 05/22/2013 | Viewtrack Technologies | Software Consulting | $ 450.00 | |
| 1703 | 05/22/2013 | Seneca Insurance Company | Commercial Package | $ 1,016.35 | |
| 1705 | 05/22/2013 | Regus | Rent | $ 3,050.00 | |
| Debit | 05/24/2013 | ADP | Payroll | $ 214.76 | |
| Wire Trans | 05/28/2013 | ADP | Payroll | $ 2,116.93 | |
| Debit | 05/28/2013 | Chase Bank | Bank Fees | $ 25.00 | |
| 1706 | 05/28/2013 | Indiana Dept of Revenue | State Tax | $ 250.00 | |
| 1707 | 05/28/2013 | BMC Group | Claims Agent | $ 3,763.31 | |
| | | Total 5/1/2013-05/31/2013 | | | $ 15,268.50 |
| Debit | 06/03/2013 | Chase Bank | Bank Fees | $ 15.00 | |
| Debit | 06/07/2013 | ADP | Payroll | $ 155.57 | |
| Wire Trans | 06/11/2013 | ADP | Payroll | $ 2,240.73 | |
| Debit | 06/11/2013 | Chase Bank | Bank Fees | $ 25.00 | |
| 1708 | 06/12/2013 | Kroger Gardis & Regis | Office Expenses | $ 99.62 | |
| 1711 | 06/12/2013 | Lytle Street Development | Storage | $ 600.00 | |
| 1710 | 06/12/2013 | Regus | Rent | $ 1,824.60 | |
| Debit | 06/21/2013 | ADP | Payroll | $ 194.76 | |
| 1712 | 06/24/2013 | United States Trustee | Trustee fees | $ 938.62 | |
| Wire Trans | 06/24/2013 | ADP | Payroll | $ 1,986.95 | |
| Debit | 06/24/2013 | ADP | Payroll | $ 25.00 | |
| 1713 | 06/26/2013 | PARC | Parking | $ 75.00 | |
| 1714 | 06/26/2013 | Regus | Rent | $ 3,190.00 | |
| | | Total 6/01/2013-6/30/2013 | | | $ 11,370.85 |
| | | Total for report | | | $ 1,555,754.71 |

2:28 PM
04/12/13

# ELC Operating
## Disbursements

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | | | | |
|---|---|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | | | |
| Name of Bank | | | JP Morgan Chase Bank NA | | | | |
| Account Number | | | 922019401 | | | | |
| Purpose of Account | | | Operating Account | | | | |
| Type of Account | | | Checking Account | | | | |
| | | | | | | | |
| Check Number | Date of Transaction | Payee | Purpose or Description | | Amount | | |
| | | | | | | | |
| Wire Trans | 04/01/2013 | ADP | Payroll | $ | 3,889.56 | | |
| Debit | 04/01/2013 | Chase Bank | Bank Fees | $ | 25.00 | | |
| Debit | 04/01/2013 | Chase Bank | Bank Fees | $ | 15.00 | | |
| 1688 | 04/11/2013 | Regus | Rent | $ | 3,248.88 | | |
| Debit | 04/12/2013 | ADP | Payroll | $ | 156.45 | | |
| Debit | 04/12/2013 | Chase Bank | Bank Fees | $ | 30.00 | | |
| Wire Trans | 04/12/2013 | Fifth Third Bank | Payment | $ | 1,500,000.00 | | |
| Wire Trans | 04/15/2013 | ADP | Payroll | $ | 1,619.65 | | |
| Debit | 04/15/2013 | Chase Bank | Bank Fees | $ | 25.00 | | |
| 1692 | 04/17/2013 | Kroger Gardis & Regis | Office Supplies | $ | 80.54 | | |
| 1691 | 04/17/2013 | The Data Vault | Record Storage | $ | 491.04 | | |
| Wire Trans | 04/18/2013 | ADP | Payroll | $ | 650.15 | | |
| Debit | 04/18/2013 | Chase Bank | Bank Fees | $ | 25.00 | | |
| Debit | 04/19/2013 | ADP | Payroll | $ | 39.19 | | |
| 1694 | 04/23/2013 | ISU Insurance Services | Trustee Bond | $ | 5,000.00 | | |
| 1693 | 04/23/2013 | Regus | Rent | $ | 3,248.88 | | |
| Debit | 04/26/2013 | ADP | Payroll | $ | 156.01 | | |
| 1696 | 04/29/2013 | Katz Sapper & Miller | Tax Preparation | $ | 8,000.00 | | |
| 1695 | 04/29/2013 | PARC | Parking Garage | $ | 75.00 | | |
| Wire Trans | 04/29/2013 | ADP | Payroll | $ | 2,315.01 | | |
| Debit | 04/30/2013 | Chase Bank | Bank Fees | $ | 25.00 | | |
| | | Total 04/01/2013-04/30/2013 | | | | $ | 1,529,115.36 |

