# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Hon. Basil H. Lorch, III |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| FREDIN BROTHERS, INC., ) | Adv. Pro. No. 11-59108 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BANKERS BANK, BANKFIRST FINANCIAL ) | |
| SERVICES, JAMES BRASS, EASTERN ) | |
| LIVESTOCK COMPANY, LLC, FAITH ) | |
| CATTLE COMPANY, FARMERS BANK, ) | |
| FIFTH THIRD BANK, FLYING M RANCH, ) | |
| J&F OKLAHOMA HOLDINGS, INC., ) | |
| HOHENBERGER CATTLE, RANDALL ) | |
| HOLSTED, CHAD HOUCK, PEOPLES BANK, ) | |
| and EDWIN STRICKLAND, ) | |
| ) | |
| Defendants ) | |
| ) | |

### NOTICE OF FILING OF EDWIN STRICKLAND'S AND STRICKLAND FARMS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW

COME NOW Come now EDWIN A. STRICKLAND and STRICKLAND FARMS, by and through undersigned counsel, and hereby files *Notice Of Filing Edwin Strickland's And Strickland Farms' Motion For Summary Judgment And Memorandum Of Law* in the subject adversary proceeding, *Fredin Bros., Inc., Inc. v. Bankers Bank, et al.*, Case No. 11-59108.

Respectfully submitted this 6th day of August, 2013,

>W. SCOTT NEWBERN, P. L
>
>*/s/ W. Scott Newbern*
>W. SCOTT NEWBERN
>Florida Bar No. 0098108
>2982 East Giverny Circle
>Tallahassee, Florida 32309
>(T)  850.591.1707
>(F)  850.894.0824
>wsnewbern@msn.com
>
>*Counsel For CPC Livestock, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

>*/s/ W. Scott Newbern*
>W. SCOTT NEWBERN