UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Hearing Re: Motion for Protective Order Pursuant to Fed.R.Bankr.P. 9037 filed by Kent A Britt on behalf of Creditor Fifth Third Bank

Objections are due **3 days** prior to hearing.

    Date:  August 19, 2013
    Time: 01:30 PM EDT
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  August 6, 2013

                Kevin P. Dempsey
                Clerk, U.S. Bankruptcy Court