## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |
| | ) | |
| FREDIN BROTHERS, INC., | ) | Adv. Pro. No. 11-59108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANKERS BANK, BANKFIRST FINANCIAL | ) | |
| SERVICES, JAMES BRASS, EASTERN | ) | |
| LIVESTOCK COMPANY, LLC, FAITH | ) | |
| CATTLE COMPANY, FARMERS BANK, | ) | |
| FIFTH THIRD BANK, FLYING M RANCH, | ) | |
| J&F OKLAHOMA HOLDINGS, INC., | ) | |
| HOHENBERGER CATTLE, RANDALL | ) | |
| HOLSTED, CHAD HOUCK, PEOPLES BANK, | ) | |
| and EDWIN STRICKLAND, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### NOTICE OF SUBMISSION OF DEFENDANT/COUNTER PLAINTIFF EDWIN STRICKLAND'S AND INTERVENOR STRICKLAND FARMS'S FIRST DISCOVERY REQUESTS DIRECTED TO PLAINTIFF TRUSTEE

COME NOW Come now EDWIN A. STRICKLAND (a/k/a *Edward Strickland*, Party Defendant) and STRICKLAND FARMS, Intervenor, (collectively "Strickland") by and through undersigned counsel, and hereby files *Notice Of Submission Of Edwin Strickland's And Strickland Farms' Supplemental Responses And Corrections To Trustee's First Interrogatories To Strickland Farms And Edwin Strickland* in the subject adversary proceeding.

Respectfully submitted this 8th day of August 2013,

/s/  W. Scott Newbern

W. Scott Newbern
W. SCOTT NEWBERN, PL
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.894.0871
wsnewbern@msn.com

Eric C. Redman, #6330-49
REDMAN LUDWIG, P.C.
151 N Delaware Street, Suite 1106
Indianapolis, IN 46204
(T) 317.685.2426
(F) 317.636.8686
eredman@redmanludwig.com

COUNSEL FOR EDWIN A.
STRICKLAND and STRICKLAND
FARMS

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2013 a copy of the foregoing was filed

electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case

Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern

W. SCOTT NEWBERN