UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>EASTERN LIVESTOCK CO., LLC,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 10-93904-BHL-11<br><br>Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONTY KOLLER,<br><br>　　　　Defendant. | <br><br><br><br>Adv. Proc. No. 12-59150<br><br>JURY DEMAND |
| In re:<br>THOMAS P. GIBSON and<br>PATSY GIBSON,<br><br>　　　　Debtors. | CHAPTER 7<br><br>Case No. 10-93867-BHL-7A<br><br>Judge Basil H. Lorch |
| KATHRYN L. PRY, TRUSTEE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MONTY KOLLER,<br><br>　　　　Defendant. | <br><br><br><br>Adv. Proc. No. 12-59104<br><br>JURY DEMAND |

**DEFENDANT MONTY KOLLER'S**
**NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS**

1

TO:   All Counsel of Record

Please take notice that Counsel for Monty Koller ("Koller") served third-party document subpoenas by certified mail on: (1) ADM Investor Services, Inc.; (2) Rufenacht Commodities, Inc.; (3) Robert D. Rufenacht; and (4) Larry Zeien, II. The requests relate to Adversary Proceeding Nos. 12-59104 and 12-59150. Copies of the subpoenas have been served on counsel of record for the ELC Trustee.

.

August 9, 2013                                          Respectfully submitted,


                                       */s/ Brian R. Pollock*
                                       Brian H. Meldrum
                                       Brian R. Pollock
                                       STITES & HARBISON, PLLC
                                       400 West Market Street, Suite 1800
                                       Louisville, KY 40202
                                       Telephone: (502) 587-3400
                                       COUNSEL FOR MONTY KOLLER


## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's ECF system. Parties may access this filing through the Court's system.


                                       */s/ Brian R. Pollock*

938547:1:LOUISVILLE

2