UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re:                                              :
                                                    :
                                                    :       Chapter 11
EASTERN LIVESTOCK CO., LLC,        :
                                                    :       Case No.:  10-93904-BHL-11
            Debtor.,                         :
                                                    :
                                                    :

## MOTION TO APPEAR *PRO HAC VICE*

Patrick B. Griffin of Kutak Rock LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION, as successor by merger to WELLS FARGO BUSINESS CREDIT, INC., in the above-styled cause only.  In support of this motion, I state:

1.    The courts in which I am admitted to practice and the dates of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| United States Supreme Court | February 1992 |
| Iowa | October 2011 |
| Nebraska | October 1985 |
| United States Court of Appeal Federal Circuit | January 2007 |
| United States Court of Appeal 6th Circuit | January 1987 |
| United States Court of Appeal 8th Circuit | February 1993 |
|  |  |

2.    I am not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3.    I have caused to be deposited in the United States mail a check in the amount of $30.00 addressed and payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4.    Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, Patrick B. Griffin requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

4834-4625-0517.1

Dated this 9th day of August, 2013.

By: /s/ Patrick B. Griffin
  Patrick B. Griffin (NE #18072)
  Kutak Rock LLP
  The Omaha Building
  1650 Farnam Street
  Omaha, Nebraska 68102-2186
  (402) 346-6000

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, a copy of the foregoing MOTION TO APPEAR *PRO HAC VICE* was filed electronically.  Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

/s/ Patrick B. Griffin
Patrick B. Griffin

4834-4625-0517.1