UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re:                                          :
                                                :
EASTERN LIVESTOCK CO., LLC,                     :    Chapter 11
                                                :
         Debtor.,                               :    Case No.: 10-93904-BHL-11
                                                :
                                                :

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO APPEAR *PRO HAC VICE***

Patrick B. Griffin, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| United States Supreme Court | February 1992 |
| Iowa | October 2011 |
| Nebraska | October 1985 |
| United States Court of Appeal Federal Circuit | January 2007 |
| United States Court of Appeal 6th Circuit | January 1987 |
| United States Court of Appeal 8th Circuit | February 1993 |
|  |  |

My license has never been suspended nor revoked, and I am not currently subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

By: _____
Patrick B. Griffin (NE #18072)
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
(402) 346-6000

Exhibit A

STATE OF NEBRASKA )
)
COUNTY OF DOUGLAS )

Before me, a notary public in and for said county and state, personally appeared Patrick B. Griffin, and bring first duly sworn upon his oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed: August 9, 2013.

_____
Notary Public

My Commission Expires:



GENERAL NOTARY - State of Nebraska
CHERYL STELZER
My Comm. Exp. Dec. 28, 2013

2

4841-5200-7701.1