UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

| | :| |
|---|---|---|
|In re:| : | |
| | : | Chapter 11 |
|EASTERN LIVESTOCK CO., LLC,| : | |
| | : | Case No.: 10-93904-BHL-11 |
|Debtor.,| : | |
| | : | |

### ORDER GRANTING MOTION FOR ADMISSION APPEAR *PRO HAC VICE* PATRICK B. GRIFFIN [RE: DKT. NO.   ]

Patrick B. Griffin, a member in good standing of the bars of the State of Nebraska, the State of Iowa, the United States Supreme Court, the United States Court of Appeal for the Federal Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the Eighth Circuit, having requested admission, **pro hac vice**, to represent Wells Fargo Bank, National Association, as successor by merger to Wells Fargo Business Credit, Inc.,

**IT IS ORDERED** that Patrick B. Griffin, Esq., is admitted **pro hac vice**, in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided that the filing fee has been paid.

# # #

4828-1159-9893.1

**Exhibit B**