UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC | | Hon. Basil H. Lorch III |
| Debtor. | | |

| | | |
|---|---|---|
| FRIONA INDUSTRIES, L. P., | § § § § § § | |
| Plaintiff, | | |
| v. | | |
| EASTERN LIVESTOCK CO., LLC, et. al.<br>Defendants, | § § § § § § § § § § § § § § § § § § § § § § | ADV. PROC. NO. 11-59093 |
| and | | |
| CACTUS GROWERS, INC.,<br>Intervenor, | | |
| v. | | |
| EASTERN LIVESTOCK CO., INC.,   et. al.<br>Defendants, | | |
| and | | |
| J & F OKLAHOMA HOLDINGS, INC.,<br>Intervenor, | | |
| v. | | |
| EASTERN LIVESTOCK CO., et. al.<br>Defendants. | | |

**BYNUM RANCH COMPANY'S NOTICE OF DEPOSITION OF RANDY LLOYD**

TO: All Counsel of Record

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(1) and Fed. Bankr. P. 7030, Bynum Ranch Company, by counsel, will take the deposition of Randy Lloyd beginning at 10:00 a.m. on August 26, 2013, at the office of HAY, WITTENBURG, DAVIS, CALDWELL & BALE, LLP, One East Twohig, Third Floor, San Angelo, Texas before a court reporter authorized to administer oaths. The deposition will be conducted in accordance with the July 13, 2012 Order Establishing Deposition Protocols [Main Case, Doc. 1229]. You are invited to appear and take part in such examination.

    Respectfully submitted,

    EASTERWOOD, BOYD & SIMMONS, PC
    623 N. Main Street
    P. O. Box 273
    Hereford, Texas 79045
    Tel: (806) 364-6801
    Fax: (806) 364-2526
    bryan@ebs-law.net
    bjtexas59@hotmail.com
    Counsel for Bynum Ranch Company, Frank Powell, Bobby and Debbie Bynum, Bill Davis, Davis Quarter Horse and Johnny Mayo, Jr.

    By: /s/ James B. Johnston
        James B. Johnston
        State Bar No. 10838200

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2013, a copy of the foregoing was served via email on the following counsel of record:

John W Ames on behalf of Cross Defendants Superior Livestock Auction, Inc., Joplin Regional Stockyards, Inc.
jwa@gdm.com, shm@gdm.com;tlm@gdm.com;rtrowbridge@kslaw.com

C. R. Bowles on behalf of Cross Defendants Superior Livestock Auction, Inc., Joplin Regional Stockyards, Inc.
crb@gdm.com, shm@gdm.com

Steven A. Brehm on behalf of Cross Defendant Superior Livestock Auction, Inc.
sbrehm@bgdlegal.com

Elliott D. Levin on behalf of Cross Defendant Superior Livestock Auction, Inc.
edl@rubin-levin.net

John M. Rogers on behalf of Cross Defendant Superior Livestock Auction, Inc.
johnr@rubin-levin.net

James E. Rossow, Jr. on behalf of Cross Defendant Superior Livestock Auction, Inc.
jim@rubin-levin.net

Deborah Caruso on behalf of Third Party Defendant Kathryn Pry
dcaruso@daleeke.com, mthomas@daleeke.com

Kirk Crutcher on behalf of Counter-Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com;cmarshall@mcs-law.com

Robert A. Bell, Jr. on behalf of Counter-Defendant Fifth Third Bank, N.A.
rabell@vorys.com

Kent A. Britt on behalf of Counter-Defendant Fifth Third Bank, N.A.
kabritt@vorys.com

Melissa S. Giberson on behalf of Counter-Defendant Fifth Third Bank, N.A.
msgiberson@vorys.com

James B. Lind on behalf of Counter-Defendant Fifth Third Bank, N.A.
jblind@vorys.com

Joshua N. Stine on behalf of Counter-Defendant Fifth Third Bank, N.A.
jnstine@vorys.com

Daniel J. Donnellon on behalf of Intervenor The First Bank and Trust Company
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Shawna M Eikenberry on behalf of James Knauer
shawna.eikenberry@bakerd.com, sarah.herendeen@bakerd.com

