UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

| | |
|---|---|
| In re:<br><br>EASTERN LIVESTOCK CO., LLC,<br><br>Debtor., | Chapter 11<br><br>Case No.: 10-93904-BHL-11 |

## MOTION TO APPEAR *PRO HAC VICE*

Suzanne M. Shehan of Kutak Rock LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION, as successor by merger to WELLS FARGO BUSINESS CREDIT, INC., in the above-styled cause only.  In support of this motion, I state:

1. The court in which I am admitted to practice and the date of admission is as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Nebraska | January 1994 |

2. I am not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. I have caused to be deposited in the United States mail a check in the amount of $30.00 addressed and payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, Suzanne M. Shehan requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

4841-4683-3941.1

Dated this 13th day of August, 2013.

By: */s/ Suzanne M. Shehan*
Suzanne M. Shehan (NE #20531)
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
(402) 346-6000

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013, a copy of the foregoing MOTION TO APPEAR *PRO HAC VICE* was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

*/s/ Suzanne M. Shehan*
Suzanne M. Shehan

4841-4683-3941.1