UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re:

EASTERN LIVESTOCK CO., LLC,

Debtor.,

Chapter 11

Case No.: 10-93904-BHL-11

## AFFIDAVIT IN SUPPORT OF
## MOTION TO APPEAR *PRO HAC VICE*

Suzanne M. Shehan, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Nebraska | January 1994 |

My license has never been suspended nor revoked, and I am not currently subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

By: _____
Suzanne M. Shehan (NE #20531)
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
(402) 346-6000

4832-5842-7925.1

STATE OF NEBRASKA  )
                   )
COUNTY OF DOUGLAS  )

Before me, a notary public in and for said county and state, personally appeared Suzanne M. Shehan, and bring first duly sworn upon his oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed: *August 12, 2013*

_____
Notary Public

GENERAL NOTARY - State of Nebraska
NANCY J. JOHNSON
My Comm. Exp. Sept. 6, 2016

My Commission Expires:

September 6, 2016

2

4832-5842-7925.1