UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

| | |
|---|---|
| In re:<br><br>EASTERN LIVESTOCK CO., LLC,<br><br>Debtor., | Chapter 11<br><br>Case No.: 10-93904-BHL-11 |

**ORDER GRANTING MOTION FOR ADMISSION APPEAR *PRO HAC VICE*
SUZANNE M. SHEHAN [RE: DKT. NO.   ]**

Suzanne M. Shehan, a member in good standing of the bar of the State of Nebraska, having requested admission, ***pro hac vice***, to represent Wells Fargo Bank, National Association, as successor by merger to Wells Fargo Business Credit, Inc.,

**IT IS ORDERED** that Suzanne M. Shehan, Esq., is admitted ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court, Southern District of Indiana, provided that the filing fee has been paid.

# # #

4827-7142-9909.1