SO ORDERED: August 14, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SRESVAC (rev 09/2009)

In re:

**Eastern Livestock Co., LLC**,            Case No. **10−93904−BHL−11**
    Debtor(s).

### ORDER

A(n) Order on Motion to Appear Pro Hac Vice was entered in error on August 14, 2013.

**IT IS ORDERED** that the Order on Motion to Appear Pro Hac Vice is **VACATED**.

The Clerk's Office will distribute this order.

###