UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**PROPOSED AGENDA FOR TELEPHONIC OMNIBUS HEARING ON
AUGUST 19, 2013 AT 1:30 P.M. EDT**

James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), by counsel, submits this proposed agenda for the telephonic hearing scheduled for August 19, 2013 at 1:30 p.m. EDT ("Hearing").

**The Trustee will attend this hearing telephonically and understands the Court prefers that all those attending this hearing should participate only by telephone using the toll-free number below.**

<u>**DIAL IN INFORMATION**</u>  The conference call telephone number for this hearing is: 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

A. **EASTERN LIVESTOCK CO., LLC ("ELC") MAIN CASE MATTERS**

<u>New Matters</u>

1. Fifth Third Bank's Motion For A Protective Order (Docket No. 2285)

    a. Objection: The First Bank And Trust Company (Docket No. 2302)
    b. Objection: East Tennessee Livestock Center, Inc., et al. (Docket No. 2303)
    c. Objection: Wells Fargo Bank, National Association, as successor by merger to Wells Fargo Business Credit, Inc. (Docket No. 2304)
    d. Fifth Third Bank's Motion To Continue Hearing (Docket No. 2305)
        i. Objection: The First Bank And Trust Company (Docket No. 2308)
        ii. Opposition: Wells Fargo Bank, National Association (Docket No. 2309)
        iii. Objection: East Tennessee Livestock Center, Inc., et al. (Docket No. 2310)

    ***Status:*** *Discussion of request for continuance*

**Mediations – Status Reports**

1. Kevin Toner report on scheduled and anticipated mediations.

2. Jay Kennedy report on scheduled and anticipated mediation.

**Claims Objections - Status**

*Any claim objections not listed below have been withdrawn or stayed by separate order of the Court.* [Docket No. 2165]

1. Objection to Claim of Phillip Taylor Reed (Docket No. 1865)

    a. Response: Phillip Taylor Reed (Docket No. 1985)

2. Objection to Claim of Ron P. Reed (Docket No. 1900)

    a. Response: Ron P. Reed (Docket No. 1986)

3. Objection to Claim of Crumpler Bros. (Docket No. 1805)

    a. Response: Crumpler Bros. (Docket No. 1922)
    b. Order on Objection to Claim for Crumpler Bros (Claim No. 467) (Docket No. 1949) entered April 10, 2013

4. Objection to Claim of Sealy & Son (Docket No. 2122)

    a. Response: Sealy & Son (Docket No. 2181)

B.   **MATTERS UNDER ADVISEMENT**

**Status:** *None. The Trustee is aware of no fully briefed matters awaiting ruling by the Court.*

C.   **ADVERSARY PROCEEDINGS – Status Conferences**

1. ***Bill Chase*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Bill Chase, Adv. Proc. 12-59160)

2. ***SOLM*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. SOLM, et al., Adv. Proc. 12-59161)

52579153_2

2

*All other adversary proceedings scheduled for August 19 status conferences have been rescheduled as follows:*

3. ***John F. Gibson*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. John F. Gibson, Adv. Proc. 12-59152)

    i. *Vacated; hearing reset for telephonic hearing on October 28, 2013 at 10:00 a.m. EDT*

4. ***Christensen*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Christensen, Adv. Proc. 12-59142)

    i. *Vacated; agreed scheduling order to be submitted*

5. ***Eller*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Eller, Adv. Proc. 12-59144)

    i. *Vacated; agreed scheduling order to be submitted*

6. ***Inman*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. Inman, Adv. Proc. 12-59156)

    i. *Vacated; agreed scheduling order to be submitted*

7. ***2Z Cattle*** (James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC v. 2Z Cattle, Adv. Proc. 12-59157)

    i. *Vacated; agreed scheduling order to be submitted*

D.  **OMNIBUS HEARINGS SCHEDULE**

No further omnibus hearings have been scheduled.

                                                  Respectfully submitted,

                                                  FAEGRE BAKER DANIELS LLP

                                                  By:   /s/ Terry E. Hall

Terry E. Hall (#22041-49)                    *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
wendy.ponader@faegrebd.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on August16, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jerler@ghjhlaw.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |
| Meredith R. Thomas<br>mthomas@daleeke.com | William Robert Meyer, II<br>rmeyer@stites.com | Allen Morris<br>amorris@stites.com |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | James Bryan Johnston<br>bjtexas59@hotmail.com | James T. Young<br>james@rubin-levin.net |
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Suzanne M Shehan<br>suzanne.shehan@kutakrock.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | T. Kent Barber<br>kbarber@dlgfirm.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mike@kentuckytrial.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Jerald I. Ancel<br>jancel@taftlaw.com | Jeffrey J. Graham<br>jgraham@taftlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |

| | | |
|---|---|---|
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Patrick B Griffin<br>pat.griffin@kutakrock.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Jessica Lynn Olsheski<br>jessica.olsheski@justice-law.net | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Niccole R. Sadowski<br>nsadowski@thbklaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Christopher E. Baker<br>cbaker@thbklaw.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |
| Jennifer Watt<br>jwatt@kgrlaw.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz | Ben T. Caughey<br>ben.caughey@icemiller.com |
| William K. Flynn<br>wkflynn@strausstroy.com | Thomas P. Glass<br>tpglass@strausstroy.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | Kay Dee Baird<br>kbaird@kdlegal.com | David W. Brangers<br>dbrangers@lawyer.com |
| Chrisandrea L. Turner<br>clturner@stites.com | Paul M. Hoffman<br>phoffmann@stinson.com | Martha R. Lehman<br>mlehman@kdlegal.com |
| Scott R. Leisz<br>sleisz@bgdlegal.com | Brian H. Meldrum<br>bmeldrum@stites.com | Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com |
| Terrill K. Moffett<br>kendalcantrell@moffettlaw.com | Natalie Donahue Montell<br>nmontell@bgdlegal.com | Erin Casey Nave<br>enave@taftlaw.com |
| Matthew Daniel Neumann<br>mneumann@hhclaw.com | Brian Robert Pollock<br>bpollock@stites.com | Steven Eric Runyan<br>ser@kgrlaw.com |
| Amanda Dalton Stafford<br>ads@kgrlaw.com | Matthew R. Strzynski<br>mstrzynski@kdlegal.com | Andrew James Vandiver<br>avandiver@aswdlaw.com |
| Chad Duane Wuertz<br>chad@wuertzlaw.com | | |

    /s/ Terry E. Hall