```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                            Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                        Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-4          User: kgoss              Page 1 of 2              Date Rcvd: Aug 14, 2013
                              Form ID: sresvac         Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
 aty          +Christopher E. Baker,    Tucker Hester Baker & Krebs, LLC,    Regions Tower, 16th Floor,
                One Indiana Square,    Indianapolis, IN 46204-2004
 cr           +Bob's Auto, Inc. d/b/a Bob's Auto Supply,    PO Box 419,    Edmonton, KY 42129-0419
 cr           +Bovine Medical Associates, LLC,    1500 Soper Road,   Carlisle, KY 40311-8083
 adb         #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
 op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                ?Louisville, KY 40202-3157
 ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,   3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
 cr        ++++MICHAEL WADE LOULA,    1185 COUNTY ROAD 1170,    COLONY OK 73021-2217
               (address filed with court: Michael Wade Loula,     Rt1, Box 50,   Colony, OK 73021-9631)
 op           National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                534 S KS Ave Suite 1420,    Topeka, KA 66603
 cr           Philip Martin,    6853 Fairview Rd,    Cookeville, TN 38501-9715
 cr           +Sam Fousek,   29972 396th Ave,    Wagner, SD 57380-7124
 op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
 cr           +Tennessee Livestock Producers, Inc.,    P.O. Box 313,    Columbia, TN 38402-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty          E-mail/Text: asr@btcmlaw.com Aug 14 2013 23:38:27     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC 27114-5008
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**                    **Signature:**      *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss                 Page 2 of 2                   Date Rcvd: Aug 14, 2013
                              Form ID: sresvac            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2013 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0

SO ORDERED: August 14, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT    SRESVAC (rev 09/2009)
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,          Case No. **10−93904−BHL−11**
        Debtor(s).

### ORDER

A(n) Order on Motion to Appear Pro Hac Vice was entered in error on August 14, 2013.

**IT IS ORDERED** that the Order on Motion to Appear Pro Hac Vice is **VACATED**.

The Clerk's Office will distribute this order.

###