# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

**Debtor:** EASTERN LIVESTOCK CO., LLC
**Case Number:** 10-93904-BHL-11   **Chapter:** 11
**Date / Time / Room:** MONDAY, AUGUST 19, 2013 01:30 PM   NA 103
**Bankruptcy Judge:** BASIL H. LORCH
**Courtroom Clerk:** KRISTIN GOSS
**Reporter / ECR:** NOT RECORDED

### Matters:

1) Continued Status Hearing Re:  Objection to Claim for Crumpler Bros (Claim No. 467)  [1805] with an  Response to Objection to Claim for Crumpler Bros (Claim No. 467), filed by Ross A. Plourde on behalf of Creditor Crumpler Bros  [1922]
   **R / M #:**   0 / 0

2) Continued Status Hearing Re:  Objection to Claim for Phillip Taylor Reed (Claim No. 355) [1865] with a  Response to Objection to Claim for Phillip Taylor Reed (Claim No. 355), filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed  [1985]
   **R / M #:**   0 / 0

3) Continued Status Hearing Re:  Objection to Claim for Ron P. Reed (Claim No. 354) [1900]  with a  Response to Objection to Claim for Ron P. Reed (Claim No. 354), filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed  [1986]
   **R / M #:**   0 / 0

4) Hearing Re:  Motion for Protective Order Pursuant to Fed.R.Bankr.P. 9037 filed by Kent A Britt on behalf of Creditor Fifth Third Bank  [2285]
   **R / M #:**   0 / 0

5) Objection to Motion for Protective Order filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company  [2301]
   **R / M #:**   0 / 0

6) Objection to Motion for Protective Order (Re-Filed with Exhibit) filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [2302]
   **R / M #:**   0 / 0

7) Objection to Motion for Protective Order and Request for Modification of Order Granting Motion for Entry of Stipulated Confidentiality Agreement filed by Walter Scott Newbern III, Laura Day 10DelCotto on behalf of Creditors Alabama Livestock Auction, Inc., Alton Darnell dba Darnell Alton Barn, Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., East Tennessee Livestock Center, Inc., Glen Franklin, Macon Stockyards, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Southeast Livestock Exchange, LLC, Edward Strickland   [2303]
   **R / M #:**   0 / 0

8) Objection to Motion for Protective Order filed by Patrick B Griffin on behalf of Other Professional Wells Fargo Bank, National Association  [2304]
   **R / M #:**   0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    10-93904-BHL-11              MONDAY, AUGUST 19, 2013 01:30 PM

DAN DONNELLON - ATTORNEY FOR FIRST BANK AND TRUSTEE
JAY KENNEDY - ATTORNEY FOR TRUSTEE, JAMES KNAUER
RANDALL LATOUR- ATTORNEY FOR FIFTH THIRD BANK
DAVID HINE - ATTORNEY FOR FIFTH THIRD BANK
SCOTT NEWBERN - SEALY & SON, CHRISTENSEN, ELLER, INMAN AND 2 Z CATTLE / TAYLOR AND RON REED
JIM KNAUER - TRUSTEE
TERRY HALL - ATTORNEY FOR JAMES A. KNAUER, TRUSTEE
KEVIN M. TONER/DUSTIN DENEAL,  ATTORNEY FOR JAMES A. KNAUER, TRUSTEE
AMELIA MARTIN ADAMS/LAURA DAY DELCOTTO , ATTORNEY FOR SOUTHEAST LIVESTOCK EXCHANGE, LLC
DAVID BRAINGERS- ATTORNEY FOR HURSTBOURNE LANDINGS
BRIAN MELDRUM - ATTORNEY FOR INTRUST BANK AND MONTE KOLLER
PATRICK GRIFFIN - ATTORNEY FOR WELLS FARGO
CHUCK WHARTON - UST
PAUL HOFFMAN - ATTORNEY FOR A.D.M INVESTORS

## *Proceedings:*

* Disposition:  Telephone Conference held.
(1)   Per DeNeal - matter has been resolved.
(2 and 3)   Matter continued to Status Conference  on  10/7/13 @ 1:30 p.m. (EST) in Room 103, in New Albany.  Notice given in open court.  Telephonic participation is permitted for 10/7/13.  Dial in number:  1-888-399-7768  Passcode  586676#.
(4 thru 8)  Matters continued to Hearing on 9/4/13 @ 1:30 p.m. (EST) in Room 329  in Indianapolis.   Notice given in open court.  Telephonic participation is permitted for 9/4/13. Dial in number: 1-888-399-7768  Passcode  586676#.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**