**SO ORDERED: August 20, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,
        Debtor(s).

Case No. **10−93904−BHL−11**

## ORDER

A(n) Motion to Appear Pro Hac Vice was filed on August 13, 2013, by Suzanne M Shehan.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Other Professional Wells Fargo Bank, National Association must distribute this order.

###