UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In Re: EASTERN LIVESTOCK CO., LLC, <br><br> BLUEGRASS STOCKYARDS, LLC, <br> BLUEGRASS STOCKYARDS OF CAMPBELLSVILLE, LLC, <br> BLUEGRASS STOCKYARDS EAST, LLC, <br> BLUEGRASS-MAYSVILLE STOCKYARDS, LLC, <br> BLUEGRASS STOCKYARDS OF RICHMOND, LLC, <br> BLUEGRASS SOUTH LIVESTOCK MARKET, LLC, <br> ALTON DARNELL, <br> EAST TENNESSEE LIVESTOCK CENTER, INC., <br> PIEDMONT LIVESTOCK COMPANY, INC., <br> MOSELEY CATTLE AUCTION, LLC, <br> SOUTHEAST LIVESTOCK EXCHANGE, LLC, <br><br> Appellants, <br><br> vs. <br><br> JAMES A. KNAUER Chapter 11 Trustee, | Case No. 4:12-cv-00126-TWP-WGH |

## JUDGMENT

Having this day granted Appellee's Motion to Dismiss, the Court enters final judgment against Appellants, Alton Darnell; East Tennessee Livestock Center, Inc.; Piedmont Livestock, Inc.; Southeast Livestock Exchange, LLC; and Moseley Cattle Auction, LLC. Appellants' appeal is **DISMISSED** with prejudice.

SO ORDERED.

Dated: 08/20/2013

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Amelia Martin Adams
DELCOTTO LAW GROUP PLLC
aadams@dlgfirm.com

Laura Day Delcotto
DELCOTTO LAW GROUP PLLC
ldelcotto@dlgfirm.com

Wendy Wright Ponader
FAEGRE BAKER DANIELS LLP
wendy.ponader@faegrebd.com

Dustin R. DeNeal
FAEGRE BAKER DANIELS LLP -
Indianapolis
dustin.deneal@faegrebd.com

Harmony A. Mappes
FAEGRE BAKER DANIELS LLP -
Indianapolis
harmony.mappes@faegrebd.com

James M. Carr
FAEGRE BAKER DANIELS LLP -
Indianapolis
jim.carr@faegrebd.com

Jon Laramore
FAEGRE BAKER DANIELS LLP -
Indianapolis
jon.laramore@faegrebd.com

Kevin Morris Toner
FAEGRE BAKER DANIELS LLP -
Indianapolis
kevin.toner@faegrebd.com

Terry Elizabeth Hall
FAEGRE BAKER DANIELS LLP -
Indianapolis
terry.hall@faegrebd.com

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Sean T. White
HOOVER HULL LLP
swhite@hooverhull.com