# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

In Re: EASTERN LIVESTOCK CO., LLC,  )
)
ALABAMA LIVESTOCK AUCTION, INC.,  )
SEALY AND SONS LIVESTOCK, LLP,  )
ATHENS STOCKYARD, LLC,  )
BILLINGSLEY AUCTION SALE, INC.,  )
CARROLL COUNTY LIVESTOCK SALES  )
BARN, INC.,  )
E4 CATTLE CO., LLC,  )
EDWARD J. EDENS, IV,  )
MACON STOCKYARDS, INC.,  )
EDWIN A. STRICKLAND,  )    Case No. 4:12-cv-00128-TWP-WGH
ROBERT RAWLS doing business as  )
ROBERT RAWLS LIVESTOCK,  )
CPC LIVESTOCK, LLC,  )
)
　　　　　　　　　Appellants,  )
)
　　　　vs.  )
)
JAMES A. KNAUER Chapter 11 Trustee,  )
)
)

## JUDGMENT

Having this day granted Appellee's Motion to Dismiss, the Court enters final judgment

against Appellants, Alabama Livestock Auction, Inc.; Sealy and Sons Livestock, LLP; Athens

Stockyard, LLC; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.; E4

Cattle Co., LLC; Edward J. Edens, IV; Macon Stockyards, Inc.; Edwin A. Strickland, Robert

Rawls (d/b/a Robert Rawls Livestock)[; and CPC Livestock, LLC].   Appellants' appeal is

**DISMISSED** with prejudice.

SO ORDERED.

Dated: 08/20/2013
_____

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Distribution:

Wendy Wright Ponader
FAEGRE BAKER DANIELS LLP
wendy.ponader@faegrebd.com

Dustin R. DeNeal
FAEGRE BAKER DANIELS LLP -
Indianapolis
dustin.deneal@faegrebd.com

Harmony A. Mappes
FAEGRE BAKER DANIELS LLP -
Indianapolis
harmony.mappes@faegrebd.com

James M. Carr
FAEGRE BAKER DANIELS LLP -
Indianapolis
jim.carr@faegrebd.com

Jon Laramore
FAEGRE BAKER DANIELS LLP -
Indianapolis
jon.laramore@faegrebd.com

Kevin Morris Toner
FAEGRE BAKER DANIELS LLP -
Indianapolis
kevin.toner@faegrebd.com

Terry Elizabeth Hall
FAEGRE BAKER DANIELS LLP -
Indianapolis
terry.hall@faegrebd.com

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Sean T. White
HOOVER HULL LLP
swhite@hooverhull.com

W. Scott Newbern, III
W. SCOTT NEWBERN, PL
wsnewbern@msn.com