UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC,**
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Continued Hearing Re: Motion for Protective Order Pursuant to Fed.R.Bankr.P. 9037 filed by Kent A Britt on behalf of Creditor Fifth Third Bank with Objections filed by:

(1) First Bank and Trust Company,

(2) Alabama Livestock Auction, Inc., Alton Darnell dba Darnell Alton Barn, Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., East Tennessee Livestock Center, Inc., Glen Franklin, Macon Stockyards, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Southeast Livestock Exchange, LLC, Edward Strickland

and

(3) Wells Fargo Bank, National Association

Telephonic participation is permitted. Dial in number is: 1−888−399−7768 Passcode 586676#.

Date: September 4, 2013
Time: 01:30 PM EDT
Place: Rm. 329 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated: August 21, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court