SO ORDERED: August 23, 2013.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH IRSIK & DOLL FEED SERVICES, INC.**

This matter is before the Court on the *Trustee's Motion To Approve Settlement With Irsik & Doll Feed Services, Inc.* [Docket No. 2276] ("Settlement Motion").  The Court, having considered the Settlement Motion and the *Notice Of Submission Of Correction Of Scrivener's Error* [Docket No. 2282] and having found that no objection was filed to the Settlement Motion after adequate notice and opportunity was provided, and being duly advised in the premises, now finds that the proposed settlement (i) is in the best interests of the estate; (ii) provides tangible benefits to the estate and the creditors thereof; and (iii) should be approved. Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that the Settlement Motion is hereby approved. The Trustee and Irsik & Doll[1] are authorized to take any and all actions necessary to close the settlement set forth in the Settlement Agreement and to perform the obligations required thereby.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.