United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
    Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: kgoss2      Page 1 of 2      Date Rcvd: Aug 21, 2013  
                             Form ID: SF00200    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2013.
```
aty       +Christopher E. Baker,   Tucker Hester Baker & Krebs, LLC,   Regions Tower, 16th Floor,
            One Indiana Square,    Indianapolis, IN 46204-2004
cr        +Bob's Auto, Inc. d/b/a Bob's Auto Supply,   PO Box 419,   Edmonton, KY 42129-0419
cr        +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb       #+Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op        +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
            ?Louisville, KY 40202-3157
ptcrd     +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
cr        ++++MICHAEL WADE LOULA,   1185 COUNTY ROAD 1170,   COLONY OK 73021-2217
            (address filed with court: Michael Wade Loula,   Rt1, Box 50,   Colony, OK  73021-9631)
op         National Cattlemen's Beef Association,   Alice Devine,   Devine & Donley, LLC,
            534 S KS Ave Suite 1420,   Topeka, KA  66603
cr         Philip Martin,   6853 Fairview Rd,   Cookeville, TN 38501-9715
cr        +Sam Fousek,   29972 396th Ave,   Wagner, SD 57380-7124
op        +Southeastern Livestock Network LLC,   176 Pasadena Drive,   Lexington, KY 40503-2900
cr        +Tennessee Livestock Producers, Inc.,   P.O. Box 313,   Columbia, TN 38402-0313
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: asr@btcmlaw.com Aug 21 2013 23:19:40     Ashley S Rusher,
              Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**                         **Signature:** *Joseph Speetjens*

```
District/off: 0756-4          User: kgoss2              Page 2 of 2                Date Rcvd: Aug 21, 2013
                              Form ID: SF00200          Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,  Case No. **10−93904−BHL−11**
    Debtor(s).

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

    Continued Hearing Re: Motion for Protective Order Pursuant to Fed.R.Bankr.P. 9037 filed by Kent A Britt on behalf of Creditor Fifth Third Bank with Objections filed by:

    (1) First Bank and Trust Company,

    (2) Alabama Livestock Auction, Inc., Alton Darnell dba Darnell Alton Barn, Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., East Tennessee Livestock Center, Inc., Glen Franklin, Macon Stockyards, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Southeast Livestock Exchange, LLC, Edward Strickland

    and

    (3) Wells Fargo Bank, National Association

    Telephonic participation is permitted. Dial in number is: 1−888−399−7768 Passcode 586676#.

    Date: September 4, 2013
    Time: 01:30 PM EDT
    Place: Rm. 329 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated: August 21, 2013                     Kevin P. Dempsey
                                                                       Clerk, U.S. Bankruptcy Court