IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

**NOTICE OF NORTHWEST ALABAMA LIVESTOCK
AUCTION'S WITHDRAWAL OF PROOF OF CLAIM (CLAIM NO. 156)**

**PLEASE TAKE NOTICE** that, pursuant to the terms of the Settlement Agreement and Mutual Release between it and James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC ("Trustee"), approved by Order of this Court on August 21, 2013 [Dkt. No. 2319], Northwest Alabama Livestock Auction ("Northwest Alabama") hereby withdraws with prejudice its proof of claim, claim number 156, filed in this matter on April 26, 2011 in the amount of $197,667.72 (the "Proof of Claim"). This withdrawal shall not waive any claim against any Bond supporting payments due from the Debtor, Eastern Livestock Co., LLC, to its creditors, nor shall it waive any claims that Northwest Alabama may have against third parties or its defenses to any claims brought by third parties.

Respectfully submitted,

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Phone: 502-589-4200
Facsimile: 502-587-3695
e-mail: cbowles@bgdlegal.com

**COUNSEL FOR CREDITOR
NORTHWEST ALABAMA LIVESTOCK
AUCTION**

Case 10-93904-BHL-11 Doc 2327 Filed 08/28/13 EOD 08/28/13 17:47:58 Pg 2 of 3

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 28, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

            */s/ C.R. Bowles, Jr.*
            C.R. Bowles, Jr.

            **COUNSEL FOR CREDITOR**
            **NORTHWEST ALABAMA LIVESTOCK**
            **AUCTION**

14825106_1.doc