UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>EASTERN LIVESTOCK CO., LLC,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 10-93904-BHL-11<br><br>Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONTY KOLLER,<br><br>　　　　Defendant. | <br><br><br><br>Adv. Proc. No. 12-59150<br><br>JURY DEMAND |
| In re:<br>THOMAS P. GIBSON and<br>PATSY GIBSON,<br><br>　　　　Debtors. | CHAPTER 7<br><br>Case No. 10-93867-BHL-7A<br><br>Judge Basil H. Lorch |
| KATHRYN L. PRY, TRUSTEE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MONTY KOLLER,<br><br>　　　　Defendant. | <br><br><br><br>Adv. Proc. No. 12-59104<br><br>JURY DEMAND |

**DEFENDANT MONTY KOLLER'S
NOTICE OF SERVICE OF DISCOVERY REQUESTS**

1

TO: All Counsel of Record

Please take notice that Counsel for Monty Koller ("Koller") served discovery requests on (1) James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC (the "ELC Trustee") and (2) Kathryn Pry, Chapter 7 Trustee in the Thomas & Patsy Gibson Bankruptcy, Case No. 10-93867-BHL-7A (the "Gibson Trustee"). The requests relate to Adversary Proceeding Nos. 12-59104 and 12-59150. Electronic copies of the requests have been served on counsel of record for the ELC Trustee and the Gibson Trustee.

August 30, 2013

Respectfully submitted,

*/s/ Brian R. Pollock*
Brian H. Meldrum
Brian R. Pollock
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
COUNSEL FOR MONTY KOLLER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's ECF system. Parties may access this filing through the Court's system.

*/s/ Brian R. Pollock*

943129:1:LOUISVILLE

2