UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | : | Case No.: 10-93904-BHL-11 |
| Debtor. | : | |

### NOTICE OF WITHDRAWAL OF FIFTH THIRD BANK'S MOTION FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE that Fifth Third Bank ("Fifth Third") hereby voluntarily withdraws, without prejudice, its Motion For a Protective Order filed on August 2, 2013, as Docket Number 2285 (the "Motion"). The Motion was set for hearing on September 4, 2013 at 1:30 p.m. *See* Notice filed August 21, 2013 (Doc. 2318).

1. Fifth Third filed the Motion in compliance with an order from Magistrate Judge Bowman in a civil action involving Wells Fargo Bank, N.A. ("Wells Fargo") in the United States District Court for the Southern District of Ohio, *Wells Fargo Bank, N.A. v. Fifth Third Bank*, Case No. 1:12-cv-00794-SAS-SKB (the "Civil Action").

2. Fifth Third and Wells Fargo have since resolved the issues necessitating the filing of the Motion, advised Magistrate Judge Bowman of the parties' agreement, and have filed a stipulation in the Civil Action regarding the same.

Respectfully submitted,

/s/ Kent A. Britt
Kent A. Britt (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, Ohio 45202
Telephone: (513) 723-4488
Facsimile:  (513) 852-7818
Email: kabritt@vorys.com

Randall D. LaTour (*admitted pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Email: rdlatour@vorys.com

*Attorneys for Fifth Third Bank*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 30th day of August 2013, a copy of the foregoing was filed and served electronically through the Court's CM/ECF System to the parties who are listed on the Court's Electronic Mail Notice List.

      /s/ Kent A. Britt_____
      Kent A. Britt