UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| EASTERN LIVESTOCK CO., LLC, | § § § § | CASE NO. 10-93904-BHL-11<br><br>CHAPTER 11 |
| Debtor. | § § | |
| JAMES A. KNAUER, CHAPTER 11, TRUSTEE OF EASTERN LIVESTOCK Co., LLC, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Adversary Proceeding No. 12-59011 |
| DE MAIO FARMS & RANCHES, INC. a/k/a DE MAIO LAND AND CATTLE, | § § § § | |
| Defendant. | § § | |

**DEFENDANT DE MAIO FARMS & RANCHES, INC. a/k/a DE MAIO LAND AND CATTLE'S NOTICE OF SERVICE OF DISCOVERY REQUESTS**

TO: All Counsel of Record

Please take notice that Counsel for de Maio Farms & Ranches, Inc. a/k/a de Maio Land and Cattle ("de Maio") served discovery requests on James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC, ("ELC"). The requests relate to Adversary Proceeding No. 12-59011. Electronic copies of the requests have been served on counsel of record for the ELC Trustee.

DATED this 30th day of August, 2013.

Respectfully submitted,

John H. Lovell
TX SBN: 12609300
LOVELL, LOVELL, NEWSOM & ISERN, LLP
112 W. 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
E-mail: john@lovell-law.net

and

Mark A. Robinson
VALENTI HANLEY & ROBINSON, PLLC
One Riverfront Plaza, Suite 1950
401 West Main Street
Louisville, KY 40202
E-mail: mrobinson@vhrlaw.com
ATTORNEYS FOR DEFENDANT DE MAIO FARMS & RANCHES, INC.

/s/ John Lovell
John H. Lovell

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I caused a true and correct copy of the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court - Bankruptcy Court, Southern District of Indiana, using the electronic case filing system of the court and electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including:

| | |
|---|---|
| Ms. Wendy W. Ponader | Via e-mail: wendy.ponader@faegrebd.com |
| Ms. Shawna Meyer Eikenberry | Via e-mail: shawna.eikenberry@faegrebd.com |
| FAEGRE BAKER DANIELS, LLP | |
| 300 N. Meridian Street, Suite 2700 | |
| Indianapolis, IN 46204 | |

**ATTORNEYS FOR JAMES KNAUER,**
**TRUSTEE OF EASTERN LIVESTOCK, CO., LLC**

/s/ John H. Lovell
John H. Lovell