# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 04, 2013 01:30 PM   IP 329 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

1) Hearing Re:  Motion for Protective Order Pursuant to Fed.R.Bankr.P. 9037 filed by Kent A Britt on behalf of Creditor Fifth Third Bank  [2285]
   **R / M #:**    0 / 0

   **VACATED:**  Per Fifth Third counsel - Motion to be withdrawn.  No hearing needed.

2) Objection to Motion for Protective Order filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company  [2301]
   **R / M #:**    0 / 0

   **VACATED:**  Per Fifth Third counsel - Motion to be withdrawn.  No hearing needed.

3) Objection to Motion for Protective Order (Re-Filed with Exhibit) filed by Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The [2302]
   **R / M #:**    0 / 0

   **VACATED:**  Per Fifth Third counsel - Motion to be withdrawn.  No hearing needed.

4) Objection to Motion for Protective Order and Request for Modification of Order Granting Motion for Entry of Stipulated Confidentiality Agreement filed by Walter Scott Newbern III, Laura Day 10DelCotto on behalf of Creditors Alabama Livestock Auction, Inc., Alton Darnell dba Darnell Alton Barn, Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., East Tennessee Livestock Center, Inc., Glen Franklin, Macon Stockyards, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Sealy And Sons Livestock, LLP, Southeast Livestock Exchange, LLC, Edward Strickland   [2303]
   **R / M #:**    0 / 0

   **VACATED:**  Per Fifth Third counsel - Motion to be withdrawn.  No hearing needed.

5) Objection to Motion for Protective Order filed by Patrick B Griffin on behalf of Other Professional Wells Fargo Bank, National Association  [2304]
   **R / M #:**    0 / 0

   **VACATED:**  Per Fifth Third counsel - Motion to be withdrawn.  No hearing needed.

### Appearances:

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11        WEDNESDAY, SEPTEMBER 04, 2013 01:30 PM

## *Proceedings:*

   * (1 thru 5)   VACATED:   Per Fifth Third counsel - Motion to be withdrawn

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**