UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| Debtor. | Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 12-59149 |
| INTRUST BANK, | |
| Defendant. | |

**DEFENDANT INTRUST BANK'S
NOTICE OF SERVICE OF THIRD-PARTY SUBPOENA**

TO:   All Counsel of Record

Please take notice that Counsel for Intrust Bank is serving a third-party subpoena on Patty Turley. Copies of the subpoena have been served on counsel of record for the ELC Trustee.

1

/s/ Cooper Robertson
Brian H. Meldrum
Allen L. Morris
W. Robert Meyer
D. Cooper Robertson
Brian R. Pollock
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
crobertson@stites.com
bmeldrum@stites.com
amorris@stites.com
rmeyer@stites.com
bpollock@stites.com
COUNSEL FOR INTRUST BANK

## CERTIFICATE OF SERVICE

The undersigned certifies on September 13, 2013, a copy of the foregoing was filed via the Court's ECF system, which shall simultaneously cause electronic service to be made on all parties requesting such service in this proceeding.

/s/ Cooper Robertson
COUNSEL FOR INTRUST BANK

944600:1:LOUISVILLE

2