UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>EASTERN LIVESTOCK CO., LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-93904-BHL-11<br><br>Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MONTY KOLLER,<br><br>        Defendant. | Adv. Proc. No. 12-59150<br><br>JURY DEMAND |
| In re:<br>THOMAS P. GIBSON and<br>PATSY GIBSON,<br><br>        Debtors. | CHAPTER 7<br><br>Case No. 10-93867-BHL-7A<br><br>Judge Basil H. Lorch |
| KATHRYN L. PRY, TRUSTEE,<br><br>        Plaintiff,<br>        v.<br><br>MONTY KOLLER,<br><br>        Defendant. | Adv. Proc. No. 12-59104<br><br>JURY DEMAND |

**DEFENDANT MONTY KOLLER'S
NOTICE OF SERVICE OF THIRD-PARTY SUBPOENA**

1

TO:     All Counsel of Record

Please take notice that Counsel for Monty Koller is serving a third-party subpoena on Patty Turley. Copies of the subpoena have been served on counsel of record for the ELC Trustee.

September 13, 2013                                        Respectfully submitted,

                                           */s/D. Cooper Robertson*
                                           Brian H. Meldrum
                                           D. Cooper Robertson
                                           Brian R. Pollock
                                           STITES & HARBISON, PLLC
                                           400 West Market Street, Suite 1800
                                           Louisville, KY 40202
                                           Telephone: (502) 587-3400
                                           COUNSEL FOR MONTY KOLLER

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's ECF system. Parties may access this filing through the Court's system.

                                           */s/ D. Cooper Robertson*
                                           D. Cooper Robertson

944404:1:LOUISVILLE