UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

| | |
|---|---|
| EASTERN LIVESTOCK CO., LLC ) | Chapter 11 Bankruptcy |
| Debtor ) | Case No. 10-93904-BHL-11 |
| ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE) | Adversary Proceeding |
| OF EASTERN LIVESTOCK CO., LLC ) | Case No. 12-59160 |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| BILL CHASE, a/k/a WILLIAM CHASE a/k/a ) | |
| BILLY DONALD CHASE ) | |
| Defendant ) | |

## MOTION FOR ADMISSION PRO HAC VICE

T. Richard Alexander, II, of the law firm of Richardson, Gardner & Alexander, moves this Court for entry of an Order admitting T. Richard Alexander, II, to practice before this Court *pro hac vice* in the above captioned case and any associated adversary proceeding on behalf of Bill Chase, a/k/a William Chase, a/k/a Billy Donald Chase.

In support of this Motion, the Affidavit of T. Richard Alexander, II is attached hereto as Exhibit A identifying the state bar in which Mr. Alexander is a member in good standing and containing his consent to be subject to the jurisdiction and rules of the Indiana Supreme Court governing professional conduct.

**WHEREFORE,** the undersigned respectfully requests that the Court enter the attached proposed order admitting T. Richard Alexander, II, pro hac vice to appear before this Court in all matter pertaining to this case and any associated adversary proceeding.

This 13 day of September, 2013.

1

Respectfully submitted,

**RICHARDSON GARDNER & ALEXANDER**
117 East Washington Street
Glasgow, Kentucky 42141
270-651-8884 • 270-651-3662 (fax)

_____
T. RICHARD ALEXANDER II
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 13 day of September, 2013, the foregoing *Motion for Admission Pro Hac Vice* was filed through the CM/ECF System and served electronically upon all Filing Users accepting Notice of Electronic Filing.

and a true and correct copy of the foregoing was served by mailing same, postage prepaid, this 13 day of September, 2013, to the following:

HON. KAYLA D. BRITTON
FAEGRE BAKER DANIELS
300 N MERIDIAN ST, SUITE 2700
INDIANAPOLIS IN 46204-1782
*Counsel for James A. Knauer*
*Chapter 11 Trustee*

_____
T. RICHARD ALEXANDER II

F:\Clients\C\Chase, Bill (Eastern Livestock)\Motion for Admision Pro Hac Vice.09.12.13mf.wpd

2