UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

| | |
|---|---|
| EASTERN LIVESTOCK CO., LLC ) | Chapter 11 Bankruptcy |
| Debtor ) | Case No. 10-93904-BHL-11 |
| ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE ) | Adversary Proceeding |
| OF EASTERN LIVESTOCK CO., LLC ) | Case No. 12-59160 |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| BILL CHASE, a/k/a WILLIAM CHASE a/k/a ) | |
| BILLY DONALD CHASE ) | |
| Defendant ) | |

### AFFIDAVIT OF T. RICHARD ALEXANDER, II, IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, T. Richard Alexander, II, being first duly sworn, state as follows:

1. I am a member of the law firm of Richardson, Gardner & Alexander, with offices located at 117 East Washington Street, Glasgow, Kentucky 42141.

2. I am licensed and admitted to practice before the courts of the Commonwealth of Kentucky.

3. I am a member in good standing and eligible to practice in each court in which I have been admitted.

4. I am not now, nor have I been, the subject of any disciplinary proceeding in any jurisdiction.

5. I hereby consent to the jurisdiction and the governing rules of professional conduct of the Commonwealth of Kentucky.

1

6.  I will appear as counsel for the Defendant, Bill Chase, a/k/a William Chase, a/k/a Billy Donald Chase.

Further, the Affiant saith naught.

_____
T. RICHARD ALEXANDER, II

COMMONWEALTH OF KENTUCKY

COUNTY OF BARREN

SUBSCRIBED AND SWORN to before me by **T. RICHARD ALEXANDER, II,** to be his free act and deed, this __13__ day of September, 2013.

_____
Marlene Freeman
NOTARY PUBLIC, KY AT LARGE
My Commission Expires: 12-10-2013

F:\Clients\C\Chase, Bill (Eastern Livestock)\Affidavit of TRA.09.12.13mf.wpd