UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Chapter 11 Bankruptcy |
| Debtor | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE | ) | Adversary Proceeding |
| OF EASTERN LIVESTOCK CO., LLC | ) | Case No. 12-59160 |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| BILL CHASE, a/k/a WILLIAM CHASE a/k/a | ) | |
| BILLY DONALD CHASE | ) | |
| Defendant | ) | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

This matter is before the Court on the Motion for Admission Pro Hac Vice of T. Richard Alexander, II, (the "Motion") and the Court having considered the Motion and supporting Affidavit submitted therewith.

**IT IS HEREBY ORDERED** that the Motion is granted and T. Richard Alexander, II is hereby admitted to practice pro hac vice in this case on behal of Bill Chase, a/k/a William Chase, a/k/a Billy Donald Chase.

Order tendered by:

T. RICHARD ALEXANDER, II
**RICHARDSON GARDNER & ALEXANDER**
117 East Washington Street
Glasgow, Kentucky 42141
Phone: (270) 651-8884; Fax: 651-3662/tra@rgba-law.com

1