UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

| | |
|---|---|
| EASTERN LIVESTOCK CO., LLC ) | Chapter 11 Bankruptcy |
|         Debtor ) | Case No. 10-93904-BHL-11 |
| ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE ) | Adversary Proceeding |
| OF EASTERN LIVESTOCK CO., LLC ) | Case No. 12-59160 |
|         Plaintiff ) | |
| vs. ) | |
| ) | |
| BILL CHASE, a/k/a WILLIAM CHASE a/k/a ) | |
| BILLY DONALD CHASE ) | |
|         Defendant ) | |

## ENTRY OF APPEARANCE

Comes T. Richard Alexander, II, Counsel for the Defendant, Bill Chase, a/k/a William Chase, a/k/a Billy Donald Chase, and hereby enters his appearance before this Court in all matters pertaining to this case and any associated adversary proceeding in this action as required by Local Rule B-9010-1.

This 13 day of September, 2013.

Respectfully submitted,
**RICHARDSON GARDNER & ALEXANDER**
117 East Washington Street
Glasgow, Kentucky 42141
270-651-8884 • 270-651-3662 (fax)

_____
T. RICHARD ALEXANDER II
*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the ___13___ day of September, 2013, the foregoing *Entry of Appearance* was filed through the CM/ECF System and served electronically upon all Filing Users accepting Notice of Electronic Filing.

and a true and correct copy of the foregoing was served by mailing same, postage prepaid, this ___13___ day of September, 2013, to the following:

HON. KAYLA D. BRITTON
FAEGRE BAKER DANIELS
300 N MERIDIAN ST, SUITE 2700
INDIANAPOLIS IN 46204-1782
*Counsel for James A. Knauer*
*Chapter 11 Trustee*

_____
T. RICHARD ALEXANDER II

F:\Clients\C\Chase, Bill (Eastern Livestock)\Entry of Appearance 09.13.13mf.wpd