Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING APPLICATION TO EMPLOY WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC AS SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

Upon the *Application To Employ Wimberly Lawson Wright Daves & Jones, PLLC As Special Counsel To Chapter 11 Trustee* ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case ("Trustee"), and after a hearing, the Court, based on the record before it, finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is in the best interests of the Debtor, its estate, and creditors; (iv) proper and adequate notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; (v) Wimberly, Lawson, Wright, Daves & Jones, PLLC (the "Firm") (a) holds no interest adverse to the Debtor or its estate in the matters upon

which it is sought to be engaged; (b) is a disinterested person as that term is defined pursuant to 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327; and (c) has disclosed any connections with parties as required by Bankruptcy Rule 2014; and (vi) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

Therefore, IT IS HEREBY ORDERED THAT:

1. The Application is granted on a final basis.

2. The Trustee is authorized to employ the Firm as special counsel for the Trustee pursuant to 11 U.S.C. §§ 327 and 330.

3. Interim and final allowance of compensation will be awarded upon application and a hearing consistent with the requirements of 11 U.S.C. §§ 330 and 331.

###