Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**AFFIDAVIT OF MARY MOFFATT HELMS IN SUPPORT OF APPLICATION TO EMPLOY WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC AS SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

Mary Moffatt Helms, under penalty of perjury, says:

1. I am an attorney admitted to practice before the Circuit Court for Hamblen County, Tennessee and a member in the firm of Wimberly, Lawson, Wright, Daves & Jones, PLLC (the "Firm").

2. In preparing this affidavit, I have reviewed the names of the parties who have filed proofs of claims in this chapter 11 case. Except as disclosed herein, while the Firm may have represented in the past some of the parties on the list provided, or other creditors of Eastern Livestock Co., LLC who were not included on the list, to the best of my knowledge such representations were and are not connected with the Trustee or his interests and are unrelated matters.

3. To the best of my knowledge neither the Firm nor I, nor any other member, associate or professional employee of the Firm own or represent any interest materially adverse to the estate of the above-captioned debtor and debtor-in-possession ("Debtor"). Moreover, to the best of my knowledge, other than as disclosed herein, the Firm has no present connection with Debtor's estate, its creditors or any other party in interest. The Firm is owed

$300 by Debtor on account of work the Firm performed prior to the filing of Debtor's chapter 11 case. The Firm has agreed to waive that claim.

4. To the best of my knowledge, no member or associate of the Firm is a relative of any judge of this Court.

5. To the best of my knowledge, the Firm is not and has not been connected with any judge of this Court so as to render improper the employment of the Firm as requested in the application.

6. The Firm has not yet received any compensation for services to be rendered in this case. The Firm was paid prior to the filing for work done on behalf of Eastern Livestock Co., LLC prior to the bankruptcy filing. I have advised the Trustee of the willingness of the Firm to serve as counsel in connection with this case based upon the Firm's standard hourly billing rates for similar services. I have also shared with Trustee all of the matters set forth above.

7. In view of the foregoing, I believe that the Firm (i) does not hold or represent an interest adverse to the estate, and (ii) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code. The Firm understands its continuing responsibility to be aware of, and to further disclose, any relationship or connection between it and other parties-in-interest to the Debtor's bankruptcy estate and case as they appear or become recognized during the case. Accordingly we reserve the right to, and shall, supplement this disclosure if necessary as more information becomes known to us.

-3-

I affirm under penalty of perjury that the foregoing statements are true.

*Mary M H Helms*
Mary Moffatt Helms
Wimberly, Lawson, Wright, Daves & Jones, PLLC
929 W. First North Street
PO Box 1066
Morristown, TN 37816-1066
mmhelms@wimberlylawson.com
(423) 587-6870 (telephone)
(423) 587-1479 (facsimile)