**SO ORDERED: September 19, 2013.**



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 08/2013)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion to Appear Pro Hac Vice was filed on September 13, 2013, by Thomas Richard Alexander II. The Court, after reviewing the motion, finds that the request is proper.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Joined Party Bill Chase must distribute this order.

###