```
                           United States Bankruptcy Court
                            Southern District of Indiana
In re:                                                              Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                          Chapter 11
        Debtor
```
## CERTIFICATE OF NOTICE

```
District/off: 0756-4          User: edixon              Page 1 of 16              Date Rcvd: Sep 18, 2013
                              Form ID: SF00100          Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2013.
aty          +Christopher E. Baker,    Tucker Hester Baker & Krebs, LLC,    Regions Tower, 16th Floor,
               One Indiana Square,    Indianapolis, IN 46204-2004
aty          +Thomas Richard Alexander, II,    Richardson Gardner & Alexander,    117 East Washington Street,
               Glasgow, KY 42141-2696
cr           +Bob's Auto, Inc. d/b/a Bob's Auto Supply,    PO Box 419,    Edmonton, KY 42129-0419
cr           +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
adb         #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
op           +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd        +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,    Castlewood, VA 24224-9686
cr         ++++MICHAEL WADE LOULA,    1185 COUNTY ROAD 1170,    COLONY OK 73021-2217
              (address filed with court: Michael Wade Loula,    Rt1, Box 50,    Colony, OK 73021-9631)
op            National Cattlemen's Beef Association,     Alice Devine,    Devine & Donley, LLC,
               534 S KS Ave Suite 1420,    Topeka, KA 66603
cr            Philip Martin,    6853 Fairview Rd,    Cookeville, TN 38501-9715
cr           +Sam Fousek,    29972 396th Ave,    Wagner, SD 57380-7124
op           +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
cr           +Tennessee Livestock Producers, Inc.,    P.O. Box 313,    Columbia, TN 38402-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: asr@btcmlaw.com Sep 18 2013 22:24:04     Ashley S Rusher,
               Blanco Tackabery & Matamoros PA,    PO Drawer 25008,   Winston-Salem, NC 27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2013 at the address(es) listed below:
          Allen   Morris    on behalf of Creditor Todd   Rosenbaum amorris@stites.com, dgoodman@stites.com
          Allen   Morris    on behalf of Creditor    Republic Bank and Trust Company amorris@stites.com,
           dgoodman@stites.com
          Allen   Morris    on behalf of Joined Party    Rosenbaum Feeder Cattle, LLC amorris@stites.com,
           dgoodman@stites.com
          Allen   Morris    on behalf of Defendant Todd   Rosenbaum amorris@stites.com, dgoodman@stites.com
          Allen   Morris    on behalf of Defendant    Intrust Bank, NA amorris@stites.com, dgoodman@stites.com
          Allen   Morris    on behalf of Creditor    Rosenbaum Feeder Cattle Company, LLC amorris@stites.com,
           dgoodman@stites.com
          Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com,
           jli@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Counter-Defendant James A. Knauer, Trustee ads@kgrlaw.com,
           jli@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Plaintiff    James A. Knauer, Trustee ads@kgrlaw.com,
           jli@kgrlaw.com
          Amelia Martin Adams    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC
           aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC
           aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
```

```
District/off: 0756-4          User: edixon                 Page 2 of 16                  Date Rcvd: Sep 18, 2013
                              Form ID: SF00100             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Amelia Martin Adams    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    East Tennessee Livestock Center, Inc.
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant Mike  Bradbury aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc.
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Fort Payne Stockyards aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    B&B Land and Livestock aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc.
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant Amos  Kropf aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant Jeremy  Coffey aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant Alton  Darnell aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass South Livestock Market, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards East, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Bradbury & York aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross Defendant Alton  Darnell aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Piedmont Livestock, Inc. aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc.
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Third Party Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Larry  Zeien, Jr. astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant Willie  Downs astosberg@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com
              Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C.
               avandiver@aswdlaw.com,    sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County
               traluy@fbhlaw.net

