UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 07/2010)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

# NOTICE

NOTICE IS GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

> Hearing Re: Amended Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 filed by Kevin M. Toner on behalf of Trustee James A. Knauer with an Objection filed by John Frederick Massouh on behalf of Creditors Zeien II Larry, ADM Investor Services, Inc., Robert Rufenacht, Rufenacht Commodities, Inc
>
> Date:  October 7, 2013
> Time: 01:30 PM EDT
> Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than **7 days** before the date of the hearing. Motions for continuances filed less than **7 days** before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

The above−referenced document is available at http://pacer.insb.uscourts.gov, or it may be requested from the filer.

Dated:  September 24, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court