**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |

_____

**MOTION FOR SCHEDULING EXTENSION**

_____

COME NOW Alabama Livestock Auction, Inc. and Sealy And Sons Livestock, LLP [AP 12-59129]; Ashville Stockyard, Inc. [AP 12-59128]; Billingsley Auction Sale, Inc. [AP 12-59150]; Carroll County Livestock Sales Barn, Inc. [AP 12-59172]; Macon Stockyards, Inc. [AP 12-59149]; Robert Rawls d/b/a Robert Rawls Livestock [AP 12-59147]; Peoples Livestock Auction, Inc. [AP 12-59133]; Vernon Inman [AP 12-59156]; Vernon Inman, II and 2Z Cattle [AP 12-59157]; Clark Christensen [AP 12-59142]; Matt Eller [AP 12-59144]; (collectively, "Creditor Parties" ), by and through undersigned counsel, and file the collective request for an extension of the scheduling orders of ninety (90) days and states as follows:

1. On August 6, 2013, undersigned counsel filed in the Fredin Interpleader [AP 12-59108] on behalf of Edwin A. Strickland d/b/a Strickland Farms the *Motion For Summary Judgment On Clearing Pursuant To The Packers And Stockyards Act Of 1921 And Memorandum Of Law In Support* [Doc 113].

2. Although the question of clearing was first introduced to the Court and the Trustee and Fifth Third Bank in the Spring of 2011 and has been continuously argued on behalf of Florida and other creditors since, both the Trustee and Fifth Third Bank responded to this with

a request for a ninety (90) day extension for response on the basis of a new fact pattern. The Court granted the Trustee's and Fifth Third's requests and their responses are now due on December 5, 2013.

3.      With the exception of the two (2) Inman cases, each of the above listed adversary proceeding involve the "clearing agency" activity of Eastern with the very same "clearee," E4 Cattle, as is the case in the Strickland matter. The Inman cases involve an identical pattern of Eastern's "clearing agency" activity but with a different "clearee," Vernon Inman. The list of "clearees' on Eastern's bond provided by the Trustee to undersigned counsel nearly two (2) years ago is attached and clearly identifies "E4 Cattle" and "Vernon Inman" as Eastern's clearees. Exhibit A.

4.      The Strickland case and *Motion For Summary Judgment* is in effect the first case for this clearing fact pattern which was also the subject of a number of Motions To Dismiss filed with the Court last Fall, a year ago. Similar motions for summary judgment to that filed on behalf of Mr. Strickland will be filed in each of the applicable adversary proceedings on behalf of each of the Creditor Parties to this Motion. In part, the requested additional time is needed for these filings and replies to the responses from the Trustee and Fifth Third Bank.

5.      Additionally, the Creditors Parties need the responses of the Trustee and Fifth Third Bank to the Strickland's Motion For Summary Judgment in order to properly prepare their defenses and conduct any appropriate discovery that may be needed. *See* Fed. R. Civ. Pro. 56(d) The Strickland fact pattern encompasses most, if not all, of the facts common to each of the Creditor Parties with respect to clearing matters.

WHEREFORE the Creditor Parties request that the Scheduling in the Adversary Proceedings listed below be extended by the same ninety (90) day period granted to the Trustee

and Fifth Third Bank in responding to the Strickland *Motion For Summary Judgment On Clearing Pursuant To The Packers And Stockyards Act Of 1921 And Memorandum Of Law In Support* [AP 12-59108, Doc 120]:

- Alabama Livestock Auction, Inc. [AP 12-59129];
- Ashville Stockyard, Inc. [AP 12-59128];
- Billingsley Auction Sale, Inc. [AP 12-59150];
- Carroll County Livestock Sales Barn, Inc. [AP 12-59172];
- Macon Stockyards, Inc. [AP 12-59149];
- Robert Rawls d/b/a Robert Rawls Livestock [AP 12-59147];
- Peoples Livestock Auction, Inc. [AP 12-59133];
- Vernon Inman [AP 12-59156];
- Vernon Inman, II and 2Z Cattle [AP 12-59157];
- Clark Christensen [AP 12-59142]; AND
- Matt Eller [AP 12-59144

Respectfully submitted this 25th day of  September 2013,

 /s/  W. Scott Newbern 
W. Scott Newbern
W. SCOTT NEWBERN, PL
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.894.0871
wsnewbern@msn.com

