UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: <br><br> EASTERN LIVESTOCK CO., LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 10-93904-BHL-11 <br><br> Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br> INTRUST BANK, <br><br>　　　　Defendant. | Adv. Proc. No. 12-59149 |

**AMENDED NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that undersigned counsel for Intrust Bank, will take the deposition of Patti Turley on Thursday, October 3, 2013 beginning at 9:00 a.m. The deposition will take place at the offices of Stites & Harbison PLLC, 400 W. Market St., Suite 1800, Louisville, KY 40202, pursuant to the Federal Rules of Civil Procedure.

1

September 27, 2113

      /s/ D. Cooper Robertson  
      D. Cooper Robertson  
      Brian H. Meldrum  
      Allen L. Morris  
      W. Robert Meyer  
      Brian R. Pollock  
      STITES & HARBISON, PLLC  
      400 West Market Street, Suite 1800  
      Louisville, KY  40202-3352  
      Telephone: (502) 587-3400  
      crobertson@stites.com  
      bmeldrum@stites.com  
      amorris@stites.com  
      rmeyer@stites.com  
      bpollock@stites.com  
      COUNSEL FOR INTRUST BANK

## **CERTIFICATE OF SERVICE**

The undersigned certifies on September 27, 2013, a copy of the foregoing was filed via the Court's ECF system and served via U S. mail upon the deponent.  Notice of this filing will be sent through the Court's ECF system.  Parties may access this filing through the Court's system.

   Patti Turley  
   3711 Shannon Run Trail  
   Louisville, KY 40299

      /s/ D. Cooper Robertson  
      COUNSEL FOR INTRUST BANK

946289:1:LOUISVILLE