UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| Debtor. | Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 12-59150 |
| MONTY KOLLER, | JURY DEMAND |
| Defendant. | |
| In re: | CHAPTER 7 |
| THOMAS P. GIBSON and PATSY GIBSON, | Case No. 10-93867-BHL-7A |
| Debtors. | Judge Basil H. Lorch |
| KATHRYN L. PRY, TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 12-59104 |
| MONTY KOLLER, | JURY DEMAND |
| Defendant. | |

**AMENDED NOTICE TO TAKE DEPOSITION**

1

PLEASE TAKE NOTICE that undersigned counsel for Monty Koller, will take the deposition of Patti Turley on Thursday, October 3, 2013 beginning at 9:00 a.m. The deposition will take place at the office of Stites & Harbison PLLC, 400 W. Market St., Suite 1800, Louisville, KY 40202, pursuant to the Federal Rules of Civil Procedure.

September 27, 2013                          Respectfully submitted,


                                           */s/ D. Cooper Robertson*
                                           Brian H. Meldrum
                                           D. Cooper Robertson
                                           Brian R. Pollock
                                           STITES & HARBISON, PLLC
                                           400 West Market Street, Suite 1800
                                           Louisville, KY 40202
                                           Telephone: (502) 587-3400
                                           COUNSEL FOR MONTY KOLLER


## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, a copy of the foregoing was filed electronically and served by U.S. Mail upon the deponent.  Notice of this filing will be sent through the Court's ECF system.  Parties may access this filing through the Court's system.

Patti Turley
3711 Shannon Run Trail
Louisville, KY 40299


                                           */s/ D. Cooper Robertson*
                                           COUNSEL FOR MONTY KOLLER


946287:1:LOUISVILLE