# **EXHIBIT A**

**INVOICE AND SECURITY AGREEMENT**

DATE: 10-27-10

INVOICE NO. 315512

# Eastern Livestock Co., LLC

SOLD TO: Anderson Cattle Co   SHIP TO: ___

Address: ___   Address: ___

City-State-Zip: Wisner Ne   City-State-Zip: ___

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 68 | Str | 48716 | 716/118.36 | 57660.26 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | 68 |
|  |  | 10-27-10 |  |  |
|  |  |  | Karen Cater 10-27-10 |  |
| TOTALS |  |  |  |  |

TRUCKER: Eka

FROM: Kenny Plowman

COMMISSION: ___
VETERINARY: ___
TRUCKING: ___
OTHER: ___
TOTAL: ___

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035