# **EXHIBIT B**

OCT-27-2010(WED) 12:51     EASTERN LIVESTOCK           (FAX)2709658945           P.001/003

# EASTERN LIVESTOCK
## Purchase Invoice

S

DATE  10-27-10

PURCHASED FROM: Nodge Livestock
Newport TN

Grade# Strs    Lot 11

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 68 | 48716 | 716 | | 52,330.73 |
| | | Cont 10490 | | |
| #20 Blk Del TP | | | | 3360.00 |
| 1120 X 300 | | | | |
| Rural Retreat, Va - Wishun, Ne | | | | |

124795

RECEIVED OCT 27 2010

BRANCH  03
OPERATOR  B
VOUCHER DATE
POSTED DATE  10-27-10
G/L ACCT #  7110
VENDOR CODE  NodLiv
QUANTITY & MATH CHECK  B
APPROVED FOR PAYMENT

Trucking
Commission