# **EXHIBIT C**

**ANDERSON CATTLE CO.**
GAIL ANDERSON
JOLEEN ANDERSON
P.O. BOX 859
WISNER, NE 68791

76-1391/1049

2534

DATE 11-8-10

PAY TO THE ORDER OF Hodge Livestock Network   $ 52330.73

Fifty two thousand three hundred thirty 73/100 DOLLARS

Pinnacle Bank
P.O. Box 550, Wisner, NE 68791
Telebank: 1-800-807-0715

MEMO 68 Strs 48716 #107 *2

Gail Anderson

⑉104913912⑉ 1200150568⑊ 2534

Anderson + Perry

DDA Debits - 11/15/2010

---

5200059040  11-12-2010  >064200327<

For Deposit Only
Hodge Livestock Network
Carol Perry

DDA Debits - 11/15/2010