# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |

## WITHDRAWAL OF MOTION FOR SCHEDULING EXTENSION

COME NOW Alabama Livestock Auction, Inc. and Sealy And Sons Livestock, LLP [AP 12-59129]; Ashville Stockyard, Inc. [AP 12-59128]; Billingsley Auction Sale, Inc. [AP 12-59050]; Carroll County Livestock Sales Barn, Inc. [AP 12-59072]; Macon Stockyards, Inc. [AP 12-59049]; Robert Rawls d/b/a Robert Rawls Livestock [AP 12-59047]; Peoples Livestock Auction, Inc. [AP 12-59133]; Vernon Inman [AP 12-59156]; Vernon Inman, II and 2Z Cattle [AP 12-59157]; Clark Christensen [AP 12-59142]; Matt Eller [AP 12-59144]; (collectively, "Creditor Parties" ), by and through undersigned counsel, and withdraw their *Motion For Scheduling Extension* [Doc. 2363].

Respectfully submitted this 1st day of October 2013,

                                                             /s/ W. Scott Newbern
                                                  W. Scott Newbern
                                                  W. SCOTT NEWBERN, PL
                                                  2982 East Giverny
                                                  Tallahassee, FL 32309
                                                  (T) 850.591.1707
                                                  (F) 850.894.0871
                                                  wsnewbern@msn.com

                                                  COUNSEL FOR CREDITORS

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of October 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern
W. SCOTT NEWBERN