SO ORDERED: October 1, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FOURTH INTERIM APPLICATION OF JAMES A. KNAUER
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Fourth Interim Application Of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee* [Docket #1907] ("Application") filed by James A. Knauer as Chapter 11 Trustee on March 20, 2013 and objections filed by (a) Alton Darnell, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., and Southeast Livestock Exchange, LLC [Docket #1926] ("Bluegrass Objection"); and (b) Alabama Livestock Auction, Inc.; Sealy And Sons Livestock, LLP; Athens Stockyard, LLC; CPC Livestock, LLC; Edwin A. Strickland d/b/a Strickland Farms; Ashville Stockyard, Inc.; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.;

Macon Stockyard, Inc.; Peoples Livestock Auction, Inc.; Robert Rawls d/b/a Robert Rawls Livestock; E4 Cattle Co., LLC; Ernie Elder; Vernon Inman; 2Z Cattle; Glen Franklin and Ed Edens [Docket #1929] ("<u>Livestock Creditors' Objection</u>" and together with the Bluegrass Objection the "<u>Objections</u>"), The Court, having reviewed the Application, the Objections and the arguments of counsel at a hearing held on April 15, 2013, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. Except as Ordered below, the Objections are overruled in their entirety.

2. The Court hereby approves and allows interim compensation for attorneys' fees in the amount of $53,200.00 plus reimbursement for out-of-pocket expenses incurred in the amount of $1,755.81 to James A. Knauer for the period November 1, 2012 through and including February 28, 2013.

3. The Trustee is authorized and ordered to pay 80% of the fees and 100% of the expenses allowed by this Order from the Trustee's operating account to James A. Knauer, Trustee, subject to available funds. Payment of the remaining 20% of fees allowed by this Order shall await the further Order of the Court approving a final fee application filed by or on behalf of James A. Knauer, Trustee.

4. The Court approves the agreement of the Trustee on behalf of himself and his professionals with Fifth Third Bank that all subsequent approvals of fees and expenses shall include a 20% holdback from the payment of the approved fees with

payment of the holdback on the further Order of the Court approving final fee applications filed on or behalf of the Trustee and his professionals.

5. Nothing in this Order shall affect the terms and conditions of the confirmed Plan or the Order confirming the Plan related to the payment of administrative claims and professional fees and expenses in this Chapter 11 Case.

###