SO ORDERED: October 7, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JAMES A. KNAUER, CHAPTER 11 | ) | |
| TRUSTEE OF EASTERN LIVESTOCK CO., | ) | |
| LLC | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No.  12-59153 |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN CATTLE CO., LLC and OLIM, | ) | |
| L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REOPENING ADVERSARY PROCEEDING**

Comes now the Plaintiff, James A. Knauer, Chapter 11 Trustee for the bankruptcy estate of Eastern Livestock Co., LLC, and files his Motion to Reopen Adversary Proceeding, the contents of which are incorporated by reference herein.

And the Court, being duly advised in the premises, now finds that the relief prayed for should be granted. It is therefore,

ORDERED that the above adversary proceeding be and hereby is reopened.

###