# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 07, 2013 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## Matters:

1) Continued Status Hearing Re:   Objection to Claim for Phillip Taylor Reed (Claim No. 355) [1865] with a  Response to Objection to Claim for Phillip Taylor Reed (Claim No. 355), filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed  [1985]
   **R / M #:**   0 / 0

2) Continued Status Hearing Re:   Objection to Claim for Ron P. Reed (Claim No. 354) [1900]  with a  Response to Objection to Claim for Ron P. Reed (Claim No. 354), filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed  [1986]
   **R / M #:**   0 / 0

3) Hearing Re:   Amended Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 filed by Kevin M.  Toner on behalf of Trustee James A. Knauer  with an Objection  filed by John Frederick Massouh on behalf of Creditors Zeien II Larry, ADM Investor Services, Inc., Robert Rufenacht, Rufenacht Commodities, Inc  [2332. 2356]
   **R / M #:**   0 / 0

## Appearances:

KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER, TRUSTEE
ROSS A. PLOURDE, ATTORNEY FOR STOCKMAN OKLAHOMA LIVESTOCK MRKTG, WILIAM BUSH
JACK S DAWSON, ATTORNEY FOR NICHOLS LIVESTOCK, INC, ROBERT AND JANE NICHOLS, ROBERT NICHOLS
AMELIA MARTIN ADAMS, ATTORNEY FOR SOUTHEAST LIVESTOCK EXCHANGE, LLC
ANDREW VANDIVER - ATTORNEY FOR GRANT GIBSON, TAMMY GIBSON, GP CATTLE AND JOHN GIBSON
RANDALL LATOUR - ATTORNEY FOR FIFTH THIRD BANK
JAY KENNEDY - ATTORNEY FOR JAMES A. KNAUER, TRUSTEE
DUSTIN DENEAL - ATTORNEY FOR JAMES A. KNAUER, TRUSTEE
JOHN MASSOUH - ATTORNEY FOR RUFENACHT COMMODITIES
JAMES KNAUER - TRUSTEE
BRIAN MELDRUM - ATTORNEY FOR MONTE KOLLER AND INTRUST BANK
PAUL HOFFMAN - ATTORNEY FOR Admitted INVESTOR SERVICES
NATALIE MONTELL - ATTORNEY FOR RON AND PHILLIP REED
ELIZABETH LALLY - ATTORNEY FOR KATHRY PRY, TRUSTEE IN 10-93867

## Proceedings:

* Disposition:  Telephone Conference held.
(1,2)  Matter continued to Hearing on 1118/13 @ 2:00 p.m. (EST).  Notice given at the telephonic conference.
(3)  Objection Overruled.  Motion Granted.  Order to be entered.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**