**SO ORDERED: October 8, 2013.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING
AGREED MOTION FOR AUTHORITY TO APPROVE STIPULATION RESOLVING
CLAIMS OF RUSSELL DECORDOVA D/B/A DECORDOVA CATTLE COMPANY**

This matter is before the Court on the *Agreed Motion For Authority To Approve Stipulation Resolving Claims Of Russell deCordova d/b/a deCordova Cattle Company* ("Motion") (Docket No. 2375) filed by James A. Knauer, as Chapter 11 Trustee for Eastern Livestock Co., LLC (the "Trustee") and Russell deCordova d/b/a deCordova Cattle Company ("deCordova" and together with the Trustee, the "Parties").  The Motion seeks approval of the Stipulation Resolving Claims Of Russell deCordova d/b/a deCordova Cattle Company (the "Stipulation") attached as Exhibit A to the Motion.  The Court, having reviewed the Motion and the Stipulation, and being otherwise duly advised, now GRANTS the motion and APPROVES

the Stipulation, it appearing to the Court that the request has been made for good cause.

Accordingly,

IT IS HEREBY ORDERED that the Motion is granted and the Stipulation is approved.

###