**SO ORDERED: October 8, 2013.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING
AMENDED MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH
TAMMY GIBSON; GIBSON CATTLE COMPANY, L.L.C.; GP CATTLE COMPANY,
LLC; GRANT GIBSON, individually, and d/b/a GP CATTLE COMPANY
and d/b/a GP CATTLE; and JOHN F. GIBSON**

This matter is before the Court on the *Amended Motion To Approve Compromise And Settlement With Tammy Gibson; Gibson Cattle Company, L.L.C.; GP Cattle Company, LLC; Grant Gibson, individually, and d/b/a GP Cattle Company and d/b/a GP Cattle; and John F. Gibson* [Docket No. 2332] ("Settlement Motion") and the objection [Dock. No. 2356] ("Objection") filed by Robert Rufenacht, Rufenacht Commodities, Inc., ADM Investor Services, Inc., and Larry Zeien, II (collectively, "Objecting Parties"). The Court, having considered the Settlement and the Objection and being duly advised in the premises, now finds that the

proposed settlement (i) is in the best interests of the estate; (ii) provides tangible benefits to the estate and the creditors thereof; and (iii) should be approved. Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that the Settlement Motion is hereby approved.

IT IS FURTHER ORDERED THAT the Trustee and Grant Gibson, Tammy Gibson, John Gibson, Gibson Cattle Company, and GP Cattle[1] are authorized and directed to take any and all actions necessary to close the settlement set forth in the Settlement Agreement and to perform the obligations required thereby.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.