UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| FRIONA INDUSTRIES, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 11-59093 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CACTUS GROWERS, INC., | ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| J & F OKLAHOMA HOLDINGS, INC., | ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**TRUSTEE'S RULE 30(b)(6) NOTICE OF DEPOSITION TO
<u>PIEDMONT LIVESTOCK COMPANY, INC.</u>**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030, James A. Knauer (the "Trustee"), as the trustee of the estate of Eastern Livestock Co., LLC ("ELC"), by counsel, will take the deposition of Piedmont Livestock Company, Inc. beginning at 10:00 a.m. EDT on October 30, 2013 at the offices of DelCotto Law Group, PLLC, 200 North Upper Street, Lexington, Kentucky 40507 before a court reporter authorized to administer oaths. The deposition will be conducted in accordance with the July 3, 2012 *Order Establishing Deposition Protocols* [Main Case, Docket No. 1229]. You are invited to appear and take part in such examination.

**Definitions**

Definitions applicable to this Notice of Deposition include the following:

1. You," "your," and "Piedmont" means and refers to Piedmont Livestock Company, Inc., and includes all persons and organizations under your control, including but not limited to your parents, subsidiaries, affiliates, officers, directors, employees, attorneys, accountants, agents, and representatives of any kind.

2. "ELC" or "Eastern" means and refers to Eastern Livestock Co., LLC, and includes its affiliates, members, officers, employees, attorneys, agents, accountants, and representatives of any kind.

3. "Trustee" means and refers to James A. Knauer, as the duly appointed Chapter 11 trustee for Eastern Livestock Co., LLC, and includes his attorneys, agents, and representatives of any kind.

4. "Cattle" means and refers to the cattle identified as "J&F Cattle" in Piedmont Livestock Company, Inc.'s First Amended Answer to J&F Oklahoma Holding, Inc.'s First

dms.us.52408965.01

Amended Intervention and Complaint in the Nature of Interpleader, Counterclaims, and Cross-Claims filed as Docket No. 146 in the above-captioned adversary proceeding.

### Subjects of Examination

Examination is requested on any and all knowledge possessed by or reasonably available to Moseley relating to the following matters:

1. Any agreement, oral or written, relating to or concerning any of the Cattle.

2. The purchase and sale of any of the Cattle to any person or entity.

3. Any payment that Piedmont made or received for any of the Cattle.

4. Piedmont's business dealings with ELC during 2009 and 2010.

5. Piedmont's business dealings with J&F Oklahoma Holdings, Inc. or any related entity during 2009 and 2010.

6. Any conversations that any representative of Piedmont had with anyone concerning payment for any of the Cattle.

7. Any conversations that any representative of Piedmont had with anyone concerning any of the Cattle.

8. All purchase orders, invoices, shipping records, trucking records or other records that relate to any of the Cattle.

FAEGRE BAKER DANIELS LLP

By: /s/ Dustin R. DeNeal

Kevin M. Toner (#11343-49)  
Harmony Mappes (#27237-49)  
Shawna Eikenberry (#21615-53)  
Dustin R. DeNeal (#27535-49)  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204-1750  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
kevin.toner@faegrebd.com  
harmony.mappes@faegrebd.com  
shawna.eikenberry@faegrebd.com  
dustin.deneal@faegrebd.com  

*Counsel for James A. Knauer, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt  
davidabt@mwt.net  

