UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## WITHDRAWAL OF PROOF OF CLAIM

Comes now Grant Gibson, by counsel, and hereby withdraws the Proof of Claim, filed on April 29, 2011, as Claim No. 371 per the BMC official claims register, pursuant to the settlement with James A. Knauer, the chapter 11 trustee appointed in this case.

WHEREFORE, Grant Gibson requests that the Court allow the withdrawal of the Proof of Claim, filed on April 29, 2011, as Claim No. 371 per the BMC official claims register.

Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
Indiana Bar No. 22464-49
BALLINGER MCCLAIN, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241
(502) 426-3215
mike@kentuckytrial.com
**Counsel for Grant Gibson**

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2013, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's ECF System at the electronic addresses as set forth in the ECF System to the U.S. Trustee, and all other persons receiving electronic notifications in this case.

/s/ Michael W. McClain
Michael W. McClain