UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS**

Michael W. McClain, counsel for Grant Gibson, hereby notifies the Court and all parties in this action that effective October 22, 2013, he will join the law firm of McClain Dewees, PLLC at the following address:

McClain Dewees, PLLC
6008 Brownsboro Park Blvd., Suite H
Louisville, KY 40207
Phone:  (502) 749-2388
Fax:  (888) 779-7428
E-mail: mmcclain@mcclaindewees.com

McClain Dewees, PLLC will be substituted for Ballinger McClain, PLLC and Michael W. McClain shall remain counsel of record.

Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
BALLINGER MCCLAIN, PLLC
9720 Park Plaza Ave., Suite 102
Louisville, KY 40241
(502) 426-3215
(502) 426-3216
mike@kentuckytrial.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2013, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's ECF System at the electronic addresses as set forth in the ECF System to the U.S. Trustee, and all other persons receiving electronic notifications in this case and to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

      /s/ Michael W. McClain
      Michael W. McClain