Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-27
INVOICE NO:              2

re: ADM (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/11/2013 | JPK | Reviewed email correspondence with S. Runyan and J. Knauer regarding ███████ | 0.40 | 89 |
| 03/25/2013 | JPK | Reviewed ████████████ ██████ | 0.30 | 83 |
| 03/26/2013 | JPK | Participated in ███████ ████████in preparation for pretrial. Reviewed ███████████. Called counsel for ADM, Rufenacht and Zein. | 0.70 | 86 |
| 03/27/2013 | JPK | Call with P. Hoffman.  Reviewed ███████ █████████████  Participated in pretrial.  Meet with S. Runyan. | 0.70 | 88 |
| 04/10/2013 | JPK | Reviewed email from S. Runyan.  Reviewed email from M. Stafford regarding ███████ █████  Respond to M. Stafford. | 0.40 | 158 |
| 04/12/2013 | JPK | Reviewed emails regarding ██████████ Reviewed email from P. Hoffman. | 0.30 | 127 |
| 04/19/2013 | JPK | Meeting with S. Runyan and others regarding ███████████  Continued research on ████████████ | 1.50 | 136 |
| 04/24/2013 | JPK | Drafting and revision of response brief to ADM motion to dismiss regarding ████████ ███ | 1.70 | 135 |
| 04/25/2013 | JPK | Continue research and review of response section dealing with ███████████ Extensive review of ████████ | 2.40 | 134 |
| 04/26/2013 | JPK | Continue extensive drafting, review and revision of brief section dealing with ███████████████████  Research numerous cases on issue. | 3.20 | 141 |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:     110035-27
INVOICE NO:               2

re: ADM (Preference)

|            |     |                                                                                                               | HOURS |     |
|------------|-----|---------------------------------------------------------------------------------------------------------------|-------|-----|
| 04/30/2013 | JPK | Reviewed email from S. Runyan.  Additional review of ███████████                                              | 0.70  | 157 |
| 05/01/2013 | JPK | Initial comments and continued research on brief to Motion to Dismiss.  Confer with S. Runyan.                | 0.80  | 211 |
| 05/03/2013 | JPK | Reviewed ████████████████  Review research and revision to ████████████ ████████                             | 1.20  | 210 |
| 05/06/2013 | JPK | Research and writing of brief section. Confer with S. Runyan.  Extensive meeting on ████                     | 2.50  | 209 |
| 05/07/2013 | JPK | Continued research and writing on brief section.  Confer with S. Runyan.                                      | 2.80  | 208 |
| 05/08/2013 | JPK | Continued review and brief revisions of brief in response to motion to dismiss.                               | 2.20  | 207 |
| 05/09/2013 | JPK | Participate in pretrial conference.  Review issues with court on motion to dismiss.                           | 0.40  | 206 |
| 05/13/2013 | JPK | Preparation for telephonic pretrial hearing. Meet with S. Runyan and M. Stafford. Participated in pretrial hearing. | 0.40  | 194 |
| 05/16/2013 | JPK | Follow up on scheduling and dates.  Drafted ████████████                                                      | 0.40  | 193 |
| 06/11/2013 | JPK | Reviewed email from P. Hoffman on reply. Reviewed reply brief.                                                | 0.20  | 233 |
| 06/25/2013 | JPK | Reviewed █████████████with S. Runyan.                                                                         | 0.10  | 229 |
| 07/10/2013 | JPK | Call with S. Runyan.  Reviewed █████and status of entry of order.                                             | 0.30  | 258 |
|            |     | Jay P. Kennedy                                                                                                 | 23.60 |     |
| 03/15/2013 | HKM | Conference with Mandy Stafford and Jen Watt.                                                                   | 1.40  | 121 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-27

INVOICE NO:    2

re: ADM (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 03/26/2013 | HKM | Conference with Steve Runyan and Mandy Stafford concerning ███████████ ████████. Briefly discussed issues relating ████████████████ Obtained and reviewed████████████████ ████████████████ | 0.90 | 97 |
| 04/30/2013 | HKM | Began review of Complaint and Motion to Dismiss. | 2.60 | 180 |
| 05/01/2013 | HKM | Additional review of Complaint and Motion to Dismiss.  Began significant augmentation and revision to response to Motion to Dismiss. | 2.80 | 185 |
| 05/02/2013 | HKM | Augmented and revised response to Motion to Summary Judgment; conferences with Mandy Stafford and Steve Runyan concerning ████ ████████████████ | 4.60 | 186 |
| 05/03/2013 | HKM | Conference with Steve Runyan and Mandy Stafford concerning ███████████ ████████████ | 0.50 | 187 |
| 05/06/2013 | HKM | Correspondence and memo to Steve Runyan concerning issues relating to ██████████ ████████████ | 0.40 | 188 |
| 05/07/2013 | HKM | Conferences with Steve Runyan and Mandy Stafford concerning issues related to ██████████████ | 0.90 | 189 |
| | | Harley K. Means | 14.10 | |
| 03/01/2013 | SER | Review ████████████████ ████████████ | 0.50 | 77 |
| 03/05/2013 | SER | Review materials relating to ██████████ ████████and contact process server for personal service for issuance of subpoena; discussion with J. Kennedy regarding ████████████████ | 0.40 | 78 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

