Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:    110035-05
INVOICE NO:    2

re: Animal Profiling International (Note)

| | | | HOURS | |
|---|---|---|---|---|
| 03/28/2013 | ADS | Email from and email to Andrew Ognall on status of Settlement Agreement. | 0.20 | 42 |
| | ADS | ███████████████and Mutual Release; review ████████████████ ████ | 1.10 | 56 |
| | ADS | Update ██████████████████ | 0.10 | 57 |
| 03/29/2013 | ADS | Review/revise ████████████ ████████████████Email to Trustee regarding same. Diary for follow up. | 0.60 | 58 |
| | ADS | Review J. Kennedy's revisions to settlement agreement and revise same. Email settlement agreement to Andrew Ognall. Diary for follow up. | 0.30 | 59 |
| 03/30/2013 | ADS | Review email from A. Ognall; review revised settlement agreement. | 0.20 | 60 |
| 03/31/2013 | ADS | Review email from and revisions to ████ ████████████████ | 0.20 | 61 |
| 04/02/2013 | ADS | Discuss settlement agreement and revisions ████████████████with J. Kennedy. Finalize settlement agreement. Draft email to Andrew Ognall regarding settlement agreement and ██████████████ ████████████ Diary for follow up on response. | 0.60 | 62 |
| 04/04/2013 | ADS | Email from Andrew Ognall; email from J. Knauer regarding settlement; draft proposed response to Ognall. | 0.20 | 66 |
| 04/05/2013 | ADS | Emails from and to A. Ognall. Confer with J. Kennedy to formulate response to API's revisions██████████████████ ████████email from J. Knauer regarding same. | 0.20 | 67 |
| 04/09/2013 | ADS | Voicemail to Knauer regarding██████ ████████ Revise Motion and Order to approve compromise or settlement agreement. | | |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-05

INVOICE NO:       2

re: Animal Profiling International (Note)

| | | | HOURS | |
|---|---|---|---|---|
| | | Forward ██████████ for Knauer for signature. | 0.30 | 68 |
| | ADS | Finalize and file Motion to Approve Settlement.  Email to A. Ognall regarding same. | 0.70 | 69 |
| | ADS | Draft letter to A. Ognall with settlement agreement and related documents. | 0.20 | 70 |
| 04/12/2013 | ADS | Draft/revise/file Notice of dismissal of adversary proceeding. | 0.40 | 71 |
| 04/23/2013 | ADS | Draft Notice of Motion to Compromise and Opportunity to object; emails to and from court to obtain hearing date on same; draft and file Notice with assignment to legal assistant to serve same. | 1.00 | 73 |
| 05/15/2013 | ADS | Check status of receipt of first installment payment.  Update calendar. | 0.10 | 74 |
| | | Amanda D. Stafford | 8.40 | |
| | | FOR CURRENT SERVICES RENDERED | 9.30 | 2,455.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.90 | $395.00 | $355.50 |
| Amanda D. Stafford | Associate | 8.40 | 250.00 | 2,100.00 |

| | |
|---|---|
| Reproduction of documents | 12.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 12.60 |
| Overnight mail | 18.64 |
| TOTAL ADVANCES THRU 08/31/2013 | 18.64 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,486.74 |

Eastern Livestock Bankruptcy

Page: 4
October 01, 2013
ACCOUNT NO:      110035-05
INVOICE NO:                2

re: Animal Profiling International (Note)


BALANCE DUE                                                    $2,486.74

Eastern Livestock Bankruptcy

re: Arab Livestock Market, Inc. (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|------|---|-------------|-------|---|
| 04/19/2013 | JPK | Reviewed issues relating to ███████ ███████ Email with J. Watt. | 0.30 | 25 |
| 04/22/2013 | JPK | Reviewed email responses regarding ████ ███████ Conference with J. Watt. | 0.30 | 24 |
| 05/09/2013 | JPK | Argue motion to set aside judgment and participate in pretrial conference. | 0.30 | 39 |
| 07/17/2013 | JPK | Reviewed email from E. Knave.  Follow up with J. Graham on mediation issue. | 0.30 | 45 |
| 08/28/2013 | JPK | Call J. Graham.  Prepare for and participate in pretrial conference. | 0.30 | 48 |
| | | Jay P. Kennedy | 1.50 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 18 |
| 03/19/2013 | JLW | Review application for entry of default. | 0.50 | 17 |
| 03/20/2013 | JLW | Communication with J. Kennedy regarding ███████ review correspondence with J. Graham regarding representation; draft email to J. Graham regarding application for default filed; review email from J. Graham regarding same. | 0.60 | 16 |
| 03/22/2013 | JLW | Review clerk's entry of default; draft email to J. Kennedy regarding ███████ | 0.50 | 15 |
| 04/11/2013 | JLW | Review draft motion for default. | 0.30 | 27 |
| 04/19/2013 | JLW | Draft email to J. Knauer regarding ███████ ███████ review response regarding same; draft email regarding ███████ ███████ | 0.80 | 28 |

