Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110034-26

INVOICE NO:              1

re: Breitsprecher Livestock, LLC (Note)

DRAFT STATEMENT

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 07/19/2013 | ADS | Emails from Liz Lynch regarding claim against Breitsprecher; begin review/analysis of ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.80 |  | 1 |
|  |  | Amanda D. Stafford | 0.80 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 0.80 | 200.00 |  |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 0.80 | $250.00 | $200.00 |

TOTAL CURRENT WORK THIS STATEMENT                    200.00

BALANCE DUE                    $200.00

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110034-40
INVOICE NO:              1

re: Brown, Robert (Note)

**DRAFT STATEMENT**

HOURS

08/29/2013    ADS    Substantial review and analysis of ████████████████████████████ Obtain and ████████████████████ Conduct search of ██████████ Review ████████████ ██████████████ Email to D. DeNeal and email from Sarah Hernandon at FBD regarding ████████████████ ████ Review ████████████and order granting same.                                      2.10                          1

Amanda D. Stafford                               2.10

FOR CURRENT SERVICES RENDERED      2.10        525.00

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 2.10 | $250.00 | $525.00 |

TOTAL CURRENT WORK THIS STATEMENT                        525.00

BALANCE DUE                                                             $525.00

Eastern Livestocky Bankruptcy

re: Buckhorn Cattle (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 08/28/2013 | JPK | Participated in pretrial conference. | 0.30 | 10 |
| | | Jay P. Kennedy | 0.30 | |
| 04/20/2013 | ADS | Review ████████████ for preparation of compliant; review █████ ███████████████ email to Liz Lynch regarding █████ | 1.00 | 2 |
| 04/22/2013 | ADS | Review/analyze ██████████████ ████████ conduct further research on ███████████. Draft/revise/refine Complaint and file to J. Kennedy for review. | 1.50 | 1 |
| 05/15/2013 | ADS | Review preliminary pretrial order; summons. Update ████████████ | 0.20 | 3 |
| 05/16/2013 | ADS | Confirm addresses for service of summons. Assignment to paralegal to serve defendants. Update litigation status chart, and calendar all pretrial deadlines. | 0.70 | 4 |
| 07/05/2013 | ADS | Receive and review returned certified mail with defendant's forwarding address (forwarding time expired); review file for status; request Alias Summons; search claims analysis for filed proof of claim by defendant; update ████████████ update calendar. Diary for follow up on issuance of Alias Summons. | 0.40 | 5 |
| 07/19/2013 | ADS | Emails with legal assistant regarding defendant's new address for service and receipt of Alias Summons.  Review pretrial order and calendar deadlines.  Update ████████████ | 0.40 | 7 |
| 07/25/2013 | ADS | Voicemail from and telephone call with Kristin Goss regarding request for alias | | |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110034-27
INVOICE NO:     2

re: Buckhorn Cattle (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | summons.  Draft withdraw of prior request and file with court.  Request second alias summons through ECF. | 0.50 | 8 |
| 07/30/2013 | ADS | Review status of case for pretrial conference. | 0.10 | 9 |
| 08/06/2013 | ADS | Email from paralegal regarding alias summons; review alias summons.  Update ███████████ and calendar new answer deadline.  Voicemail from Ivana Shallcross.  Confer with J. Kennedy regarding defendant's request for extension of time; legal research on ████████ ███████████████████ Email to Liz Lynch. | 1.50 | 11 |
|  | ADS | Confer with J. Kennedy regarding ██████ ██████ Review ████████ ██████ Draft email to Defendant's attorney regarding agreement between Eastern and Kitchens. | 0.60 | 12 |
| 08/09/2013 | ADS | Update J. Kennedy on status of case. | 0.20 | 13 |
| 08/20/2013 | ADS | Draft, revise, finalize, and file Motion for Extension of Time to File Joint Pretrial Statement; email correspondence with I. Shallcross.  Assignment to legal assistant to serve defendant with motion. | 0.80 | 14 |
| 08/27/2013 | ADS | Calendar new answer deadline and pretrial statement deadline. | 0.10 | 15 |
| 08/28/2013 | ADS | Attend pretrial conference; voicemail from and voicemail to I. Shallcross regarding issues with password for call in telephone number and results of hearing. | 0.40 | 16 |
| 08/29/2013 | ADS | Receive and review order granting motion to extend time to file pretrial statement. | 0.10 | 17 |
|  |  | Amanda D. Stafford | 8.50 |  |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

| | |
|---|---|
| ACCOUNT NO: | 110034-27 |
| INVOICE NO: | 2 |

re: Buckhorn Cattle (Note)

| | HOURS | |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 8.80 | 2,243.50 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.30 | $395.00 | $118.50 |
| Amanda D. Stafford | Associate | 8.50 | 250.00 | 2,125.00 |

| | |
|---|---|
| Reproduction of documents | 7.72 |
| Mailing expense | 18.30 |
| TOTAL EXPENSES THRU 08/31/2013 | 26.02 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,269.52 |
| BALANCE DUE | $2,269.52 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:    110034-28
INVOICE NO:            1

re: C & L Cattle (aka C & L Farms) (Note)

