Eastern Livestock Bankruptcy

re: Fort Payne Stockyards (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 06/21/2013 | JPK | Reviewed letter and email from A. Adams regarding defenses of case.  Continued research ███████████  Reviewed draft agenda. | 0.70 | 39 |
| 07/15/2013 | JPK | Reviewed email from A. Adams.  Continue review of ███████ | 0.30 | 41 |
| 08/01/2013 | JPK | Review and revise letter to A. Adams on defenses.  Continued preparation of ████████ | 0.40 | 56 |
| 08/05/2013 | JPK | Reviewed email from A. Adams.  Reviewed ██████████  Preparation for upcoming mediation session. | 0.30 | 55 |
| | JPK | Preparation for mediation session.  Call with A. Adams regarding mediation and defense issues. | 0.80 | 61 |
| 08/19/2013 | JPK | Final preparations for mediation.  Assemble ██████ | 0.70 | 51 |
| 08/20/2013 | JPK | Travel to Louisville for mediation session.  Participate in mediation session with A. Adams. | 3.00 | 50 |
| 08/28/2013 | JPK | Participate in pretrial conference.  Jay P. Kennedy | 0.20 6.40 | 48 |
| 03/06/2013 | JLW | Research regarding ████████ | 0.80 | 22 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 20 |
| 04/04/2013 | JLW | Review informal discovery request. | 0.30 | 24 |
| 04/22/2013 | JLW | Review informal discovery request; review discovery documentation. | 1.00 | 25 |

Eastern Livestock Bankruptcy

re: Fort Payne Stockyards (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 05/02/2013 | JLW | Review and respond to email from T. Froelich regarding ████████████ | 0.10 | 27 |
| 05/08/2013 | JLW | Review informal production; Draft letter with reservations and objections for response to informal production request | 0.80 | 28 |
| 05/09/2013 | JLW | Prepare for and attend status hearing; Review and finalize informal discovery response letter | 0.50 | 29 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 30 |
| 05/16/2013 | JLW | Review ████████████████ ██████ | 0.20 | 31 |
| 05/29/2013 | JLW | Review email from A. Adams regarding settlement and mediation; Draft email to A. Adams regarding same; | 0.30 | 33 |
| 05/31/2013 | JLW | Review email from A. Adams regarding conference call and mediation preference; Draft email to A. Adams regarding mediation preference | 0.40 | 34 |
| 06/12/2013 | JLW | Conference call with A. Adams regarding settlement and mediation | 0.40 | 35 |
| 06/14/2013 | JLW | Attend conference call with opposing counsel and J. Kennedy regarding defenses, positions, supporting document, evaluation of cases, settlement and mediation | 0.50 | 36 |
| 06/18/2013 | JLW | Conference call with A. Adams regarding mediation scheduling; | 0.20 | 37 |
| 06/21/2013 | JLW | Review email regarding ████████████ ██████████████ Review email regarding mediation dates; | 0.30 | 38 |
| 07/03/2013 | JLW | Review Response file regarding selection of mediator | 0.20 | 45 |

Eastern Livestock Bankruptcy

re: Fort Payne Stockyards (Preference)

|            |     |                                                                                                                                                                                                                                         | HOURS |    |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----|
| 07/15/2013 | JLW | Review email from A. Adams regarding settlement offer response; Review ████████                                                                                                                                                         | 1.30  | 42 |
| 07/24/2013 | JLW | Analyze ██████████████                                                                                                                                                                                                                   | 2.00  | 43 |
| 07/30/2013 | JLW | Review ██████████ Review voicemail from A. Adams regarding status                                                                                                                                                                       | 0.40  | 44 |
| 08/01/2013 | JLW | Review email from A. Adams requesting status on settlement offer; Review email from J. Kennedy to A. Adams regarding status of settlement response; Review email from A. Adams regarding conference call times;                         | 0.30  | 46 |
| 08/02/2013 | JLW | Review and analyze ████████████                                                                                                                                                                                                          | 0.80  | 52 |
| 08/08/2013 | JLW | Review email regarding status of mediation;                                                                                                                                                                                             | 0.10  | 57 |
| 08/09/2013 | JLW | Review email regarding mediation;                                                                                                                                                                                                       | 0.10  | 58 |
| 08/13/2013 | JLW | Review settlement response letter                                                                                                                                                                                                       | 0.50  | 53 |
| 08/27/2013 | JLW | Review mediator's report on mediation                                                                                                                                                                                                   | 0.20  | 47 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference                                                                                                                                                                                             | 0.40  | 49 |
| 08/30/2013 | JLW | Review minute entry;                                                                                                                                                                                                                    | 0.10  | 59 |
|            |     | Jennifer L. Watt                                                                                                                                                                                                                        | 12.40 |    |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court.  Receive and review filed Election Notice.                                                                                          | 0.20  | 40 |
| 08/27/2013 | ADS | Receive and review Notice of Submission of Mediator's Report and exhibit.  Assignment to paralegal to file same. Update ████████ ██████████████                                                                                          | 0.20  | 60 |

