Page: 3
October 01, 2013
ACCOUNT NO:     110035-59
INVOICE NO:                2

Eastern Livestock Bankruptcy

re: Kropf, Amos (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 51 |
| 05/16/2013 | JLW | Review ███████████████████ | 0.20 | 52 |
| 06/04/2013 | JLW | Review ███████████████████ | 3.50 | 55 |
| 06/12/2013 | JLW | Conference call with A. Adams regarding settlement and mediation | 0.50 | 56 |
| 06/14/2013 | JLW | Attend conference call with opposing counsel and J. Kennedy regarding defenses, positions, supporting document, evaluation of cases, settlement and mediation | 0.60 | 57 |
| 06/17/2013 | JLW | Review email and attachment regarding informal discovery from A. Adams; Review ███████████████████ | 1.40 | 58 |
| 06/18/2013 | JLW | Conference call with A. Adams regarding mediation scheduling; | 0.20 | 59 |
| 06/21/2013 | JLW | Review email regarding mediation dates; | 0.10 | 60 |
| 07/01/2013 | JLW | Review email from A. Adams regarding mediation date and availability; | 0.10 | 63 |
| 07/03/2013 | JLW | Review Response file regarding selection of mediator | 0.20 | 69 |
| 07/11/2013 | JLW | Review settlement request and review documentation for review of settlement proposal | 2.80 | 64 |
| 07/16/2013 | JLW | Research and review ███████████████████ | 4.20 | 66 |
| 07/25/2013 | JLW | Continue to ███████████████████ | 2.80 | 67 |

Page: 4

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-59
INVOICE NO:            2

re: Kropf, Amos (Preference)

| Date | | | HOURS | |
|------|-----|------|-------|----|
| 07/30/2013 | JLW | Review ███████████ | | 68 |
| | | Review voicemail from A. Adams regarding status | 0.40 | |
| 08/01/2013 | JLW | Review email from A. Adams requesting status on settlement offer; Review email from J. Kennedy to A. Adams regarding status of settlement response | 0.20 | 70 |
| 08/02/2013 | JLW | Review and analyze ███████████ ███████ | 0.80 | 78 |
| 08/08/2013 | JLW | Review email regarding status of mediation; | 0.10 | 80 |
| 08/26/2013 | JLW | Review email from A. Adams regarding pre-trial conference; | 0.10 | 71 |
| 08/27/2013 | JLW | Review mediator's report on mediation | 0.20 | 73 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 74 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 81 |
| | | Jennifer L. Watt | 33.50 | |
| 04/05/2013 | ADS | Draft order on motion to dismiss; review pleadings relevant to motion to dismiss; and email to defendant's counsel with proposed order. | 0.50 | 41 |
| 04/16/2013 | ADS | Final review of order on motion to dismiss and convert/upload to court through ECF. | 0.20 | 42 |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court. Receive and review filed Election Notice. | 0.20 | 62 |
| 08/27/2013 | ADS | Receive and review Notice of Submission of Mediator's Report and exhibit. Assignment to paralegal to file same. Update ███████ ███████████████████ | 0.20 | 82 |
| 08/28/2013 | ADS | Attend pretrial conference. | 0.30 | 83 |

Page: 5

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:       110035-59
INVOICE NO:              2

re: Kropf, Amos (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | Amanda D. Stafford | 1.40 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.20 | 30 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 31 |
| 05/06/2013 | TJF | Document preparation re discovery responses due 05/09/13 | 0.40 | 43 |
| 05/07/2013 | TJF | Continued document preparation for discovery responses due by 05-09-2013. | 0.80 | 44 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.70 | 54 |
| | | Tammy J. Froelich | 2.30 | |
| | | FOR CURRENT SERVICES RENDERED | 44.00 | 12,467.00 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 6.80 | $395.00 | $2,686.00 |
| Jennifer L. Watt | Associate | 33.50 | 275.00 | 9,212.50 |
| Amanda D. Stafford | Associate | 1.40 | 250.00 | 350.00 |
| Tammy J. Froelich | Paralegal | 2.30 | 95.00 | 218.50 |

| | |
|---|---|
| Reproduction of documents | 11.50 |
| Mailing expense | 2.57 |
| TOTAL EXPENSES THRU 08/31/2013 | 14.07 |
| TOTAL CURRENT WORK THIS STATEMENT | 12,481.07 |
| BALANCE DUE | $12,481.07 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:    110035-17
INVOICE NO:                    2

re: Loveland Farms (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/05/2013 | JLW | Review motion for authority to file late answer; review Answer. | 0.80 | 22 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 18 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 24 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 25 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 26 |
| 05/16/2013 | JLW | Review ██████████████ ████ | 0.20 | 27 |
| 06/21/2013 | JLW | Conference with J. Kennedy regarding ████ | 0.30 | 29 |
| 06/24/2013 | JLW | Update ██████████████████ | 0.30 | 30 |
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | 31 |
| 07/30/2013 | JLW | Review ████████████ | 0.30 | 34 |
| | | Jennifer L. Watt | 2.70 | |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ████ ████████████████ | 0.10 | 32 |
| 06/26/2013 | ADS | Prepare for and attend/conduct pretrial conference. | 0.60 | 33 |
| | | Amanda D. Stafford | 0.70 | |
| 03/06/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 | 19 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:          110035-17

