Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:     110035-60
INVOICE NO:              2

re: Peoples Livestock Auction (Preference)

| | | | HOURS | | |
|---|---|---|---|---|---|
| 04/16/2013 | ADS | Final review of order on motion to dismiss and convert/upload to court through ECF. | 0.30 | | 40 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ███████ ████████████████████████████████ | 0.10 | | 50 |
| 06/26/2013 | ADS | Prepare for and attend morning and afternoon pretrial conferences. | 0.50 | | 51 |
| | | Amanda D. Stafford | 0.90 | | |
| 03/26/2013 | TJF | Received and uploaded ████████████ ██████ | 0.10 | | 37 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 39 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 45 |
| | | Tammy J. Froelich | 0.50 | | |
| | | FOR CURRENT SERVICES RENDERED | 6.20 | 1,592.50 | |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 4.80 | $275.00 | $1,320.00 |
| Amanda D. Stafford | Associate | 0.90 | 250.00 | 225.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.60 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,594.10 |
| BALANCE DUE | $1,594.10 |

Eastern Livestock Bankruptcy

re: Phillips, David A. (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/27/2013 | JPK | Reviewed status of ▮▮▮▮▮▮▮▮▮ Reviewed email from T. Balk.  Email with T. Balk.  Reviewed motion of compromise and settlement agreement redline.  Drafting of assignment. | 0.80 | 17 |
| 04/12/2013 | JPK | Reviewed and revised draft settlement agreement.  Prepared loan sale agreement, allonge, assignment and borrower notice.  Email to T. Bolk. | 0.50 | 21 |
| 05/09/2013 | JPK | Reviewed email from J. Mead.  Follow up on settlement documents. | 0.60 | 44 |
| 05/23/2013 | JPK | Draft and revise Loan Sale agreement.  Initial draft of Mortgage Assignment.  Review loan documents. | 6.50 | 37 |
| 05/24/2013 | JPK | Reviewed email from T. Bulk.  Revise settlement documents.  Supervise filing of settlement documents. | 1.50 | 45 |
| 06/20/2013 | JPK | Reviewed email from T. Volke on closing scheduling.  Confer with J. Knauer regarding ▮▮▮▮▮▮▮▮▮ | 0.60 | 30 |
| 06/23/2013 | JPK | Reviewed email from J. Knauer ▮▮▮▮▮ | 0.20 | 29 |
| 06/24/2013 | JPK | Preparations for closing.  Reviewed email from J. Knauer on ▮▮▮▮▮▮ Briefly revised documents. | 0.80 | 28 |
| 06/25/2013 | JPK | Met with J. Knauer.  Reviewed documents.  Drafted letter to counsel for bank. | 0.40 | 27 |
| 06/27/2013 | JPK | Long call with T. Volk.  Met briefly with J. Knauer.  Supervise signatures.  Letter to T. Volk.  Revision of representation section of | | |

Eastern Livestock Bankruptcy

re: Phillips, David A. (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Agreement. | 1.20 | 31 |
| 06/28/2013 | JPK | Follow up with counsel on closing.  Reviewed emails regarding closing dates. | 0.30 | 32 |
| 07/02/2013 | JPK | Call with T. Volk.  E-mails with T. Volk on closing.  Confer with J. Knauer.  Review state court litigation file on status. | 1.50 | 36 |
| 07/03/2013 | JPK | Confirm receipt of settlement funds. Drafting and revision of Stipulation of Dismissal. Call with T. Volk.  E-mails with T. Volk on dismissal. | 1.80 | 35 |
| 07/05/2013 | JPK | Extensive review of Settlement and Assignment Agreement.  Revised Stipulation of Dismissal. Contact counsel.  Draft forwarding letter. | 2.30 | 34 |
| 07/17/2013 | JPK | Received Dismissal form J. Mead.  Letter to A. Wright.  Followed up on draft Order. | 0.90 | 38 |
| 07/25/2013 | JPK | Follow up on stipulation of dismissal. Follow up with A. Wright on execution of stipulation.  Begin preparing report of sale. | 0.80 | 39 |
| 07/31/2013 | JPK | Follow up on status of stipulation of dismissal.  Review closing transcript binder. | 0.80 | 40 |
| 08/07/2013 | JPK | Reviewed email from T. Volk.  Contact E. Lynch regarding ███████████ Reviewed files for potential location of ███████████ | 0.60 | 42 |
| 08/09/2013 | JPK | Reviewed message from T. Volk.  Follow up on status of ███████████ | 0.30 | 41 |
|  |  | Jay P. Kennedy | 22.40 |  |
| 05/30/2013 | JWL | Multiple conferences with M. Stafford regarding ███████████ draft Loan Document Assignment revisions and Note Allonge revisions; review |  |  |

