Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-25

INVOICE NO:               2

re: Gary Tate/Tate Ranch (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.20 | 47 |
| | | Jay P. Kennedy | 0.20 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 32 |
| 03/14/2013 | JLW | Draft order on motion to dismiss. | 0.40 | 31 |
| 03/15/2013 | JLW | Continue draft proposed order on motion to dismiss. | 0.50 | 30 |
| 03/25/2013 | JLW | Begin review of ▊▊▊▊▊▊▊▊ | 1.00 | 29 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 28 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing; draft revisions to model order regarding motion to dismiss. | 0.70 | 35 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 36 |
| 04/05/2013 | JLW | Review email to opposing counsel regarding proposed order. | 0.10 | 38 |
| 05/08/2013 | JLW | Review▊▊▊▊▊▊▊▊Review production being produced pursuant to procedures order | 0.20 | 43 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 44 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 45 |
| 05/16/2013 | JLW | Review▊▊▊▊and update ▊▊▊▊▊▊▊▊ | 0.20 | 46 |
| 06/12/2013 | JLW | Review▊▊▊▊▊conference call with counsel to discuss settlement and mediation; | 0.40 | 49 |

Eastern Livestock Bankruptcy

re: Gary Tate/Tate Ranch (Preference)

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 06/20/2013 | JLW | Review mediation election notice; | | 0.10 | 50 |
| 06/21/2013 | JLW | Conference call with opposing counsel regarding background, mediation, status, and upcoming hearing; | | 1.80 | 51 |
| 06/24/2013 | JLW | Update memorandum regarding ███ ███████████ | | 0.30 | 52 |
| 06/26/2013 | JLW | Review email from B. Johnson regarding availability for pretrial conference | | 0.10 | 54 |
| 06/27/2013 | JLW | Review court's order following pre-trial conference | | 0.10 | 53 |
| 07/18/2013 | JLW | Conference with K. Koons regarding ███ ████████████ Review mediation notice | | 0.80 | 59 |
| 07/25/2013 | JLW | Analyze ████████████████ ████ | | 1.60 | 60 |
| 07/30/2013 | JLW | Review ███████████ | | 0.30 | 61 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding status; | | 0.20 | 62 |
| 08/30/2013 | JLW | Review minute entry; | | 0.10 | 63 |
|  |  | Jennifer L. Watt | | 9.70 |  |
| 04/05/2013 | ADS | Review/revise order denying defendant's motion to dismiss. | | 0.30 | 39 |
|  | ADS | Draft order on motion to dismiss; review pleadings relevant to motion to dismiss; and email to defendant's counsel with proposed order. | | 0.50 | 40 |
| 04/16/2013 | ADS | Final review of order on motion to dismiss and convert/upload to court through ECF. | | 0.20 | 41 |
| 04/22/2013 | ADS | Email from and email to legal assistant regarding deadline for Trustee to amend |  |  |  |

Eastern Livestock Bankruptcy

re: Gary Tate/Tate Ranch (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | complaint thirty days after close of discovery. | 0.10 | 42 |
| 06/20/2013 | ADS | Draft Election Notice.  Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 55 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 | 56 |
| 06/26/2013 | ADS | Prepare for and attend pretrial conference. | 0.30 | 57 |
| 06/28/2013 | ADS | Review/revise/sign letter to opposing counsel regarding new pretrial date. | 0.20 | 58 |
| | | Amanda D. Stafford | 1.90 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 | 33 |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 34 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 37 |
| 05/08/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 48 |
| | | Tammy J. Froelich | 0.70 | |
| | | FOR CURRENT SERVICES RENDERED | 12.50 | 3,288.00 |

## RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.20 | $395.00 | $79.00 |
| Jennifer L. Watt | Associate | 9.70 | 275.00 | 2,667.50 |
| Amanda D. Stafford | Associate | 1.90 | 250.00 | 475.00 |
| Tammy J. Froelich | Paralegal | 0.70 | 95.00 | 66.50 |

Reproduction of documents                                    0.20

Page: 4

Eastern Livestock Bankruptcy

October 01, 2013

| ACCOUNT NO: | 110035-25 |
| INVOICE NO: | 2 |

re: Gary Tate/Tate Ranch (Preference)

| Mailing expense | 3.49 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.69 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,291.69 |
| BALANCE DUE | $3,291.69 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:     110035-80
INVOICE NO:                 2

re: Thompson Beef  (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/25/2013 | JPK | Call with W. Callahan.  Research ▮▮▮▮▮▮  Work with L. Lynch ▮▮▮▮▮▮  ▮▮▮▮▮▮  Email to J. Knauer. | 0.60 | 24 |
| 03/26/2013 | JPK | Reviewed email from W. Callahan.  Email to J. Knauer.  Email to W. Callahan. | 0.60 | 26 |
| 03/27/2013 | JPK | Emails with W. Callahan.  Negotiate final settlement terms.  Drafting of settlement agreement. | 0.80 | 27 |
| 04/09/2013 | JPK | Complete settlement documentation.  Draft settlement agreement.  Draft motion to compromise order.  Follow up with W. Callahan. | 1.50 | 31 |
| 05/09/2013 | JPK | Follow up on settlement and participate in pretrial conference. | 0.30 | 36 |
| | | Jay P. Kennedy | 3.80 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 25 |
| 05/08/2013 | JLW | Review informal discovery request; Review production being produced pursuant to procedures order | 0.20 | 32 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 33 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 34 |
| 05/16/2013 | JLW | Review ▮▮▮▮▮▮▮▮ ▮▮▮▮ | 0.20 | 35 |
| 05/28/2013 | JLW | Conference with M. Stafford regarding motion to compromise; | 0.20 | 38 |
| 06/20/2013 | JLW | Review order granting settlement | 0.20 | 41 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:   110035-80

