Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | mediation sessions.  Email with J. Knauer regarding ▮▮▮▮ | 1.10 | 626 |
| 08/06/2013 | JPK | Prepare for mediation dates.  Email with W. Ponader and J. Knauer lining up final mediation.  Prepare mediation binders. | 0.80 | 625 |
| 08/12/2013 | JPK | Meet with J. Knauer on mediation cases. Reviewed ▮▮▮▮.  Emails with P. Kunkel. Revise letter to mediation parties. | 1.50 | 621 |
| 08/13/2013 | JPK | Preparation for upcoming mediation sessions. Emails with P. Kunkel regarding mediation. Establish call in numbers. | 1.00 | 620 |
| 08/14/2013 | JPK | Preparation for mediations.  Emails with P. Kunkel regarding issues.  Emails with J. Knauer.  Email with A. Adams. | 1.50 | 619 |
| 08/15/2013 | JPK | Reviewed ▮▮▮▮ Reviewed emails from K. Toner and S. Runyan. Reviewed emails from P. Kunkel regarding upcoming mediations. | 0.50 | 618 |
| 08/19/2013 | JPK | Preparation for mediation cases. | 1.50 | 616 |
| 08/21/2013 | JPK | Check on status of Blanton and Kitchen pretrial reports. | 0.30 | 615 |
| 08/25/2013 | JPK | Reviewed email from S. Runyan.  Reviewed ▮▮▮▮ | 0.40 | 614 |
| 08/27/2013 | JPK | Prepare for upcoming pretrial conferences. Meet with J. Watt and A. Stafford. | 1.20 | 613 |
| 08/29/2013 | JPK | Participate in calls with W. Smith.  Prepare for J. Graham mediations. | 0.50 | 627 |
| | | Jay P. Kennedy | 75.90 | |
| 05/03/2013 | HKM | Schullman:  Conference with Mandy Stafford concerning demand letter. | 0.30 | 761 |

Page: 8

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-53
INVOICE NO:    3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Harley K. Means | 0.30 |  |
| 03/01/2013 | SER | Assist J. Watt on preference actions. | 0.20 | 318 |
| 03/08/2013 | SER | Review substantial motions and orders filed with court this date. | 0.10 | 319 |
| 03/11/2013 | SER | Review pleadings filed by defendants in preference actions and analyze responses to various motions to dismiss; brief review of multiple objections filed by trustee in relationship to preference actions. | 0.20 | 320 |
| 03/12/2013 | SER | Review ███████ ██████████████████ email to Harmony Mapps and Liz Lynch regarding ████████ | 0.60 | 321 |
| 03/13/2013 | SER | Review results of hearing and brief discussion with M. Stafford regarding ███ ████████████████ | 0.20 | 330 |
| 03/14/2013 | SER | Email exchange with Liz Lynch and FBD regarding ██████████████; telephone call with Liz Lynch regarding multiple issues; discussion with M. Stafford regarding ████████████████ | 1.30 | 331 |
| 03/15/2013 | SER | Email exchange with Liz Lynch and receive and review ████████████; telephone call with M. Stafford and J. Kennedy regarding filing of fee application; telephone call with J. Knauer. | 1.20 | 329 |
| 03/18/2013 | SER | Telephone conference with L. Lynch regarding ████████████████████ | 0.10 | 332 |
| 03/19/2013 | SER | Telephone call from L. Lynch regarding ██████ ███████████ follow up phone call with L. Lynch, M. Stafford, J. Watt to discuss preference discovery items; review |  |  |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | pretrial order on preference cases. | 2.30 | 333 |
| 03/28/2013 | SER | Review draft letter to ████ provide recommend changes and comments. | 0.20 | 370 |
| 04/01/2013 | SER | Meeting with J. Kennedy, M. Stafford and J. Watt to review status of preference items and production of potential discoverable information; review status and strategize response to ████ | 1.30 | 371 |
| 04/03/2013 | SER | Telephone call with Liz Lynch regarding document production and multiple issues relating to preference matters; follow up discussion with M. Stafford and J. Watt regarding informal discovery as well as pretrial disclosures regarding preference matters. | 1.20 | 414 |
| 04/04/2013 | SER | Telephone conference with KGR and FBD attorneys planning for document review and production for multiple preference actions; review and brief follow up discussion of Kevin Toner's email following phone call; brief review of informal discovery requests submitted by multiple parties to preference actions. | 1.60 | 413 |
| 04/10/2013 | SER | Discussion with M. Stafford and J. Kennedy regarding ████ review ████ | 0.30 | 418 |
| | SER | Review multiple orders entered by court. | 0.30 | 420 |
| 04/11/2013 | SER | Continue review of multiple orders entered by court for applicability to preference cases. | 0.30 | 426 |
| 04/12/2013 | SER | Email exchange with FBD regarding ████, brief review of multiple orders entered by court. | 0.40 | 421 |
| 04/15/2013 | SER | Participate in omnibus hearing conference | | |

