Eastern Livestock Bankruptcy

Page: 29
October 01, 2013
ACCOUNT NO:    110035-53
INVOICE NO:              3

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | omnibus status hearing. Review/analyze briefing in ▮▮▮ | 0.50 | 571 |
|  | ADS | Attend omnibus hearing. | 0.80 | 572 |
|  | ADS | Receive and review deficiency notice on Motion to Approve Compensation of Kunkel. Review applicable procedural rules and Procedures Manual. Draft Supplemental Application to Employ Phillip Kunkel as Mediator; obtain required affidavits; and prepare for filing. File Supplemental Motion with Court. | 2.10 | 574 |
| 06/25/2013 | ADS | Telephonic conference with Wendy Ponader regarding ▮▮▮ Email to W. Ponader with copy of case and position letter analyzing same. | 0.30 | 575 |
|  | ADS | Revise proposed order granted Second Interim Fee Application of KGR to include 20% holdback provision. Calendar third interim fee application deadline. | 0.40 | 576 |
| 06/26/2013 | ADS | Read/analyze memorandum from W. Scott Newbern to Judge Lorch regarding proposed case management order and request for global mediation. Review/analyze ▮▮▮ | 1.10 | 577 |
|  | ADS | Review notes and results from pretrial conferences and assignment to legal assistant to draft notice letters to Preference Action defendants regarding continued pretrial date. | 0.30 | 578 |
|  | ADS | Receive and review ▮▮▮ | 0.20 | 579 |

|  |  |  |  |  | Page: 30 |
|---|---|---|---|---|---|
|  | Eastern Livestock Bankruptcy |  |  |  | October 01, 2013 |
|  |  |  |  | ACCOUNT NO: | 110035-53 |
|  |  |  |  | INVOICE NO: | 3 |
|  | re: Attorney for Trustee (Special Counsel) |  |  |  |  |

| Date | | Desc | | HOURS | |
|---|---|---|---|---|---|
|  | ADS | Receive and review Order Denying Trustee's Motion for Partial Summary Judgment Regarding Statutory Trust entered in Friona v. Eastern Livestock adversary action. | | 0.20 | 580 |
| 07/01/2013 | ADS | Email from Dustin DeNeal and Email to J. Kennedy and Jennifer Watt regarding ▮▮▮▮▮ | | 0.10 | 601 |
|  | ADS | Regarding: ▮▮▮▮▮ | | | |
|  |  | Telephone call with Liz Lynch regarding potential claims against ▮▮▮▮. | | 0.40 | 602 |
| 07/02/2013 | ADS | Review notes from June 26, 2013 pretrial conferences and provides notes and case status to J. Watt. | | 0.20 | 603 |
|  | ADS | Legal research on ▮▮▮▮▮; draft email to D. DeNeal regarding same and forward research. | | 0.60 | 604 |
| 07/03/2013 | ADS | Review contents of ▮▮▮▮▮ | | 1.10 | 605 |
| 07/19/2013 | ADS | Draft order granting supplemental application to employ Phillip Kunkle as mediator. Email to J. Kennedy for review. | | 0.60 | 606 |
|  | ADS | Review ECF filings for July 1, 2013 through July 19, 2013. | | 0.20 | 607 |
| 07/29/2013 | ADS | Finalize and upload order approving Kunkel as mediator. Draft email to K. Goss regarding same. | | 0.30 | 608 |
| 07/30/2013 | ADS | Obtain court's July 31, 2013 calendar and begin preparation for pretrials. | | 0.40 | 609 |
| 07/31/2013 | ADS | Prepare for July 31, 2013 pretrial conferences. | | 0.30 | 610 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

