| Atty/Para | Rate | Case | Sp Cnsl hours | Sp Cnsl fees | Abliene Tx. Foods Hours | Abliene Tx. Foods Fees | ADM Hours | ADM Fees | Alabama Hours | Alabama Fees | Animal Profiling Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JPK | $175.00 | | 77.20 | $ 13,510.00 | | $ - | 23.60 | $ 4,130.00 | | $ - | 0.90 |
| JWL | $175.00 | | | $ - | | $ - | | $ - | | $ - | |
| JLW | $175.00 | | 92.60 | $ 16,205.00 | | $ - | 121.60 | $ 21,280.00 | 9.10 | $ 1,592.50 | |
| ADS | $175.00 | | 122.10 | $ 21,367.50 | | $ - | 129.30 | $ 22,627.50 | 0.90 | $ 157.50 | 8.40 |
| TJF | $125.00 | | 22.40 | $ 2,800.00 | | $ - | 2.40 | $ 300.00 | 0.50 | $ 62.50 | |
| KDK | $175.00 | | | $ - | | $ - | | $ - | | $ - | |
| HKM | $175.00 | | 0.30 | $ 52.50 | | $ - | 14.10 | $ 2,467.50 | | $ - | |
| SER | $175.00 | | 15.00 | $ 2,625.00 | | $ - | 170.40 | $ 29,820.00 | | $ - | |
| JLI | $125.00 | | | | | $ - | | $ - | | $ - | |
| Total | | | | | | | | | | | |
| | | | | | | | | | | | |

1

| Animal Profiling Fees | Arab hours | Arab fees | Ashville Hours | Ashville Fees | B&B Hours | B&B Fees | Beard Hours | Beard Fees | Berg Hours | Berg Fees | Billingsley Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 157.50 | 1.50 | $ 262.50 |  | $ - | 9.60 | $ 1,680.00 | 0.20 | $ 35.00 |  | $ - | 0.80 |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - | 9.80 | $ 1,715.00 | 8.60 | $ 1,505.00 | 20.90 | $ 3,657.50 | 2.50 | $ 437.50 |  | $ - | 10.20 |
| $ 1,470.00 | 0.30 | $ 52.50 | 1.20 | $ 210.00 | 2.90 | $ 507.50 | 0.20 | $ 35.00 | 1.30 | $ 227.50 | 3.70 |
| $ - | 2.20 | $ 275.00 | 0.50 | $ 62.50 | 0.90 | $ 112.50 | 0.60 | $ 75.00 |  | $ - | 0.60 |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |

| Billingsley Fees | Blanton Hours | Blanton Fees | Bradbury & York Hours | Bradbury & York Fees | Breitsprecher Hours | Breitsprecher Fees | Brown Hours | Brown Fees | Buckhorn Cattle Hours | Buckhorn Cattle Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 140.00 | 0.30 | $ 52.50 | 5.30 | $ 927.50 |  | $ - |  | $ - | 0.30 | $ 52.50 |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
| $ 1,785.00 | 6.70 | $ 1,172.50 | 42.10 | $ 7,367.50 |  | $ - |  | $ - |  | $ - |
| $ 647.50 | 0.70 | $ 122.50 |  | $ - | 0.80 | $ 140.00 | 2.10 | $ 367.50 | 8.50 | $ 1,487.50 |
| $ 75.00 | 1.80 | $ 225.00 |  | $ - |  | $ - |  | $ - |  | $ - |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
|  |  | $ - |  |  |  |  |  |  |  |  |

