**Exhibit C**

| | |
|---|---|
| Title Commitment | $175.00 |
| Mailing Expense | $787.53 |
| Reproduction Expense | $796.32 |
| Telephonic Expenses | $ 56.58 |
| UCC Search/Browse Fees | $  6.00 |
| Service of Process | $ 88.00 |
| Parking | $ 10.00 |
| Total | **$1,919.43** |