| Defendant | Case No. | Settlement Amount | 25% Contigent Fee | Hours worked | Hours worked x 175.00 | TOTAL | Attorney Rates | | 2 1/2x | hours | TOTAL | Maximum amount which can be awarded | Contigency Fee Award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Martin Pringle Oliver Wallace & Bauer, LLP | 12-59114 | $10,000.00 | $2,500.00 | 7.70 | $1,347.50 | $3,847.50 | $395.00 | JPK | $987.50 | 2.20 | $2,172.50 | | |
| | | | | | | | $275.00 | JLW | $687.50 | 2.30 | $1,581.25 | | |
| | | | | | | | $250.00 | ADS | $625.00 | 1.00 | $625.00 | | |
| | | | | | | | $125.00 | TJF | $312.50 | 2.20 | $687.50 | | |
| | | | | | | $3,847.50 | | | | 7.70 | $5,066.25 | $3,847.50 | $2,500.00 |
| Tim White | 12-59131 | $6,634.97 | $1,658.74 | 8.20 | $1,435.00 | $3,093.74 | $395.00 | JPK | $987.50 | 1.20 | $1,185.00 | | |
| | | | | | | | $275.00 | JLW | $687.50 | 2.00 | $1,375.00 | | |
| | | | | | | | $250.00 | ADS | $625.00 | 1.50 | $937.50 | | |
| | | | | | | | $125.00 | TJF | $312.50 | 3.50 | $1,093.75 | | |
| | | | | | | $3,093.74 | | | | 8.20 | $4,591.25 | $3,093.74 | $1,658.74 |
| Chastain Feeds and Farm Supply, LLC | 12-59134 | $5,000.00 | $1,250.00 | 7.40 | $1,295.00 | $2,545.00 | $395.00 | JPK | $987.50 | 0.60 | $592.50 | | |
| | | | | | | | $275.00 | JLW | $687.50 | 1.70 | $1,168.75 | | |
| | | | | | | | $250.00 | ADS | $625.00 | 1.90 | $1,187.50 | | |
| | | | | | | | $125.00 | TJF | $312.50 | 3.20 | $1,000.00 | | |
| | | | | | | $2,545.00 | | | | 7.40 | $3,948.75 | $2,545.00 | $1,250.00 |
| Thompson Beef, Inc. | 12-59138 | $30,000.00 | $7,500.00 | 12.90 | $2,257.50 | $9,757.50 | $395.00 | JPK | $987.50 | 5.40 | $5,332.50 | | |
| | | | | | | | $275.00 | JLW | $687.50 | 2.40 | $1,650.00 | | |
| | | | | | | | $250.00 | ADS | $625.00 | 1.40 | $875.00 | | |
| | | | | | | | $125.00 | TJF | $312.50 | 3.20 | $1,000.00 | | |
| | | | | | | | $75.00 | JLI | $187.50 | 0.50 | $93.75 | | |
| | | | | | | $9,757.50 | | | | 12.90 | $3,618.75 | $9,757.50 | $7,500.00 |
| | | | | | 5% of Special Counsel | $18,818.77 | | | | | $22,437.52 | | |
| David A. Phillips; DJ Foods/Texas Brand Ribs, | Wash. Circuit Court | $525,000.00 | $131,250.00 | 38.90 | $6,807.50 | $138,057.50 | $395.00 | JPK | $987.50 | 23.90 | $23,601.25 | | |
| | | | | | | | $250.00 | JWL | $625.00 | 2.50 | $1,562.50 | | |
| | | | | | | | $250.00 | ADS | $625.00 | 12.50 | $7,812.50 | | |
| | | | | | | $138,057.50 | | | | 38.90 | $32,976.25 | $51,795.02 | $44,987.52 |
| | | | | | 5% of Special Counsel | $18,818.77 | | | | | $51,795.02 | | |
| NW Alabama | 12-59081 | $10,000.00 | $2,500.00 | 25.50 | $4,462.50 | $6,962.50 | $395.00 | JPK | $987.50 | 7.80 | $7,702.50 | | |

| Defendant | Case No. | Settlement Amount | 25% Contigent Fee | Hours worked | Hours worked x 175.00 | TOTAL | Attorney Rates | | 2 1/2x | hours | TOTAL | Maximum amount which can be awarded | Contigency Fee Award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $275.00 | JLW | $687.50 | 8.10 | $5,568.75 | | |
| | | | | | | | $250.00 | ADS | $625.00 | 3.90 | $2,437.50 | | |
| | | | | | | | $125.00 | TJF | $312.50 | 5.70 | $1,781.25 | | |
| | | | | | | $6,962.50 | | | | 25.50 | $17,490.00 | $6,962.50 | $2,500.00 |
| Eastern Cattle Co.** | 12-59153 | $145,823.60 | $36,455.90 | 30.80 | $5,390.00 | $41,845.90 | $395.00 | JPK | | 0.00 | $0.00 | | |
| Amount collected is on judgment to date | | | | | | | $275.00 | JLW | | 0.00 | $0.00 | | |
| | | | | | | | $250.00 | ADS | $625.00 | 29.20 | $18,250.00 | | |
| | | | | | | | $125.00 | TJF | $312.50 | 1.60 | $500.00 | | |
| | | | | | | $41,845.90 | | | | 30.80 | $18,750.00 | $18,750.00 | $13,360.00 |