October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

re: Trustee

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of __/__/__.
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
   (Trust is not automatically disbursed)
Other Comments_____

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 03/01/2013 | JAK | 10 - long call with Kevin Toner regarding settlement with Downs and Bluegrass and several interpleaders. | 475.00 | 0.50 | 1147 |
| | JAK | 4 - email correspondence with K Toner regarding Seals payments and discount for early pay. | 475.00 | 0.20 | 1148 |
| | JAK | 4 - email correspondence with T Hall on USA seized funds issues. | 475.00 | 0.20 | 1149 |
| | JAK | 4 - pleading review regarding motion to amend scheduling order. | 475.00 | 0.10 | 1150 |
| 03/04/2013 | JAK | 10 - email correspondence with Dustin DeNeal and review of complaint and strategy proposal regarding claims against Delbery Hawkins and prepare response approving in part and deferring in part. | 475.00 | 0.40 | 1151 |
| | JAK | 4 - review of and arrange for wire transfer of payroll. | 475.00 | 0.40 | 1152 |
| | JAK | 4 - pleading review | 475.00 | 0.40 | 1154 |
| 03/05/2013 | JAK | 4 - additional email correspondence regarding sale of USPB Units. | 475.00 | 0.30 | 1153 |
| 03/07/2013 | JAK | 10 - review of Animal Profiling settlement proposal and reply | 475.00 | 0.20 | 1155 |
| 03/12/2013 | JAK | 4 - review of billings; review of workman's comp; review of other ELC mail | 475.00 | 0.70 | 1156 |
| 03/13/2013 | JAK | 4 - attend telephonic omnibus hearing. | 475.00 | 0.80 | 1157 |
| | JAK | 4 - meeting with T Hall and K Toner | 475.00 | 1.40 | 1158 |
| 03/14/2013 | JAK | 10 - review of Monty Koller claims analysis and | | | |

Case 10-93904-BHL-11   Doc 2402-1   Filed 10/24/13   EOD 10/24/13 15:14:21   Pg 2 of 12

Eastern Livestock Bankruptcy

re: Trustee

October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

| Date | Staff | Description | Rate | HOURS | # |
|---|---|---|---|---|---|
| | | recommendations and respond to recommendations. | 475.00 | 0.50 | 1159 |
| | JAK | 4 - email correspondence with Don Fogle on transition of monthly bills to his office. | 475.00 | 0.30 | 1160 |
| | JAK | 4 - pleading review. | 475.00 | 0.40 | 1161 |
| | JAK | 10 - Review draft of Willie Down settlement agreement and comments to K Toner. | 475.00 | 0.40 | 1166 |
| 03/15/2013 | JAK | 4 - work on review of and revision to fee application and review of all time entries. | 475.00 | 1.20 | 1162 |
| 03/19/2013 | JAK | 10 - long conference call with E Lynch, K Toner and others to review Ed Edens claims and supporting evidence. | 475.00 | 2.00 | 1163 |
| 03/20/2013 | JAK | 4 - Fill out ADP form for payroll transmitting changes. | 475.00 | 0.40 | 1164 |
| | JAK | 4 - email correspondence with Joey Spicola on meeting. | 475.00 | 0.20 | 1165 |
| 03/21/2013 | JAK | 4- review of accumulated pleadings | 475.00 | 0.60 | 1167 |
| 03/22/2013 | JAK | 4- pleading review | 475.00 | 0.20 | 1168 |
| 03/25/2013 | JAK | 10 - To offices of FBD for settlement meeting with Gibson Trustee and counsel for Grant Gibson | 475.00 | 2.10 | 1169 |
| | JAK | 10- e-mail correspondence with J Kennedy and review of settlement analysis on claims of N W Alabama Livestock and Griffith Cattle and respond to recommendations | 475.00 | 0.40 | 1170 |
| 03/26/2013 | JAK | 4- review of lease extension and approve and execute | 475.00 | 0.30 | 1171 |
| | JAK | 10- conference call with Kennedy and Stafford re J & L Cattle claims | 475.00 | 0.20 | 1172 |
| | JAK | 10 - call with S Runyan concerning ADM motions to dismiss | 475.00 | 0.30 | 1173 |
| 03/27/2013 | JAK | 10 - Review of settlement with Thompson Beef | 475.00 | 0.30 | 1174 |
| | JAK | 10 - review of changes to Gibson standstill agreement | 475.00 | 0.20 | 1175 |
| 03/31/2013 | JAK | 10 -Review of complaint against Brian McCalister | 475.00 | 0.40 | 1176 |
| | JAK | 10 - review of settlement agreement for David Phillips and DJ Foods | 475.00 | 0.30 | 1177 |
| | JAK | 4 - e-mail correspondence with T Hall on Bond reduction motion; e-mail correspondence with | | | |

