October 10, 2013
ACCOUNT NO:     110034-50
INVOICE NO:              7

re: Website

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Return this statement to me **VIA EMAIL**
[ ]**Hold** this statement/Do not send
[ ]Send only **previous** balance
[ ]**Close** this matter as of __/__/__.
[ ]Make **Inactive**/leave on shelf.
[ ]**Pay** this invoice from **TRUST**
    (Trust is not automatically disbursed)
Other Comments_____

_____

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 03/04/2013 | TJF | Updated website | 95.00 | 0.60 | 450 |
| 03/05/2013 | TJF | Updated website | 95.00 | 0.50 | 451 |
| 03/11/2013 | TJF | Updated website | 95.00 | 3.00 | 452 |
| 03/13/2013 | TJF | Updated website | 95.00 | 2.00 | 453 |
| 03/18/2013 | TJF | Updated website | 95.00 | 0.60 | 454 |
| 03/19/2013 | TJF | Updated website | 95.00 | 0.70 | 455 |
| 03/20/2013 | TJF | Updated website | 95.00 | 2.70 | 456 |
| 03/25/2013 | TJF | Updated website | 95.00 | 1.50 | 457 |
| 04/09/2013 | TJF | Updated website | 95.00 | 1.00 | 458 |
| 04/10/2013 | TJF | Updated website. | 95.00 | 1.00 | 459 |
| 04/11/2013 | TJF | Updated website | 95.00 | 2.00 | 460 |
| 04/15/2013 | TJF | Updated website | 95.00 | 2.00 | 461 |
| 04/16/2013 | TJF | Updated website | 95.00 | 3.20 | 462 |
| 04/17/2013 | TJF | Updated website | 95.00 | 0.50 | 463 |
| 04/23/2013 | TJF | Updated website | 95.00 | 2.00 | 464 |
| 05/01/2013 | TJF | Updated website. | 95.00 | 1.10 | 465 |
| 05/02/2013 | TJF | Updated website. | 95.00 | 0.70 | 466 |
| 05/09/2013 | TJF | Updated website. | 95.00 | 0.80 | 467 |

re: Website

| Date | | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|---|
| 05/14/2013 | TJF | Updated website | | 95.00 | 1.00 | | 468 |
| 05/15/2013 | TJF | Updated website | | 95.00 | 0.40 | | 469 |
| 05/20/2013 | TJF | Updated website | | 95.00 | 2.20 | | 470 |
| 05/21/2013 | TJF | Updated website | | 95.00 | 2.90 | | 471 |
| 05/22/2013 | TJF | Updated website | | 95.00 | 0.90 | | 472 |
| 05/28/2013 | TJF | Updated website | | 95.00 | 1.00 | | 473 |
| 06/05/2013 | TJF | Updated website | | 95.00 | 1.20 | | 474 |
| 06/12/2013 | TJF | Updated website | | 95.00 | 0.80 | | 475 |
| 06/24/2013 | TJF | Updated website | | 95.00 | 0.80 | | 476 |
| 06/26/2013 | TJF | Updated website | | 95.00 | 0.40 | | 477 |
| 07/08/2013 | TJF | Updated website | | 95.00 | 0.50 | | 478 |
| 07/15/2013 | TJF | Updated website | | 95.00 | 0.40 | | 479 |
| 07/16/2013 | TJF | Updated website | | 95.00 | 0.60 | | 480 |
| 07/22/2013 | TJF | Updated website | | 95.00 | 0.40 | | 481 |
| 07/25/2013 | TJF | Updated website | | 95.00 | 0.60 | | 482 |
| 08/06/2013 | TJF | Updated website | | 95.00 | 0.30 | | 483 |
| 08/07/2013 | TJF | Updated website | | 95.00 | 0.50 | | 484 |
| 08/08/2013 | TJF | Updated website | | 95.00 | 0.70 | | 485 |
| 08/15/2013 | TJF | Updated website | | 95.00 | 0.90 | | 486 |
| 08/20/2013 | TJF | Updated website | | 95.00 | 0.70 | | 487 |
| | | Tammy J. Froelich | | | 43.10 | 4,094.50 | |
| | | FOR CURRENT SERVICES RENDERED | | | 43.10 | 4,094.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 43.10 | $95.00 | $4,094.50 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 4,094.50 |
| PREVIOUS BALANCE | $1,404.13 |

Eastern Livestock Bankruptcy

October 10, 2013

ACCOUNT NO:    110034-50

INVOICE NO:    7

re: Website

BALANCE DUE $5,498.63

AGE OF OUTSTANDING STATEMENTS

| 0-30 | 31-60 | 61-90 | 91-180 | 181-360 | 361+ |
|---|---|---|---|---|---|
| 4,094.50 | 0.00 | 0.00 | 0.00 | 1,404.13 | 0.00 |