# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

In re: )
)
EASTERN LIVESTOCK CO., LLC,  )   Case Number: 10-93904-BHL-11
)
Debtor. )

## POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending:  9/30/2013
Confirmation Date:  12/20/2012

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $75,000.00 | $75,000.00 | $1,094,060.97 | $1,244,060.97 |
| Cash Disbursements, including plan payments | -$8,087.77 | -$21,193.49 | -$2,136,932.12 | -$2,166,213.38 |
| Total | $66,912.23 | $53,806.51 | -$1,042,871.15 | -$922,152.41 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $8,087.77 | $21,193.49 | $1,636,932.12 | $1,666,213.38 |
| Secured Creditors | $0.00 | $0.00 | $500,000.00 | $500,000.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $8,087.77 | $21,193.49 | $2,136,932.12 | $2,166,213.38 |

1. Have Quarterly U.S. Trustee Fees been paid?                         (Yes)          No
   If no, please explain.

2. Have all payments been made as set forth in the plan?           Yes          (No)
   If no, please explain.
   ***Payments to unsecured creditors have not yet started.***

3. Have all property sales and transfers set forth in the plan been completed?           Yes          (No)
   If no, please explain.

4. Have any distributions been made to stockholders of the debtor?
   If yes, please explain.                                                Yes        No

5. Is the debtor current on all post confirmation taxes?                 Yes        No
   If no, please explain.

6. Have all claims been resolved?                                        Yes        No
   If no, please explain.
   *Certain claims are subject to disallowance in adversary proceedings.*

7. When will the application for final decree be filed?
   *Once the estate has been fully administered, which will occur no
   sooner than the second quarter of 2014.*

8. Is this a final report?                                               Yes        No
   If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is
complete, true and correct to the best of my knowledge, information and belief.

By: _____                    Dated: 10 | 25 | 13
        James A. Knauer
    Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

## ELC Operating
## Receipts

| EASTERN LIVESTOCK CO., LLC, | | | | Case Number: 10-93904-BHL-11 | |
|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | |
| | | | | | |
| Name of Bank | | JP Morgan Chase Bank NA | | | |
| Account Number | | 922019401 | | | |
| Purpose of Account | | Operating Account | | | |
| Type of Account | | Checking Account | | | |
| | | | | | |
| Date of Transaction | Payer | Purpose or Description | | Amount | |
| | | | | | |
| | | | | | |
| 07/08/2013 | Gary Seals | Settlement | $ | 75,000.00 | |
| | | | | | |
| | Total 07/01/2013-07/31/2013 | | | | $ | 75,000.00 |
| | | | | | |
| | | | | | |
| 08/02/2013 | Gary Seals | Settlement | $ | 75,000.00 | |
| | | | | | |
| | | | | | |
| | Total 8/1/2013-08/31/2013 | | | | $ | 75,000.00 |
| | | | | | |
| 09/03/2013 | Gary Seals | Settlement | $ | 75,000.00 | |
| 09/10/2013 | Irsik & Doll | Settlement | $ | 141,254.64 | |
| 09/10/2013 | Wellpoint | Dividend Payment | $ | 187.50 | |
| 09/23/2013 | Animal Profiling | Settlement | $ | 3,149.85 | |
| 09/23/2013 | Animal Profiling | Settlement | $ | 524.98 | |
| 09/23/2013 | Thompson Beef | Settlement | $ | 30,000.00 | |
| 09/23/2013 | Animal Profiling | Settlement | $ | 524.98 | |
| 09/23/2013 | TA White Farm | Settlement | $ | 6,634.97 | |
| 09/23/2013 | Chastain Feed & Farm | Settlement | $ | 5,000.00 | |
| 09/23/2013 | Animal Profiling | Settlement | $ | 524.98 | |
| 09/23/2013 | Citizens Union Bank | Settlement | $ | 525,000.00 | |
| 09/23/2013 | Animal Profiling | Settlement | $ | 524.98 | |
| 09/23/2013 | Nu-Technologies | Settlement | $ | 305,209.11 | |
| 09/23/2013 | Animal Profiling | Settlement | $ | 524.98 | |
| | Total 9/01/2013-9/30/2013 | | | | $ | 1,094,060.97 |
| | | | | | |
| | Total for report | | | | $ | 1,244,060.97 |

2:28 PM
04/12/13

## ELC Operating
## Disbursements

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | | | |
|---|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | | |
| | Name of Bank | | JP Morgan Chase Bank NA | | | |
| | Account Number | | 922019401 | | | |
| | Purpose of Account | | Operating Account | | | |
| | Type of Account | | Checking Account | | | |

| Check Number | Date of Transaction | Payee | Purpose or Description | | Amount | |
|---|---|---|---|---|---|---|
| Debit | 07/01/2013 | Chase Bank | Bank Fees | $ | 15.00 | |
| 1715 | 07/08/2013 | The Data Vault | Storage | $ | 336.35 | |
| Wire Trans | 07/08/2013 | ADP | Payroll | $ | 2,061.22 | |
| Debit | 07/08/2013 | ADP | Payroll | $ | 155.57 | |
| Debit | 07/08/2013 | Chase Bank | Bank Fees | $ | 25.00 | |
| 1716 | 07/15/2013 | The Data Vault | Storage | $ | 272.95 | |
| 1717 | 07/16/2013 | PARC | Parking | $ | 75.00 | |
| 1718 | 07/17/2013 | Regus | Rent | $ | 1,106.18 | |
| 1719 | 07/17/2013 | United States Bankruptcy Court | Other fees | $ | 543.00 | |
| 1721 | 07/18/2013 | United States Trustee | Trustee Fees | $ | 975.00 | |
| Debit | 07/19/2013 | ADP | Payroll | $ | 201.06 | |
| Wire Trans | 07/22/2013 | ADP | Payroll | $ | 2,296.44 | |
| Debit | 07/22/2013 | ADP | Payroll | $ | 25.00 | |
| | | Total 07/01/2013-07/31/2013 | | | | $ 8,087.77 |

