UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | Hon. Basil H. Lorch III |
| | ) | |

### LIMITED OBJECTION OF FIFTH THIRD BANK TO THE FIFTH INTERIM APPLICATION OF JAMES A. KNAUER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 11 TRUSTEE

By and through undersigned counsel, Fifth Third Bank hereby files its Limited Objection to the Fifth Interim Application of James A. Knauer ("Trustee") for Compensation and Reimbursement of Expenses as Chapter 11 Trustee ("Fifth Interim Application") (Dkt No. 2402). In support of this Limited Objection, Fifth Third Bank respectfully states as follows:

Fifth Third Bank submits this Limited Objection to reserve all of its rights to object to fees sought by the Trustee at the final fee hearing, notwithstanding Fifth Third's decision not to raise detailed objections at this time. Fifth Third is concerned that professional fees incurred to date may be unreasonably high[1]. Fifth Third is, however, cognizant of the fact that additional action items remain uncompleted (such as the resolution of various avoidance actions) – the outcome of which may alter Fifth Third's assessment as to the reasonableness of the Trustee's fees. Fifth Third is also cognizant of the fact that ongoing negotiations with the United States Attorney regarding the seized funds are also delaying distributions to unsecured creditors. Accordingly, while Fifth Third may ultimately wish to object in detail to the reasonableness of the professional fees incurred and sought in this case (including but not limited to fees incurred

---

[1] Aggregate interim awards total approximately $9 million; Fifth Third Bank, as the senior secured creditor, has thus far received only $8.5 million in cash, while distributions on unsecured claims have been zero.

1

by the Trustee and approved[2] on an interim basis), Fifth Third does not believe that it is productive to devote additional expense and judicial resources, at this juncture, to a determination of the reasonableness of fees incurred.

WHEREFORE, for the foregoing reasons, Fifth Third Bank respectfully requests that any order on the Fifth Interim Application clearly specify that approved fees and expenses are approved on an interim basis only, without prejudice to the rights of any party in interest to object to the allowance of any portion of such fees or expenses upon final application.

Dated: November 13, 2013                                   Respectfully submitted,


/s/ Randall D. LaTour
Randall D. LaTour (admitted *pro hac vice)*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8290
Facsimile:   (614) 719-4821
Email: rdlatour@vorys.com
*Counsel for Fifth Third Bank, N.A*


**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2013, a copy of the foregoing *Limited Objection* was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List. Parties may access this filing through the Court's ECF System.

- Laura Day 10DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David L. Abt    davidabt@mwt.net
- Amelia Martin Adams    aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

---

[2] Fifth Third also notes its understanding that the Eastern Livestock estate has been unable to fully satisfy portions of the 80% of the interim fees *already* approved for payment.

- Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Kay Dee Baird    kbaird@kdlegal.com, pdidandeh@kdlegal.com
- Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
- David W. Brangers    dbrangers@lawyer.com
- Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
- Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
- Joe Lee Brown    Joe.Brown@Hardincounty.biz
- Lisa Koch Bryant    courtmail@fbhlaw.net
- John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
- James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, mthomas@daleeke.com
- Ben T. Caughey    ben.caughey@icemiller.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Joshua Elliott Clubb    joshclubb@gmail.com
- Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
- Jack S Dawson    jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl    tearl@rwsvlaw.com
- Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
- Jeffrey R. Erler    jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
- William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
- William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
- Peter M Gannott    pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
- Melissa S. Giberson    msgiberson@vorys.com
- Thomas P Glass    tpglass@strausstroy.com

- Jeffrey J. Graham     jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Jeffrey J. Graham     jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall     terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
- Paul M. Hoffmann     phoffmann@stinson.com
- John David Hoover     jdhoover@hooverhull.com
- John Huffaker     john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter     jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe     jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
- James Bryan Johnston     bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston     tjohnston@mcjllp.com
- Jill Zengler Julian     Jill.Julian@usdoj.gov
- Jay P. Kennedy     jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
- Jay P. Kennedy     jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
- Edward M King     tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
- James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
- Erick P Knoblock     eknoblock@daleeke.com
- Theodore A Konstantinopoulos     ndohbky@jbandr.com
- Randall D. LaTour     RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird     david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David A. Laird     david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas     dlebas@namanhowell.com, koswald@namanhowell.com
- Martha R. Lehman     mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
- Scott R Leisz     sleisz@bgdlegal.com, disom@bgdlegal.com
- Elliott D. Levin     robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin     edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis     kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- James B. Lind     jblind@vorys.com
- Karen L. Lobring     lobring@msn.com
- John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes     harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
- John Frederick Massouh     john.massouh@sprouselaw.com
- Michael W. McClain     mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell     lisahughes@givenspursley.com
- James Edwin McGhee     mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
- Brian H Meldrum     bmeldrum@stites.com

- William Robert Meyer    rmeyer@stites.com
- Kevin J. Mitchell    kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
- Terrill K. Moffett    kendalcantrell@moffettlaw.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
- Erin Casey Nave    enave@taftlaw.com
- Matthew Daniel Neumann    mneumann@hhclaw.com
- Walter Scott Newbern    wsnewbern@msn.com
- Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
- Matthew J. Ochs    kim.maynes@moyewhite.com
- Michael Wayne Oyler    moyler@rwsvlaw.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
- Brian Robert Pollock    bpollock@stites.com
- Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Anthony G. Raluy    traluy@fbhlaw.net
- Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
- Eric W. Richardson    ewrichardson@vorys.com, bjtobin@vorys.com
- Joe T. Roberts    jratty@windstream.net
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com
- Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow    jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Steven Eric Runyan    ser@kgrlaw.com
- Niccole R. Sadowski    nsadowski@thbklaw.com, kpeerman@thbklaw.com
- Thomas C Scherer    tscherer@bgdlegal.com, mmcclain@bgdlegal.com
- Stephen E. Schilling    seschilling@strausstroy.com
- Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
- James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith    wsmith@k-glaw.com, pballard@k-glaw.com
- Amanda Dalton Stafford    ads@kgrlaw.com, jli@kgrlaw.com
- Amanda Dalton Stafford    ads@kgrlaw.com, jli@kgrlaw.com
- Robert K Stanley    robert.stanley@FaegreBD.com
- Joshua N. Stine    kabritt@vorys.com
- Andrew D Stosberg    astosberg@lloydmc.com
- Matthew R. Strzynski    mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
- Meredith R. Thomas    mthomas@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

- Christopher M. Trapp    ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
- Chrisandrea L. Turner    clturner@stites.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Andrew James Vandiver    avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
- Andrea L Wasson    andrea@wassonthornhill.com
- Jennifer Watt    jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
- Jennifer Watt    jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White    swhite@hooverhull.com, vwilliams@hooverhull.com
- Michael Benton Willey    michael.willey@ag.tn.gov
- Chad Duane Wuertz    chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
- Chad Duane Wuertz    chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
- Jessica E. Yates    jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
- James T Young    james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com

/s/ Randall D. LaTour
Randall D. LaTour (admitted *pro hac vice)*