# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 18, 2013 02:00 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## Matters:

1) Continued Status Hearing Re:  Objection to Claim for Phillip Taylor Reed (Claim No. 355) [1865] with a  Response to Objection to Claim for Phillip Taylor Reed (Claim No. 355), filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed  [1985]
   **R / M #:**     0 / 0

2) Continued Status Hearing Re:  Objection to Claim for Ron P. Reed (Claim No. 354) [1900]  with a  Response to Objection to Claim for Ron P. Reed (Claim No. 354), filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed  [1986]
   **R / M #:**     0 / 0

3) Hearing Re:  Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Jay P. Kennedy as Special Counsel (Fee: $319888.76, Expense: $1919.43) filed by Jay P.  Kennedy on behalf of Trustee James A. Knauer [2400]
   **R / M #:**     0 / 0

4) Objection to Professional Fees filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC Objection to Professional Fees filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell dba Darnell Alton Barn, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC  [2409]
   **R / M #:**     0 / 0

5) Objection to Professional Fees Trustee's FIFTH filed by Walter Scott Newbern III on behalf of Creditors 2Z Cattle Company, Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Vernon Inman II, Vernon Inman I, Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Edward Stricklan [2411]
   **R / M #:**     0 / 0

6) Objection to Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 Limited Objection of Fifth Third Bank to the Third Interim Application of Kroger, Gardis & Regas, LLP for Compensation and Reimbursement of Expenses as Special Counsel to Chapter 11 Trustee filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank [2412]
   **R / M #:**     0 / 0

7) Hearing Re:  Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James A. Knauer as Trustee Chapter 9/11 (Fee: $65,740.00, Expense: $3,434.09) filed by James A. Knauer on behalf of Trustee James A. Knauer OF KROGER, GARDIS & REGAS, LLP AS SPECIAL COUNSEL  [2402]
   **R / M #:**     0 / 0

8) Objection to Professional Fees filed by Laura Day 10DelCotto on behalf of Creditors Alton Darnell, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC [2408]
   **R / M #:**     0 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11                MONDAY, NOVEMBER 18, 2013 02:00 PM

9) Objection to Professional Fees Kroger, Gardis & Regas, LLP's THIRD filed by Walter Scott Newbern III on behalf of Creditors 2Z Cattle Company, Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Carroll County Livestock Sales Barn, Inc., E4 Cattle Co., LLC, Edward J. Edens, IV, Glen Franklin, Glen Franklin Cattle Company, Inc., Vernon Inman II, Vernon Inman I, Macon Stockyards, Inc., Peoples Livestock Auction, Inc., Robert Rawls d/b/a Robert Rawls Livestock, Edward Strickland  [2410]
   R / M #:    0 / 0

10) Objection to Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 Limited Objection of Fifth Third Bank to the Fifth Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank  [2413]
    R / M #:    0 / 0

### *Appearances:*

JAY P. KENNEDY/AMANDA STAFFORD, ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, TRUSTEE , JAMES A. KNAUER
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
BRIAN ROBERT POLLOCK, ATTORNEY FOR INTRUST BANK, NA
NATALIE MONTELL, ATTORNEY FOR GARY S. BELL, GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RANDY HOOVER & SON, LLC, RON P. REED
LAURA DAY DELCOTTO, ATTORNEY FOR ALTON DARNELL, ALTON DARNELL DBA DARNELL ALTON BARN, BLUE GRASS MAYSVILLE STOCKYARDS, LLC, BLUE GRASS SOUTH LIVESTOCK MARKET, LLC, BLUE GRASS STOCKYARDS EAST, LLC, BLUE GRASS STOCKYARDS OF CAMPBELLSVILLE,, BLUE GRASS STOCKYARDS OF RICHMOND, LLC, BLUE GRASS STOCKYARDS, LLC, EAST TENNESSEE LIVESTOCK CENTER, INC., FIRST BANK AND TRUST COMPANY, THE, MOSELEY CATTLE AUCTION, LLC, PIEDMONT LIVESTOCK COMPANY, INC., PIEDMONT LIVESTOCK, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC
WALTER SCOTT NEWBERN, ATTORNEY FOR 2Z CATTLE COMPANY, ALABAMA LIVESTOCK AUCTION, INC., ARCADIA STOCKYARD, ASHVILLE STOCKYARD, INC., ATHENS STOCKYARD, LLC, BILLINGSLEY AUCTION SALE, INC., CPC LIVESTOCK, LLC, CARROLL COUNTY LIVESTOCK SALES BARN, INC, CATTLEMEN'S LIVESTOCK MARKET, INC., CLARK CHRISTENSEN, COLUMBIA LIVESTOCK MARKET, INC., DANIEL M. BYRD, E4 CATTLE CO., LLC, EAGLE BAY, INC., EDWARD J. EDENS, IV, EDWARD STRICKLAND, FIRST BANK AND TRUST COMPANY, THE, FLORIDA ASSOCIATION LIVESTOCK MARKETS, GLEN FRANKLIN, GLEN FRANKLIN CATTLE COMPANY, INC., HARDEE LIVESTOCK MARKET, INC., MACON STOCKYARDS, INC., MADISON COUNTY LIVESTOCK MARKET, INC. D/, MATT ELLER, NORTH FLORIDA LIVESTOCK MARKET, INC., OAK LAKE CATTLE CO., OCALA LIVESTOCK MARKET, INC., OKEECHOBEE LIVESTOCK MARKET, INC., PEOPLES LIVESTOCK AUCTION, INC., ROBERT RAWLS D/B/A ROBERT RAWLS LIVESTOC, RON SIZEMORE TRUCKING, INC., SEALY AND SONS LIVESTOCK, LLP, SUMTER COUNTY FARMERS MARKET, INC., TENNESSEE VALLEY LIVESTOCK, VERNON INMAN

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93904-BHL-11          MONDAY, NOVEMBER 18, 2013 02:00 PM

## *Proceedings:*

\*  (1,2)  Disposition: Hearing held.   Matter continued to Hearing on  1/13/14 @ 1:30 p.m. (EST).   TBA whether hearing will be a live hearing or telephonic.   If telephonic - a dial in number will be posted.
(3,4,5,6)  Disposition: Hearing held. Application Granted.  Order to be submitted.
(7,8.9,10)  Disposition: Hearing held. Application Granted.  Order to be submitted.

NOTE:   NEXT OMNIBUS HEARING DATE:   1/13/14 @ 1:30 P.M. (EST)

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**