UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT
## WITH CORNELISON FARMS, LLC

Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, James A. Knauer, as Chapter 11 trustee ("Trustee") for the bankruptcy estate ("Estate") of Eastern Livestock Co., LLC ("Debtor"), by counsel, hereby files this motion (the "Settlement Motion") requesting the Court's approval of a compromise and settlement of claims between the Trustee and Cornelison ("Cornelison") pursuant to the terms and conditions set forth in the Settlement Agreement and Mutual Release substantially in the form attached hereto as Exhibit "A" (the "Settlement Agreement").  In support of this Settlement Motion, the Trustee respectfully represents the following:

### Introduction and Background

1.  Certain petitioning creditors commenced the above-captioned chapter 11 case (the "Chapter 11 Case") against the Debtor on December 6, 2010, by filing an involuntary petition for relief under chapter 11 of title 11 of the United States Code.  This Court entered the Order for Relief in An Involuntary Case and Order to Complete Filing [Doc. No. 110] on December 28, 2010.

2. On December 27, 2010, the Court entered the Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee [Doc. No. 102] pursuant to 11 U.S.C. § 1104.

3. On January 25, 2012, the Trustee filed the Trustee's Motion to Approve Certain Preference Avoidance Protocols and Terms of Settlement [Doc. No. 977] (the "Preference Protocol Motion"). The Court entered its Order Granting Trustee's Motion to Approve Certain Preference Avoidance Protocols and Terms of Settlement on February 15, 2012 [Doc. No. 1035] (the "Preference Protocol Order"), pursuant to which the Court authorized the Trustee to settle the Trade Preferences[1] in the sums of the Estimated Net Exposure without further order of the Court.

4. Based on his investigation, the Trustee concluded that Cornelison received not less than $281,060.52 in transfers from the Debtor (collectively, the "Transfers").

5. The Trustee commenced Adversary Proceeding No. 12-59096 against Cornelison on November 21, 2012 to avoid and recover the Transfers from Cornelison ("Preference Claim"). Subsequent to November 21, 2012, Cornelison has provided information to the Trustee and has asserted defenses that arguably and significantly reduce Cornelison's Estimated Net Exposure.

## The Settlement

6. To avoid the cost, expense, and delay of litigation, Cornelison is willing to make immediate payment of $20,000.00 (the "Settlement Amount") in satisfaction of the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Preference Protocol Motion.

Preference Claim, provided the Court enters a final, non-appealable order approving this Settlement Motion. Cornelison has, in fact, tendered this amount to the Trustee to be held in a trust account controlled by the Trustee while this matter is pending.

7. In accordance with the terms of the Plan, the Settlement Amount shall become part of the Recovery Fund (as that term is defined in the Estate's confirmed Chapter 11 Plan).

8. In the exercise of his sound business judgment, the Trustee has determined that a settlement of the Preference Claim in the Settlement Amount is in the best interests of the Debtor's estate and its creditors.

9. The Trustee requests that the Court approve the compromise and settlement of claims between the Trustee and Cornelison pursuant to the terms and conditions set forth in the Settlement Agreement. The Trustee is seeking court approval of the Settlement Agreement because the Settlement Amount is less than the sum of the Estimated Net Exposure as approved by the Preference Protocol Order.

## Basis for Relief

10. Pursuant to Bankruptcy Rule 9019(a), this Court has authority to approve a compromise or settlement after notice and opportunity for a hearing. Under Bankruptcy Rule 9019, a bankruptcy court should approve a proposed compromise if it is fair and equitable and in the best interests of the estate. *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968); *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007). The Seventh Circuit has offered the following guidance to courts in making such determinations:

> The linchpin of the "best interests of the estate" test is a comparison of the value of the settlement with the probable costs and benefits of litigating. Among the factors the court considers are the litigation's probability of success, complexity, expense, inconvenience, and delay, "including the possibility that disapproving the settlement will cause wasting of assets."

*In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d at 426 (citations omitted).

11. Although the Trustee believes there is legal and factual support for the Preference Claim, settlement avoids the costs, expense, delay, and uncertainties of litigation. Litigation creates additional costs and expenses for the Debtor's estate and will thereby further deplete the estate. When evaluating the proposed settlement, the Trustee considered (i) the expenses the Debtor's estate would incur in litigating the Preference Claim, (ii) the probability of success in prosecuting the Preference Claim in light of the asserted defenses, and (iii) the best interests of the Debtor's estate and its creditors.

12. Pursuant to the exercise of his sound business judgment, the Trustee believes that the compromise and settlement reflected in the proposed Settlement Agreement is fair and equitable and in the best interests of the estate.

