**INVOICE AND SECURITY AGREEMENT**

DATE: 11-2-10

INVOICE NO. 315257

# Eastern Livestock Co., LLC

SOLD TO: Glenn Franklin
Address:
City-State-Zip: Nocona NM

SHIP TO:
Address:
City-State-Zip: Ivanhoe TX

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 115 | Str | 50395 | 438/126.01 | 63502.74 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | ✓ |  |  | 115 |
|  |  | / |  |  |
|  |  | 11-2-10 |  |  |
|  |  |  |  | Karen Baker 11-2-10 |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: Reba
            Marion Ky
FROM: Hawk Wilson

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL:

*Please Remit to:* EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

Exhibit A