**INVOICE AND SECURITY AGREEMENT**

DATE: 11-3-10

INVOICE NO. 316529

# Eastern Livestock Co., LLC

SOLD TO: Glenn Fawley(?)
Address:
City-State-Zip: Hondo, NM(?)

SHIP TO:
Address:
City-State-Zip: Fornosoco(?) TX

Specifically subject to all terms, conditions, and provisions appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 117 | Strs | 48805 | 417/107.24 | 62,089.48 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | 117 |
|  |  |  |  |  |
|  |  | 11-3-10 |  |  |
|  |  |  |  | Fawley 11.8.10 |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTALS** |  |  |  |  |

TRUCKER: Wdo Bar
         Marion Ky
FROM: Mount Sterling(?)

COMMISSION:
VETERINARY:
TRUCKING:
OTHER:
TOTAL:

*Please Remit to:* EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

Exhibit B