

| | | |
|---|---|---|
| EASTERN LIVESTOCK CO., LLC | 135 West Market<br>New Albany, IN 47150<br>812-949-9035 | 73-21/421   **NO. F 35496**<br>Oct 25 2010 |

PAY to the order of  Glenn Franklin + PCA of Eastern New Mexico    $ 2,844,396 31/

Two Million Eight Hundred Forty-Four Thousand Three Hundred Ninety-Six & 31/100 DOLLARS

Fifth Third Bank
Northern Kentucky

Eastern Livestock Co., LLC

/s/ Thomas P. Gibson

⑈035496⑈ ⑉042100272⑉ 7480493837⑈

3 444

PPC 10/25/10-0000301 20

PAY TO THE ORDER OF
ANY BANK OR BANKER
FOR DEPOSIT ONLY
AG NEW MEXICO
FARM CREDIT SERVICES, ACA
(Seller's Signature)
Glenn Franklin

By endorsing said instrument undersigned certifies that to the be,t of his/her/its knowledge while under this ownership, possession 2 direct control, the subject livestock sold to Eastern Livestock Co., LLC are not adulterated within the meaning of the Federal Food, Drug and Cosmetic Act, i.e none of the cattle or other ruminants have beer fed any material that contains protein derived from mammalian tissues as defined by the Food & Drug Administration Regulations specifically 21 CFR 589 2000

Secured Party of the livestock, if any, hereby consents to the sale thereof and releases said livestock from any security interest or claim whatsoever

The undersigned seller, in consideration of the payment herein, hereby warrants and defends the title to said cattle against any person claiming the same or any part of them, and further warrants that the cattle are free and clear of any encumbrance or lien whatsoever except those for which consent to said sale and release of said lien is endorsed on this check

Exhibit C