# EXHIBIT B

Out-of-Pocket Expenses

EASTERN LIVESTOCK
SUMMARY OF EXPENSES
TO SEPTEMBER 30, 2013

| | | |
|---|---|---:|
| AIRFARE | | 0.00 |
| LODGING | | 0.00 |
| MEALS | | 0.00 |
| RENTAL CAR | | 0.00 |
| PARKING, TOLLS, ETC. | | 0.00 |
| LONG DISTANCE PHONE | | 250.18 |
| PHOTOCOPIES | (135  @.15) | 20.25 |
| POSTAGE | | 10.86 |
| LEGAL FEES PAID TO DINSMORE & SHOHL LLP | | 1,548.00 |
| OVERNIGHT DELIVERY | | 87.71 |
| TOTAL | | 1,917.00 |