UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                          )
                                                               )
EASTERN LIVESTOCK CO., LLC,          )      Case No. 10-93904-BHL-11
                                                               )
                         Debtor.                       )

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, the *Order Granting Third Interim Application of Kroger, Gardis & Regas, LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee* and *Order Granting Fifth Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee* was electronically sent to the parties listed on the Court's Notice of Electronic filing . Parties may access this filing through the Court's system.

I further certify that on December 4, 2013, the *Order Granting Third Interim Application of Kroger, Gardis & Regas, LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee* and *Order Granting Fifth Interim Application of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee* was mailed by the first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Ashley S. Rusher
3Blanco Tackabery & Matamoros, P.A.
Stratford Point Building, 5th Floor
110 South Stratford Road
Winston-Salem, NC 27104-4299

Darla J. Gabbitas & David A. Laird
Moye White LLP
16 Market Square 6th Floor
1400 16th Street
Denver, CO 80202-1486

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nolan M. Johnson, Esq.
Bass, Berry & Sims PLC
100 Peabody Place, Suite 900
Memphis, TN 38103

Melissa S. Giberson
Robert A. Bell, Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Christopher E. Baker & Niccole R. Sadowski
Tucker Hester Baker & Krebs, LLC
Regions Tower Suite 1600
One Indiana Square
Indianapolis, IN 46204

Sandra Freeburger
Deitz, Shields & Freeburger, LLP
101 First St.
P.O. Box 21
Henderson, KY 42419-0021

Louise & Roy Depollite
112 Hall Rd.
Monroe, TN 38573-6035

U.S. Trustee
101 W. Ohio St.
Suite 100
Indianapolis, IN 46204

By:  /s/ James A. Knauer

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
jak@kgrlaw.com
(317) 692-9000 Telephone
(317) 777-7440 Fax

2