UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

## AMENDED NOTICE OF HEARING

The *Fifth Interim Application Of Development Specialists, Inc. For Compensation And Reimbursement Of Expenses As Consultant For James A. Knauer, Chapter 11 Trustee* ("Application") (Docket No. 2425) was filed with the Clerk of this Court by Development Specialists, Inc. on December 4, 2013.

    Movant seeks allowance of $235,952.50 in compensation and $1,917.00 for out-of-pocket expenses during the period April 1, 2013 through and including September 30, 2013

NOTICE IS GIVEN that any objection to the relief requested in the Application must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before December 26, 2013. Those not required or not permitted to file electronically must delivery any objection by U.S. mail, courier, overnight/express mail, or in person at:

    Clerk, U.S. Bankruptcy Court
    110 U.S. Courthouse
    121 W. Spring St.
    New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the Application. **If an objection is NOT timely filed, the requested relief may be granted.**

    The Court will hold a telephonic hearing on the Application ONLY if an objection is timely filed:

    Date:        December 30, 2013
    Time:       10:00 a.m. EST

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound ("#") key.

A copy of the Application is available on the Bankruptcy Court's PACER site at http://pacer.insb.uscourts.gov, or on the Trustee's blog at www.easternlivestockbkinfo.com, or on the noticing agent's website at www.bmcgroup.com/easternlivestock, or by contacting James A. Knauer, Chapter 11 Trustee, at jak@kgrlaw.com or via telephone at 317-692-9000.

            KROGER, GARDIS & REGAS, LLP

            By: /s/ James A. Knauer

James A. Knauer        *Chapter 11 Trustee on behalf of Consultant,*
111 Monument Circle, Suite 900   *Development Specialists, Inc.*
Indianapolis, Indiana 46204-5125
Telephone: 317-692-9000
Facsimile: 317-777-7451
jak@kgrlaw.com