UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>EASTERN LIVESTOCK CO., LLC,<br><br>　　Debtor. | § § § § § § § § | CASE NO. 10-93904-BHL-11<br><br>CHAPTER 11 |
| JAMES A. KNAUER, CHAPTER 11, TRUSTEE OF EASTERN LIVESTOCK Co., LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>DE MAIO FARMS & RANCHES, INC. a/k/a DE MAIO LAND AND CATTLE,<br><br>　　Defendant. | § § § § § § § § § § § § § § | Adversary Proceeding No. 12-59011 |

### DEFENDANT DE MAIO FARMS & RANCHES, INC. a/k/a DE MAIO LAND AND CATTLE'S NOTICE OF SERVICE OF DISCOVERY REQUESTS

TO: All Counsel of Record

Please take notice that Counsel for de Maio Farms & Ranches, Inc. a/k/a de Maio Land and Cattle ("de Maio") served discovery requests to James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC, ("ELC") via electronic mail as follows:

1. Defendant's First Set of Requests for Admissions to Plaintiff (Authentication), served on November 27, 2013;

2. Defendant's First Set of Request for Admissions to Plaintiff, served on November 27, 2013;

3. Defendant's Second Set of Interrogatories to Plaintiff, served on November 27, 2013; and

4. Defendant's Cross-Notice of Deposition of James Edward Edens, IV, served and filed on December 6, 2013.

The requests relate to Adversary Proceeding No. 12-59011. Electronic copies of the requests were served on counsel of record for the ELC Trustee.

DATED this 6th day of December, 2013.

    Respectfully submitted,

    John H. Lovell
    TX SBN: 12609300
    LOVELL, LOVELL, NEWSOM & ISERN, LLP
    112 W. 8th Avenue, Suite 1000
    Amarillo, Texas 79101-2314
    E-mail: john@lovell-law.net

    and

    Mark A. Robinson
    VALENTI HANLEY & ROBINSON, PLLC
    One Riverfront Plaza, Suite 1950
    401 West Main Street
    Louisville, KY 40202
    E-mail: mrobinson@vhrlaw.com
    ATTORNEYS FOR DEFENDANT DE MAIO FARMS & RANCHES, INC.

    /s/ John Lovell
    John H. Lovell

## CERTIFICATE OF SERVICE

    I hereby certify that on December 6, 2013, I caused a true and correct copy of the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court - Bankruptcy Court, Southern District of Indiana, using the electronic case filing system of the court and electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including:

| | |
|---|---|
| Ms. Wendy W. Ponader | Via e-mail: wendy.ponader@faegrebd.com |
| Ms. Shawna Meyer Eikenberry | Via e-mail: shawna.eikenberry@faegrebd.com |
| FAEGRE BAKER DANIELS, LLP | |
| 300 N. Meridian Street, Suite 2700 | |
| Indianapolis, IN 46204 | |

**ATTORNEYS FOR JAMES KNAUER,
TRUSTEE OF EASTERN LIVESTOCK, CO., LLC**

                                                    /s/ John H. Lovell
                                                       John H. Lovell