## Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 12/9/2013
Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 2

**Recipients of Notice of Electronic Filing:**
aty      John Hunt Lovell      john@lovell–law.net
aty      John Hunt Lovell      john@lovell–law.net

TOTAL: 2