UNITED STATES BANKRUPTCY COURT

SF00075 (rev 05/2008)

Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,
        Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Notice of Submission, which was filed on December 6, 2013, is deficient in the following respect(s):

> Pleading should be filed in associated adversary case instead of legal case. Filing party to re−file in adversary case.

The above−cited deficiencies must be corrected by December 23, 2013 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  December 9, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court