**Eastern Livestock Co., LLC**
**Analysis of Cash Receipts**

| Date of Payment | Payor | Source of Cattle / Reason for Payment | No. of Head of Cattle | Shipment Date | Total |
|---|---|---|---|---|---|
| 05/20/11 | Cattle Empire / E4 Cattle Company | Branch 24 Inventory | 94 | 9/24/10 | $ 5,437.28 |
| | | Branch 24 Inventory | 91 | 10/2/10 | 5,633.33 |
| | | | | | 11,070.61 |
| | | | | | |
| 05/20/11 | Paco Feed Yard / E4 Cattle Company | Branch 24 Inventory | 75 | 11/1/10 | 52,526.71 |
| 05/20/11 | Doug Sunderman | Superior Livestock | 81 | 11/4/10 | 57,099.86 |
| 05/20/11 | Irsik & Doll Feed Services | Branch 24 Inventory | Unknown | Unknown | 120,529.72 |
| | | | | | |
| 06/03/11 | P & R Livestock, Inc. | Branch 24 Inventory | 123 | 10/28/10 | 60,000.00 |
| 07/08/11 | P & R Livestock | Branch 24 Inventory | 115 | 10/23/10 | 60,000.00 |
| 08/08/11 | P & R Livestock | Branch 24 Inventory | 616 | Various | 211,203.00 |
| | | | | | 331,203.00 |
| | | | | | |
| 06/08/11 | Bryan A. and Heather Gorder | Settlement | N/A | N/A | 1,531.99 |
| | | | | | |
| 06/08/11 | Kirkland AG Credit, Inc. | Superior Livestock | | 9/20/10 | 3,065.64 |
| 06/30/11 | Kirkland AG Credit | Superior Livestock | | 9/24/10 | 11,891.90 |
| 07/22/11 | Kirkland AG Credit | Branch 24 Inventory | 500 | 9/20/10 | 11,435.15 |
| | | | | | 26,392.69 |
| | | | | | |
| 06/08/11 | Kirkland AG Credit, Inc. | Branch 24 Inventory | 111 | 10/29/10 | 12,302.06 |
| 06/08/11 | Mamot Feedlots Partnership | Superior Livestock | 91 | 9/3/10 | 21,663.95 |
| 06/08/11 | Hollis Commission, Inc. | Branch 24 Inventory | 102 | 9/3/10 | 25,747.93 |
| 06/08/11 | Kirkland Feedyard, Inc. | Branch 24 Inventory | 86 | 10/7/10 | 29,571.86 |
| 06/30/11 | Columbus Sales Pavillion, Inc. | Unknown | Unknown | Unknown | 2,108.54 |
| 06/30/11 | 3H Cattle Company | Branch 24 Inventory | Unknown | Unknown | 3,011.60 |
| 06/30/11 | Mamot Feedlots Partnership | Branch 24 Inventory | 97 | 9/10/10 | 11,214.10 |
| 07/08/11 | Mull Farms & Feeding | Branch 13 Inventory | 69 | 10/8/10 | 13,657.09 |
| 07/08/11 | Mull Farms & Feeding | Southeast Livestock | Unknown | 9/22/10 | 54,447.53 |
| 07/15/11 | Glover Farms | Branch 24 Inventory | 994 | 10/6/10-11/3/10 | 185,691.66 |
| 07/15/11 | Arrow Head Cattle Co. | Superior Livestock | 421 | 10/29/10-11/3/10 | 258,652.44 |
| 07/21/11 | Nu Technologies, Inc. | Northern Livestock | 288 | 11/6/10-11/9/10 | 166,861.22 |
| 08/19/11 | Boyer Animal Clinic | Branch 24 Inventory | 23 | Unknown | 7,548.00 |
| 09/22/11 | Keach Farms | Vet charge | | | 202.61 |
| 09/22/11 | Jake Johns | Tracy Burns | 2 | 11/3/10 | 900.54 |
| 09/22/11 | Kevin D. Smith | Superior Livestock | 241 | 11/2/10 | 1,281.20 |
| 10/11/11 | Irsik & Doll | Superior Livestock | 92 | 9/24/10 | 80,135.91 |
| 10/19/11 | Morris Stock Farms | Branch 24 Inventory | 91 | 9/23/10 | 20,795.21 |
| 10/19/11 | William Courter Farms | Athen Stockyards | 239 | 10/29/10 | 158,116.72 |
| 01/04/12 | Dave Wingo | Branch 24 Inventory | 97 | 11/3/10 | 53,321.19 |
| 04/24/12 | J&F Oklahoma Holdings | Unknown | Unknown | Unknown | 1,123.83 |