UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | Hon. Basil H. Lorch III |
| | ) | |

**LIMITED OBJECTION OF FIFTH THIRD BANK TO THE FIFTH INTERIM APPLICATION OF FAEGRE BAKER DANIELS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

By and through undersigned counsel, Fifth Third Bank hereby files its Limited Objection to the Fifth Interim Application of Faegre Baker Daniels LLP ("FBD") for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer, Chapter 11 Trustee ("Fifth Interim Application") (Dkt No. 2424). In support of this Limited Objection, Fifth Third Bank respectfully states as follows:

Fifth Third Bank submits this Limited Objection to reserve all of its rights to object to fees sought by FBD at the final fee hearing, notwithstanding Fifth Third's decision not to raise detailed objections at this time. While Fifth Third may ultimately wish to object in detail to the reasonableness of the professional fees incurred and sought in this case (including but not limited to fees incurred by FBD and approved on an interim basis), Fifth Third does not believe that it is productive to devote additional expense and judicial resources, at this juncture, to a determination of the reasonableness of fees incurred.

WHEREFORE, for the foregoing reasons, Fifth Third Bank respectfully requests that any order on the Fifth Interim Application clearly specify that approved fees and expenses are

1

approved on an interim basis only, without prejudice to the rights of any party in interest to object to the allowance of any portion of such fees or expenses upon final application.

Dated: December 23, 2013                                             Respectfully submitted,

/s/ Randall D. LaTour
Randall D. LaTour (admitted *pro hac vice)*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8290
Facsimile:   (614) 719-4821
Email: rdlatour@vorys.com
*Counsel for Fifth Third Bank, N.A*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2013, a copy of the foregoing *Limited Objection* was filed and served electronically through the Court's CM/ECF System to the following parties who are listed on the Court's Electronic Mail Notice List. Parties may access this filing through the Court's ECF System.

- Laura Day 10DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David L. Abt    davidabt@mwt.net
- Amelia Martin Adams    aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
- Jerald I. Ancel    jancel@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com
- Kay Dee Baird    kbaird@kdlegal.com, pdidandeh@kdlegal.com
- Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
- T. Kent Barber    kbarber@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
- David W. Brangers    dbrangers@lawyer.com
- Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
- Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
- Joe Lee Brown    Joe.Brown@Hardincounty.biz
- Lisa Koch Bryant    courtmail@fbhlaw.net
- John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
- James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@daleeke.com, mthomas@daleeke.com
- Ben T. Caughey    ben.caughey@icemiller.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Joshua Elliott Clubb    joshclubb@gmail.com
- Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
- Jack S Dawson    jdawson@millerdollarhide.com, jowens@millerdollarhide.com;receptionist@millerdollarhide.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com
- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@ficlaw.com, knorwick@ficlaw.com
- Trevor L. Earl    tearl@rwsvlaw.com

- Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
- Jeffrey R. Erler    jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com
- William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
- William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
- Peter M Gannott    pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
- Melissa S. Giberson    msgiberson@vorys.com
- Thomas P Glass    tpglass@strausstroy.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;krussell@taftlaw.com;aolave@taftlaw.com
- Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
- Paul M. Hoffmann    phoffmann@stinson.com
- John David Hoover    jdhoover@hooverhull.com
- John Huffaker    john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
- Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
- James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
- Todd J. Johnston    tjohnston@mcjllp.com
- Jill Zengler Julian    Jill.Julian@usdoj.gov
- Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
- Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
- Edward M King    tking@fbtlaw.com, dgioffre@fbtlaw.com
- James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
- James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
- Erick P Knoblock    eknoblock@daleeke.com
- Theodore A Konstantinopoulos    ndohbky@jbandr.com
- Randall D. LaTour    RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com
- David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
- David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
- Martha R. Lehman    mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com
- Scott R Leisz    sleisz@bgdlegal.com, disom@bgdlegal.com
- Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net
- Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

4

- James B. Lind    jblind@vorys.com
- Karen L. Lobring    lobring@msn.com
- John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
- Harmony A Mappes    harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com;sarah.herendeen@faegrebd.com
- John Frederick Massouh    john.massouh@sprouselaw.com
- Michael W. McClain    mike@kentuckytrial.com, laura@kentuckytrial.com
- Kelly Greene McConnell    lisahughes@givenspursley.com
- James Edwin McGhee    mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
- Brian H Meldrum    bmeldrum@stites.com
- William Robert Meyer    rmeyer@stites.com
- Kevin J. Mitchell    kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
- Terrill K. Moffett    kendalcantrell@moffettlaw.com
- Christie A. Moore    cm@gdm.com, ljs2@gdm.com
- Allen Morris    amorris@stites.com, dgoodman@stites.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
- Erin Casey Nave    enave@taftlaw.com
- Matthew Daniel Neumann    mneumann@hhclaw.com
- Walter Scott Newbern    wsnewbern@msn.com
- Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
- Matthew J. Ochs    kim.maynes@moyewhite.com
- Michael Wayne Oyler    moyler@rwsvlaw.com
- Ross A. Plourde    ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
- Brian Robert Pollock    bpollock@stites.com
- Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
- Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
- Anthony G. Raluy    traluy@fbhlaw.net
- Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com
- Eric W. Richardson    ewrichardson@vorys.com, bjtobin@vorys.com
- Joe T. Roberts    jratty@windstream.net
- Mark A. Robinson    mrobinson@vhrlaw.com, dalbers@vhrlaw.com
- Jeremy S Rogers    Jeremy.Rogers@dinslaw.com
- John M. Rogers    johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com
- Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
- James E Rossow    jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com
- Steven Eric Runyan    ser@kgrlaw.com
- Niccole R. Sadowski    nsadowski@thbklaw.com, kpeerman@thbklaw.com
- Thomas C Scherer    tscherer@bgdlegal.com, mmcclain@bgdlegal.com
- Stephen E. Schilling    seschilling@strausstroy.com
- Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

- James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
- William E Smith    wsmith@k-glaw.com, pballard@k-glaw.com
- Amanda Dalton Stafford    ads@kgrlaw.com, jli@kgrlaw.com
- Amanda Dalton Stafford    ads@kgrlaw.com, jli@kgrlaw.com
- Robert K Stanley    robert.stanley@FaegreBD.com
- Joshua N. Stine    kabritt@vorys.com
- Andrew D Stosberg    astosberg@lloydmc.com
- Matthew R. Strzynski    mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
- Meredith R. Thomas    mthomas@daleeke.com
- John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
- Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com
- Christopher M. Trapp    ctrapp@rubin-levin.net, carmen@rubin-levin.net;lemerson@rubin-levin.net
- Chrisandrea L. Turner    clturner@stites.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Andrew James Vandiver    avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
- Andrea L Wasson    andrea@wassonthornhill.com
- Jennifer Watt    jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
- Jennifer Watt    jwatt@kgrlaw.com, pad@kgrlaw.com;ads@kgrlaw.com
- Stephen A. Weigand    sweigand@ficlaw.com
- Charles R. Wharton    Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
- Sean T. White    swhite@hooverhull.com, vwilliams@hooverhull.com
- Michael Benton Willey    michael.willey@ag.tn.gov
- Chad Duane Wuertz    chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
- Chad Duane Wuertz    chad@wuertzlaw.com, joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com
- Jessica E. Yates    jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
- James T Young    james@rubin-levin.net, lemerson@rubin-levin.net;carmen@rubin-levin.net;atty_young@bluestylus.com

/s/ Randall D. LaTour  
Randall D. LaTour (admitted *pro hac vice)*