## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC | | |
| **Case Number:** | 10-93904-BHL-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 30, 2013 10:00 AM   NA 103 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | KRISTIN GOSS | | |
| **Reporter / ECR:** | KRISTIN GOSS | | |

### *Matter:*

Telephonic Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Terry E. Hall as Trustee's Attorney (Fee: $817,318.50, Expense: $13,246.00) filed by Terry E. Hall on behalf of Trustee James A. Knauer with an Objection filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank   [2424,2443]

**R / M #:**   0 / 0

### *Appearances:*

JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
TERRY E. HALL, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
CHARLES WHARTON - UST
LIZ LYNCH - REPRESENTATIVE OF DSI

### *Proceedings:*

* AMENDED TO RELFECT ONLY THE APPLICATION FOR JAMES KNAUER WAS SET FOR 12/30/13.
 Disposition:  Telephone Conference held.   Objection has been resolved by agreement of parties.   Order submitted by T. Hall.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**