SO ORDERED: December 31, 2013.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIFTH INTERIM APPLICATION OF
FAEGRE BAKER DANIELS LLP FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Fifth Interim Application Of Faegre Baker Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* [Docket #2424] ("Application") filed by Faegre Baker Daniels LLP on December 4, 2013 and objection filed by (a) Fifth Third Bank [Docket #2443] ("Objection"). The Court, having reviewed the Application, the Objection and the arguments of counsel at a telephonic hearing held on December 30, 2013, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. A ruling on the Objection is deferred until the consideration of the final fee application, except as stated below.

2. The Court hereby approves and allows interim compensation for attorneys' fees in the amount of $817,318.50 plus reimbursement for out-of-pocket expenses incurred in the amount of $13,246.00 to Faegre Baker Daniels LLP for the period April 1, 2013 through and including August 31, 2013.

3. The Trustee is authorized and ordered to pay 80% of the fees and 100% of the expenses allowed by this Order from the Trustee's operating account to Faegre Baker Daniels LLP. Payment of the remaining 20% of fees allowed by this Order is ordered to be paid upon approval of a final fee application filed by or on behalf of Faegre Baker Daniels LLP.

4. The interim compensation awarded for attorneys' fees and reimbursement for out-of-pocket expenses is without prejudice to the rights of any party in interest to object to a final fees and costs award whether an objection to an interim application was filed or not filed.

###