SO ORDERED: December 31, 2013.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIFTH INTERIM APPLICATION OF
DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CONSULTANT
FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Fifth Interim Application Of Development Specialists, Inc. For Compensation And Reimbursement Of Expenses As Consultant For James A. Knauer, Chapter 11 Trustee* [Docket #2425] ("Application") filed by Development Specialists, Inc. on December 4, 2013. The Court, having reviewed the Application and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. The Court hereby approves and allows interim compensation for consulting fees in the amount of $235,952.50 plus reimbursement for out-of-pocket expenses

incurred in the amount of $1,917.00 to Development Specialists, Inc. for the period April 1, 2013 through and including September 30, 2013.

    2.    The Trustee is authorized and ordered to pay 80% of the fees and 100% of the expenses allowed by this Order from the Trustee's operating account to Development Specialists, Inc., subject to available funds.  Payment of the remaining 20% of fees allowed by this Order shall await the further Order of the Court approving a final fee application filed by or on behalf of Development Specialists, Inc.

    3.    The interim compensation awarded for attorneys' fees and reimbursement for out-of-pocket expenses is without prejudice to the rights of any party in interest to object to a final fees and costs award whether an objection to an interim application was filed or not filed.

###