UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>EASTERN LIVESTOCK CO., LLC, )<br>)<br>    Debtor. )<br>JAMES A. KNAUER, CHAPTER 11 )<br>TRUSTEE OF EASTERN LIVESTOCK CO., )<br>LLC )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARROLL CO. L/S BARN, INC., )<br>)<br>    Defendant. ) | Case No. 10-93904-BHL-11<br><br><br><br><br><br><br><br>Adv. Proc. No. 12-59072 |

## NOTICE OF DISCOVERY REQUESTS AND RESPONSES

TO: All Counsel of Record

Please take notice that James A. Knauer, as Trustee for Eastern Livestock Co., LLC, served discovery requests, including interrogatories and requests for production on Carroll Co. L/S Barn, Inc. James A. Knauer has also served discovery responses, including responses to interrogatories, requests for production and requests for admission. The discovery relates to Adversary Proceeding No. 12-59072. Electronic copies of the requests have been served on counsel of record for Carroll Co. L/S Barn, Inc. and will be uploaded to the Trustee's online discovery repository.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

/s/    Jay P. Kennedy
Jay P. Kennedy, Atty No. 5477-49
Amanda D. Stafford, Atty. No. 30869-49
Jennifer L. Watt, Atty No. 24690-56
Attorneys for James A. Knauer Chapter 11
Trustee of Eastern Livestock Co., LLC
111 Monument Circle, Suite 900
Indianapolis, Indiana   46204-5125
(317) 692-9000

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Kay Dee Baird
kbaird@kdlegal.com, pdidandeh@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com, thignight@thbklaw.com;twilkerson@thbklaw.com

Robert A. Bell
rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Steven A. Brehm
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.co

m

Kent A Britt
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns
john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr
jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com;becky.turner@faegrebd.com

John R. Carr jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com, mtheisen@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto
ldelcotto@dlgfirm.com,

dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com, lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

William K. Flynn
wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com, mbaker@dsf-atty.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com, mbaker@dsf-atty.com

Peter M Gannott
pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com

Jeffrey J. Graham
jgraham@taftlaw.com, ECFClerk@taftlaw.com;dwineinger@taftlaw.com;aolave@taftlaw.com

Patrick B Griffin
patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com

Terry E. Hall
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann
phoffmann@stinson.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock
eknoblock@daleeke.com, dwright@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com, khedwards@vorys.com;bjtobin@vorys.com

David A. Laird
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas
dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman
mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;brequenes@kdlegal.com

Scott R Leisz
sleisz@bgdlegal.com, disom@bgdlegal.com

Elliott D. Levin
robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net

Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com

Elliott D. Levin edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind
jblind@vorys.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-

law.net

John Hunt Lovell
john@lovell-law.net,
sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com,
sarah.herendeen@faegrebd.com

Harmony A Mappes
harmony.mappes@faegrebd.com,
sarah.herendeen@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mmcclain@mcclaindewees.com,
larmstrong@mcclaindewees.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee
mcghee@derbycitylaw.com,

SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum
bmeldrum@stites.com

William Robert Meyer
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com,
cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com,
ljs2@gdm.com

Allen Morris
amorris@stites.com,
dgoodman@stites.com

Allen Morris
amorris@stites.com,
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com

Erin Casey Nave
enave@taftlaw.com,
ecfclerk@taftlaw.com;aolave@taftlaw.com

Erin Casey Nave
enave@taftlaw.com,
ecfclerk@taftlaw.com;aolave@taftlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Walter Scott Newbern
wsnewbern@msn.com

Walter Scott Newbern
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com,
amanda.castor@faegrebd.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com,
amanda.castor@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net,
julie.streich@justice-law.net

Michael Wayne Oyler
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com,
afton.shaw@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Brian Robert Pollock
bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com,

sarah.herendeen@faegrebd.com

Wendy W Ponader
wendy.ponader@faegrebd.com,
sarah.herendeen@faegrebd.com

Timothy T. Pridmore
tpridmore@mcjllp.com,
lskibell@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C Redman
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric C Redman
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson
ewrichardson@vorys.com,
bjtobin@vorys.com

Joe T. Roberts
jratty@windstream.net

David Cooper Robertson
crobertson@stites.com,
docketclerk@stites.com

Mark A. Robinson
mrobinson@vhrlaw.com

Mark A. Robinson
mrobinson@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers
johnr@rubin-levin.net,
susan@rubin-levin.net;atty_rogers@bluestylus.com

John M. Rogers
johnr@rubin-levin.net,
susan@rubin-levin.net;atty_rogers@bluestylus.com

Joseph H Rogers
jrogers@millerdollarhide.com,
cdow@millerdollarhide.com

James E Rossow
jim@rubin-levin.net,
susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan
ser@kgrlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com,
btaylor@thbklaw.com;twilkerson@thbklaw.com

Thomas C Scherer
tscherer@bgdlegal.com,
mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Ivana B. Shallcross
ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com,
nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com

James E. Smith
jsmith@smithakins.com,
legalassistant@smithakins.com

William E Smith
wsmith@k-glaw.com,
pballard@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com,
jli@kgrlaw.com

Amanda Dalton Stafford
ads@kgrlaw.com,
jli@kgrlaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine
kabritt@vorys.com

Andrew D Stosberg
astosberg@lloydmc.com,
bmarks@lloydmc.com

Matthew R. Strzynski
indyattorney@hotmail.com, mattstrzynski@mac.com

Meredith R. Theisen
mtheisen@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com,
jody.moore@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp
ctrapp@rubin-levin.net,
lking@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson
andrea@wassonthornhill.com

Jennifer Watt
jwatt@kgrlaw.com,
tjf@kgrlaw.com

Jennifer Watt
jwatt@kgrlaw.com,
tjf@kgrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov,
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com,
vwilliams@hooverhull.com

Michael Benton Willey
michael.willey@ag.tn.gov

Jason P Wischmeyer
jason@wischmeyerlaw.com,
tammy@wischmeyerlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com,
joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com,
joe@wuertzlaw.com;zach@wuertzlaw.com;michele@wuertzlaw.com;wendy@wuertzlaw.com

Jessica E. Yates
jyates@swlaw.com,
docket_den@swlaw.com; mmccleery@swlaw.com

James T Young
james@rubin-levin.net,
lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com