# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 13, 2014 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## *Matters:*

1) Continued Status Hearing Re:   Objection to Claim for Phillip Taylor Reed (Claim No. 355) [1865] with a  Response to Objection to Claim for Phillip Taylor Reed (Claim No. 355), filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed  [1985]
   **R / M #:**   0 / 0

2) Continued Status Hearing Re:   Objection to Claim for Ron P. Reed (Claim No. 354) [1900]  with a  Response to Objection to Claim for Ron P. Reed (Claim No. 354), filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed  [1986]
   **R / M #:**   0 / 0

3) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Development Specialists, Inc. as Consultant (Fee: $235,952.50, Expense: $1,917.00)  filed by Trustee James A. Knauer, Consultant Development Specialists, Inc  [2425]
   **R / M #:**   0 / 0
   **VACATED:**   No Objections filed.  Objections due by 12/26/13.  No hearing needed.

## *Appearances:*

JAY P. KENNEDY, ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
NATALIE MONTELL, ATTORNEY FOR GARY S. BELL, GLEN FRANKLIN, JOPLIN REGIONAL STOCKYARDS, NORTHWEST ALABAMA LIVESTOCK YARD, PHILLIP TAYLOR REED, RANDY HOOVER & SON, LLC, RON P. REED
JAMES BRYAN JOHNSTON, ATTORNEY FOR BILL DAVIS, BOBBY BYNUM, BYNUM RANCH CO., DAVIS QUARTER HORSE, EDDIE EICKE, FRANK POWELL, JOHNNY MAYO, TOM SVOBODA
BRIAN POLLACK - ATTORNEY FOR INTRUST BANK

## *Proceedings:*

*AMENDED
(1,2)  Disposition: Telephone Conference held.   Matter continued to Telephonic Hearing on 4/14/14 at 9:30 a.m. (EST).  Court to issue notice.  Dial in number for the 4/14/14 phone conference is:   1-888-399-7768  Passcode 586676#.
 (3)  VACATED:  No Objections filed.  Objections due by 12/26/13.  No hearing needed.


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**