UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 10/2013)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10–93904–BHL–11**

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a(n) hearing is required to evaluate the following matter(s):

    Continued Hearings Re: (1) Objection to Claim for Phillip Taylor Reed (Claim No. 355) with a Response filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed

    and

    (2) Objection to Claim for Ron P. Reed (Claim No. 354) with a Response filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed

NOTICE IS GIVEN that a(n) hearing will be held as follows:

    Date:  April 14, 2014
    Time: 09:30 AM EDT
    Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  January 16, 2014

                                                    Kevin P. Dempsey
                                                    Clerk, U.S. Bankruptcy Court