# Exhibit A

The Trustee issues this deposition notice to James Edward Edens, IV in this chapter 11 case, including but not limited to, the following adversary proceedings:

- *Fredin Bros. Inc. v. Bankers Bank, et al.*, Adversary No. 11-59108
- *Knauer v. Alabama Livestock Auction*, Adversary No. 12-59129
- *Knauer v. Ashville Stockyard, Inc.*, Adversary No. 12-59128
- *Knauer v. Billingsley Auction Sale, Inc.*, Adversary No. 12-59050
- *Knauer v. Carroll Co L/S Sale Barn, Inc.*, Adversary No. 12-59072
- *Knauer v. Fort Payne Stockyards*, Adversary No. 12-59132
- *Knauer v. Macon Stockyard*, Adversary No. 12-59049
- *Knauer v. People's Livestock Auction, Inc* , Adversary No. 12-59133
- *Knauer v. Robert Rawls Livestock*, Adversary No. 12-59047
- *Knauer v. Matt Eller*, Adversary No. 12-59144
- *Knauer v. Corey Kay and Schroeder Farms*, Adversary No. 12-59010
- *Knauer v. Demaio Farms & Ranches*, Adversary No. 12-59011
- *Knauer v. Madison Cattle*, Adversary No. 12-59127
- *Knauer v. Chad Houck*, Adversary No. 59145
- *Knauer v. Thomas Glover*, Adversary No. 13-59004
- *Knauer v. James Edward Edens IV and E4 Cattle Company, LLC*, Adversary No. 12-59036

dms.us.53497384.01