United States Bankruptcy Court
Southern District of Indiana

In re:                                                              Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss          Page 1 of 1          Date Rcvd: Jan 16, 2014
                             Form ID: SF00200      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2014.
aty        +Christopher E. Baker,   Tucker Hester Baker & Krebs, LLC,   Regions Tower, 16th Floor,
            One Indiana Square,   Indianapolis, IN 46204-2004
aty        +Thomas Richard Alexander, II,   Richardson Gardner & Alexander,   117 East Washington Street,
            Glasgow, KY 42141-2696
cr         +Bob's Auto, Inc. d/b/a Bob's Auto Supply,   PO Box 419,   Edmonton, KY 42129-0419
cr         +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
adb        #+Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
op         +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
            ?Louisville, KY 40202-3157
ptcrd      +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,   Castlewood, VA 24224-9686
cr         +++MICHAEL WADE LOULA,   1185 COUNTY ROAD 1170,   COLONY OK 73021-2217
            (address filed with court: Michael Wade Loula,   Rt1, Box 50,   Colony, OK 73021-9631)
op          National Cattlemen's Beef Association,   Alice Devine,   Devine & Donley, LLC,
            534 S KS Ave Suite 1420,   Topeka, KA 66603
cr          Philip Martin,   6853 Fairview Rd,   Cookeville, TN 38501-9715
cr         +Sam Fousek,   29972 396th Ave,   Wagner, SD 57380-7124
op         +Southeastern Livestock Network LLC,   176 Pasadena Drive,   Lexington, KY 40503-2900
cr         +Tennessee Livestock Producers, Inc.,   P.O. Box 313,   Columbia, TN 38402-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: asr@btcmlaw.com Jan 16 2014 23:05:04     Ashley S Rusher,
            Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC 27114-5008
                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2014                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2014 at the address(es) listed below:
NONE.                                                                         TOTAL: 0

SF00200 (rev 10/2013)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                                   Case No. **10–93904–BHL–11**
            Debtor(s).

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a(n) hearing is required to evaluate the following matter(s):

Continued Hearings Re: (1) Objection to Claim for Phillip Taylor Reed (Claim No. 355) with a Response filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed

and

(2) Objection to Claim for Ron P. Reed (Claim No. 354) with a Response filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed

NOTICE IS GIVEN that a(n) hearing will be held as follows:

Date:  April 14, 2014
Time: 09:30 AM EDT
Place: Rm. 103 Federal Building, 121 W. Spring St., New Albany, IN 47150

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  January 16, 2014                              Kevin P. Dempsey
                                                     Clerk, U.S. Bankruptcy Court