UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re: )
)
EASTERN LIVESTOCK CO., LLC, ) Case Number: 10-93904-BHL-11
)
Debtor. )

## POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending:   12/31/2013
Confirmation Date:        12/20/2012

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $119,958.50 | $350,000.00 | $353,426.95 | $823,385.45 |
| Cash Disbursements, including plan payments | -$23,319.92 | -$16,385.48 | -$1,255,283.23 | -$1,294,988.63 |
| Total | $96,638.58 | $333,614.52 | -$901,856.28 | -$471,603.18 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $23,319.92 | $16,385.48 | $1,255,283.23 | $1,294,988.63 |
| Secured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $23,319.92 | $16,385.48 | $1,255,283.23 | $1,294,988.63 |

1. Have Quarterly U.S. Trustee Fees been paid?   **Yes**   No
   If no, please explain.

2. Have all payments been made as set forth in the plan?   Yes   **No**
   If no, please explain.
   *Payments to unsecured creditors have not yet started.*

3. Have all property sales and transfers set forth in the plan been completed?
   If no, please explain.   Yes   **No**
   *Transfers will not be complete until the Trustee resolves all adversary proceedings and finalizes the allowed amount of claims*

4. Have any distributions been made to stockholders of the debtor?
   If yes, please explain.                                                    Yes        (No)

5. Is the debtor current on all post confirmation taxes?                     (Yes)        No
   If no, please explain.

6. Have all claims been resolved?                                             Yes        (No)
   If no, please explain.
   **Certain claims are subject to disallowance in adversary proceedings.**

7. When will the application for final decree be filed?
   *Once the estate has been fully administered, which will occur no
   sooner than the second quarter of 2014.*

8. Is this a final report?                                                    Yes        (No)
   If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is complete, true and correct to the best of my knowledge, information and belief.

By: _____                     Dated: 1/29/14
    James A. Knauer
    Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

# ELC Operating Receipts

**EASTERN LIVESTOCK CO., LLC,**
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

| Name of Bank | JP Morgan Chase Bank NA |
| --- | --- |
| Account Number | 922019401 |
| Purpose of Account | Operating Account |
| Type of Account | Checking Account |

| Date of Transaction | Payer | Purpose or Description | Amount | |
| --- | --- | --- | ---: | --- |
| 10/02/2013 | Shasta Livestock Auction | Settlement | $ 37,500.00 | |
| 10/02/2013 | Gary Seals | Settlement | $ 75,000.00 | |
| 10/02/2013 | Humana | Refund of Health Insurance Prem | $ 458.50 | |
| 10/07/2013 | Northwest Alabama Livestock | Settlement | $ 7,000.00 | |
| | Total 10/01/2013-10/31/2013 | | | $ 119,958.50 |
| 11/04/2013 | Gary Seals | Settlement | $ 75,000.00 | |
| 11/13/2013 | Agri Beef Management | Settlement | $ 275,000.00 | |
| | Total 11/1/2013-11/30/2013 | | | $ 350,000.00 |
| 12/03/2013 | Gary Seals | Settlement | $ 75,000.00 | |
| 12/03/2013 | John Gibson | Settlement | $ 30,000.00 | |
| 12/05/2013 | Northwest Alabama Livestock Assn | Settlement | $ 1,000.00 | |
| 12/10/2013 | SCRTC | Misc Income | $ 78.40 | |
| 12/12/2013 | Chad Schuchman | Settlement | $ 50,000.00 | |
| 12/12/2013 | Animal Profiling | Settlement | $ 524.95 | |
| 12/12/2013 | Northwest Alabama Livestock Assn | Settlement | $ 1,000.00 | |
| 12/12/2013 | OLIM, Inc | Settlement | $ 145,823.60 | |
| 12/12/2013 | B&B Land and Livestock | Settlement | $ 10,000.00 | |
| 12/12/2013 | B&B Land and Livestock, Ganado, Inc | Settlement | $ 10,000.00 | |
| 12/12/2013 | Martin Pringle Oliver Wallace & Bauer | Settlement | $ 10,000.00 | |
| 12/12/2013 | Cornelison Farms | Settlement | $ 20,000.00 | |
| | Total 12/01/2013-12/31/2013 | | | $ 353,426.95 |
| | Total for report | | | $ 823,385.45 |

Page 1 of 1

EASTERN LIVESTOCK CO., LLC,  
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

| | |
|---|---|
| Name of Bank | JP Morgan Chase Bank NA |
| Account Number | 922019401 |
| Purpose of Account | Operating Account |
| Type of Account | Checking Account |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Debit | 10/01/2013 | Chase Bank | Bank Fees | 15.00 |
| Debit | 10/01/2013 | Chase Bank | Bank Fees | 15.00 |
| 1740 | 10/07/2013 | The Data Vault | Storage | 292.62 |
| Wire Trans | 10/09/2013 | ADP | Payroll | 2,042.66 |
| 1741 | 10/10/2013 | Kroger, Gardis & Regas, LLP | Office Supplies | 227.84 |
| 1742 | 10/10/2013 | Susan Abbott | Insurance Premium Refund | 67.94 |
| Debit | 10/11/2013 | ADP | Payroll | 161.87 |
| Wire Trans | 10/15/2013 | ADP | Payroll | 2,098.36 |
| 1743 | 10/16/2013 | James Finchum | Insurance Premium Refund | 136.46 |
| 1744 | 10/16/2013 | Linda Franklin | Insurance Premium Refund | 8.99 |
| 1745 | 10/16/2013 | Anna Gibson | Insurance Premium Refund | 13.49 |
| 1746 | 10/16/2013 | Grant Gibson | Insurance Premium Refund | 66.05 |
| 1747 | 10/16/2013 | Gerald Godwin | Insurance Premium Refund | 22.48 |
| 1748 | 10/16/2013 | Donna Good | Insurance Premium Refund | 41.12 |
| 1749 | 10/16/2013 | Rita Scrutton | Insurance Premium Refund | 35.97 |
| 1750 | 10/16/2013 | Vickie Wiedman | Insurance Premium Refund | 65.99 |
| 1755 | 10/21/2013 | Regus | Rent | 4,328.99 |
| 1756 | 10/21/2013 | BMC Group | Claims Agent | 864.24 |
| 1757 | 10/21/2013 | PARC | Parking | 75.00 |
| Debit | 10/25/2013 | Chase Bank | Bank Fees | 25.00 |
| Debit | 10/25/2013 | Chase Bank | Bank Fees | 25.00 |
| Debit | 10/25/2013 | ADP | Payroll | 211.06 |
| 1761 | 10/28/2013 | Gray Plant Mooty | Mediation | 4,034.15 |
| 1763 | 10/28/2013 | Gray Plant Mooty | Mediation | 5,916.77 |
| Wire Trans | 10/29/2013 | ADP | Payroll | 2,277.87 |
| 1764 | 10/29/1904 | The Brown Hotel | Mediation | 250.00 |
| | Total 10/01/2013-10/31/2013 | | | $ 23,319.92 |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1765 | 11/04/2013 | United States Trustee | Trustee Fees | $ 6,500.00 |
| 1766 | 11/04/2013 | The Data Vault | Storage | $ 418.42 |
| Debit | 11/08/2013 | ADP | Payroll | $ 212.12 |
| Wire Trans | 11/12/2013 | ADP | Payroll | $ 2,277.87 |
| 1767 | 11/13/2013 | Gray Plant Mooty | Mediation | $ 225.00 |
| 1768 | 11/18/2013 | Regus | Rent | $ 4,273.14 |

2:28 PM
04/12/13

## ELC Operating Disbursements

| | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Debit | 11/22/2013 | ADP | Payroll | $ 201.06 | |
| Wire Trans | 11/26/2013 | ADP | Payroll | $ 2,277.87 | |
| | | Total 11/01/2013-11/30/2013 | | | $ 16,385.48 |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 1772 | 12/01/2013 | PARC | Parking | 75.00 | |
| 1773 | 12/01/2013 | Viewtrack Technologies | Computer | 150.00 | |
| 1774 | 12/05/2013 | Lytle Street Dev | Storage | 600.00 | |
| Debit | 12/06/2013 | ADP | Payroll | 161.87 | |
| 1775 | 12/09/2013 | The Data Vault | Storage | 356.55 | |
| 1776 | 12/09/2013 | BMC Group | Claims Agent | 477.95 | |
| Wire Trans | 12/10/2013 | ADP | Payroll | 2,042.66 | |
| Debit | 12/20/2013 | ADP | Payroll | 201.06 | |
| Wire Trans | 12/23/2013 | ADP | Payroll | 2,277.87 | |
| 1778 | 12/27/2013 | PARC | Parking | 75.00 | |
| Wire Trans | 12/31/2013 | Faegre Baker Daniels | Legal | 872,802.32 | |
| Wire Trans | 12/31/2013 | Kroger Gardis & Regis | Legal | 238,514.67 | |
| Wire Trans | 12/31/2013 | Hoover Hull LLP | Legal | 73,762.30 | |
| Wire Trans | 12/31/2013 | James A Knauer, Trustee | Trustee Fees | 63,785.98 | |
| | | Total 10/01/2013-10/31/2013 | | | $ 1,255,283.23 |
| | | Total for report | | | $ 1,294,988.63 |

ELC
Schedule of Receipts and Disbursement
Schedule of Bank Account Reconcilations

EASTERN LIVESTOCK CO., LLC,  
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Operating Account** | JP Morgan Chase Bank NA <br> 922019401 | | |
| CASH (Beginning of Period) | $ 904,808.98 | $ 126,447.56 | $ 460,062.08 |
| Income or Receipts during the period | $ 119,958.50 | $ 350,000.00 | $ 353,426.95 |
| Transfer (to) from Escrow Account | $ - | $ - | $ 1,708,709.77 <br> $ (20,000.00) |
| Transder (to) from Separate Account | $ (875,000.00) | | $ - |
| Disbursements | $ (23,319.92) | $ (16,385.48) | $ (1,255,283.23) |
| CASH (End of Period) | $ 126,447.56 | $ 460,062.08 | $ 1,246,915.57 |

| | | First Month | | Second Month | | Third Month |
|---|---|---|---|---|---|---|
| **Bank Reconcilation** <br> **Operating Account** | | JP Morgan Chase Bank NA <br> 922019401 | | | | |
| Balance per Bank | | $ 136,879.69 | | $ 460,441.33 | | $ 1,247,244.71 |
| Deposits in Transit | | $ - | | $ - | | $ - |
| Outstanding Checks | 1519 $ | (13.09) | 1519 $ | (13.09) | 1519 $ | (13.09) |
| | 1744 $ | (8.99) | 1744 $ | (8.99) | 1746 $ | (66.05) |
| | 1746 $ | (66.05) | 1746 $ | (66.05) | 1764 $ | (250.00) |
| | 1748 $ | (41.12) | 1748 $ | (41.12) | | |
| | 1749 $ | (35.97) | 1764 $ | (250.00) | | |
| | 1750 $ | (65.99) | | | | |
| | 1761 $ | (4,034.15) | | | | |
| | 1763 $ | (5,916.77) | | | | |
| | 1764 $ | (250.00) | | | | |
| Month End Balance | | $ 126,447.56 | | $ 460,062.08 | | $ 1,246,915.57 |
| Balance per Books | | $ 126,447.56 | | $ 460,062.08 | | $ 1,246,915.57 |
| Difference | | $ - | | $ - | | $ - |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,  
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Escrow Account** | JP Morgan Chase Bank N.A. <br> 922019419 | | |
| CASH (Beginning of Period) | $ 2,087,789.51 | $ 2,087,789.51 | $ 2,087,789.51 |
| Income or Receipts during the period | $ - | $ - | |
| Transfer to/from Operating Account | $ - | $ - | $ (1,708,709.77) <br> $ 20,000.00 |
| Disbursements | $ - | $ - | $ - |
| CASH (End of Period) | $ 2,087,789.51 | $ 2,087,789.51 | $ 399,079.74 |

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconcilation** <br> **Escrow Account** | JP Morgan Chase Bank N.A. <br> 922019419 | | |
| Balance per Bank | $ 2,087,789.51 | $ 2,087,789.51 | $ 399,079.74 |
| Deposits in Transit | $ - | $ - | |
| Month end Balance | $ 2,087,789.51 | $ 2,087,789.51 | $ 399,079.74 |
| Balance per Books | $ 2,087,789.51 | $ 2,087,789.51 | $ 399,079.74 |
| Difference | $ - | $ - | $ - |

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019419
For the Period 11/30/13 to 12/31/13

### J.P. Morgan Team

Stephanie Doane (877) 931-1349
Jake Statz
For assistance after business hours, 7 days a week. (800) 243-6727
Deaf and Hard of Hearing (800) 242-7383
Online access: www.jpmorganonline.com

00000459 DPB 034 161 00114 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



RECEIVED JAN -7 2014

## JPMorgan Classic Business Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,087,789.51 |
| Deposits & Credits | 1 | 20,000.00 |
| Payments & Transfers | 1 | (1,708,709.77) |
| Ending Balance | 2 | $399,079.74 |

J.P.Morgan

Page 1 of 4

*J.P.Morgan*

000000922019419
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**

Primary Account: 000000922019419
For the Period 11/30/13 to 12/31/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 12/12 | Deposit | 20,000.00 |
| **Total Deposits & Credits** | | **$20,000.00** |

## Payments & Transfers

| Date | Description | | Amount |
|---|---|---|---|
| 12/31 | 12/31 Letter From Client | From 0000922019419 To 0000922019401 | 1,708,709.77 |
| **Total Payments & Transfers** | | | **($1,708,709.77)** |

## Daily Ending Balance

| Date | Amount |
|---|---|
| 12/12 | 2,107,789.51 |
| 12/31 | 399,079.74 |

## Fees and Charges for Deposit Accounts

**Fees**

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 000000922019419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 1.00 | 1 | 0 | 0.80 | 0.00 |
| Deposited Items | 1.00 | 499 | 0 | 0.20 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

**J.P.Morgan**

*J.P. Morgan*

Primary Account: 000000922019419
For the Period 11/30/13 to 12/31/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan

Page 3 of 4

# J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019419

For the Period 11/1/13 to 11/29/13

## J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

00000402 DPB 034 161 33413 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## JPMorgan Classic Business Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,087,789.51 |
| Ending Balance | 0 | $2,087,789.51 |

*Please note this account had no activity during this statement period. The date of last activity for this account was 10/10/13.*



RECEIVED DEC 10 2013

J.P.Morgan

Page 1 of 4

**J.P.Morgan**

000000922019419  
EASTERN LIVESTOCK CO LLC  
JAMES A KNAUER TRUSTEE

Primary Account: 000000922019419  
For the Period 11/1/13 to 11/29/13

## Fees and Charges for Deposit Accounts

Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 000000922019419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Total Fees | | | | | $0.00 |

J.P.Morgan

*J.P.Morgan*

Primary Account: 000000922019419
For the Period 11/1/13 to 11/29/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers
Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):
Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan

Page 3 of 4

*J.P.Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019419
For the Period 10/1/13 to 10/31/13

### J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

00000404 DPB 034 161 30513 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106



RECEIVED NOV - 4 2013



## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 2,024,093.95 |
| Deposits & Credits | 1 | 63,695.56 |
| Ending Balance | 1 | $2,087,789.51 |

**J.P.Morgan**