# J.P.Morgan

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 000000922019419
For the Period 10/1/13 to 10/31/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 10/10 | Online Transfer From Chk ...9401 Transaction#: 3526798468 | 63,695.56 |
| **Total Deposits & Credits** | | **$63,695.56** |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount |
|---|---|
| 10/10 | 2,087,789.51 |

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | 0.00 |
| **Total Service Fees** | **$0.00** |



Page 2 of 4

J.P.Morgan

Primary Account: 000000922019419
For the Period 10/1/13 to 10/31/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

### Mutual Funds/Securities

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc, which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

3055215019001004040



JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019401
For the Period 11/30/13 to 12/31/13

00000688 DPB 034 161 00114 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |


RECEIVED JAN - 7 2014

## JPMorgan Classic Business Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 460,441.33 |
| Deposits & Credits | 6 | 2,062,136.72 |
| Checks Paid | 9 | (21,784.61) |
| Payments & Transfers | 8 | (1,253,548.73) |
| Ending Balance | 23 | $1,247,244.71 |

J.P.Morgan

Page 1 of 6

# J.P. Morgan

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 11/30/13 to 12/31/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---:|
| 12/02 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Account TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=12022013Seals Bbi=/Time/12:15 Imad: 1202Qmgft005000848 Trn: 3259409336Ff | 75,000.00 |
| 12/03 | Deposit | 50,000.00 |
| 12/05 | Deposit | 1,000.00 |
| 12/09 | Deposit | 78.40 |
| 12/12 | Deposit | 227,348.55 |
| 12/31 | Letter From Client     From 0000922019419 To 0000922019401 | 1,708,709.77 |
| **Total Deposits & Credits** | | **$2,062,136.72** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 1744 | 12/05 | 8.99 | 1773 | 12/03 | 75.00 | 1776 | 12/12 | 477.95 |
| 1748 | 12/13 | 41.12 | 1774 | 12/18 | 600.00 | 1777 | 12/13 | 20,000.00 |
| 1772 | 12/10 | 150.00 | 1775 | 12/11 | 356.55 | 1778 | 12/24 | 75.00 |
| **Total Checks Paid** | | | | | | | | **($21,784.61)** |

You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.

## Payments & Transfers

| Date | Description | Amount |
|---|---|---:|
| 12/06 | ADP Payroll Fees ADP - Fees 10Gx2   5048960 CCD ID: 9659605001 | 161.87 |
| 12/10 | 12/10 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0128247 Trn: 3091600344Es | 2,042.66 |
| 12/20 | ADP Payroll Fees ADP - Fees 10Gx2   5629351 CCD ID: 9659605001 | 201.06 |
| 12/23 | 12/23 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0456261 Trn: 4673700357Es | 2,277.87 |

# J.P.Morgan

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 11/30/13 to 12/31/13

## Payments & Transfers CONTINUED

| Date | Description | Amount |
| --- | --- | --- |
| 12/31 | 12/31 Book Transfer A/C: Faegre Baker Daniels Llp Indianapolis IN 46204-1750 Ref: Ref Eastern Livestock Company Trn: 1493400365Es | 872,802.32 |
| 12/31 | 12/31 Fedwire Debit Via: Bmo Harris Bank NA/274070439 A/C: Kroger Gardis And Regas Trust Ref: Ref Eastern Livestock Company Imad: 1231B1Qgc02C010539 Trn: 1493600365Es | 238,514.67 |
| 12/31 | 12/31 Fedwire Debit Via: Natl Bk Indianapls/074006674 A/C: Hoover Hull Llp Ref: Ref Eastern Livestock Company Imad: 1231B1Qgc06C009377 Trn: 1493500365Es | 73,762.30 |
| 12/31 | 12/31 Fedwire Debit Via: Bmo Harris Bank NA/274070439 A/C: Kroger Gardis And Regas Trust Ref: Ref Eastern Livestock Company And James Knauer Imad: 1231B1Qgc05C007955 Trn: 1528500365Es | 63,785.98 |
| | Total Payments & Transfers | ($1,253,548.73) |

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 12/02 | 535,441.33 | 12/10 | 584,081.21 | 12/20 | 789,753.08 |
| 12/03 | 585,366.33 | 12/11 | 583,724.66 | 12/23 | 787,475.21 |
| 12/05 | 586,357.34 | 12/12 | 810,595.26 | 12/24 | 787,400.21 |
| 12/06 | 586,195.47 | 12/13 | 790,554.14 | 12/31 | 1,247,244.71 |
| 12/09 | 586,273.87 | 12/18 | 789,954.14 | | |

J.P.Morgan

**J.P.Morgan**

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 11/30/13 to 12/31/13

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 000000922019401 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 5.00 | 5 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 17.00 | 491 | 0 | 0.20 | 0.00 |
| Deposited Items | 4.00 | 4 | 0 | 0.20 | 0.00 |
| Outgoing Wires - Domestic Manual | 3.00 | 2 | 1 | 40.00 | 40.00 |
| Outgoing Wire - Domestic Online | 2.00 | 2 | 0 | 25.00 | 0.00 |
| Incoming Wires - Domestic | 1.00 | 0 | 1 | 0.00 | 0.00 |
| **Total Fees** | | | | | **$40.00** |



Primary Account: 000000922019401
For the Period 11/30/13 to 12/31/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan



JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019401

For the Period 11/1/13 to 11/29/13

### J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

00000401 DPB 034 161 33413 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106


*Checking*

## JPMorgan Classic Business Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 136,879.69 |
| Deposits & Credits | 2 | 350,000.00 |
| Checks Paid | 8 | (21,469.44) |
| Payments & Transfers | 4 | (4,968.92) |
| Ending Balance | 14 | $460,441.33 |



J.P.Morgan

Page 1 of 4

**J.P.Morgan**

000000922019401  
EASTERN LIVESTOCK CO LLC  
JAMES A KNAUER TRUSTEE  
CASE #10-93904-BHL-11

Primary Account: 000000922019401  
For the Period 11/1/13 to 11/29/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 11/04 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Account TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Citizens Ban Bbi=/Time/11:37 Imad: 1104Qmgft007000571 Trn: 2043309308Ff | 75,000.00 |
| 11/13 | Deposit | 275,000.00 |
| **Total Deposits & Credits** | | **$350,000.00** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1749 | 11/04 | 35.97 | 1763 | 11/01 | 5,916.77 | 17€7 | 11/18 | 225.00 |
| 1750 | 11/18 | 65.99 | 1765 | 11/13 | 6,500.00 | 1768 | 11/20 | 4,273.14 |
| 1761 | 11/01 | 4,034.15 | 1766 | 11/06 | 418.42 | | | |

Total Checks Paid  ($21,469.44)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 11/08 | ADP Payroll Fees ADP - Fees 10Gx2   3706747 CCD ID: 9659605001 | 212.12 |
| 11/12 | 11/12 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0344424 Trn: 3942800316Es | 2,277.87 |
| 11/22 | ADP Payroll Fees ADP - Fees 10Gx2   4279512 CCD ID: 9659605001 | 201.06 |
| 11/26 | 11/26 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0274794 Trn: 3493900330Es | 2,277.87 |
| **Total Payments & Transfers** | | **($4,968.92)** |



Page 2 of 4

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 11/1/13 to 11/29/13

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01 | 126,928.77 | 11/12 | 198,984.39 | 11/20 | 462,920.26 |
| 11/04 | 201,892.80 | 11/13 | 467,484.39 | 11/22 | 462,719.20 |
| 11/06 | 201,474.38 | 11/18 | 467,193.40 | 11/26 | 460,441.33 |
| 11/08 | 201,262.26 | | | | |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 000000922019401 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 12.00 | 497 | 0 | 0.20 | 0.00 |
| Deposited Items | 1.00 | 1 | 0 | 0.20 | 0.00 |
| Outgoing Wire - Domestic Online | 2.00 | 4 | 0 | 25.00 | 0.00 |
| Incoming Wires - Domestic | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Total Fees | | | | | $0.00 |

J.P.Morgan

Page 3 of 4

*J.P.Morgan*

Primary Account: 000000922019401
For the Period 11/1/13 to 11/29/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan

# J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019401
For the Period 10/1/13 to 10/31/13

## J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

00000649 DPB 034 161 30513 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN  46204-5106


RECEIVED NOV - 1 2013

## Chase BusinessClassic

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 3,089,446.71 |
| Deposits & Credits | 4 | 119,958.50 |
| Checks Paid | 16 | (2,126,958.14) |
| Payments & Transfers | 6 | (70,487.38) |
| Fees, Charges & Other Withdrawals | 5 | (875,080.00) |
| Ending Balance | 31 | $136,879.69 |

J.P.Morgan

Page 1 of 6

**J.P. Morgan**

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 10/1/13 to 10/31/13

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 10/01 | Fedwire Credit Via: Citizens Tri-County Bank/064102070 B/O: Gary Seals Cattle Account #2 TN 37327 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=10012013Seals Bbi=/Time/14:26 Imad: 1001Qmgft011001827 Trn: 5036809274Ff | 75,000.00 |
| 10/02 | Fedwire Credit Via: Redding Bank of Commerce/121139287 B/O: Shasta Livestock Auction Yard Cottonwood, CA 96022 Ref: Chase Nyc/Ctr/Bnf=Eastern Livestock CO LLC Indianapolis IN 46204-5106/Ac-000000009220 Rfb=O/B Red Bk Comrc Obi=Eastern Livestock CO Llcimad: 1002Qmgft010001067 Trn: 3151709275Ff | 37,500.00 |
| 10/08 | Deposit | 7,000.00 |
| 10/15 | Deposit | 458.50 |
| **Total Deposits & Credits** | | **$119,958.50** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1733 | 10/02 | 4,257.37 | 1739 | 10/08 | 500,000.00 | 1745 | 10/29 | 13.49 |
| 1734 | 10/01 | 106,681.85 | 1740 | 10/15 | 292.62 | 1747 | 10/23 | 22.48 |
| 1735 | 10/01 | 62,735.21 | 1741 | 10/15 | 227.84 | 1755 | 10/23 | 4,328.99 |
| 1736 | 10/15 | 971.93 | 1742 | 10/22 | 67.94 | 1756 | 10/25 | 864.24 |
| 1737 | 10/01 | 1,121,789.90 | 1743 | 10/28 | 136.46 | 1757 | 10/28 | 75.00 |
| 1738 | 10/15 | 324,492.82 | | | | | | |
| **Total Checks Paid** | | | | | | | | **($2,126,958.14)** |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 10/09 | 10/09 Online Transfer To Chk ...4632 Transaction#: 3524985566 | 2,042.66 |
| 10/10 | 10/10 Online Transfer To Chk ...9419 Transaction#: 3526798468 | 63,695.56 |
| 10/11 | ADP Payroll Fees ADP - Fees 10Gx2 2542951 CCD ID: 9659605001 | 161.87 |

**J.P.Morgan**

000000922019401  
EASTERN LIVESTOCK CO LLC  
JAMES A KNAUER TRUSTEE  
CASE #10-93904-BHL-11

Primary Account: 000000922019401  
For the Period 10/1/13 to 10/31/13

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 10/15 | 10/15 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0259449 Trn: 3202900288Es | 2,098.36 |
| 10/25 | ADP Payroll Fees ADP - Fees 10Gx2  3100448 CCD ID: 9659605001 | 211.06 |
| 10/29 | 10/29 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0123222 Trn: 3190100302Es | 2,277.87 |
| | Total Payments & Transfers | ($70,487.38) |

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/01 | Incoming Domestic Wire Fee | 15.00 |
| 10/02 | Incoming Domestic Wire Fee | 15.00 |
| 10/11 | 10/11 Withdrawal | 875,000.00 |
| 10/15 | Wire Online Domestic Fee | 25.00 |
| 10/29 | Wire Online Domestic Fee | 25.00 |
| | Total Fees, Charges & Other Withdrawals | ($875,080.00) |

*Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.*

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01 | 1,873,224.75 | 10/10 | 1,347,714.16 | 10/23 | 140,482.81 |
| 10/02 | 1,906,452.38 | 10/11 | 472,552.29 | 10/25 | 139,407.51 |
| 10/08 | 1,413,452.38 | 10/15 | 144,902.22 | 10/28 | 139,196.05 |
| 10/09 | 1,411,409.72 | 10/22 | 144,834.28 | 10/29 | 136,879.69 |

**J.P.Morgan**

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 10/1/13 to 10/31/13

## Service Fee Summary

| Transactions For Service Fee Calculation | Number of Transactions |
|---|---|
| Checks Paid / Debits | 21 |
| Deposits / Credits | 4 |
| Deposited Items | 2 |
| Transaction Total | 27 |

| Service Fee Calculation | Amount |
|---|---|
| Service Fee | 12.00 |
| Service Fee Credit | (12.00) |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | 0.00 |
| Total Service Fees | $0.00 |

# J.P.Morgan

Primary Account: 000000922019401
For the Period 10/1/13 to 10/31/13

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan