## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Hon. Basil H. Lorch, III |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF SUBMISSION

COME NOW CPC Livestock, LLC; Alabama Livestock Auction, Inc.; Sealy And Sons Livestock, LLP; Ashville Stockyard, Inc.; Athens Stockyard, LLC; Billingsley Auction Sale, Inc.; Carroll County Livestock Sales Barn, Inc.; E4 Cattle Co., LLC; Ed Edens; Macon Stockyards, Inc.; Edwin A. Strickland d/b/a Strickland Farms; Robert Rawls d/b/a Robert Rawls Livestock; Peoples Livestock Auction, Inc.; Ernie Elder; Vernon Inman; 2Z Cattle; and Glen Franklin (collectively, "Livestock Creditors") to give NOTICE OF SUBMISSION of Supplemental Document Production upon James A. Knauer, Trustee.

Respectfully submitted this 31st day of January 2014,

                                                /s/ W. Scott Newbern
                                                W. Scott Newbern
                                                W. SCOTT NEWBERN, PL
                                                2982 East Giverny
                                                Tallahassee, FL 32309
                                                (T) 850.591.1707
                                                (F) 850.894.0871
                                                wsnewbern@msn.com

                                                COUNSEL FOR LIVESTOCK
                                                CREDITORS

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2014 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ W. Scott Newbern
W. SCOTT NEWBERN