UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC             CASE NO. 10-93904
                                                                       CHAPTER 11
       DEBTOR

## NOTICE OF DISCOVERY REQUESTS TO TRUSTEE

TO:  All Counsel of Record

Please take notice that on February 11, 2014, Bradbury & York and Mike Bradbury, by counsel, served their First Request for Production of Documents and Tangible Things and First Set of Interrogatories upon James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC.  This discovery relates to Adversary Proceeding No. 12-59136.  Electronic copies of the discovery have been served on counsel of record for the Trustee.

                                         Respectfully submitted,

                                         DELCOTTO LAW GROUP PLLC

                                         /s/ Amelia Martin Adams, Esq.
                                         200 North Upper Street
                                         Lexington, KY 40507
                                         Telephone: (859) 231-5800
                                         Facsimile:  (859) 281-1179
                                         aadams@dlgfirm.com
                                         COUNSEL FOR BRADBURY & YORK
                                         AND MIKE BRADBURY

## CERTIFICATE OF SERVICE

  I hereby certify that on February 11, 2014, a copy of the foregoing Notice of Discovery Requests to Trustee was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com

John W. Ames
james@bgdlegal.com

Kay Dee Baird
kbaird@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com

Robert A. Bell, Jr
rabell@vorys.com

C. R. Bowles, Jr.
cbowles@bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@bgdlegal.com

Kent A Britt
kabritt@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns, III
john.burns@faegrebd.com

James M. Carr
jim.carr@faegrebd.com

John R. Carr, III
jrciii@acs-law.com

Deborah Caruso
dcaruso@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Laura Day DelCotto
ldelcotto@dlgfirm.com

David Alan Domina
dad@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Peter M Gannott
pgannott@gannottlaw.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P. Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com

Patrick B. Griffin
patrick.griffin@kutakrock.com

Terry E. Hall
terry.hall@faegrebd.com

Paul M. Hoffmann
paul.hoffmann@stinsonleonard.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com

Jeffrey L. Hunter
jeff.hunter@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jay P. Kennedy
jpk@kgrlaw.com

Edward M. King
tking@fbtlaw.com

James A. Knauer
jak@kgrlaw.com

Erick P Knoblock
eknoblock@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com

David A. Laird
david.laird@moyewhite.com

| | | |
|---|---|---|
| David L. LeBas<br>dlebas@namanhowell.com | Erin Casey Nave<br>enave@taftlaw.com | Steven Eric Runyan<br>ser@kgrlaw.com |
| Martha R. Lehman.<br>mlehman@kdlegal.com | Matthew Daniel<br>mneumann@hhclaw.com | Niccole R. Sadowski<br>nsadowski@thbklaw.com |
| Scott R. Leisz<br>sleisz@bgdlegal.com | Walter Scott Newbern, III<br>wsnewbern@msn.com | Thomas C. Scherer<br>tscherer@bgdlegal.com |
| Elliott D. Levin<br>edl@rubin-levin.net | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Kim Martin Lewis<br>kim.lewis@dinslaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com |
| James B. Lind<br>jblind@vorys.com | Jessica Lynn Olsheski<br>jessica.olsheski@justice-law.net | Suzanne M Shehan<br>suzanne.shehan@kutakrock.com |
| Karen L. Lobring<br>lobring@msn.com | Michael Wayne Oylerk<br>moyler@rwsvlaw.com | James E. Smith, Jr.<br>jsmith@smithakins.com |
| Jason A. Lopp<br>jlopp@wyattfirm.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com | William E. Smith, III<br>wsmith@k-glaw.com |
| John Hunt Lovell<br>john@lovell-law.net | Brian Robert Pollock<br>bpollock@stites.com | Amanda Dalton Stafford<br>ads@kgrlaw.com |
| Harmony A Mappes<br>harmony.mappes@faegrebd.com | Wendy W Ponader<br>wendy.ponader@faegrebd.com | Robert . Stanley<br>robert.stanley@FaegreBD.com |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Joshua N. Stine<br>kabritt@vorys.com |
| Michael W. McClain<br>mmcclain@mcclaindewees.com | Anthony G. Raluy<br>traluy@fbhlaw.net | Andrew D. Stosberg<br>astosberg@lloydmc.com |
| Kelly Greene McConnell<br>lisahughes@givenspursley.com | Eric C. Redman<br>ksmith@redmanludwig.com | Matthew R. Strzynski<br>indyattorney@hotmail.com |
| James Edwin McGhee, III<br>mcghee@derbycitylaw.com | Eric W. Richardson<br>ewrichardson@vorys.com | Meredith R. Theisen<br>mtheisen@daleeke.com |
| Brian H. Meldrum<br>bmeldrum@stites.com | Joe T. Roberts<br>jratty@windstream.net | John M. Thompson<br>john.thompson@crowedunlevy.com |
| William Robert Meyer, II<br>rmeyer@stites.com | David Cooper Robertson<br>crobertson@stites.com | Kevin M. Toner<br>kevin.toner@faegrebd.com |
| Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com | Mark A. Robinson<br>mrobinson@vhrlaw.com | Christopher M. Trapp ctrapp@rubin-levin.net |
| Terrill K. Moffett<br>kendalcantrell@moffettlaw.com | Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com | Chrisandrea L. Turner<br>clturner@stites.com |
| Christie A. Moore<br>cm@gdm.com, ljs2@gdm.com | John M. Rogers<br>johnr@rubin-levin.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Allen Morris<br>amorris@stites.com | Joseph H. Rogers, III<br>jrogers@millerdollarhide.com | Andrew James Vandiver<br>avandiver@aswdlaw.com |
| Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | James E. Rossow, Jr.<br>jim@rubin-levin.net | Andrea L. Wasson<br>andrea@wassonthornhill.com |

3

| | | |
|---|---|---|
| Jennifer Watt<br>jwatt@kgrlaw.com | Sean T. White<br>swhite@hooverhull.com | Jessica E. Yates<br>jyates@swlaw.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | Michael Benton Willey<br>michael.willey@ag.tn.gov | James T. Young<br>james@rubin-levin.net |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | Jason P. Wischmeyer<br>jason@wischmeyerlaw.com | |

                                                                 /s/ Amelia Martin Adams, Esq.
COUNSEL FOR BRADBURY & YORK
AND MIKE BRADBURY

Z:\Not of Disc Service (Main Case) 20140210.doc