UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                            CASE NO. 10-93904
                                                      CHAPTER 11
          DEBTOR

---

### NOTICE OF DISCOVERY REQUESTS TO TRUSTEE

---

TO:  All Counsel of Record

Please take notice that on February 11, 2014, Fort Payne Stock Yard, Inc., by counsel, served its First Request for Production of Documents and Tangible Things and First Set of Interrogatories upon James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC.  This discovery relates to Adversary Proceeding No. 12-59132.  Electronic copies of the discovery have been served on counsel of record for the Trustee.

                              Respectfully submitted,

                              DELCOTTO LAW GROUP PLLC


                              /s/ Amelia Martin Adams, Esq.
                              200 North Upper Street
                              Lexington, KY 40507
                              Telephone: (859) 231-5800
                              Facsimile:  (859) 281-1179
                              aadams@dlgfirm.com
                              COUNSEL FOR
                              FORT PAYNE STOCK YARD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, a copy of the foregoing Notice of Discovery Requests to Trustee was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com

John W. Ames
james@bgdlegal.com

Kay Dee Baird
kbaird@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com

Robert A. Bell, Jr
rabell@vorys.com

C. R. Bowles, Jr.
cbowles@bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@bgdlegal.com

Kent A Britt
kabritt@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns, III
john.burns@faegrebd.com

James M. Carr
jim.carr@faegrebd.com

John R. Carr, III
jrciii@acs-law.com

Deborah Caruso
dcaruso@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Laura Day DelCotto
ldelcotto@dlgfirm.com

David Alan Domina
dad@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Peter M Gannott
pgannott@gannottlaw.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P. Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com

Patrick B. Griffin
patrick.griffin@kutakrock.com

Terry E. Hall
terry.hall@faegrebd.com

Paul M. Hoffmann
paul.hoffmann@stinsonleonard.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com

Jeffrey L. Hunter
jeff.hunter@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jay P. Kennedy
jpk@kgrlaw.com

Edward M. King
tking@fbtlaw.com

James A. Knauer
jak@kgrlaw.com

Erick P Knoblock
eknoblock@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com

David A. Laird
david.laird@moyewhite.com

2

David L. LeBas
dlebas@namanhowell.com

Martha R. Lehman.
mlehman@kdlegal.com

Scott R. Leisz
sleisz@bgdlegal.com

Elliott D. Levin
edl@rubin-levin.net

Kim Martin Lewis
kim.lewis@dinslaw.com

James B. Lind
jblind@vorys.com

Karen L. Lobring
lobring@msn.com

Jason A. Lopp
jlopp@wyattfirm.com

John Hunt Lovell
john@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mmcclain@mcclaindewees.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee, III
mcghee@derbycitylaw.com

Brian H. Meldrum
bmeldrum@stites.com

William Robert Meyer, II
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com, ljs2@gdm.com

Allen Morris
amorris@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

Erin Casey Nave
enave@taftlaw.com

Matthew Daniel
mneumann@hhclaw.com

Walter Scott Newbern, III
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net

Michael Wayne Oylerk
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C. Redman
ksmith@redmanludwig.com

Eric W. Richardson
ewrichardson@vorys.com

Joe T. Roberts
jratty@windstream.net

David Cooper Robertson
crobertson@stites.com

Mark A. Robinson
mrobinson@vhrlaw.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers
johnr@rubin-levin.net

Joseph H. Rogers, III
jrogers@millerdollarhide.com

James E. Rossow, Jr.
jim@rubin-levin.net

Steven Eric Runyan
ser@kgrlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com

Thomas C. Scherer
tscherer@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com

James E. Smith, Jr.
jsmith@smithakins.com

William E. Smith, III
wsmith@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

Robert . Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine
kabritt@vorys.com

Andrew D. Stosberg
astosberg@lloydmc.com

Matthew R. Strzynski
indyattorney@hotmail.com

Meredith R. Theisen
mtheisen@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com

Christopher M. Trapp ctrapp@rubin-
levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com

Andrea L. Wasson
andrea@wassonthornhill.com

3

Jennifer Watt
jwatt@kgrlaw.com

Sean T. White
swhite@hooverhull.com

Jessica E. Yates
jyates@swlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Michael Benton Willey
michael.willey@ag.tn.gov

James T. Young
james@rubin-levin.net

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Jason P. Wischmeyer
jason@wischmeyerlaw.com


/s/ Amelia Martin Adams, Esq.
COUNSEL FOR
FORT PAYNE STOCK YARD, INC.

Z:\Not of Disc Service (Main Case) 20140210.doc