UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                    CASE NO. 10-93904
                                              CHAPTER 11
    DEBTOR

## NOTICE OF DISCOVERY REQUESTS TO TRUSTEE

TO:  All Counsel of Record

Please take notice that on February 11, 2014, Amos Kropf, by counsel, served his First Request for Production of Documents and Tangible Things and First Set of Interrogatories upon James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC.  This discovery relates to Adversary Proceeding No. 12-59095.  Electronic copies of the discovery have been served on counsel of record for the Trustee.

    Respectfully submitted,

    DELCOTTO LAW GROUP PLLC

    /s/ Amelia Martin Adams, Esq.
    200 North Upper Street
    Lexington, KY 40507
    Telephone: (859) 231-5800
    Facsimile:  (859) 281-1179
    aadams@dlgfirm.com
    COUNSEL FOR AMOS KROPF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2014, a copy of the foregoing Notice of Discovery Requests to Trustee was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Bret S. Clement<br>bclement@acs-law.com | Jeffrey J. Graham<br>jgraham@taftlaw.com |
| Amelia Martin Adams<br>aadams@dlgfirm.com | Joshua Elliott Clubb<br>joshclubb@gmail.com | Patrick B. Griffin<br>patrick.griffin@kutakrock.com |
| John W. Ames<br>james@bgdlegal.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Terry E. Hall<br>terry.hall@faegrebd.com |
| Kay Dee Baird<br>kbaird@kdlegal.com | Kirk Crutcher<br>kcrutcher@mcs-law.com | Paul M. Hoffmann<br>paul.hoffmann@stinsonleonard.com |
| Christopher E. Baker<br>cbaker@thbklaw.com | Jack S Dawson<br>jdawson@millerdollarhide.com | John David Hoover<br>jdhoover@hooverhull.com |
| Robert A. Bell, Jr<br>rabell@vorys.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| C. R. Bowles, Jr.<br>cbowles@bgdlegal.com | Laura Day DelCotto<br>ldelcotto@dlgfirm.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov |
| David W. Brangers<br>dbrangers@lawyer.com | David Alan Domina<br>dad@dominalaw.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| Steven A. Brehm<br>sbrehm@bgdlegal.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com | James Bryan Johnston<br>bjtexas59@hotmail.com |
| Kent A Britt<br>kabritt@vorys.com | Trevor L. Earl<br>tearl@rwsvlaw.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| Kayla D. Britton<br>kayla.britton@faegrebd.com | Shawna M Eikenberry<br>shawna.eikenberry@faegrebd.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov |
| Joe Lee Brown<br>Joe.Brown@Hardincounty.biz | Jeffrey R. Erler<br>jerler@ghjhlaw.com | Jay P. Kennedy<br>jpk@kgrlaw.com |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | William K. Flynn<br>wkflynn@strausstroy.com | Edward M. King<br>tking@fbtlaw.com |
| John R. Burns, III<br>john.burns@faegrebd.com | Robert H. Foree<br>robertforee@bellsouth.net | James A. Knauer<br>jak@kgrlaw.com |
| James M. Carr<br>jim.carr@faegrebd.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Erick P Knoblock<br>eknoblock@daleeke.com |
| John R. Carr, III<br>jrciii@acs-law.com | Peter M Gannott<br>pgannott@gannottlaw.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Deborah Caruso<br>dcaruso@daleeke.com | Melissa S. Giberson<br>msgiberson@vorys.com | Randall D. LaTour<br>RDLatour@vorys.com |
| Ben T. Caughey<br>ben.caughey@icemiller.com | Thomas P. Glass<br>tpglass@strausstroy.com | David A. Laird<br>david.laird@moyewhite.com |

2

David L. LeBas
dlebas@namanhowell.com

Martha R. Lehman.
mlehman@kdlegal.com

Scott R. Leisz
sleisz@bgdlegal.com

Elliott D. Levin
edl@rubin-levin.net

Kim Martin Lewis
kim.lewis@dinslaw.com

James B. Lind
jblind@vorys.com

Karen L. Lobring
lobring@msn.com

Jason A. Lopp
jlopp@wyattfirm.com

John Hunt Lovell
john@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mmcclain@mcclaindewees.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee, III
mcghee@derbycitylaw.com

Brian H. Meldrum
bmeldrum@stites.com

William Robert Meyer, II
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com, ljs2@gdm.com

Allen Morris
amorris@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

Erin Casey Nave
enave@taftlaw.com

Matthew Daniel
mneumann@hhclaw.com

Walter Scott Newbern, III
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net

Michael Wayne Oylerk
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C. Redman
ksmith@redmanludwig.com

Eric W. Richardson
ewrichardson@vorys.com

Joe T. Roberts
jratty@windstream.net

David Cooper Robertson
crobertson@stites.com

Mark A. Robinson
mrobinson@vhrlaw.com

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers
johnr@rubin-levin.net

Joseph H. Rogers, III
jrogers@millerdollarhide.com

James E. Rossow, Jr.
jim@rubin-levin.net

Steven Eric Runyan
ser@kgrlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com

Thomas C. Scherer
tscherer@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com

James E. Smith, Jr.
jsmith@smithakins.com

William E. Smith, III
wsmith@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

Robert . Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine
kabritt@vorys.com

Andrew D. Stosberg
astosberg@lloydmc.com

Matthew R. Strzynski
indyattorney@hotmail.com

Meredith R. Theisen
mtheisen@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com

Christopher M. Trapp ctrapp@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com

Andrea L. Wasson
andrea@wassonthornhill.com

| | | |
|---|---|---|
| Jennifer Watt<br>jwatt@kgrlaw.com | Sean T. White<br>swhite@hooverhull.com | Jessica E. Yates<br>jyates@swlaw.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | Michael Benton Willey<br>michael.willey@ag.tn.gov | James T. Young<br>james@rubin-levin.net |
| Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | Jason P. Wischmeyer<br>jason@wischmeyerlaw.com | |

        /s/ Amelia Martin Adams, Esq.
        COUNSEL FOR AMOS KROPF

Z:\Not of Disc Service (Main Case) 20140210.doc