UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF OBJECTION DEADLINE AND HEARING

A Motion to Modify Plan Injunction to Permit Naming Debtor as a Defendant in Complaint to Determine Validity, Extent, and Priority of Liens and for Order Directing Payment of Commodities Account Proceeds to The First Bank and Trust Company for Purposes of Asserting Debtor's Interest, if any, Therein (Doc 2476), was filed on January 31, 2014, by The First Bank and Trust Company ("First Bank").

First Bank seeks an order modifying the injunction contained in the Debtor's Plan to permit First Bank to name the Debtor as a party in an adversary proceeding to be filed in the Chapter 7 case of Thomas P. and Patsy M. Gibson (Case No. 10-93867-BHL-7) to require the Debtor to answer as to its interest, if any, in certain commodity account proceeds. First Bank does not believe that the Debtor has any interest in those proceeds.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the above document must be filed with the Bankruptcy Clerk within twenty-one (21) days from date of service of this Notice. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, United States Bankruptcy Court
> New Albany Division
> 110 U.S. Courthouse
> 121 West Spring Street
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the attorney for the party filing the motion:

> Bret S. Clement
> Ayres Carr & Sullivan, P.C.
> 251 East Ohio Street, Suite 500
> Indianapolis, IN 46204-2184

If an objection is NOT timely filed, the requested relief may be granted.

NOTICE IS HEREBY GIVEN that if an objection is received a hearing will be held as follows:

       Date:       March 26, 2014
       Time:       11:00 A.M. EST
       Location:       121 West Spring Street, Room 103, New Albany, Indiana

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-888-399-7768; passcode 586676, followed by the pound (#) key.

Motions for continuance must be filed as soon as the cause for a continuance or delay is discovered by the party requesting the continuance. Motions for continuance must be filed no later than seven (7) days before the date of the hearing. Motions for continuance filed less than seven (7) days before the hearing date will be granted only upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: February 12, 2014

       /s/ Bret S. Clement
       Bret S. Clement  (#3708-49)
       Ayres Carr & Sullivan, P.C.
       251 East Ohio Street, Suite 500
       Indianapolis, IN  46204-2184
       Tel. 317-636-3471/Fax 317-636-6575
       E-mail:  bclement@acs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, a copy of the foregoing Notice of Objection Deadline and Hearing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Laura Day DelCotto; ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
David L. Abt; davidabt@mwt.net
Amelia Martin Adams; aadams@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
John W Ames; james@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com
Jerald I. Ancel; jancel@taftlaw.com, ecfclerk@taftlaw.com, krussell@taftlaw.com
Kay Dee Baird; kbaird@kdlegal.com, pdidandeh@kdlegal.com

T. Kent Barber; kbarber@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com
Robert A. Bell; rabell@vorys.com, dmchilelli@vorys.com
C. R. Bowles; cbowles@bgdlegal.com, smays@bgdlegal.com, cjenkins@bgdlegal.com
Steven A. Brehm; sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com, smays@bgdlegal.com
Kent A Britt; kabritt@vorys.com, cbkappes@vorys.com, dfhine@vorys.com, tbfinney@vorys.com
Kayla D. Britton; kayla.britton@faegrebd.com, sharon.korn@faegrebd.com, sarah.herendeen@faegrebd.com
Joe Lee Brown; Joe.Brown@Hardincounty.biz
Lisa Koch Bryant; courtmail@fbhlaw.net
John R. Burns; john.burns@faegrebd.com, sandy.rhoads@faegrebd.com, oliana.nansen@faegrebd.com
John R. Carr; jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso; dcaruso@daleeke.com, mthomas@daleeke.com
Ben T. Caughey; ben.caughey@icemiller.com
Bret S. Clement; bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb; joshclubb@gmail.com
Jason W. Cottrell; jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher; kcrutcher@mcs-law.com, jparsons@mcs-law.com
Jack S Dawson; jdawson@millerdollarhide.com, jowens@millerdollarhide.com, receptionist@millerdollarhide.com
Dustin R. DeNeal; dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com, sarah.herendeen@faegrebd.com
David Alan Domina; dad@dominalaw.com, KKW@dominalaw.com, efiling@dominalaw.com
Daniel J. Donnellon; ddonnellon@ficlaw.com, knorwick@ficlaw.com
Trevor L. Earl; tearl@rwsvlaw.com
Shawna M Eikenberry; shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
Jeffrey R. Erler; jerler@ghjhlaw.com, lbell@ghjhlaw.com, ldelcore@ghjhlaw.com
William K. Flynn; wkflynn@strausstroy.com, fmtuttle@strausstroy.com, rlshapiro@strausstroy.com
Robert H. Foree; robertforee@bellsouth.net
Sandra D. Freeburger; sfreeburger@dsf-atty.com, smattingly@dsf-atty.com
Peter M Gannott; pgannott@gannottlaw.com, paralegal@gannottlaw.com, gannottlaw@gmail.com
Melissa S. Giberson; msgiberson@vorys.com
Thomas P Glass; tpglass@strausstroy.com
Jeffrey J. Graham; jgraham@taftlaw.com, ECFClerk@taftlaw.com, dwineinger@taftlaw.com,
    krussell@taftlaw.com, aolave@taftlaw.com
Terry E. Hall; terry.hall@faegrebd.com, sharon.korn@faegrebd.com, sarah.herendeen@faegrebd.com
Paul M. Hoffmann; phoffmann@stinson.com
John David Hoover; jdhoover@hooverhull.com
John Huffaker; john.huffaker@sprouselaw.com, lynn.acton@sprouselaw.com, rhonda.rogers@sprouselaw.com
Jeffrey L Hunter; jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
Jay Jaffe; jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston; bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston; tjohnston@mcjllp.com
Jill Zengler; Julian Jill.Julian@usdoj.gov
Jay P. Kennedy; jpk@kgrlaw.com, tfroelich@kgrlaw.com, ads@kgrlaw.com
Edward M King; tking@fbtlaw.com, dgioffre@fbtlaw.com
James A. Knauer; jak@kgrlaw.com, tjf@kgrlaw.com
Erick P Knoblock; eknoblock@daleeke.com
Theodore A Konstantinopoulos; ndohbky@jbandr.com
Randall D. LaTour; RDLatour@vorys.com, khedwards@vorys.com, bjtobin@vorys.com
David A. Laird; david.laird@moyewhite.com, lisa.oliver@moyewhite.com, deanne.stoneking@moyewhite.com
David L. LeBas; dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman; mlehman@kdlegal.com, crbpgpleadings@kdlegal.com, eworthington@kdlegal.com
Scott R Leisz; sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin; robin@rubin-levin.net, edl@trustesolutions.com, edl@trustesolutions.net
Kim Martin Lewis; kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com, patrick.burns@dinslaw.com
James B. Lind; jblind@vorys.com
Karen L. Lobring; lobring@msn.com

John Hunt Lovell; john@lovell-law.net, sabrina@lovell-law.net, shannon@lovell-law.net, paula@lovell-law.net
Harmony A Mappes; harmony.mappes@faegrebd.com, judith.gilliam@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh; john.massouh@sprouselaw.com
Michael W. McClain; mike@kentuckytrial.com, laura@kentuckytrial.com
Kelly Greene McConnell; lisahughes@givenspursley.com
James Edwin McGhee; mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com,
    belliott@derbycitylaw.com, patenaude@derbycitylaw.com, graves@derbycitylaw.com
Brian H Meldrum; bmeldrum@stites.com
William Robert Meyer; rmeyer@stites.com
Kevin J. Mitchell; kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com, oliana.nansen@faegrebd.com
Terrill K. Moffett; kendalcantrell@moffettlaw.com
Christie A. Moore; cm@gdm.com, ljs2@gdm.com
Allen Morris; amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse; judy.morse@crowedunlevy.com, ecf@crowedunlevy.com,
    donna.hinkle@crowedunlevy.com, karol.brown@crowedunlevy.com
Matthew Daniel Neumann; mneumann@hhclaw.com
Walter Scott Newbern; wsnewbern@msn.com
Shiv Ghuman O'Neill; shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs; kim.maynes@moyewhite.com
Michael Wayne Oyler; moyler@rwsvlaw.com
Ross A. Plourde; ross.plourde@mcafeetaft.com, afton.shaw@mcafeetaft.com
Brian Robert Pollock; bpollock@stites.com
Wendy W Ponader; wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore; tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy; traluy@fbhlaw.net
Eric C Redman; ksmith@redmanludwig.com, kzwickel@redmanludwig.com, myecfmailrl@gmail.com
Eric W. Richardson; ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts; jratty@windstream.net
Mark A. Robinson; mrobinson@vhrlaw.com, dalbers@vhrlaw.com
Jeremy S Rogers; Jeremy.Rogers@dinslaw.com
John M. Rogers; johnr@rubin-levin.net, susan@rubin-levin.net
Joseph H Rogers; jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow; jim@rubin-levin.net, susan@rubin-levin.net, ATTY_JER@trustesolutions.com
Steven Eric Runyan; ser@kgrlaw.com
Thomas C Scherer; tscherer@bgdlegal.com, mmcclain@bgdlegal.com
Stephen E. Schilling; seschilling@strausstroy.com
Ivana B. Shallcross; ishallcross@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com, acoates@bgdlegal.com
James E. Smith; jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith; wsmith@k-glaw.com, pballard@k-glaw.com
Amanda Dalton Stafford; ads@kgrlaw.com
Robert K Stanley; robert.stanley@FaegreBD.com
Joshua N. Stine; kabritt@vorys.com
Andrew D Stosberg; astosberg@lloydmc.com
Matthew R. Strzynski; mstrzynski@kdlegal.com, Tsylvester@kdlegal.com
Meredith R. Thomas; mthomas@daleeke.com
John M. Thompson; john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com,donna.hinkle@crowedunlevy.com
Kevin M. Toner; kevin.toner@faegrebd.com, judy.ferber@faegrebd.com, crystal.hansen@faegrebd.com
Christopher M. Trapp; ctrapp@rubin-levin.net, carmen@rubin-levin.net, lemerson@rubin-levin.net
Chrisandrea L. Turner; clturner@stites.com
U.S. Trustee; ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver; avandiver@aswdlaw.com, sgoins@aswdlaw.com, jrobb@aswdlaw.com
Andrea L Wasson; andrea@wassonthornhill.com
Jennifer Watt; jwatt@kgrlaw.com, pad@kgrlaw.com, ads@kgrlaw.com
Stephen A. Weigand; sweigand@ficlaw.com

Charles R. Wharton; Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
Sean T. White; swhite@hooverhull.com, vwilliams@hooverhull.com
Michael Benton Willey; michael.willey@ag.tn.gov
Jessica E. Yates; jyates@swlaw.com, docket_den@swlaw.com, mmccleery@swlaw.com
James T Young; james@rubin-levin.net, lemerson@rubin-levin.net, carmen@rubin-levin.net

  I further certify that on February 12, 2014, a copy of the foregoing Notice of Objection Deadline and Hearing was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

| | |
|---|---|
| Thomas Richard Alexander<br>Richardson Gardner & Alexander<br>117 East Washington Street<br>Glasgow, KY  42141 | Bob's Auto, Inc. d/b/a Bob's Auto Supply<br>PO Box 419<br>Edmonton, KY  42129 |
| Bovine Medical Associates, LLC<br>1500 Soper Road<br>Carlisle, KY  40311 | Adam R. Burrus<br>Fleeson Gooing Coulson & Kitch LLC<br>301 N. Main, Suite 1900<br>Wichita, KS  67202 |
| Ron C Campbell<br>Fleeson, Gooing, Coulson & Kitch<br>125 N. Market St., Ste. 1600<br>PO Box 997<br>Wichita, KS  67201 | Eastern Livestock Co., LLC<br>111 Monument Circle, Suite 900<br>Indianapolis, IN  46204-5106 |
| Sam Fousek<br>29972 396th Ave<br>Wagner, SD  57380 | Greenebaum Doll & McDonald PLLC<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, KY  40202-3103 |
| Ike's Trucking, Inc.<br>Ike and Cherie Jacobs<br>3087 Ervin Town Rd.<br>Castlewood, VA  24224 | David M. Jones<br>Sprouse, Shrader & Smith PC<br>PO Box 15008<br>Amarillo, TX  79105-5008 |
| James Kilroy<br>Snell & Wilmer LLP<br>1200 17th Street, Ste. 1900<br>Denver, CO  80202 | Justice B King<br>Fisher, Patterson, Sayler & Smith<br>3550 S.W. Fifth St.<br>PO Box 949<br>Topeka, KS  66601-0949 |
| Thomas J Lasater<br>301 N. Main, Ste. 1900<br>PO Box 997<br>Wichita, KS  67201 | David A. Layson<br>102 North Capitol Avenue<br>Corydon, IN  47112 |

| | |
|---|---|
| Michael Wade Loula<br>Rt1, Box 50<br>Colony, OK  73021-9631 | Terry L Malone<br>Martin, Pringle, Oliver,<br>Wallace & Swartz LLP<br>100 North Broadway, Ste. 500<br>Wichita, KS  67202 |
| Philip Martin<br>6853 Fairview Rd<br>Cookeville, TN  38501-9715 | National Cattlemen's Beef Association<br>Alice Devine<br>Devine & Donley, LLC<br>534 S. KS Ave., Suite 1420<br>Topeka, KA  66603 |
| W. Scott Newbern<br>W. Scott Newbern, P.L.<br>2982 E. Giverny<br>Tallahassee, FL  32309 | Bryan K Nowicki<br>Reinhart Boerner Van Deuren S.C.<br>22 E. Mifflin St., Ste. 600<br>Madison, WI  53703 |
| Mark A Rondeau<br>1321 Main, Suite 300<br>P O Drawer 1110<br>Great Bend, KS  67530 | Ashley S Rusher<br>Blanco Tackabery & Matamoros PA<br>PO Drawer 25008<br>Winston-Salem, NC  27114-5008 |
| Ann Ustad Smith<br>Michael Best & Friedrich<br>1 S. Pinckney St., #900<br>PO Box 1806<br>Madison, WI  53701 | Southeastern Livestock Network LLC<br>176 Pasadena Drive<br>Lexington, KY  40503 |
| Tennessee Livestock Producers, Inc.<br>P.O. Box 313<br>Columbia, TN  38402 | Alex R Voils<br>PO Box 640<br>Zionsville, IN  46077 |

/s/ Bret S. Clement
Bret S. Clement