UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| _____ | ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE | ) | |
| OF EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 12-59160 |
| v. | ) | |
| | ) | |
| BILL CHASE, a/k/a WILLIAM CHASE a/k/a | ) | |
| BILLY DONALD CHASE | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISCOVERY REQUESTS

To: All Counsel of Record

Please take notice that James A. Knauer, as Chapter 11 Trustee for the estate of Eastern Livestock Co., LLC served discovery requests on Bill Chase a/k/a William Chase a/k/a Billy Donald Chase ("Chase") on February 21, 2014. The discovery relates to Adversary Proceeding No. 12-59160. Electronic copies of the request have been served on counsel of record for Chase and uploaded to the Trustee's online discovery repository.

        Respectfully submitted,

        FAEGRE BAKER DANIELS LLP

        By: /s/   Kayla D. Britton

| | |
|---|---|
| Wendy W. Ponader (#14633-49)<br>Kayla D. Britton (#29177-06)<br>600 East 96th Street, Suite 600<br>Indianapolis, IN 46240<br>Telephone: (317) 569-9600<br>Facsimile:  (317) 569-4800<br>wendy.ponader@faegrebd.com<br>kayla.britton@faegrebd.com | *Counsel for James A. Knauer, Chapter 11 Trustee* |

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 21, 2014, a copy of the foregoing pleading was served via electronic mail transmission to the following address:

    T. Richard Alexander II
    tra@rgba-law.com

        /s/ Kayla D. Britton

dms.us.53700115.01