UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

The Motion to Approve Compromise and Settlement with Kevin Manthey ("Motion") was filed with the Clerk of this Court by James A. Knauer, as Chapter 11 trustee for the bankruptcy estate of Eastern Livestock Co., LLC on February 28, 2014.  Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement attached as Exhibit "A" to the Motion.  The Settlement Agreement provides for payment of $12,000.00 to the Trustee for the benefit of the Debtor's estate.

**If you have not received a copy of the Motion, you may obtain one through PACER on the Court's website, at the noticing agent's website at www.bmcgroup.com/easternlivestock, or by email or calling Jay P. Kennedy, counsel to the Trustee at jpk@kgrlaw.com or 317-692-9000.**

NOTICE IS GIVEN that any objection to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party **on or before March 21, 2014**.  Persons not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

**If no objections are timely filed, the requested relief may be granted without further action by the Court.  If you do file an objection, the court will set the Motion for hearing, which you or your attorney will be expected to attend.**

Dated: February 28, 2014      Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By:   /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone
(317) 264-6832 Fax
jpk@kgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames
james@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com

Kay Dee Baird
kbaird@kdlegal.com,
pdidandeh@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com,
thignight@thbklaw.com;twilkerson@thbklaw.com

Robert A. Bell rabell@vorys.com,
dmchilelli@vorys.com

C. R. Bowles
cbowles@bgdlegal.com,
smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@bgdlegal.com,
bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt kabritt@vorys.com,
cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com,
cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns
john.burns@faegrebd.com,
sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

John R. Carr jrciii@acs-law.com,
sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com,
mtheisen@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com,
jbr@stuartlaw.com

Kirk Crutcher kcrutcher@mcs-law.com, jparsons@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com,
sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto
ldelcotto@dlgfirm.com,
dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina
dad@dominalaw.com,
KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com,
knorwick@ficlaw.com

Trevor L. Earl tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com

Jeffrey R. Erler
jerler@ghjlaw.com,
lbell@ghjhlaw.com;ldelcore@ghjhlaw.com

William K. Flynn

wkflynn@strausstroy.com,
fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com,
mbaker@dsf-atty.com

Peter M Gannott
pgannott@gannottlaw.com,
paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com,
ECFClerk@taftlaw.com;slantz@taftlaw.com;aolave@taftlaw.com

Patrick B Griffin
patrick.griffin@kutakrock.com,
stephanie.brockman@kutakrock.com

Terry E. Hall
terry.hall@faegrebd.com,
sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann
paul.hoffmann@stinsonleonard.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com,
lynn.acton@sprouselaw.com;rhonda.rogers@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov,
USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe jay.jaffe@faegrebd.com,
sarah.herendeen@faegrebd.com

James Bryan Johnston

bjtexas59@hotmail.com,
bryan@ebs-law.net

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King tking@fbtlaw.com,
dgioffre@fbtlaw.com

James A. Knauer jak@kgrlaw.com,
tjf@kgrlaw.com

Erick P Knoblock
eknoblock@daleeke.com,
dwright@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com,
khedwards@vorys.com;bjtobin@vorys.com

David A. Laird
david.laird@moyewhite.com,
lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

David L. LeBas
dlebas@namanhowell.com,
koswald@namanhowell.com

Martha R. Lehman
mlehman@kdlegal.com,
crbpgpleadings@kdlegal.com;breguenes@kdlegal.com

Scott R Leisz
sleisz@bgdlegal.com,
disom@bgdlegal.com

Elliott D. Levin robin@rubin-levin.net,
edl@trustesolutions.com;edl@trustesolutions.net

Kim Martin Lewis
kim.lewis@dinslaw.com,
lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind jblind@vorys.com

Karen L. Lobring
lobring@msn.com

Jason A Lopp
jlopp@wyattfirm.com,
lexbankruptcy@wyattfirm.com

John Hunt Lovell john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com,
sarah.herendeen@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mmcclain@mcclaindewees.com,
larmstrong@mcclaindewees.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee
mcghee@derbycitylaw.com,
SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum
bmeldrum@stites.com

William Robert Meyer
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com,
cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore cm@gdm.com,
ljs2@gdm.com

Allen Morris amorris@stites.com,
dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com

Erin Casey Nave
enave@taftlaw.com,
ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Walter Scott Newbern
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com,
amanda.castor@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net,
julie.streich@justice-law.net

Michael Wayne Oyler
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com,
afton.shaw@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com,
sarah.herendeen@faegrebd.com

Timothy T. Pridmore
tpridmore@mcjllp.com,
lskibell@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C Redman
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com

Eric W. Richardson
ewrichardson@vorys.com,
bjtobin@vorys.com

Joe T. Roberts
jratty@windstream.net

David Cooper Robertson
crobertson@stites.com,
docketclerk@stites.com

Mark A. Robinson
mrobinson@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com

Joseph H Rogers
jrogers@millerdollarhide.com,
cdow@millerdollarhide.com

James E Rossow jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com

Steven Eric Runyan
ser@kgrlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com,
btaylor@thbklaw.com;twilkerson@t

hbklaw.com

Thomas C Scherer
tscherer@bgdlegal.com,
mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com,
smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com,
nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com

James E. Smith
jsmith@smithakins.com,
legalassistant@smithakins.com

William E Smith wsmith@k-glaw.com, pballard@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com, jli@kgrlaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine kabritt@vorys.com

Andrew D Stosberg
astosberg@lloydmc.com,
bmarks@lloydmc.com

Matthew R. Strzynski
indyattorney@hotmail.com

Meredith R. Theisen
mtheisen@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com,
judy.ferber@faegrebd.com;crystal.hansen@faegrebd.com

Christopher M. Trapp
ctrapp@rubin-levin.net,
susan@rubin-levin.net;lking@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com,
sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson
andrea@wassonthornhill.com

Jennifer Watt jwatt@kgrlaw.com,
tjf@kgrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com,
vwilliams@hooverhull.com

Michael Benton Willey
michael.willey@ag.tn.gov

Jason P Wischmeyer
jason@wischmeyerlaw.com,
tammy@wischmeyerlaw.com

Jessica E. Yates
jyates@swlaw.com,
docket_den@swlaw.com;mmccleery@swlaw.com

James T Young james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

    I further certify that on February 28, 2014 a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Ashley S. Rusher
Blanco Tackabery & Matamoros, P.A.
Stratford Point Building, 5th Floor
110 South Stratford Road
Winston-Salem, NC 27104-4299

Darla J. Gabbitas & David A. Laird
Moye White LLP
16 Market Square 6th Floor
1400 16th Street
Denver, CO 80202-1486

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nolan M. Johnson, Esq.
Bass, Berry & Sims PLC
100 Peabody Place, Suite 900
Memphis, TN 38103

Melissa S. Giberson
Robert A. Bell, Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Christopher E. Baker & Niccole R. Sadowski
Tucker Hester Baker & Krebs, LLC
Regions Tower
Suite 1600
One Indiana Square
Indianapolis, IN 46204

Sandra Freeburger
Deitz, Shields & Freeburger, LLP
101 First St.
P.O. Box 21
Henderson, KY 42419-0021

Louise & Roy Depollite
112 Hall Rd.
Monroe, TN 38573-6035

U.S. Trustee
101 W. Ohio St.
Suite 100
Indianapolis, IN 46204

By: /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee

**KROGER, GARDIS & REGAS, LLP**
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone