UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO COMPROMISE AND SETTLE
## AND NOTICE OF OBJECTION DEADLINE
(Aaron Miller And Mervin Miller d/b/a CLF Feeders)

The *Trustee's Motion To Approve Compromise And Settlement With Aaron Miller And Mervin Miller d/b/a CLF Feeders* (Docket No. 2501) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC (the "Debtor") on March 4, 2014.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Aaron Miller and Mervin Miller d/b/a CLF Feeders ("CLF Feeders"). Pursuant to the Settlement Agreement, the Trustee and CLF Feeders have agreed to divide the Interpled Funds,[1] with CLF Feeders receiving $10,476.67 of the Interpled Funds and the Trustee receiving the remaining $94,290.06 of the Interpled Funds.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

53757286_1

FAEGRE BAKER DANIELS LLP

By: /s/ Shawna Meyer Eikenberry

*Counsel for James A. Knauer, Chapter 11 Trustee*

Shiv Ghuman O'Neill (#23280-53A)
Shawna Meyer Eikenberry (#21615-53)
Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
shiv.oneill@faegrebd.com
shawna.eikenberry@faegrebd.com
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com