UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
**(Hodge Livestock Network Incorporated And
Anderson Farms, Inc. d/b/a Anderson Cattle Co.)**

The *Trustee's Motion To Approve Compromise And Settlement With Hodge Livestock Network Incorporated And Anderson Farms, Inc. d/b/a Anderson Cattle Co.* (Docket No. 2507) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC (the "Debtor") on March 6, 2014.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Hodge Livestock Network Incorporated ("Hodge") and Anderson Farms, Inc. d/b/a Anderson Cattle Co.  Pursuant to the Settlement Agreement, and in exchange for dismissal of the Adversary, Hodge agrees to (i) assign to the Trustee all of Hodge's rights, as an "Opt In Creditor,"[1] to receive distributions from the "Fifth Third Claim Settlement Fund," and (ii) pay the Trustee $10,000 pursuant to the terms of a fully executed and enforceable Promissory Note.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion.  **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

53622815_1

FAEGRE BAKER DANIELS LLP

By: /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

53622815_1