IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF MAILING

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the document identified below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on March 6, 2014:

| | |
|---|---|
| Docket No. 2508 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Hodge Livestock Network Incorporated And Anderson Farms, Inc. d/b/a Anderson Cattle Co.) [Re: Docket No. 2507] |

///

Exhibit "A"   Address List regarding Docket No. 2508
- The post-confirmation Core Parties are referenced in Service List 55745
- Those post-confirmation parties who have requested special notice are referenced in Service List 55746
- The Affected Parties are referenced in Service List 55747

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 7th day of March 2014 at Paramount, California.

_____

Mabel Soto

# EXHIBIT A

# Eastern Livestock

Total number of parties: 12

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 55747 | BINGHAM GREENEBAUM DOLL LLP, (RE: RANDY HODGE LIVESTOCK INC), IVANA B. SHALLCROSS, 3500 NATIONAL CITY TOWER, 101 S. 5TH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 55746 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 55747 | G. ANDERSON FARMS, INC., D/B/A ANDERSON CATTLE CO., 1715 JAMES RODNEY BOULEVARD, GAIL ANDERSON, REGISTERED AGENT, WISNER, NE, 68791 | US Mail (1st Class) |
| 55747 | HODGE LIVESTOCK NETWORK INCORPORATED, (RE: RANDY HODGE LIVESTOCK INC), 1422 MOUNTAIN RANCH ROAD, NEWPORT, TN, 37821 | US Mail (1st Class) |
| 55745 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 55746 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 55747 | RANDY HODGE LIVESTOCK INC, HODGE LIVESTOCK NETWORK, POST OFFICE BOX 627, NEWPORT, TN, 37822-0627 | US Mail (1st Class) |
| 55746 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 55745 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 55745 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 55745 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 55747 | WISCHMEYER LAW OFFICE, (RE: G. ANDERSON FARMS, INC.), JASON P WISCHMEYER, P.O. BOX 419, SHELBYVILLE, IN, 46176 | US Mail (1st Class) |

Subtotal for this group: 12