UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT
WITH PHILLIP TAYLOR REED AND RON P. REED**

Pursuant to Federal Rule of Bankruptcy Procedure 9019, James A. Knauer, as

chapter 11 trustee ("Trustee") for the bankruptcy estate (the "Estate") of Eastern Livestock Co.,

LLC ("Debtor"), by counsel, hereby files this motion (the "Settlement Motion") requesting the

Court's approval of a compromise and settlement of claims between the Trustee, Phillip Taylor

Reed ("Taylor") and Ron P. Reed ("Ron" and collectively with Taylor, the "Reeds") pursuant to

the terms and conditions set forth in the Settlement Agreement and Mutual Release attached

hereto as Exhibit A (the "Settlement Agreement").  In support of this Settlement Motion, the

Trustee states as follows:

**Introduction and Background**

1.      Certain petitioning creditors commenced the above-captioned chapter 11

case ("Chapter 11 Case") on December 6, 2010 (the "Petition Date").  The Court entered the

*Order For Relief in An Involuntary Case and Order to Complete Filing* [Docket No. 110] on

December 28, 2010.

2.      On December 27, 2010, the Court entered the *Order Approving the*

*Appointment of James A. Knauer as Chapter 11 Trustee* [Docket No. 102] approving the *United*

*States Trustee's Application for an Order Approving the Appointment of James A. Knauer as*

*Chapter 11 Trustee* [Docket No. 98] pursuant to 11 U.S.C. § 1104.

dms.us.53703182.01

3.      Taylor delivered 787 steers to Debtor on October 25-26, 2010 pursuant to a contract by which Debtor had agreed to purchase cattle from Taylor (the "Cattle Transaction"). On October 27, 2010, Debtor issued a check to Taylor in the amount of $577,742.25, representing the remaining purchase price owed by Debtor to Taylor on account of the Cattle Transaction.  Debtor's check was dishonored.  On November 8, 2010 and November 12, 2010, Taylor received via wire transfer from James E. Edens IV the total sum of $187,000 (the "Edens Transfers").

4.      Taylor filed a proof of claim (the "Taylor POC") in the Chapter 11 Case. The Taylor POC is designated on the official claims register maintained by The BMC Group, Inc. as claim no. 355 and asserts a secured claim totaling $391,741.32.  The Trustee filed an objection [Dock. No. 1865] (the "Taylor Objection") to the Taylor POC.

5.      Ron filed a proof of claim (the "Ron POC" and collectively with the Taylor POC, the "Reed POCs") in the Chapter 11 Case.  The Ron POC is designated on the official claims register maintained by The BMC Group, Inc. as claim no. 354 and asserts a secured claim totaling $175,044.18 plus post-petition interest.  The Trustee filed an objection [Dock. No. 1900] (the "Ron Objection" and together with the Taylor Objection, the "Claim Objections") to the Ron POC.

6.      Both Taylor and Ron filed responses in opposition to the Claim Objections [Docket Nos. 1985 and 1986].  A contested hearing on the Claims Objections and responses thereto is currently set for April 14, 2014.

7.      The Trustee admits that Taylor holds an unsecured claim against the Estate in the amount of $391,741.32 but disputes that the Reeds have any valid secured claim against assets of the Estate.  The Trustee further believes that the Estate may have claims against

2

Taylor for recovery of the Edens Transfers.

8.      The Trustee and the Reeds, in an effort to avoid the significant cost and expense of litigation, desire to settle their disputes upon the terms and conditions set forth in the Settlement Agreement.

### The Settlement

9.      The Trustee has negotiated a settlement of the Reeds' claims on the terms set forth in the Settlement Agreement.  Pursuant to the Settlement Agreement, the Trustee and the Reeds shall file the Agreed Entry[1] with the Court within five (5) days of the Effective Date. Pursuant to the Agreed Entry, the Reed POCs shall be reclassified, consolidated and allowed in the Chapter 11 Case as a single unsecured claim in the amount of $391,741.32 (the "Reed Allowed Claim").  However, pursuant to the release contained in paragraph 3 of the Agreed Entry, the Reeds shall not be entitled to, and shall waive, release and disclaim any and all rights or claims to receive distributions from the Estate on account of the Reed Allowed Claim or any other claim.

### Basis for Relief

10.     Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this Court has authority to approve a compromise or settlement on motion made by the Trustee after notice and opportunity for a hearing.

11.     Under Bankruptcy Rule 9019, a bankruptcy court should approve a proposed compromise if it is fair and equitable and in the best interests of the estate.  See In re Doctors Hosp. of Hyde Park, Inc., 474 F.3d 421, 426 (7th Cir. 2007); Depoister v. Mary M.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Settlement Agreement.

3

Holloway Found, 36 F.3d 582, 586 (7th Cir. 1994); Matter of Energy Co-op, Inc. 886 F.2d 921, 927 (7th Cir. 1989).

12.    The Trustee believes that the compromise and settlement reflected in the proposed Settlement Agreement is fair and equitable and in the best interests of the estate.

13.    If no objections to this Settlement Motion are filed, the Trustee requests that the Court enter an order approving the Settlement Agreement.  If any objections to this Settlement Motion are filed, the Trustee requests that this Settlement Motion and any timely filed objection be scheduled for hearing by the Court on the earliest date that is available and convenient to the Court.

WHEREFORE, the Trustee respectfully requests that the Court enter an order in the form attached hereto as Exhibit B approving the Settlement Agreement and grant the Trustee all other just and proper relief.

4

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


By: /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | John Hunt Lovell<br>john@lovell-law.net |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeffrey R. Erler<br>jerler@ghjhlaw.com | Edward M King<br>tking@fbtlaw.com |
| Randall D. LaTour<br>rdlatour@vorys.com | John R. Carr, III<br>jrciii@acs-law.com | Bret S. Clement<br>bclement@acs-law.com |
| Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Stephen A. Weigand<br>sweigand@ficlaw.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| John W. Ames<br>james@bgdlegal.com | Robert Hughes Foree<br>robertforee@bellsouth.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Jeremy S Rogers<br>Jeremy.Rogers@dinslaw.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Deborah Caruso<br>dcaruso@daleeke.com |

5

dms.us.53703182.01

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

David L. LeBas
dlebas@namanhowell.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Todd J. Johnston
tjohnston@mcjllp.com

Karen L. Lobring
lobring@msn.com

Elliott D. Levin
edl@rubin-levin.net

Sean T. White
swhite@hooverhull.com

Michael W. McClain
mike@kentuckytrial.com

James Edwin McGhee
mcghee@derbycitylaw.com

Amanda Dalton Stafford
ads@kgrlaw.com

David Alan Domina
dad@dominalaw.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Michael Wayne Oyler
moyler@rwsvlaw.com

James E. Rossow
jim@rubin-levin.net

Steven A. Brehm
sbrehm@ bgdlegal.com

Patrick B Griffin
pat.griffin@kutakrock.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

James A. Knauer
jak@kgrlaw.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net

Niccole R. Sadowski
nsadowski@thbklaw.com

Joseph H. Rogers
jrogers@millerdollarhide.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

John Huffaker
john.huffaker@sprouselaw.com

Kelly Greene McConnell
lisahughes@givenspursley.com

Walter Scott Newbern
wsnewbern@msn.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Sandra D. Freeburger
sfreeburger@dsf-atty.com

John M. Rogers
johnr@rubin-levin.net

Jay P. Kennedy
jpk@kgrlaw.com

William E Smith
wsmith@k-glaw.com

Thomas C Scherer
tscherer@bgdlegal.com

Matthew R. Strzynski
mstrzynski@kdlegal.com

Kent A Britt
kabritt@vorys.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jason W. Cottrell
jwc@stuartlaw.com

James B. Lind
jblind@vorys.com

Anthony G. Raluy
traluy@fbhlaw.net

Jack S. Dawson
jdawson@millerdollarhide.com

Terry E. Hall
terry.hall@faegrebd.com

Erick P. Knoblock
eknoblock@daleeke.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

James E. Smith
jsmith@smithakins.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

John M. Thompson
john.thompson@crowedunlevy.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Andrew James Vandiver
avandiver@aswdlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Lisa Koch Bryant
courtmail@fbhlaw.net

John David Hoover
jdhoover@hooverhull.com

John R. Burns
john.burns@faegrebd.com

Kayla D. Britton
kayla.britton@faegrebd.com

David A. Laird
david.laird@moyewhite.com

Trevor L. Earl
tearl@rwsvlaw.com

Joshua N. Stine
kabritt@vorys.com

Amelia Martin Adams
aadams@dlgfirm.com

Robert A. Bell
rabell@vorys.com

Melissa S. Giberson
msgiberson@vorys.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Harmony A. Mappes
harmony.mappes@faegrebd.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Joe T. Roberts
jratty@windstream.net

Christopher E. Baker
cbaker@thbklaw.com

6

Andrew D. Stosberg
astosberg@lloydmc.com

Kevin M. Toner
kevin.toner@faegrebd.com

Andrea L. Wasson
andrea@wassonthornhill.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Eric W. Richardson
ewrichardson@vorys.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jennifer Watt
jwatt@kgrlaw.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Ben T. Caughey
ben.caughey@icemiller.com

William K. Flynn
wkflynn@strausstroy.com

Thomas P. Glass
tpglass@strausstroy.com

Stephen E. Schilling
seschilling@strausstroy.com

Michael Benton Willey
michael.willey@ag.tn.gov

Kay Dee Baird
kbaird@kdlegal.com

David W. Brangers
dbrangers@lawyer.com

Chrisandrea L. Turner
clturner@stites.com

Paul M. Hoffman
phoffmann@stinson.com

Martha R. Lehman
mlehman@kdlegal.com

Scott R. Leisz
sleisz@bgdlegal.com

Brian H. Meldrum
bmeldrum@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Natalie Donahue Montell
nmontell@bgdlegal.com

Erin Casey Nave
enave@taftlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Brian Robert Pollock
bpollock@stites.com

Steven Eric Runyan
ser@kgrlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com

I further certify that on March 19, 2014, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II
tra@rgba-law.com

/s/ Dustin R. DeNeal

7

dms.us.53703182.01