UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPROMISE AND SETTLE**
**AND NOTICE OF OBJECTION DEADLINE**
**(Phillip Taylor Reed And Ron P. Reed)**

The *Trustee's Motion To Approve Compromise And Settlement With Phillip Taylor Reed And Ron P. Reed* (Docket No. 2518) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC (the "Debtor") on March 19, 2014.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Phillip Taylor Reed ("Taylor") and Ron P. Reed ("Ron" and collectively with Taylor, the "Reeds"). Pursuant to the Settlement Agreement, the Trustee and the Reeds shall file the Agreed Entry[1] with the Court within five (5) days of the Effective Date. Pursuant to the Agreed Entry, the Reed POCs shall be reclassified, consolidated and allowed in the Chapter 11 Case as a single unsecured claim in the amount of $391,741.32 (the "Reed Allowed Claim"). However, pursuant to the release contained in paragraph 3 of the Agreed Entry, the Reeds shall not be entitled to, and shall waive, release and disclaim any and all rights or claims to receive distributions from the Estate on account of the Reed Allowed Claim or any other claim.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

FAEGRE BAKER DANIELS LLP


By: /s/ Dustin R. DeNeal _____

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com


Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

*Counsel for James A. Knauer, Chapter 11 Trustee*

53705394_1