UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Bankruptcy Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMES A. KNAUER, CHAPTER 11 | ) | |
| TRUSTEE FOR EASTERN LIVESTOCK | ) | |
| CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 12-59036 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES EDWARD EDENS, IV and | ) | |
| E4 CATTLE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF DISCOVERY REQUEST

TO:   ALL COUNSEL OF RECORD

Please take notice that Defendants James Edward Edens, IV and E4 Cattle Company, served a Notice of Deposition to Plaintiff Pursuant to Rule 7030 and Fed.R.Civ.P. 30(b)(60 on Plaintiff James A. Knauer, Chapter 11 Trusteee for Eastern Livestock, LLC. An electronic copy of the request have been served on counsel of record for Plaintiff Trustee.

Dated: March 19, 2014                    Respectfully submitted

/s/ William K. Flynn
William K. Flynn (admitted *pro hac vice*)
Thomas P. Glass (admitted *pro hac vice*)
STRAUSS TROY CO., LPA
150 E. Fourth Street
Cincinnati, OH 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: *wkflynn@strausstroy.com*
E-mail: *tpglass@strausstroy.com*

Ben T. Caughey
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2493
Facsimile: (317) 592-5431
E-mail: *ben.caughey@icemiller.com*

W. Scott Newbern
W. SCOTT NEWBERN, P.L.
2982 East Giverny
Tallahassee, FL 32309
Telephone: (850) 591-1707
Facsimile: (850) 894-0871
E-mail: *wsnewbern@msn.com*

*Attorneys for James E. Edens, IV and E4 Cattle Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 19th day of March, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 19th day of March, 2014.

/s/ William K. Flynn
William K. Flynn (admitted *pro hac vice*)