UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Motion to Compromise and/or Settle, which was filed on March 19, 2014, is deficient in the following respect(s):

    Objection Notice has not been filed.

The above−cited deficiencies must be corrected by April 3, 2014 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: March 20, 2014

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court