## Notice Recipients

District/Off: 0756–4  User: cathy  Date Created: 3/20/2014
Case: 10–93904–BHL–11  Form ID: SF00075  Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Dustin R. DeNeal          dustin.deneal@faegrebd.com

TOTAL: 1