# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|   |   |   |
|---|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC | |
| **Case Number:** | 10-93904-BHL-11 | **Chapter:**  11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 26, 2014 11:00 AM   NA 103 | |
| **Bankruptcy Judge:** | BASIL H. LORCH | |
| **Courtroom Clerk:** | KRISTIN GOSS | |
| **Reporter / ECR:** | KRISTIN GOSS | |

## *Matters:*

1) Hearing Re:  Motion to Modify Plan Injunction to Permit Naming Debtor as a Defendant in Complaint to Determine Validity, Extent, and Priority of Liens and for Order Directing Payment of Commodities Account Proceeds to The First Bank and Trust Company for Purposes of Asserting Debtors Interest, if any, Therein filed by Bret S. Clement on behalf of Creditor First Bank and Trust Company, The  [2476]
   **R / M #:**    0 / 0

2) Objection and Response of Fifth Third Bank to Motion to Modify Plan Injunction to Permit Naming Debtor as a Defendant in Complaint to Determine Validity, Extent, and Priority of Liens and for Order Directing Payment of Commodities Account Proceeds to The First Bank and Trust Company for Purposes of Asserting Debtor's Interest, if any, Therein filed by Randall D. LaTour on behalf of Creditor Fifth Third Bank  [2504]
   **R / M #:**    0 / 0

3) Eastern Livestock Trustee's Objection to First Bank's Motion to Modify Plan Injunction filed by Kevin M. Toner on behalf of Trustee James A. Knauer [2505]
   **R / M #:**    0 / 0

4) Response in Opposition to Motion for Authority filed by Paul M. Hoffmann on behalf of Creditor ADM Investor Services, Inc  [2514]
   **R / M #:**    0 / 0

5) Response in Opposition to Motion for Authority filed by Brian H Meldrum on behalf of Creditor Monty Koller Response in Opposition to Motion for Authority filed by Brian H Meldrum on behalf of Creditor Monty Koller  [2536]
   **R / M #:**    0 / 0

6) Response in Opposition to Motion for Authority filed by Brian H Meldrum on behalf of Creditor Intrust Bank, NA [2537]
   **R / M #:**    0 / 0

## *Appearances:*

In Court Appearances:
KEVIN M. TONER, ATTORNEY FOR JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
BRET S. CLEMENT, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
DANIEL J. DONNELLON, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE

Telephonic Appearances:
JAY P. KENNEDY/MANDY STAFFORD, ATTORNEY FOR JAMES A. KNAUER
WENDY W PONADER, ATTORNEY FOR JAMES A. KNAUER
JOHN R. CARR, ATTORNEY FOR FIRST BANK AND TRUST COMPANY, THE
BRIAN H MELDRUM, ATTORNEY FOR INTRUST BANK, NA, MONTY KOLLER
MEREDITH THESIEN - ATTORNEY FOR TRUSTEE, KATHRYN PRY IN THE GIBSON CASE 10-93867
CHARLES WHARTON - UST

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93904-BHL-11                    WEDNESDAY, MARCH 26, 2014 11:00 AM

## _Proceedings:_

* (1 thru 6) Disposition:  Hearing held.    Parties reached an agreement prior to the commencement of Court.   Agreement read into the record.   Parties to submit order within 14 days.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**