UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| | ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 12-59161 |
| | ) | |
| STOCKMAN OKLAHOMA LIVESTOCK MARKETING, INC., SOUTHEAST LIVESTOCK EXCHANGE, LLC, ROBERT NICHOLS, individually, ROBERT and JANE NICHOLS d/b/a NICHOLS LIVESTOCK, NICHOLS LIVESTOCK, INC., WILLIAM BUSH, and DOES 1-6, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| INNOVATIVE LIVESTOCK SERVICES, INC., BMG NATURAL, L.L.C., AND INNOVATIVE LIVESTOCK SERVICES, INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary Proceeding No. 11-59098 |
| EASTERN LIVESTOCK CO., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| FRIONA INDUSTRIES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 11-59093 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| CACTUS GROWERS, INC., ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, et al., ) | |
| ) | |
| and ) | |
| ) | |
| J & F OKLAHOMA HOLDINGS, INC., ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**TRUSTEE'S 30(b)(6) NOTICE OF DEPOSITION TO**
**STOCKMAN OKLAHOMA LIVESTOCK MARKETING, INC.**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030, James A. Knauer (the "Trustee"), as the trustee of Eastern Livestock Co., LLC, by counsel, will take the deposition of Stockman Oklahoma Livestock Marketing, Inc. (SOLM) at 9:00 a.m. on April 15, 2014 at the offices of McAfee & Taft, Tenth Floor, Two Leadership Square, 211 N. Robinson, Oklahoma City, OK 73102-7103, before a court reporter authorized to administer

dms.us.53753687.01

oaths. The deposition will be conducted in accordance with the July 3, 2012 Order Establishing Deposition Protocols [Main Case, Doc. 1229]. You are invited to appear and take part in such examination.

### Definitions

Definitions applicable to this Notice of Deposition include the following:

A.  "You," "your," and "SOLM" means and refers to Stockman Oklahoma Livestock Marketing, Inc. and includes all persons and organizations under your control, including but not limited to your parents, subsidiaries, affiliates, officers, directors, employees, attorneys, accountants, agents, and representatives of any kind. This definition includes Apache Auction Market and Apache Video Sales.

B.  "Eastern" means and refers to Eastern Livestock Co., LLC, and includes its affiliates, members, officers, employees, attorneys, agents, accountants, and representatives of any kind.

C.  "Trustee" means and refers to James A. Knauer, as the duly appointed Chapter 11 trustee for Eastern and includes his attorneys, agents, and representatives of any kind.

D.  "First Amended Complaint" means and refers to the Trustee's First Amended Complaint filed in Adversary Proceeding No. 12-59161 (Doc. No. 15).

### Subjects of Examination

Examination is requested on any and all knowledge possessed by or reasonably available to SOLM relating to the following matters:

1.  The general nature of SOLM's business operations and SOLM's record-keeping and accounting/book-keeping practices.

dms.us.53753687.01

2. The general nature of SOLM's business dealings and cattle transactions with Eastern during 2009 and 2010.

3. The general nature of SOLM's business dealings and relationship with Thomas P. Gibson during 2009 and 2010.

4. The general nature of SOLM's business dealings and cattle transactions with Robert Nichols and Nichols Livestock from 2009 through the present.

5. The general nature of SOLM's business dealings and cattle transactions with William Bush from 2009 through the present.

6. The claims asserted by SOLM in its proofs of claim filed in Eastern's bankruptcy proceedings (Claim Nos. 245 & 246), including the allegations, facts, documents, transactions, checks, cattle, agreements, and parties reflected therein.

7. The transactions, cattle, and payments identified in the First Amended Complaint, including the transactions, cattle, and payments identified in the Exhibits to the First Amended Complaint.

8. The general nature of SOLM's business dealings with the "vendors" and "customers" identified in the Exhibits to the First Amended Complaint, and the specific transactions with the "vendors" and "customers" identified in the Exhibits to the First Amended Complaint.

9. The purported "Assignment" from Thomas P. Gibson/Eastern to SOLM, including but not limited to Exhibits E and F of the First Amended Complaint, and the facts and

circumstances surrounding the "Assignment," including but not limited to the negotiation, drafting, and execution of the "Assignment" and any action taken by SOLM related in any way to the "Assignment."

10. SOLM's Responses to the Trustee's Discovery Requests, served on July 29, 2013, and the documents produced by SOLM to the Trustee.

11. Communications with Eastern and any of its representatives, agents, affiliates, or employees – including but not limited to Thomas P. Gibson, Steve McDonald, Darren Brangers, Scott Gibson, and Grant Gibson – during November of 2010.

12. Communications with anyone concerning or relating to Eastern during November of 2010, including but not limited to communications with Packers & Stockyards/GIPSA, Superior Livestock, William Bush, Robert Nichols, Southeast Livestock, and any "customer" and "vendor" identified in the Exhibits to the First Amended Complaint.

13. Communications with or about Elizabeth Lynch or other employees of Development Specialists, Inc., from November of 2010 through January 2011.

14. SOLM's answer and affirmative defenses (Doc. No. 29) to the First Amended Complaint in Adversary Proceeding No. 12-59161.

15. The claims, allegations, and transactions at issue in SOLM's answer and counterclaim (Doc. No. 66) filed in Adversary Proceeding No. 11-59093, including but not limited to the facts, allegations, cattle, payments, checks, invoices, contracts, parties, and communications relating to the transactions involving the 64 head of cattle at issue.

16.     The claims, allegations, and transactions at issue in SOLM's answer and counterclaim (Doc. No. 52) filed in Adversary Proceeding No. 11-59098, including but not limited to the facts, allegations, cattle, payments, checks, invoices, contracts, parties, and communications relating to the transactions involving the 204 head of cattle at issue.

FAEGRE BAKER DANIELS LLP

By:  /s/ Harmony Mappes

Kevin M. Toner (#11343-49)   *Counsel for James A. Knauer, Chapter 11 Trustee*
Harmony Mappes (#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1750
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2014, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Mark A. Robinson
mrobinson@vhrlaw.com

Randall D. LaTour
rdlatour@vorys.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

John W. Ames
james@bgdlegal.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

Meredith R. Thomas
mthomas@daleeke.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

C. R. Bowles, Jr
cbowles@ bgdlegal.com

Jeffrey R. Erler
jerler@ghjhlaw.com

John R. Carr, III
jrciii@acs-law.com

Stephen A. Weigand
sweigand@ficlaw.com

Robert Hughes Foree
robertforee@bellsouth.net

Ivana B. Shallcross
ishallcross@bgdlegal.com

William Robert Meyer, II
rmeyer@stites.com

James Bryan Johnston
bjtexas59@hotmail.com

John Hunt Lovell
john@lovell-law.net

Edward M King
tking@fbtlaw.com

Bret S. Clement
bclement@acs-law.com

John Frederick Massouh
john.massouh@sprouselaw.com

Kim Martin Lewis
kim.lewis@dinslaw.com

Deborah Caruso
dcaruso@daleeke.com

Allen Morris
amorris@stites.com

James T. Young
james@rubin-levin.net

dms.us.53753687.01

| | | |
|---|---|---|
| David L. LeBas<br>dlebas@namanhowell.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | John M. Thompson<br>john.thompson@crowedunlevy.com |
| Suzanne M Shehan<br>suzanne.shehan@kutakrock.com | John Huffaker<br>john.huffaker@sprouselaw.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Laura Day Delcotto<br>ldelcotto@dlgfirm.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | Andrew James Vandiver<br>avandiver@aswdlaw.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Walter Scott Newbern<br>wsnewbern@msn.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com | Theodore A Konstantinopoulos<br>ndohbky@jbandr.com |
| Karen L. Lobring<br>lobring@msn.com | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Lisa Koch Bryant<br>courtmail@fbhlaw.net |
| Elliott D. Levin<br>edl@rubin-levin.net | John M. Rogers<br>johnr@rubin-levin.net | John David Hoover<br>jdhoover@hooverhull.com |
| Sean T. White<br>swhite@hooverhull.com | Jay P. Kennedy<br>jpk@kgrlaw.com | John R. Burns<br>john.burns@faegrebd.com |
| Michael W. McClain<br>mmcclain@mcclaindewees.com | William E Smith<br>wsmith@k-glaw.com | Kayla D. Britton<br>kayla.britton@faegrebd.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Thomas C Scherer<br>tscherer@bgdlegal.com | David A. Laird<br>david.laird@moyewhite.com |
| Amanda Dalton Stafford<br>ads@kgrlaw.com | Matthew R. Strzynski<br>mstrzynski@kdlegal.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| David Alan Domina<br>dad@dominalaw.com | Kent A Britt<br>kabritt@vorys.com | Joshua N. Stine<br>kabritt@vorys.com |
| Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Amelia Martin Adams<br>aadams@dlgfirm.com |
| Michael Wayne Oyler<br>moyler@rwsvlaw.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Robert A. Bell<br>rabell@vorys.com |
| James E. Rossow<br>jim@rubin-levin.net | James B. Lind<br>jblind@vorys.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Steven A. Brehm<br>sbrehm@ bgdlegal.com | Anthony G. Raluy<br>traluy@fbhlaw.net | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Patrick B Griffin<br>pat.griffin@kutakrock.com | Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Terry E. Hall<br>terry.hall@faegrebd.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| Jessica Lynn Olsheski<br>jessica.olsheski@justice-law.net | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Niccole R. Sadowski<br>nsadowski@thbklaw.com | Eric C. Redman<br>ksmith@redmanludwig.com | Joe T. Roberts<br>jratty@windstream.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Smith<br>jsmith@smithakins.com | Christopher E. Baker<br>cbaker@thbklaw.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Andrea L. Wasson<br>andrea@wassonthornhill.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Eric W. Richardson<br>ewrichardson@vorys.com | Joshua Elliott Clubb<br>joshclubb@gmail.com |

| | | |
|---|---|---|
| Jennifer Watt<br>jwatt@kgrlaw.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz | Ben T. Caughey<br>ben.caughey@icemiller.com |
| William K. Flynn<br>wkflynn@strausstroy.com | Thomas P. Glass<br>tpglass@strausstroy.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | Kay Dee Baird<br>kbaird@kdlegal.com | David W. Brangers<br>dbrangers@lawyer.com |
| Chrisandrea L. Turner<br>clturner@stites.com | Paul M. Hoffman<br>phoffmann@stinson.com | Martha R. Lehman<br>mlehman@kdlegal.com |
| Scott R. Leisz<br>sleisz@bgdlegal.com | Brian H. Meldrum<br>bmeldrum@stites.com | Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com |
| Terrill K. Moffett<br>kendalcantrell@moffettlaw.com | Natalie Donahue Montell<br>nmontell@bgdlegal.com | Erin Casey Nave<br>enave@taftlaw.com |
| Matthew Daniel Neumann<br>mneumann@hhclaw.com | Brian Robert Pollock<br>bpollock@stites.com | Steven Eric Runyan<br>ser@kgrlaw.com |
| Chad Duane Wuertz<br>chad@wuertzlaw.com | | |

/s/ Harmony Mappes