**SO ORDERED: April 2, 2014.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND
SETTLEMENT WITH CLICRWEIGHT, LLC**

This matter is before the Court on the *Trustee's Motion To Approve Compromise
And Settlement With ClicRweight, LLC* [Docket No. 2509] ("Settlement Motion").  The Court,
having considered the Settlement Motion and having found that no objection was filed to the
Settlement Motion after adequate notice and opportunity, and being duly advised in the premises,
now finds that the proposed settlement (i) is in the best interests of the estate; (ii) provides
tangible benefits to the estate and the creditors thereof; and (iii) should be approved.
Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted
pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that

1.      The Settlement Motion is hereby granted in its entirety.

2.      The terms of the Settlement Agreement[1] are hereby approved in its

entirety pursuant to 11 U.S.C. § 105 and Rule 9019 of the Federal Rules of Bankruptcy

Procedure.

3.      The Trustee and ClicRweight are authorized to take any and all actions

necessary to close the settlement set forth in the Settlement Agreement and to perform the

obligations required thereby.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.