# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC | | |
| **Case Number:** | 10-93904-BHL-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, APRIL 14, 2014 09:30 AM   NA 103 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

### *Matter:*

1) Continued Hearing Re:   Objection to Claim for Phillip Taylor Reed (Claim No. 355)  with a  Response to Objection to Claim for Phillip Taylor Reed (Claim No. 355), filed by C. R. Bowles Jr on behalf of Creditor Phillip Taylor Reed   [1865, 1985]
   **R / M #:**   0 / 0
   **VACATED:   Per D. DeNeal - settlement has been reach with both claimaints.   No hearing needed.**

2) Continued Hearing Re:   Objection to Claim for Ron P. Reed (Claim No. 354)   with a  Response to Objection to Claim for Ron P. Reed (Claim No. 354), filed by C. R. Bowles Jr on behalf of Creditor Ron P. Reed   [1900, 1986]
   **R / M #:**   0 / 0
   **VACATED:   Per D. DeNeal - settlement has been reach with both claimaints.   No hearing needed.**

### *Appearances:*

NONE

### *Proceedings:*

\* (1,2)  VACATED: Per D. DeNeal - settlement has been reached with both claimants.   No hearing needed.


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**