UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
(Southeast Livestock Exchange, LLC)

The *Trustee's Motion To Approve Compromise And Settlement With Southeast Livestock Exchange, LLC* (Docket No. 2560) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC (the "Debtor") on April 21, 2014.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Southeast Livestock Exchange, LLC ("Southeast").  Pursuant to the Settlement Agreement, and in exchange for dismissal of claims against Southeast in the AP Lawsuit, Southeast agrees to pay the Trustee $13,500.00.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion.  **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

53988484_1

                                FAEGRE BAKER DANIELS LLP

                                By: /s/ Dustin R. DeNeal

Terry E. Hall (#22041-49)         *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
Dustin R. DeNeal (#27535-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com
dustin.deneal@faegrebd.com

Wendy W. Ponader (#14633-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com

53988484_1