Date: 04/17/2014

**Detail Transaction File List**
Wimberly Lawson Wright Daves & Jones, PLLC

Page: 1

| Client | Trans Date | Atty | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 13559.00001 Eastern Livestock Co., LLC | | | | | | | | | |
| 13559.00001 | 02/28/2013 | MCM | A | 1 | 170.00 | 0.20 | 34.00 | Telephone conference with Attorney Dustin Deneal re: status. | ARCH |
| 13559.00001 | 02/28/2013 | MCM | A | 30 | 170.00 | 0.30 | 51.00 | Prepare update and evaluation letter to Deneal. | ARCH |
| 13559.00001 | 09/05/2013 | MCM | A | 1 | 170.00 | 0.20 | 34.00 | Telephone conference with Attorney Deneal regarding representation issues and filing materials related to same. | ARCH |
| 13559.00001 | 09/06/2013 | MCM | A | 30 | 170.00 | 0.30 | 51.00 | Revise Affidavit for Trustee to file with application to reflect conflict review. | ARCH |
| 13559.00001 | 09/06/2013 | MCM | A | 30 | 170.00 | 0.20 | 34.00 | Prepare electronic communication and letter for D. Deneal, attorney for Trustee re: Affidavit. | ARCH |
| 13559.00001 | 09/13/2013 | MCM | A | 30 | 170.00 | 0.80 | 136.00 | Work on status report and case analysis/evaluation for Trustee. | ARCH |
| 13559.00001 | 10/11/2013 | MCM | A | 30 | 170.00 | 0.20 | 34.00 | Receive/review order from Attorney Deneal. | ARCH |
| 13559.00001 | 01/29/2014 | MCM | A | 30 | 180.00 | 0.60 | 108.00 | Review current file status and issues regarding discovery/future strategy. | ARCH |
| 13559.00001 | 03/07/2014 | MCM | A | 30 | 180.00 | 1.50 | 270.00 | Preparation of draft Request to Admit. | ARCH |
| 13559.00001 | 03/10/2014 | MCM | A | 30 | 180.00 | 1.80 | 324.00 | Prepare final Interrogatories and Requests to Admit and Requests for Documents to Hawkins. | ARCH |
| 13559.00001 | 03/14/2014 | MCM | A | 30 | 180.00 | 0.80 | 144.00 | Finalize discovery - production requests. | ARCH |
| 13559.00001 | 03/14/2014 | MCM | A | 30 | 180.00 | 0.20 | 36.00 | Finalize correspondence to court clerk re: discovery. | ARCH |
| 13559.00001 | 03/21/2014 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Receive/review return of service materials, prepare supplemental service and certificate on D. Hawkins. | ARCH |
| 13559.00001 | 03/25/2014 | MCM | A | 30 | 180.00 | 0.40 | 72.00 | Prepare Certificate of Service to reflect amended service to Hawkins. | ARCH |
| 13559.00001 | 03/26/2014 | MCM | A | 122 | 0.200 | | 3.20 | Photocopying | ARCH |
| 13559.00001 | 03/26/2014 | MCM | A | 114 | | | 5.12 | Postage | ARCH |
| 13559.00001 | 04/08/2014 | MCM | P | 114 | | | 12.66 | Postage | 4 |

Total for Client ID 13559.00001   Billable   8.00   1,438.98   Eastern Livestock Co., LLC
Post-Bankruptcy work

**GRAND TOTALS**

Billable   8.00   1,438.98

SC                                                                                                                                   Thursday 04/17/2014 2:52 pm