# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

In re:                )

                      )

EASTERN LIVESTOCK CO., LLC,    )      Case Number: 10-93904-BHL-11

                      )

       Debtor.         )

## POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending:          3/31/2014

Confirmation Date:             12/20/2012

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $958,423.06 | $96,869.53 | $107,251.32 | $1,162,543.91 |
| Cash Disbursements, including plan payments | -$282,700.68 | -$203,402.90 | -$18,478.85 | -$504,582.43 |
| **Total** | $675,722.38 | -$106,533.37 | $88,772.47 | $657,961.48 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $282,700.68 | $76,210.57 | $18,478.85 | $377,390.10 |
| Secured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $187,192.33 | $0.00 | $187,192.33 |
| **Total** | $282,700.68 | $263,402.90 | $18,478.85 | $564,582.43 |

1. Have Quarterly U.S. Trustee Fees been paid?         (Yes)    No
   If no, please explain.

2. Have all payments been made as set forth in the plan?    Yes    (No)
   If no, please explain.
   ***The Trustee continues to make plan payments***

3. Have all property sales and transfers set forth in the plan been completed?    Yes    (No)
   If no, please explain.
   ***Transfers will not be complete until the Trustee resolves all***
   ***adversary proceedings and finalizes the allowed amount of claims***

4.  Have any distributions been made to stockholders of the debtor?          Yes          (No)
    If yes, please explain.

5.  Is the debtor current on all post confirmation taxes?          (Yes)          No
    If no, please explain.

6.  Have all claims been resolved?          Yes          (No)
    If no, please explain.
    *Certain claims are subject to disallowance in adversary proceedings.*

7.  When will the application for final decree be filed?
    *Once the estate has been fully administered, which will occur no*
    *sooner than December 2014.*

8.  Is this a final report?          Yes          (No)
    If yes, complete the next page.


The undersigned certifies under penalty of perjury the information contained in this report is
complete, true and correct to the best of my knowledge, information and belief.

By: _____          Dated: _____
            James A. Knauer
        Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

## ELC Operating
## Receipts

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | |
|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | |
| | | | | |
| Name of Bank | | JP Morgan Chase Bank NA | | |
| Account Number | | 922019401 | | |
| Purpose of Account | | Operating Account | | |
| Type of Account | | Checking Account | | |
| | | | | |
| **Date of Transaction** | **Payer** | **Purpose or Description** | **Amount** | |
| | | | | |
| 01/08/2014 | Wellpoint | Dividend payment | $ 187.50 | |
| 01/08/2014 | Wood County Electric Coop | | $ 60.49 | |
| 01/23/2014 | Interpleader Funds | | $ 958,122.57 | |
| 01/23/2014 | Bower v Windstream | Class action settlement | $ 52.50 | |
| | | | | |
| | Total 1/01/2014-1/31/2014 | | | $ 958,423.06 |
| | | | | |
| 02/03/2014 | Grant Gibson | Settlement | $ 93,240.00 | |
| 02/03/2014 | NW Alabama | Settlement | $ 1,000.00 | |
| 02/10/2014 | US Premium Beef | Distribution | $ 629.53 | |
| 02/10/2014 | Grant Gibson | Interest | $ 2,000.00 | |
| | | | | |
| | Total 2/1/2014-2/28/2014 | | | $ 96,869.53 |
| | | | | |
| 03/17/2014 | U.S. District Court | Interpled Funds | $ 73,632.57 | |
| 03/26/2014 | Wellpoint | Dividend | $ 218.75 | |
| 03/26/2014 | J. Max Cattle | Settlement | $ 3,900.00 | |
| 03/17/2014 | Manthey | Settlement | $ 12,000.00 | |
| 03/26/2014 | Zeisler | Settlement | $ 17,500.00 | |
| | | | | |
| | Total 3/01/2014-3/31/2014 | | | $ 107,251.32 |
| | **Total for report** | | | $ 1,162,543.91 |

2:28 PM
04/12/13

# ELC Operating
## Disbursements

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | | | |
|---|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | | |
| Name of Bank | | | JP Morgan Chase Bank NA | | | |
| Account Number | | | 922019401 | | | |
| Purpose of Account | | | Operating Account | | | |
| Type of Account | | | Checking Account | | | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | | |
|---|---|---|---|---|---|---|
| Fee | 01/03/2014 | ADP | Payroll | -161.87 | | |
| Wire | 01/06/2014 | ADP | Payroll | -2,337.89 | | |
| 1780 | 01/07/2014 | Regus | Rent | -4,463.70 | | |
| 1781 | 01/07/2014 | BMC Group, Inc. | Claims Agent | -240.55 | | |
| 1782 | 01/07/2014 | Gray Plant Mooty | Mediation | -8,608.30 | | |
| 1783 | 01/07/2014 | The Data Vault | Storage | -259.95 | | |
| 1784 | 01/07/2014 | Kroger, Gardis & Regas, LLP | Office Supplies | -63.58 | | |
| 1779 | 01/07/2014 | United States Trustee | Trustee Fees | -3,260.14 | | |
| Wire | 01/13/2014 | Development Specialists, Inc. | Professional Fees | -250,638.70 | | |
| 1785 | 01/15/2014 | United States Trustee | Trustee Fees | -9,750.00 | | |
| Fee | 01/17/2014 | ADP | Payroll | -161.87 | | |
| Wire | 01/21/2014 | ADP | Payroll | -2,438.07 | | |
| Fee | 01/24/2014 | ADP | Payroll | -39.19 | | |
| 1786 | 01/28/2014 | PARC | Parking | -75.00 | | |
| Fees | 01/31/2014 | ADP | Payroll | -161.87 | | |
| Fees | 01/31/2014 | Chase Bank | Bank Fees | -40.00 | | |
| | | Total 1/01/2014-1/31/2014 | | | $ | (282,700.68) |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | | |
|---|---|---|---|---|---|---|
| Wire | 02/03/2014 | ADP | Payroll | -2,418.03 | | |
| Wire | 02/03/2014 | ADP | Payroll | -168.00 | | |
| 1787 | 02/05/2014 | The Data Vault | Storage | -294.75 | | |
| 1788 | 02/05/2014 | Kentucky Employers Mutual Insurance | Insurance | -631.21 | | |
| 1789 | 02/06/2014 | Amos Development, LLC | Opt-in distribution | -113.57 | | |
| 1862 | 02/06/2014 | Roy DePolitte | Opt-in distribution | -55.85 | | |
| 1863 | 02/06/2014 | Doris Jean Depp | Opt-in distribution | -351.62 | | |
| 1796 | 02/06/2014 | Buffalo Livestock Auction, LLC | Opt-in distribution | -1,620.27 | | |
| 1797 | 02/06/2014 | Charles Graham Farms | Opt-in distribution | -13,258.85 | | |
| 1798 | 02/06/2014 | Coffeyville Livestock Market LLC | Opt-in distribution | -597.46 | | |
| 1793 | 02/06/2014 | Bobby Newman | Opt-in distribution | -420.55 | | |
| 1794 | 02/06/2014 | Bovine Medical Associates | Opt-in distribution | -187.89 | | |
| 1795 | 02/06/2014 | Buetow, LeMastus & Dick LLC | Opt-in distribution | -814.06 | | |
| 1790 | 02/06/2014 | Bertram Cattle Hauling | Opt-in distribution | -1,325.21 | | |
| 1791 | 02/06/2014 | Bar K Cattle | Opt-in distribution | -901.17 | | |
| 1792 | 02/06/2014 | BBL Cattle | Opt-in distribution | 0.00 | | |

2:28 PM
04/12/13

# ELC Operating
## Disbursements

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1802 | 02/06/2014 | Dale Stull Trucking | Opt-in distribution | | -789.84 | |
| 1803 | 02/06/2014 | Denver Dale Capps (Veteran) | Opt-in distribution | | -27.43 | |
| 1805 | 02/06/2014 | Denwalt & Son Cattle Co. | Opt-in distribution | | -1,544.41 | |
| 1806 | 02/06/2014 | Donald R. Sympson | Opt-in distribution | | -173.90 | |
| 1807 | 02/06/2014 | Eddie J Eicke | Opt-in distribution | | -1,463.88 | |
| 1808 | 02/06/2014 | F&M Farms | Opt-in distribution | | -329.51 | |
| 1809 | 02/06/2014 | Fousek Farms & Trucking, LLC | Opt-in distribution | | -347.40 | |
| 1810 | 02/06/2014 | Friona Industries, L.P. | Opt-in distribution | | -1,178.90 | |
| 1811 | 02/06/2014 | Gabriel Moreno Medina | Opt-in distribution | | -5,902.20 | |
| 1812 | 02/06/2014 | Lynn D. Hirsch | Opt-in distribution | | -995.57 | |
| 1813 | 02/06/2014 | Ingland Trucking | Opt-in distribution | | -457.70 | |
| 1814 | 02/06/2014 | Irsik & Doll Feed Services, Inc. | Opt-in distribution | | -7,960.34 | |
| 1815 | 02/06/2014 | J & F Oklahoma Holdings | Opt-in distribution | | -495.01 | |
| 1816 | 02/06/2014 | J&J Livestock Trucking | Opt-in distribution | | -579.51 | |
| 1817 | 02/06/2014 | James G. Sympson | Opt-in distribution | | -514.93 | |
| 1818 | 02/06/2014 | Jay Burford | Opt-in distribution | | -58.35 | |
| 1819 | 02/06/2014 | Jerry Ollerich Trucking | Opt-in distribution | | -49.82 | |
| 1820 | 02/06/2014 | Jimmie Rogers, Inc. | Opt-in distribution | | -151.42 | |
| 1822 | 02/06/2014 | Joplin Regional Stockyards | Opt-in distribution | | -38,357.57 | |
| 1823 | 02/06/2014 | Keeton Cooper/Genola Cooper | Opt-in distribution | | -78.65 | |
| 1824 | 02/06/2014 | Knoxville Livestock Auction Center | Opt-in distribution | | -2,030.00 | |
| 1825 | 02/06/2014 | L&F Cattle (Troy Lathan & Joe Foote) | Opt-in distribution | | -4,809.89 | |
| 1826 | 02/06/2014 | LW Miller Livestock, Inc. | Opt-in distribution | | -459.97 | |
| 1827 | 02/06/2014 | Lincoln & Amber Christie | Opt-in distribution | | -502.53 | |
| 1828 | 02/06/2014 | Linden Stockyard Inc. | Opt-in distribution | | -6,251.46 | |
| 1829 | 02/06/2014 | Matthew J. Krieger | Opt-in distribution | | -124.44 | |
| 1830 | 02/06/2014 | Mid-Kentucky Livestock Market, LLC | Opt-in distribution | | -727.13 | |
| 1831 | 02/06/2014 | Montgomery Stockyard | Opt-in distribution | | -732.95 | |
| 1833 | 02/06/2014 | Ozarks Regional Stockyards, Inc | Opt-in distribution | | -7,787.95 | |
| 1834 | 02/06/2014 | Phil Clevenger | Opt-in distribution | | -309.32 | |
| 1835 | 02/06/2014 | Randy Roberts | Opt-in distribution | | -410.35 | |
| 1836 | 02/06/2014 | Reps Dispatch | Opt-in distribution | | -991.16 | |
| 1837 | 02/06/2014 | Richard Rivers Trucking | Opt-in distribution | | -248.84 | |
| 1838 | 02/06/2014 | Richardson, Inc. | Opt-in distribution | | -37.85 | |
| 1839 | 02/06/2014 | Ronald Rabich | Opt-in distribution | | -85.57 | |
| 1840 | 02/06/2014 | S&T Trucking Logistics | Opt-in distribution | | -89.67 | |
| 1841 | 02/06/2014 | Jack Schlessiger | Opt-in distribution | | -27.04 | |
| 1842 | 02/06/2014 | Scott Ledbetter Trucking | Opt-in distribution | | -1,377.41 | |
| 1843 | 02/06/2014 | Southland Haulers | Opt-in distribution | | -5,315.37 | |
| 1844 | 02/06/2014 | Starkan, Inc. | Opt-in distribution | | -737.97 | |
| 1845 | 02/06/2014 | Steve A. Garrett dba Garrett Farms | Opt-in distribution | | -391.18 | |
| 1846 | 02/06/2014 | Steve Graves Trucking, LLC | Opt-in distribution | | -126.13 | |
| 1847 | 02/06/2014 | Tennessee Livestock Producers, Inc. (C | Opt-in distribution | | -4,891.30 | |
| 1848 | 02/06/2014 | Terry H. Phillips, Jr. dba Phillip's Farm | Opt-in distribution | | -451.76 | |
| 1849 | 02/06/2014 | Tim Napier | Opt-in distribution | | -34.59 | |
| 1850 | 02/06/2014 | Tom Svoboda | Opt-in distribution | | -4,796.34 | |
| 1851 | 02/06/2014 | Torrington Livestock Cattle Comany | Opt-in distribution | | -13,644.16 | |
| 1852 | 02/06/2014 | Tupper Livestock Co. c/o Wayne Tuppe | Opt-in distribution | | -1,584.03 | |

2:28 PM
04/12/13

# ELC Operating
## Disbursements

| | | | | | | |
|---|---|---|---|---|---|---|
| 1853 | 02/06/2014 | United Producers, Inc. | Opt-in distribution | | -7,524.50 | |
| 1854 | 02/06/2014 | Valley Stockyard | Opt-in distribution | | -1,715.36 | |
| 1855 | 02/06/2014 | Vermillion Ranch Corporation | Opt-in distribution | | -16,971.00 | |
| 1856 | 02/06/2014 | Waechter Hay & Grain, Inc. | Opt-in distribution | | -176.63 | |
| 1857 | 02/06/2014 | Dick Wallace | Opt-in distribution | | -1,482.83 | |
| 1858 | 02/06/2014 | Walter Hills | Opt-in distribution | | -2,997.96 | |
| 1859 | 02/06/2014 | West Coast Livestock Express | Opt-in distribution | | -147.65 | |
| 1860 | 02/06/2014 | West Plains Co., dba CT Livestock | Opt-in distribution | | -1,649.28 | |
| 1861 | 02/06/2014 | Mid-South Livestock Center, LLC | Opt-in distribution | | -8,225.16 | |
| 1868 | 02/06/2014 | EBS Trust | Opt-in distribution | | -2,211.85 | |
| 1800 | 02/06/2014 | Corcoran Trucking, Inc. | Opt-in distribution | | -845.46 | |
| 1801 | 02/06/2014 | Cullman Stockyard, Inc. | Opt-in distribution | | -1,282.91 | |
| 1799 | 02/06/2014 | Cook Trucking, Inc | Opt-in distribution | | -1,882.54 | |
| 1864 | 02/10/2014 | Regus | Payroll | | -4,777.93 | |
| Debit | 02/14/2014 | ADP | Payroll | | -161.87 | |
| Wire | 02/18/2014 | ADP | Payroll | | -2,383.81 | |
| Debit | 02/21/2014 | ADP | Payroll | | -39.19 | |
| 1866 | 02/24/2014 | PARC | Parking | | -75.00 | |
| 1867 | 02/25/2014 | Regus | Rent | | -4,922.66 | |
| Debit | 02/27/2014 | ADP | Payroll | | -176.25 | |
| Debit | 02/28/2014 | ADP | Payroll | | -161.87 | |
| | | | | | | |
| | | Total 2/01/2014-2/28/2014 | | | | $ (203,402.90) |
| | | | | | | |
| | | | | | | |
| **Check Number** | **Date of Transaction** | **Payee** | **Purpose or Description** | **Amount** | | |
| | | | | | | |
| Wire | 03/03/2014 | ADP | Payroll | -2,290.09 | | |
| 1869 | 03/10/2014 | The Data Vault | Storage | -319.85 | | |
| 1872 | 03/11/2014 | Gray Plant Mooty | Mediation | -5,437.72 | | |
| 1871 | 03/11/2014 | Gray Plant Mooty | Mediation | -3,215.74 | | |
| 1870 | 03/11/2014 | Kroger, Gardis & Regas, LLP | Office Supplies | -111.96 | | |
| Fees | 03/14/2014 | ADP | Payroll | -161.87 | | |
| Wire | 03/18/2014 | ADP | Payroll | -2,215.98 | | |
| Fees | 03/21/2014 | ADP | Payroll | -49.19 | | |
| 1873 | 03/24/2014 | PARC | Parking | -75.00 | | |
| 1874 | 03/24/2014 | BMC Group, Inc. | Claims Agent | -2,161.71 | | |
| Fees | 03/28/2014 | ADP | Payroll | -161.87 | | |
| Wire | 03/31/2014 | ADP | Payroll | -2,277.87 | | |
| | | | | | | |
| | | | | | | |
| | | Total 10/01/2013-10/31/2013 | | | | $ (18,478.85) |
| | | | | | | |
| | | Total for report | | | | $ (504,582.43) |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,                         Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

| | | First Month | Second Month | Third Month |
|---|---|---|---|---|
| **Schedule of Receipts and Disbursements** | | JP Morgan Chase Bank NA | | |
| **Operating Account** | | 922019401 | | |
| CASH (Beginning of Period) | | $ 1,246,915.57 | $ 1,922,637.95 | $ 1,816,104.58 |
| Income or Receipts during the period | | $ 958,423.06 | $ 96,869.53 | $ 107,251.32 |
| Transfer (to) from Escrow Account | | $ - | $ - | $ (29,500.00) |
| Transder (to) from Separate Account | | $ - | | $ - |
| Disbursements | | $ (282,700.68) | $ (203,402.90) | $ (18,478.85) |
| CASH (End of Period) | | $ 1,922,637.95 | $ 1,816,104.58 | $ 1,875,377.05 |

| **Bank Reconcilation** | | | JP Morgan Chase Bank NA | | | | |
|---|---|---|---|---|---|---|---|
| **Operating Account** | | | 922019401 | | | | |
| Balance per Bank | | | $ 1,922,967.09 | $ 1,846,266.69 | | | $ 1,878,046.41 |
| Deposits in Transit | | | $ - | $ - | | | $ - |
| Outstanding Checks | 1519 | $ (13.09) | | 1519 | $ (13.09) | 1519 | $ (13.09) |
| | 1746 | $ (66.05) | | 1746 | $ (66.05) | 1746 | $ (66.05) |
| | 1764 | $ (250.00) | | 1764 | $ (250.00) | 1764 | $ (250.00) |
| | | | | 1799 | $ (1,882.54) | 1818 | $ (58.35) |
| | | | | 1802 | $ (789.84) | 1839 | $ (85.57) |
| | | | | 1803 | $ (27.43) | 1849 | $ (34.59) |
| | | | | 1811 | $ (5,902.20) | 1874 | $ (2,161.71) |
| | | | | 1818 | $ (58.35) | | |
| | | | | 1839 | $ (85.57) | | |
| | | | | 1846 | $ (126.13) | | |
| | | | | 1849 | $ (34.59) | | |
| | | | | 1851 | $ (13,644.16) | | |
| | | | | 1859 | $ (147.65) | | |
| | | | | 1867 | $ (4,922.66) | | |
| | | | | 1868 | $ (2,211.85) | | |
| Month End Balance | | | $ 1,922,637.95 | $ 1,816,104.58 | | | $ 1,875,377.05 |
| Balance per Books | | | $ 1,922,637.95 | $ 1,816,104.58 | | | $ 1,875,377.05 |
| Difference | | | $ - | $ - | | | $ - |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,                              Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

|  | First Month | | Second Month | | Third Month | |
|---|---|---|---|---|---|---|
| **Schedule of Receipts and Disbursements** Escrow Account | | JP Morgan Chase Bank N.A. 922019419 | | | | |
| CASH (Beginning of Period) | $ | 399,079.74 | $ | 399,079.74 | $ | 399,079.74 |
| Income or Receipts during the period | $ | - | $ | - | $ | - |
| Transfer to/from Operating Account | $ | - | $ | - | $ | 29,500.00 |
| Disbursements | $ | - | $ | - | $ | - |
| CASH (End of Period) | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |

| **Bank Reconcilation** Escrow Account | | JP Morgan Chase Bank N.A. 922019419 | | | | |
|---|---|---|---|---|---|---|
| Balance per Bank | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |
| Deposits in Transit | $ | - | $ | - | | |
| Month end Balance | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |
| Balance per Books | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |
| Difference | $ | - | $ | - | $ | - |

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000529 DPB 034 161 03214 NNNNNNNNNNT 1 000000000 65 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



RECEIVED
FEB - 6 2014
Scanned

## J.P. Morgan Team

Stephanie Doane
Jake Statz

For assistance after business hours, 7 days a week
Deaf and Hard of Hearing
Online access: www.jpmorganonline.com

J.P.Morgan

Primary Account: 000000922019401
For the Period 1/1/14 to 1/31/14

(877) 931-1349

(800) 243-6727
(800) 242-7383

## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,247,244.71 |
| Deposits & Credits | 2 | 958,423.06 |
| Checks Paid | 8 | (26,721.22) |
| Payments & Transfers | 7 | (255,939.46) |
| Fees, Charges & Other Withdrawals | 1 | (40.00) |
| Ending Balance | 18 | $1,922,967.09 |

Page 1 of 6

000009220019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**Primary Account: 000009220019401**
For the Period 1/1/14 to 1/31/14

## Deposits & Credits

| Date | Description | | | | | Amount |
|------|-------------|--|--|--|--|--------|
| 01/08 | Deposit | | | | | 247.99 |
| 01/23 | Deposit | | | | | 958,175.07 |
| **Total Deposits & Credits** | | | | | | **$958,423.06** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|--------------|-----------|--------|--------------|-----------|--------|--------------|-----------|--------|
| 1779 | 01/22 | 3,260.14 | 1782 | 01/22 | 8,608.30 | 1785 | 01/22 | 9,750.00 |
| 1780 | 01/16 | 4,463.70 | 1783 | 01/17 | 259.95 | 1786 | 01/28 | 75.00 |
| 1781 | 01/21 | 240.55 | 1784 | 01/16 | 63.58 | | | |
| **Total Checks Paid** | | | | | | | | **($26,721.22)** |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 01/03 | ADP Payroll Fees ADP - Fees 10Gx2  6231554 CCD ID: 9659605001 | 161.87 |
| 01/06 | Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0371085 Trn: 4839100006Es | 2,337.89 |
| 01/13 | Fedwire Debit Via: Private Bank Chgo/071006486 A/C: Development Specialists Inc Ref: Ref: Eastern Livestock CO Imad: 0119B1Ogc06005442 Trn: 1294600013Es | 250,638.70 |
| 01/17 | ADP Payroll Fees ADP - Fees 10Gx2  6892334 CCD ID: 9659605001 | 161.87 |
| 01/21 | Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0373769 Trn: 3974000021Es | 2,438.07 |
| 01/24 | ADP Payroll Fees ADP - Fees 10Gx2  7644205 CCD ID: 9659605001 | 39.19 |
| 01/31 | ADP Payroll Fees ADP - Fees 10Gx2  7951537 CCD ID: 9659605001 | 161.87 |
| **Total Payments & Transfers** | | **($255,939.46)** |

J.P.Morgan

Page 2 of 6

# J.P.Morgan

00000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**Primary Account: 00000922019401**
**For the Period 1/1/14 to 1/31/14**

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 01/02 | Service Charges For The Month of December | 40.00 |

**Total Fees, Charges & Other Withdrawals** **($40.00)**

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02 | 1,247,204.71 | 01/16 | 989,786.96 | 01/23 | 1,923,243.15 |
| 01/03 | 1,247,042.84 | 01/17 | 989,365.14 | 01/24 | 1,923,203.96 |
| 01/06 | 1,244,704.95 | 01/21 | 986,686.52 | 01/28 | 1,923,128.96 |
| 01/08 | 1,244,952.94 | 01/22 | 965,088.08 | 01/31 | 1,922,967.09 |
| 01/13 | 994,314.24 | | | | |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|-------------|--------|---------|--------|-----------|------|
| 00000922019401 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 15.00 | 493 | 0 | 0.20 | 0.00 |
| Deposited Items | 5.00 | 5 | 0 | 0.20 | 0.00 |
| Outgoing Wires - Domestic Manual | 1.00 | 1 | 0 | 40.00 | 0.00 |
| Outgoing Wire - Domestic Online | 2.00 | 3 | 0 | 25.00 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

0325215014001005290 2

# J.P.Morgan

In order to better safeguard your accounts, a valid ID is now required when depositing cash into personal and business accounts at any Chase branch. If you have any questions or would like to learn more about alternate deposit options, please contact your J.P. Morgan service team.

**Primary Account: 00000922019401**

**For the Period 1/1/14 to 1/31/14**

# J.P.Morgan

Primary Account: 00000922019401

For the Period 1/1/14 to 1/31/14

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

Tell us your name and account number.

Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement we made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

### Mutual Funds/Securities

JPMorgan funds are distributed by JPMorgan Distribution Services, Inc, which is an affiliate of JPMorgan Chase & Co., affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds

Deposit products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

Investment Products: Not FDIC insured • No bank guarantee • May lose value

Page 5 of 6

03252150140010052903

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

||I||I¹¹I¹¹I¹¹I¹¹I¹I¹¹¹I¹I¹¹I¹II¹¹II¹¹¹¹I¹¹I¹I¹¹I¹¹
00000682 DPB 034 161 06014 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
CASE #10-93904-BHL-11
INDIANAPOLIS IN 46204-5106



Primary Account: 0000009220019401
For the Period 2/1/14 to 2/28/14

## J.P. Morgan Team

Christine Martin                              (877) 931-1349
Christine Martin

For assistance after business hours, 7 days a week.    (800) 243-6727
Deaf and Hard of Hearing                      (800) 242-7383
Online access: www.jpmorganonline.com

# JPMorgan Classic Business Checking

## Checking Account Summary

|                        | Instances | Amount        |
|------------------------|-----------|---------------|
| Beginning Balance      |           | 1,922,967.09  |
| Deposits & Credits     | 2         | 156,869.53    |
| Checks Paid            | 66        | (228,060.91)  |
| Payments & Transfers   | 7         | (5,509.02)    |
| Ending Balance         | 75        | $1,846,266.69 |



0605215007001006201

0000009220194O1
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**Primary Account: 0000009220194O1**
**For the Period 2/1/14 to 2/28/14**

## Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 02/03 | Deposit | 154,240.00 |
| 02/03 | Deposit | 2,629.53 |
| 02/27 | Deposit | |

**Total Deposits & Credits** $156,869.53

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1787 | 02/07 | 294.75 | 1810 | 02/20 | 1,178.90 | 1831 | 02/24 | 732.95 |
| 1788 | 02/10 | 631.21 | 1812 | 02/18 | 995.57 | 1833 | 02/14 | 7,787.95 |
| 1789 | 02/18 | 113.57 | 1813 | 02/19 | 457.70 | 1834 | 02/14 | 309.32 |
| 1790 | 02/14 | 1,325.21 | 1814 | 02/19 | 7,960.34 | 1835 | 02/13 | 410.35 |
| 1791 | 02/20 | 901.17 | 1815 | 02/25 | 495.01 | 1836 | 02/24 | 991.16 |
| 1793 | 02/19 | 420.55 | 1816 | 02/24 | 579.51 | 1837 | 02/21 | 248.84 |
| 1794 | 02/25 | 187.89 | 1817 | 02/18 | 514.93 | 1838 | 02/19 | 37.85 |
| 1795 | 02/18 | 814.06 | 1819 | 02/24 | 49.82 | 1840 | 02/19 | 89.67 |
| 1796 | 02/24 | 1,620.27 | 1820 | 02/14 | 151.42 | 1841 | 02/19 | 27.04 |
| 1797 | 02/20 | 13,258.85 | 1822 | 02/14 | 38,357.57 | 1842 | 02/18 | 1,377.41 |
| 1798 | 02/27 | 597.46 | 1823 | 02/18 | 78.65 | 1843 | 02/19 | 5,315.37 |
| 1800 | 02/18 | 845.46 | 1824 | 02/19 | 2,030.00 | 1844 | 02/19 | 737.97 |
| 1801 | 02/19 | 1,262.91 | 1825 | 02/20 | 4,809.89 | 1845 | 02/18 | 391.18 |
| 1805 | 02/19 | 1,544.41 | 1826 | 02/18 | 459.97 | 1847 | 02/14 | 4,891.30 |
| 1806 | 02/21 | 173.90 | 1827 | 02/19 | 502.53 | 1848 | 02/14 | 451.76 |
| 1807 | 02/20 | 1,463.88 | 1828 | 02/19 | 6,251.46 | 1850 | 02/24 | 4,796.34 |
| 1808 | 02/25 | 329.51 | 1829 | 02/14 | 124.44 | 1852 | 02/19 | 1,584.03 |
| 1809 | 02/20 | 347.40 | 1830 | 02/18 | 727.13 | 1853 | 02/13 | 7,524.50 |

J.P.Morgan

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 2/1/14 to 2/28/14

## Checks Paid CONTINUED

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1854 | 02/20 | 1,715.36 | 1858 | 02/19 | 2,997.96 | 1863 | 02/20 | 351.62 |
| 1855 | 02/25 | 16,971.00 | 1860 | 02/18 | 1,649.28 | 1864 | 02/14 | 4,777.93 |
| 1856 | 02/20 | 176.63 | 1861 | 02/24 | 8,225.16 | 1865 | 02/25 | 60,000.00 |
| 1857 | 02/19 | 1,482.83 | 1862 | 02/19 | 55.85 | 1866 | 02/28 | 75.00 |

**Total Checks Paid** ($228,060.91)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 02/03 | 02/03 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0232464 Trn: 4022200034Es | 2,418.03 |
| 02/03 | 02/03 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0340445 Trn: 4734000034Es | 168.00 |
| 02/14 | ADP Payroll Fees ADP - Fees 10Gx2  8570588 CCD ID: 9659605001 | 161.87 |
| 02/18 | 02/18 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0365534 Trn: 3972900049Es | 2,383.81 |
| 02/21 | ADP Payroll Fees ADP - Fees 10Gx2  8844284 CCD ID: 9659605001 | 39.19 |
| 02/27 | ADP Payroll Fees ADP - Fees 10Gx2  9057186 CCD ID: 9659605001 | 176.25 |
| 02/28 | ADP Payroll Fees ADP - Fees 10Gx2  9220987 CCD ID: 9659605001 | 161.87 |

**Total Payments & Transfers** ($5,509.02)

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/03 | 2,074,621.06 | 02/13 | 2,065,760.25 | 02/19 | 1,964,291.99 |
| 02/07 | 2,074,326.31 | 02/14 | 2,007,421.48 | 02/20 | 1,940,088.29 |
| 02/10 | 2,073,695.10 | 02/18 | 1,997,070.46 | 02/21 | 1,939,626.36 |

J.P.Morgan

0605215007001006820 2

J.P.Morgan

00000092019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Daily Ending Balance  CONTINUED

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/24 | 1,922,631.15 | 02/27 | 1,846,503.56 | 02/28 | 1,846,266.69 |
| 02/25 | 1,844,847.74 | | | | |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 00000092019401 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 73.00 | 493 | 0 | 0.20 | 0.00 |
| Deposited Items | 5.00 | 5 | 0 | 0.20 | 0.00 |
| Outgoing Wire - Domestic Online | 3.00 | 4 | 0 | 25.00 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

# J.P.Morgan

Primary Account: 00000092201940I

For the Period 2/1/14 to 2/28/14

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank. (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JP Morgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

<div style="border:1px solid">
Investment Products: Not FDIC insured • No bank guarantee • May lose value
</div>

Page 5 of 6



J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

0000045 DP8 034 161 09114 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

Christine Martin
Christine Martin
For assistance after business hours, 7 days a week.
Deaf and Hard of Hearing
Online access: www.jpmorganonline.com

(877) 931-1349

(800) 243-6727
(800) 242-7383

**Primary Account:** 000000922019401
**For the Period** 3/1/14 to 3/31/14

## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,846,266.69 |
| Deposits & Credits | 2 | 77,751.32 |
| Checks Paid | 14 | (38,814.73) |
| Payments & Transfers | 6 | (7,156.87) |
| Ending Balance | 22 | $1,878,046.41 |



RECEIVED
APR - 7 2014

0915215020001004450 1

**J.P.Morgan**

Primary Account: 000000922019401
For the Period 3/1/14 to 3/31/14

00000092019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Deposits & Credits

| Date | Description | | | | | Amount |
|------|-------------|---|---|---|---|-------:|
| 03/17 | Deposit | | | | | 73,632.57 |
| 03/26 | Deposit | | | | | 4,118.75 |
| **Total Deposits & Credits** | | | | | | **$77,751.32** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|------|------|-------:|------|------|-------:|------|------|-------:|
| 1799 | 03/07 | 1,882.54 | 1851 | 03/04 | 13,644.16 | 1870 | 03/12 | 111.96 |
| 1802 | 03/06 | 789.84 | 1859 | 03/03 | 147.65 | 1871 | 03/17 | 3,215.74 |
| 1803 | 03/28 | 27.43 | 1867 | 03/04 | 4,922.66 | 1872 | 03/17 | 5,437.72 |
| 1811 | 03/19 | 5,902.20 | 1868 | 03/07 | 2,211.85 | 1873 | 03/28 | 75.00 |
| 1846 | 03/04 | 126.13 | 1869 | 03/12 | 319.85 | | | |

**Total Checks Paid**     ($38,814.79)

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|-------:|
| 03/03 | 03/03 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0444591 Tm: 5265650006ES | 2,290.09 |
| 03/14 | ADP Payroll Fees ADP - Fees 10Gx2  9658375 CCD ID: 9659605001 | 161.87 |
| 03/18 | 03/18 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0234365 Tm: 3384800077Es | 2,215.98 |
| 03/21 | ADP Payroll Fees ADP - Fees 10Gx2  0060292 CCD ID: 9659605001 | 49.19 |

**J.P.Morgan**

Primary Account: 0000009220194901
For the Period 3/1/14 to 3/31/14

00000009220194901
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 03/28 | ADP Payroll Fees ADP - Fees 10Gx2  0397538 CCD I.D. 9659050001 | 161.87 |
| 03/31 | 03/31 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0211161 Trn: 3789500090Es | 2,277.87 |

| Total Payments & Transfers | ($7,156.87) |
|---|---|

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/03 | 1,843,828.95 | 03/14 | 1,819,658.09 | 03/21 | 1,876,469.83 |
| 03/04 | 1,825,136.00 | 03/17 | 1,884,637.20 | 03/26 | 1,880,588.58 |
| 03/06 | 1,824,346.16 | 03/18 | 1,882,421.22 | 03/28 | 1,880,324.28 |
| 03/07 | 1,820,251.77 | 03/19 | 1,876,519.02 | 03/31 | 1,878,046.41 |
| 03/12 | 1,819,819.96 | | | | |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 00000009220194901 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 20.00 | 495 | 0 | 0.20 | 0.00 |
| Deposited Items | 3.00 | 3 | 0 | 0.20 | 0.00 |
| Outgoing Wire - Domestic Online | 3.00 | 4 | 0 | 25.00 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

09152150200010044502

Primary Account: 00000922019401
For the Period 3/1/14 to 3/31/14

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan

# J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

||ı|ı|ı||ı|ı|ı||ıı||ı|ıı|ı||ı|ı|ı||ıı|ı||ıı|ı||ıı|ı||ıı||ıı|
00000281 DPB 094 161 03214 NNNNNNNNNNNT 1 00000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



## J.P. Morgan Team

Stephanie Doane
Jake Statz                                              (877) 931-1349

For assistance after business hours, 7 days a week
Deaf and Hard of Hearing                                (800) 243-6727
Online access: www.jpmorganonline.com                  (800) 242-7383

Primary Account: 000000922019419
For the Period 1/1/14 to 1/31/14

## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 399,079.74 |
| Ending Balance | 0 | $399,079.74 |

*Please note this account had no activity during this statement period. The date of last activity for this account was 12/31/13.*

Page 1 of 4



0325215014001002B101

J.P.Morgan

0000092019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 0000092019419
For the Period 1/1/14 to 1/31/14

## Fees and Charges for Deposit Accounts

**Fees**

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 0000092019419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Total Fees | | | | | $0.00 |

J.P.Morgan



Primary Account: 0000092019419

For the Period 1/1/14 to 1/31/14

In order to better safeguard your accounts, a valid ID is now required when depositing cash into personal and business accounts at any Chase branch. If you have any questions or would like to learn more about alternate deposit options, please contact your J.P. Morgan service team.

03252150140010028102

**J.P.Morgan**

*J.P.Morgan*

Primary Account: 000000922019419
For the Period 1/1/14 to 1/31/14

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information,) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

Tell us your name and account number.

Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

## Mutual Funds/Securities

J.P.Morgan Funds are distributed by JPMorgan Distribution Services, Inc, which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

00000454 DPB 034 161 06014 NNNNNNNNNNN T
00000454 DPB 034 161 06014 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



## J.P. Morgan Team

Christine Martin                                      (877) 931-1349
Christine Martin
For assistance after business hours, 7 days a week
Deaf and Hard of Hearing                             (800) 243-6727
Online access: www.jpmorganonline.com               (800) 242-7383

## Primary Account: 000000922019419
For the Period 2/1/14 to 2/28/14



## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | $399,079.74 |
| Ending Balance | 0 | $399,079.74 |

*Please note this account had no activity during this statement period. The date of last activity for this account was 12/31/13.*

J.P.Morgan

Page 1 of 4

0605215007001004540 1

**J.P.Morgan**

Primary Account: 000000922019419
For the Period 2/1/14 to 2/28/14

## Fees and Charges for Deposit Accounts

### Fees

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 000000922019419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Total Fees | | | | | $0.00 |

**J.P.Morgan**

Primary Account: 000000822019419

For the Period 2/1/14 to 2/28/14

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

---

Investment Products: Not FDIC insured • No bank guarantee • May lose value

---

Page 3 of 4

0605215007001004540 2

J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265 - 9754

ıllıı.ıⅡⅡılıⅡılıılıₗⅡⅡⅡⅡⅡılıⅡⅡⅡⅡⅡılıⅡ·lıⅡ·lıₗlıⅡ·l·lıⅡ
00000446 DRB 094 161 09114 NNNNNNNNNNNT 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



## J.P. Morgan Team

Christine Martin
Christine Martin

For assistance after business hours, 7 days a week,
Deaf and Hard of Hearing
Online access: www.jpmorganonline.com

(877) 931-1349

(800) 243-6727
(800) 242-7383

Primary Account: 00000092201941 9
For the Period 3/1/14 to 3/31/14

RECEIVED
APR - 7 2014

## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 399,079.74 |
| Deposits & Credits | 2 | 29,500.00 |
| Ending Balance | 2 | $428,579.74 |

0915215020001004460 1

J.P.Morgan



Primary Account: 000009220194419
For the Period 3/1/14 to 3/31/14

000009220194419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/17 | Deposit | 12,000.00 |
| 03/24 | Deposit | 17,500.00 |
| | **Total Deposits & Credits** | **$29,500.00** |

## Daily Ending Balance

| Date | | Amount |
|------|---|--------|
| 03/17 | | 411,079.74 |
| 03/24 | | 428,579.74 |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|-------------|--------|---------|--------|-----------|------|
| 000009220194419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Deposited Items | 2.00 | 498 | 0 | 0.20 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

J.P.Morgan

Primary Account: 000000922019419
For the Period 3/1/14 to 3/31/14

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

| Investment Products: Not FDIC insured • No bank guarantee • May lose value |

09152150200010044602