## Notice Recipients

District/Off: 0756–4 | User: jweiss | Date Created: 4/30/2014
Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 2

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer      jak@kgrlaw.com
aty     James A. Knauer      jak@kgrlaw.com

TOTAL: 2