## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

In re:                              )
                                    )
EASTERN LIVESTOCK CO., LLC,         )         Case Number: 10-93904-BHL-11
                                    )
            Debtor.                 )

## POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending:        3/31/2014
Confirmation Date:             12/20/2012

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $958,423.06 | $96,869.53 | $107,251.32 | $1,162,543.91 |
| Cash Disbursements, including plan payments | -$282,700.68 | -$203,402.90 | -$18,478.85 | -$504,582.43 |
| **Total** | $675,722.38 | -$106,533.37 | $88,772.47 | $657,961.48 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $282,700.68 | $76,210.57 | $18,478.85 | $377,390.10 |
| Secured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $187,192.33 | $0.00 | $187,192.33 |
| **Total** | $282,700.68 | $263,402.90 | $18,478.85 | $564,582.43 |

1. Have Quarterly U.S. Trustee Fees been paid?            (Yes)        No
   If no, please explain.


2. Have all payments been made as set forth in the plan?        Yes        (No)
   If no, please explain.
   *The Trustee continues to make plan payments*


3. Have all property sales and transfers set forth in the plan been completed?        Yes        (No)
   If no, please explain.
   *Transfers will not be complete until the Trustee resolves all*
   *adversary proceedings and finalizes the allowed amount of claims*

4.  Have any distributions been made to stockholders of the debtor?
    If yes, please explain.                                                    Yes        ( No )

5.  Is the debtor current on all post confirmation taxes?                    ( Yes )        No
    If no, please explain.

6.  Have all claims been resolved?                                            Yes        ( No )
    If no, please explain.
    *Certain claims are subject to disallowance in adversary proceedings.*

7.  When will the application for final decree be filed?
    *Once the estate has been fully administered, which will occur no*
    *sooner than December 2014.*

8.  Is this a final report?                                                   Yes        ( No )
    If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is
complete, true and correct to the best of my knowledge, information and belief.

By: _____                Dated: 4/29/14
            James A. Knauer
    Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

**ELC Operating**
**Receipts**

| EASTERN LIVESTOCK CO., LLC, | | | | Case Number: 10-93904-BHL-11 | | |
|---|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | | |
| | | | | | | |
| Name of Bank | | JP Morgan Chase Bank NA | | | | |
| Account Number | | 922019401 | | | | |
| Purpose of Account | | Operating Account | | | | |
| Type of Account | | Checking Account | | | | |
| | | | | | | |
| Date of Transaction | Payer | Purpose or Description | | Amount | | |
| | | | | | | |
| 01/08/2014 | Wellpoint | Dividend payment | | $ | 187.50 | |
| 01/08/2014 | Wood County Electric Coop | | | $ | 60.49 | |
| 01/23/2014 | Interpleader Funds | | | $ | 958,122.57 | |
| 01/23/2014 | Bower v Windstream | Class action settlement | | $ | 52.50 | |
| | | | | | | |
| | Total 1/01/2014-1/31/2014 | | | | | $ | 958,423.06 |
| | | | | | | |
| 02/03/2014 | Grant Gibson | Settlement | | $ | 93,240.00 | |
| 02/03/2014 | NW Alabama | Settlement | | $ | 1,000.00 | |
| 02/10/2014 | US Premium Beef | Distribution | | $ | 629.53 | |
| 02/10/2014 | Grant Gibson | Interest | | $ | 2,000.00 | |
| | | | | | | |
| | Total 2/1/2014-2/28/2014 | | | | | $ | 96,869.53 |
| | | | | | | |
| 03/17/2014 | U.S. District Court | Interpled Funds | | $ | 73,632.57 | |
| 03/26/2014 | Wellpoint | Dividend | | $ | 218.75 | |
| 03/26/2014 | J. Max Cattle | Settlement | | $ | 3,900.00 | |
| 03/17/2014 | Manthey | Settlement | | $ | 12,000.00 | |
| 03/26/2014 | Zeisler | Settlement | | $ | 17,500.00 | |
| | | | | | | |
| | Total 3/01/2014-3/31/2014 | | | | | $ | 107,251.32 |
| | | | | | | |
| | Total for report | | | | | $ | 1,162,543.91 |

2:28 PM
04/12/13

## ELC Operating
## Disbursements

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | | |
|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | |
| | Name of Bank | | JP Morgan Chase Bank NA | | |
| | Account Number | | 922019401 | | |
| | Purpose of Account | | Operating Account | | |
| | Type of Account | | Checking Account | | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Fee | 01/03/2014 | ADP | Payroll | -161.87 | |
| Wire | 01/06/2014 | ADP | Payroll | -2,337.89 | |
| 1780 | 01/07/2014 | Regus | Rent | -4,463.70 | |
| 1781 | 01/07/2014 | BMC Group, Inc. | Claims Agent | -240.55 | |
| 1782 | 01/07/2014 | Gray Plant Mooty | Mediation | -8,808.30 | |
| 1783 | 01/07/2014 | The Data Vault | Storage | -259.95 | |
| 1784 | 01/07/2014 | Kroger, Gardis & Regas, LLP | Office Supplies | -63.58 | |
| 1779 | 01/07/2014 | United States Trustee | Trustee Fees | -3,260.14 | |
| Wire | 01/13/2014 | Development Specialists, Inc. | Professional Fees | -250,638.70 | |
| 1785 | 01/16/2014 | United States Trustee | Trustee Fees | -9,750.00 | |
| Fee | 01/17/2014 | ADP | Payroll | -161.87 | |
| Wire | 01/21/2014 | ADP | Payroll | -2,438.07 | |
| Fee | 01/24/2014 | ADP | Payroll | -39.19 | |
| 1786 | 01/28/2014 | PARC | Parking | -75.00 | |
| Fees | 01/31/2014 | ADP | Payroll | -161.87 | |
| Fees | 01/31/2014 | Chase Bank | Bank Fees | -40.00 | |
| | | | | | |
| | | Total 1/01/2014-1/31/2014 | | | $ (282,700.68) |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Wire | 02/03/2014 | ADP | Payroll | -2,418.03 | |
| Wire | 02/03/2014 | ADP | Payroll | -168.00 | |
| 1787 | 02/05/2014 | The Data Vault | Storage | -294.75 | |
| 1788 | 02/05/2014 | Kentucky Employers Mutual Insurance | Insurance | -631.21 | |
| 1789 | 02/06/2014 | Amos Development, LLC | Opt-in distribution | -113.57 | |
| 1862 | 02/06/2014 | Roy DePolite | Opt-in distribution | -55.85 | |
| 1863 | 02/06/2014 | Doris Jean Depp | Opt-in distribution | -351.62 | |
| 1796 | 02/06/2014 | Buffalo Livestock Auction, LLC | Opt-in distribution | -1,620.27 | |
| 1797 | 02/06/2014 | Charles Graham Farms | Opt-in distribution | -13,258.85 | |
| 1798 | 02/06/2014 | Coffeyville Livestock Market LLC | Opt-in distribution | -597.46 | |
| 1793 | 02/06/2014 | Bobby Newman | Opt-in distribution | -420.55 | |
| 1794 | 02/06/2014 | Bovine Medical Associates | Opt-in distribution | -187.89 | |
| 1795 | 02/06/2014 | Buetow, LeMastus & Dick LLC | Opt-in distribution | -814.05 | |
| 1790 | 02/06/2014 | Bertram Cattle Hauling | Opt-in distribution | -1,325.21 | |
| 1791 | 02/06/2014 | Bar K Cattle | Opt-in distribution | -901.17 | |
| 1792 | 02/06/2014 | BBL Cattle | Opt-in distribution | 0.00 | |

2:28 PM
04/12/13

# ELC Operating
## Disbursements

| | | | | | |
|---|---|---|---|---|---|
| 1802 | 02/08/2014 | Dale Stull Trucking | Opt-In distribution | -789.84 | |
| 1803 | 02/06/2014 | Denver Dale Capps (Veteran) | Opt-In distribution | -27.43 | |
| 1805 | 02/06/2014 | Denwalt & Son Cattle Co. | Opt-In distribution | -1,544.41 | |
| 1806 | 02/06/2014 | Donald R. Sympson | Opt-In distribution | -173.80 | |
| 1807 | 02/06/2014 | Eddie J Eicke | Opt-In distribution | -1,463.88 | |
| 1808 | 02/05/2014 | F&M Farms | Opt-In distribution | -329.51 | |
| 1809 | 02/06/2014 | Fousek Farms & Trucking, LLC | Opt-In distribution | -347.40 | |
| 1810 | 02/06/2014 | Friona Industries, L.P. | Opt-In distribution | -1,178.90 | |
| 1811 | 02/06/2014 | Gabriel Moreno Medina | Opt-In distribution | -5,902.20 | |
| 1812 | 02/06/2014 | Lynn D. Hirsch | Opt-In distribution | -995.57 | |
| 1813 | 02/06/2014 | Ingland Trucking | Opt-In distribution | -457.70 | |
| 1814 | 02/06/2014 | Irsik & Doll Feed Services, Inc. | Opt-In distribution | -7,960.34 | |
| 1815 | 02/06/2014 | J & F Oklahoma Holdings | Opt-In distribution | -495.01 | |
| 1816 | 02/06/2014 | J&J Livestock Trucking | Opt-In distribution | -579.51 | |
| 1817 | 02/06/2014 | James G. Sympson | Opt-In distribution | -514.93 | |
| 1818 | 02/06/2014 | Jay Burford | Opt-In distribution | -58.35 | |
| 1819 | 02/06/2014 | Jerry Oilerich Trucking | Opt-In distribution | -49.82 | |
| 1820 | 02/06/2014 | Jimmie Rogers, Inc. | Opt-In distribution | -151.42 | |
| 1822 | 02/06/2014 | Joplin Regional Stockyards | Opt-In distribution | -38,357.57 | |
| 1823 | 02/06/2014 | Keeton Cooper/Genola Cooper | Opt-In distribution | -78.65 | |
| 1824 | 02/06/2014 | Knoxville Livestock Auction Center | Opt-In distribution | -2,030.00 | |
| 1825 | 02/06/2014 | L&F Cattle (Troy Lathan & Joe Foote) | Opt-In distribution | -4,809.89 | |
| 1826 | 02/06/2014 | LW Miller Livestock, Inc. | Opt-In distribution | -459.97 | |
| 1827 | 02/08/2014 | Lincoln & Amber Christie | Opt-In distribution | -502.53 | |
| 1828 | 02/06/2014 | Linden Stockyard Inc. | Opt-In distribution | -6,251.46 | |
| 1829 | 02/06/2014 | Matthew J. Krieger | Opt-In distribution | -124.44 | |
| 1830 | 02/06/2014 | Mid-Kentucky Livestock Market, LLC | Opt-In distribution | -727.13 | |
| 1831 | 02/06/2014 | Montgomery Stockyard | Opt-In distribution | -732.95 | |
| 1833 | 02/06/2014 | Ozarks Regional Stockyards, Inc | Opt-In distribution | -7,787.95 | |
| 1834 | 02/06/2014 | Phil Clevenger | Opt-In distribution | -309.32 | |
| 1835 | 02/06/2014 | Randy Roberts | Opt-In distribution | -410.35 | |
| 1836 | 02/06/2014 | Reps Dispatch | Opt-In distribution | -991.16 | |
| 1837 | 02/08/2014 | Richard Rivers Trucking | Opt-In distribution | -248.84 | |
| 1838 | 02/06/2014 | Richardson, Inc. | Opt-In distribution | -37.85 | |
| 1839 | 02/06/2014 | Ronald Rabich | Opt-In distribution | -85.57 | |
| 1840 | 02/06/2014 | S&T Trucking Logistics | Opt-In distribution | -89.67 | |
| 1841 | 02/06/2014 | Jack Schlessiger | Opt-In distribution | -27.04 | |
| 1842 | 02/06/2014 | Scott Ledbetter Trucking | Opt-In distribution | -1,377.41 | |
| 1843 | 02/06/2014 | Southland Haulers | Opt-In distribution | -5,315.37 | |
| 1844 | 02/06/2014 | Starkan, Inc. | Opt-In distribution | -737.97 | |
| 1845 | 02/06/2014 | Steve A. Garrett dba Garrett Farms | Opt-In distribution | -391.18 | |
| 1846 | 02/06/2014 | Steve Graves Trucking, LLC | Opt-In distribution | -126.13 | |
| 1847 | 02/06/2014 | Tennessee Livestock Producers, Inc. (C | Opt-In distribution | -4,891.30 | |
| 1848 | 02/08/2014 | Terry H. Phillips, Jr. dba Phillip's Farm | Opt-In distribution | -451.76 | |
| 1849 | 02/08/2014 | Tim Napier | Opt-In distribution | -34.59 | |
| 1850 | 02/06/2014 | Tom Svoboda | Opt-In distribution | -4,796.34 | |
| 1851 | 02/06/2014 | Torrington Livestock Cattle Comany | Opt-In distribution | -13,644.16 | |
| 1852 | 02/06/2014 | Tupper Livestock Co. c/o Wayne Tuppe | Opt-In distribution | -1,584.03 | |

2:28 PM
04/12/13

# ELC Operating
## Disbursements

| | | | | | | |
|---|---|---|---|---|---|---|
| 1853 | 02/06/2014 | United Producers, Inc. | Opt-in distribution | | -7,524.50 | |
| 1854 | 02/06/2014 | Valley Stockyard | Opt-in distribution | | -1,715.36 | |
| 1855 | 02/06/2014 | Vermillion Ranch Corporation | Opt-in distribution | | -16,971.00 | |
| 1856 | 02/06/2014 | Waechter Hay & Grain, Inc. | Opt-in distribution | | -176.83 | |
| 1857 | 02/06/2014 | Dick Wallace | Opt-in distribution | | -1,482.83 | |
| 1858 | 02/06/2014 | Walter Hills | Opt-in distribution | | -2,997.98 | |
| 1859 | 02/06/2014 | West Coast Livestock Express | Opt-in distribution | | -147.65 | |
| 1860 | 02/06/2014 | West Plains Co., dba CT Livestock | Opt-in distribution | | -1,649.28 | |
| 1861 | 02/06/2014 | Mid-South Livestock Center, LLC | Opt-in distribution | | -8,225.16 | |
| 1868 | 02/06/2014 | EBS Trust | Opt-in distribution | | -2,211.85 | |
| 1800 | 02/06/2014 | Corcoran Trucking, Inc. | Opt-in distribution | | -845.46 | |
| 1801 | 02/06/2014 | Cullman Stockyard, Inc. | Opt-in distribution | | -1,282.91 | |
| 1799 | 02/06/2014 | Cook Trucking, Inc | Opt-in distribution | | -1,882.54 | |
| 1864 | 02/10/2014 | Regus | Payroll | | -4,777.93 | |
| Debit | 02/14/2014 | ADP | Payroll | | -161.87 | |
| Wire | 02/18/2014 | ADP | Payroll | | -2,383.81 | |
| Debit | 02/21/2014 | ADP | Payroll | | -39.19 | |
| 1866 | 02/24/2014 | PARC | Parking | | -75.00 | |
| 1867 | 02/25/2014 | Regus | Rent | | -4,922.66 | |
| Debit | 02/27/2014 | ADP | Payroll | | -176.25 | |
| Debit | 02/28/2014 | ADP | Payroll | | -161.87 | |
| | | | | | | |
| | | Total 2/01/2014-2/28/2014 | | | | $ (203,402.90) |
| | | | | | | |
| | | | | | | |
| Check | Date of | | Purpose or | | | |
| Number | Transaction | Payee | Description | Amount | | |
| | | | | | | |
| Wire | 03/03/2014 | ADP | Payroll | | -2,290.09 | |
| 1869 | 03/10/2014 | The Data Vault | Storage | | -319.85 | |
| 1872 | 03/11/2014 | Gray Plant Mooty | Mediation | | -5,437.72 | |
| 1871 | 03/11/2014 | Gray Plant Mooty | Mediation | | -3,215.74 | |
| 1870 | 03/11/2014 | Kroger, Gardis & Regas, LLP | Office Supplies | | -111.96 | |
| Fees | 03/14/2014 | ADP | Payroll | | -161.87 | |
| Wire | 03/18/2014 | ADP | Payroll | | -2,215.98 | |
| Fees | 03/21/2014 | ADP | Payroll | | -49.19 | |
| 1873 | 03/24/2014 | PARC | Parking | | -75.00 | |
| 1874 | 03/24/2014 | BMC Group, Inc. | Claims Agent | | -2,161.71 | |
| Fees | 03/28/2014 | ADP | Payroll | | -161.87 | |
| Wire | 03/31/2014 | ADP | Payroll | | -2,277.87 | |
| | | | | | | |
| | | | | | | |
| | | Total 10/01/2013-10/31/2013 | | | | $ (18,478.85) |
| | | | | | | |
| | | Total for report | | | | $ (504,582.43) |

**ELC**
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,                    Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Operating Account** | JP Morgan Chase Bank NA <br> 922019401 | | |
| CASH (Beginning of Period) | $ 1,246,915.57 | $ 1,922,637.95 | $ 1,816,104.58 |
| Income or Receipts during the period | $ 958,423.06 | $ 96,869.53 | $ 107,251.32 |
| Transfer (to) from Escrow Account | $ - | $ - | $ (29,500.00) |
| Transder (to) from Separate Account | $ - | | $ - |
| Disbursements | $ (282,700.68) | $ (203,402.90) | $ (18,478.85) |
| CASH (End of Period) | $ 1,922,637.95 | $ 1,816,104.58 | $ 1,875,377.05 |

| **Bank Reconcilation** <br> **Operating Account** | | JP Morgan Chase Bank NA <br> 922019401 | | | | |
|---|---|---|---|---|---|---|
| Balance per Bank | | $ 1,922,967.09 | | $ 1,846,266.69 | | $ 1,878,046.41 |
| Deposits in Transit | | $ - | | $ - | | $ - |
| Outstanding Checks | 1519 $ | (13.09) | 1519 $ | (13.09) | 1519 $ | (13.09) |
| | 1746 $ | (66.05) | 1746 $ | (66.05) | 1746 $ | (66.05) |
| | 1764 $ | (250.00) | 1764 $ | (250.00) | 1764 $ | (250.00) |
| | | | 1799 $ | (1,882.54) | 1818 $ | (58.35) |
| | | | 1802 $ | (789.84) | 1839 $ | (85.57) |
| | | | 1803 $ | (27.43) | 1849 $ | (34.59) |
| | | | 1811 $ | (5,902.20) | 1874 $ | (2,161.71) |
| | | | 1818 $ | (58.35) | | |
| | | | 1839 $ | (85.57) | | |
| | | | 1846 $ | (126.13) | | |
| | | | 1849 $ | (34.59) | | |
| | | | 1851 $ | (13,644.16) | | |
| | | | 1859 $ | (147.65) | | |
| | | | 1867 $ | (4,922.66) | | |
| | | | 1868 $ | (2,211.85) | | |
| Month End Balance | | $ 1,922,637.95 | | $ 1,816,104.58 | | $ 1,875,377.05 |
| Balance per Books | | $ 1,922,637.95 | | $ 1,816,104.58 | | $ 1,875,377.05 |
| Difference | | $ - | | $ - | | $ - |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconciliations**

EASTERN LIVESTOCK CO., LLC,                                    Case Number: 10-93904-BHL-11
Attachment to: Post Confirmation Quarterly Report

| | First Month | | Second Month | | Third Month | |
|---|---|---|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Escrow Account** | | JP Morgan Chase Bank N.A. <br> 922019419 | | | | |
| CASH (Beginning of Period) | $ | 399,079.74 | $ | 399,079.74 | $ | 399,079.74 |
| Income or Receipts during the period | $ | - | $ | - | $ | - |
| Transfer to/from Operating Account | $ | - | $ | - | $ | 29,500.00 |
| Disbursements | $ | - | $ | - | $ | - |
| CASH (End of Period) | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |

| | First Month | | Second Month | | Third Month | |
|---|---|---|---|---|---|---|
| **Bank Reconciliation** <br> Escrow Account | | JP Morgan Chase Bank N.A. <br> 922019419 | | | | |
| Balance per Bank | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |
| Deposits in Transit | $ | - | $ | - | | |
| Month end Balance | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |
| Balance per Books | $ | 399,079.74 | $ | 399,079.74 | $ | 428,579.74 |
| Difference | $ | - | $ | - | $ | - |

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account:** 000000922019401

**For the Period 1/1/14 to 1/31/14**

00000529 DPS 034 161 03214 NNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106



### J.P. Morgan Team

| | |
|---|---|
| Stephanie Doane | (877) 931-1349 |
| Jake Statz | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,247,244.71 |
| Deposits & Credits | 2 | 958,423.06 |
| Checks Paid | 8 | (26,721.22) |
| Payments & Transfers | 7 | (255,939.46) |
| Fees, Charges & Other Withdrawals | 1 | (40.00) |
| Ending Balance | 18 | $1,922,967.09 |

## J.P.Morgan

# JPMorgan

0000009220199401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account 000009220199401    For the Period 1/1/14 to 1/31/14

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 01/08 | Deposit | 247.99 |
| 01/23 | Deposit | 958,175.07 |

Total Deposits & Credits    $958,423.06

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|--------------|-----------|--------|--------------|-----------|--------|--------------|-----------|--------|
| 1779 | 01/22 | 3,260.14 | 1782 | 01/22 | 8,608.30 | 1785 | 01/22 | 9,750.00 |
| 1780 | 01/16 | 4,463.70 | 1783 | 01/17 | 259.95 | 1786 | 01/28 | 75.00 |
| 1781 | 01/21 | 240.55 | 1784 | 01/16 | 63.58 | | | |

Total Checks Paid    ($26,721.22)

*You can now view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 01/03 | ADP Payroll Fees ADP - Fees 10Gx2 6231554 6893234 CCD ID: 9655605001 | 161.87 |
| 01/06 | 01/06 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 037/1085 Trn: 4839100006ES | 2,337.89 |
| 01/13 | 01/13 Fedwire Debit Via: Private Bank Chgo/07/1008486 A/C: Development Specialists Inc Ref: Ref Eastern Livestock CO Imad: 0113B01Qgc06C005442 Trn: 1294600013ES | 250,638.70 |
| 01/17 | ADP Payroll Fees ADP - Fees 10Gx2 6893234 CCD ID: 9655605001 | 161.87 |
| 01/21 | 01/21 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 037/3769 Trn: 3974000021ES | 2,438.07 |
| 01/24 | ADP Payroll Fees ADP - Fees 10Gx2 7644205 CCD ID: 9655605001 | 39.19 |
| 01/31 | ADP Payroll Fees ADP - Fees 10Gx2 7951537 CCD ID: 9655605001 | 161.87 |

Total Payments & Transfers    ($255,939.46)



*J.P.Morgan*

000000922019401
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account: 000000922019401
For the Period 1/1/14 to 1/31/14

## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 01/02 | Service Charges For The Month of December | 40.00 |
| | Total Fees, Charges & Other Withdrawals | ($40.00) |

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02 | 1,247,204.71 | 01/16 | 989,786.96 | 01/23 | 1,923,243.15 |
| 01/03 | 1,247,042.84 | 01/17 | 989,365.14 | 01/24 | 1,923,203.96 |
| 01/06 | 1,244,704.95 | 01/21 | 986,686.52 | 01/28 | 1,923,128.96 |
| 01/08 | 1,244,952.94 | 01/22 | 965,068.08 | 01/31 | 1,922,967.09 |
| 01/13 | 994,314.24 | | | | |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|-------------|--------|---------|--------|-----------|------|
| 000000922019401 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 15.00 | 493 | 0 | 0.20 | 0.00 |
| Deposited Items | 5.00 | 5 | 0 | 0.20 | 0.00 |
| Outgoing Wires - Domestic Manual | 1.00 | 1 | 0 | 40.00 | 0.00 |
| Outgoing Wire - Domestic Online | 2.00 | 3 | 0 | 25.00 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

**J.P.Morgan**

J.P.Morgan

Primary Account: 000000920019401
For the Period 1/1/14 to 1/31/14

In order to better safeguard your accounts, a valid ID is now required when depositing cash into personal and business accounts at any Chase branch. If you have any questions or would like to learn more about alternate deposit options, please contact your J.P. Morgan service team.

Page 4 of 6

*J.P. Morgan*

**Primary Account: 000000922019401**
**For the Period 1/1/14 to 1/31/14**

# Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

| Investment Products: Not FDIC insured • No bank guarantee • May lose value |
| --- |

## J.P.Morgan





*J.P.Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

**Primary Account:** 000000922019401
**For the Period 2/1/14 to 2/28/14**

00000682 DPB 034 161 05014 NNNNNNNNNNNN T 1 000000000 63 0000

EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Christine Martin | (877) 931-1349 |
| Christine Martin | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

RECEIVED
MAR - 6 2014
Scanned

## JPMorgan Classic Business Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,922,967.09 |
| Deposits & Credits | 2 | 156,869.53 |
| Checks Paid | 66 | (228,060.91) |
| Payments & Transfers | 7 | (5,509.02) |
| Ending Balance | 75 | $1,846,266.69 |

# J.P.Morgan

*J.P.Morgan*

000000922019401
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account: 000000922019401
For the Period 2/1/14 to 2/28/14

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/03 | Deposit | 154,240.00 |
| 02/27 | Deposit | 2,629.53 |
| **Total Deposits & Credits** | | **$156,869.53** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|-------------|-----------|--------|-------------|-----------|--------|-------------|-----------|--------|
| 1787 | 02/07 | 294.75 | 1810 | 02/20 | 1,178.90 | 1831 | 02/24 | 732.95 |
| 1788 | 02/10 | 631.21 | 1812 | 02/18 | 995.57 | 1833 | 02/14 | 7,787.95 |
| 1789 | 02/18 | 113.57 | 1813 | 02/19 | 457.70 | 1834 | 02/14 | 309.32 |
| 1790 | 02/14 | 1,325.21 | 1814 | 02/19 | 7,960.34 | 1835 | 02/13 | 410.35 |
| 1791 | 02/20 | 901.17 | 1815 | 02/25 | 495.01 | 1836 | 02/24 | 991.16 |
| 1793 | 02/19 | 420.55 | 1816 | 02/24 | 579.51 | 1837 | 02/21 | 248.84 |
| 1794 | 02/25 | 187.89 | 1817 | 02/18 | 514.93 | 1838 | 02/19 | 37.85 |
| 1795 | 02/18 | 814.06 | 1819 | 02/24 | 49.82 | 1840 | 02/19 | 89.67 |
| 1796 | 02/24 | 1,620.27 | 1820 | 02/14 | 151.42 | 1841 | 02/19 | 27.04 |
| 1797 | 02/20 | 13,258.85 | 1822 | 02/14 | 38,357.57 | 1842 | 02/18 | 1,377.41 |
| 1798 | 02/27 | 597.46 | 1823 | 02/18 | 78.65 | 1843 | 02/19 | 5,315.37 |
| 1800 | 02/18 | 845.46 | 1824 | 02/19 | 2,030.00 | 1844 | 02/19 | 737.97 |
| 1801 | 02/19 | 1,282.91 | 1825 | 02/20 | 4,809.89 | 1845 | 02/18 | 391.18 |
| 1805 | 02/19 | 1,544.41 | 1826 | 02/18 | 459.97 | 1847 | 02/14 | 4,891.30 |
| 1806 | 02/21 | 173.90 | 1827 | 02/19 | 502.53 | 1848 | 02/14 | 451.76 |
| 1807 | 02/20 | 1,463.88 | 1828 | 02/19 | 6,251.46 | 1850 | 02/24 | 4,796.34 |
| 1808 | 02/25 | 329.51 | 1829 | 02/14 | 124.44 | 1852 | 02/19 | 1,584.03 |
| 1809 | 02/20 | 347.40 | 1830 | 02/18 | 727.13 | 1853 | 02/13 | 7,524.50 |

**J.P.Morgan**

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 2/1/14 to 2/28/14

## Checks Paid CONTINUED

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1854 | 02/20 | 1,715.36 | 1858 | 02/19 | 2,997.96 | 1863 | 02/20 | 351.62 |
| 1855 | 02/25 | 16,971.00 | 1860 | 02/18 | 1,649.28 | 1864 | 02/14 | 4,777.93 |
| 1856 | 02/20 | 176.63 | 1861 | 02/24 | 8,225.16 | 1865 | 02/25 | 60,000.00 |
| 1857 | 02/19 | 1,482.83 | 1862 | 02/19 | 55.85 | 1866 | 02/28 | 75.00 |

**Total Checks Paid**                                                                                 **($228,060.91)**

*You can view images of the checks above at MorganOnline.com.  To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 02/03 | 02/03 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0232464 Tm: 4022200034Es | 2,418.03 |
| 02/03 | 02/03 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0340445 Tm: 4734000034Es | 168.00 |
| 02/14 | ADP Payroll Fees ADP - Fees 10Gx2  8570588 CCD ID: 9659605001 | 161.87 |
| 02/18 | 02/18 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0366534 Tm: 3972900049Es | 2,383.81 |
| 02/21 | ADP Payroll Fees ADP - Fees 10Gx2  8844284 CCD ID: 9659605001 | 39.19 |
| 02/27 | ADP Payroll Fees ADP - Fees 10Gx2  9057186 CCD ID: 9659605001 | 176.25 |
| 02/28 | ADP Payroll Fees ADP - Fees 10Gx2  9220987 CCD ID: 9659605001 | 161.87 |

**Total Payments & Transfers**                                                                           **($5,509.02)**

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/03 | 2,074,621.06 | 02/13 | 2,065,760.25 | 02/19 | 1,964,291.99 |
| 02/07 | 2,074,326.31 | 02/14 | 2,007,421.48 | 02/20 | 1,940,088.29 |
| 02/10 | 2,073,695.10 | 02/18 | 1,997,070.46 | 02/21 | 1,939,626.36 |

**J.P.Morgan**

000000922019401
**EASTERN LIVESTOCK CO LLC**
**JAMES A KNAUER TRUSTEE**
**CASE #10-93904-BHL-11**

Primary Account: 000000922019401
For the Period 2/1/14 to 2/28/14

## Daily Ending Balance CONTINUED

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/24 | 1,922,631.15 | 02/27 | 1,846,503.56 | 02/28 | 1,846,266.69 |
| 02/25 | 1,844,647.74 | | | | |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 000000922019401 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 73.00 | 493 | 0 | 0.20 | 0.00 |
| Deposited Items | 5.00 | 5 | 0 | 0.20 | 0.00 |
| Outgoing Wire - Domestic Online | 3.00 | 4 | 0 | 25.00 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

J.P.Morgan

J.P.Morgan

Primary Account: 0000009220194 01

For the Period 2/1/14 to 2/28/14



## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information), if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

| Investment Products: Not FDIC insured • No bank guarantee • May lose value |

Page 5 of 6

06052150070010060203

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000922019401

For the Period 3/1/14 to 3/31/14

00000445 DPB 034 181 09114 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

## J.P. Morgan Team

| | |
|---|---|
| Christine Martin | (877) 931-1349 |
| Christine Martin | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |



RECEIVED
APR - 7 2014

## JPMorgan Classic Business Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 1,846,266.69 |
| Deposits & Credits | 2 | 77,751.32 |
| Checks Paid | 14 | (38,814.73) |
| Payments & Transfers | 6 | (7,156.87) |
| Ending Balance | 22 | $1,878,046.41 |

J.P.Morgan

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

Primary Account: 000000922019401
For the Period 3/1/14 to 3/31/14

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/17 | Deposit | 73,632.57 |
| 03/26 | Deposit | 4,118.75 |
| **Total Deposits & Credits** | | **$77,751.32** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|--------------|-----------|--------|--------------|-----------|--------|--------------|-----------|--------|
| 1799 | 03/07 | 1,882.54 | 1851 | 03/04 | 13,644.16 | 1870 | 03/12 | 111.96 |
| 1802 | 03/06 | 789.84 | 1859 | 03/03 | 147.65 | 1871 | 03/17 | 3,215.74 |
| 1803 | 03/28 | 27.43 | 1867 | 03/04 | 4,922.66 | 1872 | 03/17 | 5,437.72 |
| 1811 | 03/19 | 5,902.20 | 1868 | 03/07 | 2,211.85 | 1873 | 03/28 | 75.00 |
| 1846 | 03/04 | 126.13 | 1869 | 03/12 | 319.85 | | | |

| Total Checks Paid | | | | | | | | **($38,814.73)** |

*You can view images of the checks above at MorganOnline.com. To Enroll in Morgan Online, please contact your J.P. Morgan Team.*

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 03/03 | 03/03 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0444591 Tm: 5256500062Es | 2,290.09 |
| 03/14 | ADP Payroll Fees ADP - Fees 10Gx2  9858375 CCD ID: 9659605001 | 161.87 |
| 03/18 | 03/18 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0234385 Tm: 3384800077Es | 2,215.98 |
| 03/21 | ADP Payroll Fees ADP - Fees 10Gx2  0080292 CCD ID: 9659605001 | 49.19 |

**J.P.Morgan**

*J.P.Morgan*

000000922019401
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
CASE #10-93904-BHL-11

**Primary Account: 000000922019401**
**For the Period 3/1/14 to 3/31/14**

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|------|-------------|--------|
| 03/28 | ADP Payroll Fees ADP - Fees 10Gx2   0397538 CCD ID: 9659605001 | 161.87 |
| 03/31 | 03/31 Online Wire Transfer Via: Deutsche Bank Trust Company Am/0103 A/C: ADP San Dimas CA 91773 US Ref: Eastern Livestock Payroll Transfer/Bnf/For ADP Ssn: 0211161 Tm: 3789900090Es | 2,277.87 |
| **Total Payments & Transfers** | | **($7,156.87)** |

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/03 | 1,843,828.95 | 03/14 | 1,819,658.09 | 03/21 | 1,876,469.83 |
| 03/04 | 1,825,136.00 | 03/17 | 1,884,637.20 | 03/26 | 1,880,588.58 |
| 03/06 | 1,824,346.16 | 03/18 | 1,882,421.22 | 03/28 | 1,880,324.28 |
| 03/07 | 1,820,251.77 | 03/19 | 1,876,519.02 | 03/31 | 1,878,046.41 |
| 03/12 | 1,819,819.96 | | | | |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|-------------|--------|---------|--------|-----------|------|
| 000000922019401 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Check / Debit Posted | 20.00 | 495 | 0 | 0.20 | 0.00 |
| Deposited Items | 3.00 | 3 | 0 | 0.20 | 0.00 |
| Outgoing Wire - Domestic Online | 3.00 | 4 | 0 | 25.00 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

J.P.Morgan



Primary Account: 000009220019401

For the Period 3/1/14 to 3/31/14

# Important Information About Your Statement

## In Case of Questions About Your Electronic Funds Transfers

Call or write to the bank (Consumers should use the phone number and address on front of statement and non-consumers then J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

---

Investment Products: Not FDIC insured • No bank guarantee • May lose value

---

J.P.Morgan

Page 4 of 4



# J.P.Morgan

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265 -9754

Անինունդիիդ||ունիիինդ||իլիդ||||ունիիդիրին||ինդունդունդ|
00000281DPB 094 161 03214 NNNNNNNNNNNT 1 00000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5108

RECEIVED
FEB - 6 2014
*illegible*

## J.P. Morgan Team

Stephanie Doane
Jake Statz

For assistance after business hours, 7 days a week
Deaf and Hard of Hearing
Online access: www.jpmorganonline.com

Primary Account 000000922019419

For the Period 1/1/14 to 1/31/14

(877) 931-1349

(800) 243-6727
(800) 242-7383

## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 399,079.74 |
| Ending Balance | 0 | $399,079.74 |

*Please note this account had no activity during this statement period. The date of last activity for this account was 12/31/13.*

03252150140010029101



0000082019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

**Primary Account: 0000082019419**
**For the Period 1/1/14 to 1/31/14**

## Fees and Charges for Deposit Accounts

**Fees**

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 0000082019419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Total Fees | | | | | $0.00 |

J.P.Morgan

J.P.Morgan

Primary Account: 000000822019419
For the Period 1/1/14 to 1/31/14

In order to better safeguard your accounts, a valid ID is now required when depositing cash into personal and business accounts at any Chase branch. If you have any questions or would like to learn more about alternate deposit options, please contact your J.P. Morgan service team.



03252150140010028102

J.P.Morgan

Primary Account: 000000220019419

For the Period 1/1/14 to 1/31/14

## Important Information About Your Statement

**In Case of Errors or Questions About Your Electronic Funds Transfers**
Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers then J.P. Morgan Team contact information.) if you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

*   Tell us your name and account number.
*   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
*   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):**
Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**Mutual Funds/Securities**

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

*J.P.Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265-9754

Primary Account: 000000822019419

**For the Period 2/1/14 to 2/28/14**

00000454 DPB 034 161 06014 NNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Christine Martin | (877) 931-1349 |
| Christine Martin | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## JPMorgan Classic Business Checking

| Checking Account Summary | Instances | Amount |
|---|---|---|
| Beginning Balance | | 399,079.74 |
| Ending Balance | 0 | $399,079.74 |

*Please note this account had no activity during this statement period. The date of last activity for this account was 12/31/13.*



RECEIVED
MAR - 6 2014
scanned

J.P.Morgan

J.P.Morgan

Primary Account: 000000922019419
For the Period 2/1/14 to 2/28/14

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|---|---|---|---|---|---|
| 000000922019419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Total Fees | | | | | $0.00 |

J.P.Morgan



Primary Account: 000009220019419

For the Period 2/1/14 to 2/28/14

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on the head of statement and non-consumers should J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposit(s):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and applicable fees that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value

06052150070010043402

*J.P.Morgan*

JPMorgan Chase Bank, N.A.
Kentucky Market
P O Box 659754
San Antonio, TX 78265 - 9754

**Primary Account:** 000000922019419

**For the Period 3/1/14 to 3/31/14**

00000446 DPB 094 161 09114 NNNNNNNNNNNN T 1 000000000 63 0000
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE
111 MONUMENT CIR STE 900
INDIANAPOLIS IN 46204-5106

### J.P. Morgan Team

| | |
|---|---|
| Christine Martin | (877) 931-1349 |
| Christine Martin | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Deaf and Hard of Hearing | (800) 242-7383 |
| Online access:  www.jpmorganonline.com | |



RECEIVED
APR - 7 2014

## JPMorgan Classic Business Checking

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 399,079.74 |
| Deposits & Credits | 2 | 29,500.00 |
| Ending Balance | 2 | $428,579.74 |

## J.P.Morgan

*J.P.Morgan*

000000922019419
EASTERN LIVESTOCK CO LLC
JAMES A KNAUER TRUSTEE

Primary Account: 000000922019419
For the Period 3/1/14 to 3/31/14

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/17 | Deposit | 12,000.00 |
| 03/24 | Deposit | 17,500.00 |
| **Total Deposits & Credits** | | **$29,500.00** |

## Daily Ending Balance

| Date | Amount |
|------|--------|
| 03/17 | 411,079.74 |
| 03/24 | 428,579.74 |

## Fees and Charges for Deposit Accounts

### Fees

| Description | Volume | Allowed | Excess | Unit Price | Fees |
|-------------|--------|---------|--------|-----------|------|
| 000000922019419 | | | | | |
| Monthly Service Fee | 1.00 | 0 | 1 | 0.00 | 0.00 |
| Deposits / Credits | 2.00 | 2 | 0 | 0.80 | 0.00 |
| Deposited Items | 2.00 | 498 | 0 | 0.20 | 0.00 |
| **Total Fees** | | | | | **$0.00** |

J.P.Morgan



**Primary Account: 000000922019419**
**For the Period 3/1/14 to 3/31/14**

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call or write to the Bank (Consumers should use the phone number and address on front of statement and non-consumers their J.P. Morgan Team contact information.) If you think your statement or receipt is incorrect, or if you need more information about an electronic transaction on a statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non-Electronic Transfers (Checks or Deposits):

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing as soon as possible after the statement was made available to you. For more complete details, see the applicable account agreements and appendices that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

### Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities LLC, member NYSE, FINRA and SIPC.

> Investment Products: Not FDIC insured • No bank guarantee • May lose value

## J.P.Morgan