UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )  Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

The Motion to Approve Compromise and Settlement with Bradbury & York and Mike Bradbury Pursuant to Rule 9019 ("Motion") was filed with the Clerk of this Court by James A. Knauer, as Chapter 11 trustee for the bankruptcy estate of Eastern Livestock Co., LLC on May 12, 2014. Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement attached as Exhibit "A" to the Motion. The Settlement Agreement provides for immediate payment of $15,000.00 to the Trustee for the benefit of the Debtor's estate. The Settlement Agreement also provides that B&Y's proof of claim filed herein on March 14, 2011 shall be allowed in the amount of $94,414.82 as an Opt Out Claim (as that term is defined in Article 2.74 of the Chapter 11 Plan), and the remaining amount of its proof of claim shall be disallowed.

If you have not received a copy of the Motion, you may obtain one through PACER on the Court's website, at the noticing agent's website at **www.bmcgroup.com/easternlivestock**, or by email or calling Jay P. Kennedy, counsel to the Trustee at **jpk@kgrlaw.com** or 317-692-9000.

NOTICE IS GIVEN that any objection to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party **on or before June 2, 2014**. Persons not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

If no objections are timely filed, the requested relief may be granted without further action by the Court. If you do file an objection, the court will set the Motion for hearing, which you or your attorney will be expected to attend.

Dated: May 12, 2014

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By:     /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone
(317) 264-6832 Fax
jpk@kgrlaw.com