**SO ORDERED: May 19, 2014.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FIRST INTERIM APPLICATION OF**
**WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL**
**FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *First Interim Application Of Wimberly Lawson*

*Wright Daves & Jones, PLLC For Compensation And Reimbursement Of Expenses As Special*

*Counsel For James A. Knauer, Chapter 11 Trustee* [Docket No. 2567] ("Application") filed by

James A. Knauer, the chapter 11 trustee appointed in this case, on behalf of Wimberly Lawson

Wright Daves & Jones, PLLC on April 28, 2014.  No objections to the Application were filed.

The Court, having reviewed the Application, and being otherwise sufficiently advised, now

GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1.      Wimberly Lawson Wright Daves & Jones, PLLC is allowed interim compensation for special counsel fees in the amount of $1,418.00 plus reimbursement for out-of-pocket expenses incurred in the amount of $20.98 for the period February 28, 2013 through and including April 8, 2014.

2.      Wimberly Lawson Wright Daves & Jones, PLLC is granted all other just and proper relief.

###