# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| ) | |
| Debtor, ) | HON. BASIL H. LORCH III |
| _____) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE ) | |
| OF EASTERN LIVESTOCK CO., LLC, ) | |
| ) | |
| Plaintiff ) | ADV. PROC. NO. 12-59151 |
| ) | |
| v. ) | |
| ) | |
| NANCY G. MCDONALD AND JOHN F. ) | |
| GIBSON, OR THEIR SUCCESSORS, IN ) | |
| THEIR CAPACITIES AS CO-TRUSTEES OF ) | |
| THE THOMAS P. GIBSON IRREVOCABLE ) | |
| GENERATION SKIPPING TRUST DATED ) | |
| DECEMBER 26, 2000 and ANNA GAYLE ) | |
| GIBSON, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF DISCOVERY REQUESTS

To:   All Counsel of Record

Please take notice that Anna Gayle Gibson, one of the defendants herein, by and through counsel, served discovery requests on her co-defendants, Defendants, Nancy G. McDonald and John F. Gibson, or their successors, as Co-Trustees of the Thomas P. Gibson Irrevocable Generation Skipping Trust Dated December 26, 2000, on May 22, 2014.  The discovery requests relate to Adversary Proceeding No. 12-59151.  Copies of the requests have been mailed by first class mail to counsel of record in this Adversary Proceeding.

Respectfully submitted,

DEITZ SHIELDS & FREEBURGER, LLP
P. O. Box 21
Henderson KY 42419-0021
(270) 830-0830
sfreeburger@dsf-atty.com

\s\ Sandra D. Freeburger
Sandra D. Freeburger (KY #23467)

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com, dlgecf@dlgfirm.com; dlgecfs@gmail.com

John W Ames
james@bgdlegal.com; smays@bgdlegal.com; tmills@bgdlegal.com

Kay Dee Baird
kbaird@kdlegal.com; pdidandeh@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com; thignight@thbklaw.com; twilkerson@thbklaw.com

Robert A. Bell
rabell@vorys.com; dmchilelli@vorys.com

C. R. Bowles
cbowles@bgdlegal.com; smays@bgdlegal.com; cjenkins@bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@bgdlegal.com; bbaumgardner@bgdlegal.com; smays@bgdlegal.com

Kent A Britt
kabritt@vorys.com; cbkappes@vorys.com; dfhine@vorys.com; tbfinney@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com; cindy.wondra@faegrebd.com; sarah.herendeen@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns
john.burns@faegrebd.com; sandy.rhoads@faegrebd.com; oliana.nansen@faegrebd.com

James M. Carr
jim.carr@faegrebd.com; sarah.herendeen@faegrebd.com; becky.turner@faegrebd.com

John R. Carr
jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso
dcaruso@daleeke.com,mtheisen@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acslaw.com, sfinnerty@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com; jbr@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com; jparsons@mcs-law.com

Jack S Dawson
jdawson@millerdollarhide.com; jseeger@millerdollarhide.com; receptionist@millerdollarhide.com; chall@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com; sandy.engle@faegrebd.com; sarah.herendeen@faegrebd.com

Laura Day DelCotto
ldelcotto@dlgfirm.com; dlgecf@dlgfirm.com; dlgecfs@gmail.com

David Alan Domina
dad@dominalaw.com, KKW@dominalaw.com; efiling@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com, knorwick@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M Eikenberry
shawna.eikenberry@faegrebd.com;
sarah.herendeen@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com, lbell@ghjhlaw.com; ldelcore@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com, fmtuttle@strausstroy.com; rlshapiro@strausstroy.com

Robert H. Foree
robertforee@bellsouth.net

Peter M Gannott
pgannott@gannottlaw.com, paralegal@gannottlaw.com; gannottlaw@gmail.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P Glass
tpglass@strausstroy.com

Jeffrey J. Graham
jgraham@taftlaw.com, ECFClerk@taftlaw.com;
dwineinger@taftlaw.com;aolave@taftlaw.com

Patrick B Griffin
patrick.griffin@kutakrock.com,
stephanie.brockman@kutakrock.com

Terry E. Hall
terry.hall@faegrebd.com, sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com

Paul M. Hoffmann
phoffmann@stinson.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com,
lynn.acton@sprouselaw.com; rhonda.rogers@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com; sarah.herendeen@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com, bryan@ebslaw.net

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Edward M King
tking@fbtlaw.com, dgioffre@fbtlaw.com

James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock
eknoblock@daleeke.com, dwright@daleeke.com

Theodore A Konstantinopoulos
ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com, khedwards@vorys.com;
bjtobin@vorys.com

David A. Laird
david.laird@moyewhite.com; lisa.oliver@moyewhite.com; deanne.stoneking@moyewhite.com

David L. LeBas
dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman
mlehman@kdlegal.com; crbpgpleadings@kdlegal.com;
brequenes@kdlegal.com

Scott R Leisz
sleisz@bgdlegal.com, disom@bgdlegal.com

Elliott D. Levin
robin@rubin-levin.net; edl@trustesolutions.com;
edl@trustesolutions.net

Kim Martin Lewis
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com

James B. Lind
jblind@vorys.com

Karen L. Lobring
lobring@msn.com

John Hunt Lovell
john@lovell-law.net, sabrina@lovell-law.net;
shannon@lovelllaw.net; paula@lovell-law.net

Harmony A Mappes
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

John Frederick Massouh
john.massouh@sprouselaw.com

Michael W. McClain
mmcclain@mcclaindewees.com,larmstrong@mcclaindewees.com

Kelly Greene McConnell
lisahughes@givenspursley.com

James Edwin McGhee
mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com; belliott@derbycitylaw.com;
patenaude@derbycitylaw.com; cantor@derbycitylaw.com

Brian H Meldrum
bmeldrum@stites.com

William Robert Meyer
rmeyer@stites.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com; oliana.nansen@faegrebd.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Christie A. Moore
cm@gdm.com, ljs2@gdm.com

Allen Morris
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com, ecf@crowedunlevy.com; karen.martin@crowedunlevy.com; karol.brown@crowedunlevy.com

Erin Casey Nave
enave@taftlaw.com, ecfclerk@taftlaw.com; aolave@taftlaw.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Walter Scott Newbern
wsnewbern@msn.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Michael Wayne Oyler
moyler@rwsvlaw.com

Ross A. Plourde
ross.plourde@mcafeetaft.com,

afton.shaw@mcafeetaft.com

Brian Robert Pollock
bpollock@stites.com

Wendy W Ponader
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore
tpridmore@mcjllp.com; lskibell@mcjllp.com

Anthony G. Raluy
traluy@fbhlaw.net

Eric C Redman
ksmith@redmanludwig.com; kzwickel@redmanludwig.com; myecfmailrl@gmail.com

Eric W. Richardson
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts
jratty@windstream.net

David Cooper Robertson
crobertson@stites.com, docketclerk@stites.com

Mark A. Robinson
mrobinson@vhrlaw.com

Jeremy S Rogers
Jeremy.Rogers@dinslaw.com

John M. Rogers
johnr@rubin-levin.net; susan@rubinlevin.net; atty_rogers@bluestylus.com

Joseph H Rogers
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow
jim@rubin-levin.net, susan@rubinlevin.net; ATTY_JER@trustesolutions.com

Steven Eric Runyan
ser@kgrlaw.com

Niccole R. Sadowski
nsadowski@thbklaw.com; btaylor@thbklaw.com; twilkerson@thbklaw.com

Thomas C Scherer
tscherer@bgdlegal.com; mmcclain@bgdlegal.com

Stephen E. Schilling
seschilling@strausstroy.com

Ivana B. Shallcross
ishallcross@bgdlegal.com; smays@bgdlegal.com; tmills@bgdlegal.com; acoates@bgdlegal.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com; nancy.johnson@kutakrock.com; joy.lehnert@kutakrock.com

James E. Smith
jsmith@smithakins.com, legalassistant@smithakins.com

William E Smith
wsmith@k-glaw.com, pballard@k-glaw.com

Amanda Dalton Stafford
ads@kgrlaw.com, jli@kgrlaw.com

Robert K Stanley
robert.stanley@FaegreBD.com

Joshua N. Stine
kabritt@vorys.com

Andrew D Stosberg
astosberg@lloydmc.com, bmarks@lloydmc.com

Matthew R. Strzynski
indyattorney@hotmail.com, mattstrzynski@mac.com

Meredith R. Theisen
mtheisen@daleeke.com

John M. Thompson
john.thompson@crowedunlevy.com; jody.moore@crowedunlevy.com

Kevin M. Toner
kevin.toner@faegrebd.com, judy.ferber@faegrebd.com; crystal.hansen@faegrebd.com

Christopher M. Trapp
ctrapp@rubinlevin.net; lking@rubin-levin.net

Chrisandrea L. Turner
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver
avandiver@aswdlaw.com, sgoins@aswdlaw.com; jrobb@aswdlaw.com

Andrea L Wasson
andrea@wassonthornhill.com

Jennifer Watt
jwatt@kgrlaw.com, tjf@kgrlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Sean T. White
swhite@hooverhull.com, vwilliams@hooverhull.com

Michael Benton Willey
michael.willey@ag.tn.gov

Jason P Wischmeyer
jason@wischmeyerlaw.com, tammy@wischmeyerlaw.com

Chad Duane Wuertz
chad@wuertzlaw.com; joe@wuertzlaw.com; zach@wuertzlaw.com; michele@wuertzlaw.com; wendy@wuertzlaw.com

Jessica E. Yates
jyates@swlaw.com, docket_den@swlaw.com; mmccleery@swlaw.com

James T Young
james@rubin-levin.net, lking@rubin-levin.net; kim@rubinlevin.net; atty_young@bluestylus.com

 

/s/ Sandra D. Freeburger
Sandra D. Freeburger (KY #23467)

Case 10-93904-BHL-11    Doc 2587    Filed 05/23/14    EOD 05/23/14 11:42:16    Pg 9 of 9