|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   |   | Case | Sp Cnsl hours | Sp Cnsl fees | ADM Hours | ADM Fees | Alabama Hours | Alabama Fees | Belleau Woods hours | Belleau Fees | Arab hours |
| 2 | Atty/Para | Rate |   |   |   |   |   |   |   |   |   |   |
| 3 | JPK | $175.00 |   | 63.80 | $ 11,165.00 | 15.60 | $ 2,730.00 | 0.40 | $ 70.00 |   | $ - | 1.30 |
| 4 | JLW | $175.00 |   | 7.80 | $ 1,365.00 | 74.00 | $ 12,950.00 | 17.30 | $ 3,027.50 |   | $ - | 1.50 |
| 5 | ADS | $175.00 |   | 51.70 | $ 9,047.50 | 41.00 | $ 7,175.00 | 40.50 | $ 7,087.50 | 0.80 | $ 140.00 | 1.40 |
| 6 | TJF | $125.00 |   | 55.00 | $ 6,875.00 | 7.60 | $ 950.00 | 2.30 | $ 287.50 |   | $ - | 0.60 |
| 7 | KDK | $175.00 |   |   | $ - |   | $ - |   | $ - |   | $ - |   |
| 8 | HKM | $175.00 |   |   | $ - | 4.60 | $ 805.00 |   | $ - |   | $ - |   |
| 9 | SER | $175.00 |   | 2.00 | $ 350.00 | 104.10 | $ 18,217.50 |   | $ - |   | $ - |   |
| 10 | Total |   |   |   |   |   |   |   |   |   | $ - |   |
| 11 |   |   |   |   |   |   |   |   |   |   |   |   |

1

|   | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Arab fees | Ashville Hours | Ashville Fees | B&B Hours | B&B Fees | Beard Hours | Beard Fees | Berg Hours | Berg Fees | Billingsley Hours | Billingsley Fees | Blanton Hours |
| 2 |   |   |   |   |   |   |   |   |   |   |   |   |
| 3 | $ 227.50 | 0.30 | $ 52.50 | 2.40 | $ 420.00 | 0.60 | $ 105.00 | 0.20 | $ 35.00 | 1.30 | $ 227.50 |   |
| 4 | $ 262.50 | 15.20 | $ 2,660.00 | 0.10 | $ 17.50 | 2.30 | $ 402.50 |   | $ - | 15.70 | $ 2,747.50 | 1.30 |
| 5 | $ 245.00 | 24.40 | $ 4,270.00 | 3.70 | $ 647.50 | 3.70 | $ 647.50 | 1.00 | $ 175.00 | 21.50 | $ 3,762.50 | 4.00 |
| 6 | $ 75.00 | 2.30 | $ 287.50 |   | $ - | 0.50 | $ 62.50 |   | $ - | 2.10 | $ 262.50 | 0.20 |
| 7 | $ - |   | $ - |   | $ - |   | $ - |   | $ - |   | $ - |   |
| 8 | $ - |   | $ - |   | $ - |   | $ - |   | $ - |   | $ - |   |
| 9 | $ - |   | $ - |   | $ - |   | $ - |   | $ - |   | $ - |   |
| 10 |   |   |   |   |   |   |   |   |   |   |   |   |
| 11 |   |   |   |   |   |   |   |   |   |   |   |   |

2

|  | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Blanton Fees | Bradbury & York Hours | Bradbury & York Fees | Breitsprecher Hours | Breitsprecher Fees | Buckhorn Cattle Hours | Buckhorn Cattle Fees | Carroll Co. Hours | Carroll Co. Fees | Cav Hours | Cav Fees | Chase hours |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 | $   - | 0.40 | $   70.00 |  | $   - | 1.90 | $   332.50 | 1.00 | $   175.00 | 0.30 | $   52.50 |  |
| 4 | $   227.50 | 9.40 | $   1,645.00 |  | $   - |  | $   - | 10.70 | $   1,872.50 | 0.10 | $   17.50 |  |
| 5 | $   700.00 | 16.20 | $   2,835.00 | 5.90 | $   1,032.50 | 24.60 | $   4,305.00 | 17.10 | $   2,992.50 | 4.50 | $   787.50 | 0.40 |
| 6 | $   25.00 | 1.70 | $   212.50 |  | $   - |  | $   - | 2.00 | $   250.00 | 0.20 | $   25.00 |  |
| 7 | $   - |  | $   - |  | $   - |  | $   - |  | $   - |  | $   - |  |
| 8 | $   - |  | $   - |  | $   - |  | $   - |  | $   - |  | $   - |  |
| 9 | $   - |  | $   - |  | $   - |  | $   - |  | $   - |  | $   - |  |
| 10 | $   - |  |  |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |  |  |  |

3

|   | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Chase Fees | Chastain Hours | Chastain Fees | Christenson Hours | Christenson Fees | Circle M Hours | Circle M Fees | Cornelison Hours | Cornelison Fees | ECC hours | ECC fees | Elder hours |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 | $ - |  | $ - |  | $ - |  | $ - | 3.10 | $ 542.50 | 0.60 | $ 105.00 | 0.80 |
| 4 | $ - |  | $ - | 0.40 | $ 70.00 | 0.50 | $ 87.50 | 0.80 | $ 140.00 |  | $ - |  |
| 5 | $ 70.00 | 0.60 | $ 105.00 | 4.40 | $ 770.00 | 0.50 | $ 87.50 | 7.60 | $ 1,330.00 | 17.60 | $ 3,080.00 | 1.60 |
| 6 | $ - |  | $ - |  | $ - | 0.80 | $ 100.00 | 0.10 | $ 12.50 |  | $ - |  |
| 7 | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| 8 | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| 9 | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |  |  |  |

4

|   | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Elder fees | Farris Hours | Farris Fees | Ft. Payne hours | Ft. Payne fees | Garrett hours | Garrett fees | Gettlefinger hours | Gettlefinger fees | Grove hours | Grove fees |
| 2 | | | | | | | | | | | |
| 3 | $ 140.00 | | $ - | 4.60 | $ 805.00 | 1.90 | $ 332.50 | 0.20 | $ 35.00 | 0.20 | $ 35.00 |
| 4 | $ - | | $ - | 51.80 | $ 9,065.00 | | $ - | 2.70 | $ 472.50 | 0.60 | $ 105.00 |
| 5 | $ 280.00 | 0.30 | $ 52.50 | 40.20 | $ 7,035.00 | 11.00 | $ 1,925.00 | 2.80 | $ 490.00 | 6.70 | $ 1,172.50 |
| 6 | $ - | | $ - | 0.70 | $ 87.50 | | $ - | 0.40 | $ 50.00 | | $ - |
| 7 | $ - | | $ - | | $ - | | $ - | | $ - | 0.50 | $ 87.50 |
| 8 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 9 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |

|    | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1  | Randy Hoover & Sons hours | Randy Hoover & Sons fees | J. Hoover hours | J. Hoover fees | Hume hours | Hume Fees | Hustbourne hours | Hustbourne fees | J&L hours | J&L fees | Jenny-Ann hours | Jenny-Ann fees |
| 2  |    |    |    |    |    |    |    |    |    |    |    |    |
| 3  | 2.80 | $ 490.00 |   | $   - |   | $   - |   | $   - | 0.30 | $ 52.50 |   | $   - |
| 4  | 4.30 | $ 752.50 | 0.10 | $ 17.50 |   | $   - | 1.00 | $ 175.00 | 3.10 | $ 542.50 |   | $   - |
| 5  | 7.50 | $ 1,312.50 |   | $   - | 0.40 | $ 70.00 | 11.00 | $ 1,925.00 | 1.70 | $ 297.50 | 2.60 | $ 455.00 |
| 6  | 0.70 | $ 87.50 |   | $   - |   | $   - |   | $   - | 0.20 | $ 25.00 |   | $   - |
| 7  |    | $   - |   | $   - |   | $   - |   | $   - |   | $   - |   | $   - |
| 8  |    | $   - |   | $   - |   | $   - |   | $   - |   | $   - |   | $   - |
| 9  |    | $   - |   | $   - |   | $   - |   | $   - |   | $   - |   | $   - |
| 10 |    |    |    |    |    |    |    |    |    |    |    |    |
| 11 |    |    |    |    |    |    |    |    |    |    |    |    |

6

|   | BT | BU | BV | BW | BX | BY | BZ | CA | CB | CC | CD | CE | CF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | K&S hours | K&S Fees | Krantz hours | Krantz fees | Kropf hours | Kropf fees | Loveland hours | Loveland fees | Macon hours | Macon fees | Manthey hours | Manthey fees | Martin Farms hours |
| 2 | | | | | | | | | | | | | |
| 3 | | $ - | 1.40 | $ 245.00 | 6.60 | $ 1,155.00 | 0.20 | $ 35.00 | 0.40 | $ 70.00 | 1.40 | $ 245.00 | |
| 4 | | $ - | 1.20 | $ 210.00 | 13.20 | $ 2,310.00 | 2.30 | $ 402.50 | 17.10 | $ 2,992.50 | 2.00 | $ 350.00 | 0.10 |
| 5 | 3.80 | $ 665.00 | 1.80 | $ 315.00 | 24.10 | $ 4,217.50 | 2.10 | $ 367.50 | 16.10 | $ 2,817.50 | 6.30 | $ 1,102.50 | 0.30 |
| 6 | | $ - | 1.30 | $ 162.50 | 0.80 | $ 100.00 | 0.40 | $ 50.00 | 1.30 | $ 162.50 | 0.60 | $ 75.00 | 1.90 |
| 7 | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 8 | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 9 | | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |

7

| | CG | CH | CI | CJ | CK | CL | CM | CN | CO | CP | CQ | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Martin Farms fees | Musick hours | Musick fees | NW Alabama hours | NW Alabama fees | PBI Bank hours | PBI Bank fees | Parker hours | Parker fees | Peoples hours | Peoples fees | D. Phillips hours |
| 2 | | | | | | | | | | | | |
| 3 | $ - | | $ - | | $ - | 2.00 | $ 350.00 | 8.10 | $ 1,417.50 | | $ - | 0.60 |
| 4 | $ 17.50 | | $ - | | $ - | 1.80 | $ 315.00 | | $ - | 16.90 | $ 2,957.50 | |
| 5 | $ 52.50 | 0.40 | $ 70.00 | 0.20 | $ 35.00 | 4.40 | $ 770.00 | 38.80 | $ 6,790.00 | 14.80 | $ 2,590.00 | 1.60 |
| 6 | $ 237.50 | | $ - | | $ - | 0.60 | $ 75.00 | | $ - | 1.30 | $ 162.50 | |
| 7 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 8 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 9 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |

8

| | CS | CT | CU | CV | CW | CX | CY | CZ | DA | DB | DC | DD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D. Phillips fees | R. Rawls hours | R. Rawls fees | Providence Property Management hours | Providence Property Management fees | River Bend hours | River Bend fees | Brad R. hours | Brad R. fees | S. Coffeyville hours | S. Coffeyville fees | Salem hours |
| 2 | | | | | | | | | | | | |
| 3 | $ 105.00 | 3.80 | $ 665.00 | | $ - | 1.40 | $ 245.00 | | $ - | | $ - | 0.40 |
| 4 | $ - | 19.40 | $ 3,395.00 | | $ - | | $ - | | $ - | 1.70 | $ 297.50 | 1.60 |
| 5 | $ 280.00 | 36.90 | $ 6,457.50 | 3.80 | $ 665.00 | 4.50 | $ 787.50 | 1.30 | $ 227.50 | 1.70 | $ 297.50 | 1.50 |
| 6 | $ - | 1.90 | $ 237.50 | | $ - | | $ - | | $ - | 0.60 | $ 75.00 | 0.50 |
| 7 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 8 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 9 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |

|   | DE | DF | DG | DH | DI | DJ | DK | DL | DM | DN | DO | DP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Salem fees | Schuchmann hours | Schuchmann fees | Scotts Hill hours | Scotts Hill fees | B. Stewart hours | B. Stewart fees | D. Stewart hours | D. Stewart fees | Stoops hours | Stoops fees | Tate hours |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 | $ 70.00 | 1.10 | $ 192.50 |  | $ - |  | $ - | 0.10 | $ 17.50 | 1.00 | $ 175.00 | 0.50 |
| 4 | $ 280.00 |  | $ - | 0.70 | $ 122.50 | 0.70 | $ 122.50 | 1.20 | $ 210.00 | 0.80 | $ 140.00 | 5.70 |
| 5 | $ 262.50 | 24.40 | $ 4,270.00 | 0.60 | $ 105.00 | 0.50 | $ 87.50 | 2.30 | $ 402.50 | 12.70 | $ 2,222.50 | 3.50 |
| 6 | $ 62.50 | 1.00 | $ 125.00 |  | $ - | 0.50 | $ 62.50 | 0.30 | $ 37.50 | 0.40 | $ 50.00 | 0.40 |
| 7 | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| 8 | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| 9 | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  | $ - |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |  |  |  |

10

| | DQ | DR | DS | DT | DU | DV | DW | DX | DY | DZ | EA | EB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tate fees | Tulsa hours | Tulsa fees | Walco hours | Walco fees | University Wodds hours | University Wodds Fees | Wilson hours | Wilson fees | Witt hours | Witt fees | Zeisler hours |
| 2 | | | | | | | | | | | | |
| 3 | $ 87.50 | | $ - | | $ - | | $ - | | $ - | 0.90 | $ 157.50 | 2.10 |
| 4 | $ 997.50 | 1.70 | $ 297.50 | | $ - | | $ - | | $ - | 2.30 | $ 402.50 | 1.60 |
| 5 | $ 612.50 | 1.50 | $ 262.50 | 1.00 | $ 175.00 | 1.20 | $ 210.00 | 1.80 | $ 315.00 | 3.60 | $ 630.00 | 3.00 |
| 6 | $ 50.00 | 0.60 | $ 75.00 | 0.70 | $ 87.50 | | $ - | | $ - | 0.50 | $ 62.50 | 0.60 |
| 7 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 8 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 9 | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |

|    | EC | ED | EE |
|----|----|----|----|
|    |    |    |    |
| 1  | Zeisler fees | Total hours per Atty/Para | Total fees per Atty/Para |
| 2  |    |    |    |
| 3  | $ 367.50 | 136.0 | $23,800.00 |
| 4  | $ 280.00 | 312.7 | $54,722.50 |
| 5  | $ 525.00 | 599.4 | $104,895.00 |
| 6  | $ 75.00 | 93.6 | $11,700.00 |
| 7  | $ - | 0.5 | $87.50 |
| 8  | $ - | 4.6 | $805.00 |
| 9  | $ - | 106.1 | $18,567.50 |
| 10 |    |    |    |
| 11 |    | 1252.9 | $214,577.50 |