**Exhibit C**

| | |
|---|---|
| Mailing Expense | $ 524.09 |
| Reproduction Expense | $ 924.40 |
| Overnight Mail | $ 872.29 |
| Pacer Service Center Docket Retrieval | $ 106.70 |
| Outside Copying Expenses | $1,085.87 |
| Parking Expenses | $ 20.00 |
| Telephonic Expenses | $ 72.36 |
| Certification Fees | $ 1.00 |
| Filing Fees | $ 21.00 |
| Copies at U.S. Bankruptcy Court | $ 12.00 |
| Total | **$3,639.71** |