EXHIBIT "A"

|  |  | Page: 1 |
|---|---|---|
| Eastern Livestock Bankruptcy | | June 04, 2014 |
| | ACCOUNT NO: | 110035-50 |
| | INVOICE NO: | 13 |

re: Trustee

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified  
[ ]**Return** to _____ for letter  
[ ]Prepare for sending **VIA EMAIL**  
[ ]**HOLD**/Do not send  
[ ]Send only **previous** balance  
[ ]**Close** File (only closed if paid in full or balance is written off)  
[ ]**Pay** this invoice from **TRUST**  
[ ] Other: _____

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 09/03/2013 | | | | | |
| | JAK | 4 arrange payroll wire; email correspondence DSI re same | 475.00 | 0.30 | 2241 |
| | JAK | 10 - email correspondence Shiv O'Neal re settlement of Shipman interpleader claim | 475.00 | 0.30 | 2242 |
| | JAK | 4 Pleading review | 475.00 | 0.50 | 2243 |
| 09/04/2013 | | | | | |
| | JAK | 10 review of Glen Franklin settlement draft proposal and Franklin counsel letter; response to J Jaffe | 475.00 | 0.50 | 2244 |
| | JAK | 10 - email correspondence re Grant Gibson settlement and documents | 475.00 | 0.40 | 2245 |
| 09/05/2013 | | | | | |
| | JAK | 10 settlement meetings with J Kennedy and Jeffrey Graham regarding claims against 1) Arab Livestock; 2) Brandon Zeisler; 3) Kevin Manthey; 4) Salem Livestock Auction ;4) Gary Krantz | 475.00 | 2.00 | 2246 |
| | JAK | 10 - Email correspondence re Grant Gibson Settlement | 475.00 | 0.20 | 2247 |
| 09/06/2013 | | | | | |
| | JAK | 10 review of lengthy settlement proposal from H Mappes concerning SOLM Livestock Auction cases and respond to proposal | 475.00 | 0.40 | 2248 |
| | JAK | 10 - more review of modified Gibson settlement | | | |

EXHIBIT "A"

|  |  |  | Page: 2 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  | June 04, 2014 |
|  |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | docs and execute final agreement and email | 475.00 | 0.40 | 2249 |
| 09/13/2013 | JAK | 10  review of Agribeef settlement and execute same and forward to T Hall | 475.00 | 0.40 | 2250 |
| | JAK | 10 - review of Shasta settlement and execute and forward to Jay Jaffee | 475.00 | 0.40 | 2251 |
| | JAK | 4 - e-mail correspondence with counsel on scheduling new mediations | 475.00 | 0.20 | 2252 |
| 09/16/2013 | JAK | 4 - Pleading review | 475.00 | 0.50 | 2253 |
| 09/18/2013 | JAK | 4 - Work on adjustments to operating and escrow accounts and funding transfers of settled cases from Kroger Gardis Escrow account; preliminary work on setting up plan collateral account, plan recovery account and plan opt in account | 475.00 | 3.50 | 2254 |
| 09/19/2013 | JAK | 10- email correspondence  with Shawana Eikenberry on Chad Baker settlement issues | 475.00 | 0.30 | 2255 |
| | JAK | 10 - Email correspondence with Harmony Mappes on settlement offer of Southeast Livestock and discovery issues | 475.00 | 0.30 | 2256 |
| 09/20/2013 | JAK | 4  review of current bills and execute checks | 475.00 | 0.40 | 2257 |
| 09/23/2013 | JAK | 10 - Meeting with M Stafford and J Kennedy to discuss amending complaint, discovery and settlement issues in Parker Cattle case | 475.00 | 0.50 | 2258 |
| | JAK | 10 - review of and execute final Agribeef Revised Settlement Agreement | 475.00 | 0.30 | 2259 |
| | JAK | 4- call with T Hall on arranging for meeting to review account funding allocations | 475.00 | 0.20 | 2260 |
| 09/24/2013 | JAK | 4- pleading review | 475.00 | 0.30 | 2261 |
| | JAK | 4- email correspondence  D DeNeal on | | | |

EXHIBIT "A"

|  |  |  | Page: 3 |  |
| --- | --- | --- | --- | --- |
| Eastern Livestock Bankruptcy |  |  | June 04, 2014 |  |
|  |  | ACCOUNT NO: | 110035-50 |  |
|  |  | INVOICE NO: | 13 |  |
| re: Trustee |  |  |  |  |

|  |  | Rate | HOURS |  |
| --- | --- | --- | --- | --- |
|  | mediation settings; email correspondence with T Hall on bank account issues | 475.00 | 0.30 | 2262 |
| 09/25/2013 |  |  |  |  |
| JAK | 4 - Meeting with T Hall and D Fogle and Jay Kennedy to revise plan estimates and adjust accounts | 475.00 | 1.70 | 2263 |
| 09/27/2013 |  |  |  |  |
| JAK | 10 review of Cornelison Farms docs with Jay Kennedy; settlement conference call with Christy Turner; terminate call and receive and review transaction chart with Christy and then resume call | 475.00 | 0.80 | 2268 |
| 09/30/2013 |  |  |  |  |
| JAK | 4 receive payroll, review and arrange wire transfer payment | 475.00 | 0.40 | 2264 |
| JAK | 4- e-mail correspondence with T Hall; prepare payment analysis for distributions | 475.00 | 0.50 | 2265 |
| JAK | 10 - e-mail correspondence with FBD re Monty Koller discovery | 475.00 | 0.20 | 2266 |
| JAK | 10 - e-mail correspondence with D DeNeal on rescheduling mediations | 475.00 | 0.10 | 2267 |
| 10/05/2013 |  |  |  |  |
| JAK | 10 strategy meeting with JPK and Kevin Toner and Jenn Watt | 475.00 | 1.50 | 3373 |
| 10/07/2013 |  |  |  |  |
| JAK | 4 Omnibus telephonic hearing | 475.00 | 0.50 | 3371 |
| JAK | 10 - Email re Shasta settlement | 475.00 | 0.20 | 3372 |
| 10/09/2013 |  |  |  |  |
| JAK | 4 - Catchup review of pleadings | 475.00 | 0.80 | 3374 |
| 10/11/2013 |  |  |  |  |
| JAK | 10 review of settlement with Eicke Ranch II; execute settlement agreement and email to D DeNeal | 475.00 | 0.40 | 3375 |
| JAK | 4 - To Chase Bank offices to open "Opt In" Account for plan distributions | 475.00 | 1.20 | 3376 |

EXHIBIT "A"

|  |  |  | Page: 4 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  | June 04, 2014 |
|  |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 10/12/2013 | JAK | 4 review of payroll and arrange Wire transfer | 475.00 | 0.30 | 3377 |
| 10/15/2013 | JAK | 4 pleading review | 475.00 | 0.60 | 3378 |
| | JAK | 4 - begin review of Patty Turley deposition and exhibits | 475.00 | 0.80 | 3379 |
| 10/16/2013 | JAK | 4- pleading review | 475.00 | 0.40 | 3380 |
| | JAK | 10 - review of proposed changes to Schuchman settlement and approve | 475.00 | 0.30 | 3381 |
| 10/18/2013 | JAK | 10 call with Mandy Stafford and discuss strategy and settlement issues on 3 cases | 475.00 | 0.40 | 3382 |
| 10/21/2013 | JAK | 10 e-mail correspondence with Dustin DeNeal on scheduling mediations in November | 475.00 | 0.20 | 3383 |
| 10/22/2013 | JAK | 4- Review and pay current bills | 475.00 | 0.30 | 3384 |
| 10/23/2013 | JAK | 4- review of updated claims analysis for distribution of US Seized funds | 475.00 | 0.30 | 3385 |
| | JAK | 4- call with Terry Hall on distribution estimates; email with D Fogle re same | 475.00 | 0.40 | 3386 |
| 10/24/2013 | JAK | 4 - Review of KGR fee app; review of Trustee fee app. | 475.00 | 0.60 | 3387 |
| 10/25/2013 | JAK | 4 - Review of 3rd qtr operating report | 475.00 | 0.40 | 3388 |
| 10/28/2013 | JAK | 10 changes to mediations | 475.00 | 0.20 | 3389 |
| | JAK | 4- review of ELC payroll and arrange wire transfer | 475.00 | 0.40 | 3390 |
| 10/29/2013 | JAK | 10 review and prepare suggestions for revisions on discovery to Allen Barry and email | | | |

EXHIBIT "A"

|  |  |  | Page: 5 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  | June 04, 2014 |
|  |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
|  | correspondence Shawna Eikenberry | 475.00 | 0.50 | 3391 |
| 10/31/2013 |  |  |  |  |
| JAK | 10 - To FBD offices for settlement conferences with Wendy Ponader, Martha Lehman and Jeffrey Graham on pending cases | 475.00 | 2.50 | 3392 |
| JAK | 4- review of DSI Fee application | 475.00 | 0.50 | 3393 |
| 11/01/2013 |  |  |  |  |
| JAK | 4 - Call with T Hall on proposal to pay ELC estate for release of claimants who paid Superior in exchange for partial bond claim assignment | 475.00 | 0.30 | 3394 |
| 11/04/2013 |  |  |  |  |
| JAK | 10 review of settlement proposal on Chad Baker case and send comments | 475.00 | 0.30 | 3395 |
| 11/05/2013 |  |  |  |  |
| JAK | 10 arrive early to meet with counsel, then attend settlement conference with Shawna Eikenberry and Jeff Graham and discuss facts and potential settlement of Heine, Garwood, Janusek and Haier adversary proceedings | 475.00 | 3.00 | 3396 |
| 11/06/2013 |  |  |  |  |
| JAK | 10 - Review of mediation statement on Koller | 475.00 | 0.40 | 3397 |
| JAK | 10 - Review of mediation statement on Mrs. Gibson and comments to D DeNeal | 475.00 | 0.40 | 3398 |
| 11/08/2013 |  |  |  |  |
| JAK | 4 - To Chase to meet with Matt Abott to clean up issues on Opt In account | 475.00 | 0.30 | 3399 |
| 11/11/2013 |  |  |  |  |
| JAK | 10 review of Monte Koller mediation statement and telephone discussion with D DeNeal after review of pending offer and arrive at counteroffer | 475.00 | 0.40 | 3400 |
| JAK | 10 - call from Jay Jaffee on Hodge Livestock suit and counteroffer | 475.00 | 0.30 | 3401 |
| 11/13/2013 |  |  |  |  |
| JAK | 10 to Louisville to mediation of claims against Monty Koller | 475.00 | 9.50 | 3402 |

EXHIBIT "A"

|  |  |  | Page: 6 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  | June 04, 2014 |
|  |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 11/14/2013 | JAK | 10  return to Louisville for mediation of Gibson Trust case and return to Indy | 475.00 | 9.50 | 3403 |
| 11/15/2013 | JAK | 10- email and letter from Randy LaTour concerning mediation and email response | 475.00 | 0.40 | 3404 |
| | JAK | 10 - review of judge's decision in ADMIS case | 475.00 | 0.60 | 3405 |
| 11/18/2013 | JAK | 4  omnibus hearing on pending matter by phone | 475.00 | 0.50 | 3406 |
| 11/22/2013 | JAK | 10  review of settlement proposal on Randy Hoover & respond | 475.00 | 0.20 | 3409 |
| | JAK | 10 - review of settlement proposal on Manthey and respond | 475.00 | 0.20 | 3410 |
| | JAK | 10 -review of settlement proposal on Brandon Zeisler and respond | 475.00 | 0.20 | 3411 |
| 11/25/2013 | JAK | 10  review of Inman and ZZ Cattle cases for settlement with memo and invoices and prepare response to counsel | 475.00 | 0.40 | 3412 |
| 11/26/2013 | JAK | 4- receive payroll and arrange wire transfer | 475.00 | 0.30 | 3413 |
| 12/02/2013 | JAK | 10  review of emails and Glen Franklin complaint; call to Jay Jaffe to discuss. | 475.00 | 0.40 | 3414 |
| | JAK | 4 - pleading review. | 475.00 | 0.30 | 3415 |
| | JAK | 10 - long call with Terry Hall to discuss possible mediation with Day, Newburn and 5/3; also discuss arrangements for 5/3 meeting. | 475.00 | 0.40 | 3416 |
| 12/04/2013 | JAK | 4  review of filed pleadings. | 475.00 | 0.30 | 3417 |
| | JAK | 10 - various emails related to mediation scheduling and responses. | 475.00 | 0.30 | 3418 |
| | JAK | 10 - lengthy review Edens letter concerning discovery response objections and original | | | |

EXHIBIT "A"

|  |  |  | Page: 7<br>June 04, 2014 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |

| Date | Initials | Description | Rate | HOURS |  |
|---|---|---|---:|---:|---:|
|  |  | discovery. | 475.00 | 0.60 | 3419 |
| 12/06/2013 | JAK | 10  review of mediation prospects on Ernie Elder, Tobin Parker, Donald Garrett Gary Tate and Brian Witt with Mandy Stafford. | 475.00 | 0.50 | 3420 |
| 12/09/2013 | JAK | 10  meeting with Steve re discovery and expert on ADM case. | 475.00 | 0.30 | 3421 |
| 12/11/2013 | JAK | 4-  long call with T Hall on initiating motion for release of escrow funds; discuss other admin issues. | 475.00 | 0.40 | 3422 |
| 12/12/2013 | JAK | Work on all bank account reconciliation's for year end review. | 475.00 | 1.10 | 3423 |
| 12/16/2013 | JAK | 10  review of interrogatory responses, request for admissions and responses to document production requests in Vernon Inman case and execute jurat regarding interrogatory answers. | 475.00 | 0.30 | 3424 |
|  | JAK | 10 - review of interrogatory responses, request for admissions and responses to document production requests in Vernon Inman, II and ZZ Cattle case and execute jurat regarding interrogatory answers; email responses to Dustin DeNeal | 475.00 | 0.40 | 3425 |
|  | JAK | 10-  email correspondence regarding mediation with 5th Third, and clients of Newburn and Laura Day; long call with Kevin Toner re same | 475.00 | 0.40 | 3426 |
| 12/19/2013 | JAK | 10  review of draft discovery requests re Eller litigation and execute and return to FBD. | 475.00 | 0.30 | 3427 |
|  | JAK | 10 - participate in status conference call with Court on ADM litigation; post conf callback with KGR counsel. | 475.00 | 0.60 | 3428 |
|  | JAK | 4-  pleading review. | 475.00 | 0.50 | 3429 |
| 12/20/2013 | JAK | 10  deposition of Ed Edens. | 475.00 | 3.00 | 3430 |

EXHIBIT "A"

|  |  |  | Page: 8 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  | June 04, 2014 |
|  |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 12/23/2013 | JAK | 4- Long call with T Hall on year end distributions; review of spreadsheet and call back to discuss. | 475.00 | 0.50 | 3431 |
| 12/26/2013 | JAK | 10 review of Glen Franklin answer to complaint. | 475.00 | 0.30 | 3432 |
| 12/31/2013 | JAK | 4 Work on paying all accrued fees by wires to all professionals, filling out Chase forms; online call confirmation; account transfers; preparing transfer requests; calls to various professionals to confirm; email correspondence throughout the day. | 475.00 | 2.50 | 3433 |
| 01/06/2014 | JAK | 4 review of payroll request and arrange for wire transfer. | 475.00 | 0.30 | 3434 |
| 01/08/2014 | JAK | 10 review of counteroffer in Hodge Cattle case and complaint and facts; respond to J Jaffe re settlement offer. | 475.00 | 0.30 | 3435 |
| 01/10/2014 | JAK | 10 - Review of settlement on CLF Feeders. | 475.00 | 0.20 | 3436 |
|  | JAK | 10 - Review of settlement on Turner County Stockyards. | 475.00 | 0.20 | 3437 |
|  | JAK | 10 -Review of Bynum Ranch Settlement Agreement, Motion to Settle and Order. | 475.00 | 0.30 | 3438 |
|  | JAK | 10 - Review of sets of interrogatory answers in 7 different cases (Macon Stockyard / Robert Rawls Livestock / Billingsley Auction Sales / Peoples Livestock Auction / Alabama Livestock Auction / Carroll Co. L/S Barn / Ashville Stockyard and execute same. | 475.00 | 1.30 | 3439 |
| 01/13/2014 | JAK | Omnibus hearing. | 475.00 | 0.40 | 3440 |
|  | JAK | Review of 2 settlements based on summaries from Jay Kennedy and respond. | 475.00 | 0.30 | 3441 |
|  | JAK | Arrange for wire transfer of funds to pay DSI |  |  |  |

EXHIBIT "A"

|  |  |  | Page: 9 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  | June 04, 2014 |
|  |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |

| Date | Atty | Description | Rate | HOURS |  |
|---|---|---|---|---|---|
|  |  | fees. | 475.00 | 0.40 | 3442 |
| 01/16/2014 | JAK | 10 review of ADMIS discovery . | 475.00 | 0.50 | 3454 |
| 01/21/2014 | JAK | 10 review of Glover Farms interrogatory responses, execute and return. | 475.00 | 0.30 | 3443 |
|  | JAK | 10 - review of SOLM and Nichols discovery responses and execute same and return. | 475.00 | 0.30 | 3444 |
| 01/22/2014 | JAK | 4 review and arrange wire for payroll. | 475.00 | 0.30 | 3445 |
|  | JAK | 4- review and arrange payment of monthly bills. | 475.00 | 0.30 | 3446 |
| 01/23/2014 | JAK | 10 review of proposed counteroffer to settlement for DeMaio and email with counsel re same. | 475.00 | 0.30 | 3447 |
|  | JAK | 10- review of proposed counteroffer to settlement for Hodge and email with counsel re same. | 475.00 | 0.30 | 3448 |
| 01/24/2014 | JAK | 10 further email correspondence Jaffe on final exchange of offers on Hodge litigation. | 475.00 | 0.20 | 3449 |
| 01/29/2014 | JAK | 10 review of Inman and 2Z Cattle discovery responses and execute and email return. | 475.00 | 0.30 | 3450 |
|  | JAK | Review of quarterly report; execute and arrange for filing. | 475.00 | 0.40 | 3451 |
|  | JAK | Call with K Toner on February 5/3 Mediation. | 475.00 | 0.20 | 3452 |
| 01/31/2014 | JAK | Review of First Bank Complaint in Gibson case. | 475.00 | 0.30 | 3453 |
| 02/03/2014 | JAK | 4 payroll funding (several problems). | 475.00 | 0.50 | 3455 |
|  | JAK | 10 - Long call with T Hall discussing Pros and Cons of attending Lexington mediation. | 475.00 | 0.50 | 3456 |

Eastern Livestock Bankruptcy

re: Trustee

Page: 10
June 04, 2014
ACCOUNT NO:    110035-50
INVOICE NO:          13

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 02/05/2014 | | | | | |
| | JAK | 4  review of Opt in Spreadsheet for distributions; email from Dustin DeNeal;  email corresp w/ T Froelich to arrange distribution on Opt in Claims. | 475.00 | 0.40 | 3457 |
| | JAK | 10 - call with K Toner to discuss status of Lexington Mediation. | 475.00 | 0.30 | 3458 |
| | JAK | 4- email corresp with Mayfield insurance on ELC bond. | 475.00 | 0.20 | 3459 |
| | JAK | 10 - review settlement offers to Janousek, Heini, Haier and Garwood. | 475.00 | 0.30 | 3460 |
| 02/06/2014 | | | | | |
| | JAK | 1  email correspondence concerning Click R Weight investment and draft response. | 475.00 | 0.30 | 3461 |
| | JAK | 10- call with K Toner to discuss Lexington mediation results. | 475.00 | 0.20 | 3462 |
| 02/07/2014 | | | | | |
| | JAK | 10 - Review of settlement documents re Chad Baker. | 475.00 | 0.30 | 3463 |
| | JAK | 10 - review and execute Tom Svoboda settlement. | 475.00 | 0.30 | 3464 |
| 02/10/2014 | | | | | |
| | JAK | 10  conference call with Jay Kennedy, J Watt and M Stafford to discuss settlement offers and counteroffers on several pending cases. | 475.00 | 0.50 | 3465 |
| 02/13/2014 | | | | | |
| | JAK | 10  ADMIS strategy discussion with S Runyan. | 475.00 | 0.20 | 3466 |
| 02/14/2014 | | | | | |
| | JAK | 10  M. Koller settlement counteroffer discussion with D DeNeal. | 475.00 | 0.30 | 3467 |
| | JAK | 10- additional work on Hodge Livestock settlement. | 475.00 | 0.20 | 3468 |
| | JAK | 10 - (.2)call with S Runyan to prepare for ADMIS call;  (.4) ADMIS conference call with Defense counsel and S Runyan. | 475.00 | 0.60 | 3469 |

EXHIBIT "A"

Eastern Livestock Bankruptcy

re: Trustee

Page: 11
June 04, 2014
ACCOUNT NO:  110035-50
INVOICE NO:   13

| Date | Initials | Description | Rate | Hours | Ref |
|---|---|---|---|---|---|
| 02/17/2014 | | | | | |
| | JAK | 10  review of deMaio cattle settlement, execute and return. | 475.00 | 0.30 | 3470 |
| | JAK | 4- review and arrange for wire transfer of payroll. | 475.00 | 0.30 | 3471 |
| 02/18/2014 | | | | | |
| | JAK | 10  review of revised Chad Baker settlement and email corresp with Kayla Britton. | 475.00 | 0.30 | 3472 |
| | JAK | 4 - bill payment. | 475.00 | 0.20 | 3473 |
| | JAK | 10 - review and execute six sets of discovery responses. | 475.00 | 1.40 | 3474 |
| 02/19/2014 | | | | | |
| | JAK | 10  very long call with D DeNeal to review settlement options regarding claims of Ron & Taylor Reed. | 475.00 | 0.40 | 3475 |
| | JAK | 10 - Review of correspondence regarding claims against Ed Edens and call with Kevin Toner to discuss response. | 475.00 | 0.40 | 3476 |
| | JAK | 4 - review of Prime Beef tax info. | 475.00 | 0.20 | 3477 |
| 02/24/2014 | | | | | |
| | JAK | 10  review of email and settlement agreement with Phillip and Taylor Reed and email correspondence with Dustin DeNeal. | 475.00 | 0.40 | 3478 |
| 02/25/2014 | | | | | |
| | JAK | 10 -  review of facts re Jerry Seely judgment and memo to D DeNeal concerning renewing judgment. | 475.00 | 0.30 | 3479 |
| | JAK | 10 - email corresp with W Ponader re Monty Koller settlement negotiations. | 475.00 | 0.20 | 3480 |
| 02/26/2014 | | | | | |
| | JAK | 10 - Call with Wendy Ponader to further discuss settlement response to Monty Koeller. | 475.00 | 0.30 | 3481 |
| | JAK | 10 - Email correspondence with D DeNeal on settlement proposal to Anna Gayle Gibson. | 475.00 | 0.30 | 3482 |
| 02/27/2014 | | | | | |
| | JAK | 4  review and pay bills. | 475.00 | 0.40 | 3483 |

EXHIBIT "A"

Eastern Livestock Bankruptcy

re: Trustee

Page: 12
June 04, 2014
ACCOUNT NO:  110035-50
INVOICE NO:  13

| Date | Atty | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 10 - review of qualifications for potential experts in ADMS litigation and send comments. | 475.00 | 0.30 | 3484 |
| | JAK | 10 - review of issues related to Gibson Trustee in Monty Koehler settlement and email comments to W Ponader. | 475.00 | 0.30 | 3485 |
| 03/03/2014 | | | | | |
| | JAK | 10 - review of Turner County settlement agreements and execute | 475.00 | 0.40 | 3486 |
| | JAK | 10- Review of Stahl settlement agreement and execute | 475.00 | 0.30 | 3487 |
| | JAK | 4- review of payroll and arrange wire funding | 475.00 | 0.30 | 3488 |
| | JAK | 4- prepare W-9 for USDC | 475.00 | 0.20 | 3489 |
| 03/04/2014 | | | | | |
| | JAK | 10 review of settlement agreement with ClickRWeight and prepare settlement comments to Dustin DeNeal | 475.00 | 0.50 | 3490 |
| 03/05/2014 | | | | | |
| | JAK | 10 - Review of brief on First Bank motion to modify Plan injunction and call to K Toner re same | 475.00 | 0.50 | 3491 |
| | JAK | 10- comments on First Bank brief to Toner and Ponader; another call with Toner re same | 475.00 | 0.40 | 3492 |
| 03/06/2014 | | | | | |
| | JAK | 10- review and execute revised settlement agreement with ClickRWeight | 475.00 | 0.30 | 3493 |
| 03/11/2014 | | | | | |
| | JAK | 10 Receive collection information on ELC judgment against Jerry Seely and review of same; view Seely residence information on Zillow and brief research on Oklahoma exemption law; email to Dustin DeNeal re same | 475.00 | 0.70 | 3494 |
| 03/12/2014 | | | | | |
| | JAK | 4- Review of filings | 475.00 | 0.30 | 3495 |
| | JAK | 10 - review of 7th Circuit case of In re Mississippi Valley Livestock and email communication with counsel re same | 475.00 | 0.70 | 3496 |

EXHIBIT "A"

|  |  |  |  | Page: 13 |
|---|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  |  | June 04, 2014 |
|  |  |  | ACCOUNT NO: | 110035-50 |
|  |  |  | INVOICE NO: | 13 |
| re: Trustee |  |  |  |  |

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| **03/18/2014** |  |  |  |  |
| JAK | 10 - Inman Settlement review | 475.00 | 0.30 | 3497 |
| JAK | 4 - Review and pay payroll | 475.00 | 0.30 | 3498 |
| JAK | 10 - review and execute Brandon Zeisler settlement | 475.00 | 0.30 | 3499 |
| JAK | 10 - review and execute Phillip Taylor Reed settlement; image and return | 475.00 | 0.30 | 3500 |
| JAK | 10 - email consult with M Stafford on Bradbury & York settlement proposal | 475.00 | 0.20 | 3501 |
| JAK | 10 - review, sign, image and return settlements on Matheny | 475.00 | 0.30 | 3502 |
| JAK | 10 -review sign image and return PBI Bank settlement | 475.00 | 0.30 | 3503 |
| JAK | 10 - Review of Carroll County settlement proposal and respond to counsel re same | 475.00 | 0.20 | 3504 |
| JAK | 10 - email with counsel on Amos Kropf settlement | 475.00 | 0.20 | 3505 |
| **03/19/2014** |  |  |  |  |
| JAK | 10 review and execute interrogatories re Ft. Payne Stockyards | 475.00 | 0.30 | 3506 |
| **03/21/2014** |  |  |  |  |
| JAK | Review of supplemental discovery responses and Ed Edens contract; | 475.00 | 0.60 | 3507 |
| JAK | Call from K Toner regarding supplemental Edens responses and contract | 475.00 | 0.20 | 3508 |
| **03/24/2014** |  |  |  |  |
| JAK | 10- call with Toner on discovery of Edens contract and review of revised discovery responses | 475.00 | 0.30 | 3509 |
| JAK | 4 - work on revisions to office lease and ELC office moving arrangements | 475.00 | 0.40 | 3510 |
| JAK | 10 review pleadings re First Bank plan modification | 475.00 | 0.50 | 3515 |

EXHIBIT "A"

Eastern Livestock Bankruptcy

re: Trustee

Page: 14
June 04, 2014
ACCOUNT NO:　110035-50
INVOICE NO:　13

| Date | Init | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 03/26/2014 | | | | | |
| | JAK | 10 emails back and forth with D DeNeal on arranging settlement conference with Judge Hussman | 475.00 | 0.30 | 3511 |
| | JAK | 4 - attention to BMC Group invoices | 475.00 | 0.20 | 3512 |
| 03/27/2014 | | | | | |
| | JAK | 4- Review new lease and execute and transmit | 475.00 | 0.30 | 3513 |
| | JAK | 10 - -email with K Toner concerning Edens notes and review of documents and comments of DSI Liz Lynch | 475.00 | 0.60 | 3514 |
| 03/31/2014 | | | | | |
| | JAK | 4 review and arrange payroll payment | 475.00 | 0.30 | 3516 |
| 04/02/2014 | | | | | |
| | JAK | 10 - emails with M Stafford regarding Robert Rawls | 475.00 | 0.20 | 3517 |
| | JAK | 10 - settlement conference with Judge Hussman, W Ponader, D DeNeal, Elizabeth Lally and Monte Koller and counsel | 475.00 | 2.50 | 3518 |
| 04/03/2014 | | | | | |
| | JAK | 10 - -email correspondence with counsel; call from Judge Hussman | 475.00 | 0.30 | 3519 |
| | JAK | 10 conference with M Stafford regarding S Newburn case and numerous time extension and request for additional time; report from M Stafford on her Newburn call | 475.00 | 0.40 | 3520 |
| 04/04/2014 | | | | | |
| | JAK | 10 meeting on ADMIS case with S Runyan and A Stafford | 475.00 | 0.40 | 3521 |
| | JAK | 10 - review of consultant emails and responses on ADMIS and further conversation with S Runyan | 475.00 | 0.60 | 3522 |
| 04/07/2014 | | | | | |
| | JAK | 10 email corresp with K Toner on Eden's case | 475.00 | 0.30 | 3523 |
| | JAK | 10- conf with Jay Kennedy on amending complaints on various cases to include claims for specific fraud and review of A Stafford analysis | 475.00 | 0.40 | 3524 |

EXHIBIT "A"

Eastern Livestock Bankruptcy

re: Trustee

Page: 15
June 04, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 13

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 4 - receive and review of Debtor tax returns and review of same and call to Katz Sapper with questions | 475.00 | 0.50 | 3525 |
| 04/09/2014 | | | | | |
| | JAK | 4- review of office lease billing and attention to issues on billing | 475.00 | 0.30 | 3526 |
| | JAK | 4- review of bank statements (5 accounts) | 475.00 | 0.30 | 3527 |
| | JAK | 4- call with Kevin Sullivan of KSM on tax return filing issues in multiple states | 475.00 | 0.30 | 3528 |
| | JAK | 10 - conf with Jay Kennedy on Rawls case | 475.00 | 0.20 | 3529 |
| 04/14/2014 | | | | | |
| | JAK | 4- review of 2011 tax returns for filing in Texas, Missouri, Kentucky (2 returns), Wyoming, Colorado, Indiana, IRS, Kansas (2 returns), Mississippi, Oklahoma, Tennessee, | 475.00 | 1.40 | 3530 |
| | JAK | 10 - discussion with S Runyan and Jay Kennedy on hiring of consultant and need to obtain court order as opposed to keeping engagement confidential | 475.00 | 0.30 | 3531 |
| 04/15/2014 | | | | | |
| | JAK | 4  review and arrange payroll | 475.00 | 0.30 | 3532 |
| | JAK | 10 - review and execute Southeast Livestock settlement | 475.00 | 0.30 | 3533 |
| 04/17/2014 | | | | | |
| | JAK | 10  meeting with M Stafford to discuss Tobin Parker mediation issues | 475.00 | 0.50 | 3534 |
| 04/22/2014 | | | | | |
| | JAK | 10  - mediation of case against Tobin Parker | 475.00 | 3.80 | 3535 |
| 04/23/2014 | | | | | |
| | JAK | 10  receive and review of SOLM 30(b)(6) deposition notice and call to K Toner re same | 475.00 | 0.40 | 3536 |
| | JAK | 10  conference with J Kennedy on pending adversary case result evaluations | 475.00 | 0.30 | 3537 |
| | JAK | 4- email correspondence with T Hall on fee applications | 475.00 | 0.20 | 3538 |

EXHIBIT "A"

Eastern Livestock Bankruptcy

Page: 16
June 04, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 13

re: Trustee

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | JAK | 4 - bill payment | 475.00 | 0.20 | | 3539 |
| | JAK | 10 - Receive Stockman's Oklahoma Livestock's 30(b)(6) notice of deposition and review of areas of inquiry and call to Kevin Toner to discuss | 475.00 | 0.40 | | 3540 |
| 04/25/2014 | JAK | Review of payroll and arrange wire transfer | 475.00 | 0.30 | | 3541 |
| 04/29/2014 | JAK | 10 - Conference with J Kennedy and A Stafford on Buckhorn cattle; review of followup research on Buckhorn issues | 475.00 | 0.60 | | 3542 |
| | JAK | 10 emails re Monty Koller settlement offer revisions | 475.00 | 0.20 | | 3543 |
| 04/30/2014 | JAK | 4 review of quarterly report | 475.00 | 0.30 | | 3544 |
| | JAK | 10 - long call with Dustin DeNeal and W Ponader on settlement with Monty Koller | 475.00 | 0.60 | | 3545 |
| | | James A. Knauer | | 116.90 | 55,527.50 | |
| | | FOR CURRENT SERVICES RENDERED | | 116.90 | 55,527.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James A. Knauer | 116.90 | $475.00 | $55,527.50 |

| | | |
|---|---|---|
| Reproduction of documents @ $.10 | 3.20 | |
| Reproduction of documents | 32.10 | |
| Mailing expense | 108.52 | |
| Mileage James A. Knauer | 63.25 | 577 |
| Mileage James A. Knauer | 63.25 | 578 |
| TOTAL EXPENSES THRU 04/30/2014 | 270.32 | |

| | | | |
|---|---|---|---|
| 03/03/2014 | Pacer Service Center docket retrieval | 0.20 | 616 |
| | Pacer Service Center docket retrieval | 0.20 | |
| 10/01/2013 | Overnight mail FEDERAL EXPRESS | 16.04 | 560 |

EXHIBIT "A"

|  |  | Page: 17 |
|---|---|---|
| Eastern Livestock Bankruptcy |  | June 04, 2014 |
|  | ACCOUNT NO: | 110035-50 |
|  | INVOICE NO: | 13 |
| re: Trustee |  |  |

| | | | |
|---|---|---|---|
| 01/15/2014 | Overnight mail FEDERAL EXPRESS | 16.52 | 591 |
| 02/27/2014 | Overnight mail FEDERAL EXPRESS | 16.68 | 599 |
| 03/03/2014 | Overnight mail | 16.68 | 604 |
| | Overnight mail | 65.92 | |
| 11/13/2013 | Parking expense James A. Knauer | 15.00 | 579 |
| 11/14/2013 | Parking expense James A. Knauer | 15.00 | 580 |
| | Parking expense | 30.00 | |
| | TOTAL ADVANCES THRU 04/30/2014 | 96.12 | |
| | TOTAL CURRENT WORK THIS STATEMENT | 55,893.94 | |
| | PREVIOUS BALANCE | $146,612.60 | |
| 09/30/2013 | Payment--Thank you | -62,735.21 | 19 |
| 12/31/2013 | Payment--Thank you (remainder of payment $2,047.25 was applied to Eastern/website) | -61,738.73 | 22 |
| | TOTAL PAYMENTS | -124,473.94 | |
| | BALANCE DUE | $78,032.60 | |

AGE OF OUTSTANDING STATEMENTS

| 0-30 | 31-60 | 61-90 | 91-180 | 181-360 | 361+ |
|---|---|---|---|---|---|
| 55,893.94 | 0.00 | 0.00 | 5,388.11 | 0.00 | 16,750.55 |