EXHIBIT "B"

Eastern Livestock Bankruptcy

Page: 1
June 04, 2014
ACCOUNT NO:      110034-50
INVOICE NO:              8

re: Website

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Prepare for sending **VIA EMAIL**
[ ]**HOLD**/Do not send
[ ]Send only **previous** balance
[ ]**Close** File (only closed if paid in full or balance is written off)
[ ]**Pay** this invoice from **TRUST**
[ ] Other: _____

| Date | Staff | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 09/04/2013 | TJF | Updated website | 125.00 | 0.90 | 488 |
| 09/05/2013 | TJF | Updated website | 125.00 | 1.00 | 489 |
| 09/10/2013 | TJF | Updated website | 125.00 | 0.70 | 490 |
| 09/16/2013 | TJF | updated website | 125.00 | 0.40 | 491 |
| 09/23/2013 | TJF | Updated website | 125.00 | 0.50 | 492 |
| 09/24/2013 | TJF | Updated website | 125.00 | 0.80 | 493 |
| 10/03/2013 | TJF | Updated and monitored website | 125.00 | 1.00 | 494 |
| 10/10/2013 | TJF | Updated website | 125.00 | 0.50 | 495 |
| 10/14/2013 | TJF | Update and monitor website | 125.00 | 0.10 | 496 |
| 10/17/2013 | TJF | Updated website; monitored; uploaded answers by K. Koons to blog posts | 125.00 | 1.50 | 497 |
| 10/23/2013 | TJF | Updated website | 125.00 | 0.20 | 498 |
| 10/24/2013 | TJF | Updated website | 125.00 | 0.60 | 499 |
| 10/30/2013 | TJF | Updated website. | 125.00 | 0.20 | 500 |
| 11/05/2013 | TJF | Updated website; monitor same | 125.00 | 0.50 | 501 |
| 11/13/2013 | TJF | Updated website; monitored and updated hearing dates | 125.00 | 0.40 | 502 |
| 11/18/2013 | TJF | Updated website | 125.00 | 1.50 | 503 |
| 11/19/2013 | TJF | Updated website; monitored same | 125.00 | 0.90 | 504 |
| 11/26/2013 | TJF | Updated website | 125.00 | 0.60 | 505 |
| 12/02/2013 | TJF | Updated website. | 125.00 | 0.20 | 506 |

# EXHIBIT "B"

Eastern Livestock Bankruptcy

Page: 2
June 04, 2014
ACCOUNT NO:    110034-50
INVOICE NO:    8

re: Website

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 12/05/2013 | TJF | Updated website | 125.00 | 1.00 | 507 |
| 12/12/2013 | TJF | Updated website. | 125.00 | 0.70 | 508 |
| 12/16/2013 | TJF | Updated website. | 125.00 | 0.80 | 509 |
| 01/08/2014 | TJF | Updated website. | 125.00 | 0.80 | 510 |
| 01/13/2014 | TJF | Updated website. | 125.00 | 0.40 | 511 |
| 01/16/2014 | TJF | Updated website | 125.00 | 0.20 | 512 |
| 01/20/2014 | TJF | Updated website. | 125.00 | 0.40 | 513 |
| 01/23/2014 | TJF | Updated website | 125.00 | 0.30 | 514 |
| 01/29/2014 | TJF | Updated website. | 125.00 | 0.20 | 515 |
| 01/30/2014 | TJF | Updated website | 125.00 | 0.20 | 516 |
| 02/12/2014 | TJF | Updated website. | 125.00 | 0.80 | 517 |
| 02/24/2014 | TJF | Updated website. | 125.00 | 0.50 | 518 |
| 02/25/2014 | TJF | Updated website | 125.00 | 0.20 | 519 |
| 02/26/2014 | TJF | Updated website | 125.00 | 0.40 | 520 |
| 03/05/2014 | TJF | Updated website | 125.00 | 0.80 | 521 |
| 03/06/2014 | TJF | Updated website | 125.00 | 0.30 | 522 |
| 03/17/2014 | TJF | Updated website | 125.00 | 0.20 | 523 |
| 04/02/2014 | TJF | Updated website. | 125.00 | 0.40 | 524 |
| 04/10/2014 | TJF | Updated website | 125.00 | 1.00 | 525 |
| 04/17/2014 | TJF | Updated website | 125.00 | 0.50 | 526 |

Tammy J. Froelich                                           22.60    2,825.00

FOR CURRENT SERVICES RENDERED                              22.60    2,825.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 22.60 | $125.00 | $2,825.00 |

TOTAL CURRENT WORK THIS STATEMENT                                    2,825.00

PREVIOUS BALANCE                                                     $3,451.38

# EXHIBIT "B"

Eastern Livestock Bankruptcy

Page: 3
June 04, 2014
ACCOUNT NO: 110034-50
INVOICE NO: 8

re: Website

| Date | Description | Amount | |
|---|---|---|---|
| 12/31/2013 | Payment--Thank you (part of Eastern/trustee payment) as requested in fee application | -2,047.25 | 5 |
| | **BALANCE DUE** | **$4,229.13** | |

### AGE OF OUTSTANDING STATEMENTS

| 0-30 | 31-60 | 61-90 | 91-180 | 181-360 | 361+ |
|---|---|---|---|---|---|
| 2,825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,404.13 |