UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH MONTY KOLLER

Pursuant to Federal Rule of Bankruptcy Procedure 9019, James A. Knauer, as chapter 11 trustee ("ELC Trustee") for the bankruptcy estate ("ELC Estate") of Eastern Livestock Co., LLC ("Debtor"), by counsel, respectfully moves the Court to approve a compromise and settlement of claims between the ELC Trustee and Monty Koller a/k/a Monty Larry Koller a/k/a Lamont Koller a/k/a Lamont L. Koller a/k/a Lamont Larry Koller a/k/a Monty L. Koller, Individually, and d/b/a Koller Livestock ("Koller").  In support of this motion ("Settlement Motion"), the ELC Trustee states as follows:

### Introduction and Background

1. Certain petitioning creditors commenced the above-captioned chapter 11 case ("Chapter 11 Case") on December 6, 2010 (the "Petition Date").  The Court entered the *Order For Relief in An Involuntary Case and Order to Complete Filing* [Docket No. 110] on December 28, 2010.

2. On December 27, 2010, the Court entered the *Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee* [Docket No. 102] approving the *United States Trustee's Application for an Order Approving the Appointment of James A. Knauer as Chapter 11 Trustee* [Docket No. 98] pursuant to 11 U.S.C. § 1104.

3. On November 30, 2012, Kathryn L. Pry, as chapter 7 trustee (the "Gibson Trustee" and together with the ELC Trustee, the "Trustees") of the bankruptcy estate ("Gibson Estate") of Thomas P. and Patsy M. Gibson commenced Adversary Proceeding No. 12-59104 in the Bankruptcy Court for the Southern District of Indiana ("Bankruptcy Court") by filing a complaint against Koller to avoid and recover certain transfers. The District Court for the Southern District of Indiana ("District Court") granted Koller's Motion to Withdraw the Reference, where the case is currently pending as Case No. 4:13-cv-00028-RLY-WGH (the "Gibson/Koller Adversary Proceeding").

4. On December 22, 2012, the ELC Trustee commenced Adversary Proceeding No. 12-59150 in the Bankruptcy Court by filing a complaint against Koller to avoid and recover certain transfers. The District Court granted Koller's Motion to Withdraw the Reference, where the case was pending as Case No. 4:14-cv-00002-TWP-TAB (the "ELC/Koller Adversary Proceeding"). The District Court consolidated the Gibson/Koller Adversary Proceeding and the ELC/Koller Adversary Proceeding and closed Case No. 4:14-cv-00002-TWP-TAB (collectively, the "Consolidated Koller Litigation"). *See* Case No. 4:14-cv-00002-TWP-TAB, Doc# 10; *see also* Case No. 4:13-cv-00028-RLY-WGH, Doc# 28.

### The Settlement

5. The Trustees have negotiated a settlement with Koller on the terms set forth in the *Settlement Agreement And Mutual Release Between Gibson Trustee, ELC Trustee And Monty Koller* attached hereto as <u>Exhibit A</u> ("Settlement Agreement"). Pursuant to the Settlement Agreement, Koller shall: (i) pay the Trustees $30,000.00 ("First Payment") within seven (7) days of entry of an order by the Bankruptcy Court approving the Settlement Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019(b); (ii) pay the Trustees $30,000.00

2

("Second Payment") on or before December 29, 2014, as long as the Bankruptcy Court has entered an order approving the Settlement Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019(b) prior to that date; (iii) execute and deliver an agreed judgment against Koller and in favor of the Trustees in the amount of $30,000.00 ("Agreed Judgment") which document will be held by counsel for the ELC Trustee and will not be filed with the Bankruptcy Court or recorded in any county unless and until Koller fails to pay in full the Second Payment; (iv) waive any and all claims and withdraw all claims filed in the Gibson Estate; and (v) waive any and all claims and withdraw all claims filed in the ELC Estate. Within seven (7) days of execution of the Settlement Agreement, the delivery of the First Payment, and delivery of the executed Agreed Judgment, the Trustees shall cause the dismissal with prejudice of the Consolidated Koller Litigation, the ELC/Koller Adversary Proceeding, and the Gibson/Koller Adversary Proceeding.

## Basis for Relief

6. Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this Court has authority to approve a compromise or settlement on motion made by the Trustees after notice and opportunity for a hearing.

7. Under Bankruptcy Rule 9019, a bankruptcy court should approve a proposed compromise if it is fair and equitable and in the best interests of the estate. See In re Doctors Hosp. of Hyde Park, Inc., 474 F.3d 421, 426 (7th Cir. 2007); Depoister v. Mary M. Holloway Found, 36 F.3d 582, 586 (7th Cir. 1994); Matter of Energy Co-op, Inc. 886 F.2d 921, 927 (7th Cir. 1989).

8. The Trustees believe that the compromise and settlement reflected in the proposed Settlement Agreement is fair and equitable and in the best interests of the ELC Estate

3

54204145_1

and the Gibson Estate. The ELC Trustee asserted claims against Koller under 11 U.S.C. § 550, seeking to recover $846,000 that the ELC Trustee alleges were the proceeds of fraudulent transfers made by ELC to the Gibsons and subsequently transferred to Koller. Koller believes that the ELC Trustee cannot trace the proceeds and that he has good faith transferee defenses under 11 U.S.C. § 550. Further, Koller has asserted that the Trustees could only collect a fraction of any judgment they obtained because he has limited non-exempt assets available to satisfy any judgment. The Trustees reviewed the information provided to them by Koller, including a liquidation analysis and tax returns. Based on that information, the projected litigation expense of the case, and the ultimate chances of recovery, the Trustees believe that $60,000 falls squarely within the range of potential recovery from this litigation.

9. If no objections to this Settlement Motion are filed, the Trustees request that the Court enter an order approving the Settlement Agreement. If any objections to this Settlement Motion are filed, the Trustees request that this Settlement Motion and any timely filed objection be scheduled for hearing by the Court on the earliest date that is available and convenient to the Court.

WHEREFORE, the Trustees respectfully request that the Court enter an order approving the Settlement Agreement attached hereto as Exhibit B and grant the Trustees all other just and proper relief.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


By: /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com

Wendy W. Ponader (#14633-49)
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com
dustin.deneal@faegrebd.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2014, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Kay Dee Baird
kbaird@kdlegal.com

C. R. Bowles, Jr
cbowles@ bgdlegal.com

Kent A Britt
kabritt@vorys.com

Lisa Koch Bryant
courtmail@fbhlaw.net

Deborah Caruso
dcaruso@daleeke.com

Amelia Martin Adams
aadams@dlgfirm.com

Christopher E. Baker
cbaker@thbklaw.com

David W. Brangers
dbrangers@lawyer.com

Kayla D. Britton
kayla.britton@faegrebd.com

John R. Burns, III
john.burns@faegrebd.com

Ben T. Caughey
ben.caughey@icemiller.com

John W. Ames
james@bgdlegal.com

Robert A. Bell
rabell@vorys.com

Steven A. Brehm
sbrehm@ bgdlegal.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

John R. Carr, III
jrciii@acs-law.com

Bret S. Clement
bclement@acs-law.com

5

54204145_1

| | | |
|---|---|---|
| Joshua Elliott Clubb<br>joshclubb@gmail.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| David Alan Domina<br>dad@dominalaw.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Jeffrey R. Erler<br>jerler@ghjhlaw.com | William K. Flynn<br>wkflynn@strausstroy.com |
| Robert Hughes Foree<br>robertforee@bellsouth.net | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Thomas P. Glass<br>tpglass@strausstroy.com | Patrick B. Griffin<br>patrick.griffin@kutakrock.com | Terry E. Hall<br>terry.hall@faegrebd.com |
| Paul M. Hoffman<br>paul.hoffmann@stinsonleonard.com | John David Hoover<br>jdhoover@hooverhull.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Jay Jaffe<br>jay.jaffe@faegrebd.com | James Bryan Johnston<br>bjtexas59@hotmail.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jay P. Kennedy<br>jpk@kgrlaw.com |
| Edward M King<br>tking@fbtlaw.com | James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com | Randall D. LaTour<br>rdlatour@vorys.com | David A. Laird<br>david.laird@moyewhite.com |
| David L. LeBas<br>dlebas@namanhowell.com | Martha R. Lehman<br>mlehman@kdlegal.com | Scott R. Leisz<br>sleisz@bgdlegal.com |
| Elliott D. Levin<br>edl@rubin-levin.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com | James B. Lind<br>jblind@vorys.com |
| Karen L. Lobring<br>lobring@msn.com | Jason A. Lopp<br>jlopp@wyattfirm.com | John Hunt Lovell<br>john@lovell-law.net |
| Harmony A. Mappes<br>harmony.mappes@faegrebd.com | John Frederick Massouh<br>john.massouh@sprouselaw.com | Michael W. McClain<br>mmcclain@mcclaindewees.com |
| Kelly Greene McConnell<br>lisahughes@givenspursley.com | James Edwin McGhee<br>mcghee@derbycitylaw.com | Brian H. Meldrum<br>bmeldrum@stites.com |
| William Robert Meyer, II<br>rmeyer@stites.com | Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com | Terrill K. Moffett<br>kendalcantrell@moffettlaw.com |
| Allen Morris<br>amorris@stites.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Erin Casey Nave<br>enave@taftlaw.com |
| Matthew Daniel Neumann<br>mneumann@hhclaw.com | Walter Scott Newbern<br>wsnewbern@msn.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com |
| Matthew J. Ochs<br>kim.maynes@moyewhite.com | Jessica Lynn Olsheski<br>jessica.olsheski@justice-law.net | Michael Wayne Oyler<br>moyler@rwsvlaw.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Brian Robert Pollock<br>bpollock@stites.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Timothy T. Pridmore<br>tpridmore@mcjllp.com | Anthony G. Raluy<br>traluy@fbhlaw.net | Eric C. Redman<br>ksmith@redmanludwig.com |
| Eric W. Richardson<br>ewrichardson@vorys.com | Joe T. Roberts<br>jratty@windstream.net | David Cooper Robertson<br>crobertson@stites.com |

| | | |
|---|---|---|
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com | John M. Rogers<br>johnr@rubin-levin.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Rossow<br>jim@rubin-levin.net | Steven Eric Runyan<br>ser@kgrlaw.com |
| Niccole R. Sadowski<br>nsadowski@thbklaw.com | Thomas C. Scherer<br>tscherer@bgdlegal.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Sarah Elizabeth Sharp<br>sarah.sharp@faegrebd.com | Suzanne M Shehan<br>suzanne.shehan@kutakrock.com |
| James E. Smith, Jr.<br>jsmith@smithakins.com | William E. Smith, III<br>wsmith@k-glaw.com | Amanda Dalton Stafford<br>ads@kgrlaw.com |
| Joshua N. Stine<br>kabritt@vorys.com | Andrew D. Stosberg<br>astosberg@lloydmc.com | Matthew R. Strzynski<br>indyattorney@hotmail.com |
| Meredith R. Theisen<br>mtheisen@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Kevin M. Toner<br>kevin.toner@faegrebd.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Chrisandrea L. Turner<br>clturner@stites.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver<br>avandiver@aswdlaw.com | Andrea L. Wasson<br>andrea@wassonthornhill.com | Jennifer Watt<br>jwatt@kgrlaw.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | Sean T. White<br>swhite@hooverhull.com |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | Jason P. Wischmeyer<br>jason@wischmeyerlaw.com | James T. Young<br>james@rubin-levin.net |

I further certify that on June 24, 2014, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II
tra@rgba-law.com


/s/ Dustin R. DeNeal

54204145_1