UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**NOTICE OF OBJECTION DEADLINE TO
MOTION TO COMPROMISE AND SETTLE
(Monty Koller)**

The *Trustee's Motion To Approve Compromise And Settlement With Monty Koller* (Docket No. 2599) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "ELC Trustee") for the estate ("ELC Estate") of Eastern Livestock Co., LLC on June 24, 2014.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Monty Koller a/k/a Monty Larry Koller a/k/a Lamont Koller a/k/a Lamont L. Koller a/k/a Lamont Larry Koller a/k/a Monty L. Koller, Individually, and d/b/a Koller Livestock ("Koller"). Pursuant to the Settlement Agreement, Koller shall:

(i) pay the Trustees $30,000.00 ("First Payment") within seven (7) days of entry of an order by the Bankruptcy Court for the Southern District of Indiana ("Bankruptcy Court") approving the Settlement Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019(b);

(ii) pay the Trustees $30,000.00 ("Second Payment") on or before December 29, 2014, as long as the Bankruptcy Court has entered an order approving the Settlement Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019(b) prior to that date;

(iii) execute and deliver an agreed judgment against Koller and in favor of the Trustees in the amount of $30,000.00 ("Agreed Judgment") which document will be held by counsel for the ELC Trustee and will not be filed with the Bankruptcy Court or recorded in any county unless and until Koller fails to pay in full the Second Payment;

(iv) waive any and all claims and withdraw all claims filed in the Gibson Estate; and

(v) waive any and all claims and withdraw all claims filed in the ELC Estate.

Within seven (7) days of execution of the Settlement Agreement, the delivery of the First Payment, and delivery of the executed Agreed Judgment, the Trustees shall cause the dismissal with prejudice of the Trustees' pending cases against Koller.

54204590_1

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

FAEGRE BAKER DANIELS LLP

By: /s/ Dustin R. DeNeal

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com

Wendy W. Ponader (#14633-49)
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
wendy.ponader@faegrebd.com
dustin.deneal@faegrebd.com

54204590_1