**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF MAILING

I, Mireya Carranza, state as follows:

1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2.     At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, copies of the document identified below by docket number was served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on June 24, 2014:

| | |
|---|---|
| Docket No. 2600 | NOTICE OF OBJECTION DEADLINE TO  MOTION TO COMPROMISE AND SETTLE  (Monty Koller) [Re: Docket No. 2599] /// |

Exhibit "A"      Address List regarding Docket No. 2600
- The post-confirmation Core Parties are referenced in Service List 87186
- Those post-confirmation 2002 parties who have requested special notice are referenced in Service List 57187
- The Affected Parties are referenced in Service List 57188

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 25 day of June 2014 at Paramount, California.

Mireya Carranza

# EXHIBIT A

# Eastern Livestock

**Total number of parties: 13**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 57188 | BANKRUPTCY ESTATE OF THOMAS P & PATSY M GIBSON, KATHRYN L PRY, CHAPTER 7 TRUSTEE, C/O MEREDITH R THOMAS, DALE & EKE PC, 9100 KEYSTONE CROSSING STE 400, INDIANAPOLIS, IN, 46240 | US Mail (1st Class) |
| 57187 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 57188 | ESTATE OF THOMAS P. GIBSON AND PATSY M. GIBSON, (RE: BANKRUPTCY ESTATE OF THOMAS P & PATSY M GIBSON), MS. KATHRYN L. PRY, TRUSTEE, C/O MS. ELIZABETH M. LALLY; RUBIN & LEVIN PC, 500 MAROTT CNTR, 342 MASSACHUSETTS AVE, STE 500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 57186 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 57187 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 57188 | MONTY KOLLER, 4603 ASHVILLE PL., AMARILLO, TX, 79119 | US Mail (1st Class) |
| 57188 | MONTY LARRY KOLLER, 4603 ASHVILLE PL., AMARILLO, TX, 79119 | US Mail (1st Class) |
| 57187 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 57188 | STITES & HARBISON PLLC, (RE: MONTY LARRY KOLLER), BRIAN H. MELDRUM, 400 W. MARKET STREET, STE 1800, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 57188 | STITES & HARBISON PLLC, (RE: MONTY KOLLER), BRIAN H. MELDRUM, 400 W. MARKET STREET, STE 1800, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 57186 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 57186 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 57186 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

**Subtotal for this group: 13**