# EXHIBIT A

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

№ 108797

CHECK NUMBER: 108797 CHECK DATE: 10/04/01 CHECK AMOUNT: 3,500.00

LOAN 3,500.00

EASTERN LIVESTOCK CO., LLC




135 West Market
New Albany, IN 47150
812-949-9035

№ 108797

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 10/04/01 | 108797 | | *****3,500.00 |

C.B. GILBERT
3 G CATTLE CO.
4374 BLOOMFIELD ROAD
TAYLORSVILLE, KY 40071

NON-NEGOTIABLE

SIGNATURE

⑈108797⑈ ⑆042100272⑆ 7480493779⑈

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

№ 102223

CHECK NUMBER: 102223 CHECK DATE: 09/12/03 CHECK AMOUNT: 15,500.00

LOAN 15,500.00

EASTERN LIVESTOCK CO., LLC

EASTERN LIVESTOCK CO., LLC

135 West Market
New Albany, IN 47150
812-949-9035

№ 102223

73-27/421

Fifth Third Bank
Northern Kentucky

| DATE | CHECK No. | AMOUNT |
| --- | --- | --- |
| 09/12/03 | 102223 ** | ***15,500.00 |

PAY TO THE ORDER OF

C.B. GILBERT
3 G CATTLE CO.
4374 BLOOMFIELD ROAD
TAYLORSVILLE, KY 40071

NON-NEGOTIABLE

SIGNATURE

⑈102223⑈ ⑆042100272⑆ 7480493779⑈

№ 095727

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

CHECK NUMBER: 095727 CHECK DATE: 09/08/20 CHECK AMOUNT: 3,000.00

090820 LOAN 3,000.00

**EASTERN LIVESTOCK CO., LLC**




135 West Market
New Albany, IN 47150
812-949-9035

№ 095727

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 09/08/20 | 095727 | *****3,000.00** | ****3,000.00 |

C.B. GILBERT
3 G CATTLE CO.
4374 BLOOMFIELD ROAD
TAYLORSVILLE, KY 40071

NON-NEGOTIABLE

SIGNATURE

⑈095727⑈ ⑆042100272⑆ 7480493779⑈

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

№ 094107

CHECK NUMBER: 094107 CHECK DATE: 09/07/20 CHECK AMOUNT: 2,000.00

LOAN 2,000.00

EASTERN LIVESTOCK CO., LLC




135 West Market
New Albany, IN 47150
812-949-9035

№ 094107

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 09/07/20 | 094107 * | | ****2,000.00 |

C.B. GILBERT
3 G CATTLE CO.
4374 BLOOMFIELD ROAD
TAYLORSVILLE, KY 40071

NON-NEGOTIABLE

SIGNATURE

⑈094107⑈ ⑆042100272⑆ 7480493779⑈



PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

№ 073107

CHECK NUMBER: 073107 CHECK DATE: 08/04/25 CHECK AMOUNT: 2,800.00

LOAN 2,800.00

**EASTERN LIVESTOCK CO., LLC**



135 West Market
New Albany, IN 47150
812-949-9035

№ 073107

73-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
| --- | --- | --- | --- |
| 08/04/25 | 073107 | | 2,800.00 |

C.B. GILBERT
G & G CATTLE CO.
4574 BLOOMFIELD ROAD
TAYLORSVILLE, KY 40071

NON-NEGOTIABLE

SIGNATURE