# EXHIBIT A

05/14/09  17:20 FAX 15152811474        WANDRO & ASSOCIATES                    ☐002

$1,075,231.76
May 7, 2009
New Albany, IN

## PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned, SHAWN BREITSPRECHER, individually, and on behalf of BREITSPRECHER LIVESTOCK and 2B CATTLE, whose business mailing address is 102 S. Mary Street, P.O. Box 55, Ossian, Iowa 52161 (herinafter referred to as "Debtor"), promise to pay ON DEMAND to the order of EASTERN LIVESTOCK CO., INC., of 135 W. Market Street, New Albany, IN 47150 (hereinafter referred to as "Holder") the principal sum of $1,075,236.76 in lawful money of the United States. The principal balance of this Note outstanding shall bear interest (computed on a daily basis) from date of execution until paid at prime plus 1.0% per annum. This amount includes $118,209.83 for outstanding invoices.

Debtor agrees to remain and continue bound for the payments of the principal of this Note notwithstading any extension or extensions of the time of the payment of said principal, or any change or changes in the amount or amounts to be paid under and by virtue of the obligation collateral, real or personal, held as security for the payment of this Note, and waives all and every kind of notice or such extension or extensions, change or changes;

Debtor waives presentment, notice of dishonor, protest, notice of protest and diligence in collection, and all exemptions, whether homestead or otherwise, which it may now or hereafter be entitled under the laws of the State of Iowa or any other states;

Debtor agrees, upon default, to pay all cost of collecting, securing or attempting to collect or secure this Note, including reasonable attorney's fees, whether same be collected or secured by suit or otherwise, providing the collection of such costs and fees are permitted by applicable laws.

Debtor further authorizes Holder to apply toward any debt owed under this Note or any prepayment of the same which Holder may elect at its sole discretion, any and all sums representing commissions or wages or advances due and owing Debtor, either currently on the books of Holder, or hereafter earned by Debtor.

This Note is to be construed and enforced according to the laws of the State of Iowa. Any action, claim, lawsuit or dispute shall be brought in Iowa District Court For Polk County, Iowa.

SHAWN BREITSPRECHER,
Individually and on Behalf of
BREITSPRECHER LIVESTOCK
and 2B CATTLE
Debtor

STATE OF ____Iowa____ )
                       ) SS
COUNTY OF __Winneshiek__ )

I, a Notary Public in and for the State and County Aforesaid, do hereby certify that the foregoing document was produced to me and acknowledged and delivered before me by Shawn Breitsprecher, individually and on behalf of Breitsprecher Livestock and 2B Cattle, on the _12_ day of __May__, 2009, to be his free act and deed.



SHAWN M. MARTIN
Commission Number 732___
My Commission __7-31-09__