# EXHIBIT B



November 6, 2013

**VIA REGULAR AND CERTIFIED MAIL**

| | |
|---|---|
| Shawn Breitsprecher | 2 B Cattle Company, Inc. |
| 102 S. Mary Street | 102 S. Mary Street |
| P.O. Box 55 | P.O. Box 55 |
| Ossian, IA 52161 | Ossian, IA 52161 |
| | |
| Shawn Breitsprecher | Breitsprecher Livestock, L.L.C. |
| 1394 185th Ave. | 102 S. Mary St. |
| Ossian, IA 52161-8072 | Ossian, IA 52161 |

RE: In re Eastern Livestock Co., LLC
Case No. 10-93904-BHL-11
U.S. Bankruptcy Court, Southern District of Indiana, New Albany Division

**NOTICE OF DEFAULT AND DEMAND FOR PAYMENT**

Dear Mr. Breitsprecher:

This firm represents James A. Knauer, Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Eastern Livestock Co., LLC ("ELC") with regard to certain commercial obligations due and owing from Shawn Breitsprecher, Breitsprecher Livestock, L.L.C., and 2 B Cattle Company, Inc., as evidenced by the Promissory Note dated May 7, 2009 in the original principal sum of $1,073,236.76 ("Note") (copy enclosed). The Trustee is entitled to enforce the Note on behalf of the bankruptcy estate of ELC.

By its terms, the Note is due and payable on demand. The Trustee hereby demands payment in full of the sum outstanding pursuant to the Note on or before November 21, 2013. The outstanding balance of the Note is due and payable immediately. As of November 5, 2013, that sum is as follows:

| | |
|---|---|
| Principal | $1,073,231.76 |
| Accrued interest | $226,106.47 |
| Subtotal | $1,299,338.23 |

plus accruing interest from and after November 5, 2013, plus attorneys' fees, costs and expenses of enforcing ELC's rights (collectively, the "Indebtedness").

Remittance should be made payable to "Kroger, Gardis & Regas, LLP Trust Account" via cashier's check and timely mailed to the following address to ensure receipt on or prior to November 21, 2013:

> Kroger, Gardis & Regas, LLP
> Attn: Amanda D. Stafford
> 111 Monument Circle, Suite 900
> Indianapolis, Indiana 46204

If you do not pay the Indebtedness as set forth above, the Trustee may file a lawsuit against you.

Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. You should contact me at (317) 692-9000 upon receipt for verification of the total amounts due prior to making payment.

The Trustee expressly reserves the right to exercise any and all rights and remedies provided under the Note and applicable law. The Trustee's failure to immediately exercise such rights and remedies is not a waiver or modification of those rights, an offer of forbearance of any kind, and should not be construed by you as any forbearance on the part of the Trustee.

If you have any questions respecting this matter, please contact me by telephone or in writing, with email being the preferred route of delivery for written correspondence (ads@kgrlaw.com).

Sincerely,

KROGER, GARDIS & REGAS, LLP

Amanda D. Stafford

Encl.

**This letter is an attempt to collect a debt and all information obtained may be used for that purpose.**

$1,073,231.76                                                                                              May 7, 2009
                                                                                                          New Albany, IN

## PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned, **SHAWN BREITSPRECHER**, individually, and on behalf of **BREITSPRECHER LIVESTOCK and 2B CATTLE**, whose business mailing address is 102 S. Mary Street, P.O. Box 55, Ossian, Iowa 52161 (herinafter referred to as "Debtor"), promise to pay ON DEMAND to the order of **EASTERN LIVESTOCK CO., INC.**, of 135 W. Market Street, New Albany, IN 47150 (hereinafter referred to as "Holder") the principal sum of $1,073,236.76 in lawful money of the United States. The principal balance of this Note outstanding shall bear interest (computed on a daily basis) from date of execution until paid at prime plus 1.0% per annum. This amount includes $118,209.83 for outstanding invoices.

Debtor agrees to remain and continue bound for the payments of the principal of this Note notwithstading any extension or extensions of the time of the payment of said principal, or any change or changes in the amount or amounts to be paid under and by virtue of the obligation collateral, real or personal, held as security for the payment of this Note, and waives all and every kind of notice or such extension or extensions, change or changes;

Debtor waives presentment, notice of dishonor, protest, notice of protest and diligence in collection, and all exemptions, whether homestead or otherwise, which it may now or hereafter be entitled under the laws of the State of Iowa or any other states;

Debtor agrees, upon default, to pay all cost of collecting, securing or attempting to collect or secure this Note, including reasonable attorney's fees, whether same be collected or secured by suit or otherwise, providing the collection of such costs and fees are permitted by applicable laws.

Debtor futher authorizes Holder to apply toward any debt owed under this Note or any prepayment of the same which Holder may elect at its sole discretion, any and all sums representing commissions or wages or advances due and owing Debtor, either currently on the books of Holder, or hereafter earned by Debtor.

This Note is to be construed and enforced according to the laws of the State of Iowa. Any action, claim, lawsuit or dispute shall be brought in Iowa District Court For Polk County, Iowa.

                                                                    _____
                                                                    SHAWN BREITSPRECHER,
                                                                    Individually and on Behalf of
                                                                    BREITSPRECHER LIVESTOCK
                                                                    and 2B CATTLE
                                                                    Debtor

STATE OF  Iowa              )
                            ) SS
COUNTY OF Winneshiek        )

I, a Notary Public in and for the State and County Aforesaid, do hereby certify that the foregoing document was produced to me and acknowledged and delivered before me by Shawn Breitsprecher, individually and on behalf of Breitsprecher Livestock and 2B Cattle, on the 12 day of May, 2009, to be his free act and deed.



                                                                    _____
                                                                    Shawn M. Martin