UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### SIXTH INTERIM APPLICATION OF FAEGRE BAKER DANIELS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE

Faegre Baker Daniels LLP ("FBD") hereby makes its sixth interim application ("Sixth Application") for the allowance and payment of its attorneys' fees as counsel for James A. Knauer, the chapter 11 trustee appointed in this case (the "Trustee") and for reimbursement of out-of-pocket expenses advanced on behalf of the Trustee for the period September 1, 2013 through May 31, 2014.

**This is an interim fee request application. Any award of fees and costs of this Sixth Application by the Court is without prejudice to the rights of any party in interest to object to the final award of the fees and costs requested herein or to maintain any prior objection to previous interim awards of fees and costs to FBD. Any order approving this Sixth Application shall state that the interim award is without prejudice to the rights of any party in interest to object to a final fees and costs award whether an objection to an interim application was filed or not filed.**

In support of this Sixth Application, FBD states as follows:

1. Petitioning creditors commenced the above-captioned chapter 11 case ("Chapter 11 Case") against Debtor on December 6, 2010 ("Petition Date") by filing an involuntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

US.54345754.03

-2-

§§ 101 et seq. ("Bankruptcy Code").  This Court entered its *Order For Relief In An Involuntary Case And Order To Complete Filing* [Docket #110] on December 28, 2010.

        2.        On December 27, 2010, the Court entered its *Order Approving The Appointment Of James A. Knauer As Chapter 11 Trustee* [Docket #102] ("Trustee Order"), approving the United States Trustee's *Notice Of Appointment And Application for Order Approving Appointment of Trustee* [Docket #98] pursuant to 11 U.S.C. § 1104.

        3.        This Court, by order dated February 1, 2011 [Docket #248], approved the Trustee's retention of FBD as the Trustee's counsel.

        4.        This Sixth Application is the sixth interim application filed by FBD and seeks compensation and reimbursement of out-of-pocket expenses advanced by counsel for the Trustee for the period September 1, 2013 through and including May 31, 2014 (the "Sixth Period").

        5.        In the course of its representation of the Trustee during the Sixth Period, FBD has performed a variety of services, all of which are described in detail in the billing statements attached as Exhibit A.  The services performed by FBD for and on behalf of the Trustee during the Sixth Period include, but are not limited to the following categories:

        a.      Asset Analysis and Recovery [B001].  FBD assisted the Trustee with identification, assessment, and review of potential assets including causes of action and non-litigation recoveries.

        b.      Asset Disposition [B002].  FBD assisted the Trustee with identification, strategy, and analysis of business components in determining the valuation of and the benefits of asset disposition. FBD addressed issues related to asset collection and payment of claims.

        c.      Business Operations [B003].  FBD assisted the Trustee with matters generally related to the Debtor's operations, including release of funds from the Court's registry for distribution.

 d. <u>Case Administration [B004]</u>.  This category consists primarily of work discharged by paralegals, and includes the accumulation, organization, retention and distribution of information for reporting purposes, the preparation of pleadings and notices, preparation for hearings, as well as for parties in interest, assembly of, filing, and maintenance of files concerning the pleadings filed in the case, communications with attorneys regarding appearance and interventions to make sure that all counsel were properly included upon the service list, review and calendaring of orders and notices, and communications with the Court regarding the entry and distribution of same.  At times this category also includes work discharged by attorneys interacting with the Court and the Clerk's office to ensure that matters are handled efficiently and within the applicable rules.

 e. <u>Claims Administration And Objections [B005]</u>.  FBD assisted and advised the Trustee with respect to developing means to identify and address emerging issues related to prepetition claims and administrative claims and responded to creditor inquiries. FBD negotiated with various creditors to resolve claim objections.

 f. <u>Fee/Employment Applications [B007] and Fee/Employment Objections [B008]</u>.  FBD assisted the Trustee with the preparation of fee and employment applications and responded to objections or inquiries to same.

 g. <u>Financing [B009]</u>.  FBD represented the Trustee in negotiating case administration financing with Fifth Third Bank and other parties in interest FBD compiled financial information and updated its asset collection analysis.

 h. <u>Litigation [B010]</u>.  FBD assisted the Trustee with matters relating to various interpleader actions, adversary proceedings, settlements made and collection of outstanding accounts, including legal research of jurisdictional issues, fact gathering and strategy discussions. FBD conferred with the U.S. Attorney regarding seized assets and final settlement.

 i. <u>Plan and Disclosure Statement [B012]</u>.  FBD assisted the Trustee in post-plan confirmation issues, including analyzing collection estimates, distribution and revised initial estimates based on settlements, collections, claim waivers and status of litigation.

 j. <u>Relief From Stay Proceedings [B013]</u>.  FBD researched and advised the Trustee regarding response to First Bank and Trust Company's motion for relief from stay.

 k. <u>Accounting/Auditing [B014] and Data Analysis [B017]</u>.  This category consists primarily of work discharged by litigation support analysts,

-3-

US.54345754.03

        accounting and records analysis, construction, maintenance and reporting of significant case financial data, contracts and claims.

    l.    <u>Business Analysis [B015]</u>.  FBD developed strategies related to discovery disputes and preparation of an amended adversary complaint.

    m.    <u>Litigation Consulting [B018]</u>.  FBD researched contentions asserted in First Bank and Trust Company's motion for relief from plan stay. FBD consulted with trustee Kathryn Pry's counsel concerning counter-offer of Monty Koller and counter demand.

    n.    <u>Travel [B022]</u>.  Time spent traveling to attend hearings, meetings and depositions.

6.    FBD also incurred fees and expenses in litigating matters on appeal (the "<u>Appellate Matters</u>").  FBD has tracked fees and expenses incurred in the Appellate Matters. Pursuant to this Court's orders, FBD is not requesting in this Sixth Application any allowance of compensation or reimbursement of expenses incurred as a result of the Appellate Matters.  FBD has coded the hours worked on Appellate Matters and has identified those hours in this Sixth Application for information purposes only.

7.    FBD reviewed its detailed summary of time and has attempted to eliminate double billing for conference time between FBD's timekeepers, except where the participation of the timekeepers with different expertise benefits the estate by addressing multiple issues involved in a single matter.  The designation of "NC" or "$0.00" after a description of services means that no time has been charged for those services.  Where possible and efficient, FBD encourages the use of lesser billing rate attorneys to perform labor intensive tasks, with oversight and review by more experienced attorneys.

8.    <u>Exhibit A</u> provides the detail of the time and hourly billing rate for each attorney, law clerk or paralegal of FBD who has performed services in this case during the Sixth Period.

9. A summary of the fees requested by FBD for each attorney, law clerk or paralegal and the number of hours worked for each individual, the billing rate requested and the total fees claimed is set forth below, segregated into separate matters for accounting and billing purposes:

**MATTER 1:** ("Eastern Livestock Co., LLC Matter")

| Timekeeper | Hours | Bill Rate[1] | Value |
|---|---|---|---|
| T.E. Hall | 192.0 | $417.64 | $80,187.50 |
| J. Jaffe | 1.3 | $556.92 | $724.00 |
| K.L. Osborn | 0.2 | $450.00 | $90.00 |
| S.M. Eikenberry | 0.8 | $370.00 | $296.00 |
| W.W. Ponader | 41.0 | $455.61 | $18,680.00 |
| D.R. DeNeal | 39.3 | $339.96 | $13,360.50 |
| M.B. Moss | 7.1 | $295.00 | $2,094.50 |
| S.B. Herendeen | 116.1 | $238.02 | $27,633.81 |
| J.L. Ferber | 0.1 | $260.00 | $26.00 |
| A.K. Castor | 0.7 | $220.00 | $154.00 |
| O.L. Nansen | 1.0 | $195.00 | $195.00 |
| J.M. Johns | 5.3 | $220.00 | $1,166.00 |
| A.E. Magers | 1.5 | $200.00 | $300.00 |
| **TOTAL** | **406.4** | | **$144,907.31** |

**MATTER 3:** ("Litigation Matter")

| Timekeeper | Hours | Bill Rate | Value |
|---|---|---|---|
| T.E. Hall | 1.0 | $410.00 | $410.00 |
| J.R. Burns | 14.6 | $599.45 | $8,752.00 |
| J. Jaffe | 18.7 | $561.23 | $10,495.00 |
| K.L. Osborn | 0.4 | $450.00 | $180.00 |
| K.M. Toner | 886.1 | $485.70 | $430,378.50 |
| S.G. O'Neill | 171.5 | $389.92 | $66,872.00 |
| S.M. Eikenberry | 249.8 | $354.97 | $88,672.50 |
| W.W. Ponader | 93.3 | $429.21 | $40,045.50 |
| T. Langel | 0.9 | $350.00 | $315.00 |
| S.C. Jenkins | 8.5 | $390.18 | $3,316.50 |
| D.R. DeNeal | 401.9 | $322.31 | $129,537.00 |
| H.A. Mappes | 508.7 | $360.09 | $183,179.00 |
| K.D. Britton | 107.7 | $272.18 | $29,314.00 |

---

[1] The rates for most timekeepers changed as of January 1, 2014. The rates shown for the period September 1, 2013 through and including May 31, 2014 therefore reflect a blended rate.

-5-

| Timekeeper | Hours | Bill Rate | Value |
|---|---:|---:|---:|
| S.E. Sharp | 493.2 | $214.96 | $106,019.75 |
| S.B. Herendeen | 90.9 | $233.76 | $21,249.00 |
| J.L. Ferber | 74.7 | $257.83 | $19,260.00 |
| A.K. Castor | 4.8 | $234.69 | $1,126.50 |
| D. Rohan | 0.9 | $215.00 | $193.50 |
| J.M. Johns | 15.6 | $223.72 | $3,490.00 |
| A.E. Magers | 1.0 | $190.00 | $190.00 |
| T.M. Mullins | 0.3 | $160.00 | $48.00 |
| **TOTAL** | **3,144.50** | | **$1,143,043.75** |

10.     FBD advanced the sum of $33,353.17 ($7,281.41 for the Eastern Livestock Co., LLC Matter and $26,071.76 for the Litigation Matter) during the Sixth Period for out-of-pocket expenses incurred in connection with this case on behalf of the Trustee.  A summary of the out-of-pocket expenses incurred by FBD is set forth in Exhibit A.

11.     FBD established certain task codes that cause related time to be grouped together to facilitate the review of the firm's requested fees by the Court, the United States Trustee, and creditors.  Set forth below is a summary of the aggregate billings under the established task codes during the Sixth Period.

**MATTER 1**: Eastern Livestock Co., LLC Matter

| Task Code | Task Code Description | Hours | Value |
|---|---|---:|---:|
| B001 | Asset Analysis and Recovery | 2.8 | $1,171.50 |
| B002 | Asset Disposition | 6.6 | $2,721.00 |
| B003 | Business Operations | 4.3 | $1,697.00 |
| B004 | Case Administration | 151.8 | $42,955.31 |
| B005 | Claims Administration and Objections | 33.7 | $11,962.50 |
| B007 | Fee/Employment Applications | 52.5 | $20,914.00 |
| B008 | Fee/Employment Objections | 0.9 | $369.00 |
| B009 | Financing | 5.9 | $2,481.50 |
| B010 | Litigation | 83.4 | $35,285.00 |
|  | Appeal | 0.2 | $90.00 |
| B012 | Plan and Disclosure Statement | 53.9 | $22,286.50 |
| B013 | Relief From Stay Proceedings | 1.5 | $540.00 |
| B015 | Business Analysis | 0.8 | $368.00 |

| | | | |
|---|---|---|---|
| B017 | Data Analysis | 6.8 | $1,466.00 |
| | Appeal | 3.5 | $760.00 |
| B018 | Litigation Consulting | 1.5 | $690.00 |
| | **TOTAL BEFORE DEDUCTIONS** | **410.1** | **$145,757.31** |
| | **TOTAL DEDUCTIONS** | **3.7** | **$850.00** |
| | **TOTAL AFTER DEDUCTIONS** | **406.4** | **$144,907.31** |

**MATTER 3**: Litigation Matter

| Task Code | Task Code Description | Hours | Value |
|---|---|---|---|
| B001 | Asset Analysis and Recovery | 34.4 | $16,430.00 |
| B002 | Asset Disposition | 1.4 | $672.00 |
| B004 | Case Administration | 126.2 | $37,325.00 |
| B005 | Claims Administration and Objections | 3.3 | $1,435.50 |
| B007 | Fee/Employment Applications | 2.6 | $1,260.00 |
| B008 | Fee/Employment Objections | 2.6 | $1,248.00 |
| B009 | Financing | 4.8 | $1,330.50 |
| B010 | Litigation | 2,854.7 | $1,054,932.50 |
| B011 | Meetings of Creditors | 0.4 | $144.00 |
| B012 | Plan and Disclosure Statement | 0.6 | $261.00 |
| B013 | Relief From Stay Proceedings | 0.5 | $230.00 |
| B014 | Accounting/Auditing | 7.4 | $3,180.00 |
| B017 | Data Analysis | 16.6 | $3,680.00 |
| B018 | Litigation Consulting | 0.6 | $363.00 |
| B022 | Travel | 88.4 | $20,552.25 |
| | **TOTAL** | **3,144.50** | **$1,143,043.75** |

12. Pursuant to the *Order Granting First Interim Application Of Baker & Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* [Docket #577] ("First Interim Compensation Order"), the Court approved FBD's fees and expenses incurred for the period December 27, 2010 through and including April 30, 2011 in the amounts of $634,614.50 and $25,851.82, respectively. FBD was paid $660,166.32 on account of the fees and expenses approved by the First Interim Compensation Order, leaving a balance due of $299.98.

US.54345754.03

13. Pursuant to the *Order Granting Second Interim Application Of Baker & Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* [Docket #917] ("Second Interim Compensation Order"), the Court approved FBD's fees and expenses incurred for the period May 1, 2011 through and including August 31, 2011 in the amounts of $599,975.00 and $21,383.32, respectively. FBD was paid $621,358.32 on account of the fees and expenses approved by the Second Interim Compensation Order.

14. Pursuant to the *Order Granting Amended Third Interim Application Of Faegre Baker & Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* [Docket #1666] ("Third Interim Compensation Order"), the Court approved FBD's fees and expenses incurred for the period September 1, 2011 through and including September 30, 2012 in the amounts of $2,592,916.50 and $64,997.52 plus $299.98 outstanding from prior periods. FBD was paid $2,139,625.70 on account of the fees and expenses approved by the Third Interim Compensation Order, leaving a balance due of $521,588.30.

15. Pursuant to the *Order Granting Fourth Interim Application Of Faegre Baker & Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* [Docket #2343] ("Fourth Interim Compensation Order"), the Court approved FBD's fees and expenses incurred for the period October 1, 2012 through and including March 31, 2013 in the amounts of $1,271,982.00 and $9,523.18. Beginning with the Fourth Interim Compensation Order, FBD accepted Fifth Third Bank's request to limit payment on allowed interim compensation of fees to 80% and allowed interim payment of expenses of 100% ("Holdback Agreement"). Pursuant to the Holdback Agreement, payment to FBD under

the Fourth Interim Compensation Order was $1,017,585.60 for fees and $9,523.18 for expenses. FBD received a further payment of $1,121,789.90, leaving a balance outstanding of $426,911.88 plus $254,396.40 in holdback from the Fourth Application.

16. Pursuant to the *Order Granting Fifth Interim Application Of Faegre Baker & Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* [Docket #2452] ("Fifth Interim Compensation Order"), the Court approved FBD's fees and expenses incurred for the period April 1, 2013 through and including August 31, 2013 in the amounts of $817,318.50 and $13,246.00. Pursuant to the Holdback Agreement, payment to FBD under the Fifth Interim Compensation Order was $653,854.80 for fees and $13,246.00 for expenses. On December 31, 2013, FBD received a payment of $872,802.32, leaving a balance outstanding of $221,121.36 plus $163,463.70 in holdback from the Fifth Application plus $254,396.40 in holdback from the Fourth Application.

17. During the Sixth Period, FBD incurred $850.00 in fees related to the Appellate Matters (for the Eastern Livestock Co., LLC Matter). Pursuant to the *Order Overruling Renewed Objections To Employment Of Faegre Baker Daniels LLP* [Docket No. #1389], FBD has not included the $850.00 incurred for the Appellate Matters in this Sixth Application. FBD is requesting interim approval of compensation of $1,287,951.06 and reimbursement of $33,353.17 for services rendered and expenses incurred during the Sixth Period. Pursuant to the Holdback Agreement, FBD is requesting payment approval of $1,030,360.85 in fees and $33,353.17 in expenses.

18. No agreement or understanding exists between FBD and any other person or entity for the sharing of compensation received for services rendered in connection with this case.

-9-

19. All services rendered and all expenses incurred for which compensation or reimbursement is sought have been rendered or incurred exclusively on behalf of the Trustee and represent necessary and proper legal assistance in the administration of this chapter 11 case.

WHEREFORE, FBD requests that the Court (i) approve on an interim basis compensation for services performed during the Sixth Period, as adjusted, by allowing attorneys' fees in the amount of One Million Two Hundred Eighty-Seven Thousand Nine Hundred Fifty-One and 06/100 Dollars ($1,287,951.06) and reimbursement for out-of-pocket expenses incurred during the Sixth Period in the amount of Thirty-Three Thousand Three Hundred Fifty-Three and 17/100 Dollars ($33,353.17), (ii) approve 80% of the attorneys' fees in the amount of $1,030,360.85 and 100% of expenses in the amount of $33,353.17, these amounts to be paid from the Trustee's operating account, and (iii) grant FBD all other just and proper relief.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By:   /s/ Terry E. Hall

Terry E. Hall (#22041-49)   *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com

US.54345754.03

Wendy W. Ponader (#14633-49)
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com
dustin.deneal@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net

Amelia Martin Adams
aadams@dlgfirm.com

John W. Ames
james@bgdlegal.com

Kay Dee Baird
kbaird@kdlegal.com

Christopher E. Baker
cbaker@thbklaw.com

Robert A. Bell
rabell@vorys.com

C. R. Bowles, Jr
cbowles@ bgdlegal.com

David W. Brangers
dbrangers@lawyer.com

Steven A. Brehm
sbrehm@ bgdlegal.com

Kent A Britt
kabritt@vorys.com

Kayla D. Britton
kayla.britton@faegrebd.com

Joe Lee Brown
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant
courtmail@fbhlaw.net

John R. Burns, III
john.burns@faegrebd.com

John R. Carr, III
jrciii@acs-law.com

Deborah Caruso
dcaruso@daleeke.com

Ben T. Caughey
ben.caughey@icemiller.com

Bret S. Clement
bclement@acs-law.com

Joshua Elliott Clubb
joshclubb@gmail.com

Jason W. Cottrell
jwc@stuartlaw.com

Kirk Crutcher
kcrutcher@mcs-law.com

Jack S. Dawson
jdawson@millerdollarhide.com

Dustin R. DeNeal
dustin.deneal@faegrebd.com

Laura Day Delcotto
ldelcotto@dlgfirm.com

David Alan Domina
dad@dominalaw.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Trevor L. Earl
tearl@rwsvlaw.com

Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com

Jeffrey R. Erler
jerler@ghjhlaw.com

William K. Flynn
wkflynn@strausstroy.com

Robert Hughes Foree
robertforee@bellsouth.net

Sandra D. Freeburger
sfreeburger@dsf-atty.com

Melissa S. Giberson
msgiberson@vorys.com

Thomas P. Glass
tpglass@strausstroy.com

Patrick B. Griffin
patrick.griffin@kutakrock.com

Terry E. Hall
terry.hall@faegrebd.com

Paul M. Hoffman
paul.hoffmann@stinsonleonard.com

John David Hoover
jdhoover@hooverhull.com

John Huffaker
john.huffaker@sprouselaw.com

Jeffrey L Hunter
jeff.hunter@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com

James Bryan Johnston
bjtexas59@hotmail.com

Todd J. Johnston
tjohnston@mcjllp.com

Jill Zengler Julian
Jill.Julian@usdoj.gov

Jay P. Kennedy
jpk@kgrlaw.com

-11-

US.54345754.03

| | | |
|---|---|---|
| Edward M King<br>tking@fbtlaw.com | James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com | Randall D. LaTour<br>rdlatour@vorys.com | David A. Laird<br>david.laird@moyewhite.com |
| David L. LeBas<br>dlebas@namanhowell.com | Martha R. Lehman<br>mlehman@kdlegal.com | Scott R. Leisz<br>sleisz@bgdlegal.com |
| Elliott D. Levin<br>edl@rubin-levin.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com | James B. Lind<br>jblind@vorys.com |
| Karen L. Lobring<br>lobring@msn.com | Jason A. Lopp<br>jlopp@wyattfirm.com | John Hunt Lovell<br>john@lovell-law.net |
| Harmony A. Mappes<br>harmony.mappes@faegrebd.com | John Frederick Massouh<br>john.massouh@sprouselaw.com | Michael W. McClain<br>mmcclain@mcclaindewees.com |
| Kelly Greene McConnell<br>lisahughes@givenspursley.com | James Edwin McGhee<br>mcghee@derbycitylaw.com | Brian H. Meldrum<br>bmeldrum@stites.com |
| William Robert Meyer, II<br>rmeyer@stites.com | Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com | Terrill K. Moffett<br>kendalcantrell@moffettlaw.com |
| Allen Morris<br>amorris@stites.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Erin Casey Nave<br>enave@taftlaw.com |
| Matthew Daniel Neumann<br>mneumann@hhclaw.com | Walter Scott Newbern<br>wsnewbern@msn.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com |
| Matthew J. Ochs<br>kim.maynes@moyewhite.com | Jessica Lynn Olsheski<br>jessica.olsheski@justice-law.net | Michael Wayne Oyler<br>moyler@rwsvlaw.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Brian Robert Pollock<br>bpollock@stites.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Timothy T. Pridmore<br>tpridmore@mcjllp.com | Anthony G. Raluy<br>traluy@fbhlaw.net | Eric C. Redman<br>ksmith@redmanludwig.com |
| Eric W. Richardson<br>ewrichardson@vorys.com | Joe T. Roberts<br>jratty@windstream.net | David Cooper Robertson<br>crobertson@stites.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com | John M. Rogers<br>johnr@rubin-levin.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Rossow<br>jim@rubin-levin.net | Steven Eric Runyan<br>ser@kgrlaw.com |
| Niccole R. Sadowski<br>nsadowski@thbklaw.com | Thomas C. Scherer<br>tscherer@bgdlegal.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Sarah Elizabeth Sharp<br>sarah.sharp@faegrebd.com | Suzanne M Shehan<br>suzanne.shehan@kutakrock.com |
| James E. Smith, Jr.<br>jsmith@smithakins.com | William E. Smith, III<br>wsmith@k-glaw.com | Amanda Dalton Stafford<br>ads@kgrlaw.com |
| Joshua N. Stine<br>kabritt@vorys.com | Andrew D. Stosberg<br>astosberg@lloydmc.com | Matthew R. Strzynski<br>indyattorney@hotmail.com |
| Meredith R. Theisen<br>mtheisen@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Kevin M. Toner<br>kevin.toner@faegrebd.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Chrisandrea L. Turner<br>clturner@stites.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver<br>avandiver@aswdlaw.com | Andrea L. Wasson<br>andrea@wassonthornhill.com | Jennifer Watt<br>jwatt@kgrlaw.com |

US.54345754.03

| | | |
|---|---|---|
| Stephen A. Weigand<br>sweigand@ficlaw.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | Sean T. White<br>swhite@hooverhull.com |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | Jason P. Wischmeyer<br>jason@wischmeyerlaw.com | James T. Young<br>james@rubin-levin.net |

    I further certify that on July 23, 2014, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II
tra@rgba-law.com


                                            /s/ Terry E. Hall

US.54345754.03