SO ORDERED: July 28, 2014.



Basil H. Lorch III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING SIXTH INTERIM APPLICATION OF JAMES A. KNAUER
FOR COMPENSATION AND REIMBURSEMENT
<u>OF EXPENSES AS CHAPTER 11 TRUSTEE</u>**

This matter came before the Court on the *Sixth Interim Application Of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee* [Docket #2592] ("<u>Application</u>") filed by James A. Knauer as Chapter 11 Trustee on June 6, 2014. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. The Court hereby approves and allows interim compensation for attorneys' fees in the amount of $55,527.50 plus reimbursement for out-of-pocket expenses

incurred in the amount of $1,778.94 to James A. Knauer for the period September 1, 2013 through and including April 30, 2014.

2. The Trustee is authorized and ordered to pay 80% of the fees and 100% of the expenses allowed by this Order from the Trustee's operating account to James A. Knauer, Trustee, subject to available funds. Payment of the remaining 20% of fees allowed by this Order shall await the further Order of the Court approving a final fee application filed by or on behalf of James A. Knauer, Trustee.

3. The Court reaffirms its approval of the agreement of the Trustee on behalf of himself and his professionals with Fifth Third Bank that all subsequent approvals of fees and expenses shall include a 20% holdback from the payment of the approved fees with payment of the holdback on the further Order of the Court approving final fee applications filed on or behalf of the Trustee and his professionals.

4. Nothing in this Order shall affect the terms and conditions of the confirmed Plan or the Order confirming the Plan related to the payment of administrative claims and professional fees and expenses in this Chapter 11 Case.

5. The Trustee and his counsel are directed to prepare and file a status report regarding distributions to be made pursuant to the confirmed plan within thirty (30) days of the date of this order.

###