Case 10-93904-BHL-11    Doc 2619    Filed 07/31/14    EOD 07/31/14 13:43:42    Pg 1 of 1

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JULY 31, 2014 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### *Matter:*

1) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James A. Knauer as Trustee Chapter 9/11 (Fee: $55527.50, Expense: $1778.94) filed by James A. Knauer on behalf of Trustee James A. Knauer  [2592]
   **R / M #:**    0 / 0
   **VACATED:   No Objections filed.   No hearing needed.**

2) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Jay P. Kennedy as Special Counsel (Fee: $214,612.50, Expense: $3,639.71) filed by Jay P. Kennedy on behalf of Trustee James A. Knauer  [2591]
   **R / M #:**    0 / 0
   **VACATED:   No Objections filed.   No hearing needed.**

### *Appearances:*

### *Proceedings:*

   *(1,2)   VACATED:   No Objections filed.   No hearing needed.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**