## Notice Recipients

District/Off: 0756−4     User: edixon     Date Created: 8/1/2014
Case: 10−93904−BHL−11     Form ID: SF00075     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Thomas Richard Alexander, II     Richardson Gardner &Alexander     117 East Washington Street     Glasgow, KY 42141

TOTAL: 1