United States Bankruptcy Court
Southern District of Indiana

In re:
Eastern Livestock Co., LLC
    Debtor

Case No. 10-93904-BHL
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4      User: edixon      Page 1 of 16      Date Rcvd: Aug 01, 2014
                              Form ID: SF00075   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2014.
aty       +Thomas Richard Alexander, II,   Richardson Gardner & Alexander,   117 East Washington Street,   Glasgow, KY 42141-2696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2014 at the address(es) listed below:
           Allen   Morris    on behalf of Creditor    Republic Bank and Trust Company amorris@stites.com,
            dgoodman@stites.com
           Allen   Morris    on behalf of Creditor Todd  Rosenbaum amorris@stites.com,   dgoodman@stites.com
           Allen   Morris    on behalf of Joined Party    Rosenbaum Feeder Cattle, LLC amorris@stites.com,
            dgoodman@stites.com
           Allen   Morris    on behalf of Defendant    Intrust Bank, NA amorris@stites.com,   dgoodman@stites.com
           Allen   Morris    on behalf of Defendant Todd  Rosenbaum amorris@stites.com,   dgoodman@stites.com
           Allen   Morris    on behalf of Creditor    Rosenbaum Feeder Cattle Company, LLC amorris@stites.com,
            dgoodman@stites.com
           Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com,
            jli@kgrlaw.com;cking@kgrlaw.com
           Amanda Dalton Stafford    on behalf of Counter-Defendant James A. Knauer, Trustee ads@kgrlaw.com,
            jli@kgrlaw.com;cking@kgrlaw.com
           Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer ads@kgrlaw.com,
            jli@kgrlaw.com;cking@kgrlaw.com
           Amanda Dalton Stafford    on behalf of Plaintiff    James A. Knauer, Trustee ads@kgrlaw.com,
            jli@kgrlaw.com;cking@kgrlaw.com
           Amelia Martin Adams    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Defendant Mike  Bradbury aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc.
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Creditor Amos  Knopf aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Creditor    East Tennessee Livestock Center, Inc.
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc.
            aadams@dlgfirm.com,   dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Defendant    Fort Payne Stockyards aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com
           Amelia Martin Adams    on behalf of Defendant    B&B Land and Livestock aadams@dlgfirm.com,
            dlgecf@dlgfirm.com;dlgecfs@gmail.com

```
District/off: 0756-4            User: edixon              Page 2 of 16              Date Rcvd: Aug 01, 2014
                                Form ID: SF00075          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Amelia Martin Adams     on behalf of Defendant Amos   Kropf aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Defendant Jeremy   Coffey aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Third Party Defendant    Bluegrass Stockyards, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Bradbury & York aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Cross-Claimant Alton   Darnell aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor Mike   Bradbury aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass South Livestock Market, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass Maysville Stockyards, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass Stockyards East, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Defendant    Bradbury & York aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Cross Defendant Alton   Darnell aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Piedmont Livestock, Inc. aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Cross-Claimant    Piedmont Livestock Company, Inc.
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Third Party Defendant    Bluegrass Stockyards of Richmond, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Third Party Defendant    Southeast Livestock Exchange, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Fort Payne Stockyards aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass Stockyards, LLC aadams@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Amelia Martin Adams     on behalf of Cross-Claimant    Moseley Cattle Auction, LLC
               aadams@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Larry   Zeien, Jr. astosberg@lloydmc.com,
               bmarks@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant Willie   Downs astosberg@lloydmc.com,
               bmarks@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com,
               bmarks@lloydmc.com
              Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C.
               avandiver@aswdlaw.com,  sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               traluy@fbhlaw.net
              Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County
               traluy@fbhlaw.net
              Ben T. Caughey    on behalf of Defendant Allen   Barry ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@icemiller.com
              Ben T. Caughey    on behalf of Defendant    E4 Cattle Company, LLC ben.caughey@icemiller.com
              Bret S. Clement    on behalf of Creditor    First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor Monty   Koller bmeldrum@stites.com
              Brian Robert Pollock    on behalf of Creditor    Intrust Bank, NA bpollock@stites.com
              Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com
              Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com
```

```
District/off: 0756-4          User: edixon              Page 3 of 16              Date Rcvd: Aug 01, 2014
                              Form ID: SF00075          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              C. R. Bowles, Jr    on behalf of Creditor    Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Breeding Brothers cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    ADM Investor Services, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Randy Hoover & Son, LLC cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Randy Hoover and Son cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant Jeffrey  Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southland Haulers, LLC
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant Francis J. Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Joined Party    Francis J. Madison, Jeffrey Madison and Madison Ca
               cbowles@bgdlegal.com,   smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Plaintiff    Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counter-Claimant    Madison Cattle cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    B&B Farms cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee    U.S. Trustee Charles.R.Wharton@usdoj.gov
              Chrisandrea L. Turner    on behalf of Defendant    Cornelison Farms, FLP clturner@stites.com
              Chrisandrea L. Turner    on behalf of Creditor    Cornelison Farms, LLC clturner@stites.com
              Christie A. Moore    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cm@gdm.com,   ljs2@gdm.com
              Christie A. Moore    on behalf of Plaintiff    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Cross Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Defendant    Superior Livestock Auction cm@gdm.com,   ljs2@gdm.com
              Christie A. Moore    on behalf of Counter-Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christopher E. Baker    on behalf of Creditor    Capitol Indemnity Corporation cbaker@thbklaw.com,
               thignight@thbklaw.com;twilkerson@thbklaw.com
              Christopher M. Trapp    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               ctrapp@rubin-levin.net,   susan@rubin-levin.net;lking@rubin-levin.net
```

```
District/off: 0756-4           User: edixon                Page 4 of 16                  Date Rcvd: Aug 01, 2014
                               Form ID: SF00075            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christopher M. Trapp    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
         ctrapp@rubin-levin.net,    susan@rubin-levin.net;lking@rubin-levin.net
        Christopher M. Trapp    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
         ctrapp@rubin-levin.net,    susan@rubin-levin.net;lking@rubin-levin.net
        Daniel J. Donnellon    on behalf of Creditor    First Bank and Trust Company, The
         ddonnellon@ficlaw.com,    knorwick@ficlaw.com
        Daniel J. Donnellon    on behalf of Cross Defendant    The First Bank and Trust Company
         ddonnellon@ficlaw.com,    knorwick@ficlaw.com
        Daniel J. Donnellon    on behalf of Cross Defendant    First Bank & Trust Company
         ddonnellon@ficlaw.com,    knorwick@ficlaw.com
        Daniel J. Donnellon    on behalf of Intervenor    The First Bank and Trust Company
         ddonnellon@ficlaw.com,    knorwick@ficlaw.com
        David A. Laird    on behalf of Creditor    Peoples Bank of Coldwater Kansas
         david.laird@moyewhite.com,    lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
        David A. Laird    on behalf of Cross Defendant    Peoples Bank david.laird@moyewhite.com,
         lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
        David Alan Domina    on behalf of Creditor    Nu-Technologies, Inc dad@dominalaw.com,
         KKW@dominalaw.com;efiling@dominalaw.com
        David Alan Domina    on behalf of Creditor    Madden Brothers, LLC dad@dominalaw.com,
         KKW@dominalaw.com;efiling@dominalaw.com
        David Alan Domina    on behalf of Creditor Travis  Bellar dad@dominalaw.com,
         KKW@dominalaw.com;efiling@dominalaw.com
        David Alan Domina    on behalf of Creditor    Bellar Feed Lots, Inc. dad@dominalaw.com,
         KKW@dominalaw.com;efiling@dominalaw.com
        David Alan Domina    on behalf of Creditor    Madden Brothers dad@dominalaw.com,
         KKW@dominalaw.com;efiling@dominalaw.com
        David Cooper Robertson    on behalf of Defendant Monty Larry Koller crobertson@stites.com,
         docketclerk@stites.com
        David Cooper Robertson    on behalf of Defendant    Intrust Bank, NA crobertson@stites.com,
         docketclerk@stites.com
        David L. Abt    on behalf of Plaintiff    Rush Creek Ranch, LLP davidabt@mwt.net
        David L. Abt    on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
        David L. Abt    on behalf of Other Professional David L. Abt davidabt@mwt.net
        David L. LeBas    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
         koswald@namanhowell.com
        David L. LeBas    on behalf of Creditor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
         koswald@namanhowell.com
        David L. LeBas    on behalf of Counter-Defendant    J&F Oklahoma Holdings, Inc.
         dlebas@namanhowell.com,    koswald@namanhowell.com
        David L. LeBas    on behalf of Third Party Defendant    J&F Oklahoma Holdings, Inc.
         dlebas@namanhowell.com,    koswald@namanhowell.com
        David W. Brangers    on behalf of Defendant    Hurstbourne Landings Development Co., LLC
         dbrangers@lawyer.com
        Deborah  Caruso    on behalf of Other Professional Kathryn  Pry dcaruso@daleeke.com,
         mtheisen@daleeke.com
        Deborah  Caruso    on behalf of Third Party Defendant Kathryn L. Pry dcaruso@daleeke.com,
         mtheisen@daleeke.com
        Dustin R. DeNeal    on behalf of Counter-Claimant James A. Knauer dustin.deneal@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Dustin R. DeNeal    on behalf of Plaintiff    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Dustin R. DeNeal    on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Dustin R. DeNeal    on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Dustin R. DeNeal    on behalf of Member Debtor    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Dustin R. DeNeal    on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Edward M King    on behalf of Creditor    Fifth Third Bank tking@fbtlaw.com,
         dgioffre@fbtlaw.com;tking@ecf.inforuptcy.com
        Elliott D. Levin    on behalf of Defendant Gene  Stoops edl@rubin-levin.net,
         atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Plaintiff    Superior Livestock Auction, Inc. edl@rubin-levin.net,
         atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
         edl@rubin-levin.net,    atty_edl@trustesolutions.com
        Elliott D. Levin    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
         edl@rubin-levin.net,    atty_edl@trustesolutions.com
        Eric C Redman    on behalf of Defendant    Bankfirst Financial Services ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric C Redman    on behalf of Cross Defendant Edward  Strickland ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric C Redman    on behalf of Intervenor    Strickland Farms ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com
        Eric C Redman    on behalf of Defendant Edward  Strickland ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com

```
District/off: 0756-4               User: edixon                Page 5 of 16                Date Rcvd: Aug 01, 2014
                                   Form ID: SF00075            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Eric W. Richardson   on behalf of Creditor   Fifth Third Bank ewrichardson@vorys.com, bjtobin@vorys.com
        Erick P Knoblock   on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com, dwright@daleeke.com
        Erick P Knoblock   on behalf of Third Party Defendant Kathryn L. Pry eknoblock@daleeke.com, dwright@daleeke.com
        Erin Casey Nave   on behalf of Defendant Travis  Dicke enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Ronald  Stahl enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant  Salem Livestock Auction, Inc. enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant  J & S Feedlots, Inc. enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant  Arab Livestock Market, Inc. enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Russell D. Garwood enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Substituted Party Bud  Heine enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Gary  Krantz enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Brandon  Zeisler enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Thomas R. Glover enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Monte  Haiar enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Kevin  Manthey enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Bill  Eberle enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Harmony A Mappes   on behalf of Counter-Claimant James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Third Party Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Plaintiff  Okie Farms, L.L.C. harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Counter-Claimant James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Ivana B. Shallcross   on behalf of Defendant Jeffrey  Madison ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Petitioning Creditor  Southeast Livestock Exchange LLC ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Petitioning Creditor  Moseley Cattle Auction, LLC ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Cross Defendant  Superior Livestock Auction, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Cross Defendant  Hodge Livestock Network Incorporated ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Plaintiff  Superior Livestock Auction, Inc. ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant  Northwest Alabama Livestock Auction ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

```
District/off: 0756-4                  User: edixon                 Page 6 of 16                  Date Rcvd: Aug 01, 2014
                                      Form ID: SF00075             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ivana B. Shallcross    on behalf of Defendant Stephen N. Kitchens ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Hodge Livestock Network Incorporated
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Madison Cattle ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor    Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Superior Livestock Auction
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Counter-Claimant Stephen N. Kitchens ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
              Jack S Dawson    on behalf of Defendant Robert and Jane    Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant    Nichols Livestock jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant    Nichols Livestock, Inc. jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Ricky    Beard jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant    Jane, LLC jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Jane    Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Robert    Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              James A. Knauer    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer    on behalf of Trustee James A. Knauer jak@kgrlaw.com,    tjf@kgrlaw.com
              James A. Knauer    on behalf of Intervenor James    Knauer jak@kgrlaw.com,    tjf@kgrlaw.com
              James A. Knauer    on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com,    tjf@kgrlaw.com
              James A. Knauer    on behalf of Counter-Claimant James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff    James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com,    tjf@kgrlaw.com
              James A. Knauer    jak@kgrlaw.com,    tjf@kgrlaw.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Third Party Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Counter-Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Counter-Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Creditor    Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Defendant Gary    Tate, d/b/a Tate Ranch bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Johnny    Mayo, Jr. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Tom    Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Tom    Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Eddie    Eickie bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Eddie    Eicke bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bill    Davis bjtexas59@hotmail.com,    bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Frank    Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bobby    Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow, Jr.    on behalf of Third Party Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,    susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,    susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,    susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Creditor    Joplin Regional Stockyards jim@rubin-levin.net,
               susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E Rossow, Jr.    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,    susan@rubin-levin.net;ATTY_JER@trustesolutions.com
```

```
District/off: 0756-4                  User: edixon                  Page 7 of 16                  Date Rcvd: Aug 01, 2014
                                      Form ID: SF00075              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              James E Rossow, Jr.    on behalf of Counter-Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net,   susan@rubin-levin.net;ATTY_JER@trustesolutions.com
              James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee, III    on behalf of Cross Defendant    Vermilion Ranch Corp.
               mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
               tor@derbycitylaw.com
              James Edwin McGhee, III    on behalf of Creditor    Vermilion Ranch Corporation
               mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;can
               tor@derbycitylaw.com
              James M. Carr    on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James M. Carr    on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James M. Carr    on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James T Young    on behalf of Intervenor Michael J Walro james@rubin-levin.net,
               lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com
              Jason A Lopp    on behalf of Defendant Corey  Kay jlopp@wyattfirm.com,  lexbankruptcy@wyattfirm.com
              Jason P Wischmeyer    on behalf of Defendant    G. Anderson Farms, Inc. jason@wischmeyerlaw.com,
               tammy@wischmeyerlaw.com
              Jason W. Cottrell    on behalf of Creditor Rex  Elmore jwc@stuartlaw.com,  jbr@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay  Jaffe    on behalf of Plaintiff James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Trustee James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff    James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Defendant Rex  Mooney jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
              Jeffrey J. Graham    on behalf of Defendant Ronald  Stahl jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    Arab Livestock Market, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Bill  Eberle jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    Salem Livestock Auction, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Monte  Haiar jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Gary  Krantz jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Brandon  Zeisler jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Thomas R. Glover jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Substituted Party Bud  Heine jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Russell D. Garwood jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    J & S Feedlots, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Travis  Dicke jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant Kevin  Manthey jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party    United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,   USAINS.ECFBankruptcy@usdoj.gov
              Jeffrey R. Erler    on behalf of Cross-Claimant    DeCordova Cattle Company jerler@ghjhlaw.com,
               cboston@ghjhlaw.com;lwadley@ghjhlaw.com
              Jeffrey R. Erler    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jerler@ghjhlaw.com,   cboston@ghjhlaw.com;lwadley@ghjhlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com,  tjf@kgrlaw.com
              Jennifer  Watt    on behalf of Trustee James A. Knauer jwatt@kgrlaw.com,  tjf@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com,  tjf@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff    James A. Knauer, Trustee jwatt@kgrlaw.com,
               tjf@kgrlaw.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff    Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com

```
District/off: 0756-4                  User: edixon                  Page 8 of 16                  Date Rcvd: Aug 01, 2014
                                      Form ID: SF00075              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Livestock LLC
                jessica.olsheski@justice-law.net, julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant Donald K. Garrett jessica.olsheski@justice-law.net,
                julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Livestock, LLC
                jessica.olsheski@justice-law.net, julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Builders, LLC
                jessica.olsheski@justice-law.net, julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    J & L Farms, LLC
                jessica.olsheski@justice-law.net, julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Builders LLC
                jessica.olsheski@justice-law.net, julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    J&L Farms LLC
                jessica.olsheski@justice-law.net, julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party Donald K. Garrett
                jessica.olsheski@justice-law.net, julie.streich@justice-law.net
              Jill Zengler Julian    on behalf of Joined Party    United States Department of Agriculture, Grain
                Ins Jill.Julian@usdoj.gov
              Joe Lee Brown    on behalf of Defendant    Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
              Joe T. Roberts, Hon.    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
                jratty@windstream.net
              John  Huffaker    on behalf of Creditor    Friona Industries, LP john.huffaker@sprouselaw.com,
                rhonda.rogers@sprouselaw.com
              John  Huffaker    on behalf of Plaintiff    Friona Industries, LP john.huffaker@sprouselaw.com,
                rhonda.rogers@sprouselaw.com
              John David Hoover    on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
              John David Hoover    on behalf of Special Counsel    Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Defendant    Rufenacht Commodities, Inc.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Friona Industries, LP
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    Rufenacht Commodities, Inc.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant    Cattlemen's Feedlot, Ltd.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Friona Industries, L.P.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor Zeien II  Larry john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    ADM Investor Services, Inc.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Plaintiff    Friona Industries, LP
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    Friona Industries, LP john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant Robert  Rufenacht john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Counter-Defendant    Cactus Growers, Inc.
                john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor Robert  Rufenacht john.massouh@sprouselaw.com
              John Frederick Massouh    on behalf of Third Party Defendant    Friona Industries, L.P.
                john.massouh@sprouselaw.com
              John Hunt Lovell    on behalf of Creditor    Cactus Growers, Inc. john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Defendant    Demaio Farms & Ranches, Inc. john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Third Party Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Counter-Defendant    Cactus Growers, Inc. john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Third Party Defendant    Cactus Growers, Inc. john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Creditor    De Maio Farms & Ranches, Inc. a/k/a de Maio Land a
                john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Counter-Defendant    Friona Industries, LP john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
                sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
                susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
                johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Defendant Gene  Stoops johnr@rubin-levin.net,
                susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Creditor    Joplin Regional Stockyards johnr@rubin-levin.net,
                susan@rubin-levin.net;atty_rogers@bluestylus.com
              John M. Rogers    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
                johnr@rubin-levin.net, susan@rubin-levin.net;atty_rogers@bluestylus.com

```
District/off: 0756-4                  User: edixon                     Page 9 of 16                   Date Rcvd: Aug 01, 2014
                                      Form ID: SF00075                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com,
         jody.moore@crowedunlevy.com
        John R. Burns, III    on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
         sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
        John R. Burns, III    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
         john.burns@faegrebd.com,  sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
        John R. Carr, III    on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
         sfinnerty@acs-law.com
        John R. Carr, III    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
         sfinnerty@acs-law.com
        John W Ames    on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
         james@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Creditor Ron P. Reed james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
         james@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
        John W Ames    on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Joseph H Rogers, III    on behalf of Defendant Robert  Nichols jrogers@millerdollarhide.com,
         cdow@millerdollarhide.com
        Joseph H Rogers, III    on behalf of Defendant Jane  Nichols jrogers@millerdollarhide.com,
         cdow@millerdollarhide.com
        Joseph H Rogers, III    on behalf of Defendant    Nichols Livestock jrogers@millerdollarhide.com,
         cdow@millerdollarhide.com
        Joshua Elliott Clubb    on behalf of Defendant Tim  White joshclubb@gmail.com
        Joshua Elliott Clubb    on behalf of Other Professional    Kentucky Cattlemen's Association
         joshclubb@gmail.com
        Joshua N. Stine    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
        Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
        Joshua N. Stine    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com
        Joshua N. Stine    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com
        Joshua N. Stine    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com
        Judy Hamilton Morse    on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
         ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
        Karen L. Lobring    on behalf of Creditor    Deere & Company lobring@msn.com
        Karen L. Lobring    on behalf of Creditor    FPC Financial, f.s.b. lobring@msn.com
        Kay Dee Baird    on behalf of Defendant Jt  Nuckols kbaird@kdlegal.com,  pdidandeh@kdlegal.com
        Kay Dee Baird    on behalf of Defendant    Janousek Farms, Inc. kbaird@kdlegal.com,
         pdidandeh@kdlegal.com
        Kayla D. Britton    on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Kayla D. Britton    on behalf of Trustee James A. Knauer kayla.britton@faegrebd.com,
         cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
        Kelly Greene McConnell    on behalf of Creditor    AB Livestock, LLC lisahughes@givenspursley.com
        Kelly Greene McConnell    on behalf of Creditor    Supreme Cattle Feeders, L.L.C.
         lisahughes@givenspursley.com
        Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kent A Britt    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kent A Britt    on behalf of Counter-Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kent A Britt    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank kabritt@vorys.com,
         cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
        Kevin J. Mitchell    on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com,
         cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
        Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com,
         judy.ferber@faegrebd.com
        Kevin M. Toner    on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com,
         judy.ferber@faegrebd.com
        Kevin M. Toner    on behalf of Member Debtor    Okie Farms, L.L.C. kevin.toner@faegrebd.com,
         judy.ferber@faegrebd.com

Case 10-93904-BHL-11   Doc 2622   Filed 08/03/14   EOD 08/04/14 00:37:13   Pg 10 of 17

```
District/off: 0756-4                  User: edixon                  Page 10 of 16                  Date Rcvd: Aug 01, 2014
                                      Form ID: SF00075              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kevin M. Toner    on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kevin M. Toner    on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kevin M. Toner    on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kevin M. Toner    on behalf of Third Party Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kevin M. Toner    on behalf of Plaintiff   Okie Farms, L.L.C. kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kevin M. Toner    on behalf of Counter-Claimant James A. Knauer, Trustee kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
          Kim Martin Lewis    on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher    on behalf of Counter-Defendant Gene  Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
          Kirk  Crutcher    on behalf of Cross Defendant Gene  Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
          Kirk  Crutcher    on behalf of Creditor Gene  Shipman kcrutcher@mcs-law.com, jparsons@mcs-law.com
          Laura Day DelCotto    on behalf of Third Party Defendant   Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross Defendant   East Tennessee Live Stock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor   Blue Grass Stockyards of Campbellsville, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Petitioning Creditor   Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor   Blue Grass Stockyards East, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Defendant   B&B Land and Livestock ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor   East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Defendant   Bradbury & York ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross Defendant   Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Petitioning Creditor   Southeast Livestock Exchange LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor   Piedmont Livestock, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Defendant Amos  Kropf ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Third Party Defendant   Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Defendant   Fort Payne Stockyards ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor Alton  Darnell ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Third Party Defendant   Bluegrass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross-Claimant   East Tennessee Live Stock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross Defendant   Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Defendant Jeremy  Coffey ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross-Claimant   Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Defendant Mike  Bradbury ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor   Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross-Claimant   East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross Defendant Alton  Darnell ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Cross-Claimant   Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor   Blue Grass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto    on behalf of Creditor   Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

```
District/off: 0756-4                   User: edixon                       Page 11 of 16                  Date Rcvd: Aug 01, 2014
                                       Form ID: SF00075                   Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Laura Day DelCotto    on behalf of Third Party Defendant    Piedmont Livestock, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    First Bank and Trust Company, The
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Special Counsel    Delcotto Law Group PLLC ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third Party Defendant    East Tennessee Livestock Center, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Blue Grass South Livestock Market, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third Party Defendant    Bluegrass Stockyards East, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Piedmont Livestock Company, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross-Claimant Alton  Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               courtmail@fbhlaw.net
              Mark A. Robinson    on behalf of Defendant    Atkinson Livestock Market, LLC mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Defendant    Demaio Farms & Ranches, Inc. mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Defendant    Ganado, Inc. mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Defendant Brian  Witt mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Third Party Plaintiff    Cactus Growers, Inc. mrobinson@vhrlaw.com
              Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson@vhrlaw.com
              Martha R. Lehman    on behalf of Defendant Jt  Nuckols mlehman@kdlegal.com,
               crbpgpleadings@kdlegal.com;brequenes@kdlegal.com
              Martha R. Lehman    on behalf of Defendant    Janousek Farms, Inc. mlehman@kdlegal.com,
               crbpgpleadings@kdlegal.com;brequenes@kdlegal.com
              Matthew Daniel Neumann    on behalf of Defendant Bill  Eberle mneumann@hhclaw.com
              Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas
               kim.maynes@moyewhite.com
              Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Company, LP
               indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant    Plateau Production Company
               indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Management, LLC
               indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant Tobin M. Parker indyattorney@hotmail.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Counter-Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Third Party Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
              Meredith R. Theisen    on behalf of Other Professional Kathryn  Pry mtheisen@daleeke.com,
               dwright@daleeke.com
              Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue
               michael.willey@ag.tn.gov
              Michael W. McClain    on behalf of Defendant Nancy G. McDonald mmcclain@mcclaindewees.com,
               larmstrong@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mmcclain@mcclaindewees.com,
               larmstrong@mcclaindewees.com
              Michael W. McClain    on behalf of Defendant John F. Gibson mmcclain@mcclaindewees.com,
               larmstrong@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Matthew  Gibson mmcclain@mcclaindewees.com,
               larmstrong@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Patrick  Gibson mmcclain@mcclaindewees.com,
               larmstrong@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mmcclain@mcclaindewees.com,
               larmstrong@mcclaindewees.com
```

Case 10-93904-BHL-11    Doc 2622    Filed 08/03/14    EOD 08/04/14 00:37:13    Pg 12 of 17

```
District/off: 0756-4          User: edixon              Page 12 of 16            Date Rcvd: Aug 01, 2014
                              Form ID: SF00075          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Michael W. McClain    on behalf of Cross Defendant Anna  Gibson mmcclain@mcclaindewees.com,
           larmstrong@mcclaindewees.com
          Michael W. McClain    on behalf of Creditor Grant  Gibson mmcclain@mcclaindewees.com,
           larmstrong@mcclaindewees.com
          Michael W. McClain    on behalf of Cross Defendant Amanda  Gibson mmcclain@mcclaindewees.com,
           larmstrong@mcclaindewees.com
          Michael W. McClain    on behalf of Creditor   GP Cattle LLC mmcclain@mcclaindewees.com,
           larmstrong@mcclaindewees.com
          Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
          Niccole R. Sadowski    on behalf of Creditor   Capitol Indemnity Corporation nsadowski@thbklaw.com,
           kpeerman@thbklaw.com;twilkerson@thbklaw.com
          Patrick B Griffin    on behalf of Other Professional    Wells Fargo Bank, National Association
           patrick.griffin@kutakrock.com,    stephanie.brockman@kutakrock.com
          Paul M. Hoffmann    on behalf of Defendant    ADM Investor Services, Inc.
           paul.hoffmann@stinsonleonard.com
          Paul M. Hoffmann    on behalf of Creditor    ADM Investor Services, Inc.
           paul.hoffmann@stinsonleonard.com
          Peter M Gannott    on behalf of Other Professional    Laurel Livestock Market Inc.
           pgannott@gannottlaw.com,    paralegal@gannottlaw.com;gannottlaw@gmail.com
          Peter M Gannott    on behalf of Counter-Claimant    Laurel Livestock Market, INC.
           pgannott@gannottlaw.com,    paralegal@gannottlaw.com;gannottlaw@gmail.com
          Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Third Party Defendant    Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Cross-Claimant    Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Defendant    Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Counter-Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Creditor    Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank RDLatour@vorys.com,
           khedwards@vorys.com;bjtobin@vorys.com
          Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
           dmchilelli@vorys.com
          Robert A. Bell, Jr    on behalf of Counter-Defendant    Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert A. Bell, Jr    on behalf of Creditor    Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert A. Bell, Jr    on behalf of Counter-Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
           dmchilelli@vorys.com
          Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert A. Bell, Jr    on behalf of Defendant    Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert A. Bell, Jr    on behalf of Cross-Claimant    Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert A. Bell, Jr    on behalf of Third Party Defendant    Fifth Third Bank rabell@vorys.com,
           dmchilelli@vorys.com
          Robert H. Foree    on behalf of Other Professional    Kentucky Cattlemen's Association
           robertforee@bellsouth.net
          Robert H. Foree    on behalf of Creditor    Kentucky Cattlemen's Association
           robertforee@bellsouth.net
          Robert K Stanley    on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
          Robert K Stanley    on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
          Robert K Stanley    on behalf of Defendant    Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
          Robert K Stanley    on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
          Ross A. Plourde    on behalf of Defendant    Stockman Oklahoma Livestock Marketing, Inc.
           ross.plourde@mcafeetaft.com,    penni.jones@mcafeetaft.com
          Ross A. Plourde    on behalf of Creditor    Crumpler Bros. ross.plourde@mcafeetaft.com,
           penni.jones@mcafeetaft.com
          Ross A. Plourde    on behalf of Third Party Defendant William  Bush ross.plourde@mcafeetaft.com,
           penni.jones@mcafeetaft.com
          Ross A. Plourde    on behalf of Third Party Defendant    Stockholm Oklahoma Livestock Marketing,
           Inc. ross.plourde@mcafeetaft.com,    penni.jones@mcafeetaft.com
          Ross A. Plourde    on behalf of Creditor    Stockman Oklahoma Livestock Marketing, Inc.
           ross.plourde@mcafeetaft.com,    penni.jones@mcafeetaft.com
          Ross A. Plourde    on behalf of Third Party Defendant    Stockman Oklahoma Livestock Marketing,
           Inc. ross.plourde@mcafeetaft.com,    penni.jones@mcafeetaft.com
          Ross A. Plourde    on behalf of Creditor    The Bank of Kremlin ross.plourde@mcafeetaft.com,
           penni.jones@mcafeetaft.com
          Ross A. Plourde    on behalf of Creditor Brent  Kuehny ross.plourde@mcafeetaft.com,
           penni.jones@mcafeetaft.com
```

```
District/off: 0756-4          User: edixon              Page 13 of 16              Date Rcvd: Aug 01, 2014
                              Form ID: SF00075          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Ross A. Plourde    on behalf of Defendant William  Bush ross.plourde@mcafeetaft.com,
               penni.jones@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Cross Defendant Anna Gayle Gibson sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor   Gibson Farms. LLC sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com
              Sandra D. Freeburger    on behalf of Joined Party Anna Gayle Gibson sfreeburger@dsf-atty.com,
               mbaker@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor   Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com, mbaker@dsf-atty.com
              Sarah Elizabeth Sharp    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               sarah.sharp@faegrebd.com
              Sarah Elizabeth Sharp    on behalf of Trustee James A. Knauer sarah.sharp@faegrebd.com
              Scott R Leisz    on behalf of Defendant   Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
               disom@bgdlegal.com
              Sean T. White    on behalf of Special Counsel   Hoover Hull LLP swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Sean T. White    on behalf of Trustee James A. Knauer swhite@hooverhull.com,
               vwilliams@hooverhull.com
              Shawna M Eikenberry    on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Plaintiff James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Intervenor James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of U.S. Trustee   U.S. Trustee shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Cross Defendant James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
              Shawna M Eikenberry    on behalf of Counter-Claimant James A. Knauer
               shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Creditor   First Bank and Trust Company, The sweigand@ficlaw.com
              Stephen A. Weigand    on behalf of Intervenor   The First Bank and Trust Company
               sweigand@ficlaw.com
              Stephen E. Schilling    on behalf of Defendant   E4 Cattle Company, LLC seschilling@strausstroy.com
              Stephen E. Schilling    on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
              Steven A. Brehm    on behalf of Cross Defendant   Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Plaintiff   Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Defendant   Superior Livestock Auction sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Counter-Claimant   Hohenberger Cattle sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven Eric Runyan    on behalf of Defendant   ADM Investor Services, Inc. ser@kgrlaw.com
              Steven Eric Runyan    on behalf of Plaintiff   James A. Knauer, Trustee ser@kgrlaw.com
              Suzanne M Shehan    on behalf of Other Professional   Wells Fargo Bank, National Association
               suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
              Terrill K. Moffett    on behalf of Defendant Rex  Mooney kendalcantrell@moffettlaw.com
              Terry E. Hall    on behalf of Counter-Claimant James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor   Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               mmcclain@bgdlegal.com
              Thomas P Glass    on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
              Thomas P Glass    on behalf of Defendant   E4 Cattle Company, LLC tpglass@strausstroy.com
              Timothy T. Pridmore    on behalf of Counter-Claimant Gabriel  Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Timothy T. Pridmore    on behalf of Creditor Gabriel  Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Creditor Gabriel  Moreno tjohnston@mcjllp.com
              Todd J. Johnston    on behalf of Counter-Claimant Gabriel  Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com

```
District/off: 0756-4                  User: edixon                    Page 14 of 16                    Date Rcvd: Aug 01, 2014
                                      Form ID: SF00075                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern, III    on behalf of Defendant Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor   Ron Sizemore Trucking, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    First Bank and Trust Company, The
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Columbia Livestock Market of Lake City, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Ernest  Elder wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sumter County Farmers Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Third Party Defendant    CPC Livestock, LLC
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
```

Case 10-93904-BHL-11   Doc 2622   Filed 08/03/14   EOD 08/04/14 00:37:13   Pg 15 of 17

```
District/off: 0756-4          User: edixon              Page 15 of 16               Date Rcvd: Aug 01, 2014
                              Form ID: SF00075          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Walter Scott Newbern, III    on behalf of Creditor    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Tom  Freeman wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Columbia Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Robert  Rawls d/b/a Robert Rawls Livestock
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Macon Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sealy And Sons Livestock, LLP
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Florida Association Livestock Markets
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ocala Livestock Market, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Carroll Co L/S Sale Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ron Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Townsend Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Robert Rawls Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Macon Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Wendy W Ponader    on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith, III    on behalf of Defendant    Tulsa Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III    on behalf of Defendant    South Coffeyville Stockyards wsmith@k-glaw.com,
               pballard@k-glaw.com
              William E Smith, III    on behalf of Creditor    Coffeyville Livestock Market, LLC
               wsmith@k-glaw.com, pballard@k-glaw.com
              William K. Flynn    on behalf of Defendant    E4 Cattle Company, LLC wkflynn@strausstroy.com,
               fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
```

```
District/off: 0756-4          User: edixon              Page 16 of 16              Date Rcvd: Aug 01, 2014
                              Form ID: SF00075          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William K. Flynn    on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
        William K. Flynn    on behalf of Creditor   Edward J. Edens, IV wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
        William K. Flynn    on behalf of Creditor   E4 Cattle Co., LLC wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
        William Robert Meyer, II    on behalf of Defendant Monty Larry Koller rmeyer@stites.com
        William Robert Meyer, II    on behalf of Defendant   Intrust Bank, NA rmeyer@stites.com
        William Robert Meyer, II    on behalf of Creditor   Republic Bank and Trust Company rmeyer@stites.com
        William Robert Meyer, II    on behalf of Defendant Todd  Rosenbaum rmeyer@stites.com

                                                                                   TOTAL: 641

Case 10-93904-BHL-11   Doc 2622   Filed 08/03/14   EOD 08/04/14 00:37:13   Pg 16 of 17

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
121 W. Spring St., Rm. 110  
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,  
      Debtor(s).

Case No. **10−93904−BHL−11**

## NOTICE OF DEFICIENT FILING

The Notice of Submission, which was filed on July 31, 2014, is deficient in the following respect(s):

    Pleading should be filed in associated adversary case instead of legal case.  
    Filing party to re−file in adversary case.

The above−cited deficiencies must be corrected by August 15, 2014 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  August 1, 2014

Kevin P. Dempsey  
Clerk, U.S. Bankruptcy Court