B-9010-2 (rev 10/1/12)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana
### New Albany Division

Eastern Livestock Co., LLC

vs.

C. B. Gilbert, et al.

Case No. 10-93904-BHL-11

Adv Proc. No. 14-59019

## MOTION TO APPEAR *PRO HAC VICE*

(Name of applicant) of (name of law firm, if any) moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of (name of party being represented) in the above-styled cause only. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| Commonwealth of Kentucky | September 1970, # 16510 |
| Western District of Kentucky | April 1972 |
| U.S. Court of Appeals Sixth Circuit | May 1978 |
| U.S. Supreme Court | May 1992 |

(If additional courts are to be listed, attach a separate sheet.)

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The applicant has presented a check in the amount of $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. (If the applicant is not admitted to practice in the State of Indiana) Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

JOHN D. DALE, JR.
Attorney at Law
P. O. Box 494
Taylorsville, KY  40071
(502) 477-2296