B-9010-2 (rev 5/22/12)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana
### New Albany Division

Eastern Livestock Co., LLC

vs.   Case No. 10-93904-BHL-11

C.B. Gilbert, et al.   Adv. Pro. No. 14-59019

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

(Required if applicant is not admitted in the State of Indiana)

(Name of applicant), being first duly sworn upon (his/her) oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
| --- | --- |
| Commonwealth of Kentucky | September 1970, #16510 |
| Western District of Kentucky | April 1972 |
| U.S. Court of Appeals Sixth Circuit | May 1978 |
| U.S. Supreme Court | May 1992 |

My license has never been suspended nor revoked, and I am not currently subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

JOHN D. DALE, JR.
Attorney at Law
P. O. Box 494
Taylorsville, KY 40071
(502) 477-2296

B-9010-2 (rev 5/22/12)

STATE OF KENTUCKY     )
                      )
COUNTY OF SPENCER     )

Before me, a notary public in and for said county and state, personally appeared (name of applicant), and being first duly sworn upon (his/her) oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed: _August 21, 2014_ (date).

_Valuia Hunt_
Notary Public

My Commission Expires:

_August 4, 2015_

# 447304