UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |
| ) | |
| JAMES A. KNAUER, CHAPTER 11 ) | |
| TRUSTEE OF EASTERN LIVESTOCK CO., ) | |
| LLC ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 14-59019 |
| ) | |
| C. B. GILBERT a/k/a CLARENCE GILBERT, ) | |
| d/b/a 3 G CATTLE CO., and 3 G CATTLE ) | |
| CO., ) | |
| ) | |
| Defendants ) | |

**APPEARANCE**

Comes now John D. Dale, Jr. and enters his Appearance on behalf of C. B. Gilbert, a Defendant herein.

/s/John D. Dale, Jr.
JOHN D. DALE, JR.
Attorney at Law
P. O. Box 494
Taylorsville, KY  40071
(502) 477-2296
(502) 477-2586 (fax)