UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**VERIFIED MOTION TO ORDER BOND TRUSTEE TO TURN OVER
WEST KENTUCKY LIVESTOCK MARKET'S BOND CLAIM PAYMENT
TO EASTERN LIVESTOCK BANKRUPTCY TRUSTEE**

James Knauer, Chapter 11 Trustee for Eastern Livestock Co. LLC ("Bankruptcy Trustee"), seeks an order from this Court ordering James Knauer in his capacity as Eastern Livestock USDA Bond Trustee ("Bond Trustee") to turn over the $7,398.88 bond claim payment otherwise due to West Kentucky Livestock Market, LLC ("West Kentucky") to the Bankruptcy Trustee for the benefit of the Eastern Livestock estate and in partial satisfaction of this Court's $204,673.55 judgment against West Kentucky.  The Bankruptcy Trustee states the following in support of this motion:

1.     On December 21, 2012, the Bankruptcy Trustee instituted an adversary proceeding, no. 12-59146, against West Kentucky, asserting breach of contract, fraudulent transfer, and preferential transfer claims.

2.     On May 23, 2013, this Court entered a default judgment against West Kentucky and in favor of the Bankruptcy Trustee in the amount of $204,673.55, plus costs.  A copy of the judgment is attached hereto as Exhibit 1.

3.     The Bankruptcy Trustee has not received any payment with respect to the judgment against West Kentucky.  The records of the Kentucky Secretary of State confirm that West Kentucky was administratively dissolved.  See Exhibit 2.

US.54616810.02

4.      In 2010 West Kentucky asserted a bond claim in the amount of $169,463.05 with the United States Department of Agriculture seeking distribution from Eastern Livestock's bond.

5.      Pursuant to the proceedings regarding disposition of claims asserted against Eastern's bond, pending as cause number 4:11-cv-00114-SEB-WGH in the United District Court for the Southern District of Indiana, the bond claims have been resolved and the final payout amounts have been determined. West Kentucky's bond claim has resulted in an approved payout amount of $7,398.88, which the Bond Trustee is required to make pursuant to the District Court's Order Approving Trustee's Motion to Make Final Distribution of Bond Proceeds, attached hereto as <u>Exhibit 3</u>.[1]

6.      The Bankruptcy Trustee therefore seeks an order from the Court to enforce his judgment against West Kentucky and require the Bond Trustee to pay the bond claim amount of $7,398.88 to the Bankruptcy Trustee for the benefit of the Eastern Livestock estate and in partial satisfaction of the Bankruptcy Trustee's judgment.

WHEREFORE, the Trustee respectfully requests an order from this Court directing James Knauer, in his capacity as Eastern Livestock Bond Trustee, to pay West Kentucky's bond claim payment to James Knauer, in his capacity as Eastern Livestock Bankruptcy Trustee, for the benefit of the Eastern Livestock bankruptcy estate and in partial satisfaction of the Bankruptcy Trustee's judgment against West Kentucky, and all other appropriate relief.

---

[1] The Bankruptcy Trustee also attaches as <u>Exhibit 4</u> a copy of the Bond Trustee's motion requesting the order to approve the final distribution, including the claim schedule with estimated payouts.  The payment to West Kentucky is slightly higher than the estimated amount listed in the claim schedule due to inclusion of interest in the final pro rata calculation.

US.54616810.02

                                              Respectfully submitted,

                                              FAEGRE BAKER DANIELS LLP

                                              By:   /s/ Harmony Mappes

Terry E. Hall (#22041-49)                    *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com

Wendy W. Ponader (#14633-49)
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
wendy.ponader@faegrebd.com
dustin.deneal@faegrebd.com

## VERIFICATION

     I affirm, under penalties for perjury, that the foregoing representations are true to the best of my information and belief.

                                           /s/ James A. Knauer
                                           James Knauer
                                           Eastern Livestock Bankruptcy Trustee

US.54616810.02

## CERTIFICATE OF SERVICE

       I hereby certify that on September 9, 2014, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Amelia Martin Adams<br>aadams@dlgfirm.com | John W. Ames<br>james@bgdlegal.com |
| Kay Dee Baird<br>kbaird@kdlegal.com | Christopher E. Baker<br>cbaker@thbklaw.com | Robert A. Bell<br>rabell@vorys.com |
| C. R. Bowles, Jr<br>cbowles@ bgdlegal.com | David W. Brangers<br>dbrangers@lawyer.com | Steven A. Brehm<br>sbrehm@ bgdlegal.com |
| Kent A Britt<br>kabritt@vorys.com | Kayla D. Britton<br>kayla.britton@faegrebd.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | John R. Burns, III<br>john.burns@faegrebd.com | John R. Carr, III<br>jrciii@acs-law.com |
| Deborah Caruso<br>dcaruso@daleeke.com | Ben T. Caughey<br>ben.caughey@icemiller.com | Bret S. Clement<br>bclement@acs-law.com |
| Joshua Elliott Clubb<br>joshclubb@gmail.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| David Alan Domina<br>dad@dominalaw.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Jeffrey R. Erler<br>jerler@ghjhlaw.com | William K. Flynn<br>wkflynn@strausstroy.com |
| Robert Hughes Foree<br>robertforee@bellsouth.net | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Thomas P. Glass<br>tpglass@strausstroy.com | Patrick B. Griffin<br>patrick.griffin@kutakrock.com | Terry E. Hall<br>terry.hall@faegrebd.com |
| Paul M. Hoffman<br>paul.hoffmann@stinsonleonard.com | John David Hoover<br>jdhoover@hooverhull.com | John Huffaker<br>john.huffaker@sprouselaw.com |
| Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Jay Jaffe<br>jay.jaffe@faegrebd.com | James Bryan Johnston<br>bjtexas59@hotmail.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov | Jay P. Kennedy<br>jpk@kgrlaw.com |
| Edward M King<br>tking@fbtlaw.com | James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com | Randall D. LaTour<br>rdlatour@vorys.com | David A. Laird<br>david.laird@moyewhite.com |
| David L. LeBas<br>dlebas@namanhowell.com | Martha R. Lehman<br>mlehman@kdlegal.com | Scott R. Leisz<br>sleisz@bgdlegal.com |
| Elliott D. Levin<br>edl@rubin-levin.net | Kim Martin Lewis<br>kim.lewis@dinslaw.com | James B. Lind<br>jblind@vorys.com |
| Karen L. Lobring<br>lobring@msn.com | Jason A. Lopp<br>jlopp@wyattfirm.com | John Hunt Lovell<br>john@lovell-law.net |

US.54616810.02

Harmony A. Mappes
harmony.mappes@faegrebd.com

Kelly Greene McConnell
lisahughes@givenspursley.com

William Robert Meyer, II
rmeyer@stites.com

Allen Morris
amorris@stites.com

Matthew Daniel Neumann
mneumann@hhclaw.com

Matthew J. Ochs
kim.maynes@moyewhite.com

Ross A. Plourde
ross.plourde@mcafeetaft.com

Timothy T. Pridmore
tpridmore@mcjllp.com

Eric W. Richardson
ewrichardson@vorys.com

Mark A. Robinson
mrobinson@vhrlaw.com

Joseph H. Rogers
jrogers@millerdollarhide.com

Niccole R. Sadowski
nsadowski@thbklaw.com

Ivana B. Shallcross
ishallcross@bgdlegal.com

James E. Smith, Jr.
jsmith@smithakins.com

Joshua N. Stine
kabritt@vorys.com

Meredith R. Theisen
mtheisen@daleeke.com

Christopher M. Trapp
ctrapp@rubin-levin.net

Andrew James Vandiver
avandiver@aswdlaw.com

Stephen A. Weigand
sweigand@ficlaw.com

Michael Benton Willey
michael.willey@ag.tn.gov

John D Dale, Jr.
Johndaleatty@msn.com

John Frederick Massouh
john.massouh@sprouselaw.com

James Edwin McGhee
mcghee@derbycitylaw.com

Kevin J. Mitchell
kevin.mitchell@faegrebd.com

Judy Hamilton Morse
judy.morse@crowedunlevy.com

Walter Scott Newbern
wsnewbern@msn.com

Jessica Lynn Olsheski
jessica.olsheski@justice-law.net

Brian Robert Pollock
bpollock@stites.com

Anthony G. Raluy
traluy@fbhlaw.net

Joe T. Roberts
jratty@windstream.net

Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com

James E. Rossow
jim@rubin-levin.net

Thomas C. Scherer
tscherer@bgdlegal.com

Sarah Elizabeth Sharp
sarah.sharp@faegrebd.com

William E. Smith, III
wsmith@k-glaw.com

Andrew D. Stosberg
astosberg@lloydmc.com

John M. Thompson
john.thompson@crowedunlevy.com

Chrisandrea L. Turner
clturner@stites.com

Andrea L. Wasson
andrea@wassonthornhill.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Jason P. Wischmeyer
jason@wischmeyerlaw.com

Michael W. McClain
mmcclain@mcclaindewees.com

Brian H. Meldrum
bmeldrum@stites.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com

Erin Casey Nave
enave@taftlaw.com

Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com

Michael Wayne Oyler
moyler@rwsvlaw.com

Wendy W. Ponader
wendy.ponader@faegrebd.com

Eric C. Redman
ksmith@redmanludwig.com

David Cooper Robertson
crobertson@stites.com

John M. Rogers
johnr@rubin-levin.net

Steven Eric Runyan
ser@kgrlaw.com

Stephen E. Schilling
seschilling@strausstroy.com

Suzanne M Shehan
suzanne.shehan@kutakrock.com

Amanda Dalton Stafford
ads@kgrlaw.com

Matthew R. Strzynski
indyattorney@hotmail.com

Kevin M. Toner
kevin.toner@faegrebd.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Jennifer Watt
jwatt@kgrlaw.com

Sean T. White
swhite@hooverhull.com

James T. Young
james@rubin-levin.net

US.54616810.02

I further certify that on September 9, 2014, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II
tra@rgba-law.com

                                                    /s/ Harmony Mappes

US.54616810.02