# EXHIBIT #1

Case 10-93904-BHL-11   Doc 2639-1   Filed 09/09/14   EOD 09/09/14 15:44:09   Pg 1 of 4

**SO ORDERED: May 23, 2013.**

_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| _____ | ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE | ) | |
| OF EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 12-59146 |
| v. | ) | |
| | ) | |
| WEST KENTUCKY LIVESTOCK MARKET, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFAULT JUDGMENT</u>**

Defendant, West Kentucky Livestock Market, LLC, having failed to plead or otherwise defend in this action, and default having been entered, now, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of $204,673.55,

that Defendant is not in the military service of the United States and is not a minor or incompetent person; it is hereby **ORDERED, ADJUDGED AND DECREED**, that Plaintiff recover from Defendant the sum of $204,673.55 plus costs of this action.

###

# Notice Recipients

District/Off: 0756–4    User: edixon    Date Created: 5/23/2013
Case: 12–59146    Form ID: pdfOrder    Total: 5

**Recipients of Notice of Electronic Filing:**
aty    Kayla D. Britton    kayla.britton@faegrebd.com
aty    Shawna M Eikenberry    shawna.eikenberry@faegrebd.com
aty    Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com
aty    Wendy W Ponader    wendy.ponader@faegrebd.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    West Kentucky Livestock Market, LLC    c/o Tommy Gibson    7536 Tandy Rd    Lanesville, IN 47136

TOTAL: 1