# EXHIBIT #2

## WEST KENTUCKY LIVESTOCK MARKET, LLC

### General Information

| | |
|---|---|
| Organization Number | 0574642 |
| Name | WEST KENTUCKY LIVESTOCK MARKET, LLC |
| Profit or Non-Profit | P - Profit |
| Company Type | KLC - Kentucky Limited Liability Company |
| Status | I - Inactive |
| Standing | B - Bad |
| State | KY |
| File Date | 12/19/2003 |
| Organization Date | 12/19/2003 |
| Last Annual Report | 12/30/2009 |
| Principal Office | 534 JUSTICE LANE<br>PROVIDENCE, KY 42450 |
| Reg. Agent Resigned | 12/3/2010 |
| Managed By | Members |

### Current Officers

| | |
|---|---|
| Member | THOMAS P GIBSON |

### Individuals / Entities listed at time of formation

| | |
|---|---|
| Organizer | THOMAS P. GIBSON |

### Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Agent Resignation | 12/3/2010 | 1 page | tiff | PDF |
| Administrative Dissolution | 11/2/2010 | 1 page | PDF | |
| Reinstatement | 3/23/2010 | 4 pages | tiff | PDF |
| Administrative Dissolution | 11/1/2008 | 1 page | PDF | |
| Statement of Change | 10/4/2007 | 1 page | tiff | PDF |
| Annual Report | 9/10/2007 | 1 page | PDF | |
| Statement of Change | 1/29/2007 | 1 page | tiff | PDF |
| Annual Report | 2/7/2006 | 1 page | tiff | PDF |
| Annual Report | 3/30/2005 | 1 page | tiff | PDF |
| Annual Report | 7/29/2004 | 1 page | tiff | PDF |
| Articles of Organization | 12/19/2003 | 1 page | tiff | PDF |

### Assumed Names

### Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Agent name / address removed | 1/6/2011 10:53:52 AM | 1/6/2011 10:53:52 AM | |

| | | |
|---|---|---|
| Agent resign date added | 12/3/2010 11:12:21 AM | 12/3/2010 |
| Admin Dis. A. report not in | 11/2/2010 | 11/2/2010 |
| Reinstatement | 3/23/2010 2:58:59 PM | 3/23/2010 |
| Admin Dis. A. report not in | 11/1/2008 | 11/1/2008 |
| Registered agent address change | 10/4/2007 9:36:24 AM | 10/4/2007 |
| Annual report | 9/10/2007 11:25:30 AM | 9/10/2007 11:25:30 AM |
| Registered agent address change | 1/29/2007 7:36:41 AM | 1/29/2007 |
| Annual report | 2/7/2006 12:00:26 PM | 2/7/2006 |
| Principal office change | 8/11/2004 3:37:06 PM | 8/11/2004 |
| Add | 12/19/2003 12:13:13 PM | 12/19/2003 |

**Microfilmed Images**

**Microfilm images are not available online. They can be ordered by faxing a Request For Corporate Documents to the Corporate Records Branch at 502-564-5687.**

| | | |
|---|---|---|
| Annual Report | 3/21/2005 | 1 page |
| Annual Report | 10/11/2004 | 1 page |
| Principal Office Address Change | 8/11/2004 | 1 page |
| Articles of Organization | 12/19/2003 | 1 page |

**KENTUCKY SECRETARY OF STATE**
**P.O.BOX 718**
**FRANKFORT, KY 40602**

**0574642**



First Class Mail
US Postage Paid
Frankfort, KY
Permit No. 888

### Certificate of Dissolution

I, Trey Grayson, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the Office of the Secretary of State,

### WEST KENTUCKY LIVESTOCK MARKET, LLC

did not file its 2010 annual report within sixty days after it was due. Accordingly, the Secretary of State administratively dissolved the limited liability company on November 2, 2010.

**IMPORTANT NOTICE**

**WEST KENTUCKY LIVESTOCK MARKET, LLC**
**534 JUSTICE LANE**
**PROVIDENCE KY 42450**



Trey Grayson
Secretary of State

|  | 0574642.06 | darmstrong AGD |
|---|---|---|
|  | Trey Grayson, Secretary of State Received and Filed: 12/3/2010 11:12 AM Fee Receipt: $0.00 | |



## COMMONWEALTH OF KENTUCKY
## TREY GRAYSON, SECRETARY OF STATE

**Division of Corporations
Business Filings**
PO Box 718
Frankfort, KY 40602
(502) 564-3490
www.sos.ky.gov

**Statement of Resignation of Registered Agent**    **SRA**
(Domestic or Foreign Business Entity)

Pursuant to the provisions of KRS Chapter 271B, 273, 275 362 or 386, the undersigned applies for resignation of registered agent and, for that purpose, submits the following statements:

1. I, _Mark S. Fenzel of Middleton Reutlinger_, do hereby
   ☒ resign as registered agent; and/or
   ☒ discontinue the registered office address

2. The business entity which I am resigning from is _West Kentucky Livestock Market, LLC_
   (The name must be identical to the name on record with the Secretary of State.)

3. The business is:
   ☐ a corporation (KRS 271B, KRS 273 or KRS 274);
   ☒ a limited liability company (KRS 275);
   ☐ a limited partnership (KRS 362);
   ☐ a limited liability partnership (KRS 362); or
   ☐ a business trust (KRS 386)

4. The business entity was organized and existing in the state or country of  Kentucky

5. The mailing address of the resigning agent:

| 2500 Brown & Williamson Tower | Louisville | KY | 40202 |
|---|---|---|---|
| Street Address or Post Office Box Numbers | City | State | Zip Code |

6. The agency appointment shall be terminated and the registered office discontinued, if so provided, on the 31st day after the date on which the statement is filed.

I declare under penalty of perjury under the laws of Kentucky that the forgoing is true and correct.

_/s/ Mark S. Fenzel_        Mark S. Fenzel        November 23, 2010
Signature of Registered Agent    Printed Name        Date

(09/09)