# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES A. KNAUER, as Trustee for All Persons Making Claims Against Capitol Indemnity Corp. Bond No. 785636,<br><br>Plaintiff,<br><br>v.<br><br>T. HAROLD MARTIN,<br>BRACK D. BRISCOE,<br>SUPERIOR LIVESTOCK AUCTION, INC.,<br>JOPLIN REGIONAL STOCKYARD, INC.,<br><br>Defendants. | CASE NO. 4:11-cv-00144-SEB-WGH |

**ORDER APPROVING TRUSTEE'S MOTION
TO MAKE FINAL DISTRIBUTION OF BOND PROCEEDS**

This matter comes before the Court on the *Trustee's Motion to Make Distribution* (the "Distribution Motion") filed on February 27, 2014. The Court having considered the Distribution Motion now finds that all claims against the Bond have been finally adjudicated, and all rights to object have been extinguished, and it is, therefore,

ORDERED, that the Clerk of the Court shall pay over to the Bond Trustee all remaining funds being held in the Court's registry under this Cause Number;

FURTHER ORDERED, that the Trustee shall hold such funds in a non-interest bearing bank account until distribution;

FURTHER ORDERED, that the Trustee is authorized to distribute such remaining funds to the Claimants on a pro rata basis according to the schedule of approved claims as shown on **Exhibit A** which is attached to the Distribution Motion;

FURTHER ORDERED, that all checks processed for the pro rata distribution shall be endorsed with the legend: "Void after 90 days";

FURTHER ORDERED, that in the event any Bond Proceeds are remaining as a

result of uncashed checks 90 days after issuance, the Bond Trustee may use the remaining Bond Proceeds to make a subsequent pro rata distribution unless, in the Bond Trustee's discretion, the cost of distributing the funds would exceed the amount of available funds; in which case the Trustee may donate the remaining Bond Proceeds to the National Cattlemen's Beef Association; and

FURTHER ORDERED, that upon distribution of all such funds, the Bond Trustee shall file an accounting with the Court.

*SO ORDERED.*

Date: 02/28/2014

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Electronically registered counsel of record via ECF

and

MID-KENTUCKY LIVESTOCK MARKET, LLC
Charles R. Morrison, Member
P.O. Box 134
Upton, KY 42784