UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JAMES A. KNAUER, CHAPTER 11 | ) | |
| TRUSTEE OF EASTERN LIVESTOCK CO., | ) | |
| LLC | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 14-59019 |
| | ) | |
| C. B. GILBERT a/k/a CLARENCE GILBERT, | ) | |
| d/b/a 3 G CATTLE CO., and 3 G CATTLE | ) | |
| CO., | ) | |
| | ) | |
| Defendants | ) | |

## ANSWER AND COUNTER-CLAIM

### ANSWER

Comes C. B. Gilbert, a/k/a Clarence Gilbert, d/b/a 3 G Cattle Co., hereinafter referred to as "Gilbert", by counsel, and for his Answer states:

### Defense I in regard to Jurisdiction and Parties

1. Gilbert lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 2, 3, 4, 5, 6, 7, 8 and 9 of the Plaintiff's Complaint and therefore neither denies or admits those allegations, the Court record will speak for itself;

2. Gilbert admits the allegations contained in numerical paragraphs 10 and 11 of the Plaintiff's Complaint;

3. Gilbert denies so much of the allegations contained in numerical paragraph 12 of the

Plaintiff's Complaint as alleged Gilbert was a supplier or vendor of the Debtor but admits Gilbert had a business relationship of hauling cattle for the Debtor;

4. Gilbert admits in regard to numerical paragraph 13, that from April 25, 2008 through April 1, 2010, Gilbert received loans and/or advances from the Debtor, as would appear to be evidenced by copies of checks attached as Exhibit A to the Complaint, but is uncertain that the amounts were at least $26,800.00 and therefore denies that allegation;

5. Gilbert denies the allegations contained in numerical paragraph 14 of the Plaintiff's Complaint that as of June 30, 2014, Gilbert owed ELC $19,700.00.

## Defense II in regard to Count I

Gilbert restates and reiterates his Answer previously set forth herein and states:

1. Gilbert admits certain loans and/or advances were made to the debtor with the understanding that they would be repaid;
2. Gilbert denies that Gilbert has failed to repay the loans and/or advances;
3. Gilbert denies numerical paragraphs 19, 20 and 21.

## Defense III in regard to Count II

Gilbert restates and reiterates his Answer previously set forth herein and states:

1. Gilbert denies he has been unjustly enriched;
2. Gilbert denies he is indebted to the Debtor for $19,700.00 or more, plus interest.

## Defense IV

Gilbert restates and reiterates his Answer previously set forth herein and states:

1. Gilbert denies any and all other allegations not otherwise addressed.

## Affirmative Defenses

Gilbert pleads as Affirmative Defenses: latches, estoppel, statute of limitations, lack of notice or demand by the Debtor that there were outstanding amounts owed, payment and/or set off for money Gilbert is owed by the Debtor, which may constitute a priority claim.

WHEREFORE, Gilbert respectfully requests:

1. That the Plaintiff's Complaint be dismissed at Plaintiff's cost, or in the alternative,
2. For a trial by jury on all issues so triable by a jury in this Court, otherwise, for trial by the Court on all issues so triable;
3. For his costs herein expended, if any;
4. For reasonable attorney's fees, which may be allowed by law;
5. To all other relief to which he may be entitled including leave to amend this Answer as the evidence may warrant.

## COUNTER-CLAIM

Comes C. B. Gilbert, a/k/a Clarence Gilbert, d/b/a 3 G Cattle Co. herein referred to as "Gilbert" and herein asserts a claim against the Plaintiff, Eastern Livestock Co., LLC, hereinafter referred to as "ELC" as follows:

1. That Gilbert hauled livestock for the Debtor for which he was to receive compensation for those services.
2. That Gilbert did not receive compensation for all the services he rendered, particularly in regard to the amount of $8,147.97, as evidenced by checks he received that were returned copies of which are set forth in a Proof of Claim dated November 18, 2013, a copy of which is filed as Exhibit A and incorporated by reference, consisting of 15 pages, for which Gilbert herein asserts a claim, in addition to any other amounts that it is determined through this litigation Gilbert may be entitled to for the services he rendered but for which he was not paid, which may constitute a priority claim.

WHEREFORE, Gilbert demands:

1. Judgment against the Plaintiff for any amounts that is determined that Gilbert is owed;
2. For a trial by jury on all issues so triable by a jury in this Court, otherwise, for trial by the Court on all issues so triable;
3. For his costs herein expended, if any;

4. For reasonable attorney's fees, which may be allowed by law;

5. To all other relief to which he may be entitled including leave to amend this Counter-Claim as the evidence may warrant.

JOHN D. DALE, JR.
Attorney for Clarence Gilbert
P. O. Box 494
Taylorsville, KY 40071
(502) 477-2296

## CERTIFICATION

I hereby certify that a true copy of the foregoing Answer and Counter-Claim of Clarence Gilbert was mailed to **Amanda D. Stafford, James Lauck, and Jay P. Kennedy**, Attorneys of Kroger, Gardis & Regas, LLP, Attorneys for James A. Knauer, Trustee, 111 Monument Circle, Suite 900, Indianapolis, IN 46204-5125 this the 13th day of August, 2014.

JOHN D. DALE, JR.

Exhibit A

OMB CONTROL NO. 0580-0015

| U.S. Department of Agriculture<br>Grain Inspection, Packers and<br>Stockyards Administration<br>Packers and Stockyards<br>Program | Proof of Claim Under:<br>1. Surety Bond, (Clause 2, 3, or 4)<br>2. Trust Fund Agreement, (Clause 2, 3, or 4)<br>3. Trust Agreement, (Clause 2, 3, or 4)<br>Issued Under Provisions of The Packers and<br>Stockyards Act, 1921, as Amended and Supplemented |
|---|---|

State of (1) __KENTUCKY__

County (2) __SPENCER__

As the undersigned, I, (3) __CLARENCE  B.  GILBERT__ (full name of claimant)

Of (4) __4374 BLOOMFIELD RD  TAYLORSVILLE  KY  40071__ (5) __502-477-8732__
(complete mailing address)                                                  (phone: home, cell)

_____
(other contact information: fax number, email address)

being duly sworn, depose and state:

I make this claim to (6) __Capitol Indemnity Corporation__
(name of trustee or surety)

Select One:

☒ under the bond issued by the (7a)
__Capitol Indemnity Corporation__
(name of surety company)

☐ under the Trust Fund Agreement with security held by (7b)
_____
(depository, if one named)

☐ under the Trust Agreement with letter of credit held by (7c)
_____
(name of trustee)

on behalf of (8) __Eastern Livestock Co., LLC__
(full name and address of principle named in bond or trust agreement)
__135 West Market St., New Albany, IN  47150__

in the amount of (9) _____. due and owing for livestock purchased by

(10) __Eastern Livestock Co., LLC  135 West Market St.__
(full name and address of buyer) Clause 2, 3, or 4    __New Albany, IN  47150__

for his own account or as a market agency buying livestock on a commission basis. This

Form P&SP 2120                          01/30/09                          Page 1 of 3

OMB CONTROL NO. 0580-0015

claim is based on the following described livestock which was purchased by

(11) _____Eastern Livestock Co., LLC_____
         (name of buyer) Clause 2, 3, or 4

(12) **SEE ATTACHED CLAIM SHEET OF HAULER**

| Date of Sale | Number of Head | Description of Livestock | Amount |
|---|---|---|---|
|  |  |  | $ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Attached and made a part of this claim are copies of the account of purchase and other documents covering the livestock transaction, such as copies of checks issued and unpaid for the livestock purchased by:

(13) _____Eastern Livestock Co., LLC_____
         (name of buyer) Clause 2, 3, or 4

and other documents indicating the sale of the livestock in question to such purchaser for which payment has not been made. (*If full and complete documents of the transaction are not available or if these papers have become lost or destroyed, the claimant should insert a statement below of the facts:*)

(14) _____
_____
_____
_____
_____

Form P&SP 2120             01/30/09             Page 2 of 3

OMB CONTROL NO. 0580-0015

None of the claimed amounts has been paid, and there are no setoffs or counterclaims to the same.

I hereby authorize the Grain Inspection, Packers and Stockyards Administration, Packers and Stockyards Program to release this proof of claim form and all of the attached supporting documents to the trustee or other interested parties to facilitate the processing of my claim.

(15) _Clarence B Gilbert_
(signature and title of claimant)

(16) Subscribed and sworn to before me this _18_ day of _Nov_, 20_10_.

(17) _Shelia Hauck_

(18) Notary Public for the State of _Kentucky_

(19) Residing at _Bullitt C. - 1340 Hwy 44 East Mt. Washington Ky 40047_

My commission expires

(20) _2-22-2012_ (seal)

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0580-0015. The time required to complete is estimated to average 30 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

Instructions to Complete
Proof of Claim under Surety Bond
*Clause Two, Three and Four*
Form P&SP-2120

When you, as a livestock seller, have not received payment for livestock sold use this form to submit a claim against the livestock buyer's bond.

Mail two copies of the completed notarized form with accompanying documentation, to the regional office of the Packers and Stockyards Program as listed below. The states covered by each regional office are listed below their address. A copy should be retained for the complainant's files.

| Regional Offices of the Packers and Stockyards Program Grain Inspection, Packers and Stockyards Administration | | |
|---|---|---|
| Eastern Regional Office<br>Suite 230<br>75 Spring Street<br>Atlanta, GA 30303-3308<br>Telephone: (404) 562-5840<br>FAX: (404) 562-5848<br>e-mail:<br>PSPAtlantaGA.GIPSA@usda.gov | Western Regional Office<br>One Gateway Centre<br>3950 Lewiston St., Suite 200<br>Aurora, CO 80011-1556<br>Telephone: (303) 375-4240<br>FAX: (303) 371-4609<br>e-mail:<br>PSPDenverCO.GIPSA@usda.gov | Midwestern Regional Office<br>Room 317<br>210 Walnut Street<br>Des Moines, IA 50309-2110<br>Telephone: (515) 323-2579<br>FAX: (515) 323-2590<br>e-mail:<br>PSPDesMoinesIA.GIPSA@usda.gov |
| States Covered | States Covered | States Covered |
| AL, AR, CT, DC, DE, FL, GA, LA, MA, MD, ME, MS, NC, NH, NJ, NY, PA, RI, SC, TN, VA, VT, WV | AK, AZ, CA, CO, HI, ID, KS, MT, NM, NV, OK, OR, TX, UT, WA, WY | IA, IL, IN, KY, OH, MI, MO, MN, ND, NE, SD, WI |

If you have questions regarding completion of any portion of the bond claim form, please contact the Regional Office that covers the state where you reside for assistance.

In most instances, the regional office of the Packers and Stockyards Program will complete line numbers 6, 7, 8, 10, and 11. This is not a requirement, and the claimant may complete those items of the form.

The claimant(s) must complete line numbers 1, 2, 3, 4, 5, 9, 12, 13, and 14, and must sign line 15.

A NOTARY PUBLIC must complete line numbers 16, 18, 19 and 20, and sign line 17.

| Line No. | Subject | Instruction |
|---|---|---|
| 1. | State | Enter the state where you live. |
| 2. | County | Enter the county where you live. |
| 3. | Full Name of Claimant | Enter your full name or your firm's name, respectively, as the person(s)/firm making claim against the Principal's bond. |
| 4. | City | Enter the city where you live. |
| 5. | State | Enter the state where you live. |
| 6. | Name of Trustee (if applicable) | If a trustee has been named on the referenced bond, enter that name as listed on the bond on file with the Packers and Stockyards Program. If a trustee is not required on the bond, enter "None Named", or leave this item blank. If you do not know the name of the trustee, or whether a trustee is required for the referenced bond, contact the regional office of the Packers and Stockyards Program that covers your state. |

| Line No. | Subject | Instruction |
|---|---|---|
| 7. | Name of Surety Company | Enter the name of the surety company that wrote the bond for the Principal. If you do not know the name of the surety, contact the regional office of the Packers and Stockyards Program that covers your state. |
| 8. | Full Name and Address of Principal Named in Bond | Enter the name of the Principal, as listed on the bond form. Include the Principal's full address. If you do not know the name of the Principal, contact the regional office of the Packers and Stockyards Program that covers your state. |
| 9. | Amount of Claim | Enter the amount you are claiming against the Principal's bond. Be reminded that you may only file your claim for the amount of livestock sold, or other lawful charges, as allowed by 9 CFR 201.33 issued under the Packers and Stockyards Act, 1921, as amended and supplemented. |
| 10. | Full Name and Address of Buyer | Enter the full name and address of the buyer that purchased the livestock. In many cases, this will be the same information as in Item 8. However, the buyer may be a person/firm otherwise not listed on the referenced bond. The buyer may be a packer buyer purchasing livestock under the packer's bond, a clearee purchasing livestock under a clearing agency bond, or an employee of a registered firm purchasing livestock for said firm. |
| 11. | Name of Buyer | Enter the name of the buyer that purchased the livestock. This will be the same information as Item 10. |
| 12. | Date of Sale, Number of Head, Description of Livestock, Purchase Price | Using the invoice(s) provided by you, as the seller, or the buyer, enter each of the date(s) the livestock was purchased, the number of head purchased, what type of livestock was purchased, and the amount the livestock was purchased for. |
| 13. | Name of Buyer | Enter the name of the buyer that purchased the livestock from you, and took possession of said livestock. |
| 14. | Statement of Facts | Attach copies of the invoices and/or other documents covering the livestock transaction, copies of checks issued and unpaid for the livestock, and other instruments indicating the delivery of the livestock. If the documents for the transaction(s) are incomplete or unavailable, enter a statement of facts of the transaction(s) in this section. |
| 15. | Signature and Title of Claimant | Sign the claim form and enter your title, if applicable. |
| A Notary Public must complete Items 16, 17, 18, 19 and 20. | | |
| 16. | Subscribed and Sworn | Enter the date, month, and year the Notary signed the bond claim. |
| 17. | Signature | The Notary must sign line 17. |
| 18. | Notary Public for the State of | Enter the state where the Notary is licensed. |
| 19. | Residing at | Enter the city where the Notary lives. |
| 20. | My Commission expires | Enter the date the Notary's commission expires. |

**THIS CLAIM MUST BE NOTARIZED BEFORE SUBMITTING TO THE DEPUTY ADMINISTRATOR, PACKERS AND STOCKYARDS PROGRAM.**

C. B. GILBERT

HAULER FOR EASTERN LIVESTOCK

LOADS UNPAID/RETURNED CHECKS

1. 10/15/10
   Coffeeville, Missouri and Coffeeville, Kansas to
   Beemer, Nebraska
   Dinkleg Feeders     72 Heifers                    $ 902.87

2. 10/26/10
   Lexington, Kentucky to
   Sibley, Iowa
   Paul Feldcamp       62 Steers                     $2,356.26

3. 10/29/10
   Marion, Kentucky to
   Hedley, Texas
   Cattleman's II      96 Heifers                    $2,182.21

4. 11/3/10
   Lexington, Kentucky to
   Yuma, Colorado
   JBS – Five Rivers   73 Heifers                    $2,706.63

   Total                                             $8,147.97

CAll 8am    806-856-5984
            MARION KY
**Eastern Livestock Co., LLC** 877-781-7261   Date 10-29-1(

Ship To: CAttleman's II, Hedley, TX.   Total Head 96- hfrs

| Top Nose | Top | Top Rear |
|---|---|---|
| Pen No. | Pen No. | Pen No. |
| Bottom Nose | Bottom | Bottom Rear |
| Pen. No. | Pen. No. | Pen No. |

TIME LOADED
TIME UNLOADED

Trucker C.B. Gilbert    CB
Delivered To: _____   Received By: Dory Norman

Eastern Livestock Co., LLC  _COFFIEVILLAG_  Date _10-15-10_

Ship To: _DINKLE JF FEEDER BEEMER NE_  Total Head _72 HEIFERS_

| | Top Nose | Top | | Top Rear |
|---|---|---|---|---|
| | Pen No. | Pen No. _14_ | _15_ | Pen No. |
| | Bottom Nose | Bottom | | Bottom Rear |
| | Pen. No. _7_ | Pen. No. _15_ | _14_ | Pen No. _7_ |

TIME LOADED ___
TIME UNLOADED ___

Trucker _3 G CATTLE CO  CB  2-115_

Delivered To: _____   Received By: _Jeremy [signature]_

**Eastern Livestock Co., LLC** _Length_

Date _____

Ship To: Paul Fieldcamp ½ Sibly down

Total Head: 62 ST

| | | |
|---|---|---|
| Top Nose<br><br>Pen No. | Top<br><br>Pen No.<br>13 / 12 | Top Rear<br><br>Pen No. |
| Bottom Nose<br>6<br>Pen. No. | Bottom<br><br>Pen. No.<br>12 / 13 | Bottom Rear<br>6<br>Pen No. |

TIME LOADED ____  TIME UNLOADED ____

Trucker: CB Goblet / Bob Platt

Delivered To: 712-461-1079

Received By: 523/524



YUMA FEEDLOT　　　　　　　　　TICKET:　**720862**
JBS FIVE RIVERS CATTLE FEEDING LLC
38002 COUNTY RD N
YUMA　　　　　　CO　80759
FED I.D. #　　26-0111691
PHONE　　　　970-848-5861

**Driver Copy**

| | | | |
|---|---|---|---|
| Date | 11/3/2010 | Ticket | 720862 |
| Customer | J & F Cattle | Contract | H |
| Address | Loveland , CO | Lading | LEXINGTON KY |
| Trucker | 2 3G | Sample | 31597 |
| Commodity | Heifers | Weighed By | SL73 |

| Scale | | Origin | Deductions |
|---|---|---|---|
| 79280 | Gross | 11/3/2010 5:43:54 PM　0 | |
| 33620 | Tare | 11/3/2010 6:05:19 PM　0 | |
| 45660 | Net | 0 | |
| 0 | Dock | | |
| 45660 | PayWt | | |

```
NOTICE OF CHARGE BACK ITEMS                                    DATE: 11/10/10

        AMOUNT ACTION         CHARGE   PAYOR NAME/REASON FOR RETURN
        902.87 CHRGD BACK        .00   Refer To Maker/Lee Eastern Liv
      4,538.47 CHRGD BACK        .00   Refer To Maker/Lee Eastern Liv
                                       ACCOUNT NUMBER:          1062158
                                          CHARGE BACKS:        5,441.34
                                              CHARGES:             .00




3-G CATTLE CO                          The Peoples Bank
% C B GILBERT                          23 West Main St.
4374 BLOOMFIELD ROAD                   P O Box 369
TAYLORSVILLE KY 40071-9004             Taylorsville KY 40071-0000
```



# The Peoples Bank

## IMPORTANT INFORMATION ABOUT YOUR CHECKING ACCOUNT
### Substitute checks and Your Rights

**What is a substitute check?**

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?**

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest of the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to **$2500.00** of your refund (plus interest if your account earns interest) within **10** business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than **45** calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?**

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at **The Peoples Bank, P.O. Box 369, Taylorsville, KY 40071-0369 or call (502) 477-2244.** You must contact us within **40** calendar days of the date we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include-
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check **and** the following information to help us identify the substitute check: **the check number, the name of the person to whom you wrote the check, and the amount of the check.**





# The Peoples Bank

## IMPORTANT INFORMATION ABOUT YOUR CHECKING ACCOUNT
### Substitute checks and Your Rights

**What is a substitute check?**

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?**

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest of the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to **$2500.00** of your refund (plus interest if your account earns interest) within **10** business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than **45** calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?**

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at **The Peoples Bank, P.O. Box 369, Taylorsville, KY 40071-0369 or call (502) 477-2244.** You must contact us within **40** calendar days of the date we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include-
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check **and** the following information to help us identify the substitute check: **the check number, the name of the person to whom you wrote the check, and the amount of the check.**



12:02 PM
07/28/14
Accrual Basis

# CB and Nannie Gilbert
## Transactions by Account
### All Transactions

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Loan From Employer** | | | | | | | | |
| Deposit | 1/30/2008 | | Eastern | Deposit | | Checking Acc... | 3,500.00 | 3,500.00 |
| Deposit | 12/4/2009 | | Eastern | Deposit | | Checking Acc... | 15,500.00 | 19,000.00 |
| General Journal | 12/31/2010 | 54 | | | | | -19,000.00 | 0.00 |
| **Total Loan From Employer** | | | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | | | 0.00 | 0.00 |

Page 1