UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10−93904−BHL−11**

# NOTICE OF DEFICIENT FILING

The Answer to Complaint and Counterclaim, which was filed on September 10, 2014, is deficient in the following respect(s):

    Filed in incorrect case. Re−file in adversary proceeding.

The above−cited deficiencies must be corrected by September 24, 2014 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: September 10, 2014

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court