## Notice Recipients

District/Off: 0756–4 | User: cathy | Date Created: 9/10/2014
Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty          John D Dale, Jr.          Johndaleatty@msn.com

TOTAL: 1