UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that, effective immediately, Daniel J. Donnellon is now affiliated with Bingham Greenebaum Doll LLP, 2350 First Financial Center, 255 East Fifth Street, Cincinnati, OH 45202 and his new e-mail address is ddonnellon@bgdlegal.com.  Mr. Donnellon, and Bingham Greenebaum Doll LLP (Cincinnati) will continue to represent The First Bank and Trust Company in all proceedings related to this action in accordance with the prior notice of appearance.  All future pleadings and correspondence should be directed to Mr. Donnellon at this address.

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon *(pro hac vice)*
BINGHAM GREENBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, OH  45202
Telephone: (513) 455-7610
Facsimile: (513) 762-7910

ATTORNEYS FOR THE FIRST BANK
AND TRUST COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2014, I electronically filed the foregoing Notice of Change of Address with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Daniel J. Donnellon
Daniel J. Donnellon