UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-93904-BHL-11 |
| EASTERN LIVESTOCK CO., LLC, | : | (Judge Basil H. Lorch III) |
| Debtor. | : | |
| | : | **MOTION OF STEPHEN A. WEIGAND TO WITHDRAW AS COUNSEL** |
| | : | |
| | : | |

Pursuant to S.D. Ind. B-9010-1(c), Stephen A. Weigand of the law firm Faruki Ireland & Cox P.L.L. moves this Court for an order granting leave to withdraw as counsel for The First Bank and Trust Company ("First Bank") in all proceedings related to this action. First Bank will continue to be represented by Daniel J. Donnellon, now affiliated with Bingham Greenebaum Doll LLP (see Notice of Change of Address [Doc. No. 2646]), along with John R. Carr III and Bret Clement of the law firm Ayres Carr & Sullivan, P.C.

Respectfully submitted,

/s/ Stephen A. Weigand
Stephen A. Weigand, pro hac vice
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: sweigand@ficlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 26th day of September, 2014, I electronically filed the foregoing Motion of Stephen A. Weigand to Withdraw as Counsel with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Stephen A. Weigand
Stephen A. Weigand