SO ORDERED: September 29, 2014.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2014)

In re:

**Eastern Livestock Co., LLC**,
      Debtor(s).

Case No. **10−93904−BHL−11**

## ORDER

A(n) Motion to Withdraw as Attorney was filed on September 26, 2014, by Stephen A. Weigand.

**IT IS ORDERED** that the Motion to Withdraw as Attorney is **GRANTED**.

Attorney for Creditor First Bank and Trust Company, The must distribute this order.

###