**SO ORDERED: October 1, 2014.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING
VERIFIED MOTION TO ORDER BOND TRUSTEE TO TURN OVER
WEST KENTUCKY LIVESTOCK MARKET'S BOND CLAIM PAYMENT
TO EASTERN LIVESTOCK BANKRUPTCY TRUSTEE**

This matter comes before the Court on the *Verified Motion To Order Bond Trustee To Turn Over West Kentucky Livestock Market's Bond Claim Payment To Eastern Livestock Bankruptcy Trustee* (the "Motion"), filed herein by James Knauer, Chapter 11 Trustee for Eastern Livestock Co. LLC ("Bankruptcy Trustee").  The Motion requests that the Court enter an Order directing James Knauer in his capacity as Eastern Livestock USDA Bond Trustee ("Bond Trustee") to turn over the $7,398.88 bond claim payment otherwise due to West Kentucky Livestock Market, LLC ("West Kentucky") to the Bankruptcy Trustee for the benefit of the Eastern Livestock estate and in partial satisfaction of this Court's $204,673.55 judgment

against West Kentucky.

IT IS THEREFORE ORDERED AND ADJUDGED that the Bond Trustee shall immediately turn over the $7,398.88 bond claim payment otherwise due to West Kentucky to the Bankruptcy Trustee for the benefit of the Eastern Livestock bankruptcy estate and in partial satisfaction of the Bankruptcy Trustee's $204,673.55 judgment against West Kentucky.

###