## Detail Fee Transaction File List
### Wimberly Lawson Wright Daves & Jones, PLLC

| Client | Trans Date | Atty | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 13559.00001 Eastern Livestock Co., LLC** | | | | | | | | | |
| 13559.00001 | 07/11/2014 | MCM | A | 1 | 180.00 | 0.30 | 54.00 | Telephone conference with attorney for Trustee regarding case status. | ARCH |
| 13559.00001 | 07/11/2014 | MCM | A | 30 | 180.00 | 0.20 | 36.00 | Prepare electronic communication to D. Deneal re: update. | ARCH |
| 13559.00001 | 07/25/2014 | MCM | A | 30 | 180.00 | 0.80 | 144.00 | Work on discovery issues related to D. Hawkins, prepare Motion to file with Court re: pending discovery and prepare correspondence to Hawkins' attorney re: contact. | ARCH |
| 13559.00001 | 08/08/2014 | MCM | A | 30 | 180.00 | 0.20 | 36.00 | Receive/review correspondence from Attorney Bowlin re: contacts. | ARCH |
| 13559.00001 | 08/14/2014 | MCM | A | 30 | 180.00 | 1.10 | 198.00 | Finalize motions re: discovery issues. | ARCH |
| 13559.00001 | 10/09/2014 | MCM | P | 30 | 180.00 | 1.80 | 324.00 | Finalize discovery for filing, admissions, interrogatories and motions re: same. | 23 |
| 13559.00001 | 10/10/2014 | MCM | P | 30 | 180.00 | 0.50 | 90.00 | Finalize documents for filing. | 24 |
| 13559.00001 | 10/10/2014 | MCM | P | 30 | 180.00 | 0.30 | 54.00 | Prepare electronic communication to D. DeNeal re: status. | 25 |

| Total for Client ID 13559.00001 | | | Billable | 5.20 | 936.00 | Eastern Livestock Co., LLC Post-Bankruptcy work |
|---|---|---|---|---|---|---|

**GRAND TOTALS**

| | Billable | 5.20 | 936.00 |
|---|---|---|---|


EXHIBIT A