| Client | Trans Date | Atty | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 13559.00001 Eastern Livestock Co., LLC | | | | | | | | |
| 13559.00001 | 04/15/2014 | MCM | A | 122 | 0.200 | 3.00 | Photocopying | ARCH |
| 13559.00001 | 04/30/2014 | MCM | A | 241 | | 12.14 | Westlaw research (2309.0000) Westlaw | ARCH |
| 13559.00001 | 10/03/2014 | MCM | P | 122 | 0.200 | 9.40 | Photocopying | 7 |
| 13559.00001 | 10/07/2014 | MCM | P | 122 | 0.200 | 40.80 | Photocopying | 8 |
| 13559.00001 | 10/09/2014 | MCM | P | 114 | | 19.77 | Postage | 9 |

**Total for Client ID 13559.00001**  Billable  85.11  Eastern Livestock Co., LLC
Post-Bankruptcy work

**GRAND TOTALS**

Billable  85.11

EXHIBIT B