# EXHIBIT "A"

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:     110035-53
INVOICE NO:           5

re: Attorney for Trustee (Special Counsel)

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Prepare for sending **VIA EMAIL**
[ ]**HOLD**/Do not send
[ ]Send only **previous** balance
[ ]**Close** File (only closed if paid in full or balance is written off)
[ ]**Pay** this invoice from **TRUST**
[ ] Other: _____

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| 05/02/2014 JPK | Emails with S. Newbern regarding summary judgment motions and responses. | 175.00 | 0.30 | 973 |
| 05/14/2014 JPK | Participate in meetings ███████ ████████████ Reviewed specific issues relating to clearing contracts and repossessed property.  Draft memorandum to J. Knauer ███████████ | 175.00 | 1.50 | 968 |
| 05/27/2014 JPK | Prepare memorandum to J. Knauer on various settlement cases (1.8).  Reviewed status of settlements ████████████ (.40). | 175.00 | 2.20 | 971 |
| 05/28/2014 JPK | Participate in pretrial hearings. | 175.00 | 2.00 | 970 |
| 06/02/2014 JPK | Review of ███████████████ ████████████ Work with M. Stafford, J. Watt and T. Froelich regarding ████ ████████ | 175.00 | 1.50 | 994 |
| 06/11/2014 JPK | Email with S. Newbern regarding extensions on summary judgment and discovery.  Confer with M. Stafford. | 175.00 | 0.30 | 993 |
| 06/18/2014 JPK | Meet with M. Stafford regarding summary judgment responses.  Brief review of summary |  |  |  |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

Page: 2
November 06, 2014
ACCOUNT NO:    110035-53
INVOICE NO:    5

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | judgment responses. | 175.00 | 0.50 | 976 |
| 06/19/2014 | JPK | Meet with S. Runyan ████████ Reviewed emails from K. Toner ████████ ████████ Follow up on settlements. | 175.00 | 1.00 | 975 |
| 06/23/2014 | JPK | Confer with J. Knauer regarding ████████ ████ Review status of response briefs to motions for summary judgment. | 175.00 | 0.90 | 990 |
| 06/27/2014 | JPK | Review and revision of brief in opposition to motions for summary judgment. | 175.00 | 1.80 | 989 |
| 06/29/2014 | JPK | Reviewed email from M. Stafford. Reviewed revised draft response to motions for summary judgment. | 175.00 | 1.00 | 988 |
| 06/30/2014 | JPK | Reviewed general draft of motion in opposition to summary judgment. Confer with M. Stafford. | 175.00 | 0.50 | 987 |
| 07/09/2014 | JPK | Participate in telephone call with K. Toner and L. DelCotto. | 175.00 | 0.50 | 999 |
| | JPK | Preparation for call with L. DelCotto. Participate in call with L. DelCotto and K. Toner. | 175.00 | 0.80 | 1007 |
| 07/10/2014 | JPK | Reviewed email from K. Toner. Reviewed ████████ | 175.00 | 0.30 | 998 |
| 07/14/2014 | JPK | Confer with M. Stafford. Work on general responses to requests for admissions. Continued review of Ed Edens deposition. | 175.00 | 1.60 | 997 |
| 07/17/2014 | JPK | Confer with M. Stafford regarding status of various settlements. Reviewed settlement notification letters. | 175.00 | 0.40 | 996 |
| 07/18/2014 | JPK | Follow up on final fee applications. Check on notice of objection. | 175.00 | 0.30 | 1005 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:       110035-53

INVOICE NO:              5

re: Attorney for Trustee (Special Counsel)

| | | Rate | HOURS | |
|---|---|---|---|---|
| 07/28/2014 | | | | |
| JPK | Review status of cases with M. Stafford. Participate in pretrial conferences. | 175.00 | 1.00 | 1004 |
| 07/29/2014 | | | | |
| JPK | Follow up on fee application order.  Meet with J. Knauer.  Reviewed outstanding settlement proposals with M. Stafford. | 175.00 | 0.80 | 1003 |
| 07/30/2014 | | | | |
| JPK | Follow up on fee application order. Communication with counsel on fee application order. | 175.00 | 0.30 | 1002 |
| 07/31/2014 | | | | |
| JPK | Review of outstanding fee applications and order.  Email to counsel regarding 20% holdback and preservation of objections. | 175.00 | 0.50 | 1006 |
| 08/04/2014 | | | | |
| JPK | Emails with K. Toner.  Reviewed ███████ ███████████████████ Updated ████████████ | 175.00 | 0.80 | 1033 |
| 08/05/2014 | | | | |
| JPK | Confer with K. Toner regarding ██████ █████████████ | 175.00 | 0.50 | 1032 |
| 08/07/2014 | | | | |
| JPK | Preparation for meeting with T. Hall and K. Toner.  Review and revise ████████ ███████ | 175.00 | 1.20 | 1031 |
| 08/11/2014 | | | | |
| JPK | Meet with T. Hall.  Participate in conference call with R. LeTour.  Meet with J. Knauer. | 175.00 | 1.50 | 1024 |
| 08/12/2014 | | | | |
| JPK | Reviewed emails from K. Goss regarding status updates.  Confer with M. Stafford.  Update M. Stafford ███████████████████ | 175.00 | 0.40 | 1023 |
| 08/13/2014 | | | | |
| JPK | Reviewed call from L. Mason.  Call to L. Mason. Email to M. Stafford. | 175.00 | 0.30 | 1022 |
| 08/14/2014 | | | | |
| JPK | Reviewed emails from K. Toner, T. Hall and J. | | | |

Page: 4

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-53

INVOICE NO:    5

re: Attorney for Trustee (Special Counsel)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | Knauer regarding ███████████ Meet with J. Knauer on ███████████ | 175.00 | 0.60 | 1021 |
| 08/15/2014 | JPK | Email with W. Scott Newbern regarding summary judgment responses. Calendar responses. Reviewed potential settlements in Newbern cases. Confer with J. Knauer. | 175.00 | 0.80 | 1020 |
| 08/18/2014 | JPK | Call with T. Hall. Reviewed message from T. Hall. | 175.00 | 0.40 | 1019 |
| 08/21/2014 | JPK | Confer with J. Knauer ████████████ ██████████ | 175.00 | 0.30 | 1016 |
| 08/22/2014 | JPK | Reviewed briefing of Ft. Payne and others. Confer with M. Stafford. Reviewed proposed settlement amounts. | 175.00 | 0.60 | 1018 |
| 08/25/2014 | JPK | Extensive meeting with T. Hall and K. Toner ██ ████████████ Met with J. Knauer. | 175.00 | 1.50 | 1030 |
| 08/26/2014 | JPK | Review of current status of similar cases. Reviewed email regarding settlement amounts. | 175.00 | 0.80 | 1029 |
| 08/27/2014 | JPK | Extensive meeting with J. Knauer ██████ ██████████████ | 175.00 | 0.60 | 1028 |
| 09/08/2014 | JPK | Reviewed status of ██████████ Reviewed draft response to ordinary course transactions. | 175.00 | 0.60 | 1048 |
| 09/16/2014 | JPK | Analysis of remaining claims with M. Stafford. Meet with J. Knauer regarding ███████ ██████ | 175.00 | 1.20 | 1043 |
| 09/22/2014 | JPK | Prepare for pretrial conferences. Met with M. Stafford. Reviewed potential settlements. | 175.00 | 1.10 | 1042 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

Page: 5
November 06, 2014
ACCOUNT NO:     110035-53
INVOICE NO:              5

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| **09/24/2014** | | | | | | |
| | JPK | Participate in series of pretrial conferences including all S. Newbern conferences.  Separate call with S. Newbern regarding cases.  Analysis of ▮▮▮▮▮▮▮ | 175.00 | 1.30 | | 1041 |
| **09/30/2014** | | | | | | |
| | JPK | Reviewed discovery submitted by S. Newbern.  Reviewed Newbern cases.  Met with M. Stafford on discovery. | 175.00 | 0.60 | | 1049 |
| **10/02/2014** | | | | | | |
| | JPK | Follow up on discovery issues with Newbern.  Confer with M. Stafford on status of discovery bank. | 175.00 | 0.40 | | 1056 |
| **10/03/2014** | | | | | | |
| | JPK | Emails with K. Toner and T. Hall regarding ▮▮▮▮▮▮▮ Met with M. Stafford on discovery responses to Newbern cases. | 175.00 | 0.60 | | 1055 |
| **10/06/2014** | | | | | | |
| | JPK | Review settlements with M. Stafford. | 175.00 | 0.10 | | 1059 |
| **10/08/2014** | | | | | | |
| | JPK | Reviewed discovery from Newbern.  Emails with K. Toner.  Email with T. Hall. | 175.00 | 0.40 | | 1054 |
| **10/22/2014** | | | | | | |
| | JPK | Reviewed messages with M. Stafford and K. Toner regarding ▮▮▮▮▮▮▮ Met with M. Stafford regarding status update on several cases.  Reviewed message from S. Newbern on People's settlement. | 175.00 | 1.60 | | 1053 |
| **10/28/2014** | | | | | | |
| | JPK | Review of document production emails with T. Hall and K. Toner.  Met with M. Stafford on document production. | 175.00 | 0.40 | | 1058 |
| | | Jay P. Kennedy | | 38.60 | 6,755.00 | |
| **06/23/2014** | | | | | | |
| | SER | Discussion with J. Kennedy regarding ▮▮▮▮▮ review materials provided by FBD ▮▮▮▮▮▮▮ | 175.00 | 1.20 | | 982 |
| | | Steven E. Runyan | | 1.20 | 210.00 | |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

Page: 6
November 06, 2014
ACCOUNT NO:    110035-53
INVOICE NO:          5

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 12/09/2013 | | | | | | |
| | JLW | Conference with M. Stafford regarding discovery | 175.00 | 1.30 | | 1061 |
| 12/17/2013 | | | | | | |
| | JLW | Review email from M. Stafford regarding clearing issue | 175.00 | 0.10 | | 1062 |
| 08/07/2014 | | | | | | |
| | JLW | Review ███████████████ | 175.00 | 0.50 | | 1038 |
| 08/27/2014 | | | | | | |
| | JLW | Review ██████████ | 175.00 | 0.50 | | 1039 |
| 08/29/2014 | | | | | | |
| | JLW | Review ███████████████ ██████ Conference with M. Stafford regarding ███████████ | 175.00 | 0.70 | | 1040 |
| | | Jennifer L. Watt | | 3.10 | 542.50 | |
| 05/01/2014 | | | | | | |
| | ADS | Email from H. Mappes with draft deposition transcript of Liz Lynch. | 175.00 | 0.10 | | 965 |
| 05/19/2014 | | | | | | |
| | ADS | Draft email to J. Kennedy, J. Watt, S. Runyan, T. Froelich and J. Isaac ██████████ ██████ deposition protocols. | 175.00 | 0.20 | | 966 |
| 05/20/2014 | | | | | | |
| | ADS | Review/analyze notice of dial in number for telephonic hearings filed by T. Hall. | 175.00 | 0.10 | | 967 |
| 05/27/2014 | | | | | | |
| | ADS | Correspondence with J. Kennedy and J. Watt regarding May 28, 2014 pretrial conferences; review calendar and respond to same regarding court's request for need of Judge Lorch. | 175.00 | 0.20 | | 969 |
| 06/03/2014 | | | | | | |
| | ADS | Work on redactions of statements for fee application. | 175.00 | 1.00 | | 972 |
| | ADS | Meeting with J. Kennedy, T. Froelich and J. Isaac regarding fourth fee application; work on same. | 175.00 | 0.70 | | 981 |
| 06/04/2014 | | | | | | |
| | ADS | Review/analyze invoices and redact same for fourth fee application. | 175.00 | 0.40 | | 980 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| **06/05/2014** | | | | | |
| | ADS | Review/analyze invoices and redact same for fourth fee application. | 175.00 | 3.10 | 979 |
| **06/06/2014** | | | | | |
| | ADS | Review/revise and finalize fourth fee application. Draft language for inclusion in fee application regarding 80/20 holdback.  Assist paralegal in filing same. | 175.00 | 2.50 | 978 |
| **06/12/2014** | | | | | |
| | ADS | Attention to settled preference actions and collection of settlement funds. | 175.00 | 0.50 | 974 |
| **06/23/2014** | | | | | |
| | ADS | Prepare for interviews ████████ ██████████ draft questions to discuss with same.  Confer with Steve Runyan regarding ██████████ | 175.00 | 0.80 | 977 |
| **06/25/2014** | | | | | |
| | ADS | Email from K. Toner with Order Denying Summary Judgment in Fredin Adversary proceeding on clearing issue; review/analyze order. | 175.00 | 0.20 | 995 |
| **06/27/2014** | | | | | |
| | ADS | Attention to hearing date on fee applications; review/revise objection notice for fee application for trustee and KGR; review added language regarding objections. | 175.00 | 0.30 | 991 |
| | ADS | Revise Affidavit of Elizabeth Lynch regarding branch structure and "clearing commission." Telephonic conference with Liz Lynch regarding revisions to affidavit; email from Lynch with signed affidavit. | 175.00 | 1.60 | 992 |
| **07/22/2014** | | | | | |
| | ADS | Draft lengthy email to Shawna Elkenberry and Shiv O'Neil regarding collection procedures and enforcement of judgments obtained in ELC adversary matters. | 175.00 | 0.90 | 1008 |
| **07/23/2014** | | | | | |
| | ADS | Review/analyze open note receivable cases and follow up on status with same.  Confer with J. Kennedy regarding same. | 175.00 | 2.40 | 1009 |

Eastern Livestock Bankruptcy

re: Attorney for Trustee (Special Counsel)

Page: 8
November 06, 2014
ACCOUNT NO:     110035-53
INVOICE NO:          5

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| **07/25/2014** | | | | | |
| | ADS | Review/revise orders granting fee applications for J. Knauer and Kroger Gardis & Regas.  File to legal assistant to file same with court. | 175.00 | 0.30 | 1000 |
| | ADS | Regarding: Monty Koller: | | | |
| | | Receive letter and settlement payment from counsel for Thomas Gibson's trustee, assignment to legal assistant to process check. | 175.00 | 0.20 | 1010 |
| | ADS | Voicemail from Kristin Goss regarding pretrial conferences. | 175.00 | 0.10 | 1011 |
| **07/27/2014** | | | | | |
| | ADS | Email to K. Goss regarding need for judge for status conferences. | 175.00 | 0.10 | 1012 |
| **08/05/2014** | | | | | |
| | ADS | Prepare for and attend ▮▮▮▮ meeting with Terry Hall, Kevin Toner, Jim Knauer, and Jay Kennedy. | 175.00 | 3.10 | 1013 |
| **08/06/2014** | | | | | |
| | ADS | Attention to ▮▮▮▮ Kevin Toner; addition of KGR ▮▮▮▮ request ▮▮▮▮ | 175.00 | 1.20 | 1014 |
| **08/07/2014** | | | | | |
| | ADS | Work on ▮▮▮▮ | 175.00 | 2.90 | 1034 |
| | ADS | Work on closure of multiple note receivable cases and duplicate files due to various d/b/a's and multiple business names; files to legal assistant to close same. | 175.00 | 1.40 | 1035 |
| **08/08/2014** | | | | | |
| | ADS | Lengthy meeting with K. Toner, T. Hall, J. Knauer, and J. Kennedy regarding ▮▮▮▮ | 175.00 | 1.50 | 1036 |
| **08/11/2014** | | | | | |
| | ADS | Follow up with paralegal regarding endorsement of Koller settlement check. | 175.00 | 0.10 | 1015 |

Page: 9

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110035-53

INVOICE NO:            5

re: Attorney for Trustee (Special Counsel)

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 08/12/2014 | ADS | Email correspondence with counsel for Tommy Gibson's bankruptcy trustee, Kathryn Pry regarding Koller settlement funds. | 175.00 | 0.20 | 1026 |
| 08/21/2014 | ADS | Review email from trustee and check from U.S. District Court. | 175.00 | 0.10 | 1017 |
| 08/22/2014 | ADS | Review/analyze deposition of Karla Robbins, Ed Edens' secretary. | 175.00 | 1.30 | 1037 |
| 08/26/2014 | ADS | Retrieve and review court's calendar for August 27, 2014 to prepare for status conferences in preference and note adversary proceedings. | 175.00 | 0.20 | 1025 |
| 08/27/2014 | ADS | Meeting with J. Knauer, S. Runyan and J. Kennedy regarding ████████████████ | 175.00 | 0.80 | 1027 |
| 09/08/2014 | ADS | Review summary of interviews ███████ | 175.00 | 0.30 | 1044 |
| 09/09/2014 | ADS | Review multiple ECF filings for September, 2014. | 175.00 | 0.40 | 1045 |
| 09/10/2014 | ADS | Conference with Trustee and Jay Kennedy regarding ████████████ | 175.00 | 0.30 | 1046 |
| 09/25/2014 | ADS | Receive and review minute/entry orders from September 24, 2014 hearings. | 175.00 | 0.20 | 1047 |
| 10/06/2014 | ADS | Receive and review discovery requests from Scott Newbern regarding Kentucky state court litigation and requests for documents regarding Your Community Bank and Wells Fargo; receive and review correspondence from Kevin Toner regarding ████████████ | 175.00 | 0.20 | 1050 |

Page: 10

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-53

INVOICE NO:    5

re: Attorney for Trustee (Special Counsel)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **10/08/2014** | | | | |
| ADS | Email from K. Toner regarding ███████████ ███████████ | 175.00 | 0.10 | 1051 |
| **10/22/2014** | | | | |
| ADS | Email from and to Kevin Toner and other counsel for Trustee regarding online document repository. | 175.00 | 0.30 | 1052 |
| **10/24/2014** | | | | |
| ADS | Email correspondence with H. Mappes regarding legal arguments in support of directed transfer preference cases. | 175.00 | 0.20 | 1060 |
| **10/28/2014** | | | | |
| ADS | Review, analyze and revise trustee's response to discovery requests for seven adversary proceedings regarding information related to Your Community Bank and Wells Fargo; draft email to Kevin Toner and Harmony Mappes regarding same. | 175.00 | 0.70 | 1057 |
| | Amanda D. Stafford | | 31.20 | 5,460.00 |
| **06/03/2014** | | | | |
| TJF | Draft fourth fee application for Kroger, Gardis & Regas, LLP and review of billing statements for exhibits. | 125.00 | 3.00 | 983 |
| **06/04/2014** | | | | |
| TJF | Drafted of Sixth fee application for James Knauer (1.2); attention to calculation and categorizing expenses incurred for KGR fee application (1.5); augmentation to fourth fee application (.70); conference with J. Kennedy regarding payment on third fee application and 20% holdback (.20). | 125.00 | 3.60 | 984 |
| **06/05/2014** | | | | |
| TJF | Augmentation to fee application for Kroger, Gardis & Regas, LLP and J. Knauer; augmentation to exhibits for fee applications; review of research expenses for chargeability; request new statements and recalculate time entries for each case;  continued calculating and categorizing expenses incurred for fee application time period;  numerous conferences with T. Horback (KGR bookkeeper) concerning fee allocations; conference with J. Kennedy | | | |

Page: 11

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-53

INVOICE NO:    5

re: Attorney for Trustee (Special Counsel)

| | | Rate | HOURS | |
|---|---|---|---|---|
| | concerning billable expenses. | 125.00 | 3.90 | 985 |
| 06/06/2014 TJF | Uploaded sixth fee application for J. Knauer and all exhibits. | 125.00 | 0.30 | 986 |
| 07/24/2014 TJF | Augmentation to Order Approving KGR fourth fee application; augmentation to Order Approving JAK sixth fee application. | 125.00 | 0.60 | 1001 |
| | Tammy J. Froelich | | 11.40  1,425.00 | |
| | FOR CURRENT SERVICES RENDERED | | 85.50  14,392.50 | |

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 38.60 | $175.00 | $6,755.00 |
| Steven E. Runyan | 1.20 | 175.00 | 210.00 |
| Jennifer L. Watt | 3.10 | 175.00 | 542.50 |
| Amanda D. Stafford | 31.20 | 175.00 | 5,460.00 |
| Tammy J. Froelich | 11.40 | 125.00 | 1,425.00 |

| | | |
|---|---|---|
| Reproduction of documents | | 283.12 |
| Mailing expense | | 16.38 |
| TOTAL EXPENSES THRU 11/06/2014 | | 299.50 |

| | | | |
|---|---|---|---|
| 04/22/2014 | Pacer Service Center docket retrieval | 1.20 | 346 |
| 06/16/2014 | Pacer Service Center docket retrieval | 5.78 | 343 |
| 06/25/2014 | Pacer Service Center docket retrieval | 71.64 | 342 |
| 06/30/2014 | Pacer Service Center docket retrieval | 1.50 | 347 |
| 07/02/2014 | Pacer Service Center docket retrieval | 0.10 | 376 |
| 07/11/2014 | Pacer Service Center docket retrieval | 1.00 | 362 |
| 07/14/2014 | Pacer Service Center docket retrieval | 4.80 | 363 |
| 07/15/2014 | Pacer Service Center docket retrieval | 0.10 | 364 |
| 07/23/2014 | Pacer Service Center docket retrieval | 0.20 | 375 |
| 07/28/2014 | Pacer Service Center docket retrieval | 0.20 | 372 |
| 08/04/2014 | Pacer Service Center docket retrieval | 0.30 | 365 |
| 08/04/2014 | Pacer Service Center docket retrieval | 0.60 | 378 |
| 08/21/2014 | Pacer Service Center docket retrieval | 0.20 | 366 |
| 08/21/2014 | Pacer Service Center docket retrieval | 0.70 | 382 |
| 08/22/2014 | Pacer Service Center docket retrieval | 0.30 | 373 |
| 08/27/2014 | Pacer Service Center docket retrieval | 0.40 | 383 |
| 09/02/2014 | Pacer Service Center docket retrieval | 0.30 | 379 |

Page: 12

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:     110035-53
INVOICE NO:     5

re: Attorney for Trustee (Special Counsel)

| | | | |
|---|---|---|---|
| 09/08/2014 | Pacer Service Center docket retrieval | 1.60 | 377 |
| 09/09/2014 | Pacer Service Center docket retrieval | 3.90 | 367 |
| 09/12/2014 | Pacer Service Center docket retrieval | 0.90 | 381 |
| 09/15/2014 | Pacer Service Center docket retrieval | 3.00 | 368 |
| 09/16/2014 | Pacer Service Center docket retrieval | 20.40 | 369 |
| 09/22/2014 | Pacer Service Center docket retrieval | 2.10 | 370 |
| 09/25/2014 | Pacer Service Center docket retrieval | 3.30 | 371 |
| 09/30/2014 | Pacer Service Center docket retrieval | 3.00 | 374 |
| 09/30/2014 | Pacer Service Center docket retrieval | 0.40 | 380 |
| | Pacer Service Center docket retrieval | 127.92 | |
| | | | |
| 10/28/2014 | Overnight mail FEDERAL EXPRESS | 16.52 | 361 |
| | Overnight mail | 16.52 | |
| | | | |
| | TOTAL ADVANCES THRU 11/06/2014 | 144.44 | |
| | | | |
| | TOTAL CURRENT WORK THIS STATEMENT | 14,836.44 | |
| | | | |
| | PREVIOUS BALANCE | $111,834.24 | |
| | | | |
| | | | |
| 07/31/2014 | Payment--Thank you | -26,576.24 | 5 |
| 07/31/2014 | Payment--Thank you | -11,370.06 | 6 |
| 07/31/2014 | Payment--Thank you | -5,608.19 | 7 |
| | TOTAL PAYMENTS | -43,554.49 | |
| | | | |
| | BALANCE DUE | $83,116.19 | |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 2 | 85,427.69 | 47,813.65 |
| 12/31/2013 | 3 | 56,560.00 | 14,705.60 |
| 07/31/2014 | 4 | 32,336.74 | 5,760.50 |
| | | | 68,279.75 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:        110035-27
INVOICE NO:                    4

re: ADM (Preference)

DRAFT STATEMENT

[   ]**Bill & Mail** this statement as is/as modified
[   ]**Return** to _____ for letter
[   ]Prepare for sending **VIA EMAIL**
[   ]**HOLD**/Do not send
[   ]Send only **previous** balance
[   ]**Close** File (only closed if paid in full or balance is written off)
[   ]**Pay** this invoice from **TRUST**
[   ] Other: _____

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 05/09/2014 | JPK | Reviewed email from S. Runyan to E. Lynch. Follow up on additional information regarding ████████ Reviewed draft of letter. | 175.00 | 0.40 | 536 |
| 05/14/2014 | JPK | Reviewed letter from S. Runyan.  Meet with S. Runyan regarding letter. | 175.00 | 0.50 | 525 |
| 05/19/2014 | JPK | Meet with S. Runyan.  Reviewed sent letter. Reviewed ████████ | 175.00 | 0.30 | 524 |
| 05/29/2014 | JPK | Participated in telephone conference call. Confer with S. Runyan. | 175.00 | 0.80 | 535 |
| 06/30/2014 | JPK | Conference with S. Runyan.  Reviewed correspondence with ████ | 175.00 | 0.30 | 556 |
| 07/03/2014 | JPK | Reviewed email from S. Runyan.  Reviewed response from J. Massough.  Confer with S. Runyan. | 175.00 | 0.60 | 608 |
| 07/09/2014 | JPK | Reviewed correspondence from Zeine counsel. Reviewed with ████ | 175.00 | 0.40 | 607 |
| 07/10/2014 | JPK | Reviewed email from P. Hoffman.  Confer with D. Runyan regarding response letter. | 175.00 | 0.40 | 583 |

Eastern Livestock Bankruptcy

Page: 2
November 06, 2014
ACCOUNT NO:    110035-27
INVOICE NO:         4

re: ADM (Preference)

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 07/14/2014 | | | | | |
| JPK | Extensive review of draft letter from S. Runyan. Reviewed comments from ▮▮▮▮ | | 175.00 | 0.70 | 582 |
| 07/22/2014 | | | | | |
| JPK | Reviewed emails from S. Runyan regarding Larry Zeien.  Reviewed discovery supplementation. | | 175.00 | 0.60 | 603 |
| 07/26/2014 | | | | | |
| JPK | Reviewed correspondence and emails from S. Runyan and ▮▮▮▮ Prepared for call. | | 175.00 | 0.30 | 602 |
| 07/29/2014 | | | | | |
| JPK | Reviewed email from S. Runyan.  Continued review of ▮▮▮▮▮▮▮▮▮▮ | | 175.00 | 0.50 | 601 |
| 07/30/2014 | | | | | |
| JPK | Prepare for and participate in telephone conference call regarding ▮▮▮▮▮▮ | | 175.00 | 1.20 | 600 |
| 07/31/2014 | | | | | |
| JPK | Confer with S. Runyan.  Reviewed Plaintiff's communications.  Reviewed ▮▮▮▮▮▮ | | 175.00 | 0.40 | 606 |
| 08/13/2014 | | | | | |
| JPK | Reviewed amended draft complaint.  Met with S. Runyan.  Reviewed comments from ▮▮▮▮ | | 175.00 | 0.30 | 645 |
| 08/22/2014 | | | | | |
| JPK | Reviewed email with J. Massouh and S. Runyan regarding status of second amended complaint and other matters. | | 175.00 | 0.20 | 648 |
| 08/27/2014 | | | | | |
| JPK | Met with S. Runyan regarding scheduling and motion to amend complaint.  Reviewed status of negotiations. | | 175.00 | 0.30 | 647 |
| 09/09/2014 | | | | | |
| JPK | Reviewed emails with A. Stosberg of proposed scheduling order. | | 175.00 | 0.20 | 692 |
| 09/19/2014 | | | | | |
| JPK | Confer with S. Runyan.  Reviewed case | | | | |

Page: 3
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-27
INVOICE NO:    4

re: ADM (Preference)

| Date | | Description | Rate | HOURS | |
|------|--|-------------|------|-------|--|
| | | management order.  Reviewed correspondence regarding disputes on case management order. | 175.00 | 0.40 | 682 |
| 09/22/2014 | JPK | Reviewed correspondence from S. Runyan.  Discuss ████████████ | 175.00 | 0.20 | 681 |
| 10/01/2014 | JPK | Participate in pretrial conference call.  Met with S. Runyan.  Reviewed ████████████ | 175.00 | 0.40 | 725 |
| 10/02/2014 | JPK | Participate in pretrial conference.  Meet with S. Runyan. | 175.00 | 0.40 | 724 |
| 10/03/2014 | JPK | Reviewed emails with S. Runyan and defendant's counsel.  Follow up on ████████ ████████ | 175.00 | 0.30 | 723 |
| 10/15/2014 | JPK | Email with S. Runyan regarding ████████ ███ Reviewed ████████ | 175.00 | 0.30 | 707 |
| 10/16/2014 | JPK | Met with S. Runyan regarding ████████ ████████ Discuss ███ | 175.00 | 0.40 | 706 |
| 10/17/2014 | JPK | Met with S. Runyan.  Reviewed ████████ ████ Spoke with trustee regarding ████ ████████ | 175.00 | 0.40 | 705 |
| 10/22/2014 | JPK | Meet with S. Runyan.  Reviewed ████ ████████ Email with J. Knauer.  Confer with M. Stafford. | 175.00 | 0.40 | 712 |
| 10/23/2014 | JPK | Met with S. Runyan.  Reviewed ████ ████████ Reviewed email correspondence with defendant's counsel. | 175.00 | 0.40 | 711 |
| 10/27/2014 | JPK | Participate in two conference calls related to ████ Meet with S. Runyan.  Meet with J. Knauer.  Reviewed emails relating to scope of release. | 175.00 | 0.90 | 722 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

Page: 4
November 06, 2014
ACCOUNT NO:    110035-27
INVOICE NO:             4

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| **10/28/2014** | | | | | | |
| JPK | Call with counsel on settlement offers. Met with S. Runyan. Reviewed issues relating to motion for injunction. | | 175.00 | 0.50 | | 730 |
| **10/29/2014** | | | | | | |
| JPK | Met with S. Runyan. Reviewed email string regarding injunction. Review of ███████ Met with M. Stafford. | | 175.00 | 0.50 | | 729 |
| **10/31/2014** | | | | | | |
| JPK | Review issues of settlement with P. Hoffman and S. Runyan. Call R. LaTour's office. | | 175.00 | 0.60 | | 733 |
| | Jay P. Kennedy | | | 14.50 | 2,537.50 | |
| **03/14/2014** | | | | | | |
| HKM | Conference with Steve Runyan concerning recent filing in Eastern Livestock case seeking turnover of investment proceeds due to alleged failure of Chapter 11 Trustee to file avoidance Complaint in a timely manner (.90). Obtained and reviewed 11 U.S.C. section 108 c 2 to determine its applicability and conducted additional research concerning the same (.70). | | 175.00 | 1.60 | | 406 |
| | Harley K. Means | | | 1.60 | 280.00 | |
| **05/02/2014** | | | | | | |
| SER | Lengthy telephone call with Liz Lynch regarding ███████████ conference with J. Kennedy and M. Stafford regarding █████ ███████ | | 175.00 | 1.40 | | 506 |
| **05/04/2014** | | | | | | |
| SER | Attention to letter to all defendants' counsel regarding █████ email correspondence with L. Lynch regarding ████ | | 175.00 | 0.40 | | 507 |
| **05/05/2014** | | | | | | |
| SER | Continue work on ██████████ including emails with Liz Lynch. | | 175.00 | 0.90 | | 515 |
| **05/06/2014** | | | | | | |
| SER | Conversation with J. Kennedy and M. Stafford regarding ████████ | | 175.00 | 0.20 | | 512 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/07/2014 SER | Review correspondence from Liz Lynch, review and analyze ▮▮▮▮ analysis of data relating to ▮▮▮▮ | | 175.00 | 2.70 | 513 |
| 05/08/2014 SER | Email communications with Liz Lynch regarding ▮▮▮▮ discussion with J. Kennedy and M. Stafford regarding ▮▮▮▮ | | 175.00 | 0.40 | 514 |
| 05/09/2014 SER | Extended telephone call with Liz Lynch and M. Stafford regarding ▮▮▮▮ detailed review of ▮▮▮▮ and draft letter to defendant's counsel; draft revised ▮▮▮▮ and draft correspondence to same. | | 175.00 | 4.90 | 516 |
| 05/14/2014 SER | Discussion with J. Knauer regarding ▮▮▮▮ | | 175.00 | 0.30 | 521 |
| 05/15/2014 SER | Review ▮▮▮▮ to draft letters to opposing counsel and engagement letter, finalize and send all. | | 175.00 | 0.60 | 522 |
| 05/19/2014 SER | Review email from counsel for Rufenacht Commodities and respond regarding request for conference call. | | 175.00 | 0.10 | 523 |
| 05/20/2014 SER | Email to ▮▮▮▮ email response to Jon Massouh; attention to ▮▮▮▮ | | 175.00 | 1.60 | 526 |
| 05/22/2014 SER | Telephone call with ▮▮▮▮ | | 175.00 | 0.50 | 527 |
| 05/23/2014 SER | Review correspondence from opposing counsel and supplementary production. | | 175.00 | 0.20 | 528 |
| 05/28/2014 SER | Telephone call with ▮▮▮▮ | | | | |

Page: 6
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-27
INVOICE NO:            4

re: ADM (Preference)

|  | | Rate | HOURS | |
|---|---|---|---|---|
| ████████████████████ | | 175.00 | 0.40 | 529 |

05/29/2014
SER     Review correspondence with defendants'
counsel in preparation for telephone
conference, participate in conference with
defendants' counsel.                    175.00    2.70        530

06/09/2014
SER     Attention to damages letter to defendant's
counsel including review of ████████ ████
████ review
email from John Massoe and telephone call
regarding discovery responses from Rufenacht
Commodities.                            175.00    3.70        538

06/11/2014
SER     Telephone call from defendant's counsel
regarding their client's change of position
regarding terminating informal discovery; status
conference with court to update on status of
informal discovery issues and potential
settlement; email exchange with ████████
regarding ████████████████
████ prepare documents for
submission to ████████████████
████████                            175.00    3.70        539

06/13/2014
SER     Communication with ████████████████
████████ review email from Larry Zeien's
counsel and ████████████ receive ADMIS
letter and document production and download
same, ████████████                      175.00    0.90        540

06/16/2014
SER     Email communication ████████ review
documents provided by ADMIS and email
ADMIS counsel requesting documents in native
format, ████████████████                 175.00    1.20        541

06/17/2014
SER     Email exchange with ████████████████
████████████ send correspondence to
████████████ brief discussion
with M. Stafford and J. Kennedy regarding
████████████████ continued attention to
████████████████████ begin review of

Page: 7

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110035-27

INVOICE NO:              4

re: ADM (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | emails. | | 175.00 | 4.30 | 543 |
| 06/18/2014 SER | Email communications with ████ ████ email communications with FBD regarding ████ brief discussion with J. Kennedy regarding same. | | 175.00 | 2.00 | 547 |
| 06/19/2014 SER | Telephone calls with ████ regarding ████ draft email communications with FBD regarding ████ attention to damage and liability letter, review ████ tax returns and email to Zeien's counsel for additional information. | | 175.00 | 3.50 | 548 |
| 06/20/2014 SER | Continued attention to damages letter; communications with ████ receive and review email from ████ | | 175.00 | 2.10 | 549 |
| 06/23/2014 SER | Prepare materials for interviews ████ | | 175.00 | 5.10 | 551 |
| 06/24/2014 SER | Travel to ████ and meet with ████ | | 175.00 | 7.90 | 550 |
| 06/25/2014 SER | Attention to damages and liability response letter; receive correspondence from opposing counsel and respond to same. | | 175.00 | 3.80 | 554 |
| 06/29/2014 SER | Continued attention to ████ completing ████ | | 175.00 | 1.30 | 553 |
| 06/30/2014 SER | Continued attention to damages letter and send draft for review and comment. | | 175.00 | 3.50 | 555 |

Page: 8
Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:    110035-27
INVOICE NO:    4

re: ADM (Preference)

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| **07/01/2014** | | | | |
| SER | Finalize and serve on defendants letter regarding damages. | 175.00 | 0.40 | 577 |
| **07/03/2014** | | | | |
| SER | Receive and review letter from Rufenacht counsel and series of emails exchange with all counsel regarding same. | 175.00 | 0.90 | 567 |
| **07/06/2014** | | | | |
| SER | Draft response to opposing counsel's request for informal discovery. | 175.00 | 2.30 | 568 |
| **07/07/2014** | | | | |
| SER | Brief discussion with J. Kennedy and M. Stafford and finalize letter to opposing counsel; review voicemail from opposing counsel. | 175.00 | 0.70 | 571 |
| **07/09/2014** | | | | |
| SER | Review letter received from opposing counsel; ███████████████and brief discussion with J. Kennedy regarding ████ | 175.00 | 0.60 | 575 |
| **07/10/2014** | | | | |
| SER | Detailed review of defendant's letter including ███████████ telephone conference with ████ and J. Kennedy, J. Knauer and M. Stafford. | 175.00 | 3.00 | 576 |
| **07/13/2014** | | | | |
| SER | Draft response to defendant's letter of July 9 and forward to counsel ████████████for review and comment; receive and review ████████████████ | 175.00 | 3.60 | 578 |
| **07/14/2014** | | | | |
| SER | Return telephone call to John Massouh regarding potential witnesses. | 175.00 | 0.10 | 579 |
| **07/15/2014** | | | | |
| SER | Finalize letter to opposing counsel regarding legal issues; review multiple pieces of correspondence from opposing counsel. | 175.00 | 0.50 | 581 |
| **07/17/2014** | | | | |
| SER | Telephone call with John Massouh regarding deposition issues and scheduling. | 175.00 | 0.40 | 584 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| Date | | Description | Rate | HOURS | |
|------|------|-------------|------|-------|------|
| 07/18/2014 | SER | Communication with opposing counsel regarding deposition issues. | 175.00 | 0.20 | 585 |
| 07/21/2014 | SER | Provide documents to Rufenacht's counsel in preparation for depositions of Gibson and McDonald. | 175.00 | 0.20 | 586 |
| 07/22/2014 | SER | Email to trustee; telephone call with John Massouh regarding multiple deposition items; follow up emails to opposing counsel and to internal co-counsel; review ███████ ███████ and forward to opposing counsel; review response letter and offer from defendants and internal discussion. | 175.00 | 2.20 | 587 |
| 07/23/2014 | SER | Analyze settlement letter and internal communications regarding same, draft response to settlement letter and send ███ ███████████ | 175.00 | 4.00 | 592 |
| 07/24/2014 | SER | Review comments from counsel regarding settlement letter, telephone call with ████ regarding ████████ finalize settlement letter and send to opposing counsel; brief email exchange with John Massouh. | 175.00 | 1.20 | 593 |
| 07/25/2014 | SER | Lengthy telephone call with Liz Lynch; review of ███████████ | 175.00 | 0.70 | 594 |
| 07/27/2014 | SER | Obtained ████████████ ███████████ | 175.00 | 1.40 | 595 |
| 07/28/2014 | SER | Email documents for submission to opposing counsel and send email with update to opposing counsel; multiple phone calls with ADMIS counsel regarding production; prepare and participate in conference call with ADMIS and Rufenacht counsel regarding potential settlement of claims; multiple communications with ███████████ communications with ADMIS counsel setting follow up telephone | | | |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| | conference. | 175.00 | 2.00 | 596 |
| 07/29/2014 SER | Review documents received from ADMIS and correspondence ███████ review materials from J. Watt regarding ████████ | 175.00 | 1.90 | 597 |
| 07/30/2014 SER | Telephone call with ██████████ conference call with defendant's counsel and all experts. | 175.00 | 2.80 | 609 |
| 07/31/2014 SER | Compile materials to send to opposing counsel in follow up to conference call; internal discussion regarding ██████████ send correspondence to opposing counsel regarding same; brief correspondence with ████████ | 175.00 | 1.80 | 610 |
| 08/04/2014 SER | Continued review of ████████████ | 175.00 | 1.60 | 630 |
| 08/07/2014 SER | Attention to amended complaint including broker issues and brief email exchange ██████████ | 175.00 | 1.40 | 632 |
| 08/08/2014 SER | Attention to amended complaint. | 175.00 | 0.10 | 631 |
| 08/10/2014 SER | Attention to draft of second amended complaint. | 175.00 | 2.40 | 633 |
| 08/11/2014 SER | Continued attention to draft of amended complaint and ██████████ | 175.00 | 3.80 | 635 |
| 08/12/2014 SER | Review comments and feedback from ████████ | 175.00 | 0.30 | 636 |
| 08/13/2014 SER | Email communication ████████ | 175.00 | 0.10 | 638 |
| 08/20/2014 SER | Review comments from J. Kennedy, M. Stafford and J. Watt regarding ██████████ | | | |

Page: 11

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-27

INVOICE NO:       4

re: ADM (Preference)

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | review and reorganize complaint and circulate for final comments. | 175.00 | 3.60 | 641 |
| 08/21/2014 | SER | Review and compile changes to amended complaint, finalize and send to opposing counsel. | 175.00 | 2.50 | 642 |
| 08/27/2014 | SER | Email to Defendants regarding status conference, Teleconference with counsel for Rufenacht, conference with counsel and Trustee regarding status conference, follow-up email for Defendants. | 175.00 | 1.40 | 651 |
| 08/28/2014 | SER | Status conference with court regarding informal discovery and setting briefing schedule; begin work on motion for leave to amend complaint. | 175.00 | 1.30 | 650 |
| 08/30/2014 | SER | Email exchange with ███████ regarding ███████████████ | 175.00 | 0.20 | 652 |
| 09/02/2014 | SER | Draft scheduling order and circulate for review and comment. | 175.00 | 0.50 | 663 |
| 09/05/2014 | SER | Finalize scheduling order and circulate to all counsel. | 175.00 | 0.50 | 664 |
| 09/08/2014 | SER | Review modification scheduling order provided by defendant's counsel. | 175.00 | 0.20 | 665 |
| 09/09/2014 | SER | Review proposed scheduling order submitted by defendants and respond to same; participate in two telephone conferences with defendants regarding scheduling order, and prepare proposed order and notification to court regarding scheduling order. | 175.00 | 1.60 | 666 |
| 09/12/2014 | SER | Continue work on motion for leave to amend, include chronology of events. | 175.00 | 3.10 | 667 |

Page: 12
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-27
INVOICE NO:         4

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| 09/13/2014 SER | Work on motion for leave to amend complaint. | 175.00 | 1.40 | 668 |
| 09/14/2014 SER | Continue work on motion for leave to amend. | 175.00 | 0.90 | 669 |
| 09/15/2014 SER | Continue work on motion for leave to amend including factual background and legal research regarding Rule 15(c). | 175.00 | 6.50 | 670 |
| 09/16/2014 SER | Continue work on motion for leave to amend and forward to all for review and comment; receive email from Zeien's counsel regarding scheduling order. | 175.00 | 4.50 | 671 |
| 09/17/2014 SER | Continue work on motion for leave to amend and scheduling order. | 175.00 | 1.40 | 672 |
| 09/18/2014 SER | Review changes to motion for leave to amend, finalize and circulate motion and proposed amended complaint for review and comment. | 175.00 | 0.90 | 673 |
| 09/19/2014 SER | Final review and modifications to motion for leave to amend and draft complaint, file same. | 175.00 | 1.10 | 674 |
| 09/23/2014 SER | Review communication from defendant's counsel regarding scheduling order and draft motion and 2 proposed orders, serve and file same. | 175.00 | 1.10 | 675 |
| 09/25/2014 SER | Review objection to motion for scheduling order and court's order on same. | 175.00 | 0.20 | 688 |
| 09/26/2014 SER | Discussion with J. Kennedy regarding ▮▮▮▮▮▮▮ review notice from court. | 175.00 | 0.30 | 691 |
| 10/01/2014 SER | Telephone call with opposing counsel regarding scheduling order and ▮▮▮▮▮▮▮ ▮▮▮▮ | 175.00 | 0.80 | 699 |

Eastern Livestock Bankruptcy

Page: 13
November 06, 2014
ACCOUNT NO:     110035-27
INVOICE NO:              4

re: ADM (Preference)

|  | | Rate | HOURS | |
|---|---|---|---|---|
| **10/02/2014** | | | | |
| SER | Conference call with defendant's counsel in preparation for court status conference; brief discussion with J. Kennedy and M. Stafford; status conference call with court regarding scheduling order; draft scheduling order and submit to defendants for review and comment, finalize and submit to court. | 175.00 | 1.30 | 700 |
| **10/17/2014** | | | | |
| SER | Telephone call with counsel for Rufenacht regarding potential settlement of matter; telephone call with trustee and send written response to Rufenacht's counsel. | 175.00 | 0.80 | 703 |
| **10/21/2014** | | | | |
| SER | Telephone call from counsel for Rufenacht and ADMIS regarding settlement discussions; update to J. Kennedy and M. Stafford and ████████████████ update to J. Knauer regarding ████ | 175.00 | 0.90 | 708 |
| **10/22/2014** | | | | |
| SER | Discussion with trustee regarding ████████ ████████████ draft and send communication to opposing counsel regarding settlement offer. | 175.00 | 0.40 | 717 |
| **10/27/2014** | | | | |
| SER | Prepare for and participate in telephone call with opposing counsel regarding settlement discussions; discussion with J. Kennedy; telephone call to Paul Hoffman with counteroffer; review response from Paul Hoffman and respond to same. | 175.00 | 0.80 | 721 |
| **10/28/2014** | | | | |
| SER | Various emails to defendants' counsel regarding conference call and extension of time. | 175.00 | 0.40 | 728 |
| **10/29/2014** | | | | |
| SER | Multiple email communications with opposing counsel regarding settlement issues. | 175.00 | 0.20 | 731 |
| **10/31/2014** | | | | |
| SER | Telephone call with J. Kennedy and defendant's counsel regarding settlement and injunction issues; telephone call to ████████████ | | | |