Eastern Livestock Bankruptcy

Page: 14

November 06, 2014

ACCOUNT NO:    110035-27

INVOICE NO:    4

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| | ███████████████ ████████ place phone call to counsel for Fifth Third Bank. | 175.00 | 0.70 | 732 |
| | Steven E. Runyan | | 140.40   24,570.00 | |
| 06/11/2014 JLW | Review voicemail regarding status conference and position; Conference with S. Runyan ███ ███████████ Review email regarding ██████████████ ███████ | 175.00 | 1.30 | 559 |
| 06/13/2014 JLW | Review email from Zeien attorney regarding damages; Review email from S. Runyan regarding ███████████████ | 175.00 | 0.40 | 560 |
| 06/25/2014 JLW | Review letter from Defendant's counsel; Review email from A. Strosberg regarding retention of documents. | 175.00 | 0.30 | 561 |
| 06/26/2014 JLW | Review ███████████████████ ████████ | 175.00 | 0.50 | 562 |
| 06/30/2014 JLW | Review letter outlining damages claims. | 175.00 | 0.70 | 563 |
| 07/01/2014 JLW | Review revisions to ADMIS damages letter. | 175.00 | 0.40 | 565 |
| 07/03/2014 JLW | Review email correspondence between S. Runyan and Defendant's counsel regarding Rule 26 disclosures. | 175.00 | 0.20 | 566 |
| 07/06/2014 JLW | Review draft letter to Defendants' counsel regarding informal discovery issues and Rule 26 disclosures. | 175.00 | 0.20 | 569 |
| 07/07/2014 JLW | Conference with S. Runyan regarding █████████████ | 175.00 | 0.30 | 570 |
| 07/08/2014 JLW | Review letter to defendants regarding information discovery issues. | 175.00 | 0.10 | 572 |

Eastern Livestock Bankruptcy

Page: 15
November 06, 2014
ACCOUNT NO:   110035-27
INVOICE NO:      4

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|

**07/09/2014**
JLW — Review letter from P. Hoffman responding to damages analysis and new claim theories. — 175.00 — 0.20 — 573

**07/10/2014**
JLW — Review email from P. Hoffmann regarding scheduling depositions. — 175.00 — 0.10 — 574

**07/14/2014**
JLW — Review memorandum ███████ ███ Review draft letter regarding ███████ conference with S. Runyan regarding ██████ Review revisions to draft letter. — 175.00 — 2.30 — 622

**07/22/2014**
JLW — Conference with S. Runyan regarding ████████████ Review email regarding ██████ Review ████ Review email from ████ ████████████ — 175.00 — 1.90 — 623

**07/23/2014**
JLW — Conference with S. Runyan regarding █████████ Review draft letter with ██████ — 175.00 — 0.50 — 624

**07/24/2014**
JLW — Conference with S. Runyan regarding ██████████ Conference call with ██████ Review email correspondence from opposing counsel regarding response to settlement counter offer. — 175.00 — 2.50 — 625

**07/28/2014**
JLW — Attend conference call with J. Knauer, S. Runyan, J. Kennedy and defendant's counsel regarding ███████ Conference with J. Kennedy regarding ███████ Research regarding ████████████ — 175.00 — 4.50 — 626

**07/29/2014**
JLW — Research regarding ████████ Conference with S. Runyan regarding ███████████ Review emails with L. Lynch regarding ████████

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-27
INVOICE NO:           4

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| | ████████████ Continue research on ████████████████ Draft email to ████████████████████ Review documents provided by defendants in preparation for conference call. | 175.00 | 7.60 | 627 |
| 07/30/2014 JLW | Review email from ████████████████ Attend conference call with ████████████ Attend conference call with defendants and experts regarding case claims and defenses; Follow up conference with J. Knauer, J. Kennedy, S. Runyan and M. Stafford regarding ████████████████ Conference call with S. Runyan and ████████ Continue research regarding ████████████ | 175.00 | 4.40 | 628 |
| 07/31/2014 JLW | Conference with S. Runyan ████████ Continue to review ████ Review case law regarding ████████ | 175.00 | 4.60 | 629 |
| 08/01/2014 JLW | Research regarding ████████████ | 175.00 | 2.80 | 634 |
| 08/05/2014 JLW | Research regarding ████████ Research regarding ████████████ | 175.00 | 4.30 | 643 |
| 08/08/2014 JLW | Review complaint and begin ████████████ review email correspondence with defense counsel and attached case law. | 175.00 | 1.80 | 656 |
| 08/11/2014 JLW | Research regarding ████████████ | 175.00 | 3.40 | 657 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| Date / Initials | Description | Rate | HOURS | |
|---|---|---|---|---|
| 08/13/2014 JLW | Review revisions to amended complaint. | 175.00 | 0.60 | 658 |
| 08/18/2014 JLW | Review draft amended complaint. | 175.00 | 0.80 | 644 |
| 08/20/2014 JLW | Review draft complaint and draft revisions and notes regarding same. | 175.00 | 1.20 | 659 |
| 08/21/2014 JLW | Review final draft amended complaint. | 175.00 | 0.80 | 660 |
| 08/27/2014 JLW | Review emails regarding conference call; Attend conference call with Defendants' counsels regarding planning, settlement and pre-trial hearing agenda. | 175.00 | 0.60 | 661 |
| 08/28/2014 JLW | Conference with S. Runyan regarding ████ ████ Review minute entry order. | 175.00 | 0.50 | 662 |
| 09/02/2014 JLW | Review draft scheduling order. | 175.00 | 0.40 | 677 |
| 09/05/2014 JLW | Review revisions and edits to scheduling order. | 175.00 | 0.30 | 678 |
| 09/08/2014 JLW | Review email from J. Massouh regarding revisions to draft schedule order and review revised draft scheduling order. | 175.00 | 0.30 | 679 |
| 09/09/2014 JLW | Review correspondence with defendant's counsel regarding scheduling order. | 175.00 | 0.40 | 680 |
| 09/12/2014 JLW | Review defendant's scheduling order. | 175.00 | 0.30 | 689 |
| 09/16/2014 JLW | Review final draft of amended complaint; review correspondence regarding draft scheduling order; conference with S. Runyan regarding ████████ | 175.00 | 1.20 | 690 |
| 09/18/2014 JLW | Review email and attachments regarding | | | |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| | amended complaint. | 175.00 | 0.30 | | 696 |
| 09/19/2014 JLW | Review emails regarding scheduling order; Review revised motion for leave to amend complaint. | 175.00 | 0.50 | | 697 |
| 10/02/2014 JLW | Review minute entry order. | 175.00 | 0.10 | | 701 |
| 10/13/2014 JLW | Review response to motion to amend Complaint. | 175.00 | 0.30 | | 713 |
| 10/15/2014 JLW | Review email from M. Stafford regarding ▮▮▮▮ | 175.00 | 0.10 | | 714 |
| 10/20/2014 JLW | Conference with S. Runyan regarding ▮▮▮▮ ▮▮▮▮ | 175.00 | 0.30 | | 715 |
| 10/21/2014 JLW | Review response to motion to amend. | 175.00 | 0.50 | | 716 |
| 10/22/2014 JLW | Review correspondence regarding ▮▮▮ Conference with S. Runyan regarding ▮▮ | 175.00 | 0.40 | | 726 |
| 10/27/2014 JLW | Conference with S. Runyan regarding ▮▮▮ ▮▮▮ | 175.00 | 0.20 | | 727 |
| | Jennifer L. Watt | | 55.40 | 9,695.00 | |
| 05/05/2014 ADS | Review email correspondence from ▮▮▮ ▮▮▮ | 175.00 | 0.20 | | 518 |
| 05/07/2014 ADS | Review/analyze email from Liz Lynch ▮▮▮ Email correspondence with S. Runyan regarding ▮▮▮ Review final version of letter to Defendant's counsel regarding damages.  Draft email to S. Runyan with revisions to letter. | 175.00 | 0.50 | | 519 |

Eastern Livestock Bankruptcy

Page: 19
November 06, 2014
ACCOUNT NO:    110035-27
INVOICE NO:    4

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **05/09/2014** | | | | |
| ADS | Telephonic conference with Liz Lynch and S. Runyan regarding ▮▮▮▮▮ | 175.00 | 1.30 | 520 |
| **05/12/2014** | | | | |
| ADS | Review/revise semi-final draft of letter to defendants' counsel. | 175.00 | 0.30 | 517 |
| **05/20/2014** | | | | |
| ADS | Review/analyze and revise ▮▮▮▮▮ | 175.00 | 0.90 | 531 |
| **05/23/2014** | | | | |
| ADS | Review/analyze letter from Paul Hoffman regarding informal production of documents. | 175.00 | 0.10 | 532 |
| **05/29/2014** | | | | |
| ADS | Prepare for and attend conference call with Paul Hoffman, John Massouh, Jay Kennedy and Steven Runyan.  Review/summarize ▮▮▮▮▮ | 175.00 | 1.70 | 533 |
| **06/03/2014** | | | | |
| ADS | Review ▮▮▮▮▮ Follow up with Steve Runyan ▮▮▮▮▮ | 175.00 | 0.10 | 534 |
| **06/09/2014** | | | | |
| ADS | Work with Steve Runyan on damages. | 175.00 | 0.30 | 537 |
| **06/17/2014** | | | | |
| ADS | Review email correspondence regarding ▮▮▮▮▮ | 175.00 | 0.20 | 542 |
| ADS | Meeting with S. Runyan and J. Kennedy regarding ▮▮▮▮▮ interview with ▮▮▮▮▮ | 175.00 | 0.50 | 557 |
| **06/18/2014** | | | | |
| ADS | Review ▮▮▮▮▮ | 175.00 | 0.10 | 544 |
| **06/20/2014** | | | | |
| ADS | Review email correspondence with ▮▮▮▮▮ | 175.00 | 0.10 | 545 |
| **06/23/2014** | | | | |
| ADS | Review email from ▮▮▮▮▮ | 175.00 | 0.10 | 546 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| 06/24/2014 ADS | Review/analyze analysis recevied from ██████ draft email to S. Runyan with ████ █ K. Toner regarding draft questions for ██████ | 175.00 | 0.60 | 552 |
| 06/25/2014 ADS | Work on analysis of ██████ | 175.00 | 0.40 | 558 |
| 07/01/2014 ADS | Review and revise letter to defendants' counsel regarding damages. | 175.00 | 1.30 | 611 |
| 07/02/2014 ADS | Review/analyze email correspondence; draft response to same. | 175.00 | 0.20 | 612 |
| 07/03/2014 ADS | Receive and review invoice from ██████ forward same to Trustee and Trustee's assistant. | 175.00 | 0.10 | 564 |
| 07/07/2014 ADS | Review/revise letter to defendants' counsel regarding informal discovery; receive and review multiple email correspondence regarding Rule 26 disclosures. | 175.00 | 1.00 | 613 |
| 07/10/2014 ADS | Review/analyze letter; meeting with ██████ | 175.00 | 2.60 | 614 |
| 07/11/2014 ADS | Review ██████ assignment to legal assistant. | 175.00 | 0.20 | 615 |
| 07/14/2014 ADS | Review, analyze, and revise letter to defendants' counsel regarding liability under CEA. | 175.00 | 1.30 | 580 |
| 07/22/2014 ADS | Review email correspondence from ██████ regarding ██████ draft email to S. Runyan. | 175.00 | 0.20 | 616 |

Page: 21
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:    110035-27
INVOICE NO:    4

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| ADS | Review multiple email correspondence regarding letter from defendant's with settlement offer. | 175.00 | 0.40 | 621 |
| **07/23/2014** | | | | |
| ADS | Review ▮▮▮▮ correspond with S. Runyan regarding ▮▮▮▮ | 175.00 | 0.20 | 617 |
| ADS | Conference with S. Runyan regarding ▮▮▮▮ | 175.00 | 2.50 | 618 |
| **07/24/2014** | | | | |
| ADS | Review/analyze/revise letter to defendants regarding settlement. | 175.00 | 0.50 | 619 |
| ADS | Research regarding ▮▮▮▮ | 175.00 | 0.20 | 620 |
| **07/30/2014** | | | | |
| ADS | Draft email to S. Runyan with case management order. | 175.00 | 0.10 | 598 |
| ADS | Telephonic conference with defendants' counsel, expert witnesses, trustee and J. Kennedy, J. Watt and S. Runyan.  Confer with Trustee, J. Kennedy, J. Watt and S. Runyan regarding ▮▮▮▮ | 175.00 | 1.60 | 599 |
| **07/31/2014** | | | | |
| ADS | Receive and review email correspondence regarding depositions. | 175.00 | 0.10 | 604 |
| ADS | Review/analyze proposed email to defendant's counsel regarding scheduling; ▮▮▮▮ with S. Runyan regarding ▮▮▮▮ | 175.00 | 0.50 | 605 |
| **08/13/2014** | | | | |
| ADS | Begin review of and revisions to Second Amended Complaint. | 175.00 | 0.40 | 637 |
| **08/18/2014** | | | | |
| ADS | Review, analyze and revise amended complaint. | 175.00 | 1.00 | 639 |
| **08/19/2014** | | | | |
| ADS | Continue to review, analyze and revise second amended complaint. | 175.00 | 1.60 | 640 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

Page: 22
November 06, 2014
ACCOUNT NO:    110035-27
INVOICE NO:                4

| | | Rate | HOURS | |
|---|---|---|---|---|
| **08/20/2014** | | | | |
| ADS | Review, analyze, and revise Second Amended Complaint. | 175.00 | 3.60 | 653 |
| **08/21/2014** | | | | |
| ADS | Final changes to second amended complaint; email to S. Runyan. | 175.00 | 1.30 | 654 |
| **08/27/2014** | | | | |
| ADS | Telephone call with Rufenacht's counsel; confer with J. Watt and S. Runyan regarding ███ with Trustee regarding ███ | 175.00 | 1.00 | 646 |
| **08/28/2014** | | | | |
| ADS | Conduct continued status conference; conference with attorneys regaring case management order. | 175.00 | 0.50 | 649 |
| **08/29/2014** | | | | |
| ADS | Receive and review minute/entry order. Calendar same. | 175.00 | 0.10 | 655 |
| **09/05/2014** | | | | |
| ADS | Review and revise proposed case management order.  Email revisions to Steve Runyan. | 175.00 | 0.30 | 694 |
| **09/09/2014** | | | | |
| ADS | Review multiple emails from counsel regarding case management order; review defendant's propose changes; correspond with S. Runyan regarding revisions to proposed order. | 175.00 | 0.30 | 683 |
| ADS | Conference with opposing counsel regarding case management order and settlement status; work on revisions to Case Management Order with S. Runyan. | 175.00 | 1.00 | 684 |
| **09/12/2014** | | | | |
| ADS | Conference with S. Runyan regarding ███ | 175.00 | 0.20 | 685 |
| **09/18/2014** | | | | |
| ADS | Review, analyze and revise motion for leave; review case law in support. | 175.00 | 2.00 | 686 |

Page: 23

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-27

INVOICE NO:    4

re: ADM (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| **09/19/2014** | | | | | |
| ADS | Review, analyze and revise final draft of motion for leave to amend complaint (1.6); review and analyze second amended complaint (.50); revisions to S. Runyan (.10).  Analyze ███ ██████████ for second amended complaint (.80). | | 175.00 | 3.00 | 693 |
| **09/23/2014** | | | | | |
| ADS | Review and revise Motion to Enter Scheduling Order; review/analyze two proposed scheduling orders.  Email revisions to Motion to S. Runyan. | | 175.00 | 0.30 | 676 |
| **09/25/2014** | | | | | |
| ADS | Receive and review response to motion for authority filed by defendants. | | 175.00 | 0.10 | 687 |
| **10/01/2014** | | | | | |
| ADS | Attend telephonic conference with opposing counsel, Jay Kennedy and S. Runyan regarding issues surrounding case management order and to prepare for hearing on same. | | 175.00 | 0.20 | 695 |
| **10/02/2014** | | | | | |
| ADS | Review multiple emails from and to opposing counsel regarding scheduling order; work with Steve Runyan on revised scheduling order per hearing results; assignment to paralegal to file order with court. | | 175.00 | 0.80 | 698 |
| **10/10/2014** | | | | | |
| ADS | Receive response to motion for leave to file second amended complaint; calendar deadline to respond to same. | | 175.00 | 0.10 | 720 |
| **10/14/2014** | | | | | |
| ADS | Review/analyze objection to motion for leave. | | 175.00 | 1.00 | 702 |
| **10/15/2014** | | | | | |
| ADS | Draft email to Steve Runyan ████████ ████████████████████ | | 175.00 | 0.20 | 719 |
| **10/17/2014** | | | | | |
| ADS | Office conference with S. Runyan regarding ████████████████████ | | 175.00 | 0.20 | 704 |
| | | | | | |
| ADS | Receive and review email correspondence | | | | |

Page: 24

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-27

INVOICE NO:    4

re: ADM (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| | regarding status of settlement negotiations. | 175.00 | 0.10 | 734 |
| 10/22/2014 ADS | Review email correspondence from Trustee and Steve Runyan regarding ██████ draft email to Trustee analyzing ███████████████ | 175.00 | 0.50 | 709 |
| 10/23/2014 ADS | Receive and review order granting motion for extension of time to file reply in support of motion for leave to amend; calendar extended deadline. | 175.00 | 0.10 | 710 |
| 10/27/2014 ADS | Review/analyze email from Paul Hoffman regarding acceptance of counteroffer and injunction issue; confer with S. Runyan regarding ████████ | 175.00 | 0.10 | 718 |
| | Amanda D. Stafford | | 40.40 | 7,070.00 |
| | FOR CURRENT SERVICES RENDERED | | 252.30 | 44,152.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 14.50 | $175.00 | $2,537.50 |
| Harley K. Means | 1.60 | 175.00 | 280.00 |
| Steven E. Runyan | 140.40 | 175.00 | 24,570.00 |
| Jennifer L. Watt | 55.40 | 175.00 | 9,695.00 |
| Amanda D. Stafford | 40.40 | 175.00 | 7,070.00 |

| | | |
|---|---|---|
| Reproduction of documents | 193.80 | |
| Mailing expense | 4.45 | |
| Mileage Steve Runyan - ████████████████ | 128.80 | 120 |
| TOTAL EXPENSES THRU 11/06/2014 | 327.05 | |

| | | | |
|---|---|---|---|
| 06/18/2014 | Pacer Service Center docket retrieval | 6.60 | 126 |
| 06/30/2014 | Pacer Service Center docket retrieval | 1.70 | 125 |
| 07/22/2014 | Pacer Service Center docket retrieval | 0.50 | 141 |
| 07/23/2014 | Pacer Service Center docket retrieval | 11.90 | 140 |
| | Pacer Service Center docket retrieval | 20.70 | |
| 06/12/2014 | Overnight mail | 118.15 | 117 |

Eastern Livestock Bankruptcy

re: ADM (Preference)

Page: 25
November 06, 2014
ACCOUNT NO:    110035-27
INVOICE NO:    4

| Date | Description | Amount | Ref |
|------|-------------|-------:|----:|
| 06/16/2014 | Overnight mail | 58.63 | 121 |
| 07/28/2014 | Overnight mail FEDERAL EXPRESS | 23.29 | 127 |
| 07/28/2014 | Overnight mail FEDERAL EXPRESS | 16.60 | 128 |
| 07/28/2014 | Overnight mail FEDERAL EXPRESS | 24.87 | 129 |
| | Overnight mail | 241.54 | |
| 06/24/2014 | Meals Steve Runyan | 47.22 | 119 |
| | Meals | 47.22 | |
| 08/28/2014 | Conference Call Fees | 4.40 | 131 |
| | Conference Call Fees | 4.40 | |

TOTAL ADVANCES THRU 11/06/2014                313.86

TOTAL CURRENT WORK THIS STATEMENT          44,793.41

PREVIOUS BALANCE                              $82,343.52

| Date | Description | Amount | Ref |
|------|-------------|-------:|----:|
| 07/31/2014 | Payment--Thank you | -34,606.81 | 3 |
| 07/31/2014 | Payment--Thank you | -9,506.35 | 4 |
| | TOTAL PAYMENTS | -44,113.16 | |

BALANCE DUE                                  $83,023.77

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|-----------|-------:|-------:|----:|
| 03/20/2013 | 1 | 29,494.35 | 8,492.91 |
| 12/31/2013 | 2 | 80,834.45 | 21,171.95 |
| 07/31/2014 | 3 | 43,172.31 | 8,565.50 |
| | | | 38,230.36 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:    110035-58
INVOICE NO:                4

re: Alabama Livestock Auction (Preference)

DRAFT STATEMENT

[   ]**Bill & Mail** this statement as is/as modified
[   ]**Return** to _____ for letter
[   ]Prepare for sending **VIA EMAIL**
[   ]**HOLD**/Do not send
[   ]Send only **previous** balance
[   ]**Close** File (only closed if paid in full or balance is written off)
[   ]**Pay** this invoice from **TRUST**
[   ] Other: _____

| Date / Initials | Description | Rate | HOURS | | |
|---|---|---|---|---|---|
| 06/30/2014 JPK | Review brief; confer with M. Stafford. | 175.00 | 0.30 | | 174 |
| | Jay P. Kennedy | | 0.30 | 52.50 | |
| 05/14/2014 JLW | Conference with J. Kennedy and M. Stafford regarding ▓▓▓▓▓▓▓▓▓▓ | 175.00 | 0.30 | | 168 |
| 05/28/2014 JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | | 167 |
| 06/04/2014 JLW | Conference with M. Stafford regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓▓ Review motion for summary judgment; Review factual contentions and break out disputed facts. | 175.00 | 0.80 | | 169 |
| 06/05/2014 JLW | Review motion for summary judgment and outline fact issues in dispute. | 175.00 | 0.80 | | 180 |
| 06/06/2014 JLW | Continue outline fact issues in dispute in motion for summary judgment; Review argument regarding unsupported facts; Draft email regarding ▓▓▓▓▓▓▓▓▓ | 175.00 | 0.60 | | 181 |
| 06/09/2014 JLW | Meeting with M. Stafford regarding legal arguments in summary judgment response; Review draft response to motion for summary judgment and draft revisions. | 175.00 | 0.80 | | 182 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

| | | | | ACCOUNT NO: | 110035-58 |
| | | | | INVOICE NO: | 4 |

re: Alabama Livestock Auction (Preference)

| Date | | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 06/10/2014 | JLW | Research case law regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 175.00 | 1.00 | | 183 |
| 06/11/2014 | JLW | Continue research case law regarding ▮▮▮ ▮▮▮▮▮▮▮ | 175.00 | 0.70 | | 184 |
| 06/20/2014 | JLW | Meeting with M. Stafford regarding ▮▮▮▮ ▮▮▮▮▮ ▮▮▮ Follow up research ▮▮▮▮ ▮▮▮ and related cases; Draft revisions to response to summary judgment motion. | 175.00 | 0.90 | | 185 |
| 06/25/2014 | JLW | Correspondence with M. Stafford regarding ▮▮▮▮▮▮▮ Draft revisions to response brief. | 175.00 | 0.40 | | 186 |
| 06/29/2014 | JLW | Review final draft of response brief. | 175.00 | 0.20 | | 187 |
| 07/28/2014 | JLW | Review court minute entry. | 175.00 | 0.10 | | 195 |
| 08/22/2014 | JLW | Review reply brief in support of summary judgment. | 175.00 | 0.40 | | 196 |
| 10/17/2014 | JLW | Review order denying defendant's motion for summary judgment. | 175.00 | 0.10 | | 198 |
| | | Jennifer L. Watt | | 7.40 | 1,295.00 | |
| 05/05/2014 | ADS | Review email from Scott Newbern agreeing to Trustee's request for extension of time; draft Notice of Extension of TIme to Respond to Defendant's Motion for Summary Judgment; assignment to legal assistant to file same. | 175.00 | 0.10 | | 161 |
| 05/14/2014 | ADS | Continue review and analysis of summary judgment; strategy meeting with J. Watt and J. Kennedy regarding Trustee's response to same. | 175.00 | 2.10 | | 162 |

Eastern Livestock Bankruptcy

re: Alabama Livestock Auction (Preference)

Page: 3
November 06, 2014
ACCOUNT NO:     110035-58
INVOICE NO:              4

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/28/2014 | ADS | Prepare for and attend pretrial conference; update ███████████████ ███████████ | 175.00 | 0.30 | 164 |
| 05/29/2014 | ADS | Review/analyze minute entry/order; calendar new hearing date. | 175.00 | 0.10 | 165 |
| 06/02/2014 | ADS | Draft, revise and finalize Trustee's Supplemental discovery response.  Serve same on defendant's counsel. | 175.00 | 0.40 | 171 |
| 06/11/2014 | ADS | Review third set of discovery requests from defendant. | 175.00 | 0.10 | 175 |
| 06/12/2014 | ADS | Attention to third set of discovery and extension of deadline to respond to same.  Receive and review email from Scott Newbern agreeing to request for extension of time. | 175.00 | 0.20 | 170 |
| 06/16/2014 | ADS | Attention to deadline to respond to motion for summary judgment; assignment to legal assistant to draft motions; review motions for extension of time to respond to summary judgment. | 175.00 | 0.20 | 176 |
| 06/19/2014 | ADS | Attention to deadline for filing summary judgment response.  Assignment to legal assistant to draft motion for extension of time. | 175.00 | 0.10 | 163 |
| 06/27/2014 | ADS | Draft fact section for brief in response to summary judgment; gather sales documents for exhibit. | 175.00 | 2.00 | 177 |
| 06/28/2014 | ADS | Continue drafting/revising fact section for brief; draft response in opposition to motion for summary judgment. | 175.00 | 3.30 | 178 |
| 06/29/2014 | ADS | Continue drafting response in opposition to | | | |

Eastern Livestock Bankruptcy

re: Alabama Livestock Auction (Preference)

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | motion for summary judgment. | 175.00 | 1.00 | 179 |
| 06/30/2014 | ADS | Review, revise, and finalize response in opposition to motion for summary judgment; revise and finalize appendix of exhibits.  Gather remaining exhibits for appendix.  File to legal assistant to file response with court. | 175.00 | 3.70 | 173 |
| 07/01/2014 | ADS | Calendar deadlines for reply and surreply to summary judgment motion. | 175.00 | 0.10 | 192 |
| 07/09/2014 | ADS | Attention to extension of time for defendant to file reply; assignment to legal assistant to email Defendants' counsel with responses and exhibits. | 175.00 | 0.10 | 193 |
| 07/13/2014 | ADS | Work on answers and responses to Defendant's third set of discovery. | 175.00 | 3.50 | 188 |
| 07/14/2014 | ADS | Attention to deadline to respond to third set of discovery from defendant; calendar same. | 175.00 | 0.10 | 194 |
| 07/18/2014 | ADS | Continue drafting requests for admission, discuss same with Jay Kennedy, revise requests for admission; continue working on answers to interrogatories and requests for production. | 175.00 | 1.70 | 189 |
| 07/20/2014 | ADS | Finish discovery responses; email to Trustee for verification of interrogatory responses. | 175.00 | 3.40 | 190 |
| 07/28/2014 | ADS | Prepare for and conduct status conference; confer with Newbern regarding extension of time to respond to response to motion for summary judgment. | 175.00 | 0.10 | 191 |
| 09/24/2014 | ADS | Prepare for and conduct telephonic hearing; draft email to Scott Newbern regarding hearing results and new hearing date.  Telephone call with Newbern regarding same. | 175.00 | 0.10 | 197 |

Page: 5

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:        110035-58

INVOICE NO:                  4

re: Alabama Livestock Auction (Preference)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| | Amanda D. Stafford | | 22.70 | 3,972.50 | |
| 06/09/2014 | | | | | |
| TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | | 172 |
| | Tammy J. Froelich | | 0.10 | 12.50 | |
| | FOR CURRENT SERVICES RENDERED | | 30.50 | 5,332.50 | |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 0.30 | $175.00 | $52.50 |
| Jennifer L. Watt | 7.40 | 175.00 | 1,295.00 |
| Amanda D. Stafford | 22.70 | 175.00 | 3,972.50 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | | 5,332.50 |
| PREVIOUS BALANCE | | $13,910.85 |
| 07/31/2014 | Payment--Thank you | -8,576.03 | 3 |
| 07/31/2014 | Payment--Thank you | -1,062.37 | 4 |
| | TOTAL PAYMENTS | -9,638.40 |
| | BALANCE DUE | $9,604.95 |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 4,803.18 | 1,704.05 |
| 12/31/2013 | 2 | 1,815.15 | 473.90 |
| 07/31/2014 | 3 | 10,670.53 | 2,094.50 |
| | | | 4,272.45 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:    110035-99
INVOICE NO:    4

re: Arab Livestock Market, Inc. (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 08/11/2014 | | | | | | |
| JPK | Reviewed status of case.  Reviewed email from E. Mades. | | 175.00 | 0.30 | | 76 |
| | Jay P. Kennedy | | | 0.30 | 52.50 | |
| 08/11/2014 | | | | | | |
| JLW | Review email from Court regarding status; Review case status and correspondence with M. Stafford regarding the same; review status update from E. Nave. | | 175.00 | 0.20 | | 78 |
| | Jennifer L. Watt | | | 0.20 | 35.00 | |
| 08/12/2014 | | | | | | |
| ADS | Email from and to court regarding case status. | | 175.00 | 0.10 | | 77 |
| 10/02/2014 | | | | | | |
| ADS | Attention to status of settlement; draft email to opposing counsel for follow up on defendant's response to trustee's offer of settlement; diary for follow up. | | 175.00 | 0.20 | | 79 |
| | Amanda D. Stafford | | | 0.30 | 52.50 | |
| | FOR CURRENT SERVICES RENDERED | | | 0.80 | 140.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 0.30 | $175.00 | $52.50 |
| Jennifer L. Watt | 0.20 | 175.00 | 35.00 |
| Amanda D. Stafford | 0.30 | 175.00 | 52.50 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-99

INVOICE NO:    4

re: Arab Livestock Market, Inc. (Preference)


TOTAL CURRENT WORK THIS STATEMENT                    140.00

PREVIOUS BALANCE                                          $1,675.87


| 07/31/2014 | Payment--Thank you | -648.80 | 3 |
| 07/31/2014 | Payment--Thank you | -204.53 | 4 |
| | TOTAL PAYMENTS | -853.33 | |

BALANCE DUE                                              $962.54


AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|-----------|--------|--------|-----|
| 03/20/2013 | 1 | 541.50 | 59.16 |
| 12/31/2013 | 2 | 2,307.08 | 601.38 |
| 07/31/2014 | 3 | 810.80 | 162.00 |
| | | | 822.54 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:      110035-36
INVOICE NO:                 4

re: Ashville Stockyard  (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/14/2014 | | | | | |
| | JLW | Conference with J. Kennedy and M. Stafford regarding █████████████ | 175.00 | 0.30 | 152 |
| 05/28/2014 | | | | | |
| | JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | 153 |
| 06/04/2014 | | | | | |
| | JLW | Conference with M. Stafford regarding ██████ ████████████████ Review motion for summary judgment; Review factual contentions and break out disputed facts. | 175.00 | 0.80 | 154 |
| 06/05/2014 | | | | | |
| | JLW | Review motion for summary judgment and outline fact issues in dispute. | 175.00 | 0.80 | 164 |
| 06/06/2014 | | | | | |
| | JLW | Continue outline fact issues in dispute in motion for summary judgment; Review argument regarding unsupported facts; Draft email regarding unsupported facts argument. | 175.00 | 0.60 | 165 |
| 06/09/2014 | | | | | |
| | JLW | Meeting with M. Stafford regarding ████ ████████████ Review draft response to motion for summary judgment and draft revisions. | 175.00 | 0.80 | 166 |
| 06/10/2014 | | | | | |
| | JLW | Research case law regarding ██████ ████████████████ | | | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

| | | | |
|---|---|---|---|
| ACCOUNT NO: | 110035-36 |
| INVOICE NO: | 4 |

re: Ashville Stockyard  (Preference)

| Date | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | ███████████ | | 175.00 | 1.00 | | 167 |
| 06/11/2014 JLW | Continue research case law regarding ████ ███████████████ | | 175.00 | 0.70 | | 168 |
| 06/20/2014 JLW | Meeting with M. Stafford regarding ███████ ████████████ Follow up research on ███████████████ Draft revisions to response to summary judgment motion. | | 175.00 | 0.90 | | 169 |
| 06/25/2014 JLW | Correspondence with M. Stafford regarding ████████████ Draft revisions to response brief. | | 175.00 | 0.40 | | 170 |
| 06/29/2014 JLW | Review final draft of response brief. | | 175.00 | 0.20 | | 171 |
| 07/28/2014 JLW | Review court minute entry. | | 175.00 | 0.10 | | 178 |
| 08/22/2014 JLW | Review reply brief in support of summary judgment. | | 175.00 | 0.40 | | 179 |
| 10/17/2014 JLW | Review order denying defendant's motion for summary judgment. | | 175.00 | 0.10 | | 181 |
| | Jennifer L. Watt | | | 7.40 | 1,295.00 | |
| 05/05/2014 ADS | Review email from Scott Newbern agreeing to Trustee's request for extension of time; draft Notice of Extension of Time to Respond to Defendant's Motion for Summary Judgment; assignment to legal assistant to file same. | | 175.00 | 0.20 | | 147 |
| 05/13/2014 ADS | Review/analyze motion for summary judgment. | | 175.00 | 1.80 | | 148 |
| 05/19/2014 ADS | Attention to deadline for filing summary judgment response.  Assignment to legal assistant to draft motion for extension of time. | | 175.00 | 0.10 | | 149 |

Eastern Livestock Bankruptcy

re: Ashville Stockyard  (Preference)

Page: 3
November 06, 2014
ACCOUNT NO:    110035-36
INVOICE NO:    4

| Date / Initials | Description | Rate | HOURS | |
|---|---|---|---|---|
| 05/28/2014 ADS | Prepare for and attend pretrial conference; update ███████████████ ████████████████████ | 175.00 | 0.30 | 150 |
| 05/29/2014 ADS | Review/analyze minute entry/order; calendar new hearing date. | 175.00 | 0.10 | 151 |
| 06/02/2014 ADS | Draft, revise and finalize Trustee's Supplemental discovery response.  Serve same on defendant's counsel. | 175.00 | 0.40 | 156 |
| 06/11/2014 ADS | Review third set of discovery requests from defendant. | 175.00 | 0.10 | 159 |
| 06/12/2014 ADS | Attention to third set of discovery and extension of deadline to respond to same.  Receive and review email from Scott Newbern agreeing to request for extension of time. | 175.00 | 0.20 | 155 |
| 06/16/2014 ADS | Attention to deadline to respond to motion for summary judgment; assignment to legal assistant to draft motions; review motions for extension of time to respond to summary judgment. | 175.00 | 0.20 | 160 |
| 06/27/2014 ADS | Draft fact section for brief in response to summary judgment; gather sales documents for exhibit. | 175.00 | 2.50 | 161 |
| 06/28/2014 ADS | Continue drafting/revising fact section for brief; draft response in opposition to motion for summary judgment. | 175.00 | 2.80 | 162 |
| 06/29/2014 ADS | Continue drafting response in opposition to motion for summary judgment. | 175.00 | 1.30 | 163 |
| 06/30/2014 ADS | Review, revise, and finalize response in opposition to motion for summary judgment; revise and finalize appendix of exhibits.  Gather | | | |

Eastern Livestock Bankruptcy

Page: 4
November 06, 2014
ACCOUNT NO:    110035-36
INVOICE NO:    4

re: Ashville Stockyard  (Preference)

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | | remaining exhibits for appendix.  File to legal assistant to file response with court. | 175.00 | 1.20 | | 158 |
| 07/01/2014 | ADS | Calendar deadlines for reply and surreply to summary judgment. | 175.00 | 0.10 | | 174 |
| 07/09/2014 | ADS | Attention to extension of time for defendant to file reply; assignment to legal assistant to email Defendants' counsel with responses and exhibits. | 175.00 | 0.10 | | 175 |
| 07/14/2014 | ADS | Attention to deadline to respond to third set of discovery from defendant; calendar same. | 175.00 | 0.10 | | 177 |
| 07/21/2014 | ADS | Revise/finalize trustee's response to third set of discovery, confer with Trustee regarding verification and obtain same, to legal assistant to serve responses on defendant. | 175.00 | 2.10 | | 176 |
| 07/28/2014 | ADS | Prepare for and conduct status conference; confer with Newbern regarding extension of time to respond to response to motion for summary judgment. | 175.00 | 0.10 | | 172 |
| 07/29/2014 | ADS | Review draft agreed motion for extension of time to respond to response in opposition to summary judgment; draft email to Scott Newbern confirming same. | 175.00 | 0.20 | | 173 |
| 09/24/2014 | ADS | Prepare for and conduct telephonic hearing; draft email to Scott Newbern regarding hearing results and new hearing date.  Telephone call with Newbern regarding same. | 175.00 | 0.10 | | 180 |
| | | Amanda D. Stafford | | 14.00 | 2,450.00 | |
| 06/09/2014 | TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | | 157 |
| | | Tammy J. Froelich | | 0.10 | 12.50 | |
| | | FOR CURRENT SERVICES RENDERED | | 21.50 | 3,757.50 | |

Eastern Livestock Bankruptcy

Page: 5
November 06, 2014
ACCOUNT NO:     110035-36
INVOICE NO:                4

re: Ashville Stockyard  (Preference)

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jennifer L. Watt | 7.40 | $175.00 | $1,295.00 |
| Amanda D. Stafford | 14.00 | 175.00 | 2,450.00 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

| | |
|---|---|
| Reproduction of documents | 3.60 |
| TOTAL EXPENSES THRU 11/06/2014 | 3.60 |
| TOTAL CURRENT WORK THIS STATEMENT | 3,761.10 |
| PREVIOUS BALANCE | $10,545.78 |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -5,993.87 | 3 |
| 07/31/2014 | Payment--Thank you | -906.47 | 4 |
| | TOTAL PAYMENTS | -6,900.34 | |
| | BALANCE DUE | $7,406.54 | |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 4,586.80 | 1,729.29 |
| 12/31/2013 | 2 | 1,777.50 | 462.15 |
| 07/31/2014 | 3 | 7,447.87 | 1,454.00 |
| | | | 3,645.44 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-43

INVOICE NO:              1

re: B&M Cattle Company (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | |
|---|---|
| Reproduction of documents | 0.10 |
| TOTAL EXPENSES THRU 11/06/2014 | 0.10 |
| TOTAL CURRENT WORK THIS STATEMENT | 0.10 |
| BALANCE DUE | $0.10 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:     110035-09
INVOICE NO:                4

re: Ricky Beard (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| 06/25/2014 |  |  |  |  |
| JPK | Participate in pretrial conference. | 175.00 | 0.30 | 66 |
| 09/24/2014 |  |  |  |  |
| JPK | Participate in pretrial conference.  Discussion of settlement and began settlement drafting. | 175.00 | 0.60 | 73 |
| 10/27/2014 |  |  |  |  |
| JPK | Reviewed email from A. Stafford.  Reviewed issues relating to ██████ ████████ | 175.00 | 0.40 | 77 |
| | Jay P. Kennedy | | 1.30 | 227.50 |
| 05/28/2014 |  |  |  |  |
| JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | 64 |
| 06/26/2014 |  |  |  |  |
| JLW | Review minute order following status hearing. | 175.00 | 0.10 | 68 |
| 07/28/2014 |  |  |  |  |
| JLW | Review court minute entry. | 175.00 | 0.10 | 70 |
| | Jennifer L. Watt | | 0.50 | 87.50 |
| 05/28/2014 |  |  |  |  |
| ADS | Prepare for and attend pretrial conference; update ██████████ | 175.00 | 0.50 | 62 |
| 05/29/2014 |  |  |  |  |
| ADS | Review/analyze minute entry/order; calendar new hearing date.  Draft email to Jack Dawson with notice of new hearing date per court order. | 175.00 | 0.10 | 63 |