Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-09

INVOICE NO:           4

re: Ricky Beard (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| **06/25/2014** | | | | | |
| | ADS | Telephone call with K. Goss regarding hearing; prepare for and conduct pretrial conference. | 175.00 | 0.20 | 67 |
| **07/28/2014** | | | | | |
| | ADS | Prepare for and conduct telephonic status conference. | 175.00 | 0.20 | 69 |
| **09/23/2014** | | | | | |
| | ADS | Conference with J. Kennedy regarding ████████ review latest settlement correspondence; voicemail to Jack Dawson regarding same. | 175.00 | 0.20 | 71 |
| **09/24/2014** | | | | | |
| | ADS | Review file for status, telephonic conference with Jack Dawson regarding settlement; email from Jack Dawson accepting Trustee's offer; assignment to legal assistant to draft settlement documents. | 175.00 | 0.40 | 72 |
| **09/25/2014** | | | | | |
| | ADS | Review and revise settlement agreement and motion to compromise pleadings. | 175.00 | 0.60 | 74 |
| **10/02/2014** | | | | | |
| | ADS | Email correspondence with opposing counsel regarding settlement agreement revisions. | 175.00 | 0.10 | 75 |
| **10/03/2014** | | | | | |
| | ADS | Email from opposing counsel with revisions to settlement agreement; review/revise settlement agreement; file to Jay Kennedy. | 175.00 | 0.30 | 76 |
| | | Amanda D. Stafford | | 2.60 | 455.00 |
| **06/09/2014** | | | | | |
| | TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | 65 |
| | | Tammy J. Froelich | | 0.10 | 12.50 |
| | | FOR CURRENT SERVICES RENDERED | | 4.50 | 782.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 1.30 | $175.00 | $227.50 |
| Jennifer L. Watt | 0.50 | 175.00 | 87.50 |
| Amanda D. Stafford | 2.60 | 175.00 | 455.00 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-09

INVOICE NO:             4

re: Ricky Beard (Preference)

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

| | | |
|---|---|---|
| Reproduction of documents | | 0.50 |
| TOTAL EXPENSES THRU 11/06/2014 | | 0.50 |
| TOTAL CURRENT WORK THIS STATEMENT | | 783.00 |
| PREVIOUS BALANCE | | $1,956.31 |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -975.40 | 3 |
| 07/31/2014 | Payment--Thank you | -195.34 | 4 |
| | TOTAL PAYMENTS | -1,170.74 | |
| | BALANCE DUE | $1,568.57 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 1,094.70 | 388.18 |
| 12/31/2013 | 2 | 584.94 | 153.89 |
| 07/31/2014 | 3 | 1,218.90 | 243.50 |
| | | | 785.57 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:      110035-39
INVOICE NO:             5

re: Billingsley Auction Sale, Inc. (Preference)

DRAFT STATEMENT

[    ]**Bill & Mail** this statement as is/as modified
[    ]**Return** to _____ for letter
[    ]Prepare for sending **VIA EMAIL**
[    ]**HOLD**/Do not send
[    ]Send only **previous** balance
[    ]**Close** File (only closed if paid in full or balance is written off)
[    ]**Pay** this invoice from **TRUST**
[    ] Other: _____

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/14/2014 | | | | | |
| | JLW | Conference with J. Kennedy and M. Stafford regarding █████████████ | 175.00 | 0.30 | 176 |
| 05/28/2014 | | | | | |
| | JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | 177 |
| 06/04/2014 | | | | | |
| | JLW | Conference with M. Stafford regarding ████ ████████████████ Review motion for summary judgment; Review factual contentions and break out disputed facts. | 175.00 | 0.80 | 178 |
| 06/05/2014 | | | | | |
| | JLW | Review motion for summary judgment and outline fact issues in dispute. | 175.00 | 0.80 | 187 |
| 06/06/2014 | | | | | |
| | JLW | Continue outline fact issues in dispute in motion for summary judgment; Review argument regarding unsupported facts; Draft email regarding unsupported facts argument. | 175.00 | 0.60 | 188 |
| 06/09/2014 | | | | | |
| | JLW | Meeting with M. Stafford regarding █████ Review draft response to motion for summary judgment and draft revisions. | 175.00 | 0.80 | 189 |
| 06/10/2014 | | | | | |
| | JLW | Research case law regarding ███████ █████████████ | | | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110035-39

INVOICE NO:     5

re: Billingsley Auction Sale, Inc. (Preference)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| | ███████████ | 175.00 | 1.00 | | 190 |
| JLW | Research case law regarding ██████ ███████████████████ | 175.00 | 1.00 | | 191 |
| 06/11/2014 JLW | Continue research case law regarding █████ █████████████ | 175.00 | 0.70 | | 192 |
| 06/20/2014 JLW | Meeting with M. Stafford regarding ███████ ████████ Follow up research on █████████ Draft revisions to response to summary judgment motion. | 175.00 | 0.90 | | 193 |
| 06/25/2014 JLW | Correspondence with M. Stafford regarding ████████ Draft revisions to response brief. | 175.00 | 0.40 | | 194 |
| 06/29/2014 JLW | Review final draft of response brief. | 175.00 | 0.20 | | 195 |
| 07/28/2014 JLW | Review court minute entry. | 175.00 | 0.10 | | 201 |
| 08/22/2014 JLW | Review reply brief in support of summary judgment. | 175.00 | 0.40 | | 202 |
| 10/17/2014 JLW | Review order denying defendant's motion for summary judgment. | 175.00 | 0.10 | | 204 |
| | Jennifer L. Watt | | 8.40 | 1,470.00 | |
| 05/05/2014 ADS | Review email from Scott Newbern agreeing to Trustee's request for extension of time; draft Notice of Extension of TIme to Respond to Defendant's Motion for Summary Judgment; assignment to legal assistant to file same. | 175.00 | 0.20 | | 172 |
| 05/19/2014 ADS | Attention to deadline for filing summary judgment response.  Assignment to legal | | | | |

Eastern Livestock Bankruptcy

re: Billingsley Auction Sale, Inc. (Preference)

Page: 3
November 06, 2014
ACCOUNT NO:    110035-39
INVOICE NO:    5

| Date | | Description | Rate | HOURS | |
|------|--|-------------|------|-------|--|
| | | assistant to draft motion for extension of time. | 175.00 | 0.10 | 173 |
| 05/28/2014 | ADS | Prepare for and attend pretrial conference; ▆▆▆▆▆▆▆▆▆ | 175.00 | 0.30 | 174 |
| 05/29/2014 | ADS | Review/analyze minute entry/order; calendar new hearing date. | 175.00 | 0.10 | 175 |
| 06/02/2014 | ADS | Draft, revise and finalize Trustee's Supplemental discovery response.  Serve same on defendant's counsel. | 175.00 | 0.40 | 180 |
| 06/11/2014 | ADS | Review third set of discovery requests from defendant. | 175.00 | 0.10 | 183 |
| 06/12/2014 | ADS | Attention to third set of discovery and extension of deadline to respond to same.  Receive and review email from Scott Newbern agreeing to request for extension of time. | 175.00 | 0.20 | 179 |
| 06/16/2014 | ADS | Attention to deadline to respond to motion for summary judgment; assignment to legal assistant to draft motions; review motions for extension of time to respond to summary judgment. | 175.00 | 0.20 | 184 |
| 06/27/2014 | ADS | Draft fact section for brief in response to summary judgment; gather sales documents for exhibit. | 175.00 | 1.20 | 185 |
| 06/29/2014 | ADS | Continue drafting facts for fact section of brief; draft response in opposition to motion for summary judgment. | 175.00 | 1.60 | 186 |
| 06/30/2014 | ADS | Review, revise, and finalize response in opposition to motion for summary judgment; revise and finalize appendix of exhibits.  Gather remaining exhibits for appendix.  File to legal assistant to file response with court. | 175.00 | 1.50 | 182 |

Page: 4

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:      110035-39
INVOICE NO:              5

re: Billingsley Auction Sale, Inc. (Preference)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| **07/01/2014** | | | | | |
| ADS | Calendar deadlines for reply and surreply to summary judgment motion. | 175.00 | 0.10 | | 197 |
| **07/09/2014** | | | | | |
| ADS | Attention to extension of time for defendant to file reply; assignment to legal assistant to email Defendants' counsel with responses and exhibits. | 175.00 | 0.10 | | 198 |
| **07/14/2014** | | | | | |
| ADS | Attention to deadline to respond to third set of discovery from defendant; calendar same. | 175.00 | 0.10 | | 200 |
| **07/21/2014** | | | | | |
| ADS | Draft/revise/finalize trustee's response to third set of discovery, confer with Trustee regarding verification and obtain same, to legal assistant to serve responses on defendant. | 175.00 | 1.60 | | 199 |
| **07/28/2014** | | | | | |
| ADS | Prepare for and conduct status conference; confer with Newbern regarding extension of time to respond to response to motion for summary judgment. | 175.00 | 0.10 | | 196 |
| **09/24/2014** | | | | | |
| ADS | Prepare for and conduct telephonic hearing; draft email to Scott Newbern regarding hearing results and new hearing date.  Telephone call with Newbern regarding same. | 175.00 | 0.10 | | 203 |
| | Amanda D. Stafford | | 8.00 | 1,400.00 | |
| **06/09/2014** | | | | | |
| TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | | 181 |
| | Tammy J. Froelich | | 0.10 | 12.50 | |
| | FOR CURRENT SERVICES RENDERED | | 16.50 | 2,882.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jennifer L. Watt | 8.40 | $175.00 | $1,470.00 |
| Amanda D. Stafford | 8.00 | 175.00 | 1,400.00 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

Page: 5

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-39

INVOICE NO:            5

re: Billingsley Auction Sale, Inc. (Preference)

| | | |
|---|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 2,882.50 | |
| PREVIOUS BALANCE | $10,616.77 | |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -5,767.03 | 4 |
| 07/31/2014 | Payment--Thank you | -646.94 | 5 |
| 07/31/2014 | Payment--Thank you | -318.84 | 6 |
| | TOTAL PAYMENTS | -6,732.81 | |
| | BALANCE DUE | $6,766.46 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 2 | 3,579.70 | 1,794.01 |
| 12/31/2013 | 3 | 2,649.10 | 689.95 |
| 07/31/2014 | 4 | 7,167.03 | 1,400.00 |
| | | | 3,883.96 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:     110035-21
INVOICE NO:             4

re: Steve Blanton (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| 08/11/2014 | | | | | |
| JLW | Review email from Court regarding status; Review case status and correspondence with M. Stafford regarding the same. | 175.00 | 0.20 | | 62 |
| | Jennifer L. Watt | | 0.20 | 35.00 | |
| 05/01/2014 | | | | | |
| ADS | Draft/revise and finalize proof of claim, gather exhibits for proof of claim.  Obtain and review bankruptcy docket; review trustee's motion to dismiss.  File to J. Kennedy for review. | 175.00 | 1.00 | | 60 |
| 08/12/2014 | | | | | |
| ADS | Email from and to court regarding case status. | 175.00 | 0.10 | | 61 |
| | Amanda D. Stafford | | 1.10 | 192.50 | |
| | FOR CURRENT SERVICES RENDERED | | 1.30 | 227.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jennifer L. Watt | 0.20 | $175.00 | $35.00 |
| Amanda D. Stafford | 1.10 | 175.00 | 192.50 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | | | 227.50 |
| PREVIOUS BALANCE | | | $1,697.45 |
| 07/31/2014 | Payment--Thank you | | -762.30 | 3 |
| 07/31/2014 | Payment--Thank you | | -186.23 | 4 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-21

INVOICE NO:          4

re: Steve Blanton (Preference)

TOTAL PAYMENTS                                                          -948.53

BALANCE DUE                                                           $976.42

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 601.70 | 129.72 |
| 12/31/2013 | 2 | 1,592.35 | 428.70 |
| 07/31/2014 | 3 | 952.80 | 190.50 |
| | | | 748.92 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:  110035-84

INVOICE NO:  4

re: Bradbury, Mike (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 05/08/2014 | | | | | | |
| | ADS | Receive signed settlement agreement and payment. Process payment for deposit. Assignment to legal assistant to draft Motion to Compromise and related pleadings. | 175.00 | 0.30 | | 164 |
| 05/12/2014 | | | | | | |
| | ADS | Review/revise motion to compromise pleadings; file same with court.  Calendar objection deadline. | 175.00 | 0.70 | | 163 |
| 06/09/2014 | | | | | | |
| | ADS | Email to Dustin DeNeal regarding allowance/disallowance of claim per settlement. | 175.00 | 0.10 | | 165 |
| | ADS | Review/revise stipulation of dismissal; review order approving motion to compromise; draft email to A. Adams. Email to T. Froelich regarding settlement funds. | 175.00 | 0.50 | | 166 |
| 06/10/2014 | | | | | | |
| | ADS | Email from A. Adams; revise stipulation of dismissal. | 175.00 | 0.20 | | 167 |
| | | Amanda D. Stafford | | 1.80 | 315.00 | |
| | | FOR CURRENT SERVICES RENDERED | | 1.80 | 315.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amanda D. Stafford | 1.80 | $175.00 | $315.00 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-84

INVOICE NO:               4

re: Bradbury, Mike (Preference)

| | | |
|---|---|---|
| Reproduction of documents | | 0.10 |
| TOTAL EXPENSES THRU 11/06/2014 | | 0.10 |
| TOTAL CURRENT WORK THIS STATEMENT | | 315.10 |
| PREVIOUS BALANCE | | $13,864.77 |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -3,813.70 | 3 |
| 07/31/2014 | Payment--Thank you | -2,001.57 | 4 |
| | TOTAL PAYMENTS | -5,815.27 | |
| | BALANCE DUE | $8,364.60 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 11,736.38 | 4,937.38 |
| 12/31/2013 | 2 | 8,297.92 | 2,159.62 |
| 07/31/2014 | 3 | 4,766.20 | 952.50 |
| | | | 8,049.50 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

| | |
|---|---|
| ACCOUNT NO: | 110034-26 |
| INVOICE NO: | 3 |

re: Breitsprecher Livestock, LLC (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 07/14/2014 | | | | | | |
| JGL | Review loan documents, note and demand letters; Review and revised complaint; Reviewed briefing in Community National Bank v. Eastern Livestock, Schuckman, Breitsprecher cases. | | 175.00 | 1.30 | | 19 |
| 07/15/2014 | | | | | | |
| JGL | Prepare complaint for ECF Filing. | | 175.00 | 0.40 | | 20 |
| 08/04/2014 | | | | | | |
| JGL | Call Steve Wandro, counsel for Breitsprecher. | | 175.00 | 0.10 | | 30 |
| | James G. Lauck | | | 1.80 | 315.00 | |
| 05/12/2014 | | | | | | |
| JPK | Reviewed email from M. Stafford. Conferred with J. Knauer over potential settlement request. | | 175.00 | 0.30 | | 9 |
| | Jay P. Kennedy | | | 0.30 | 52.50 | |
| 07/23/2014 | | | | | | |
| HKM | Conference with Mandy Stafford concerning ████████████████████████████ | | 175.00 | 0.90 | | 16 |
| | Harley K. Means | | | 0.90 | 157.50 | |
| 05/12/2014 | | | | | | |
| ADS | Follow up with Jay Kennedy on settlement offer and response thereto. | | 175.00 | 0.10 | | 8 |
| 06/12/2014 | | | | | | |
| ADS | Attention to defendant's offer of settlement; correspond with Trustee and J. Kennedy | | | | | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110034-26

INVOICE NO:     3

re: Breitsprecher Livestock, LLC (Note)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | regarding ▮▮▮▮▮ | | 175.00 | 0.20 | 10 |
| 06/23/2014 | | | | | |
| ADS | Emails from Trustee and Jay Kennedy regarding filing complaint. | | 175.00 | 0.10 | 11 |
| 07/11/2014 | | | | | |
| ADS | Review correspondence from Trustee; prepare for filing. | | 175.00 | 0.50 | 21 |
| 07/14/2014 | | | | | |
| ADS | Review/analyze statute of limitation issue and revise complaint. Review/analyze judgment in favor of Community Bank. | | 175.00 | 0.90 | 22 |
| 07/15/2014 | | | | | |
| ADS | Legal research on ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮ research status of co-borrower entities with Iowa Secretary of State. | | 175.00 | 1.00 | 13 |
| 07/16/2014 | | | | | |
| ADS | Review and revise complaint; review/analyze release provisions in settlement agreement with Chad Schuchmann; confer with J. Kennedy regarding same. | | 175.00 | 0.70 | 14 |
| 07/17/2014 | | | | | |
| ADS | Telephonic conference with Scott Tschudy regarding Community Bank lawsuit and outcome of same. | | 175.00 | 0.20 | 15 |
| ADS | Receive and review summons and order setting first pretrial conference. | | 175.00 | 0.10 | 26 |
| 07/21/2014 | | | | | |
| ADS | Review and revise complaint. | | 175.00 | 0.70 | 23 |
| 07/22/2014 | | | | | |
| ADS | FInalize complaint and file same with court. | | 175.00 | 0.90 | 24 |
| 07/23/2014 | | | | | |
| ADS | Receive and review preliminary pretrial order. | | 175.00 | 0.10 | 25 |
| 08/04/2014 | | | | | |
| ADS | Voicemail from defendant's attorney, Steve Wondraw. | | 175.00 | 0.10 | 31 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO: 110034-26

INVOICE NO: 3

re: Breitsprecher Livestock, LLC (Note)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| 08/05/2014 | | | | | |
| ADS | Voicemail from and telephonic conference with Steve Wondra, confer with Jay Kennedy and J. Knauer regarding ████████████ ██████████ | 175.00 | 0.60 | | 27 |
| 08/06/2014 | | | | | |
| ADS | Telephone call with Steve Wondra, attorney for defendants; draft memorandum to file regarding ██████████ draft email to J. Kennedy and J. Lauck regarding same. | 175.00 | 0.40 | | 28 |
| 08/27/2014 | | | | | |
| ADS | Prepare for and conduct pretrial conference. | 175.00 | 0.40 | | 29 |
| | Amanda D. Stafford | | 7.00 | 1,225.00 | |
| 07/14/2014 | | | | | |
| CLB | Draft complaint for filing in bankruptcy court. | 75.00 | 1.00 | | 12 |
| 07/24/2014 | | | | | |
| CLB | Process 3 summonses to mail by regular as well as certified mail. | 75.00 | 0.60 | | 18 |
| | Carole L. Barnett | | 1.60 | 120.00 | |
| | FOR CURRENT SERVICES RENDERED | | 11.60 | 1,870.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James G. Lauck | 1.80 | $175.00 | $315.00 |
| Jay P. Kennedy | 0.30 | 175.00 | 52.50 |
| Harley K. Means | 0.90 | 175.00 | 157.50 |
| Amanda D. Stafford | 7.00 | 175.00 | 1,225.00 |
| Carole L. Barnett | 1.60 | 75.00 | 120.00 |

| | | |
|---|---|---|
| Reproduction of documents | | 10.80 |
| Mailing expense | | 30.73 |
| TOTAL EXPENSES THRU 11/06/2014 | | 41.53 |
| TOTAL CURRENT WORK THIS STATEMENT | | 1,911.53 |
| PREVIOUS BALANCE | | $1,090.20 |

| 07/31/2014 | Payment--Thank you | -847.30 | 2 |

Page: 4

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110034-26

INVOICE NO:    3

re: Breitsprecher Livestock, LLC (Note)

| 07/31/2014 | Payment--Thank you | -36.40 | 3 |
| 07/31/2014 | Payment--Thank you | -11.97 | 4 |
| | TOTAL PAYMENTS | -895.67 | |
| | BALANCE DUE | $2,106.06 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/31/2014 | 2 | 1,053.80 | 194.53 |
| | | | 194.53 |

Page: 1
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:      110034-40
INVOICE NO:          2

re: Brown, Robert (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

|            |     |                               | Rate   | HOURS |        |   |
|------------|-----|-------------------------------|--------|-------|--------|---|
| 07/11/2014 |     |                               |        |       |        |   |
|            | ADS | Review file for status.       | 175.00 | 1.00  |        | 2 |
|            |     | Amanda D. Stafford            |        | 1.00  | 175.00 |   |
|            |     | FOR CURRENT SERVICES RENDERED |        | 1.00  | 175.00 |   |

RECAPITULATION

| TIMEKEEPER         | HOURS | HOURLY RATE | TOTAL    |
|--------------------|-------|-------------|----------|
| Amanda D. Stafford | 1.00  | $175.00     | $175.00  |

| TOTAL CURRENT WORK THIS STATEMENT | 175.00  |
|-----------------------------------|---------|
| PREVIOUS BALANCE                  | $367.50 |

| 12/31/2013 | Payment--Thank you |  -271.95 | 1 |
|------------|--------------------|----------|---|
| 07/31/2014 | Payment--Thank you |  -19.03  | 2 |
|            | TOTAL PAYMENTS     | -290.98  |   |
|            | BALANCE DUE        | $251.52  |   |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date  | Stmt # | Billed | Due   |
|------------|--------|--------|-------|
| 12/31/2013 | 1      | 367.50 | 76.52 |
|            |        |        | 76.52 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:    110034-27
INVOICE NO:    4

re: Buckhorn Cattle (Note)

DRAFT STATEMENT

[   ]**Bill & Mail** this statement as is/as modified
[   ]**Return** to _____ for letter
[   ]Prepare for sending **VIA EMAIL**
[   ]**HOLD**/Do not send
[   ]Send only **previous** balance
[   ]**Close** File (only closed if paid in full or balance is written off)
[   ]**Pay** this invoice from **TRUST**
[   ] Other: _____

| | | Rate | HOURS | |
|---|---|---|---|---|
| 05/19/2014 | | | | |
| JPK | Meet with M. Stafford.  Reviewed motion for authority to file amended complaint. | 175.00 | 0.40 | 55 |
| 06/04/2014 | | | | |
| JPK | Reviewed order regarding extension of time to file amended complaint.  Confer with M. Stafford on amended complaint. | 175.00 | 0.70 | 69 |
| 06/20/2014 | | | | |
| JPK | Reviewed draft response.  Meet with M. Stafford. | 175.00 | 0.50 | 62 |
| 06/25/2014 | | | | |
| JPK | Participate in pretrial and hearing on motion to amend complaint.  Confer with M. Stafford. | 175.00 | 0.40 | 66 |
| 09/22/2014 | | | | |
| JPK | Review and revise response to motion to dismiss.  Meet with M. Stafford. | 175.00 | 0.40 | 80 |
| 10/14/2014 | | | | |
| JPK | Reviewed email from M. Stafford.  Reviewed reply and response on first amended complaint issues. | 175.00 | 0.60 | 86 |
| | Jay P. Kennedy | | 3.00    525.00 | |
| 05/12/2014 | | | | |
| ADS | Analyze ██████████████ ████ correspond with Jay Kennedy regarding ████████████ | 175.00 | 0.20 | 50 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110034-27

INVOICE NO:              4

re: Buckhorn Cattle (Note)

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| **05/13/2014** | | | | |
| ADS | Begin drafting requests for production to defendant. | 175.00 | 1.50 | 51 |
| **05/15/2014** | | | | |
| ADS | Begin drafting amended complaint; legal research on statute of limitations for breach of bailment contract in Kentucky and Indiana; legal research on elements for claim for bailment for hire and breach of pasture contract. | 175.00 | 2.00 | 52 |
| **05/16/2014** | | | | |
| ADS | Draft, revise and finalize amended complaint; finish drafting requests for production and draft interrogatories.  Review, revise and finalize requests for production and interrogatories. Assignment to legal assistant to format same and serve on opposing counsel. | 175.00 | 7.50 | 53 |
| **05/19/2014** | | | | |
| ADS | Gather discovery requests served on defendant. Draft email to FBD contacts to upload discovery requests to Trustee's online repository. | 175.00 | 0.20 | 54 |
| ADS | Draft/revise and finalize motion for leave to file amended complaint; legal research in seventh circuit regarding ████████ ████ draft email to Ivana Shallcross requesting agreement to motion; file notice of discovery requests in bankruptcy and adversary proceedings; assignment to legal assistant to file motion for leave with court. | 175.00 | 5.40 | 56 |
| **05/29/2014** | | | | |
| ADS | Email correspondence with I. Shallcross regarding deadlines. | 175.00 | 0.20 | 57 |
| **05/30/2014** | | | | |
| ADS | Email correspondence and telephone call with I. Shallcross regarding scheduling order and joint motion for relief from judgment.  Draft/revise joint motion for relief from judgment/order and proposed order. | 175.00 | 1.30 | 58 |
| **06/02/2014** | | | | |
| ADS | Email correspondence with Ivana Shallcross regarding extension of time to respond to motion for leave.  Revise and file Joint MOtion for Relief from Judgment Order. | 175.00 | 0.20 | 64 |

Eastern Livestock Bankruptcy

re: Buckhorn Cattle (Note)

Page: 3
November 06, 2014
ACCOUNT NO:      110034-27
INVOICE NO:              4

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| **06/03/2014** | | | | | |
| ADS | Emails with I. Shallcross regarding extension of time.  Review/revise motion for extension of time. | | 175.00 | 0.30 | 63 |
| **06/06/2014** | | | | | |
| ADS | Review/analyze defendant's response to motion for leave to amend.  Review/analyze case law in support. | | 175.00 | 0.30 | 59 |
| **06/18/2014** | | | | | |
| ADS | Work on reply in support of motion for leave; legal research on arguments in support of same. | | 175.00 | 5.50 | 67 |
| **06/19/2014** | | | | | |
| ADS | Draft/revise Reply in Support of Motion for Leave to File Amended Complaint (4.7); legal research ███████████ ██████████████████ (2.7). | | 175.00 | 7.40 | 60 |
| **06/20/2014** | | | | | |
| ADS | Draft, review, revise and finalize Reply in Support of Motion for Leave to Amend. | | 175.00 | 6.90 | 61 |
| **06/24/2014** | | | | | |
| ADS | Review order setting hearing on motion for leave and objection thereto. | | 175.00 | 0.10 | 65 |
| **06/25/2014** | | | | | |
| ADS | Prepare for oral argument on motion for leave to file first amended complaint and objection thereto; conduct hearing on same; review minute/entry order. | | 175.00 | 1.10 | 68 |
| **07/02/2014** | | | | | |
| ADS | Review/analyze order granting Trustee's motion for leave to file first amended complaint. | | 175.00 | 0.50 | 71 |
| **07/10/2014** | | | | | |
| ADS | Prepare First Amended Complaint for filing. | | 175.00 | 0.80 | 72 |
| **07/14/2014** | | | | | |
| ADS | Draft email to K. Goss and I. Shallcross regarding July pretrial conference; calculate and calendar deadline for defendant to answer amended complaint. | | 175.00 | 0.30 | 70 |

Eastern Livestock Bankruptcy

re: Buckhorn Cattle (Note)

Page: 4
November 06, 2014
ACCOUNT NO:    110034-27
INVOICE NO:    4

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| **08/04/2014** | | | | | |
| ADS | Follow up with defendant's attorney regarding answer; review email from I. Shallcross regarding same. | | 175.00 | 0.40 | 75 |
| **08/19/2014** | | | | | |
| ADS | Calculate and calendar deadline to respond to motion to dismiss, draft email to opposing counsel requesting extension of time to respond to same. | | 175.00 | 0.20 | 73 |
| **08/21/2014** | | | | | |
| ADS | Assignment to legal assistant to draft extension of time pleadings. | | 175.00 | 0.10 | 76 |
| **08/22/2014** | | | | | |
| ADS | Review/revise motion for extension of time. | | 175.00 | 0.20 | 77 |
| **08/25/2014** | | | | | |
| ADS | Correspond with bankruptcy court regarding status of motion for extension of time; receive and review order granting motion for extension of time; calendar new deadline. | | 175.00 | 0.20 | 74 |
| **09/16/2014** | | | | | |
| ADS | Review/analyze motion to dismiss first amended complaint (1.0); legal research regarding choice of law in contract actions, whether statute of limitations in procedural or substantive, choice of law regarding statute of limitations; and applicability of Indiana's borrowing statute on choice of law (2.3); review/analyze cases (.80); draft outline for response to motion to dismiss (.20). | | 175.00 | 4.30 | 78 |
| **09/17/2014** | | | | | |
| ADS | Draft brief in response to Defendant's motion to dismiss. | | 175.00 | 3.60 | 79 |
| **09/19/2014** | | | | | |
| ADS | Conference with J. Kennedy ██████ ████████████████████ | | 175.00 | 0.20 | 83 |
| **09/22/2014** | | | | | |
| ADS | Confer with J. Kennedy regarding ████████ ████████ review revisions to response by J. Kennedy; draft legal standard section of response; continue review and revisions to response; to legal assistant for filing. | | 175.00 | 4.10 | 81 |

Eastern Livestock Bankruptcy

Page: 5
November 06, 2014

ACCOUNT NO:     110034-27
INVOICE NO:               4

re: Buckhorn Cattle (Note)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 09/30/2014 | ADS | Email from and to Ivana Shallcross regarding defendant's request for extension of time to file reply to motion to dismiss. | 175.00 | 0.20 | 82 |
| 10/02/2014 | ADS | Receive and review motion for extension of time to file reply.  Email from and to court regarding agreement to request. | 175.00 | 0.20 | 84 |
| 10/14/2014 | ADS | Review/analyze defendant's reply in support of motion to dismiss and whether to file supplemental briefing in support of response. | 175.00 | 0.40 | 85 |
| | | Amanda D. Stafford | | 55.80 | 9,765.00 |
| | | FOR CURRENT SERVICES RENDERED | | 58.80 | 10,290.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 3.00 | $175.00 | $525.00 |
| Amanda D. Stafford | 55.80 | 175.00 | 9,765.00 |

| | |
|---|---|
| Reproduction of documents | 17.50 |
| Mailing expense | 1.91 |
| TOTAL EXPENSES THRU 11/06/2014 | 19.41 |
| TOTAL CURRENT WORK THIS STATEMENT | 10,309.41 |
| PREVIOUS BALANCE | $5,095.82 |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -3,738.90 | 2 |
| 07/31/2014 | Payment--Thank you | -2.80 | 3 |
| 07/31/2014 | Payment--Thank you | -267.42 | 4 |
| | TOTAL PAYMENTS | -4,009.12 | |
| | BALANCE DUE | $11,396.11 | |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 12/31/2013 | 2 | 1,566.22 | 159.20 |

Eastern Livestock Bankruptcy

ACCOUNT NO:      110034-27
INVOICE NO:              4

re: Buckhorn Cattle (Note)

| 07/31/2014 | 3 | | 4,666.40 | 927.50 |
|---|---|---|---|---|
| | | | | 1,086.70 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:　　110034-28
INVOICE NO:　　　　2

re: C & L Cattle (aka C & L Farms) (Note)

DRAFT STATEMENT

[　]**Bill & Mail** this statement as is/as modified
[　]**Return** to _____ for letter
[　]Prepare for sending **VIA EMAIL**
[　]**HOLD**/Do not send
[　]Send only **previous** balance
[　]**Close** File (only closed if paid in full or balance is written off)
[　]**Pay** this invoice from **TRUST**
[　] Other: _____

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 07/11/2014 | ADS | Review file for status; judgment from Liz Lynch; voicemail to Martin Pringle. | 175.00 | 0.70 | 2 |
| 07/17/2014 | ADS | Telephonic conference with Scott Tschudy regarding status of case and judgment enforcement. | 175.00 | 0.20 | 1 |
|  |  | Amanda D. Stafford |  | 0.90　157.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED |  | 0.90　157.50 |  |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amanda D. Stafford | 0.90 | $175.00 | $157.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 157.50 | |
| PREVIOUS BALANCE | $1.50 | |
| 07/31/2014　Payment--Thank you | -1.50 | 1 |
| BALANCE DUE | $157.50 | |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:     110035-65
INVOICE NO:              5

re: Carroll County L/S Sale Barn, Inc.(Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 05/05/2014 | | | | | |
| | JPK | Reviewed email from M. Stafford.  Follow up with M. Stafford on settlement and deadlines. | 175.00 | 0.20 | 155 |
| 05/19/2014 | | | | | |
| | JPK | Reviewed email to J. Knauer.  Reviewed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 175.00 | 0.20 | 154 |
| 06/02/2014 | | | | | |
| | JPK | Confer with Trustee.  Email with S. Newbern regarding settlement proposal. | 175.00 | 0.40 | 167 |
| 06/04/2014 | | | | | |
| | JPK | Reviewed email from S. Newbern on settlement. Email to M. Stafford and confer with J. Knauer. | 175.00 | 0.30 | 166 |
| 06/11/2014 | | | | | |
| | JPK | Follow up with S. Newbern regarding ▮▮▮▮▮▮  Review of settlement documentation.  Confer with M. Stafford. | 175.00 | 0.40 | 165 |
| 09/02/2014 | | | | | |
| | JPK | Reviewed motion to compromise and settlement.  Follow up on order. | 175.00 | 0.30 | 172 |
| | | Jay P. Kennedy | | 1.80 | 315.00 |
| 05/14/2014 | | | | | |
| | JLW | Conference with J. Kennedy and M. Stafford regarding ▮▮▮▮▮▮▮▮ | 175.00 | 0.30 | 160 |
| 05/28/2014 | | | | | |
| | JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | 159 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:       110035-65

INVOICE NO:              5

re: Carroll County L/S Sale Barn, Inc.(Preference)

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| **07/28/2014** |  |  |  |  |
| JLW | Review court minute entry. | 175.00 | 0.10 | 169 |
| **10/17/2014** |  |  |  |  |
| JLW | Review order denying defendant's motion for summary judgment. | 175.00 | 0.10 | 173 |
|  | Jennifer L. Watt |  | 0.80 | 140.00 |
| **05/04/2014** |  |  |  |  |
| ADS | Review email from Jay Kennedy and Scott Newbern with recently produced documents; review document and respond to Jay Kennedy. | 175.00 | 0.10 | 161 |
| **05/05/2014** |  |  |  |  |
| ADS | Review email from Scott Newbern agreeing to Trustee's request for extension of time; draft Notice of Extension of TIme to Respond to Defendant's Motion for Summary Judgment; assignment to legal assistant to file same. | 175.00 | 0.10 | 153 |
| **05/19/2014** |  |  |  |  |
| ADS | Attention to deadline for filing summary judgment response.  Assignment to legal assistant to draft motion for extension of time. | 175.00 | 0.10 | 156 |
| **05/28/2014** |  |  |  |  |
| ADS | Prepare for and attend pretrial conference; update ███████████████ | 175.00 | 0.30 | 157 |
| **05/29/2014** |  |  |  |  |
| ADS | Review/analyze minute entry/order; calendar new hearing date. | 175.00 | 0.10 | 158 |
| **06/02/2014** |  |  |  |  |
| ADS | Draft, revise and finalize Trustee's Supplemental discovery response.  Serve same on defendant's counsel. | 175.00 | 0.40 | 162 |
| **06/11/2014** |  |  |  |  |
| ADS | Review, analyze and revise settlement agreement, motion to compromise and proposed order. | 175.00 | 0.40 | 164 |
| **07/28/2014** |  |  |  |  |
| ADS | Prepare for and conduct status conference; confer with Newbern regarding extension of time to respond to response to motion for |  |  |  |