Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-65

INVOICE NO:    5

re: Carroll County L/S Sale Barn, Inc.(Preference)

|  |  | Rate | HOURS |  |  |
|---|---|---|---|---|---|
|  | summary judgment. | 175.00 | 0.10 |  | 168 |
| 08/04/2014 |  |  |  |  |  |
| ADS | Email from and to Scott Newbern regarding settlement; diary for follow up. | 175.00 | 0.20 |  | 171 |
| 08/11/2014 |  |  |  |  |  |
| ADS | Review and revise settlement agreement; email same to defendant's counsel; review and revise motion to compromise pleadings and file same to legal assistant for filing with court. | 175.00 | 0.50 |  | 170 |
| 10/29/2014 |  |  |  |  |  |
| ADS | Telephone call with opposing counsel regarding settlement; review/revise settlement agreement, draft email to opposing counsel with same. | 175.00 | 0.30 |  | 174 |
|  | Amanda D. Stafford |  | 2.60 | 455.00 |  |
| 06/09/2014 |  |  |  |  |  |
| TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 |  | 163 |
|  | Tammy J. Froelich |  | 0.10 | 12.50 |  |
|  | FOR CURRENT SERVICES RENDERED |  | 5.30 | 922.50 |  |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 1.80 | $175.00 | $315.00 |
| Jennifer L. Watt | 0.80 | 175.00 | 140.00 |
| Amanda D. Stafford | 2.60 | 175.00 | 455.00 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | | 922.50 |
| PREVIOUS BALANCE | | $7,897.29 |

| 07/31/2014 | Payment--Thank you | -4,338.61 | 4 |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -258.25 | 5 |
| 07/31/2014 | Payment--Thank you | -450.42 | 6 |
|  | TOTAL PAYMENTS | -5,047.28 |  |
|  | BALANCE DUE | $3,772.51 |  |

Page: 4

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-65

INVOICE NO:              5

re: Carroll County L/S Sale Barn, Inc.(Preference)

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 2 | 3,252.20 | 1,457.17 |
| 12/31/2013 | 3 | 1,283.89 | 334.84 |
| 07/31/2014 | 4 | 5,396.61 | 1,058.00 |
| | | | 2,850.01 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:      110035-12
INVOICE NO:              4

re: Cav Excavation (Preference)

DRAFT STATEMENT

[   ]**Bill & Mail** this statement as is/as modified
[   ]**Return** to _____ for letter
[   ]Prepare for sending **VIA EMAIL**
[   ]**HOLD**/Do not send
[   ]Send only **previous** balance
[   ]**Close** File (only closed if paid in full or balance is written off)
[   ]**Pay** this invoice from **TRUST**
[   ] Other: _____

| | | Rate | HOURS | |
|---|---|---|---|---|
| 05/28/2014 | | | | |
| JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | 58 |
| 08/20/2014 | | | | |
| JLW | Review court minute entry vacating trial and enter clerk's default. | 175.00 | 0.10 | 68 |
| | Jennifer L. Watt | | 0.40 | 70.00 |
| 05/28/2014 | | | | |
| ADS | Prepare for and attend pretrial conference; update ▮▮▮▮▮▮▮▮ | 175.00 | 0.50 | 55 |
| ADS | Draft/revise notice of pretrial conference and notice of potential default judgment; confirm service address on defendant.  Email correspondence with court regarding filing of same. | 175.00 | 0.60 | 56 |
| 05/29/2014 | | | | |
| ADS | Review/analyze minute entry/order; calendar new hearing date.  Revise and finalize notice of pretrial conference; serve notice on defendant. | 175.00 | 0.40 | 57 |
| 06/11/2014 | | | | |
| ADS | Prepare for and attend pretrial conference. | 175.00 | 0.40 | 61 |
| 06/12/2014 | | | | |
| ADS | Review minute entry/order; review southern district rules of entry of default judgment for failure to defend; assignment to legal assistant to draft default judgment pleadings. | 175.00 | 0.20 | 59 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-12

INVOICE NO:              4

re: Cav Excavation (Preference)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| 06/13/2014 | | | | | |
| ADS | Review/revise entry of default pleadings. | 175.00 | 0.50 | | 62 |
| 07/01/2014 | | | | | |
| ADS | Review/revise entry of default pleadings. | 175.00 | 0.40 | | 64 |
| 07/02/2014 | | | | | |
| ADS | Review, revise, and sign affidavit. | 175.00 | 0.30 | | 65 |
| 07/17/2014 | | | | | |
| ADS | Receive and review clerk's entry of default. | 175.00 | 0.10 | | 66 |
| 08/05/2014 | | | | | |
| ADS | Attention to default judgment status; assignment to legal assistant to draft default judgment pleadings. | 175.00 | 0.10 | | 67 |
| 10/02/2014 | | | | | |
| ADS | Attention to status of default judgment pleadings. | 175.00 | 0.10 | | 69 |
| 10/22/2014 | | | | | |
| ADS | Review and revise default judgment pleadings. | 175.00 | 0.20 | | 70 |
| 10/23/2014 | | | | | |
| ADS | Finalize revisions to default judgment pleadings; assignment to legal assistant to revise same; execute affidavit in support of motion for default judgment; assignment to legal assistant to file pleadings with court. | 175.00 | 0.20 | | 71 |
| 10/28/2014 | | | | | |
| ADS | Attention to status of default judgment; diary for follow up on entry of order. | 175.00 | 0.10 | | 72 |
| | Amanda D. Stafford | | 4.10 | 717.50 | |
| 06/09/2014 | | | | | |
| TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | | 60 |
| | Tammy J. Froelich | | 0.10 | 12.50 | |
| | FOR CURRENT SERVICES RENDERED | | 4.60 | 800.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jennifer L. Watt | 0.40 | $175.00 | $70.00 |
| Amanda D. Stafford | 4.10 | 175.00 | 717.50 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-12

INVOICE NO:             4

re: Cav Excavation (Preference)

| | |
|---|---:|
| Reproduction of documents | 1.20 |
| Mailing expense | 8.62 |
| TOTAL EXPENSES THRU 11/06/2014 | 9.82 |
| | |
| TOTAL CURRENT WORK THIS STATEMENT | 809.82 |
| | |
| PREVIOUS BALANCE | $1,465.64 |

| | | | |
|---|---|---:|---|
| 07/31/2014 | Payment--Thank you | -721.55 | 3 |
| 07/31/2014 | Payment--Thank you | -148.18 | 4 |
| | TOTAL PAYMENTS | -869.73 | |
| | | | |
| | BALANCE DUE | $1,405.73 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 03/20/2013 | 1 | 687.20 | 199.29 |
| 12/31/2013 | 2 | 836.17 | 220.12 |
| 07/31/2014 | 3 | 898.05 | 176.50 |
| | | | 595.91 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:    110035-70
INVOICE NO:         4

re: Bill Chase (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| 05/28/2014 | | | | | |
| ADS | Review signed memorandum from J. Kennedy. Assignment to legal assistant to close file. | 175.00 | 0.10 | | 7 |
| | Amanda D. Stafford | | 0.10 | 17.50 | |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 17.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amanda D. Stafford | 0.10 | $175.00 | $17.50 |

TOTAL CURRENT WORK THIS STATEMENT          17.50

PREVIOUS BALANCE          $819.20

| 07/31/2014 | Payment--Thank you | -56.20 | 3 |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -151.94 | 4 |
| | TOTAL PAYMENTS | -208.14 | |
| | BALANCE DUE | $628.56 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 1,304.10 | 574.31 |
| 12/31/2013 | 2 | 87.50 | 22.75 |
| 07/31/2014 | 3 | 70.20 | 14.00 |
| | | | 611.06 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-03

INVOICE NO:             5

re: Kent Christenson (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

|  |  |  | Rate | HOURS |  |  |
|---|---|---|---|---|---|---|
| 05/05/2014 |  |  |  |  |  |  |
|  | ADS | Review case status and draft notice of dismissal of adversary proceeding.  To legal assistant to file same. | 175.00 | 0.40 | _____ | 58 |
|  |  | Amanda D. Stafford |  | 0.40 | 70.00 |  |
|  |  | FOR CURRENT SERVICES RENDERED |  | 0.40 | 70.00 |  |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amanda D. Stafford | 0.40 | $175.00 | $70.00 |

| | |
|---|---|
| Mailing expense | 0.50 |
| TOTAL EXPENSES THRU 11/06/2014 | 0.50 |
| TOTAL CURRENT WORK THIS STATEMENT | 70.50 |
| PREVIOUS BALANCE | $2,061.49 |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -674.37 | 4 |
| 07/31/2014 | Payment--Thank you | -142.54 | 5 |
| 07/31/2014 | Payment--Thank you | -133.69 | 6 |
|  | TOTAL PAYMENTS | -950.60 |  |
|  | BALANCE DUE | $1,181.39 |  |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-03

INVOICE NO:                5

re: Kent Christenson (Preference)

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|-----------|--------|--------|--------|
| 03/20/2013 | 2 | 1,249.41 | 575.97 |
| 12/31/2013 | 3 | 1,408.47 | 366.92 |
| 07/31/2014 | 4 | 842.37 | 168.00 |
|  |  |  | 1,110.89 |

Eastern Livestock Bankruptcy

Page: 1

November 06, 2014

ACCOUNT NO:    110034-02

INVOICE NO:    3

re: David Corbin

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Prepare for sending **VIA EMAIL**
[ ]**HOLD**/Do not send
[ ]Send only **previous** balance
[ ]**Close** File (only closed if paid in full or balance is written off)
[ ]**Pay** this invoice from **TRUST**
[ ] Other: _____

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 07/11/2014 | | | | | |
| | ADS | Review file for status; email to Beth Royalty for original file. | 175.00 | 0.50 | 4 |
| 07/14/2014 | | | | | |
| | ADS | Confer with Jay Kennedy regarding ▮▮▮▮ | 175.00 | 0.10 | 5 |
| 07/15/2014 | | | | | |
| | ADS | Review email and documents from Beth Royalty regarding ▮▮▮▮ | 175.00 | 0.50 | 3 |
| | | Amanda D. Stafford | | 1.10 | 192.50 |
| | | FOR CURRENT SERVICES RENDERED | | 1.10 | 192.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amanda D. Stafford | 1.10 | $175.00 | $192.50 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 192.50 |
| PREVIOUS BALANCE | $1,147.50 |

| | | | |
|---|---|---|---|
| 09/30/2013 | Payment--Thank you | -455.61 | 1 |
| 12/31/2013 | Payment--Thank you | -90.65 | 2 |
| 07/31/2014 | Payment--Thank you | -119.73 | 3 |
| | TOTAL PAYMENTS | -665.99 | |
| | BALANCE DUE | $674.01 | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:   110034-02

INVOICE NO:   3

re: David Corbin

## AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 1,025.00 | 449.66 |
| 12/31/2013 | 2 | 122.50 | 31.85 |
| | | | 481.51 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110034-33

INVOICE NO:    4

re: ECC/Olim (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 05/30/2014 | | | | | | |
| | ADS | Review/analyze cancelled checks and depositions in preparation for 550 actions. | 175.00 | 0.70 | | 59 |
| 06/23/2014 | | | | | | |
| | ADS | Review and analyze bank statements and cancelled checks and compare to transfers avoided for potential 550 actions. | 175.00 | 1.80 | | 60 |
| 06/24/2014 | | | | | | |
| | ADS | Analyze bank records for 550 actions, confer with Jay Kennedy regarding analysis; email to Liz Lynch regarding ████████ | 175.00 | 1.10 | | 61 |
| 08/12/2014 | | | | | | |
| | ADS | Email correspondence with court regarding case status. | 175.00 | 0.20 | | 62 |
| 09/23/2014 | | | | | | |
| | ADS | Two telephone calls with Pam Lapreze at Prudential regarding variable annuity; review/analyze interrogatory answers; review Tommy Gibson's personal bankruptcy schedules for annuity; voicemail to Deb Caruso. | 175.00 | 0.80 | | 63 |
| | | Amanda D. Stafford | | 4.60 | 805.00 | |
| | | FOR CURRENT SERVICES RENDERED | | 4.60 | 805.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Amanda D. Stafford | 4.60 | $175.00 | $805.00 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110034-33

INVOICE NO:    4

re: ECC/Olim (Note)

| | | |
|---|---|---|
| Reproduction of documents | 3.50 | |
| TOTAL EXPENSES THRU 11/06/2014 | 3.50 | |
| TOTAL CURRENT WORK THIS STATEMENT | 808.50 | |
| PREVIOUS BALANCE | $5,560.48 | |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -2,629.00 | 3 |
| 07/31/2014 | Payment--Thank you | -583.77 | 4 |
| | TOTAL PAYMENTS | -3,212.77 | |
| | BALANCE DUE | $3,156.21 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 3,067.42 | 1,113.64 |
| 12/31/2013 | 2 | 2,243.57 | 597.07 |
| 07/31/2014 | 3 | 3,266.00 | 637.00 |
| | | | 2,347.71 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:      110035-73
INVOICE NO:              3

re: Ed Edens IV (Note)

DRAFT STATEMENT

[   ]**Bill & Mail** this statement as is/as modified
[   ]**Return** to _____ for letter
[   ]Prepare for sending **VIA EMAIL**
[   ]**HOLD**/Do not send
[   ]Send only **previous** balance
[   ]**Close** File (only closed if paid in full or balance is written off)
[   ]**Pay** this invoice from **TRUST**
[   ] Other: _____

| | | |
|---|---|---|
| Reproduction of documents | 2.10 | |
| TOTAL EXPENSES THRU 11/06/2014 | 2.10 | |
| TOTAL CURRENT WORK THIS STATEMENT | 2.10 | |
| PREVIOUS BALANCE | $912.50 | |

| | | | |
|---|---|---|---|
| 09/30/2013 | Payment--Thank you | -388.94 | 1 |
| 12/31/2013 | Payment--Thank you | -27.75 | 2 |
| 07/31/2014 | Payment--Thank you | -98.74 | 3 |
| | TOTAL PAYMENTS | -515.43 | |
| | BALANCE DUE | $399.17 | |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 875.00 | 387.32 |
| 12/31/2013 | 2 | 37.50 | 9.75 |
| | | | 397.07 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-68

INVOICE NO:            4

re: Ernie Elder (Note)

**DRAFT STATEMENT**

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| Date | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 09/19/2014 | | | | | | |
| JPK | Confer with M. Stafford.  Reviewed ▉▉▉▉▉▉▉▉▉ Reviewed documents from S. Newbern. | | 175.00 | 0.40 | ____ | 76 |
| | Jay P. Kennedy | | | 0.40 | 70.00 | |
| 07/23/2014 | | | | | | |
| ADS | Review/analyze defendant's financial statement for settlement purposes; draft memorandum to J. Kennedy; draft email to Scott Newburn. | | 175.00 | 1.50 | | 71 |
| 07/28/2014 | | | | | | |
| ADS | Confer with opposing counsel regarding settlement status. | | 175.00 | 0.10 | | 70 |
| 08/12/2014 | | | | | | |
| ADS | Email from and to court regarding case status. | | 175.00 | 0.10 | | 74 |
| 08/18/2014 | | | | | | |
| ADS | Follow up with opposing counsel regarding settlement. | | 175.00 | 0.10 | | 72 |
| 08/27/2014 | | | | | | |
| ADS | Confer with Jay Kennedy regarding ▉▉▉▉▉ ▉▉▉▉▉▉▉▉ | | 175.00 | 0.10 | | 73 |
| 09/24/2014 | | | | | | |
| ADS | Telephone call with Scott Newbern regarding settlement. | | 175.00 | 0.20 | ____ | 75 |
| | Amanda D. Stafford | | | 2.10 | 367.50 | |
| | FOR CURRENT SERVICES RENDERED | | | 2.50 | 437.50 | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:    110035-68
INVOICE NO:    4

re: Ernie Elder (Note)

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 0.40 | $175.00 | $70.00 |
| Amanda D. Stafford | 2.10 | 175.00 | 367.50 |

| | | |
|---|---|---|
| Reproduction of documents | | 0.70 |
| TOTAL EXPENSES THRU 11/06/2014 | | 0.70 |
| TOTAL CURRENT WORK THIS STATEMENT | | 438.20 |
| PREVIOUS BALANCE | | $4,985.91 |

| | | | | |
|---|---|---|---|---|
| 07/31/2014 | Payment--Thank you | | -337.20 | 3 |
| 07/31/2014 | Payment--Thank you | | -925.74 | 4 |
| | TOTAL PAYMENTS | | -1,262.94 | |
| | BALANCE DUE | | $4,161.17 | |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 6,962.66 | 3,096.87 |
| 12/31/2013 | 2 | 2,085.00 | 542.10 |
| 07/31/2014 | 3 | 421.20 | 84.00 |
| | | | 3,722.97 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:        110035-35
INVOICE NO:                    4

re: Fort Payne Stockyards (Preference)

DRAFT STATEMENT

[   ]**Bill & Mail** this statement as is/as modified
[   ]**Return** to _____ for letter
[   ]Prepare for sending **VIA EMAIL**
[   ]**HOLD**/Do not send
[   ]Send only **previous** balance
[   ]**Close** File (only closed if paid in full or balance is written off)
[   ]**Pay** this invoice from **TRUST**
[   ] Other: _____

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 05/29/2014 |  |  |  |  |  |
| JPK | Follow up ███████████████ Memorandum to Trustee. | | 175.00 | 0.80 | 140 |
| 06/03/2014 |  |  |  |  |  |
| JPK | Reviewed email from R. Stafford.  Reviewed potential issues regarding ██████████ | | 175.00 | 0.30 | 149 |
| 06/26/2014 |  |  |  |  |  |
| JPK | Confer with M. Stafford regarding pretrial. Review emails regarding pretrial status. | | 175.00 | 0.30 | 146 |
| 06/27/2014 |  |  |  |  |  |
| JPK | Prepare for telephonic hearing.  Confer with M. Stafford.  Participate in telephonic hearing. Additional research on ██████████ Confer with J. Knauer.  Draft memo to J. Knauer. | | 175.00 | 1.40 | 145 |
| 06/30/2014 |  |  |  |  |  |
| JPK | Conference with trustee regarding potential settlement offer.  Call with K. Toner.  Continued research on ██████████ | | 175.00 | 0.90 | 144 |
| 07/10/2014 |  |  |  |  |  |
| JPK | Preparation for telephonic pretrial hearing.  Call with A. Adams.  Meet with M. Stafford. Participate in telephonic hearing. | | 175.00 | 0.50 | 156 |
| 07/11/2014 |  |  |  |  |  |
| JPK | Follow up with A. Stafford regarding potential settlement offers. | | 175.00 | 0.20 | 155 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-35

INVOICE NO:                4

re: Fort Payne Stockyards (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **07/17/2014** | | | | |
| JPK | Reviewed settlement proposal. Confer with M. Stafford. | 175.00 | 0.20 | 153 |
| **07/30/2014** | | | | |
| JPK | Brief meeting with A. Stafford regarding potential settlement offers. Reviewed ▇▇▇ ▇▇ | 175.00 | 0.20 | 159 |
| **08/14/2014** | | | | |
| JPK | Reviewed email from A. Adams. Confer with A. Stafford. Confer with J. Knauer. Reviewed ▇▇▇▇▇▇ | 175.00 | 0.60 | 175 |
| **08/21/2014** | | | | |
| JPK | Continued review and suggested revisions to supplemental brief and summary judgment issues. | 175.00 | 0.60 | 172 |
| **08/27/2014** | | | | |
| JPK | Reviewed correspondence with A. Stafford and A. Adams. Reviewed ▇▇▇▇ ▇▇ | 175.00 | 0.20 | 177 |
| **09/02/2014** | | | | |
| JPK | Emails with A. Adams. Follow up on potential settlement amounts. Meet with A. Stafford. Call with A. Adams regarding settlement. | 175.00 | 0.40 | 200 |
| **09/05/2014** | | | | |
| JPK | Reviewed finalized adversary proceeding settlement agreement and order. Email with A. Adams. Meet with M. Stafford. | 175.00 | 0.40 | 199 |
| **09/08/2014** | | | | |
| JPK | Reviewed documents relating to potential settlement. Met with M. Stafford. | 175.00 | 0.30 | 196 |
| **09/23/2014** | | | | |
| JPK | Reviewed email from M. Stafford regarding ▇▇▇▇▇▇▇ Follow up on settlement and upcoming pretrial conference. | 175.00 | 0.40 | 192 |
| | Jay P. Kennedy | | 7.70 | 1,347.50 |
| **05/13/2014** | | | | |
| JLW | Review reply in support of motion for summary judgment. | 175.00 | 0.30 | 138 |

Eastern Livestock Bankruptcy

re: Fort Payne Stockyards (Preference)

Page: 3
November 06, 2014
ACCOUNT NO:    110035-35
INVOICE NO:    4

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/14/2014 JLW | Review email from M. Stafford regarding ███████. Draft email regarding ████████. Review email from J. Kennedy regarding ██████. | | 175.00 | 0.60 | 139 |
| 06/03/2014 JLW | Review notice of withdraw of motion to strike; Review motion to extend time to file expert witness disclosures. | | 175.00 | 0.20 | 141 |
| 07/03/2014 JLW | Conference with J. Kennedy regarding Ft. Payne summary judgment hearing. | | 175.00 | 0.20 | 150 |
| 07/09/2014 JLW | Conference with M. Stafford regarding ██████████. | | 175.00 | 0.20 | 151 |
| 07/11/2014 JLW | Review minute entry order. | | 175.00 | 0.10 | 152 |
| 07/18/2014 JLW | Review court scheduling order. | | 175.00 | 0.20 | 168 |
| 08/08/2014 JLW | Conference with M. Stafford regarding ███████████ and review documents for potential supplementation. | | 175.00 | 0.80 | 182 |
| 08/13/2014 JLW | Review deadlines for submission of supplemental brief; Review past pleadings and outline issues and potential evidence for supplemental brief. | | 175.00 | 2.80 | 183 |
| 08/15/2014 JLW | Review depositions and evidentiary documents for support for supplemental brief in opposition to motion for summary judgment. | | 175.00 | 3.60 | 184 |
| 08/18/2014 JLW | Draft supplemental brief in opposition to motion for summary judgment; Review documents for support for supplemental brief. | | 175.00 | 1.50 | 173 |
| 08/19/2014 JLW | Continue draft supplemental brief in opposition to motion for summary judgment; review ██████ | | | | |

Eastern Livestock Bankruptcy

Page: 4
November 06, 2014
ACCOUNT NO:    110035-35
INVOICE NO:    4

re: Fort Payne Stockyards (Preference)

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| ██████████████ Review documents for evidence to support supplemental brief; Conference with M. Stafford regarding ████████████████ | | 175.00 | 6.70 | 174 |
| **08/20/2014** JLW | Continue draft supplemental brief in opposition to motion for summary judgment; Continue review depositions and other documents for additional supplemental evidence. | 175.00 | 4.50 | 185 |
| **08/21/2014** JLW | Draft revisions to supplemental brief in opposition to summary judgment; Draft supplemental appendix and designation of evidence; Conference with M. Stafford regarding ████████ ████████ Review ████████ ████████ and conference with M. Stafford regarding the █████ | 175.00 | 5.60 | 186 |
| **09/03/2014** JLW | Conference with M. Stafford regarding settlement of Ft. Payne. | 175.00 | 0.50 | 188 |
| **09/08/2014** JLW | Review joint motion for stay of adversary proceedings. | 175.00 | 0.10 | 189 |
| | Jennifer L. Watt | | 27.90 | 4,882.50 |
| **05/14/2014** ADS | Review/analyze reply to Trustee's response to summary judgment motion.  Confer with J. Kennedy and J. Watt regarding ████████ | 175.00 | 1.50 | 135 |
| **05/28/2014** ADS | Email correspondence with A. Adams regarding expert disclosure deadline. | 175.00 | 0.20 | 136 |
| **05/30/2014** ADS | Review/analyze joint motion to strike expert disclosure deadlines.  Email correspondence with opposing counsel regarding same. | 175.00 | 0.30 | 137 |
| **06/03/2014** ADS | Voicemail from and telephone call with Amelia Adams regarding expert disclosure deadline and scheduling issues.  Review/analyze Joint Motion to Extend Expert Disclosure Deadline. Draft email to A. Adams with approval of same. | 175.00 | 0.40 | 143 |

Page: 5
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-35
INVOICE NO:              4

re: Fort Payne Stockyards (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **06/12/2014** | | | | |
| ADS | Review order on extended deadlines for expert disclosure and calendar same. | 175.00 | 0.10 | 142 |
| **06/26/2014** | | | | |
| ADS | Prepare for and conduct pretrial conference (.50); email from A. Adams with proposed new trial date (.10). | 175.00 | 0.60 | 147 |
| **06/27/2014** | | | | |
| ADS | Emails with court regarding hearing on motion for summary judgment; calendar same (.20); prepare for and conduct hearing on summary judgment; strategize with Jay Kennedy (.80). Review email from J. Kennedy to Trustee (.10). | 175.00 | 1.10 | 148 |
| **07/01/2014** | | | | |
| ADS | Review email from K. Toner regarding ███████ ████████████████████████ | 175.00 | 0.20 | 161 |
| **07/02/2014** | | | | |
| ADS | Work on gathering additional evidence for supplemental briefing. | 175.00 | 1.10 | 162 |
| **07/07/2014** | | | | |
| ADS | Email from A. Adams; review/analyze ████ ██████ | 175.00 | 0.60 | 163 |
| ADS | Email correspondence with Harmony Mappes regarding ████████ | 175.00 | 0.20 | 164 |
| **07/08/2014** | | | | |
| ADS | Review proposed scheduling order from A. Adams.  Review analyze issues regarding ████████ | 175.00 | 0.30 | 165 |
| **07/09/2014** | | | | |
| ADS | Telephone call with Amelia Adams regarding scheduling order; analyze ████████████ | 175.00 | 0.90 | 166 |
| **07/10/2014** | | | | |
| ADS | Prepare for and conduct hearing; telephone call with A. Adams regarding amended CMO; draft same. | 175.00 | 1.30 | 167 |
| **07/17/2014** | | | | |
| ADS | Multiple email correspondence with Amelia | | | |

Page: 6

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110035-35

INVOICE NO:     4

re: Fort Payne Stockyards (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | Adams regarding case management order and settlement; telephonic conference with Amelia Adams regarding settlement; draft email to J. Knauer and J. Kennedy with defendant's settlement offer.  Assignment to legal assistant to file amended case management order. | 175.00 | 0.90 | 154 |
| 07/21/2014 | ADS | Review minute/entry order; update calendar to reflect Aug 1 trial vacated. | 175.00 | 0.10 | 157 |
| 07/29/2014 | ADS | Email correspondence with A. Adams regarding settlement.  Email to J. Kennedy regarding same. | 175.00 | 0.20 | 158 |
| 07/31/2014 | ADS | Telephonic conference with Harmony Mappes regarding ██████ email from H. Mappes ████████ Memorandum to ████████ ████ | 175.00 | 0.60 | 160 |
| 08/01/2014 | ADS | Voicemail to and telephone call with Amelia Adams regarding settlement and briefing deadlines; review joint motion for extension of briefing deadlines and draft email to A. Adams for review of same. | 175.00 | 0.50 | 178 |
| 08/04/2014 | ADS | Email from A. Adams; review changes to motion and file same with court;  Diary for follow up on court's entry of order; email from and to court regarding order on joint motion; draft same and email to A. Adams for review. | 175.00 | 0.50 | 179 |
| 08/05/2014 | ADS | Meeting with the Trustee and Jay Kennedy regarding ████████ | 175.00 | 0.20 | 169 |
| 08/06/2014 | ADS | Email from Amelia Adams approving order; assignment to legal assistant to file same. | 175.00 | 0.10 | 170 |
| 08/19/2014 | ADS | Confer with J. Watt regarding ████████ ████████ | 175.00 | 0.60 | 171 |

Page: 7

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:  110035-35

INVOICE NO:  4

re: Fort Payne Stockyards (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|

**08/21/2014**
ADS   Review/revise supplemental brief of trustee.
Draft appendix of exhibits and gather additional
evidence.                                                                    175.00      5.50         180

**08/22/2014**
ADS   Review/revise and finalize supplemental brief
and appendix; review filed brief; draft amended
brief and file same; draft email to opposing
counsel regarding amended brief; telephone
calls with J. Knauer and J. Kennedy regarding
supplemental brief.                                                      175.00      3.40         181

**08/26/2014**
ADS   Email from A. Adams regarding settlement
offer, telephone call with A. Adams regarding
trustee's counteroffer, draft email to A. Adams
confirming same.                                                        175.00      0.40         176

**09/03/2014**
ADS   Review email from Amelia Adams with
counteroffer; telephone call with Amelia Adams
regarding settlement; email to Amelia Adams.          175.00      0.40         193

**09/05/2014**
ADS   Confer with Jay Kennedy regarding ████████
████████  draft, revise, and finalize motion for
stay of adversary proceeding and proposed
order.  Draft email to opposing counsel for
review prior to filing.                                                  175.00      1.30         198

**09/08/2014**
ADS   Email from Amelia Adams regarding joint
motion for stay of proceedings; to legal assistant
to file same.                                                                175.00      0.10         194

**09/22/2014**
ADS   Review and revise settlement agreement and
motion to compromise pleadings.                            175.00      0.70         195

**09/23/2014**
ADS   Review/revise settlement agreement and motion
to compromise pleadings; multiple emails with
Amelia Adams regarding settlement; obtain
signatures on settlement agreement from
Trustee and Jay Kennedy; assignment to legal
assistant to draft letter with settlement

Page: 8

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110035-35

INVOICE NO:     4

re: Fort Payne Stockyards (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | agreement for forwarding to opposing counsel and assignment to legal assistant to file motion to compromise. | | 175.00 | 0.80 | 187 |
| 09/24/2014 | | | | | |
| ADS | Review calendar for hearing; update calendar to reflect that hearing was vacated due to stay; review minute/entry order regarding same. | | 175.00 | 0.10 | 190 |
| ADS | Review/revise/sign letter to opposing counsel with signed settlement agreement. | | 175.00 | 0.10 | 191 |
| 09/30/2014 | | | | | |
| ADS | Attention to status of settlement; review fax from Amelia Adams with signed settlement agreement. | | 175.00 | 0.10 | 197 |
| 10/28/2014 | | | | | |
| ADS | Receive and review order granting motion to compromise; email from and to opposing counsel regarding receipt of settlement payment; review and revise stipulation of dismissal and email same to opposing counsel. | | 175.00 | 0.40 | 201 |
| 10/29/2014 | | | | | |
| ADS | Email opposing counsel approving stipulation of dismissal, assignment to legal assistant to file same. | | 175.00 | 0.10 | 202 |
| | Amanda D. Stafford | | | 25.90 | 4,532.50 |
| | FOR CURRENT SERVICES RENDERED | | | 61.50 | 10,762.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 7.70 | $175.00 | $1,347.50 |
| Jennifer L. Watt | 27.90 | 175.00 | 4,882.50 |
| Amanda D. Stafford | 25.90 | 175.00 | 4,532.50 |

| | |
|---|---|
| Reproduction of documents | 1.50 |
| TOTAL EXPENSES THRU 11/06/2014 | 1.50 |

| | | | |
|---|---|---|---|
| 04/24/2014 | Pacer Service Center docket retrieval | 0.60 | 19 |
| 04/25/2014 | Pacer Service Center docket retrieval | 9.00 | 17 |

Page: 9

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-35

INVOICE NO:    4

re: Fort Payne Stockyards (Preference)

| 08/18/2014 | Pacer Service Center docket retrieval | 2.20 | 22 |
|---|---|---|---|
| 08/22/2014 | Pacer Service Center docket retrieval | 1.30 | 23 |
| | Pacer Service Center docket retrieval | 13.10 | |

| | TOTAL ADVANCES THRU 11/06/2014 | 13.10 |
|---|---|---|
| | TOTAL CURRENT WORK THIS STATEMENT | 10,777.10 |
| | PREVIOUS BALANCE | $18,346.01 |

| 07/31/2014 | Payment--Thank you | -13,622.60 | 3 |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -400.74 | 4 |
| 07/31/2014 | Payment--Thank you | -539.88 | 5 |
| | TOTAL PAYMENTS | -14,563.22 | |
| | BALANCE DUE | $14,559.89 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 12/31/2013 | 2 | 3,484.57 | 384.29 |
| 07/31/2014 | 3 | 17,021.10 | 3,398.50 |
| | | | 3,782.79 |