Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:      110035-67
INVOICE NO:              4

re: Don Garrett (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

|            |     |                                                                                       | Rate   | HOURS |    |
|------------|-----|---------------------------------------------------------------------------------------|--------|-------|----|
| 08/06/2014 |     |                                                                                       |        |       |    |
|            | JPK | Confer with M. Stafford.  Reviewed issues and set deposition dates.  Began preparing for deposition. | 175.00 | 0.80  | 64 |
| 09/08/2014 |     |                                                                                       |        |       |    |
|            | JPK | Met with M. Stafford to prepare for deposition. Reviewed loan documents.              | 175.00 | 0.30  | 75 |
| 09/10/2014 |     |                                                                                       |        |       |    |
|            | JPK | Preparation for deposition with M. Stafford. Reviewed all documents.  Email with J. Olsheski. | 175.00 | 2.20  | 73 |
|            | JPK | Reviewed message from J. Olsheski. Reviewed additional documents.  Reviewed computations for damages. | 175.00 | 0.40  | 74 |
| 09/11/2014 |     |                                                                                       |        |       |    |
|            | JPK | Preparation for D. Garrett deposition.  Prepare questions.  Prepare exhibits.  Review settlement history.  Research ███████ | 175.00 | 3.20  | 68 |
| 09/12/2014 |     |                                                                                       |        |       |    |
|            | JPK | Traveled to Columbus, Ohio (2.8)).  Met with counsel for D. Garrett (.30).  Conducted deposition of D. Garrett (3.3).  Discussions with counsel for D. Garrett (.30).  Summarize deposition ████████████(.30). Returned to Indianapolis (2.8). | 175.00 | 9.80  | 67 |
| 09/15/2014 |     |                                                                                       |        |       |    |
|            | JPK | Drafted memorandum regarding ██████                                                    |        |       |    |

Page: 2
November 06, 2014
Eastern Livestock Bankruptcy

ACCOUNT NO:     110035-67
INVOICE NO:                 4

re: Don Garrett (Note)

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | | Follow up with J. Knauer and M. Stafford ███████ ████████████████████████████ | 175.00 | 0.40 | | 69 |
| | | Jay P. Kennedy | | 17.10 | 2,992.50 | |
| 05/28/2014 | ADS | Email correspondence with opposing counsel regarding scheduling order and deposition dates. | 175.00 | 0.30 | | 56 |
| 05/30/2014 | ADS | Email correspondence with J. Olsheski regarding scheduling order and bankruptcy status.  Analyze potential ████████████ ███████████ | 175.00 | 0.60 | | 57 |
| 07/17/2014 | ADS | Email to J. Kennedy regarding scheduling of deposition. | 175.00 | 0.10 | | 58 |
| 07/23/2014 | ADS | Work on scheduling defendant's deposition. | 175.00 | 0.10 | | 59 |
| 08/02/2014 | ADS | Draft email to defendant's attorney regarding deposition scheduling (.20); begin drafting first discovery requests (1.50). | 175.00 | 1.70 | | 65 |
| 08/04/2014 | ADS | Finish drafting first set of discovery requests. Draft case management order. | 175.00 | 2.10 | | 66 |
| 08/05/2014 | ADS | Review, revise and finalize discovery requests to all defendants (1.5); draft email to defendants' counsel with discovery requests and regarding deposition of Donald Garrett (.30); Draft email to FBD with discovery requests for uploading to Trustee's online repository (.10); assignment to legal assistant to draft notices of submission of discovery requests (.10). | 175.00 | 2.00 | | 60 |
| 08/06/2014 | ADS | Review/revise Notice of Discovery Requests; to legal assistant to file same. | 175.00 | 0.10 | | 61 |
| 08/12/2014 | ADS | Review email from court and defendant's | | | | |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:        110035-67

INVOICE NO:                4

re: Don Garrett (Note)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| | attorney regarding case status. | 175.00 | 0.20 | | 62 |
| 08/27/2014 ADS | Review/analyze order establishing deposition protocols; review and revise notices of deposition, assignment to legal assistant to file same; work with legal assistant to obtain court reporter for deposition. | 175.00 | 0.70 | | 63 |
| 09/10/2014 ADS | Review/analyze documents in preparation for deposition of Donald Garrett; meeting with J. Kennedy to prepare for deposition of Donald Garrett; draft proposed outline of deposition subjects. | 175.00 | 4.30 | | 70 |
| 09/11/2014 ADS | Continue preparation for deposition of Donald Garrett; draft outline of questions for defendant and gather exhibits for inclusion in exhibits binder; work with legal assistant on exhibit binders. | 175.00 | 2.70 | | 71 |
| 09/12/2014 ADS | Telephone call with Jay Kennedy regarding ███████████████ | 175.00 | 0.30 | | 72 |
| | Amanda D. Stafford | | 15.20 | 2,660.00 | |
| | FOR CURRENT SERVICES RENDERED | | 32.30 | 5,652.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 17.10 | $175.00 | $2,992.50 |
| Amanda D. Stafford | 15.20 | 175.00 | 2,660.00 |

| | |
|---|---|
| Reproduction of documents | 95.70 |
| TOTAL EXPENSES THRU 11/06/2014 | 95.70 |
| TOTAL CURRENT WORK THIS STATEMENT | 5,748.20 |
| PREVIOUS BALANCE | $4,882.04 |

Eastern Livestock Bankruptcy

re: Don Garrett (Note)

Page: 4
November 06, 2014
ACCOUNT NO:     110035-67
INVOICE NO:            4

| Date | Description | Amount | |
|------|-------------|--------|---|
| 07/31/2014 | Payment--Thank you | -1,817.40 | 3 |
| 07/31/2014 | Payment--Thank you | -610.29 | 4 |
| | TOTAL PAYMENTS | -2,427.69 | |
| | BALANCE DUE | $8,202.55 | |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|-----------|--------|--------|-----|
| 03/20/2013 | 1 | 2,324.58 | 703.05 |
| 12/31/2013 | 2 | 4,224.65 | 1,299.80 |
| 07/31/2014 | 3 | 2,268.90 | 451.50 |
| | | | 2,454.35 |

Page: 1
November 06, 2014
ACCOUNT NO:      110035-10
INVOICE NO:                    4

Eastern Livestock Bankruptcy

re: Fritz Gettlefinger (Preference)

DRAFT STATEMENT

[   ]**Bill & Mail** this statement as is/as modified
[   ]**Return** to _____ for letter
[   ]Prepare for sending **VIA EMAIL**
[   ]**HOLD**/Do not send
[   ]Send only **previous** balance
[   ]**Close** File (only closed if paid in full or balance is written off)
[   ]**Pay** this invoice from **TRUST**
[   ] Other: _____

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 10/23/2014 | | | | | | |
| | JPK | Participate in pretrial conference.  Meet with M. Stafford.  Email with J. Knauer.  Trial preparation.  Begin drafting trial materials. | 175.00 | 1.20 | | 69 |
| | | Jay P. Kennedy | | 1.20 | 210.00 | |
| 05/28/2014 | | | | | | |
| | JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | | 63 |
| 07/28/2014 | | | | | | |
| | JLW | Review court minute entry. | 175.00 | 0.10 | | 66 |
| | | Jennifer L. Watt | | 0.40 | 70.00 | |
| 05/28/2014 | | | | | | |
| | ADS | Prepare for and attend pretrial conference; update ▮▮▮▮▮▮▮▮▮▮▮▮ | 175.00 | 0.50 | | 60 |
| | ADS | Draft/revise and finalize case management order.  Email same to defendant's attorney. | 175.00 | 0.80 | | 61 |
| 05/29/2014 | | | | | | |
| | ADS | Review/analyze minute entry/order; calendar new hearing date. | 175.00 | 0.10 | | 62 |
| 07/28/2014 | | | | | | |
| | ADS | Prepare for and conduct telephonic status conference. | 175.00 | 0.20 | | 65 |
| 09/24/2014 | | | | | | |
| | ADS | Review file for settlement status; telephonic conference with David Layson regarding trial | | | | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-10

INVOICE NO:                4

re: Fritz Gettlefinger (Preference)

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | | date and settlement; work on revised case management order. | 175.00 | 0.40 | | 67 |
| 10/23/2014 ADS | | Attend and conduct telephonic pretrial conference (.40); strategize with J. Kennedy regarding ▮▮▮▮▮▮(.10); draft case management order (.20). | 175.00 | 0.70 | | 68 |
| 10/27/2014 ADS | | Email to opposing counsel with proposed case management order; request ▮▮▮▮▮▮ ▮▮▮▮▮▮ draft email to Beth Royalty ▮▮▮▮▮▮ | 175.00 | 0.40 | | 70 |
| | | Amanda D. Stafford | | 3.10 | 542.50 | |
| 06/09/2014 TJF | | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | | 64 |
| | | Tammy J. Froelich | | 0.10 | 12.50 | |
| | | FOR CURRENT SERVICES RENDERED | | 4.80 | 835.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 1.20 | $175.00 | $210.00 |
| Jennifer L. Watt | 0.40 | 175.00 | 70.00 |
| Amanda D. Stafford | 3.10 | 175.00 | 542.50 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

| | | |
|---|---|---|
| Mailing expense | | 0.50 |
| TOTAL EXPENSES THRU 11/06/2014 | | 0.50 |
| TOTAL CURRENT WORK THIS STATEMENT | | 835.50 |
| PREVIOUS BALANCE | | $1,798.72 |
| 07/31/2014 | Payment--Thank you | -838.48 | 3 |
| 07/31/2014 | Payment--Thank you | -191.22 | 4 |
| | TOTAL PAYMENTS | -1,029.70 |
| | BALANCE DUE | $1,604.52 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-10

INVOICE NO:    4

re: Fritz Gettlefinger (Preference)

## AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|-----------|--------|--------|--------|
| 03/20/2013 | 1 | 1,134.70 | 397.38 |
| 12/31/2013 | 2 | 619.09 | 162.14 |
| 07/31/2014 | 3 | 1,047.98 | 209.50 |
| | | | 769.02 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:    110034-19
INVOICE NO:                    2

re: Gilbert, Clarence (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | Rate | HOURS | |
|---|---|---|---|---|
| 07/14/2014 | | | | |
| JGL | Review ███████████████████ Review correspondence between ████████ ████████ Prepare complaint (on loans and advances and monies had and received). | 175.00 | 1.80 | 5 |
| 07/15/2014 | | | | |
| JGL | Prepare complaint for ECF filing. | 175.00 | 0.40 | 6 |
| 08/08/2014 | | | | |
| JGL | Calls with John Dale, counsel for Gilbert regarding better cc of exhibits (5 pages); counsel may enlarge to file answer; believes some credits have not been accounted for. | 175.00 | 0.80 | 15 |
| 08/13/2014 | | | | |
| JGL | Correspondence from John Dale; Call John Dale for teleconference to discuss joint pretrial statement/report outline and prepare draft of joint pretrial statement. | 175.00 | 2.20 | 16 |
| 08/14/2014 | | | | |
| JGL | Review case support for cause of action section of statement; Call J. Dale. | 175.00 | 0.70 | 17 |
| 08/18/2014 | | | | |
| JGL | Receive Answer and Counterclaim of Defendant; Revise conference statement. | 175.00 | 1.50 | 18 |
| 08/20/2014 | | | | |
| JGL | Research, revise Count I and Count II money had and received and unjust enrichment counts; Correspond with J. Dale regarding timeline and | | | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110034-19

INVOICE NO:               2

re: Gilbert, Clarence (Note)

| | | Rate | HOURS | |
|---|---|---|---|---|
| | documents to reflect balances, etc.; additional research cases for inclusion. | 175.00 | 2.00 | 19 |
| 08/21/2014 JGL | Final revisions to pre-conference statement; Call and correspond with J. Dale regarding submission to court. | 175.00 | 0.90 | 20 |
| 08/22/2014 JGL | Correspondence with J. Dale regarding filing answer and inquiry as to records; Review docket and current records. | 175.00 | 0.50 | 21 |
| 08/27/2014 JGL | Call J. Dale, defendant's counsel regarding timeline.  Telephone conference call with M. Stafford, Court, J. Dale; discussed production of documents and timeline to discuss settlement. | 175.00 | 0.50 | 23 |
| 09/02/2014 JGL | Correspondence and ███████████ ███████████████████████ | 175.00 | 0.30 | 29 |
| 09/08/2014 JGL | Request to extend time to reply to counterclaim; Correspond with J. Dale. | 175.00 | 0.50 | 30 |
| 09/09/2014 JGL | Call counsel, J. Dale;  Discuss resolution, financial statements etc., Consent to extension to reply to counterclaim;  Prepare extension to reply to counterclaim. | 175.00 | 0.50 | 31 |
| 09/11/2014 JGL | Call J. Dale regarding answer to counterclaim and proposal to settle ███████████ ██████ | 175.00 | 0.20 | 32 |
| JGL | Correspond with J. Dale regarding offer to settle and additional matters. | 175.00 | 0.10 | 33 |
| 09/12/2014 JGL | Correspond with J. Dale regarding documentation to ██████████████ ████████████████████████ | 175.00 | 0.30 | 34 |

Page: 3
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:     110034-19
INVOICE NO:     2

re: Gilbert, Clarence (Note)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| 09/19/2014 JGL | Correspondence and business records for payment and loan advances from. | 175.00 | 0.40 | | 37 |
| 09/25/2014 JGL | Correspondence from J. Dale regarding ▇▇▇▇▇▇ | 175.00 | 0.20 | | 38 |
| 10/02/2014 JGL | Correspond with J. Dale regarding additional materials for ▇▇▇▇▇▇ | 175.00 | 0.30 | | 39 |
| 10/08/2014 JGL | Correspond and offer to settle (mutual dismissals and release); proof of claim from John Dale, counsel; Review ▇▇▇▇▇ ▇▇▇▇▇▇ | 175.00 | 0.30 | | 40 |
| 10/09/2014 JGL | Correspondence and call J. Dale to discuss counter offer. | 175.00 | 0.30 | | 41 |
| 10/15/2014 JGL | Call with J. Dale regarding new proposal, ▇▇▇▇▇▇ | 175.00 | 0.30 | | 45 |
| | James G. Lauck | | 15.00 | 2,625.00 | |
| 08/13/2014 JPK | Reviewed joint pretrial statement issues. Met with J. Watt. | 175.00 | 0.40 | | 11 |
| 08/25/2014 JPK | Conferred with M. Stafford regarding ▇▇▇▇▇ ▇▇▇▇▇▇ | 175.00 | 0.30 | | 14 |
| | Jay P. Kennedy | | 0.70 | 122.50 | |
| 07/14/2014 ADS | Review file for status. | 175.00 | 0.80 | | 7 |
| 07/16/2014 ADS | Review and revise complaint; draft appearances (.80); file complaint and appearances with bankruptcy court (.30); update ▇▇▇▇▇ ▇▇▇▇▇ (.20). | 175.00 | 1.30 | | 4 |
| 07/17/2014 ADS | Receive and review summons and order setting first pretrial conference. | 175.00 | 0.10 | | 10 |

Page: 4

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110034-19

INVOICE NO:    2

re: Gilbert, Clarence (Note)

|  |  | Rate | HOURS |  |
|---|---|---|---|---|
| **07/18/2014** |  |  |  |  |
| ADS | Receive and review preliminary pretrial order. | 175.00 | 0.10 | 9 |
| **07/23/2014** |  |  |  |  |
| ADS | Review and sign certificate of service of summons. | 175.00 | 0.10 | 8 |
| **08/07/2014** |  |  |  |  |
| ADS | Voicemail from and to John Dale. | 175.00 | 0.20 | 24 |
| **08/11/2014** |  |  |  |  |
| ADS | Review email correspondence between J. Lauck and defendant's attorney regarding case status. | 175.00 | 0.10 | 12 |
| **08/21/2014** |  |  |  |  |
| ADS | Review, analyze and revise pretrial statement, confer with J. Lauck regarding communications with defendant's counsel and report to court for status conference. | 175.00 | 0.90 | 25 |
| **08/22/2014** |  |  |  |  |
| ADS | Request documents from Liz Lynch, diary for follow up. | 175.00 | 0.10 | 26 |
| **08/27/2014** |  |  |  |  |
| ADS | Confer with J. Lauck regarding correspondence with opposing counsel and status of pro hac motion (.10); confer with Jay Kennedy regarding unfiled, but served answer and counterclaim, review counterclaim, review/analyze federal rules regarding same, calendar deadline to answer counterclaim (.30); prepare for and conduct pretrial conference (.40). | 175.00 | 0.80 | 13 |
| **08/28/2014** |  |  |  |  |
| ADS | Review Appearance of John Dale. | 175.00 | 0.10 | 22 |
| **08/29/2014** |  |  |  |  |
| ADS | Receive and review order on motion to appear pro hac vice filed by defendant's attorney; forward to J. Lauck. | 175.00 | 0.20 | 27 |
| **09/08/2014** |  |  |  |  |
| ADS | Attention to deadline to file answer to counterclaim; assignment to legal assistant to draft extension of time. | 175.00 | 0.10 | 35 |

Eastern Livestock Bankruptcy

re: Gilbert, Clarence (Note)

Page: 5
November 06, 2014
ACCOUNT NO:    110034-19
INVOICE NO:    2

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 09/11/2014 | ADS | Review motion to appear pro hac vice; review answer and counterclaim and notice of deficient filing; telephone call from Kristin Goss regarding answer and counterclaim, issues regarding service and filing of same.  Review email correspondence to opposing counsel regarding settlement and counterclaim. | 175.00 | 0.50 | 36 |
| 10/07/2014 | ADS | Review defendant's ██████████ ██████████ | 175.00 | 0.20 | 44 |
| 10/09/2014 | ADS | Attention to deadline to file response to counterclaim; calendar same. | 175.00 | 0.10 | 43 |
| 10/16/2014 | ADS | Telephone call with opposing counsel regarding extensions of time to respond to counterclaim and settlement; draft and file motion for extension of time. | 175.00 | 0.70 | 42 |
| | | Amanda D. Stafford | | 6.40 | 1,120.00 |
| 07/14/2014 | CLB | Draft complaint for filing in bankruptcy  court. | 75.00 | 1.00 | 3 |
| 09/09/2014 | CLB | Drafted Notice of Initial Extension of Time to File Responsive Pleading and filed in Bankruptcy Court. | 75.00 | 1.00 | 28 |
| | | Carole L. Barnett | | 2.00 | 150.00 |
| | | FOR CURRENT SERVICES RENDERED | | 24.10 | 4,017.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James G. Lauck | 15.00 | $175.00 | $2,625.00 |
| Jay P. Kennedy | 0.70 | 175.00 | 122.50 |
| Amanda D. Stafford | 6.40 | 175.00 | 1,120.00 |
| Carole L. Barnett | 2.00 | 75.00 | 150.00 |

| | |
|---|---|
| Mailing expense | 19.86 |
| TOTAL EXPENSES THRU 11/06/2014 | 19.86 |

Page: 6

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:      110034-19
INVOICE NO:              2

re: Gilbert, Clarence (Note)

| | | | |
|---|---|---|---|
| 09/08/2014 | Pacer Service Center docket retrieval | 0.20 | 4 |
| 09/09/2014 | Pacer Service Center docket retrieval | 0.60 | 6 |
| 09/10/2014 | Pacer Service Center docket retrieval | 3.00 | 7 |
| 09/11/2014 | Pacer Service Center docket retrieval | 3.10 | 5 |
| | Pacer Service Center docket retrieval | 6.90 | |
| | TOTAL ADVANCES THRU 11/06/2014 | 6.90 | |
| | TOTAL CURRENT WORK THIS STATEMENT | 4,044.26 | |
| | PREVIOUS BALANCE | $72.70 | |
| 12/31/2013 | Payment--Thank you | -51.80 | 1 |
| 07/31/2014 | Payment--Thank you | -4.16 | 2 |
| | TOTAL PAYMENTS | -55.96 | |
| | BALANCE DUE | $4,061.00 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 12/31/2013 | 1 | 72.70 | 16.74 |
| | | | 16.74 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-02

INVOICE NO:              5

re: Grove Livestock Sales, Inc. (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 08/11/2014 | | | | | | |
| JLW | Review email from Court regarding status; Review case status and correspondence with M. Stafford regarding the same. | | 175.00 | 0.20 | | 51 |
| | Jennifer L. Watt | | | 0.20 | 35.00 | |
| 08/12/2014 | | | | | | |
| ADS | Email from and to court regarding case status. | | 175.00 | 0.10 | | 50 |
| 08/18/2014 | | | | | | |
| ADS | Review and analyze ███████ ██████████████████ | | 175.00 | 0.80 | | 49 |
| | Amanda D. Stafford | | | 0.90 | 157.50 | |
| | FOR CURRENT SERVICES RENDERED | | | 1.10 | 192.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jennifer L. Watt | 0.20 | $175.00 | $35.00 |
| Amanda D. Stafford | 0.90 | 175.00 | 157.50 |

| | |
|---|---|
| Reproduction of documents | 4.20 |
| TOTAL EXPENSES THRU 11/06/2014 | 4.20 |
| TOTAL CURRENT WORK THIS STATEMENT | 196.70 |
| PREVIOUS BALANCE | $2,237.78 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-02

INVOICE NO:      5

re: Grove Livestock Sales, Inc. (Preference)

| | | | | |
|---|---|---|---|---|
| 07/31/2014 | Payment--Thank you | | -1,122.20 | 4 |
| 07/31/2014 | Payment--Thank you | | -150.57 | 5 |
| 07/31/2014 | Payment--Thank you | | -71.59 | 6 |
| | TOTAL PAYMENTS | | -1,344.36 | |
| | BALANCE DUE | | $1,090.12 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 2 | 959.65 | 448.32 |
| 12/31/2013 | 3 | 635.00 | 165.10 |
| 07/31/2014 | 4 | 1,402.20 | 280.00 |
| | | | 893.42 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:      110035-92
INVOICE NO:               4

re: Hoover and Son, Randy

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| 09/22/2014 | | | | | |
| JLW | Review stipulation of dismissal. | 175.00 | 0.10 | ____ | 116 |
| | Jennifer L. Watt | | 0.10 | 17.50 | |
| 05/28/2014 | | | | | |
| ADS | Review/analyze email from opposing counsel with revisions and comments to settlement agreement and motion to compromise; incorporate same into pleadings and settlement agreement.  Draft email to N. Montell with revised settlement agreement; draft email to J. Graham and E. Nave regarding latest version of settlement. | 175.00 | 0.80 | | 103 |
| 06/06/2014 | | | | | |
| ADS | Email from N. Montell regarding additional language to settlement agrement; revise same. To Trustee for signature.  Review email correspondence from court and Jeff Graham on status of settlement. | 175.00 | 0.40 | | 104 |
| 06/09/2014 | | | | | |
| ADS | Review signed settlement agreement. Review/revise letter to opposing counsel with signed agreement; review/revise motion to compromise and objection notice; draft email to court and opposing counsel regarding settlement status. | 175.00 | 0.50 | | 105 |
| 06/10/2014 | | | | | |
| ADS | File motion to compromise and settle; diary objection deadline. | 175.00 | 0.20 | | 106 |

Page: 2
Eastern Livestock Bankruptcy
November 06, 2014
ACCOUNT NO:    110035-92
INVOICE NO:    4
re: Hoover and Son, Randy

| | | Rate | HOURS | |
|---|---|---|---|---|
| **06/25/2014** | | | | |
| ADS | Attention to settlement status; calendar deadline for receipt of settlement funds. | 175.00 | 0.10 | 107 |
| **07/08/2014** | | | | |
| ADS | Review order approving motion to compromise; calculate and diary deadlines for completion of settlement process. | 175.00 | 0.30 | 110 |
| **07/11/2014** | | | | |
| ADS | Telephone call with Hoover's counsel regarding settlement. | 175.00 | 0.10 | 111 |
| ADS | Review file for status. | 175.00 | 0.60 | 112 |
| **07/16/2014** | | | | |
| ADS | Emails with Natalie Montell regarding signed settlement agreement and settlement payment. | 175.00 | 0.10 | 108 |
| **07/21/2014** | | | | |
| ADS | Review letter from Hoover's counsel with signed settlement agreement and payment; file to legal assistant. Diary for follow up on receipt of same from J&S Feedlots. | 175.00 | 0.20 | 109 |
| **08/04/2014** | | | | |
| ADS | Email from Erin Nave regarding status of settlement funds.  Diary for follow up on receipt of same. | 175.00 | 0.10 | 113 |
| **09/15/2014** | | | | |
| ADS | Receive and review letter from opposing counsel with settlement payment from J&S, email from and to E. Nave regarding same; review status of adversary proceeding and terms of settlement agreement regarding dismissal; assignment to legal assistant to draft stipulation of dismissal; review stipulation of dismissal and email same to opposing counsel. Diary for follow up. | 175.00 | 0.40 | 114 |
| **09/17/2014** | | | | |
| ADS | Email from Natalie Montell with revisions to stipulation of dismissal; assignment to legal assistant to revise same. | 175.00 | 0.10 | 115 |
| **09/22/2014** | | | | |
| ADS | Review revised stipulation of dismissal; to legal assistant to file same. | 175.00 | 0.10 | 117 |

Page: 3
Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-92

INVOICE NO:    4

re: Hoover and Son, Randy

| | Rate | HOURS | |
|---|---|---|---|
| Amanda D. Stafford | | 4.00 | 700.00 |
| FOR CURRENT SERVICES RENDERED | | 4.10 | 717.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jennifer L. Watt | 0.10 | $175.00 | $17.50 |
| Amanda D. Stafford | 4.00 | 175.00 | 700.00 |

| | |
|---|---|
| Reproduction of documents | 0.70 |
| TOTAL EXPENSES THRU 11/06/2014 | 0.70 |
| TOTAL CURRENT WORK THIS STATEMENT | 718.20 |
| PREVIOUS BALANCE | $4,604.61 |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -2,114.00 | 3 |
| 07/31/2014 | Payment--Thank you | -495.98 | 4 |
| | TOTAL PAYMENTS | -2,609.98 | |
| | BALANCE DUE | $2,712.83 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 2,927.07 | 1,137.28 |
| 12/31/2013 | 2 | 1,255.70 | 328.85 |
| 07/31/2014 | 3 | 2,642.50 | 528.50 |
| | | | 1,994.63 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:     110034-13
INVOICE NO:              4

re: Hustbourne Landings (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| Date | | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 08/04/2014 | | | | | | |
| | JGL | Review and revise agreed judgment. | 175.00 | 0.30 | | 50 |
| | | James G. Lauck | | 0.30 | 52.50 | |
| 08/04/2014 | | | | | | |
| | ADS | Review file for status; assignment to paralegal to draft agreed judgment. | 175.00 | 0.30 | | 51 |
| 08/12/2014 | | | | | | |
| | ADS | Email from and to court regarding case status. | 175.00 | 0.20 | | 49 |
| 08/20/2014 | | | | | | |
| | ADS | Begin review and revisions to agreed judgment. | 175.00 | 0.40 | | 52 |
| 09/03/2014 | | | | | | |
| | ADS | Assignment to legal assistant to draft agreed consent to judgment and agreed judgment. | 175.00 | 0.20 | | 54 |
| 09/08/2014 | | | | | | |
| | ADS | Review and revise agreed judgment pleadings, draft email to opposing counsel with same. Diary for follow up. | 175.00 | 0.60 | | 55 |
| 10/02/2014 | | | | | | |
| | ADS | Follow up with opposing counsel regarding status of agreed judgment pleadings; diary for follow up. | 175.00 | 0.10 | | 56 |
| 10/17/2014 | | | | | | |
| | ADS | Email to opposing counsel regarding agreed judgment pleadings. | 175.00 | 0.10 | | 57 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

| | |
|---|---|
| ACCOUNT NO: | 110034-13 |
| INVOICE NO: | 4 |

re: Hustbourne Landings (Note)

| Date | | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 10/28/2014 | ADS | Voicemail from and telephone call with opposing counsel regarding agreed judgment. Diary for follow up on receipt of same. | 175.00 | 0.20 | | 58 |
| | | Amanda D. Stafford | | 2.10 | 367.50 | |
| 08/05/2014 | CLB | Draft agreed judgment. | 75.00 | 1.00 | | 48 |
| 09/03/2014 | CLB | Drafted Agreed Consent to Judgment. | 75.00 | 1.00 | | 53 |
| | | Carole L. Barnett | | 2.00 | 150.00 | |
| | | FOR CURRENT SERVICES RENDERED | | 4.40 | 570.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James G. Lauck | 0.30 | $175.00 | $52.50 |
| Amanda D. Stafford | 2.10 | 175.00 | 367.50 |
| Carole L. Barnett | 2.00 | 75.00 | 150.00 |

| | |
|---|---|
| Reproduction of documents | 1.20 |
| TOTAL EXPENSES THRU 11/06/2014 | 1.20 |
| TOTAL CURRENT WORK THIS STATEMENT | 571.20 |
| PREVIOUS BALANCE | $3,509.69 |

| Date | Description | Amount | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -1,682.20 | 3 |
| 07/31/2014 | Payment--Thank you | -363.93 | 4 |
| | TOTAL PAYMENTS | -2,046.13 | |
| | BALANCE DUE | $2,034.76 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 1,517.27 | 469.13 |
| 12/31/2013 | 2 | 2,204.28 | 574.43 |
| 07/31/2014 | 3 | 2,102.20 | 420.00 |
| | | | 1,463.56 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-04

INVOICE NO:                    4

re: J&L Cattle (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

|            |     |                                                                                                        | Rate   | HOURS |       |      |
|------------|-----|--------------------------------------------------------------------------------------------------------|--------|-------|-------|------|
| 08/11/2014 | JLW | Review email from Court regarding status; Review case status and correspondence with M. Stafford regarding the same. | 175.00 | 0.40  |       | 61   |
|            |     | Jennifer L. Watt                                                                                       |        | 0.40  | 70.00 |      |
| 08/12/2014 | ADS | Email from and to court regarding case status.                                                         | 175.00 | 0.10  |       | 60   |
|            |     | Amanda D. Stafford                                                                                     |        | 0.10  | 17.50 |      |
|            |     | FOR CURRENT SERVICES RENDERED                                                                          |        | 0.50  | 87.50 |      |

RECAPITULATION

| TIMEKEEPER         | HOURS | HOURLY RATE | TOTAL   |
|--------------------|-------|-------------|---------|
| Jennifer L. Watt   | 0.40  | $175.00     | $70.00  |
| Amanda D. Stafford | 0.10  | 175.00      | 17.50   |

| Reproduction of documents          | 2.30      |
|------------------------------------|-----------|
| TOTAL EXPENSES THRU 11/06/2014     | 2.30      |
| TOTAL CURRENT WORK THIS STATEMENT  | 89.80     |
| PREVIOUS BALANCE                   | $1,631.00 |

| 07/31/2014 | Payment--Thank you | -734.00  | 3 |
|------------|--------------------|----------|---|
| 07/31/2014 | Payment--Thank you | -178.63  | 4 |

Eastern Livestock Bankruptcy

Page: 2
November 06, 2014
ACCOUNT NO:    110035-04
INVOICE NO:    4

re: J&L Cattle (Preference)

TOTAL PAYMENTS                                      -912.63

BALANCE DUE                                         $808.17

## AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|-----------|--------|--------|-----|
| 03/20/2013 | 1 | 627.53 | 145.69 |
| 12/31/2013 | 2 | 1,495.48 | 389.18 |
| 07/31/2014 | 3 | 917.50 | 183.50 |
| | | | 718.37 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110034-15

INVOICE NO:    3

re: K & S Livestock (Note)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| 07/14/2014 | | | | | |
| JGL | Review documents and balance accounting; Prepare complaint on note, unjust enrichment on account. | 175.00 | 1.50 | | 9 |
| 07/15/2014 | | | | | |
| JGL | Prepare complaint for ECF filing. | 175.00 | 0.40 | | 10 |
| | James G. Lauck | | 1.90 | 332.50 | |
| 07/11/2014 | | | | | |
| ADS | Review file for status. | 175.00 | 1.00 | | 11 |
| 07/16/2014 | | | | | |
| ADS | Review and revise complaint. | 175.00 | 0.40 | | 5 |
| 07/30/2014 | | | | | |
| ADS | Review, revise and sign certificate of service of summonses. | 175.00 | 0.10 | | 8 |
| 08/18/2014 | | | | | |
| ADS | Receive and review returned mail for service on Steve Willenborg; file to legal assistant. | 175.00 | 0.20 | | 12 |
| 09/09/2014 | | | | | |
| ADS | Review preliminary pretrial order; assignment to legal assistant to calendar deadlines. | 175.00 | 0.10 | | 16 |
| 09/12/2014 | | | | | |
| ADS | Review returned mail and status of service; draft email to legal assistant to draft amended certificate of service of summons; diary for follow up. | 175.00 | 0.40 | | 17 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110034-15

INVOICE NO:    3

re: K & S Livestock (Note)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| ADS | Review and sign amended certificate of service of summons. | 175.00 | 0.10 | | 18 |
| **09/24/2014** | | | | | |
| ADS | Prepare for and conduct telephonic pretrial conference. | 175.00 | 0.10 | | 15 |
| | Amanda D. Stafford | | 2.40 | 420.00 | |
| **08/07/2014** | | | | | |
| TJF | Review email from M. Stafford regarding obtaining information on current location of S. Willenborg; research for current physical address for S. Willenborg; conference with M. Stafford regarding same. | 125.00 | 0.60 | | 13 |
| | Tammy J. Froelich | | 0.60 | 75.00 | |
| **07/14/2014** | | | | | |
| CLB | Draft complaint for filing in bankruptcy court. | 75.00 | 1.00 | | 4 |
| **07/29/2014** | | | | | |
| CLB | Process 2 summonses to mail by regular as well as certified mail. | 75.00 | 0.60 | | 7 |
| **08/27/2014** | | | | | |
| CLB | Process alias summonses to 3 new addresses for Steve Willonberg and file certificate of service with bankruptcy court. | 75.00 | 1.00 | | 14 |
| | Carole L. Barnett | | 2.60 | 195.00 | |
| | FOR CURRENT SERVICES RENDERED | | 7.50 | 1,022.50 | |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James G. Lauck | 1.90 | $175.00 | $332.50 |
| Amanda D. Stafford | 2.40 | 175.00 | 420.00 |
| Tammy J. Froelich | 0.60 | 125.00 | 75.00 |
| Carole L. Barnett | 2.60 | 75.00 | 195.00 |

| | |
|---|---|
| Reproduction of documents | 5.20 |
| Mailing expense | 46.20 |
| TOTAL EXPENSES THRU 11/06/2014 | 51.40 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110034-15

INVOICE NO:          3

re: K & S Livestock (Note)

| | | | |
|---|---|---|---|
| 08/07/2014 | LexisNexis Electronic Service LexisNexis Risk Data Management | 49.00 | 14 |
| | LexisNexis Electronic Service | 49.00 | |
| | TOTAL ADVANCES THRU 11/06/2014 | 49.00 | |
| | TOTAL CURRENT WORK THIS STATEMENT | 1,122.90 | |
| | PREVIOUS BALANCE | $709.75 | |
| 07/31/2014 | Payment--Thank you | -554.00 | 2 |
| 07/31/2014 | Payment--Thank you | -22.75 | 3 |
| 07/31/2014 | Payment--Thank you | -8.27 | 4 |
| | TOTAL PAYMENTS | -585.02 | |
| | BALANCE DUE | $1,247.63 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/31/2014 | 2 | 687.00 | 124.73 |
| | | | 124.73 |