Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:      110035-85
INVOICE NO:              5

re: Krantz, Gary (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | Rate | HOURS | |
|---|---|---|---|---|
| 08/28/2014 | | | | |
| JPK | Review matter with M. Stafford.  Review discovery e-mail.  Review settlement discussions. | 175.00 | 0.50 | 85 |
| 09/02/2014 | | | | |
| JPK | Follow up on status of settlement.  Met with M. Stafford.  Reviewed upcoming deadlines. | 175.00 | 0.30 | 95 |
| JPK | Reviewed email from E. Nave.  Confer with M. Stafford regarding ███████ | 175.00 | 0.30 | 96 |
| 09/26/2014 | | | | |
| JPK | Follow up with M. Stafford regarding ███████ ███████  Reviewed documents on settlement agreement. | 175.00 | 0.40 | 92 |
| 10/07/2014 | | | | |
| JPK | Meet with M. Stafford.  Reviewed motion for summary judgment.  Reviewed issues regarding ███████ | 175.00 | 1.20 | 100 |
| 10/27/2014 | | | | |
| JPK | Continued revisions to response to motion for summary judgment.  Met with M. Stafford. Analysis ███████ | 175.00 | 1.60 | 107 |
| 10/28/2014 | | | | |
| JPK | Continued review and revision of response to motion for summary judgment. Met with M. Stafford.  Reviewed exhibits. | 175.00 | 1.20 | 110 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110035-85

INVOICE NO:         5

re: Krantz, Gary (Preference)

| Date | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 10/29/2014 | | | | | | |
| JPK | Final review and revision of Krantz brief. Reviewed exhibits. Met with M. Stafford. | | 175.00 | 1.10 | | 109 |
| | Jay P. Kennedy | | | 6.60 | 1,155.00 | |
| 06/19/2014 | | | | | | |
| JLW | Review motion and supporting brief for summary judgment. | | 175.00 | 0.50 | | 69 |
| 07/18/2014 | | | | | | |
| JLW | Review and draft edits to discovery requests; Conference with M. Stafford regarding ███ ███ | | 175.00 | 0.70 | | 74 |
| 08/29/2014 | | | | | | |
| JLW | Conference with M. Stafford regarding response ███████ Review email to E. Nave regarding summary judgment response and settlement offer. | | 175.00 | 0.70 | | 84 |
| 09/02/2014 | | | | | | |
| JLW | Review agreed motion to extend time to file response. | | 175.00 | 0.10 | | 87 |
| 09/03/2014 | | | | | | |
| JLW | Review order on motion to extend time to respond to summary judgment motion; Review discovery responses. | | 175.00 | 2.00 | | 88 |
| 09/30/2014 | | | | | | |
| JLW | Conference with M. Stafford regarding ███ ███ | | 175.00 | 0.20 | | 93 |
| 10/20/2014 | | | | | | |
| JLW | Conference with M. Stafford regarding ███ | | 175.00 | 0.20 | | 101 |
| | Jennifer L. Watt | | | 4.40 | 770.00 | |
| 05/30/2014 | | | | | | |
| ADS | Draft case management order; email to opposing counsel; analyze transactional documents; begin drafting requests for production. | | 175.00 | 2.20 | | 67 |
| 06/12/2014 | | | | | | |
| ADS | Follow up on status of case management order. | | 175.00 | 0.10 | | 68 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:        110035-85

INVOICE NO:                    5

re: Krantz, Gary (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **07/11/2014** | | | | |
| ADS | Review/analyze motion for summary judgment (1.0); telephonic conference with ERIn Nave (.20); assignment to legal assistant to draft motion for extension of time (.10). | 175.00 | 1.30 | 72 |
| **07/17/2014** | | | | |
| ADS | Work on first set of discovery requests. | 175.00 | 1.20 | 70 |
| **07/18/2014** | | | | |
| ADS | Finalize requests for production and draft interrogatories; draft cover letter to defendant's counsel with Trustee's discovery requests; diary deadline for response. | 175.00 | 3.20 | 71 |
| **07/22/2014** | | | | |
| ADS | Review order granting extension of time to respond to Motion for summary judgment; to legal assistant to calendar same. | 175.00 | 0.20 | 73 |
| **08/05/2014** | | | | |
| ADS | Draft email to FBD with discovery requests for uploading to Trustee's online repository, assignment to legal assistant to draft notices of submission. | 175.00 | 0.10 | 75 |
| **08/06/2014** | | | | |
| ADS | Review/revise Notice of Discovery Requests; to legal assistant to file same. | 175.00 | 0.10 | 76 |
| **08/20/2014** | | | | |
| ADS | Email from and to defendant's attorney, calendar new deadlines; attention to status of summary judgment response. | 175.00 | 0.40 | 79 |
| **08/22/2014** | | | | |
| ADS | Draft email to Liz Lynch regarding summary judgment; draft email to B. Royalty ████████ | 175.00 | 0.20 | 80 |
| ADS | Email correspondence with opposing counsel regarding defendant's request for extension of time to respond to trustee's discovery requests, calendar new deadline. | 175.00 | 0.20 | 82 |
| **08/25/2014** | | | | |
| ADS | Email correspondence with Beth Royalty regarding ██████████ | 175.00 | 0.10 | 77 |

Page: 4
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-85
INVOICE NO:             5

re: Krantz, Gary (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **08/28/2014** | | | | |
| ADS | Review email from Erin Nave with defendant's document production. | 175.00 | 0.10 | 83 |
| **08/29/2014** | | | | |
| ADS | Attention to status of summary judgment response and discovery; review/analyze settlement figures; draft email to Erin Nave regarding settlement, discovery, and extension of time request. | 175.00 | 0.80 | 81 |
| **09/02/2014** | | | | |
| ADS | Draft second motion for extension of time to file response to motion for summary judgment; file same with court. | 175.00 | 0.20 | 78 |
| **09/11/2014** | | | | |
| ADS | Schedule telephone call with Liz Lynch regarding ███████████████ | 175.00 | 0.10 | 90 |
| **09/15/2014** | | | | |
| ADS | Review ██████████ review/analyze ████████ lengthy telephone conversation regarding ████████ | 175.00 | 1.90 | 86 |
| **09/24/2014** | | | | |
| ADS | Review/analyze defendant's responses to trustee's discovery requests ██████████ (1.5); draft lengthy letter to opposing counsel regarding issues with discovery responses and objections thereto (1.2). | 175.00 | 2.70 | 89 |
| **09/26/2014** | | | | |
| ADS | Review, revise and sign letter to Erin Nave regarding defendant's discovery responses. | 175.00 | 0.20 | 91 |
| **09/29/2014** | | | | |
| ADS | Attention to settlement of case; analyze ██████████ to Jay Kennedy. | 175.00 | 0.20 | 94 |
| **10/07/2014** | | | | |
| ADS | Work on response to summary judgment motion. | 175.00 | 1.00 | 106 |

Page: 5

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:        110035-85

INVOICE NO:                    5

re: Krantz, Gary (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **10/10/2014** | | | | |
| ADS | Conference with Jay Kennedy regarding ███████ ██████ voicemail to E. Nave. | 175.00 | 0.40 | 104 |
| ADS | Continue work on response in opposition to defendant's motion for summary judgment; legal research regarding ███████ | 175.00 | 5.30 | 105 |
| **10/11/2014** | | | | |
| ADS | Draft statement of facts for response to motion for summary judgment (1.5); telephone call to ███████ (.10); draft/revise brief and conduct legal research for ███████ █████ (2.3). | 175.00 | 3.90 | 97 |
| **10/13/2014** | | | | |
| ADS | Continue drafting and revising response in opposing to motion for summary judgment; review/analyze ███████ █████ draft summary of payments between the parties; continue legal research ███████ | 175.00 | 8.00 | 98 |
| **10/14/2014** | | | | |
| ADS | Strategize with Jay Kennedy regarding ███████ (.30); email correspondence with opposing counsel regarding discovery (.40); email correspondence with Liz Lynch regarding ███████ (.20); continue working on response to summary judgment motion ███████ (3.5). | 175.00 | 4.40 | 99 |
| **10/24/2014** | | | | |
| ADS | Review/analyze first draft of response to motion for summary judgment. | 175.00 | 0.20 | 102 |
| ADS | Review email from opposing counsel regarding discovery issues (.20); draft email to opposing counsel with additional document production (.20); draft email to Faegre Baker Daniels with | | | |

Page: 6

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:     110035-85

INVOICE NO:     5

re: Krantz, Gary (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| | discovery for uploading to Trustee's repository (.20); continue drafting, revising and augmenting brief in response to opposition to motion for summary judgment (5.9); draft email to J. Kennedy with same for review (.10). | 175.00 | 6.70 | 111 |
| 10/27/2014 ADS | Draft/revise affidavit of Liz Lynch, email to Liz Lynch with same for review (1.4); telephone call with Liz Lynch regarding affidavit (.40). | 175.00 | 1.80 | 103 |
| 10/28/2014 ADS | Continue work on response in opposition to motion for summary judgment; review exhibits; draft appendix of exhibits (1.4); substantial revisions to affidavit of Liz Lynch (2.2); lengthy telephone call with Liz Lynch regarding revisions to affidavit (.70); multiple email correspondence with Liz Lynch regarding affidavit and revisions thereto (.30). | 175.00 | 4.60 | 108 |
| 10/29/2014 ADS | Review/analyze exhibits in support of response to motion for summary judgment for redaction (.20); finalize appendix of exhibits and response (1.0); assignment to legal assistant to file same (.10). | 175.00 | 1.30 | 112 |
| | Amanda D. Stafford | | 53.10 | 9,292.50 |
| | **FOR CURRENT SERVICES RENDERED** | | 64.10 | 11,217.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 6.60 | $175.00 | $1,155.00 |
| Jennifer L. Watt | 4.40 | 175.00 | 770.00 |
| Amanda D. Stafford | 53.10 | 175.00 | 9,292.50 |

| | | |
|---|---|---|
| Reproduction of documents | | 26.20 |
| Mailing expense | | 15.23 |
| TOTAL EXPENSES THRU 11/06/2014 | | 41.43 |

| 08/25/2014 | Overnight mail | 22.11 | 15 |
|---|---|---|---|
| | Overnight mail | 22.11 | |

Page: 7

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-85

INVOICE NO:         5

re: Krantz, Gary (Preference)

| | | |
|---|---|---|
| TOTAL ADVANCES THRU 11/06/2014 | | 22.11 |
| TOTAL CURRENT WORK THIS STATEMENT | | 11,281.04 |
| PREVIOUS BALANCE | | $1,433.10 |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -750.95 | 4 |
| 07/31/2014 | Payment--Thank you | -68.24 | 5 |
| 07/31/2014 | Payment--Thank you | -67.60 | 6 |
| | TOTAL PAYMENTS | -886.79 | |
| | BALANCE DUE | $11,827.35 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 2 | 449.70 | 186.84 |
| 12/31/2013 | 3 | 659.52 | 172.97 |
| 07/31/2014 | 4 | 937.45 | 186.50 |
| | | | 546.31 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:       110035-59

INVOICE NO:                  4

re: Kropf, Amos (Preference)

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Prepare for sending **VIA EMAIL**
[ ]**HOLD**/Do not send
[ ]Send only **previous** balance
[ ]**Close** File (only closed if paid in full or balance is written off)
[ ]**Pay** this invoice from **TRUST**
[ ] Other: _____

| | | Rate | HOURS | |
|---|---|---|---|---|
| 05/01/2014 | | | | |
| JPK | Met with M. Stafford to prepare for deposition. Deposition preparation.  Copy exhibits. | 175.00 | 2.50 | 167 |
| 05/02/2014 | | | | |
| JPK | Continued deposition preparation.  Reviewed amended notice.  Prepared all deposition exhibits.  Additional emails with L. Lynch on specific questions for deposition. | 175.00 | 2.00 | 168 |
| 05/04/2014 | | | | |
| JPK | Prepare for deposition of A. Kropf.  Travel to Lexington for deposition of A. Kropf. | 175.00 | 4.20 | 163 |
| 05/05/2014 | | | | |
| JPK | Conduct deposition of A. Kropf.  Return to Indianapolis. | 175.00 | 6.50 | 164 |
| 05/19/2014 | | | | |
| JPK | Review and revise memorandum to J. Knauer regarding ██████ | 175.00 | 0.30 | 162 |
| 06/02/2014 | | | | |
| JPK | Review of Kropf deposition notes.  Confer with J. Knauer regarding ████████  Email to A. Adams. | 175.00 | 1.20 | 184 |
| 06/10/2014 | | | | |
| JPK | Reviewed email from M. Stafford.  Forward counteroffer.  Confer with M. Stafford. | 175.00 | 0.60 | 183 |
| 06/17/2014 | | | | |
| JPK | Reviewed email from A. Adams.  Confirm | | | |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-59

INVOICE NO:            4

re: Kropf, Amos (Preference)

| Date | | Description | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| | | settlement with J. Knauer.  Confirm settlement. | 175.00 | 0.50 | | 173 |
| 06/20/2014 | JPK | Email with A. Adams.  Follow up on settlement documentation with M. Stafford. | 175.00 | 0.40 | | 172 |
| 07/07/2014 | JPK | Review email from A. Adams.  Check on potential of settlement agreement.  Email to A. Adams. | 175.00 | 0.40 | | 188 |
| 10/26/2014 | JPK | Read review and revision of response to motion for summary judgment. | 175.00 | 0.60 | | 197 |
| | | Jay P. Kennedy | | 19.20 | 3,360.00 | |
| 06/04/2014 | JLW | Conference with M. Stafford regarding ███ ██████████ | 175.00 | 0.10 | | 170 |
| 06/06/2014 | JLW | Review motion to continue hearing. | 175.00 | 0.10 | | 179 |
| 06/09/2014 | JLW | Review amended case management order entered by the Court. | 175.00 | 0.10 | | 180 |
| 06/25/2014 | JLW | Review minute order following status hearing. | 175.00 | 0.10 | | 182 |
| | | Jennifer L. Watt | | 0.40 | 70.00 | |
| 05/01/2014 | ADS | Prepare for deposition of Amos Kropf. | 175.00 | 2.70 | | 160 |
| 05/02/2014 | ADS | Prepare for deposition of Amos Kropf. | 175.00 | 4.80 | | 161 |
| 05/30/2014 | ADS | Attention to dispositive motion deadline.  Update calendar.  Review/analyze amended case management order and calendar deadlines.  Follow up on court's entry of amended CMO.  Upload order to court for second time; draft email to J. Knauer and confer with same regarding ████████ ██████ Follow up on deposition transcript of defendant.  Draft email to A. Adams regarding entry of CMO. | 175.00 | 0.80 | | 165 |

Page: 3
Eastern Livestock Bankruptcy
November 06, 2014
ACCOUNT NO:    110035-59
INVOICE NO:    4

re: Kropf, Amos (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| 06/03/2014 | | | | |
| ADS | Attention to deadline to amend actual fraud claim and receipt of deposition transcript. Confer with Jay Kennedy regarding ▇▇▇▇▇ ▇▇▇▇▇ COnference call with Amelia Adams. | 175.00 | 0.20 | 166 |
| 06/04/2014 | | | | |
| ADS | Attention to amended case management order and entering of same.  Multiple correspondence with opposing counsel regarding case management order. | 175.00 | 0.60 | 176 |
| 06/05/2014 | | | | |
| ADS | Email correspondence with A. Adams regarding continuance of pretrial; telephone call with A. Adams and voicemail to K. Goss regarding same.  Draft email to court staff regarding continuation of hearing.  Emails regarding new call in number for ELC hearings. | 175.00 | 0.50 | 175 |
| 06/06/2014 | | | | |
| ADS | Revise motion to continue; email correspondence with Amelia Adams regarding amended CMO. | 175.00 | 0.10 | 174 |
| 06/09/2014 | | | | |
| ADS | Email correspondence with A. Adams regarding settlement. | 175.00 | 0.10 | 169 |
| 06/10/2014 | | | | |
| ADS | Draft email to A. Adams with Trustee's counteroffer. | 175.00 | 0.10 | 177 |
| 06/12/2014 | | | | |
| ADS | Review corrected order continuing pretrial conference; revise CMO to reflect same, to legal assistant to upload to court. | 175.00 | 0.20 | 171 |
| 06/26/2014 | | | | |
| ADS | Prepare for and conduct pretrial conference. | 175.00 | 0.10 | 178 |
| 07/07/2014 | | | | |
| ADS | Begin drafting settlement agreement. | 175.00 | 1.00 | 189 |
| 07/08/2014 | | | | |
| ADS | Telephone call with A. Adams regarding 502(h) claim; finish drafting settlement agreement and | | | |

Eastern Livestock Bankruptcy

re: Kropf, Amos (Preference)

Page: 4
November 06, 2014
ACCOUNT NO:    110035-59
INVOICE NO:    4

| Date | | Description | Rate | HOURS | | |
|------|---|-------------|------|-------|---|---|
| | | email same to A. Adams. | 175.00 | 1.50 | | 190 |
| 07/15/2014 | ADS | Email from A. Adams with signed settlement agreement. | 175.00 | 0.10 | | 186 |
| 07/17/2014 | ADS | Email from Amelia Adams; settlement agreement to J. Kennedy and Trustee for execution; review settlement agreement and calendar deadlines. | 175.00 | 0.30 | | 185 |
| 07/21/2014 | ADS | Received signed settlement agreement and first payment; assignment to legal assistant to process payment and draft motion to compromise pleadings. | 175.00 | 0.20 | | 191 |
| 07/30/2014 | ADS | Review, revise, and sign letter to Amelia Adams with settlement agreement; review and revise motion to compromise, notice, and proposed order.  To legal assistant to file with court. | 175.00 | 0.70 | | 187 |
| 08/19/2014 | ADS | Follow up on settlement status, calendar deadline for objections to motion to compromise. | 175.00 | 0.10 | | 192 |
| 09/02/2014 | ADS | Follow up on settlement status; receive and review order granting motion to compromise; diary deadline to file stipulation of dismissal. | 175.00 | 0.10 | | 193 |
| 09/15/2014 | ADS | Receive second settlement payment; to legal assistant to draft stipulation of dismissal; review/revise same; email stipulation to opposing counsel. | 175.00 | 0.30 | | 194 |
| 09/16/2014 | ADS | Email from opposing counsel regarding stipulation of dismissal, assignment to legal assistant to file same. | 175.00 | 0.10 | | 195 |
| 09/22/2014 | ADS | Review stipulation of dismissal and order closing case. | 175.00 | 0.10 | | 196 |
| | | Amanda D. Stafford | | 14.70 | 2,572.50 | |

Page: 5

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-59

INVOICE NO:            4

re: Kropf, Amos (Preference)

| | | Rate | HOURS |
|---|---|---|---|
| FOR CURRENT SERVICES RENDERED | | 34.30 | 6,002.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 19.20 | $175.00 | $3,360.00 |
| Jennifer L. Watt | 0.40 | 175.00 | 70.00 |
| Amanda D. Stafford | 14.70 | 175.00 | 2,572.50 |

| | | |
|---|---|---|
| Reproduction of documents | 46.60 | |
| TOTAL EXPENSES THRU 11/06/2014 | 46.60 | |

| | | | |
|---|---|---|---|
| 04/09/2014 | Pacer Service Center docket retrieval | 4.60 | 18 |
| | Pacer Service Center docket retrieval | 4.60 | |
| 05/04/2014 | Travel Expenses Jay P. Kennedy (Lexington, KY) | 202.27 | 16 |
| | Travel Expenses | 202.27 | |
| 05/04/2014 | Meals Jay P. Kennedy (Lexington, KY) | 83.96 | 15 |
| | Meals | 83.96 | |
| | TOTAL ADVANCES THRU 11/06/2014 | 290.83 | |
| | TOTAL CURRENT WORK THIS STATEMENT | 6,339.93 | |
| | PREVIOUS BALANCE | $14,230.55 | |
| 07/31/2014 | Payment--Thank you | -6,242.90 | 3 |
| 07/31/2014 | Payment--Thank you | -1,590.66 | 4 |
| | TOTAL PAYMENTS | -7,833.56 | |
| | BALANCE DUE | $12,736.92 | |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 7,570.77 | 2,854.32 |
| 12/31/2013 | 2 | 7,599.07 | 1,986.17 |
| 07/31/2014 | 3 | 7,799.40 | 1,556.50 |
| | | | 6,396.99 |

Page: 6

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:      110035-59

INVOICE NO:              4

re: Kropf, Amos (Preference)

Your trust account balance is

|  |  |  |
|---|---|---|
| | Opening Balance | $0.00 |
| 09/16/2014 | Amos Kropf, K & K Cattle Co., 6987 | |
| | Highway 278 West, Ozan, AR 71855 | 25,000.00 |
| 09/23/2014 | check to trustee's account | |
| | PAYEE: Eastern Livestock Company, LLC | -25,000.00 |
| | Closing Balance | $0.00 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-17

INVOICE NO:    4

re: Loveland Farms (Preference)

DRAFT STATEMENT

[  ]**Bill & Mail** this statement as is/as modified
[  ]**Return** to _____ for letter
[  ]Prepare for sending **VIA EMAIL**
[  ]**HOLD**/Do not send
[  ]Send only **previous** balance
[  ]**Close** File (only closed if paid in full or balance is written off)
[  ]**Pay** this invoice from **TRUST**
[  ] Other: _____

| | | | Rate | HOURS | | |
|---|---|---|---|---|---|---|
| 07/25/2014 | | | | | | |
| JPK | Follow up with A. Voyles on potential settlement. | | 175.00 | 0.20 | | 61 |
| 08/27/2014 | | | | | | |
| JPK | Called A. Voyles. Participate in pretrial conference. | | 175.00 | 0.20 | | 64 |
| | Jay P. Kennedy | | | 0.40 | 70.00 | |
| 05/28/2014 | | | | | | |
| JLW | Prepare for and attend status hearing. | | 175.00 | 0.30 | | 58 |
| 07/28/2014 | | | | | | |
| JLW | Review court minute entry. | | 175.00 | 0.10 | | 62 |
| 08/27/2014 | | | | | | |
| JLW | Review minute entry order. | | 175.00 | 0.10 | | 65 |
| | Jennifer L. Watt | | | 0.50 | 87.50 | |
| 05/28/2014 | | | | | | |
| ADS | Prepare for and attend pretrial conference; update ▮▮▮▮▮▮▮▮▮▮▮▮ | | 175.00 | 0.50 | | 56 |
| 05/29/2014 | | | | | | |
| ADS | Review/analyze minute entry/order; calendar new hearing date. | | 175.00 | 0.10 | | 57 |
| 07/28/2014 | | | | | | |
| ADS | Prepare for and conduct telephonic status conference. | | 175.00 | 0.20 | | 60 |

Page: 2

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:   110035-17

INVOICE NO:       4

re: Loveland Farms (Preference)

| | | Rate | HOURS | |
|---|---|---|---|---|
| **08/27/2014** | | | | |
| ADS | Prepare for and conduct telephonic status conference, assignment to legal assistant to draft settlement agreement. | 175.00 | 0.50 | 63 |
| **09/18/2014** | | | | |
| ADS | Review, revise settlement agreement and mutual release; draft email to opposing counsel with same; telephone call with opposing counsel. | 175.00 | 0.50 | 66 |
| **09/30/2014** | | | | |
| ADS | Review motion to compromise pleadings; revise settlement agreement and email revised agreement to opposing counsel. | 175.00 | 0.20 | 67 |
| **10/09/2014** | | | | |
| ADS | Receive signed settlement agreement and payment from defendant; assignment to legal assistant to draft motion to compromise and related pleadings; to trustee for signature. | 175.00 | 0.30 | 69 |
| **10/14/2014** | | | | |
| ADS | Review/revise motion to compromise pleadings, to legal assistant to file same; draft letter to opposing counsel regarding settlement agreement. | 175.00 | 0.20 | 68 |
| **10/24/2014** | | | | |
| ADS | Review letter to opposing counsel regarding settlement agreement. | 175.00 | 0.10 | 70 |
| | Amanda D. Stafford | | 2.60 | 455.00 |
| **06/09/2014** | | | | |
| TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | 59 |
| | Tammy J. Froelich | | 0.10 | 12.50 |
| | FOR CURRENT SERVICES RENDERED | | 3.60 | 625.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Jay P. Kennedy | 0.40 | $175.00 | $70.00 |
| Jennifer L. Watt | 0.50 | 175.00 | 87.50 |
| Amanda D. Stafford | 2.60 | 175.00 | 455.00 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

Page: 3

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:        110035-17
INVOICE NO:                4

re: Loveland Farms (Preference)

TOTAL CURRENT WORK THIS STATEMENT | 625.00

PREVIOUS BALANCE | $1,585.66

| 07/31/2014 | Payment--Thank you | -684.00 | 3 |
| 07/31/2014 | Payment--Thank you | -179.56 | 4 |
| | TOTAL PAYMENTS | -863.56 | |

BALANCE DUE | $1,347.10

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 970.08 | 365.07 |
| 12/31/2013 | 2 | 709.58 | 186.03 |
| 07/31/2014 | 3 | 855.00 | 171.00 |
| | | | 722.10 |

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO:    110034-01
INVOICE NO:    3

re: Brian MacAllister

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Prepare for sending **VIA EMAIL**
[ ]**HOLD**/Do not send
[ ]Send only **previous** balance
[ ]**Close** File (only closed if paid in full or balance is written off)
[ ]**Pay** this invoice from **TRUST**
[ ] Other: _____

| | | |
|---|---|---|
| Reproduction of documents | 4.90 | |
| TOTAL EXPENSES THRU 11/06/2014 | 4.90 | |
| TOTAL CURRENT WORK THIS STATEMENT | 4.90 | |
| PREVIOUS BALANCE | $549.61 | |

| | | | |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -1.60 | 2 |
| 07/31/2014 | Payment--Thank you | -109.13 | 3 |
| | TOTAL PAYMENTS | -110.73 | |
| | BALANCE DUE | $443.78 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 1 | 981.40 | 438.88 |
| | | | 438.88 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:    110035-34
INVOICE NO:    5

re: Macon Stockyard (Preference)

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Prepare for sending **VIA EMAIL**
[ ]**HOLD**/Do not send
[ ]Send only **previous** balance
[ ]**Close** File (only closed if paid in full or balance is written off)
[ ]**Pay** this invoice from **TRUST**
[ ] Other: _____

|  |  |  | Rate | HOURS |  |  |
|---|---|---|---|---|---|---|
| 06/26/2014 | HKM | Lengthy conference with Mandy Stafford concerning ███████████ ████████ Obtained and thoroughly reviewed Plaintiff's Response in Opposition to Motion for Summary Judgment and Motion for Summary Judgment filed by counsel by Macon Stockyard Inc. Conference with Mandy Stafford following review of Motion and response thereto. | 175.00 | 2.80 | | 181 |
| | | Harley K. Means | | 2.80 | 490.00 | |
| 05/14/2014 | JLW | Conference with J. Kennedy and M. Stafford regarding ██████████ | 175.00 | 0.30 | | 161 |
| 05/28/2014 | JLW | Prepare for and attend status hearing. | 175.00 | 0.30 | | 162 |
| 06/04/2014 | JLW | Conference with M. Stafford regarding ████████ ██████████ Review motion for summary judgment; Review factual contentions and break out disputed facts. | 175.00 | 0.80 | | 163 |
| 06/05/2014 | JLW | Review motion for summary judgment and outline fact issues in dispute. | 175.00 | 0.80 | | 188 |
| 06/06/2014 | JLW | Continue outline fact issues in dispute in motion for summary judgment; Review argument regarding unsupported facts; Draft email | | | | |

Page: 2
Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:    110035-34
INVOICE NO:    5

re: Macon Stockyard (Preference)

| | | Rate | HOURS | | |
|---|---|---|---|---|---|
| | regarding unsupported facts argument. | 175.00 | 0.60 | | 189 |
| 06/09/2014 JLW | Meeting with M. Stafford regarding ███████ | | | | |
| | Review draft response to motion for summary judgment and draft revisions. | 175.00 | 0.80 | | 190 |
| 06/10/2014 JLW | Research case law regarding ██████████████████ | 175.00 | 1.00 | | 191 |
| 06/11/2014 JLW | Continue research case law regarding ██████████████████ | 175.00 | 0.70 | | 192 |
| 06/20/2014 JLW | Meeting with M. Stafford regarding ████████ Follow up research on ██████████ | 175.00 | 0.90 | | 193 |
| 06/25/2014 JLW | Correspondence with M. Stafford regarding ██████ Draft revisions to response brief. | 175.00 | 0.40 | | 194 |
| 06/29/2014 JLW | Review final draft of response brief. | 175.00 | 0.20 | | 195 |
| 07/28/2014 JLW | Review court minute entry. | 175.00 | 0.10 | | 201 |
| 08/22/2014 JLW | Review reply brief in support of summary judgment. | 175.00 | 0.40 | | 202 |
| 10/17/2014 JLW | Review order denying defendant's motion for summary judgment. | 175.00 | 0.10 | | 204 |
| | Jennifer L. Watt | | 7.40 | 1,295.00 | |
| 05/05/2014 ADS | Review email from Scott Newbern agreeing to Trustee's request for extension of time; draft | | | | |

Page: 3
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-34
INVOICE NO:               5

re: Macon Stockyard (Preference)

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | Notice of Extension of TIme to Respond to Defendant's Motion for Summary Judgment; assignment to legal assistant to file same. | 175.00 | 0.10 | 157 |
| 05/19/2014 | ADS | Attention to deadline for filing summary judgment response.  Assignment to legal assistant to draft motion for extension of time. | 175.00 | 0.10 | 158 |
| 05/28/2014 | ADS | Prepare for and attend pretrial conference; update ████████ | 175.00 | 0.30 | 159 |
| 05/29/2014 | ADS | Review/analyze minute entry/order; calendar new hearing date. | 175.00 | 0.10 | 160 |
| 06/02/2014 | ADS | Draft, revise and finalize Trustee's Supplemental discovery response.  Serve same on defendant's counsel. | 175.00 | 0.40 | 173 |
| 06/04/2014 | ADS | Meeting with J. Kennedy and J. Watt regarding ████████ | 175.00 | 0.60 | 172 |
| 06/05/2014 | ADS | Work on response to summary judgment motion. | 175.00 | 4.00 | 171 |
| 06/06/2014 | ADS | Continue drafting response to summary judgment motion.  Legal research on ████ ████ (2.3); confer with J. Watt regarding ████████ (1.3). | 175.00 | 3.60 | 170 |
| 06/07/2014 | ADS | Review/analysis of summary judgment motion (.60); draft outline of response to same (.30); review/analyze ████████ ████ (.60); draft, revise responses to ████████ | 175.00 | 10.50 | 164 |

Page: 4
Eastern Livestock Bankruptcy                                    November 06, 2014
ACCOUNT NO:       110035-34
INVOICE NO:                5

re: Macon Stockyard (Preference)

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                  | Rate   | HOURS |     |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|-----|
| 06/08/2014 | ADS | Continue working on response to summary judgment motion; review/analyze deposition ███████ (.50); review/analyze ██████ (.60); review/revise arguments in support of clearing contract and failure to comply with Rule 56 (3.20); review/analyze and revise response to failure to pay (.90); review/analyze and revise response to dishonor of check (1.50); review, analyze subsequent transferee argument and case law in support; draft/revise response to Section 547, 548 and 550 arguments (2.0). | 175.00 | 8.70  | 165 |
| 06/09/2014 | ADS | Continue drafting response in opposition to motion for summary judgment.                                                                                                                                                                                                                                                                                                                                                          | 175.00 | 5.20  | 177 |
| 06/10/2014 | ADS | Work on response to summary judgment (clearing commission argument).                                                                                                                                                                                                                                                                                                                                                              | 175.00 | 1.10  | 178 |
| 06/11/2014 | ADS | Email correspondence with H. Mappes regarding response to summary judgment; voicemail to K. Toner regarding ██████ lengthy telephone call with Liz Lynch regarding response to summary judgment; telephone call with K. Toner.                                                                                                                                                                                                     | 175.00 | 2.20  | 179 |
|            | ADS | Review third set of discovery requests from defendant.                                                                                                                                                                                                                                                                                                                                                                            | 175.00 | 0.10  | 180 |
| 06/12/2014 | ADS | Attention to third set of discovery and extension of deadline to respond to same.  Receive and review email from Scott Newbern agreeing to request for extension of time.                                                                                                                                                                                                                                                          | 175.00 | 0.20  | 166 |
|            | ADS | Review/analyze Jen Watt's revisions to response to summary judgment.                                                                                                                                                                                                                                                                                                                                                              | 175.00 | 0.50  | 167 |
| 06/16/2014 | ADS | Attention to deadline to respond to motion for summary judgment; assignment to legal assistant to draft motions; review motions for extension of time to respond to summary judgment.                                                                                                                                                                                                                                              | 175.00 | 0.20  | 182 |

Page: 5
November 06, 2014

Eastern Livestock Bankruptcy

ACCOUNT NO:      110035-34
INVOICE NO:                5

re: Macon Stockyard (Preference)

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 06/19/2014 | ADS | Work on response to motion for summary judgment ██████████ ████████████ | 175.00 | 0.80 | 168 |
| 06/23/2014 | ADS | Review/analyze ████████████████ Begin drafting Affidavit of Liz Lynch for response to motion for summary judgment. | 175.00 | 1.40 | 169 |
| 06/24/2014 | ADS | Work on affidavit of Elizabeth Lynch, revise same and gather exhibits.  Email Lynch with affidavit for review and execution (2.3); begin drafting statement of undisputed facts for Macon Transfers (.70). | 175.00 | 3.00 | 174 |
| 06/25/2014 | ADS | Continue working on response to motion for summary judgment. | 175.00 | 7.80 | 183 |
| 06/26/2014 | ADS | Continue drafting, revising response to motion for summary judgment (6.1); lengthy telephone call with Liz Lynch regarding ██████ ████████████ (1.4); substantially revise Lynch affidavit (2.2); analyze ████████████ with J. Knauer (.80). | 175.00 | 10.50 | 184 |
| 06/27/2014 | ADS | Gather exhibits for appendix; finish/revise Macon facts. | 175.00 | 1.10 | 185 |
|  | ADS | Incorporate J. Kennedy and Trustee's revisions into brief in response to motion for summary judgment. | 175.00 | 1.00 | 186 |
| 06/29/2014 | ADS | Finalize form response in opposition to motion for summary judgment; email same to Kennedy and Watt. | 175.00 | 0.90 | 187 |
| 06/30/2014 | ADS | Review, revise, and finalize response in opposition to motion for summary judgment; revise and finalize appendix of exhibits.  Gather remaining exhibits for appendix.  File to legal |  |  |  |

Page: 6

Eastern Livestock Bankruptcy

November 06, 2014

| | | ACCOUNT NO: | 110035-34 |
| | | INVOICE NO: | 5 |

re: Macon Stockyard (Preference)

| Date | | Description | Rate | HOURS | | |
|------|---|-------------|------|-------|---|---|
| | | assistant to file response with court. | 175.00 | 1.60 | | 176 |
| 07/01/2014 | | | | | | |
| | ADS | Calendar deadlines for reply and surreply to summary judgment motion. | 175.00 | 0.10 | | 197 |
| 07/09/2014 | | | | | | |
| | ADS | Attention to extension of time for defendant to file reply; assignment to legal assistant to email Defendants' counsel with responses and exhibits. | 175.00 | 0.10 | | 198 |
| 07/14/2014 | | | | | | |
| | ADS | Attention to deadline to respond to third set of discovery from defendant; calendar same. | 175.00 | 0.10 | | 200 |
| 07/21/2014 | | | | | | |
| | ADS | Draft/revise/finalize trustee's response to third set of discovery, confer with Trustee regarding verification and obtain same, to legal assistant to serve responses on defendant. | 175.00 | 1.60 | | 199 |
| 07/28/2014 | | | | | | |
| | ADS | Prepare for and conduct status conference; confer with Newbern regarding extension of time to respond to response to motion for summary judgment. | 175.00 | 0.10 | | 196 |
| 09/24/2014 | | | | | | |
| | ADS | Prepare for and conduct telephonic hearing; draft email to Scott Newbern regarding hearing results and new hearing date. Telephone call with Newbern regarding same. | 175.00 | 0.10 | | 203 |
| | | Amanda D. Stafford | | 68.10 | 11,917.50 | |
| 06/09/2014 | | | | | | |
| | TJF | Received reviewed and diaried recently filed pleadings | 125.00 | 0.10 | | 175 |
| | | Tammy J. Froelich | | 0.10 | 12.50 | |
| | | FOR CURRENT SERVICES RENDERED | | 78.40 | 13,715.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Harley K. Means | 2.80 | $175.00 | $490.00 |
| Jennifer L. Watt | 7.40 | 175.00 | 1,295.00 |
| Amanda D. Stafford | 68.10 | 175.00 | 11,917.50 |
| Tammy J. Froelich | 0.10 | 125.00 | 12.50 |

Page: 7

Eastern Livestock Bankruptcy

November 06, 2014

ACCOUNT NO:    110035-34

INVOICE NO:    5

re: Macon Stockyard (Preference)

TOTAL CURRENT WORK THIS STATEMENT | 13,715.00

PREVIOUS BALANCE | $9,097.02

| 07/31/2014 | Payment--Thank you | -5,089.62 | 4 |
| 07/31/2014 | Payment--Thank you | -236.31 | 5 |
| 07/31/2014 | Payment--Thank you | -561.72 | 6 |
| | TOTAL PAYMENTS | -5,887.65 | |
| | BALANCE DUE | $16,924.37 | |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 2 | 3,747.20 | 1,656.72 |
| 12/31/2013 | 3 | 1,319.10 | 344.15 |
| 07/31/2014 | 4 | 6,298.12 | 1,208.50 |
| | | | 3,209.37 |

Page: 1

Eastern Livestock Bankruptcy

November 06, 2014
ACCOUNT NO:        110035-54
INVOICE NO:                5

re: Kevin Manthey (Preference)

DRAFT STATEMENT

[ ]**Bill & Mail** this statement as is/as modified
[ ]**Return** to _____ for letter
[ ]Prepare for sending **VIA EMAIL**
[ ]**HOLD**/Do not send
[ ]Send only **previous** balance
[ ]**Close** File (only closed if paid in full or balance is written off)
[ ]**Pay** this invoice from **TRUST**
[ ] Other: _____

|            |     |                                                       | Rate   | HOURS |       |     |
|------------|-----|-------------------------------------------------------|--------|-------|-------|-----|
| 05/14/2014 |     |                                                       |        |       |       |     |
|            | ADS | Follow up with opposing counsel on stipulation of dismissal. | 175.00 | 0.10  |       | 84  |
| 05/19/2014 |     |                                                       |        |       |       |     |
|            | ADS | Email from E. Nave approving stipulation of dismissal. Revise and file stipulation of dismissal.  Update ▮▮▮▮▮ | 175.00 | 0.20  |       | 85  |
|            |     | Amanda D. Stafford                                    |        | 0.30  | 52.50 |     |
|            |     | FOR CURRENT SERVICES RENDERED                         |        | 0.30  | 52.50 |     |

RECAPITULATION

| TIMEKEEPER         | HOURS | HOURLY RATE | TOTAL   |
|--------------------|-------|-------------|---------|
| Amanda D. Stafford | 0.30  | $175.00     | $52.50  |

TOTAL CURRENT WORK THIS STATEMENT                          52.50

PREVIOUS BALANCE                                          $2,494.33

| 07/31/2014 | Payment--Thank you |  | -1,422.54 | 4 |
|------------|--------------------|--|-----------|---|
| 07/31/2014 | Payment--Thank you |  | -213.44   | 5 |
|            | TOTAL PAYMENTS     |  | -1,635.98 |   |

BALANCE DUE                                                $910.85