# EXHIBIT “B”

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Case | Sp Cnsl hours | Sp Cnsl fees | ADM Hours | ADM Fees | Alabama Hours | Alabama Fees | Arab hours | Arab fees | Ashville Hours |
| 2 | Atty/Para | Rate | | | | | | | | | | |
| 3 | JPK | $175.00 | | 38.60 | $ 6,755.00 | 14.50 | $ 2,537.50 | 0.30 | $ 52.50 | 0.30 | $ 52.50 | 0.00 |
| 4 | JLW | $175.00 | | 3.10 | $ 542.50 | 55.40 | $ 9,695.00 | 7.40 | $ 1,295.00 | 0.20 | $ 35.00 | 7.40 |
| 5 | ADS | $175.00 | | 31.20 | $ 5,460.00 | 40.40 | $ 7,070.00 | 22.70 | $ 3,972.50 | 0.30 | $ 52.50 | 14.00 |
| 6 | TJF | $125.00 | | 11.40 | $ 1,425.00 | 0.00 | $ - | 0.10 | $ 12.50 | 0.00 | $ - | 0.10 |
| 7 | KDK | $175.00 | | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | HKM | $175.00 | | 0.00 | $ - | 1.60 | $ 280.00 | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | JGL | $175.00 | | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 10 | CLB | $125.00 | | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 11 | SER | $175.00 | | 1.20 | $ 210.00 | 140.40 | $ 24,570.00 | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | Total | | | 85.50 | $ 14,392.50 | 252.30 | $ 44,152.50 | 30.50 | $ 5,332.50 | 0.80 | $ 140.00 | 21.50 |

| | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ashville Fees | Beard Hours | Beard Fees | Brown Hours | Brown Fees | Billingsley Hours | Billingsley Fees | Blanton Hours | Blanton Fees | Bradbury & York Hours | Bradbury & York Fees | Breitsprecher Hours |
| 2 | | | | | | | | | | | | |
| 3 | $ - | 1.30 | $ 227.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.30 |
| 4 | $ 1,295.00 | 0.50 | $ 87.50 | 0.00 | $ - | 8.40 | $ 1,470.00 | 0.20 | $ 35.00 | 0.00 | $ - | 0.00 |
| 5 | $ 2,450.00 | 2.60 | $ 455.00 | 1.00 | $ 175.00 | 8.00 | $ 1,400.00 | 1.10 | $ 192.50 | 1.80 | $ 315.00 | 7.00 |
| 6 | $ 12.50 | 0.10 | $ 12.50 | 0.00 | $ - | 0.10 | $ 12.50 | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.90 |
| 9 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.80 |
| 10 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.60 |
| 11 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | $ 3,757.50 | 4.50 | $ 782.50 | 1.00 | $ 175.00 | 16.50 | $ 2,882.50 | 1.30 | $ 227.50 | 1.80 | $ 315.00 | 11.60 |

| | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Breitsprecher Fees | Buckhorn Cattle Hours | Buckhorn Cattle Fees | Carroll Co. Hours | Carroll Co. Fees | Cav Hours | Cav Fees | Chase hours | Chase Fees | C&L Cattle Hours | C&L Cattle Fees | Christenson Hours |
| 2 | | | | | | | | | | | | |
| 3 | $ 52.50 | 3.00 | $ 525.00 | 1.80 | $ 315.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 4 | $ - | 0.00 | $ - | 0.80 | $ 140.00 | 0.40 | $ 70.00 | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 5 | $ 1,225.00 | 55.80 | $ 9,765.00 | 2.60 | $ 455.00 | 4.10 | $ 717.50 | 0.10 | $ 17.50 | 0.90 | $ 157.50 | 0.40 |
| 6 | $ - | 0.00 | $ - | 0.10 | $ 12.50 | 0.10 | $ 12.50 | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ 157.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | $ 315.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 10 | $ 200.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 11 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | $ 1,950.00 | 58.80 | $ 10,290.00 | 5.30 | $ 922.50 | 4.60 | $ 800.00 | 0.10 | $ 17.50 | 0.90 | $ 157.50 | 0.40 |

| | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Christenson Fees | David Corbin Hours | David Corbin Fees | ECC hours | ECC fees | Elder hours | Elder fees | Ft. Payne hours | Ft. Payne fees | Garrett hours | Garrett fees | Gettlefinger hours |
| 2 | | | | | | | | | | | | |
| 3 | $ - | 0.00 | $ - | 0.00 | $ - | 0.40 | $ 70.00 | 7.70 | $ 1,347.50 | 17.10 | $ 2,992.50 | 1.20 |
| 4 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 27.90 | $ 4,882.50 | 0.00 | $ - | 0.40 |
| 5 | $ 70.00 | 1.10 | $ 192.50 | 4.60 | $ 805.00 | 2.10 | $ 367.50 | 25.90 | $ 4,532.50 | 15.20 | $ 2,660.00 | 3.10 |
| 6 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.10 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 10 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 11 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | $ 70.00 | 1.10 | $ 192.50 | 4.60 | $ 805.00 | 2.50 | $ 437.50 | 61.50 | $ 10,762.50 | 32.30 | $ 5,652.50 | 4.80 |

| | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gettlefinger fees | Clarence Gilbert Hours | Clarence Gilbert Fees | Grove hours | Grove fees | Randy Hoover & Sons hours | Randy Hoover & Sons fees | Hustbourne hours | Hustbourne fees | J&L hours | J&L fees | K&S hours |
| 2 | | | | | | | | | | | | |
| 3 | $ 210.00 | $ 0.70 | $ 122.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 4 | $ 70.00 | 0.00 | $ - | 0.20 | $ 35.00 | 0.10 | $ 17.50 | 0.00 | $ - | 0.40 | $ 70.00 | 0.00 |
| 5 | $ 542.50 | $ 6.40 | $ 1,120.00 | 0.90 | $ 157.50 | 4.00 | $ 700.00 | 2.10 | $ 367.50 | 0.10 | $ 17.50 | 2.40 |
| 6 | $ 12.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.60 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | $ - | $ 15.00 | $ 2,625.00 | 0.00 | $ - | 0.00 | $ - | 0.30 | $ 52.50 | 0.00 | $ - | 1.90 |
| 10 | $ - | $ 2.00 | $ 250.00 | 0.00 | $ - | 0.00 | $ - | 2.00 | $ 250.00 | 0.00 | $ - | 2.60 |
| 11 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | $ 835.00 | 24.10 | $ 4,117.50 | 1.10 | $ 192.50 | 4.10 | $ 717.50 | 4.40 | $ 670.00 | 0.50 | $ 87.50 | 7.50 |

| | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | K&S Fees | Krantz hours | Krantz fees | Kropf hours | Kropf fees | Loveland hours | Loveland fees | Macon hours | Macon fees | Manthey hours | Manthey fees | Lance Mason hours | Lance Mason Fees |
| 2 | | | | | | | | | | | | | |
| 3 | $ - | 6.60 | $ 1,155.00 | 19.20 | $ 3,360.00 | 0.40 | $ 70.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 4 | $ - | 4.40 | $ 770.00 | 0.40 | $ 70.00 | 0.50 | $ 87.50 | 7.40 | $ 1,295.00 | 0.00 | $ - | 0.00 | $ - |
| 5 | $ 420.00 | 53.10 | $ 9,292.50 | 14.70 | $ 2,572.50 | 2.60 | $ 455.00 | 68.10 | $ 11,917.50 | 0.30 | $ 52.50 | 4.10 | $ 717.50 |
| 6 | $ 75.00 | 0.00 | $ - | 0.00 | $ - | 0.10 | $ 12.50 | 0.10 | $ 12.50 | 0.00 | $ - | 0.00 | $ - |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 2.80 | $ 490.00 | 0.00 | $ - | 0.00 | $ - |
| 9 | $ 332.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 10 | $ 325.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 11 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 12 | $ 1,152.50 | 64.10 | $ 11,217.50 | 34.30 | $ 6,002.50 | 3.60 | $ 625.00 | 78.40 | $ 13,715.00 | 0.30 | $ 52.50 | 4.10 | $ 717.50 |

| | BV | BW | BX | BY | BZ | CA | CB | CC | CD | CE | CF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PBI Bank hours | PBI Bank fees | Parker hours | Parker fees | Peoples hours | Peoples fees | R. Rawls hours | R. Rawls fees | Edwin Riley Hours | Edwin Riley Fees | River Bend hours |
| 2 | | | | | | | | | | | |
| 3 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.60 | $ 280.00 | 0.00 | $ - | 0.00 |
| 4 | 0.00 | $ - | 0.00 | $ - | 6.40 | $ 1,120.00 | 7.30 | $ 1,277.50 | 0.00 | $ - | 0.00 |
| 5 | 0.70 | $ 122.50 | 3.60 | $ 630.00 | 10.20 | $ 1,785.00 | 14.80 | $ 2,590.00 | 2.20 | $ 385.00 | 0.90 |
| 6 | 0.00 | $ - | 0.00 | $ - | 0.10 | $ 12.50 | 0.10 | $ 12.50 | 0.00 | $ - | 0.00 |
| 7 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 8.30 | $ 1,452.50 | 0.00 |
| 10 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.00 | $ 125.00 | 0.00 |
| 11 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | 0.70 | $ 122.50 | 3.60 | $ 630.00 | 16.70 | $ 2,917.50 | 23.80 | $ 4,160.00 | 11.50 | $ 1,962.50 | 0.90 |

| | CG | CH | CI | CJ | CK | CL | CM | CN | CO | CP | CQ | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | River Bend fees | S. Coffeyville hours | S. Coffeyville fees | Salem hours | Salem fees | Schuchmann hours | Schuchmann fees | Scotts Hill hours | Scotts Hill fees | Jerry Seely Hours | Jerry Seely Fees | B. Stewart hours |
| 2 | | | | | | | | | | | | |
| 3 | $ - | 0.00 | $ - | 1.60 | $ 280.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 4 | $ - | 0.20 | $ 35.00 | 0.50 | $ 87.50 | 0.00 | $ - | 0.20 | $ 35.00 | 0.00 | $ - | 0.90 |
| 5 | $ 157.50 | 0.10 | $ 17.50 | 2.90 | $ 507.50 | 0.30 | $ 52.50 | 0.10 | $ 17.50 | $ 0.80 | $ 140.00 | 0.50 |
| 6 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 10 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 11 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | $ 157.50 | 0.30 | $ 52.50 | 5.00 | $ 875.00 | 0.30 | $ 52.50 | 0.30 | $ 52.50 | 0.80 | $ 140.00 | 1.40 |

| | CS | CT | CU | CV | CW | CX | CY | CZ | DA | DB | DC | DD | DE | DF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B. Stewart fees | D. Stewart hours | D. Stewart fees | Stoops hours | Stoops fees | Tate hours | Tate fees | Tulsa hours | Tulsa fees | Walco hours | Walco fees | Witt hours | Witt fees | Zeisler hours |
| 2 | | | | | | | | | | | | | | |
| 3 | $ - | 0.00 | $ - | 0.70 | $ 122.50 | 1.20 | $ 210.00 | 0.00 | $ - | 0.00 | $ - | 2.10 | $ 367.50 | 0.00 |
| 4 | $ 157.50 | 0.00 | $ - | 0.00 | $ - | 0.50 | $ 87.50 | 0.10 | $ 17.50 | 0.00 | $ - | 0.10 | $ 17.50 | 0.00 |
| 5 | $ 87.50 | 2.50 | $ 437.50 | 2.20 | $ 385.00 | 3.70 | $ 647.50 | 0.10 | $ 17.50 | 0.80 | $ 140.00 | 10.90 | $ 1,907.50 | 0.60 |
| 6 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 10 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 11 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 12 | $ 245.00 | 2.50 | $ 437.50 | 2.90 | $ 507.50 | 5.40 | $ 945.00 | 0.20 | $ 35.00 | 0.80 | $ 140.00 | 13.10 | $ 2,292.50 | 0.60 |

| | DG | DH | DI |
|---|---|---|---|
| 1 | Zeisler fees | Total hours per Atty/Para | Total fees per Atty/Para |
| 2 | | | |
| 3 | $ - | 120.6 | $21,105.00 |
| 4 | $ - | 141.7 | $24,797.50 |
| 5 | $ 105.00 | 462.7 | $80,972.50 |
| 6 | $ - | 13.1 | $1,637.50 |
| 7 | $ - | 0.0 | $0.00 |
| 8 | $ - | 5.3 | $927.50 |
| 9 | $ - | 27.3 | $4,777.50 |
| 10 | $ - | 9.2 | $1,150.00 |
| 11 | $ - | 141.6 | $24,780.00 |
| 12 | $ 105.00 | 921.5 | $160,147.50 |