# EXHIBIT "C"

## **Exhibit C**

| | |
|---|---|
| Mailing Expense | $     46.19 |
| Reproduction Expense | $  713.52 |
| Overnight Mail | $  263.65 |
| Pacer Service Center Docket Retrieval | $  131.92 |
| Telephonic Expenses | $      4.40 |
| Meals | $  131.18 |
| Mileage Expenses | $  331.07 |
| Total | **$1,621.93** |