# EXHIBIT "D"

| Defendant | Case No. | Recovery as of October 31, 2014 | 25% Contingent Fee | Hours worked | Hours worked x 175.00 | Attorney Rates | | | 2 1/2x | hours | Total Maximum Recovery | Current Contingency Fee Award | Prior Contingency Fee Award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chad Schuchmann | 12-59155 | $ 100,000.00 | $ 25,000.00 | 72.70 | $ 12,722.50 | $ 395.00 | JPK | $ 987.50 | | 9.70 | $ 9,578.75 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | | 0.40 | $ 275.00 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | | 59.80 | $ 37,375.00 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | | 2.80 | $ 875.00 | | |
| | | | | | | | | | | 72.70 | $ 48,103.75 | $ 12,277.50 | $ - |
| Cornelison Farms, FLP | 12-59096 | $ 20,000.00 | $ 5,000.00 | 20.80 | $ 3,640.00 | $ 395.00 | JPK | $ 987.50 | | 4.30 | $ 4,246.25 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | | 5.10 | $ 3,506.25 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | | 7.90 | $ 4,937.50 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | | 3.50 | $ 1,093.75 | | |
| | | | | | | | | | | 20.80 | $ 13,783.75 | $ 1,360.00 | $ - |
| Kevin Manthey | 12-59075 | $ 12,000.00 | $ 3,000.00 | 23.50 | $ 4,112.50 | $ 395.00 | JPK | $ 987.50 | | 2.90 | $ 2,863.75 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | | 6.50 | $ 4,468.75 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | | 6.90 | $ 4,312.50 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | | 7.20 | $ 2,250.00 | | |
| | | | | | | | | | | 23.50 | $ 13,895.00 | $ - | $ - |
| PBI Bank | 12-59140 | $ 3,000.00 | $ 750.00 | 19.40 | $ 3,395.00 | $ 395.00 | JPK | $ 987.50 | | 3.40 | $ 3,357.50 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | | 7.00 | $ 4,812.50 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | | 5.50 | $ 3,437.50 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | | 3.50 | $ 1,093.75 | | |
| | | | | | | | | | | 19.40 | $ 9,343.75 | $ - | $ - |
| Brandon Zeisler | 12-59074 | $ 17,500.00 | $ 4,375.00 | 23.30 | $ 4,077.50 | $ 395.00 | JPK | $ 987.50 | | 5.70 | $ 5,628.75 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | | 6.50 | $ 4,468.75 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | | 3.90 | $ 2,437.50 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | | 7.20 | $ 2,250.00 | | |
| | | | | | | | | | | 23.30 | $ 14,785.00 | $ 297.50 | $ - |
| Bradbury & York, Mike Bradbury | 12-59136 | $ 15,000.00 | $ 3,750.00 | 120.90 | $ 21,157.50 | $ 395.00 | JPK | $ 987.50 | | 6.30 | $ 6,221.25 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | | 88.60 | $ 60,912.50 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | | 20.60 | $ 12,875.00 | | |
| | | | | | | $ 315.00 | KDK | $ 787.50 | | 0.80 | $ 630.00 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | | 4.60 | $ 1,437.50 | | |
| | | | | | | | | | | 120.90 | $ 82,076.25 | $ - | $ - |
| Randy Hoover & Sons and J&S Feedlots, Inc. | 12-59141 | $ 10,000.00 | $ 2,500.00 | 39.50 | $ 6,912.50 | $ 395.00 | JPK | $ 987.50 | | 3.00 | $ 2,962.50 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | | 18.50 | $ 12,718.75 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | | 12.40 | $ 7,750.00 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | | 5.60 | $ 1,750.00 | | |
| | | | | | | | | | | 39.50 | $ 25,181.25 | $ - | $ - |

| Defendant | Case No. | Recovery as of October 31, 2014 | 25% Contingent Fee | Hours worked | Hours worked x 175.00 | Attorney Rates | | 2 1/2x | hours | Total Maximum Recovery | Current Contingency Fee Award | Prior Contingency Fee Award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos Kropf | 12-59095 | $ 50,000.00 | $ 12,500.00 | 152.10 | $ 26,617.50 | $ 395.00 | JPK | $ 987.50 | 33.30 | $ 32,883.75 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | 70.80 | $ 48,675.00 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | 41.50 | $ 25,937.50 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | 6.50 | $ 2,031.25 | | |
| | | | | | | | | | 152.10 | $ 109,527.50 | $ - | $ - |
| Fort Payne Stock Yard, Inc. | 12-59132 | $ 20,000.00 | $ 5,000.00 | 183.20 | $ 32,060.00 | $ 395.00 | JPK | $ 987.50 | 18.70 | $ 18,466.25 | | |
| | | | | | | $ 275.00 | JLW | $ 687.50 | 93.40 | $ 64,212.50 | | |
| | | | | | | $ 250.00 | ADS | $ 625.00 | 66.80 | $ 41,750.00 | | |
| | | | | | | $ 125.00 | TJF | $ 312.50 | 4.30 | $ 1,343.75 | | |
| | | | | | | | | | 183.20 | $ 125,772.50 | $ - | $ - |
| | | | | | | | | | **TOTAL CONTINGENCY FEE:** | | $ 13,935.00 | $ - |