IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF MAILING

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, the document identified below by docket number was served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on November 7, 2014:

| | |
|---|---|
| Docket No. 2666 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Robert Nichols, individually, Robert Nichols and Jane Nichols d/b/a Nichols Livestock, Nichols Livestock, Inc., and Jane, LLC) [Re: Docket No. 2665]<br>/// |

Exhibit "A"    Address List regarding Docket Nos. 2666
- The post-confirmation Core Parties are referenced in Service List 58311
- Those post-confirmation parties who have requested special notice are referenced in Service List 58310
- The Affected Parties are referenced in Service List 58312

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 10th day of November 2014 at Paramount, California.

*[signature: James H. Myers]*

James H. Myers

**EXHIBIT A**

# Eastern Livestock

**Total number of parties: 11**

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 58310 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 58311 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 58312 | JANE LLC, C/O MILLER DOLLARHIDE PC, 100 PARK AVE, SECOND FL, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 58310 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 58312 | NICHOLS LIVESTOCK, C/O MILLER DOLLARHIDE PC, 100 PARK AVE, SECOND FL, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 58312 | NICHOLS, ROBERT, LEGEND BANK, C/O MILLER DOLLARHIDE PC, 100 PARK AVE, SECOND FL, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 58312 | NICHOLS, ROBERT, C/O MILLER DOLLARHIDE PC, 100 PARK AVE, SECOND FL, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 58310 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 58311 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58311 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58311 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

**Subtotal for this group: 11**