Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 14

re: Trustee

DRAFT STATEMENT

[ ] **Bill & Mail** this statement as is/as modified
[ ] **Return** to _____ for letter
[ ] Prepare for sending **VIA EMAIL**
[ ] **HOLD**/Do not send
[ ] Send only **previous** balance
[ ] **Close** File (only closed if paid in full or balance is written off)
[ ] **Pay** this invoice from **TRUST**
[ ] Other: _____

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 05/08/2014 | | | | | |
| | JAK | 10- emails with K Toner re USDA consent judgment issues | 475.00 | 0.30 | 3546 |
| | JAK | 4 - emails with T Hall re 5/3 information request | 475.00 | 0.20 | 3547 |
| 05/13/2014 | | | | | |
| | JAK | 4 review and pay bills | 475.00 | 0.30 | 3548 |
| | JAK | 4- review and arrange wire transfer of payroll | 475.00 | 0.30 | 3549 |
| 05/14/2014 | | | | | |
| | JAK | Review of expert engagement letter; review of ADMIS response letter and revisions; | 475.00 | 0.40 | 3550 |
| 05/15/2014 | | | | | |
| | JAK | 4 review of demand letter from Texas Franchise tax and draft letter response | 475.00 | 0.30 | 3551 |
| | JAK | 4 - review of E filings | 475.00 | 0.50 | 3552 |
| | JAK | 10 - review response from consultant on ADMIS | 475.00 | 0.10 | 3553 |
| 05/19/2014 | | | | | |
| | JAK | 4 pleading review | 475.00 | 0.40 | 3554 |
| 05/22/2014 | | | | | |
| | JAK | 10 review of Shipman settlement of interpleader claims and claim allowance; execute settlement and return | 475.00 | 0.40 | 3555 |
| | JAK | 10 - review of claims analysis on cases of Carroll County Livestock; Amos Kropf & Ft. | | | |

Eastern Livestock Bankruptcy

Page: 2
November 06, 2014
ACCOUNT NO:  110035-50
INVOICE NO:  14

re: Trustee

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | Payne Stockyards and prepare comments | 475.00 | 0.50 | 3556 |
| | JAK | 4 - to FBD for meeting with Toner and Hall to discuss case status and plan issues | 475.00 | 1.70 | 3557 |
| 05/27/2014 | JAK | 4- paying bills | 475.00 | 0.20 | 3559 |
| | JAK | 4- arranging payroll | 475.00 | 0.30 | 3560 |
| 05/28/2014 | JAK | 4- emails with counsel on meeting with 5/3 Bank | 475.00 | 0.40 | 3561 |
| | JAK | 4- call from Kutac counsel re Wells Fargo case against 5/3 | 475.00 | 0.20 | 3562 |
| 05/29/2014 | JAK | 4 emails regarding opt in funds transfer and accounting | 475.00 | 0.30 | 3563 |
| 05/30/2014 | JAK | 10 - review of memos on Amos Kropf case and Barger cattle case and meet with A Stafford to discus settlement proposals | 475.00 | 0.60 | 3564 |
| 06/02/2014 | JAK | 10 review of Edens draft summary judgment brief | 475.00 | 0.60 | 3565 |
| | JAK | 4- call to K Toner on fee apps; conf with Jay Kennedy re same | 475.00 | 0.40 | 3566 |
| | JAK | 6- review of time to code missing entries for fee app | 475.00 | 0.30 | 3567 |
| 06/06/2014 | JAK | 10 conf with M Stafford on Admis issue | 475.00 | 0.20 | 3568 |
| | JAK | 4 - attention to issues on crash of server; email from T Froleich; call with Caleb Miller | 475.00 | 0.30 | 3569 |
| | JAK | 10 - email correspondence with K Toner concerning ClickRWeight settlement delays | 475.00 | 0.20 | 3570 |
| | JAK | 6 - Review of draft fee app; review of time for possible redaction | 475.00 | 0.50 | 3571 |
| 06/09/2014 | JAK | 10 settlement agreement review and execution | | | |

EXHIBIT "A"

Eastern Livestock Bankruptcy

Page: 3
November 06, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 14

re: Trustee

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | | and transmittal re Monty Koeller | 475.00 | 0.30 | 3572 |
| | JAK | 4 - review and arrange payroll wire transfer | 475.00 | 0.30 | 3573 |
| | JAK | 4- receive proposed USDA consent judgment and email to counsel re same | 475.00 | 0.30 | 3574 |
| 06/10/2014 | JAK | 4 receive letter from IRS on ELC tax penalty and letter to KSM re same | 475.00 | 0.40 | 3575 |
| 06/11/2014 | JAK | 10 review of court decision in Intrust case Motion to Dismiss; email to counsel re same | 475.00 | 0.40 | 3576 |
| | JAK | 4- call with Keith Gambrell at KSM on tax issues | 475.00 | 0.20 | 3577 |
| | JAK | 4- emails and review of proposed USDA consent judgment revisions | 475.00 | 0.30 | 3578 |
| | JAK | 10 - participate in ADMIS teleconference with Judge and meet after with counsel | 475.00 | 0.60 | 3579 |
| 06/17/2014 | JAK | 10 review of Edens case brief responding to objection to amending complaint and email t o counsel re same | 475.00 | 0.40 | 3580 |
| | JAK | 10 - emails re Amos Kropf settlement | 475.00 | 0.20 | 3581 |
| | JAK | 10 - review of information on Bill Eberle settlement offer | 475.00 | 0.20 | 3582 |
| | JAK | 4- emails re fee application issues | 475.00 | 0.20 | 3583 |
| 06/20/2014 | JAK | 4- review of multiple emails on ELC server crash and emails to C Miller and E Lynch on backup tape and software issues | 475.00 | 0.60 | 3584 |
| 06/23/2014 | JAK | 4- review payroll and arrange wire transfer | 475.00 | 0.30 | 3585 |
| | JAK | 4- long call with Caleb Miller on restoring backups from ELC server crash and options and costs | 475.00 | 0.50 | 3586 |
| | JAK | 10 review of Shawana Eikenberry comments on Rosenbaum litigation and reply to confirm | | | |

Eastern Livestock Bankruptcy

re: Trustee

Page: 4
November 06, 2014
ACCOUNT NO:   110035-50
INVOICE NO:   14

| Date | Initials | Description | Rate | Hours | | Ref |
|---|---|---|---|---|---|---|
| | | strategy | 475.00 | 0.20 | | 3587 |
| | JAK | 10 - review of USDC mediators to select choices for Nuckols mediation and email to counsel re same | 475.00 | 0.30 | | 3588 |
| | JAK | 6- call T Hall on Fee applications and hearing date | 475.00 | 0.20 | | 3589 |
| 06/24/2014 | JAK | 4- review of invoice from Don Fogle and arrange payment | 475.00 | 0.30 | | 3590 |
| 06/25/2014 | JAK | 10 emails concerning Edens hearing on motion to amend; emails regarding possible mediation | 475.00 | 0.30 | | 3591 |
| 06/27/2014 | JAK | 10 review of Brief in Opposition to Summary Judgment re Macon Stockyard and comments to Mandy Stafford | 475.00 | 0.50 | | 3592 |
| | JAK | 10 memo from J Kennedy on Ft. Payne status call | 475.00 | 0.10 | | 3593 |
| 06/30/2014 | JAK | 10 meeting with J Kennedy on Ft. Payne case and call with K Toner to discuss case | 475.00 | 0.40 | | 3594 |
| | JAK | 4- review of ViewTrack quote on efforts to restore ELC computer data; meeting with Caleb Miller to discuss quote and assumption validations as affecting costs of almost $10,000. | 475.00 | 0.40 | | 3595 |
| 07/01/2014 | JAK | 10 - Review of consultant letter comments on ADMIS case and email to S Runyan re same | 475.00 | 0.40 | | 3596 |
| | JAK | 10 - Brief discussion of Rawls case developments. | | 0.10 | N/C | 3597 |
| | JAK | 10 - Review of K Toner memo and exhibits on proof of ELC cattle ownership at Edens ranch | 475.00 | 0.20 | | 3598 |
| 07/07/2014 | JAK | 4- continued emails and work on data recovery; meeting with C Miller re same | 475.00 | 0.30 | | 3599 |
| | JAK | 4- arrange payroll wire | 475.00 | 0.30 | | 3600 |

Eastern Livestock Bankruptcy

re: Trustee

Page: 5
November 06, 2014
ACCOUNT NO:    110035-50
INVOICE NO:            14

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 10- Review of revised Eden's complaint | 475.00 | 0.20 | 3601 |
| 07/10/2014 | | | | | |
| | JAK | 10 review of lengthy letter from ADMIS counsel on their contentions and discovery issues | 475.00 | 0.40 | 3602 |
| | JAK | 10 - sit in on conference call with expert consultant on ADMIS case | 475.00 | 0.90 | 3603 |
| 07/15/2014 | | | | | |
| | JAK | 10 - Review of draft response to ADMIS Counsel on legal issues related to claims in amended complaint and responding to their case citations as not applicable and send comments to Steve Runyan. | 475.00 | 0.30 | 3604 |
| 07/16/2014 | | | | | |
| | JAK | 4 continuing issues on getting replacement server working to make accessible ELC information | 475.00 | 0.30 | 3605 |
| 07/21/2014 | | | | | |
| | JAK | 10 - Call with Mandy Stafford regarding interrogatory answers; review of responses. | 475.00 | 0.50 | 3674 |
| | JAK | 4 - Review of payroll and arrange wire for payroll. | 475.00 | 0.30 | 3675 |
| 07/22/2014 | | | | | |
| | JAK | 10 - Review of ADMIS letter and settlement offer; long call with S Runyan to discuss settlement possibilities. | 475.00 | 0.50 | 3676 |
| | JAK | 10 - Review of complaint and attachments vs Breightsprecher - email to M Stafford regarding same. | 475.00 | 0.30 | 3678 |
| 07/24/2014 | | | | | |
| | JAK | 10 - Review of consultant comments on settlement letter to ADMIS; review of completed letter; comments to S Runyan. | 475.00 | 0.50 | 3677 |
| | JAK | 4 - Review of Willonberg adversary complaint. | 475.00 | 0.20 | 3679 |
| 07/28/2014 | | | | | |
| | JAK | 4 receive fee orders and email to T Hall on payment calculations | 475.00 | 0.20 | 3606 |

Eastern Livestock Bankruptcy

re: Trustee

Page: 6
November 06, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 14

| Date | Atty | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 4- receive email from K Toner on meeting and purposes re costs and recoveries; email response; discussion with J Kennedy re same | 475.00 | 0.20 | 3607 |
| | JAK | 10 - participate in settlement conference call with all counsel on ADMIS case | 475.00 | 0.80 | 3608 |
| 07/30/2014 | JAK | 10 - Long call with ADMIS counsel, their expert, our expert and ELC counsel on case | 475.00 | 1.00 | 3609 |
| | JAK | Review of proposed United States settlement of seized monies | 475.00 | 0.30 | 3610 |
| 08/04/2014 | JAK | 4 - Review and arrange wire transfer of payroll | 475.00 | 0.30 | 3614 |
| | JAK | 4 - Review and pay office rent, storage rent, noticing costs, US Trustee fees, other | 475.00 | 0.30 | 3615 |
| 08/05/2014 | JAK | 10 discuss this afternoon's litigation meeting with J Kennedy to prepare | 475.00 | 0.20 | 3611 |
| | JAK | 10 - long conference call with all ELC primary counsel to discuss litigation strategy's and settlement issues and valuation of cases vs. costs | 475.00 | 1.00 | 3612 |
| | JAK | 10 - post call meeting to review cases of Ft. Payne; Whittington; Brightsprecher; Loveland and discuss settlement with respect to each one | 475.00 | 1.00 | 3613 |
| 08/06/2014 | JAK | 4 - To bank to arrange wire to 5/3 of Opt in refund (unable to wire) | 475.00 | 0.50 | 3616 |
| 08/08/2014 | JAK | Meeting at KGR with FBD to finalize litigation analysis | 475.00 | 1.00 | 3617 |
| 08/11/2014 | JAK | 4- wiring attempts to get opt in payment to 5/3 Bank; traveled to branch twice; filled out forms for private banking; call confirmation by JP Morgan | 475.00 | 1.00 | 3618 |
| | JAK | 10 - review of spreadsheet to prepare for litigation call with 5/3 and counsel | 475.00 | 0.20 | 3619 |

Eastern Livestock Bankruptcy

re: Trustee

Page: 7
November 06, 2014
ACCOUNT NO:     110035-50
INVOICE NO:           14

| Date | Initials | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | JAK | 10 - to offices of FBD for litigation call with 5/3 bank and counsel of FBD & KGR | 475.00 | 2.00 | 3620 |
| 08/12/2014 | JAK | 10 review of lengthy email on Atkinson settlement offer | 475.00 | 0.20 | 3621 |
| 08/13/2014 | JAK | -4 pleading review | 475.00 | 0.20 | 3622 |
| | JAK | -4 review of comments on liquidation analysis and response to counsel | 475.00 | 0.30 | 3623 |
| 08/15/2014 | JAK | 4 bill payment | 475.00 | 0.10 | 3624 |
| 08/18/2014 | JAK | 4 - Review of payroll and arrange wire transfer | 475.00 | 0.30 | 3625 |
| 08/21/2014 | JAK | 4 call with T Hall and K Toner on claims analysis and fees issues | 475.00 | 0.40 | 3626 |
| | JAK | 10 - review of revised ADMIS complaint | 475.00 | 0.40 | 3627 |
| | JAK | 10- review of Ft. Payne Summary judgment brief | 475.00 | 0.30 | 3628 |
| | JAK | 10 - email negotiations on Edens settlement | 475.00 | 0.20 | 3629 |
| 08/26/2014 | JAK | 10 email from K Toner on Edens settlement negotiations and 5/3 involvement | 475.00 | 0.20 | 3630 |
| 08/27/2014 | JAK | 4 email from T Hall and work on fee payments | 475.00 | 0.20 | 3631 |
| | JAK | 4- review of DSI fee application | 475.00 | 0.50 | 3632 |
| | JAK | 10 - meeting to discuss settlement proposals for Rawls, ADMIS, and other general settlement issues | 475.00 | | 3633 |
| 08/28/2014 | JAK | 10 - Email exchanges on several settlement proposals 1) SOLM; 2) Intrust; 3) Nichols review of complaints and analysis and comments to counsel on each one | 475.00 | 0.80 | 3634 |

EXHIBIT "A"

Eastern Livestock Bankruptcy

re: Trustee

Page: 8
November 06, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 14

| Date | Atty | Description | Rate | Hours | Ref |
|---|---|---|---|---|---|
| | JAK | 10 - Edens settlement comments with counsel | 475.00 | 0.20 | 3635 |
| 09/02/2014 | | | | | |
| | JAK | 4 review of payroll and arrange to wire payroll | 475.00 | 0.30 | 3636 |
| | JAK | 4 - Reviewing other bills and arranging payment | 475.00 | 0.10 | 3637 |
| | JAK | 10 - lengthy conference call with W Ponader to discuss progress of Intrust Bank case and discovery completed and to be instituted and approaches to settlement | 475.00 | 0.40 | 3638 |
| | JAK | 4- review of Gibson case Claim objections | 475.00 | 0.30 | 3639 |
| | JAK | 10 -Receive new Edens settlement proposal from K Toner | 475.00 | 0.10 | 3640 |
| | JAK | 4- review and approve West Kentucky judgment garnishment affidavit and other pleadings | 475.00 | 0.30 | 3641 |
| 09/03/2014 | | | | | |
| | JAK | 10 email correspondence re Ft. Payne Stockyards settlement negotiations | 475.00 | 0.10 | 3642 |
| 09/09/2014 | | | | | |
| | JAK | 10 - Long e-memo from D DeNeal on facts and offer and counteroffers on Janosek, Heine, Garwood and Haier case | 475.00 | 0.30 | 3643 |
| | JAK | 10 - Follow up conference call with K Toner and W Ponader on Janosek, Heine et al. case issues and strategy | 475.00 | 0.40 | 3644 |
| | JAK | 10 - call with Shiv O'Neal on Atkinson case and settlement approach ideas | 475.00 | 0.20 | 3645 |
| | JAK | 10 - review of settlement negotiations on Brian Witt and email response | 475.00 | 0.20 | 3646 |
| 09/10/2014 | | | | | |
| | JAK | 4- bill review and payment | 475.00 | 0.20 | 3647 |
| | JAK | 10 - review of lengthy draft Edens settlement documents | 475.00 | 0.40 | 3648 |
| | JAK | 10- meeting with M Stafford and J Kennedy to discuss Brian Witt case and strategy | 475.00 | 0.30 | 3649 |

EXHIBIT "A"

Eastern Livestock Bankruptcy

Page: 9
November 06, 2014
ACCOUNT NO:    110035-50
INVOICE NO:            14

re: Trustee

| Date | Atty | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 09/15/2014 | JAK | 4- review of and arrange to send payroll wire | 475.00 | 0.30 | 3650 |
| 09/16/2014 | JAK | 10 long call with Dustin DeNeal on Intrust case; email from K Toner on ethics issue re Intrust case | 475.00 | 0.50 | 3651 |
| 09/17/2014 | JAK | 10 review of issue discussion and settlement exchanges between SOLM and Harmony Mappes; call with Harmony to discuss case and settlement strategy | 475.00 | 0.40 | 3652 |
| 09/18/2014 | JAK | 10 call with D DeNeal on case settlement | 475.00 | 0.20 | 3653 |
| 09/19/2014 | JAK | 10 review of ADMIS Amended Complaint and Motion to Amend and call to S Runyan to discuss | 475.00 | 0.50 | 3654 |
| 09/23/2014 | JAK | 4- call from Keith Gambrel and tax CPA at KSM on tax matters for ELC | 475.00 | 0.20 | 3655 |
| | JAK | 10- approve settlement and execute agreement | 475.00 | 0.20 | 3656 |
| 09/24/2014 | JAK | 4- attending to office lease renewal issues | 475.00 | 0.20 | 3657 |
| 09/30/2014 | JAK | 4 review payroll and arrange payroll wire | 475.00 | 0.20 | 3658 |
| | JAK | 4- review of office lease renewal | 475.00 | 0.20 | 3659 |
| 10/02/2014 | JAK | 10 - Review of settlement proposal from W Newburn and DelCotto and comments to K Toner; | 475.00 | 0.20 | 3660 |
| | JAK | 10 - email with D Deneal on Intrust case strategy | 475.00 | 0.10 | 3661 |
| | JAK | 4- pleading review | 475.00 | 0.20 | 3662 |
| 10/06/2014 | JAK | 4 review of bank account statements (5 | | | |

Eastern Livestock Bankruptcy

re: Trustee

Page: 10
November 06, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 14

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | accounts)_ | 475.00 | 0.30 | 3663 |
| 10/08/2014 | JAK | 10 comments from K Toner on 5/3 and ELC settlement proposal with Delgatto and Newburn settlement; receive 5/3 response letter | 475.00 | 0.20 | 3664 |
| 10/09/2014 | JAK | Email discussion from K Toner on Strickland and Hoenberger claims; email from Toner on interpleader claims | 475.00 | 0.20 | 3665 |
| 10/20/2014 | JAK | 10 call with Kennedy and Runyan on current settlement offers regarding ADMIS case | 475.00 | 0.20 | 3666 |
| 10/21/2014 | JAK | 10- email re response to settlement offer by ADMIS | 475.00 | 0.10 | 3667 |
| 10/24/2014 | JAK | 10- conference call on Gettlefinger settlement | 475.00 | 0.30 | 3668 |
| 10/27/2014 | JAK | 4- review and fund payroll by wire transfer | 475.00 | 0.30 | 3669 |
| | JAK | 10 conference with J Kennedy on ADMIS settlement; email on settlement counteroffer; email on response and email on deleting some conditions | 475.00 | 0.40 | 3670 |
| | JAK | 4- review of bank statements (5 accounts) | 475.00 | 0.30 | 3671 |
| 10/28/2014 | JAK | 4 review of monthly report | 475.00 | 0.10 | 3672 |
| 10/30/2014 | JAK | 10 - email from D DeNeal on Chase settlement and respond | 475.00 | 0.20 | 3673 |
| | | James A. Knauer | | 47.30 | 22,467.50 |
| | | FOR CURRENT SERVICES RENDERED | | 47.30 | 22,467.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James A. Knauer | 47.30 | $475.00 | $22,467.50 |

Eastern Livestock Bankruptcy

re: Trustee

Page: 11
November 06, 2014
ACCOUNT NO: 110035-50
INVOICE NO: 14

| | | |
|---|---|---|
| Reproduction of documents | | 79.00 |
| Mailing expense | | 26.35 |
| TOTAL EXPENSES THRU 11/06/2014 | | 105.35 |

| Date | Description | Amount | Ref |
|---|---|---|---|
| 04/29/2014 | Pacer Service Center docket retrieval | 2.90 | 638 |
| | Pacer Service Center docket retrieval | 2.90 | |
| 06/30/2014 | Overnight mail | 69.97 | 632 |
| 06/30/2014 | Overnight mail FEDERAL EXPRESS | 14.64 | 633 |
| 07/14/2014 | Overnight mail FEDERAL EXPRESS | 34.59 | 637 |
| | Overnight mail | 119.20 | |

TOTAL ADVANCES THRU 11/06/2014      122.10

TOTAL CURRENT WORK THIS STATEMENT   22,694.95

PREVIOUS BALANCE                    $78,032.60

| Date | Description | Amount | Ref |
|---|---|---|---|
| 07/31/2014 | Payment--Thank you | -44,788.44 | 23 |
| 07/31/2014 | Payment--Thank you | -16,750.55 | 24 |
| 07/31/2014 | Payment--Thank you | -608.45 | 25 |
| | TOTAL PAYMENTS | -62,147.44 | |

BALANCE DUE                         $38,580.11

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 12/31/2013 | 12 | 67,126.84 | 4,779.66 |
| 07/31/2014 | 13 | 55,893.94 | 11,105.50 |
| | | | 15,885.16 |