EXHIBIT "B"

Eastern Livestock Bankruptcy

Page: 1
November 06, 2014
ACCOUNT NO: 110034-50
INVOICE NO: 9

re: Website

DRAFT STATEMENT

[ ] **Bill & Mail** this statement as is/as modified
[ ] **Return** to _____ for letter
[ ] Prepare for sending **VIA EMAIL**
[ ] **HOLD**/Do not send
[ ] Send only **previous** balance
[ ] **Close** File (only closed if paid in full or balance is written off)
[ ] **Pay** this invoice from **TRUST**
[ ] Other: _____

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/06/2014 | TJF | Updated website | 125.00 | 0.90 | 527 |
| 05/20/2014 | TJF | Updated website | 125.00 | 0.60 | 536 |
| 06/10/2014 | TJF | Updated website | 125.00 | 0.50 | 528 |
| 06/18/2014 | TJF | Updated website | 125.00 | 0.30 | 529 |
| 07/02/2014 | TJF | Updated website. | 125.00 | 0.30 | 530 |
| 07/16/2014 | TJF | Updated website. | 125.00 | 0.20 | 531 |
| 07/29/2014 | TJF | Updated website. | 125.00 | 0.30 | 532 |
| 08/07/2014 | TJF | Updated website | 125.00 | 0.30 | 533 |
| 08/25/2014 | TJF | Updated website | 125.00 | 0.30 | 534 |
| 10/30/2014 | TJF | Updated website; made revisions to website; reloaded information due to deletion. | 125.00 | 3.00 | 535 |

Tammy J. Froelich

6.70    837.50

# EXHIBIT "B"

Eastern Livestock Bankruptcy

re: Website

Page: 2
November 06, 2014
ACCOUNT NO: 110034-50
INVOICE NO: 9

|  | Rate | HOURS |  |
|---|---|---|---|
| FOR CURRENT SERVICES RENDERED |  | 6.70 | 837.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 6.70 | $125.00 | $837.50 |

| TOTAL CURRENT WORK THIS STATEMENT | 837.50 |
|---|---|
| PREVIOUS BALANCE | $4,229.13 |
| BALANCE DUE | $5,066.63 |

### AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 6 | 1,404.13 | 1,404.13 |
| 07/31/2014 | 8 | 2,825.00 | 2,825.00 |
|  |  |  | 4,229.13 |