Exhibit A

Eastern Livestock

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/10/2013 | EML | Review and reconcile fee payment schedule provided by T. Froelich of Kroger Gardis Regas. | 0.70 | |
| 10/14/2013 | EML | Review the draft fee application and deliver same to P. Fela for inclusion in the final bill for review by the trustee. | 2.20 | |
| | PJO | Review of the draft fifth fee application. | 0.40 | |
| | | Fee Application/Client Billing | 3.30 | 1,375.50 |
| 12/30/2013 | EML | Attend fee application hearing telephonically. | 0.30 | |
| | | Attend Court Hrgs/Rev Pleadgs | 0.30 | 118.50 |
| 12/02/2013 | EML | Review the remaining note receivable claims. | 0.80 | |
| 02/11/2014 | EML | Review payment and documentation history related to J. Seely in order to determine outstanding judgment balance as requested by D. DeNeal of Faegre Baker Daniels. | 2.30 | |
| 02/20/2014 | EML | Prepare e-mail to D. DeNeal of Faegre Baker Daniels regarding J. Seely's note receivable balance. | 0.40 | |
| 02/21/2014 | EML | Prepare summary of cash payments noted as received by ELC related to J. Seely's garnishment as requested by D. DeNeal of Faegre Baker Daniels. | 0.60 | |
| 03/05/2014 | EML | Review ELC and T. Gibson's general ledger detail in order to research activity relating to Buckhorn Cattle as requested by M. Stafford of Kroger Gardis Regas. | 1.50 | |
| 04/16/2014 | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding Buckhorn Cattle note receivable. | 0.30 | |
| | EML | Review Eastern Cattle general ledger activity for fiscal 2008 to attempt to cross reference activity related to Buckhorn Cattle which was accounted for via Eastern Cattle activity. | 0.60 | |
| | | Collection of Notes Receivable | 6.50 | 2,567.50 |
| 10/07/2013 | SLC | Respond to C. Halstead's requests regarding tax returns and send appropriate records. | 0.30 | |
| 10/11/2013 | SLC | Review timesheet for B. Royalty and call in payroll to ADP. | 0.30 | |
| 10/16/2013 | SLC | Research former employee addresses for Humana refunds. | 0.20 | |
| 10/25/2013 | SLC | Review timesheet for B. Royalty and call in payroll to ADP. | 0.30 | |

Eastern Livestock

| | | | HOURS |
|---|---|---|---|
| 10/28/2013 | SLC | Correspond with J. Knauer and T. Froelich regarding funding of payroll for B. Royalty. | 0.20 |
| 11/08/2013 | SLC | Review B. Royalty's timesheet and call in payroll to ADP. | 0.20 |
| | SLC | Follow up with Regus regarding November lease. | 0.10 |
| 11/11/2013 | SLC | Correspond with J. Knauer and T. Froelich regarding payroll funding for B. Royalty. | 0.20 |
| 12/04/2013 | SLC | Correspond with T. Froelich and Regus regarding Louisville's office lease extension. | 0.20 |
| 12/06/2013 | SLC | Review hours submitted by B. Royalty for payroll. | 0.10 |
| | SLC | Review A. Omori's files for supporting documents related to check received from West Kentucky Tennessee Livestock. | 0.30 |
| 12/09/2013 | SLC | Review timesheets submitted by B. Royalty and call in payroll to ADP. | 0.30 |
| | SLC | Correspond with J. Knauer and T. Froelich regarding payroll funding and rent payments for December. | 0.20 |
| 12/11/2013 | SLC | Correspond with J. Knauer, T. Froelich and B. Royalty regarding upcoming payments and order for office supplies. | 0.20 |
| 12/20/2013 | SLC | Review time sheets submitted by B. Royalty and call in payroll to ADP. | 0.30 |
| | SLC | Correspond with J. Knauer and T. Froelich regarding payroll funding and monthly parking for B. Royalty. | 0.20 |
| 01/03/2014 | SLC | Review B. Royalty's timesheet and call payroll into ADP. | 0.30 |
| | SLC | Correspond with J. Knauer and T. Froelich regarding payroll funding for B. Royalty. | 0.30 |
| 01/15/2014 | SLC | Correspond with T. Froelich regarding lease renewal. | 0.10 |
| 01/17/2014 | SLC | Review timesheet for B. Royalty, call in payroll to ADP and correspond with J. Knauer and T. Froelich regarding payroll funding. | 0.40 |
| 01/31/2014 | SLC | Review B. Royalty's timesheet, call in payroll to ADP, review, release and correspond with J. Knauer and T. Froelich regarding payroll funding. | 0.40 |
| 02/07/2014 | SLC | Review invoice received from Regus and send to T. Froelich for payment. | 0.20 |
| 02/14/2014 | SLC | Review timesheet submitted by B. Royalty, call in payroll to ADP, review and release payroll and correspond with J. Knauer and T. Froelich regarding payroll funding. | 0.50 |
| 02/17/2014 | SLC | Correspond with B. Schneider regarding March lease and invoice. | 0.20 |
| 02/24/2014 | SLC | Respond to C. Halstead regarding the 2012 monthly operating report request. | 0.10 |
| 02/25/2014 | SLC | Correspond with T. Froelich and B. Schneider | |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  |  | regarding updated Regus invoice. | 0.30 |
|  | SLC | Re-send 2012 monthly operating reports to C. Halstead and correspond with L. Lynch regarding accounts payable and accounts receivable rollforward. | 0.30 |
| 03/03/2014 | SLC | Download and review of ADP payroll reports and correspond with J. Knauer and T. Froelich regarding payroll funding. | 0.30 |
| 03/14/2014 | SLC | Review timesheet submitted by B. Royalty and call in payroll to ADP. | 0.20 |
| 03/17/2014 | SLC | Correspond with T. Froelich and J. Knauer regarding payroll funding. | 0.20 |
| 03/26/2014 | SLC | Correspond with T. Froelich and B. Schneider regarding extension of ELC's Louisville office lease. | 0.10 |
| 03/28/2014 | SLC | Review time sheet submitted by B. Royalty and call in payroll to ADP. | 0.30 |
|  | SLC | Call to ADP regarding payroll reporting summary schedule and correspond with J. Knauer and T. Froelich regarding payroll funding. | 0.40 |
| 03/31/2014 | SLC | Telephone call with L. Lynch regarding back up of Eastern Livestock's accounting system. | 0.20 |
|  | SLC | Review A. Omori's storage boxes and e-mail archives for information related to back up of Eastern Livestock accounting system. | 0.30 |
|  | EML | Telephone call with S. Cuff regarding backup of ELC accounting system. | 0.20 |
| 04/07/2014 | SLC | Correspond with T. Froelich and B. Schneider regarding the Regus invoice. | 0.20 |
| 04/08/2014 | SLC | Calls with T. Froelich and B. Schneider regarding April Regus invoice. | 0.30 |
| 04/11/2014 | SLC | Review B. Royalty timesheet, call time in to ADP and correspond with J. Knauer and T. Froelich regarding same. | 0.30 |
| 04/24/2014 | SLC | Discussions with B. Schneider regarding the May Regus invoice. | 0.20 |
| 04/25/2014 | SLC | Review timesheet submitted by B. Royalty, call in payroll and release to ADP and correspond with J. Knauer and T. Froelich regarding funding. | 0.30 |
|  | SLC | Review the revised invoices and credit statements received from Regus and correspond with T. Froelich regarding same. | 0.40 |
| 04/28/2014 | SLC | Discussions with B. Schneider regarding credits to May invoice and correspond with T. Froelich regarding same. | 0.30 |
| 05/09/2014 | SLC | Review timesheets submitted by B. Royalty, call in payroll to ADP and correspond with J. Knauer and T. Froelich regarding same. | 0.30 |

Eastern Livestock

| | | | HOURS | |
|---|---|---|---|---|
| 06/06/2014 | SLC | Review time sheet for B. Royalty and call in payroll to ADP; correspond with T. Froelich and J. Knauer regarding wire funding. | 0.30 | |
| 06/09/2014 | SLC | Confirm payroll wire was sent to ADP. | 0.10 | |
| 06/20/2014 | SLC | Review timesheets submitted by B. Royalty and call in payroll to ADP. | 0.30 | |
| | SLC | Release payroll to ADP and correspond with J. Knauer regarding funding. | 0.20 | |
| 07/15/2014 | SLC | Review invoices received from ViewTrack Technologies, scan and forward for payment. | 0.10 | |
| 07/18/2014 | SLC | Review time sheets submitted by B. Royalty, call in payroll to ADP and correspond with J. Knauer regarding payroll funding. | 0.30 | |
| 07/23/2014 | SLC | Call ADP regarding multiple wires sent for payroll funding. | 0.30 | |
| 08/01/2014 | SLC | Review B. Royalty's timesheet, call in payroll to ADP and correspond with J. Knauer regarding same. | 0.30 | |
| 08/18/2014 | SLC | Review timesheets submitted by B. Royalty and call in payroll to ADP. | 0.30 | |
| | SLC | Release payroll from ADP and correspond with J. Knauer and T. Froelich regarding payroll funding. | 0.20 | |
| 08/29/2014 | SLC | Review time sheet submitted by B. Royalty and call in payroll to ADP. | 0.30 | |
| | SLC | Release B. Royalty's payroll and correspond with J. Knauer and T. Froelich regarding funding. | 0.30 | |
| 09/12/2014 | SLC | Review timesheet submitted by B. Royalty and call in payroll. | 0.30 | |
| | SLC | Release payroll to ADP and correspond with J. Knauer and T. Froelich regarding funding. | 0.20 | |
| 09/29/2014 | SLC | Review B. Royalty's timesheet and call payroll in to ADP. | 0.20 | |
| | SLC | Review and release payroll, correspond with J. Knauer and T. Froelich regarding funding. | 0.20 | |
| | | Managing Business Operations | 15.10 | 3,768.00 |
| 10/01/2013 | EML | Review and respond to e-mail inquiry from H. Mappes of Faegre Baker Daniels regarding Athens Stockyard's cattle. | 0.40 | |
| | EML | Review and respond to e-mail inquiry from H. Mappes of Faegre Baker Daniels regarding the 2006 and 2007 M. Koller activity. | 1.40 | |
| | EML | Telephone call with S. Runyan of Faegre Baker Daniels regarding T. Gibson's hedging activity. | 1.20 | |
| 10/02/2013 | EML | Telephone call with H. Mappes of Faegre Baker Daniels regarding M. Koller transaction activity as reflected on T. P. Gibson's records for select dates in 2006 and 2007. | 0.40 | |
| 10/03/2013 | EML | Prepare activity summary from T.P. Gibson's general ledger which was accounted for as long-term inventory hedge by account party and deliver same to | | |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  |  | S. Runyan of Kroger Gardis Regas. | 1.00 |
|  | EML | Review and prepare responses to e-mail inquiry from S. Runyan of Kroger Gardis Regas regarding T.P. Gibson's general ledger activity noted as hedging. | 2.00 |
|  | EML | Review sale document information related to T.P. Gibson's sale of Culleoka, 12 Way Feeders and Rockin E Feeders prior to distribution to D. DeNeal of Faegre Baker Daniels. | 1.00 |
| 10/04/2013 | EML | Review and respond to e-mail from S. Eikenberry of Faegre Baker Daniels regarding additional E. Strickland documents needed. | 2.10 |
|  | EML | Review and respond to several e-mails from H. Mappes of Faegre Baker Daniels regarding check signature on the Southeast Livestock check and P. Turley's compensation and the form of ELC's invoices. | 0.50 |
| 10/07/2013 | EML | Prepare schedule of Texas Beef shipping versus invoicing activity for H. Mappes of Faegre Baker Daniels. | 1.30 |
| 10/08/2013 | EML | Prepare schedule of Texas Beef trucking activity for H. Mappes of Faegre Baker Daniels. | 2.10 |
|  | EML | Review and prepare responses to e-mail inquiry from K. Britton of Faegre Baker Daniels regarding the DeMaio discovery request. | 1.40 |
| 10/09/2013 | EML | Review and send e-mail responses to K. Britton of Faegre Baker Daniels regarding DeMaio interrogatories. | 2.30 |
|  | EML | Review and respond to e-mail inquiry from M. Stafford of Kroger Gardis Regas related to fraudulent transfers related to T. Parker and Plateau Livestock. | 1.80 |
|  | EML | Review flagged open requests for information received from counsel in order to respond to same. | 0.90 |
| 10/10/2013 | EML | Prepare additional list of parties participating in fraudulent borrowing base activity and deliver same to M. Stafford of Kroger Gardis Regas. | 0.80 |
|  | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding additional participants in fraudulent invoicing activity. | 0.20 |
| 10/11/2013 | EML | Review ELC general ledger in order to trace payments made on behalf of apartment buildings by ELC for M. Stafford of Kroger Gardis Regas. | 2.10 |
|  | EML | Review bank statement file for Eastern Cattle from YCB and compare same to known receipts and disbursements between ELC and Eastern Cattle for further use in note receivable disbursement support. | 1.10 |
| 10/14/2013 | EML | Prepare schedule tracing cash disbursements from ELC related to apartment buildings for M. Stafford of Kroger Gardis Regas. | 1.50 |
|  | EML | Telephone call with M. Stafford regarding fake cattle sold to Associated Beef. | 0.50 |
| 10/15/2013 | EML | Prepare schedule tracing advances made from ELC related to the apartment buildings. | 3.10 |
| 10/16/2013 | EML | Review the existing A. Barry document file and |  |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  |  | provide ELC's staff with listing of the 2010 transaction payment dates in order to produce source documents for all of 2010 cattle sale transactions for further delivery to S. Eikenberry of Faegre Baker Daniels. | 0.40 |
|  | EML | Prepare schedule of payments made by ELC related to health insurance premiums for the apartments, as well as a summary of credit card activity related to same for further delivery to M. Stafford of Kroger Gardis Regas. | 2.50 |
|  | EML | Prepare and distribute requested invoice documentation related to DeMaio accounts receivable and distribute same to K. Britton of Faegre Baker Daniels. | 0.20 |
| 10/17/2013 | EML | Review the T. Gibson and ELC general ledger activity for years 2009, 2010 and stub period 2011 in order to trace activity related to G. Stoops, as well as review additional documentation provided by ELC's staff regarding same for further delivery to M. Stafford of Kroger Gardis Regas. | 2.60 |
|  | EML | Review A. Barry's transactions received thus far for completeness prior to the distribution to S. Eikenberry of Faegre Baker Daniels. | 0.80 |
|  | EML | Review and respond to e-mails from K. Britton of Faegre Baker Daniels regarding the DeMaio cattle transactions. | 1.10 |
| 10/18/2013 | EML | Review additional paperwork associated with DeMaio's credit invoice and e-mail response to K. Britton of Faegre Baker Daniels. | 0.60 |
|  | EML | Prepare schedule which reconciles credit card charges related to apartments to note receivable activity for further delivery to M. Stafford of Kroger Gardis Regas. | 1.90 |
|  | EML | Review source documents related to A. Barry's 2010 sales transactions prior to distribution to S. Eikenberry of Faegre Baker Daniels. | 2.40 |
| 10/21/2013 | EML | Review and respond to e-mail inquiry from K. Britton regarding invoice and sale contract documentation relating to cattle sold to V. DeMaio. | 1.30 |
| 10/22/2013 | EML | Review collection notes files and respond to e-mail from K. Britton of Faegre Baker Daniels regarding communication with MYC. | 0.50 |
| 10/23/2013 | EML | Prepare schedule tracing activity related to apartment building cash disbursements made by ELC for M. Stafford of Kroger Gardis Regas. | 2.90 |
| 10/24/2013 | EML | Review A. Barry's interrogatory regarding third party payment demands and prepare schedule summarizing payment responses by account party noting third party documentation for delivery to S. Eikenberry of Faegre Baker Daniels. | 3.20 |
| 10/25/2013 | EML | Prepare schedule of confirmed payments made to third parties for further delivery to S. Eikenberry of Faegre Baker Daniels related to the A. Barry discovery. | 2.50 |
|  | EML | Prepare schedule of American Express charges related | |

|            |     |                                                                                                                                                                                                | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | to ELC funding of apartment buildings for M. Stafford of Kroger Gardis Regas.                                                                                                                   | 1.10  |
| 10/28/2013 | EML | Review the Jenny Ann Enterprises affidavit prior to signing and review general ledger entries for all years available to confirm no further evidence of cash receipt related to note receivable balance due to ELC. | 1.10  |
|            | EML | Prepare copies of third party checks and related correspondence for further delivery to S. Eikenberry of Faegre Baker Daniels related to the A. Barry interrogatories.                           | 3.00  |
| 10/29/2013 | EML | Review and distribute balance of source documents relating to the A. Barry discovery requests to S. Eikenberry of Faegre Baker Daniels.                                                         | 4.30  |
|            | EML | Telephone call with S. Eikenberry of Faegre Baker Daniels regarding A. Barry's responses to interrogatories.                                                                                    | 0.50  |
| 10/30/2013 | EML | Review and respond to e-mail inquiries from K. Britton of Faegre Baker Daniels regarding DeMaio's newly created invoice background.                                                             | 0.90  |
| 10/31/2013 | EML | Review invoice support for open accounts receivable due from J.T. Nuckols and deliver same to S. Eikenberry of Faegre Baker Daniels.                                                            | 0.40  |
|            | EML | Prepare summary of payments ELC made on behalf of the apartment buildings, including tracing note payable and note receivable balances back to financial statements and related general ledger activity. | 3.20  |
|            | EML | Review and respond to e-mail inquiry from D. DeNeal of Faegre Baker Daniels regarding the Janousek payment.                                                                                     | 1.40  |
|            | EML | Telephone call with D. DeNeal of Faegre Baker Daniels regarding the Janousek payment check.                                                                                                     | 0.10  |
| 11/01/2013 | EML | Prepare the yearly schedule of activity in all ELC's general ledgers relating to notes receivable for each of the fiscal years available.                                                       | 2.50  |
|            | EML | Review changes to the Jenny Ann Enterprises affidavit and attend to notarization of same.                                                                                                       | 0.40  |
| 11/04/2013 | EML | Prepare schedules for each of the years for which download files exist tracing amounts posted to notes receivable activity by ELC and relate same to amounts due to ELC from third parties.     | 3.30  |
|            | EML | Review and respond to e-mail inquiry from K. Britton of Faegre Baker Daniels regarding the 2Z Cattle activity.                                                                                  | 0.30  |
| 11/05/2013 | EML | Review and respond to e-mail inquiry from S. Eikenberry of Faegre Baker Daniels regarding R. Stahl's cattle delivery.                                                                           | 0.70  |
|            | EML | Review and respond to e-mail inquiry from M. Stafford of Kroger Gardis Regas regarding Breitsprecher note receivable amount and related stop payment checks.                                     | 1.20  |
| 11/06/2013 | EML | Prepare for telephone call with H. Mappes of Faegre Baker Daniels regarding Texas Beef's delivered                                                                                              |       |

Eastern Livestock

| | | | HOURS |
|---|---|---|---|
| | | freight transactions. | 1.70 |
| | EML | Telephone call with H. Mappes of Faegre Baker Daniels regarding Texas Beef's shipping activity. | 0.60 |
| | EML | Prepare schedule of freight charged to vendor easliv07 in order to trace entries through to related sales invoices, if any. | 1.50 |
| | EML | Prepare schedules for cash payments associated with apartment buildings for M. Stafford of Kroger Gardis Regas. | 1.80 |
| 11/07/2013 | EML | Prepare schedule of ELC's payments to American Express which cross-references amounts related to D. Brangers' activity for years 2007, 2008, 2009 and 2010. | 4.00 |
| 11/11/2013 | EML | Review schedule detail relating to American Express payments to ensure that amounts listed as payments per ELC's general ledger are noted as same on bill and vice versa. | 3.40 |
| 11/12/2013 | EML | Prepare summary of fiscal year 2007/2008 American Express activity confirming third party cash receipts against ELC's bank statements. | 3.90 |
| 11/13/2013 | EML | Prepare additional schedule of activity related to American Express for calendar year 2007. | 2.50 |
| 11/14/2013 | EML | Prepare schedule reconciling cash receipts funded by third party checks related to American Express activity versus those funded by ELC for each of the years 2007, 2008, 2009 and 2010. | 2.20 |
| 11/15/2013 | EML | Prepare schedule reconciling payments funded by cash receipts arising from loan activity with Community Bank remitted to ELC related to the American Express third party payments, noting related loan payments made to Community Bank by ELC for each of the fiscal years of 2007, 2008, 2009 and 2010. | 2.00 |
| 11/18/2013 | EML | Prepare and distribute the final schedule relating to American Express activity relating to the apartment buildings to M. Stafford of Kroger Gardis Regas. | 2.40 |
| 11/21/2013 | EML | Review and respond to e-mail inquiry from D. DeNeal of Faegre Baker Daniels regarding R. Garwood's account receivable balance. | 0.20 |
| 11/25/2013 | EML | Review and respond to e-mail from D. DeNeal regarding G. Franklin's transactions. | 1.80 |
| 12/09/2013 | EML | Prepare Texas Beef's source documents for H. Mappes of Faegre Baker Daniels. | 3.50 |
| 12/10/2013 | EML | Review e-mail from S. Runyan of Faegre Baker Daniels and respond with requested files relating to matched receipt and disbursement detail between ELC, T.P. Gibson and ADMIS. | 0.70 |
| | EML | Review and respond to e-mail from D. DeNeal of Faegre Baker Daniels regarding V. Inman's compensation structure. | 1.20 |

Eastern Livestock

| | | | HOURS |
|---|---|---|---|
| 12/12/2013 | EML | Review V. Inman's files regarding earned income and expense offsets for 2009 and 2010 prior to distribution of same to D. DeNeal of Faegre Baker Daniels. | 0.40 |
| | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding background and location of K. Christie Pens. | 0.10 |
| | EML | Review ELC records on K. Christie and send same to M. Stafford of Kroger Gardis Regas. | 0.30 |
| 12/16/2013 | EML | Review and respond to e-mail inquiry of M. Stafford regarding Alabama Livestock's document discovery production. | 2.20 |
| 12/31/2013 | EML | Review inventory source documents relating to seized and missing cattle to support purchase documentation for M. Stafford of Kroger Gardis Regas. | 2.60 |
| 01/02/2014 | EML | Review ELC inventory records in order to find support for purchases relating to seized cattle and not invoiced cattle. | 2.40 |
| 01/07/2014 | EML | Prepare vendor history reports for delivery to M. Stafford of Kroger Gardis Regas for select sale barns for calendar 2010. | 1.30 |
| 01/15/2014 | EML | Prepare for call with S. Eikenberry of Faegre Baker Daniels regarding Glover's outstanding accounts receivable. | 0.90 |
| | EML | Telephone call with S. Eikenberry of Faegre Baker Daniels regarding Glover's discovery requests. | 0.50 |
| 01/16/2014 | EML | Review detail on cattle purchases related to T. Glover's final invoice prior to delivery to S. Eikenberry of Faegre Baker Daniels. | 1.30 |
| 01/17/2014 | EML | Review responses to Glover's discovery requests for S. Eikenberry of Faegre Baker Daniels. | 0.40 |
| | EML | Review and respond to inquiry from K. Toner regarding DSI's terms of engagement as Financial Advisor to the Chapter 11 Trustee. | 0.40 |
| 01/20/2014 | EML | Review and provide edits to S. Eikenberry for the Glover interrogatories. | 3.30 |
| 01/21/2014 | EML | Review and respond to e-mail from S. O'Neill of Faegre Baker Daniels regarding the revised interrogatory responses related to the T. Glover matter. | 0.30 |
| 01/23/2014 | EML | Review the e-mail from M. Stafford regarding the request for information concerning the Hurstbourne Landings payments and begin work on locating same. | 0.50 |
| 01/24/2014 | EML | Review and distribute information on the additional checks to Hurstbourne to M. Stafford of Kroger Gardis Regas. | 1.20 |
| | EML | Review request for additional check information relating to PPM checks for M. Stafford of Kroger Gardis Regas. | 0.60 |
| | EML | Review the general ledger files for the Humana payment activity correlating to PPM's employees for | |

Eastern Livestock

| | | | HOURS |
|---|---|---|---|
| | | M. Stafford of Kroger Gardis Regas. | 0.80 |
| 01/27/2014 | EML | Prepare schedule for M. Stafford of Kroger Gardis Regas related to items billed to American Express for condominium expenses for which ELC remitted payment(s). | 0.80 |
| 01/28/2014 | EML | Prepare schedule of third party charges related to health insurance and condominium expenses. | 0.30 |
| | EML | Prepare schedule of the American Express and health care payments related to the apartment buildings for M. Stafford of Kroger Gardis Regas. | 2.60 |
| 01/29/2014 | EML | Prepare schedule of general ledger posting activity associated with health insurance premiums paid by ELC on behalf of the PPM related entities, along with copies of payment checks for Humana for calendar 2010. | 1.30 |
| 01/30/2014 | EML | Prepare and distribute documentation requested by M. Stafford of Kroger Gardis Regas related to health insurance expenses. | 0.90 |
| 02/11/2014 | EML | Review e-mail from S. Runyan of Kroger Gardis Regas regarding additional information needed for ADMIS adversary. | 0.20 |
| 02/12/2014 | EML | Review the T.P. Gibson bank statements for completeness before delivery to S. Runyan of Kroger Gardis Regas. | 1.20 |
| 02/13/2014 | EML | Prepare bank statements for the calendars 2009 and 2010 for each of Eastern's four checking accounts, as well as T.P. Gibson's accounts for 2010 and distribute same to S. Runyan of Kroger Gardis Regas. | 3.20 |
| 02/14/2014 | EML | Prepare and distribute August 2009 Fifth Third statements for all four Eastern accounts to S. Runyan of Kroger Gardis Regas. | 0.30 |
| 02/20/2014 | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding source of the secondary Eastern Cattle checking account, access to ELC's e-mail history and American Express bill support for apartment complexes. | 0.70 |
| 02/21/2014 | EML | Prepare distribution e-mails to M. Stafford of Kroger Gardis Regas of American Express statements per request. | 0.50 |
| 02/24/2014 | EML | Telephone call with D. Vokins of View Track regarding maintenance of Eastern e-mail hosting. | 0.40 |
| 02/25/2014 | EML | Review ELC's disbursement activity in order to find ISP provider contact. | 0.40 |
| | EML | Telephone call with AC Forensics to determine Eastern's e-mail set up. | 0.20 |
| | EML | Telephone call with T. Austin regarding Eastern's server set up. | 0.20 |
| | EML | Review process of ELC's data retention relative to e-mail repository in order to produce information relating to same for discovery requests. | 1.10 |

Eastern Livestock

| Date | | Description | HOURS |
|---|---|---|---|
| | EML | Review and respond to e-mail from S. Sharp of Faegre Baker Daniels regarding M. Haiar tax return information. | 0.70 |
| | EML | Review listing of computer serial numbers and cross-reference same by employee in order to facilitate review of imaged desktop information by AC Forensics. | 0.40 |
| 02/26/2014 | EML | Telephone call with J. Hale of AC Forensics regarding serial number listing of imaged hard drives. | 0.20 |
| | EML | Prepare and distribute American Express statements to M. Stafford of Kroger Gardis Regas relating to activity for apartment complexes. | 0.70 |
| 02/27/2014 | EML | Review chain of custody documents for hard drives which were imaged and attempt to cross-reference same against listing by disk contents. | 0.80 |
| | EML | Prepare list of hard drive data contained in custody documents by Eastern employee. | 0.70 |
| | EML | Telephone call with J. Hale at AC Forensics regarding data production for e-mails. | 0.20 |
| | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding e-mail data. | 0.20 |
| 03/03/2014 | EML | Review and respond to e-mail inquiry from S. Runyan of Kroger Gardis Regas regarding the schedule of ADMIS matched cash receipts and disbursements as distinguished from aggregate receipts and disbursements schedules. | 0.30 |
| 03/04/2014 | EML | Prepare for call with S. Runyan of Kroger Gardis Regas regarding the T.P. Gibson YCB account activity. | 0.70 |
| | EML | Telephone call with S. Runyan of Kroger Gardis Regas to discuss T.P. Gibson's YCB account receipts and disbursements schedules. | 0.20 |
| | EML | Prepare edits for return items and review and distribute 2009 and 2010 activity schedules as reflected on T.P. Gibson's YCB account to S. Runyan of Kroger Gardis Regas as requested. | 2.00 |
| | EML | Review information received from S. Runyan of Kroger Gardis Regas in order to ensure data integrity of the 2009 T. Gibson YCB entries. | 0.50 |
| 03/05/2014 | EML | Review and modify the 2009 T.P. Gibson YCB account activity for S. Runyan of Kroger Gardis Regas. | 3.10 |
| 03/06/2014 | EML | Prepare further modifications to T.P. Gibson's receipt and disbursement file for 2009. | 2.40 |
| 03/07/2014 | EML | Prepare and distribute the modified T.P. Gibson receipt and disbursement for 2009 to S. Runyan of Kroger Gardis Regas. | 2.80 |
| 03/10/2014 | EML | Review and distribute additional information regarding cattle received by B. Eberle to S. Eikenberry of Faegre Baker Daniels. | 0.20 |
| 03/12/2014 | EML | Review and respond to e-mail from H. Mappes of Faegre Baker Daniels regarding the Stierwalt Cattle transactions. | 1.70 |

Eastern Livestock

| | | | HOURS |
|---|---|---|---|
| 03/13/2014 | EML | Prepare and distribute invoice listing relating to the Stierwalt Ranch cattle activity. | 2.50 |
| 03/17/2014 | EML | Review E. Strickland's documentation provided by K. Toner of Faegre Baker Daniels, including request for summary judgment and related discussion of clearing arguments. | 3.00 |
| 03/18/2014 | EML | Review fiscal 2010 general ledger activity for each of the branch managers listed on Eastern's bond and note differences in compensation and commission activity for each as reflected on Eastern's records. | 3.90 |
| 03/26/2014 | EML | Review and respond to e-mail from S. Runyan of Kroger Gardis Regas regarding the historical relationship established with AC Forensics at the time of the receivership. | 0.10 |
| 04/14/2014 | EML | Review and respond to e-mail inquiry from H. Mappes regarding paid in full cattle listed in Branch 14 inventory. | 1.10 |
| 04/17/2014 | EML | Review Southeast Livestock cattle purchase and sale activity for last two months of ELC operations in order to assess pattern of typical business transactions in order to prepare for upcoming deposition. | 0.80 |
| | EML | Review ADMIS information provided by S. Runyan prior to discussion of same with Kroger Gardis Regas. | 1.50 |
| 04/21/2014 | EML | Review T. Parker's information to determine whether the Branch 2 transactions are real or bogus. | 0.30 |
| | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding the Paint Rock Cattle invoices. | 0.10 |
| | EML | Review the Stierwalt transaction activity in order to respond to an e-mail inquiry from S. Sharp of Faegre Baker Daniels regarding same. | 0.60 |
| 04/22/2014 | EML | Prepare and distribute documentation related to cattle shipped to Stierwalt for all related ELC customer names, reconciling same to known cash receipts and noting remaining shortfalls. | 2.50 |
| 05/01/2014 | EML | Prepare and distribute the A. Kropf cattle transaction associated with missing load of cattle to XIT. | 0.20 |
| | EML | Telephone call with J. Kennedy and M. Stafford of Kroger Gardis Regas regarding the A. Kropf cattle transactions, including missing load of cattle. | 0.40 |
| | EML | Prepare for call with S. Runyan regarding the ADMIS activity. | 0.60 |
| 05/02/2014 | EML | Prepare for call with S. Runyan of Kroger Gardis Regas regarding the ADMIS unmatched cash receipts, including review of the 2010 and 2009 tracing activity between ELC and TPG bank accounts. | 1.50 |
| | EML | Telephone call with S. Runyan of Kroger Gardis Regas regarding ADMIS adversary and additional information sought. | 0.80 |
| | EML | Prepare and distribute 2010 deposit detail to S. Runyan of Kroger Gardis Regas. | 0.60 |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  | SLC | Review analysis of ADM-ELC-other cash activity in 2010. | 0.60 |
| 05/06/2014 | EML | Prepare ADMIS information for S. Runyan of Kroger Gardis Regas. | 1.20 |
| 05/08/2014 | EML | Prepare schedule of the ADMIS activity from the T.P. Gibson general ledger for S. Runyan of Kroger Gardis Regas. | 1.30 |
| 05/09/2014 | EML | Prepare for call with S. Runyan of Kroger Gardis Regas regarding the ADMIS cash receipts and disbursements. | 0.60 |
|  | EML | Telephone call with S. Runyan and M. Stafford of Kroger Gardis Regas regarding the ADMIS activity as reflected on T.P. Gibson's general ledger. | 0.90 |
|  | EML | Prepare examples of E. Edens' commission entries as reflected on ELC's records and distribute same to S. Runyan and M. Stafford of Kroger Gardis Regas. | 1.50 |
| 05/12/2014 | EML | Review schedule of traced Archer Daniels Midland Investor Services activity and related disbursements to Eastern Livestock prepared by S. Runyan of KGR and respond to questions raised therein. | 1.40 |
| 05/13/2014 | EML | Telephone call with M. Stafford of KGR regarding B. Witt's cattle purchase history and background information being sought. | 0.30 |
| 05/14/2014 | EML | Review B. Witt transaction documents and respond to inquiry regarding additional cattle purchased from same for M. Stafford of KGR. | 0.70 |
| 05/15/2014 | EML | Review B. Witt's information prior to distribution to M. Stafford of KGR, including support for tracing to whom related cattle were sold and payment status of account receivable. | 1.30 |
| 05/23/2014 | EML | Telephone call with K. Toner of Faegre Baker Daniels regarding preference analysis. | 0.40 |
| 06/11/2014 | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding branch managers compensation. | 0.80 |
|  | EML | Prepare schedule relating to posting of commission activity by branch/by general ledger for use by M. Stafford of Kroger Gardis Regas which notes inconsistency of use of general ledger 7135 by branch. | 3.10 |
| 06/12/2014 | EML | Prepare schedule relating to branch manager compensation metrics and associated general ledger entries and distribute same to M. Stafford of Kroger Gardis Regas. | 2.80 |
| 06/13/2014 | EML | Review and reconcile ELC's paper documentation behind the manner in which entries relating to the use of vendor code EASLIV07 were booked as reflected in the related general ledger entries. | 0.60 |
| 06/16/2014 | EML | Review the motion for summary judgment filed by W. Flynn of Strauss Troy in the E. Edens/E4 adversary. | 2.40 |

Eastern Livestock

| Date | | Description | HOURS |
|------|------|-------------|-------|
| 06/19/2014 | EML | Review and respond to e-mail from S. Runyan of Kroger Gardis Regas regarding the general ledger account numbers relating to the ADMIS account activity. | 0.50 |
| 06/20/2014 | EML | Review and respond to e-mail chain related to computer back up. | 0.30 |
| | EML | Review the ELC and T.P. Gibson general ledger for additional potential cross-references to activity relating to the ADMIS receipts and disbursements. | 0.40 |
| 06/25/2014 | EML | Prepare the schedule of compensation structure by branch and by general ledger account number in order to incorporate data into the affidavit. | 3.50 |
| 06/26/2014 | EML | Prepare edits to affidavit, including additional review of compensation structure by branch, as well as review of stub accounting period included in the 2010-2011 general ledger. | 3.20 |
| | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding modifications to the affidavit. | 1.20 |
| | SLC | Review general ledger download files for 2009 - 2010 and 2010 - 2011, and prepare summaries of activity in account 7135. | 0.80 |
| 06/27/2014 | EML | Prepare additional modifications to and expand scope of the schedule pertaining to branch compensation structure in order to add additional general ledger activity codes and related transactional examples for the schedule. | 3.50 |
| | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding changes to the affidavit. | 0.20 |
| 06/30/2014 | EML | Review scope of requested information relating to V. Inman's adversary expanded discovery request to determine feasibility and communication of same to D. DeNeal of FBD. | 2.50 |
| 07/01/2014 | EML | Preparation of calendar 2009 purchase and sales activity for the Branch 4 transactions for Eastern Livestock's staff to use for source document production for expanded discovery related to V. Inman's adversary. | 0.70 |
| 07/02/2014 | EML | Review V. Inman's transaction detail behind amounts due to Eastern Livestock relating to unpaid reimbursed health care premiums, cattle losses and branch interest charges. | 1.70 |
| | EML | Telephone call with D. DeNeal of FBD regarding V. Inman's commission account activity support. | 0.60 |
| 07/08/2014 | EML | Prepare file for the V. Inman, Culleoka Cattle and Culleoka Stockyards activity for D. DeNeal of Faegre Baker Daniels. | 3.00 |
| | SLC | Research beginning balances of accounts that comprise total owed to Vernon Inman including discussions with L. Lynch. | 1.10 |
| | SLC | Continue to research beginning balances of accounts that comprise total owed to Vernon Inman. | 0.60 |
| 07/09/2014 | SLC | Research beginning balances of accounts that comprise balance owed to Vernon Inman including | |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  |  | discussions with L. Lynch. | 0.40 |
|  | SLC | Combine all general ledger accounting activity for 2008-2011 and prepare summary schedule of select accounts to assist in confirmation of beginning balances of accounts owed to Vernon Inman. | 1.00 |
| 07/10/2014 | EML | Review and reconcile rollforward of V. Inman's combined voucher activity for 2007, 2008, 2009 and 2010 in order to provide information regarding same to D. DeNeal of Faegre Baker Daniels. | 4.20 |
| 07/11/2014 | EML | Prepare the final schedules related to the V. Inman accounts due to ELC and deliver same to D. DeNeal of Faegre Baker Daniels. | 2.90 |
|  | EML | Telephone call with D. DeNeal of Faegre Baker Daniels regarding amounts due ELC from V. Inman. | 0.50 |
| 07/21/2014 | EML | Review and distribute L. Zeien's checks relating to hedging activity to S. Runyan. | 0.70 |
|  | EML | Prepare schedule of payments made to E. Reily's note receivable via offsets to trucking payable due to E. Reily for M. Stafford of Kroger Gardis Regas. | 1.20 |
| 07/22/2014 | EML | Review ELC's general ledger for each of the fiscal years 2008, 2009, 2010 and early 2011 for evidence of cash receipt related to $271,000 note receivable due to ELC from Blackjack Feeders, including the related review of all name codes associated with Blackjack, including Mason Feedlot, Lance Mason, Patova Feeders, N. Werner, Poindexter Trucking, R. Bullis, S. Brinson, W. Snodgrass, C. Bode, D. Crawford, G. Quimby, J. Place, JC Farm, J. Roe, J. Rice and 401 Kattle Co. as requested by M. Stafford of Kroger Gardis Regas. | 1.50 |
| 07/23/2014 | EML | Review and respond to e-mail from S. Runyan regarding L. Zeien checks to ELC. | 0.30 |
|  | EML | Review L. Zeien's posting activity related to Branch 8's monthly activity in order to respond to inquiries from S. Runyan of Kroger Gardis Regas regarding same. | 0.60 |
| 07/24/2014 | EML | Review and reconcile E. Reily's voucher detail with loan payments noted in the general ledger to confirm accuracy of the data. | 0.70 |
|  | EML | Review C. Kay's adversary and deliver signed copy of same to S. Sharp of Faegre Baker Daniels. | 0.70 |
|  | EML | Prepare e-mail with P. Turley's contact information for S. Runyan of Kroger Gardis Regas. | 0.10 |
| 07/25/2014 | EML | Telephone call with S. Runyan of Kroger Gardis Regas regarding the L. Zeien Branch 8 activity and cash receipts paid to ELC. | 0.40 |
| 07/29/2014 | EML | Review previously received information on cattle sales to East West Trucking and related finance agreements entered into by G. Gibson as it relates to e-mail inquiry from S. Runyan of Kroger Gardis Regas regarding East West Lot 1064. | 2.40 |
| 07/30/2014 | EML | Prepare lengthy e-mail to S. Runyan regarding results of review of all of ELC's general ledger |  |

Eastern Livestock

|  |  |  | HOURS |
|--|--|--|-------|
|  |  | activity relating to hedging activity, including the tracing of same to the general ledger activity of T.P. Gibson, along with the distribution of source documents relating to a number of transactions for which matching entries in both general ledgers could be located. | 3.60 |
| 07/31/2014 | EML | Review the buyer and vendor history for E. Riley and his related entity, Green Valley, for 2007, 2008, 2009 and 2010 in order to confirm payment activity against note receivable balance, as well as determine payment status of open account receivable related to cattle losses for partnership transaction between E. Riley and G. Gibson. | 1.40 |
| 08/25/2014 | EML | Review and begin reconciliation of ELC's note receivable balance due to it from C. Gilbert for 2007, 2008, 2009 and 2010 based upon the general ledger account payable activity versus the general ledger activity as posted to notes receivable-other for M. Stafford of Kroger Gardis Regas. | 2.80 |
| 08/26/2014 | EML | Review the G. Krantz and Krantz Livestock transaction history for calendar 2010 to determine past payment practices. | 0.80 |
|  | EML | Prepare schedule of cash advances to C. Gilbert, along with schedule of net reductions to account payable balance due to C. Gilbert for trucking for fiscal years 2007, 2008, 2009 and 2010 in order to confirm ELC account receivable balance due to it from C. Gilbert for M. Stafford of Kroger Gardis Regas. | 2.10 |
| 08/27/2014 | EML | Review source documents related to reductions to obligations due by ELC to C. Gilbert for trucking charges which reduced amounts previously borrowed by C. Gilbert from ELC for fiscal 2008, 2009, 2010 and the stub period of 2011. | 2.50 |
| 08/28/2014 | EML | Prepare preliminary distribution schedules of abbreviated general ledger activity related to C. Gilbert's loan advances and repayments for M. Stafford of Kroger Gardis Regas. | 2.10 |
| 09/15/2014 | EML | Prepare for the call with M. Stafford of Kroger Gardis Regas regarding background on G. Krantz's purchase history as well as note payable amounts deducted from E. Riley's trucking activity. | 1.90 |
|  | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding background information on E. Riley's and G. Krantz's activity with ELC. | 0.50 |
|  | EML | Prepare general ledger summary activity for G. Krantz and Krantz Livestock for available years. | 0.90 |
| 09/16/2014 | EML | Prepare requested schedule of source documents used to support G. Krantz's purchase and sale activity and deliver same to M. Stafford of Kroger Gardis Regas. | 0.80 |
|  | EML | Prepare schedule of source documents used to trace loan payments received by ELC from CB Gilbert posted as a reduction of amounts otherwise due to Gilbert for trucking services. | 1.20 |

**Eastern Livestock**

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/17/2014 | EML | Prepare schedule reconciling the CB Gilbert note receivable activity to various ELC source documents as requested by M. Stafford of Kroger Gardis Regas. | 2.00 | |
| 09/18/2014 | EML | Prepare final distribution schedules and related source documents to M. Stafford of Kroger Gardis Regas relating to C. Gilbert's loan advances and reductions through trucking activity. | 2.30 | |
| 09/25/2014 | EML | Review and execute the C. Kay/D. Schroeder affidavit for default judgment and deliver same to S. Sharp of Faegre Baker Daniels. | 0.20 | |
| | | Litigation Support | 268.30 | 105,326.00 |
| 03/24/2014 | EML | Travel to Indianapolis, IN, to meet with K. Toner and H. Mappes of Faegre Baker Daniels regarding deposition preparation. | 3.50 | |
| 03/25/2014 | EML | Travel back from Indianapolis, IN. | 3.50 | |
| 04/02/2014 | EML | Travel from Cleveland, OH, to Indianapolis, IN, for the deposition. | 3.50 | |
| 04/04/2014 | EML | Travel from Indianapolis, IN, to Cleveland, OH. | 3.50 | |
| 04/23/2014 | EML | Travel to Indianapolis, IN, to meet with K. Toner of Faegre Baker Daniels in order to prepare for the deposition regarding the SOLM/R. Nichols adversary. | 3.50 | |
| | EML | Travel from Indianapolis, IN, to Cleveland, OH. | 3.50 | |
| 04/27/2014 | EML | Travel to Indianapolis, IN, for the deposition relating to the SOLM-R. Nichols adversary. | 3.50 | |
| 04/29/2014 | EML | Travel from Indianapolis, IN, to Cleveland, OH. | 3.50 | |
| | | Travel at 1/2 | 28.00 | 5,530.00 |
| 11/05/2013 | EML | Review amended complaint against R. Nichols and prepare document support details behind same for H. Mappes of Faegre Baker Daniels. | 2.80 | |
| 11/18/2013 | EML | Review document production related to R. Nichols' Branch 14 activity for delivery to H. Mappes of Faegre Baker Daniels. | 3.40 | |
| 11/19/2013 | EML | Review document production related to R. Nichols' complaint prior to distribution to H. Mappes of Faegre Baker Daniels. | 2.70 | |
| 11/20/2013 | EML | Review source document production related to R. Nichols' adversary prior to delivery to H. Mappes of Faegre Baker Daniels. | 3.80 | |
| 11/21/2013 | EML | Review source documents related to R. Nichols' adversary prior to distribution to H. Mappes of Faegre Baker Daniels. | 3.30 | |
| 11/22/2013 | EML | Review source documents for R. Nichols' adversary prior to distribution of same to H. Mappes of Faegre Baker Daniels. | 2.40 | |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
| 11/25/2013 | EML | Review source documents related to the R. Nichols adversary prior to distribution to H. Mappes of FBD. | 2.00 |
| 11/26/2013 | EML | Review source documents related to R. Nichols' adversary prior to distribution to H. Mappes of FBD. | 3.20 |
| 11/27/2013 | EML | Finalize distribution of balance of document production copies and distribute via e-mail to H. Mappes related to the R. Nichols adversary. | 2.80 |
| 04/07/2014 | EML | Review the Branch 14 activity and commission payment profile for transactions relating to SOLM, as well as Superior, including responding to e-mail regarding same from H. Mappes of Faegre Baker Daniels. | 3.70 |
| 04/08/2014 | EML | Review Superior-related branch transactions which flowed directly into Branch 14, as well as those transferred into Branch 14 from Branch 31 in order to confirm commission structure related to these transactions due to R. Nichols. | 3.10 |
| 04/09/2014 | EML | Review disbursement activity to Nichols Livestock misrepresented by ELC as being for feed and impact of same on commission activity. | 3.60 |
| 04/11/2014 | EML | Review disbursements noted as feed made to R. Nichols for fiscal 2010 to determine validity of same. | 1.20 |
| 04/15/2014 | EML | Review source document detail which is the subject of upcoming deposition regarding SOLM adversary. | 3.50 |
| 04/16/2014 | EML | Review balance of documents relating to transactions related to Trustee's First Amended Complaint in SOLM/Nichols Livestock litigation. | 2.50 |
| 04/18/2014 | EML | Review joint pretrial statement relating to SOLM adversary prior to deposition. | 0.70 |
|  | EML | Review additional transaction documents related to items which SOLM is intending to address in deposition. | 1.40 |
| 04/21/2014 | EML | Review transaction documents specifically identified for the upcoming SOLM-related deposition. | 3.70 |
| 04/23/2014 | EML | Meeting with K. Toner of Faegre Baker Daniels regarding preparing for the SOLM/R. Nichols deposition. | 4.50 |
| 04/24/2014 | EML | Review B. Rodenberger's deposition. | 1.50 |
|  | EML | Review source documents related to select items contained in the trustee's amended complaint for grounding prior to my deposition next week. | 0.90 |
| 04/25/2014 | EML | Review R. Nichols' deposition and related exhibits prior to my deposition next week. | 2.30 |
| 04/27/2014 | EML | Prepare for the deposition in the SOLM-R. Nichols adversary. | 0.50 |
| 04/28/2014 | EML | Prepare for the SOLM/R. Nichols deposition. | 1.50 |

Eastern Livestock

| | | | HOURS | |
|---|---|---|---|---|
| | EML | Attend the SOLM/R. Nichols deposition on behalf of J. Knauer, Trustee for ELC. | 6.70 | |
| 05/01/2014 | EML | Prepare list of cattle purchases and sales for calendar 2010 relating to R. Nichols and/or Nichols Livestock for submission to K. Toner as requested by J. Dawson, counsel for R. Nichols. | 1.20 | |
| 05/16/2014 | EML | Review source documents related to R. Nichols' deposition for accuracy. | 1.50 | |
| 05/19/2014 | EML | Review my deposition related to the SOLM-R. Nichols adversary including edits to same. | 3.00 | |
| 05/30/2014 | EML | Prepare errata sheets for my deposition regarding the SOLM-R. Nichols adversary. | 2.80 | |
| 06/04/2014 | EML | Prepare and distribute to K. Toner of Faegre Baker Daniels errata sheets for SOLM-R. Nichols deposition. | 1.40 | |
| 06/06/2014 | EML | Review modifications to errata pages and distribute final format to Stewart Richardson. | 1.30 | |
| 06/27/2014 | EML | Review the modified affidavit relating to Branch 24-related adversaries. | 0.20 | |
| | EML | Preparation of notarization and delivery of affidavit related to various Branch 24 adversaries. | 0.90 | |
| 06/30/2014 | EML | Review proposed edits to the affidavit received from B. Weiss and communicate same to M. Stafford of KGR. | 1.60 | |
| | | Litigation Support Nichols | 81.60 | 32,232.00 |
| 10/04/2013 | EML | Review and distribute source documents relating to Branch 24 trucking, commission and expense detail pursuant to document production request related to E. Edens. | 2.40 | |
| 10/07/2013 | EML | Prepare last of Edens discovery documents and send to Chicago for creation of a cd to be delivered to H. Mappes of Faegre Baker Daniels. | 2.60 | |
| | SLC | Download documents for document production, review and burn to CD for counsel. | 0.40 | |
| 10/10/2013 | EML | Review summary of commissions paid to E. Edens on cattle on feed invoices prepared by S. Cuff. | 0.30 | |
| 10/11/2013 | EML | Review and respond to e-mail from K. Toner of Faegre Baker Daniels regarding Branch 24 activity. | 0.80 | |
| 10/21/2013 | EML | Review select time period borrower's certificates in order to assess the most straightforward method of presenting the component of collateral support provided by the Branch 24 sales and inventory for K. Toner of Faegre Baker Daniels. | 1.20 | |
| 10/22/2013 | EML | Prepare reconciliation of borrower's certificates to related agings as of September 30, 2010 and October 1, 2010 for further identification of inclusion of all Branch 24 sales as eligible collateral. | 3.50 | |
| 10/23/2013 | EML | Prepare and distribute to K. Toner of Faegre Baker | | |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  |  | Daniels summary of the borrowing base documents reflecting inclusion of all Branch 24 activity as eligible collateral for borrowing purposes. | 1.60 |
| 10/24/2013 | EML | Review the borrower's certificate files in order to locate certificates for November 2010 and confirm calculation of ineligible accounts for the period in question and respond with information regarding same to K. Toner of Faegre Baker Daniels via e-mail. | 1.20 |
| 12/06/2013 | SLC | Telephone call with Liz Lynch regarding data production for E. Edens discovery. | 0.20 |
|  | EML | Review and respond to e-mail inquiry from H. Mappes of Faegre Baker Daniels regarding E. Edens' document production. | 2.30 |
|  | EML | Telephone call with S. Cuff regarding E. Edens' document discovery. | 0.20 |
| 12/09/2013 | EML | Review and respond to e-mail inquiry from K. Toner of Faegre Baker Daniels regarding Branch 24 Pen sorts. | 0.50 |
| 12/10/2013 | EML | Review Branch 24's inventory in order to begin to flag transactions relating to use of vendor EASLIV07. | 0.80 |
| 12/11/2013 | EML | Prepare examples of the impact of the expense activity charged to vendor EASLIV07 related to Texas Beef and Royal Beef's activity for H. Mappes of Faegre Baker Daniels. | 1.20 |
|  | EML | Telephone call with S. Cuff regarding general ledger listing of commission payments made to E. Edens for calendar 2009 and 2010. | 0.80 |
|  | EML | Telephone call with B. Royalty regarding system reporting capabilities for the detail behind 1099 commission activity relating to E. Edens. | 0.20 |
|  | EML | Review ELC's system report regarding checks issued to E. Edens for commission and trucking activity and verify same for accuracy against ELC's general ledger activity. | 1.30 |
|  | EML | Telephone call with H. Mappes of Faegre Baker Daniels regarding E. Edens' commission activity. | 0.10 |
|  | SLC | Telephone call with L. Lynch regarding checks paid to E. Edens for commissions and trucking activity. | 0.80 |
|  | SLC | Review ELC accounting records and prepare list of checks paid to E. Edens. | 1.20 |
| 12/12/2013 | EML | Review select Branch 24 transactions remaining in inventory with values charged directly to vendor EASLIV07 for use in tracing unrecognized inventory costs. | 3.30 |
| 12/13/2013 | EML | Review additional Branch 24 inventory transactions in order to identify further examples of transactions being invoiced at less than full value. | 1.80 |
|  | EML | Review e-mail from K. Toner of Faegre Baker Daniels and respond with lengthy e-mail regarding inventory questions raised therein related to ELC Branch 24 activity. | 2.90 |
| 12/16/2013 | EML | Review correspondence received from H. Mappes of Faegre Baker Daniels regarding letter from E. Edens |  |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  |  | directed to the receiver and respond with answers to questions related to same. | 0.80 |
|  | EML | Review the daily purchase and sale recap activity and correlate same to the previously produced discovery documents for use in further tracing of cattle cost components of treatment of Branch 24 activity versus select other branches. | 4.00 |
| 12/17/2013 | EML | Prepare documents tracing cattle purchase and sale activity as booked through Branch 24 versus those of other branches for further delivery to K. Toner of Faegre Baker Daniels. | 3.70 |
| 12/18/2013 | EML | Prepare schedule tracing cattle purchase to related sale identifying instances where costs are not being properly relieved from inventory and provide same to K. Toner and H. Mappes of Faegre Baker Daniels. | 3.60 |
| 12/30/2013 | EML | Telephone call with M. Stafford of Kroger Gardis Regas regarding select discovery requests arising out of the Branch 24 transactions. | 1.50 |
|  | EML | Prepare requested source documents for M. Stafford of Kroger Gardis Regas related to additional Branch 24 discovery requests. | 1.30 |
| 01/03/2014 | EML | Review Branch 24 inventory records in order to identify purchased cattle and shipped cattle for which sales invoices were not generated. | 2.20 |
| 01/08/2014 | EML | Review commission treatment difference between Branch 22 and Branch 24 and communicate same to H. Mappes of Faegre Baker Daniels. | 0.20 |
| 01/15/2014 | EML | Review details behind source of cattle for invoice 311021N, as well as a review of the monthly interest charge for past due accounts receivable outstanding for Branch 24's activity which was charged against E. Edens' commissions versus the monthly schedule regarding same prepared each month by ELC's staff. | 1.20 |
| 01/16/2014 | EML | Review and reconcile interest charges relating to unpaid accounts receivable balances for Branch 24 customers to charges for same which reduce commission payments to E. Edens. | 0.50 |
| 01/27/2014 | EML | Prepare for telephone call with H. Mappes of Faegre Baker Daniels relating to unbilled cattle shipments from the ELC Branch 24 inventory. | 0.60 |
|  | EML | Telephone call with H. Mappes of Faegre Baker Daniels regarding update on open issues for ongoing E. Edens' deposition. | 0.50 |
| 01/28/2014 | EML | Review and respond to e-mail inquiry from H. Mappes of Faegre Baker Daniels regarding fake cattle transactions listed in the ELC Branch 24 inventory. | 0.60 |
| 02/13/2014 | EML | Prepare e-mail to H. Mappes of Faegre Baker Daniels regarding response to questions raised about documentation provided by E. Edens' discovery production. | 0.80 |
| 02/14/2014 | EML | Prepare e-mail to H. Mappes of Faegre Baker Daniels |  |

Eastern Livestock

|  |  |  | HOURS |
|---|---|---|---|
|  |  | regarding E. Edens' voucher information. | 0.10 |
| 02/17/2014 | EML | Review and respond to e-mail inquiry from H. Mappes of Faegre Baker Daniels regarding E. Edens' invoices prepared as part of reconstruction effort. | 0.50 |
| 02/19/2014 | EML | Review and respond to e-mail inquiry from H. Mappes of Faegre Baker Daniels regarding three partially paid invoices billed to E. Edens. | 2.20 |
| 02/20/2014 | EML | Review and respond to e-mail inquiry from H. Mappes of Faegre Baker Daniels regarding Branch 24's inventory sales. | 2.00 |
|  | EML | Telephone call with H. Mappes of Faegre Baker Daniels regarding reconciliation of Branch 24's inventory. | 0.50 |
| 03/05/2014 | EML | Review information provided by K. Toner of Faegre Baker Daniels regarding my deposition regarding E. Edens adversary. | 0.20 |
| 03/07/2014 | EML | Prepare for the call with K. Toner regarding deposition by review of documents included in the notice to the trustee relating to E. Edens adversary. | 1.60 |
|  | EML | Telephone call with K. Toner and H. Mappes of Faegre Baker Daniels regarding preparation for the upcoming deposition regarding E. Edens. | 1.20 |
| 03/10/2014 | EML | Prepare dollar value summary of stale inventory remaining in Branch 24 for K. Toner of Faegre Baker Daniels. | 1.60 |
| 03/12/2014 | EML | Telephone call with K. Toner of Faegre Baker Daniels regarding travel dates to Indianapolis for the deposition. | 0.10 |
| 03/13/2014 | EML | Review the E. Edens first amended adversary complaint. | 2.30 |
| 03/14/2014 | EML | Review detail of the Branch 24 inventory activity, the summary for which is contained in the complaint. | 1.90 |
| 03/19/2014 | EML | Review E. Edens' first deposition. | 3.40 |
| 03/20/2014 | EML | Review the first deposition of E. Edens and telephonic transcripts. | 4.20 |
| 03/21/2014 | EML | Review E. Edens' February transcripts and related exhibits in preparation for deposition. | 3.50 |
| 03/24/2014 | EML | Meeting with K. Toner and H. Mappes of Faegre Baker Daniels regarding review of deposition materials. | 6.00 |
|  | EML | Review of Branch 24 and Branch 31 vendor and buyer history in order to track transaction differences between the branches. | 1.30 |
| 03/25/2014 | EML | Review purchase and sale activity related to currently outstanding accounts receivable due to ELC from E. Edens and how payments related to similar prior transactions were received and applied. | 0.60 |
|  | EML | Telephone call with S. Cuff to locate audit |  |

Eastern Livestock

| | | | HOURS |
|---|---|---|---|
| | | workpapers and transmit same to my attention. | 0.10 |
| | EML | Meeting with B. Weiss to briefly review primary components of E. Edens' adversary. | 0.50 |
| | EML | Meeting with K. Toner and H. Mappes of Faegre Baker Daniels regarding preparation for the upcoming deposition, including review of document production items. | 4.00 |
| | SLC | Telephone call with L. Lynch regarding auditor workpapers and Ed Edens' note receivable balance. | 0.10 |
| | SLC | Review A. Omori's e-mail and storage files for auditor workpapers and documents related to Ed Edens' note receivable balance. | 1.00 |
| 03/26/2014 | EML | Telephone call with S. Cuff to discuss source of E. Edens' note receivable document. | 0.50 |
| | SLC | Telephone call with L. Lynch regarding Ed Edens' note receivable balances in 2008, 2009 and 2010. | 0.50 |
| | SLC | Prepare drill down of 9/30/07 and 9/30/08 note receivable balances as presented in Eastern Livestock's financial statements. | 1.40 |
| | SLC | Review download of all accounting activity from 2008 - 2011 and research activity in general ledger account 1032. | 1.50 |
| 03/27/2014 | EML | Review E. Edens notes receivable activity and prepare e-mail summary response to same to H. Mappes of Faegre Baker Daniels. | 3.20 |
| 03/31/2014 | EML | Prepare for deposition, including detailed review of exhibits related to the trustee's amended complaint and notice of deposition of the trustee. | 5.80 |
| 04/01/2014 | EML | Prepare for deposition this week in Indianapolis regarding E. Edens' adversary, including review of newly filed clearing brief filed by S. Newbern. | 3.40 |
| 04/02/2014 | EML | Meeting with K. Toner and H. Mappes of Faegre Baker Daniels to prepare for the deposition. | 5.50 |
| | EML | Review inventory reconciliation provided by counsel to E. Edens prior to tomorrow's deposition. | 1.50 |
| 04/03/2014 | EML | Prepare for deposition by further review of specific cattle transactions posted to sort East. | 0.50 |
| | EML | Meeting at Faegre Baker Daniels for deposition in the Eastern Livestock adversary against E. Edens and E4 Cattle. | 9.00 |
| 05/02/2014 | EML | Review my deposition related to E. Edens adversary. | 1.20 |
| 05/05/2014 | EML | Review my deposition relating to the E. Edens/E4 Cattle Company adversary, including edits thereto. | 3.20 |
| 05/06/2014 | EML | Review my deposition related to E. Edens/E4 Cattle Company adversary and provide edits to K. Toner of Faegre Baker Daniels. | 2.50 |
| 05/07/2014 | EML | Prepare errata page edits to my deposition. | 0.70 |
| | EML | Telephone call with K. Toner of Faegre Baker Daniels regarding edits to the deposition. | 0.90 |
| 05/30/2014 | EML | Review declaration related to the E. Edens-E4 Cattle adversary including related exhibits. | 2.10 |

Eastern Livestock

| Date | | | | HOURS | |
|------|---|---|---|-------|---|
| 06/02/2014 | EML | Review final edits to declaration related to J. Edens, IV-E4 Cattle adversary. | | 1.50 | |
| 06/17/2014 | EML | Review the motion for summary judgment filed in the E4/Ed Edens adversary by Edens' counsel, including specific attention to funding sources of air cattle which Edens sold to ELC and tracing of source of cash through other third party co-conspirators. | | 3.50 | |
| 06/18/2014 | EML | Prepare Eastern's general ledger entries for October related to timing of payments made to E. Edens for fake cattle versus his payment of same back to Eastern, as well as confirmation that cattle purchased from Superior into Branch 24 were sold by E. Edens out of Branch 24 and are therefor no longer part of that Branch's ending inventory balance. | | 2.50 | |
| | EML | Review Trustee's brief on objection filed by W. Flynn of Strauss Troy in the E. Edens/E4 adversary. | | 0.60 | |
| 06/20/2014 | EML | Review the deposition of K. Edwards of Buetow, ELC's outside auditors, pertaining to the E. Edens/E4 adversary. | | 0.90 | |
| | | Litigation Support Edens | | 144.40 | 55,982.50 |
| | | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | | 547.50 | 206,900.00 |

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| P. J. O'Malley | 0.40 | $575.00 | $230.00 |
| S. L. Cuff | 6.20 | 240.00 | 1,488.00 |
| S. L. Cuff | 20.30 | 250.00 | 5,075.00 |
| E. M. Lynch | 28.00 | 197.50 | 5,530.00 |
| E. M. Lynch | 492.60 | 395.00 | 194,577.00 |

|   |   |
|---|---|
| TOTAL CURRENT WORK | 206,900.00 |
| BALANCE DUE | $206,900.00 |