# EXHIBIT B

Out-of-Pocket Expenses

EASTERN LIVESTOCK
SUMMARY OF EXPENSES
TO SEPTEMBER 30, 2014

| | | |
|---|---|---:|
| AIRFARE | | 4,211.90 |
| LODGING | | 1,031.65 |
| MEALS | | 201.74 |
| RENTAL CAR | | 0.00 |
| PARKING, TOLLS, ETC. | | 508.00 |
| LONG DISTANCE PHONE | | 35.73 |
| PHOTOCOPIES | (164 @.15) | 24.60 |
| POSTAGE | | 15.14 |
| NOTARY FEE | | 2.00 |
| OVERNIGHT DELIVERY | | 89.12 |
| TOTAL | | 6,119.88 |

EASTERN LIVESTOCK
SUMMARY OF TRAVEL EXPENSES

| FROM | TO | NAME | DESTINATION LOCATION | ORIGINATING LOCATION | NIGHTS | AIRFARE/ TRAVEL | LODGING | MEALS | PARKING, ETC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/14 | 03/25/14 | E. LYNCH | INDIANAPOLIS, IN | CLEVLEAND, OH | 1 | 1,076.56 | 172.63 | 54.24 | 123.00 | 1,426.43 |
| 4/2/14 | 4/4/14 | E. LYNCH | INDIANAPOLIS, IN | CLEVLEAND, OH | 2 | 814.78 | 418.86 | 96.09 | 140.00 | 1,469.73 |
| 4/23/14 | 4/23/14 | E. LYNCH | INDIANAPOLIS, IN | CLEVLEAND, OH |  | 1,022.78 |  | 6.98 | 112.00 | 1,141.76 |
| 4/27/14 | 4/29/14 | E. LYNCH | INDIANAPOLIS, IN | CLEVLEAND, OH | 2 | 1,297.78 | 440.16 | 44.43 | 133.00 | 1,915.37 |
|  |  |  |  |  |  | 4,211.90 | 1,031.65 | 201.74 | 508.00 | 5,953.29 |

EASTERN LIVESTOCK
SUMMARY OF OVERNIGHT/MESSENGER EXPENSES
TO 9/30/2014

| DATE | RECIPIENT | AMOUNT |
|---|---|---|
| 10/07/13 | E. LYNCH | 14.71 |
| 10/07/13 | H. MAPPES | 14.00 |
| 11/26/13 | FROM E. LYNCH | 33.86 |
| 6/6/14 | STEWART RICHARDSON | 26.55 |
| | TOTAL | 89.12 |