SO ORDERED: December 2, 2014.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING SECOND INTERIM APPLICATION OF
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Second Interim Application Of Wimberly Lawson Wright Daves & Jones, PLLC For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* [Docket No. 2658] ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case, on behalf of Wimberly Lawson Wright Daves & Jones, PLLC on October 29, 2014.  No objections to the Application were filed.  The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. Wimberly Lawson Wright Daves & Jones, PLLC is allowed interim compensation for special counsel fees in the amount of $936.00 plus reimbursement for out-of-pocket expenses incurred in the amount of $85.11 for the period April 9, 2014 through and including October 10, 2014.

2. Wimberly Lawson Wright Daves & Jones, PLLC is granted all other just and proper relief.

###