## Notice Recipients

District/Off: 0756–4 | User: cathy | Date Created: 12/2/2014
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Charles R. Wharton   Charles.R.Wharton@usdoj.gov

TOTAL: 1