# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11       **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 03, 2014 09:45 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### *Matter:*

1) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Wimberly Lawson Wright Daves & Jones, PLLC as Special Counsel (Fee: $936.00, Expense: $85.11) filed by Attorney James A. Knauer, Special Counsel Wimberly Lawson Wright Daves & Jones, PLLC  [2658]
   **R / M #:**     0 / 0
   **VACATED:   No objections filed.   Application granted.   No hearing needed**

2) Hearing Re:  Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James A. Knauer as Trustee Chapter 9/11 (Fee: $22,467.50, Expense: $646.20) filed by James A. Knauer on behalf of Trustee James A. Knauer  [2671]
   **R / M #:**     0 / 0
   **VACATED:   No objections filed.   Application granted.   No hearing needed.**

3) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Jay P. Kennedy as Trustee's Attorney (Fee: $174082.50, Expense: $1621.93) filed by Jay P. Kennedy on behalf of Trustee James A. Knauer  [2667]
   **R / M #:**     0 / 0
   **VACATED:   No objections filed.   Application granted.   No hearing needed.**

### *Appearances:*

### *Proceedings:*

   *(1, 2, and 3)  VACATED:   No objections filed.   Application granted.   No hearing needed

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**