IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF MAILING**

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, the document identified below by docket number was served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on December 2, 2014:

| | |
|---|---|
| Docket No. 2683 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Strickland, Bankfirst And Hohenberger) [Re: Docket No. 2682] |

////

Exhibit "A"   Address List regarding Docket Nos. 2683
- The post-confirmation Core Parties are referenced in Service List 58514
- Those post-confirmation parties who have requested special notice are referenced in Service List 58515
- The Affected Parties are referenced in Service List 58516

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 3rd day of December 2014 at Paramount, California.

_____
Mabel Soto

**EXHIBIT A**

# Eastern Livestock

**Total number of parties: 14**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 58516 | BANKFIRST FINANCIAL SERVICES, ERIC C REDMAN, REDMAN LUDWIG, PC, 151 N DELAWARE ST, STE 1106, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58516 | BRENT KUEHNY, BANK OF KREMLIN & MARK HOHENBERGER, ROSS A PLOURDE, MCAFEE & TAFT A PROFESSIONAL CORPORATION, TWO LEADERSHIP SQUARE TENTH FL, 211 N ROBINSON, OKLAHOMA CITY, OK, 73102 | US Mail (1st Class) |
| 58515 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 58516 | DOLLAR K CATTLE, (RE: BRENT KUEHNY, BANK OF KREMLIN & MARK HOHENBERG), PO BOX 125, ELMORE CITY, OK, 73433-0125 | US Mail (1st Class) |
| 58516 | EDWIN A STRICKLAND, 3408 HWY 389, PHELA, MS, 39755-9523 | US Mail (1st Class) |
| 58516 | HOHENBERGER CATTLE, (RE: BRENT KUEHNY, BANK OF KREMLIN & MARK HOHENBERG), MARK HOHENBERGER, STEVEN A BREHM, 200 HILLCREST DR, STEPHENVILLE, TX, 76401 | US Mail (1st Class) |
| 58514 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 58515 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 58515 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 58516 | STRICKLAND, EDWIN A, 3408 HWY 389, PHELA, MS, 39755 | US Mail (1st Class) |
| 58514 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58514 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58514 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58516 | W. SCOTT NEWBERN, PL, WALTER SCOTT NEWBERN, 2982 EAST GIVERNY CIRCLE, TALLAHASSEE, FL, 32309 | US Mail (1st Class) |

**Subtotal for this group: 14**