SO ORDERED: December 9, 2014.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING SIXTH INTERIM APPLICATION OF
DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CONSULTANT
FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Sixth Interim Application Of Development Specialists, Inc. For Compensation And Reimbursement Of Expenses As Consultant For James A. Knauer, Chapter 11 Trustee* [Docket #2677] ("Application") filed by Development Specialists, Inc. on November 17, 2014. The Court, having reviewed the Application and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1.      The Court hereby approves and allows interim compensation for consulting fees in the amount of $206,900.00 plus reimbursement for out-of-pocket expenses

incurred in the amount of $6,119.88 to Development Specialists, Inc. for the period October 1, 2013 through and including September 30, 2014.

      2.      The Trustee is authorized and ordered to pay 80% of the fees and 100% of the expenses allowed by this Order from the Trustee's operating account to Development Specialists, Inc., subject to available funds. Payment of the remaining 20% of fees allowed by this Order shall await the further Order of the Court approving a final fee application filed by or on behalf of Development Specialists, Inc.

      3.      The interim compensation awarded for attorneys' fees and reimbursement for out-of-pocket expenses is without prejudice to the rights of any party in interest to object to a final fees and costs award whether an objection to an interim application was filed or not filed.

###