UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| EASTERN LIVESTOCK CO., LLC, | Case No. 10-93904-BHL-11 |
| Debtor. | Hon. Basil H. Lorch III |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC, Plaintiff, v. INTRUST BANK, Defendant. | Adv. Proc. No. 12-59149 |

**NOTICE OF DISCOVERY REQUESTS**

TO:     All Counsel of Record

Please take notice that Counsel for Intrust Bank, N.A. ("Intrust") served discovery requests on James A. Knauer, Chapter 11 Trustee of Eastern Livestock, Co., LLC (the "ELC Trustee"). The requests relate to Adversary Proceeding No. 12-59149. Electronic copies of the requests have been served on counsel of record for the ELC Trustee.

Respectfully submitted,

*/s/ Brian R. Pollock*
Brian H. Meldrum (bmeldrum@stites.com)
Allen Morris (amorris@stites.com)
W. Robert Meyer (rmeyer@stites.com)
Brian R. Pollock (bpollock@stites.com)
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
*Counsel for Intrust Bank, N.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's ECF system. Parties may access this filing through the Court's system.

*/s/ Brian R. Pollock*