UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00100 (rev 05/2014)

In re:

**Eastern Livestock Co., LLC**,
     Debtor(s).

Case No. **10–93904–BHL–11**

## **NOTICE**

A(n) Notice of Submission of Discovery Requests was filed on December 11, 2014, by Creditor Intrust Bank, NA.

Pleading should be filed in associated adversary case instead of legal case. Filing party to re–file in adversary case.

**NOTICE IS GIVEN** that any objection to the relief requested must be filed with the Court by December 26, 2014. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the party requesting relief. If no objections are filed, the Court may enter an order granting the relief requested along with any other relief as the Court deems necessary without conducting an actual hearing.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  December 12, 2014

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court