UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPROMISE AND SETTLE**
**AND NOTICE OF OBJECTION DEADLINE**
**(James Edward Edens, IV, E4 Cattle Company, LLC, and Fifth Third Bank)**

The *Trustee's Motion To Approve Compromise And Settlement Among The Trustee, James Edward Edens, IV, E4 Cattle Company, LLC, And Fifth Third Bank* (Docket No. 2694) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC (the "Debtor") on December 12, 2014.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with James Edward Edens, IV ("Edens"), E4 Cattle Company, LLC ("E4"), and Fifth Third Bank ("Fifth Third"). Pursuant to the Settlement Agreement, the settlement amount will be $450,000, which will be discharged by the timely performance of the obligations as further described in the Settlement Agreement and the actual payment by Edens and/or E4 to the Trustee the amount of $365,899.89 (in the event that the amount of at least $365,899.89 has been timely paid to the Trustee, the remaining Note[1] balance of $84,100.11 shall be deemed paid in full and the payment obligation under the Note discharged). Further, pursuant to the terms of the Settlement Agreement, (i) the Trustee, Edens and E4 will file a stipulation of dismissal in the Adversary, and (ii) Fifth Third and Edens will file a stipulation of dismissal in the Receivership Case.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

FAEGRE BAKER DANIELS LLP


By: /s/ Harmony Mappes

Kevin M. Toner (#11343-49)          *Counsel for James A. Knauer, Chapter 11 Trustee*
Harmony Mappes(#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com

55368940_1