**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF MAILING**

I, James H. Myers, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2.      At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, the document identified below by docket number was served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on December 12, 2014:

| | |
|---|---|
| Docket No. 2695 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (James Edward Edens, IV, E4 Cattle Company, LLC, and Fifth Third Bank) [Re: Docket No. 2694] /// |

Exhibit "A"    Address List regarding Docket Nos. 2695

- Those post-confirmation parties who have requested special notice are referenced in Service List 58580
- The post-confirmation Core Parties are referenced in Service List 58581
- The Affected Parties are referenced in Service List 58582

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the /5 day of December 2014 at Paramount, California.

James H. Myers

# EXHIBIT A

# Eastern Livestock

**Total number of parties: 15**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 58580 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 58582 | ED EDENS IV, 4724 HWY 32, PO BOX 570, OKOLONA, MS, 38860-0570 | US Mail (1st Class) |
| 58582 | FIFTH THIRD BANK, C/O RANDALL D LATOUR ESQ, VORYS SATER SEYMOUR & PEASE LLP, 52 EAST GAY ST, PO BOX 1008, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 58582 | FIFTH THIRD BANK, 1225 17TH ST, DENVER, CO, 80202 | US Mail (1st Class) |
| 58582 | ICE MILLER LLP, (RE: ED EDENS IV), BEN T. CAUGHEY, ONE AMERICAN SQUARE, SUITE 2900, INDIANAPOLIS, IN, 46282-0200 | US Mail (1st Class) |
| 58581 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 58580 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 58580 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 58582 | STRAUSS TROY CO., LPA, (RE: ED EDENS IV), STEPHEN E. SCHILLING, THE FEDERAL RESERVE BUILDING, 150 EAST FOURTH ST, FOURTH FLOOR, CINCINNATI, OH, 45202-4018 | US Mail (1st Class) |
| 58582 | STRAUSS TROY CO., LPA, (RE: ED EDENS IV), THOMAS P GLASS, THE FEDERAL RESERVE BUILDING, 150 EAST FOURTH ST, FOURTH FLOOR, CINCINNATI, OH, 45202-4018 | US Mail (1st Class) |
| 58582 | STRAUSS TROY CO., LPA, (RE: ED EDENS IV), WILLIAM K. FLYNN, THE FEDERAL RESERVE BUILDING, 150 EAST FOURTH ST, FOURTH FLOOR, CINCINNATI, OH, 45202-4018 | US Mail (1st Class) |
| 58581 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58581 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58581 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58582 | W. SCOTT NEWBERN, PL, (RE: ED EDENS IV), WALTER SCOTT NEWBERN, 2982 EAST GIVERNY CIRCLE, TALLAHASSEE, FL, 32309 | US Mail (1st Class) |

**Subtotal for this group: 15**