SO ORDERED: December 19, 2014.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH ROBERT NICHOLS, INDIVIDUALLY, ROBERT NICHOLS AND JANE NICHOLS d/b/a NICHOLS LIVESTOCK, NICHOLS LIVESTOCK, INC., AND JANE, LLC**

This matter is before the Court on the *Trustee's Motion To Approve Compromise And Settlement With Robert Nichols, individually, Robert Nichols and Jane Nichols d/b/a Nichols Livestock, Nichols Livestock, Inc., and Jane, LLC* [Docket No. 2665] ("Settlement Motion").  The Court, having considered the Settlement Motion and having found that no objection was filed to the Settlement Motion after adequate notice and opportunity, and being duly advised in the premises, now finds that the proposed settlement is in the best interests of the estate and should be approved.  Accordingly, the Court finds that the relief requested in the Settlement Motion should be granted pursuant to Bankruptcy Rule 9019(a).

IT IS THEREFORE ORDERED that

1. The Settlement Motion is hereby granted in its entirety.

2. The terms of the Settlement Agreement[1] are hereby approved pursuant to 11 U.S.C. § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure.

3. The Trustee and the Nichols Parties are authorized to take any and all actions necessary to close the settlement set forth in the Settlement Agreement and to perform the obligations required thereby.

### 

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.