UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
**(Stockman Oklahoma Livestock Marketing, Inc. and William Bush)**

The *Trustee's Motion To Approve Compromise And Settlement Among The Trustee, Stockman Oklahoma Livestock Marketing, Inc. and William Bush* (Docket No. 2707) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC (the "Debtor") on January 2, 2015.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Stockman Oklahoma Livestock Marketing, Inc. ("SOLM") and William Bush and his Estate. Pursuant to the Settlement Agreement, the Trustee will receive approximately $320,763.47 of interpleaded and escrowed funds. In addition, the Parties[1] have agreed to seek appropriate dismissals in the Adversary, the Texas Interpleader, the Kansas Interpleader, and SOLM has agreed to withdraw its proofs of claim.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

US.55461127.01

FAEGRE BAKER DANIELS LLP

By: /s/ Harmony Mappes

Kevin M. Toner (#11343-49)  *Counsel for James A. Knauer, Chapter 11 Trustee*
Harmony Mappes(#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com

55461127_1