**SO ORDERED: February 18, 2015.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | )   Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

### ORDER APPROVING COMPROMISE AND SETTLEMENT WITH BRIAN WITT

James A. Knauer, as Chapter 11 trustee ("Trustee") for the bankruptcy estate of Eastern Livestock Co., LLC has filed his Motion to Approve Compromise and Settlement with Brian Witt pursuant to Rule 9019 ("Settlement Motion").  The Settlement Motion requests the Court's approval of a compromise and settlement of claims between the Trustee and Brian Witt pursuant to the terms and conditions set forth in the Settlement Agreement and Mutual Release attached to the Settlement Motion as Exhibit "A".  The Court, having given notice of the Settlement Motion pursuant to Rule 2002 and Rule 9019, and having

reviewed the Settlement Motion, now finds that the relief sought therein should be entered. It is, therefore,

ORDERED that the Settlement Motion by and between the Trustee and Brian Witt is hereby approved; and the parties are hereby directed to carry out the terms of the Settlement Agreement and Mutual Release.

###