UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
|    Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMES A. KNAUER, | ) | |
| CHAPTER 11 TRUSTEE OF | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 12-59143 |
| | ) | |
| RUSSELL D. GARWOOD, | ) | |
| MONTE HAIAR, | ) | |
| BUD HEINE, and | ) | |
| JANOUSEK FARMS, INC., | ) | |
| | ) | |
|    Defendants. | ) | |

## NOTICE OF DISCOVERY REQUESTS

TO:   All counsel of record

Please take notice that defendants Russell D. Garwood, Monte Haiar, and Bud Heine served discovery requests on plaintiff James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC. The discovery requests relate to adversary proceeding 12-59143.

DATED: March 16, 2015                    RUSSELL D. GARWOOD, MONTE HAIAR,
                                                                               and BUD HEINE,
                                                                               Defendants,


                                                         By:    /s/ Andrew T. Kight
                                                                    Andrew T. Kight, one of their counsel


Andrew T. Kight
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
Email: akight@taftlaw.com


**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and accurate copy of the foregoing was served upon those parties identified on the attached Service List on March 16, 2015 via the Court's ECF system, and that a copy of the foregoing was also served on March 16, 2015 on Thomas Richard Alexander, II via electronic mail at tra@rgba-law.com.


                                                                   /s/ Andrew T. Kight
                                                                   Andrew T. Kight

2356731

# Electronic Mail Information for Case 10-93904-BHL-11

The following is the list of **parties** who are currently on the list to receive U.S. Bankruptcy Court email notice/service for this case.

David L. Abt                davidabt@mwt.net

Amelia Martin Adams          aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames                james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Kay Dee Baird              kbaird@kdlegal.com, pdidandeh@kdlegal.com;mwebb@kdlegal.com

Christopher E. Baker         cbaker@thbklaw.com, thignight@thbklaw.com;twilkerson@thbklaw.com

Robert A. Bell             rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles               cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers          dbrangers@lawyer.com

Steven A. Brehm            sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt               kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton           kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com; sarah.herendeen@faegrebd.com

Joe Lee Brown              Joe.Brown@Hardincounty.biz

Lisa Koch Bryant           courtmail@fbhlaw.net

John R. Burns              john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr              jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com

John R. Carr               jrciii@acs-law.com, sfinnerty@acs-law.com

| | |
|---|---|
| Deborah Caruso | dcaruso@daleeke.com, mtheisen@daleeke.com;dwright@daleeke.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| Bret S. Clement | bclement@acs-law.com, sfinnerty@acs-law.com |
| Joshua Elliott Clubb | joshclubb@gmail.com |
| Jason W. Cottrell | jwc@stuartlaw.com, jbr@stuartlaw.com |
| Kirk Crutcher | kcrutcher@mcs-law.com, jparsons@mcs-law.com |
| John D Dale | Johndaleatty@msn.com |
| Jack S Dawson | jdawson@millerdollarhide.com, jseeger@millerdollarhide.com; receptionist@millerdollarhide.com; chall@millerdollarhide.com |
| Dustin R. DeNeal | dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com; sarah.herendeen@faegrebd.com |
| Laura Day DelCotto | ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| David Alan Domina | dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com |
| Daniel J. Donnellon | ddonnellon@bgdlegal.com, knorwick@bgdlegal.com |
| Trevor L. Earl | tearl@rwsvlaw.com |
| Shawna M Eikenberry | shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com |
| Jeffrey R. Erler | jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com |
| William K. Flynn | wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com |
| Robert H. Foree | robertforee@bellsouth.net |
| Sandra D. Freeburger | sfreeburger@dsf-atty.com |

Peter M Gannott     pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com

Melissa S. Giberson     msgiberson@vorys.com

Thomas P Glass     tpglass@strausstroy.com

Jeffrey J. Graham     jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com

Patrick B Griffin     patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com

Terry E. Hall     terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann     paul.hoffmann@stinsonleonard.com

John David Hoover     jdhoover@hooverhull.com

John Huffaker     john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com

Jeffrey L Hunter     jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov

Jay Jaffe     jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston     bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston     tjohnston@mcjllp.com

Jill Zengler Julian     Jill.Julian@usdoj.gov

Jay P. Kennedy     jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Edward M King     tking@fbtlaw.com, dgioffre@fbtlaw.com;tking@ecf.inforuptcy.com

James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock     eknoblock@daleeke.com, dwright@daleeke.com

Theodore A Konstantinopoulos     ndohbky@jbandr.com

3

Randall D. LaTour    RDLatour@vorys.com, skbrown@vorys.com;bjtobin@vorys.com

David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

James G. Lauck    jgl@kgrlaw.com, kmw@kgrlaw.com

David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman    mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;brequenes@kdlegal.com

Scott R Leisz    sleisz@bgdlegal.com, disom@bgdlegal.com

Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net;atty_edl@trustesolutions.com

Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind    jblind@vorys.com

Karen L. Lobring    lobring@msn.com

John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes    harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

John Frederick Massouh    john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

Michael W. McClain    mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com

Kelly Greene McConnell    lisahughes@givenspursley.com

James Edwin McGhee    mcghee@derbycitylaw.com,

SeillerWaterman    Bankruptcymyecf@gmail.com; belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com

Brian H Meldrum    bmeldrum@stites.com

4

| | |
|---|---|
| William Robert Meyer | rmeyer@stites.com |
| Kevin J. Mitchell | kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com |
| Terrill K. Moffett | kendalcantrell@moffettlaw.com |
| Natalie Donahue Montell | nmontell@bgdlegal.com |
| Christie A. Moore | cm@gdm.com, ljs2@gdm.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com |
| Erin Casey Nave | enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com |
| Walter Scott Newbern | wsnewbern@msn.com |
| Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com |
| Matthew J. Ochs | kim.maynes@moyewhite.com |
| Jessica Lynn Olsheski | jessica.olsheski@justice-law.net, julie.streich@justice-law.net |
| Michael Wayne Oyler | moyler@rwsvlaw.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com |
| Brian Robert Pollock | bpollock@stites.com |
| Wendy W Ponader | wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Anthony G. Raluy | traluy@fbhlaw.net |
| Eric C Redman | ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com |

5

| | |
|---|---|
| Eric W. Richardson | ewrichardson@vorys.com, bjtobin@vorys.com |
| Joe T. Roberts | jratty@windstream.net |
| David Cooper Robertson | crobertson@stites.com, docketclerk@stites.com |
| Mark A. Robinson | mrobinson@vhrlaw.com |
| Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| John M. Rogers | johnr@rubin-levin.net, susan@rubin-levin.net |
| Joseph H Rogers | jrogers@millerdollarhide.com, cdow@millerdollarhide.com |
| James E Rossow | jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com |
| Steven Eric Runyan | ser@kgrlaw.com |
| Niccole R. Sadowski | nsadowski@thbklaw.com, kpeerman@thbklaw.com;twilkerson@thbklaw.com |
| Thomas C Scherer | tscherer@bgdlegal.com, mmcclain@bgdlegal.com |
| Stephen E. Schilling | seschilling@strausstroy.com |
| Ivana B. Shallcross | ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com |
| Sarah Elizabeth Sharp | sarah.sharp@faegrebd.com |
| Suzanne M Shehan | suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com |
| James E. Smith | jsmith@smithakins.com, legalassistant@smithakins.com |
| William E Smith | wsmith@k-glaw.com, sking@k-glaw.com |
| Amanda Dalton Stafford | ads@kgrlaw.com, cking@kgrlaw.com; srosner@kgrlaw.com |
| Robert K Stanley | robert.stanley@FaegreBD.com |
| Joshua N. Stine | kabritt@vorys.com |

6

| | |
|---|---|
| Andrew D Stosberg | astosberg@lloydmc.com, bmarks@lloydmc.com |
| Matthew R. Strzynski | indyattorney@hotmail.com |
| Meredith R. Theisen | mtheisen@daleeke.com, dwright@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com |
| Jennifer Joyce Tompkins | jenniferjtompkins@hotmail.com |
| Kevin M. Toner | kevin.toner@faegrebd.com, judy.ferber@faegrebd.com |
| Christopher M. Trapp | chris_m_trapp@hotmail.com |
| Chrisandrea L. Turner | clturner@stites.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver | avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com |
| Andrea L Wasson | andrea@wassonthornhill.com |
| Jennifer Watt | jwatt@kgrlaw.com, tjf@kgrlaw.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com, vwilliams@hooverhull.com |
| Michael Benton Willey | michael.willey@ag.tn.gov |
| Jason P Wischmeyer | jason@wischmeyerlaw.com, tammy@wischmeyerlaw.com |
| Jessica E. Yates | jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com |
| James T Young | james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com |

# **<u>Electronic Mail Information for Adversary Case 12-59143</u>**

The following is the list of **<u>parties</u>** who are currently on the list to receive U.S. Bankruptcy Court email notice/service for this case.

    Kay Dee Baird    kbaird@kdlegal.com, pdidandeh@kdlegal.com;mwebb@kdlegal.com

    Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

    Dustin R. DeNeal    dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

    Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

    Andrew T Kight    akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

    Martha R. Lehman    mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;brequenes@kdlegal.com

    Harmony A Mappes    harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

    Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

    Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

2356741.1