UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>EASTERN LIVESTOCK CO., LLC, )<br>)<br>Debtor. )<br>_____ )<br>JAMES A. KNAUER, CHAPTER 11 )<br>TRUSTEE OF EASTERN LIVESTOCK CO., )<br>LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BILLINGSLEY AUCTION SALE, INC., )<br>)<br>Defendant. ) | Case No. 10-93904-BHL-11<br><br><br><br><br><br><br><br><br>Adv. Proc. No. 12-59050 |

### **TRUSTEE'S 30(b)(6) NOTICE OF DEPOSITION TO BILLINGSLEY AUCTION SALE, INC.**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030, James A. Knauer, as the trustee of the bankruptcy estate of Eastern Livestock Co., LLC, by counsel, will take the deposition of Billingsley Auction Sale, Inc. beginning at 9:00 AM (CDT) on Wednesday, March 25, 2015 at the offices of Holland Ray Upchurch & Hillen, 322 W. Jefferson St., Tupelo, MS 38804-3936 before a court reporter authorized to administer oaths and continuing until completed. The deposition will be conducted in accordance with the July 3, 2012 *Order Establishing Deposition Protocols* (Main Case, ECF No. 1229). You are invited to appear and take part in such examination.

### **Definitions**

1. "You", "your", and "Billingsley" means and refers to Billingsley Auction Sale, Inc. and includes all persons and organizations under your control, including but

not limited your parents, subsidiaries, affiliates, officers, directors, employees, attorneys, accountants, agents, and representatives of any kind.

2.   "ELC" or "Eastern" means refers to Eastern Livestock Co., LLC, and includes its affiliates, members, officers, employees, attorneys, agents, accountants, and representatives of any kind.

3.   "Transfers" shall mean the livestock purchases and sales and transactions that are the subject of the Complaint to (I) Avoid Preferential and Fraudulent Transfers and to Recover Property Pursuant to 11 U.S.C. §§ 547, 548 and 550; and (II) Disallow Claims Pursuant to 11 U.S.C. § 502 (d) filed in this action on July 27, 2012 ("Complaint") and the First Amended Complaint to Avoid Fraudulent Transfers Pursuant to 11 U.S.C. § 548(a)(1)(A) filed in this action on April 7, 2014 ("First Amended Complaint").

4.   "E4 Cattle" means and refers to E4 Cattle Company, LLC and includes its affiliates, members, officers, employees, attorneys, agents, accountants, and representatives of any kind.

5.   "Edens" means and refers to James Edward Edens, IV, his agents, attorneys, representatives, successors, or assigns.

6.   "Cattle" means and refers to the approximate 252 head of cattle that are the subject of the Complaint and First Amended Complaint filed in the above-captioned adversary proceeding.

7.   "Petition Date" means and refers to December 6, 2010, the date of the filing of an involuntary petition for relief against Eastern Livestock Co., LLC under Chapter 11 of

Title 11 of the United States Code as case number 10-93904-BHL in the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division.

### Subjects of Examination

Examination is requested on any and all knowledge possessed by or reasonably available to Billingsley Auction Sale, Inc. relating to the following matters:

1. Any agreement, oral or written, relating to or concerning any of the Cattle.

2. The purchase and sale of any of the Cattle to any person or entity.

3. Any payment that Billingsley made or received for any of the Cattle.

4. Billingsley's business dealings generally with ELC during 2009 and 2010.

5. Cattle purchases and sales between Eastern and Billingsley during the 90 days preceding the Petition Date.

6. Payments by Eastern to Billingsley during the 90 days preceding the Petition Date.

7. Billingsley's business dealings generally with E4 Cattle, or any related entity, during 2009 and 2010.

8. Billingsley's business dealings generally with Edens during 2009 and 2010.

9. Any conversations or communications that any representative of Billingsley had with any person or entity concerning payment for any of the Cattle.

10. Any conversations or communications that any representative of Billingsley had with any person or entity concerning any of the Cattle and/or Transfers.

11. All purchase orders, invoices, shipping records, trucking records, payment

3

records, or other records relating to any of the Cattle and/or Transfers.

12. Any and all information, documents, and communications relating to the Transfers.

13. Billingsley's retrieval, repossession, seizure, or reclamation of any of the Cattle in November 2010.

14. The factual bases for any and all defenses in this action.

15. All discovery responses, interrogatory answers and production responses by Billingsley.

16. All pleadings and Court filings in this action.

17. Any proof of claim or bond claim that you have filed or submitted that relates to the Cattle.

18. Any documents and subject matter within the scope of the Requests to Produce below.

## Requests to Produce

Pursuant to Fed. R. Bankr. P. 7030 and Fed. R. Civ. P. 30(b)(2), Billingsley's representative is instructed to bring to bring to the deposition the following documents[1] for inspection and copying:

---

[1] The term "documents" as used in this subpoena means the original or an identical and legible copy thereof, and all non-identical copies (whether different from the original by reason of notations made on such copies or otherwise), regardless of origin or location, of any writings or records of any type or description, however produced or reproduced, including but not limited to any papers or books, records, letters, photographs, videotapes, audiotapes, correspondence, communications, telegrams, cables, telex messages, memoranda, notes, notations, work papers, transcripts, minutes, reports and recordings of telephone or other conversations, or of interviews, conferences, or other meetings, affidavits, statements, summaries, opinions, reports, studies, analyses, evaluations, contracts, agreements, jottings, agendas, bulletins, notices, announcements, advertisements, instructions, charges, manuals, brochures, publications, schedules price lists, client lists, journals, statistical records, desk calendars, appointment books, diaries, lists, tabulations, sound recordings, computer printouts, data processing program library, data processing input and output,

**REQUEST NO. 1:** All documents, including but not limited to trucking records, invoices, payment records, contracts, and bookkeeping records, relating to the cattle that were the subject of the transactions described in **Exhibit A**.

**REQUEST NO. 2:** All documents relating to any transactions with ELC, including but not limited to purchase invoices, statements, and buyer's statement- recaps, between January 1, 2009, and the present.

**REQUEST NO. 3:** All documents relating to any payments you made to or received from ELC between January 1, 2009, and the present.

**REQUEST NO. 4:** All documents responsive to Trustee's Requests for Production served on Billingsley on January 10, 2014 to the extent not already produced.

KROGER, GARDIS & REGAS, LLP

/s/     Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Amanda D. Stafford, Attorney No. 30869-49
Jennifer L. Watt, Attorney No. 24690-56
111 Monument Circle, Suite 900
Indianapolis, Indiana   46204-5125
jpk@kgrlaw.com
ads@kgrlaw.com
jlw@kgrlaw.com
(317) 692-9000 Telephone
(317) 264-6832 Fax

*Attorney for James A. Knauer Chapter 11 Trustee for the bankruptcy estate of Eastern Livestock Co., LLC*

---

electronic mail, microfilm, books of accounts, records and invoices reflecting business operations, all records kept by electronic, photographic or mechanical means, any notes or drafts relating to the foregoing, and all things similar to any of the foregoing, however denominated.  The term refers to all documents in your control or possession or which have been in your control or possession at any time during the past five years and includes any documents located in your files at the facility at which you work.

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David L. Abt
davidabt@mwt.net
Kay Dee Baird
kbaird@kdlegal.com
C. R. Bowles, Jr
cbowles@ bgdlegal.com
Kent A Britt
kabritt@vorys.com
Lisa Koch Bryant
courtmail@fbhlaw.net
Deborah Caruso
dcaruso@daleeke.com
Joshua Elliott Clubb
joshclubb@gmail.com
Jack S. Dawson
jdawson@millerdollarhide.com
David Alan Domina
dad@dominalaw.com
Shawna M. Eikenberry
shawna.eikenberry@faegrebd.com
Robert Hughes Foree
robertforee@bellsouth.net
Thomas P. Glass
tpglass@strausstroy.com
Paul M. Hoffman
paul.hoffmann@stinsonleonard.com
Jeffrey L Hunter
jeff.hunter@usdoj.gov
Todd J. Johnston
tjohnston@mcjllp.com
Edward M King
tking@fbtlaw.com
Theodore A. Konstantinopoulos
ndohbky@jbandr.com
David L. LeBas
dlebas@namanhowell.com
Elliott D. Levin
edl@rubin-levin.net
Karen L. Lobring
lobring@msn.com
Harmony A. Mappes
harmony.mappes@faegrebd.com
Kelly Greene McConnell
lisahughes@givenspursley.com
William Robert Meyer, II
rmeyer@stites.com
Allen Morris
amorris@stites.com
Matthew Daniel Neumann
mneumann@hhclaw.com
Matthew J. Ochs
kim.maynes@moyewhite.com
Ross A. Plourde
ross.plourde@mcafeetaft.com
Timothy T. Pridmore
tpridmore@mcjllp.com

Amelia Martin Adams
aadams@dlgfirm.com
Christopher E. Baker
cbaker@thbklaw.com
David W. Brangers
dbrangers@lawyer.com
Kayla D. Britton
kayla.britton@faegrebd.com
John R. Burns, III
john.burns@faegrebd.com
Ben T. Caughey
ben.caughey@icemiller.com
Jason W. Cottrell
jwc@stuartlaw.com
Dustin R. DeNeal
dustin.deneal@faegrebd.com
Daniel J. Donnellon
ddonnellon@ficlaw.com
Jeffrey R. Erler
jerler@ghjhlaw.com
Sandra D. Freeburger
sfreeburger@dsf-atty.com
Patrick B. Griffin
patrick.griffin@kutakrock.com
John David Hoover
jdhoover@hooverhull.com
Jay Jaffe
 jay.jaffe@faegrebd.com
Jill Zengler Julian
Jill.Julian@usdoj.gov
James A. Knauer
jak@kgrlaw.com
Randall D. LaTour
rdlatour@vorys.com
Martha R. Lehman
mlehman@kdlegal.com
Kim Martin Lewis
kim.lewis@dinslaw.com
Jason A. Lopp
jlopp@wyattfirm.com
John Frederick Massouh
john.massouh@sprouselaw.com
James Edwin McGhee
mcghee@derbycitylaw.com
Kevin J. Mitchell
kevin.mitchell@faegrebd.com
Judy Hamilton Morse
judy.morse@crowedunlevy.com
Walter Scott Newbern
wsnewbern@msn.com
Jessica Lynn Olsheski
jessica.olsheski@justice-law.net
Brian Robert Pollock
bpollock@stites.com
Anthony G. Raluy
traluy@fbhlaw.net

John W. Ames
james@bgdlegal.com
Robert A. Bell
rabell@vorys.com
Steven A. Brehm
sbrehm@ bgdlegal.com
Joe Lee Brown
Joe.Brown@Hardincounty.biz
John R. Carr, III
jrciii@acs-law.com
Bret S. Clement
bclement@acs-law.com
Kirk Crutcher
kcrutcher@mcs-law.com
Laura Day Delcotto
ldelcotto@dlgfirm.com
Trevor L. Earl
tearl@rwsvlaw.com
William K. Flynn
wkflynn@strausstroy.com
Melissa S. Giberson
msgiberson@vorys.com
Terry E. Hall
terry.hall@faegrebd.com
John Huffaker
john.huffaker@sprouselaw.com
James Bryan Johnston
bjtexas59@hotmail.com
Jay P. Kennedy
jpk@kgrlaw.com
Erick P. Knoblock
eknoblock@daleeke.com
David A. Laird
david.laird@moyewhite.com
Scott R. Leisz
sleisz@bgdlegal.com
James B. Lind
jblind@vorys.com
John Hunt Lovell
john@lovell-law.net
Michael W. McClain
mmcclain@mcclaindewees.com
Brian H. Meldrum
bmeldrum@stites.com
Terrill K. Moffett
kendalcantrell@moffettlaw.com
Erin Casey Nave
enave@taftlaw.com
Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com
Michael Wayne Oyler
moyler@rwsvlaw.com
Wendy W. Ponader
wendy.ponader@faegrebd.com
Eric C. Redman
ksmith@redmanludwig.com

6

| | | |
|---|---|---|
| Eric W. Richardson<br>ewrichardson@vorys.com<br>Mark A. Robinson<br>mrobinson@vhrlaw.com<br>Joseph H. Rogers<br>jrogers@millerdollarhide.com<br>Niccole R. Sadowski<br>nsadowski@thbklaw.com<br>Ivana B. Shallcross<br>ishallcross@bgdlegal.com<br>James E. Smith, Jr.<br>jsmith@smithakins.com<br>Joshua N. Stine<br>kabritt@vorys.com<br>Meredith R. Theisen<br>mtheisen@daleeke.com<br>Christopher M. Trapp<br>ctrapp@rubin-levin.net<br>Andrew James Vandiver<br>avandiver@aswdlaw.com<br>Stephen A. Weigand<br>sweigand@ficlaw.com<br>Michael Benton Willey<br>michael.willey@ag.tn.gov | Joe T. Roberts<br>jratty@windstream.net<br>Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com<br>James E. Rossow jim@rubin-levin.net<br>Thomas C. Scherer<br>tscherer@bgdlegal.com<br>Sarah Elizabeth Sharp<br>sarah.sharp@faegrebd.com<br>William E. Smith, III<br>wsmith@k-glaw.com<br>Andrew D. Stosberg<br>astosberg@lloydmc.com<br>John M. Thompson<br>john.thompson@crowedunlevy.com<br>Chrisandrea L. Turner<br>clturner@stites.com<br>Andrea L. Wasson<br>andrea@wassonthornhill.com<br>Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov<br>Jason P. Wischmeyer<br>jason@wischmeyerlaw.com | David Cooper Robertson<br>crobertson@stites.com<br>John M. Rogers<br>johnr@rubin-levin.net<br>Steven Eric Runyan<br>ser@kgrlaw.com<br>Stephen E. Schilling<br>seschilling@strausstroy.com<br>Suzanne M Shehan<br>suzanne.shehan@kutakrock.com<br>Amanda Dalton Stafford<br>ads@kgrlaw.com<br>Matthew R. Strzynski<br>indyattorney@hotmail.com<br>Kevin M. Toner<br>kevin.toner@faegrebd.com<br>U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov<br>Jennifer Watt<br>jwatt@kgrlaw.com<br>Sean T. White<br>swhite@hooverhull.com<br>James T. Young<br>james@rubin-levin.net |

I further certify that on March 16, 2015 a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II
tra@rgba-law.com

/s/    Jay P. Kennedy

KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana   46204-5125
jpk@kgrlaw.com
(317) 692-9000 Telephone

7