UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| ELC. | ) | Hon. Basil H. Lorch III |
| _____ | ) | |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE | ) | |
| OF EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 12-59143 |
| v. | ) | |
| | ) | |
| RUSSELL D. GARWOOD, MONTE HAIAR, | ) | |
| BUD HEINE and JANOUSEK FARMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISCOVERY REQUESTS

TO:   All counsel of record:

Please take notice that defendant Janousek Farms, Inc. served discovery requests on plaintiff, James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., LLC. The discovery requests relate to adversary proceeding 12-59143.

Dated: March 16, 2015                                Respectfully submitted,

                                                  KRIEG DeVAULT LLP

                                                  By: /s/ Martha R. Lehman
                                                      Martha R. Lehman
                                                      Kay Dee Baird
                                                      One Indiana Square, Ste. 2800
                                                      Indianapolis, IN 46204-2079
                                                      Telephone: (317) 636-4341
                                                      Facsimile: (317) 636-1507
                                                      mlehman@kdlegal.com
                                                      kbaird@kdlegal.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing was served upon the following counsel of record via the Court's ECF system and upon Thomas Richard Alexander, II by electronic mail at tra@rgba-law.com:

David L. Abt:  davidabt@mwt.net
Amelia Martin Adams:   aadams@dlgfirm.com
John W Ames:  james@bgdlegal.com
Kay Dee Baird:  kbaird@kdlegal.co,
Christopher E. Baker:  cbaker@thbklaw.com
Robert A. Bell:  rabell@vorys.com
C. R. Bowles:  cbowles@bgdlegal.com
David W. Brangers:  dbrangers@lawyer.com
Steven A. Brehm:  sbrehm@bgdlegal.com
Kent A Britt:  kabritt@vorys.com
Kayla D. Britton:  kayla.britton@faegrebd.com,
Joe Lee Brown  Joe.Brown@Hardincounty.biz
Lisa Koch Bryant:  courtmail@fbhlaw.net
John R. Burns:  john.burns@faegrebd.com
John R. Carr:  jrciii@acs-law.com
Deborah Caruso:  dcaruso@daleeke.com,
Ben T. Caughey:  ben.caughey@icemiller.com
Bret S. Clement:  bclement@acs-law.com
Joshua Elliott Clubb:  joshclubb@gmail.com
Jason W. Cottrell:  jwc@stuartlaw.com
Kirk Crutcher:  kcrutcher@mcs-law.com

Jack S Dawson:  jdawson@millerdollarhide.com,
Dustin R. DeNeal:  dustin.deneal@faegrebd.com,
Laura Day DelCotto:  ldelcotto@dlgfirm.com,
David Alan Domina:  dad@dominalaw.com,
Daniel J. Donnellon:  ddonnellon@bgdlegal.com
Trevor L. Earl:  tearl@rwsvlaw.com
Shawna M Eikenberry:  shawna.eikenberry@faegrebd.com,
Jeffrey R. Erler:  jerler@ghjhlaw.com,
William K. Flynn:  wkflynn@strausstroy.com,
Robert H. Foree:  robertforee@bellsouth.net
Sandra D. Freeburger:  sfreeburger@dsf-atty.com
Melissa S. Giberson:  msgiberson@vorys.com
Thomas P Glass:  tpglass@strausstroy.com
Patrick B Griffin:  patrick.griffin@kutakrock.com,
Terry E. Hall:  terry.hall@faegrebd.com,
Paul M. Hoffmann:  paul.hoffmann@stinsonleonard.com

John David Hoover:  jdhoover@hooverhull.com
John Huffaker:  john.huffaker@sprouselaw.com,
Jeffrey L Hunter:  jeff.hunter@usdoj.gov,
Jay Jaffe:  jay.jaffe@faegrebd.com
James Bryan Johnston:  bjtexas59@hotmail.com
Todd J. Johnston:  tjohnston@mcjllp.com
Jill Zengler Julian:  Jill.Julian@usdoj.gov
Jay P. Kennedy:  jpk@kgrlaw.com
Andrew T. Kight:  akight@taftlaw.com
Edward M King:  tking@fbtlaw.com
James A. Knauer:  jak@kgrlaw.com
Erick P Knoblock:  eknoblock@daleeke.com
Theodore A Konstantinopoulos:  ndohbky@jbandr.com
Randall D. LaTour:  RDLatour@vorys.com
David A. Laird  david.laird@moyewhite.com
David L. LeBas:  dlebas@namanhowell.com
Scott R Leisz:  sleisz@bgdlegal.com
Elliott D. Levin:  edl@rubin-levin.net
Kim Martin Lewis:  kim.lewis@dinslaw.com
James B. Lind:  jblind@vorys.com
Karen L. Lobring:  lobring@msn.com
Jason A. Lopp:  jlopp@wyattfirm.com
John Hunt Lovell:  john@lovell-law.net
Harmony A Mappes:  harmony.mappes@faegrebd.com,
John Frederick Massouh:  john.massouh@sprouselaw.com
Michael W. McClain:  mmcclain@mcclaindewees.com
Kelly Greene McConnell:  lisahughes@givenspursley.com
James Edwin McGhee:  mcghee@derbycitylaw.com
Brian H Meldrum  bmeldrum@stites.com
William Robert Meyer:  rmeyer@stites.com
Kevin J. Mitchell:  kevin.mitchell@faegrebd.com
Terrill K. Moffett:  kendalcantrell@moffettlaw.com
Allen Morris:  amorris@stites.com
Judy Hamilton Morse:  judy.morse@crowedunlevy.com
Erin Casey Nave:  enave@taftlaw.com
Matthew Daniel Neumann:  mneumann@jjclaw.com
Walter Scott Newbern:  wsnewbern@msn.com
Shiv Ghuman O'Neill:  shiv.oneill@faegrebd.com
Matthew J. Ochs:  kim.maynes@moyewhite.com
Jessica Lynn Olsheski:  jessica.olsheski@justice-law.net
Michael Wayne Oyler:  moyler@rwsvlaw.com
Ross A. Plourde:  ross.plourde@mcafeetaft.com
Brian Robert Pollock:  bpollock@stites.com
Wendy W Ponader:  wendy.ponader@faegrebd.com,
Timothy T. Pridmore:  tpridmore@mcjllp.com
Anthony G. Raluy:  traluy@fbhlaw.net

3

Eric C Redman:  ksmith@redmanludwig.com,
Eric W. Richardson:  ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts:  jratty@windstream.net
David Cooper Robertson:  crobertson@stites.com
Mark A. Robinson:  mrobinson@vhrlaw.com
Jeremy S Rogers:  Jeremy.Rogers@dinslaw.com
John M. Rogers:  johnr@rubin-levin.net
Joseph H Rogers:  jrogers@millerdollarhide.com
James E Rossow:  jim@rubin-levin.net
Steven Eric Runyan:  ser@kgrlaw.com
Niccole R. Sadowski:  nsadowski@thbklaw.com
Thomas C Scherer:  tscherer@bgdlegal.com
Stephen E. Schilling:  seschilling@strausstroy.com
Ivana B. Shallcross:  ishallcross@bgdlegal.com
Sarah Elizabeth Sharp:  sarah.sharp@faegrebd.com
Suzanne M Shehan:  suzanne.shehan@kutakrock.com,
James E. Smith:  jsmith@smithakins.com
William E Smith:  wsmith@k-glaw.com
Amanda Dalton Stafford ads@kgrlaw.com
Joshua N. Stine:  kabritt@vorys.com
Andrew D Stosberg:  astosberg@lloydmc.com
Matthew R. Strzynski:  indyattorney@hotmail.com
Meredith R. Theisen:  mtheisen@daleeke.com
John M. Thompson:  john.thompson@crowedunlevy.com,
Kevin M. Toner:  kevin.toner@faegrebd.com
Christopher M. Trapp:  ctrapp@rubin-levin.net
Chrisandrea L. Turner:  clturner@stites.com
U.S. Trustee:  ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver:  avandiver@aswdlaw.com
Andrea L Wasson:  andrea@wassonthornhill.com
Jennifer Watt:  jwatt@kgrlaw.com
Stephen A. Weigand:  sweigand@ficlaw.com
Charles R. Wharton:  Charles.R.Wharton@usdoj.gov
Sean T. White:  swhite@hooverhull.com
Michael Benton Willey:  michael.willey@ag.tn.gov
Jason P Wischmeyer:  jason@wischmeyerlaw.com
James T Young:  james@rubin-levin.net

By: /s/ Martha R. Lehman
Martha R. Lehman

KD_7133281_1.DOCX