IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CERTIFICATE OF MAILING**

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, the document identified below by docket number was served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on March 19, 2015:

| | |
|---|---|
| Docket No. 2731 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Anna Gayle Gibson) [Re: Docket No. 2730] |

///

Exhibit "A"   Address List regarding Docket No. 2731
- The post-confirmation Core Parties are referenced in Service List 59225
- Those post-confirmation parties who have requested special notice are referenced in Service List 59226
- The Affected Parties are referenced in Service List 59227

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 20th day of March 2015 at Paramount, California.

_____

Mabel Soto

**EXHIBIT A**

# Eastern Livestock

**Total number of parties: 18**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 59227 | BANKRUPTCY ESTATE OF THOMAS P & PATSY M GIBSON, KATHRYN L PRY, CHAPTER 7 TRUSTEE, C/O MEREDITH R THOMAS, DALE & EKE PC, 9100 KEYSTONE CROSSING STE 400, INDIANAPOLIS, IN, 46240 | US Mail (1st Class) |
| 59227 | DEITZ & FREEBURGER, P S C, SANDRA D FREEBURGER, (RE: GIBSON FARMS LLC), 101 FIRST ST., 2ND FL (42420), PO BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 59227 | DEITZ & FREEBURGER, P.S.C., (RE: GIBSON, ANNA GAYLE), SANDRA D. FREEBURGER, 101 FIRST ST., 2ND FL (42420), P O BOX 21, HENDERSOIN, KY, 42419-0021 | US Mail (1st Class) |
| 59226 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 59227 | ESTATE OF THOMAS P. GIBSON AND PATSY M. GIBSON, MS. KATHRYN L. PRY, TRUSTEE, C/O MS. ELIZABETH M. LALLY; RUBIN & LEVIN PC, 500 MAROTT CNTR, 342 MASSACHUSETTS AVE, STE 500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59227 | ESTATE OF THOMAS P. GIBSON AND PATSY M. GIBSON, (RE: BANKRUPTCY ESTATE OF THOMAS P & PATSY M GIBSON), MS. KATHRYN L. PRY, TRUSTEE, C/O MS. ELIZABETH M. LALLY; RUBIN & LEVIN PC, 500 MAROTT CNTR, 342 MASSACHUSETTS AVE, STE 500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59227 | GIBSON FARMS LLC, ANNA GAYLE GIBSON, 534 JUSTICE LN, PROVIDENCE, KY, 42450 | US Mail (1st Class) |
| 59227 | GIBSON FARMS. LLC, (RE: GIBSON FARMS LLC), 13140 NEBO RD, PROVIDENCE, KY, 42450-9606 | US Mail (1st Class) |
| 59227 | GIBSON, ANNA GAYLE, 13140 NEBO RD, PROVIDENCE, KY, 42450 | US Mail (1st Class) |
| 59227 | GIBSON, ANNA GAYLE, 534 JUSTICE LN, PROVIDENCE, KY, 42450 | US Mail (1st Class) |
| 59227 | GIBSON, ANNA GAYLE, (RE: GIBSON, ANNA GAYLE), 13140 NEBO RD, PROVIDENCE, KY, 42450 | US Mail (1st Class) |
| 59225 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 59226 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 59227 | MCCLAIN DEWEES, PLLC, MICHAEL W. MCCLAIN, 6008 BROWNSBORO PARK BLVD., SUITE H, LOUISVILLE, KY, 40207 | US Mail (1st Class) |
| 59226 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 59225 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59225 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59225 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

**Subtotal for this group: 18**