UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMES A. KNAUER, | ) | |
| CHAPTER 11 TRUSTEE OF | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 12-59143 |
| | ) | |
| RUSSELL D. GARWOOD, | ) | |
| MONTE HAIAR, | ) | |
| BUD HEINE, and | ) | |
| JANOUSEK FARMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISCOVERY REQUESTS

TO:   All counsel of record

Please take notice that on March 31, 2015, defendants Russell D. Garwood, Monte Haiar, and Bud Heine served non-party discovery requests in adversary proceeding 12-59143.

DATED: April 1, 2015        RUSSELL D. GARWOOD, MONTE HAIAR,
                             and BUD HEINE,
                             Defendants,

                      By:    /s/ Andrew T. Kight
                             Andrew T. Kight, one of their counsel

Andrew T. Kight
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
Email: akight@taftlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was served upon those parties identified on the attached Service List on April 1, 2015 via the Court's ECF system, and that a copy of the foregoing was also served on April 1, 2015 on Thomas Richard Alexander, II via electronic mail at tra@rgba-law.com.

    /s/  Andrew T. Kight
Andrew T. Kight

2467145.1

# Electronic Mail Information for Case 10-93904-BHL-11

The following is the list of **parties** who are currently on the list to receive U.S. Bankruptcy Court email notice/service for this case.

David L. Abt     davidabt@mwt.net

Amelia Martin Adams     aadams@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

John W Ames     james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Kay Dee Baird     kbaird@kdlegal.com, pdidandeh@kdlegal.com;mwebb@kdlegal.com

Christopher E. Baker     cbaker@thbklaw.com, thignight@thbklaw.com;twilkerson@thbklaw.com

Robert A. Bell, Jr.     rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles, Jr.     cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers     dbrangers@lawyer.com

Steven A. Brehm     sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt     kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton     kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com; sarah.herendeen@faegrebd.com

Joe Lee Brown     Joe.Brown@Hardincounty.biz

Lisa Koch Bryant     courtmail@fbhlaw.net

John R. Burns, III     john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr     jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com

John R. Carr, III     jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso	dcaruso@daleeke.com, mtheisen@daleeke.com;dwright@daleeke.com

Ben T. Caughey	ben.caughey@icemiller.com

Bret S. Clement	bclement@acs-law.com, sfinnerty@acs-law.com

Joshua Elliott Clubb	joshclubb@gmail.com

Jason W. Cottrell	jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher	kcrutcher@mcs-law.com, jparsons@mcs-law.com

John D Dale, Jr.	Johndaleatty@msn.com

Jack S Dawson	jdawson@millerdollarhide.com, jseeger@millerdollarhide.com; receptionist@millerdollarhide.com; chall@millerdollarhide.com

Dustin R. DeNeal	dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com; sarah.herendeen@faegrebd.com

Laura Day DelCotto	ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina	dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon	ddonnellon@bgdlegal.com, knorwick@bgdlegal.com

Trevor L. Earl	tearl@rwsvlaw.com

Shawna M Eikenberry	shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Jeffrey R. Erler	jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com

William K. Flynn	wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree	robertforee@bellsouth.net

Sandra D. Freeburger	sfreeburger@dsf-atty.com

| | |
|---|---|
| Peter M Gannott | pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com |
| Melissa S. Giberson | msgiberson@vorys.com |
| Thomas P Glass | tpglass@strausstroy.com |
| Jeffrey J. Graham | jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com |
| Patrick B Griffin | patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com |
| Terry E. Hall | terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com |
| Paul M. Hoffmann | paul.hoffmann@stinsonleonard.com |
| John David Hoover | jdhoover@hooverhull.com |
| John Huffaker | john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com |
| Jeffrey L Hunter | jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov |
| Jay Jaffe | jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com |
| James Bryan Johnston | bjtexas59@hotmail.com, bryan@ebs-law.net |
| Todd J. Johnston | tjohnston@mcjllp.com |
| Jill Zengler Julian | Jill.Julian@usdoj.gov |
| Jay P. Kennedy | jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com |
| Andrew T Kight | akight@taftlaw.com, ecfclerk@taftlaw.com; aolave@taftlaw.com |
| Edward M King | tking@fbtlaw.com, dgioffre@fbtlaw.com;tking@ecf.inforuptcy.com |
| James A. Knauer | jak@kgrlaw.com, tjf@kgrlaw.com |

3

| | |
|---|---|
| Erick P Knoblock | eknoblock@daleeke.com, dwright@daleeke.com |
| Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| Randall D. LaTour | RDLatour@vorys.com, skbrown@vorys.com;bjtobin@vorys.com |
| David A. Laird | david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com |
| James G. Lauck | jgl@kgrlaw.com, kmw@kgrlaw.com |
| David L. LeBas | dlebas@namanhowell.com, koswald@namanhowell.com |
| Martha R. Lehman | mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;brequenes@kdlegal.com |
| Scott R Leisz | sleisz@bgdlegal.com, disom@bgdlegal.com |
| Elliott D. Levin | robin@rubin-levin.net, edl@trustesolutions.com;edl@trustesolutions.net;atty_edl@trustesolutions.com |
| Kim Martin Lewis | kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com |
| James B. Lind | jblind@vorys.com |
| Karen L. Lobring | lobring@msn.com |
| John Hunt Lovell | john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net |
| Harmony A Mappes | harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com |
| John Frederick Massouh | john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| Michael W. McClain | mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com |
| Kelly Greene McConnell | lisahughes@givenspursley.com |
| James Edwin McGhee, III | mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com; belliott@derbycitylaw.com; patenaude@derbycitylaw.com;cantor@derbycitylaw.com |

4

| | |
|---|---|
| Brian H Meldrum | bmeldrum@stites.com |
| William Robert Meyer | rmeyer@stites.com |
| Kevin J. Mitchell | kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com |
| Terrill K. Moffett | kendalcantrell@moffettlaw.com |
| Natalie Donahue Montell | nmontell@bgdlegal.com |
| Christie A. Moore | cm@gdm.com, ljs2@gdm.com |
| Allen Morris | amorris@stites.com, dgoodman@stites.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com |
| Erin Casey Nave | enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com |
| Walter Scott Newbern, III | wsnewbern@msn.com |
| Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com |
| Matthew J. Ochs | kim.maynes@moyewhite.com |
| Jessica Lynn Olsheski | jessica.olsheski@justice-law.net, julie.streich@justice-law.net |
| Michael Wayne Oyler | moyler@rwsvlaw.com |
| Ross A. Plourde | ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com |
| Brian Robert Pollock | bpollock@stites.com |
| Wendy W Ponader | wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com |
| Timothy T. Pridmore | tpridmore@mcjllp.com, lskibell@mcjllp.com |
| Anthony G. Raluy | traluy@fbhlaw.net |

5

| | |
|---|---|
| Eric C Redman | ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com |
| Eric W. Richardson | ewrichardson@vorys.com, bjtobin@vorys.com |
| Joe T. Roberts | jratty@windstream.net |
| David Cooper Robertson | crobertson@stites.com, docketclerk@stites.com |
| Mark A. Robinson | mrobinson@vhrlaw.com |
| Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| John M. Rogers | johnr@rubin-levin.net, susan@rubin-levin.net |
| Joseph H Rogers | jrogers@millerdollarhide.com, cdow@millerdollarhide.com |
| James E Rossow, Jr. | jim@rubin-levin.net, susan@rubin-levin.net;ATTY_JER@trustesolutions.com |
| Steven Eric Runyan | ser@kgrlaw.com |
| Niccole R. Sadowski | nsadowski@thbklaw.com, kpeerman@thbklaw.com;twilkerson@thbklaw.com |
| Thomas C Scherer | tscherer@bgdlegal.com, mmcclain@bgdlegal.com |
| Stephen E. Schilling | seschilling@strausstroy.com |
| Ivana B. Shallcross | ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com |
| Sarah Elizabeth Sharp | sarah.sharp@faegrebd.com |
| Suzanne M Shehan | suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com |
| James E. Smith, Jr. | jsmith@smithakins.com, legalassistant@smithakins.com |
| William E Smith, III | wsmith@k-glaw.com, sking@k-glaw.com |
| Amanda Dalton Stafford | ads@kgrlaw.com, cking@kgrlaw.com; srosner@kgrlaw.com |

6

| | |
|---|---|
| Robert K Stanley | robert.stanley@FaegreBD.com |
| Joshua N. Stine | kabritt@vorys.com |
| Andrew D Stosberg | astosberg@lloydmc.com, bmarks@lloydmc.com |
| Matthew R. Strzynski | indyattorney@hotmail.com |
| Meredith R. Theisen | mtheisen@daleeke.com, dwright@daleeke.com |
| John M. Thompson | john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com |
| Jennifer Joyce Tompkins | jenniferjtompkins@hotmail.com |
| Kevin M. Toner | kevin.toner@faegrebd.com, judy.ferber@faegrebd.com |
| Christopher M. Trapp | chris_m_trapp@hotmail.com |
| Chrisandrea L. Turner | clturner@stites.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver | avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com |
| Andrea L Wasson | andrea@wassonthornhill.com |
| Jennifer Watt | jwatt@kgrlaw.com, tjf@kgrlaw.com |
| Stephen A. Weigand | sweigand@ficlaw.com |
| Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| Sean T. White | swhite@hooverhull.com, vwilliams@hooverhull.com |
| Michael Benton Willey | michael.willey@ag.tn.gov |
| Jason P Wischmeyer | jason@wischmeyerlaw.com, tammy@wischmeyerlaw.com |
| Jessica E. Yates | jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com |
| James T Young | james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com |

# Electronic Mail Information for Adversary Case 12-59143

The following is the list of **parties** who are currently on the list to receive U.S. Bankruptcy Court email notice/service for this case.

 Kay Dee Baird kbaird@kdlegal.com, pdidandeh@kdlegal.com;mwebb@kdlegal.com

 Kayla D. Britton kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

 Dustin R. DeNeal dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

 Shawna M Eikenberry shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

 Andrew T Kight akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

 Martha R. Lehman mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;brequenes@kdlegal.com

 Harmony A Mappes harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

 Shiv Ghuman O'Neill shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

 Wendy W Ponader wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

 U.S. Trustee ustpregion10.in.ecf@usdoj.gov

2356741.2

8