UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF
## JANE, LLC'S WITHDRAWAL OF PROOF OF CLAIM
## (CLAIM NO. 423)

NOTICE IS HEREBY GIVEN that, pursuant to the settlement agreement between Jane, LLC and James A. Knauer, Chapter 11 Trustee for Eastern Livestock Co., LLC [see Dkt. Nos. 2665 and 2703], Jane, LLC hereby withdraws with prejudice its Proof of Claim No. 423 in the amount of $51,497.90 filed in the above-captioned bankruptcy case.

Respectfully submitted,

Jack S. Dawson, OBA #2235
MILLER DOLLARHIDE, P.C.
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsimile: (405) 235-8130
jdawson@millerdollarhide.com
*Attorney for Robert Nichols,*
*Jane Nichols, Jane, LLC,*
*and Nichols Livestock*

## CERTIFICATE OF SERVICE

I hereby certify that on April ___, 2015, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.