UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor(s).

Case No. **10–93904–BHL–11**

## NOTICE OF DEFICIENT FILING

The Notice of Submission of Withdrawal of Trustee's Objection to Claim 464, which was filed on April 29, 2015, is deficient in the following respect(s):

    Incorrect event used refile using "Withdraw Document" event.

The above–cited deficiencies must be corrected by May 13, 2015 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: April 29, 2015

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court