## Notice Recipients

District/Off: 0756−4 User: cathy Date Created: 4/29/2015
Case: 10−93904−BHL−11 Form ID: SF00075 Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Dustin R. DeNeal   dustin.deneal@faegrebd.com

TOTAL: 1