**SO ORDERED: May 21, 2015.**



*/s/ Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE
COMPROMISE AND SETTLEMENT**

This matter comes before the Court, after proper notice, upon the *Trustee's Motion to Approve Compromise and Settlement* (the "Motion") filed herein by James A. Knauer, as chapter 11 trustee (the "ELC Trustee") for the bankruptcy estate of Eastern Livestock Co., LLC ("ELC"), wherein the ELC Trustee seeks approval of a settlement agreement between the ELC Trustee and Kathryn L. Pry, as Trustee (the "Gibson Trustee") of the bankruptcy estate of Thomas P. Gibson and Patsy M. Gibson (the "Gibson Estate"). The settlement also involves Intrust Bank, NA ("Intrust"), The First Bank and Trust Company ("First Bank") and Fifth Third Bank ("Fifth Third"). The Court, having reviewed and considered the Motion, along with the companion motion filed by the Gibson Trustee in bankruptcy case 10-93867-BHL-7 (the

"Gibson Case"), and finding that no objection to the Motion has been filed, and for good cause shown, hereby enters the following Order:

1. All capitalized terms that are not defined herein have the meanings ascribed in the Motion.

2. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (N), and (O).

3. Venue over this Bankruptcy Case and the Motion is proper in this district, pursuant to 28 U.S.C. §§ 1408 and 1409.

4. Proper, timely, adequate, and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

5. The Motion is hereby GRANTED in its entirety.

6. The settlement agreement described in the Motion is hereby APPROVED, and the ELC Trustee is authorized to execute and enter into the *Settlement Agreement and Mutual Release* (the "Settlement Agreement") attached as Exhibit A to the Motion.

7. The ELC Trustee is hereby authorized to take all actions required to consummate the terms provided for in the Settlement Agreement.

*###*