IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904 BHL 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF SUBSTITUTION OF APPEARANCE**
**FOR THE UNITED STATES TRUSTEE**

Charles R. Wharton has previously entered his attorney appearance on behalf of the United States Trustee in the above captioned case. Mr. Wharton's appearance is hereby withdrawn and substituted with the undersigned's attorney appearance:

Ronald J. Moore
OFFICE OF THE UNITED STATES TRUSTEE
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Ronald.Moore@usdoj.gov

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By: /s/ Ronald J. Moore
Ronald J. Moore
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-6268
Fax (317) 226-6356
Ronald.Moore@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt, davidabt@mwt.net

Amelia Martin Adams, aadams@dlgfirm.com, dlgecf@dlgfirm.com, dlgecfs@gmail.com

John W Ames, james@bgdlegal.com, smays@bgdlegal.com, tmills@bgdlegal.com

Kay Dee Baird, kbaird@kdlegal.com, pdidandeh@kdlegal.com

Christopher E. Bakerm, cbaker@thbklaw.com, thignight@thbklaw.com, twilkerson@thbklaw.com

Robert A. Bell, Jr., rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles, Jr.,  cbowles@bgdlegal.com, smays@bgdlegal.com, cjenkins@bgdlegal.com

David W. Brangers, dbrangers@lawyer.com

Steven A. Brehm, sbrehm@bgdlegal.com bbaumgardner@bgdlegal.com smays@bgdlegal.com

Kent A Britt kabritt@vorys.com cbkappes@vorys.com dfhine@vorys.com tbfinney@vorys.com

Kayla D. Britton kayla.britton@faegrebd.com cindy.wondra@faegrebd.com sarah.herendeen@faegrebd.com

Joe Lee Brown Joe.Brown@Hardincounty.biz

Lisa Koch Bryant courtmail@tilfordlaw.com

John R. Burns, III john.burns@faegrebd.com sandy.rhoads@faegrebd.com oliana.nansen@faegrebd.com

John R. Carr, III jrciii@acs-law.com sfinnerty@acs-law.com

2

Deborah Caruso dcaruso@daleeke.com mtheisen@daleeke.com dwright@daleeke.com

Ben T. Caughey ben.caughey@icemiller.com

Bret S. Clement bclement@acs-law.com sfinnerty@acs-law.com

Joshua Elliott Clubb joshclubb@gmail.com

Jason W. Cottrell jwc@stuartlaw.com jbr@stuartlaw.com

Anne Lynette Cowgur acowgur@taftlaw.com

Kirk Crutcher kcrutcher@mcs-law.com jparsons@mcs-law.com

John D Dale, Jr. Johndaleatty@msn.com

Jack S Dawson jdawson@millerdollarhide.com jseeger@millerdollarhide.com receptionist@millerdollarhide.com chall@millerdollarhide.com

Dustin R. DeNeal dustin.deneal@faegrebd.com cindy.wondra@faegrebd.com sarah.herendeen@faegrebd.com

Laura Day DelCotto ldelcotto@dlgfirm.com dlgecf@dlgfirm.com dlgecfs@gmail.com

David Alan Domina dad@dominalaw.com KKW@dominalaw.com efiling@dominalaw.com

Trevor L. Earl tearl@rwsvlaw.com

Shawna M Eikenberry shawna.eikenberry@faegrebd.com sarah.herendeen@faegrebd.com dianne.armstroff@faegrebd.com

Jeffrey R. Erler jerler@ghjhlaw.com cboston@ghjhlaw.com lwadley@ghjhlaw.com

William K. Flynn wkflynn@strausstroy.com fmtuttle@strausstroy.com rlshapiro@strausstroy.com

Robert H. Foree robertforee@bellsouth.net

Sandra D. Freeburger sfreeburger@dsf-atty.com scain@dsf-atty.com

Peter M Gannott pgannott@gannottlaw.com, paralegal@gannottlaw.com gannottlaw@gmail.com

3

Melissa S. Giberson msgiberson@vorys.com

Thomas P Glass tpglass@strausstroy.com

Patrick B Griffin patrick.griffin@kutakrock.com stephanie.brockman@kutakrock.com

Terry E. Hall terry.hall@faegrebd.com sharon.korn@faegrebd.com sarah.herendeen@faegrebd.com

Paul M. Hoffmann paul.hoffmann@stinsonleonard.com

John David Hoover jdhoover@hooverhull.com

John Huffaker john.huffaker@sprouselaw.com rhonda.rogers@sprouselaw.com

Jeffrey L Hunter jeff.hunter@usdoj.gov USAINS.ECFBankruptcy@usdoj.gov

James R Irving jirving@bgdlegal.com smays@bgdlegal.com tmills@bgdlegal.com

Jay Jaffe jay.jaffe@faegrebd.com sarah.herendeen@faegrebd.com

James Bryan Johnston bjtexas59@hotmail.com bryan@ebs-law.net

Todd J. Johnston tjohnston@mcjllp.com

Jill Zengler Julian Jill.Julian@usdoj.gov

Jay P. Kennedy jpk@kgrlaw.com tfroelich@kgrlaw.com srosner@kgrlaw.com;jli@kgrlaw.com

Andrew T Kight akight@taftlaw.com ecfclerk@taftlaw.com aolave@taftlaw.com

Edward M King tking@fbtlaw.com lsugg@fbtlaw.com tking@ecf.inforuptcy.com

James A. Knauerjak@kgrlaw.com tjf@kgrlaw.com

Erick P Knoblock eknoblock@daleeke.com dwright@daleeke.com

Theodore A Konstantinopoulos ndohbky@jbandr.com

Randall D. LaTour
RDLatour@vorys.com skbrown@vorys.com bjtobin@vorys.com

4

David A. Laird david.laird@moyewhite.com    lisa.oliver@moyewhite.com
deanne.stoneking@moyewhite.com

James G. Lauck jgl@kgrlaw.com kmw@kgrlaw.com

David L. LeBas dlebas@namanhowell.com koswald@namanhowell.com

Martha R. Lehman mlehman@kdlegal.com crbpgpleadings@kdlegal.com
brequenes@kdlegal.com

Scott R Leisz sleisz@bgdlegal.com disom@bgdlegal.com

Elliott D. Levin edl@rubin-levin.net atty_edl@trustesolutions.com

Kim Martin Lewis kim.lewis@dinslaw.com lisa.geeding@dinslaw.com
patrick.burns@dinslaw.com

James B. Lind jblind@vorys.com

Karen L. Lobring lobring@msn.com

John Hunt Lovell john@lovell-law.net sabrina@lovell-law.net
shannon@lovell-law.net paula@lovell-law.net

Harmony A Mappes harmony.mappes@faegrebd.com
sarah.herendeen@faegrebd.com

John Frederick Massouh john.massouh@sprouselaw.com
sherida.stone@sprouselaw.com

Michael W. McClain mmcclain@mcclaindewees.com
larmstrong@mcclaindewees.com rchester@mcclaindewees.com

Kelly Greene McConnell lisahughes@givenspursley.com

James Edwin McGhee, III mcghee@derbycitylaw.com
SeillerWatermanBankruptcymyecf@gmail.com belliott@derbycitylaw.com
patenaude@derbycitylaw.com cantor@derbycitylaw.com

Brian H Meldrum meldrum@stites.com

William Robert Meyer, II rmeyer@stites.com

Kevin J. Mitchell kevin.mitchell@faegrebd.com cyndy.maucher@faegrebd.com
oliana.nansen@faegrebd.com

Terrill K. Moffett kendalcantrell@moffettlaw.com

Christie A. Moore cm@gdm.com ljs2@gdm.com
Allen Morris amorris@stites.com dgoodman@stites.com

Judy Hamilton judy.morse@crowedunlevy.com ecf@crowedunlevy.com
karen.martin@crowedunlevy.com karol.brown@crowedunlevy.com

Erin Casey Nave enave@taftlaw.com ecfclerk@taftlaw.com
dhighbaugh@taftlaw.com

Walter Scott Newbern, III wsnewbern@msn.com

Shiv Ghuman O'Neill shiv.oneill@faegrebd.com amanda.castor@faegrebd.com

Matthew J. Ochs kim.maynes@moyewhite.com

Jessica Lynn Olsheski jessica.olsheski@justice-law.net
julie.streich@justice-law.net

Michael Wayne Oyler moyler@rwsvlaw.com

Ross A. Plourde ross.plourde@mcafeetaft.com penni.jones@mcafeetaft.com

Brian Robert Pollock bpollock@stites.com

Wendy W Ponader wendy.ponader@faegrebd.com
sarah.herendeen@faegrebd.com

Timothy T. Pridmore tpridmore@mcjllp.com lskibell@mcjllp.com

Anthony G. Raluy traluy@rendigs.com

Eric C Redman ksmith@redmanludwig.com kzwickel@redmanludwig.com
myecfmailrl@gmail.com bsears@redmanludwig.com

Eric W. Richardson ewrichardson@vorys.com bjtobin@vorys.com

Joe T. Roberts jratty@windstream.net

David Cooper Robertson crobertson@stites.com docketclerk@stites.com

Mark A. Robinson mrobinson@vhrlaw.com

Jeremy S Rogers Jeremy.Rogers@dinslaw.com

John M. Rogers johnr@rubin-levin.net susan@rubin-levin.net

James E Rossow, Jr. jim@rubin-levin.net susan@rubin-levin.net ATTY_JER@trustesolutions.com

Steven Eric Runyan ser@kgrlaw.com

Niccole R. Sadowski nsadowski@thbklaw.com kpeerman@thbklaw.com twilkerson@thbklaw.com

Thomas C Scherer tscherer@bgdlegal.com mmcclain@bgdlegal.com

Stephen E. Schilling seschilling@strausstroy.com

Ivana B. Shallcross ishallcross@bgdlegal.com smays@bgdlegal.com tmills@bgdlegal.com acoates@bgdlegal.com

Sarah Elizabeth Sharp sarah.sharp@faegrebd.com

Suzanne M Shehan suzanne.shehan@kutakrock.com nancy.johnson@kutakrock.com joy.lehnert@kutakrock.com

James E. Smith, Jr. jsmith@smithakins.com legalassistant@smithakins.com

William E Smith, III wsmith@k-glaw.com sking@k-glaw.com

Amanda Dalton Stafford ads@kgrlaw.com cking@kgrlaw.com srosner@kgrlaw.com

Robert K Stanley robert.stanley@FaegreBD.com

Joshua N. Stine kabritt@vorys.com

Andrew D Stosberg astosberg@lloydmc.com bmarks@lloydmc.com

Matthew R. Strzynski indyattorney@hotmail.com

Meredith R. Theisen mtheisen@daleeke.com dwright@daleeke.com

John M. Thompson john.thompson@crowedunlevy.com jody.moore@crowedunlevy.com

Jennifer Joyce Tompkins jenniferjtompkins@hotmail.com

Kevin M. Toner kevin.toner@faegrebd.com judy.ferber@faegrebd.com

7

Christopher M. Trapp chris_m_trapp@hotmail.com

Chrisandrea L. Turner clturner@stites.com

Andrew James Vandiver avandiver@aswdlaw.com sgoins@aswdlaw.com jrobb@aswdlaw.com

Andrea L Wasson andrea@wassonthornhill.com

Jennifer Watt jwatt@kgrlaw.com tjf@kgrlaw.com

Stephen A. Weigand sweigand@ficlaw.com

Charles R. Wharton Charles.R.Wharton@usdoj.gov

Sean T. White swhite@hooverhull.com vwilliams@hooverhull.com

Michael Benton Willey michael.willey@ag.tn.gov

April A Wimberg awimberg@bgdlegal.com

Jason P Wischmeyer jason@wischmeyerlaw.com tammy@wischmeyerlaw.com

Jessica E. Yates jyates@swlaw.com docket_den@swlaw.com mmccleery@swlaw.com

James T Young james@rubin-levin.net lking@rubin-levin.net kim@rubin-levin.net atty_young@bluestylus.com

    I further certify that on July 7, 2015, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Thomas Richard Alexander, II
Richardson Gardner & Alexander
117 East Washington Street
Glasgow, KY 42141

Bob's Auto, Inc. d/b/a Bob's Auto Supply
PO Box 419
Edmonton, KY 42129

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Adam R Burrus
Fleeson Gooing Coulson & Kitch LLC
301 N Main
Suite 1900
Wichita, KS 67202

Ron C Campbell
Fleeson, Gooing, Coulson & Kitch
125 N Market St
Ste 1600
PO Box 997
Wichita, KS 67201

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Sam Fousek
29972 396th Ave
Wagner, SD 57380

C. B. Gilbert
4374 Bloomfield Road
Taylorsville, KY 40071

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA 24224

David M Jones on behalf
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

James Kilroy
Snell & Wilmer LLP
1200 17th Ste
Ste 1900
Denver, CO 80202

Justice B King
Fisher, Patterson, Sayler & Smith
3550 S.W. Fifth St
PO Box 949
Topeka, KS 66601-0949

Thomas J Lasater
301 N Main
Ste 1900
PO Box 997
Wichita, KS 67201

David A. Layson
102 North Capitol Avenue
Corydon, IN 47112

Michael Wade Loula
Rt1, Box 50
Colony, OK 73021-9631

Terry L Malone
Martin, Pringle, Oliver,
Wallace & Swartz LLP
100 North Broadway
Ste 500
Wichita, KS 67202

Philip Martin
6853 Fairview Rd
Cookeville, TN 38501-9715

National Cattlemen's Beef Association
Alice Devine
Devine & Donley, LLC
534 S KS Ave Suite 1420
Topeka, KA 66603

Bryan K Nowicki
Reinhart Boerner Van Deuren s.c.
22 E Mifflin St., Ste 600
Madison, WI 53703

Mark A Rondeau
1321 Main Suite 300
P O Drawer 1110

Great Bend, KS 67530

Ashley S Rusher
Blanco Tackabery & Matamoros PA
PO Drawer 25008
Winston-Salem, NC 27114-5008

Ann Ustad Smith
Michael Best & Friedrich
1 S Pinckney St #900 PO Box 1806
Madison, WI 53701

Southeastern Livestock Network LLC
176 Pasadena Drive
Lexington, KY 40503

Tennessee Livestock Producers, Inc.
P.O. Box 313
Columbia, TN 38402

Alex R Voils, Jr
PO Box 640
Zionsville, IN 46077

      /s/ Ronald J. Moore
Ronald J. Moore
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-6268
Fax (317) 226-6356
Ronald.Moore@usdoj.gov