# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF MAILING

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, the documents identified below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on July 30, 2015:

| | |
|---|---|
| Docket No. 2779 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Monte Haiar) [Re: Docket No. 2778] |
| Docket No. 2781 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Bud Heine) [Re: Docket No. 2780] |
| Docket No. 2783 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Russell Garwood) [Re: Docket No. 2782] |

///

Exhibit "A"   Address List regarding Docket Nos. 2779, 2781 and 2783
- The post-confirmation Core Parties are referenced in Service List 59824
- Those post-confirmation parties who have requested special notice are referenced in Service List 59823
- The Affected Parties are referenced in Service List 59825

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 31st day of July 2015 at Paramount, California.

_____

Mabel Soto

**EXHIBIT A**

# Eastern Livestock

**Total number of parties: 15**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 59823 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 59825 | HAIAR, MONTE JAMES, 501 RANDALL ST, FAIRFAX, SD, 57335 | US Mail (1st Class) |
| 59824 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 59825 | JANOUSEK FARMS, LLC, 36982 US HWY 18, FAIRFAX, SD, 57335 | US Mail (1st Class) |
| 59825 | KIGHTLINGER & GRAY, LLP, (RE: TIM T. HEINE), WILLIAM E SMITH, BONTERRA BUILDING, SUITE 200, 3620 BLACKISTON BOULEVARD, NEW ALBANY, IN, 47150 | US Mail (1st Class) |
| 59825 | KIGHTLINGER & GRAY, LLP, (RE: RUSSELL D. GARWOOD), WILLIAM E SMITH, BONTERRA BUILDING, SUITE 200, 3620 BLACKISTON BOULEVARD, NEW ALBANY, IN, 47150 | US Mail (1st Class) |
| 59825 | KRIEG DEVAULT LLP, (RE: JANOUSEK FARMS, LLC), KAY DEE BAIRD, MARTHA R. LEHMAN, ONE INDIANA SQUARE, STE 2800, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59823 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 59823 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 59825 | RUSSELL D. GARWOOD, 47951 901ST RD, BUTTE, NE, 68722 | US Mail (1st Class) |
| 59825 | TAFT STETTINIUS & HOLLISTER LLP, (RE: RUSSELL D. GARWOOD), ANNE LYNETTE COWGUR, ANDREW T KIGHT, ONE INDIANA SQUARE SUITE 3500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59825 | TIM T. HEINE, 412 STERLING STREET, VERMILLION, SD, 57069 | US Mail (1st Class) |
| 59824 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59824 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 59824 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

**Subtotal for this group: 15**