UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

**MOTION TO COMPROMISE AND SETTLE**
**AND NOTICE OF OBJECTION DEADLINE**
**(Atkinson Livestock Market, LLC)**

The *Trustee's Motion To Approve Compromise And Settlement With Atkinson Livestock Market, LLC* (Docket No. 2788) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC (the "Debtor") on August 20, 2015.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Atkinson Livestock Market, LLC ("Atkinson").  Pursuant to the Settlement Agreement, and in exchange for dismissal of claims against Atkinson in Adversary Proceeding No. 11-59094, Atkinson agrees to pay the Trustee $530,000.00.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion.  **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

US.79419974.01

FAEGRE BAKER DANIELS LLP

By: /s/ Shiv G. O'Neill

Terry E. Hall (#22041-49)  *Counsel for James A. Knauer, Chapter 11 Trustee*
Shiv G. O'Neill (#23280-53)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
shiv.oneill@faegrebd.com

79419974_1