UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC

CHAPTER 11
CASE NO. 10-93904

DEBTOR

## MOTION OF AMELIA MARTIN ADAMS, ESQ. TO WITHDRAW AS COUNSEL AND TO BE REMOVED FROM ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LISTS

Comes Amelia Martin Adams, Esq. ("Counsel") of DelCotto Law Group PLLC, and pursuant to S.D.Ind. B-9010-1(c), respectfully requests that this Court enter an order granting Counsel leave to withdraw as counsel for Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards of Richmond, LLC, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Alton Darnell, Bradbury & York, Mike Bradbury, Fort Payne Stock Yard, Inc., Amos Kropf, B & B Land & Livestock, and Jeremy Coffey (collectively, the "Clients") in the above-captioned bankruptcy case, and removing her from this Court's CM/ECF noticing list as a party receiving service of all pleadings in this case. Ms. Adams will be leaving DelCotto Law Group PLLC as of August 21, 2015. The Clients will continue to be represented by Laura Day DelCotto, Esq. of DelCotto Law Group PLLC, who will remain as counsel of record for the Clients.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Amelia Martin Adams, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
aadams@dlgfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was electronically filed and served via the Court's CM/ECF System on August 20, 2015, which will automatically provide notice to all counsel of record herein via electronic mail.  The undersigned further certifies that this documents was served via electronic mail, postage prepaid, on all of the Clients as follows:

| | |
|---|---|
| Alton Darnell<br>480 Blevins Hollow Road<br>Piney Creek, NC  28663 | East Tennessee Livestock Center, Inc.<br>Attn:  Jennifer and Mark Houston<br>P.O. Box 326<br>Sweetwater, Tennessee 37874 |
| Moseley Cattle Auction, LLC<br>Attn:  Will Moseley<br>P.O. Box 548<br>Blakely, GA 39823 | Piedmont Livestock Company, Inc.<br>Attn:  Joseph R. Jones, President<br>P.O. Box 217<br>Altamahaw, NC 27202-0217 |
| Southeast Livestock Exchange, LLC<br>Attn:  John M. Queen III<br>P.O. Box 908<br>Canton, NC 28716 | Bluegrass Stockyards, LLC<br>Bluegrass Stockyards of Campbellsville, LLC<br>Bluegrass Stockyards East, LLC<br>Bluegrass-Maysville Stockyards, LLC<br>Bluegrass South Livestock Market, LLC<br>Bluegrass Stockyards of Richmond, LLC<br>Attn: Jim Akers, Chief Operating Officer<br>1218 Liggett Ave.<br>Lexington, KY 40508 |
| Bradbury & York<br>Mike Bradbury<br>c/o Jack York and Mike Bradbury<br>P.O. Box 588<br>Tatum, TX 75691 | Amos Kropf<br>6987 Hwy. 278 West<br>Ozan, AR 71855-9023 |

Jeremy Coffey
1218 Liggett Ave.
Lexington, KY 40508

B & B Land & Livestock
c/o Kliff Bare
P.O. Box 50175
Billings, MT 59105

Fort Payne Stock Yard, Inc.
Attn:  Glean Plunkett
P.O. Box 681126
Fort Payne, AL 35968-1612

        /s/ Amelia Martin Adams, Esq.
DELCOTTO LAW GROUP PLLC

Z:\Withdraw Counsel Adams Mot 20150819.doc