UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC

    DEBTOR

CHAPTER 11
CASE NO. 10-93904

**ORDER GRANTING MOTION OF AMELIA MARTIN ADAMS, ESQ.
TO WITHDRAW AS COUNSEL OF RECORD**

This matter having come before the Court upon the Motion of Amelia Martin Adams, Esq. for entry of an order authorizing her to withdraw as counsel of record for Bluegrass Stockyards, LLC, Bluegrass Stockyards of Campbellsville, LLC, Bluegrass Stockyards East, LLC, Bluegrass-Maysville Stockyards, LLC, Bluegrass South Livestock Market, LLC, Bluegrass Stockyards of Richmond, LLC, East Tennessee Livestock Center, Inc., Moseley Cattle Auction, LLC, Piedmont Livestock Company, Inc., Southeast Livestock Exchange, LLC, Alton Darnell, Bradbury & York, Mike Bradbury, Fort Payne Stock Yard, Inc., Amos Kropf, B & B Land & Livestock, and Jeremy Coffey

(collectively, the "Clients") in the above-captioned bankruptcy case and removing her from this Court's CM/ECF noticing list as a party receiving service of all pleadings filed in this case; and the Court having reviewed the record and being otherwise sufficiently advised and having considered same;

IT IS HEREBY ORDERED as follows:

1. Amelia Martin Adams' Motion to Withdraw is hereby GRANTED.

2. Amelia Martin Adams is hereby removed from this Court's CM/ECF noticing list and shall no longer receive service of pleadings in the above-captioned bankruptcy case.

3. Laura Day DelCotto, Esq. and DelCotto Law Group PLLC shall remain as counsel of record for the Clients in the above-captioned bankruptcy case.

###