SO ORDERED: August 21, 2015.



*Basil H. Lorch III*

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 01/2014)

In re:

**Eastern Livestock Co., LLC**,
Debtor.

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion to Withdraw as Attorney was filed on August 20, 2015, by Amelia Martin Adams.

**IT IS ORDERED** that the Motion to Withdraw as Attorney is **GRANTED**.

Attorney for Petitioning Creditor Jeremy Coffey must distribute this order.

###