UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

        CHAPTER 11

EASTERN LIVESTOCK CO., LLC         CASE NO. 10-93904

    DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned hereby certifies that a true and accurate copy of the Order [Doc 2791], entered by the Court on August 21, 2015, was served on that same day, via first-class U.S. mail, postage prepaid, on the following:

| | |
|---|---|
| Alton Darnell<br>480 Blevins Hollow Road<br>Piney Creek, NC 28663 | East Tennessee Livestock Center, Inc.<br>Attn: Jennifer and Mark Houston<br>P.O. Box 326<br>Sweetwater, Tennessee 37874 |
| Moseley Cattle Auction, LLC<br>Attn: Will Moseley<br>P.O. Box 548<br>Blakely, GA 39823 | Piedmont Livestock Company, Inc.<br>Attn: Joseph R. Jones, President<br>P.O. Box 217<br>Altamahaw, NC 27202-0217 |
| Southeast Livestock Exchange, LLC<br>Attn: John M. Queen III<br>P.O. Box 908<br>Canton, NC 28716 | Bluegrass Stockyards, LLC<br>Bluegrass Stockyards of Campbellsville, LLC<br>Bluegrass Stockyards East, LLC<br>Bluegrass-Maysville Stockyards, LLC<br>Bluegrass South Livestock Market, LLC<br>Bluegrass Stockyards of Richmond, LLC<br>Attn: Jim Akers, Chief Operating Officer<br>1218 Liggett Ave.<br>Lexington, KY 40508 |

Bradbury & York
Mike Bradbury
c/o Jack York and Mike Bradbury
P.O. Box 588
Tatum, TX 75691

Jeremy Coffey
1218 Liggett Ave.
Lexington, KY 40508

Fort Payne Stock Yard, Inc.
Attn:  Glean Plunkett
P.O. Box 681126
Fort Payne, AL 35968-1612

Amos Kropf
6987 Hwy. 278 West
Ozan, AR 71855-9023

B & B Land & Livestock
c/o Kliff Bare
P.O. Box 50175
Billings, MT 59105

Respectfully submitted,

DELCOTTO LAW GROUP PLLC


/s/ Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcottto@dlgfirm.com


Z:\Clients\ELC-Gibson\Bankr 10-93904 Eastern Livestock\Pleadings\COS of 2791.doc