|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   |   | Case | Sp Cnsl hours | Sp Cnsl fees | ADM Hours | ADM Fees | Alabama Hours | Alabama Fees | Arab hours | Arab fees | Ashville Hours |
| 2 | Atty/Para | Rate |   |   |   |   |   |   |   |   |   |   |
| 3 | JPK | $175.00 |   | 28.50 | $ 4,987.50 | 6.30 | $ 1,102.50 | 8.30 | $ 1,452.50 | 0.30 | $ 52.50 | 6.40 |
| 4 | JLW | $175.00 |   | 0.00 | $ - |   | $ - | 0.30 | $ 52.50 | 0.00 | $ - | 0.30 |
| 5 | ADS | $175.00 |   | 71.90 | $ 12,582.50 | 8.90 | $ 1,557.50 | 31.80 | $ 5,565.00 | 1.90 | $ 332.50 | 29.20 |
| 6 | TJF | $125.00 |   | 7.50 | $ 937.50 | 0.10 | $ 12.50 | 0.00 | $ - | 0.20 | $ 25.00 | 0.10 |
| 7 | JGL | $175.00 |   | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | SER | $175.00 |   | 0.00 | $ - | 23.00 | $ 4,025.00 | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | Total |   |   | 107.90 | $ 18,507.50 | 38.30 | $ 6,697.50 | 40.40 | $ 7,070.00 | 2.40 | $ 410.00 | 36.00 |

1

| | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ashville Fees | Beard Hours | Beard Fees | Billingsley Hours | Billingsley Fees | Blanton Hours | Blanton Fees | Breitsprecher Hours | Breitsprecher Fees | Buckhorn Cattle Hours | Buckhorn Cattle Fees |
| 2 | | | | | | | | | | | |
| 3 | $ 1,120.00 | 0.00 | $ - | 5.60 | $ 980.00 | 0.40 | $ 70.00 | 0.00 | $ - | 0.00 | $ - |
| 4 | $ 52.50 | 0.10 | $ 17.50 | 0.20 | $ 35.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 5 | $ 5,110.00 | 5.20 | $ 910.00 | 33.80 | $ 5,915.00 | 0.50 | $ 87.50 | 4.60 | $ 805.00 | 0.10 | $ 17.50 |
| 6 | $ 12.50 | 0.00 | $ - | 0.10 | $ 12.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 9 | $ 6,295.00 | 5.30 | $ 927.50 | 39.70 | $ 6,942.50 | 0.90 | $ 157.50 | 4.60 | $ 805.00 | 0.10 | $ 17.50 |

2

|   | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Carroll Co. Hours | Carroll Co. Fees | Cav Hours | Cav Fees | ECC hours | ECC fees | Elder hours | Elder fees | Garrett hours | Garrett fees | Gettlefinger hours | Gettlefinger fees |
| 2 | | | | | | | | | | | | |
| 3 | 0.50 | $ 87.50 | 0.00 | $ - | 0.00 | $ - | 1.00 | $ 175.00 | 4.30 | $ 752.50 | 9.00 | $ 1,575.00 |
| 4 | 0.00 | $ - | 0.10 | $ 17.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.10 | $ 17.50 |
| 5 | 2.40 | $ 420.00 | 0.10 | $ 17.50 | 3.10 | $ 542.50 | 3.00 | $ 525.00 | 36.90 | $ 6,457.50 | 47.60 | $ 8,330.00 |
| 6 | 0.00 | $ - | 0.10 | $ 12.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 7 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 8 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 9 | 2.90 | $ 507.50 | 0.30 | $ 47.50 | 3.10 | $ 542.50 | 4.00 | $ 700.00 | 41.20 | $ 7,210.00 | 56.70 | $ 9,922.50 |

3

| | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Clarence Gilbert Hours | Clarence Gilbert Fees | Grove hours | Grove fees | Hustbourne hours | Hustbourne fees | J&L hours | J&L fees | K&S hours | K&S Fees | Krantz hours | Krantz fees | Loveland hours |
| 2 | | | | | | | | | | | | | |
| 3 | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.00 | $ 175.00 | 3.20 | $ 560.00 | 0.00 |
| 4 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.40 | $ 70.00 | 0.00 |
| 5 | $ 4.40 | $ 770.00 | 0.60 | $ 105.00 | 0.70 | $ 122.50 | 0.30 | $ 52.50 | 10.90 | $ 1,907.50 | 1.30 | $ 227.50 | 1.20 |
| 6 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.40 | $ 50.00 | 0.00 |
| 7 | $ 3.00 | $ 525.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | 7.40 | $ 1,295.00 | 0.60 | $ 105.00 | 0.70 | $ 122.50 | 0.30 | $ 52.50 | 11.90 | $ 2,082.50 | 5.30 | $ 907.50 | 1.20 |

4

|   | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Loveland fees | Macon hours | Macon fees | Parker hours | Parker fees | Peoples hours | Peoples fees | R. Rawls hours | R. Rawls fees | Edwin Riley Hours | Edwin Riley Fees |
| 2 | | | | | | | | | | | |
| 3 | $    - | 7.00 | $ 1,225.00 | 0.40 | $    70.00 | 7.50 | $ 1,312.50 | 3.40 | $    595.00 | 0.00 | $    - |
| 4 | $    - | 0.30 | $    52.50 | 0.00 | $    - | 0.30 | $    52.50 | 1.20 | $    210.00 | 0.00 | $    - |
| 5 | $ 210.00 | 30.60 | $ 5,355.00 | 5.10 | $    892.50 | 27.60 | $ 4,830.00 | 7.80 | $ 1,365.00 | 0.00 | $    - |
| 6 | $    - | 0.10 | $    12.50 | 0.00 | $    - | 0.10 | $    12.50 | 0.10 | $    12.50 | 0.00 | $    - |
| 7 | $    - | | $    - | 0.00 | $    - | | $    - | 0.00 | $    - | 1.20 | $ 210.00 |
| 8 | $    - | | $    - | 0.00 | $    - | | $    - | 0.00 | $    - | 0.00 | $    - |
| 9 | $ 210.00 | 38.00 | $ 6,645.00 | 5.50 | $    962.50 | 35.50 | $ 6,207.50 | 12.50 | $ 2,182.50 | 1.20 | $ 210.00 |

5

|   | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S. Coffeyville hours | S. Coffeyville fees | Salem hours | Salem fees | Scotts Hill hours | Scotts Hill fees | D. Stewart hours | D. Stewart fees | Stoops hours | Stoops fees | Tate hours | Tate fees | Tulsa hours |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 | 0.70 | $ 122.50 | 2.00 | $ 350.00 | 0.70 | $ 122.50 | 0.00 | $ - | 0.90 | $ 157.50 | 2.40 | $ 420.00 | 0.40 |
| 4 | 0.00 | $ - | 0.20 | $ 35.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.30 | $ 52.50 | 0.00 |
| 5 | 0.30 | $ 52.50 | 21.20 | $ 3,710.00 | 0.50 | $ 87.50 | 1.60 | $ 280.00 | 1.10 | $ 192.50 | 4.20 | $ 735.00 | 0.50 |
| 6 | 0.00 | $ - | 0.50 | $ 62.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.20 | $ 25.00 | 0.00 |
| 7 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | 1.00 | $ 175.00 | 23.90 | $ 4,157.50 | 1.20 | $ 210.00 | 1.60 | $ 280.00 | 2.00 | $ 350.00 | 7.10 | $ 1,232.50 | 0.90 |

|   | BU | BV | BW | BX | BY |
|---|---|---|---|---|---|
| 1 | Tulsa fees | Witt hours | Witt fees | Total hours per Atty/Para | Total fees per Atty/Para |
| 2 |   |   |   |   |   |
| 3 | $ 70.00 | 0.60 | $ 105.00 | 100.8 | $ 17,640.00 |
| 4 | $ - | 0.20 | $ 35.00 | 4.0 | $ 700.00 |
| 5 | $ 87.50 | 9.00 | $ 1,575.00 | 409.9 | $ 71,732.50 |
| 6 | $ - | 0.10 | $ 12.50 | 9.6 | $ 1,200.00 |
| 7 | $ - |   | $ - | 4.2 | $ 735.00 |
| 8 | $ - |   | $ - | 23.0 | $ 4,025.00 |
| 9 | $ 157.50 | 9.90 | $ 1,727.50 | 551.5 | $96,032.50 |

7