## **Exhibit C**

| | |
|---|---|
| Mailing Expense | $ 337.73 |
| Reproduction Expense | $ 1,025.90 |
| Overnight Mail | $ 178.41 |
| Pacer Service Center Docket Retrieval | $ 152.60 |
| Telephonic Expenses | $ 24.38 |
| Meals | $ 112.95 |
| Mileage Expenses | $ 600.88 |
| Lodging | $ 608.77 |
| Lexis Nexis | $ 19.00 |
| Total | **$3,060.62** |