|  |  |
|---|---|
| Eastern Livestock Bankruptcy | Page: 1<br>September 03, 2015<br>ACCOUNT NO: 110035-50<br>INVOICE NO: 16 |

re: Trustee

DRAFT STATEMENT

[ ] **Bill & Mail** this statement as is/as modified
[ ] **Return** to _____ for letter
[ ] Prepare for sending **VIA EMAIL**
[ ] **HOLD**/Do not send
[ ] Send only **previous** balance
[ ] **Close** File (only closed if paid in full or balance is written off)
[ ] **Pay** this invoice from **TRUST**
[ ] Other: _____

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 11/03/2014 | | | | | |
| | JAK | 4 - Email from T Hall on fee applications and respond | 475.00 | 0.10 | 3680 |
| 11/04/2014 | | | | | |
| | JAK | 10- Review of settlement proposal for Nichols, execute and return to counsel;; | 475.00 | 0.20 | 3681 |
| | JAK | 10 - Review of settlement for Chase, execute and return to counsel | 475.00 | 0.20 | 3682 |
| 11/05/2014 | | | | | |
| | JAK | 10  finally reached Roger Kepley and initial discussion on case | 475.00 | 0.20 | 3683 |
| | JAK | 10 - conference call with FBD and KGR counsel on issues related to settlement of ADMIS case | 475.00 | 0.70 | 3684 |
| 11/06/2014 | | | | | |
| | JAK | 10  court call re Edens case | 475.00 | 0.30 | 3685 |
| 11/07/2014 | | | | | |
| | JAK | 10 - Interview  with Roger Kepley to discuss Intrust case (.3); call with Dustin Deneal to discuss Kepley interview and settlement or proceeding options (.3) | 475.00 | 0.60 | 3686 |
| | JAK | 10 - memo to file re Roger Kepley interview | 475.00 | 0.30 | 3687 |

Eastern Livestock Bankruptcy

re: Trustee

Page: 2
September 03, 2015
ACCOUNT NO: 110035-50
INVOICE NO: 16

| Date | Initials | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 11/10/2014 | | | | | |
| | JAK | 10 - Review and execute settlement regarding | 475.00 | 0.20 | 3688 |
| | JAK | 10 - review of dismissal proposal for Gary Bell adversary and response to counsel | 475.00 | 0.20 | 3689 |
| | JAK | 6- review of KGR Fee app | 475.00 | 0.40 | 3690 |
| 11/11/2014 | | | | | |
| | JAK | 4- review of operating report and execute for filing | 475.00 | 0.20 | 3691 |
| 11/12/2014 | | | | | |
| | JAK | 6- review of Trustee fee app; | 475.00 | 0.40 | 3692 |
| 11/17/2014 | | | | | |
| | JAK | 10  email re Garret settlement negotiations | 475.00 | 0.20 | 3693 |
| | JAK | 10 - email re Anna Gayle Gibson correspondence and response | 475.00 | 0.20 | 3694 |
| 11/18/2014 | | | | | |
| | JAK | 4- Review of 5 bank accounts monthly statement | 475.00 | 0.20 | 3695 |
| 11/20/2014 | | | | | |
| | JAK | 10  review of settlement agreement with Strickland / execute and return | 475.00 | 0.10 | 3696 |
| 11/21/2014 | | | | | |
| | JAK | 6  emails with DSI on fee applications and payment and emails with T Hall re same | 475.00 | 0.20 | 3697 |
| | JAK | 10 - conference call with Kennedy, Runyan and Stafford on settlement issues with ADMIS | 475.00 | 0.20 | 3698 |
| 11/24/2014 | | | | | |
| | JAK | 10 - Review of terms of Gaither negotiations; prepare spreadsheet of offsets and contested issues and email to Shawna re same | 475.00 | 0.40 | 3699 |
| | JAK | 4 - review of payroll and arrange wire transfer | 475.00 | 0.30 | 3700 |
| 11/25/2014 | | | | | |
| | JAK | 10  review of ADMIS settlement documents and motion and order and comments to Jay | | | |

Eastern Livestock Bankruptcy

re: Trustee

Page: 3
September 03, 2015
ACCOUNT NO:   110035-50
INVOICE NO:   16

| | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| | | Kennedy | 475.00 | 0.40 | 3701 |
| | JAK | 10 -Call with Shawna to discuss Gaither settlement issues | 475.00 | 0.20 | 3702 |
| 12/02/2014 | | | | | |
| | JAK | 10 - Review Trial Brief on Gettlfinger case to prepare for testimony; to office and meeting with Kennedy and A Stafford to prepare for trial | 475.00 | 1.40 | 3703 |
| | JAK | 10 - review of claims in case against Madison Cattle and email comments to Shiv O'Neal | 475.00 | 0.30 | 3704 |
| | JAK | 4- review of BMC Group invoices for June through October and arrange wire payment | 475.00 | 0.30 | 3705 |
| | JAK | 10- review of Intrust case scheduling order and comments to D DeNeal | 475.00 | 0.20 | 3706 |
| | JAK | 10 - review of Disclosure Statement projections for testimony in Gettlefinger trial tomorrow re insolvency issues | 475.00 | 0.30 | 3707 |
| 12/03/2014 | | | | | |
| | JAK | 10  to court for trial on Gettlefinger | 475.00 | 6.00 | 3708 |
| | JAK | 10 - call to Randy LaTour on ADMIS settlement issues | 475.00 | 0.20 | 3709 |
| 12/04/2014 | | | | | |
| | JAK | 10  review of modified 5/3 release language; conf with S Runyan | 475.00 | 0.10 | 3710 |
| 12/09/2014 | | | | | |
| | JAK | 10  review of Witt case facts and meeting with Jay Kennedy and A Stafford on Witt litigation and discuss settlement and trial strategy | 475.00 | 0.60 | 3711 |
| 12/10/2014 | | | | | |
| | JAK | 10  conf with S Runyan on ADMIS settlement issues | 475.00 | 0.20 | 3712 |
| 12/12/2014 | | | | | |
| | JAK | 10  review of Intrust analysis | 475.00 | 0.20 | 3713 |
| | JAK | 4 - review and execute and send GIPSA | | | |

Eastern Livestock Bankruptcy

re: Trustee

Page: 4
September 03, 2015
ACCOUNT NO:   110035-50
INVOICE NO:           16

| Date | Initials | Description | Rate | Hours | Ref |
|---|---|---|---|---|---|
| | | consent decision to Charles Kendall | 475.00 | 0.20 | 3714 |
| 12/15/2014 | JAK | 10- emails re Admis settlement | 475.00 | 0.20 | 3715 |
| 12/19/2014 | JAK | 10  Atkinson settlement document revision reviews and comments to counsel | 475.00 | 0.20 | 3849 |
| 12/22/2014 | JAK | 4  review and arrange payroll wire transfer | 475.00 | 0.30 | 3850 |
| 12/23/2014 | JAK | 10  review of new Intrust settlement proposal and respond with counteroffer | 475.00 | 0.20 | 3851 |
| 01/02/2015 | JAK | 4-  review and arrange wire transfer for payroll; review of accounting billing and arrange payment | 475.00 | 0.40 | 3852 |
| | JAK | 4 - pleading review | 475.00 | 0.20 | 3853 |
| 01/06/2015 | JAK | 4  respond to account inquiry on Seals settlement; review deposits with assistant | 475.00 | 0.20 | 3854 |
| 01/13/2015 | JAK | 10  conf with S Runyan on ADMIS settlement | 475.00 | 0.20 | 3855 |
| | JAK | 10 - conf with J Kennedy on Watts settlement | 475.00 | 0.20 | 3856 |
| 01/14/2015 | JAK | 10  email communication from D DeNeal regarding case status of claims against Glen Franklin | 475.00 | 0.10 | 3857 |
| 01/19/2015 | JAK | 10  conference call with D DeNeal on Glen Franklin case | 475.00 | 0.40 | 3858 |
| 01/26/2015 | JAK | 10  Intrust settlement memo and email discussion exchange | 475.00 | 0.20 | 3859 |

|  |  |  | Page: 5 |
|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  | September 03, 2015 |
|  |  | ACCOUNT NO: | 110035-50 |
|  |  | INVOICE NO: | 16 |
| re: Trustee |  |  |  |

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 01/27/2015 | | | | | |
| | JAK | 10 review of settlement pleadings with Gettlefinger, Beard and Witt | 475.00 | 0.40 | 3860 |
| | JAK | 10 - review of facts and offers and counteroffers to respond to proposals of counsel for settlement | 475.00 | 0.30 | 3861 |
| 01/28/2015 | | | | | |
| | JAK | 4 review of month end bank statements; access account to confirm ADMIS wire | 475.00 | 0.30 | 3862 |
| | JAK | 4- to offices of Katz Sapper Miller to meet with accountants to discuss 2011-12 state tax filings and credit for same | 475.00 | 0.50 | 3863 |
| | JAK | 10- to offices of Katz Sapper Miller to discuss expert report being prepared for lease litigation | 475.00 | 0.50 | 3864 |
| 02/02/2015 | | | | | |
| | JAK | 4- review and arrange wire transfer for payroll | 475.00 | 0.30 | 3865 |
| 02/03/2015 | | | | | |
| | JAK | 10 email with D DeNeal concerning Franklin mediation issues | 475.00 | 0.10 | 3866 |
| 02/13/2015 | | | | | |
| | JAK | 10 - -emails and calls to negotiate Anna Gayle Gibson settlement | 475.00 | 0.40 | 3867 |
| 02/16/2015 | | | | | |
| | JAK | 4- review payroll and arrange for wire transfer | 475.00 | 0.30 | 3868 |
| 03/02/2015 | | | | | |
| | JAK | 4 review payroll and arrange wire transfer; review of BAC Group invoice and arrange payment | 475.00 | 0.30 | 3869 |
| | JAK | 10 - Email correspondence with H Mappes on Garwood Haier case and Liz Lynch deposition issues; respond with comments re same | 475.00 | 0.30 | 3870 |
| | JAK | 10 - email corresp from M Stafford on settlement offer to Gary Tate and respond with comments | 475.00 | 0.20 | 3871 |

|  |  |  |  | Page: 6 |
|---|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  |  | September 03, 2015 |
|  |  |  | ACCOUNT NO: | 110035-50 |
|  |  |  | INVOICE NO: | 16 |
| re: Trustee |  |  |  |  |

| Date | Initials | Description | Rate | HOURS |  |
|---|---|---|---|---|---|
| 03/11/2015 | JAK | 10 - Several items of email corresp with Shawna Eikenberry on settlement of Glover case | 475.00 | 0.20 | 3872 |
|  | JAK | 10 - meeting with J Kennedy and A Stafford regarding Ernie Elder deposition; review of Ernie Elder case file for settlement discussion and response; advise J Kennedy of comments | 475.00 | 0.60 | 3873 |
| 03/12/2015 | JAK | 10 - review of Anna Gayle Gibson settlement agreement, execute and email to D DeNeal | 475.00 | 0.30 | 3874 |
| 03/16/2015 | JAK | 4- review and arrange for wire transfer of payroll | 475.00 | 0.30 | 3875 |
| 03/23/2015 | JAK | 4- discuss tax returns with KSM | 475.00 | 0.20 | 3876 |
| 03/26/2015 | JAK | 4- very long call with Terry Hall to discuss current accounting and distributions | 475.00 | 0.60 | 3877 |
|  | JAK | 10 - second long call with Terry Hall to discuss Gibson Settlement with 5/3 Bank and FirstBank as affecting Intrust settlement and other litigation matters | 475.00 | 0.50 | 3878 |
| 03/30/2015 | JAK | 4- email from K Toner and call with T Hall on secured creditor distribution | 475.00 | 0.20 | 3879 |
|  | JAK | 4- review of Federal Tax Return prepared by KSM and review of State Tax Return - execute and mail | 475.00 | 0.30 | 3880 |
|  | JAK | 10 - call with Dustin DeNeal and discuss Franklin settlement and review of notes | 475.00 | 0.30 | 3881 |
| 03/31/2015 | JAK | 4 to Chase to arrange oversize draft to make payment to Fifth Third Bank and confirmation emails to 5/3 counsel and others | 475.00 | 0.70 | 3882 |
| 04/06/2015 | JAK | 10  emails to and from D DeNeal regarding |  |  |  |

|  |  |  |  | Page: 7 |
|---|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  |  | September 03, 2015 |
|  |  |  | ACCOUNT NO: | 110035-50 |
|  |  |  | INVOICE NO: | 16 |
| re: Trustee |  |  |  |  |

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
|  |  | Franklin settlement issues | 475.00 | 0.20 | 3883 |
| 04/15/2015 | JAK | 10  review of 10th Circuit case on transferor receipt of value and email to counsel on fraudulent conveyance issues | 475.00 | 0.40 | 3884 |
| 04/20/2015 | JAK | 10  review of Monty Haier Interrogatory responses; review of Janusoek Interrogatory responses; review of Garwood Interrogatory responses review of Heine Interrogatory responses / execute all responses and send to Harmony Mappes | 475.00 | 0.50 | 3885 |
| 04/22/2015 | JAK | 10  lengthy email exchanges with H Mappes on Janosek, Garwood Heine and Heier concerning final settlement offers to be proposed | 475.00 | 0.30 | 3886 |
| 04/27/2015 | JAK | 10 - Email from T Hall on revisions to Gibson Estate settlement agreement and review of redline and prepare email response | 475.00 | 0.30 | 3887 |
|  | JAK | 10 - Email from Shawna re JT Nuckols case and settlement; review of Asset Search report; research on Texas exemptions; send email comments to Shawna | 475.00 | 0.60 | 3888 |
|  | JAK | 4 - Review of payroll and arrange for wire transfer to ADP; confirming email re same | 475.00 | 0.30 | 3889 |
|  | JAK | Late day settlement responses from Janosek Defendants group | 475.00 | 0.20 | 3890 |
|  | JAK | 4 - review of Regus Lease for termination provisions after receiving notice of employee termination | 475.00 | 0.30 | 3891 |
| 04/28/2015 | JAK | 10 - Long call with H Mappes to discuss new round of settlement offers to Heine, Garwood and Janusek | 475.00 | 0.40 | 3892 |
|  | JAK | 4- to Louisville to meet with Beth Royalty to |  |  |  |

|  |  |  |  | Page: 8 |  |
| --- | --- | --- | --- | --- | --- |
| Eastern Livestock Bankruptcy |  |  |  | September 03, 2015 |  |
|  |  |  | ACCOUNT NO: | 110035-50 |  |
|  |  |  | INVOICE NO: | 16 |  |
| re: Trustee |  |  |  |  |  |
|  |  | Rate | HOURS |  |  |
|  | review procedures for closing office, moving key files to storage, other files to Data Vault, disposition of equipment, office surrender and her retention as consultant | 475.00 | 5.50 |  | 3893 |
| 04/29/2015 |  |  |  |  |  |
| JAK | 10  call with H Mappes in response to new settlement offers from Garwood and Heine | 475.00 | 0.20 |  | 3894 |
| JAK | 4- pleading review of various pleadings | 475.00 | 0.20 |  | 3895 |
| JAK | 10 - further discussions on Monte Haier settlement | 475.00 | 0.20 |  | 3896 |
| 05/01/2015 |  |  |  |  |  |
| JAK | 10  finally reach settlement in Monte Haier case | 475.00 | 0.20 |  | 3897 |
| 05/04/2015 |  |  |  |  |  |
| JAK | 10  email discussions with D DeNeal on settlement of Franklin case | 475.00 | 0.20 |  | 3898 |
| JAK | 4- call with Beth Royalty to review terms of office transition | 475.00 | 0.30 |  | 3899 |
| JAK | 4 - Corresp re Eastern Server Software relicensing | 475.00 | 0.20 |  | 3900 |
| 05/05/2015 |  |  |  |  |  |
| JAK | 4- pay payroll and approve other payments | 475.00 | 0.40 |  | 3901 |
| 05/06/2015 |  |  |  |  |  |
| JAK | 10  email exchanges with H Mappes on Nuckols claims | 475.00 | 0.20 |  | 3902 |
| 05/08/2015 |  |  |  |  |  |
| JAK | 4- preparing independent contractor agreement for departing employee Beth Royalty | 475.00 | 0.80 |  | 3903 |
| 05/13/2015 |  |  |  |  |  |
| JAK | 10  conf with Jay and Mandy on settlement of various Newburn cases | 475.00 | 0.30 |  | 3904 |
| 05/14/2015 |  |  |  |  |  |
| JAK | 10  call with Harmony Mappes on Janosek 502(h) claim settlement issues | 475.00 | 0.20 |  | 3905 |

|  |  |  |  | Page: 9 |
|---|---|---|---|---|
| Eastern Livestock Bankruptcy |  |  |  | September 03, 2015 |
|  |  |  | ACCOUNT NO: | 110035-50 |
|  |  |  | INVOICE NO: | 16 |
| re: Trustee |  |  |  |  |

| Date | | | Rate | HOURS | |
|---|---|---|---|---|---|
| 05/18/2015 | | | | | |
| | JAK | 10  meeting re June trial of Newburn clients; | 475.00 | 1.00 | 3906 |
| | JAK | 10  receive, review and execute Intrust settlement documents | 475.00 | 0.30 | 3907 |
| | JAK | 10- 2nd meeting to discuss new settlement offers from Newburn clients and responding to new offers | 475.00 | 0.50 | 3908 |
| | JAK | 10  receive Franklin settlement; review, execute and return | 475.00 | 0.20 | 3909 |
| | JAK | 4-  review of all ELC bank account statements | 475.00 | 0.30 | 3910 |
| 05/21/2015 | | | | | |
| | JAK | 10  review of Guaranty; Settlement Agreement and Note re settlement of Atkinson Livestock case and execute and return docs | 475.00 | 0.30 | 3911 |
| 05/28/2015 | | | | | |
| | JAK | 10  call with Shawana Eikenberry on Rosenbaum case status and strategy | 475.00 | 0.20 | 3912 |
| | JAK | 10 - review and execute Crossland settlement and return | 475.00 | 0.30 | 3913 |
| 06/03/2015 | | | | | |
| | JAK | 4- Email and approve tax report payment for former employee | 475.00 | 0.20 | 3914 |
| | JAK | 10 - final execution of Gibson settlement agreement and email | 475.00 | 0.30 | 3915 |
| | JAK | 10- review of motion and counsel emails on Newburn withdrawal and email to counsel re same | 475.00 | 0.20 | 3916 |
| 06/04/2015 | | | | | |
| | JAK | 10 - Review of Garwood settlement docs; review of Heine Settlement docs; review of Haiar settlement docs; review of Janousek settlement docs  execute and return all to counsel | 475.00 | 0.70 | 3917 |

|  |  |  |  |  | Page: 10 |
| --- | --- | --- | --- | --- | --- |
| Eastern Livestock Bankruptcy |  |  |  |  | September 03, 2015 |
|  |  |  | ACCOUNT NO: |  | 110035-50 |
|  |  |  | INVOICE NO: |  | 16 |
| re: Trustee |  |  |  |  |  |

|  |  |  | Rate | HOURS |  |
| --- | --- | --- | ---: | ---: | ---: |
| 06/10/2015 |  |  |  |  |  |
| JAK | 4- review of all bank account statements |  | 475.00 | 0.30 | 3918 |
| JAK | 4- review of ELC Federal and State tax returns for 2014 and sign for filing |  | 475.00 | 0.30 | 3919 |
| 06/11/2015 |  |  |  |  |  |
| JAK | 10- settlement conf call |  | 475.00 | 0.20 | 3920 |
| 07/08/2015 |  |  |  |  |  |
| JAK | 10- discussion with J Kennedy and M Stafford on settlement of judgment proof borrower |  | 475.00 | 0.30 | 3921 |
| 07/10/2015 |  |  |  |  |  |
| JAK | 4- review of Bank account statements |  | 475.00 | 0.20 | 3922 |
| 07/13/2015 |  |  |  |  |  |
| JAK | 4  email with K toner on subpoena for third party document production and respond |  | 475.00 | 0.20 | 3923 |
| 07/20/2015 |  |  |  |  |  |
| JAK | 10  review of account statements  and ADP refund claim |  | 475.00 | 0.30 | 3924 |
| 08/04/2015 |  |  |  |  |  |
| JAK | 10  Atkinson livestock settlement |  | 475.00 | 0.30 | 3925 |
| 08/11/2015 |  |  |  |  |  |
| JAK | 10  review and revise records subpoena email to Kevin Toner re same |  | 475.00 | 0.30 | 3926 |
|  | James A. Knauer |  |  | 46.60 | 22,135.00 |
|  | FOR CURRENT SERVICES RENDERED |  |  | 46.60 | 22,135.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | ---: | ---: | ---: |
| James A. Knauer | 46.60 | $475.00 | $22,135.00 |

| Reproduction of documents | 13.40 |
| --- | ---: |
| Mailing expense | 42.06 |
| TOTAL EXPENSES THRU 08/31/2015 | 55.46 |

|  |  |
|---|---|
| Eastern Livestock Bankruptcy | Page: 11<br>September 03, 2015<br>ACCOUNT NO:   110035-50<br>INVOICE NO:          16 |
| re: Trustee | |

| Date | Description | Amount | Ref |
|---|---|---:|---:|
| 07/14/2015 | Pacer Service Center docket retrieval | 0.10 | 734 |
| 07/14/2015 | Pacer Service Center docket retrieval | 1.00 | 735 |
| 07/15/2015 | Pacer Service Center docket retrieval | 0.20 | 733 |
|  | Pacer Service Center docket retrieval | 1.30 |  |
| 02/26/2015 | Overnight mail - FEDERAL EXPRESS | 16.20 | 705 |
|  | Overnight mail | 16.20 |  |
|  | TOTAL ADVANCES THRU 08/31/2015 | 17.50 |  |
|  | TOTAL CURRENT WORK THIS STATEMENT | 22,207.96 |  |
|  | PREVIOUS BALANCE | $20,378.66 |  |
|  | BALANCE DUE | $42,586.62 |  |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 12/30/2014 | 15 | 22,694.95 | 20,378.66 |
|  |  |  | 20,378.66 |