|  |  |
|---|---|
| Eastern Livestock Bankruptcy | Page: 1<br>September 03, 2015<br>ACCOUNT NO: 110034-50<br>INVOICE NO: 11 |

re: Website

DRAFT STATEMENT

[ ] **Bill & Mail** this statement as is/as modified
[ ] **Return** to _____ for letter
[ ] Prepare for sending **VIA EMAIL**
[ ] **HOLD**/Do not send
[ ] Send only **previous** balance
[ ] **Close** File (only closed if paid in full or balance is written off)
[ ] **Pay** this invoice from **TRUST**
[ ] Other: _____

|  |  |  | Rate | HOURS |  |
|---|---|---|---|---|---|
| 11/26/2014 TJF | Updated website. |  | 125.00 | 0.40 | 537 |
| 12/16/2014 TJF | Updated website |  | 125.00 | 1.80 | 538 |
| 04/28/2015 TJF | Updated website. |  | 125.00 | 2.30 | 549 |
| 06/11/2015 TJF | Updated website. |  | 125.00 | 1.00 | 550 |
| 06/22/2015 TJF | Updated website. |  | 125.00 | 1.10 | 551 |
|  | Tammy J. Froelich |  |  | 6.60 | 825.00 |
|  | FOR CURRENT SERVICES RENDERED |  |  | 6.60 | 825.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 6.60 | $125.00 | $825.00 |

| Reproduction of documents | 0.80 |
|---|---|
| TOTAL EXPENSES THRU 08/31/2015 | 0.80 |

|  |  |
|---|---|
| Eastern Livestock Bankruptcy | Page: 2<br>September 03, 2015<br>ACCOUNT NO: 110034-50<br>INVOICE NO: 11 |

re: Website

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 825.80 |
| PREVIOUS BALANCE | $5,066.63 |
| 12/30/2014  Payment--Thank you | -418.75    7 |
| BALANCE DUE | $5,473.68 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/20/2013 | 6 | 1,404.13 | 1,404.13 |
| 07/31/2014 | 8 | 2,825.00 | 2,825.00 |
| 12/30/2014 | 10 | 837.50 | 418.75 |
| | | | 4,647.88 |