# EXHIBIT A

Detailed Time Entries

Case 10-93904-BHL-11 Doc 2808-1 Filed 10/21/15 EOD 10/21/15 15:52:34 Pg 1 of 10

```
                                                                                    Page: 1
      Eastern Livestock                                                           09/09/2015
```

|            |     |                                                                                                                                                                                                                                                  | HOURS |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/11/2014 | EML | Review the fee application for filing.                                                                                                                                                                                                           | 0.20  |          |
|            | PJO | Preparation of the sixth fee application.                                                                                                                                                                                                        | 2.00  |          |
| 11/12/2014 | EML | Review and distribute the sixth fee application to T. Hall of Faegre Baker Daniels.                                                                                                                                                              | 0.40  |          |
| 07/23/2015 | EML | Review and edit time entries for fee application.                                                                                                                                                                                                | 0.50  |          |
| 07/27/2015 | EML | Prepare draft of the 7th fee application.                                                                                                                                                                                                        | 1.80  |          |
|            | PJO | Review hours for the seventh interim fee application.                                                                                                                                                                                            | 0.40  |          |
|            | PJO | Review and revise the draft seventh interim fee application.                                                                                                                                                                                     | 0.30  |          |
| 07/29/2015 | PJO | Review of hours and draft the fee application.                                                                                                                                                                                                   | 0.70  |          |
|            |     | **Fee Application/Client Billing**                                                                                                                                                                                                               | 6.30  | 3,138.50 |
| 04/17/2015 | EML | Review the ELC general ledger for each of the fiscal years of 2008, 2009, 2010 and stub period of 2011 for each of the D. Garrett-related name codes in order to search for possible cash receipts received related to payments against the $4.6 million dollar note receivable due to ELC. | 1.50  |          |
|            | EML | Review declaration related to the D. Garrett note receivable.                                                                                                                                                                                    | 1.60  |          |
|            |     | **Collection of Notes Receivable**                                                                                                                                                                                                               | 3.10  | 1,224.50 |
| 10/10/2014 | SLC | Review timesheet submitted by B. Royalty and call in payroll to ADP.                                                                                                                                                                             | 0.20  |          |
|            | SLC | Call with ADP to release payroll and discussions regarding account balance; correspond with J. Knauer and T. Froelich regarding payroll funding.                                                                                                 | 0.60  |          |
| 10/21/2014 | SLC | Review notices received from Regus and call Regus regarding same.                                                                                                                                                                                | 0.20  |          |
| 10/24/2014 | SLC | Review time sheet submitted by B. Royalty and call in payroll to ADP.                                                                                                                                                                            | 0.20  |          |
|            | SLC | Review and release payroll and correspond with J. Knauer and T. Froelich regarding funding.                                                                                                                                                      | 0.20  |          |
| 10/28/2014 | SLC | Confirm preparation of 2014 1099s.                                                                                                                                                                                                               | 0.10  |          |
| 11/07/2014 | SLC | Review B. Royalty's timesheet and call payroll in to ADP.                                                                                                                                                                                        | 0.20  |          |
| 11/10/2014 | SLC | Follow up regarding funding for payroll.                                                                                                                                                                                                         | 0.10  |          |
| 11/21/2014 | SLC | Review timesheet submitted by B. Royalty and call in payroll to ADP.                                                                                                                                                                             | 0.20  |          |
|            | SLC | Call ADP regarding the statistical summary recap, release payroll and e-mail to J. Knauer and T.                                                                                                                                                 |       |          |

Eastern Livestock

Page: 2
09/09/2015

|  |  |  | HOURS |
|---|---|---|---|
|  |  | Froelich regarding funding. | 0.30 |
| 11/25/2014 | SLC | Call with ADP regarding release of the 11/26/14 payroll. | 0.30 |
| 12/02/2014 | SLC | Calls with Regus regarding recent invoices and contact information. | 0.10 |
| 12/05/2014 | SLC | Review time sheets submitted by B. Royalty and call in payroll to ADP. | 0.20 |
| 12/08/2014 | SLC | Follow up with ADP regarding B. Royalty's payroll, e-mail to J. Knauer regarding funding and discussions with L. Lynch regarding same. | 0.30 |
| 12/19/2014 | SLC | Review time sheets submitted by B. Royalty, call in payroll to ADP and correspond with J. Knauer and T. Froelich regarding funding. | 0.40 |
|  | SLC | Telephone call with D. DeNeal regarding L. Lynch's Glenn Franklin affidavit. | 0.20 |
| 01/13/2015 | SLC | Review documents received from ADP with C. DePaul and send W-2s to B. Royalty. | 0.30 |
| 01/16/2015 | SLC | Call in B. Royalty's payroll to ADP. | 0.10 |
| 01/19/2015 | SLC | Call ADP to release payroll and correspond with J. Knauer and T. Froelich regarding same. | 0.10 |
| 01/22/2015 | SLC | Review Regus' invoice and send to T. Froelich. | 0.10 |
| 01/30/2015 | SLC | Review B. Royalty's timesheet, call in payroll to ADP and correspond with J. Knauer and T. Froelich regarding funding. | 0.30 |
| 02/10/2015 | SLC | Call ADP regarding FUTA adjustment and impound and correspond with J. Knauer and T. Froelich regarding same. | 0.50 |
| 02/13/2015 | SLC | Review timesheet submitted by B. Royalty, call in payroll to ADP. | 0.30 |
|  | SLC | Release payroll, calculate additional amounts owed due to FUTA adjustment and correspond with J. Knauer and T. Froelich regarding same. | 0.50 |
| 02/27/2015 | SLC | Review time sheets submitted by B. Royalty and call ADP regarding any FUTA amounts owed and payroll hours. | 0.50 |
|  | SLC | Release payroll and e-mail to J. Knauer and T. Froelich regarding funding. | 0.20 |
| 03/03/2015 | SLC | Review correspondence received from the IRS for T. Gibson and scan and send to L. Lynch. | 0.10 |
| 03/13/2015 | SLC | Call in payroll for B. Royalty and correspond with J. Knauer and T. Froelich regarding same. | 0.40 |
| 03/27/2015 | SLC | Review timesheets submitted by B. Royalty, call ADP and correspond with J. Knauer and T. Froelich regarding same. | 0.30 |
| 04/10/2015 | SLC | Review timesheet submitted by B. Royalty, call in |  |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | payroll to ADP and correspond with J. Knauer and T. Froelich regarding funding. | 0.40 |  |
| 04/22/2015 | EML | Prepare e-mail to J. Knauer of KGR regarding imminent departure of B. Royalty and administrative matters relating thereto. | 0.40 |  |
| 04/23/2015 | SLC | Call ADP regarding the letter received from the IRS and the November 17, 2010 payroll request and send follow-up e-mail regarding IRS letter to ADP. | 0.30 |  |
| 04/24/2015 | SLC | Review timesheet submitted by B. Royalty, call in payroll to ADP, release payroll and correspond with J. Knauer and T. Froelich regarding funding. | 0.40 |  |
| 04/28/2015 | SLC | Correspond with B. Royalty regarding new payroll arrangements and future employment. | 0.10 |  |
| 05/08/2015 | SLC | E-mail to J. Knauer regarding B. Royalty payroll and ADP services going forward. | 0.10 |  |
|  | SLC | Review B. Royalty timesheet and call to ADP regarding payroll for pay period ending 5/11/15 and termination of services. | 0.40 |  |
|  | SLC | Call ADP to release payroll and e-mail to J. Knauer and T. Froelich regarding funding. | 0.40 |  |
| 05/12/2015 | SLC | Call with ADP and fill out notice of termination of services form. | 0.50 |  |
|  | SLC | E-mail to L. Lynch regarding ADP notice of termination of services form. | 0.10 |  |
| 07/20/2015 | SLC | Review and complete ADP form for unclaimed funds notice and correspond with L. Lynch and J. Knauer regarding same. | 0.20 |  |
| 08/10/2015 | SLC | Send ADP check, e-mail regarding same and Regus invoice to T. Froelich. | 0.30 |  |
|  |  | Managing Business Operations | 11.10 | 2,902.00 |
| 10/14/2014 | EML | Review and respond to e-mails from M. Stafford regarding G. Krantz's transaction, as well as previous possible solvency affidavits. | 0.40 |  |
| 10/23/2014 | EML | Review paperwork sent by H. Mappes pertaining to cattle transaction between Janousek and B. Heine as requested. | 0.30 |  |
|  | EML | Telephone call with H. Mappes of Faegre Baker Daniels regarding the Janousek and B. Heine payment activity and Eastern's records related thereto. | 0.50 |  |
|  | EML | Review ELC's disbursement records to determine when vendor check issued to Janousek was presented to Fifth Third. | 0.60 |  |
| 10/27/2014 | EML | Review affidavit pertaining to R. Stahl and related source documents prior to execution of same. | 2.20 |  |
|  | EML | Prepare summary of steps it takes to extract data from Eastern's general ledger relating to G. Krantz's activity for fiscal years 2008 through the end of December 2010 for S. Eikenberry of Faegre Baker Daniels. | 1.20 |  |
|  | EML | Telephone call with S. Eikenberry of Faegre Baker Daniels regarding the R. Stahl/Diedrichsen |  |  |

```
                                                                        Page:   4
          Eastern Livestock                                         09/09/2015


                                                                         HOURS
                       transaction.                                       0.10
              EML      Telephone call with M. Stafford of Kroger Gardis
                       Regas regarding affidavit relating to G. Krantz's
                       cattle purchases and sales.                        0.40

10/28/2014    EML      Prepare edits to G. Krantz's affidavit and circulate
                       same to M. Stafford of Kroger Gardis Regas.        1.80
              EML      Telephone call with M. Stafford of Kroger Gardis
                       Regas regarding changes to G. Krantz's affidavit.  0.40
              EML      Review modified declaration relating to G. Krantz's
                       payment activity prior to signing.                 1.10

10/29/2014    EML      Review and execute further revised declaration
                       relating to G. Krantz payment activity.            0.30

11/06/2014    EML      Review H. Mappes' e-mail regarding information
                       sought on the Janousek transactions.               0.30

11/07/2014    EML      Review and respond to e-mail from H. Mappes
                       regarding Janousek, including distribution of
                       requested materials.                               0.30

11/12/2014    EML      Review and respond to e-mails from H. Mappes of
                       Faegre Baker Daniels regarding the chain of events
                       between ELC and M. Haiar.                          0.70

11/13/2014    EML      Review draft affidavit related to M. Haiar and
                       prepare edits to same.                             1.40
              EML      Telephone call with H. Mappes of Faegre Baker
                       Daniels regarding declaration related to M. Haiar's
                       transactions.                                      0.20

11/14/2014    EML      Review the revised affidavit relating to M.
                       Haiar-related branch activity.                     1.50
              EML      Review additional turn of declaration, as well as
                       final exhibits and provide comment on same to H.
                       Mappes of Faegre Baker Daniels.                    0.80
              EML      Review final turn of declaration related to M.
                       Haiar's branch activity and execution of same.     0.40

11/17/2014    EML      Review the declaration motion for default judgment
                       relating to S. Breitsprecher et al. prior to
                       execution, as well as review of correspondence
                       between Eastern and Breitsprecher related to
                       execution of the note.                             1.30
              EML      Telephone call with M. Stafford regarding the
                       Gettlefinger activity.                             0.10
              EML      Prepare extract from the general ledger for 2008
                       through and including 2011, for all transactions for
                       J. and F. Gettlefinger and send same to M. Stafford
                       of Kroger Gardis Regas.                            0.80
              EML      Prepare the Fifth Third bank statement information
                       requested by M. Stafford of Kroger Gardis Regas and
                       distribute same relating to F. Gettlefinger matter. 0.50

11/18/2014    EML      Prepare balance of requested information requested
                       by M. Stafford of Kroger Gardis Regas and e-mail
                       same to her attention.                             0.40
              EML      Review and respond to e-mail from K. Toner regarding
                       M. Haiar's form of compensation.                   0.30

11/19/2014    EML      Review the final draft of Breitsprecher's
```

```
                                                                        Page:    5
         Eastern Livestock                                              09/09/2015


                                                              HOURS
                         declaration prior to the execution.   0.20

12/01/2014    EML    Review T. Glover's historical information relating
                     to large charge in 2009.                  0.50

12/02/2014    EML    Review the general ledger for fiscal 2010 and create
                     a schedule tracing all interest income activity paid
                     by Glover during that period and deliver same to S.
                     Eikenberry per request.                   1.40

12/10/2014    EML    Review and respond to e-mail inquiry from M.
                     Stafford of Kroger Gardis Regas regarding Branch 28
                     inventory.                                0.30

12/12/2014    EML    Review and respond to e-mail inquiry from S.
                     Eikenberry of Faegre Baker Daniels regarding Glover
                     Farms invoices.                           0.70

12/16/2014    EML    Telephone call with S. Eikenberry of Faegre Baker
                     Daniels regarding T. Glover.              0.60

12/17/2014    EML    Review the affidavit related to the G. Franklin
                     adversary.                                0.40
              EML    Review G. Franklin's transaction history to properly
                     identify purchase transactions for 2009 through
                     2011.                                     1.60
              EML    Telephone call with D. DeNeal of Faegre Baker
                     Daniels regarding G. Franklin's activity and changes
                     to the affidavit.                         0.20

12/22/2014    SLC    Review the updated E. Lynch affidavit and vendor
                     history reports sent by B. Royalty.       1.30

12/23/2014    SLC    Review vendor history transaction reports and
                     prepare summary of transactions with Glenn Franklin
                     from 2009 - 2010.                         2.00
              SLC    Continue to prepare summary of transactions with
                     Glenn Franklin from 2009 - 2010, including payment
                     speed and discussions with L. Lynch.      0.90
              SLC    Continue to prepare summary of transactions with
                     Glenn Franklin from 2009 - 2010, including
                     discussions with D. DeNeal regarding same. 1.00

01/22/2015    EML    Review and respond to e-mail from H. Mappes of FBD
                     regarding possible trial dates related to Janousek
                     matter and time for deposition.           0.30

01/28/2015    EML    Review e-mail history and workproduct records
                     regarding R. Garwood's account receivable activity
                     in preparation for the upcoming deposition. 3.50

02/03/2015    EML    Review ELC's general ledger activity for years 2008
                     through cessation of business in November 2011 for
                     records of past business relationship between ELC
                     and M. Haiar in preparation for the deposition. 1.60

02/04/2015    EML    Review the balance of activity related to parties
                     involved in the Janousek adversary in anticipation
                     of the deposition, including preparing a list of
                     questions related thereto for review with H. Mappes. 1.50

02/05/2015    PJO    Telephone call with D. DeNeal regarding testimony
```

|            |     |                                                                                                                                                                              | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | required at upcoming trial.                                                                                                                                                  | 0.20  |
| 02/06/2015 | EML | Review the ELC 2008 collateral documents relating to value of fraudulent invoices outstanding at FYE ended 9/30/2008.                                                        | 0.70  |
| 02/13/2015 | PJO | Telephone call with D. DeNeal regarding settlement of case scheduled to go to trial soon and general status of the litigation.                                               | 0.20  |
| 02/24/2015 | EML | Review initial documents related to the Garwood adversary.                                                                                                                   | 0.30  |
| 02/25/2015 | EML | Review the subpoena and deliverables related thereto, including calls with IT to discuss volume of data related to e-mail activity and local electronic files, as well first steps to assemble core proceeding documents. | 2.60  |
|            | EML | Telephone call with H. Mappes of FBD to discuss the subpoena relative to the Garwood matter.                                                                                 | 1.00  |
| 02/26/2015 | EML | Review information obtained from the conflict search report and begin to assemble and distribute information requested in the subpoena to H. Mappes of FBD.                  | 3.60  |
|            | EML | Telephone conference call with H. Mappes of FBD and B. Weiss of DSI regarding response to the subpoena.                                                                      | 0.40  |
|            | EML | Telephone call with H. Mappes of FBD regarding results of time entry search and additional file information to be distributed prior to Monday.                               | 1.00  |
| 02/27/2015 | EML | Prepare for the deposition next week, including review of filed summary judgment motions.                                                                                    | 4.20  |
| 03/01/2015 | EML | Prepare for the deposition in the Garwood, Haiar, Heine adversary.                                                                                                           | 1.70  |
| 03/02/2015 | EML | Meeting with H. Mappes to prepare for the deposition.                                                                                                                        | 5.00  |
|            | EML | Review time entries, declaration and joint pretrial statement and related exhibits prior to the deposition.                                                                  | 2.80  |
| 03/03/2015 | EML | Continue preparation for the deposition.                                                                                                                                     | 1.00  |
|            | EML | Attend the deposition at FBD regarding Haiar, Garwood, Heine and Janousek adversaries.                                                                                       | 7.30  |
| 03/25/2015 | EML | Review exhibits circulated by H. Mappes related to expanded discovery in Garwood matter.                                                                                     | 1.40  |
| 03/26/2015 | EML | Review additional discovery requests in Garwood et al. adversary.                                                                                                            | 2.80  |
| 03/27/2015 | EML | Review hard drive for e-mail files on a preliminary basis related to the Garwood et al. adversary.                                                                           | 0.90  |
| 03/30/2015 | EML | Review e-mail from S. Eikenberry of Faegre Baker Daniels regarding T. Dicke transaction history and review all available data files to determine possibility of cash receipt from Superior related to one particular invoice. | 1.30  |

|            |     |                                                                                                                                                                           | HOURS |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 03/31/2015 | EML | Review source documents on T. Dicke invoice for 116 heifers and call with B. Royalty regarding same.                                                                      | 1.20  |
|            | EML | Review the deposition related to the Garwood et al. adversary.                                                                                                            | 1.20  |
|            | EML | Review and respond to e-mail from H. Mappes of Faegre Baker Daniels regarding records relating to recently received subpoenas.                                             | 0.40  |
| 04/03/2015 | EML | Review the deposition related to the Garwood et al. adversary.                                                                                                            | 1.70  |
| 04/06/2015 | EML | Telephone call with H. Mappes of FBD regarding additional discovery relating to the Garwood et al. adversary.                                                             | 1.00  |
|            | EML | Telephone call with R. Houston regarding data organization on external hard drive containing PST files from C. Pierce and A. Omori.                                       | 0.70  |
|            | EML | Review personal e-mail from 2010 to 2014 with search for the Garwood adversary parties.                                                                                   | 0.80  |
| 04/07/2015 | EML | Review source documents relating to dollar amounts for which opposing counsel is seeking admission.                                                                       | 2.90  |
|            | EML | Telephone call with H. Mappes of FBD to discuss the points of admission in the Janousek adversary.                                                                        | 0.40  |
|            | EML | Prepare and distribute summary of 2009 and 2010 commission activity for Branch 7 to H. Mappes of FBD.                                                                     | 0.30  |
| 04/10/2015 | EML | Review and prepare errata sheets for the Garwood et al. deposition.                                                                                                       | 2.20  |
| 04/13/2015 | EML | Review e-mail repository from C. Pierce and A. Omori in order to search for additional documents for production in the Garwood et al. adversary.                          | 0.60  |
| 04/14/2015 | EML | Review e-mail repository for A. Omori and C. Pierce related to the Garwood et al. adversary.                                                                              | 2.00  |
|            | EML | Prepare summary of questions for H. Mappes of FBD prior to call regarding errata sheets.                                                                                  | 0.70  |
| 04/15/2015 | EML | Telephone call with H. Mappes of FBD regarding questions on the deposition errata sheets, as well as production of additional source documents.                           | 1.00  |
|            | EML | Prepare and distribute additional source documents for discovery requests related to the Garwood et al. adversary.                                                        | 1.30  |
| 04/16/2015 | EML | Prepare final edits to errata sheets for the Garwood et al. adversary.                                                                                                    | 1.50  |
|            | EML | Review ELC records pertaining to D. Garrett activity prior to call with M. Stafford of KGR regarding same.                                                                | 1.40  |
|            | EML | Telephone call with M. Stafford of KGR regarding support available to substantiate D. Garrett note receivable balance.                                                    | 0.50  |
|            | EML | Review and respond to e-mail from H. Mappes regarding ELC records pertaining to two different customer codes with same street address.                                    | 0.10  |
| 04/17/2015 | EML | Review Janousek, Haiar, Garwood response to discovery request and make suggested edits thereto.                                                                           | 1.40  |

| Date | | Description | HOURS |
|---|---|---|---|
| 04/20/2015 | EML | Review the trustee's response to Janousek, Garwood, Haiar and Heine requests for admission including edits to same and further review of source documents communicating same to H. Mappes of FBD. | 1.70 |
| | EML | Telephone call with H. Mappes of FBD regarding modifications to interrogatories. | 1.10 |
| 04/21/2015 | EML | Review and reconcile W-2 summary to related D. Good's payroll file provided to DSI in order to confirm number of weeks through which payroll was covered for select branch managers including M. Haiar. | 0.80 |
| 04/22/2015 | EML | Telephone call with B. Royalty regarding accessing Terra Term including team viewer session regarding basic understanding of system. | 1.50 |
| | EML | Review ELC's records relating to treatment of employee payroll expenses per the general ledger. | 0.80 |
| | SLC | Review the notice from the IRS, correspond with L. Lynch regarding same and payroll request from ADP. | 0.30 |
| 05/13/2015 | EML | Telephone call with M. Stafford and J. Kennedy of Kroger Gardis Regas regarding upcoming trial in New Albany. | 0.80 |
| | EML | Prepare and distribute to J. Kennedy and M. Stafford of Kroger Gardis Regas files related to payment activity for assets in Branch 24. | 0.90 |
| 05/15/2015 | EML | Review of source information for Ashville and Alabama Livestock related to adversaries in advance of trial. | 2.10 |
| 06/03/2015 | EML | Review and respond to e-mail from M. Stafford of Kroger Gardis Regas regarding vendor history reports. | 0.10 |
| 06/30/2015 | EML | Review files sent by K. Toner of Faegre Baker Daniels prior to telephone call regarding same. | 0.80 |
| | EML | Review document repository housed on the DSI S drive to identify extent of source documents desired by K. Toner of Faegre Baker Daniels. | 0.70 |
| | EML | Telephone call with K. Toner of Faegre Baker Daniels to discuss desired workproduct. | 0.20 |
| 07/01/2015 | EML | Prepare schedule of ELC invoice background and related activity for K. Toner. | 1.80 |
| | EML | Telephone call with K. Toner of Faegre Baker Daniels regarding result of data search for records relating to identified cattle transactions. | 0.40 |
| | EML | Review ELC general ledger activity for each of identified transactions to assess extent of information available directly from general ledger for desired transactions. | 0.80 |
| 07/02/2015 | EML | Prepare Excel summary of transactions including copy of related general ledger activity for K. Toner. | 2.20 |
| 07/06/2015 | EML | Prepare last edits to schedule for K. Toner of Faegre Baker Daniels for the transaction listing for document production. | 0.50 |
| 07/08/2015 | EML | Telephone call with K. Toner of Faegre Baker Daniels | |

```
                                                                    Page:  9
     Eastern Livestock                                           09/09/2015


                                                              HOURS
               regarding information sort pulled from general
               ledger and ability to use same to provide
               information to third parties.                   0.30

07/10/2015  EML  Review list of Branch 24 sales transactions in order
                 to determine degree of time needed to provide
                 information requested by opposing counsel.    0.30

07/20/2015  EML  Telephone call with B. Weiss regarding the
                 deposition.                                   0.20

07/21/2015  EML  Telephone call with D. Hine of Vorys regarding
                 possible deposition.                          0.30
                 Litigation Support                          116.60    45,342.50

03/02/2015  EML  Travel to Indianapolis, IN, for the deposition.   6.00

03/03/2015  EML  Travel from Indianapolis, IN, to Cleveland, OH.   6.00
                 Travel at 1/2                                12.00     2,370.00


            FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED:  149.10   54,977.50

                              RECAPITULATION
        CONSULTANT                HOURS    HOURLY RATE       TOTAL
        P. J. O'Malley             2.00       $580.00       $1,160.00
        P. J. O'Malley             1.80        595.00        1,071.00
        S. L. Cuff                 9.00        250.00        2,250.00
        S. L. Cuff                 7.20        260.00        1,872.00
        E. M. Lynch               12.00        197.50        2,370.00
        E. M. Lynch              117.10        395.00       46,254.50


        TOTAL CURRENT WORK                                            54,977.50


        BALANCE DUE                                                 $54,977.50
```