# EXHIBIT B

Out-of-Pocket Expenses

EASTERN LIVESTOCK
SUMMARY OF EXPENSES
TO AUGUST 31, 2015

| | | |
|---|---|---:|
| AIRFARE | | 385.98 |
| LODGING | | 156.38 |
| MEALS | | 93.23 |
| RENTAL CAR | | 0.00 |
| PARKING, TOLLS, ETC. | | 111.10 |
| LONG DISTANCE PHONE | | 19.14 |
| PHOTOCOPIES | (48 @.15) | 7.20 |
| POSTAGE | | 7.20 |
| OVERNIGHT DELIVERY | | 61.97 |
| TOTAL | | 842.20 |

EASTERN LIVESTOCK
SUMMARY OF TRAVEL EXPENSES

| FROM | TO | NAME | DESTINATION LOCATION | ORIGINATING LOCATION | NIGHTS | AIRFARE/ TRAVEL | LODGING | MEALS | PARKING, ETC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02/15 | 03/03/15 | E. LYNCH | INDIANAPOLIS, IN | CLEVLEAND, OH | 1 | 385.98 | 156.38 | 93.23 | 111.10 | 746.69 |
| | | | | | | 385.98 | 156.38 | 93.23 | 111.10 | 746.69 |

EASTERN LIVESTOCK
SUMMARY OF OVERNIGHT/MESSENGER EXPENSES
TO 5/31/2014

| DATE | RECIPIENT | AMOUNT |
|---|---|---|
| 02/26/15 | E. LYNCH | 33.23 |
| 04/16/15 | FROM E. LYNCH | 28.74 |
| | TOTAL | 61.97 |