SO ORDERED: November 25, 2015.



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING EIGHTH INTERIM APPLICATION OF JAMES A. KNAUER
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Eighth Interim Application Of James A. Knauer for Compensation and Reimbursement of Expenses as Chapter 11 Trustee* [Docket #2806] ("Application") filed by James A. Knauer as Chapter 11 Trustee on October 21, 2015. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application, subject to the express terms of this Order.  Accordingly,

IT IS HEREBY ORDERED:

1. The Court hereby approves and allows interim compensation for Trustee's fees in the amount of $22,135.00 plus reimbursement for out-of-pocket expenses

incurred in the amount of $73.76 and $412.50 to James A. Knauer for the period November 1, 2014 through August 31, 2015.

2. The Trustee is authorized and ordered to pay 80% of the fees and 100% of the expenses allowed by this Order from the Trustee's operating account to James A. Knauer, Trustee, subject to available funds. Payment of the remaining 20% of fees allowed by this Order shall await the further Order of the Court approving a final fee application filed by or on behalf of James A. Knauer, Trustee.

3. The Court reaffirms its approval of the agreement of the Trustee on behalf of himself and his professionals with Fifth Third Bank that all subsequent approvals of fees and expenses shall include a 20% holdback from the payment of the approved fees with payment of the holdback on the further Order of the Court approving final fee applications filed on or behalf of the Trustee and his professionals.

4. The Application is specifically approved as an Interim Order and is subject to final review as part of the final fee application of the Trustee to be submitted in this case.

###