## Notice Recipients

District/Off: 0756–4 | User: cathy | Date Created: 11/25/2015
Case: 10–93904–BHL–11 | Form ID: pdfOrder | Total: 2

**Recipients of Notice of Electronic Filing:**
tr      James A. Knauer      jak@kgrlaw.com
aty     James A. Knauer      jak@kgrlaw.com

TOTAL: 2