UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |
| JAMES A. KNAUER, CHAPTER 11 TRUSTEE OF EASTERN LIVESTOCK CO., LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 12-59154 |
| | ) |
| ERNEST ELDER a/k/a ERNIE ELDER d/b/a ECF FARMS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO ERNEST ELDER

TO:   Ernest Elder
      c/o W. Scott Newbern
      W. SCOTT NEWBERN, P.L.
      2982 East Giverny
      Tallahassee, FL 32309
      wsnewbern@gmail.com

Please take notice that, pursuant to Fed. R. Civ. P. 30, Fed. R. Bankr. P. 7030, and Fed. R. Civ. P. 45, James A. Knauer, as the trustee of the bankruptcy estate of Eastern Livestock Co., LLC, by counsel, will take the deposition of Ernest Elder, beginning at 10:30 AM (CST) on Thursday, December 17, 2015, at the Law Offices of Henry Fincher, 305 East Spring St., Cookeville, TN 38501 before a court reporter authorized to administer oaths and continuing until completed. The deponent and/or counsel shall produce each of the things listed on the attached

**Exhibit A** to the undersigned and/or make them available for inspection and copying on the day of the deposition. **Exhibit B** attached hereto and made a part hereof sets forth the text of Fed. R. Civ. P. 45(d) and (e). The deposition will be conducted in accordance with the July 3, 2012 *Order Establishing Deposition Protocols* (Main Case, ECF No. 1229).  You are invited to appear and take part in such examination.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP


/s/     Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Amanda D. Stafford, Attorney No. 30869-49
Jennifer L. Watt, Attorney No. 24690-56
111 Monument Circle, Suite 900
Indianapolis, Indiana   46204-5125
jpk@kgrlaw.com
ads@kgrlaw.com
jlw@kgrlaw.com
(317) 692-9000 Telephone
(317) 264-6832 Fax

*Attorney for James A. Knauer Chapter 11 Trustee for the bankruptcy estate of Eastern Livestock Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David L. Abt     davidabt@mwt.net
Amelia Martin Adams     amelia.m.adams@gmail.com
John W Ames     james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Christopher E. Baker     cbaker@thbklaw.com, thignight@thbklaw.com
Robert A. Bell     rabell@vorys.com, dmchilelli@vorys.com
C. R. Bowles     cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles     cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers     dbrangers@lawyer.com
Steven A. Brehm     sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm     sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Kent A Britt     kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kayla D. Britton     kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Kayla D. Britton     kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Joe Lee Brown     Joe.Brown@Hardincounty.biz
Lisa Koch Bryant     courtmail@tilfordlaw.com
John R. Burns     john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
James M. Carr     jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com
John R. Carr     jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso     dcaruso@daleeke.com, mtheisen@daleeke.com;dwright@daleeke.com
Ben T. Caughey     ben.caughey@icemiller.com
Ben T. Caughey     ben.caughey@mcdlegalfirm.com
Bret S. Clement     bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb     joshclubb@gmail.com
Jason W. Cottrell     jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher     kcrutcher@mcs-law.com, jparsons@mcs-law.com
John D Dale     Johndaleatty@msn.com
Jack S Dawson     jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Jack S Dawson     jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Dustin R. DeNeal     dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Laura Day DelCotto     ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
David Alan Domina     dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
Daniel J. Donnellon     ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
Trevor L. Earl     tearl@rwsvlaw.com
Shawna M Eikenberry     shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Shawna M Eikenberry     shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Jeffrey R. Erler     jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
William K. Flynn     wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William K. Flynn     wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
Robert H. Foree     robertforee@bellsouth.net

Sandra D. Freeburger    sfreeburger@dsf-atty.com, scain@dsf-atty.com
Peter M Gannott    pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
Melissa S. Giberson    msgiberson@vorys.com
Thomas P Glass    tpglass@strausstroy.com
Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
Patrick B Griffin    patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Paul M. Hoffmann    paul.hoffmann@stinsonleonard.com
John David Hoover    jdhoover@hooverhull.com
John Huffaker    john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com
Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov
James R Irving    jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston    tjohnston@mcjllp.com
Jill Zengler Julian    Jill.Julian@usdoj.gov
Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Andrew T Kight    akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Erick P Knoblock    eknoblock@daleeke.com, dwright@daleeke.com
Theodore A Konstantinopoulos    ndohbky@jbandr.com
Randall D. LaTour    RDLatour@vorys.com, skbrown@vorys.com;mdwalkuski@vorys.com
David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
James G. Lauck    jgl@kgrlaw.com, kmw@kgrlaw.com
David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Scott R Leisz    sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.net
Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
James B. Lind    jblind@vorys.com
Karen L. Lobring    lobring@msn.com

John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
Harmony A Mappes     harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
Harmony A Mappes     harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh     john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
Michael W. McClain     mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com
Kelly Greene McConnell     lisahughes@givenspursley.com
James Edwin McGhee     mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
James Edwin McGhee     mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
Brian H Meldrum     bmeldrum@stites.com
William Robert Meyer     rmeyer@stites.com
Kevin J. Mitchell     kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Terrill K. Moffett     kendalcantrell@moffettlaw.com
Christie A. Moore     cm@gdm.com, ljs2@gdm.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Allen Morris     amorris@stites.com, dgoodman@stites.com
Allen Morris     amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse     judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Erin Casey Nave     enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
Walter Scott Newbern     wsnewbern@msn.com
Walter Scott Newbern     wsnewbern@msn.com
Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs     kim.maynes@moyewhite.com
Jessica Lynn Olsheski     jessica.olsheski@justice-law.net, julie.streich@justice-law.net
Michael Wayne Oyler     moyler@rwsvlaw.com
Ross A. Plourde     ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
Brian Robert Pollock     bpollock@stites.com
Brian Robert Pollock     bpollock@stites.com
Wendy W Ponader     wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Wendy W Ponader     wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy     traluy@rendigs.com
Eric C Redman     ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric C Redman     ksmith@redmanludwig.com,

kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric W. Richardson     ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts     jratty@windstream.net
David Cooper Robertson     crobertson@stites.com, docketclerk@stites.com
Mark A. Robinson     mrobinson@dgeglaw.com
Jeremy S Rogers     Jeremy.Rogers@dinslaw.com
John M. Rogers     johnr@rubin-levin.net, mtucker@rubin-levin.net
John M. Rogers     johnr@rubin-levin.net, mtucker@rubin-levin.net
Joseph H Rogers     jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;mtucker@rubin-levin.net
Steven Eric Runyan     ser@kgrlaw.com
Steven Eric Runyan     ser@kgrlaw.com
Niccole R. Sadowski     nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com
Thomas C Scherer     tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Stephen E. Schilling     seschilling@strausstroy.com
Ivana B. Shallcross     ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Ivana B. Shallcross     ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Sarah Elizabeth Sharp     sarah.sharp@faegrebd.com
Suzanne M Shehan     suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
James E. Smith     jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith     wsmith@k-glaw.com, sking@k-glaw.com
Amanda Dalton Stafford     ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Amanda Dalton Stafford     ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Robert K Stanley     robert.stanley@FaegreBD.com
Joshua N. Stine     kabritt@vorys.com
Andrew D Stosberg     astosberg@lloydmc.com, vpennington@lloydmc.com
Matthew R. Strzynski     indyattorney@hotmail.com
Meredith R. Theisen     mtheisen@daleeke.com, dwright@daleeke.com
John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com
Jennifer Joyce Tompkins     jenniferjtompkins@hotmail.com
Kevin M. Toner     kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
Kevin M. Toner     kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
Christopher M. Trapp     chris_m_trapp@hotmail.com
Chrisandrea L. Turner     clturner@stites.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver     avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrea L Wasson     andrea@wassonthornhill.com
Jennifer Watt     jwatt@kgrlaw.com, tjf@kgrlaw.com
Jennifer Watt     jwatt@kgrlaw.com, tjf@kgrlaw.com
Stephen A. Weigand     sweigand@ficlaw.com
Charles R. Wharton     Charles.R.Wharton@usdoj.gov

Sean T. White    swhite@hooverhull.com, vwilliams@hooverhull.com
Michael Benton Willey    michael.willey@ag.tn.gov
April A Wimberg    awimberg@bgdlegal.com
Jason P Wischmeyer    jason@wischmeyerlaw.com, tammy@wischmeyerlaw.com
Jessica E. Yates    jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
James T Young    james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

                                        /s/    Jay P. Kennedy

KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana   46204-5125
jpk@kgrlaw.com
(317) 692-9000 Telephone

# EXHIBIT "A"

Pursuant to the Notice of Deposition and Subpoena Duces Tecum to Ernest Elder, deponent and/or counsel are hereby commanded to produce and/or make available for copying and inspection the following documents and things to Jay P. Kennedy or Amanda D. Stafford, Kroger, Gardis & Regas, LLP, 111 Monument Circle, Suite 900, Indianapolis, IN 46204, counsel for the Trustee, on December 17, 2015 at 10:30 AM (CST):

1. Any and all documents relating to the Transfers, including the documents supporting the underlying purchases and/or sales for each transfer.

2. Any and all checks or other documents evidencing payments by ELC or Gibson to you during the two years preceding the Petition Date.

3. Any and all checks or other documents evidencing payments by you to ELC or Gibson during the two years preceding the Petition Date.

4. Any and all documents relating to the Notes.

5. Any and all documents relating to background services you provided to or for ELC during 2009 and 2010.

## Definitions and Instructions

The following definitions and instructions apply to each of the requests set forth above:

1. "Document" or "documents" mean each and every writing or record of every type and description, however produced or reproduced, whether draft or final, original or reproduction, paper or electronic, signed or unsigned, that is in your possession or custody or under your control or to which you otherwise have access, regardless of where located, and includes, but is not limited to, any correspondence, email, letter, meeting minutes (including but

not limited to corporate board minutes), any ledger sheet, contract, negotiable instrument (including but not limited to any check), agreement, memorandum, report, note, diary, calendar, telegram, summary, ledger, invoice, bill, bill of lading, receipt, check, checkbook, chart, graph, drawing, blueprint, diagram, worksheet, study, survey, market survey, bulletin, article, notice, instruction, book, manual, pamphlet, periodical, journal, log, indice, photograph (negative and print), microfiche, microfilm, telephone record, tax return, tape recording, video recording, movie, compact disk, computer disk and drive, other data compilation from which information can be obtained, any materials similar to any of the foregoing, however denominated and by whomever prepared and to whomever addressed, and all other documents and things subject to production under Rule 34 of the Federal Rules of Civil Procedure. All copies and versions of any document which contains any notation, erasure, obliteration, marking or writing of any kind different from the original shall be treated as an original document.

    2.     "ELC" or "Eastern" means and refers to Eastern Livestock Co., LLC, and includes its affiliates, members, officers, employees, attorneys, agents, accountants, and representatives of any kind.

    3.     "Gibson" means and refers to Thomas P. Gibson and includes all persons under his control and/or operating as his agent or representative.

    4.     "Notes" means and refers to the promissory notes attached as Exhibits "D" and "E" to the Amended Complaint filed in this adversary proceeding on February 6, 2013.

    5.     "Petition Date" means and refers to December 6, 2010, the date of the filing of an involuntary petition for relief against Eastern Livestock Co., LLC under Chapter 11 of Title 11 of the United States Code as case number 10-93904-BHL in the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division.

6. "Transfers" shall mean the transactions that are the subject of the Amended Complaint filed in this adversary proceeding on February 6, 2013.

7. "You", "your", and "Elder" means and refers to Ernest Elder and includes all persons under your control and/or operating as your agent or representative.

8. The singular shall include the plural, and the plural shall include the singular; the words "and" and "or" shall be construed conjunctively or disjunctively to make the request inclusive rather than exclusive; "and" shall include "or" and "or" shall include "and;" "any" shall include "all" and "all" shall include "any."

9. If you claim privilege or immunity from discovery for any of the materials described above, you are commanded to provide a written log sufficiently describing each of those items and to produce the log on the day of the deposition.

**EXHIBIT B**

Subdivisions (d) and (e) of Rule 45 of the Federal Rules of Civil Procedure, made applicable in this case under Rule 9016 of the Federal Rules of Bankruptcy Procedure, provides:

(d) Protecting a Person Subject to a Subpoena; Enforcement.
(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.
(2) *Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.
(3) *Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

(e) Duties in Responding to a Subpoena.
(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
(2) *Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.