UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor.

Case No. **10–93904–BHL–11**

## NOTICE OF DEFICIENT FILING

The Notice of Submission, which was filed on December 14, 2015, is deficient in the following respect(s):

    Pleading should be filed in associated adversary case instead of legal case.
    Filing party to re–file in adversary case.

The above–cited deficiencies must be corrected by December 29, 2015 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  December 15, 2015

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court