# Notice Recipients

District/Off: 0756–4     User: edixon     Date Created: 12/15/2015
Case: 10–93904–BHL–11     Form ID: SF00075     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Jay P. Kennedy     jpk@kgrlaw.com

TOTAL: 1