UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC., | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) Hon. Basil H. Lorch III |

### APPLICATION BY MEDIATOR FOR PAYMENT OF FEES

David H. Kleiman, Mediator, pursuant to S.D.Ind. B-9019-2(B)(4), seeks compensation for services rendered herein.

1.    The undersigned was appointed Mediator herein pursuant to S.D.Ind. B9015-2.

2.    The Mediator has filed his *Report of Mediator* in which he advised the Court that the mediation was successfully concluded with a signed Settlement Agreement, subject to the approval of the Bankruptcy Order.

3.    The time expended by the Mediator in performing services herein was approximately 16.6 hours.  The Mediator's compensation at the rate of $500.00 per hour totals $8,632.00.

4.    The fees in this case are to be paid equally by James Knauer, Trustee for Eastern Livestock Co., Inc., and by Todd Rosenbaum and Rosenbaum Feeder Cattle, LLC.  Thus, the Mediator requests payment from the estate in the amount of $4,316.00.

WHEREFORE, David H. Kleiman, the duly appointed Mediator herein, requests payment from the Estate for services rendered in the amount of $4,316.00 and for such other and further relief as is just and proper.

Respectfully submitted,

By:     */s/ David H. Kleiman*
        David H. Kleiman, Atty. No. 5244-49
        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
        2300 One American Square
        Indianapolis, IN    46282
        (317) 632-3232
        (317) 632-2962 (fax)
        dkleiman@beneschlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, a copy of the foregoing *Application by Mediator for Payment of Fees* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Shawna M Eikenberry and Shiv Ghuman O'Neill on behalf of Plaintiff, James Knauer, Trustee:
shawna.eikenberry@faegrebd.com; sarah.herendeen@faegrebd.com;
dianne.armstroff@faegrebd.com
shiv.oneill@faegrebd.com; amanda.castor@faegrebd.com

William Robert Meyer  and Allen Morris on behalf of Defendant Todd Rosenbaum:
rmeyer@stites.com; amorris@stites.com; dgoodman@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on January 4, 2016, there are no parties to be served by first class US Mail, postage prepaid.

*/s/ David H. Kleiman*
David H. Kleiman