## Notice Recipients

District/Off: 0756–4           User: edixon                    Date Created: 1/4/2016
Case: 10–93904–BHL–11          Form ID: pdfOrder               Total: 2

**Recipients of Notice of Electronic Filing:**
tr          James A. Knauer         jak@kgrlaw.com
aty         James A. Knauer         jak@kgrlaw.com

                                                                TOTAL: 2