UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00100 (rev 10/2015)

In re:

**Eastern Livestock Co., LLC**,
    Debtor.

Case No. **10–93904–BHL–11**

# NOTICE

A(n) Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 was filed on January 4, 2016, by Mediator David H. Kleiman for Mediator David H Kleiman with a fee of $4,316.00.

**NOTICE IS GIVEN** that any objection to the relief requested must be filed with the Court by February 2, 2016. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the party requesting relief. If no objections are filed, the Court may enter an order granting the relief requested along with any other relief as the Court deems necessary without conducting an actual hearing.

Any document referenced in this notice can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  January 12, 2016

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court