# Notice Recipients

District/Off: 0756–4 | User: edixon | Date Created: 1/12/2016
Case: 10–93904–BHL–11 | Form ID: SF00100 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    David H Kleiman    dkleiman@beneschlaw.com

TOTAL: 1