UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC., | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2016, a copy of the *Notice* [Doc. #2827], attached hereto and made a part hereof as Exhibit "A", regarding the *Application by Mediator for Payment of Fees* [Doc. 2824], was sent to the following parties through the Court's Electronic Case Filing System:

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Edward M King<br>tking@fbtlaw.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com |
| Kay Dee Baird<br>kbaird@kdlegal.com | Theodore A. Konstantinopoulos<br>ndohbky@jbandr.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com |
| C. R. Bowles, Jr<br>cbowles@bgdlegal.com | David L. LeBas<br>dlebas@namanhowell.com | Jeffrey R. Erler<br>jerler@ghjhlaw.com |
| Kent A Britt<br>kabritt@vorys.com | Elliott D. Levin<br>edl@rubin-levin.net | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | Karen L. Lobring<br>lobring@msn.com | Patrick B. Griffin<br>patrick.griffin@kutakrock.com |
| Deborah Caruso<br>dcaruso@daleeke.com | Harmony A. Mappes<br>harmony.mappes@faegrebd.com | John David Hoover<br>jdhoover@hooverhull.com |
| Joshua Elliott Clubb<br>joshclubb@gmail.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com | Jay Jaffe<br>jay.jaffe@faegrebd.com |
| Jack S. Dawson<br>jdawson@millerdollarhide.com | William Robert Meyer, II<br>rmeyer@stites.com | Jill Zengler Julian<br>Jill.Julian@usdoj.gov |
| David Alan Domina<br>dad@dominalaw.com | Amelia Martin Adams<br>aadams@dlgfirm.com | James A. Knauer<br>jak@kgrlaw.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Christopher E. Baker<br>cbaker@thbklaw.com | Randall D. LaTour<br>rdlatour@vorys.com |
| Robert Hughes Foree<br>robertforee@bellsouth.net | David W. Brangers<br>dbrangers@lawyer.com | Martha R. Lehman<br>mlehman@kdlegal.com |
| Thomas P. Glass<br>tpglass@strausstroy.com | Kayla D. Britton<br>kayla.britton@faegrebd.com | Kim Martin Lewis<br>kim.lewis@dinslaw.com |
| Paul M. Hoffman<br>paul.hoffmann@stinsonleonard.com | John R. Burns, III<br>john.burns@faegrebd.com | Jason A. Lopp<br>jlopp@wyattfirm.com |
| Jeffrey L Hunter<br>jeff.hunter@usdoj.gov | Ben T. Caughey<br>ben.caughey@icemiller.com | John Frederick Massouh<br>john.massouh@sprouselaw.com |
| Todd J. Johnston<br>tjohnston@mcjllp.com | Jason W. Cottrell<br>jwc@stuartlaw.com | James Edwin McGhee<br>mcghee@derbycitylaw.com |

Kevin J. Mitchell
kevin.mitchell@faegrebd.com
John W. Ames
james@bgdlegal.com
Robert A. Bell
rabell@vorys.com
Steven A. Brehm
sbrehm@bgdlegal.com
Joe Lee Brown
Joe.Brown@Hardincounty.biz
John R. Carr, III
jrciii@acs-law.com
Bret S. Clement
 bclement@acs-law.com
Kirk Crutcher
kcrutcher@mcs-law.com
Laura Day Delcotto
ldelcotto@dlgfirm.com
Trevor L. Earl
tearl@rwsvlaw.com
William K. Flynn
wkflynn@strausstroy.com
Melissa S. Giberson
msgiberson@vorys.com
Terry E. Hall
terry.hall@faegrebd.com
John Huffaker
john.huffaker@sprouselaw.com
James Bryan Johnston
bjtexas59@hotmail.com
Jay P. Kennedy
 jpk@kgrlaw.com
Erick P. Knoblock
eknoblock@daleeke.com
David A. Laird
david.laird@moyewhite.com
Scott R. Leisz
sleisz@bgdlegal.com
James B. Lind
jblind@vorys.com
John Hunt Lovell
 john@lovell-law.net
Michael W. McClain
mmcclain@mcclaindewees.com
Brian H. Meldrum
bmeldrum@stites.com

Terrill K. Moffett
kendalcantrell@moffettlaw.com
Allen Morris
amorris@stites.com
Judy Hamilton Morse
judy.morse@crowedunlevy.com
Erin Casey Nave
enave@taftlaw.com
Matthew Daniel Neumann
mneumann@hhclaw.com
Matthew J. Ochs
kim.maynes@moyewhite.com
Ross A. Plourde
ross.plourde@mcafeetaft.com
Walter Scott Newbern
wsnewbern@msn.com
Jessica Lynn Olsheski
jessica.olsheski@justice-law.net
Brian Robert Pollock
bpollock@stites.com
Shiv Ghuman O'Neill
shiv.oneill@faegrebd.com
Michael Wayne Oyler
moyler@rwsvlaw.com
Wendy W. Ponader
wendy.ponader@faegrebd.com
Timothy T. Pridmore
tpridmore@mcjllp.com
Anthony G. Raluy
traluy@fbhlaw.net
Eric C. Redman
ksmith@redmanludwig.com
Eric W. Richardson
ewrichardson@vorys.com
Mark A. Robinson
mrobinson@vhrlaw.com
Joseph H. Rogers
jrogers@millerdollarhide.com
Niccole R. Sadowski
nsadowski@thbklaw.com
Ivana B. Shallcross
ishallcross@bgdlegal.com
James E. Smith, Jr.
jsmith@smithakins.com
Joshua N. Stine
kabritt@vorys.com

Meredith R. Theisen
mtheisen@daleeke.com
Christopher M. Trapp
ctrapp@rubin-levin.net
Andrew James Vandiver
avandiver@aswdlaw.com
Stephen A. Weigand
sweigand@ficlaw.com
Michael Benton Willey
michael.willey@ag.tn.gov
Joe T. Roberts
jratty@windstream.net
Jeremy S. Rogers
Jeremy.Rogers@dinslaw.com
James E. Rossow
 jim@rubin-levin.net
Thomas C. Scherer
tscherer@bgdlegal.com
Sarah Elizabeth Sharp
sarah.sharp@faegrebd.com
William E. Smith, III
wsmith@k-glaw.com
Andrew D. Stosberg
astosberg@lloydmc.com
John M. Thompson
john.thompson@crowedunlevy.com
Chrisandrea L. Turner
clturner@stites.com
Andrea L. Wasson
andrea@wassonthornhill.com
Charles R. Wharton
Charles.R.Wharton@usdoj.gov
Jason P. Wischmeyer
jason@wischmeyerlaw.com
David Cooper Robertson
crobertson@stites.com
John M. Rogers
johnr@rubin-levin.net
Steven Eric Runyan
ser@kgrlaw.com
Stephen E. Schilling
seschilling@strausstroy.com
Suzanne M Shehan
suzanne.shehan@kutakrock.com
Amanda Dalton Stafford
ads@kgrlaw.com

| | | |
|---|---|---|
| Matthew R. Strzynski  indyattorney@hotmail.com  Kevin M. Toner  kevin.toner@faegrebd.com | U.S. Trustee  ustpregion10.in.ecf@usdoj.gov  Jennifer Watt jwatt@kgrlaw.com | Sean T. White  swhite@hooverhull.com  James T. Young  james@rubin-levin.net |

      I further certify that on January 13, 2016, a copy of the foregoing *Notice* was mailed by first class US Mail, postage prepaid, and properly addressed to the following:

Thomas Richard Alexander, II
on behalf of Defendant Bill Chase
Richardson Gardner & Alexander
117 East Washington Street
Glasgow, KY 42141

Thomas Richard Alexander, II on behalf of
Joined Party Bill Chase
Richardson Gardner & Alexander
117 East Washington Street
Glasgow, KY 42141

Bob's Auto, Inc. d/b/a Bob's Auto Supply
PO Box 419
Edmonton, KY 42129

Bovine Medical Associates, LLC
1500 Soper Road
Carlisle, KY 40311

Mike Bradbury
4304 John Reagan
Marshall, TX 75670

Bradbury & York
4304 John Reagan
Marshall, TX 75670

Adam R Burrus on behalf of Defendant
Eastern Livestock Co., LLC
Fleeson Gooing Coulson & Kitch LLC
301 N Main, Suite 1900
Wichita, KS 67202

Ron C Campbell on behalf of Defendant
Eastern Livestock Co., LLC
Fleeson, Gooing, Coulson & Kitch
125 N Market St., Ste 1600
PO Box 997
Wichita, KS 67201

Jeremy Coffey
6205 Greensburg Road
Columbia, KY 42728

Eastern Livestock Co., LLC
135 W. Market Street
New Albany, IN 47150

Fort Payne Stockyards
PO Box 681126
Fort Payne, AL 35968-1612

Sam Fousek
29972 396th Ave
Wagner, SD 57380

C. B. Gilbert
4374 Bloomfield Road
Taylorsville, KY 40071

Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103

Ike's Trucking, Inc.
Ike and Cherie Jacobs
3087 Ervin Town Rd.
Castlewood, VA 24224

David M Jones on behalf of
Plaintiff Friona Industries, LP
Sprouse, Shrader & Smith PC
PO Box 15008
Amarillo, TX 79105-5008

8939271 v1            3

| | |
|---|---|
| James Kilroy on behalf of Defendant Superior Livestock Auction<br>Snell & Wilmer LLP<br>1200 17th Ste. Ste 1900<br>Denver, CO 80202 | Justice B King on behalf of Defendant Fifth Third Bank<br>Fisher, Patterson, Sayler & Smith<br>3550 S.W. Fifth St.<br>PO Box 949<br>Topeka, KS 66601-0949 |
| Amos Knopf<br>6987 Hwy 278 West<br>Ozan, AR 71855-9023 | Thomas J Lasater on behalf of Defendant Eastern Livestock Co., LLC<br>301 N Main, Ste. 1900<br>PO Box 997<br>Wichita, KS 67201 |
| David A. Layson on behalf of Defendant Fritz Gettelfinger<br>102 North Capitol Avenue<br>Corydon, IN 47112 | Terry L Malone on behalf of Defendant Elizabeth M. Lynch<br>Martin, Pringle, Oliver, Wallace & Swartz LLP<br>100 North Broadway, Ste. 500<br>Wichita, KS 67202 |
| Philip Martin<br>6853 Fairview Rd<br>Cookeville, TN 38501-9715 | National Cattlemen's Beef Association<br>Alice Devine<br>Devine & Donley, LLC<br>534 S KS Ave Suite 1420<br>Topeka, KA 66603 |
| W. Scott Newbern on behalf of Defendant Arcadia Stockyard<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 | W. Scott Newbern on behalf of Defendant Cattlemen's Livestock Market<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 |
| W. Scott Newbern on behalf of Defendant Columbia Livestock Market of Lake City, Inc.<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 | W. Scott Newbern on behalf of Defendant Hardee Livestock Market, Inc.<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 |
| W. Scott Newbern on behalf of Defendant North Florida Livestock Market, Inc.<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 | W. Scott Newbern on behalf of Defendant Ocala Livestock Market, Inc.<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 |

| | |
|---|---|
| W. Scott Newbern on behalf of Defendant Okeechobee Livestock Market, Inc.<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 | W. Scott Newbern on behalf of Defendant Sumter County Farmer's Market, Inc.<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 |
| W. Scott Newbern on behalf of Defendant Townsend Livestock Market<br>W. Scott Newbern, P.L.<br>2982 E Giverny<br>Tallahassee, FL 32309 | Bryan K Nowicki on behalf of Defendant Fifth Third Bank<br>Reinhart Boerner Van Deuren s.c.<br>22 E Mifflin St., Ste 600<br>Madison, WI 53703 |
| Mark A Rondeau on behalf of Plaintiff BMG Natural, L.L.C.<br>1321 Main Suite 300<br>P O Drawer 1110<br>Great Bend, KS 67530 | Mark A Rondeau on behalf of Plaintiff Innovative Livestock Service, Inc.,<br>1321 Main, Suite 300<br>P O Drawer 1110<br>Great Bend, KS 67530 |
| Ashley S Rusher on behalf of Creditor Alton Darnell dba Darnell Alton Barn<br>Blanco Tackabery & Matamoros PA<br>PO Drawer 25008<br>Winston-Salem, NC 27114-5008 | Ann Ustad Smith on behalf of Defendant James A Knauer<br>Michael Best & Friedrich<br>1 S Pinckney St #900 PO Box 1806<br>Madison, WI 53701 |
| Southeastern Livestock Network LLC<br>176 Pasadena Drive<br>Lexington, KY 40503 | Tennessee Livestock Producers, Inc.<br>P.O. Box 313<br>Columbia, TN 38402 |
| Alex R Voils, Jr on behalf of Defendant Loveland Farms<br>PO Box 640<br>Zionsville, IN 46077 | |

Respectfully submitted this 13th day of January, 2016.

Respectfully submitted,

By: */s/ David H. Kleiman*
David H. Kleiman, Mediator, Atty. No. 5244-49
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
2300 One American Square
Indianapolis, IN 46282
(317) 632-3232
(317) 632-2962 (fax)
dkleiman@beneschlaw.com