UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Eastern Livestock Co., LLC**,
    Debtor.

Case No. **10–93904–BHL–11**

## NOTICE OF DEFICIENT FILING

The Motion for Payment of Funds from Court Registry, which was filed on January 14, 2016, is deficient in the following respect(s):

    Debtor name and case number on PDF does not match case name and number.

The above–cited deficiencies must be corrected by February 3, 2016 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: January 20, 2016

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court