# Notice Recipients

District/Off: 0756–4 User: edixon Date Created: 1/20/2016
Case: 10–93904–BHL–11 Form ID: SF00075 Total: 2

**Recipients of Notice of Electronic Filing:**
aty  John Hunt Lovell  john@lovell–law.net
aty  John Hunt Lovell  john@lovell–law.net

 TOTAL: 2