UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**CACTUS GROWERS, INC.'S WITHDRAWAL OF MOTION TO RELEASE EXCESS INTERPLEADED FUNDS TO CACTUS GROWERS, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

On January 20, 2016, Cactus Growers, Inc. ("Cactus") filed its Motion to Release Excess Interpleaded Funds to Cactus Growers, Inc. [Doc. 2833]. It has come to the attention of Cactus that all of the excess interpleaded funds are held in the registry of the court in Adversary Case No. 11-59093 pursuant to this Court's order of May, 3, 2012. Therefore, Cactus Growers, Inc., by counsel, hereby withdraws its Motion to Release Excess Interpleaded Funds to Cactus Growers, Inc. filed in this matter, as styled and captioned above.

Respectfully submitted,

John H. Lovell
TX SBN: 12609300
LOVELL, LOVELL, NEWSOM & ISERN, LLP
112 W. 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone: (806) 373-1515
Fax: (806) 379-7176
E-mail: john@lovell-law.net

- AND -

        Mark A. Robinson, Of Counsel
        DUNCAN GALLOWAY EGAN GREENWALD, PLLC
        9750 Ormsby Station Road, Suite 210
        Louisville, KY 40223
        Phone:  (502) 614-6970
        Fax:  (502) 614-6980
        E-mail: mrobinson@dgeglaw.com

        ATTORNEYS FOR PLAINTIFF CACTUS GROWERS, INC.

        /s/ John Lovell
        John H. Lovell

## CERTIFICATE OF SERVICE

    I hereby certify that on January 21, 2016, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

        /s/ John Lovell