**SO ORDERED: February 9, 2016.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC., | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) Hon. Basil H. Lorch III |

**ORDER APPROVING APPLICATION BY MEDIATOR FOR PAYMENT OF FEES**

This cause, coming before the Court upon the *Application by Mediator for Payment of Fees* (the "Application") [Doc. #2824] seeking compensation for services rendered by David H. Kleiman as Mediator, where appropriate notice has been provided, and where upon no objections have been filed, and the Court, having read and considered the Application, and having determined the fees and expenses described therein are reasonable and appropriate under the circumstances, hereby approves the Application.

IT IS THEREFORE ORDERED that the Application is granted and David H. Kleiman, the duly appointed Mediator herein, shall be paid from the Estate for services rendered in the amount of $4,316.00.

###