UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                                    CASE NO. 10-93904-BHL-11

EASTERN LIVESTOCK CO., LLC

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 144

Todd Rosenbaum and Rosenbaum Feeder Cattle Company, LLC, through undersigned counsel, hereby withdraw, with prejudice, their Proof of Claim No. 144 filed on April 18, 2011 in the unsecured amount of $150,823.92.

February 11, 2016                   /s/W. Robert Meyer
                                                  W. Robert Meyer
                                                  STITES & HARBISON PLLC
                                                  323 East Court Avenue
                                                  Jeffersonville, IN  47130
                                                  Telephone: (812) 282-7566
                                                  COUNSEL FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, a copy of the foregoing NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 144 was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System.

                                                  /s/W. Robert Meyer
                                                  W. Robert Meyer

R9571:9671:88019:1:JEFFERSONVILLE