UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In Re:   )
         )
EASTERN LIVESTOCK CO., LLC,   )
         )   Case No. 10-93904-BHL
Debtor.  )   Chapter 11
         )

## ASSIGNMENT OF PROOF OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Moseley Cattle Auction LLC ("Moseley") hereby assigns to Midwest Feeders, Inc. whose address is c/o John O'Brien and Snell & Wilmer L.L.P., 1200 17th Street, Suite 1900, Denver, Colorado 80202 all of its right, title, and interest in that certain Proof of Claim in the amount of $670,949.88 filed in the above referenced case on April 27, 2011 and designated as Claim No. 157.

Moseley hereby waives any notice of this transfer and waives any right to object to this transfer pursuant to Bankruptcy Rule 3001(e)(2) or otherwise.

DATED this _25_ day of January, 2016.

Respectfully submitted,

By: _/s/ John F. Moseley III_
John F. Moseley III

23346038.1