ELC

**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,                                    Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** | JP Morgan Chase Bank NA | | |
| **Operating Account** | 922019401 | | |
| CASH (Beginning of Period) | $ 1,301,955.47 | $ 1,698,270.60 | $ 1,777,135.10 |
| Income or Receipts during the period | $ 330,096.17 | $ 94,133.00 | $ 124,892.70 |
| Transfer from Escrow Account | $ 1,595,334.32 | $ - | $ - |
| Disbursements | $ (1,529,115.36) | $ (15,268.50) | $ (11,370.85) |
| CASH (End of Period) | $ 1,698,270.60 | $ 1,777,135.10 | $ 1,890,656.95 |

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconcilation** | JP Morgan Chase Bank NA | | |
| **Operating Account** | 922019401 | | |
| Balance per Bank | $ 1,706,358.69 | $ 1,781,361.50 | $ 1,890,745.04 |
| Deposits in Transit | $ - | $ - | $ - |
| Outstanding Checks | 1519 $ (13.09) | 1519 $ (13.09) | 1519 $ (13.09) |
| | 1695 $ (75.00) | 1704 $ (450.00) | 1713 $ (75.00) |
| | 1696 $ (8,000.00) | 1707 $ (3,763.31) | |
| Month End Balance | $ 1,698,270.60 | $ 1,777,135.10 | $ 1,890,656.95 |
| Balance per Books | $ 1,698,270.60 | $ 1,777,135.10 | $ 1,890,656.95 |
| Difference | $ - | $ - | $ - |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,                    Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Escrow Account** | JP Morgan Chase Bank N.A. <br> 922019419 | | |
| CASH (Beginning of Period) | $ 3,619,428.27 | $ 2,024,093.95 | $ 2,024,093.95 |
| Income or Receipts during the period | $ - | $ - | $ - |
| Transfer to/from Operating Account | $ (1,595,334.32) | $ - | $ - |
| Disbursements | $ - | $ - | $ - |
| CASH (End of Period) | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,024,093.95 |

| **Bank Reconcilation** <br> **Escrow Account** | JP Morgan Chase Bank N.A. <br> 922019419 | | |
|---|---|---|---|
| Balance per Bank | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,024,093.95 |
| Balance per Books | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,024,093.95 |
| Difference | $ - | $ - | $ - |

# J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000629 DPB 034 161 12113 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

**Primary Account:** 000000922019401
**For the Period** 3/30/13 to 4/30/13

## J.P. Morgan Team

Stephanie Doane                                    (877) 931-1349
Jake Statz

For assistance after business hours, 7 days a week.
Deaf and Hard of Hearing                           (800) 243-6727
Online access: www.jpmorganonline.com             (800) 242-7383

## Chase Business Classic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,302,043.56 |
| Deposits & Credits | 7 | 1,974,606.86 |
| Checks Paid | 6 | (12,144.34) |
| Payments & Transfers | 9 | (1,558,002.39) |
| Fees, Charges & Other Withdrawals | 6 | (145.00) |
| Ending Balance | 28 | $1,706,358.69 |



RECEIVED MAY - 6 2013

Page 1 of 6

121521500700100062901

0000009220194 01
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**J.P.Morgan**

Primary Account: 00000092201940 1
For the Period 3/30/13 to 4/30/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 04/01 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Account TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-00000009220 Rfb=O/B Citizens Ban Bbi=/Time/12:22 Imad: 0401Qmgtio1000113 Trn: 3188409091Fi | 75,000.00 |
| 04/10 | Deposit | 1,410.50 |
| 04/12 | Online Transfer From Chk ...9419 Transaction#: 3215436801 | 1,546,641.91 |
| 04/12 | Online Transfer From Chk ...9419 Transaction#: 3215448770 | 97,863.78 |
| 04/23 | Deposit | 6,222.30 |
| 04/24 | Deposit | 224,244.76 |
| 04/25 | Deposit | 23,218.61 |
| | **Total Deposits & Credits** | **$1,974,606.86** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1686 | 04/08 | 75.00 | 1691 | 04/19 | 491.04 | 1693 | 04/26 | 3,248.88 |
| 1688 | 04/11 | 3,248.88 | 1692 | 04/19 | 80.54 | 1694 | 04/29 | 5,000.00 |
| | **Total Checks Paid** | | | | | | | **($12,144.34)** |

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 04/01 | Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For: ADP Ssn: 0186199 Trn: 4339800091Es | 3,889.56 |
| 04/12 | Online Transfer To Chk ...9419 Transaction#: 3215454737 | 49,176.37 |
| 04/12 | Fedwire Debit Via: Fifth Third Cinci/042000314 A/C: Commercial Wire Account Ref: For Benefit of Eastern Livestock/Time/16:02 Imad: 0412B1Qgc05C008455 Trn: 1228600102Es | 1,500,000.00 |
| 04/12 | ADP Payroll Fees ADP - Fees 10Gx2  5042251 CCD ID: 9659605001 | 156.45 |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

00000092019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 00000092019401
For the Period 3/30/13 to 4/30/13

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 04/15 | 04/15 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0349653 Trn: 4029900105Es | 1,619.65 |
| 04/18 | 04/18 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0362287 Trn: 4083300108Es | 650.15 |
| 04/19 | ADP Payroll Fees ADP - Fees 10Gx2  5304864 CCD ID: 9659605001 | 39.19 |
| 04/26 | ADP Payroll Fees ADP - Fees 10Gx2  5591181 CCD ID: 9659605001 | 156.01 |
| 04/30 | 04/30 Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0172644 Trn: 3404700120Es | 2,315.01 |
| Total Payments & Transfers | | ($1,558,002.39) |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 04/01 | Wire Online Domestic Fee | 25.00 |
| 04/01 | Incoming Domestic Wire Fee | 15.00 |
| 04/12 | Outgoing Domestic Wire Fee | 30.00 |
| 04/15 | Wire Online Domestic Fee | 25.00 |
| 04/18 | Wire Online Domestic Fee | 25.00 |
| 04/30 | Wire Online Domestic Fee | 25.00 |
| 04/30 | Wire Online Domestic Fee | 25.00 |
| Total Fees, Charges & Other Withdrawals | | ($145.00) |

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01 | 1,373,114.00 | 04/11 | 1,371,200.62 | 04/18 | 1,464,028.69 |
| 04/08 | 1,373,039.00 | 04/12 | 1,466,348.49 | 04/19 | 1,463,417.92 |
| 04/10 | 1,374,449.50 | 04/15 | 1,466,703.84 | 04/23 | 1,469,640.22 |

*Your monthly service fee was waived because you maintained an average checking balance of $55,000 or more during the statement period.*


J.P.Morgan

J.P.Morgan

*S.P.Morgan*

Primary Account: 00000092201940I
For the Period 3/30/13 to 4/30/13

00000092201940I
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Daily Ending Balance   CONTINUED

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/24 | 1,693,864.98 | 04/26 | 1,713,698.70 | 04/30 | 1,706,358.69 |
| 04/25 | 1,717,103.59 | 04/29 | 1,708,698.70 | | |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 14 |
| Deposits / Credits | 5 |
| Deposited Items | 6 |
| **Transaction Total** | **25** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan

Primary Account: 00000922019401
For the Period 3/30/13 to 4/30/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers
Call or write to the bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):
Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank. N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc. which is an affiliate of JPMorgan Chase & Co. affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

1215215007001006293

J.P.Morgan

This Page Intentionally Left Blank

Primary Account: 000000922019401
For the Period 3/30/13 to 4/30/13

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000672 DPS 034 161 15213 NNNNNNNNNNT 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## J.P. Morgan Team

Stephanie Doane
Jake Statz

For assistance after business hours, 7 days a week.

Deaf and Hard of Hearing

Online access: www.jpmorganonline.com

Primary Account: 0000009220019401
For the Period 5/1/13 to 5/31/13

(877) 931-1349

(800) 243-6727
(800) 242-7383

# Chase Business Classic

## Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,706,358.69 |
| Deposits & Credits | 3 | 94,133.00 |
| Checks Paid | 12 | (14,343.98) |
| Payments & Transfers | 4 | (4,721.21) |
| Fees, Charges & Other Withdrawals | 3 | (65.00) |
| Ending Balance | 22 | $1,781,361.50 |



RECEIVED
JUN 1 0 2013

Page 1 of 6

1525215002001006720 1

00000092201940I
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 00000092201940I
For the Period 5/1/13 to 5/31/13

## Deposits & Credits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 05/01 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Account TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Citizens Ban B0i=/Time/10:50 Imad: 0501Cmgfb00200047B Trn: 2125509121FT | | 75,000.00 |
| 05/14 | Deposit | | 18,000.00 |
| 05/23 | Deposit | | 1,133.00 |
| | **Total Deposits & Credits** | | **$94,133.00** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|------|------|------|------|------|------|------|------|------|
| 1689 | 05/14 | 105.21 | 1698 | 05/15 | 768.08 | 1702 | 05/29 | 75.00 |
| 1695 | 05/03 | 75.00 | 1699 | 05/15 | 453.06 | 1703 | 05/29 | 1,016.35 |
| 1696 | 05/02 | 8,000.00 | 1700 | 05/16 | 41.28 | 1705 | 05/24 | 3,050.00 |
| 1697 | 05/10 | 360.00 | 1701 | 05/22 | 150.00 | 1706 | 05/29 | 250.00 |
| | | | | | | | **Total Checks Paid** | **($14,343.98)** |

*You can view images of the checks alone at MorganOnline.com.   To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | | Amount |
|------|-------------|--|--------|
| 05/10 | ADP Payroll Fees ADP - Fees 1Gx2_6182406 CCD ID: 9659605001 | | 204.52 |
| 05/13 | ADP Payroll Fees ADP - Fees 1Gx2_6182406 CCD ID: 9659605001 | | 2,185.00 |
| 05/13 | Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0358956 Trn: 4296000133Es | | 75.00 |
| 05/24 | ADP Payroll Fees ADP - Fees 1Gx2_6738312 CCD ID: 9659605001 | | 214.76 |
| 05/28 | ADP Payroll Fees ADP - Fees 1Gx2_6738312 CCD ID: 9659605001 | | 2,116.93 |
| 05/28 | Online Wire Transfer Via: Deutsche Bank Tr Company Ameri/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0337888 Trn: 3429100148Es | | |
| | **Total Payments & Transfers** | | **($4,721.21)** |

J.P.Morgan

Primary Account: 00000092201940 1
For the Period 5/1/13 to 5/31/13

00000092201940 1
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 05/01 | Incoming Domestic Wire Fee | 15.00 |
| 05/13 | Wire Online Domestic Fee | 25.00 |
| 05/28 | Wire Online Domestic Fee | 25.00 |

Total Fees, Charges & Other Withdrawals    ($65.00)

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/01 | 1,781,343.69 | 05/14 | 1,788,388.96 | 05/23 | 1,783,109.54 |
| 05/02 | 1,773,343.69 | 05/15 | 1,787,167.82 | 05/24 | 1,784,844.78 |
| 05/03 | 1,773,268.69 | 05/16 | 1,787,126.54 | 05/28 | 1,782,702.85 |
| 05/10 | 1,772,704.17 | 05/22 | 1,786,976.54 | 05/29 | 1,781,361.50 |
| 05/13 | 1,770,494.17 | | | | |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|------|------|
| Checks Paid / Debits | 16 |
| Deposits / Credits | 3 |
| Deposited Items | 2 |
| **Transaction Total** | **21** |

| Service Fee Calculation | Amount |
|------|------|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |



J.P.Morgan

Page 3 of 6

1525215002001006720 2

J.P.Morgan

Primary Account: 0000009220196401
For the Period 5/1/13 to 5/31/13

0000009220196401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Service Fee Summary CONTINUED

| Service Fee Calculation | Amount |
|---|---|
| Excessive Transaction Fees (Above 0) | 0.00 |
| Total Service Fees | $0.00 |

J.P.Morgan

Primary Account: 00000092201940

For the Period 5/1/13 to 5/31/13

## Important Information About Your Statement

**In Case of Errors or Questions About Your Electronic Funds Transfers**

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):**

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by J.P.Morgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

J.P.Morgan Funds are distributed by J.P.Morgan Distribution Services, Inc., which is an affiliate of J.P.Morgan Chase & Co. Affiliates of J.P.Morgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by J.P.Morgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

---

| Investment Products: Not FDIC Insured • No bank guarantee • May lose value |

Page 5 of 6

1525215002001006720 3



J.P.Morgan

This Page Intentionally Left Blank

Primary Account: 00000092201940
For the Period 5/1/13 to 5/31/13

# J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000697 DPS 034 161 18013 YNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



## Chase Business℠ Classic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,781,361.50 |
| Deposits & Credits | 4 | 124,892.70 |
| Checks Paid | 7 | (10,866.15) |
| Payments & Transfers | 4 | (4,578.01) |
| Fees, Charges & Other Withdrawals | 3 | (65.00) |
| Ending Balance | 18 | $1,890,745.04 |

## J.P. Morgan

**Primary Account:** 000000922019401
For the Period 6/1/13 to 6/28/13

### J.P. Morgan Team

Stephanie Doane    (877) 931-1349
Jake Statz

For assistance after business hours, 7 days a week.    (800) 243-6727
Deaf and Hard of Hearing    (800) 242-7383
Online access: www.jpmorganonline.com

RECEIVED
JUL - 8 2013

Page 1 of 6

1805215002001069701



*J.P.Morgan*

**Primary Account: 00000092201940I**
**For the Period 6/1/13 to 6/28/13**

000000092201940I
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 06/03 | FedWire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000092220 Rfb=O/B Citizens Ban Bbi=/Time/12:15 Imad: 0603Cmgft0020010033 Trn: 3500809154Fl | 75,000.00 |
| 06/11 | Deposit | 10,105.20 |
| 06/24 | Deposit | 39,600.00 |
| 06/27 | Deposit | 187.50 |

**Total Deposits & Credits** $124,892.70

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1704 | 06/04 | 450.00 | 1710 | 06/14 | 1,824.60 | 1712 | 06/25 | 938.62 |
| 1707 | 06/03 | 3,763.31 | 1711 | 06/26 | 600.00 | 1714 | 06/28 | 3,190.00 |
| 1708 | 06/13 | 99.62 | | | | | | |

**Total Checks Paid** ($10,866.15)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 06/07 | ADP Payroll Fees ADP - Fees 100x2  7331400 CCD ID: 9659605001 | 155.57 |
| 06/11 | 06/11 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0111705 Trn: 3214000162Es | 2,240.73 |
| 06/21 | ADP Payroll Fees ADP - Fees 100x2  7899721 CCD ID: 9659605001 | 194.76 |
| 06/24 | 06/24 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0344967 Trn: 3975200175Es | 1,986.95 |

**Total Payments & Transfers** ($4,578.01)

J.P.Morgan

Primary Account: 00000922019401
For the Period 6/1/13 to 6/28/13

00000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 06/03 | Incoming Domestic Wire Fee | 15.00 |
| 06/11 | Wire Online Domestic Fee | 25.00 |
| 06/24 | Wire Online Domestic Fee | 25.00 |
| Total Fees, Charges & Other Withdrawals | | ($65.00) |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/03 | 1,852,583.19 | 06/13 | 1,859,717.47 | 06/25 | 1,894,347.54 |
| 06/04 | 1,852,133.19 | 06/14 | 1,857,892.87 | 06/26 | 1,893,747.54 |
| 06/07 | 1,851,977.62 | 06/21 | 1,857,698.11 | 06/27 | 1,893,935.04 |
| 06/11 | 1,859,817.09 | 06/24 | 1,895,286.16 | 06/28 | 1,890,745.04 |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 11 |
| Deposits / Credits | 4 |
| Deposited Items | 4 |
| Transaction Total | 19 |

| Service Fee Calculation | Amount |
|-------------------------|--------|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |

J.P.Morgan

1805215002001006970 2

J.P.Morgan

00000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**Service Fee Summary** CONTINUED

Service Fee Calculation

Total Service Fees

| | Amount |
|---|---|
| | $0.00 |

Primary Account: 00000922019401
For the Period 6/1/13 to 6/28/13

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA, and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan



Primary Account: 00000092019401
For the Period 6/1/13 to 6/28/13

Page 5 of 6



J.P.Morgan

This Page Intentionally Left Blank

Primary Account: 000000922019401
For the Period 6/1/13 to 6/28/13

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000401 DPB 034 161 12113 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## Chase BusinessClassic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 3,619,428.27 |
| Deposits & Credits | 1 | 49,176.37 |
| Payments & Transfers | 2 | (1,644,510.69) |
| Ending Balance | 3 | $2,024,093.95 |

Primary Account: 0000009220019419
For the Period 3/30/13 to 4/30/13

### J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: **www.jpmorganonline.com** | |



RECEIVED
MAY - 6 2013

1215215007001040101



J.P.Morgan

Primary Account: 00000092019419
For the Period 3/30/13 to 4/30/13

00000092019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 04/12 | Online Transfer From Chk ...9401 Transaction# 3215454737 | 49,176.37 |

**Total Deposits & Credits** — **$49,176.37**

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 04/12 | 04/12 Online Transfer To Chk ...9401 Transaction# 3215436801 | 1,546,641.91 |
| 04/12 | 04/12 Online Transfer To Chk ...9401 Transaction# 3215448770 | 97,868.78 |

**Total Payments & Transfers** — **($1,644,510.69)**

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount |
|---|---|
| 04/12 | 2,024,093.95 |

## Service Fee Summary

| Transactions For | Number of Transactions |
|---|---|
| Service Fee Calculation | |
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |

J.P.Morgan

0000009220194419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 0000009220194419
For the Period 3/30/13 to 4/30/13

## Service Fee Summary CONTINUED

| Service Fee Calculation | Amount |
|---|---|
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

12152150070010040102

*J.P.Morgan*

Primary Account: 00000092201 9419
For the Period 3/30/13 to 4/30/13

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000435 DPS 084 161 15219 NNNNNNNNNNNN T 1 00000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## Chase Business Classic

**Checking Account Summary**

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,024,093.95 |
| Ending Balance | 0 | $2,024,093.95 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

Please note this account had no activity during this statement period. The date of last activity for this account was 04/12/13.





### J.P. Morgan Team

Stephanie Doane
Jake Slatz
For assistance after business hours 7 days a week.
Deaf and Hard of Hearing
Online access: www.jpmorganonline.com

(877) 931-1349
(800) 242-7383

Primary Account: 0000009220194419
For the Period 5/1/13 to 5/31/13

RECEIVED JUN 1 0 2013

Page 1 of 4

**J.P.Morgan**

0000009220194419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 0000009220194419
For the Period 5/1/13 to 5/31/13

## Service Fee Summary

| Transactions For | Number of Transactions |
|---|---|
| **Service Fee Calculation** | |
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | 0 |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | $0.00 |

J.P.Morgan

Primary Account: 000009220019419
For the Period 5/1/13 to 5/31/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

1535215002001004360 2

J.P.Morgan

Primary Account: 00000922019419
For the Period 5/1/13 to 5/31/13

This Page Intentionally Left Blank

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

||I|I|I·I|I·II·I·I|I|I|II|I|II||·||I·I·I||··II·I·I|I|I·II||·II·I|
00000445 DPB 034 161 18013 YNNNNNNNNNNNT 1 000000000 13 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



**J.P. Morgan Team**

Stephanie Doane
Jake Statz

For assistance after business hours, 7 days a week
Deaf and Hard of Hearing
Online access: www.jpmorganonline.com

Primary Account: 000000922019419
For the Period 6/1/13 to 6/28/13

(877) 931-1349

(800) 243-6727
(800) 242-7383

## Chase Business℠Classic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,024,093.95 |
| Ending Balance | 0 | $2,024,093.95 |

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period. The date of last activity for this account was 04/12/13.*

*Please note this account had no activity during this statement period. The date of last activity for this account was 04/12/13.*

Page 1 of 4



18052150020010044501

J.P.Morgan

*J.P.Morgan*

Primary Account 0000009220194419
For the Period 6/1/13 to 6/28/13

0000009220194419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

## Service Fee Summary

| Transactions For | Number of Transactions |
| --- | --- |
| **Service Fee Calculation** | |
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| Service Fee Calculation | Amount |
| --- | --- |
| Service Fee | -12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan

Primary Account: 000000922019419
For the Period 6/1/13 to 6/28/13

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by J.P.Morgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

1805215002010044502

Primary Account: 0000009220019419
For the Period 6/1/13 to 6/28/13

This Page Intentionally Left Blank

J.P.Morgan