Jeffrey R. Erler on behalf of Cross-Claimant DeCordova Cattle Company
jeffe@bellnunnally.com

John Huffaker on behalf of Plaintiff Friona Industries, LP
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jack S Dawson on behalf of Defendants Robert Nichols, Jane Nichols, Nichols Livestock, and Jane, LLC
jdawson@millerdollarhide.com

James E. Smith, Jr. on behalf of Cross Defendant Diamond B Ranches
jsmith@smithakins.com

Christie A. Moore on behalf of Cross Defendant Superior Livestock Auction, Inc.
cm@gdm.com

Todd J. Johnston on behalf of Counter-Claimant Gabriel Moreno
tjohnston@mcjllp.com

Erick P Knoblock on behalf of Third Party Defendant Kathryn Pry
eknoblock@daleeke.com

Randall D. LaTour on behalf of Counter-Defendant Fifth Third Bank, N.A.
rdlatour@vorys.com, khedwards@vorys.com

David L. LeBas on behalf of Intervenor J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

John Hunt Lovell on behalf of Counter-Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Frederick Massouh on behalf of Plaintiff Friona Industries, LP
john.massouh@sprouselaw.com

James Edwin McGhee on behalf of Third Party Defendant Vermilion Ranch Corp.
mcghee@derbycitylaw.com, belliott@derbycitylaw.com

4

Ross A. Plourde on behalf of Third Party Defendants Stockman Oklahoma Livestock Marketing, Inc. and William Bush
ross.plourde@mcafeetaft.com, erin.clogston@mcafeetaft.com

Timothy T. Pridmore on behalf of Counter-Claimant Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Mark A. Robinson on behalf of Friona Industries, LP, J&F Oklahoma Holdings, Inc.
mrobinson@vhrlaw.com, dalbers@vhrlaw.com

Walter Scott Newbern, III on behalf of Intervenor Ron Sizemore Trucking, Inc., Oak Lake Cattle Co., Eagle Bay, Inc., Daniel M. Byrd, Madison County Livestock Market, Inc. d/b/a Townse, Sumter County Farmer's Market, Inc., Okeechobee Livestock Market, Inc., Ocala Livestock Market, Inc., North Florida Livestock Market, Inc., Hardee Livestock Market, Inc., Columbia Livestock Market of Lake City, Inc., Cattlemen's Livestock Market, Inc., Arcadia Stockyard
wsnewbern@msn.com

Ivana B. Shallcross on behalf of Cross Defendants Superior Livestock Auction, Inc. and Joplin Regional Stockyards, Inc.
ibs@gdm.com

Christopher M. Trapp on behalf of Cross Defendant Superior Livestock Auction, Inc.
ctrapp@rubin-levin.net

Kevin M. Toner on behalf of James A. Knauer
kevin.toner@bakerd.com, crystal.hansen@bakerd.com;judy.ferber@bakerd.com

Terry E. Hall on behalf of James A. Knauer
terry.hall@faegrebd.com

Harmony A. Mappes on behalf of James A. Knauer
harmony.mappes@faegrebd.com

John R. Carr, III on behalf of Intervenor The First Bank and Trust Company
jrciii@acs-law.com

Laura Day DelCotto on behalf of Third Party Defendants Southeast Livestock Exchange, LLC, Piedmont Livestock, Inc., Moseley Cattle Auction, LLC, and East Tennessee Livestock Center, Inc.
ldelcotto@dlgfirm.com

Amelia Martin Adams on behalf of Third Party Defendant Southeast Livestock Exchange, LLC
aadams@dlgfirm.com

5

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Stephen A. Weigand on behalf of Intervenor The First Bank and Trust Company
sweigand@ficlaw.com

Jessica E. Yates on behalf of Third Party Defendant CPC Livestock, LLC
jyates@swlaw.com, edufficy@swlaw.com

James T Young on behalf of Intervenor Michael Walro
james@rubin-levin.net, ATTY_JTY@trustesolutions.com;lemerson@rubin-levin.net


      I further certify that on August 9, 2013, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

David M. Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008


                                                /s/ James B. Johnston

DMS_US 52405260v1