```
District/off: 0756-4          User: edixon             Page 3 of 16              Date Rcvd: Sep 18, 2013
                              Form ID: SF00100         Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Ben T. Caughey    on behalf of Defendant Allen  Barry ben.caughey@icemiller.com
          Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@icemiller.com
          Ben T. Caughey    on behalf of Defendant   E4 Cattle Company, LLC ben.caughey@icemiller.com
          Bret S. Clement    on behalf of Creditor   First Bank and Trust Company, The bclement@acs-law.com,
           sfinnerty@acs-law.com
          Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
          Brian H Meldrum    on behalf of Creditor   Intrust Bank, NA bmeldrum@stites.com
          Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
          Brian H Meldrum    on behalf of Creditor Monty  Koller bmeldrum@stites.com
          Brian Robert Pollock    on behalf of Creditor   Intrust Bank, NA bpollock@stites.com
          Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com
          Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com
          C. R. Bowles, Jr    on behalf of Creditor    Joplin Regional Stockyards cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
           cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
           cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
           cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor    Breeding Brothers cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Creditor    Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Creditor    Randy Hoover & Son, LLC cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Defendant    ADM Investor Services, Inc. cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Defendant    Randy Hoover and Son cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
           cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Counter-Claimant Jeffrey  Madison cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southland Haulers, LLC
           cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Counter-Claimant Francis J. Madison cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Joined Party    Francis J. Madison, Jeffrey Madison and Madison Ca
           cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Plaintiff    Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
           cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Counter-Claimant    Madison Cattle cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          C. R. Bowles, Jr    on behalf of Petitioning Creditor    B&B Farms cbowles@bgdlegal.com,
           smays@bgdlegal.com;cjenkins@bgdlegal.com
          Chad Duane Wuertz    on behalf of Defendant    S&S Cattle Company chad@wuertzlaw.com,
           joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com

```
District/off: 0756-4              User: edixon                  Page 4 of 16                  Date Rcvd: Sep 18, 2013
                                  Form ID: SF00100              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Chad Duane Wuertz     on behalf of Cross-Claimant Royce  Stallcup chad@wuertzlaw.com,
               joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
              Chad Duane Wuertz     on behalf of Defendant Royce  Stallcup chad@wuertzlaw.com,
               joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
              Charles R. Wharton     on behalf of U.S. Trustee    U.S. Trustee Charles.R.Wharton@usdoj.gov,
               Charles.R.Wharton@usdoj.gov
              Chrisandrea L. Turner     on behalf of Defendant    Cornelison Farms, FLP clturner@stites.com
              Chrisandrea L. Turner     on behalf of Creditor    Cornelison Farms, LLC clturner@stites.com
              Christie A. Moore     on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cm@gdm.com,    ljs2@gdm.com
              Christie A. Moore     on behalf of Plaintiff    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore     on behalf of Cross Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore     on behalf of Defendant    Superior Livestock Auction cm@gdm.com,  ljs2@gdm.com
              Christie A. Moore     on behalf of Counter-Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher E. Baker     on behalf of Creditor    Capitol Indemnity Corporation cbaker@thbklaw.com,
               thignight@thbklaw.com;twilkerson@thbklaw.com
              Christopher M. Trapp     on behalf of Plaintiff    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,    lemerson@rubin-levin.net
              Christopher M. Trapp     on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,    lemerson@rubin-levin.net
              Christopher M. Trapp     on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,    lemerson@rubin-levin.net
              Daniel J. Donnellon     on behalf of Creditor    First Bank and Trust Company, The
               ddonnellon@ficlaw.com,    knorwick@ficlaw.com
              Daniel J. Donnellon     on behalf of Cross Defendant    The First Bank and Trust Company
               ddonnellon@ficlaw.com,    knorwick@ficlaw.com
              Daniel J. Donnellon     on behalf of Intervenor    The First Bank and Trust Company
               ddonnellon@ficlaw.com,    knorwick@ficlaw.com
              Daniel J. Donnellon     on behalf of Cross Defendant    First Bank & Trust Company
               ddonnellon@ficlaw.com,    knorwick@ficlaw.com
              David A. Laird     on behalf of Creditor    Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com,    lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David A. Laird     on behalf of Cross Defendant    Peoples Bank david.laird@moyewhite.com,
               lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina     on behalf of Creditor     Nu-Technologies, Inc dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor Travis  Bellar dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor    Madden Brothers, LLC dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor    Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina     on behalf of Creditor    Madden Brothers dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Cooper Robertson     on behalf of Defendant Monty Larry Koller crobertson@stites.com,
               docketclerk@stites.com
              David Cooper Robertson     on behalf of Defendant    Intrust Bank, NA crobertson@stites.com,
               docketclerk@stites.com
              David L. Abt     on behalf of Plaintiff    Rush Creek Ranch, LLP davidabt@mwt.net
              David L. Abt     on behalf of Other Professional David L. Abt davidabt@mwt.net
              David L. Abt     on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
              David L. LeBas     on behalf of Third Party Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,    koswald@namanhowell.com
              David L. LeBas     on behalf of Intervenor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas     on behalf of Creditor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas     on behalf of Counter-Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com,    koswald@namanhowell.com
              David W. Brangers     on behalf of Defendant    Hurstbourne Landings Development Co., LLC
               dbrangers@lawyer.com
              Deborah Caruso     on behalf of Other Professional Kathryn  Pry dcaruso@daleeke.com,
               mtheisen@daleeke.com
              Deborah Caruso     on behalf of Third Party Defendant Kathryn L. Pry dcaruso@daleeke.com,
               mtheisen@daleeke.com
              Dustin R. DeNeal     on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal     on behalf of Counter-Claimant James A. Knauer dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal     on behalf of Plaintiff    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal     on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal     on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
```

```
District/off: 0756-4          User: edixon              Page 5 of 16           Date Rcvd: Sep 18, 2013
                              Form ID: SF00100          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Dustin R. DeNeal    on behalf of Member Debtor   Okie Farms, L.L.C. dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
        Edward M King    on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com, dgioffre@fbtlaw.com
        Elliott D. Levin    on behalf of Defendant Gene   Stoops edl@rubin-levin.net, atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Plaintiff   Superior Livestock Auction, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Cross Defendant   Superior Livestock Auction, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Petitioning Creditor   Superior Livestock Auction, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Cross Defendant   Joplin Regional Stockyards, Inc. edl@rubin-levin.net, atty_edl@trustesolutions.com
        Eric C Redman    on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric C Redman    on behalf of Cross Defendant Edward   Strickland ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric C Redman    on behalf of Intervenor   Strickland Farms ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric C Redman    on behalf of Defendant Edward   Strickland ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric W. Richardson    on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com, bjtobin@vorys.com
        Erick P Knoblock    on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com, dwright@daleeke.com
        Erick P Knoblock    on behalf of Third Party Defendant Kathryn L. Pry eknoblock@daleeke.com, dwright@daleeke.com
        Erin Casey Nave    on behalf of Defendant Bill   Eberle enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant   Demaio Farms & Ranches, Inc. enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Travis   Dicke enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Kevin   Manthey enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant   Salem Livestock Auction, Inc. enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant   J & S Feedlots, Inc. enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant   Arab Livestock Market, Inc. enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Russell D. Garwood enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Ronald   Stahl enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Substituted Party Bud   Heine enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Gary   Krantz enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Brandon   Zeisler enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Thomas R. Glover enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Erin Casey Nave    on behalf of Defendant Monte   Haiar enave@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
        Harmony A Mappes    on behalf of Counter-Claimant James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Third Party Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Plaintiff   Okie Farms, L.L.C. harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Counter-Claimant James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes    on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

```
District/off: 0756-4          User: edixon              Page 6 of 16              Date Rcvd: Sep 18, 2013
                              Form ID: SF00100          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
          Harmony A Mappes    on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
          Ivana B. Shallcross    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Defendant Jeffrey Madison ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Cross Defendant    Superior Livestock Auction, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Defendant    Northwest Alabama Livestock Auction ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Defendant Stephen N. Kitchens ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Plaintiff    Superior Livestock Auction, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Defendant    Madison Cattle ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Creditor    Joplin Regional Stockyards ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Ivana B. Shallcross    on behalf of Defendant    Superior Livestock Auction ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
          Jack S Dawson    on behalf of Defendant    Nichols Livestock jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
          Jack S Dawson    on behalf of Defendant Robert and Jane    Nichols jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
          Jack S Dawson    on behalf of Defendant    Nichols Livestock, Inc. jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
          Jack S Dawson    on behalf of Defendant Ricky    Beard jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
          Jack S Dawson    on behalf of Defendant    Jane, LLC jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
          Jack S Dawson    on behalf of Defendant Jane    Nichols jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
          Jack S Dawson    on behalf of Defendant Robert    Nichols jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
          James A. Knauer    jak@kgrlaw.com,    tjf@kgrlaw.com
          James A. Knauer    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com, tjf@kgrlaw.com
          James A. Knauer    on behalf of Trustee James A. Knauer jak@kgrlaw.com,    tjf@kgrlaw.com
          James A. Knauer    on behalf of Intervenor James    Knauer jak@kgrlaw.com,    tjf@kgrlaw.com
          James A. Knauer    on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com,    tjf@kgrlaw.com
          James A. Knauer    on behalf of Counter-Claimant James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
          James A. Knauer    on behalf of Plaintiff    James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
          James A. Knauer    on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com,    tjf@kgrlaw.com
          James B. Lind    on behalf of Cross Defendant    Fifth Third Bank jblind@vorys.com
          James B. Lind    on behalf of Cross Defendant    Fifth Third Bank, N.A. jblind@vorys.com
          James B. Lind    on behalf of Third Party Defendant    Fifth Third Bank jblind@vorys.com
          James B. Lind    on behalf of Counter-Defendant    Fifth Third Bank jblind@vorys.com
          James B. Lind    on behalf of Defendant    Fifth Third Bank jblind@vorys.com
          James B. Lind    on behalf of Creditor    Fifth Third Bank jblind@vorys.com
          James B. Lind    on behalf of Counter-Defendant    Fifth Third Bank, N.A. jblind@vorys.com
          James Bryan Johnston    on behalf of Cross Defendant Frank    Powell bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Defendant Gary    Tate, d/b/a Tate Ranch bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant Bobby    Bynum bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Bobby    Bynum bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Johnny    Mayo, Jr. bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Tom    Svoboda bjtexas59@hotmail.com, bryan@ebs-law.net

```
District/off: 0756-4          User: edixon                 Page 7 of 16                 Date Rcvd: Sep 18, 2013
                              Form ID: SF00100             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James Bryan Johnston    on behalf of Cross Defendant Debbie  Bynum bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross-Claimant Tom  Svoboda bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Eddie  Eicke bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant Bill  Davis bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross-Claimant Eddie  Eickie bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant    Davis Quarter Horses bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant Johnny  Mayo bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Bill  Davis bjtexas59@hotmail.com,  bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross Defendant    Bynum Ranch Company bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor Frank  Powell bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Cross-Claimant Frank  Powell bjtexas59@hotmail.com, bryan@ebs-law.net
          James Bryan Johnston    on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com, bryan@ebs-law.net
          James E Rossow, Jr.    on behalf of Third Party Defendant    Superior Livestock Auction, Inc. jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc. jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Creditor    Joplin Regional Stockyards jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc. jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc. jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Cross Defendant    Superior Livestock Auction, Inc. jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E Rossow, Jr.    on behalf of Counter-Defendant    Superior Livestock Auction, Inc. jim@rubin-levin.net,  susan@rubin-levin.net;ATTY_JER@trustesolutions.com
          James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com, legalassistant@smithakins.com
          James Edwin McGhee, III    on behalf of Third Party Defendant    Vermilion Ranch Corp. mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
          James Edwin McGhee, III    on behalf of Creditor    Vermilion Ranch Corporation mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
          James M. Carr    on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James M. Carr    on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James M. Carr    on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
          James T Young    on behalf of Intervenor Michael J Walro james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com
          Jason W. Cottrell    on behalf of Creditor Rex  Elmore jwc@stuartlaw.com,   jbr@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
          Jay P. Kennedy    on behalf of Trustee James A. Knauer jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff    James A. Knauer, Trustee jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Defendant Rex  Mooney jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
          Jeffrey J. Graham    on behalf of Defendant Ronald  Stahl jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey J. Graham    on behalf of Defendant    Arab Livestock Market, Inc. jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey J. Graham    on behalf of Defendant Bill  Eberle jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
          Jeffrey J. Graham    on behalf of Defendant    Salem Livestock Auction, Inc. jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com

```
District/off: 0756-4           User: edixon                Page 8 of 16              Date Rcvd: Sep 18, 2013
                               Form ID: SF00100            Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeffrey J. Graham    on behalf of Defendant Monte  Haiar jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Gary  Krantz jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Thomas R. Glover jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Substituted Party Bud  Heine jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Russell D. Garwood jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    J & S Feedlots, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Brandon  Zeisler jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Travis  Dicke jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Kevin  Manthey jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party    United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,    USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Cross-Claimant    DeCordova Cattle Company jerler@ghjhlaw.com,
               lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
              Jeffrey R. Erler    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
                jerler@ghjhlaw.com,    lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com,
               tjf@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Trustee James A. Knauer jwatt@kgrlaw.com,
               tjf@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com,
               tjf@kgrlaw.com;ads@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff    James A. Knauer, Trustee jwatt@kgrlaw.com,
               tjf@kgrlaw.com;ads@kgrlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff    Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com
              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Livestock LLC
                jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant Donald K. Garrett jessica.olsheski@justice-law.net,
                julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Livestock, LLC
                jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Builders, LLC
                jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    J & L Farms, LLC
                jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Builders LLC
                jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    J&L Farms LLC
                jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party Donald K. Garrett
                jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jill Zengler Julian    on behalf of Joined Party    United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe Lee Brown    on behalf of Defendant    Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
              Joe T. Roberts, Hon.    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
                jratty@windstream.net
              John  Huffaker    on behalf of Creditor    Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John  Huffaker    on behalf of Plaintiff    Friona Industries, LP john.huffaker@sprouselaw.com,
               lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
              John David Hoover    on behalf of Special Counsel    Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Defendant    Rufenacht Commodities, Inc.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Friona Industries, LP
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant    Cattlemen's Feedlot, Ltd.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Friona Industries, L.P.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Plaintiff    Friona Industries, LP
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    Friona Industries, LP john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant Robert  Rufenacht john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Cactus Growers, Inc.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Third Party Defendant    Friona Industries, L.P.
                john.massouh@sprouselaw.com
```

```
District/off: 0756-4                  User: edixon                  Page 9 of 16                  Date Rcvd: Sep 18, 2013
                                      Form ID: SF00100              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              John Hunt Lovell     on behalf of Creditor    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Defendant    Demaio Farms & Ranches, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Third Party Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Counter-Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Third Party Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Creditor    De Maio Farms & Ranches, Inc. a/k/a de Maio Land a
               john@lovell-law.net,    sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Counter-Defendant    Friona Industries, LP john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell     on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers     on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
               susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers     on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               johnr@rubin-levin.net,    susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers     on behalf of Defendant Gene   Stoops johnr@rubin-levin.net,
               susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers     on behalf of Creditor    Joplin Regional Stockyards johnr@rubin-levin.net,
               susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers     on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               johnr@rubin-levin.net,    susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers     on behalf of Cross Defendant    Joplin Regional Stockyards, Inc.
               johnr@rubin-levin.net,    susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com,
               jody.moore@crowedunlevy.com
              John R. Burns, III    on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
               sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               john.burns@faegrebd.com,    sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Carr, III    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John R. Carr, III    on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor Ron P. Reed james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Cross Defendant    Joplin Regional Stockyards, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers, III    on behalf of Defendant Robert   Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant Jane   Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant    Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua Elliott Clubb     on behalf of Defendant Tim   White joshclubb@gmail.com
              Joshua Elliott Clubb     on behalf of Other Professional    Kentucky Cattlemen's Association
               joshclubb@gmail.com
              Joshua N. Stine    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse     on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
```

```
District/off: 0756-4          User: edixon              Page 10 of 16           Date Rcvd: Sep 18, 2013
                              Form ID: SF00100          Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
              Karen L. Lobring    on behalf of Creditor   FPC Financial, f.s.b. lobring@msn.com
              Kay Dee Baird    on behalf of Defendant   Janousek Farms, Inc. kbaird@kdlegal.com,
               pdidandeh@kdlegal.com
              Kay Dee Baird    on behalf of Defendant Jt  Nuckols kbaird@kdlegal.com,  pdidandeh@kdlegal.com
              Kayla D. Britton    on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Kelly Greene McConnell    on behalf of Creditor   AB Livestock, LLC lisahughes@givenspursley.com
              Kelly Greene McConnell    on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kevin J. Mitchell    on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com,
               cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Member Debtor    Okie Farms, L.L.C. kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Third Party Plaintiff James A. Knauer, Trustee
               kevin.toner@faegrebd.com,   judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               kevin.toner@faegrebd.com,   judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff    Okie Farms, L.L.C. kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer, Trustee kevin.toner@faegrebd.com,
               judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk  Crutcher    on behalf of Counter-Defendant Gene  Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com
              Kirk  Crutcher    on behalf of Cross Defendant Gene  Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com
              Kirk  Crutcher    on behalf of Creditor Gene  Shipman kcrutcher@mcs-law.com,  jparsons@mcs-law.com
              Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc.
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Defendant Amos  Kropf ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc.
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Creditor    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day 10DelCotto    on behalf of Third Party Defendant    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
```

```
District/off: 0756-4          User: edixon              Page 11 of 16              Date Rcvd: Sep 18, 2013
                              Form ID: SF00100          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Laura Day 10DelCotto    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc.
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Piedmont Livestock, Inc. ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards East, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Third Party Defendant    Southeast Livestock Exchange, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Defendant Jeremy    Coffey ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Southeast Livestock Exchange, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Piedmont Livestock Company, Inc.
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Special Counsel    Delcotto Law Group PLLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Blue Grass South Livestock Market, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Third Party Defendant    East Tennessee Livestock Center, Inc.
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    First Bank and Trust Company, The
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Defendant    B&B Land and Livestock ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor Alton    Darnell ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Defendant    Southeast Livestock Exchange, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Cross-Claimant Alton    Darnell ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Defendant Mike    Bradbury ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Third Party Defendant    Piedmont Livestock, Inc.
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Cross Defendant Alton    Darnell ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Creditor    East Tennessee Livestock Center, Inc.
         ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day 10DelCotto    on behalf of Defendant    Fort Payne Stockyards ldelcotto@dlgfirm.com,
         dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
         courtmail@fbhlaw.net
        Mark A. Robinson    on behalf of Defendant    Atkinson Livestock Market, LLC mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Defendant    Demaio Farms & Ranches, Inc. mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Defendant    Ganado, Inc. mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Defendant Brian    Witt mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson@vhrlaw.com
        Mark A. Robinson    on behalf of Third Party Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com
        Martha R. Lehman    on behalf of Defendant Jt    Nuckols mlehman@kdlegal.com,
         crbpgpleadings@kdlegal.com;brequenes@kdlegal.com
        Martha R. Lehman    on behalf of Defendant    Janousek Farms, Inc. mlehman@kdlegal.com,
         crbpgpleadings@kdlegal.com;brequenes@kdlegal.com
        Matthew Daniel Neumann    on behalf of Defendant Bill    Eberle mneumann@hhclaw.com
        Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas
         kim.maynes@moyewhite.com

```
District/off: 0756-4                  User: edixon                    Page 12 of 16                  Date Rcvd: Sep 18, 2013
                                      Form ID: SF00100                Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Company, LP
               indyattorney@hotmail.com, mattstrzynski@mac.com
              Matthew R. Strzynski    on behalf of Defendant    Plateau Production Company
               indyattorney@hotmail.com, mattstrzynski@mac.com
              Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Management, LLC
               indyattorney@hotmail.com, mattstrzynski@mac.com
              Matthew R. Strzynski    on behalf of Defendant Tobin M. Parker indyattorney@hotmail.com,
               mattstrzynski@mac.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Third Party Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
              Meredith R. Theisen    on behalf of Other Professional Kathryn  Pry mtheisen@daleeke.com
              Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue
               michael.willey@ag.tn.gov
              Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Defendant John F. Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Matthew  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Patrick  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Anna  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Creditor Grant  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael W. McClain    on behalf of Cross Defendant Amanda  Gibson mike@kentuckytrial.com,
               laura@kentuckytrial.com
              Michael Wayne Oyler    on behalf of Creditor    Your Community Bank moyler@rwsvlaw.com
              Niccole R. Sadowski    on behalf of Creditor    Capitol Indemnity Corporation nsadowski@thbklaw.com,
               btaylor@thbklaw.com;twilkerson@thbklaw.com
              Patrick B Griffin    on behalf of Other Professional    Wells Fargo Bank, National Association
               patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
              Paul M. Hoffmann    on behalf of Defendant    ADM Investor Services, Inc. phoffmann@stinson.com
              Peter M Gannott    on behalf of Other Professional    Laurel Livestock Market Inc.
               pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
              Peter M Gannott    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
               pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Third Party Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross-Claimant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Creditor    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank RDLatour@vorys.com,
               khedwards@vorys.com;bjtobin@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter-Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Creditor    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter-Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross-Claimant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Third Party Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Other Professional    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
```

Case 10-93904-BHL-11    Doc 2359    Filed 09/20/13    EOD 09/21/13 00:44:24    Pg 13 of 17

```
District/off: 0756-4            User: edixon                 Page 13 of 16                  Date Rcvd: Sep 18, 2013
                                Form ID: SF00100             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert H. Foree   on behalf of Creditor   Kentucky Cattlemen's Association
           robertforee@bellsouth.net
          Robert K Stanley   on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
          Robert K Stanley   on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
          Robert K Stanley   on behalf of Defendant   Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Robert K Stanley   on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
          Ross A. Plourde   on behalf of Defendant William  Bush ross.plourde@mcafeetaft.com,
           afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Defendant   Stockman Oklahoma Livestock Marketing, Inc.
           ross.plourde@mcafeetaft.com,   afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Creditor   Crumpler Bros. ross.plourde@mcafeetaft.com,
           afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Third Party Defendant William  Bush ross.plourde@mcafeetaft.com,
           afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Third Party Defendant   Stockholm Oklahoma Livestock Marketing,
           Inc. ross.plourde@mcafeetaft.com,   afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Creditor   Stockman Oklahoma Livestock Marketing, Inc.
           ross.plourde@mcafeetaft.com,   afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Third Party Defendant   Stockman Oklahoma Livestock Marketing,
           Inc. ross.plourde@mcafeetaft.com,   afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Creditor   The Bank of Kremlin ross.plourde@mcafeetaft.com,
           afton.shaw@mcafeetaft.com
          Ross A. Plourde   on behalf of Creditor Brent  Kuehny ross.plourde@mcafeetaft.com,
           afton.shaw@mcafeetaft.com
          Sandra D. Freeburger   on behalf of Cross Defendant Anna Gayle Gibson sfreeburger@dsf-atty.com,
           mbaker@dsf-atty.com
          Sandra D. Freeburger   on behalf of Creditor   Gibson Farms. LLC sfreeburger@dsf-atty.com,
           mbaker@dsf-atty.com
          Sandra D. Freeburger   on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
           sfreeburger@dsf-atty.com,   mbaker@dsf-atty.com
          Scott R Leisz   on behalf of Defendant   Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
           disom@bgdlegal.com
          Sean T. White   on behalf of Special Counsel   Hoover Hull LLP swhite@hooverhull.com,
           vwilliams@hooverhull.com
          Sean T. White   on behalf of Trustee James A. Knauer swhite@hooverhull.com,
           vwilliams@hooverhull.com
          Shawna M Eikenberry   on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Shawna M Eikenberry   on behalf of Plaintiff James A. Knauer, Trustee
           shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com
          Shawna M Eikenberry   on behalf of Intervenor James A. Knauer, Trustee
           shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com
          Shawna M Eikenberry   on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Shawna M Eikenberry   on behalf of U.S. Trustee   U.S. Trustee shawna.eikenberry@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Shawna M Eikenberry   on behalf of Cross Defendant James A. Knauer, Trustee
           shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com
          Shawna M Eikenberry   on behalf of Counter-Claimant James A. Knauer
           shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com
          Shiv Ghuman O'Neill   on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
           amanda.castor@faegrebd.com
          Shiv Ghuman O'Neill   on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
           amanda.castor@faegrebd.com
          Stephen A. Weigand   on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
          Stephen A. Weigand   on behalf of Intervenor   The First Bank and Trust Company
           sweigand@ficlaw.com
          Stephen E. Schilling   on behalf of Defendant   E4 Cattle Company, LLC seschilling@strausstroy.com
          Stephen E. Schilling   on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
          Steven A. Brehm   on behalf of Cross Defendant   Superior Livestock Auction, Inc.
           sbrehm@bgdlegal.com,   bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Steven A. Brehm   on behalf of Plaintiff   Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
           bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Steven A. Brehm   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
           sbrehm@bgdlegal.com,   bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Steven A. Brehm   on behalf of Defendant   Superior Livestock Auction sbrehm@bgdlegal.com,
           bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Steven A. Brehm   on behalf of Defendant   Hohenberger Cattle sbrehm@bgdlegal.com,
           bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Steven A. Brehm   on behalf of Cross Defendant   Hohenberger Cattle sbrehm@bgdlegal.com,
           bbaumgardner@bgdlegal.com;smays@bgdlegal.com
          Steven Eric Runyan   on behalf of Plaintiff   James A. Knauer, Trustee ser@kgrlaw.com
          Suzanne M Shehan   on behalf of Other Professional   Wells Fargo Bank, National Association
           suzanne.shehan@kutakrock.com,   nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
          Terrill K. Moffett   on behalf of Defendant Rex  Mooney kendalcantrell@moffettlaw.com
          Terry E. Hall   on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
           sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

```
District/off: 0756-4          User: edixon              Page 14 of 16                Date Rcvd: Sep 18, 2013
                              Form ID: SF00100          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Terry E. Hall    on behalf of Counter-Claimant James A. Knauer terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
          Theodore A Konstantinopoulos    on behalf of Creditor    General Electric Capital Corporation ndohbky@jbandr.com
          Thomas C Scherer    on behalf of Creditor    Cullman Stockyard, Inc. tscherer@bgdlegal.com, mmcclain@bgdlegal.com
          Thomas P Glass    on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
          Thomas P Glass    on behalf of Defendant    E4 Cattle Company, LLC tpglass@strausstroy.com
          Timothy T. Pridmore    on behalf of Creditor Gabriel  Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel  Moreno tpridmore@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Creditor Gabriel  Moreno tjohnston@mcjllp.com
          Todd J. Johnston    on behalf of Counter-Claimant Gabriel  Moreno tjohnston@mcjllp.com
          Trevor L. Earl    on behalf of Creditor    Your Community Bank tearl@rwsvlaw.com
          U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
          Walter Scott Newbern, III    on behalf of Creditor    Okeechobee Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant Matt  Eller wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Ron Sizemore Trucking, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Third Party Defendant    CPC Livestock, LLC wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Peoples Livestock Auction, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    First Bank and Trust Company, The wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Intervenor    Hardee Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant Clark  Christensen wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Cross Defendant Edward  Strickland wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Intervenor    Ocala Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant    Ocala Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, I wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant    Columbia Livestock Market of Lake City, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant Ernest  Elder wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Cross Defendant James  Byrd wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    Sumter County Farmers Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Cross Defendant    North Florida Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Defendant    Billingsley Auction Sale, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Creditor    North Florida Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Intervenor    Sumter County Farmer's Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III    on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com

```
District/off: 0756-4           User: edixon                Page 15 of 16                    Date Rcvd: Sep 18, 2013
                               Form ID: SF00100            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Walter Scott Newbern, III    on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Tom  Freeman wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Columbia Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Robert  Rawls d/b/a Robert Rawls Livestock
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sealy And Sons Livestock, LLP
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Florida Association Livestock Markets
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ocala Livestock Market, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Carroll Co L/S Sale Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ron Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Macon Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Townsend Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Robert Rawls Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Clark  Christensen wsnewbern@msn.com
```

Case 10-93904-BHL-11   Doc 2359   Filed 09/20/13   EOD 09/21/13 00:44:24   Pg 16 of 17

```
District/off: 0756-4          User: edixon              Page 16 of 16            Date Rcvd: Sep 18, 2013
                              Form ID: SF00100          Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Walter Scott Newbern, III    on behalf of Defendant    Macon Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor   Oak Lake Cattle Co. wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Wendy W Ponader    on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith, III    on behalf of Defendant    Tulsa Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III    on behalf of Defendant    South Coffeyville Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III    on behalf of Creditor    Coffeyville Livestock Market, LLC
               wsmith@k-glaw.com,   pballard@k-glaw.com
              William K. Flynn    on behalf of Defendant    E4 Cattle Company, LLC wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Cross Defendant Chad   Houck wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William Robert Meyer, II    on behalf of Defendant Monty Larry Koller rmeyer@stites.com
              William Robert Meyer, II    on behalf of Defendant    Intrust Bank, NA rmeyer@stites.com
              William Robert Meyer, II    on behalf of Creditor    Republic Bank and Trust Company
               rmeyer@stites.com
              William Robert Meyer, II    on behalf of Defendant Todd   Rosenbaum rmeyer@stites.com
                                                                                             TOTAL: 633
```

Case 10-93904-BHL-11   Doc 2359   Filed 09/20/13   EOD 09/21/13 00:44:24   Pg 16 of 17

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00100 (rev 11/2010)

In re:

**Eastern Livestock Co., LLC**,            Case No. **10−93904−BHL−11**
      Debtor(s).

## NOTICE

A(n) Application to Employ was filed with the Clerk of Court on September 17, 2013, by Trustee James A. Knauer.

> Trustee seeks to employ Wimberly Lawson Wright Daves & Jones, PLLC as special counsel to Trustee.

NOTICE IS GIVEN that any objection to the relief requested in the above−referenced document must be filed at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office in accordance with S.D.Ind. B−9013−1(d). Any objection must be served on the attorney for the filing party and filed by October 9, 2013.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

The document referenced above is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  September 18, 2013            Kevin P. Dempsey
                                           Clerk, U.S. Bankruptcy Court