COUNSEL FOR CREDITORS

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern
W. SCOTT NEWBERN

# Exhibit A

Revised 1-27-05

1st Revision 15-Apr-02

**Clearees of Eastern Livestock Co., LLC**
**135 West Market Street**
**New Albany, IN 47150**

| Name | Address | Phone Number | Contact Person | SSN/FEIN |
|------|---------|--------------|----------------|----------|
| Frantz Betschart | Route 1, Box 306, Ashland, KS 67831 | (620) 635-2606 | Frantz Betschart | 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 |
| Ken Betschart | 3115 Monte Vista, Torrington, WY 82240 | (307) 532-8456 | Ken Betschart | 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 |
| B4 Cattle Co., Inc. | P.O. Box 1610, Chilhowie, VA 24319 | (276) 496-3371 | Bert Smith IV | 62-1697554 |
| ~~John Cathey~~ | ~~3768 N. Bobolink, Ozark, MO 65721~~ | ~~(417) 266-6263~~ | ~~John Cathey~~ | ~~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~~ | 11/10/06 |
| E4 Cattle Co., LLC | P.O. Box 570, Okolona, MS 38860 | (662) 447-5474 | James Ed Edens IV | 64-0946613 |
| Vernon Inman | Route 2, Box 121, Culleoka, TN 38451 | (931) 987-2517 | Vernon Inman | 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 |
| ~~Lemaster Livestock, LLC~~ | ~~1034 Boiling Springs Highway, Gaffney, SC 29341~~ | ~~(864) 489-0412~~ | ~~Chuck LeMaster~~ | ~~56-2228787~~ | 03/27/06 |
| Oaklake Cattle Co., Inc. | P.O. Box 1284, Okeechobee, FL 34973 | (800) 258-0578 | Jim Byrd | 65-0295258 | 0 12/31/84 |
| ~~Ron Patton~~ | ~~Route 4, Box 1658, Coffeyville, KS 67337~~ | ~~(620) 251-3618~~ | ~~Ron Patton~~ | ~~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~~ |
| Kenny Plowman | 1010 Tattle Branch Road, Chilhowiee, VA 24319 | (276) 646-5247 | Kenny Plowman | 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 |
| ~~Jimmy Rhoderick~~ | ~~135 E. First Street, Hereford, TX 79045~~ | ~~(806) 364-3311~~ | ~~Jimmy Rhoderick~~ | ~~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~~ | 11/10/06 |
| Neal Smith | 807 South Avenue, N. Clifton, TX 76634 | (254) 675-2275 | Neal Smith | 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 |
| Stonnie Sullivan | P.O. Box 1116, Edmonton, KY 42129 | (270) 432-5426 | Stoney Sullivan | 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 |
| Jerry Wolfe | 905 Newberry Road, Richardson, TX 75080 | (972) 235-7377 | Jerry Wolfe | 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 |

Attached to and made part of Bond No. 785636 effective April 26, 2002.

Richard O. Thompson, Attorney in Fact, Capitol Indemnity Corporation

East West Land + Cattle   Boerne, Tx   ~~Added~~   6-15-02   deleted 12/31/04

Final Clearee List:
1. Betschart, F.          Ashland, KS
2. Betschart, K.          Torriington, WY
3. B4 Cattle Co.          Chilhowie, VA
4. E4 Cattle Co.          Okolona, MS
5. Inman, V.              Culeoka, TN
6. Oaklake Cattle Co.     Okeechobee, FL
7. Plowman, K.            Chilhowie, VA
8. Sullivan, S.           Edmonton, KY
9. Wolfe, J.              Richardson, TX

OMB CONTROL NO. 0580-0015

| U.S. DEPARTMENT OF AGRICULTURE<br>GRAIN INSPECTION, PACKERS AND STOCKYARDS<br>ADMINISTRATION<br>PACKERS AND STOCKYARDS PROGRAMS | **RIDER FOR GENERAL USE WITH BOND**<br>**Required Under the Packers and Stockyards Act, 1921,**<br>**as Amended and Supplemented** |
|---|---|

Know all that **(1)** __Eastern Livestock Co., LLC__

(Name of Current Principal)

of **(2)** __New Albany, Indiana__ ,

(City, State)

as Principal, and **(3)** __Capitol Indemnity Corporation__

(Name of Surety)

as Surety, issued bond number **(4)** __785636__ , dated **(5)** __April 26, 2002__ ,

in favor of **(6)** __N/A__ ,

(Name of Trustee)

as Trustee.

In consideration of the premium charged for the above-described bond, Principal and Surety agree to amend the bond as follows:

| Complete the applicable clause(s) set out below: | |
|---|---|
| **7.** Increase in Bond | The bond identified above is increased<br>FROM: $            TO: $ |
| **8.** Decrease in Bond | The bond identified above is decreased<br>FROM: $            TO: $ |
| **9.** Change in Name of Principal | The name and address of the Principal, as given on the bond identified above, are changed<br><br>FROM _____<br>(Name and Address)<br><br>TO _____<br>(Name and Address) |
| **10.** Change in Name of Trustee | The name and address of the Trustee, as given on the bond identified above, are changed<br><br>FROM _____<br>(Name and Address)<br><br>TO _____<br>(Name and Address) |
| **11.** Add Clearing Services | The bond identified above is amended to add Condition 3, Clearing Services.<br><br>☐ Yes      ☐ No |
| **12.** Delete Clearing Services | The bond identified above is amended to delete Condition 3, Clearing Services.<br><br>☐ Yes      ☐ No |

| | |
|---|---|
| **13.** Add Clearee to Clause 3 | The name(s) of: _____ <br> _____(Name and Address)_____ <br><br><br><br> is (are) hereby added as clearee(s) to the bond identified above. |
| **14.** Delete Clearee from Clause 3 | The name(s) of: Jimmy Rhoderick, 115 E. First Street, Hereford, TX  79045 <br> _____(Name and Address)_____ <br><br><br><br> is (are) hereby deleted as clearee(s) from the bond identified above. |

PROVIDED, however, that the identified bond above shall be subject to all its agreements, limitations, and conditions except as herein expressly modified, and further that this bond and all riders attached thereto, including this rider, shall not be cumulative, and when loss shall occur under this bond during a period of time within which the penalty of the bond shall vary, the aggregate liability of Surety shall in no event exceed the largest penalty of this bond in force during the period of time within which such loss shall occur under this bond.

**15.** This rider shall become effective as of the _____ 10th _____ day of _____ November _____, 20 06 .

**16.** Signed and dated this _____ 10th _____ day of _____ November _____, 20 06 .

| | |
|---|---|
| **17.** (Name of Principal) <br><br> Thomas P. Gibson, Manager, Eastern Livestock Co., LLC | (Signing on Behalf of Principal) <br><br> *[signature]* |
| **18.** (Name of Surety) <br><br> Capitol Indemnity Corporation <br> By: *[signature]* | (Signing on Behalf of Surety) <br><br> Carol A. Hollomon, Attorney-in-fact |
| **19.** (Name of Trustee) | (Signing on Behalf of Trustee) |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number  The valid OMB control number for this information is 0580-0015  The time required to complete this collection is estimated to average 30 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection

# CAPITOL INDEMNITY CORPORATION
## POWER OF ATTORNEY

10059094

**KNOW ALL MEN BY THESE PRESENTS**, That the **CAPITOL INDEMNITY CORPORATION**, a corporation of the State of Wisconsin, having its principal offices in the City of Middleton, Wisconsin, does make, constitute and appoint

———————— RONALD J EINBENDER, CHERYL L. FENNESY, CAROL A HOLLOMON ————————

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

———————— ALL WRITTEN INSTRUMENTS IN AN AMOUNT: $1,000,000.00 ————————

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **CAPITOL INDEMNITY CORPORATION** at a meeting duly called and held on the 15th day of May, 2002

**"RESOLVED**, that the President, Executive Vice-President, Vice President, Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings, and other writings obligatory in the nature thereof, one or more resident vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of this company; the signature of such officers and seal of the Company may be affixed to any such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company, and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

**IN WITNESS WHEREOF**, the **CAPITOL INDEMNITY CORPORATION** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 1st day of June, 2006.

Attest:

Alan S. Ogilvie
Secretary

**SEAL**
CAPITOL INDEMNITY CORPORATION
CORPORATE

**CAPITOL INDEMNITY CORPORATION**

James J. McIntyre
President

STATE OF WISCONSIN } S.S.:
COUNTY OF DANE

On the 1st day of June, 2006 before me personally came James J. McIntyre, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is President of **CAPITOL INDEMNITY CORPORATION**, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

KATHLEEN A. PAULSON

Kathleen A. Paulson
Notary Public, Dane Co., WI
My Commission Expires 10-15-2006

**CERTIFICATE**

STATE OF WISCONSIN } S.S.:
COUNTY OF DANE

I, the undersigned, duly elected to the office stated below, now the incumbent in **CAPITOL INDEMNITY CORPORATION**, a Wisconsin Corporation, authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force

Signed and sealed at the City of Middleton, State of Wisconsin this ___10 th___ day of ___November___, 2006

**SEAL**

Alan S. Ogilvie
Secretary

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON BLUE SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT CALL 800-475-4450.

CICW-POA (6-06)

OMB CONTROL NO 0580-0015

| | |
|---|---|
| U.S. DEPARTMENT OF AGRICULTURE<br>GRAIN INSPECTION, PACKERS AND STOCKYARDS<br>ADMINISTRATION<br>PACKERS AND STOCKYARDS PROGRAMS | **RIDER FOR GENERAL USE WITH BOND**<br>**Required Under the Packers and Stockyards Act, 1921,**<br>**as Amended and Supplemented** |

Know all that **(1)**  Eastern Livestock Co., LLC
<div align="center">(Name of Current Principal)</div>

of **(2)**   New Albany, Indiana
<div align="center">(City, State)</div>

as Principal, and **(3)**  Capitol Indemnity Corporation
<div align="center">(Name of Surety)</div>

as Surety, issued bond number **(4)**   785636         , dated **(5)**  April 26, 2002

in favor of **(6)**   N/A
<div align="center">(Name of Trustee)</div>

as Trustee.

In consideration of the premium charged for the above-described bond, Principal and Surety agree to amend the bond as follows:

| Complete the applicable clause(s) set out below: | |
|---|---|
| **7. Increase in Bond** | The bond identified above is increased<br>FROM: $                    TO: $ |
| **8. Decrease in Bond** | The bond identified above is decreased<br>FROM: $                    TO: $ |
| **9. Change in Name of Principal** | The name and address of the Principal, as given on the bond identified above, are changed<br><br>FROM _____<br>(Name and Address)<br><br><br>TO _____<br>(Name and Address) |
| **10. Change in Name of Trustee** | The name and address of the Trustee, as given on the bond identified above, are changed<br><br>FROM _____<br>(Name and Address)<br><br><br>TO _____<br>(Name and Address) |
| **11. Add Clearing Services** | The bond identified above is amended to add Condition 3, Clearing Services.<br><br>☐ Yes        ☐ No |
| **12. Delete Clearing Services** | The bond identified above is amended to delete Condition 3, Clearing Services.<br><br>☐ Yes        ☐ No |

| 13. Add Clearee to Clause 3 | The name(s) of: _____<br>(Name and Address)<br><br><br><br>is (are) hereby added as clearee(s) to the bond identified above. |
|---|---|
| 14. Delete Clearee from Clause 3 | The name(s) of: __John Cathey, P.O. Box 1545, West Plains, MO 65775__<br>(Name and Address)<br><br><br><br>is (are) hereby deleted as clearee(s) from the bond identified above. |

PROVIDED, however, that the identified bond above shall be subject to all its agreements, limitations, and conditions except as herein expressly modified, and further that this bond and all riders attached thereto, including this rider, shall not be cumulative, and when loss shall occur under this bond during a period of time within which the penalty of the bond shall vary, the aggregate liability of Surety shall in no event exceed the largest penalty of this bond in force during the period of time within which such loss shall occur under this bond.

**15.** This rider shall become effective as of the ____6th____ day of ____November____, 20 _06_.

**16.** Signed and dated this ____6th____ day of ____November____, 20 _06_.

| **17.** (Name of Principal)<br><br>Thomas P. Gibson, Manager, Eastern Livestock Co., LLC | (Signing on Behalf of Principal)<br><br>*[signature]* |
|---|---|
| **18.** (Name of Surety)<br>Capitol Indemnity Corporation<br><br>By: *[signature]* | (Signing on Behalf of Surety)<br><br>Carol A. Hollomon, Attorney-in-fact |
| **19.** (Name of Trustee) | (Signing on Behalf of Trustee) |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0580-0015. The time required to complete this collection is estimated to average 30 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.

OMB CONTROL NO. 0580-0015

| U.S. DEPARTMENT OF AGRICULTURE<br>GRAIN INSPECTION, PACKERS AND STOCKYARDS<br>ADMINISTRATION<br>PACKERS AND STOCKYARDS PROGRAMS | RIDER FOR GENERAL USE WITH BOND<br>Required Under the Packers and Stockyards Act, 1921,<br>as Amended and Supplemented |
|---|---|

Know all that **(1)**  Eastern Livestock Co., LLC
<div align="center">(Name of Current Principal)</div>

of **(2)**  New Albany, Indiana ,
<div align="center">(City, State)</div>

as Principal, and **(3)**  CAPITOL INDEMNITY CORPORATION
<div align="center">(Name of Surety)</div>

as Surety, issued bond number **(4)** 785636 , dated **(5)** April 26, 2002 ,

in favor of **(6)**  N/A ,
<div align="center">(Name of Trustee)</div>

as Trustee.

In consideration of the premium charged for the above-described bond, Principal and Surety agree to amend the bond as follows:

| Complete the applicable clause(s) set out below: | |
|---|---|
| 7. Increase in Bond | The bond identified above is increased<br>FROM: $ 740,000                TO: $ 875,000 |
| 8. Decrease in Bond | The bond identified above is decreased<br>FROM: S                TO: $ |
| 9. Change in Name of Principal | The name and address of the Principal, as given on the bond identified above, are changed<br><br>FROM<br><div align="center">(Name and Address)</div><br><br>TO<br><div align="center">(Name and Address)</div> |
| 10. Change in Name of Trustee | The name and address of the Trustee, as given on the bond identified above, are changed<br><br>FROM<br><div align="center">(Name and Address)</div><br><br>TO<br><div align="center">(Name and Address)</div> |
| 11. Add Clearing Services | The bond identified above is amended to add Condition 3, Clearing Services.<br><br>☐  Yes          ☐  No |
| 12. Delete Clearing Services | The bond identified above is amended to delete Condition 3, Clearing Services.<br><br>☐  Yes          ☐  No |

| | |
|---|---|
| **13. Add Clearee to Clause 3** | The name(s) of: _____<br>(Name and Address)<br><br><br>is (are) hereby added as clearee(s) to the bond identified above. |
| **14. Delete Clearee from Clause 3** | The name(s) of: _____<br>(Name and Address)<br><br><br>is (are) hereby deleted as clearee(s) from the bond identified above. |

PROVIDED, however, that the identified bond above shall be subject to all its agreements, limitations, and conditions except as herein expressly modified, and further that this bond and all riders attached thereto, including this rider, shall not be cumulative, and when loss shall occur under this bond during a period of time within which the penalty of the bond shall vary, the aggregate liability of Surety shall in no event exceed the largest penalty of this bond in force during the period of time within which such loss shall occur under this bond.

15. This rider shall become effective as of the __3rd__ day of __March__ , 20 _06_ .

16. Signed and dated this __29th__ day of __March__ , 20 _06_ .

| | |
|---|---|
| **17.** (Name of Principal)<br><br>Eastern Livestock Co., LLC<br><br>By: | (Signing on Behalf of Principal)<br><br>*Thomas D. Gibson*<br>Thomas P. Gibson, President |
| **18.** (Name of Surety)<br>Capitol Indemnity Corporation<br><br>By: *Carol A. Hollomon* | (Signing on Behalf of Surety)<br><br>Carol A. Hollomon, Attorney-in-fact |
| **19.** (Name of Trustee) | (Signing on Behalf of Trustee) |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0580-0015. The time required to complete this collection is estimated to average 30 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.

# CAPITOL INDEMNITY CORPORATION
## POWER OF ATTORNEY

**10059092**

**KNOW ALL MEN BY THESE PRESENTS,** That the **CAPITOL INDEMNITY CORPORATION**, a corporation of the State of Wisconsin, having its principal offices in the City of Middleton, Wisconsin, does make, constitute and appoint

———————————— RONALD J. EINBENDER, CHERYL L. FENNESY, CAROL A. HOLLOMON————

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

————————————— ALL WRITTEN INSTRUMENTS IN AN AMOUNT: $1,000,000 00 —————————————

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **CAPITOL INDEMNITY CORPORATION** at a meeting duly called and held on the 15th day of May, 2002.

**"RESOLVED,** that the President, Executive Vice-President, Vice President, Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings, and other writings obligatory in the nature thereof, one or more resident vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of this company; the signature of such officers and seal of the Company may be affixed to any such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company, and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

**IN WITNESS WHEREOF,** the **CAPITOL INDEMNITY CORPORATION** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 1st day of June, 2006.

Attest:

*Alan S. Ogilvie*
Alan S. Ogilvie
Secretary

**CORPORATE SEAL**

**CAPITOL INDEMNITY CORPORATION**

*James J. McIntyre*
James J. McIntyre
President

STATE OF WISCONSIN } S.S.:
COUNTY OF DANE }

On the 1st day of June, 2006 before me personally came James J. McIntyre, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is President of **CAPITOL INDEMNITY CORPORATION**, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

**KATHLEEN A. PAULSON**

*Kathleen A. Paulson*
Kathleen A. Paulson
Notary Public, Dane Co., WI
My Commission Expires 10-15-2006

STATE OF WISCONSIN } S.S.:
COUNTY OF DANE }

**CERTIFICATE**

I, the undersigned, duly elected to the office stated below, now the incumbent in **CAPITOL INDEMNITY CORPORATION**, a Wisconsin Corporation, authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed at the City of Middleton, State of Wisconsin this ___6th___ day of ___November___, 2006

**SEAL**

*Alan S. Ogilvie*
Alan S. Ogilvie
Secretary

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON BLUE SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT, CALL 800-475-4450.

CICW-POA (0-06)

OMB CONTROL NO. 0580-0015

| | |
|---|---|
| U S. DEPARTMENT OF AGRICULTURE<br>GRAIN INSPECTION, PACKERS AND STOCKYARDS<br>ADMINISTRATION<br>PACKERS AND STOCKYARDS PROGRAMS | **RIDER FOR GENERAL USE WITH BOND**<br>**Required Under the Packers and Stockyards Act, 1921,**<br>**as Amended and Supplemented** |

Know all that **(1)** _____ Eastern Livestock Co., LLC _____
<div align="center">(Name of Current Principal)</div>

_____ of **(2)** _ New Albany, Indiana _ ,
<div align="center">(City, State)</div>

as Principal, and **(3)** _____ Capitol Indemnity Corporation _____
<div align="center">(Name of Surety)</div>

as Surety, issued bond number **(4)** _ 785636 _ , dated **(5)** _ 4-26-02 _ ,

in favor of **(6)** _ N/A _____
<div align="center">(Name of Trustee)</div>

as Trustee.

In consideration of the premium charged for the above-described bond, Principal and Surety agree to amend the bond as follows:

| Complete the applicable clause(s) set out below: | |
|---|---|
| **7.** Increase in Bond | The bond identified above is increased<br>FROM: $                              TO: $ |
| **8.** Decrease in Bond | The bond identified above is decreased<br>FROM: S                              TO: $ |
| **9.** Change in Name of Principal | The name and address of the Principal, as given on the bond identified above, are changed<br><br>FROM _____<br><div align="center">(Name and Address)</div><br><br>TO _____<br><div align="center">(Name and Address)</div> |
| **10.** Change in Name of Trustee | The name and address of the Trustee, as given on the bond identified above, are changed<br><br>FROM _____<br><div align="center">(Name and Address)</div><br><br>TO _____<br><div align="center">(Name and Address)</div> |
| **11.** Add Clearing Services | The bond identified above is amended to add Condition 3, Clearing Services.<br><br>☐ Yes        ☐ No |
| **12.** Delete Clearing Services | The bond identified above is amended to delete Condition 3, Clearing Services.<br><br>☐ Yes        ☐ No |

| 13. Add Clearee to Clause 3 | The name(s) of: _____<br>(Name and Address)<br><br><br>is (are) hereby added as clearee(s) to the bond identified above. |
|---|---|
| 14. Delete Clearee from Clause 3 | The name(s) of: __Le Master Livestock__<br>(Name and Address)<br>_____1831 Boiling Springs Highway_____<br>_____Gaffney, SC 29341_____<br><br>is (are) hereby deleted as clearee(s) from the bond identified above. |

PROVIDED, however, that the identified bond above shall be subject to all its agreements, limitations, and conditions except as herein expressly modified, and further that this bond and all riders attached thereto, including this rider, shall not be cumulative, and when loss shall occur under this bond during a period of time within which the penalty of the bond shall vary, the aggregate liability of Surety shall in no event exceed the largest penalty of this bond in force during the period of time within which such loss shall occur under this bond.

15. This rider shall become effective as of the __27 th__ day of __March__, 20__06__.

16. Signed and dated this __27 th__ day of __March__, 20__06__.

| 17. (Name of Principal)<br><br>Eastern Livestock Co., LLC | (Signing on Behalf of Principal)<br><br>Thomas P Gibson Mgr |
|---|---|
| 18. (Name of Surety)<br>CAPITOL INDEMNITY CORPORATION<br>BY: | (Signing on Behalf of Surety)<br><br>Carol A. Hollomon, Attorney-in-fact |
| 19. (Name of Trustee) | (Signing on Behalf of Trustee) |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0580-0015. The time required to complete this collection is estimated to average 30 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection

| Form P&SP-2100 | July 2004 (Replaces form P&SP-333) | Page 2 of 2 |
|---|---|---|

# CAPITOL INDEMNITY CORPORATION
## POWER OF ATTORNEY

10040536

**KNOW ALL MEN BY THESE PRESENTS**, That the **CAPITOL INDEMNITY CORPORATION**, a corporation of the State of Wisconsin, having its principal offices in the City of Madison, Wisconsin, does make, constitute and appoint

RICHARD O. THOMPSON, RONALD J. EINBENDER, CHERYL L. FENNESY, CAROL A. HOLLOMON

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

ALL WRITTEN INSTRUMENTS IN AN AMOUNT: $1,000,000.00

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **CAPITOL INDEMNITY CORPORATION** at a meeting duly called and held on the 15th day of May, 2002.

**"RESOLVED**, that the President, and Executive Vice-President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, one or more vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of the Corporation; the signature of such officers and seal of the Corporation may be affixed to such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Corporation in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

**IN WITNESS WHEREOF**, the CAPITOL INDEMNITY CORPORATION has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 1st day of February, 2005.

Attest:

James J. McIntyre
Executive Vice President

CAPITOL INDEMNITY CORPORATION

David F. Pauly
President and CEO

STATE OF WISCONSIN  } S.S.:
COUNTY OF DANE

On the 1st day of February, 2005 before me personally came David F. Pauly, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is President and CEO of **CAPITOL INDEMNITY CORPORATION**, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

Kathleen A. Paulson
Notary Public, Dane Co., WI
My Commission Expires 10-15-2006

STATE OF WISCONSIN  } S.S.:
COUNTY OF DANE

I, the undersigned, duly elected to the office stated below, now the incumbent in **CAPITOL INDEMNITY CORPORATION**, a Wisconsin Corporation, authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed at the City of Madison, State of Wisconsin this _29th_ day of _March_, 2_006_.

Alan A. Ogilvie
Secretary

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON BLUE SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT CALL 800-475-4450.

CICW-POA (2-05)

# CAPITOL INDEMNITY CORPORATION
# POWER OF ATTORNEY

**10040533**

**KNOW ALL MEN BY THESE PRESENTS**, That the **CAPITOL INDEMNITY CORPORATION**, a corporation of the State of Wisconsin, having its principal offices in the City of Madison, Wisconsin, does make, constitute and appoint

RICHARD O. THOMPSON, RONALD J. EINBINDER, CHERYL L. FENNESY, CAROL A. HOLLOMON

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

ALL WRITTEN INSTRUMENTS IN AN AMOUNT: $1,000,000.00

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **CAPITOL INDEMNITY CORPORATION** at a meeting duly called and held on the 15th day of May, 2002.

"**RESOLVED**, that the President, and Executive Vice-President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, one or more vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of the Corporation; the signature of such officers and seal of the Corporation may be affixed to such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Corporation in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

**IN WITNESS WHEREOF**, the **CAPITOL INDEMNITY CORPORATION** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 1st day of February, 2005.

Attest:

James J. McIntyre
Executive Vice President

**CORPORATE SEAL**

**CAPITOL INDEMNITY CORPORATION**

David F. Pauly
President and CEO

STATE OF WISCONSIN }
COUNTY OF DANE } S.S.:

On the 1st day of February, 2005 before me personally came David F Pauly, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is President and CEO of **CAPITOL INDEMNITY CORPORATION**, the corporation described in, and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

STATE OF WISCONSIN }
COUNTY OF DANE } S.S.:

**KATHLEEN A. PAULSON**

Kathleen A. Paulson
Notary Public, Dane Co., WI
My Commission Expires 10-15-2006

**CERTIFICATE**

I, the undersigned, duly elected to the office stated below, now the incumbent in **CAPITOL INDEMNITY CORPORATION**, a Wisconsin Corporation, authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed at the City of Madison, State of Wisconsin this 27th day of March , 2006

**SEAL**

Alan A. Ogilvie
Secretary

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON BLUE SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT, CALL 800-475-4450.

CICW-POA (2-05)

Revised 1-27-05

**Clearees of Eastern Livestock Co., LLC**
**135 West Market Street**
**New Albany, IN 47150**

~~1st Revision~~15-Apr-02

| Name | Address | Phone Number | Contact Person | SSN/FEIN |
|------|---------|--------------|----------------|----------|
| Frantz Betschart | Route 1, Box 306, Ashland, KS 67831 | (620) 635-2606 | Frantz Betschart | 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 |
| Ken Betschart | 3115 Monte Vista, Torrington, WY 82240 | (307) 532-8456 | Ken Betschart | 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 |
| B4 Cattle Co., Inc. | P.O. Box 1610, Chilhowie, VA 24319 | (276) 496-3371 | Bert Smith IV | 62-1697554 |
| John Cathey | 3708 N. Bobolink, Ozark, MO 65721 | (417) 255-9203 | John Cathey | 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 |
| E4 Cattle Co., LLC | P.O. Box 570, Okolona, MS 38860 | (662) 447-5474 | James Ed Edens IV | 64-0946613 |
| Vernon Inman | Route 2, Box 121, Culleoka, TN 38451 | (931) 987-2517 | Vernon Inman | 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 |
| Lemaster Livestock, LLC | 1831Boiling Springs Highway, Gaffney, SC 29341 | (864) 489-0412 | Chuck LeMaster | 56-2228787 |
| Oaklake Cattle Co., Inc. | P.O. Box 1284, Okeechobee, FL 34973 | (800) 258-0578 | Jim Byrd | 65-0295258 |
| ~~Ron Patton~~ | ~~Route 4, Box 1658, Coffeyville, KS 67337~~ | ~~(620) 251-3618~~ | ~~Ron Patton~~ | ~~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~~ |
| Kenny Plowman | 1010 Tattle Branch Road, Chilhowie, VA 24319 | (276) 646-5247 | Kenny Plowman | 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 |
| Jimmy Rhoderick | 115 E. First Street, Hereford, TX 79045 | (806) 364-3311 | Jimmy Rhoderick | 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 |
| Neal Smith | 807 South Avenue, N. Clifton, TX 76634 | (254) 675-2275 | Neal Smith | 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 |
| Stonnie Sullivan | P.O. Box 1116, Edmonton, KY 42129 | (270) 432-5426 | Stoney Sullivan | 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 |
| Jerry Wolfe | 905 Newberry Road, Richardson, TX 75080 | (972) 235-7377 | Jerry Wolfe | 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 |

D 12/31/04

Attached to and made part of Bond No. 785636 effective April 26, 2002.

Richard O. Thompson, Attorney in Fact, Capitol Indemnity Corporation

~~East West Land & Cattle    Boerne, Tx    Added    6-15-02~~    deleted 12/31/04

OMB No: 0580-0015

| U.S. DEPARTMENT OF AGRICULTURE GRAIN INSPECTION, PACKERS AND STOCKYARDS ADMINISTRATION | BOND NO. 785636 |
|---|---|
| **BOND REQUIRED OF LIVESTOCK MARKET AGENCIES, DEALERS AND PACKERS UNDER THE PACKERS AND STOCKYARDS ACT, 1921, AS AMENDED** | According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0580-0015. The time required to complete this information collection is estimated to average 75 hours (or minutes) per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate (s) or suggestions for improving this form, please write to: U.S. Department of Agriculture, Clearance Officer, Stop 7602, 1400 Independence Ave., S.W., Washington, DC 20250-7602. |

| PRINCIPAL NAME AND ADDRESS | SURETY NAME AND ADDRESS |
|---|---|
| Eastern Livestock Co., LLC<br>135 West Market Street<br>New Albany, IN 47150 | Capitol Indemnity Corporation<br>4610 University Ave., P.O. Box 5900<br>Madison WI 53705-0900 |

PACKERS & STOCKYARDS PROGRAM
DES MOINES IOWA USA

TRUSTEE *(Need not be named unless required by State, Principal, or Surety)*

N/R

| AMOUNT OF BOND *(Spell out dollar amount)* | DOLLAR AMOUNT |
|---|---|
| Five Hundred Sixty Thousand and No/100-------------------------- | $ 560,000.00 |

**Principal and Surety, their heirs, executors, administrators, successors and assigns, jointly and severally, held and firmly bound to Trustee (or successors in official position, if any), as Trustee for all persons who may be damaged through breach of this bond, as Obligee.**

Now, Therefore, the Condition of this Bond is such that:

**Applicable if Principal SELLS on commission** (1) If the said Principal shall pay when due to the person or persons entitled thereto the gross amount, less lawful charges, for which all livestock is sold for the accounts of others by said Principal,

**Applicable if Principal BUYS on commission or as a dealer** (2) If the said Principal shall pay when due to the person or persons entitled thereto the purchase price of all livestock purchased by said Principal for his own account or for the accounts of others, and if the said Principal shall safely keep and properly disburse all funds, if any, which come into his hands for the purpose of paying for livestock purchased for the accounts of others,

**Applicable if others CLEAR through Principal** (3) If the said Principal, acting as a clearing agency responsible for the financial obligations of other registrants engaged in buying livestock, viz.: (insert here the names of such other registrants as they appear in the application for registration), See attached list dated April 15, 2002

or if such other registrants, shall (1) pay when due to the person or persons entitled thereto the purchase price of all livestock purchased by such other registrants for their own account or for the accounts of others and (2) safely keep and properly disburse all funds coming into the hands of such Principal or such other registrants for the purpose of paying for livestock purchased for the accounts of others,

**Applicable if Principal BUYS as a Packer** (4) If the said Principal shall pay when due to the person or persons entitled thereto the purchase price of all livestock purchased by said Principal for his own account.

then this bond shall be null and void, otherwise to remain in full force and virtue, subject to the following terms, conditions, and limitations:

(a) This bond shall apply only to transactions occurring on or at any time after the date hereof, and before the effective date of termination hereof as hereinafter provided.

(b) Payment by the Surety to a claimant or to the Trustee in settlement of one or more claims shall discharge the Surety as to those claims and shall reduce the penal sum of this bond to the extent of such payment or payments.

(c) Any person damaged by failure of the Principal to comply with any condition clause of this bond, may maintain suit in his own name to recover on this bond even though such person is not a party named in this bond. The Trustee may maintain suit in his own name, the recovery to be made for the use of the persons damaged. Principal and Surety hereby waive every defense, if any there be, based on the fact that any person damaged or in whose name a suit shall be brought, is not a party or privy to this bond.

(d) Any claim for recovery on this bond must be filed in writing with either the Surety, or the Trustee if one is named, or the Packers and Stockyards Administration, United States Department of Agriculture, and whichever of these parties receives such a claim shall notify the other such party or parties at the earliest practicable date. All claims must be filed within 60 days of the date of the transaction on which claim is made. Suit thereon shall not be commenced in less than 120 days or more than 547 days *(which is approximately 18 months)* from the date of the transaction on which the claim is based.

(e) The Packers and Stockyards Administration, United States Department of Agriculture, is authorized to designate a Trustee to represent all claimants under this bond if (1) claim is filed or any action is required to recover damages for breach of any condition of this bond, and if (2) a Trustee is not designated herein or the Trustee designated herein fails or is unable to act or serve.

(f) The Surety shall not be liable to pay any claim for recovery on this bond if it is not filed in writing within 60 days from the date of the transaction on which the claim is based, or if suit thereon is commenced less than 120 or more than 547 days *(which is approximately 18 months)* from the date of the transaction on which the claim is based.

(g) The proceeds of this bond shall not be used to pay fees, salaries, or expenses for legal representation of the Surety or the Principal.

FORM P&SP- 1 ( JUL 97)    (Edition of NOV 96 may be used.)

(h)   The term "person" as used in this bond shall be construed to mean and include both singular and plural, corporations, partnerships, associations, individuals, and the heirs, executors, administrators, successors, or assigns thereof.

(i)   The acts, omissions or failures of authorized agents or representatives of said Principal or persons whom said Principal shall knowingly permit to represent themselves as acting for said Principal shall be taken and construed to be the acts, omissions, or failures of said Principal and to be within the protection of this bond to the same extent and in the same manner as if they were the personal acts of said Principal.

(j)   Termination of the clearance of a registrant under condition clause 3 of this bond may be accomplished by issuance of a rider or endorsement by the Surety herein deducting the name of the clearee. Termination of the clearance shall become effective thirty (30) days after the date of receipt of the rider or endorsement by the Packers and Stockyards Administration.

(k)   This bond may be terminated by either party hereto delivering written notice of termination to the other party and the Packers and Stockyards Administration at least thirty (30) days prior to the effective date of such termination.  In the event that the Surety named herein writes a new bond to replace this bond for the same Principal named herein, the 30-day termination will be waived, and this bond will become terminated as of the effective date of the replacement bond.  Immediately upon filing of a claim for recovery on this bond, unless the Surety believes that such claim is frivolous, the Surety shall cause termination of this bond in accordance with this paragraph.

(l)   A fully executed duplicate of this bond and of any endorsement, amendment, rider, or other attachment hereto, shall be filed with the Regional Supervisor, Packer and Stockyards Administration, for the area in which the Principal resides or has his or its principal place of business.

(m)  Conditions _____ 1 _____ and _____ 4 _____ were deleted prior to execution and are not part hereof.

| PRINCIPAL | (SEAL) | SURETY | (SEAL) |
|---|---|---|---|
| Eastern Livestock Co., LLC | | Capitol Indemnity Corporation | |
| BY (Signature) | | BY (Signature) | |
| Thomas P. Gibson, President | | Richard O. Thompson, Attorney-In-Fact | |

TRUSTEE (IF NAMED)

DATE EFFECTIVE
April 26, 2002

RECEIVED   MAY - 1 2002   USDA, GIPSA   PACKERS & STOCKYARDS PROGRAM   DES MOINES, IOWA

SCANNED

**Clearees of Eastern Livestock Co., LLC**
**135 West Market Street**
New Albany, IN 47150

15-Apr-02

| Name | Address | Phone Number | Contact Person | SSN/FEIN |
|------|---------|-------------|----------------|----------|
| Frantz Betschart | Route 1, Box 306, Ashland, KS 67831 | (620) 635-2606 | Frantz Betschart | 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 |
| Ken Betschart | 3115 Monte Vista, Torrington, WY 82240 | (307) 532-8456 | Ken Betschart | 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 |
| 84 Cattle Company | P.O. Box 1610, Chilhowie, VA 24319 | (276) 496-3371 | Bert Smith IV | 62-1697554 |
| John Cathey | 3708 N. Bobolink, Ozark, MO 65721 | (417) 255-9203 | John Cathey | 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 |
| E4 Cattle Co., LLC | P.O. Box 570, Okolona, MS 38860 | (662) 447-5474 | James Ed Edens IV | 84-0946613 |
| Vernon Inman | Route 2, Box 121, Culleoka, TN 38451 | (931) 987-2517 | Vernon Inman | 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 |
| Lemaster Livestock | 1831 Boiling Springs Highway, Gaffney, SC 29341 | (864) 489-0412 | Chuck LaMaster | 56-2228787 |
| Oaklake Cattle Co. | P.O. Box 1284, Okeechobee, FL 34973 | (800) 258-0578 | Jim Byrd | 65-0295258 |
| Ron Patton | Route 4, Box 1658, Coffeyville, KS 67337 | (620) 251-3618 | Ron Patton | 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 |
| Kenny Plowman | 1010 Tattle Branch Road, Chilhowiee, VA 24319 | (276) 646-5247 | Kenny Plowman | 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 |
| Jimmy Rhoderick | 115 E. First Street, Hereford, TX 79045 | (806) 364-3311 | Jimmy Rhoderick | 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 |
| Neal Smith | 807 South Avenue, N. Clifton, TX 76634 | (254) 675-2275 | Neal Smith | 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 |
| Stonnie Sullivan | P.O. Box 1116, Edmonton, KY 42129 | (270) 432-5426 | Stoney Sullivan | 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 |
| Jerry Wolfe | 905 Newberry Road, Richardson, TX 75080 | (972) 235-7377 | Jerry Wolfe | 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 |

a

Attached to and made part of bond No. 785636 effective April 26, 2002

Richard O. Thompson, Attorney in Fact
Capitol Indemnity Corporation



# *Capitol* INDEMNITY CORPORATION

4610 UNIVERSITY AVENUE, SUITE 1400, MADISON, WISCONSIN 53705-2158
PLEASE ADDRESS REPLY TO P.O. BOX 5900, MADISON, WI 53705-0900
PHONE (608) 231-4450 • FAX (608) 231-2029

RECEIVED

## POWER OF ATTORNEY

No: MX04156
2002

**Know all men by these Presents,** That the **CAPITOL INDEMNITY CORPORATION,** a corporation of the State of Wisconsin, having its principal offices in the City of Madison, Wisconsin, does hereby constitute and appoint

DES MOINES, IOWA PROGRAM

———————————— RICHARD O. THOMPSON, RODNEY S. DEMAREE OR RONALD J. EINBENDER————————————

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

———————————————————— NOT TO EXCEED $1,000,000.00 ————————————————————

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **CAPITOL INDEMNITY CORPORATION** at a meeting duly called and held on the 5th day of May 1960:

"RESOLVED, that the President, and Vice-President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings, and other writings obligatory in the nature thereof, one or more resident vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices on the business of this company; the signature of such officers and seal of the Company may be affixed to any such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company, and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

**IN WITNESS WHEREOF,** the **CAPITOL INDEMNITY CORPORATION** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested by its Secretary, this 1st day of June, 1999.

Attest:

*Virgiline M. Schulte*

Virgiline M. Schulte, Secretary

**CAPITOL INDEMNITY CORPORATION**

*George A. Fait*

George A. Fait, President

*CAPITOL INDEMNITY CORP. CORPORATE SEAL WISCONSIN*

STATE OF WISCONSIN }
COUNTY OF DANE }

On the 1st day of June, A.D., 1999, before me personally came George A Fait, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is the President of **CAPITOL INDEMNITY CORPORATION,** the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to such instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

STATE OF WISCONSIN }
COUNTY OF DANE }

*STATE OF WISCONSIN JANE F. ENDRES NOTARY PUBLIC*

*Jane F. Endres*

Jane F. Endres
Notary Public, Dane Co., WI
My Commission Expires March 23, 2003

## CERTIFICATE

I, the undersigned, duly elected to the office stated below, now the incumbent in CAPITOL INDEMNITY CORPORATION, a Wisconsin Corporation, authorized to make this certificate, DO HEREBY CERTIFY that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore that the Resolution of the Board of Directors, set forth in the Power of Attorney, is now in force.

Signed and sealed at the City of Madison. Dated the ___26 TH___ day of ___APRIL___, ___2002___.

*CAPITOL INDEMNITY CORP. CORPORATE SEAL WISCONSIN*

*Paul J. Breitnauer*

Paul J. Breitnauer, Treasurer

This power is valid only if the power of attorney number printed in the upper right hand corner apears in red. Photocopies, carbon copies or other reproductions are not binding on the company. Inquiries concerning this power of attorney may be directed to the Bond Manager at the Home Office of the Capitol Indemnity Corporation.