Mark A. Robinson  
mrobinson@vhrlaw.com  

Randall D. LaTour  
rdlatour@vorys.com  

Daniel J. Donnellon  
ddonnellon@ficlaw.com  

John W. Ames  
james@bgdlegal.com  

Jeremy S Rogers  
Jeremy.Rogers@dinslaw.com  

Meredith R. Thomas  
mthomas@daleeke.com  

Charles R. Wharton  
Charles.R.Wharton@usdoj.gov  

David L. LeBas  
dlebas@namanhowell.com  

Suzanne M Shehan  
suzanne.shehan@kutakrock.com  

Laura Day Delcotto  
ldelcotto@dlgfirm.com  

C. R. Bowles, Jr  
cbowles@ bgdlegal.com  

Jeffrey R. Erler  
jerler@ghjhlaw.com  

John R. Carr, III  
jrciii@acs-law.com  

Stephen A. Weigand  
sweigand@ficlaw.com  

Robert Hughes Foree  
robertforee@bellsouth.net  

Ivana B. Shallcross  
ishallcross@bgdlegal.com  

William Robert Meyer, II  
rmeyer@stites.com  

James Bryan Johnston  
bjtexas59@hotmail.com  

Judy Hamilton Morse  
judy.morse@crowedunlevy.com  

John Huffaker  
john.huffaker@sprouselaw.com  

Kelly Greene McConnell  
lisahughes@givenspursley.com  

John Hunt Lovell  
john@lovell-law.net  

Edward M King  
tking@fbtlaw.com  

Bret S. Clement  
bclement@acs-law.com  

John Frederick Massouh  
john.massouh@sprouselaw.com  

Kim Martin Lewis  
kim.lewis@dinslaw.com  

Deborah Caruso  
dcaruso@daleeke.com  

Allen Morris  
amorris@stites.com  

James T. Young  
james@rubin-levin.net  

John M. Thompson  
john.thompson@crowedunlevy.com  

Matthew J. Ochs  
kim.maynes@moyewhite.com  

T. Kent Barber  
kbarber@dlgfirm.com  

dms.us.52408965.01

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Jerald I. Ancel
jancel@taftlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

Patrick B Griffin
pat.griffin@kutakrock.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net

Niccole R. Sadowski
nsadowski@thbklaw.com

Joseph H. Rogers
jrogers@millerdollarhide.com

Andrew D. Stosberg
astosberg@lloydmc.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Jennifer Watt
jwatt@kgrlaw.com

William K. Flynn
wkflynn@strausstroy.com

Michael Benton Willey
michael.willey@ag.tn.gov

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Jeffrey J. Graham
jgraham@taftlaw.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

James E. Smith
jsmith@smithakins.com

Kevin M. Toner
kevin.toner@faegrebd.com

Eric W. Richardson
ewrichardson@vorys.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Thomas P. Glass
tpglass@strausstroy.com

Kay Dee Baird
kbaird@kdlegal.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

Christopher E. Baker
cbaker@thbklaw.com

Andrea L. Wasson
andrea@wassonthornhill.com

Joshua Elliott Clubb
joshclubb@gmail.com

Ben T. Caughey
ben.caughey@icemiller.com

Stephen E. Schilling
seschilling@strausstroy.com

David W. Brangers
dbrangers@lawyer.com

dms.us.52408965.01

| | | |
|---|---|---|
| Chrisandrea L. Turner<br>clturner@stites.com | Paul M. Hoffman<br>phoffmann@stinson.com | Martha R. Lehman<br>mlehman@kdlegal.com |
| Scott R. Leisz<br>sleisz@bgdlegal.com | Brian H. Meldrum<br>bmeldrum@stites.com | Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com |
| Terrill K. Moffett<br>kendalcantrell@moffettlaw.com | Natalie Donahue Montell<br>nmontell@bgdlegal.com | Erin Casey Nave<br>enave@taftlaw.com |
| Matthew Daniel Neumann<br>mneumann@hhclaw.com | Brian Robert Pollock<br>bpollock@stites.com | Steven Eric Runyan<br>ser@kgrlaw.com |
| Amanda Dalton Stafford<br>ads@kgrlaw.com | Matthew R. Strzynski<br>mstrzynski@kdlegal.com | Andrew James Vandiver<br>avandiver@aswdlaw.com |
| Chad Duane Wuertz<br>chad@wuertzlaw.com | | |

    I further certify that on October 11, 2013, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

David M. Jones
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

Aaron Miller
Mervin Miller
d/b/a CLF Feeders
2123 W. Mill Street
Buffalo, MO 65622

    I further certify that on October 11, 2013, a copy of the foregoing was served via email on the following counsel of record:

Laura Day DelCotto
Amelia Martin Adams
DELCOTTO LAW GROUP, PLLC
200 North Upper Street
Lexington, KY 40507
ldelcotto@dlgfirm.com
aadams@dlgfirm.com

T. Richard Alexander II
Richardson Gardner & Alexander
117 East Washington Street
Glasgow, KY 42141
tra@rgba-law.com

                                                                                      /s/ Dustin R. DeNeal