Page: 4
October 01, 2013
ACCOUNT NO:    110035-27
INVOICE NO:    2

| Date | | Description | HOURS | |
|------|-----|-------------|-------|-----|
| 03/06/2013 | SER | Review court order regarding alias summons and prepare service for Steven McDonald; discussion with M. Stafford and J. Kennedy regarding ██████████ ███████████████████ | 0.50 | 79 |
| 03/08/2013 | SER | Review and provide comments for letter ████████████████ | 0.40 | 80 |
| 03/11/2013 | SER | Service issues on ████████████ communications with Nancy Botbyl regarding ██████; research status of ████████ ████████ and draft letter to ██████████████ | 0.80 | 81 |
| 03/25/2013 | SER | Receive and begin review of analysis of ████████████████ | 2.30 | 82 |
| 03/26/2013 | SER | Continue review of motions to dismiss and supporting briefs filed by opposing parties; conference with J. Kennedy, M. Stafford and J. Watt to ████████████ participate in telephone conferences with opposing counsel in preparation for pretrial hearing and extensions of time to respond to motions to dismiss. | 5.00 | 84 |
| 03/27/2013 | SER | Pretrial telephone conference with court staff and opposing parties; continue review and analysis of motions to dismiss filed by opposing parties. | 1.60 | 99 |
| 03/28/2013 | SER | Review minute entries entered by court. | 0.10 | 100 |
| 03/30/2013 | SER | Continue work on analysis of ████████ | 1.90 | 101 |
| 04/02/2013 | SER | Review letter from opposing counsel regarding discovery and ████████ | 0.40 | 123 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 04/05/2013 | SER | Draft response to letter from Paul Hoffman regarding ████████ | 0.60 | 124 |
| 04/08/2013 | SER | Finalize and send letter to opposing counsel regarding ██████████ | 0.30 | 125 |
| 04/15/2013 | SER | Continue work on motion to dismiss encompassing research on ██████ | 3.40 | 126 |
| 04/16/2013 | SER | Continue work on response motion to dismiss particularly ████████████. | 2.00 | 128 |
| 04/17/2013 | SER | Email exchange with J. Knauer regarding ███████████████████ ██████; continue work on responses to motions to dismiss completing issues on ████████ research and phone call to ███████████ | 6.20 | 129 |
| 04/18/2013 | SER | Continue work on responses to motion to dismiss and telephone call with ██████████ | 1.00 | 130 |
| 04/19/2013 | SER | Continue work on motion to dismiss response; meeting with J. Kennedy, M. Stafford and J. Watt regarding ██████████ | 5.30 | 131 |
| 04/22/2013 | SER | Strategy discussion with J. Watt regarding ████████████████ continue work on response to motions to dismiss ██████████ | 6.20 | 132 |
| 04/23/2013 | SER | Continue work on responses to motions to dismiss ████████ | 2.50 | 133 |
| 04/24/2013 | SER | Continue work on responses to motion to dismiss and discussion with M. Stafford and J. Watt. | 1.90 | 137 |
| 04/25/2013 | SER | Continue work on responses to motion to dismiss focusing on ████████ | 6.30 | 138 |

Page: 6

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:        110035-27

INVOICE NO:                      2

re: ADM (Preference)

HOURS

| Date | | | | |
|---|---|---|---|---|
| 04/26/2013 | SER | Continue work and finalize section of response to motion to dismiss regarding ▮▮▮ discussion with J. Kennedy, M. Stafford and J. Watt regarding ▮▮▮ ▮▮▮▮▮ | 3.70 | 139 |
| 04/29/2013 | SER | Brief discussion with M. Stafford and J. Watt regarding ▮▮▮▮▮▮ ▮▮▮▮ discussion with J. Kennedy regarding motion to dismiss and ▮▮▮▮ review and analyze portion of motion to dismiss regarding ▮▮▮▮▮▮ ▮▮▮▮▮ | 2.00 | 140 |
| 04/30/2013 | SER | Review, edit and revise all sections on motion to dismiss; separate discussions with M. Stafford and J. Watt regarding ▮▮▮ ▮▮▮ work on compilation. | 8.10 | 152 |
| 05/01/2013 | SER | Continue work on responses to motions to dismiss, meeting with J. Kennedy and M. Stafford regarding same. | 6.10 | 161 |
| 05/02/2013 | SER | Continue work on response to motions to dismiss including ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 7.60 | 195 |
| 05/03/2013 | SER | Continue work on response to motions to dismiss, including reviewing and revising ▮▮▮▮▮▮ | 7.30 | 181 |
| 05/04/2013 | SER | Work on introduction to memorandum in response to motions to dismiss. | 0.60 | 182 |
| 05/05/2013 | SER | Continue review and analysis of ▮▮▮▮ ▮▮▮▮▮▮, modify with changes and submit to team ▮▮▮ | 6.90 | 183 |
| 05/06/2013 | SER | Continue work on analysis and revisions to ▮▮▮▮▮▮▮▮ ▮▮▮▮ | | |

Eastern Livestock Bankruptcy

re: ADM (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | draft ███████████, draft additional analysis for section███ | 6.40 | 184 |
| 05/07/2013 | SER | Continue work on response to motions to dismiss including extensive meeting with J. Kennedy, M. Stafford and J. Watt reviewing ████████████████████████ | 9.40 | 190 |
| 05/08/2013 | SER | Perform final review of response to Motions to Dismiss for ██████████ discussion with co-counsel regarding ████████; review table of authorities, table of contents with P. Durbin; prepare for and file response. | 7.80 | 191 |
| 05/15/2013 | SER | Telephone conference with ███████████ | 0.20 | 196 |
| 06/10/2013 | SER | Brief review of replies filed by opponents, discussion with A. Stafford and J. Kennedy. | 0.30 | 224 |
| 06/17/2013 | SER | Review and analyze replies filed by Rufenacht, ADMIS and Zeien regarding motions to dismiss; email to J. Watt, J. Kennedy and M. Stafford regarding ██████████ | 2.00 | 230 |
| 06/26/2013 | SER | Continue review of replies by opposing counsel in support of motion to dismiss and work on preparation for oral argument. | 2.80 | 234 |
| 06/28/2013 | SER | Strategy discussion with M. Stafford regarding ████████████ | 1.70 | 235 |
| 07/01/2013 | SER | Continue work on preparation for hearing on motion to dismiss including conference with J. Watt. | 1.80 | 244 |
| 07/02/2013 | SER | Continue work on preparation for motion to dismiss hearing and email to ████████ | 1.70 | 245 |
| 07/05/2013 | SER | Continue work on preparation for oral argument. | 4.70 | 246 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

Page: 8
October 01, 2013
ACCOUNT NO:    110035-27
INVOICE NO:              2

| | | | HOURS | |
|---|---|---|---|---|
| 07/06/2013 | SER | Continue work on preparation for oral argument. | 2.80 | 247 |
| 07/07/2013 | SER | Continue work on preparation of oral argument. | 7.30 | 248 |
| 07/08/2013 | SER | Continue work on oral argument regarding motions to dismiss and various conferences with M. Stafford, J. Kennedy and J. Watt to discuss ▮▮▮▮ | 5.00 | 249 |
| 07/09/2013 | SER | Prepare for hearing on defendant's motion to dismiss including ▮▮▮▮ ▮▮▮▮ various meetings with J. Kennedy, M. Stafford, J. Knauer and J. Watt regarding same. | 11.40 | 250 |
| 07/10/2013 | SER | Final preparations for hearing on motion to dismiss, travel to and present trustee argument in opposition to motion to dismiss. | 8.40 | 251 |
| 07/11/2013 | SER | Review minute order filed by court and discussion with J. Kennedy regarding ▮▮▮ | 0.20 | 252 |
| 07/16/2013 | SER | Telephone call from Dustin DeNeal and review ▮▮▮▮ | 0.60 | 253 |
| 07/17/2013 | SER | Review order and response filed by opposing party; brief discussion with J. Knauer ▮▮▮ | 0.50 | 254 |
| 08/13/2013 | SER | Email exchange with FBD counsel regarding ▮▮▮▮ | 1.60 | 269 |
| 08/15/2013 | SER | Review ▮▮▮▮ | 1.30 | 270 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| Date | | | HOURS | |
|---|---|---|---|---|
| 08/20/2013 | SER | Search ███████████████████████ | 0.40 | 271 |
| 08/22/2013 | SER | Telephone call with K. Toner regarding ████████████ and email correspondence with Liz Lynch. | 0.20 | 272 |
| | | Steven E. Runyan | 170.40 | |
| 03/26/2013 | JLW | Review motion to dismiss filed by ADM; conference regarding ████████████ conference call with adversary counsel to discuss extension and discovery. | 5.30 | 85 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing. | 0.40 | 103 |
| 03/29/2013 | JLW | Review email and brief review of attachments regarding ████████████ continue review motion to dismiss filed by Rufenacht. | 3.80 | 106 |
| 04/01/2013 | JLW | Analyze ██████████████ conference with M. Stafford, J. Kennedy and S. Runyan regarding ████████ review and analyze ██████ ████████████ | 3.80 | 142 |
| 04/02/2013 | JLW | Continue analysis of motions to dismiss; ████████████████████████ | 4.50 | 143 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ████████████ ████████ | 0.70 | 144 |
| 04/05/2013 | JLW | Review response letter regarding ████████ ████████ | 0.20 | 145 |
| 04/10/2013 | JLW | Review ████████████████ research regarding ████████████ ████████████ | 5.60 | 146 |
| 04/15/2013 | JLW | Continue research for support for motion to dismiss. | 2.30 | 147 |
| 04/16/2013 | JLW | ████████████████████████ | | |

Page: 10

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:     110035-27

INVOICE NO:                 2

re: ADM (Preference)

|            |      |                                                                                                                                  | HOURS |     |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------|-------|-----|
|            |      | ██████ continue research for support for response to motions to dismiss.                                                          | 5.60  | 148 |
| 04/17/2013 | JLW  | Continue review and research for responses to motion to dismiss; ██████ ████████████████████████████████████                     | 5.80  | 149 |
| 04/18/2013 | JLW  | Continue research for support for response to motion to dismiss; outline ██████ ████████and draft ████████████ draft response to motion to dismiss. | 5.80  | 150 |
| 04/19/2013 | JLW  | Attend conference regarding ██████ ████████████████████ review memorandum from S. Runyan regarding ████████████████████           | 2.80  | 151 |
| 04/24/2013 | JLW  | Research regarding ████████████████ ████████ review case law and related case pleadings; continue draft response to motions to dismiss; research ██████████████ | 6.30  | 153 |
| 04/25/2013 | JLW  | Continue draft response to motion to dismiss; continue research and review cases ████████████                                    | 5.80  | 154 |
| 04/26/2013 | JLW  | Continue draft response to motion to dismiss; continue research regarding ████████████████████                                   | 6.50  | 155 |
| 04/29/2013 | JLW  | Conference with S. Runyan and M. Stafford regarding response to ██████ to dismiss; review Lancelot case.                          | 1.50  | 276 |
| 04/30/2013 | JLW  | Conference with S. Runyan regarding ██████ ████ review email from S. Runyan regarding ████████████████████                       | 0.50  | 156 |
| 05/01/2013 | JLW  | Review draft response to motion to dismiss                                                                                        | 3.40  | 197 |

Page: 11

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-27
INVOICE NO:              2

re: ADM (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 05/03/2013 | JLW | Review latest draft of response to motion to dismiss | 2.80 | 198 |
| 05/06/2013 | JLW | Review Response draft to motions to dismiss; Follow up research for Response to motions to dismiss | 8.20 | 199 |
| 05/07/2013 | JLW | Edit and review draft response to motions to dismiss | 7.50 | 200 |
| 05/08/2013 | JLW | Briefly review response final draft | 0.50 | 201 |
| 05/15/2013 | JLW | Review email regarding ███████████ | 0.10 | 202 |
| 06/14/2013 | JLW | Review ADM reply | 1.50 | 225 |
| 06/20/2013 | JLW | Review email and attachment from L. Lynch regarding ███████ Conference call with L. Lynch regarding ████████████ Review email and attachments regarding ███████ | 1.00 | 226 |
| 06/21/2013 | JLW | Continue ████████████████ | 2.30 | 227 |
| 06/24/2013 | JLW | Continue analysis and review of replies in support of motion to dismiss | 0.60 | 228 |
| 07/01/2013 | JLW | Meeting with M. Stafford regarding reply and preparation for oral argument; Conference call with D. DeNeal regarding ████████ Analyze arguments and case law in preparation for oral argument; Conference with S. Runyan regarding ████████ | 4.80 | 242 |
| 07/02/2013 | JLW | Continue analysis of ████████ | 1.50 | 243 |
| 07/03/2013 | JLW | Continue review replies on motion to dismiss; Compare ████████████ | 3.80 | 261 |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-27
INVOICE NO:              2

re: ADM (Preference)

| Date | | Description | HOURS | |
|------|---|-------------|-------|---|
| 07/08/2013 | JLW | Review ███████████ Review and research case law for support for ███████ ███████████████████ Conference with S. Runyan regarding ██████████████████████████ | 6.50 | 255 |
| 07/09/2013 | JLW | Review ████████████ Review research and case law regarding ████████ Review all pleadings to pull information regarding ████████████████ Prepare outline for oral argument | 6.80 | 256 |
| 07/10/2013 | JLW | Conference with S. Runyan regarding ████ ████ Review minute order entered by the Court; Review email regarding █████████████ █████████ | 1.00 | 257 |
| 07/16/2013 | JLW | Review order directing compliance with Local Rule B7012-1;  Conference with S. Runyan regarding ████████████ | 1.20 | 259 |
| 07/17/2013 | JLW | Review entry resolving acknowledgement of core proceedings and consent to entry of final orders; Review email from M. Stafford ███████████████████ | 0.30 | 260 |
| 08/15/2013 | JLW | Review ████████████████ | 0.60 | 273 |
| | | Jennifer L. Watt | 121.60 | |
| 03/05/2013 | ADS | Review receipt of green cards and returned mail regarding service on S. McDonald, discuss same with S. Runyan.  Email to and from court to request second Alias Summons. Email to S. Runyan. | 0.60 | 98 |
| 03/06/2013 | ADS | Review █████████████████ Gather documents and address for service on S. McDonald and forward same to paralegal. Calendar deadline to file certificate of service of summons. | 0.70 | 102 |
| | ADS | Multiple emails to and from Paul Hoffman, | | |

Page: 13

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-27
INVOICE NO:    2

re: ADM (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | attorney for ADMIS.  Review pleadings for pretrial deadlines.  Email S. Runyan and J. Kennedy regarding ███████████ | 0.50 | 104 |
| 03/08/2013 | ADS | Draft letter regarding: preservation demand/request litigation hold.  Discuss ████████████████████  Finalize preservation letter. | 3.00 | 105 |
| 03/12/2013 | ADS | Email from Steve Runyan regarding ███████ ████████ review proposed letter to ██████ ██████ | 0.20 | 119 |
| 03/14/2013 | ADS | Email from Paul Hoffman.  Telephonic conference with P. Hoffman. Confer with J. Kennedy on pretrial deadlines.  Conferences with Tammy on ████████████████ ███████████ | 0.90 | 107 |
| 03/15/2013 | ADS | Review Alias Summons and Second Preliminary Pretrial Order for Defendant McDonald.  Work on Motion for Extension of time to file pretrial statement. | 0.40 | 108 |
| 03/18/2013 | ADS | Finish drafting second motion for extension of time to file Joint PTS.  Email to all opposing counsel regarding same, and diary for follow up on responses. | 0.70 | 109 |
| 03/19/2013 | ADS | Review emails from counsel regarding motion for extension of time.  File motion.  Confer with Steve Runyan and J. Kennedy ████████ ████████. Analyze ████████ ████████████████████████████ | 0.90 | 110 |
| 03/21/2013 | ADS | Confer with paralegal on filing of certificate of service for order on MET. | 0.10 | 111 |
| 03/25/2013 | ADS | Brief review ████████████████ █████████████████████ Review ██████ ███████████████████ Email correspondence with S. Runyan | | |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| Date | | Description | HOURS | |
|------|------|------|------|------|
| | | regarding ███████. Review ███████ | 0.80 | 112 |
| | ADS | Prepare for and attend pretrial conference. | 0.80 | 113 |
| 03/26/2013 | ADS | Meeting to discuss ████████ ████. Telephonic conference with Kristin Goss. Telephonic conference with P. Hoffman and John Masseau. | 1.90 | 114 |
| 03/27/2013 | ADS | Begin review/analysis of briefs in support of motions to dismiss. | 0.50 | 87 |
| | ADS | Review ████████ | 0.20 | 115 |
| | ADS | Email from P. Hoffman regarding preparation of order on extension of time to respond to briefs. | 0.10 | 120 |
| 03/30/2013 | ADS | Complete ████████ ████ | 1.50 | 117 |
| 03/31/2013 | ADS | Review/complete reading of ███ ████ | 1.00 | 118 |
| 04/02/2013 | ADS | Review Minute Entry/Order; begin drafting motions for extension of time; confer with J. Kennedy ████ | 0.40 | 122 |
| 04/03/2013 | ADS | Conference call ████████ ████ | 2.30 | 159 |
| | ADS | Review/analyze multiple emails from ███ ███ | 0.30 | 160 |
| 04/08/2013 | ADS | Draft and file Notices of Initial Extension of Time to File Responses to Motions to Dismiss. Review deadlines and email to S. Runyan and J. Kennedy regarding ████ | 1.00 | 162 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

HOURS

| Date | | | | |
|---|---|---|---|---|
| 04/10/2013 | ADS | Review multiple emails from Liz Lynch (DSI) ▮▮▮▮▮ Assignment to/confer with legal assistant to ▮▮▮▮▮ | 0.50 | 163 |
| 04/12/2013 | ADS | Review letter to defendant's counsel regarding perseveration demand letter. review letter from ▮▮▮▮▮ | 0.70 | 164 |
| | ADS | Draft proposed Scheduling Order pursuant to prior pretrial conference; email to J. Kennedy, S. Runyan for review. | 0.40 | 165 |
| | ADS | Discuss ▮▮▮▮▮ email to defendants' counsel for approval, and diary for follow up. | 0.30 | 166 |
| 04/16/2013 | ADS | Legal research on ▮▮▮▮▮ and formal procedural rules for obtaining same. | 1.00 | 167 |
| | ADS | Continue review/analysis of ▮▮▮▮▮ | 1.00 | 168 |
| | ADS | Email to and email from J. Massouh regarding scheduling order; revise same; and convert/upload order through ECF. | 0.30 | 169 |
| 04/18/2013 | ADS | Begin review/analysis of ▮▮▮▮▮ | 1.00 | 170 |
| 04/19/2013 | ADS | Meeting with S. Runyan, J. Watt, and J. Kennedy ▮▮▮▮▮ | 1.50 | 171 |
| 04/23/2013 | ADS | Continue review/analysis of defendants' ▮▮▮▮▮ Review and summarize ▮▮▮▮▮ | | |

Eastern Livestock Bankruptcy

ACCOUNT NO: 110035-27
INVOICE NO: 2

re: ADM (Preference)

| Date | | Description | HOURS | |
|------|------|-------------|-------|------|
| | | █████████ | 1.50 | 172 |
| 04/24/2013 | ADS | Legal research on █████████; review recent case law from █████████ | | |
| | | begins substantial analysis █████████ ████████████████████ | 2.60 | 173 |
| 04/25/2013 | ADS | Substantial legal research and analysis of █████████ continue development of legal argument; substantial review/analysis of █████████ substantial legal research █████████ Perform legal analysis of █████████ of █████████ Substantial review of █████████ | 9.00 | 174 |
| 04/26/2013 | ADS | Conference regarding █████████ | 0.80 | 175 |
| 04/27/2013 | ADS | Begin drafting response to defendants' motion to dismiss as to █████████ conduct additional legal research on defense for incorporation into brief; substantial review and editing of same. | 13.50 | 176 |
| 04/28/2013 | ADS | Begin drafting and finalize first draft of response to motions to dismiss Regarding: █████████ substantial review/editing of responsive brief. Final review, editing of █████████ Review pleadings in █████████ Email first draft to J. Kennedy, S. Runyan, and J. Watt. | 11.00 | 177 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/30/2013 | ADS | Review/analysis/editing of responsive brief draft by J. Watt ▮▮▮▮▮ | 1.00 | 178 |
|  | ADS | First review/edit of responsive brief regarding: ▮▮▮▮▮▮▮ Review/edit/revise brief regarding ▮▮▮▮ ▮▮▮▮ | 1.90 | 179 |
| 05/01/2013 | ADS | Confer with Steve Runyan ▮▮▮▮▮▮ | 0.30 | 203 |
|  | ADS | Prepare for, attend, and participate in meeting regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 2.40 | 204 |
|  | ADS | Substantial review/analysis/and revisions to draft responsive briefs regarding: ▮▮▮▮ | 2.80 | 205 |
| 05/02/2013 | ADS | Complete second review/analysis/revisions to response brief regarding: ▮▮▮▮▮▮ ▮▮▮▮▮▮ with H. Means and S. Runyan ▮▮▮▮▮▮▮▮ | 1.00 | 212 |
|  | ADS | Review/analyze ▮▮▮▮▮▮▮▮ | 1.70 | 213 |
| 05/03/2013 | ADS | Legal research/research prior briefing▮▮ ▮▮▮▮▮▮▮▮▮ Legal research on ▮▮▮▮▮▮▮▮ Draft email to S. Runyan regarding same. | 0.50 | 214 |
| 05/04/2013 | ADS | ▮▮▮▮▮▮▮ Review/analyze ▮▮▮▮▮▮ legal research on arguments; outline arguments in response; and draft/revise/refine arguments in response. | 7.70 | 215 |
| 05/05/2013 | ADS | Legal research on ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮and revise brief regarding same. (1.40). Conduct legal research on ▮▮▮▮ |  |  |

Eastern Livestock Bankruptcy

re: ADM (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | ████████████████ draft argument regarding same (.80). Review ████████████████ █████████ conduct legal research on defenses and analyze responsive arguments (2.0), draft, revise and refine response brief ██████████ (4.0). Multiple emails to and from S. Runyan regarding ██████████ (.20). | 8.40 | 216 |
| 05/06/2013 | ADS | Run ████████████████ Begin review of second draft of response brief. | 0.50 | 217 |
|  | ADS | Substantial analysis/review/revisions to second draft of response brief. | 6.50 | 218 |
| 05/07/2013 | ADS | Finish analysis and revisions to second brief. Attend/participate in meeting with J. Kennedy, S. Runyan, and J. Watt to ████████████████ | 6.60 | 219 |
| 05/08/2013 | ADS | Work on Table of Authorities. | 4.20 | 220 |
| 05/14/2013 | ADS | Review Minute Entry/Order from May 13, 2013 pretrial. Calendar deadlines and oral argument. | 0.20 | 221 |
| 05/16/2013 | ADS | Email from S. Runyan with voicemail from ██████████ Multiple emails to S. Runyan regarding ██████████ | 0.30 | 222 |
| 05/31/2013 | ADS | Confer with S. Runyan regarding ████████████████ Telephone conference with Liz Lynch ██████████ | 0.20 | 223 |
| 06/03/2013 | ADS | Discuss case status with S. Runyan regarding ████████████████ | 0.30 | 231 |
| 06/07/2013 | ADS | Receive/review response filed by ADM to |  |  |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-27
INVOICE NO:                    2

re: ADM (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Trustee's Response to Motions to Dismiss. | 0.40 | 232 |
| 06/11/2013 | ADS | Receive and review and analyze ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.40 | 236 |
|  | ADS | Receive and review email from P. Hoffman and forward to S. Runyan. | 0.10 | 237 |
| 06/21/2013 | ADS | Review/analyze ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ substantial analysis and review of ▮▮▮▮ ▮▮▮▮▮▮▮ | 2.30 | 238 |
| 06/24/2013 | ADS | Continue substantial review/analysis of ▮▮▮▮▮▮▮▮▮▮ | 1.10 | 239 |
| 06/28/2013 | ADS | Complete substantial review/analysis of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮Conduct analysis and develop arguments for oral argument set for July 10, 2013. | 3.30 | 240 |
|  | ADS | Strategy meeting with S. Runyan regarding ▮▮▮▮▮▮▮▮▮▮ | 1.80 | 241 |
| 07/01/2013 | ADS | Telephone call with D. DeNeal ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 0.20 | 262 |
| 07/03/2013 | ADS | Telephone call with court regarding PowerPoint presentation capabilities.  Email to S. Runyan regarding same.  Email to K. Goss to confirm telephone conversation. | 0.20 | 263 |
| 07/05/2013 | ADS | Prepare for oral argument; summarize case law for S. Runyan regarding ▮▮▮▮▮ |  |  |

Page: 20

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-27
INVOICE NO:                    2

re: ADM (Preference)

| Date | | | | HOURS | |
|---|---|---|---|---|---|
| | | Email to S. Runyan. | | 1.30 | 264 |
| 07/08/2013 | ADS | review/analyze ███████████<br>review ███████████████<br>review ███████████████ | | | |
| | | Discuss oral argument with S. Runyan. | | 2.80 | 265 |
| 07/09/2013 | ADS | Continue review of ██████████<br>████████ | | 1.00 | 266 |
| | ADS | Legal research regarding ████████<br>███████<br>review/revise power point slides for oral<br>argument; confer with S. Runyan regarding<br>████████ | | 2.20 | 267 |
| 07/17/2013 | ADS | Receive and review order directing<br>defendant's to comply with Local Rule<br>B7012-1; review local rule; receive and<br>review acknowledgement filed by defendants. | | 0.20 | 268 |
| 08/21/2013 | ADS | Email from D. DeNeal regarding ██████<br>█████████████ Research<br>███████████████████████████Draft<br>response to D. DeNeal and draft email to Liz<br>Lynch ███████████ | | 1.00 | 274 |
| 08/22/2013 | ADS | Email from Liz Lynch regarding ██████<br>████████ email to<br>D. DeNeal. | | 0.40 | 275 |
| | | Amanda D. Stafford | | 129.10 | |
| 03/04/2013 | TJF | Review and organization of recently filed<br>pleadings. | | 0.30 | 90 |
| 03/06/2013 | TJF | Review and organization of recently filed<br>pleadings. | | 0.30 | 91 |
| 03/14/2013 | TJF | Conference with Nancy at Express Process<br>service concerning ████████████<br>█████ | | 0.50 | 92 |

Page: 21

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-27

INVOICE NO:    2

re: ADM (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/17/2013 | TJF | Drafted Appearance for JAK | 0.20 | 93 |
| 03/18/2013 | TJF | Filing of J. Knauer's appearance using ECF system | 0.10 | 94 |
| 03/26/2013 | TJF | Emails from/to E Lynch regarding ████████████ | 0.30 | 95 |
| 03/27/2013 | TJF | Attend Pretrial Conference | 0.30 | 96 |
| 05/06/2013 | TJF | Draft J. Watt's appearance; filed same using ECF system. | 0.40 | 192 |
|  |  | Tammy J. Froelich | 2.40 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 461.20 | 129,763.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 23.60 | $395.00 | $9,322.00 |
| Harley K. Means | Partner | 14.10 | 300.00 | 4,230.00 |
| Steven E. Runyan | Partner | 170.40 | 295.00 | 50,268.00 |
| Jennifer L. Watt | Associate | 121.60 | 275.00 | 33,440.00 |
| Amanda D. Stafford | Associate | 129.10 | 250.00 | 32,275.00 |
| Tammy J. Froelich | Paralegal | 2.40 | 95.00 | 228.00 |

| | |
|---|---|
| Reproduction of documents | 168.70 |
| Mailing expense | 6.84 |
| TOTAL EXPENSES THRU 08/31/2013 | 175.54 |

| | |
|---|---|
| Overnight mail | 33.31 |
| TOTAL ADVANCES THRU 08/31/2013 | 33.31 |
| TOTAL CURRENT WORK THIS STATEMENT | 129,971.85 |
| BALANCE DUE | $129,971.85 |

Eastern Livestock Bankruptcy

re: Alabama Livestock Auction (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/05/2013 | JLW | Research regarding ███████ | 1.00 | 44 |
| 03/06/2013 | JLW | Research regarding ████████████ | 0.80 | 45 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 41 |
| 03/14/2013 | JLW | Draft order on motion to dismiss. | 0.40 | 40 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 39 |
| 03/27/2013 | JLW | Draft revisions to model order regarding motion to dismiss. | 0.30 | 46 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ████████████ ██████ | 0.40 | 48 |
| 04/11/2013 | JLW | Research ████████████ | 0.80 | 49 |
| 04/30/2013 | JLW | Review discovery documents. | 0.50 | 50 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 52 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 54 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 55 |
| 05/16/2013 | JLW | Review ███████ and update ██████ ████ | 0.20 | 56 |
| 05/28/2013 | JLW | Review order granting motion to extend time to file answer to complaint;  Review answer to complaint | 0.50 | 58 |
| 06/19/2013 | JLW | Draft case management order; Review revised | | |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:   110035-58
INVOICE NO:   2

re: Alabama Livestock Auction (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | case management order; | 0.50 | 59 |
| 06/24/2013 | JLW | Update memorandum regarding ███████ ████████████████████ | 0.30 | 60 |
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | 61 |
| 07/29/2013 | JLW | Research regarding ████████ Review documents for information regarding ███████ | 1.80 | 64 |
| 07/30/2013 | JLW | Review ████ and update ████████ | 0.30 | 65 |
| | | Jennifer L. Watt | 9.10 | |
| 04/16/2013 | ADS | Final review of order on motion to dismiss and convert/upload to court through ECF. | 0.30 | 51 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ████████ ██████████████████████ | 0.10 | 62 |
| 06/26/2013 | ADS | Prepare for and attend morning and afternoon pretrial conferences. | 0.50 | 63 |
| | | Amanda D. Stafford | 0.90 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 42 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 47 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 57 |
| | | Tammy J. Froelich | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 10.50 | 2,775.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 9.10 | $275.00 | $2,502.50 |
| Amanda D. Stafford | Associate | 0.90 | 250.00 | 225.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:        110035-58
INVOICE NO:              2

re: Alabama Livestock Auction (Preference)

| | |
|---|---|
| Mailing expense | 2.65 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.65 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,777.65 |
| BALANCE DUE | $2,777.65 |

Eastern Livestock Bankruptcy

re: Animal Profiling International (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/07/2013 | JPK | Reviewed email from J. Knauer regarding ▮▮▮▮ | 0.20 | 47 |
| 03/18/2013 | JPK | Follow up on settlement. Email and meet with M. Stafford regarding ▮▮▮▮ | 0.30 | 38 |
| 03/29/2013 | JPK | Reviewed draft settlement agreement and settlement stipulation.  Conference with M. Stafford. | 0.40 | 46 |
| | | Jay P. Kennedy | 0.90 | |
| 03/06/2013 | ADS | Email from paralegal regarding filing of certificate of service.  Discuss same with paralegal. | 0.20 | 48 |
| | ADS | Email from Sharon Ellis of Animal Profiling International.  Forward same to Knauer and Kennedy.  Email to Sharon Ellis.  Diary for follow up. | 0.20 | 50 |
| 03/18/2013 | ADS | Voicemail from Sharon Ellis at API.  Draft letter in response to Defendant's settlement offer.  Email to defendant's attorney. Diary for follow up. | 0.70 | 51 |
| 03/25/2013 | ADS | Review email from opposing counsel accepting counteroffer.  Draft email in response. Review Motion to Approve Settlement Procedures. | 0.50 | 52 |
| | ADS | Prepare for pretrial conference; voicemail to Andrew Ognall. | 0.20 | 53 |
| 03/27/2013 | ADS | Assignment to paralegal to draft Motion to Approve Settlement. | 0.10 | 54 |
| | ADS | Email from and to Andrew Ognall. | 0.10 | 55 |