Page: 2
Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-99
INVOICE NO:          2

re: Arab Livestock Market, Inc. (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/22/2013 | JLW | Review email from J. Graham regarding motion for authority; draft response email regarding same. | 0.20 | 29 |
| 04/23/2013 | JLW | Review motion to vacate Clerk's entry of default. | 0.30 | 30 |
| 04/29/2013 | JLW | Conference with J. Kennedy regarding ███████████ | 0.20 | 31 |
| 04/30/2013 | JLW | Draft response in opposition to motion for relief from entry of default; review ███████ | 3.00 | 32 |
| 05/03/2013 | JLW | Review reply in support of motion to vacate Clerk's entry of default | 0.20 | 33 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 34 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 35 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 36 |
| 05/14/2013 | JLW | Review email and procedures order disclosures from E. Nave | 0.50 | 37 |
| 05/16/2013 | JLW | Review ███████████ | 0.20 | 38 |
| 06/18/2013 | JLW | Review ███████████ | 0.40 | 41 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 42 |
| 07/03/2013 | JLW | Review Response file regarding selection of mediator | 0.20 | 47 |
| 07/30/2013 | JLW | Review ███████ | 0.30 | 46 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding ████ |  |  |

Eastern Livestock Bankruptcy

re: Arab Livestock Market, Inc. (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Conference call with J. Graham regarding settlement discussions; | 0.30 | 49 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 50 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 51 |
|  |  | Jennifer L. Watt | 9.80 |  |
| 06/18/2013 | ADS | Review/analyze ▮▮▮▮▮▮▮▮ | 0.10 | 43 |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 44 |
|  |  | Amanda D. Stafford | 0.30 |  |
| 03/17/2013 | TJF | Drafted Clerk's Entry of Default, Clerk's Entry of Default Application and Affidavit Supporting Entry of Default for J. Watt's review and signature | 0.40 | 19 |
| 03/20/2013 | TJF | Filed Application for Clerk's Entry of Default, Affidavit and Entry of Default using ECF system | 0.50 | 20 |
| 03/25/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 | 21 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 22 |
| 04/11/2013 | TJF | Drafted Motion for Default Judgment, Entry of Default Application and Entry of Default Affidavit of J. Watt's review and signature. | 0.60 | 23 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 26 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 40 |
|  |  | Tammy J. Froelich | 2.20 |  |

Page: 4

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-99

INVOICE NO:              2

re: Arab Livestock Market, Inc. (Preference)

|  |  | HOURS |  |
|---|---|---|---|
| FOR CURRENT SERVICES RENDERED |  | 13.80 | 3,571.50 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 1.50 | $395.00 | $592.50 |
| Jennifer L. Watt | Associate | 9.80 | 275.00 | 2,695.00 |
| Amanda D. Stafford | Associate | 0.30 | 250.00 | 75.00 |
| Tammy J. Froelich | Paralegal | 2.20 | 95.00 | 209.00 |

| | |
|---|---|
| Mailing expense | 2.08 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.08 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,573.58 |
| BALANCE DUE | $3,573.58 |

Eastern Livestock Bankruptcy

re: Ashville Stockyard  (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|------|------|-------------|-------|------|
| 03/05/2013 | JLW | Research regarding ███████ | 1.00 | 35 |
| 03/06/2013 | JLW | Research regarding ████████ | 0.80 | 36 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 33 |
| 03/14/2013 | JLW | Draft order on motion to dismiss. | 0.40 | 32 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 31 |
| 03/27/2013 | JLW | Draft revisions to model order regarding motion to dismiss. | 0.30 | 37 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch ███████████████ | 0.40 | 39 |
| 04/11/2013 | JLW | Research ███████ | 0.80 | 40 |
| 04/30/2013 | JLW | Review ██████ | 0.50 | 41 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 43 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 44 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 45 |
| 05/16/2013 | JLW | Review ████ and update ██████ | 0.20 | 46 |
| 05/28/2013 | JLW | Review order granting motion to extend time to file answer to complaint;  Review answer to complaint | 0.50 | 48 |
| 06/19/2013 | JLW | Draft case management order; Review revised | | |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:      110035-36
INVOICE NO:                2

re: Ashville Stockyard  (Preference)

|            |      |                                                                              | HOURS |    |
|------------|------|------------------------------------------------------------------------------|-------|----|
|            |      | case management order;                                                       | 0.50  | 49 |
| 06/24/2013 | JLW  | Update memorandum regarding ▮▮▮▮                                             | 0.30  | 50 |
| 06/27/2013 | JLW  | Review court order following pre-trial                                        | 0.10  | 51 |
| 07/29/2013 | JLW  | Research regarding ▮▮▮▮ Review documents for ▮▮▮▮                            | 1.30  | 54 |
| 07/30/2013 | JLW  | Review status and update ▮▮▮▮                                                | 0.30  | 55 |
|            |      | Jennifer L. Watt                                                             | 8.60  |    |
| 04/16/2013 | ADS  | Draft/revise/refine order denying motion to dismiss.  Upload/file order with court. | 0.60 | 42 |
| 06/24/2013 | ADS  | Meeting with J. Watt to discuss ▮▮▮▮                                         | 0.10  | 52 |
| 06/26/2013 | ADS  | Prepare for and attend morning and afternoon pretrial conferences.           | 0.50  | 53 |
|            |      | Amanda D. Stafford                                                           | 1.20  |    |
| 03/26/2013 | TJF  | Received and uploaded documentation from E Lynch                             | 0.10  | 34 |
| 04/25/2013 | TJF  | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 38 |
| 05/08/2013 | TJF  | Preparation of documents for production pursuant to Procedures Order.         | 0.20  | 47 |
|            |      | Tammy J. Froelich                                                            | 0.50  |    |
|            |      | FOR CURRENT SERVICES RENDERED                                                | 10.30 | 2,712.50 |

### RECAPITULATION

| TIMEKEEPER        | Title     | HOURS | HOURLY RATE | TOTAL      |
|-------------------|-----------|-------|-------------|------------|
| Jennifer L. Watt  | Associate | 8.60  | $275.00     | $2,365.00  |
| Amanda D. Stafford| Associate | 1.20  | 250.00      | 300.00     |
| Tammy J. Froelich | Paralegal | 0.50  | 95.00       | 47.50      |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:        110035-36
INVOICE NO:               2

re: Ashville Stockyard  (Preference)


TOTAL CURRENT WORK THIS STATEMENT                          2,712.50


BALANCE DUE                                                                          $2,712.50

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-44
INVOICE NO:              3

re: B&B Land and Livestock (Preference0

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 04/04/2013 | JPK | Reviewed informal discovery request from A. Martin.  Confer with M. Stafford. | 0.50 | 76 |
| 05/17/2013 | JPK | Reviewed email from M. Robinson.  Follow up on call. | 0.40 | 85 |
| 06/13/2013 | JPK | Email with A. Adams.  Prepare for telephone conference. | 0.50 | 100 |
| 06/14/2013 | JPK | Preparation for conference call.  Conference call with M. Robinson on claims. | 1.20 | 98 |
| 06/27/2013 | JPK | Reviewed letter from L. DelCotto on settlement offer. | 0.20 | 97 |
| 07/15/2013 | JPK | Reviewed letter from A. Adams.  Reviewed potential settlement offer.  Reviewed email.  Drafting of response letter. | 0.40 | 105 |
| 08/01/2013 | JPK | Drafting and revision of response letter to A. Adams.  Continued preparation of ██████████ | 0.40 | 117 |
| 08/19/2013 | JPK | Preparation for mediation.  Assemble final ██████████  Confer with J. Knauer ██ ██████ | 1.00 | 114 |
| 08/20/2013 | JPK | Travel to Louisville for mediation session.  Participate in mediation session.  Review and revision of settlement agreement.  Confer with M. Robinson. | 4.80 | 113 |
| 08/28/2013 | JPK | Check on status of settlement.  Call with A. Adams.  Participate in pretrial conference. | 0.20 | 111 |
| | | Jay P. Kennedy | 9.60 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 65 |

Eastern Livestock Bankruptcy

re: B&B Land and Livestock (Preference0

| | | | HOURS | |
|---|---|---|---|---|
| 03/14/2013 | JLW | Draft order on motion to dismiss. | 0.40 | 64 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 63 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 62 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing; draft revisions to model order regarding motion to dismiss. | 0.70 | 68 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 69 |
| 04/04/2013 | JLW | Review informal discovery request. | 0.30 | 71 |
| 04/05/2013 | JLW | Review email to the clerk regarding proposed order. | 0.10 | 72 |
| 04/19/2013 | JLW | Review email from M. Stafford regarding ▮▮▮▮▮conference with M. Stafford regarding ▮▮▮▮ | 0.40 | 73 |
| 04/22/2013 | JLW | Review informal discovery request; review discovery documentation. | 1.00 | 74 |
| 04/30/2013 | JLW | Review discovery documents. | 0.50 | 75 |
| 05/02/2013 | JLW | Review and respond to email from T. Froelich regarding ▮▮▮▮▮ | 0.10 | 80 |
| 05/08/2013 | JLW | Review informal production; Draft letter with reservations and objections for response to informal production request | 0.80 | 81 |
| 05/09/2013 | JLW | Prepare for and attend status hearing; Review and finalize informal discovery response letter | 0.50 | 82 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 83 |
| 05/16/2013 | JLW | Review ▮▮▮▮ and update ▮▮▮▮ | 0.20 | 84 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-44
INVOICE NO:    3

re: B&B Land and Livestock (Preference0

HOURS

| 06/03/2013 | JLW | Conference call with M. Robinson regarding settlement discussions; Review informal discovery request; Draft response letter regarding informal discovery requests; | 2.20 | 89 |
| 06/04/2013 | JLW | Finalize informal discovery response to Ganado; | 0.70 | 90 |
| 06/10/2013 | JLW | Review order striking amended complaint; Conference call with clerk regarding order striking amended complaint; Review email and attached research regarding ███████; Research regarding █████████████ Conference with M. Stafford and J. Kennedy regarding ████████ Review filings by court correcting order to strike amended complaint; | 3.10 | 91 |
| 06/12/2013 | JLW | Conference call with A. Adams regarding settlement and mediation; Conference call with M. Robinson regarding settlement and mediation; | 0.70 | 92 |
| 06/13/2013 | JLW | Review email regarding conference call schedule; | 0.10 | 93 |
| 06/14/2013 | JLW | Attend conference call with opposing counsel and J. Kennedy regarding defenses, positions, supporting document, evaluation of cases, settlement and mediation | 0.60 | 94 |
| 06/18/2013 | JLW | Conference call with A. Adams regarding mediation scheduling; | 0.20 | 95 |
| 06/20/2013 | JLW | Conference call with L. Lynch regarding ██████ Review email from L. Lynch regarding ████ Review following up email from L. Lynch clarifying ██████ Review mediation election notice; | 0.70 | 88 |
| 06/21/2013 | JLW | Review email regarding mediation dates; | 0.10 | 96 |

Eastern Livestock Bankruptcy

Page: 4
October 01, 2013
ACCOUNT NO:     110035-44
INVOICE NO:                3

re: B&B Land and Livestock (Preference0

HOURS

| 06/26/2013 | JLW | Review email and attached letter from A. Adams regarding defenses and responses to informal discovery request | 0.50 | 102 |
|---|---|---|---|---|
| 07/01/2013 | JLW | Review email from A. Adams regarding mediation date and availability and email J. Kennedy regarding same | 0.20 | 104 |
| 07/15/2013 | JLW | Review email from A. Adams regarding settlement offer response; Review ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.30 | 106 |
| 07/25/2013 | JLW | Analyze▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 1.80 | 107 |
| 07/30/2013 | JLW | Review ▮▮▮▮ and update ▮▮▮▮▮▮▮; Review voicemail from A. Adams regarding status | 0.40 | 108 |
| 08/01/2013 | JLW | Review email from A. Adams requesting status on settlement offer; Review email from J. Kennedy to A. Adams regarding status of settlement response | 0.20 | 109 |
| 08/02/2013 | JLW | Review and analyze▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.80 | 115 |
| 08/08/2013 | JLW | Review email regarding status of mediation; | 0.10 | 118 |
| 08/13/2013 | JLW | Review settlement response letter | 0.50 | 116 |
| 08/27/2013 | JLW | Review mediator's report on mediation | 0.20 | 110 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 112 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 119 |
| | | Jennifer L. Watt | 20.90 | |
| 04/05/2013 | ADS | Draft order on motion to dismiss; review pleadings relevant to motion to dismiss; and email to defendant's counsel with proposed order. | 0.40 | 77 |

Eastern Livestock Bankruptcy

re: B&B Land and Livestock (Preference0

| Date | | | HOURS | |
|------|------|------|------|------|
| | | | **HOURS** | |
| 04/16/2013 | ADS | Final review of order on motion to dismiss and convert/upload to court through ECF. | 0.20 | 78 |
| 05/24/2013 | ADS | Review notice of deficient filing regarding corporate ownership statement. Respond to assistant's email regarding same. | 0.10 | 87 |
| 06/07/2013 | ADS | Receive and review Notice of Striking of Deficient Filing. | 0.10 | 99 |
| 06/10/2013 | ADS | Confer with J. Watt regarding striking of amended complaint; review deficiency notice and applicable bankruptcy rules regarding filing of corporate ownership statement; Multiple telephone calls to and from court to correct deficiency. | 0.70 | 101 |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court. Receive and review filed Election Notice. | 0.20 | 103 |
| 08/27/2013 | ADS | Receive and review Notice of Submission of Mediator's Report and exhibit. Assignment to paralegal to file same. Update litigation spreadsheet to reflect same. | 0.20 | 120 |
| 08/28/2013 | ADS | Review settlement agreement; draft Motion to Compromise and Settle; email Motion to J. Kennedy. | 1.00 | 121 |
| | | Amanda D. Stafford | 2.90 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 66 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 67 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 70 |
| 05/09/2013 | TJF | Final preparation of documents for service on defendants' counsel | 0.30 | 79 |

Page: 6

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-44
INVOICE NO:    3

re: B&B Land and Livestock (Preference0

|  |  | HOURS |  |
|---|---|---|---|
| TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 86 |
|  | Tammy J. Froelich | 0.90 |  |
|  | FOR CURRENT SERVICES RENDERED | 34.30 | 10,350.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 9.60 | $395.00 | $3,792.00 |
| Jennifer L. Watt | Associate | 20.90 | 275.00 | 5,747.50 |
| Amanda D. Stafford | Associate | 2.90 | 250.00 | 725.00 |
| Tammy J. Froelich | Paralegal | 0.90 | 95.00 | 85.50 |

| | |
|---|---|
| Reproduction of documents | 1.60 |
| Mailing expense | 7.93 |
| TOTAL EXPENSES THRU 08/31/2013 | 9.53 |

| | |
|---|---|
| Parking expense | 10.00 |
| Conference Call Fees | 24.25 |
| TOTAL ADVANCES THRU 08/31/2013 | 34.25 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 10,393.78 |

| | |
|---|---|
| BALANCE DUE | $10,393.78 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110035-43
INVOICE NO:              1

re: B&M Cattle Company (Preference)

DRAFT STATEMENT

| | |
|---|---|
| Reproduction of documents | 0.10 |
| TOTAL EXPENSES THRU 08/31/2013 | 0.10 |
| TOTAL CURRENT WORK THIS STATEMENT | 0.10 |
| BALANCE DUE | $0.10 |

Eastern Livestock Bankruptcy

re: Ricky Beard (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|------|------|------------|-------|---|
| 07/05/2013 | JPK | Reviewed response filed by J. Owens. Add to mediation calendar. | 0.20 | 34 |
| | | Jay P. Kennedy | 0.20 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 20 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 23 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 24 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 25 |
| 05/16/2013 | JLW | Review ▓▓▓▓ and ▓▓▓▓▓▓ ▓▓▓ | 0.20 | 26 |
| 06/12/2013 | JLW | Review ▓▓▓▓▓▓ conference call with counsel to discuss settlement and mediation; | 0.50 | 29 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 30 |
| 07/08/2013 | JLW | Review Response filed by Beard and related email correspondence from Janice Owens | 0.20 | 32 |
| 07/30/2013 | JLW | Review status and ▓▓▓▓▓▓▓ | 0.30 | 33 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 35 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 36 |
| | | Jennifer L. Watt | 2.50 | |
| 06/20/2013 | ADS | Draft Election Notice. Assignment to legal assistant to file same with court. Receive and review filed Election Notice. | 0.20 | 31 |
| | | Amanda D. Stafford | 0.20 | |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

| | |
|---|---|
| ACCOUNT NO: | 110035-09 |
| INVOICE NO: | 2 |

re: Ricky Beard (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 21 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 22 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 27 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 | 28 |
| | | Tammy J. Froelich | 0.60 | |
| | | FOR CURRENT SERVICES RENDERED | 3.50 | 873.50 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.20 | $395.00 | $79.00 |
| Jennifer L. Watt | Associate | 2.50 | 275.00 | 687.50 |
| Amanda D. Stafford | Associate | 0.20 | 250.00 | 50.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

| | |
|---|---|
| Mailing expense | 2.44 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.44 |
| TOTAL CURRENT WORK THIS STATEMENT | 875.94 |
| BALANCE DUE | $875.94 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-71
INVOICE NO:              2

re: Daren Berg (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/28/2013 | ADS | Review ████████████████ ████████████ email to FBD attorneys regarding same. Diary for follow up. | 1.00 | 1 |
| 04/03/2013 | ADS | Voicemail form and telephonic conference with K. Britton regarding ██████ ████████ | 0.30 | 2 |
| | | Amanda D. Stafford | 1.30 | |
| | | FOR CURRENT SERVICES RENDERED | 1.30 | 325.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 1.30 | $250.00 | $325.00 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 325.00 |
| BALANCE DUE | $325.00 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110035-39
INVOICE NO:                3

re: Billingsley Auction Sale, Inc. (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/22/2013 | JPK | Review and revise Order on Motion to Dismiss. Confer with J. Watt. Reviewed emails with K. Goss. | 0.60 | 45 |
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.20 | 68 |
| | | Jay P. Kennedy | 0.80 | |
| 03/06/2013 | JLW | Research regarding ███████ | 0.80 | 54 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 51 |
| 03/14/2013 | JLW | Draft proposed order on motion to dismiss. | 0.40 | 49 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss; draft email to W. Ponader regarding ████ review voicemail regarding ████ draft email to W. Ponader regarding ████ review draft revisions from M. Stafford. | 1.50 | 48 |
| 03/22/2013 | JLW | Draft revisions to proposed order; draft email to FBD regarding ████ draft email to S. Newbern regarding proposed order; review proposed changes from S. Newbern regarding proposed order; draft email to Clerk regarding proposed order. | 2.60 | 47 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 46 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing; draft revisions to model order regarding motion to dismiss. | 0.70 | 55 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 56 |
| 04/11/2013 | JLW | Research ████ | 0.80 | 60 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:        110035-39
INVOICE NO:                3

re: Billingsley Auction Sale, Inc. (Preference)

|            |     |                                                                                                       | HOURS |    |
|------------|-----|-------------------------------------------------------------------------------------------------------|-------|----|
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order                                         | 0.20  | 64 |
| 05/09/2013 | JLW | Prepare for and attend status hearing                                                                 | 0.30  | 65 |
| 05/13/2013 | JLW | Review minute order entered following hearing                                                         | 0.10  | 66 |
| 05/16/2013 | JLW | Review ███████ and ████████████ ████████                                                              | 0.20  | 67 |
| 05/28/2013 | JLW | Review order granting motion to extend time to file answer to complaint;  Review Answer to Complaint; | 0.50  | 70 |
| 06/19/2013 | JLW | Draft case management order; Review revised case management order;                                    | 0.50  | 71 |
| 06/20/2013 | JLW | Review revised pre-trial order;                                                                       | 0.50  | 72 |
| 06/24/2013 | JLW | Update memorandum regarding ████████ ██████████████████████████                                       | 0.30  | 73 |
| 06/27/2013 | JLW | Review court order following pre-trial conference                                                     | 0.10  | 74 |
| 07/30/2013 | JLW | Review ███████ and update ██████████                                                                  | 0.30  | 78 |
|            |     | Jennifer L. Watt                                                                                      | 10.20 |    |
| 03/14/2013 | ADS | Review and propose revisions on order on motion to dismiss.                                           | 0.50  | 57 |
| 03/15/2013 | ADS | Work on revising order on motion to dismiss. Discuss same with J. Watt.                               | 1.40  | 58 |
| 04/05/2013 | ADS | Review/revise/edit order denying defendant's motion to dismiss.                                       | 0.60  | 61 |
|            | ADS | Email from Defendant's counsel approving order; submit proposed order to court for approval.          | 0.20  | 62 |
| 04/16/2013 | ADS | Convert/upload order on motion to dismiss using ECF.                                                  | 0.20  | 63 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-39

INVOICE NO:    3

re: Billingsley Auction Sale, Inc. (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 06/20/2013 | ADS | Review proposed pretrial order. | 0.20 | 75 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 | 76 |
| 06/26/2013 | ADS | Prepare for and attend morning and afternoon pretrial conferences. | 0.50 | 77 |
| | | Amanda D. Stafford | 3.70 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 52 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 53 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 59 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 69 |
| | | Tammy J. Froelich | 0.60 | |
| | | FOR CURRENT SERVICES RENDERED | 15.30 | 4,103.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.80 | $395.00 | $316.00 |
| Jennifer L. Watt | Associate | 10.20 | 275.00 | 2,805.00 |
| Amanda D. Stafford | Associate | 3.70 | 250.00 | 925.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

| | |
|---|---|
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.60 |
| TOTAL CURRENT WORK THIS STATEMENT | 4,104.60 |

Page: 4

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:       110035-39
INVOICE NO:                3

re: Billingsley Auction Sale, Inc. (Preference)


BALANCE DUE                                          $4,104.60

Eastern Livestock Bankruptcy

re: Steve Blanton (Preference)

DRAFT STATEMENT

| Date | Initials | Description | HOURS | |
|------|----------|-------------|-------|---|
| 05/14/2013 | JPK | Follow up with J. Isaac and M. Stafford on ███████ | 0.10 | 23 |
| 08/28/2013 | JPK | Confer with J. Watt and participate in pretrial conference. | 0.20 | 40 |
| | | Jay P. Kennedy | 0.30 | |
| 03/05/2013 | JLW | Correspondence regarding ███████ | 0.30 | 18 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 14 |
| 04/23/2013 | JLW | Review email regarding ███████ | 0.10 | 21 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 24 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 25 |
| 05/13/2013 | JLW | Review pretrial order | 0.10 | 26 |
| 05/16/2013 | JLW | Review ████ and ███████ ████ | 0.20 | 27 |
| 06/10/2013 | JLW | Review email regarding extension of time granted to counsel; | 0.20 | 31 |
| 06/11/2013 | JLW | Conference call with Larry Edmonson regarding defenses and document request; | 0.50 | 32 |
| 06/21/2013 | JLW | Review voicemail from L. Edmonson regarding informal discovery and extension; | 0.10 | 34 |
| 06/24/2013 | JLW | Conference call with L. Edmonson regarding position, extension of time and informal discovery; Review email from L. Edmonson regarding position statement; Draft email to J. Kennedy regarding ████ | 0.80 | 35 |

Eastern Livestock Bankruptcy

re: Steve Blanton (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 07/22/2013 | JLW | Review email from L. Edmonson regarding statement of defenses; Review Blanton ████████████████████ | 2.50 | 37 |
| 07/24/2013 | JLW | Telephone conference with S. Blanton regarding extension of time to file answer and response to position; Review email from L. Edmonson regarding confirmation of extension of time to file answer | 0.50 | 38 |
| 07/30/2013 | JLW | Review ████████████ | 0.30 | 39 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 41 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 42 |
| | | Jennifer L. Watt | 6.70 | |
| 03/06/2013 | ADS | Conduct research on ████████████ ████████ Email to T. Froelich and J. Watt regarding same. | 0.40 | 19 |
| 06/07/2013 | ADS | Telephone call with Larry Edmondson, Defendant's counsel regarding extension of time.  Email to Edmondson confirming same. | 0.30 | 36 |
| | | Amanda D. Stafford | 0.70 | |
| 03/06/2013 | TJF | Review and organization of recently filed pleadings; drafted certificate of service for service of complaint and papers; preparation of complaint and papers for service on defendant. | 0.40 | 15 |
| 03/07/2013 | TJF | Filed COS  Alias Summons using ECF | 0.20 | 16 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 17 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 20 |
| 05/06/2013 | TJF | Research on ████████████ | 0.30 | 22 |

Eastern Livestock Bankruptcy

re: Steve Blanton (Preference)

Page: 3
October 01, 2013
ACCOUNT NO:   110035-21
INVOICE NO:   2

| | | | HOURS | | |
|---|---|---|---|---|---|
| 05/08/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 30 |
| 05/16/2013 | TJF | Drafted COS for service of Alias Summons on S. Blanton | 0.20 | | 28 |
| 05/20/2013 | TJF | Filing of COS using ECF filing system. | 0.20 | | 29 |
| | | Tammy J. Froelich | 1.80 | | |
| | | FOR CURRENT SERVICES RENDERED | 9.50 | 2,307.00 | |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.30 | $395.00 | $118.50 |
| Jennifer L. Watt | Associate | 6.70 | 275.00 | 1,842.50 |
| Amanda D. Stafford | Associate | 0.70 | 250.00 | 175.00 |
| Tammy J. Froelich | Paralegal | 1.80 | 95.00 | 171.00 |

| | |
|---|---|
| Mailing expense | 19.85 |
| TOTAL EXPENSES THRU 08/31/2013 | 19.85 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,326.85 |
| BALANCE DUE | $2,326.85 |

Eastern Livestock Bankruptcy

re: Bradbury, Mike (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 07/15/2013 | JPK | Reviewed email from A. Adams.  Reviewed settlement offer.  Continue drafting response letter. | 0.40 | 77 |
| 08/01/2013 | JPK | Continued preparation of mediation handbook. Review and revise letter to A. Adams regarding defenses. | 0.50 | 92 |
| 08/16/2013 | JPK | Reviewed email from A. Adams regarding new value exception.  Research ███████ ███████████ | 0.40 | 88 |
| 08/19/2013 | JPK | Final preparation for mediation.  Assemble mediation book.  Call P. Kunkel. | 0.80 | 87 |
| 08/20/2013 | JPK | Participate in mediation session.  Return to Indianapolis. | 3.00 | 86 |
| 08/28/2013 | JPK | Participate in pretrial conference. | 0.20 | 84 |
| | | Jay P. Kennedy | 5.30 | |
| 03/01/2013 | JLW | Continue research regarding ████████ ████████████████████draft response to motion to dismiss; draft motion for authority to amend complaint; draft amended complaint. | 6.70 | 39 |
| 03/05/2013 | JLW | Review order on motion to amend complaint; review ████████████████████ ████████████research regarding forward contracts. | 3.70 | 54 |
| 03/08/2013 | JLW | Review email from A. Adams regarding amended complaint and order granting motion to amend; draft email to A. Adams confirming answer date. | 0.40 | 48 |
| 03/11/2013 | JLW | Draft email to T. Froelich regarding filing | | |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-84
INVOICE NO:              2

re: Bradbury, Mike (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | amended complaint; conference with T. Froelich regarding same. | 0.30 | 47 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 46 |
| 03/13/2013 | JLW | Telephone conference with A. Adams regarding defenses. | 0.60 | 45 |
| 03/18/2013 | JLW | Review ▮▮▮▮▮▮▮▮▮ research case law regarding ▮▮▮▮▮▮▮ | 3.60 | 44 |
| 03/20/2013 | JLW | Review ▮▮▮▮▮▮▮▮ research regarding ▮▮▮▮▮▮▮▮▮▮▮ | 3.50 | 43 |
| 03/21/2013 | JLW | Continue ▮▮▮▮▮▮▮▮▮▮ | 2.00 | 42 |
| 03/25/2013 | JLW | Begin review of discovery documents. | 1.00 | 41 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27; review email from A. Adams regarding review of defenses. | 0.40 | 40 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing; draft revisions to model order regarding motion to dismiss. | 0.70 | 55 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 56 |
| 03/29/2013 | JLW | Review answer to complaint. | 0.50 | 57 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.30 | 59 |
| 04/09/2013 | JLW | Research ▮▮▮▮▮▮▮▮ review discovery documents. | 2.50 | 60 |
| 04/11/2013 | JLW | Research ▮▮▮▮▮▮▮ | 2.30 | 61 |
| 04/30/2013 | JLW | Review email from A. Adams regarding review of claim status. | 0.10 | 62 |
| 05/08/2013 | JLW | Review informal discovery request; Review production being produced pursuant to | | |

Eastern Livestock Bankruptcy

re: Bradbury, Mike (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | procedures order | 0.40 | 63 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 64 |
| 05/16/2013 | JLW | Review ███████████████ ███████ | 0.20 | 65 |
| 05/29/2013 | JLW | Review email from A. Adams regarding settlement and mediation; Draft email to A. Adams regarding same; | 0.30 | 67 |
| 05/30/2013 | JLW | Review informal discovery request; Review documents for response to informal discovery request | 1.00 | 68 |
| 05/31/2013 | JLW | Review email from A. Adams regarding conference call and mediation preference; Draft email to A. Adams regarding mediation preference | 0.40 | 69 |
| 06/12/2013 | JLW | Conference call with A. Adams regarding settlement and mediation | 0.40 | 70 |
| 06/14/2013 | JLW | Attend conference call with opposing counsel and J. Kennedy regarding defenses, positions, supporting document, evaluation of cases, settlement and mediation; Draft response to informal discovery request; Draft email to J. Kennedy regarding ███████ ██████████████████ | 2.80 | 71 |
| 06/17/2013 | JLW | Review email and attachment regarding informal discovery from A. Adams; | 0.70 | 72 |
| 06/18/2013 | JLW | Conference call with A. Adams regarding mediation scheduling; | 0.20 | 73 |
| 06/21/2013 | JLW | Review email regarding mediation dates; | 0.10 | 74 |
| 07/01/2013 | JLW | Review email from A. Adams regarding mediation date and availability; | 0.10 | 76 |
| 07/03/2013 | JLW | Review Response file regarding selection of | | |

Eastern Livestock Bankruptcy

re: Bradbury, Mike (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | mediator | 0.20 | 81 |
| 07/15/2013 | JLW | Review email from A. Adams regarding settlement offer response; Review previous ██████████████ | 1.30 | 78 |
| 07/24/2013 | JLW | Analyze ███████████████ ████████ | 2.30 | 79 |
| 07/30/2013 | JLW | Review ██████████ Review voicemail from A. Adams regarding status | 0.40 | 80 |
| 08/01/2013 | JLW | Review email from A. Adams requesting status on settlement offer; Review email from J. Kennedy to A. Adams regarding status of settlement response | 0.20 | 82 |
| 08/02/2013 | JLW | Review and analyze ████████████ ████████ | 0.80 | 89 |
| 08/08/2013 | JLW | Review email regarding status of mediation; | 0.10 | 93 |
| 08/13/2013 | JLW | Review settlement response letter | 0.50 | 90 |
| 08/14/2013 | JLW | Review email from A. Adams regarding clarification of settlement offer | 0.10 | 91 |
| 08/27/2013 | JLW | Review mediator's report on mediation | 0.20 | 83 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 85 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 94 |
|  |  | Jennifer L. Watt | 42.10 |  |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 75 |
| 08/27/2013 | ADS | Receive and review Notice of Submission of Mediator's Report and exhibit.  Assignment to paralegal to file same. Update litigation spreadsheet to reflect same. | 0.20 | 95 |

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:        110035-84
INVOICE NO:            2

re: Bradbury, Mike (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Amanda D. Stafford | 0.40 |  |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 49 |
| 03/06/2013 | TJF | Review and organization of recently filed pleadings. | 0.30 | 50 |
| 03/11/2013 | TJF | Review and organization of recently filed pleadings. | 0.30 | 51 |
| 03/13/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 52 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 53 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 58 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 66 |
|  |  | Tammy J. Froelich | 1.30 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 49.10 | 13,894.50 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 5.30 | $395.00 | $2,093.50 |
| Jennifer L. Watt | Associate | 42.10 | 275.00 | 11,577.50 |
| Amanda D. Stafford | Associate | 0.40 | 250.00 | 100.00 |
| Tammy J. Froelich | Paralegal | 1.30 | 95.00 | 123.50 |

| | |
|---|---|
| Mailing expense | 2.92 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.92 |
| TOTAL CURRENT WORK THIS STATEMENT | 13,897.42 |

Page: 6

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:   110035-84

INVOICE NO:   2

re: Bradbury, Mike (Preference)

BALANCE DUE                                                  $13,897.42