DRAFT STATEMENT

| | |
|---|---:|
| Reproduction of documents | 1.50 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.50 |
| TOTAL CURRENT WORK THIS STATEMENT | 1.50 |
| BALANCE DUE | $1.50 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:     110035-12

INVOICE NO:                  2

re: Cav Excavation (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 07/31/2013 | JPK | Participate in pretrial conference. Prepared for pretrial conference. Reviewed filings and documents in preparation of trial. | 0.50 | 33 |
| | | Jay P. Kennedy | 0.50 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 16 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 19 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 20 |
| 05/10/2013 | JLW | Review answer to complaint | 0.20 | 21 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 22 |
| 05/16/2013 | JLW | Review ███████████████████ ███████ | 0.20 | 23 |
| 06/21/2013 | JLW | Conference call with M. Vestran regarding ██████████ and ████████ ██████████ | 0.50 | 25 |
| 06/24/2013 | JLW | Update memorandum regarding ████████ ██████████ | 0.30 | 26 |
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | 27 |
| 07/30/2013 | JLW | Review status and ████████ | 0.30 | 31 |
| 07/31/2013 | JLW | Prepare for and attend status hearing | 0.40 | 32 |
| 08/01/2013 | JLW | Review email from J. Kennedy to J. Knauer ████████████████████ | 0.10 | 34 |

Page: 2
Eastern Livestock Bankruptcy
October 01, 2013
ACCOUNT NO:        110035-12
INVOICE NO:                2

re: Cav Excavation (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  |  |  |  |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding strategy; | 0.30 | 35 |
|  |  | Jennifer L. Watt | 3.10 |  |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ███████ ████████████████████████████ | 0.10 | 28 |
| 06/26/2013 | ADS | Prepare for and attend/conduct pretrial conference. | 0.30 | 29 |
| 06/28/2013 | ADS | Review/revise/sign letter to opposing counsel regarding new pretrial date. | 0.20 | 30 |
| 08/01/2013 | ADS | Confer with J. Kennedy regarding ██████ ███████████████████ for upcoming trial.  Receive and review email from J. Kennedy regarding ████████████ | 0.20 | 36 |
|  |  | Amanda D. Stafford | 0.80 |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 17 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 18 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 24 |
|  |  | Tammy J. Froelich | 0.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 4.90 | 1,297.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.50 | $395.00 | $197.50 |
| Jennifer L. Watt | Associate | 3.10 | 275.00 | 852.50 |
| Amanda D. Stafford | Associate | 0.80 | 250.00 | 200.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:        110035-12

INVOICE NO:                 2

re: Cav Excavation (Preference)

| | |
|---|---:|
| Reproduction of documents | 0.20 |
| Mailing expense | 3.47 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.67 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,301.17 |
| BALANCE DUE | $1,301.17 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110035-26
INVOICE NO:               2

re: Chastain Feeds (Preference)

DRAFT STATEMENT

| Date | | | HOURS | |
|---|---|---|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 22 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 25 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 26 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 27 |
| 05/16/2013 | JLW | Review ███████████████ ████████ | 0.20 | 28 |
| 07/30/2013 | JLW | Review ██████████ | 0.30 | 33 |
| 07/31/2013 | JLW | Prepare for and attend status hearing; Review for status of ██████████ ████████ | 0.80 | 34 |
| 08/02/2013 | JLW | Review stipulation of dismissal; Jennifer L. Watt | 0.10<br>2.10 | 35 |
| 05/28/2013 | ADS | Draft Settlement Agreement and Mutual Release.  Email settlement agreement to opposing counsel.  Draft Motion to Compromise, proposed order and notice.  File same. | 1.00 | 30 |
| 06/03/2013 | ADS | Review ECF Notice filing and calendar deadline to object to Motion to Compromise/Settle.  Diary for follow up on entry of order. | 0.10 | 31 |
| 06/10/2013 | ADS | Forward email to defendant's attorneys with proposed settlement agreement to J. Watt for follow up on executed agreement. | 0.10 | 32 |
| 08/02/2013 | ADS | Draft Stipulation of Dismissal; email same | | |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:     110035-26
INVOICE NO:              2

re: Chastain Feeds (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | to defendant's attorney for approval. Diary for follow up on response. | 0.40 | 36 |
| 08/06/2013 | ADS | Follow up on stipulation of dismissal. | 0.10 | 37 |
|  |  | Amanda D. Stafford | 1.70 |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 23 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 24 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 29 |
|  |  | Tammy J. Froelich | 0.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 4.30 | 1,050.00 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.10 | $275.00 | $577.50 |
| Amanda D. Stafford | Associate | 1.70 | 250.00 | 425.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Reproduction of documents | 13.20 |
| Mailing expense | 2.50 |
| TOTAL EXPENSES THRU 08/31/2013 | 15.70 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,065.70 |
| BALANCE DUE | $1,065.70 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:    110035-03
INVOICE NO:    3

re: Kent Christenson (Preference)

DRAFT STATEMENT

| Date | | | HOURS | |
|------|---|---|-------|---|
| 03/12/2013 | JPK | Email with T. Lieske regarding claim. | 0.20 | 28 |
| 04/30/2013 | JPK | Reviewed email from T. Lieske.  Respond to T. Lieske.  Check on service status. | 0.30 | 39 |
| | | Jay P. Kennedy | 0.50 | |
| 03/04/2013 | JLW | Review motion for entry of default judgment. | 0.50 | 27 |
| 03/11/2013 | JLW | Review email from J. Kennedy regarding ▮▮▮ ▮▮▮▮▮▮▮ | 0.10 | 31 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 30 |
| 03/13/2013 | JLW | Review email correspondence to L. Lynch regarding▮▮▮▮▮▮ review response email from L. Lynch regarding ▮▮▮▮▮ ▮▮▮▮▮ conference with T. Froelich regarding ▮▮▮▮▮▮ conference call with Liz Lynch regarding ▮▮▮▮▮▮ ▮▮▮▮▮review email ▮▮▮▮▮▮ | 2.80 | 29 |
| 04/11/2013 | JLW | Review order granting default judgment. | 0.10 | 37 |
| 04/30/2013 | JLW | Review email regarding reopening and amending complaint; review status. | 0.40 | 38 |
| 05/02/2013 | JLW | Review and respond to T. Froelich regarding ▮▮▮▮▮▮ | 0.10 | 41 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 42 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 43 |
| 07/10/2013 | JLW | Review email regarding motion to vacate; Review memorandum from J. Kennedy regarding ▮▮▮▮▮▮ | | |

Eastern Livestock Bankruptcy

re: Kent Christenson (Preference)

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
|  |  | Meeting with T. Froelich regarding status of defendant and strategy | 0.80 |  | 45 |
| 07/30/2013 | JLW | Review status and update status chart | 0.30 |  | 46 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding strategy | 0.30 |  | 47 |
|  |  | Jennifer L. Watt | 5.90 |  |  |
| 03/04/2013 | TJF | Augmentations to Motion for Default Judgment on Sum Certain, Affidavit for Entry of Default Judgment and Default Judgment. | 0.30 |  | 32 |
|  | TJF | Filing of Motion for Default Judgment, Affidavit and Default Judgment using Court's ECF system | 0.20 |  | 33 |
| 03/13/2013 | TJF | Conference with J Watt and L. Lynch regarding ██████████████ | 0.50 |  | 34 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.20 |  | 35 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 |  | 36 |
| 05/06/2013 | TJF | Draft Notice of Dismissal and Motion to Vacate Clerk's Entry for J. Watt's review | 0.60 |  | 40 |
| 06/10/2013 | TJF | Drafted Order to Vacate Default Judgment | 0.30 |  | 44 |
|  |  | Tammy J. Froelich | 2.30 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 8.70 | 2,038.50 |  |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.50 | $395.00 | $197.50 |
| Jennifer L. Watt | Associate | 5.90 | 275.00 | 1,622.50 |
| Tammy J. Froelich | Paralegal | 2.30 | 95.00 | 218.50 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-03

INVOICE NO:    3

re: Kent Christenson (Preference)

| | |
|---|---|
| Mailing expense | 0.97 |
| TOTAL EXPENSES THRU 08/31/2013 | 0.97 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,039.47 |
| BALANCE DUE | $2,039.47 |

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-18
INVOICE NO:              2

re: Circle M Builders (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 16 |
| 03/19/2013 | JLW | Review application for entry of default. | 0.50 | 15 |
| 03/22/2013 | JLW | Review clerk's entry of default. | 0.20 | 14 |
| 03/25/2013 | JLW | Review voicemail from Circle M. | 0.10 | 13 |
| 04/11/2013 | JLW | Review draft motion for default. | 0.30 | 22 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 25 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 26 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 27 |
| 05/16/2013 | JLW | Conference call with C. Miller regarding representation; Review ███████ and update ███████ | 0.40 | 28 |
| 07/30/2013 | JLW | Review ██████████████ | 0.30 | 31 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding ████ ███████ | 0.30 | 32 |
| | | Jennifer L. Watt | 2.80 | |
| 03/17/2013 | TJF | Drafted Clerk's Entry of Default, Clerk's Entry of Default Application and Affidavit Supporting Entry of Default for J. Watt's review and signature | 0.40 | 18 |
| 03/20/2013 | TJF | Filed Application for Clerk's Entry of Default, Affidavit and Entry of Default using ECF system | 0.50 | 17 |
| 03/26/2013 | TJF | Received and uploaded documentation from E | | |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:   110035-18
INVOICE NO:   2

re: Circle M Builders (Preference)

| | | | HOURS | | |
|---|---|---|---|---|---|
| | | Lynch | 0.10 | | 19 |
| 04/11/2013 | TJF | Drafted Motion for Default Judgment, Entry of Default Application and Entry of Default Affidavit of J. Watt's review and signature. | 0.60 | | 20 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 21 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 29 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 | | 30 |
| | | Tammy J. Froelich | 2.10 | | |
| | | FOR CURRENT SERVICES RENDERED | 4.90 | 969.50 | |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.80 | $275.00 | $770.00 |
| Tammy J. Froelich | Paralegal | 2.10 | 95.00 | 199.50 |

| | |
|---|---|
| Mailing expense | 1.87 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.87 |
| TOTAL CURRENT WORK THIS STATEMENT | 971.37 |
| BALANCE DUE | $971.37 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110034-02
INVOICE NO:            2

re: David Corbin

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 04/23/2013 | JWL | Conference with M. Stafford regarding ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ review and | | |
| | | revise complaint | 0.70 | 2 |
| | | Justin W. Leverton | 0.70 | |
| | | FOR CURRENT SERVICES RENDERED | 0.70 | 175.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Justin W. Leverton | Associate | 0.70 | $250.00 | $175.00 |

TOTAL CURRENT WORK THIS STATEMENT                                175.00

BALANCE DUE                                $175.00

Eastern Livestock Bankruptcy

re: Carroll County L/S Sale Barn, Inc.(Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.20 | 56 |
| | | Jay P. Kennedy | 0.20 | |
| 03/06/2013 | JLW | Research regarding ██████████ | 0.80 | 47 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 44 |
| 03/14/2013 | JLW | Draft proposed order on motion to dismiss. | 0.40 | 43 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 42 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 40 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 48 |
| 04/11/2013 | JLW | Research ████████████ | 0.80 | 50 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 52 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 53 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 54 |
| 05/16/2013 | JLW | Review ████and ██████████ | 0.20 | 55 |
| 05/28/2013 | JLW | Review order granting motion to extend time to file answer to complaint;  Review answer to complaint; | 0.50 | 58 |
| 06/19/2013 | JLW | Draft case management order; Review revised case management order; | 0.50 | 59 |
| 06/24/2013 | JLW | Update memorandum regarding ██████ | | |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:     110035-65
INVOICE NO:              3

re: Carroll County L/S Sale Barn, Inc.(Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | ███████████████ | 0.30 | 60 |
| 06/27/2013 | JLW | Review order following pre-trial conference | 0.10 | 61 |
| 07/08/2013 | JLW | Review Answer and Affirmative Defenses | 0.50 | 64 |
| 07/30/2013 | JLW | Review ████████████ | 0.30 | 65 |
|  |  | Jennifer L. Watt | 5.90 |  |
| 04/16/2013 | ADS | Draft/upload order denying motion to dismiss. | 0.20 | 51 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ██████ ██████████████████ | 0.10 | 62 |
| 06/26/2013 | ADS | Prepare for and attend morning and afternoon pretrial conferences. | 0.50 | 63 |
|  |  | Amanda D. Stafford | 0.80 |  |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 45 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 46 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 49 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 57 |
|  |  | Tammy J. Froelich | 0.60 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 7.50 | 1,958.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.20 | $395.00 | $79.00 |
| Jennifer L. Watt | Associate | 5.90 | 275.00 | 1,622.50 |
| Amanda D. Stafford | Associate | 0.80 | 250.00 | 200.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:     110035-65
INVOICE NO:              3

re: Carroll County L/S Sale Barn, Inc.(Preference)

| | |
|---|---:|
| Mailing expense | 1.39 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.39 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,959.89 |
| BALANCE DUE | $1,959.89 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110035-70
INVOICE NO:              2

re: Bill Chase (Note)

DRAFT STATEMENT

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 04/22/2013 | JWL | Conference with M. Stafford; review  B. Chase Complaint | 0.50 |  | 5 |
|  |  | Justin W. Leverton | 0.50 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 0.50 | 125.00 |  |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Justin W. Leverton | Associate | 0.50 | $250.00 | $125.00 |

TOTAL CURRENT WORK THIS STATEMENT                125.00

BALANCE DUE                $125.00

Page: 1
Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-30
INVOICE NO:     2

re: Coffey, Jeremy (Preference)

DRAFT STATEMENT

| Date | Initials | Description | HOURS | |
|---|---|---|---|---|
| 06/12/2013 | JPK | Reviewed email from J. Watt. Follow up on affidavit. | 0.20 | 42 |
| 08/28/2013 | JPK | Check on status of dismissal and participate in pretrial conference. | 0.10 | 46 |
| | | Jay P. Kennedy | 0.30 | |
| 03/05/2013 | JLW | Review Answer. | 0.50 | 30 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 27 |
| 03/18/2013 | JLW | Draft email to A. Adams regarding ██████ ████████ conference call with A. Adams regarding ██████ | 0.60 | 26 |
| 04/02/2013 | JLW | Review email and ███████████ from A. Adams; conference call with A. Adams regarding ██████████ | 0.50 | 32 |
| 04/03/2013 | JLW | Conference call with A. Adams regarding ██████████ related to J. Coffey; Review██████████ draft email memorandum to J. Kennedy regarding ██████ ████████ | 0.80 | 33 |
| 04/30/2013 | JLW | Review email from A. Adams regarding review of claim status. | 0.10 | 34 |
| 05/08/2013 | JLW | Review informal discovery request; Review production being produced pursuant to procedures order | 0.40 | 35 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 36 |
| 05/29/2013 | JLW | Review email from A. Adams regarding █████ ██████ Draft email response regarding same; Draft ██████████ for J. Coffey; | 1.00 | 38 |

Eastern Livestock Bankruptcy

re: Coffey, Jeremy (Preference)

Page: 2
October 01, 2013
ACCOUNT NO:       110035-30
INVOICE NO:                  2

| | | | HOURS | |
|---|---|---|---|---|
| 05/30/2013 | JLW | Continue to draft and revise Jeremy Coffey affidavit | 1.30 | 39 |
| 05/31/2013 | JLW | Draft revisions to affidavit; Draft email to A. Adams regarding draft affidavit; | 0.60 | 40 |
| 06/12/2013 | JLW | Conference call with A. Adams regarding informal discovery; Review email and attachments regarding ▇▇▇▇ Draft email to A. Adams regarding defenses disclosure; conference call regarding extension of time to respond to informal discovery | 1.20 | 41 |
| 07/15/2013 | JLW | Review email from A. Adams regarding status and extension of time (.1); Draft email to A. Adams regarding extension of time (.2) | 0.30 | 43 |
| 07/30/2013 | JLW | Review ▇▇▇▇▇▇ | 0.30 | 44 |
| 08/01/2013 | JLW | Draft stipulation of dismissal; Draft email to A. Adams regarding approval of stipulation of dismissal; Review email from A Adams approving stipulation to dismiss | 0.80 | 45 |
| | | Jennifer L. Watt | 8.60 | |
| 03/06/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 28 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.20 | 29 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 31 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 37 |
| | | Tammy J. Froelich | 0.70 | |
| | | FOR CURRENT SERVICES RENDERED | 9.60 | 2,550.00 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-30

INVOICE NO:              2

re: Coffey, Jeremy (Preference)

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.30 | $395.00 | $118.50 |
| Jennifer L. Watt | Associate | 8.60 | 275.00 | 2,365.00 |
| Tammy J. Froelich | Paralegal | 0.70 | 95.00 | 66.50 |

| | |
|---|---|
| Mailing expense | 1.39 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.39 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,551.39 |
| BALANCE DUE | $2,551.39 |

Eastern Livestock Bankruptcy

re: Cornelison Farms, FLP (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in telephonic pretrial conference. | 0.30 | 25 |
| 08/15/2013 | JPK | Reviewed email from C. Turner.  Reviewed issues relating to ███████████. | 0.30 | 35 |
| 08/28/2013 | JPK | Prepare for and participate in pretrial conference. | 0.30 | 33 |
| | | Jay P. Kennedy | 0.90 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 18 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 21 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 22 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 23 |
| 05/16/2013 | JLW | Review ████████████████ ██████ | 0.20 | 24 |
| 06/12/2013 | JLW | Review ████████for conference call with counsel to discuss settlement and mediation; | 0.50 | 27 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 28 |
| 07/01/2013 | JLW | Review filed response regarding meditation; | 0.20 | 30 |
| 07/30/2013 | JLW | Review ██████████████ | 0.30 | 31 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding ██████ | 0.20 | 32 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 34 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 36 |

Eastern Livestock Bankruptcy

re: Cornelison Farms, FLP (Preference)

Page: 2
October 01, 2013
ACCOUNT NO:     110035-98
INVOICE NO:              2

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Jennifer L. Watt | 2.70 |  |
| 06/20/2013 | ADS | Draft Election Notice.  Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 29 |
|  |  | Amanda D. Stafford | 0.20 |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 19 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 20 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 26 |
|  |  | Tammy J. Froelich | 0.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 4.30 | 1,195.50 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.90 | $395.00 | $355.50 |
| Jennifer L. Watt | Associate | 2.70 | 275.00 | 742.50 |
| Amanda D. Stafford | Associate | 0.20 | 250.00 | 50.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Mailing expense | 2.44 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.44 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,197.94 |
| BALANCE DUE | $1,197.94 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110034-30
INVOICE NO:                  1

re: Crow Hollow, LLC
nka Cattlemen's Feedlot II, Ltd, (Note)

DRAFT STATEMENT

HOURS

| Date | | Description | Hours | |
|------|-----|-------------|-------|---|
| 04/22/2013 | ADS | Conduct research on █████████ ████████ email FBD and J. Knauer regarding ████ ████████████ review response from FBD.  Draft complaint and file to J. Kennedy for review. | 1.80 | 1 |
| 05/23/2013 | ADS | Obtain registered agent information for Cattleman's from TX Secretary of State. File to assistant to serve and prepare certificate of service of summons. | 0.20 | 2 |
| 05/24/2013 | ADS | Review chronological case summary.  Diary for status. | 0.10 | 3 |
| 05/28/2013 | ADS | Voice from John Massouh, counsel for Cattlemen's.  Review file and complaint. Telephonic conference with Massouh.  Review ███████████████████ | 1.20 | 4 |
| 06/05/2013 | ADS | Review fax and correspondence from Crow Hollow ████████████ Draft email to opposing counsel, John Massouh regarding same and with copies of correspondence. | 0.60 | 5 |
| 06/06/2013 | ADS | Receive and review email from defendant's counsel regarding ████████████ and answer deadline. | 0.10 | 6 |
| 06/07/2013 | ADS | Email correspondence with opposing counsel regarding defendant's request for extension of time. | 0.20 | 13 |
| 06/10/2013 | ADS | Receive and review email from defendant's | | |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:     110034-30
INVOICE NO:                   1

re: Crow Hollow, LLC
 nka Cattlemen's Feedlot II, Ltd, (Note)

| | | | HOURS | |
|---|---|---|---|---|
| | | counsel, review █████████ ████████ | 0.30 | 7 |
| | ADS | Confer with J. Kennedy regarding ████ ████████████████ | 0.30 | 8 |
| | ADS | Draft email to opposing counsel regarding agreement to extension of time to file answer; update calendar and ████████ | 0.10 | 9 |
| 06/11/2013 | ADS | Email from and email to J. Massouh regarding filing of extension of time pleadings. | 0.10 | 10 |
| | ADS | Draft email to Liz Lynch with request for documents concerning ██████████ ███████ Review and analyze notes from prior meetings regarding ████████ ████ receive and review returned regular and certified mail for service of complaint ██████████ and diary for follow up on ████████████ DSI. | 0.90 | 11 |
| 06/26/2013 | ADS | Email from and email to opposing counsel J. Massouh.   Analyze ████████ ██████████████████ | 0.70 | 12 |
| 07/01/2013 | ADS | Multiple emails with Liz Lynch regarding ████████ | 0.20 | 14 |
| | ADS | Lengthy telephone call with Liz Lynch regarding relationship between ████████ ██████ | 0.40 | 15 |
| 07/02/2013 | ADS | Discuss results of Liz Lynch's ██████ with J. Knauer and J. Kennedy; draft and file Notice of Dismissal of Adversary Proceeding; and draft email to opposing counsel with same. | 0.40 | 16 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:    110034-30
INVOICE NO:    1

re: Crow Hollow, LLC
nka Cattlemen's Feedlot II, Ltd, (Note)

| | | | HOURS | | |
|---|---|---|---|---|---|
| 07/31/2013 | ADS | Attend pretrial conference; report dismissal. | 0.10 | | 17 |
| | | Amanda D. Stafford | 7.70 | | |
| | | FOR CURRENT SERVICES RENDERED | 7.70 | 1,925.00 | |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 7.70 | $250.00 | $1,925.00 |

| | |
|---|---|
| Reproduction of documents | 16.10 |
| Mailing expense | 8.91 |
| TOTAL EXPENSES THRU 08/31/2013 | 25.01 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,950.01 |
| BALANCE DUE | $1,950.01 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110035-29
INVOICE NO:              2

re: Donnell, Larry (Preference)

DRAFT STATEMENT

|            |     |                  | HOURS |       |    |
|------------|-----|------------------|-------|-------|----|
| 03/12/2013 | JLW | Review for status. | 0.10  |       | 19 |
|            |     | Jennifer L. Watt | 0.10  |       |    |
|            |     | FOR CURRENT SERVICES RENDERED | 0.10 | 27.50 | |

### RECAPITULATION

| TIMEKEEPER        | Title     | HOURS | HOURLY RATE | TOTAL   |
|-------------------|-----------|-------|-------------|---------|
| Jennifer L. Watt  | Associate | 0.10  | $275.00     | $27.50  |

TOTAL CURRENT WORK THIS STATEMENT                                    27.50

BALANCE DUE                                                          $27.50

Eastern Livestock Bankruptcy

re: ECC/Olim (Note)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|------|------|-------------|-------|------|
| 03/25/2013 | ADS | Review file and prepare entry of default pleadings.  Assignment to paralegal. | 0.90 | 20 |
| 03/26/2013 | ADS | Review and respond to email from paralegal regarding default judgment and entry of default judgment. | 0.20 | 21 |
| 04/05/2013 | ADS | Substantially revise/edit and re-draft Motion for Default Judgment; draft Affidavit in Support of Motion for Default Judgment; and draft Affidavit of Attorney's fees. | 2.80 | 22 |
| 05/01/2013 | ADS | Revise and finalize affidvits in support of motion for default judgment. File to Jay Kennedy for review. | 0.90 | 23 |
| 05/08/2013 | ADS | Work on revisions to Affidavit for Liz Lynch. | 0.40 | 24 |
| 05/17/2013 | ADS | Complete/revise Affidavit in Support of Motion for Default Judgment.  Email Affidavit to Lynch for execution.  Diary for follow up. | 0.50 | 25 |
| | ADS | Telephonic conference with Liz Lynch regarding ████████████████ | 0.60 | 26 |
| 05/21/2013 | ADS | Revise affidvit with changes from DSI counsel and forward to Lynch for execution. Diary for follow up. | 0.60 | 27 |
| 05/22/2013 | ADS | Final revisions to Motion and Order for default judgment.  File and serve same. Diary for follow up on order. | 0.70 | 28 |
| 06/03/2013 | ADS | Review docket for case status and entry of judgment.  Diary for follow up. | 0.10 | 29 |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:     110034-33
INVOICE NO:                    2

re: ECC/Olim (Note)

HOURS

| Date | | Description | Hours | |
|---|---|---|---|---|
| 06/20/2013 | ADS | Email from Liz Lynch with check ███████ ████████████ Confer with J. Watt regarding Liz Lynch conference and connection of ██████ ████████████ | 0.30 | 30 |
| 06/25/2013 | ADS | Receive and review Order Granting Motion for Default Judgment. | 0.10 | 31 |
| 07/01/2013 | ADS | Telephone call with Liz Lynch regarding ████ ████████████ | 0.20 | 32 |
| 07/03/2013 | ADS | Review pleadings in Tommy Gibson's personal bankruptcy for ████████████ Review financial reports and cash disbursements. Confer with J. Kennedy regarding ████████████ | 1.70 | 33 |
| 07/29/2013 | ADS | Review/revise letter to Deb Caruso regarding ████████████ File to J. Kennedy. | 0.30 | 34 |
| 08/07/2013 | ADS | Work on execution of judgment; draft subpoena to Your Community Bank for production of bank statements, account records. File to J. Kennedy for review. | 2.20 | 35 |
| | | Amanda D. Stafford | 12.50 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.30 | 19 |
| | | Tammy J. Froelich | 0.30 | |
| | | FOR CURRENT SERVICES RENDERED | 12.80 | 3,153.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 12.50 | $250.00 | $3,125.00 |
| Tammy J. Froelich | Paralegal | 0.30 | 95.00 | 28.50 |

Eastern Livestock Bankruptcy

re: ECC/Olim (Note)

| | |
|---|---|
| Reproduction of documents | 14.96 |
| Mailing expense | 3.61 |
| TOTAL EXPENSES THRU 08/31/2013 | 18.57 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,172.07 |
| BALANCE DUE | $3,172.07 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO: 110035-73
INVOICE NO: 2

re: Ed Edens IV (Note)

DRAFT STATEMENT

|            |     |                                                      | HOURS |       |   |
|------------|-----|------------------------------------------------------|-------|-------|---|
| 03/17/2013 | TJF | Drafted Appearance for JAK                           | 0.20  |       | 6 |
| 03/18/2013 | TJF | Filing of J. Knauer's appearance using ECF system    | 0.10  |       | 7 |
|            |     | Tammy J. Froelich                                    | 0.30  |       |   |
|            |     | FOR CURRENT SERVICES RENDERED                        | 0.30  | 28.50 |   |

RECAPITULATION

| TIMEKEEPER        | Title     | HOURS | HOURLY RATE | TOTAL   |
|-------------------|-----------|-------|-------------|---------|
| Tammy J. Froelich | Paralegal | 0.30  | $95.00      | $28.50  |

TOTAL CURRENT WORK THIS STATEMENT                28.50

BALANCE DUE                                      $28.50

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110035-68
INVOICE NO:              2

re: Ernie Elder (Note)

DRAFT STATEMENT

HOURS

| Date | Init | Description | Hours | # |
|------|------|-------------|-------|---|
| 03/22/2013 | JPK | Confer with M. Stafford.  Review and revision of brief. | 1.20 | 41 |
| | | Jay P. Kennedy | 1.20 | |
| 03/22/2013 | SER | Strategize ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.20 | 40 |
| | | Steven E. Runyan | 0.20 | |
| 04/22/2013 | JWL | Conference with M. Stafford regarding ▮▮▮▮▮▮▮▮ | 0.10 | 49 |
| | | Justin W. Leverton | 0.10 | |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing. | 0.40 | 43 |
| | | Jennifer L. Watt | 0.40 | |
| 03/21/2013 | ADS | Email to Kayla Britton regarding ▮▮▮▮ ▮▮▮▮▮▮▮ | 0.10 | 44 |
| 03/22/2013 | ADS | Review/analyze ▮▮▮▮▮▮▮▮ Substantial legal research in support of motion to dismiss.  Draft, revise, refine response in opposition to motion to dismiss and file same.  Calendar deadline for filing of Defendant's reply brief. | 7.40 | 45 |
| 03/28/2013 | ADS | Review Minute Entry/Order from March 27, 2013 pretrial conference. | 0.10 | 46 |
| | ADS | Update ▮▮▮▮▮▮▮▮ | 0.10 | 47 |
| 04/15/2013 | ADS | Review/analyze Reply in Support of Motion to Dismiss.  Review/analyze ▮▮▮▮ | 0.50 | 48 |
| 05/14/2013 | ADS | Email from K. Britton regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮ Voicemail to K. Britton regarding same. | 0.20 | 50 |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:      110035-68
INVOICE NO:               2

re: Ernie Elder (Note)

| | | | HOURS | |
|---|---|---|---|---|
| | ADS | Draft order denying defendant's motion to dismiss.  Email to J. Kennedy for review. | 0.40 | 51 |
| 05/17/2013 | ADS | Follow up with J. Kennedy on status of review of order on motion to dismiss. | 0.10 | 52 |
| 05/30/2013 | ADS | Draft email to Newbern with order denying motion to dismiss.  Diary for follow up. | 0.20 | 53 |
| 06/03/2013 | ADS | Prepare scheduling order for filing; file order with court.  Diary for follow up on entry of order. | 0.30 | 54 |
| 06/18/2013 | ADS | Receive and review Order Denying Defendant's Motion to Dismiss. Calendar answer deadline and ███████████ | 0.20 | 55 |
| 07/19/2013 | ADS | Receive defendant's Answer and Affirmative Defenses. | 0.10 | 56 |
| 08/28/2013 | ADS | Review case for status. | 0.10 | 57 |
| | | Amanda D. Stafford | 9.80 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.30 | 42 |
| | | Tammy J. Froelich | 0.30 | |
| | | FOR CURRENT SERVICES RENDERED | 12.00 | 3,146.50 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 1.20 | $395.00 | $474.00 |
| Steven E. Runyan | Partner | 0.20 | 295.00 | 59.00 |
| Justin W. Leverton | Associate | 0.10 | 250.00 | 25.00 |
| Jennifer L. Watt | Associate | 0.40 | 275.00 | 110.00 |
| Amanda D. Stafford | Associate | 9.80 | 250.00 | 2,450.00 |
| Tammy J. Froelich | Paralegal | 0.30 | 95.00 | 28.50 |

TOTAL CURRENT WORK THIS STATEMENT                                  3,146.50

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-68

INVOICE NO:            2

re: Ernie Elder (Note)

BALANCE DUE                                          $3,146.50

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:    110034-36
INVOICE NO:    1

re: Farris, Charlie (Note)

DRAFT STATEMENT

HOURS

05/31/2013    ADS    Emails with Liz Lynch regarding ███████ ████████. Telephonic conference with Brad Davenport, former ELC attorney in Oklahoma regarding ██████████████. ██████████████████ Review state court docket and bankruptcy docket and pleadings.    1.70    1

06/03/2013    ADS    Telephonic conference with John Morris, Oklahoma attorney and ELC's former counsel regarding ████████████████

█████████████████████████    0.30    2

08/28/2013    ADS    Confer with Jay Kennedy regarding ████████ ████████████████    0.10    3

Amanda D. Stafford    2.10

FOR CURRENT SERVICES RENDERED    2.10    525.00

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 2.10 | $250.00 | $525.00 |

Reproduction of documents    16.40
TOTAL EXPENSES THRU 08/31/2013    16.40

TOTAL CURRENT WORK THIS STATEMENT    541.40

BALANCE DUE    $541.40