Eastern Livestock Bankruptcy

re: Fort Payne Stockyards (Preference)

Page: 4
October 01, 2013
ACCOUNT NO:    110035-35
INVOICE NO:    2

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
|  |  | Amanda D. Stafford | 0.40 |  |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 |  | 21 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 |  | 23 |
| 05/08/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 |  | 32 |
| 05/09/2013 | TJF | Final preparation of documents for service on defendants' counsel | 0.30 |  | 26 |
|  |  | Tammy J. Froelich | 0.80 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 20.00 | 6,114.00 |  |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 6.40 | $395.00 | $2,528.00 |
| Jennifer L. Watt | Associate | 12.40 | 275.00 | 3,410.00 |
| Amanda D. Stafford | Associate | 0.40 | 250.00 | 100.00 |
| Tammy J. Froelich | Paralegal | 0.80 | 95.00 | 76.00 |

|  |  |
|---|---|
| Reproduction of documents | 9.40 |
| Mailing expense | 15.17 |
| TOTAL EXPENSES THRU 08/31/2013 | 24.57 |
| TOTAL CURRENT WORK THIS STATEMENT | 6,138.57 |
| BALANCE DUE | $6,138.57 |

Eastern Livestock Bankruptcy

ACCOUNT NO:     110034-35
INVOICE NO:               1

re: Gallo Feeders (Note)

DRAFT STATEMENT

HOURS

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 06/03/2013 | ADS | Review ████ ████ analyze note receivable claim; email Liz Lynch at DSI requesting additional information. Update ████ and diary for follow up on response from DSI. | 1.00 | 1 |
| 07/12/2013 | ADS | Conduct substantial review and analysis of ████ | 1.00 | 2 |
| 07/29/2013 | ADS | Draft memorandum to J. Kennedy regarding ████ | 0.70 | 3 |
| 08/06/2013 | ADS | Review signed memorandum from J. Kennedy; ████ | 0.20 | 4 |
| | | Amanda D. Stafford | 2.90 | |
| | | FOR CURRENT SERVICES RENDERED | 2.90 | 725.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 2.90 | $250.00 | $725.00 |

| | |
|---|---|
| Reproduction of documents | 6.80 |
| TOTAL EXPENSES THRU 08/31/2013 | 6.80 |
| TOTAL CURRENT WORK THIS STATEMENT | 731.80 |
| BALANCE DUE | $731.80 |

Eastern Livestock Bankruptcy

re: Don Garrett (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 08/09/2013 | JPK | Reviewed message from M. Stafford.  Reviewed ███████████████ | | |
| | | | 0.30 | 19 |
| | | Jay P. Kennedy | 0.30 | |
| 03/21/2013 | ADS | Email title company regarding ██████ ██████ Begin review and analysis of ████ ████████████████████████ | | |
| | | ████████drafting complaint. | 2.10 | 8 |
| | ADS | Email correspondence with ████████ ████████ | | |
| | | | 0.20 | 9 |
| | ADS | Multiple emails and telephone call with ████████ Emails to and from ████ ████████ | | |
| | | | 0.40 | 11 |
| 03/29/2013 | ADS | Telephone conference with ████████ ████████ | | |
| | | | 0.10 | 10 |
| 04/01/2013 | ADS | Telephone conference with Mark Oxendale regarding: ████████ Email from Peggy Hart regarding: ████████ | | |
| | | | 0.30 | 7 |
| 04/02/2013 | ADS | Review ████████ ████████ | | |
| | | | 0.50 | 12 |
| 04/04/2013 | ADS | Forward ████████ ████████ Assignment to paralegal, and diary for follow up on results of analysis. Review/analyze ████████ | | |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:   110035-67
INVOICE NO:                2

re: Don Garrett (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | ██████████████ Confer with T. Froelich on status of receipt of certificates of title. | 1.90 | 13 |
| 05/29/2013 | ADS | Obtain and execute form to allow ██████ ███████████ File to Jim Knauer for signature. | 0.30 | 14 |
| 06/11/2013 | ADS | Draft, revise, and refine complaint on notices; substantial review ███████ ████████████████████████ analyze █████████ gather documents for inclusion as exhibits.  Complete final revisions to complaint and prepare for filing. | 4.20 | 15 |
| 06/12/2013 | ADS | Revise final draft complaint and assignment to paralegal to file with court. | 0.30 | 16 |
| 07/05/2013 | ADS | Receive and review summons.  Obtain service address for each defendant; assignment to legal assistant to prepare summons for filing and service.  Request ████████ █████████████ Calendar all pretrial deadlines and ███████████████ | 0.70 | 18 |
| 07/29/2013 | ADS | Receive and review Motion to Appear Pro Hac Vice filed by Jessica L. Olsheski. ████████ █████████████ | 0.10 | 17 |
| 08/02/2013 | ADS | Telephone call with Dustin DeNeal regarding ████████████████████ ██████ conduct search of ████████ ███████████████████████████████ | 2.20 | 20 |
| 08/09/2013 | ADS | Finish review of ███████████; begin drafting letter to defendant's attorney; draft email to J. Kennedy regarding ████████████████████ | 1.00 | 21 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO: 110035-67

INVOICE NO: 2

re: Don Garrett (Note)

HOURS

| | | | | |
|---|---|---|---|---|
| 08/20/2013 | ADS | Email from Defendant's attorney and email to J. Kennedy regarding answer to counterclaim. Conduct legal research on burden of proof for note receivable claim in Indiana. Begin drafting Trustee's statement for pretrial statement. Review/analyze complaint and defendant's answer and draft uncontested facts section of joint pretrial statement. | 3.30 | 22 |
| | ADS | Voicemail from opposing counsel and telephonic conference with same. Email to opposing counsel regarding receipt of defendant's statement. | 0.20 | 23 |
| 08/21/2013 | ADS | Confer with J. Kennedy on ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Receive email from opposing counsel with Joint Pretrial Statement and review same. Finalize Joint Pretrial Statement and file same with court. Draft email to opposing counsel regarding joint pretrial statement and Trustee's Notice of Extension of Time to Respond to Counterclaim. | 1.10 | 24 |
| 08/22/2013 | ADS | Draft email to opposing counsel. Draft, revise, and finalize Notice of Extension of Time to Respond to Counterclaim and file same with court. Review ▮▮▮▮ and ▮▮▮▮▮ Calendar new deadline and ▮▮▮▮ | 0.80 | 25 |
| 08/28/2013 | ADS | Prepare for, attend and participate in pretrial conference. | 0.30 | 26 |
| 08/30/2013 | ADS | Review Minute Entry/Order from pretrial. Conduct legal research ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 2.00 | 27 |
| | | Amanda D. Stafford | 22.00 | |
| 03/17/2013 | TJF | Drafted memo to Mandy regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | | |

Page: 4

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:   110035-67

INVOICE NO:   2

re: Don Garrett (Note)

|  | HOURS |  |  |
|---|---|---|---|
|  | 0.40 |  | 6 |
| ███████████████ |  |  |  |
| Tammy J. Froelich | 0.40 |  |  |
|  |  |  |  |
| FOR CURRENT SERVICES RENDERED | 22.70 | 5,656.50 |  |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.30 | $395.00 | $118.50 |
| Amanda D. Stafford | Associate | 22.00 | 250.00 | 5,500.00 |
| Tammy J. Froelich | Paralegal | 0.40 | 95.00 | 38.00 |

| | |
|---|---|
| Reproduction of documents | 24.62 |
| Mailing expense | 48.89 |
| TOTAL EXPENSES THRU 08/31/2013 | 73.51 |

| | |
|---|---|
| Title Commitment | 175.00 |
| Copies at Court | 17.64 |
| TOTAL ADVANCES THRU 08/31/2013 | 192.64 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 5,922.65 |

| | |
|---|---|
| BALANCE DUE | $5,922.65 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-10

INVOICE NO:                   2

re: Fritz Gettlefinger (Preference)

DRAFT STATEMENT

| Date | Initials | Description | HOURS | |
|------|----------|-------------|-------|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 18 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 21 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 22 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 23 |
| 05/16/2013 | JLW | Review ▬▬▬ | 0.20 | 24 |
| 06/21/2013 | JLW | Conference with J. Kennedy regarding status; | 0.30 | 27 |
| 06/24/2013 | JLW | Update memorandum regarding ▬▬▬ | 0.30 | 28 |
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | 29 |
| 07/30/2013 | JLW | Review status and ▬▬▬ | 0.30 | 33 |
| 07/31/2013 | JLW | Prepare for and attend status hearing | 0.40 | 34 |
| | | Jennifer L. Watt | 2.30 | |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ▬▬▬ | 0.10 | 30 |
| 06/26/2013 | ADS | Prepare for and attend/conduct pretrial conference. | 0.30 | 31 |
| 06/28/2013 | ADS | Review/revise/sign letter to opposing counsel regarding new pretrial date. | 0.20 | 32 |
| 08/20/2013 | ADS | Draft letter to David Layson with notice of September 25, 2013 pretrial conference. | 0.20 | 35 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:   110035-10
INVOICE NO:        2

re: Fritz Gettlefinger (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | Amanda D. Stafford | 0.80 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 19 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 20 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 25 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 | 26 |
| | | Tammy J. Froelich | 0.60 | |
| | | FOR CURRENT SERVICES RENDERED | 3.70 | 889.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.30 | $275.00 | $632.50 |
| Amanda D. Stafford | Associate | 0.80 | 250.00 | 200.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

| | |
|---|---|
| Reproduction of documents | 0.20 |
| Mailing expense | 1.39 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.59 |
| TOTAL CURRENT WORK THIS STATEMENT | 891.09 |
| BALANCE DUE | $891.09 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110034-19
INVOICE NO:              1

re: Gilbert, Clarence (Note)

DRAFT STATEMENT

HOURS

| 04/22/2013 | ADS | Review file documents. Draft email to Liz Lynch (DSI), ███████████████ | 0.20 | | 1 |
|---|---|---|---|---|---|
| 05/31/2013 | ADS | Review/analyze ██████████████ Memo to file and ██████████ ███████████ | 0.20 | | 2 |
| | | Amanda D. Stafford | 0.40 | | |
| | | FOR CURRENT SERVICES RENDERED | 0.40 | 100.00 | |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 0.40 | $250.00 | $100.00 |

| Reproduction of documents | 2.70 |
|---|---|
| TOTAL EXPENSES THRU 08/31/2013 | 2.70 |
| TOTAL CURRENT WORK THIS STATEMENT | 102.70 |
| BALANCE DUE | $102.70 |

Eastern Livestock Bankruptcy

re: Grove Livestock Sales, Inc. (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 26 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 29 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 30 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 31 |
| 05/16/2013 | JLW | Review ▮▮▮▮▮▮▮ ▮▮▮▮ | 0.20 | 32 |
| 07/30/2013 | JLW | Review status and ▮▮▮▮▮ | 0.30 | 36 |
| 08/06/2013 | JLW | Review email from K. Goss regarding alias summons; Conference with T. Froelich regarding status; Review documents for ▮▮▮▮▮; | 0.50 | 39 |
| 08/15/2013 | JLW | Review and edit motion to vacate clerk's entry of default | 0.40 | 40 |
| 08/19/2013 | JLW | Review order granting motion for relief from judgment; | 0.10 | 41 |
| | | Jennifer L. Watt | 2.20 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 27 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 28 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 34 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 | 35 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

| | |
|---|---|
| ACCOUNT NO: | 110035-02 |
| INVOICE NO: | 3 |

re: Grove Livestock Sales, Inc. (Preference)

| | | | HOURS | | |
|---|---|---|---|---|---|
| | | | **HOURS** | | |
| 05/20/2013 | TJF | Research for more current address on Grove | 0.30 | | 33 |
| 08/08/2013 | TJF | Drafted Motion to Vacate Clerk's Entry of Default and Order for J. Watt's review. | 0.60 | | 37 |
| 08/15/2013 | TJF | Augmentation to Motion to Vacate; conference with J Watt regarding same; filed same using ECF system | 0.50 | | 38 |
| | | Tammy J. Froelich | 2.00 | | |
| | | FOR CURRENT SERVICES RENDERED | 4.20 | 795.00 | |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.20 | $275.00 | $605.00 |
| Tammy J. Froelich | Paralegal | 2.00 | 95.00 | 190.00 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 795.00 |
| BALANCE DUE | $795.00 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:    110035-19
INVOICE NO:              2

re: David Hatcher (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | | |
|------|----|-------------|-------|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | | 20 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | | 21 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | | 22 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | | 23 |
| 05/16/2013 | JLW | Review ▮▮▮▮▮▮▮ | 0.20 | | 24 |
| | | Jennifer L. Watt | 0.90 | | |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 25 |
| | | Tammy J. Froelich | 0.20 | | |
| | | FOR CURRENT SERVICES RENDERED | 1.10 | 266.50 | |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------|-------------|-------|
| Jennifer L. Watt | Associate | 0.90 | $275.00 | $247.50 |
| Tammy J. Froelich | Paralegal | 0.20 | 95.00 | 19.00 |

TOTAL CURRENT WORK THIS STATEMENT                                              266.50

BALANCE DUE                                                                          $266.50

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110035-92
INVOICE NO:             2

re: Hoover and Son, Randy

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 31 |
| 03/25/2013 | JLW | Begin review of █████████ | 1.00 | 30 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ████████████ █████ | 0.40 | 34 |
| 05/08/2013 | JLW | Review ████████████████ █████████ | 0.20 | 36 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 37 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 38 |
| 05/14/2013 | JLW | Review email and procedures order disclosures from E. Nave | 0.50 | 39 |
| 05/16/2013 | JLW | Review ███████████ ████ | 0.20 | 40 |
| 05/28/2013 | JLW | Review statement of defenses sent by Chip Bowles; | 0.50 | 42 |
| 06/18/2013 | JLW | Review emails regarding ██████ ██████ | 0.30 | 43 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 44 |
| 07/22/2013 | JLW | Review order granting time to file response to mediation notice | 0.10 | 46 |
| 07/25/2013 | JLW | Analyze ████████████ ██████ | 2.00 | 47 |
| 07/30/2013 | JLW | Review ██████████ | 0.30 | 48 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

| | |
|---|---|
| ACCOUNT NO: | 110035-92 |
| INVOICE NO: | 2 |

re: Hoover and Son, Randy

|  |  |  | HOURS | |
|---|---|---|---|---|
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 49 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 50 |
| | | Jennifer L. Watt | 6.60 | |
| 06/20/2013 | ADS | Draft Election Notice.  Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 45 |
| | | Amanda D. Stafford | 0.20 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 32 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 33 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 41 |
| | | Tammy J. Froelich | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 7.30 | 1,912.50 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 6.60 | $275.00 | $1,815.00 |
| Amanda D. Stafford | Associate | 0.20 | 250.00 | 50.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Mailing expense | 3.20 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.20 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,915.70 |
| BALANCE DUE | $1,915.70 |

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110034-24
INVOICE NO:              1

re: Hume, Michael (Note)

DRAFT STATEMENT

HOURS

04/22/2013    ADS    Substantial review and analysis of ███████

███████ for filing of complaint.  Draft email
to J. Kennedy regarding Colorado local
counsel for proceeding supplemental/judgment
execution.                                                             2.10                            1

Amanda D. Stafford                                               2.10

FOR CURRENT SERVICES RENDERED                 2.10          525.00

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 2.10 | $250.00 | $525.00 |

Reproduction of documents                                                     8.16

TOTAL EXPENSES THRU 08/31/2013                                      8.16

TOTAL CURRENT WORK THIS STATEMENT                          533.16

BALANCE DUE                                                                     $533.16

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:     110034-13

INVOICE NO:                  2

re: Hustbourne Landings (Note)

DRAFT STATEMENT

| Date | | | HOURS | |
|---|---|---|---|---|
| 03/14/2013 | JPK | Reviewed email from D. Brangers. Review email from M. Stafford.  Discuss ████ | 0.30 | 10 |
| 04/23/2013 | JPK | Reviewed email from M. Stafford.  Reviewed proposed scheduling agreement. | 0.30 | 22 |
| | | Jay P. Kennedy | 0.60 | |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing. | 0.40 | 14 |
| | | Jennifer L. Watt | 0.40 | |
| 03/13/2013 | ADS | Draft, edit, refine Joint Pretrial Statement.  Review pleadings.  Research ████ ████ Email to J.  Kennedy for review. Telephonic conference with opposing counsel regarding Joint pretrial statement. | 3.60 | 15 |
| 03/14/2013 | ADS | Email from and to David Brangers. | 0.30 | 16 |
| 03/15/2013 | ADS | Review revised joint pretrial statement from J. Kennedy.  Draft email to D. Brangers with same.  Diary for follow up. | 0.40 | 17 |
| 03/20/2013 | ADS | Complete and file joint pretrial statement. Email to opposing counsel confirming filing of same. | 0.40 | 18 |
| | ADS | Email to D. Brangers regarding: Joint PTS. Telephonic conference with Amy Brangers regarding same. | 0.30 | 19 |
| 03/27/2013 | ADS | Prepare for pretrial conference. | 0.20 | 20 |
| 04/01/2013 | ADS | Review Order Striking Deficient Filing regarding: motion to appear pro hac vice. | 0.10 | 13 |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110034-13
INVOICE NO:              2

re: Hustbourne Landings (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/02/2013 | ADS | Review Minute Entry/Order; note to file on need for correction of text and deadlines. | 0.20 | 21 |
| 04/22/2013 | ADS | Telephonic conference with David Brangers regarding scheduling order.  Diary for follow up. | 0.20 | 23 |
| 04/23/2013 | ADS | Draft proposed Scheduling order; email same to David Brangers, Defendant's counsel. Diary for follow up on response. | 0.60 | 24 |
|  | ADS | Update litigation status chart. | 0.10 | 25 |
| 04/29/2013 | ADS | Review case status; draft and file Motion for Extension of Time to file Scheduling Order. | 0.50 | 26 |
| 05/01/2013 | ADS | Review deficiency notice regarding motion for extension of time to file scheduling order; draft amended motion and file same. | 0.30 | 27 |
| 05/16/2013 | ADS | Review ██████████████ Email from and email to D. Brangers regarding continued representation of defendant and scheduling order.  Diary for follow up. | 0.30 | 30 |
| 05/20/2013 | ADS | Revise/refine proposed Scheduling Order. File same with court and diary for follow up on entry of order. | 0.60 | 28 |
|  | ADS | Voicemail from D. Brangers regarding scheduling order.  Email to and email from K. Goss re: trial date and schedule final telephonic conference. | 0.20 | 29 |
| 06/28/2013 | ADS | Telephonic conference with D. Brangers regarding extension of time to exchange initial disclosures.  Draft confirmation email to same of new deadline. | 0.20 | 31 |
| 07/16/2013 | ADS | Draft/revise/finalize Rule 26 Initial Disclosures; serve disclosures on opposing counsel. | 2.00 | 32 |

Eastern Livestock Bankruptcy

re: Hustbourne Landings (Note)

Page: 3
October 01, 2013
ACCOUNT NO:    110034-13
INVOICE NO:    2

HOURS

| | | | | |
|---|---|---|---|---|
| 08/06/2013 | ADS | Review ▇▇▇▇▇ calendar pretrial deadlines per entered Scheduling Order; draft email to D. Brangers regarding Rule 26 Initial Disclosures and issues with pro hac motion; diary for follow up on response. | 0.60 | 33 |
| | ADS | Email from and email to D. Brangers regarding receipt of initial disclosures and appearance/pro hac issues. Diary for follow up on receipt of initial disclosures. | 0.20 | 34 |
| | | Amanda D. Stafford | 11.30 | |
| 03/13/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 11 |
| 03/27/2013 | TJF | Attend Pretrial Conference | 0.30 | 12 |
| | | Tammy J. Froelich | 0.40 | |
| | | FOR CURRENT SERVICES RENDERED | 12.70 | 3,210.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.60 | $395.00 | $237.00 |
| Jennifer L. Watt | Associate | 0.40 | 275.00 | 110.00 |
| Amanda D. Stafford | Associate | 11.30 | 250.00 | 2,825.00 |
| Tammy J. Froelich | Paralegal | 0.40 | 95.00 | 38.00 |

| | |
|---|---|
| Reproduction of documents | 1.30 |
| Mailing expense | 0.48 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.78 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,211.78 |
| BALANCE DUE | $3,211.78 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:     110035-04

INVOICE NO:               2

re: J&L Cattle (Preference)

DRAFT STATEMENT

HOURS

| Date | | Description | Hours | |
|------|------|-------------|-------|----|
| 03/26/2013 | JPK | Lengthy call with L. Lohmeyer.  Reviewed complaint and status issues.  Met with S. Runyan.  Called J. Knauer. | 0.80 | 18 |
| 08/28/2013 | JPK | Confer with M. Stafford.  Participate in pretrial conference. | 0.20 | 39 |
| | | Jay P. Kennedy | 1.00 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 16 |
| | JLW | Review for status. | 0.10 | 17 |
| 03/19/2013 | JLW | Review application for entry of default. | 0.50 | 15 |
| 03/25/2013 | JLW | Review voicemail from attorney for J&L. | 0.10 | 14 |
| 03/27/2013 | JLW | Review clerk's entry of default; meeting with J. Kennedy, M. Stafford and S. Runyan regarding ███████████████ ██████ | 0.70 | 23 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ████████████ ████████ | 0.40 | 28 |
| 04/11/2013 | JLW | Review draft motion for default. | 0.30 | 29 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 30 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 31 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 32 |
| 05/16/2013 | JLW | Review ████████████████ ██████ | 0.20 | 33 |

Eastern Livestock Bankruptcy

re: J&L Cattle (Preference)

| Date | | Description | HOURS | |
|------|------|------------|-------|---|
| 07/24/2013 | JLW | Review documents for ▆▆▆▆▆ ▆▆▆▆▆▆ | 1.50 | 36 |
| 07/30/2013 | JLW | Review ▆▆▆▆▆▆▆ | 0.30 | 37 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding status; | 0.20 | 38 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 40 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 41 |
| | | Jennifer L. Watt | 5.50 | |
| 03/12/2013 | ADS | Obtain contact information for Eastern Livestock's attorney in Missouri state court action.  Discuss case with J. Kennedy. | 0.40 | 24 |
| 03/25/2013 | ADS | Voicemail from attorney for defendant's wife, Steve Lohmeyer.  Confer with J. Kennedy, S. Runyan, J. Watt, and telephonic conference with J. Knauer regarding ▆▆▆ ▆▆▆▆▆▆▆▆ | 0.50 | 25 |
| | | Amanda D. Stafford | 0.90 | |
| 03/17/2013 | TJF | Drafted Clerk's Entry of Default, Clerk's Entry of Default Application and Affidavit Supporting Entry of Default for J. Watt's review and signature | 0.40 | 19 |
| 03/20/2013 | TJF | Filed Application for Clerk's Entry of Default, Affidavit and Entry of Default using ECF system | 0.50 | 20 |
| 03/25/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 | 21 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 22 |
| 04/11/2013 | TJF | Drafted Motion for Default Judgment, Entry of Default Application and Entry of Default Affidavit of J. Watt's review and signature. | 0.60 | 26 |
| 04/25/2013 | TJF | Began compilation of documents to provide | | |

Eastern Livestock Bankruptcy

re: J&L Cattle (Preference)

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
|  |  | defendant pursuant to Procedures Order | 0.20 |  | 27 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 |  | 34 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 |  | 35 |
|  |  | Tammy J. Froelich | 2.30 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 9.70 | 2,351.00 |  |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 1.00 | $395.00 | $395.00 |
| Jennifer L. Watt | Associate | 5.50 | 275.00 | 1,512.50 |
| Amanda D. Stafford | Associate | 0.90 | 250.00 | 225.00 |
| Tammy J. Froelich | Paralegal | 2.30 | 95.00 | 218.50 |

| | |
|---|---|
| Mailing expense | 0.48 |
| TOTAL EXPENSES THRU 08/31/2013 | 0.48 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,351.48 |
| BALANCE DUE | $2,351.48 |

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110034-14
INVOICE NO:        1

re: Jenny-Ann Enterprises (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/27/2013 | ADS | Conduct preliminary research ▋▋▋▋ and review of ▋▋▋▋▋▋▋ in preparation for filing complaint. Discuss case with legal assistant and assignment to same to draft complaint and related pleadings. | 1.00 | 2 |
| 03/28/2013 | ADS | Review/revise Complaint on Note; update ▋▋▋▋▋ | 0.60 | 3 |
| 03/29/2013 | ADS | Update ▋▋▋▋▋▋ | 0.10 | 4 |
| 04/17/2013 | ADS | Review and sign Certificate of Service of Summons. | 0.20 | 5 |
| 04/23/2013 | ADS | Review Certificate of service of Summons; confirm registered agent address.  Review Preliminary Pretrial Order and summons. Calendar pretrial deadlines and ▋▋▋ ▋▋▋▋▋ | 0.40 | 18 |
| 05/21/2013 | ADS | Research defendants for address for service of process and review ▋▋▋▋▋ ▋▋▋▋▋▋▋  File to legal assistant.  Review letter from Jennifer Berg.  Update ▋▋▋ ▋▋▋▋ and diary for follow up. | 0.60 | 6 |
| | ADS | Review new procedure to request alias summons on defendant. | 0.10 | 7 |
| 05/29/2013 | ADS | Check court calendar to ensure June 26 pretrial was vacated due to issuance of alias summons. | 0.10 | 8 |
| 06/24/2013 | ADS | Telephonic conference with Darren Berg, husband of defendant. | 0.20 | 19 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110034-14
INVOICE NO:            1

re: Jenny-Ann Enterprises (Note)

|            |     |                                                                                                                                                                                     | HOURS |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 06/26/2013 | ADS | Draft/revise letter to defendant with Trustee's response to ▮▮▮▮▮                                                                                                                     | 0.50  | 9        |
| 07/01/2013 | ADS | Telephone call with Darren Berg regarding: ▮▮▮▮▮                                                                                                                                      | 0.20  | 12       |
| 07/03/2013 | ADS | Review letter from defendant regarding ▮▮▮▮▮ and discuss with J. Knauer.                                                                                                               | 0.20  | 13       |
| 07/05/2013 | ADS | Review/revise entry of default pleadings. Assignment to legal assistant to revise same.                                                                                               | 0.20  | 10       |
|            | ADS | Review revised entry of default pleadings, sign affidavit. Assignment to paralegal to file same with court.                                                                            | 0.10  | 11       |
|            | ADS | Review file to confirm service on both defendants; review voicemail from defendant's husband, Darren Berg; pull disclosure of assets form to forward to defendant for execution. Assignment to legal assistant to draft entries of default. | 0.40  | 20       |
| 07/08/2013 | ADS | Review/revise entry of default pleadings for filing.                                                                                                                                   | 0.20  | 14       |
| 07/19/2013 | ADS | Receive and review clerk's entries of default.                                                                                                                                        | 0.10  | 15       |
| 07/31/2013 | ADS | Attend pretrial conference.                                                                                                                                                           | 0.30  | 16       |
| 08/08/2013 | ADS | Draft letter to defendant regarding ▮▮▮▮ Diary for follow up on response. Receive and review entries of default for both defendants.                                                    | 0.70  | 17       |
|            |     | Amanda D. Stafford                                                                                                                                                                    | 6.20  |          |
| 03/27/2013 | JLI | Draft Adversary Complaint and Appearance; give to M. Stafford for review.                                                                                                              | 0.50  | 1        |
|            |     | Isaac, Jordan L.                                                                                                                                                                      | 0.50  |          |
|            |     | FOR CURRENT SERVICES RENDERED                                                                                                                                                         | 6.70  | 1,587.50 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:      110034-14
INVOICE NO:              1

re: Jenny-Ann Enterprises (Note)

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 6.20 | $250.00 | $1,550.00 |
| Isaac, Jordan L. | Paralegal | 0.50 | 75.00 | 37.50 |

| | |
|---|---|
| Reproduction of documents | 12.00 |
| Mailing expense | 28.25 |
| TOTAL EXPENSES THRU 08/31/2013 | 40.25 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,627.75 |
| BALANCE DUE | $1,627.75 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:    110034-15
INVOICE NO:    1

re: K & S Livestock (Note)

DRAFT STATEMENT

HOURS

06/26/2013    ADS    Review ███████████ in preparation for filing complaint.  Conduct research on

████████████████    0.50    1

Amanda D. Stafford    0.50

FOR CURRENT SERVICES RENDERED    0.50    125.00

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 0.50 | $250.00 | $125.00 |

TOTAL CURRENT WORK THIS STATEMENT    125.00

BALANCE DUE    $125.00

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110035-85
INVOICE NO:                    3

re: Krantz, Gary (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 08/28/2013 | JPK | Prepare for and participate in pretrial conference. | 0.30 | 43 |
| | | Jay P. Kennedy | 0.30 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 28 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 31 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 32 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 33 |
| 05/14/2013 | JLW | Review email and procedures order disclosures from E. Nave | 0.50 | 34 |
| 05/16/2013 | JLW | Review ███████████████ | 0.20 | 35 |
| 06/18/2013 | JLW | Review ███████████ | 0.40 | 37 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 38 |
| 07/19/2013 | JLW | Review order on motion for extension of time to file documents | 0.10 | 41 |
| 07/30/2013 | JLW | Review ██████████ | 0.30 | 42 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 44 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 45 |
| | | Jennifer L. Watt | 2.80 | |
| 06/18/2013 | ADS | Review/analyze ██████████████ | 0.10 | 39 |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-85
INVOICE NO:           3

re: Krantz, Gary (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court. Receive and review filed Election Notice. | 0.20 | 40 |
|  |  | Amanda D. Stafford | 0.30 |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 29 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Orders | 0.20 | 30 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 36 |
|  |  | Tammy J. Froelich | 0.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 3.90 | 1,011.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.30 | $395.00 | $118.50 |
| Jennifer L. Watt | Associate | 2.80 | 275.00 | 770.00 |
| Amanda D. Stafford | Associate | 0.30 | 250.00 | 75.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Mailing expense | 2.02 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.02 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,013.02 |
| BALANCE DUE | $1,013.02 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO: 110035-59

INVOICE NO: 2

re: Kropf, Amos (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in telephonic pretrial conference. | 0.40 | 53 |
| 06/18/2013 | JPK | Received email from A. Adams. Reviewed Kropf defense contentions. Reviewed proposed offer. Began drafting response letter. | 0.80 | 61 |
| 07/15/2013 | JPK | Reviewed email from A. Adams. Reviewed potential settlement offer. | 0.20 | 65 |
| 08/01/2013 | JPK | Preparation of mediation binder. Review and revise letter to A. Adams on defenses. | 0.40 | 79 |
| 08/19/2013 | JPK | Continued preparation for mediation session. Confer with J. Knauer. | 1.50 | 77 |
| 08/20/2013 | JPK | Participate in mediation session. Return to Indianapolis. | 3.00 | 76 |
| 08/26/2013 | JPK | Reviewed email from A. Adams. Preparation for pretrial. | 0.20 | 75 |
| 08/28/2013 | JPK | Met with M. Stafford. Participated in pretrial conference. | 0.30 | 72 |
| | | Jay P. Kennedy | 6.80 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 29 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 28 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ███████ ██████ | 0.50 | 32 |
| 04/04/2013 | JLW | Review informal discovery request. | 0.30 | 33 |

Eastern Livestock Bankruptcy

ACCOUNT NO:     110035-59
INVOICE NO:             2

re: Kropf, Amos (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 04/05/2013 | JLW | Review email to the clerk regarding proposed order. | 0.10 | 34 |
| 04/10/2013 | JLW | Review███ | 1.20 | 35 |
| 04/22/2013 | JLW | Review informal discovery request; review discovery documentation; draft email to L. Lynch regarding███ | 4.20 | 36 |
| 04/25/2013 | JLW | Review ███ | 1.30 | 37 |
| 04/26/2013 | JLW | Draft and review emails to and from Liz Lynch regarding ███ | 0.30 | 38 |
| 04/29/2013 | JLW | Review email from L. Lynch regarding ███ | 1.30 | 39 |
| 04/30/2013 | JLW | Draft email to L. Lynch regarding███ | 0.30 | 40 |
| 05/02/2013 | JLW | Review and respond to email from T. Froelich regarding response to informal discovery | 0.10 | 45 |
| 05/03/2013 | JLW | Review numerous emails sent by L. Lynch regarding███ | 0.40 | 46 |
| 05/06/2013 | JLW | Review numerous emails from L. Lynch regarding ███ | 1.00 | 47 |
| 05/07/2013 | JLW | Review emails and attachments from L. Lynch regarding ███ | 0.60 | 48 |
| 05/08/2013 | JLW | Review informal production; Draft letter with reservations and objections for response to informal production request | 1.80 | 49 |
| 05/09/2013 | JLW | Prepare for and attend status hearing; Review and finalize informal discovery response letter | 0.50 | 50 |