INVOICE NO:                    2

re: Loveland Farms (Preference)

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 03/11/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 |  | 20 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 |  | 21 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 |  | 23 |
| 05/08/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 |  | 28 |
|  |  | Tammy J. Froelich | 0.90 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 4.30 | 1,003.00 |  |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.70 | $275.00 | $742.50 |
| Amanda D. Stafford | Associate | 0.70 | 250.00 | 175.00 |
| Tammy J. Froelich | Paralegal | 0.90 | 95.00 | 85.50 |

| | |
|---|---|
| Mailing expense | 2.08 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.08 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,005.08 |
| BALANCE DUE | $1,005.08 |

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110034-17
INVOICE NO:                    1

re: McAlester, Brian (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/13/2013 | JPK | Reviewed ████████████████ Reviewed discharge of debtor materials. Email to M. Stafford. | 0.30 | 9 |
| 05/16/2013 | JPK | Follow up with M. Stafford regarding McAllister dismissal.  Review issues on ████████████████ Jay P. Kennedy | 0.40  0.70 | 8 |
| 03/18/2013 | ADS | Review ██████████████ Email to J. Kennedy. | 0.40 | 1 |
| 03/26/2013 | ADS | Draft/revise complaint.  Conduct UCC search and Indiana Secretary of State Search; continue working on complaint. | 4.60 | 3 |
| | ADS | Revise complaint and file to J. Kennedy for review. | 0.20 | 4 |
| 03/27/2013 | ADS | Make final revisions to complaint; complete final review of Complaint and exhibits; file same with bankruptcy court and diary for follow up on issuance of summons. Update ██████████ | 1.10 | 2 |
| 03/28/2013 | ADS | Update ███████████ conduct search in ██████████ | 0.30 | 5 |
| 04/09/2013 | ADS | Review status of complaint and file to paralegal to follow up with court on summons; diary for receipt of summons. | 0.30 | 6 |
| 04/29/2013 | ADS | Research Defendants' registered agents and draft Exhibit "A" to Certificate of Service of Summons; preparation of service of Complaint, Preliminary Pretrial Order, and Summons on each defendant. | 1.60 | 7 |

Eastern Livestock Bankruptcy

re: McAlester, Brian (Note)

|            |     |                                                                                                                                                                        | HOURS |    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----|
| 05/08/2013 | ADS | Email from and email to legal assistant regarding ███████                                                                                                               | 0.20  | 11 |
| 05/13/2013 | ADS | Review pretrial order and summons, court calendar, and court docket. Email correspondence with K. Goss regarding calendar discrepancy. Draft email to J. Kennedy and J. Watt. | 0.20  | 10 |
| 05/14/2013 | ADS | Telephonic conference with Defendant Loren L. Konkle regarding adversary complaint.                                                                                     | 0.40  | 12 |
|            | ADS | Telephonic conference with defendant McAllister. Verify bankruptcy filing and review petition and schedules. Email to Liz Lynch to confirm ███████ Diary for follow up. | 0.70  | 13 |
| 05/16/2013 | ADS | Email to legal assistant regarding service issues on McAllister. Diary for follow up on response from Liz Lynch.                                                         | 0.20  | 14 |
|            | ADS | Telephonic conference with McAllister on case status; telephonic conference with Liz Lynch regarding ██████ Memorandum to file regarding ███████                        | 0.60  | 15 |
| 05/17/2013 | ADS | Email from Liz Lynch; discuss dismissal of case with Kennedy; review new addresses for defendant McAllister; file to legal assistant to draft dismissal; review notice of dismissal for filing. | 0.50  | 16 |
|            | ADS | Receive/review fax from defendant Konkle; voicemail to same regarding dismissal of adversary action.                                                                    | 0.20  | 17 |
| 06/26/2013 | ADS | Prepare for and attend pretrial conference.                                                                                                                             | 0.20  | 18 |
|            |     | Amanda D. Stafford                                                                                                                                                      | 11.70 |    |
|            |     | FOR CURRENT SERVICES RENDERED                                                                                                                                           | 12.40 | 3,201.50 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110034-17
INVOICE NO:             1

re: McAlester, Brian (Note)

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.70 | $395.00 | $276.50 |
| Amanda D. Stafford | Associate | 11.70 | 250.00 | 2,925.00 |

| | |
|---|---|
| Reproduction of documents | 19.26 |
| Mailing expense | 103.18 |
| TOTAL EXPENSES THRU 08/31/2013 | 122.44 |

| | |
|---|---|
| UCC Search and/or Browse Fee and Copies | 6.00 |
| TOTAL ADVANCES THRU 08/31/2013 | 6.00 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,329.94 |
| BALANCE DUE | $3,329.94 |

Eastern Livestock Bankruptcy

re: Macon Stockyard (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.20 | 59 |
| | | Jay P. Kennedy | 0.20 | |
| 03/06/2013 | JLW | Research regarding ███████████ | 0.80 | 48 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 45 |
| 03/14/2013 | JLW | Draft proposed order on motion to dismiss. | 0.40 | 44 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 43 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 42 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing; draft revisions to model order regarding motion to dismiss. | 0.70 | 49 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 50 |
| 04/11/2013 | JLW | Research ████████████ | 0.80 | 52 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 55 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 56 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 57 |
| 05/16/2013 | JLW | Review ███████████████ | 0.20 | 58 |
| 05/28/2013 | JLW | Review order granting motion to extend time to file answer to complaint; Review Answer to Complaint | 0.50 | 61 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-34
INVOICE NO:    3

re: Macon Stockyard (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 06/19/2013 | JLW | Draft case management order; Review revised case management order; | 0.50 | 62 |
| 06/24/2013 | JLW | Update memorandum regarding ▮▮▮▮▮ ▮▮▮▮▮▮ | 0.30 | 64 |
| 06/27/2013 | JLW | Review Court's order following pre-trial hearing | 0.10 | 65 |
| 07/30/2013 | JLW | Review ▮▮▮▮▮▮▮▮ | 0.30 | 68 |
| | | Jennifer L. Watt | 6.10 | |
| 04/16/2013 | ADS | Final review of order on motion to dismiss and convert/upload to court through ECF. | 0.20 | 54 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.10 | 66 |
| 06/26/2013 | ADS | Prepare for and attend morning and afternoon pretrial conferences. | 0.50 | 67 |
| | | Amanda D. Stafford | 0.80 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 46 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 47 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 51 |
| 05/08/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 60 |
| | | Tammy J. Froelich | 0.60 | |
| | | FOR CURRENT SERVICES RENDERED | 7.70 | 2,013.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.20 | $395.00 | $79.00 |
| Jennifer L. Watt | Associate | 6.10 | 275.00 | 1,677.50 |
| Amanda D. Stafford | Associate | 0.80 | 250.00 | 200.00 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

| | |
|---|---|
| ACCOUNT NO: | 110035-34 |
| INVOICE NO: | 3 |

re: Macon Stockyard (Preference)

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

| | |
|---|---|
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.60 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,015.10 |
| BALANCE DUE | $2,015.10 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-54

INVOICE NO:              3

re: Kevin Manthey (Preference)

DRAFT STATEMENT

| Date | | | HOURS | |
|------|---|---|-------|---|
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.20 | 36 |
| 08/28/2013 | JPK | Prepare for and participate in pretrial conference. | 0.30 | 45 |
| | | Jay P. Kennedy | 0.50 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 28 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 31 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 32 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 33 |
| 05/14/2013 | JLW | Review email and procedures order disclosures from E. Nave | 0.50 | 34 |
| 05/16/2013 | JLW | Review ██████████████ | 0.20 | 35 |
| 06/18/2013 | JLW | Review draft ████████████ | 0.40 | 38 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 39 |
| 07/22/2013 | JLW | Review order granting time to file response to mediation notice | 0.10 | 42 |
| 07/30/2013 | JLW | Review ████████████ | 0.30 | 43 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding status; Conference call with J. Graham regarding settlement discussions; | 0.30 | 44 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 46 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-54

INVOICE NO:            3

re: Kevin Manthey (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 47 |
| | | Jennifer L. Watt | 3.10 | |
| 06/18/2013 | ADS | Review/analyze ████████ ████████ | 0.10 | 40 |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 41 |
| | | Amanda D. Stafford | 0.30 | |
| 03/26/2013 | TJF | Received and uploaded ████████ ████ | 0.10 | 29 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 30 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 37 |
| | | Tammy J. Froelich | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 4.40 | 1,172.50 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.50 | $395.00 | $197.50 |
| Jennifer L. Watt | Associate | 3.10 | 275.00 | 852.50 |
| Amanda D. Stafford | Associate | 0.30 | 250.00 | 75.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.60 |

| | |
|---|---|
| Overnight mail | 19.56 |
| TOTAL ADVANCES THRU 08/31/2013 | 19.56 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-54

INVOICE NO:    3

re: Kevin Manthey (Preference)

TOTAL CURRENT WORK THIS STATEMENT                         1,193.66

BALANCE DUE                                              $1,193.66

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:     110035-24

INVOICE NO:                2

re: Martin Farms (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|------|------|-------------|-------|------|
| 05/22/2013 | JPK | Long call with Mr. Martin regarding claims. | 0.30 | 33 |
| | | Jay P. Kennedy | 0.30 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 23 |
| 03/25/2013 | JLW | Begin review of ███████████ | 1.00 | 22 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 29 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 30 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 31 |
| 05/16/2013 | JLW | Review ███████████████ | 0.20 | 32 |
| 07/30/2013 | JLW | Review ███████████████ | 0.30 | 35 |
| | | Jennifer L. Watt | 2.20 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 24 |
| 03/06/2013 | TJF | Review and organization of recently filed pleadings. | 0.30 | 25 |
| 03/11/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 | 26 |
| 03/26/2013 | TJF | Received and ███████████████ | 0.10 | 27 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 28 |
| 05/08/2013 | TJF | Preparation of documents for production | | |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-24

INVOICE NO:              2

re: Martin Farms (Preference)

|  | HOURS |  |
|---|---|---|
| pursuant to Procedures Order. | 0.20 | 34 |
| Tammy J. Froelich | 1.10 | |
| | | |
| FOR CURRENT SERVICES RENDERED | 3.60 | 828.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.30 | $395.00 | $118.50 |
| Jennifer L. Watt | Associate | 2.20 | 275.00 | 605.00 |
| Tammy J. Froelich | Paralegal | 1.10 | 95.00 | 104.50 |

| | |
|---|---|
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.60 |
| TOTAL CURRENT WORK THIS STATEMENT | 829.60 |
| BALANCE DUE | $829.60 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110035-13
INVOICE NO:              2

re: Martin, Pringle, Oliver, Wallace & Schwartz
(Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 04/04/2013 | JPK | Reviewed message from Scott Tschudy. Follow up with Trustee. Begin drafting settlement documentation. | 0.60 | 24 |
| 04/18/2013 | JPK | Follow up on settlement agreement. Emails with Scott Tschudy. Prepare settlement for J. Knauer approval. | 0.70 | 22 |
| 05/20/2013 | JPK | Reviewed draft order. Emails to K. Goss. Uploaded draft order. | 0.30 | 28 |
| | | Jay P. Kennedy | 1.60 | |
| 03/05/2013 | JLW | Review order granting motion to extend time to file adversary pleadings. | 0.20 | 21 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 19 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ▮▮▮▮▮▮ | 0.20 | 23 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 25 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 26 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 27 |
| | | Jennifer L. Watt | 1.10 | |
| 04/23/2013 | ADS | Draft Notice of Motion to Compromise and Opportunity to Objection; file Motion, Notice and exhibits. | 0.50 | 31 |
| 07/31/2013 | ADS | Draft and file Notice of Dismissal; assignment to assistant to serve defendant with same. | 0.20 | 30 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-13
INVOICE NO:    2

re: Martin, Pringle, Oliver, Wallace & Schwartz
(Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Amanda D. Stafford | 0.70 |  |
| 03/26/2013 | TJF | Received and uploaded ▮▮▮▮▮▮ | 0.10 | 20 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 29 |
|  |  | Tammy J. Froelich | 0.30 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 3.70 | 1,138.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 1.60 | $395.00 | $632.00 |
| Jennifer L. Watt | Associate | 1.10 | 275.00 | 302.50 |
| Amanda D. Stafford | Associate | 0.70 | 250.00 | 175.00 |
| Tammy J. Froelich | Paralegal | 0.30 | 95.00 | 28.50 |

| | |
|---|---|
| Reproduction of documents | 1.40 |
| Mailing expense | 2.35 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.75 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,141.75 |
| BALANCE DUE | $1,141.75 |

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:   110034-16
INVOICE NO:              1

re: Mason, Lance (Note)

DRAFT STATEMENT

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/22/2013 | JWL | Conference with M. Stafford; review L. Mason Complaint after conference with M. Stafford | 0.50 | 1 |
|  |  | Justin W. Leverton | 0.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 0.50 | 125.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Justin W. Leverton | Associate | 0.50 | $250.00 | $125.00 |

| | |
|---|---|
| Reproduction of documents | 5.12 |
| TOTAL EXPENSES THRU 08/31/2013 | 5.12 |
| TOTAL CURRENT WORK THIS STATEMENT | 130.12 |
| BALANCE DUE | $130.12 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-20
INVOICE NO:                 2

re: Rex Mooney (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/10/2013 | JPK | Reviewed email from Moffett law firm.  Call from Mr. Moffett regarding the claim. | 0.20 | 19 |
| | | Jay P. Kennedy | 0.20 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 15 |
| 04/26/2013 | JLW | Review answer to complaint. | 0.50 | 18 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 20 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 21 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 22 |
| 05/16/2013 | JLW | Review █████████████████ ██████ | 0.20 | 23 |
| 06/21/2013 | JLW | Conference call with opposing counsel regarding background of case, issues, upcoming hearing;  Follow up call with opposing counsel regarding background facts; | 0.60 | 26 |
| 06/24/2013 | JLW | Update memorandum regarding ██████ | 0.30 | 27 |
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | 28 |
| 07/03/2013 | JLW | Review memorandum regarding ████████ ██████████ | 0.20 | 31 |
| 07/30/2013 | JLW | Review ████████████ | 0.30 | 32 |
| | | Jennifer L. Watt | 2.90 | |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ██████ | | |

Eastern Livestock Bankruptcy

re: Rex Mooney (Preference)

Page: 2
October 01, 2013
ACCOUNT NO: 110035-20
INVOICE NO: 2

| Date | | Description | HOURS | | |
|------|---|-------------|-------|---|---|
| | | ██████████████████ | 0.10 | | 29 |
| 06/26/2013 | ADS | Prepare for and attend/conduct pretrial conference. | 0.60 | | 30 |
| 07/26/2013 | ADS | Review docket report; assignment to assistant to draft Stipulation of Dismissal; review/revise stipulation; email to TK Moffett to approve Stipulation; diary for follow up on response. | 0.20 | | 33 |
| 07/29/2013 | ADS | Receive and review email from TK Moffett approving stipulation. Assignment to legal assistant to file dismissal. | 0.20 | | 34 |
| | | Amanda D. Stafford | 1.10 | | |
| 03/26/2013 | TJF | Received and uploaded ██████████ | 0.10 | | 16 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 17 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 24 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 | | 25 |
| | | Tammy J. Froelich | 0.60 | | |
| | | FOR CURRENT SERVICES RENDERED | 4.80 | 1,208.50 | |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------|-------------|-------|
| Jay P. Kennedy | Partner | 0.20 | $395.00 | $79.00 |
| Jennifer L. Watt | Associate | 2.90 | 275.00 | 797.50 |
| Amanda D. Stafford | Associate | 1.10 | 250.00 | 275.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

Reproduction of documents                                                    1.50

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:       110035-20
INVOICE NO:                2

re: Rex Mooney (Preference)

| | |
|---|---:|
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.10 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,211.60 |
| BALANCE DUE | $1,211.60 |

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-08
INVOICE NO:                    2

re: Musick Farms, Inc. (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | | |
|------|------|-------------|-------|---|---|
| 03/04/2013 | JLW | Review motion for entry of default judgment. | 0.50 | | 20 |
| 03/12/2013 | JLW | Review for status. | 0.10 | | 21 |
| 04/11/2013 | JLW | Review order granting default judgment. | 0.10 | | 26 |
| 04/29/2013 | JLW | Conference with J. Kennedy regarding ███████ | 0.30 | | 27 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | | 28 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | | 29 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | | 30 |
| | | Jennifer L. Watt | 1.60 | | |
| 03/04/2013 | TJF | Augmentations to Motion for Default Judgment on Sum Certain, Affidavit for Entry of Default Judgment and Default Judgment. | 0.30 | | 22 |
| | TJF | Filing of Motion for Default Judgment, Affidavit and Default Judgment using Court's ECF system | 0.30 | | 23 |
| 03/26/2013 | TJF | Received and uploaded ████████ ██████ | 0.10 | | 24 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 25 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 31 |
| | | Tammy J. Froelich | 1.10 | | |
| | | FOR CURRENT SERVICES RENDERED | 2.70 | 544.50 | |

Eastern Livestock Bankruptcy

re: Musick Farms, Inc. (Preference)

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 1.60 | $275.00 | $440.00 |
| Tammy J. Froelich | Paralegal | 1.10 | 95.00 | 104.50 |

TOTAL CURRENT WORK THIS STATEMENT                          544.50

BALANCE DUE                                              $544.50

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:        110035-40

INVOICE NO:                3

re: Nichols, Nathan (Preference)

DRAFT STATEMENT

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/10/2013 | JPK | Reviewed email from J. Dawson regarding Nichols' claims. | 0.30 | 4 |
|  |  | Jay P. Kennedy | 0.30 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 0.30 | 118.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.30 | $395.00 | $118.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 118.50 |
| BALANCE DUE | $118.50 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-46

INVOICE NO:                3

re: Northwest Alabama Livestock Auction (Prefrnce)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/25/2013 | JPK | Reviewed emails from I. Shallcross. Reviewed prior negotiations regarding evaluation of dismissal of claim. Email J. Knauer. | 0.40 | 38 |
| 04/19/2013 | JPK | Reviewed potential settlement with J. Knauer. | 0.30 | 44 |
| 05/13/2013 | JPK | Reviewed email from M. Montell regarding status of settlement negotiation.  Update settlement ledgers. | 0.30 | 47 |
| 06/18/2013 | JPK | Received email information regarding Northwest Alabama settlement.  Draft settlement agreement. | 0.40 | 54 |
| 07/15/2013 | JPK | Email to M. Montell.  Draft motion to compromise, order, notice and settlement agreement. | 1.80 | 57 |
| 07/25/2013 | JPK | Follow up with counsel for Northwest Alabama on directors meeting.  Email to M. Montell. Brief conversation with J. Knauer. | 0.50 | 55 |
| 07/26/2013 | JPK | Reviewed email from M. Montell.  Review executed settlement agreement.  Prepared filing for bankruptcy court. | 0.40 | 56 |
| 07/30/2013 | JPK | Follow up on settlement agreement.  Work with M. Stafford on filing of settlement agreement. | 0.30 | 63 |
| 08/28/2013 | JPK | Reviewed status of settlement.  Call with M. Montell.  Check status of payments. Participate in pretrial conference. | 0.40 | 65 |
| | | Jay P. Kennedy | 4.80 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 40 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-46
INVOICE NO:    3

re: Northwest Alabama Livestock Auction (Prefrnce)

HOURS

| Date | | Description | Hours | |
|---|---|---|---|---|
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 39 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 43 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ███████████ | 0.30 | 46 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 48 |
| 05/09/2013 | JLW | Prepare for and attend status hearing; Telephone conference with counsel for Northwest Alabama regarding settlement | 0.60 | 49 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 50 |
| 05/16/2013 | JLW | Review ███████████ | 0.20 | 51 |
| 06/18/2013 | JLW | Review email regarding settlement; | 0.10 | 53 |
| 07/15/2013 | JLW | Review email from J. Kennedy to N. Montell regarding draft settlement agreement, motion to compromise and proposed order; Review email from N. Montell regarding draft documents | 0.30 | 58 |
| 07/17/2013 | JLW | Review email from N. Montell regarding revisions to settlement agreement | 0.10 | 59 |
| 07/25/2013 | JLW | Review email from N. Montell regarding revised settlement agreement | 0.10 | 60 |
| 07/26/2013 | JLW | Review email to N. Montell confirming settlement agreement and filing | 0.10 | 61 |
| 07/30/2013 | JLW | Review ███████████ Review emails regarding motion to compromise | 0.40 | 62 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 66 |

Eastern Livestock Bankruptcy

ACCOUNT NO:     110035-46
INVOICE NO:                3

re: Northwest Alabama Livestock Auction (Prefrnce)

| | | | HOURS | |
|---|---|---|---|---|
| | | Jennifer L. Watt | 3.00 | |
| 07/30/2013 | ADS | Revise, file, and serve Motion to Compromise and Settle.  Email to Defendant's attorney regarding filing of Motion. | 0.90 | 64 |
| 08/28/2013 | ADS | Review settlement agreement for ████ ██████████████████ draft stipulation of dismissal and email to defendant's attorney regarding dismissal; Review/analyze notice of withdrawal of proof of claim from defendant's attorney. | 0.60 | 67 |
| | ADS | File Stipulation of Dismissal with court; update █████████████████draft email to N. Montell approving Notice of Withdrawal of Proof of Claim. | 0.40 | 68 |
| 08/29/2013 | ADS | Review filed Notice of Withdrawal of Proof of Claim. | 0.10 | 69 |
| | | Amanda D. Stafford | 2.00 | |
| 03/26/2013 | TJF | Received and uploaded ████████████ ████ | 0.10 | 41 |
| 03/27/2013 | TJF | Attend Pretrial Conference | 0.30 | 42 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 45 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 52 |
| | | Tammy J. Froelich | 0.80 | |
| | | FOR CURRENT SERVICES RENDERED | 10.60 | 3,297.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 4.80 | $395.00 | $1,896.00 |
| Jennifer L. Watt | Associate | 3.00 | 275.00 | 825.00 |
| Amanda D. Stafford | Associate | 2.00 | 250.00 | 500.00 |
| Tammy J. Froelich | Paralegal | 0.80 | 95.00 | 76.00 |

Page: 4

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-46
INVOICE NO:             3

re: Northwest Alabama Livestock Auction (Prefrnce)

| | |
|---|---:|
| Reproduction of documents | 6.30 |
| Mailing expense | 31.42 |
| TOTAL EXPENSES THRU 08/31/2013 | 37.72 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,334.72 |
| BALANCE DUE | $3,334.72 |

Eastern Livestock Bankruptcy

re: Parker, Tobin (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 07/24/2013 | JPK | Reviewed pretrial statement.  Conferred with M. Stafford. | 0.30 | 16 |
| 08/09/2013 | JPK | Reviewed email from M. Stafford.  Reviewed correspondence from M. Strynski.  Follow up on potential mediation date. | 0.40 | 22 |
| | | Jay P. Kennedy | 0.70 | |
| 04/22/2013 | JWL | Conference with M. Stafford; review T. Parker Complaint | 0.50 | 8 |
| | | Justin W. Leverton | 0.50 | |
| 03/18/2013 | ADS | Review documents and begin drafting complaint. | 1.00 | 2 |
| 03/27/2013 | ADS | Email from Liz Lynch at DSI regarding ▓▓▓▓▓▓▓▓ diary for follow up on receipt of same. | 0.20 | 6 |
| 03/28/2013 | ADS | Gather documents for preparation of complaint. | 0.30 | 3 |
| 03/29/2013 | ADS | File to legal assistant to draft complaint. Email to DSI regarding ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 4 |
| | ADS | Revise complaint. | 0.50 | 5 |
| 04/12/2013 | ADS | Draft email to Liz Lynch (DSI) to follow up ▓▓▓▓▓ to file complaint; diary for follow up. | 0.20 | 7 |
| 04/20/2013 | ADS | Review ▓▓▓▓▓▓▓▓▓ received from DSI for preparation of complaint; email to Liz Lynch with follow up ▓▓▓▓▓ ▓▓▓▓▓▓ Analyze ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ and potential | | |

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110034-18

INVOICE NO:                    1

re: Parker, Tobin (Note)

| | | | HOURS | |
|---|---|---|---|---|
| | | ███████████████████ | 1.70 | 10 |
| 04/22/2013 | ADS | Finalize complaint and file to J. Kennedy for review. | 0.30 | 9 |
| 05/01/2013 | ADS | Review email from Liz Lynch regarding ████ ████████ analyze ████████ | 0.50 | 11 |
| 05/23/2013 | ADS | Obtain registered agent information for 3 corporate defendants.  File to assistant to draft certificate of service of summons. | 0.40 | 12 |
| 05/24/2013 | ADS | Review filed certificate of service of summons. | 0.10 | 13 |
| 06/06/2013 | ADS | Telephone call with opposing counsel regarding request for extension of time to file answer; update file and calendar extended answer deadline. | 0.30 | 14 |
| 06/10/2013 | ADS | Review file, review pretrial order. Calendar deadlines and due dates.  Review returned mal on cattle company and update ████████████████ | 0.40 | 15 |
| 07/17/2013 | ADS | Telepohone call with opposing counsel regarding Joint Pretrial Statement. | 0.40 | 17 |
| 07/19/2013 | ADS | Draft Joint Pretrial Statement; email same to opposing counsel.  Update █████████ ████ | 1.30 | 18 |
| 07/24/2013 | ADS | Email from opposing counsel with defendant's statement for pretrial statement; revise Joint Pretrial Statement and email to Defendant's attorney; multiple emails with Defendant's attorney regarding stipulated/uncontested facts.  Finish Joint Pretrial Statement and assignment to legal assistant to file same. | 0.80 | 19 |
| 07/30/2013 | ADS | Voicemail from and telephone call with | | |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO: 110034-18
INVOICE NO: 1

re: Parker, Tobin (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | opposing counsel regarding pretrial conference. | 0.20 | 20 |
| 07/31/2013 | ADS | Attend pretrial conference; email to opposing counsel with Procedures Order. | 0.70 | 21 |
| 08/05/2013 | ADS | Follow up with opposing counsel on mediation potential; update ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Multiple emails with opposing counsel regarding mediation. | 0.30 | 23 |
| 08/09/2013 | ADS | Email from defendant's attorney; draft email to same. Draft email to J. Kennedy regarding defendant's request for settlement offer from trustee. | 0.30 | 24 |
| 08/22/2013 | ADS | Email correspondence with opposing counsel regarding ▮▮▮▮▮▮ | 0.10 | 25 |
| 08/28/2013 | ADS | Draft email to Liz Lynch regarding ▮▮▮▮▮▮▮▮▮▮and email from Liz Lynch. | 0.40 | 26 |
|  | ADS | Emails with opposing counsel regarding Trustee's▮▮▮▮▮▮ | 0.20 | 27 |
| 08/29/2013 | ADS | Receive and review Notice of Change of Address for Defendant's counsel. | 0.10 | 28 |
|  |  | Amanda D. Stafford | 11.20 |  |
| 03/29/2013 | JLI | Finish draft Adversary Complaint from draft in file; give to M. Stafford for review. | 0.30 | 1 |
|  |  | Isaac, Jordan L. | 0.30 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 12.70 | 3,224.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.70 | $395.00 | $276.50 |
| Justin W. Leverton | Associate | 0.50 | 250.00 | 125.00 |
| Amanda D. Stafford | Associate | 11.20 | 250.00 | 2,800.00 |
| Isaac, Jordan L. | Paralegal | 0.30 | 75.00 | 22.50 |

Eastern Livestock Bankruptcy

Page: 4
October 01, 2013
ACCOUNT NO:     110034-18
INVOICE NO:           1

re: Parker, Tobin (Note)

| | |
|---|---:|
| Reproduction of documents | 15.00 |
| Mailing expense | 45.62 |
| TOTAL EXPENSES THRU 08/31/2013 | 60.62 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,284.62 |
| BALANCE DUE | $3,284.62 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-31
INVOICE NO:            2

re: PBI Bank (Preference)

DRAFT STATEMENT

HOURS

| Date | Initials | Description | Hours | No. |
|------|----------|-------------|-------|-----|
| 07/19/2013 | JPK | Reviewed status of matter ▮▮▮ ▮▮▮▮ Called A. Stosberg. | 0.40 | 27 |
| 07/25/2013 | JPK | Lengthy call with A. Stosburg regarding status of case and defenses.  Reviewed email from A. Stosburg.  Jay P. Kennedy | 0.40 / 0.80 | 26 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 18 |
| 03/25/2013 | JLW | Begin review of discovery documents. | 1.00 | 17 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ▮▮▮▮ ▮▮▮ | 0.30 | 21 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 22 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 23 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 24 |
| 07/17/2013 | JLW | Review email from K. Britton regarding ▮▮▮ Conference with J. Kennedy regarding ▮▮▮ Draft email to K. Britton regarding ▮▮▮ Review response email from K. Britton | 0.80 | 28 |
| 07/26/2013 | JLW | Review email from K. Britton regarding ▮▮▮ | 0.10 | 29 |
| 07/30/2013 | JLW | Review ▮▮▮ | 0.30 | 30 |
| 07/31/2013 | JLW | Prepare for and attend status hearing | 0.40 | 31 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:   110035-31

INVOICE NO:   2

re: PBI Bank (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/27/2013 | JLW | Conference with J. Kennedy regarding ████ ████ | | 33 |
| | | | 0.20 | |
| | | Jennifer L. Watt | 3.80 | |
| 07/19/2013 | ADS | Email from K. Britton regarding ████████ | | 32 |
| | | Draft email to J. Watt with proposed response to K. Britton. | 0.20 | |
| | | Amanda D. Stafford | 0.20 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 19 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 20 |
| 05/08/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 25 |
| | | Tammy J. Froelich | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 5.30 | 1,458.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.80 | $395.00 | $316.00 |
| Jennifer L. Watt | Associate | 3.80 | 275.00 | 1,045.00 |
| Amanda D. Stafford | Associate | 0.20 | 250.00 | 50.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Reproduction of documents | 0.90 |
| Mailing expense | 2.57 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.47 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,461.97 |
| BALANCE DUE | $1,461.97 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-60
INVOICE NO:            2

re: Peoples Livestock Auction (Preference)

DRAFT STATEMENT

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 36 |
| 03/14/2013 | JLW | Draft order on motion to dismiss. | 0.40 | 35 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 34 |
| 03/25/2013 | JLW | Begin review of ▇▇▇▇▇▇ | 1.00 | 33 |
| 03/27/2013 | JLW | Draft revisions to model order regarding motion to dismiss. | 0.30 | 38 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 41 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 42 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 43 |
| 05/16/2013 | JLW | Review ▇▇▇▇▇▇ ▇▇▇ | 0.20 | 44 |
| 05/28/2013 | JLW | Review order granting motion to extend time to file answer to complaint; Review answer to complaint | 0.50 | 46 |
| 06/19/2013 | JLW | Draft case management order; Review revised case management order; | 0.50 | 47 |
| 06/24/2013 | JLW | Update memorandum regarding ▇▇▇ ▇▇▇▇▇ | 0.30 | 48 |
| 06/27/2013 | JLW | Review court order following pretrial conference | 0.10 | 49 |
| 07/30/2013 | JLW | Review ▇▇▇▇▇ | 0.30 | 52 |
|  |  | Jennifer L. Watt | 4.80 |  |