Eastern Livestock Bankruptcy

re: Phillips, David A. (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Loan Documents | 2.50 | 22 |
|  |  | Justin W. Leverton | 2.50 |  |
| 03/06/2013 | ADS | Voicemail from Tome Volke, attorney for Citizens Union. | 0.20 | 18 |
| 03/15/2013 | ADS | Email correspondence with  H> Mappes regarding ███████ ███████████ | 0.30 | 19 |
| 03/18/2013 | ADS | Email from J. Kennedy to attorney for Citizens Bank and review attachments. | 0.20 | 20 |
| 05/28/2013 | ADS | Review and revise motion to compromise. Draft Notice of motion to compromise and file same.  Revise proposed order and upload new order to ECF. | 0.50 | 23 |
| 05/30/2013 | ADS | Discuss revisions to ███████████ with J. Leverton.  Draft email to J. Leverton with documents for review. | 0.20 | 24 |
|  | ADS | Review Assignment, Allonge, and Notice to Borrower.  Discuss ███████ with J. Leverton.  Email to attorney Volk. | 0.80 | 25 |
| 05/31/2013 | ADS | Review/revise assignment, allonge, borrower notice.  Insert language regarding ███████ ██████████████ by J. Leverton.  Email revised documents to J. Kennedy. | 1.00 | 26 |
| 06/20/2013 | ADS | Receive and review order on motion to compromise. Draft email to J Kennedy regarding entry of order and upcoming closing. Update calendar to reflect entry of order. | 0.30 | 33 |
| 07/02/2013 | ADS | Gather and scan loan documents; draft lengthy email to Liz Lynch with request for original documents.  Diary for follow up on request. | 0.50 | 46 |
| 08/02/2013 | ADS | Email to and email from Liz Lynch regarding |  |  |

Eastern Livestock Bankruptcy

Page: 4
October 01, 2013
ACCOUNT NO:      110034-11
INVOICE NO:              2

re: Phillips, David A. (Note)

|  | HOURS |  |
|---|---|---|
| original loan documents.   Draft email to J. Kennedy and forward Lynch emails to same. | 0.30 | 43 |
| Amanda D. Stafford | 4.30 | |
| FOR CURRENT SERVICES RENDERED | 29.20 | 10,548.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 22.40 | $395.00 | $8,848.00 |
| Justin W. Leverton | Associate | 2.50 | 250.00 | 625.00 |
| Amanda D. Stafford | Associate | 4.30 | 250.00 | 1,075.00 |

| | |
|---|---|
| Reproduction of documents | 35.82 |
| Mailing expense | 17.78 |
| TOTAL EXPENSES THRU 08/31/2013 | 53.60 |

| | |
|---|---|
| Overnight mail | 17.34 |
| TOTAL ADVANCES THRU 08/31/2013 | 17.34 |
| TOTAL CURRENT WORK THIS STATEMENT | 10,618.94 |

| | |
|---|---|
| BALANCE DUE | $10,618.94 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-61
INVOICE NO:              3

re: Robert Rawls Livestock (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.20 | 67 |
| | | Jay P. Kennedy | 0.20 | |
| 03/06/2013 | JLW | Research regarding ███████████ | 0.80 | 57 |
| 03/12/2013 | JLW | Review for status. | 0.10 | 54 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 53 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 52 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing; draft revisions to model order regarding motion to dismiss. | 0.70 | 58 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 59 |
| 04/11/2013 | JLW | Research ███████████ | 0.80 | 61 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 63 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 64 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 65 |
| 05/16/2013 | JLW | Review ███████████ | 0.20 | 66 |
| 05/28/2013 | JLW | Review order granting motion to extend time to file answer to complaint;  Review Answer to Complaint; | 0.50 | 69 |
| 06/19/2013 | JLW | Draft case management order; Review revised case management order; | 0.50 | 70 |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO: 110035-61
INVOICE NO: 3

re: Robert Rawls Livestock (Preference)

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | | 71 |
| 07/30/2013 | JLW | Review ██████████████ | 0.30 | | 74 |
| | | Jennifer L. Watt | 5.40 | | |
| 04/16/2013 | ADS | Convert/upload order on motion to dismiss through ECF. | 0.20 | | 62 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ██████ ███████████████████████ | 0.10 | | 72 |
| 06/26/2013 | ADS | Prepare for and attend morning and afternoon pretrial conferences. | 0.50 | | 73 |
| | | Amanda D. Stafford | 0.80 | | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | | 55 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | | 56 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 60 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 68 |
| | | Tammy J. Froelich | 0.60 | | |
| | | FOR CURRENT SERVICES RENDERED | 7.00 | 1,821.00 | |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.20 | $395.00 | $79.00 |
| Jennifer L. Watt | Associate | 5.40 | 275.00 | 1,485.00 |
| Amanda D. Stafford | Associate | 0.80 | 250.00 | 200.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:      110035-61
INVOICE NO:               3

re: Robert Rawls Livestock (Preference)

| | |
|---|---|
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 1.60 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,822.60 |
| BALANCE DUE | $1,822.60 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110034-03
INVOICE NO:               2

re: Riley, Edwin (Note)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 04/22/2013 | JWL | Conference with M. Stafford; review E. Riley Complaint | 0.50 | 1 |
| | | Justin W. Leverton | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 0.50 | 125.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Justin W. Leverton | Associate | 0.50 | $250.00 | $125.00 |

TOTAL CURRENT WORK THIS STATEMENT                    125.00

BALANCE DUE                    $125.00

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-76

INVOICE NO:              3

re: River Bend Cattle Co. (Preference)

DRAFT STATEMENT

| Date | | | HOURS | |
|------|------|------|-------|---|
| 03/18/2013 | JPK | Reviewed emails with J. Knauer ███████ ███████ | 0.20 | 44 |
| 05/09/2013 | JPK | Call from J. Wheeler. Participate in pretrial conference. | 0.40 | 55 |
| | | Jay P. Kennedy | 0.60 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 47 |
| 03/25/2013 | JLW | Review order on motion for default judgment. | 0.20 | 46 |
| 03/26/2013 | JLW | Review email from T. Froelich regarding ███████ draft response email regarding same. | 0.10 | 45 |
| 03/27/2013 | JLW | Address matters regarding ███████ ███████ | 0.20 | 49 |
| 04/18/2013 | JLW | Conference with J. Kennedy regarding River Bend collection; review email and letter from J. Kennedy to River Bend. | 0.50 | 52 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 53 |
| 05/16/2013 | JLW | Review ███████ ███████ | 0.20 | 54 |
| | | Jennifer L. Watt | 1.60 | |
| 03/18/2013 | ADS | Email from J. Kennedy regarding ███████ Email to FBD attorneys regarding same. Diary for follow up. | 0.20 | 50 |
| | | Amanda D. Stafford | 0.20 | |
| 03/26/2013 | TJF | Received and uploaded ███████ ███████ | 0.10 | 48 |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:       110035-76
INVOICE NO:              3

re: River Bend Cattle Co. (Preference)

| | | | HOURS | | |
|---|---|---|---|---|---|
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 51 |
| | | Tammy J. Froelich | 0.30 | | |
| | | FOR CURRENT SERVICES RENDERED | 2.70 | 755.50 | |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.60 | $395.00 | $237.00 |
| Jennifer L. Watt | Associate | 1.60 | 275.00 | 440.00 |
| Amanda D. Stafford | Associate | 0.20 | 250.00 | 50.00 |
| Tammy J. Froelich | Paralegal | 0.30 | 95.00 | 28.50 |

| | |
|---|---|
| Mailing expense | 3.41 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.41 |
| TOTAL CURRENT WORK THIS STATEMENT | 758.91 |
| BALANCE DUE | $758.91 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110035-15
INVOICE NO:          2

re: Brad Robinson (Preference)

DRAFT STATEMENT

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 16 |
| 03/19/2013 | JLW | Review application for entry of default. | 0.50 | 15 |
| 03/27/2013 | JLW | Review clerk's entry of default. | 0.10 | 21 |
| 04/11/2013 | JLW | Review draft motion for default. | 0.30 | 25 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 26 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 27 |
| 05/16/2013 | JLW | Review ███████████████████ ████ | 0.20 | 28 |
| 06/04/2013 | JLW | Review order granting default judgment; | 0.10 | 29 |
| 07/30/2013 | JLW | Review ████████████████ | 0.30 | 30 |
|  |  | Jennifer L. Watt | 2.00 |  |
| 03/17/2013 | TJF | Drafted Clerk's Entry of Default, Clerk's Entry of Default Application and Affidavit Supporting Entry of Default for J. Watt's review and signature | 0.40 | 17 |
| 03/20/2013 | TJF | Filed Application for Clerk's Entry of Default, Affidavit and Entry of Default using ECF system | 0.50 | 18 |
| 03/25/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 | 19 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 20 |
| 04/11/2013 | TJF | Drafted Motion for Default Judgment, Entry of Default Application and Entry of Default |  |  |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:        110035-15
INVOICE NO:             2

re: Brad Robinson (Preference)

| | | | HOURS | | |
|---|---|---|---|---|---|
| | | Affidavit of J. Watt's review and signature. | 0.60 | | 22 |
| 04/23/2013 | TJF | Filed Motion for Default Judgment, Affidavit and Order using ECF System. | 0.30 | | 23 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 24 |
| | | Tammy J. Froelich | 2.30 | | |
| | | FOR CURRENT SERVICES RENDERED | 4.30 | 768.50 | |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.00 | $275.00 | $550.00 |
| Tammy J. Froelich | Paralegal | 2.30 | 95.00 | 218.50 |

| | |
|---|---|
| Mailing expense | 3.74 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.74 |
| TOTAL CURRENT WORK THIS STATEMENT | 772.24 |
| BALANCE DUE | $772.24 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-55
INVOICE NO:              3

re: Salem Livestock (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in telephonic pretrial conference. | 0.30 | 58 |
| 06/17/2013 | JPK | Call with J. Graham to go over potential settlement of cases.  Met with J. Watt. Reviewed ▮▮▮▮▮▮▮▮▮▮ | 0.50 | 63 |
| 06/18/2013 | JPK | Research on additional issues involving ▮▮▮▮▮▮▮▮▮▮ Draft extensive letter to J. Graham on defenses. | 1.20 | 62 |
| 08/28/2013 | JPK | Call J. Graham.  Participate in pretrial conference. | 0.30 | 68 |
| | | Jay P. Kennedy | 2.30 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 50 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 53 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 54 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 55 |
| 05/14/2013 | JLW | Review email and procedures order disclosures from E. Nave | 0.50 | 56 |
| 05/16/2013 | JLW | Review ▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 57 |
| 06/18/2013 | JLW | Review ▮▮▮▮▮▮▮▮▮▮ | 0.40 | 60 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 61 |
| 07/19/2013 | JLW | Review order on motion for extension of time to file documents | 0.10 | 66 |

Eastern Livestock Bankruptcy

re: Salem Livestock (Preference)

Page: 2
October 01, 2013
ACCOUNT NO:     110035-55
INVOICE NO:          3

| | | | HOURS | | |
|---|---|---|---|---|---|
| 07/30/2013 | JLW | Review | 0.30 | | 67 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | | 69 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | | 70 |
| | | Jennifer L. Watt | 2.80 | | |
| 06/18/2013 | ADS | Review/analyze | 0.10 | | 64 |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | | 65 |
| | | Amanda D. Stafford | 0.30 | | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | | 51 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | | 52 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | | 59 |
| | | Tammy J. Froelich | 0.50 | | |
| | | FOR CURRENT SERVICES RENDERED | 5.90 | 1,801.00 | |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 2.30 | $395.00 | $908.50 |
| Jennifer L. Watt | Associate | 2.80 | 275.00 | 770.00 |
| Amanda D. Stafford | Associate | 0.30 | 250.00 | 75.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | | |
|---|---|---|
| Mailing expense | | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | | 1.60 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:      110035-55
INVOICE NO:                3

re: Salem Livestock (Preference)


TOTAL CURRENT WORK THIS STATEMENT                    1,802.60


BALANCE DUE                                          $1,802.60

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO: 110035-69

INVOICE NO: 2

re: Chad Schuchmann (Note)

DRAFT STATEMENT

HOURS

| Date | Atty | Description | | |
|------|------|-------------|------|----|
| 03/25/2013 | JPK | Reviewed emails with M. Stafford and N. Montell regarding extension. Reviewed ▮▮▮▮▮▮▮▮ with M. Stafford. | 0.30 | 30 |
| 03/29/2013 | JPK | Reviewed financial information from M. Montell. Review ▮▮▮▮ with M. Stafford. | 0.40 | 32 |
| 04/05/2013 | JPK | Reviewed email from M. Montell. Reviewed motion to extend deadline. Confer with M. Stafford regarding ▮▮▮▮▮▮▮ | 0.70 | 38 |
| 04/08/2013 | JPK | Prepare for telephonic conference call. Call with M. Stafford and M. Shaikun to discuss financial statements. | 0.80 | 37 |
| 04/11/2013 | JPK | Reviewed email from M. Shaikun. Reviewed email from J. Knauer. Reviewed email from M. Montel regarding asset searches. | 1.50 | 36 |
| 05/13/2013 | JPK | Preparation for pretrial hearing. Meet with J. Watt. Participated in telephonic hearing. | 0.40 | 51 |
| 05/15/2013 | JPK | Reviewed email from J. Jaffe. Reviewed settlement correspondence from counsel for Schuchmann. Email with J. Knauer. Meet with M. Stafford ▮▮▮▮▮▮▮▮ | 0.40 | 50 |
| 05/16/2013 | JPK | Meet with M. Stafford ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 | 49 |
| 06/28/2013 | JPK | Reviewed email from counsel regarding ▮▮▮▮▮▮▮▮▮ Forward to M. Stafford. | 0.20 | 56 |
| 07/01/2013 | JPK | Reviewed email from M. Shaikun. Discuss ▮▮▮▮▮▮▮ with M. Stafford and J. Knauer. Email to M. Skaikun. | 0.30 | 61 |

Eastern Livestock Bankruptcy

re: Chad Schuchmann (Note)

Page: 2
October 01, 2013
ACCOUNT NO:      110035-69
INVOICE NO:                2

|            |       |                                                                                                                   | HOURS |      |
|------------|-------|-------------------------------------------------------------------------------------------------------------------|-------|------|
| 07/03/2013 | JPK   | Email with M. Shaikun.  Drafting of potential settlement letter.                                                   | 0.70  | 60   |
| 07/17/2013 | JPK   | Draft, revise and review settlement offer. Confer with M. Stafford on letter.  Confer with J. Knauer.  Email to M. Montell. | 0.80  | 59   |
| 07/18/2013 | JPK   | Reviewed settlement communication from M. Shaikun.  Confer with J. Knauer and M. Stafford.  Email to M. Shaikun.   | 0.70  | 58   |
| 08/16/2013 | JPK   | Reviewed email from J. Jaffe.  Follow up on Schuchmann settlement.  Confer with M. Stafford. | 0.40  | 72   |
| 08/28/2013 | JPK   | Reviewed proposed settlement agreement. Meet with M. Stafford.  Participate in pretrial conference. | 0.60  | 71   |
|            |       | Jay P. Kennedy                                                                                                     | 8.40  |      |
| 03/27/2013 | JLW   | Attend continued pre-trial status hearing.                                                                         | 0.40  | 33   |
|            |       | Jennifer L. Watt                                                                                                   | 0.40  |      |
| 03/25/2013 | ADS   | Multiple emails to and from Natalie Montell regarding extension of time.  Forward ████████████████ and confer regarding same. Review agreed motion for extension of time. | 0.60  | 34   |
| 03/26/2013 | ADS   | Email from paralegal regarding default judgment; review calendar; and advise paralegal of answer deadline.        | 0.20  | 35   |
| 04/03/2013 | ADS   | Voicemail from defendant's counsel, Natalie Montell, and draft email to same. Review/analyze █████████████ ██████████████████████ | 1.30  | 39   |
| 04/05/2013 | ADS   | Confer with J. Kennedy regarding█████ ██████████and draft email to N. Montell. | 0.20  | 40   |

Eastern Livestock Bankruptcy

re: Chad Schuchmann (Note)

| | | | HOURS | |
|---|---|---|---|---|
| | ADS | Review email from N. Montell and email to J. Kennedy. Email to N. Mentell regarding extension of time and scheduling conference call. Calendar same. | 0.30 | 41 |
| 04/08/2013 | ADS | Multiple email correspondence with N. Montell. Review second motion for extension of time to answer/otherwise respond to amended complaint filed by defendant. | 0.30 | 42 |
| | ADS | Office conference with J. Kennedy; telephonic conference with N. Montell and M. Shaikun regarding personal financial statement, our responses thereto, and potential settlement of claims; draft lengthy email to N. Montell with questions and concerns regarding personal financial statement; substantial review and revision ▮▮▮▮▮▮▮▮ | 1.90 | 43 |
| 04/11/2013 | ADS | Review lengthy email from defendant's counsel with response to our concerns/questions over Confer with J. Kennedy on same. | 0.50 | 44 |
| 04/19/2013 | ADS | Telephonic conference with N. Montell regarding status of review of settlement offer with Trustee. | 0.20 | 45 |
| 04/22/2013 | ADS | Email from N. Montell with Third Mot. for Ext. of Time, review same, and advise Natalie of approval for filing. Update calendar with new answer deadline; and ▮▮▮▮▮▮ | 0.20 | 46 |
| 04/23/2013 | ADS | Review proposed motion for extension of time. | 0.10 | 47 |
| 04/30/2013 | ADS | Email correspondence with N. Montell regarding status of settlement offer from Trustee. | 0.20 | 48 |

Eastern Livestock Bankruptcy

re: Chad Schuchmann (Note)

| | | | HOURS | |
|---|---|---|---|---|
| 05/03/2013 | ADS | Analyze/review ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Draft, revise, refine settlement demand letter.   Email to N. Montell with settlement offer. | 2.00 | 53 |
| 05/13/2013 | ADS | Review case status in anticipation of pretrial conference; email to S. Runyan, J. Kennedy, and J. Watt regarding case status for pretrial conference. | 0.30 | 52 |
| 05/14/2013 | ADS | Review Minute Entry/Order. ▮▮▮▮ ▮▮▮▮▮▮▮ | 0.20 | 54 |
| 05/22/2013 | ADS | Discuss ▮▮▮▮▮▮▮▮ J. Knauer. | 0.40 | 55 |
| 07/02/2013 | ADS | Email from opposing counsel regarding new settlement offer.  Discuss with J. Knauer. | 0.20 | 62 |
| 07/03/2013 | ADS | Conference with J. Knauer ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Email to Liz Lynch ▮▮▮▮▮▮▮ | 1.10 | 63 |
| 07/05/2013 | ADS | Receive and review email from Jay Kennedy to defendant's counsel regarding receipt and acknowledgment of second settlement offer from defendant. | 0.10 | 57 |
| 07/08/2013 | ADS | Voicemail from Liz Lynch and email to same regarding ▮▮▮▮▮▮▮ | 0.20 | 64 |
| 07/09/2013 | ADS | Voicemail from Liz Lynch regarding ▮▮ ▮▮▮▮▮ | 0.10 | 65 |
| 07/17/2013 | ADS | Review email from N. Montell; discuss ▮▮▮ with J. Kennedy; telephonic conference with Liz Lynch. | 0.80 | 66 |
| | ADS | Conference with J. Knauer. | 0.40 | 67 |
| | ADS | Telephone call with N. Montell regarding Trustee's counteroffer; draft settlement letter and email to JPK for review. | 0.70 | 68 |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-69
INVOICE NO:                 2

re: Chad Schuchmann (Note)

| | | | HOURS | | |
|---|---|---|---|---|---|
| | ADS | Revise settlement letter; calendar deadlines for response to counteroffer and to proceed with default. | | 0.50 | 69 |
| 07/19/2013 | ADS | Receive and review email from M. Shaikun regarding settlement offer.  Review and respond to email from Liz Lynch regarding ███████████ | | 0.20 | 70 |
| 08/23/2013 | ADS | Voicemail from Natalie Montell and two voicemails to same.  Receive and review August 16, 2013 email from M. Shaikun. | | 0.40 | 73 |
| 08/26/2013 | ADS | Telephone call with Natalie Montell. Voicemail from Natalie Montell. | | 0.40 | 74 |
| 08/27/2013 | ADS | Telephonic conference with Natalie Montell regarding settlement; ███████████ ███████ | | 0.20 | 75 |
| 08/28/2013 | ADS | Attend and participate in pretrial conference; email from and to N. Montell regarding settlement; draft email to J. Kennedy regarding ███████████ ███████████ | | 0.70 | 76 |
| | ADS | Confer with Jay Kennedy regarding ███████ ███████████ | | 0.10 | 77 |
| | | Amanda D. Stafford | | 15.00 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | | 0.20 | 31 |
| | | Tammy J. Froelich | | 0.20 | |
| | | FOR CURRENT SERVICES RENDERED | | 24.00 | 7,197.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 8.40 | $395.00 | $3,318.00 |
| Jennifer L. Watt | Associate | 0.40 | 275.00 | 110.00 |
| Amanda D. Stafford | Associate | 15.00 | 250.00 | 3,750.00 |

Eastern Livestock Bankruptcy

Page: 6
October 01, 2013
ACCOUNT NO:     110035-69
INVOICE NO:     2

re: Chad Schuchmann (Note)

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Tammy J. Froelich | Paralegal | 0.20 | 95.00 | 19.00 |

| | |
|---|---|
| Reproduction of documents | 8.88 |
| Mailing expense | 0.48 |
| TOTAL EXPENSES THRU 08/31/2013 | 9.36 |
| TOTAL CURRENT WORK THIS STATEMENT | 7,206.36 |
| BALANCE DUE | $7,206.36 |

Eastern Livestock Bankruptcy

re: Scotts Hill Stockyard (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.20 | 34 |
| | | Jay P. Kennedy | 0.20 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 27 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 30 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 31 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 32 |
| 05/16/2013 | JLW | Review ███████████ | 0.20 | 33 |
| 06/24/2013 | JLW | Update memorandum regarding ██████ | 0.30 | 36 |
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | 37 |
| 07/30/2013 | JLW | Review ██████████ | 0.30 | 41 |
| 07/31/2013 | JLW | Prepare for and attend status hearing | 0.40 | 42 |
| | | Jennifer L. Watt | 2.00 | |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ██████ | 0.10 | 38 |
| 06/26/2013 | ADS | Prepare for and attend pretrial conference. | 0.30 | 39 |
| 06/28/2013 | ADS | Review/revise/sign letter to opposing counsel regarding new pretrial date. | 0.10 | 40 |
| | | Amanda D. Stafford | 0.50 | |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO: 110035-81
INVOICE NO: 3

re: Scotts Hill Stockyard (Preference)

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 |  | 28 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 |  | 29 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 |  | 35 |
|  |  | Tammy J. Froelich | 0.50 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 3.20 | 801.50 |  |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.20 | $395.00 | $79.00 |
| Jennifer L. Watt | Associate | 2.00 | 275.00 | 550.00 |
| Amanda D. Stafford | Associate | 0.50 | 250.00 | 125.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Reproduction of documents | 0.20 |
| Mailing expense | 1.81 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.01 |
| TOTAL CURRENT WORK THIS STATEMENT | 803.51 |
| BALANCE DUE | $803.51 |

Eastern Livestock Bankruptcy

re: South Coffeyville Stockyards (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in telephonic pretrial conference. | 0.20 | 29 |
| 08/28/2013 | JPK | Call with B. Smith.  Participated in pretrial conference. | 0.30 | 34 |
| 08/29/2013 | JPK | Prepare for and participate in conference call with W. Smith.  Additional emails to W. Smith regarding defenses.  Reviewed South Coffeyville defense documents. | 1.20 | 37 |
| | | Jay P. Kennedy | 1.70 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 22 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 25 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 26 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 27 |
| 05/16/2013 | JLW | Review ███████████████ | 0.20 | 28 |
| 07/30/2013 | JLW | Review status and ██████████ | 0.30 | 32 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding status | 0.30 | 33 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 35 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 36 |
| | | Jennifer L. Watt | 2.00 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 23 |

Eastern Livestock Bankruptcy

ACCOUNT NO:  110035-01
INVOICE NO:  3

re: South Coffeyville Stockyards (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | | **HOURS** | |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 24 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 30 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 | 31 |
| | | Tammy J. Froelich | 0.60 | |
| | | FOR CURRENT SERVICES RENDERED | 4.30 | 1,278.50 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 1.70 | $395.00 | $671.50 |
| Jennifer L. Watt | Associate | 2.00 | 275.00 | 550.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

| | |
|---|---|
| Mailing expense | 2.02 |
| TOTAL EXPENSES THRU 08/31/2013 | 2.02 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,280.52 |
| BALANCE DUE | $1,280.52 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-14
INVOICE NO:     2

re: Danny Stewart (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/12/2013 | JLW | Review for status. | 0.10 | 17 |
| 04/08/2013 | JLW | Review bankruptcy docket for status; Conference with J. Kennedy regarding ▮▮▮▮▮ | 0.50 | 20 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 21 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 22 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 23 |
| 06/17/2013 | JLW | Draft letter regarding pre-trial conference date; | 0.40 | 25 |
| 06/19/2013 | JLW | Conference call with Bob Peters regarding status and resolution; | 0.20 | 26 |
| 06/24/2013 | JLW | Update ▮▮▮▮▮▮▮▮▮ | 0.30 | 27 |
| 06/27/2013 | JLW | Review court order following pre-trial conference hearing | 0.10 | 28 |
| 07/30/2013 | JLW | Review ▮▮▮▮▮▮▮ | 0.30 | 31 |
| 08/05/2013 | JLW | Review email from M. Stafford regarding ▮▮▮▮▮▮▮ | 0.30 | 32 |
| | | Jennifer L. Watt | 2.80 | |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ▮▮▮▮▮ | 0.10 | 29 |
| 06/28/2013 | ADS | Review/revise/sign letter to opposing | | |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO: 110035-14

INVOICE NO: 2

re: Danny Stewart (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | counsel regarding new pretrial date. | 0.20 | 30 |
| | | Amanda D. Stafford | 0.30 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 18 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 19 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 24 |
| | | Tammy J. Froelich | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 3.60 | 892.50 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.80 | $275.00 | $770.00 |
| Amanda D. Stafford | Associate | 0.30 | 250.00 | 75.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Mailing expense | 0.48 |
| TOTAL EXPENSES THRU 08/31/2013 | 0.48 |
| TOTAL CURRENT WORK THIS STATEMENT | 892.98 |
| BALANCE DUE | $892.98 |

Eastern Livestock Bankruptcy

re: Blake Stewart (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|------|------|-------------|-------|------|
| 03/12/2013 | JLW | Review for status. | 0.10 | 22 |
| 04/08/2013 | JLW | Conference with J. Kennedy regarding ███████ | 0.20 | 25 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 26 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 27 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 28 |
| 05/16/2013 | JLW | Review ████████████ ██████ | 0.20 | 29 |
| 06/17/2013 | JLW | Draft letter regarding pre-trial conference date; | 0.40 | 32 |
| 06/19/2013 | JLW | Conference call with Bob Peters regarding status and resolution; | 0.20 | 33 |
| 06/24/2013 | JLW | Update ████████████ ████████████ | 0.30 | 34 |
| 06/27/2013 | JLW | Review court's order following pre-trial conference | 0.10 | 35 |
| 07/30/2013 | JLW | Review status and ██████████ | 0.30 | 40 |
| 07/31/2013 | JLW | Prepare for and attend status hearing | 0.40 | 41 |
| | | Jennifer L. Watt | 2.80 | |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ████████ ███████████ | 0.10 | 36 |
| 06/26/2013 | ADS | Prepare for and attend pretrial conference. | 0.30 | 37 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-06
INVOICE NO:               2

re: Blake Stewart (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | ADS | Prepare for and attend pretrial conference. | 0.30 | 38 |
| 06/28/2013 | ADS | Review/revise/sign letter to opposing counsel regarding new pretrial date. | 0.10 | 39 |
| 08/20/2013 | ADS | Draft letter to defendant with notice of September 25, 2013 pretrial conference. | 0.20 | 42 |
|  |  | Amanda D. Stafford | 1.00 |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 23 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 24 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 30 |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order. | 0.10 | 31 |
|  |  | Tammy J. Froelich | 0.60 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 4.40 | 1,077.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 2.80 | $275.00 | $770.00 |
| Amanda D. Stafford | Associate | 1.00 | 250.00 | 250.00 |
| Tammy J. Froelich | Paralegal | 0.60 | 95.00 | 57.00 |

| Reproduction of documents |  | 0.60 |
|---|---|---|
| Mailing expense |  | 2.08 |
| TOTAL EXPENSES THRU 08/31/2013 |  | 2.68 |
| TOTAL CURRENT WORK THIS STATEMENT |  | 1,079.68 |
| BALANCE DUE |  | $1,079.68 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-75

INVOICE NO:    3

re: Gene Stoops (Note)

DRAFT STATEMENT

HOURS

| Date | | Description | | |
|---|---|---|---|---|
| 08/29/2013 | JPK | Reviewed ███████ Reviewed email from J. Rogers. Confirm extension to respond. | 0.40 | 40 |
| | | Jay P. Kennedy | 0.40 | |
| 04/22/2013 | JWL | Review███████ after conference with M. Stafford | 0.30 | 28 |
| | | Justin W. Leverton | 0.30 | |
| 07/19/2013 | JLW | Review preliminary pre-trial order | 0.10 | 32 |
| | | Jennifer L. Watt | 0.10 | |
| 06/04/2013 | ADS | Assignment to legal assistant to draft Motion to Vacate entry of default judgment. | 0.10 | 29 |
| 06/10/2013 | ADS | Receive and review order granting motion for relief from judgment/order. Assignment to legal assistant to request alias summons through ECF. Diary for follow up on Alias Summons. | 0.20 | 30 |
| 06/13/2013 | ADS | Telephonic conference with K. Goss regarding pretrial date. | 0.10 | 31 |
| 07/08/2013 | ADS | Conduct ███████ and review same. Follow up with court on Alias Summons. Emails with K. Goss regarding Alias Summons. Request Alias Summons through ECF. | 0.60 | 33 |
| 07/26/2013 | ADS | Receive Alias Summons; email to assistant with address for service; update ███████ | 0.30 | 34 |
| | ADS | Review/revise certificate of service of Alias Summons. | 0.10 | 35 |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO:    110035-75
INVOICE NO:                3

re: Gene Stoops (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/2013 | ADS | Receive and review returned mail; conduct search on ▮▮▮▮▮ and obtain new address for defendant; request Alias Summons through CM/ECF. | 0.40 | 36 |
| 08/05/2013 | ADS | Review file for status; calendar new pretrial deadlines.  Assignment to legal assistant to draft Certificate of Service for second Alias Summons.  Diary for follow up on status of service and case status. | 0.50 | 37 |
| 08/06/2013 | ADS | Review and sign certificate of service for second alias summons. | 0.10 | 38 |
| 08/27/2013 | ADS | Review alias summons and calendar revised answer deadline; ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 | 39 |
| 08/29/2013 | ADS | Receive and review email from John Rogers regarding request for extension of time to file answer or response to complaint; discuss ▮▮▮▮▮ | 0.20 | 41 |
|  | ADS | Review Appearances filed by Elliot Levin and John Rogers. | 0.10 | 42 |
|  |  | Amanda D. Stafford | 2.80 |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 27 |
|  |  | Tammy J. Froelich | 0.10 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 3.70 | 970.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.40 | $395.00 | $158.00 |
| Justin W. Leverton | Associate | 0.30 | 250.00 | 75.00 |
| Jennifer L. Watt | Associate | 0.10 | 275.00 | 27.50 |
| Amanda D. Stafford | Associate | 2.80 | 250.00 | 700.00 |
| Tammy J. Froelich | Paralegal | 0.10 | 95.00 | 9.50 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:       110035-75
INVOICE NO:                3

re: Gene Stoops (Note)

| | |
|---|---|
| Mailing expense | 27.49 |
| TOTAL EXPENSES THRU 08/31/2013 | 27.49 |
| TOTAL CURRENT WORK THIS STATEMENT | 997.49 |
| BALANCE DUE | $997.49 |