INVOICE NO:      2

re: Thompson Beef  (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | Jennifer L. Watt | 1.30 | |
| 05/15/2013 | ADS | Review/revise Motion to Compromise and Settle, Settlement Agreement and Notice of same. File to J. Kennedy. | 0.20 | 39 |
| 05/28/2013 | ADS | Review/revise Motion and Order to compromise. File same. Draft notice of motion to compromise and file same. | 0.70 | 40 |
| 06/03/2013 | ADS | Review ECF Notice filing and calendar deadline to object to Motion to Compromise/Settle.  Diary for follow up on entry of order. | 0.10 | 42 |
| 07/29/2013 | ADS | Draft/revise Notice of Dismissal and file same with court.  Draft email to opposing counsel with copy and serve defendant via regular mail. | 0.50 | 43 |
| | | Amanda D. Stafford | 1.50 | |
| 03/27/2013 | JLI | Draft Settlement Agreement, Motion for Acceptance of Settlement Agreement and proposed Order. | 0.50 | 29 |
| | | Isaac, Jordan L. | 0.50 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 28 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 30 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 37 |
| | | Tammy J. Froelich | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 7.60 | 2,318.50 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 3.80 | $395.00 | $1,501.00 |
| Jennifer L. Watt | Associate | 1.30 | 275.00 | 357.50 |

Page: 3

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-80

INVOICE NO:      2

re: Thompson Beef  (Preference)

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 1.50 | 250.00 | 375.00 |
| Isaac, Jordan L. | Paralegal | 0.50 | 75.00 | 37.50 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

| | |
|---|---|
| Reproduction of documents | 13.50 |
| Mailing expense | 1.60 |
| TOTAL EXPENSES THRU 08/31/2013 | 15.10 |
| TOTAL CURRENT WORK THIS STATEMENT | 2,333.60 |
| BALANCE DUE | $2,333.60 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110034-12

INVOICE NO:              1

re: Thompson, Gary (Note)

DRAFT STATEMENT

| | |
|---|---|
| Reproduction of documents | 2.80 |
| Mailing expense | 0.48 |
| TOTAL EXPENSES THRU 08/31/2013 | 3.28 |
| TOTAL CURRENT WORK THIS STATEMENT | 3.28 |
| BALANCE DUE | $3.28 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:       110035-07
INVOICE NO:                2

re: Tulsa Stockyards (Preference)

DRAFT STATEMENT

| Date | | | HOURS | |
|------|-----|-------------|-------|-----|
| 03/12/2013 | JLW | Review for status. | 0.10 | 15 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 18 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 19 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 20 |
| 05/16/2013 | JLW | Review ███████████ ██████ | 0.20 | 21 |
| 06/12/2013 | JLW | Review ████████ conference call with counsel to discuss settlement and mediation; | 0.40 | 24 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 25 |
| 07/26/2013 | JLW | Analyze ████████████ ████████ | 1.50 | 27 |
| 07/30/2013 | JLW | Review █████████ | 0.30 | 28 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding █████ | 0.20 | 29 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 30 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 31 |
| | | Jennifer L. Watt | 3.90 | |
| 06/20/2013 | ADS | Draft Election Notice.  Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 26 |
| | | Amanda D. Stafford | 0.20 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 16 |

Eastern Livestock Bankruptcy

re: Tulsa Stockyards (Preference)

Page: 2
October 01, 2013
ACCOUNT NO:    110035-07
INVOICE NO:    2

|            |     |                                                                        | HOURS |          |     |
|------------|-----|------------------------------------------------------------------------|-------|----------|-----|
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20  |          | 17  |
| 05/07/2013 | TJF | Preparation of documents for production pursuant to Procedures Order.   | 0.20  |          | 22  |
| 05/13/2013 | TJF | Finalized documents for production pursuant to Procedures Order.        | 0.10  |          | 23  |
|            |     | Tammy J. Froelich                                                      | 0.60  |          |     |
|            |     | FOR CURRENT SERVICES RENDERED                                          | 4.70  | 1,179.50 |     |

RECAPITULATION

| TIMEKEEPER         | Title     | HOURS | HOURLY RATE | TOTAL      |
|--------------------|-----------|-------|-------------|------------|
| Jennifer L. Watt   | Associate |       | $275.00     | $1,072.50  |
| Amanda D. Stafford | Associate | 0.20  | 250.00      | 50.00      |
| Tammy J. Froelich  | Paralegal | 0.60  | 95.00       | 57.00      |

| Mailing expense                    | 1.60     |
|------------------------------------|----------|
| TOTAL EXPENSES THRU 08/31/2013     | 1.60     |
| TOTAL CURRENT WORK THIS STATEMENT  | 1,181.10 |
| BALANCE DUE                        | $1,181.10 |

Eastern Livestock Bankruptcy

re: Walco International (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 04/30/2013 | JPK | Reviewed email from J. Funk.  Began going through ▮▮▮▮▮ | 0.40 | 17 |
| 05/01/2013 | JPK | Reviewed email from J. Funk.  Reviewed documents.  Reviewed ▮▮▮▮▮ ▮▮▮▮▮ | 0.40 | 27 |
| 05/10/2013 | JPK | Reviewed email from J. Funk.  Additional research ▮▮▮▮▮ | 0.20 | 20 |
| 05/14/2013 | JPK | Reviewed ▮▮▮▮▮ ▮▮▮▮▮ Email with J. Knauer.  Draft ▮▮▮ ▮▮▮▮▮ | 0.40 | 18 |
| | JPK | Email with J. Funk regarding ▮▮▮▮ ▮▮▮ Email with J. Knauer. | 0.30 | 19 |
| | | Jay P. Kennedy | 1.70 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 43 |
| 03/19/2013 | JLW | Review application for entry of default. | 0.50 | 42 |
| 03/22/2013 | JLW | Review clerk's entry of default. | 0.20 | 41 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing. | 0.40 | 44 |
| 04/01/2013 | JLW | Review email and letter correspondence from Joel Funk; draft email. | 0.20 | 45 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding background and document information. | 0.30 | 46 |
| 04/08/2013 | JLW | Draft email to in house counsel regarding conference call. | 0.20 | 47 |
| 04/29/2013 | JLW | Conference with J. Kennedy regarding default; draft email to J. Funk regarding | | |

.

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-11
INVOICE NO:    2

re: Walco International (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | conference call or default judgment. | 0.40 | 51 |
| 04/30/2013 | JLW | Review email from J. Funk regarding conference call; draft email to J. Funk regarding scheduling conference call time and review confirmation email; conference call with J. Funk regarding case; draft email regarding proof of service and invoice; draft email to J. Funk regarding the checks and backup documentation regarding the transactions. | 1.20 | 52 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 21 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 22 |
| 05/10/2013 | JLW | Review email from J. Funk regarding status | 0.10 | 23 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 24 |
| 05/14/2013 | JLW | Review letter regarding response to ███████████ | 0.30 | 25 |
| 05/16/2013 | JLW | Review ████████████████ ██████ | 0.20 | 26 |
| 06/05/2013 | JLW | Correspondence regarding service and follow up regarding same; | 0.40 | 29 |
| 06/17/2013 | JLW | Draft letter regarding pre-trial conference date; | 0.40 | 30 |
| 06/24/2013 | JLW | Update memorandum regarding ██████ █████████████ | 0.30 | 31 |
| 06/27/2013 | JLW | Review court order following pre-trial conference | 0.10 | 33 |
| 07/30/2013 | JLW | Review ███████████████ | 0.30 | 36 |
| 07/31/2013 | JLW | Prepare for and attend status hearing | 0.40 | 37 |

Eastern Livestock Bankruptcy

re: Walco International (Preference)

Page: 3
October 01, 2013
ACCOUNT NO:    110035-11
INVOICE NO:    2

| Date | Initials | Description | HOURS | |
|---|---|---|---|---|
| 08/27/2013 | JLW | Conference with J. Kennedy regarding ███ ███████ | 0.20 | 38 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 39 |
| | | Jennifer L. Watt | 6.90 | |
| 04/17/2013 | ADS | Review ███████████ file to paralegal to ███████████ | 0.20 | 48 |
| 06/05/2013 | ADS | Research ███████████ Emails to and from J. Watt regarding same. | 0.30 | 32 |
| 06/24/2013 | ADS | Meeting with J. Watt to discuss ███████ | 0.10 | 34 |
| 06/26/2013 | ADS | Prepare for and attend pretrial conference. | 0.30 | 35 |
| 08/20/2013 | ADS | Draft letter to Joel Funk with notice of August 28, 2013 pretrial conference. | 0.20 | 40 |
| | | Amanda D. Stafford | 1.10 | |
| 03/04/2013 | TJF | Review and organization of recently filed pleadings. | 0.10 | 49 |
| 03/07/2013 | TJF | Drafted COS for Order on Motion to file PTS | 0.20 | 50 |
| 03/17/2013 | TJF | Drafted Clerk's Entry of Default, Clerk's Entry of Default Application and Affidavit Supporting Entry of Default for J. Watt's review and signature | 0.40 | 11 |
| 03/20/2013 | TJF | Filed Application for Clerk's Entry of Default, Affidavit and Entry of Default using ECF system | 0.50 | 12 |
| 03/25/2013 | TJF | Review and organization of recently filed pleadings. | 0.20 | 13 |

Eastern Livestock Bankruptcy

re: Walco International (Preference)

Page: 4
October 01, 2013
ACCOUNT NO:       110035-11
INVOICE NO:               2

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 14 |
| 04/11/2013 | TJF | Drafted Motion for Default Judgment, Entry of Default Application and Entry of Default Affidavit of J. Watt's review and signature. | 0.60 | 15 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 16 |
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 28 |
|  |  | Tammy J. Froelich | 2.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 12.20 | 3,081.50 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 1.70 | $395.00 | $671.50 |
| Jennifer L. Watt | Associate | 6.90 | 275.00 | 1,897.50 |
| Amanda D. Stafford | Associate | 1.10 | 250.00 | 275.00 |
| Tammy J. Froelich | Paralegal | 2.50 | 95.00 | 237.50 |

| Reproduction of documents | 0.20 |
|---|---|
| Mailing expense | 3.95 |
| TOTAL EXPENSES THRU 08/31/2013 | 4.15 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,085.65 |
| BALANCE DUE | $3,085.65 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:    110035-28
INVOICE NO:    2

re: Tim White (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 05/14/2013 | JPK | Reviewed ████████ Reviewed email from J. Club on ████ Prepare memorandum. | 0.30 | 23 |
| 06/24/2013 | JPK | Received check.  Follow up on settlement documentation. | 0.30 | 31 |
| 08/02/2013 | JPK | Follow up on stipulation of dismissal.  Meet with M. Stafford. | 0.30 | 39 |
| | | Jay P. Kennedy | 0.90 | |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order; Conference with J. Kennedy regarding status | 0.20 | 24 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 25 |
| 05/16/2013 | JLW | Review ████████ | 0.20 | 26 |
| 05/28/2013 | JLW | Conference with M. Stafford regarding ████ | 0.20 | 28 |
| 06/24/2013 | JLW | Draft email to J. Kennedy regarding settlement agreement; Review executed settlement agreement and check; | 0.30 | 30 |
| 07/30/2013 | JLW | Review ████████ | 0.30 | 35 |
| 07/31/2013 | JLW | Prepare for and attend status hearing; Review for status of settlement approval and dismissal | 0.80 | 36 |
| 08/02/2013 | JLW | Review stipulation of dismissal; | 0.10 | 38 |
| | | Jennifer L. Watt | 2.40 | |

Eastern Livestock Bankruptcy

Page: 2
October 01, 2013
ACCOUNT NO: 110035-28
INVOICE NO: 2

re: Tim White (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 05/28/2013 | ADS | Draft settlement agreement; Motion to Compromise, proposed order and notice. File same with court. | 1.10 | 29 |
| 06/03/2013 | ADS | Review ECF Notice filing and calendar deadline to object to Motion to Compromise/Settle. Diary for follow up on entry of order. | 0.10 | 33 |
| 06/10/2013 | ADS | Forward email to defendant's attorneys with proposed settlement agreement to J. Watt for follow up on executed agreement. | 0.10 | 34 |
| 07/31/2013 | ADS | Draft Stipulation of Dismissal; draft email to opposing counsel for approval of same; diary for follow up on response. | 0.30 | 37 |
| 08/02/2013 | ADS | Email from Joshua Club; revise and file Stipulation of Dismissal. | 0.30 | 40 |
| | | Amanda D. Stafford | 1.90 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 21 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 22 |
| 05/08/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 27 |
| 06/25/2013 | TJF | Letter to J. Clubb counsel for T. White enclosing copy of executed Settlement Agreement and Mutual Release | 0.20 | 32 |
| | | Tammy J. Froelich | 0.70 | |
| | | FOR CURRENT SERVICES RENDERED | 5.90 | 1,557.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 0.90 | $395.00 | $355.50 |
| Jennifer L. Watt | Associate | 2.40 | 275.00 | 660.00 |
| Amanda D. Stafford | Associate | 1.90 | 250.00 | 475.00 |
| Tammy J. Froelich | Paralegal | 0.70 | 95.00 | 66.50 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:        110035-28
INVOICE NO:                2

re: Tim White (Preference)


| | |
|---|---:|
| Reproduction of documents | 13.02 |
| Mailing expense | 2.08 |
| TOTAL EXPENSES THRU 08/31/2013 | 15.10 |
| TOTAL CURRENT WORK THIS STATEMENT | 1,572.10 |
| BALANCE DUE | $1,572.10 |

Eastern Livestock Bankruptcy

Page: 1
October 01, 2013
ACCOUNT NO:      110034-39
INVOICE NO:                    1

re: Wilson, Mike (Note)

**DRAFT STATEMENT**

HOURS

| 07/01/2013 | ADS | Telephone call with Liz Lynch regarding potential claims against ███████ | 0.40 | 1 |
|---|---|---|---|---|
| 07/02/2013 | ADS | Discuss ███████ with J. Knauer and J. Kennedy. | 0.10 | 2 |
| 08/06/2013 | ADS | Analyze ███████ obtain and review ███████ review Chapter 7 bankruptcy petition, docket, and schedules. Draft email to K. Britton regarding ███████ Voicemail to Liz Lynch regarding ███████ | 1.90 | 3 |
| | | Amanda D. Stafford | 2.40 | |

|  | FOR CURRENT SERVICES RENDERED | 2.40 | 600.00 |
|---|---|---|---|

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Amanda D. Stafford | Associate | 2.40 | $250.00 | $600.00 |

| Reproduction of documents | 4.04 |
|---|---|
| TOTAL EXPENSES THRU 08/31/2013 | 4.04 |
| TOTAL CURRENT WORK THIS STATEMENT | 604.04 |
| BALANCE DUE | $604.04 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-23

INVOICE NO:    2

re: Kenny Winningham (Preference)

DRAFT STATEMENT

| Date | | Description | HOURS | |
|------|------|------|------|------|
| 03/12/2013 | JLW | Review for status. | 0.10 | 20 |
| 03/26/2013 | JLW | Conference in preparation for status hearings on 3/27. | 0.20 | 19 |
| 03/27/2013 | JLW | Attend continued pre-trial status hearing. | 0.40 | 22 |
| 03/28/2013 | JLW | Review minute entry order. | 0.10 | 23 |
| 05/06/2013 | JLW | Conference with T. Froelich regarding ████ | 0.20 | 26 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 27 |
| 07/03/2013 | JLW | Review memorandum regarding ████ ████ | 0.20 | 30 |
| 07/26/2013 | JLW | Review notice of dismissal | 0.10 | 31 |
| 07/30/2013 | JLW | Review ████ | 0.30 | 32 |
| | | Jennifer L. Watt | 1.80 | |
| 07/15/2013 | ADS | Draft notice of dismissal. | 0.20 | 33 |
| 07/26/2013 | ADS | Revise Notice of Dismissal and assignment to legal assistant to file same. | 0.20 | 34 |
| | | Amanda D. Stafford | 0.40 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 21 |
| 04/29/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 24 |
| 05/06/2013 | TJF | Draft Notice of Dismissal for J. Watt's review and signature | 0.40 | 25 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

| | |
|---|---|
| ACCOUNT NO: | 110035-23 |
| INVOICE NO: | 2 |

re: Kenny Winningham (Preference)

HOURS

| | | | HOURS | |
|---|---|---|---|---|
| 05/09/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 28 |
| 06/10/2013 | TJF | Drafted Order to Vacate Default Judgment | 0.30 | 29 |
| | | Tammy J. Froelich | 1.20 | |
| | | FOR CURRENT SERVICES RENDERED | 3.40 | 709.00 |

### RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jennifer L. Watt | Associate | 1.80 | $275.00 | $495.00 |
| Amanda D. Stafford | Associate | 0.40 | 250.00 | 100.00 |
| Tammy J. Froelich | Paralegal | 1.20 | 95.00 | 114.00 |

| | |
|---|---|
| Reproduction of documents | 0.30 |
| Mailing expense | 0.48 |
| TOTAL EXPENSES THRU 08/31/2013 | 0.78 |
| TOTAL CURRENT WORK THIS STATEMENT | 709.78 |
| BALANCE DUE | $709.78 |

Page: 1

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-97
INVOICE NO:                      2

re: Witt, Brian  (Preference)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 06/21/2013 | JPK | Reviewed email from J. Watt and E. Lynch regarding ▓▓▓▓▓▓▓▓ Reviewed ▓▓▓▓▓▓▓▓ | 0.40 | 30 |
| 08/27/2013 | JPK | Review of ▓▓▓▓▓▓▓▓ Call with M. Robinson regarding status.  Letter to M. Robinson requesting documents. | 1.40 | 38 |
| 08/28/2013 | JPK | Call M. Robinson's office.  Prepared for and participated in pretrial conference.  Call from M. Robinson regarding settlement discussions. | 0.40 | 37 |
| | | Jay P. Kennedy | 2.20 | |
| 03/12/2013 | JLW | Review for status. | 0.10 | 13 |
| 03/19/2013 | JLW | Review ▓▓▓▓▓▓▓▓ | 0.50 | 12 |
| 05/01/2013 | JLW | Review informal discovery request | 0.20 | 17 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 18 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 19 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 20 |
| 05/16/2013 | JLW | Review ▓▓▓▓▓▓▓▓ | 0.20 | 21 |
| 05/30/2013 | JLW | Review informal discovery request; Review documents for response to informal discovery request | 1.20 | 23 |
| 06/03/2013 | JLW | Conference call with M. Robinson regarding settlement discussions;  Review ▓▓▓▓▓▓▓▓ | | |

Eastern Livestock Bankruptcy

ACCOUNT NO:       110035-97
INVOICE NO:                2

re: Witt, Brian  (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | ████████████████ | 1.50 | 25 |
| 06/04/2013 | JLW | Review discovery request; Draft response to informal discovery request; | 1.50 | 26 |
| 06/12/2013 | JLW | Conference call with M. Robinson regarding settlement and mediation; | 0.40 | 27 |
| 06/14/2013 | JLW | Attend conference call with opposing counsel and J. Kennedy regarding defenses, positions, supporting document, evaluation of cases, settlement and mediation | 0.60 | 28 |
| 06/20/2013 | JLW | Conference call with L. Lynch regarding ████ ████████████████ Review email from L. Lynch regarding ████████████ Review email and attachment from L. Lynch regarding █████████ ████████████ Analyze case █████ ████████████ Conference with J. Kennedy regarding████████ conference with L. Lynch; Review mediation election notice; | 4.20 | 24 |
| 06/24/2013 | JLW | Analyze documents ████████████ ████████ | 0.40 | 29 |
| 07/23/2013 | JLW | Research ████████████████ ████████████████████ | 3.00 | 32 |
| 07/24/2013 | JLW | Continue review of documents regarding ████████ | 1.50 | 33 |
| 07/26/2013 | JLW | Review voicemail from M. Robinson regarding status and request for response to settlement offer | 0.10 | 34 |
| 07/30/2013 | JLW | Review ████████████████ | 0.30 | 35 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding status; | 0.30 | 36 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 39 |

Eastern Livestock Bankruptcy

re: Witt, Brian  (Preference)

Page: 3
October 01, 2013
ACCOUNT NO:    110035-97
INVOICE NO:    2

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 08/30/2013 | JLW | Review minute entry; | 0.10 |  | 40 |
|  |  | Jennifer L. Watt | 17.10 |  |  |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 |  | 31 |
|  |  | Amanda D. Stafford | 0.20 |  |  |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 |  | 14 |
| 04/24/2013 | TJF | Augmentation to Appearance for J. Watt; filing of same using Court's ECF system. | 0.30 |  | 15 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 |  | 16 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 |  | 22 |
|  |  | Tammy J. Froelich | 0.80 |  |  |
|  |  | FOR CURRENT SERVICES RENDERED | 20.30 | 5,697.50 |  |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 2.20 | $395.00 | $869.00 |
| Jennifer L. Watt | Associate | 17.10 | 275.00 | 4,702.50 |
| Amanda D. Stafford | Associate | 0.20 | 250.00 | 50.00 |
| Tammy J. Froelich | Paralegal | 0.80 | 95.00 | 76.00 |

| | |
|---|---|
| Reproduction of documents | 0.60 |
| Mailing expense | 5.07 |
| TOTAL EXPENSES THRU 08/31/2013 | 5.67 |
| TOTAL CURRENT WORK THIS STATEMENT | 5,703.17 |

Page: 4

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:      110035-97
INVOICE NO:             2

re: Witt, Brian  (Preference)


BALANCE DUE                                                      $5,703.17

Page: 1
October 01, 2013

Eastern Livestock Bankruptcy

ACCOUNT NO:     110035-64
INVOICE NO:            3

re: Brandon Zeisler (Preference)

DRAFT STATEMENT

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/09/2013 | JPK | Participate in pretrial conference. | 0.30 | 36 |
| 07/29/2013 | JPK | Follow up on case including response to notice of mediation.  Reviewed documents in preparation for pretrial conference. | 0.60 | 45 |
| 08/28/2013 | JPK | Prepare for and participate in pretrial conference. | 0.30 | 47 |
|  |  | Jay P. Kennedy | 1.20 |  |
| 03/12/2013 | JLW | Review for status. | 0.10 | 27 |
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ██████████ ███████ | 0.30 | 30 |
| 05/08/2013 | JLW | Review production being produced pursuant to procedures order | 0.20 | 31 |
| 05/09/2013 | JLW | Prepare for and attend status hearing | 0.30 | 32 |
| 05/13/2013 | JLW | Review minute order entered following hearing | 0.10 | 33 |
| 05/14/2013 | JLW | Review email and procedures order disclosures from E. Nave | 0.50 | 34 |
| 05/16/2013 | JLW | Review ███████████ ████ | 0.20 | 35 |
| 06/18/2013 | JLW | Review ██████████ ███ | 0.40 | 38 |
| 06/20/2013 | JLW | Review mediation election notice; | 0.10 | 39 |
| 07/22/2013 | JLW | Review order granting time to file response to mediation notice | 0.10 | 42 |

Page: 2

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-64

INVOICE NO:    3

re: Brandon Zeisler (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 07/26/2013 | JLW | Analyze ███████████ ██████ | 1.50 | 43 |
| 07/30/2013 | JLW | Review ████████ | 0.30 | 44 |
| 08/27/2013 | JLW | Conference with J. Kennedy regarding status; Conference call with J. Graham regarding settlement discussions; | 0.30 | 46 |
| 08/28/2013 | JLW | Prepare for and attend pre-trial conference | 0.40 | 48 |
| 08/30/2013 | JLW | Review minute entry; | 0.10 | 49 |
| | | Jennifer L. Watt | 4.90 | |
| 06/18/2013 | ADS | Review/analyze ████████ ██████ | 0.10 | 40 |
| 06/20/2013 | ADS | Draft Election Notice and prepare Exhibit A. Assignment to legal assistant to file same with court.  Receive and review filed Election Notice. | 0.20 | 41 |
| | | Amanda D. Stafford | 0.30 | |
| 03/26/2013 | TJF | Received and uploaded documentation from E Lynch | 0.10 | 28 |
| 04/25/2013 | TJF | Began compilation of documents to provide defendant pursuant to Procedures Order | 0.20 | 29 |
| 05/13/2013 | TJF | Preparation of documents for production pursuant to Procedures Order. | 0.20 | 37 |
| | | Tammy J. Froelich | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 6.90 | 1,944.00 |

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 1.20 | $395.00 | $474.00 |
| Jennifer L. Watt | Associate | 4.90 | 275.00 | 1,347.50 |
| Amanda D. Stafford | Associate | 0.30 | 250.00 | 75.00 |
| Tammy J. Froelich | Paralegal | 0.50 | 95.00 | 47.50 |

Eastern Livestock Bankruptcy

Page: 3
October 01, 2013
ACCOUNT NO:    110035-64
INVOICE NO:              3

re: Brandon Zeisler (Preference)


Mailing expense                                                          1.60
TOTAL EXPENSES THRU 08/31/2013                                           1.60

TOTAL CURRENT WORK THIS STATEMENT                                    1,945.60


BALANCE DUE                                                      $1,945.60

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

DRAFT STATEMENT

| | | | HOURS | |
|---|---|---|---|---|
| 03/01/2013 | JPK | Email with T. Hall. ███████████ ██████████████. | 0.60 | 375 |
| 03/06/2013 | JPK | Meeting with M. Stafford regarding ██████ ████. Reviewed and revised draft from M. Stafford ████████████. | 0.30 | 373 |
| 03/07/2013 | JPK | Meet with M. Stafford and S. Runyan regarding case assignments. Prepare for upcoming docket hearings. | 0.70 | 366 |
| 03/11/2013 | JPK | Preparation for omnibus hearings. Emails with K. Goss regarding omnibus hearings. Reviewed notice. Meeting M. Stafford. Email with D. Deneal. | 1.50 | 356 |
| 03/12/2013 | JPK | Prepare for hearings. Reviewed adversary spreadsheet. Emails with C. Goss. | 0.30 | 342 |
| 03/13/2013 | JPK | Preparation for omnibus hearing to review procedures motion. Participation in omnibus hearing. Work with M. Stafford on order issues. | 1.80 | 340 |
| | JPK | Reviewed email from J. Watt regarding ███ ███████ Reviewed █████ ███████████████████ | 0.70 | 341 |
| 03/14/2013 | JPK | Reviewed Preliminary Pre-Trial Order with M. Stafford. Reviewed issues relating to ███ ████████. | 0.60 | 338 |
| 03/15/2013 | JPK | Calls with M. Stafford regarding Order on Motion to Dismiss. | 0.80 | 337 |
| 03/19/2013 | JPK | Confer with M. Stafford on dismissal orders. Confer with J. Watt. Reviewed email | | |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-53
INVOICE NO:               3

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | correspondence regarding line shore orders. | 0.80 | 336 |
| 03/20/2013 | JPK | Reviewed proposed Orders on Motion to Dismiss and Motion on Procedures Order. Reviewed emails from W. Ponader. Met with M. Stafford. | 1.20 | 335 |
| 03/25/2013 | JPK | Preparation for upcoming settlement conferences.  Reviewed notice on fee hearings.  Confer with J. Watt. | 0.60 | 339 |
| 03/26/2013 | JPK | Reviewed special procedures order. Email with M. Stafford. | 0.40 | 352 |
| 03/27/2013 | JPK | Participated in numerous pretrial conferences.  Meetings with J. Watt, M. Stafford, and others.  Numerous calls with K. Goss. | 2.50 | 355 |
| 03/28/2013 | JPK | Reviewed draft ▮▮▮▮▮▮▮▮▮ letter. Call with J. Knauer.  Meeting with M. Stafford. | 0.70 | 354 |
| 04/01/2013 | JPK | Extensive meeting with M. Stafford, J. Watt and others on issues ▮▮▮▮▮▮▮▮. | 2.40 | 460 |
| 04/04/2013 | JPK | Participate in conference call regarding document production request.  Confer with K. Toner, K. Britain and others. | 1.40 | 458 |
| | JPK | Confer with M. Stafford on motions to dismiss.  Briefly review research on attaching notes. | 0.50 | 459 |
| 04/05/2013 | JPK | Emails with K. Toner regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Follow up with S. Runyan. | 0.40 | 457 |
| 04/11/2013 | JPK | Email with B. Kunkel.  Email with K. Toner regarding mediation dates.  Reviewed email from J. Jackie. | 0.50 | 438 |
| 04/12/2013 | JPK | Call from P. Kunkel.  Participate in conference call with P. Kunkel and K. Toner. | | |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | Prepare for mediations. | 1.30 | 425 |
| 04/15/2013 | JPK | Prepared for and participated in telephonic conference with court regarding omnibus issues. Follow up with preparation of orders. | 0.80 | 424 |
| 04/16/2013 | JPK | Reviewed ██████████████████████. Received call from counsel for Americorp Farms. | 0.70 | 423 |
| 04/17/2013 | JPK | Preparation for mediation sessions. Reviewed email from J. Knauer regarding ██████████████. | 0.40 | 432 |
| 04/19/2013 | JPK | Reviewed ████████████. Meet with M. Stafford and J. Watt. Follow up on status of claims. | 1.20 | 431 |
| 04/22/2013 | JPK | Reviewed emails from J. Jaffe on ████ ████████████. Reviewed letter to ████ ████. | 0.70 | 430 |
| 04/23/2013 | JPK | Participate in meeting with M. Stafford, J. Watt, and J. Knauer regarding ██████████ ████████████. Participated in conference call. | 1.50 | 429 |
| 04/24/2013 | JPK | Reviewed email from M. Stafford regarding ELC upcoming deadlines. Review discovery responses to be sent. Reviewed current status of settlement responses. | 0.70 | 428 |
| 04/25/2013 | JPK | Confer with S. Runyan regarding numerous outstanding issues. Confer with J. Watt. | 0.50 | 427 |
| 04/29/2013 | JPK | Confer with T. Froelich regarding various preference actions. Extensive review of procedures order and draft letter on procedures order to preference defendants. | 2.00 | 437 |
| 05/03/2013 | JPK | Call from creditors' counsel on status of pretrial proceedings. | 0.40 | 514 |

Eastern Livestock Bankruptcy

Page: 4
October 01, 2013
ACCOUNT NO:     110035-53
INVOICE NO:            3

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| 05/08/2013 | JPK | Preparation for pretrial conferences. | 1.30 | 513 |
| 05/09/2013 | JPK | Preparation to participate in telephonic pretrial conferences. Meet with J. Watt, M. Stafford and T. Froelich. | 1.20 | 511 |
| | JPK | Review and revise preference defendant letter. Work through various materials to provide to preference defendants. | 0.60 | 512 |
| 05/10/2013 | JPK | Preparation for pretrial conferences. Reviewed letters to be submitted to all defendants regarding claims and documents. | 0.80 | 500 |
| | JPK | Research on ███████████████████ ███████████████████████. Email to J. Knauer with regard to ████████ ████████. Respond to meeting request. | 2.80 | 501 |
| 05/13/2013 | JPK | Prepare for and participated in omnibus hearing. Conference with J. Knauer. Reviewed final letters on case details. | 0.70 | 499 |
| 05/15/2013 | JPK | Reviewed email message from S. Runyan on ██████████████████. | 0.20 | 498 |
| 05/16/2013 | JPK | Preparation for meeting regarding settlement issues. Meet with J. Watt on settlement cases. Reviewed █████████████. | 0.90 | 497 |
| 05/20/2013 | JPK | Call with Kevin Toner. Review and revision of ████████████. | 0.80 | 509 |
| | JPK | Emails with P. Kunkel regarding mediations. Email with J. Knauer. | 0.40 | 510 |
| 05/22/2013 | JPK | Attend lengthy meeting with FBD and Fifth Third bank representatives regarding ████. | 3.50 | 508 |
| 06/10/2013 | JPK | Meet with M. Stafford and J. Watt regarding status of all cases. Prepare for upcoming | | |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | pretrial statements. Reviewed correspondence from A. Adams. | 1.80 | 561 |
| 06/11/2013 | JPK | Meet with J. Knauer, M. Stafford and J. Watt on status of cases for mediation. Prepare for mediation. | 1.40 | 560 |
| 06/12/2013 | JPK | Preparation for upcoming status conferences. Meet with J. Watt. Continued review and research on ███████ ████████ | 2.50 | 559 |
| 06/14/2013 | JPK | Emails with J. Graham regarding cases. Emails with M. Robinson, A. Martin and J. Watt regarding calls. | 0.40 | 558 |
| 06/18/2013 | JPK | Email with P. Kunkel regarding mediation dates and times. Email with W. Ponader and K. Toner on mediation issues. | 0.60 | 546 |
| 06/19/2013 | JPK | Continued research on ███████ ████. Reviewed email from J. Knauer. Email to J. Jaffe. | 1.20 | 545 |
| 06/21/2013 | JPK | Draft letter to S. Newbern. Revise letter. Prepare for upcoming hearings. | 1.20 | 542 |
| 06/23/2013 | JPK | Reviewed revised fee order drafts. Reviewed email from J. Knauer. | 0.30 | 541 |
| 06/24/2013 | JPK | Participated in telephonic omnibus hearing. Reviewed issues relating to ████████. Emails with T. Hall and others on ████. Call with K. Toner regarding mediation scheduling. | 1.40 | 540 |
| 06/25/2013 | JPK | Prepared for upcoming pretrial conferences. Reviewed notes and status. Reviewed submissions regarding mediator. Call with C. Warton on ████████. Reviewed fee order. Met with J. Knauer. | 1.70 | 539 |
| 06/26/2013 | JPK | Participated in numerous pretrial telephonic conferences. Call with J. Knauer regarding | | |

Page: 6

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-53

INVOICE NO:    3

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | mediation issues.  Call with W. Ponader. | 2.60 | 544 |
| 06/28/2013 | JPK | Continued review and revision of response letters.  Additional research on ▌▌▌▌▌▌▌▌▌▌. | 0.40 | 556 |
| 07/09/2013 | JPK | Meeting with J. Watt and M. Stafford to review ▌▌▌▌▌▌▌▌▌▌ Confer with J. Knauer. | 1.50 | 594 |
| 07/10/2013 | JPK | Reviewed email from P. Kunkel.  Follow up on mediation issues.  Reviewed email from W. Ponader. | 0.40 | 593 |
| 07/11/2013 | JPK | Follow up on K. Toner deposition summary of ▌▌▌▌▌  Discuss with S. Runyan. | 0.40 | 592 |
| 07/15/2013 | JPK | Reviewed email from D. DeNeal.  Confer with J. Knauer over ▌▌▌▌▌▌ | 0.30 | 591 |
| 07/22/2013 | JPK | Follow up with K. Toner regarding mediation sessions.  Meet with M. Stafford on upcoming mediations. | 0.30 | 590 |
| 07/24/2013 | JPK | Reviewed email from J. Knauer.  Extensive review of letter from J. Jaffe to C. Bowles regarding defenses. | 0.60 | 589 |
| 07/25/2013 | JPK | Continued research and review of newer case law on preference defenses.  Met with M. Stafford. | 1.20 | 583 |
| 07/29/2013 | JPK | Reviewed J. Jaffe letter regarding ▌▌▌▌▌ ▌▌▌▌▌ Additional research on preference claims and defenses.  Prepare for pretrial conferences. | 1.80 | 600 |
| 07/31/2013 | JPK | Participate in numerous pretrial conferences.  Preparation for trial on numerous issues.  Letter to S. Newbern on pretrial orders. | 1.50 | 599 |
| 08/02/2013 | JPK | Participate in calls with numerous creditors and their counsel.  Preparation for | | |