Page: 10

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-53
INVOICE NO:    3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | call. | 0.80 | 422 |
| 05/09/2013 | SER | Follow up to ████████████ ████████████████████████ | 0.10 | 495 |
| 05/13/2013 | SER | Participate in status conference (telephonic) regarding ██████████ and discussion with J. Kennedy regarding outstanding matters. | 0.30 | 496 |
| 05/16/2013 | SER | Email exchange with A. Stafford regarding ████████████████████████ | 0.20 | 502 |
| 05/28/2013 | SER | Review various pleadings regarding settlement actions and discussion with A. Stafford regarding ████████ . | 0.30 | 519 |
| 06/03/2013 | SER | Meeting with A. Stafford and telephone call with Terry Hall regarding ████████ ██████ . | 0.60 | 528 |
| 06/10/2013 | SER | Review pleadings filed by various parties. | 0.20 | 529 |
| 06/11/2013 | SER | Review objections filed by various parties and review complaint referenced and objections regarding ████████████ ████████ . | 0.50 | 530 |
| 08/22/2013 | SER | Various communications with co-counsel regarding settlement issues. | 0.20 | 612 |
|  |  | Steven E. Runyan | 15.00 |  |
| 03/05/2013 | JLW | Draft updates to ████████████ | 1.00 | 364 |
| 03/06/2013 | JLW | Review letters of ████████████ research regarding ████████ ████ . | 2.80 | 365 |
| 03/11/2013 | JLW | Review file materials and draft matters pending but not set for hearing for omnibus agenda; conference with M. Stafford regarding request for omnibus agenda; draft |  |  |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | email to Harmony Mappes regarding same. | 2.80 | 353 |
| 03/12/2013 | JLW | Draft ██████████████████ Conference with T. Froelich regarding outstanding mattes; review email from M. Stafford regarding telephonic hearing. | 3.40 | 350 |
| 03/13/2013 | JLW | Lengthy conference call with L. Lynch regarding ████████████████ review emails and attachments from L. Lynch regarding ██████████; review emails regarding drafting proposed orders; conference with M. Stafford regarding ruling on motions to dismiss. | 3.60 | 349 |
|  | JLW | Review email from W. Ponader regarding ███████████ review email regarding meeting on discovery. | 0.30 | 351 |
| 03/14/2013 | JLW | Revise correspondence to L. Lynch regarding request for documents; review email regarding ██████████; draft update to ████████████ meeting with M. Stafford regarding rulings on motions to dismiss; attend meeting with M. Stafford and J. Kennedy regarding procedures motion and discovery assignments. | 4.50 | 372 |
| 03/15/2013 | JLW | Conference call with W. Ponader regarding review of draft order; analyze █████████ ██ review email from L. Lynch regarding █████████████████ review order entered establishing certain procedures for adversary matters. | 2.30 | 348 |
| 03/18/2013 | JLW | Work on disclosure of assets form. Conference with T. Froelich regarding ████ ████████████; redact fee application. | 2.80 | 347 |
| 03/19/2013 | JLW | Review emails from attorneys at FBD regarding comments and proposed changes to proposed order on motions to dismiss; draft revisions to proposed order; conference with |  |  |

Page: 12

Eastern Livestock Bankruptcy
October 01, 2013
ACCOUNT NO:    110035-53
INVOICE NO:    3

re: Attorney for Trustee (Special Counsel)

HOURS

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | M. Stafford regarding proposed order language. Lengthy conference call with L. Lynch regarding ███████; conference with S. Runyan and M. Stafford regarding ███████ follow up call with L. Lynch regarding ███████. | 4.50 | 346 |
| 03/20/2013 | JLW | Review exhibits supporting application for compensation; review correspondence from W. Ponader regarding draft orders; draft revisions to proposed order. | 2.50 | 345 |
| 03/25/2013 | JLW | Review email from W. Ponader regarding order; draft email to Clerk regarding corrections to proposed order; review emails and conference with T. Froelich regarding ███████ review email regarding ███████ | 1.30 | 344 |
| 03/26/2013 | JLW | Update litigation status chart. | 1.00 | 343 |
| 03/27/2013 | JLW | Telephone conference with W. Ponader regarding model order; review correspondence regarding call in information; review email from M. Stafford regarding procedures order; review revised procedures order; conference with M. Stafford regarding future call in numbers for court hearings. | 1.10 | 374 |
| 03/28/2013 | JLW | Review and analyze ███████; review and analyze ███████ | 7.80 | 377 |
| 03/29/2013 | JLW | Review email from K. Britton regarding conference call to ███████ | 0.10 | 379 |
| 04/01/2013 | JLW | Conference with M. Stafford, T. Froelich, J. Kennedy and S. Runyan regarding ███████; correspondence with K. Britton regarding conference call to discuss discovery; follow up conference with S. Runyan and T. Froelich regarding ███████. | 2.50 | 439 |

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-53
INVOICE NO:            3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/03/2013 | JLW | Lengthy phone conference with L. Lynch regarding ███████████████████ ██████████; follow up research regarding ████████████ L. Lynch; conference with M. Stafford regarding ████████ ██████████████████████████ review████████████ Review ███████ | 3.50 | 440 |
| 04/04/2013 | JLW | Review emails regarding ██████████ ████████████ | 0.40 | 441 |
| 04/05/2013 | JLW | Conference call with M. Stafford regarding dismissal orders and other pending matters. | 0.50 | 442 |
| 04/09/2013 | JLW | Update ██████████████. | 0.80 | 444 |
| 04/12/2013 | JLW | Conference with T. Froelich regarding discovery on adversary matters; review email from T. Froelich regarding coordination of discovery on adversary matters; review and revise Omnibus hearing agenda; draft email to H. Mappes regarding revisions to Omnibus hearing agenda; review email from H. Mappes regarding same. | 1.30 | 445 |
| 04/15/2013 | JLW | Prepare for and attend Omnibus hearing. | 1.50 | 446 |
| 04/16/2013 | JLW | Conference with M. Stafford regarding dismissal orders. | 0.30 | 447 |
| 04/17/2013 | JLW | Conference with M. Stafford regarding orders on motions to dismiss; review email to K. Goss regarding dismissal orders. | 0.30 | 448 |
| 04/19/2013 | JLW | Review ██████████████████and determine whether █████████████████████ ████████; draft email to M. Stafford regarding ██████████; draft email to K. Britton regarding status of ████████████ review email from J. Kennedy regarding ██████████████ respond to email regarding same; draft email to K. Britton regarding ██████████████ | 2.00 | 449 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

HOURS

| 04/22/2013 | JLW | Review procedures order for informal discovery production. | 0.80 | 450 |
|---|---|---|---|---|
| 04/23/2013 | JLW | Update ▮▮▮▮▮▮▮▮ and prepare for meeting J. Knauer regarding ▮▮▮▮▮▮ ▮▮▮; attend conference with A. Stafford, J. Kennedy, J. Knauer, and T. Froelich regarding ▮▮▮▮; review email from J. Kennedy regarding call with Clerk regarding May 9 hearings; review ▮▮▮▮▮▮▮ | 7.80 | 451 |
| 04/24/2013 | JLW | Review upcoming deadlines and respond to email regarding same; review ▮▮▮▮▮ ▮▮▮. | 1.50 | 452 |
| 04/25/2013 | JLW | Meeting with T. Froelich regarding preparation for adversary mediation; meeting with T. Froelich regarding discovery responses. | 0.80 | 453 |
| 04/26/2013 | JLW | Meeting with M. Stafford regarding pretrial notices on adversary cases; conference call with Court regarding adversary hearing times; review and approve notice for pretrial hearing; review email regarding discovery protocols; review email scheduling various adversary matters. | 1.50 | 454 |
| 04/29/2013 | JLW | Conference with M. Stafford regarding hearing notices and agenda; review email from M. Stafford regarding hearing notices update; review email regarding ELC deadlines; draft email to T. Froelich regarding ELC deadlines; conference with T. Froelich regarding ▮▮▮▮▮▮ ▮▮▮▮ attend to matters involving document production for adversary matters. | 3.40 | 455 |
| 04/30/2013 | JLW | Review email from A. Adams requesting proofs of claims. | 0.10 | 456 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| Date | | Description | HOURS | |
|------|------|-------------|-------|------|
| 05/08/2013 | JLW | Conference call with K. Goss regarding omnibus hearings;  Draft update to ███████████ | 0.80 | 503 |
| 05/09/2013 | JLW | Review and finalize letter to adversary defendants producing documents and requesting informal discovery | 0.20 | 504 |
| 05/10/2013 | JLW | Review email and attachment with revisions to procedures order letter to be sent to adversary defendants; Review email from J. Kennedy regarding meeting with counsel for Fifth Third | 0.30 | 505 |
| | JLW | Review email from T. Froelich regarding procedures order letter; Draft email and revised language for procedures order; Conference with T. Froelich regarding procedures order; Review mailing for procedures order letter; Conference with J. Kennedy regarding mailings | 1.00 | 506 |
| 05/16/2013 | JLW | Conference with J. Kennedy regarding ███████ ( ███████████ | 0.20 | 507 |
| 05/23/2013 | JLW | Meeting with M. Stafford and J. Kennedy regarding various matters relating to the adversary cases | 0.50 | 515 |
| 05/29/2013 | JLW | Conference with M. Stafford regarding motion for extension of time; | 0.40 | 521 |
| 06/03/2013 | JLW | Review email from S. Runyan regarding ██████ ███████████ Draft email responding to same; | 0.50 | 531 |
| 06/05/2013 | JLW | Correspondence with M. Stafford regarding motion for extension of time to file mediation notices; | 0.20 | 532 |
| 06/11/2013 | JLW | Review complaint in ██████████ ██████ Prepare for meeting regarding ██████████ Attend meeting regarding ██████████ Draft email memo | | |

Page: 16

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:     110035-53
INVOICE NO:              3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | regarding ███████████; | 3.50 | 533 |
| 06/13/2013 | JLW | Review pretrial conference schedule; Review ████████████and draft updates; | 0.80 | 534 |
| 06/18/2013 | JLW | Review emails regarding scheduling mediation; Conference with M. Stafford regarding notice of mediation; Conference with J. Kennedy and M. Stafford regarding mediation strategy; | 1.20 | 535 |
| 06/19/2013 | JLW | Review motion to approve mediator's fees | 0.50 | 536 |
| 06/20/2013 | JLW | Review draft election notice; | 0.40 | 537 |
| 06/24/2013 | JLW | Attend omnibus hearing; Meeting with M. Stafford regarding status of cases set for pre-trial conference; | 1.50 | 538 |
| 07/01/2013 | JLW | Meeting with M. Stafford regarding summary of pre-trial conferences; Review email from M. Stafford regarding ████████████ ███████████ | 0.80 | 581 |
| 07/02/2013 | JLW | Review notes on status of various cases heard at pre-trial hearing; | 0.40 | 582 |
| 07/10/2013 | JLW | Review email regarding scheduled mediations; Review mediation schedule and responses for response to email regarding mediation schedule | 2.30 | 584 |
| 07/11/2013 | JLW | Review ████████████ | 0.50 | 585 |
| 07/12/2013 | JLW | Review email from K. Toner regarding ████████████ | 0.10 | 586 |
| 07/16/2013 | JLW | Review email from S. Runyan regarding ███ ███████ Review █████████ ████████████ | 0.70 | 595 |
| 07/24/2013 | JLW | Review ████████████; Review ruling on statutory trust issue in the Friona case | 2.00 | 596 |

Eastern Livestock Bankruptcy

October 01, 2013
ACCOUNT NO:    110035-53
INVOICE NO:    3

re: Attorney for Trustee (Special Counsel)

HOURS

| Date | Initials | Description | Hours | No. |
|---|---|---|---|---|
| 07/30/2013 | JLW | Review order approving mediator for adversary matters | 0.20 | 597 |
| 07/31/2013 | JLW | Update ▮▮▮▮▮▮▮ | 1.50 | 598 |
| 08/02/2013 | JLW | Review post confirmation Trustee's report; | 0.50 | 622 |
| 08/05/2013 | JLW | Review ▮▮▮▮▮▮▮ | 0.50 | 623 |
| 08/19/2013 | JLW | Review email from T. Hall regarding ▮▮▮▮▮▮▮ Draft email to T. Hall ▮▮▮▮▮▮▮ | 0.30 | 624 |
| | | Jennifer L. Watt | 92.60 | |
| 03/05/2013 | ADS | Correspond with Liz Lynch regarding ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 | 368 |
| | ADS | Attention to vacating entries of default. Email to J. Watt regarding same. Review local rules and district rules regarding deadline to answer amended complaints; office conference with J. Watt regarding same. | 0.40 | 369 |
| 03/06/2013 | ADS | Revise letter to ▮▮▮▮▮▮▮ Email letter to J. Kennedy, S. Runyan, and J. Knauer for review and comment. | 0.90 | 376 |
| 03/11/2013 | ADS | Regarding Procedures Order:  Confer with J. Kennedy and J. Watt on objections to Motion for Authority.  Work on agenda for March 13, 2013 omnibus hearing.  Telephonic conference and email correspondence with Harmony Mappes regarding agenda.  Email from Kristin Goss. | 2.00 | 378 |
| 03/12/2013 | ADS | Multiple email correspondence with J. Kennedy, J. Watt, S. Runyan, and paralegal regarding ▮▮▮▮▮▮▮ | 0.30 | 380 |
| | ADS | Work on ▮▮▮▮▮▮▮ Confer with ELC attorneys regarding same. | 0.70 | 381 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | ADS | Work on revisions to procedures order to resolve objections. | 3.00 | 382 |
| 03/13/2013 | ADS | Prepare for and attend telephonic Omnibus Hearing. | 2.50 | 383 |
| | ADS | Telephonic conference with K. Toner of FBD regarding follow up on hearing and coordination of drafting of orders. | 0.20 | 384 |
| | ADS | Review ███████ discuss results with J. Watt and J. Kennedy.  Draft ██████████ ██ | 0.80 | 385 |
| 03/14/2013 | ADS | Participate in meeting regarding procedures order and discovery requests and document production. Telephonic conference with ████ ████████ email to S. O'Neill regarding same. | 2.40 | 386 |
| | ADS | Work on second fee application; thorough review of statements for purposes of redacting privileged and confidential time entries; review ███████████████ ██████ to ensure accuracy; request new statements and recalculate time entries for each case.  Begin calculating and categorizing expenses incurred for fee application time period. | 7.10 | 387 |
| 03/15/2013 | ADS | Continue working on second interim fee application- review statements to redact privileged/confidential time entries; work product issues; draft application and supporting pleadings.  Finish calculations on expenses.  Telephonic conference with K. Britton regarding fee application. Telephone conference with S. Runyan, J. Kennedy, and J. Knauer regarding fee application.  Emails to and from K. Britton and J. Kennedy regarding deadline for filing fee application in bankruptcy code.  Review docket for last filing of fee application; calculate next deadline for filing of second | | |

Eastern Livestock Bankruptcy

ACCOUNT NO:        110035-53
INVOICE NO:                     3

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | fee application and calendar same. | 6.90 | 388 |
| 03/18/2013 | ADS | Draft/create Disclosure of Assets form for settlement negotiations. | 1.00 | 389 |
| | ADS | Conference with W. Ponader, K. Britton, and D. DeNeal to discuss order on motion to dismiss and procedures order.  Email to K. Toner and D. DeNeal regarding ███████ ████████████ | 0.90 | 390 |
| 03/19/2013 | ADS | Work on revised procedures order after March 13, 2013 hearings; email proposed procedures order to attorneys at KGR and FBD.  Emails with Liz Lynch regarding ████████ ███████████████████████.  Email to attorneys at FBD to discuss ████████ ████████████████████████. | 6.30 | 391 |
| 03/20/2013 | ADS | Amend/revise Notice of Hearing for Second Fee Application. | 0.30 | 392 |
| | ADS | Complete review of redaction of statements for accuracy; finalize pleadings and prepare for filing.  Conference with paralegal regarding noticing of fee application. Assignment to paralegal to file same. | 3.10 | 393 |
| 03/21/2013 | ADS | Voicemail from Varouj Bakhshian at BMC Group regarding noticing of notice of hearing on Trustee and KGR's fee applications. Telephonic conference and emails from and to regarding same. | 0.30 | 334 |
| | ADS | Draft lengthy email to ████████████ ███████████████████████████████ Email correspondence with ██████████████████████.  Complete portions of █████████████████████ Review and sign ██████████████████████ ████████████████ | 1.20 | 394 |
| | ADS | Review notes from March 13, 2013 omnibus hearing. | 0.20 | 395 |

Eastern Livestock Bankruptcy

ACCOUNT NO:       110035-53
INVOICE NO:              3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/22/2013 | ADS | Email to J. Kennedy regarding procedures order. | 0.10 | 396 |
| 03/25/2013 | ADS | Schedule and setup April 1, 2013 litigation status meeting; update list of meeting topics. | 0.20 | 397 |
| 03/26/2013 | ADS | Telephone call with K. Britton regarding pretrials set for March 27. | 0.20 | 399 |
|  | ADS | Final revisions to procedures order before circulation to opposing counsel. Email form and to Dustin DeNeal on status of same. | 0.40 | 400 |
|  | ADS | Draft email to objecting parties/counsel with Procedures Order. Final review and preparation of order for sending to opposing counsel. Calendar deadline for responses. Email from I. Shallcross. Email from N. Montell. Email from and to Amelia Adams. | 1.40 | 401 |
| 03/27/2013 | ADS | Prepare for and attend multiple pretrial conferences. Telephonic conference with W. Ponder and K. Britton, and Kristin Goss. | 2.10 | 402 |
|  | ADS | Review multiple emails from FBD ELC attorneys regarding call in numbers for omnibus hearings and pretrial conferences. Confer with Jay regarding same. Note to file regarding appropriate number. | 0.40 | 410 |
| 03/28/2013 | ADS | Discuss letter █████████████████ ████████with JPK and Steve Runyan. Review letter to ██████████████ ████████. Substantially revise letter to ████████████████████████. Emails between S. Runyan, J. Kennedy, J. Knauer regarding same. | 1.30 | 403 |
|  | ADS | Email from Brian Meldrum, attorney for Intrust regarding procedures order. Email from Amelia Adams regarding procedures order. Draft email to K. Goss with proposed |  |  |

Eastern Livestock Bankruptcy

ACCOUNT NO:        110035-53
INVOICE NO:              3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | order and upload same in ECF.  Diary for follow up on entry of order. | 0.50 | 404 |
|  | ADS | Telephonic conference with J. Kennedy and J. Knauer regarding ▮▮▮▮▮ Email to Knauer with same. | 0.30 | 405 |
| 03/29/2013 | ADS | Draft email to ▮▮▮▮▮▮▮▮▮ ▮▮▮▮ Assignment to legal assistant. | 0.50 | 406 |
|  | ADS | Regarding: Knauer v. Houck; Adv. Proc. No. 12-59145 |  |  |
|  |  | Telephone conference with Defendant Roy Stallcup. Voicemail to K. Britton and S. Eikenberry. Emails to same. | 0.40 | 407 |
|  | ADS | Telephonic conference with K. Britton regarding ▮▮▮▮▮▮ | 0.40 | 408 |
|  | ADS | Emails to and from K. Britton regarding ▮▮▮▮▮▮ | 0.20 | 409 |
| 04/01/2013 | ADS | Participate in ▮▮▮▮▮ with S. Runyan, J. Kennedy, J. Watt, T. Froelich, and J. Isaac. | 1.50 | 367 |
| 04/02/2013 | ADS | Attention to entry of procedures order; review ECF filings for same; and diary for follow up. | 0.20 | 411 |
| 04/03/2013 | ADS | Confer with J. Watt regarding orders on motions to dismiss in preference actions. | 0.20 | 461 |
|  | ADS | Attention to and review of Order on Motion to Establish Procedures for Certain Adversary Proceedings. | 0.10 | 463 |
|  | ADS | Review status of Thomas P. Gibson's Chapter 7 proceeding; review adversary cases where Eastern bankruptcy and Gibson bankruptcy share same defendants; review pleadings |  |  |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

Page: 22
October 01, 2013
ACCOUNT NO:      110035-53
INVOICE NO:             3

| | | | HOURS | |
|---|---|---|---|---|
| | | filed by Defendant Ernie Elder; Review status of all notice receivable actions and ███████████████ | 2.30 | 464 |
| 04/04/2013 | ADS | Conference call with D. DeNeal, K. Britton, W. Ponader, K. Toner, S. Eikenberry, S. Runyan, T. Froelich, J. Kennedy regarding ████████████████████ | 1.10 | 412 |
| | ADS | Forward email regarding ████████████ and request for ████████████████ ████████████ Email to T. Froelich regarding distribution of entered Procedures Order. Telephone conference with BMCGroup regarding notice of Procedures Order. | 0.40 | 465 |
| | ADS | Review email from K. Toner regarding ██████████████; review forwarded email from Liz Lynch (DSI); discuss █████████████. Email from ████████ ████████ and email to same regarding ████████████ attach new form. | 1.20 | 466 |
| 04/05/2013 | ADS | Review mailing material for adversary defendants to receive manual notice of Procedures Order to ensure effective service; email to BMC Group with revised manual notice matrix for distribution of procedures order. | 0.50 | 467 |
| | ADS | Telephonic conference with J. Watt regarding preparation and submission of orders on motions to dismiss. Review application to employ KGR for calculation of judgment amounts for Motions for default judgments. | 0.50 | 468 |
| | ADS | Review email from K. Toner regarding ██████████████ Telephonic conference with K. Toner regarding same. | 0.40 | 469 |
| | ADS | Email from A. Adams; and email to K. Goss | | |

Page: 23

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:      110035-53

INVOICE NO:              3

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | with proposed order on motion to dismiss. | 0.20 | 470 |
| 04/08/2013 | ADS | Gather from BMC Group, review, and edit current Certificate of Service list for manual and electronic service. File to General ELC folder. | 1.00 | 472 |
| 04/09/2013 | ADS | Voicemail to and voicemail from ▮▮▮▮▮▮. Voicemail to K. Toner. | 0.30 | 471 |
| | ADS | Telephonic conference with ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. Confer with J. Kennedy regarding conference ▮▮▮▮▮▮. | 0.40 | 473 |
| 04/10/2013 | ADS | Review notice of deficient filing regarding motion to compromise. Email to J. Kennedy regarding additional settlement agreements to notice with Animal Profiling settlement. | 0.20 | 474 |
| | ADS | Voicemail from and voicemail to Roy Stallcup, defendant in FBD adversary proceeding. Email to FBD attorneys to contact Stallcup. | 0.20 | 475 |
| 04/11/2013 | ADS | Telephone call with Roy Stallcup. Email from S. Eikenberry regarding contacting Stallcup. | 0.20 | 476 |
| 04/12/2013 | ADS | Fee application to D. Frewer and emails regarding same. | 0.40 | 477 |
| | ADS | Review proposed agenda for April 15, 2013 omnibus hearing. Substantial review/edit/and additions to same. Confer with J. Watt. Email to H. Mappes with revised agenda. | 0.80 | 478 |
| | ADS | Review ▮▮▮▮▮▮▮▮. Email from and email to J. Kennedy regarding proposed mediator, Kunkle, for preference actions mediations. email from and email to ELC team regarding ▮▮▮▮. Voicemail from Susan Remay regarding ELC | | |

Eastern Livestock Bankruptcy
ACCOUNT NO:     110035-53
INVOICE NO:          3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | distributions and forward to T. Froelich to respond. | 0.50 | 479 |
| 04/15/2013 | ADS | Prepare for and attend omnibus hearing. | 1.90 | 480 |
|  | ADS | Draft/revise/finalize Order Granting KGR's Second Interim Fee Application. | 0.50 | 481 |
|  | ADS | Voicemail from and telephone conference with Kristin Goss regarding orders on motions to dismiss. | 0.20 | 482 |
| 04/16/2013 | ADS | Attempt to obtain information regarding ▮▮▮; review▮▮▮ and calendar ▮▮▮▮. | 0.50 | 483 |
|  | ADS | Draft email to K. Goss regarding completion of submission of orders on Motions to Dismiss through ECF system; review multiple emails from Liz Lynch (DSI). | 0.20 | 484 |
| 04/18/2013 | ADS | Review ECF filings from April 17, 2013. | 0.20 | 485 |
| 04/19/2013 | ADS | Review/analyze ▮▮▮▮▮▮▮▮▮ Email correspondence with J. Watt concerning same. Edit/revise list of ▮▮▮▮▮▮▮ Email revised list to D. DeNeal. Telephonic conference with, voicemail to, and email to D. DeNeal resolving ▮▮▮▮▮. | 3.70 | 486 |
|  | ADS | Telephonic conference with J. Watt and D. DeNeal regarding ▮▮▮▮. | 0.30 | 487 |
| 04/20/2013 | ADS | Review/summarize notes from meetings and pretrials to ensure deadlines met and calendared and tasks complete. | 0.80 | 494 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| 04/22/2013 | ADS | Obtain ██████████████ and email same to S. Runyan ████████. | 0.20 | 488 |
| | ADS | Review Trustee's Post Confirmation Report ; note ██████████████████ | 0.30 | 489 |
| 04/23/2013 | ADS | Prepare for meeting with Trustee to discuss ██████████████ ████ review Schuchmann financial status and perform analysis for purposes of settlement offer; attend conference with J. Watt, J. Kennedy, J. Knauer, and T. Froelich regarding ████████████████████ ████████ prepare for May 9, 2013 pretrials; discuss ████████████ ████ with J. Watt. | 3.70 | 490 |
| 04/24/2013 | ADS | Review Procedures Order and deadlines contained therein;  draft email to ELC attorneys and staff regarding upcoming deadlines per Procedures Order. | 0.40 | 491 |
| 04/26/2013 | ADS | Preparation for May 9, 2013 Pretrial Conferences for all preference actions; conference with J. Watt to determine case status and need for hearing; telephonic conference with K. Goss to coordinate hearing times for each Preference Action. Meeting with legal assistant, J. Isaac, regarding preparation and drafting of Notices of Pretrial Conferences and agenda. Email to court with May 9, 2013 pretrial schedule.  Draft proposed Notice of Pretrial Conferences and send same to J. Kennedy and J. Watt for review. | 3.60 | 492 |
| 04/29/2013 | ADS | Email to Sarah Herendeen, paralegal at FBD, regarding status of completion of agenda for May 9, 2013 pretrial conferences; email from Sarah regarding same; and voicemail from K. | | |

Page: 26

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO:    110035-53
INVOICE NO:              3

re: Attorney for Trustee (Special Counsel)

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
|  |  | Britton. |  | 0.30 | 493 |
| 05/03/2013 | ADS | Review/edit draft procedures order letter regarding pretrial discovery and procedure. |  | 0.30 | 520 |
| 05/08/2013 | ADS | Review email to counsel with proposed agenda for telephonic conferences; obtain ▮▮▮▮ ▮▮▮▮▮▮▮▮ |  | 0.20 | 523 |
| 05/13/2013 | ADS | Review court calendar in anticipation of pretrial conferences set for May 13, 2013. |  | 0.20 | 517 |
| 05/15/2013 | ADS | Review pretrial notes from May 15, 2013 to ensure tasks completed.  Memorandum to file. |  | 0.20 | 524 |
| 05/22/2013 | ADS | Review ECF filings for April and May 2013. Review deficiency notices to ensure corrected and deadlines updated.  Review Trustee's initial estimated per plan and Trustee's initial report post-confirmation. |  | 0.70 | 525 |
| 05/23/2013 | ADS | Confer with J. Kennedy and J. Watt regarding ▮▮▮▮▮▮▮▮ |  | 0.30 | 526 |
| 05/28/2013 | ADS | Confer with assistant on service notices of motions to compromise/settle for Thompson Beef, Chastain, Phillips, and White. |  | 0.20 | 527 |
| 06/03/2013 | ADS | Email from H. Mappes at FBD regarding ▮▮▮ ▮▮▮▮▮▮ Email to H. Mappes requesting copy of ▮▮ ▮▮ Diary for follow up on response. |  | 0.20 | 547 |
|  | ADS | Gather list of remaining ▮▮▮▮▮▮▮ draft email to Liz Lynch with request for information and documentation. |  | 0.20 | 548 |
|  | ADS | Telephonic conference with Terry  Hall regarding ▮▮▮▮▮▮ |  | 0.30 | 549 |

Eastern Livestock Bankruptcy

October 01, 2013

ACCOUNT NO: 110035-53

INVOICE NO: 3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/04/2013 | ADS | Assignment to legal assistant to draft Motion for Extension of Time to File Election Notices. | 0.10 | 550 |
| 06/05/2013 | ADS | Email to FBD ELC Counsel regarding election notices extension. Email from W. Ponader with changes to Motion. Incorporate comments and revisions into Motion/continue revisions to Motion. Draft Notice of Motion, confirm service address for each notice recipient; draft new/updated service list. File Motion for Extension of Time and file to legal assistant to serve each defendant and creditor. | 3.40 | 551 |
|  | ADS | Receive and process ███████ | 0.20 | 552 |
|  | ADS | Confirm all attorneys for defendants in Preference Actions were served with MET to file election notices; draft emails to attorneys not served via ECF. | 0.40 | 553 |
| 06/06/2013 | ADS | Review contents of ███████ | 0.80 | 554 |
|  | ADS | Follow up with K. Toner regarding mediator's fees (Kunkel). Diary for follow up on response. | 0.10 | 555 |
| 06/07/2013 | ADS | Receive and review email from K. Toner regarding mediator's fees and draft email to J. Kennedy and J. Knauer regarding same. Confer with J. Knauer regarding ███████ | 0.50 | 557 |
| 06/10/2013 | ADS | Revise order granting motion for extension of time to file election notices and upload to court. Calendar new deadline to file | | |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | HOURS | |
|---|---|---|---|---|
| | | election notices, and diary for follow up on entry of order extending time. | 0.30 | 562 |
| | ADS | Schedule meeting with ELC counsel to discuss ███████████████ | 0.10 | 563 |
| 06/11/2013 | ADS | Prepare for and participate in meeting with ██████████████████████████████████████████████████ | 1.70 | 564 |
| 06/14/2013 | ADS | Begin drafting form for Election Notice for mediation. | 0.40 | 565 |
| 06/18/2013 | ADS | ███████████████ with J. Kennedy and J. Watt; discussion of ████████ ████████████ | 0.30 | 566 |
| 06/19/2013 | ADS | Legal research on ██████████████ ███████████ Confer with J. Watt on position statement. Confer with J. Kennedy and J. Watt on revisions to position statement. | 1.90 | 567 |
| | ADS | Begin drafting Motion to Approve Compensation of Phillip Kunkel as Mediator. | 0.60 | 568 |
| 06/20/2013 | ADS | Revise and finalize Election Notice, email to J. Kennedy and J. Watt for review and proposed revisions, confirm  proposed mediation dates with J. Watt. Continue working on drafting Motion to Approve Mediator. | 1.00 | 569 |
| 06/21/2013 | ADS | Regarding: Mediator | | |
| | | Draft/revise and finalize Notice of Motion regarding compensation of Kunkel.; revise motion and certificate of service; file pleadings with court (1.40)  Brief meeting with J. Kennedy and J. Watt to discuss trial schedule for Preference Actions. (0.30). | 1.70 | 570 |
| 06/24/2013 | ADS | Review proposed agenda for June 24, 2013 | | |