Page: 31
October 01, 2013
ACCOUNT NO:   110035-53
INVOICE NO:   3

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| | ADS | Confer with J. Watt on status of Martin, Pringle & Chastain preference cases; obtain order on motion to compromise with Martin, Pringle. | 0.20 | 611 |
| 08/05/2013 | ADS | Develop and work on ▇▇▇ | 4.60 | 628 |
| 08/07/2013 | ADS | Review local bankruptcy rule regarding serving of orders by prevailing party; revise mailing certificate of service for ELC main case; draft certificate of service on Order Granting Supplemental Application to Employ Phillip Kunkel as Mediator and file same; assignment to assistant to serve order. | 1.30 | 629 |
| | ADS | Review ECF filings/emails from main case for July 22, 2013 through August 7, 2013. | 0.30 | 630 |
| 08/19/2013 | ADS | Receive and review email from Trustee regarding ▇▇▇ eview/analyze ▇▇▇ Review Minute entry from August 19 hearing and calendar hearing date on Fifth Third's request for protective order. | 5.00 | 631 |
| 08/20/2013 | ADS | Analyze ▇▇▇ Email to S. Runyan, J. Watt, J. Kennedy regarding same. | 0.40 | 632 |
| 08/22/2013 | ADS | Review ECF emails and pleadings in ELC main case for August 6, 22013 through August 22, 2013. | 0.80 | 633 |
| 08/26/2013 | ADS | Email from J. Knauer regarding website comment/submission; email to J. Knauer with response. | 0.10 | 634 |

| | | | | Page: 32 |
|---|---|---|---|---|
| Eastern Livestock Bankruptcy | | | | October 01, 2013 |
| | | | ACCOUNT NO: | 110035-53 |
| | | | INVOICE NO: | 3 |
| re: Attorney for Trustee (Special Counsel) | | | | |

| | | | HOURS | |
|---|---|---|---|---|
| | ADS | Email form and email to D. DeNeal regarding mediator's reports. | 0.10 | 635 |
| 08/27/2013 | ADS | Obtain court calendar for August 28, 2013 pretrial preparation. | 0.10 | 636 |
| | ADS | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Review court's calendar to confirm settings. Draft email to Jay Kennedy and Jen Watt with status of cases. | 1.30 | 637 |
| 08/28/2013 | ADS | Complete preparation for August 28, 2013 pretrials; update ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.30 | 638 |
| | ADS | Attend pretrial conferences for multiple preference action cases. | 0.90 | 639 |
| | ADS | Telephonic conference with L. Delcotto regarding call in number for ELC pretrials. | 0.10 | 640 |
| | ADS | Review/revise updated notice list for main case and email same to legal assistant. | 0.10 | 641 |
| | ADS | Strategize with Jay Kennedy regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 642 |
| 08/29/2013 | ADS | Review previously filed scheduling orders and motions to approve scheduling orders for ▓▓▓▓▓▓▓▓▓▓ | 0.20 | 643 |
| | | Amanda D. Stafford | 121.90 | |
| 03/05/2013 | TJF | Preparation of Distribution for sale of cattle | 0.20 | 357 |
| 03/07/2013 | TJF | Began reviewing WIPS for fee app | 1.50 | 358 |
| 03/10/2013 | TJF | Reviewed WIPS; began drafting Exhibit B to Fee Application | 1.00 | 359 |
| 03/12/2013 | TJF | Drafted Exhibit B to Fee Application; conference with JPK regarding same. | 2.30 | 360 |

|  |  |  |  | Page: 33 |
|---|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  |  | October 01, 2013 |
|  |  |  |  | ACCOUNT NO:     110035-53 |
|  |  |  |  | INVOICE NO:                    3 |
| re: Attorney for Trustee (Special Counsel) |  |  |  |  |

| Date | Init | Description | HOURS |  |
|---|---|---|---|---|
|  | TJF | Began drafting Exhibits to JAK's fee Application | 1.30 | 361 |
| 03/14/2013 | TJF | Meeting; updated fee app spreadsheet. | 0.80 | 362 |
|  | TJF | Finalized Fourth Fee Application for Trustee | 1.50 | 363 |
| 04/01/2013 | TJF | In-House Status conference | 1.00 | 415 |
| 04/03/2013 | TJF | Conference with Liz, J Watt, S Runyan and M Stafford regarding documents produced | 1.60 | 416 |
| 04/04/2013 | TJF | Conference call with FBD attorneys and KGR regarding ■■■■ | 1.00 | 417 |
| 04/09/2013 | TJF | Contacted Companion Life Ins. Co., Wells Fargo, Koley Jessen, Woods & Aitken, McBrayer Insurance Center, Lytle St., Gallaher Insurance, Cherokee Premium Audit, Ceridian Benefits Services, Mayfield Agency, The Campbell Group, Apex Clearing, Olympia Asset Management, Ltd., State of Wyoming Tax Board to change address for Eastern Livestock Cattle Co., LLC. | 2.00 | 419 |
| 04/15/2013 | TJF | Augmentation to Order Granting Fourth Fee Application for J. Knauer's review. | 0.30 | 433 |
| 04/16/2013 | TJF | Uploaded Order relating to Trustee Fee Application | 0.10 | 434 |
| 04/23/2013 | TJF | Participate in meeting with J. Kennedy, M. Stafford, J. Watt, and J. Knauer regarding ■■■■ | 1.50 | 435 |
| 04/24/2013 | TJF | Letter to C. Wharton enclosing renewed Trustee Bond; Renewal of Indiana Secretary of State Certificate of Good Standing. | 0.20 | 436 |
| 04/29/2013 | TJF | Call from Genola Cooper regarding payment on Proof of Claim. | 0.20 | 443 |

Page: 34
October 01, 2013

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-53
INVOICE NO:    3

re: Attorney for Trustee (Special Counsel)

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 05/13/2013 | TJF | Conference with J. Kennedy and J. Watt ████ | 0.50 | 518 |
| 05/14/2013 | TJF | Conference with J Watt regarding ████ ████ | 0.40 | 516 |
| 05/23/2013 | TJF | Preparation of checks for payment of invoices. | 0.60 | 522 |
| 06/27/2013 | TJF | Processed several check requests; paid same; conference with J. Knauer regarding same. | 0.70 | 543 |
| 07/17/2013 | TJF | Drafted spreadsheet outlining ████ ████ | 2.00 | 587 |
| 07/24/2013 | TJF | Missouri BMV research for title information and set up of online account. | 0.40 | 588 |
| 08/28/2013 | TJF | Conference with J. Kennedy regarding ████ | 0.30 | 617 |

Tammy J. Froelich    21.40

FOR CURRENT SERVICES RENDERED    327.10    92,373.50

RECAPITULATION

| TIMEKEEPER | Title | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Jay P. Kennedy | Partner | 75.90 | $395.00 | $29,980.50 |
| Harley K. Means | Partner | 0.30 | 300.00 | 90.00 |
| Steven E. Runyan | Partner | 15.00 | 295.00 | 4,425.00 |
| Jennifer L. Watt | Associate | 92.60 | 275.00 | 25,465.00 |
| Amanda D. Stafford | Associate | 121.90 | 250.00 | 30,475.00 |
| Tammy J. Froelich | Paralegal | 21.40 | 90.56 | 1,938.00 |

Reproduction of documents    336.90
Mailing expense    210.89
TOTAL EXPENSES THRU 08/31/2013    547.79

Eastern Livestock Bankruptcy

Page: 35
October 01, 2013
ACCOUNT NO:   110035-53
INVOICE NO:   3

re: Attorney for Trustee (Special Counsel)

| | |
|---|---:|
| Overnight mail | 16.12 |
| Service of Process Fee | 88.00 |
| Conference Call Fees | 32.33 |
| TOTAL ADVANCES THRU 08/31/2013 | 136.45 |
| TOTAL CURRENT WORK THIS STATEMENT | 93,057.74 |
| BALANCE DUE | $93,057.74 |