| Carroll Co. Hours | Carroll Co. Fees | Cav Hours | Cav Fees | Chase hours | Chase Fees | Chastain Hours | Chastain Fees | Christenson Hours | Christenson Fees | Circle M Hours | Circle M Fees | Coffey Hours | Coffey Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.20 | $ 35.00 | 0.50 | $ 87.50 |  | $ - |  | $ - | 0.50 | $ 87.50 |  | $ - | 0.30 | $ 52.50 |
|  | $ - |  | $ - | 0.50 | $ 87.50 |  | $ - |  | $ - |  | $ - |  | $ - |
| 5.90 | $ 1,032.50 | 3.10 | $ 542.50 |  | $ - | 2.10 | $ 367.50 | 5.90 | $ 1,032.50 | 2.80 | $ 490.00 | 8.60 | $ 1,505.00 |
| 0.80 | $ 140.00 | 0.80 | $ 140.00 |  | $ - | 1.70 | $ 297.50 |  | $ - |  | $ - |  | $ - |
| 0.60 | $ 75.00 | 0.50 | $ 62.50 |  | $ - | 0.50 | $ 62.50 | 2.30 | $ 287.50 | 2.10 | $ 262.50 | 0.70 | $ 87.50 |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |

4

| Corbin hours | Corbin Fees | Cornelison Hours | Cornelison Fees | Crow Hollow Hours | Crow Hollow Fees | Donnell hours | Donnell fees | ECC hours | ECC fees | Edens hours | Edens fees | Edwin hours | Edwin fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ - | 0.90 | $ 157.50 | | $ - | | $ - | | $ - | | $ - | | $ - |
| 0.70 | $ 122.50 | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| | $ - | 2.70 | $ 472.50 | | $ - | 0.10 | $ 17.50 | | $ - | | $ - | | $ - |
| | $ - | 0.20 | $ 35.00 | 7.70 | $ 1,347.50 | | $ - | 12.50 | $ 2,187.50 | | $ - | | $ - |
| | $ - | 0.50 | $ 62.50 | | $ - | | $ - | 0.30 | $ 37.50 | 0.30 | $ 37.50 | | $ - |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |

| Elder hours | Elder fees | Farris Hours | Farris Fees | Freeman hours | Freeman fees | Ft. Payne hours | Ft. Payne fees | Gallo Hours | Gallo Fees | Gaines hours | Gaines fees | Garrett hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.20 | $ 210.00 | | $ - | | $ - | 6.40 | $ 1,120.00 | | $ - | | $ - | 0.30 |
| 0.10 | $ 17.50 | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 0.40 | $ 70.00 | | $ - | | $ - | 12.40 | $ 2,170.00 | | $ - | | $ - | |
| 9.80 | $ 1,715.00 | 2.10 | $ 367.50 | | $ - | 0.40 | $ 70.00 | 2.90 | $ 507.50 | | $ - | 22.00 |
| 0.30 | $ 37.50 | | $ - | | $ - | 0.80 | $ 100.00 | | $ - | | $ - | 0.40 |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 0.20 | $ 35.00 | | $ - | | $ - | | $ - | | $ - | | $ - | |
| | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |

| Garrett fees | Gettlefinger hours | Gettlefinger fees | Gilbert Hours | Gilbert Fees | Grove hours | Grove fees | Hatcher hours | Hatcher fees | Randy Hoover & Sons hours | Randy Hoover & Sons fees | J. Hoover hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 52.50 | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | 2.30 | $ 402.50 | | $ - | 2.20 | $ 385.00 | 0.90 | $ 157.50 | 6.60 | $ 1,155.00 | |
| $ 3,850.00 | 0.80 | $ 140.00 | 0.40 | $ 70.00 | | $ - | | $ - | 0.20 | $ 35.00 | |
| $ 50.00 | 0.60 | $ 75.00 | | $ - | 2.00 | $ 250.00 | 0.20 | $ 25.00 | 0.50 | $ 62.50 | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |

| J. Hoover fees | Hume hours | Hume Fees | Hustbourne hours | Hustbourne fees | J&L hours | J&L fees | Jenny-Ann hours | Jenny-Ann fees | K&S hours | K&S Fees | Krantz hours | Krantz fees | Kropf hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ - | | $ - | 0.60 | $ 105.00 | 1.00 | $ 175.00 | | $ - | | $ - | 0.30 | $ 52.50 | 6.80 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | 0.40 | $ 70.00 | 5.00 | $ 875.00 | | $ - | | $ - | 2.80 | $ 490.00 | 33.50 |
| $ - | 2.10 | $ 367.50 | 11.30 | $ 1,977.50 | 0.90 | $ 157.50 | 6.20 | $ 1,085.00 | 0.50 | $ 87.50 | 0.30 | $ 52.50 | 1.40 |
| $ - | | $ - | 0.40 | $ 50.00 | 2.30 | $ 287.50 | | $ - | | $ - | 0.50 | $ 62.50 | 2.30 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| $ - | | $ - | | $ - | | $ - | 0.50 | $ 62.50 | | $ - | | $ - | |

| Kropf fees | Loveland hours | Loveland fees | McAlester hours | McAlester fees | Macon hours | Macon fees | Manthey hours | Manthey fees | Martin Pringle Oliver Wallace & Bauer hours | Martin Pringle Oliver Wallace & Bauer fees | Martin Farms hours | Martin Farms fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 1,190.00 | | $ - | 0.70 | $ 122.50 | 0.20 | $ 35.00 | 0.50 | $ 87.50 | 1.60 | $ 280.00 | 0.30 | $ 52.50 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ 5,862.50 | 2.70 | $ 472.50 | | $ - | 6.10 | $ 1,067.50 | 3.10 | $ 542.50 | 1.10 | $ 192.50 | 2.20 | $ 385.00 |
| $ 245.00 | 0.70 | $ 122.50 | 11.70 | $ 2,047.50 | 0.80 | $ 140.00 | 0.30 | $ 52.50 | 0.70 | $ 122.50 | | $ - |
| $ 287.50 | 0.90 | $ 112.50 | | $ - | 0.60 | $ 75.00 | 0.50 | $ 62.50 | 0.30 | $ 37.50 | 1.10 | $ 137.50 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |

| Mason hours | Mason fees | Mooney hours | Mooney fees | Musick hours | Musick fees | Nichols hours | Nichols fees | NW Alabama hours | NW Alabama fees | PBI Bank hours | PBI Bank fees | Parker hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | $ - | 0.20 | $ 35.00 |  | $ - | 0.30 | $ 52.50 | 4.80 | $ 840.00 | 0.80 | $ 140.00 | 0.70 |
| 0.50 | $ 87.50 |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - | 0.50 |
|  | $ - | 2.90 | $ 507.50 | 1.60 | $ 280.00 |  | $ - | 3.00 | $ 525.00 | 3.80 | $ 665.00 |  |
|  | $ - | 1.10 | $ 192.50 |  | $ - |  | $ - | 2.00 | $ 350.00 | 0.20 | $ 35.00 | 11.20 |
|  | $ - | 0.60 | $ 75.00 | 1.10 | $ 137.50 |  | $ - | 0.80 | $ 100.00 | 0.50 | $ 62.50 |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - | 0.30 |

10

| Parker fees | Peoples hours | Peoples fees | D. Phillips hours | D. Phillips fees | R. Rawls hours | R. Rawls fees | Riley hours | Riley fees | River Bend hours | River Bend fees | Brad R. hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 122.50 |  | $ - | 22.40 | $ 3,920.00 | 0.20 | $ 35.00 |  | $ - | 0.60 | $ 105.00 |  |
| $ 87.50 |  | $ - | 2.50 | $ 437.50 |  | $ - | 0.50 | $ 87.50 |  | $ - |  |
| $ - | 4.80 | $ 840.00 |  | $ - | 5.40 | $ 945.00 |  | $ - | 1.60 | $ 280.00 | 2.00 |
| $ 1,960.00 | 0.90 | $ 157.50 | 4.30 | $ 752.50 | 0.80 | $ 140.00 |  | $ - | 0.20 | $ 35.00 |  |
| $ - | 0.50 | $ 62.50 |  | $ - | 0.60 | $ 75.00 |  | $ - | 0.30 | $ 37.50 | 2.30 |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| $ 37.50 |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |

11

| Brad R. fees | S. Coffeyville hours | S. Coffeyville fees | Salem hours | Salem fees | Schuchmann hours | Schuchmann fees | Scotts Hill hours | Scotts Hill fees | B. Stewart hours | B. Stewart fees | D. Stewart hours | D. Stewart fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ - | 1.70 | $ 297.50 | 2.30 | $ 402.50 | 8.40 | $ 1,470.00 | 0.20 | $ 35.00 | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ 350.00 | 2.00 | $ 350.00 | 2.80 | $ 490.00 | 0.40 | $ 70.00 | 2.00 | $ 350.00 | 2.80 | $ 490.00 | 2.80 | $ 490.00 |
| $ - | | $ - | 0.30 | $ 52.50 | 15.00 | $ 2,625.00 | 0.50 | $ 87.50 | 1.00 | $ 175.00 | 0.30 | $ 52.50 |
| $ 287.50 | 0.60 | $ 75.00 | 0.50 | $ 62.50 | 0.20 | $ 25.00 | 0.50 | $ 62.50 | 0.60 | $ 75.00 | 0.50 | $ 62.50 |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |

| Stoops hours | Stoops fees | Tate hours | Tate fees | Thompson Beef hours | Thompson Beef fees | Tulsa hours | Tulsa fees | Walco hours | Walco fees | White hours | White fees | Wilson hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.40 | $ 70.00 | 0.20 | $ 35.00 | 3.80 | $ 665.00 |  | $ - | 1.70 | $ 297.50 | 0.90 | $ 157.50 |  |
| 0.30 | $ 52.50 |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| 0.10 | $ 17.50 | 9.70 | $ 1,697.50 | 1.30 | $ 227.50 | 3.90 | $ 682.50 | 7.40 | $ 1,295.00 | 2.40 | $ 420.00 |  |
| 2.80 | $ 490.00 | 1.90 | $ 332.50 | 1.50 | $ 262.50 | 0.20 | $ 35.00 | 1.10 | $ 192.50 | 1.90 | $ 332.50 | 2.40 |
| 0.10 | $ 12.50 | 0.70 | $ 87.50 | 0.50 | $ 62.50 | 0.60 | $ 75.00 | 2.80 | $ 350.00 | 0.70 | $ 87.50 |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
|  | $ - |  | $ - | 0.50 | $ 62.50 |  | $ - |  | $ - |  | $ - |  |

| Wilson fees | Winningham hours | Winningham fees | Witt hours | Witt fees | Zeisler hours | Zeisler fees | Total hours per Atty/Para | Total fees per Atty/Para |
|---|---|---|---|---|---|---|---|---|
| $ - | | $ - | 2.20 | $ 385.00 | 1.20 | $ 210.00 | 193.7 | $33,897.50 |
| $ - | | $ - | | $ - | | $ - | 5.6 | $980.00 |
| $ - | 1.80 | $ 315.00 | 17.10 | $ 2,992.50 | 4.90 | $ 857.50 | 523.5 | $91,612.50 |
| $ 420.00 | 0.40 | $ 70.00 | 0.20 | $ 35.00 | 0.30 | $ 52.50 | 432.1 | $75,617.50 |
| $ - | 1.20 | $ 150.00 | 0.80 | $ 100.00 | 0.50 | $ 62.50 | 70.9 | $8,862.50 |
| $ - | | $ - | | $ - | | $ - | 0.0 | $0.00 |
| $ - | | $ - | | $ - | | $ - | 14.4 | $2,520.00 |
| $ - | | $ - | | $ - | | $ - | 185.6 | $32,480.00 |
| $ - | | $ - | | $ - | | $ - | 1.3 | $162.50 |
| | | | | | | | | |
| | | | | | | | 1427.1 | $246,132.50 |