Eastern Livestock Bankruptcy

October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

re: Trustee

| Date | Atty | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | bonding company concerning renewal and reduction | 475.00 | 0.50 | 1178 |
| | JAK | 10 - review of complaint against Jennifer Berg note complaint | 475.00 | 0.30 | 1179 |
| 04/01/2013 | JAK | 4- work on termination of Susan Abbott health care insurance; letter to Humana | 475.00 | 0.40 | 1181 |
| | JAK | 4-; e-mail correspondence with D DeNeal re bond reduction; call to Chuck Wharton on bond reduction; prepare email request to Wharton on facts related to bond reduction | 475.00 | 0.50 | 1182 |
| | JAK | 4- respond to website email inquiry of Amy Burkett of Burkett Cattle Hauling | 475.00 | 0.20 | 1183 |
| | JAK | 4- arrange Eastern Payroll transfer | 475.00 | 0.30 | 1184 |
| 04/02/2013 | JAK | 4- E-mail correspondence with UST and Bonding Company on bond reduction approval | 475.00 | 0.20 | 1185 |
| | JAK | 4- pleading review | 475.00 | 0.40 | 1186 |
| 04/03/2013 | JAK | 4- meeting with Donald Fogle to discuss assignment of work and review of his spreadsheet analysis and claims to assist in plan implementation. | 475.00 | 1.00 | 1187 |
| | JAK | 10 - review of proposed settlements (1) Martin Pringle; 2) Chastain Feed; 3) Jeremy Coffey; 4) Animal Profiling | 475.00 | 0.50 | 1188 |
| | JAK | 4- call with Joey Spicola to arrange meeting tomorrow in Tampa | 475.00 | 0.20 | 1189 |
| | JAK | 10 - review of revisions to Gary Bell settlement documents | 475.00 | 0.30 | 1190 |
| 04/04/2013 | JAK | 1 travel to St. Petersberg to meet with J Spicola and his counsel Lawrence Fuentes to discuss ELC investment in ClickRWeight | 475.00 | 5.50 | 1191 |
| 04/08/2013 | JAK | 4 - E-mail correspondence with K Toner and T Hall on distribution calculation issues | 475.00 | 0.40 | 1192 |
| | JAK | 10 - e-mail correspondence with W Ponader on Gibson standstill agreement | 475.00 | 0.20 | 1193 |
| 04/12/2013 | JAK | 4 lengthy email from T Hall analyzing needed transfers to and from operating, escrow and opt in accounts; go online and review proposed transfers; prepare confirmatory memo on transfers; go online and make transfers; call to JP Morgan banker to arrange for transfers too large to send via internet | 475.00 | 2.00 | 1194 |
| | JAK | 10 - e-mail correspondence with D DeNeal on | | | |

Eastern Livestock Bankruptcy

October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

re: Trustee

| Date | Atty | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | Gibson trust case issues; call with W Ponader re same | 475.00 | 0.40 | 1195 |
| | JAK | 10 - review of documents on David Phillips and DJ Foods settlement | 475.00 | 0.30 | 1196 |
| 04/15/2013 | JAK | 4  review payroll and arrange wire transfer | 475.00 | 0.30 | 1197 |
| | JAK | 4- review of Tennessee Livestock Producers to claim objection | 475.00 | 0.30 | 1198 |
| | JAK | 4 - Review and execute joint prosecution agreement with Gibson estate | 475.00 | 0.40 | 1199 |
| | JAK | 4 - Review of Quarterly Report and arrange filing | 475.00 | 0.40 | 1200 |
| | JAK | 10 - review of memo regarding Agribeef claims and setoffs | 475.00 | 0.40 | 1201 |
| 04/16/2013 | JAK | 10- review of memo and invoices from Jay Jaffee on Shasta Livestock Exchange claims; call with Jaffee to discuss settlement | 475.00 | 0.50 | 1202 |
| 04/17/2013 | JAK | 10 To offices of FBD for meeting with W Ponader and T Hall to discuss Agribeef claims and case strategy; also review of several other pending matters | 475.00 | 3.00 | 1203 |
| 04/18/2013 | JAK | 4- review of accumulated pleadings | 475.00 | 0.80 | 1204 |
| | JAK | 10 - lengthy call with Jay Jaffee on settlement proposal regarding Shasta Livestock | 475.00 | 0.40 | 1205 |
| 04/19/2013 | JAK | 10  e-mail correspondence with  J Watt re Arab Livestock claims and judgment set aside | 475.00 | 0.20 | 1206 |
| | JAK | 10 - review of draft letter on Shasta Livestock claims | 475.00 | 0.20 | 1207 |
| | JAK | 4- continue review of accumulated pleadings | 475.00 | 0.70 | 1208 |
| | JAK | 4- attend to payroll deposit issues pre ADP inquiry | 475.00 | 0.30 | 1209 |
| 04/22/2013 | JAK | 10 - Conference with S Runyan on ADM briefing | 475.00 | 0.20 | 1210 |
| | JAK | 10 - e-mail correspondence with  A Stafford re Cattlemen's Feedlot claims | 475.00 | 0.20 | 1211 |
| | JAK | 10-review of Animal Health account credit invoice and discuss with A Stafford | 475.00 | 0.30 | 1212 |
| | JAK | 4-  conference with S Runyan on inquiry to Marissa Ford on S McDonald interview | 475.00 | 0.20 | 1213 |
| 04/23/2013 | JAK | 10  meeting with Kennedy, Stafford and Watt to discuss pending litigation | 475.00 | 1.80 | 1214 |

Case 10-93904-BHL-11   Doc 2402-1   Filed 10/24/13   EOD 10/24/13 15:14:21   Pg 5 of 12

Eastern Livestock Bankruptcy

October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

Page: 5

re: Trustee

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 04/24/2013 | JAK | 10 - Lengthy conference call on Grant Gibson settlement with counsel and T Gibson trustee | 475.00 | 1.20 | 1215 |
| | JAK | 4- pleading review | 475.00 | 0.50 | 1216 |
| 04/26/2013 | JAK | 1 - Call with T Hall and discuss ClickRWeight settlement | 475.00 | 0.40 | 1217 |
| 04/28/2013 | JAK | 1- E-mail correspondence with Joey Spicola on ClickRweight transfer of interests | 475.00 | 0.20 | 1218 |
| | JAK | 10 Review of multiple correspondence on joint settlement offer to Grant Gibson | 475.00 | 0.40 | 1219 |
| 04/29/2013 | JAK | 4- arrange to wire payroll to ADP | 475.00 | 0.30 | 2115 |
| | JAK | 10 - e-mail correspondence with K Toner and D DeNeal on various litigation issues | 475.00 | 0.50 | 2116 |
| 05/01/2013 | JAK | 10 receive and review of Williams Cattle Settlement; execute and return | 475.00 | 0.40 | 2117 |
| | JAK | 10 - review of complaint against Steven Kitchens | 475.00 | 0.30 | 2118 |
| | JAK | 10 - review of complaint against Paint Rock Cattle Co | 475.00 | 0.30 | 2119 |
| | JAK | 10 - review of complaint against Cattlemens' Feed Lot | 475.00 | 0.30 | 2120 |
| 05/07/2013 | JAK | 10 - review of objection to joint prosecution of Monty Koller | 475.00 | 0.30 | 2121 |
| | JAK | 4- offer letter from ClickRWeight counsel; e-mail correspondence with to Trustee counsel | 475.00 | 0.30 | 2122 |
| | JAK | 10 - Pleading review | 475.00 | 0.30 | 2123 |
| 05/08/2013 | JAK | 10 conference call with Toner, Ponader, Gibson Counsel re settlement with Grant Gibson and John Gibson | 475.00 | 0.70 | 2124 |
| | JAK | 10 - review of draft 114 page brief in response to ADM and Rufenacht motion to dismiss and comments to counsel | 475.00 | 2.50 | 2125 |
| 05/10/2013 | JAK | 10- call with Dustin DeNeal on settlement with NuTech and attempts to call their counsel | 475.00 | 0.40 | 2126 |
| 05/13/2013 | JAK | 4 review of accounts to locate missing ADP check; e-mail correspondence with T Froelich re same | 475.00 | 0.30 | 2127 |
| | JAK | 4- arrange rent payment | 475.00 | 0.10 | 2128 |
| | JAK | 4 - Omnibus hearing | 475.00 | 0.40 | 2129 |

Eastern Livestock Bankruptcy

October 10, 2013

ACCOUNT NO: 110035-50
INVOICE NO: 12

re: Trustee

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/14/2013 | JAK | 4 review of Walco settlement proposal from counsel and e-mail correspondence with counsel re same | 475.00 | 0.30 | 2130 |
| | JAK | 4- review of accumulated pleadings | 475.00 | 0.80 | 2131 |
| 05/15/2013 | JAK | 10- Review of tolling agreements for Franklin, Shasta and Hodge | 475.00 | 0.40 | 2132 |
| | JAK | 10- review of comments from FBD counsel and letter from counsel for Chad Schuchman on settlement | 475.00 | 0.30 | 2133 |
| | JAK | 10 -begin review of Agribeef position statement and documents | 475.00 | 0.50 | 2134 |
| 05/20/2013 | JAK | 10 Long conference call with Kevin Toner and T Hall to discuss Grant Gibson settlement and claim in Tom Gibson estate | 475.00 | 0.80 | 2135 |
| | JAK | 4- review of Aschville claim objection response | 475.00 | 0.10 | 2136 |
| | JAK | 10 - e-mail correspondence with J Kennedy on Wednesday meeting and review of claims analysis spreadsheet | 475.00 | 0.40 | 2137 |
| 05/21/2013 | JAK | 4 call with D Caruso regarding claims in Gibson estate and settlement with Grant Gibson | 475.00 | 0.30 | 2138 |
| | JAK | 4- call with T Hall re Gibson Estate claims and bank meeting | 475.00 | 0.40 | 2139 |
| 05/22/2013 | JAK | 4- meeting at FBD offices with 5/3 Bank to discuss plan issues and settlements affecting Bank | 475.00 | 3.00 | 2140 |
| | JAK | 10 - reviewing settlements with JPK | 475.00 | 0.40 | 2141 |
| 05/23/2013 | JAK | 10 long call with W Ponader regarding Agribeef claims and settlement proposals | 475.00 | 0.60 | 2142 |
| 05/28/2013 | JAK | 10 Agribeef settlement response and review of interrogatories | 475.00 | 0.40 | 2143 |
| | JAK | 10- claims analysis discussion with D DeNeal | 475.00 | 0.30 | 2144 |
| 06/06/2013 | JAK | 4 review of Amended Quarterly Report (27 pages); call with T Hall to discuss several report issues | 475.00 | 0.60 | 2145 |
| | JAK | 10- numerous emails concerning settlement proposals with John and Grant Gibson | 475.00 | 0.80 | 2146 |
| 06/07/2013 | JAK | 10- call with K Toner on Grant Gibson settlement issues | 475.00 | 0.40 | 2147 |
| | JAK | 10 - review of Nu Tech Settlement Agreement terms, execute same and return to D DeNeal | 475.00 | 0.50 | 2148 |

Eastern Livestock Bankruptcy

October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

re: Trustee

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 10 - review of 76 page ADMIS reply brief | 475.00 | 1.30 | 2149 |
| 06/10/2013 | JAK | 10 - Conference call with Gibson Bank counsel to discuss settlement issues | 475.00 | 0.50 | 2150 |
| | JAK | 4 - Arrange for office payroll wire; review and approve office billings | 475.00 | 0.40 | 2151 |
| | JAK | 10 - conference with JPK on Phillips settlement and other cases | 475.00 | 0.40 | 2152 |
| | JAK | 4- review of bank statements | 475.00 | 0.30 | 2153 |
| | JAK | 4- review of fee objections (4 pleadings) | 475.00 | 0.40 | 2154 |
| 06/11/2013 | JAK | 10 - Meeting with Jay, Jennifer and Mandy to review cases for mediation or settlement | 475.00 | 1.50 | 2155 |
| | JAK | 10 - prepare further responses to Grant Gibson mediation settlement issues | 475.00 | 0.30 | 2156 |
| 06/17/2013 | JAK | 10 -  long conference call with W Ponader concerning DeMaio settlement of account receivable claims and preference claims | 475.00 | 1.00 | 2157 |
| 06/19/2013 | JAK | 4- review of pleadings | 475.00 | 0.40 | 2158 |
| | JAK | 10 - long call with J Jaffee on strategy related to Shasta Livestock case and review of correspondence and memo re same | 475.00 | 0.80 | 2159 |
| 06/25/2013 | JAK | 10  review of settlement agreement, note assignment, Allonge, mortgage assignment re Phillips and meet with Jay Kennedy to discuss changes in docs. | 475.00 | 0.60 | 2160 |
| | JAK | 10 - Review of and execute Chastain Feeds Settlement Agreement | 475.00 | 0.30 | 2161 |
| 06/26/2013 | JAK | 10  court telephonic call re status of Edens case and others | 475.00 | 0.40 | 2162 |
| | JAK | 10- receive settlement proposal from T Hall and create spreadsheet from her comments | 475.00 | 0.40 | 2163 |
| | JAK | 4 - long call with Terry Hall on case status and several settlements; also discuss plan payment issues and Seized funds settlement and Gibson estate claims and Fifth Third Gibson claims; | 475.00 | 1.30 | 2164 |
| | JAK | 10 - continue call with Hall and Toner on Agribeef case issues | 475.00 | 0.30 | 2165 |
| | JAK | 10 - call with Jay Kennedy to discuss telephonic hearing on pending cases of Scott Newburn (.2); | | | |

Case 10-93904-BHL-11   Doc 2402-1   Filed 10/24/13   EOD 10/24/13 15:14:21   Page 8 of 12

Eastern Livestock Bankruptcy

October 10, 2013
ACCOUNT NO:        110035-50
INVOICE NO:             12

re: Trustee

| Date | Atty | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | participate in hearing (.4) | 475.00 | 0.60 | 2166 |
| 06/27/2013 | JAK | 4  pleading review | 475.00 | 0.50 | 2167 |
| 07/02/2013 | JAK | 10  - Conf with JPK on settlement order | 475.00 | 0.20 | 2168 |
| | JAK | 10 - conf with Amanda Stafford on Schuchmann offer | 475.00 | 0.30 | 2169 |
| | JAK | 10 - conference with S Runyan on ADM hearing next week and preparations | 475.00 | 0.30 | 2170 |
| 07/03/2013 | JAK | 10  review of Chad Schuchman financial statement and other related documents to consider settlement; meeting with A Stafford re same | 475.00 | 0.60 | 2171 |
| | JAK | 10 - conf with A Stafford on settlement offer of Berg | 475.00 | 0.20 | 2172 |
| | JAK | 10 - review of Edens witness and exhibit list | 475.00 | 0.30 | 2173 |
| 07/05/2013 | JAK | 10 - review of memo regarding claims against Agribeef, Hoenberger, Fredin Bros. and others | 475.00 | 0.60 | 2174 |
| | JAK | 10- email review of suggested settlement and strategy from D DeNeal re Irsik & Doll | 475.00 | 0.30 | 2175 |
| 07/08/2013 | JAK | 10  to FBD and conference with K Toner and Shawana Eikenberry to discuss trial in interpleader and related cases involving Hoenberger, Fredin Bros., Chad Houck, Eddie Strickland, Dollar K and Kremlin and Bank First claims | 475.00 | 2.00 | 2177 |
| | JAK | 10 - review of memos from Jay Kennedy regarding Rex Mooney and memo from J Watt regarding Kenny Winningham claims | 475.00 | 0.30 | 2178 |
| | JAK | 4- arrange payroll | 475.00 | 0.40 | 2179 |
| 07/09/2013 | JAK | 10  review of 45 power point slides for oral argument regarding ADM case for tomorrow and discuss with S Runyan | 475.00 | 1.00 | 2180 |
| | JAK | 10 - review of discovery to be tendered in Edens case and comments to Harmony | 475.00 | 0.40 | 2181 |
| 07/10/2013 | JAK | 10  attend New Albany hearing on oral arguments regarding motion to dismiss in ADM litigation | 475.00 | 8.00 | 2182 |
| 07/16/2013 | JAK | 10  email correspondence  and call with T Hall on Agribeef mediation | 475.00 | 0.30 | 2183 |
| 07/17/2013 | JAK | 10 email correspondence  T Hall and others on Agribeef mediation | 475.00 | 0.30 | 2184 |
| | JAK | 10 - conference with S Runyan and A Stafford on ADM litigation | 475.00 | 0.40 | 2185 |

re: Trustee

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 4- pleading review | 475.00 | 0.30 | 2186 |
| 07/18/2013 | JAK | 10- very long conf call with W Ponader and D DeNeal to discuss claims of Irsik & Dahl, Monty Kohler; Intrust Bank; Gibson Estate; several others and mediation issues | 475.00 | 1.00 | 2187 |
| | JAK | 10 - review of Northwest Alabama Livestock settlement changes | 475.00 | 0.20 | 2188 |
| 07/19/2013 | JAK | 10 long discussions on allowance of claims Irsik & Dahl with D DeNeal | 475.00 | 0.30 | 2189 |
| 07/22/2013 | JAK | 10 call and email correspondence with D DeNeal on Irsik & Dahl settlement | 475.00 | 0.30 | 2190 |
| | JAK | 4- arrange for payroll Wire | 475.00 | 0.30 | 2191 |
| | JAK | 4 - pleading review | 475.00 | 0.30 | 2192 |
| 07/23/2013 | JAK | 10 review of jurisdiction consent case from 9th Circuit and pass on to SER re ADM litigation | 475.00 | 0.50 | 2193 |
| 07/30/2013 | JAK | 10 e-mail correspondence with Jaffe and Shasta counsel on tolling agreement | 475.00 | 0.30 | 2194 |
| | JAK | 4- pleading review | 475.00 | 0.30 | 2195 |
| 07/31/2013 | JAK | 4 call from Don Fogle on 2nd Quarter Operating Report and e-mail correspondence with T Hall and D DeNEal re same | 475.00 | 0.30 | 2196 |
| 08/01/2013 | JAK | 10 review of lengthy letter concerning analysis of preference claims and email correspondence Jay Jaffee and others re same | 475.00 | 0.50 | 2197 |
| 08/02/2013 | JAK | 4- review of 2nd Qtr Report and execute and return | 475.00 | 0.30 | 2198 |
| | JAK | 4- review of Kunkel mediation agreement and execute and return | 475.00 | 0.30 | 2199 |
| 08/05/2013 | JAK | 4 pleading review | 475.00 | 0.40 | 2200 |
| | JAK | 4- fund payroll by wire transfer | 475.00 | 0.30 | 2201 |
| | JAK | 4- email with D Fogle on quarterly report issue | 475.00 | 0.20 | 2202 |
| | JAK | 4- review of office billings and arrange letter contesting utility charge | 475.00 | 0.20 | 2203 |
| 08/06/2013 | JAK | 4- call from Joey Spiccola of Clic-R-Weight | 475.00 | 0.20 | 2204 |
| | JAK | 4- call to Olympia Asset Management concerning ownership of account; email correspondence with D | | | |

Eastern Livestock Bankruptcy

re: Trustee

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | Caruso to advise of account | 475.00 | 0.40 | 2205 |
| 08/07/2013 | JAK | 10 - Memo from K Koons on magistrate conference call concerning appeal | 475.00 | 0.20 | 2206 |
| 08/08/2013 | JAK | 4  review ClicRweight 2011 and 2012 income tax returns for considering valuation as possible settlement; email to T Hall re same | 475.00 | 0.50 | 2207 |
| | JAK | 4- attention to office rent payment | 475.00 | 0.10 | 2208 |
| | JAK | 10 - review of Strickland Farms motion to produce and interrogatories and requests for admissions | 475.00 | 0.60 | 2209 |
| 08/09/2013 | JAK | 4  pleading review | 475.00 | 0.30 | 2210 |
| | JAK | 4- receive and review of Atkinson Mediation Agreement and execute and image and send to counsel | 475.00 | 0.40 | 2211 |
| 08/12/2013 | JAK | 10  review of materials and summaries on cases of of Bradbury & York / B&B Livestock / Amos Kropf and Ft. Payne | 475.00 | 1.30 | 2212 |
| | JAK | 10 - meeting with Jay Kennedy and Jennifer to review cases of Bradbury & York / B&B Livestock / Amos Kropf and Ft. Payne to discuss counteroffers and preparation for next week's mediation. | 475.00 | 1.40 | 2213 |
| | JAK | 10 - call with Terry Hall on responding to Agribeef latest settlement proposal | 475.00 | 0.30 | 2214 |
| 08/13/2013 | JAK | 10  long call with T Hall to discuss possible responses to Agribeef settlement offer and review of component claims and their strengths and weaknesses | 475.00 | 0.50 | 2215 |
| 08/14/2013 | JAK | 10  long call with T Hall to discuss renewed negotiations with Agribeef in anticipation of next week's mediation | 475.00 | 0.40 | 2216 |
| | JAK | 10 - search of emails to respond to Intrust Bank discovery request | 475.00 | 0.40 | 2217 |
| | JAK | 4- responding to inquiry on Texas Feedlot ownership from Website | 475.00 | 0.20 | 2218 |
| | JAK | 4- pleading review and email correspondence  with counsel | 475.00 | 0.50 | 2219 |
| | JAK | 10 - review of Ron & Taylor Reed settlement analysis and email correspondence  D DeNeal re same | 475.00 | 0.50 | 2220 |
| | JAK | 10 - email correspondence  T Hall on additional Agribeef negotiations and settlement acceptance | 475.00 | 0.30 | 2221 |

Eastern Livestock Bankruptcy

October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

re: Trustee

| Date | | | | Rate | HOURS | |
|---|---|---|---|---|---|---|
| | JAK | 10 - review of Hawkins litigation and recommendation of local counsel; respond to Dustin DeNeal | | 475.00 | 0.50 | 2222 |
| 08/15/2013 | JAK | 10  email correspondence with Shiv O'Neal and review of Atkinson mediation statement and email reply with comments | | 475.00 | 0.50 | 2223 |
| | JAK | 10- email correspondence Dustin DeNeal with comments concerning mediation statement re Intrust Bank and proposed offer | | 475.00 | 0.40 | 2224 |
| | JAK | 10 - review of objections by First Bank and Bluegrass creditors to 5/3 motion for protective order | | 475.00 | 0.40 | 2225 |
| | JAK | 4- email memo to counsel on planned escrow to operating account transfers | | 475.00 | 0.30 | 2231 |
| 08/19/2013 | JAK | 10  review of Ron & Taylor Reed settlement offer and call to D DeNeal to discuss<br>4- email to counsel on proposed transfers to operating account from settlements in escrow | | 475.00 | 0.30 | 2226 |
| | JAK | 4 - work on payment of UST fees | | 475.00 | 0.20 | 2227 |
| | JAK | 10 - conference of tomorrow's mediations with J Kennedy | | 475.00 | 0.30 | 2228 |
| | JAK | 4- arrange payroll | | 475.00 | 0.30 | 2229 |
| | JAK | 4- Omnibus hearing conference call | | 475.00 | 0.50 | 2230 |
| 08/20/2013 | JAK | 10  mediation in Louisville | | 475.00 | 10.50 | 2232 |
| 08/21/2013 | JAK | 10  mediation in Louisville | | 475.00 | 8.00 | 2233 |
| 08/22/2013 | JAK | 10  mediation in Louisville | | 475.00 | 10.00 | 2234 |
| 08/23/2013 | JAK | 10  email correspondence re Shasta Livestock case issues | | 475.00 | 0.30 | 2235 |
| 08/26/2013 | JAK | 10  call from Kevin Toner and discuss settlement of Austin Texas case scheduled for depositions this Wednesday | | 475.00 | 0.30 | 2236 |
| | JAK | 10  call from Jay Jaffee and discuss settlement of Shasta case and one other | | 475.00 | 0.40 | 2237 |
| 08/28/2013 | JAK | 10 Conference call with S O'Neil and T Hall on Atkinson Livestock settlement | | 475.00 | 0.50 | 2238 |
| 08/29/2013 | JAK | 10  email from K Toner regarding issues in Ed Edens case | | 475.00 | 0.20 | 2239 |
| | JAK | 10 - email from Shawana Eikenberry on settlement | | | | |

Eastern Livestock Bankruptcy

Page: 12
October 10, 2013
ACCOUNT NO: 110035-50
INVOICE NO: 12

re: Trustee

| | Rate | HOURS | | |
|---|---|---|---|---|
| proposal for Svoboda and respond | 475.00 | 0.20 | | 2240 |
| James A. Knauer | | 138.40 | 65,740.00 | |
| FOR CURRENT SERVICES RENDERED | | 138.40 | 65,740.00 | |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James A. Knauer | 138.40 | $475.00 | $65,740.00 |

| | | |
|---|---|---|
| Reproduction of documents @ $.10 | 16.60 | |
| Mailing expense | 25.07 | |
| Supplies (checks) | 46.52 | 436 |
| Supplies | 49.76 | 433 |
| Mileage | 115.50 | 431 |
| TOTAL EXPENSES THRU 08/31/2013 | 253.45 | |

| | | |
|---|---|---|
| Overnight mail | 130.85 | |
| Travel Expenses- Hotel 2 nights | 369.42 | 430 |
| Travel Expenses - Meals - James A. Knauer | 86.32 | 432 |
| Air Fare James A. Knauer - to and from Atlanta, GA | 308.20 | 257 |
| Air Fare James A. Knauer - to and from St. Petersburg, Florida | 230.74 | 258 |
| Conference Call Fees | 7.86 | |
| TOTAL ADVANCES THRU 08/31/2013 | 1,133.39 | |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 67,126.84 |
| PREVIOUS BALANCE | $79,485.76 |
| BALANCE DUE | $146,612.60 |

### AGE OF OUTSTANDING STATEMENTS

| 0-30 | 31-60 | 61-90 | 91-180 | 181-360 | 361+ |
|---|---|---|---|---|---|
| 67,126.84 | 0.00 | 0.00 | 53,551.68 | 25,934.08 | 0.00 |