| Check Number | Date of Transaction | Payee | Purpose or Description | | Amount | |
|---|---|---|---|---|---|---|
| Debit | 08/02/2013 | ADP | Payroll | $ | 161.87 | |
| Debit | 08/02/2013 | Chase Bank | Bank Fees | $ | 15.00 | |
| 1722 | 08/05/2013 | The Data Vault | Storage | $ | 633.50 | |
| Wire Trans | 08/05/2013 | ADP | Payroll | $ | 2,370.72 | |
| Debit | 08/05/2013 | Chase Bank | Bank Fees | $ | 25.00 | |
| 1723 | 08/07/2013 | Regus | Rent | $ | 4,024.52 | |
| Debit | 08/09/2013 | ADP | Payroll | $ | 50.25 | |
| Debit | 08/16/2013 | ADP | Payroll | $ | 161.87 | |
| Wire Trans | 08/19/2013 | ADP | Payroll | $ | 2,389.29 | |
| Debit | 08/19/2013 | Chase Bank | Bank Fees | $ | 25.00 | |
| 1724 | 08/19/2013 | United States Trustee | Trustee Fees | $ | 5,525.00 | |
| Debit | 08/23/2013 | ADP | Payroll | $ | 39.19 | |
| 1725 | 08/26/2013 | Viewtrack Technologies | Computer & Internet | $ | 619.56 | |
| 1726 | 08/26/2013 | PARC | Parking | $ | 75.00 | |
| 1727 | 08/26/2013 | The Data Vault | Storage | $ | 132.88 | |
| 1728 | 08/26/2013 | Regus | Rent | $ | 4,693.96 | |
| 1729 | 08/26/2013 | Kroger Gardis & Regas | Office Supplies | $ | 89.01 | |
| Debit | 08/30/2013 | ADP | Payroll | $ | 161.87 | |
| | | Total 08/01/2013-08/31/2013 | | | | $ 21,193.49 |

2:28 PM
04/12/13

# ELC Operating
# Disbursements

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | | |
|---|---|---|---|---|---|---|
| Wire Trans | 09/03/2013 | ADP | Payroll | 2,315.04 | | |
| Debit | 09/03/2013 | Chase Bank | Bank Fees | 25.00 | | |
| Debit | 09/03/2013 | Chase Bank | Bank Fees | 15.00 | | |
| Debit | 09/13/2013 | ADP | Payroll | 161.87 | | |
| Debit | 09/18/2013 | Chase Bank | Bank Fees | 15.00 | | |
| Debit | 09/20/2013 | ADP | Payroll | 39.19 | | |
| 1730 | 09/23/2013 | BMC Group | Claims Agent | 8,673.63 | | |
| 1731 | 09/23/2013 | PARC | Parking | 75.00 | | |
| Debit | 09/27/2013 | ADP | Payroll | 161.87 | | |
| 1732 | 09/30/2013 | Donald B. Fogle CPA | Accounting | 2,200.00 | | |
| 1733 | 09/30/2013 | Regus | Rent | 4,257.37 | | |
| 1734 | 09/30/2013 | Kroger, Gardis & Regas, LLP | Legal Fees | 106,681.85 | | |
| 1735 | 09/30/2013 | James A. Knauer, Trustee | Trustee Fees | 62,735.21 | | |
| 1736 | 09/30/2013 | Hoover Hull LLP | Professional Fees | 971.93 | | |
| 1737 | 09/30/2013 | Faegre Baker Daniels LLP | Legal Fees | 1,121,789.90 | | |
| 1738 | 09/30/2013 | Development Specialists, Inc. | Professional Fees | 324,492.82 | | |
| 1739 | 09/30/2013 | Fifth Third Bank | Payment | 500,000.00 | | |
| Wire Trans | 09/30/2013 | ADP | Payroll | 2,296.44 | | |
| Debit | 09/30/2013 | Chase Bank | Bank Fees | 25.00 | | |
| | | | | | | |
| | | Total 9/01/2013-9/30/2013 | | | $ | 2,136,932.12 |
| | | Total for report | | | $ | 2,166,213.38 |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconciliations**

EASTERN LIVESTOCK CO., LLC,                                    Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** **Operating Account** | JP Morgan Chase Bank NA 922019401 | | |
| CASH (Beginning of Period) | $ 1,890,656.95 | $ 1,957,569.18 | $ 2,011,375.69 |
| Income or Receipts during the period | $ 75,000.00 | $ 75,000.00 | $ 1,094,060.97 |
| Transfer (to) from Escrow Account | $ - | $ - | $ (63,695.56) |
| Disbursements | $ (8,087.77) | $ (21,193.49) | $ (2,136,932.12) |
| CASH (End of Period) | $ 1,957,569.18 | $ 2,011,375.69 | $ 904,808.98 |

| **Bank Reconcilation** **Operating Account** | | JP Morgan Chase Bank NA 922019401 | | | |
|---|---|---|---|---|---|
| Balance per Bank | | $ 1,957,582.27 | $ 2,016,999.19 | | $ 3,089,446.71 |
| Deposits in Transit | | $ - | $ - | | $ - |
| Outstanding Checks | 1519 $ (13.09) | | 1519 $ (13.09) | 1733 $ (4,257.37) | |
| | | | 1725 $ (619.56) | 1734 $ (106,681.85) | |
| | | | 1726 $ (75.00) | 1735 $ (62,735.21) | |
| | | | 1727 $ (132.88) | 1736 $ (971.93) | |
| | | | 1728 $ (4,693.96) | 1737 $ (1,121,789.90) | |
| | | | 1729 $ (89.01) | 1738 $ (324,492.82) | |
| | | | | 1739 $ (500,000.00) | |
| | | | | 1519 $ (13.09) | |
| | | | | Transfer $ (63,695.56) | |
| Month End Balance | | $ 1,957,569.18 | $ 2,011,375.69 | | $ 904,808.98 |
| Balance per Books | | $ 1,957,569.18 | $ 2,011,375.69 | | $ 904,808.98 |
| Difference | | $ - | $ - | | $ - |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,                           Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements**<br>**Escrow Account** | JP Morgan Chase Bank N.A.<br>922019419 | | |
| CASH (Beginning of Period) | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,024,093.95 |
| Income or Receipts during the period | $ - | $ - | $ - |
| Transfer to/from Operating Account | $ - | $ - | $ 63,695.56 |
| Disbursements | $ - | $ - | $ - |
| CASH (End of Period) | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,087,789.51 |

| | | | |
|---|---|---|---|
| **Bank Reconcilation**<br>Escrow Account | JP Morgan Chase Bank N.A.<br>922019419 | | |
| Balance per Bank | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,024,093.95 |
| Deposits in Transit | $ - | $ - | $ 63,695.56 |
| Month end Balance | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,087,789.51 |
| Balance per Books | $ 2,024,093.95 | $ 2,024,093.95 | $ 2,087,789.51 |
| Difference | $ - | $ - | $ - |



JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 0000009220194419
For the Period 6/29/13 to 7/31/13

**J.P. Morgan Team**

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

RECEIVED AUG - 8 2013

Page 1 of 4

00000916 DPB 034 161 21813 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## Chase Business Classic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,024,098.95 |
| Ending Balance | 0 | $2,024,098.95 |

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

*Please note that this account had no activity during this statement period. The date of last activity for this account was 04/12/13.*

J.P.Morgan

0000009220019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 0000009220019419
For the Period 6/29/13 to 7/31/13

## Service Fee Summary

| Transactions For<br>Service Fee Calculation | Number<br>of Transactions |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | 0 |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan

**J.P.Morgan**

Primary Account: 00000922019419
For the Period 6/29/13 to 7/31/13

A clearer description of transaction terms used in account statements

This message is to make you aware of new language that will be used to describe a type of transaction in account statements and online activities:

Beginning July 22, 2013, if you cash a check and it is returned to us without being paid, the transaction will be listed on your statement as Cashed Check Returned.

This is not a new transaction type. It is simply a clearer description of this type of account activity.

Currently, a single term (Deposited Item Returned) is used to describe two types of transactions: deposited and cashed items that are returned to us without being paid. After July 22, this term will only be used to indicate a deposited check that is returned.

All other terms and conditions for your account(s) remain the same.

Please contact your J.P. Morgan team if you have any questions or require more information

**J.P.Morgan**

J.P.Morgan

**Primary Account: 0000092201419**
**For the Period 6/29/13 to 7/31/13**

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers
Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):
Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was mailed or made available to you. For more complete details, see the applicable account agreements and repositories that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value



J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000009220194319
For the Period 8/1/13 to 8/30/13

### J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |

RECEIVED
SEP - 9 2013

00000425 DPB 034 161 24313 NNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106

## Chase BusinessClassic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,024,093.95 |
| Ending Balance | 0 | $2,024,093.95 |

**IMPORTANT INFORMATION**

Deposit Account Agreement Update

*J.P.Morgan*

Primary Account: 0000092019419
For the Period 8/1/13 to 8/30/13

0000092019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

We will update Section H in our Deposit Account Agreement titled Closing Your Account.

Effective July 21, 2013, if you have pending transactions on your account, or are overdrawn, we may not immediately close the account. However, if you ask us, we will restrict additional withdrawals from your account, other than the pending transactions. We will not pay any interest on the account after we have restricted your account.

This change will be reflected in your account agreement; all other terms remain the same. If you have questions, please call us at the telephone number listed on this account statement or visit the nearest Chase branch.

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

*Please note this account had no activity during this statement period. The date of last activity for this account was 06/12/13.*

## Service Fee Summary

| Transactions For | Number of Transactions |
|---|---|
| Service Fee Calculation | |
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

**J.P.Morgan**

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information), if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan

*J.P. Morgan*

Primary Account: 0000092019419
For the Period 8/1/13 to 8/30/13

This Page Intentionally Left Blank

J.P.Morgan

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000664 DRE 034 161 27413 NNNNNNNNNNNNT 1 000000000 60 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

Primary Account: 000000922019419
For the Period 8/31/13 to 9/30/13

**J.P. Morgan Team**

Stephanie Doane                              (877) 931-1349
Jake Statz
For assistance after business hours, 7 days a week.   (800) 243-6727
Deaf and Hard of Hearing                     (800) 242-7383
Online access: www.jpmorganonline.com

Page 1 of 6

## Chase BusinessClassic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,024,093.95 |
| Ending Balance | 0 | $2,024,093.95 |

*There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.*

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

*Please note this account had no activity during this statement period. The date of last activity for this account was 04/12/13.*

RECEIVED
OCT - 7 2013

*J.P. Morgan*

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 000000922019419
For the Period 8/31/13 to 9/30/13

## Service Fee Summary

| Transactions For | Number of Transactions |
|---|---|
| Service Fee Calculation | |
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 6

**J.P.Morgan**

*J.P.Morgan*

Primary Account: 0000092220199419
For the Period 8/31/13 to 9/30/13

An important change to your business checking account

As of November 1, 2013, your Chase BusinessClassic &/or Chase BusinessSelect account(s) will be upgraded to JPMorgan Classic Business Checking.

With this upgrade, you will enjoy:

- No monthly account maintenance fee
- More no-fee transactions each month: 500 free transactions, then $0.20 for debits and items deposited; $0.80 for credits
- Unlimited free inbound wire transfers

- Four free outbound wire transfers per month, then $40/each manual wire, $25/each wire sent via J.P. Morgan Online
- Higher daily cash deposit limit of $25,000
- Free non-Chase ATM usage(1)
- No per-item fees for overdraft transfers or insufficient funds(2)

There are no changes to your account number, check routing number or debit/ATM card number. And there is no additional action for you to take. Please contact your J.P. Morgan team if you have any questions about your account.

1. Other banks' fees may apply.

2. An overdraft created by a withdrawal, debit or instruction to transfer funds from your checking account that we choose to honor will be charged at the Overdraft Interest rate we establish, currently Prime + 4%, not to exceed the maximum lawful rate. The prime rate is published in the Money Rates section of The Wall Street Journal.

The overdraft will continue to accrue interest until it is paid in full. An overdraft may be caused by insufficient or uncollected funds. Interest on the overdraft amount will be charged on a 360-day basis and will be assessed on overdrafts regardless of amount. The Overdraft Interest charge will be made on the first business day of the month following the overdraft activity. This does not constitute an agreement on our part

**J.P.Morgan**

*J.P. Morgan*

Primary Account: 000009220194419
For the Period 8/31/13 to 9/30/13

Page 4 of 6

to pay any item or honor any instruction if there are insufficient balances in your checking account to cover the item(s) or transfer(s). The best way to avoid this interest charge is to maintain sufficient balances in your checking account to cover anticipated payments.

J.P.Morgan

**J.P.**Morgan

Primary Account: 000000922019419
For the Period 8/31/13 to 9/30/13

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA, and SIPC.

| Investment Products: Not FDIC insured • No bank guarantee • May lose value |
| --- |

*J.P. Morgan*

Primary Account: 0000092019419
For the Period 8/31/13 to 9/30/13

This Page Intentionally Left Blank

J.P.Morgan

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000612 DPB 034 161 21313 NNNNNNNNNNT 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

RECEIVED
AUG - 8 2013

Primary Account: 000000922019401
For the Period 6/29/13 to 7/31/13

J.P. Morgan Team

Stephanie Doane
Jake Statz

(877) 931-1349

For assistance after business hours, 7 days a week.
Deaf and Hard of Hearing
Online access:  www.jpmorganonline.com

(800) 243-8727
(800) 242-7383

## Chase BusinessClassic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,890,745.04 |
| Deposits & Credits | 1 | 75,000.00 |
| Checks Paid | 7 | (3,383.48) |
| Payments & Transfers | 4 | (4,714.29) |
| Fees, Charges & Other Withdrawals | 3 | (65.00) |
| Ending Balance | 15 | $1,957,582.27 |

J.P.Morgan

00000092019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 0000092019401
For the Period 6/29/13 to 7/31/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 07/01 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/C: Gary Seals TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Citizens Ban Bbi=/Time/12:10 Imad: 0701Qmgft00300116Z Trn: 372160918ZFf | 75,000.00 |

| Total Deposits & Credits | $75,000.00 |
|---|---|

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1713 | 07/01 | 75.00 | 1717 | 07/23 | 75.00 | 1719 | 07/23 | 543.00 |
| 1715 | 07/11 | 336.35 | 1718 | 07/22 | 1,106.18 | 1721 | 07/30 | 975.00 |
| 1716 | 07/18 | 272.95 | | | | | | |

| Total Checks Paid | ($3,383.48) |
|---|---|

*You can view image of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 07/05 | ADP Payroll Fees ADP - Fees 10Gx2  8500582 CCD ID: 9659605001 | 155.57 |
| 07/08 | 07/08 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0398825 Trn: 464620018QEs | 2,061.22 |
| 07/19 | ADP Payroll Fees ADP - Fees 10Gx2  9062461 CCD ID: 9659605001 | 201.06 |
| 07/22 | 07/22 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0386569 Trn: 437380020QEs | 2,296.44 |

| Total Payments & Transfers | ($4,714.29) |
|---|---|

J.P.Morgan

*J.P.Morgan*

0000009220019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 07/01 | Incoming Domestic Wire Fee | 15.00 |
| 07/08 | Wire Online Domestic Fee | 25.00 |
| 07/22 | Wire Online Domestic Fee | 25.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($65.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01 | 1,965,655.04 | 07/11 | 1,963,076.90 | 07/22 | 1,959,175.27 |
| 07/05 | 1,965,499.47 | 07/18 | 1,962,803.95 | 07/23 | 1,958,557.27 |
| 07/08 | 1,963,413.25 | 07/19 | 1,962,602.89 | 07/30 | 1,957,582.27 |

## Service Fee Summary

| Transactions For | Number of Transactions |
|---|---|
| Service Fee Calculation | |
| Checks Paid / Debits | 11 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **12** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |

## J.P.Morgan

J.P.Morgan

Primary Account: 000000922019401
For the Period 6/29/13 to 7/31/13

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Service Fee Summary CONTINUED

| | Amount |
|---|---|
| Service Fee Calculation | |
| **Total Service Fees** | **$0.00** |

J.P.Morgan

Primary Account: 000000922019401

For the Period 6/29/13 to 7/31/13

**A clearer description of transaction terms used in account statements**

This message is to make you aware of new language that will be used to describe a type of transaction in account statements and online activities:

Beginning July 22, 2013, if you cash a check and it is returned to us without being paid, the transaction will be listed on your statement as Cashed Check Returned.

This is not a new transaction type. It is simply a clearer description of this type of account activity.

Currently, a single term (Deposited Item Returned) is used to describe two types of of transactions: deposited and cashed items that are returned to us without being paid. After July 22, this term will only be used to indicate a deposited check that is returned.

All other terms and conditions for your account(s) remain the same.

Please contact your J.P. Morgan team if you have any questions or require more information.

J.P.Morgan

*J.P. Morgan*

**Primary Account: 0000009220194401**
**For the Period 6/29/13 to 7/31/13**

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information,) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and expenditures that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

> **Investment Products: Not FDIC insured • No bank guarantee • May lose value**

**J.P.Morgan**

24352150032001006970L

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000697 DPB 034 161 24313 NNNNNNNNNNT 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

Primary Account: 0000009220194 01
For the Period 8/1/13 to 8/30/13

## J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |



RECEIVED
SEP - 9 2013

Page 1 of 6

## Chase Business Classic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,957,582.27 |
| Deposits & Credits | 1 | 75,000.00 |
| Checks Paid | 3 | (10,183.02) |
| Payments & Transfers | 7 | (5,335.06) |
| Fees, Charges & Other Withdrawals | 3 | (65.00) |
| **Ending Balance** | **14** | **$2,016,999.19** |

J.P.Morgan

# J.P.Morgan

**Primary Account: 000000092019401**
**For the Period 8/1/13 to 8/30/13**

000000092019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**IMPORTANT INFORMATION**

Deposit Account Agreement Update

We will update Section H in our Deposit Account Agreement titled Closing Your Account.

Effective July 21, 2013, if you have pending transactions on your account, or are overdrawn, we may not immediately close the account. However, if you ask us, we will restrict additional withdrawals from your account, other than the pending transactions. We will not pay any interest on the account after we have restricted your account.

This change will be reflected in your account agreement; all other terms remain the same. If you have questions, please call us at the telephone number listed on this account statement or visit the nearest Chase branch.

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/02 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Citizens Ban Bbi=/Time/11:17 Imad: 0802Cqmgft014000614 Trn: 207620921AFt | 75,000.00 |
| **Total Deposits & Credits** | | **$75,000.00** |

## Checks Paid

| Check Number | Date Paid | | Amount |
|--------------|-----------|---|--------|
| 1722 | 08/07 | | 633.50 |
| 1723 | 08/13 | | 4,024.52 |
| 1724 | 08/27 | | 5,525.00 |
| **Total Checks Paid** | | | **($10,183.02)** |

*You can view images of the checks above at MorganOnline.com.  To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

2495210500350002069702

0000009220194001
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 8/1/13 to 8/30/13

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 08/02 | ADP Payroll Fees ADP - Fees 1OGx2  9653843 CCD ID: 9659605001 | 161.87 |
| 08/05 | 08/05 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0301995 Trm: 3986800217Es | 2,370.72 |
| 08/09 | ADP Payroll Fees ADP - Fees 1OGx2  9933386 CCD ID: 9659605001 | 50.25 |
| 08/16 | ADP Payroll Fees ADP - Fees 1OGx2  0225532 CCD ID: 9659605001 | 161.87 |
| 08/19 | 08/19 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0363041 Trm: 4500100231Es | 2,389.29 |
| 08/23 | ADP Payroll Fees ADP - Fees 1OGx2  0492398 CCD ID: 9659605001 | 39.19 |
| 08/30 | ADP Payroll Fees ADP - Fees 1OGx2  0773059 CCD ID: 9659605001 | 161.87 |
| **Total Payments & Transfers** | | **($5,335.06)** |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 08/02 | Incoming Domestic Wire Fee | 15.00 |
| 08/05 | Wire Online Domestic Fee | 25.00 |
| 08/19 | Wire Online Domestic Fee | 25.00 |
| **Total Fees, Charges & Other Withdrawals** | | **($65.00)** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/02 | 2,032,405.40 | 08/13 | 2,025,301.41 | 08/23 | 2,022,686.06 |
| 08/05 | 2,030,009.68 | 08/16 | 2,025,139.54 | 08/27 | 2,017,161.06 |
| 08/07 | 2,029,376.18 | 08/19 | 2,022,725.25 | 08/30 | 2,016,999.19 |
| 08/09 | 2,029,325.93 | | | | |

Page 3 of 6

J.P.Morgan

*J.P.Morgan*

0000009220019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 0000009220019401
For the Period 8/1/13 to 8/30/13

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **11** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan



Primary Account: 00000922019401
For the Period 8/1/13 to 8/30/13

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write the Bank (Consumers should use the phone number and address on front of statement and non-consumers then J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc, which is an affiliate of JPMorgan Chase & Co.. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

| Investment Products: Not FDIC insured • No bank guarantee • May lose value |

J.P.Morgan

*J.P. Morgan*

Primary Account: 0000092201940l
For the Period 8/1/13 to 8/30/13

This Page Intentionally Left Blank

J.P.Morgan



JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

R E C E I V E D
OCT - 7 2013

00000728 DPB 034 161 27413 NNNNNNNNNNN T 1 000000000 69 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

Primary Account: 000000922019401
For the Period 8/31/13 to 9/30/13

**J.P. Morgan Team**

Stephanie Doane                                    (877) 931-1349
Jake Statz

For assistance after business hours, 7 days a week.    (800) 243-6727
Deaf and Hard of Hearing                                (800) 242-7383
Online access: www.jpmorganonline.com

Page 1 of 8

## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,016,999.19 |
| Deposits & Credits | 3 | 1,094,060.97 |
| Checks Paid | 8 | (16,559.04) |
| Payments & Transfers | 5 | (4,974.41) |
| Fees, Charges & Other Withdrawals | 4 | (80.00) |
| **Ending Balance** | **20** | **$3,089,446.71** |

# J.P.Morgan

# J.P.Morgan

00000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 00000922019401
For the Period 8/31/13 to 9/30/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 09/03 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Acct #2 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Citizens Ban Bbi=/Time/12:19 Imad: 0903Qmgft004001036 Trn: 3983309246FT | 75,000.00 |
| 09/18 | Fedwire Credit Via: Bmo Harris Bank N.A./071000288 B/O: Kroger Gardis + Regas Llp Indianapolis, IN 46204 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Bmo Harris B Obi=Transfer To Client Bbi=/Imad: 0918G1Qg750C004680 Trn: 5163909261FT | 877,618.83 |
| 09/23 | Deposit | 141,442.14 |
| | **Total Deposits & Credits** | **$1,094,060.97** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1725 | 09/09 | 619.56 | 1728 | 09/25 | 4,693.96 | 1731 | 09/27 | 75.00 |
| 1726 | 09/03 | 75.00 | 1729 | 09/27 | 89.01 | 1732 | 09/30 | 2,200.00 |
| 1727 | 09/25 | 132.88 | 1730 | 09/26 | 8,673.63 | | | |

**Total Checks Paid** ($16,559.04)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 09/03 | 09/03 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0570218 Trn: 454770024EEs | 2,315.04 |
| 09/13 | ADP Payroll Fees ADP - Fees 10Gx2  1368720 CCD ID: 9659605001 | 161.87 |
| 09/20 | ADP Payroll Fees ADP - Fees 10Gx2  1648964 COD ID: 9659605001 | 39.19 |

*J.P.Morgan*

0000009220194 01
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 00000009220194 01
For the Period 8/31/13 to 9/30/13

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|------|-------------|--------|
| 09/27 | ADP Payroll Fees ADP - Fees 10Gx2_1925314 CCD ID: 9659605001 | 161.87 |
| 09/30 | 09/30 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0517677 Trn: 4463100273Es | 2,298.44 |

| Total Payments & Transfers | ($4,974.41) |
|----------------------------|-------------|

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 09/03 | Wire Online Domestic Fee | 25.00 |
| 09/03 | Incoming Domestic Wire Fee | 15.00 |
| 09/18 | Incoming Domestic Wire Fee | 15.00 |
| 09/30 | Wire Online Domestic Fee | 25.00 |

| Total Fees, Charges & Other Withdrawals | ($80.00) |
|-----------------------------------------|----------|

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/03 | 2,089,569.15 | 09/20 | 2,966,352.36 | 09/26 | 3,094,294.03 |
| 09/09 | 2,088,949.59 | 09/23 | 3,107,794.50 | 09/27 | 3,093,968.15 |
| 09/13 | 2,088,787.72 | 09/25 | 3,102,967.66 | 09/30 | 3,089,446.71 |
| 09/18 | 2,966,391.55 | | | | |

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 8/31/13 to 9/30/13

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 13 |
| Deposits / Credits | 3 |
| Deposited Items | 2 |
| **Transaction Total** | **18** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |

J.P.Morgan



**Primary Account: 000009220019401**
**For the Period 8/31/13 to 9/30/13**

An important change to your business checking account

As of November 1, 2013, your Chase BusinessClassic &/or Chase BusinessSelect account(s) will be upgraded to JPMorgan Classic Business Checking.

With this upgrade, you will enjoy:

- No monthly account maintenance fee
- More no-fee transactions each month: 500 free transactions, then $0.20 for debits and items deposited; $0.80 for credits
- Unlimited free inbound wire transfers

- Four free outbound wire transfers per month, then $40/each manual wire, $25/each wire sent via J.P. Morgan Online
- Higher daily cash deposit limit of $25,000
- Free non-Chase ATM usage(1)
- No per-item fees for overdraft transfers or insufficient funds(2)

There are no changes to your account number, check routing number or debit/ATM card number. And there is no additional action for you to take. Please contact your J.P. Morgan team if you have any questions about your account.

1. Other banks' fees may apply.

2. An overdraft created by a withdrawal, debit or instruction to transfer funds from your checking account that we choose to honor will be charged at the Overdraft Interest rate we establish, currently Prime + 4%, not to exceed the maximum lawful rate. The prime rate is published in the Money Rates section of The Wall Street Journal.

The overdraft will continue to accrue interest until it is paid in full. An overdraft may may be caused by insufficient or uncollected funds. Interest on the overdraft amount will be charged on a 360-day basis and will be assessed on overdrafts regardless of amount. The Overdraft Interest charge will be made on the first business day of the month following the overdraft activity. This does not constitute an agreement on our part

**J.P.Morgan**

J.P.Morgan

Primary Account: 0000092019401
For the Period 8/31/13 to 9/30/13

to pay any item or honor any instruction if there are insufficient balances in your checking account to cover the item(s) or transfer(s). The best way to avoid this interest charge is to maintain sufficient balances in your checking account to cover anticipated payments.

J.P.Morgan

Primary Account: 000009220019401
For the Period 8/31/13 to 9/30/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

## J.P.Morgan

*J.P.Morgan*

**Primary Account: 0000009220019401**
**For the Period 8/31/13 to 9/30/13**

**This Page Intentionally Left Blank**

J.P.Morgan

10:59 AM
10/24/13

# ELC Operating
## Deposit Detail
### July through October 2013

| Type | Date | Name | Memo | Account | Amount |
|------|------|------|------|---------|--------|
| Deposit | 7/8/2013 | | Deposit | 10000 · Checking-C... | 75,000.00 |
| | | Gary Seals | Gary Seals | 40000 · Payment Per... | -75,000.00 |
| TOTAL | | | | | -75,000.00 |
| Deposit | 8/2/2013 | | Deposit | 10000 · Checking-C... | 75,000.00 |
| | | Gary Seals | Gary Seals | 40000 · Payment Per... | -75,000.00 |
| TOTAL | | | | | -75,000.00 |
| Deposit | 9/3/2013 | | Deposit | 10000 · Checking-C... | 75,000.00 |
| | | Gary Seals | Gary Seals | 40000 · Payment Per... | -75,000.00 |
| TOTAL | | | | | -75,000.00 |
| Deposit | 9/10/2013 | | Deposit | 10000 · Checking-C... | 141,442.14 |
| | | | Irsik & Doll Feed Svs | 40000 · Payment Per... | -77,559.08 |
| | | Wellpoint | Wellpoint dividend | 40500 · Miscellanous... | -187.50 |
| | | | Irsik & Doll ~ moved to escrow | 40000 · Payment Per... | -63,695.56 |
| TOTAL | | | | | -141,442.14 |
| Deposit | 9/23/2013 | | Deposit | 10000 · Checking-C... | 877,618.83 |
| | | | Animal Profiling | 40000 · Payment Per... | -3,149.85 |
| | | | Animal Profiling | 40000 · Payment Per... | -524.98 |
| | | | Thompson Beef | 40000 · Payment Per... | -30,000.00 |
| | | | Animal Profiling | 40000 · Payment Per... | -524.98 |
| | | | TA White Farm | 40000 · Payment Per... | -6,634.97 |
| | | | Chastain Feed & Farm | 40000 · Payment Per... | -5,000.00 |
| | | | Animal Profiling | 40000 · Payment Per... | -524.98 |
| | | | Citizens Union Bank | 40000 · Payment Per... | -525,000.00 |
| | | | Animal Profiling | 40000 · Payment Per... | -524.98 |
| | | | Nu-Technologies | 40000 · Payment Per... | -305,209.11 |
| | | | Animal Profiling | 40000 · Payment Per... | -524.98 |
| TOTAL | | | | | -877,618.83 |
| Deposit | 10/2/2013 | | Deposit | 10000 · Checking-C... | 37,500.00 |
| | | | Shasta Livestock Auction | 40000 · Payment Per... | -37,500.00 |
| TOTAL | | | | | -37,500.00 |
| Deposit | 10/2/2013 | | Deposit | 10000 · Checking-C... | 75,000.00 |
| | | Gary Seals | Gary Seals | 40000 · Payment Per... | -75,000.00 |
| TOTAL | | | | | -75,000.00 |
| Deposit | 10/2/2013 | | Deposit | 10000 · Checking-C... | 458.50 |
| | | | Overcharge refund of health insurance premiums | 41000 · Insurance Re... | -458.50 |
| TOTAL | | | | | -458.50 |
| Deposit | 10/7/2013 | | Deposit | 10000 · Checking-C... | 7,000.00 |
| | | | Northwest Alabama Livestock | 40000 · Payment Per... | -7,000.00 |
| TOTAL | | | | | -7,000.00 |

5:10 PM

10/23/13

Accrual Basis

# ELC Operating
# General Ledger
## As of October 23, 2013

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **10000 · Checking-Chase** | | | | | | | |
| Deposit | 9/3/2013 | | | Deposit | 40000 · Payment Per Agreement | 75,000.00 | 2,011,388.78 |
| Check | 9/3/2013 | Wire | ADP | | 66000 · Payroll Expenses | -2,315.04 | 2,086,388.78 |
| Check | 9/3/2013 | Fee | Chase Bank | | 60400 · Bank Service Charges | -25.00 | 2,084,073.74 |
| Check | 9/3/2013 | Fee | Chase Bank | | 60400 · Bank Service Charges | -15.00 | 2,084,048.74 |
| Deposit | 9/10/2013 | | | Deposit | -SPLIT- | 141,442.14 | 2,084,033.74 |
| General Journal | 9/10/2013 | 5 | | Transfer of fu... | 10200 · Escrow-Chase | -63,695.56 | 2,225,475.88 |
| Check | 9/13/2013 | ACH | ADP | | 66000 · Payroll Expenses | -161.87 | 2,161,780.32 |
| Check | 9/18/2013 | Fee | Chase Bank | | 60400 · Bank Service Charges | -15.00 | 2,161,618.45 |
| Check | 9/20/2013 | ACH | ADP | | 66000 · Payroll Expenses | -39.19 | 2,161,603.45 |
| Check | 9/23/2013 | 1730 | BMC Group | | 66900 · Claims Agent | -8,673.63 | 2,161,564.26 |
| Deposit | 9/23/2013 | | | Deposit | -SPLIT- | 877,618.83 | 2,152,890.63 |
| Check | 9/23/2013 | 1731 | PARC | | 66500 · Parking | -75.00 | 3,030,509.46 |
| Check | 9/27/2013 | ACH | ADP | | 66000 · Payroll Expenses | -161.87 | 3,030,434.46 |
| Check | 9/30/2013 | 1739 | Fifth Third Bank | | 70100 · Fifth Third Bank | -500,000.00 | 3,030,272.59 |
| Check | 9/30/2013 | 1736 | Hoover Hull LLP | | 66700 · Professional Fees | -971.93 | 2,530,272.59 |
| Check | 9/30/2013 | 1737 | Faegre Baker Danie... | | 66860 · Legal | -1,121,789.90 | 2,529,300.66 |
| Check | 9/30/2013 | 1738 | Development Speci... | | 66880 · Other | -324,492.82 | 1,407,510.76 |
| Check | 9/30/2013 | 1733 | Regus | | 67100 · Rent Expense | -4,257.37 | 1,083,017.94 |
| Check | 9/30/2013 | 1732 | Donald B. Fogle CPA | | 66880 · Accounting Fees | -2,200.00 | 1,078,760.57 |
| Check | 9/30/2013 | Wire | ADP | | 66000 · Payroll Expenses | -2,296.44 | 1,076,560.57 |
| Check | 9/30/2013 | Fee | Chase Bank | | 60400 · Bank Service Charges | -25.00 | 1,074,264.13 |
| Check | 9/30/2013 | 1734 | Kroger, Gardis & R... | | 66860 · Legal | -106,681.85 | 1,074,239.13 |
| Check | 9/30/2013 | 1735 | James A. Knauer, T... | | 66820 · Trustee Fees | -62,735.21 | 967,557.28 |
| Deposit | 10/2/2013 | | | Deposit | 40000 · Payment Per Agreement | 37,500.00 | 904,822.07 |
| Deposit | 10/2/2013 | | | Deposit | 40000 · Payment Per Agreement | 75,000.00 | 942,322.07 |
| Deposit | 10/2/2013 | | | Deposit | 41000 · Insurance Reimbursment | 458.50 | 1,017,322.07 |
| Deposit | 10/7/2013 | | | Deposit | 40000 · Payment Per Agreement | 7,000.00 | 1,017,780.57 |
| Check | 10/7/2013 | 1740 | The Data Vault | | 67150 · Record Storage | -292.62 | 1,024,780.57 |
| Check | 10/10/2013 | 1741 | Kroger, Gardis & R... | | 64900 · Office Supplies | -227.84 | 1,024,487.95 |
| Check | 10/10/2013 | 1742 | Susan Abbott | | 41000 · Insurance Reimbursment | -67.94 | 1,024,260.11 |
| Check | 10/16/2013 | 1743 | james Finchum | | 41000 · Insurance Reimbursment | -136.46 | 1,024,192.17 |
| Check | 10/16/2013 | 1744 | Linda Franklin | | 41000 · Insurance Reimbursment | -8.99 | 1,024,055.71 |
| Check | 10/16/2013 | 1745 | Anna Gibson | | 41000 · Insurance Reimbursment | -13.19 | 1,024,046.72 |
| Check | 10/16/2013 | 1746 | Grant Gibson | | 41000 · Insurance Reimbursment | -66.05 | 1,024,033.53 |
| Check | 10/16/2013 | 1747 | Gerald Godwin | | 41000 · Insurance Reimbursment | -22.48 | 1,023,967.48 |
| Check | 10/16/2013 | 1748 | Donna Good | | 41000 · Insurance Reimbursment | -41.12 | 1,023,945.00 |
| Check | 10/16/2013 | 1749 | Rita Scrutton | | 41000 · Insurance Reimbursment | -35.97 | 1,023,903.88 |
| Check | 10/16/2013 | 1750 | Vickie Weidman | | 41000 · Insurance Reimbursment | -65.99 | 1,023,867.91 |
| Check | 10/21/2013 | 1755 | Regus | | 67100 · Rent Expense | -4,328.99 | 1,023,801.92 |
| Check | 10/21/2013 | 1756 | BMC Group | | 66900 · Claims Agent | -864.24 | 1,019,472.93 |
| Check | 10/21/2013 | 1757 | Payroll | | 66500 · Parking | -75.00 | 1,018,608.69 |
| | | | | | | | 1,018,533.69 |
| **Total 10000 · Checking-Chase** | | | | | | -992,855.09 | 1,018,533.69 |
| **TOTAL** | | | | | | **-992,855.09** | **1,018,533.69** |

4:59 PM

10/23/13

Accrual Basis

## ELC Operating
## General Ledger
### As of October 23, 2013

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **10200 · Escrow-Chase** | | | | | | | |
| General J... | 9/10/2013 | 5 | | Transfer of funds from Irsik and Doll | 10000 · Checking-Chase | 63,695.56 | 2,024,093.95 |
| | | | | | | | 2,087,789.51 |
| Total 10200 · Escrow-Chase | | | | | | 63,695.56 | 2,087,789.51 |
| **TOTAL** | | | | | | 63,695.56 | 2,087,789.51 |

Eastern Livestock Co., LLC
Cash Receipts and Disbursements
For the Four-Week Period ended September 27, 2013

| | For the Four-Week Period | | | Cumulative 2013 | | |
|---|---|---|---|---|---|---|
| | Bankruptcy | Receiver | Total | Bankruptcy | Receiver | Total |
| **OPERATING ACCOUNT** | | | | | | |
| Beginning balance | 2,011,391 | - | 2,011,391 | 1,042,084 | - | 1,042,084 |
| | | | | | | |
| **Cash Receipts from Operations** | | | | | | |
| Collection of A/R - sale of inventory | - | - | - | - | - | - |
| Other receipts | 1,030,365 | - | 1,030,365 | 1,833,843 | - | 1,833,843 |
| Total receipts | 1,030,365 | - | 1,030,365 | 1,833,843 | - | 1,833,843 |
| | | | | | | |
| **Cash Disbursements for Operations** | | | | | | |
| Payroll and related taxes | 2,678 | - | 2,678 | 62,380 | - | 62,380 |
| Health/life and dental insurance | - | - | - | 2,511 | - | 2,511 |
| Insurance | - | - | - | 6,016 | - | 6,016 |
| Utilities | - | - | - | 166 | - | 166 |
| Office expenses | 75 | - | 75 | 29,902 | - | 29,902 |
| Website design and maintenance | - | - | - | 450 | - | 450 |
| Computer software support | - | - | - | - | - | - |
| Security | - | - | - | - | - | - |
| Garnishments (bounced) | - | - | - | - | - | - |
| Feed, medicine and trucking | - | - | - | - | - | - |
| Record storage | - | - | - | 4,495 | - | 4,495 |
| Other | 55 | - | 55 | 2,243 | - | 2,243 |
| Total operating disbursements | 2,808 | - | 2,808 | 108,164 | - | 108,164 |
| | | | | | | |
| Net cash from operations | 1,027,557 | - | 1,027,557 | 1,725,679 | - | 1,725,679 |
| | | | | | | |
| **Professional Fees and Expenses:** | | | | | | |
| Development Specialists, Inc. | - | - | - | - | - | - |
| Katz Sapper & Miller | - | - | - | 22,760 | - | 22,760 |
| Trustee | - | - | - | - | - | - |
| Kroger Gardis & Regas | - | - | - | - | - | - |
| Faegre Baker Daniels | - | - | - | - | - | - |
| Hoover Hull | - | - | - | - | - | - |
| BMC Group | 8,674 | - | 8,674 | 36,545 | - | 36,545 |
| U.S. Trustee Fees | - | - | - | 20,982 | - | 20,982 |
| Greenebaum Doll & McDonald | - | - | - | - | - | - |
| Total Professional Fees and Expenses | 8,674 | - | 8,674 | 80,286 | - | 80,286 |
| | | | | | | |
| **Other Cash Transactions** | | | | | | |
| Due to Fifth Third | - | - | - | (1,500,000) | - | (1,500,000) |
| Settlement Payments | - | - | - | 198,287 | - | 198,287 |
| Transfer in from escrow account | - | - | - | 1,644,511 | - | 1,644,511 |
| Total other transactions | - | - | - | 342,798 | - | 342,798 |
| | | | | | | |
| Ending Cash - Operating account | 3,030,274 | - | 3,030,274 | 3,030,274 | - | 3,030,274 |
| | | | | | | |
| **ESCROW ACCOUNTS** | | | | | | |
| Beginning balance | 2,024,094 | - | 2,024,094 | 3,619,428 | - | 3,619,428 |
| | | | | | | |
| **Cash Receipts from Operations** | | | | | | |
| Collection of A/R - sale of inventory | - | - | - | - | - | - |
| Other | 63,696 | - | 63,696 | 112,872 | - | 112,872 |
| Net cash from Operations | 63,696 | - | 63,696 | 112,872 | - | 112,872 |
| | | | | | | |
| **Settlements:** | | | | | | |
| Cash Receipts | - | - | - | - | - | - |
| Cash Disbursements | - | - | - | - | - | - |
| Net Cash from Settlements | - | - | - | - | - | - |
| | | | | | | |
| Transfer out to checking account | - | - | - | (1,644,511) | - | (1,644,511) |
| | | | | | | |
| Ending Balance - escrow account | 2,087,790 | - | 2,087,790 | 2,087,790 | - | 2,087,790 |
| | | | | | | |
| **RECAP, ALL ACCOUNTS** | | | | | | |
| Beginning Balance | 4,035,485 | - | 4,035,485 | 4,661,512 | - | 4,661,512 |
| | | | | | | |
| **Cash from operations** | | | | | | |
| Receipts | 1,094,061 | - | 1,094,061 | 1,946,715 | - | 1,946,715 |
| Disbursements | 2,808 | - | 2,808 | 108,164 | - | 108,164 |
| Net cash from Operations | 1,091,253 | - | 1,091,253 | 1,838,551 | - | 1,838,551 |
| | | | | | | |
| Professional fees | (8,674) | - | (8,674) | (80,286) | - | (80,286) |
| | | | | | | |
| Funding from Fifth Third | - | - | - | (1,500,000) | - | (1,500,000) |
| | | | | | | |
| Settlements | - | - | - | 198,287 | - | 198,287 |
| | | | | | | |
| Transfers | - | - | - | - | - | - |
| | | | | | | |
| Ending cash balance | 5,118,064 | - | 5,118,064 | 5,118,064 | - | 5,118,064 |

Note that this schedule excludes $92K received from SOLM and placed in a segregated account.