13. If no objections to this Settlement Motion are filed, the Parties request that the Court enter an order approving the Settlement Agreement. If any objections to this Settlement Motion are filed, the parties request that this Settlement Motion and any timely filed objection be scheduled for hearing by the Court on the earliest date that is available and convenient to the Court

WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Settlement Agreement attached hereto as Exhibit "A" and grant the Trustee all other just and proper relief.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By: /s/ Jay P. Kennedy
Jay P. Kennedy (#5477-49)
Counsel for James A. Knauer,
Chapter 11 Trustee
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Telephone: (317) 777-7428
jpk@kgrlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt davidabt@mwt.net

Amelia Martin Adams aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Kay Dee Baird kbaird@kdlegal.com, pdidandeh@kdlegal.com

Christopher E. Baker cbaker@thbklaw.com, thignight@thbklaw.com;twilkerson@thbklaw.com

Robert A. Bell rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers dbrangers@lawyer.com

Steven A. Brehm sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Steven A. Brehm sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown Joe.Brown@Hardincounty.biz

Lisa Koch Bryant courtmail@fbhlaw.net

John R. Burns john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso dcaruso@daleeke.com, mtheisen@daleeke.com

Ben T. Caughey ben.caughey@icemiller.com

Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb joshclubb@gmail.com

Jason W. Cottrell jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Dustin R. DeNeal dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

Dustin R. DeNeal dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl tearl@rwsvlaw.com

Shawna M Eikenberry shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Shawna M Eikenberry shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

William K. Flynn wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree robertforee@bellsouth.net

Sandra D. Freeburger sfreeburger@dsf-atty.com, mbaker@dsf-atty.com

Sandra D. Freeburger sfreeburger@dsf-atty.com, mbaker@dsf-atty.com

Peter M Gannott pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson msgiberson@vorys.com

Thomas P Glass tpglass@strausstroy.com

Jeffrey J. Graham jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com

Jeffrey J. Graham jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com

Patrick B Griffin patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com

Terry E. Hall terry.hall@faegrebd.com,

sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann
phoffmann@stinson.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

Jay Jaffe jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock
eknoblock@daleeke.com, dwright@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas
dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman
mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;brequenes@kdlegal.com

Scott R Leisz sleisz@bgdlegal.com, disom@bgdlegal.com

Elliott D. Levin robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com

Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind jblind@vorys.com

Karen L. Lobring lobring@msn.com

John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee
mcghee@derbycitylaw.com,

SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum
bmeldrum@stites.com

William Robert Meyer
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore cm@gdm.com, ljs2@gdm.com

Allen Morris amorris@stites.com, dgoodman@stites.com

Allen Morris amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com

Erin Casey Nave
enave@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Erin Casey Nave
enave@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Walter Scott Newbern
wsnewbern@msn.com

Walter Scott Newbern
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Michael Wayne Oyler
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Brian Robert Pollock
bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Wendy W Ponader
wendy.ponader@faegrebd.com,
sarah.herendeen@faegrebd.com

Timothy T. Pridmore
tpridmore@mcjllp.com,
lskibell@mcjllp.com

Anthony G. Raluy traluy@fbhlaw.net

Eric C Redman
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric C Redman
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson
ewrichardson@vorys.com,
bjtobin@vorys.com

Joe T. Roberts
jratty@windstream.net

David Cooper Robertson
crobertson@stites.com,
docketclerk@stites.com

Mark A. Robinson
mrobinson@vhrlaw.com

Mark A. Robinson
mrobinson@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com

John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com

Joseph H Rogers
jrogers@millerdollarhide.com,
cdow@millerdollarhide.com

James E Rossow jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan
ser@kgrlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com,
btaylor@thbklaw.com;twilkerson@thbklaw.com

Thomas C Scherer
tscherer@bgdlegal.com,
mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Ivana B. Shallcross
ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com,
nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com

James E. Smith
jsmith@smithakins.com,
legalassistant@smithakins.com

William E Smith wsmith@k-glaw.com, pballard@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com, jli@kgrlaw.com

Amanda Dalton Stafford
ads@kgrlaw.com, jli@kgrlaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine kabritt@vorys.com

Andrew D Stosberg
astosberg@lloydmc.com,
bmarks@lloydmc.com

Matthew R. Strzynski
indyattorney@hotmail.com,
mattstrzynski@mac.com

Meredith R. Theisen
mtheisen@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp ctrapp@rubin-levin.net, lking@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson
andrea@wassonthornhill.com

Jennifer Watt jwatt@kgrlaw.com,
tjf@kgrlaw.com

Jennifer Watt jwatt@kgrlaw.com,
tjf@kgrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov,
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com,
vwilliams@hooverhull.com

Michael Benton Willey
michael.willey@ag.tn.gov

Jason P Wischmeyer
jason@wischmeyerlaw.com,
tammy@wischmeyerlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com,
joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com,
joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com

Jessica E. Yates jyates@swlaw.com,
docket_den@swlaw.com;mmccleery@swlaw.com

James T Young james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

/s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee

**KROGER, GARDIS & REGAS, LLP**
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone