UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE:　)　<br>　)　<br>EASTERN LIVESTOCK CO., LLC,　)　<br>　)　<br>　Debtor.　)　<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿)　<br>　)　<br>JAMES A. KNAUER,　)　<br>CHAPTER 11 TRUSTEE OF　)　<br>EASTERN LIVESTOCK CO., LLC,　)　<br>　)　<br>　Plaintiff,　)　<br>　)　<br>v.　)　<br>　)　<br>TRAVIS DICKE,　)　<br>　)　<br>　Defendant.　)　| Case No. 10-93904-BHL-11<br><br><br><br><br><br><br><br><br><br><br><br>Adversary Proceeding No. 12-59059 |

## NOTICE OF DISCOVERY

TO:　All counsel of record

Please take notice that defendant Travis Dicke served the following discovery requests on February 23, 2016 in adversary proceeding 12-59059:

　1.　Defendant's Combined Interrogatories, Requests for Admission, and Request for Production of Documents and Things to James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., L.L.C.;

　2.　Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Eastern Livestock Co., LLC;

　3.　Subpoena and notice of deposition to Ms. Elizabeth M. Lynch; and

　4.　Subpoena and non-party request for documents to Superior Livestock Auction, Inc.

DATED: February 23, 2016                    TRAVIS DICKE,
                                            Defendant,


                                      By:   /s/ Andrew T. Kight
                                            Andrew T. Kight, one of his counsel

Andrew T. Kight
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
Email: akight@taftlaw.com


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was served upon those parties identified on the attached Service List on February 23, 2016 via the Court's ECF system, and that a copy of the foregoing was also served on February 23, 2016 on Thomas Richard Alexander, II via electronic mail at tra@rgba-law.com.


                                              /s/ Andrew T. Kight
                                            Andrew T. Kight

**SERVICE LIST**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

David L. Abt    davidabt@mwt.net
Amelia Martin Adams    amelia.m.adams@gmail.com
John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
David W. Brangers    dbrangers@lawyer.com
Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Joe Lee Brown    Joe.Brown@Hardincounty.biz
Lisa Koch Bryant    courtmail@tilfordlaw.com
John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com
John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Ben T. Caughey    ben.caughey@icemiller.com
Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb    joshclubb@gmail.com
Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
John D Dale    Johndaleatty@msn.com
Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Dustin R. DeNeal    dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
Daniel J. Donnellon    ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
Trevor L. Earl    tearl@rwsvlaw.com
Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Jeffrey R. Erler    jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
Robert H. Foree    robertforee@bellsouth.net
Sandra D. Freeburger    sfreeburger@dsf-atty.com, scain@dsf-atty.com
Peter M Gannott    pgannott@gannottlaw.com, gannottlaw@gmail.com
Melissa S. Giberson    msgiberson@vorys.com
Thomas P Glass    tpglass@strausstroy.com
Jeffrey J. Graham    jgraham@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
Patrick B Griffin    patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Paul M. Hoffmann    paul.hoffmann@stinsonleonard.com
John David Hoover    jdhoover@hooverhull.com
John Huffaker    john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com
Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov
James R Irving    jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

**SERVICE LIST, CONT'D.**

Jay Jaffe     jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston     bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston     tjohnston@mcjllp.com
Jill Zengler Julian     Jill.Julian@usdoj.gov
Jay P. Kennedy     jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Andrew T Kight     akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
David H Kleiman     dkleiman@beneschlaw.com, ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Erick P Knoblock     eknoblock@daleeke.com, dwright@daleeke.com
Theodore A Konstantinopoulos     ndohbky@jbandr.com
Randall D. LaTour     RDLatour@vorys.com, skbrown@vorys.com;mdwalkuski@vorys.com
David A. Laird     david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
James G. Lauck     jgl@kgrlaw.com, kmw@kgrlaw.com
David L. LeBas     dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Scott R Leisz     sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin     robin@rubin-levin.net, edl@trustesolutions.net
Kim Martin Lewis     kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
James B. Lind     jblind@vorys.com
Karen L. Lobring     lobring@msn.com
John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net; paula@lovell-law.net
Harmony A Mappes     harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh     john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
Michael W. McClain     mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com
Kelly Greene McConnell     lisahughes@givenspursley.com
James Edwin McGhee     jmcghee@kplouisville.com, james.mcghee@gmail.com
Brian H Meldrum     bmeldrum@stites.com
William Robert Meyer     rmeyer@stites.com, dgoodman@stites.com
Kevin J. Mitchell     kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Terrill K. Moffett     kendalcantrell@moffettlaw.com
Christie A. Moore     cm@gdm.com, ljs2@gdm.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Allen Morris     amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse     judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Erin Casey Nave     enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
Walter Scott Newbern     wsnewbern@msn.com
John O'Brien     jobrien@swlaw.com, agodfrey@swlaw.com
Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs     kim.maynes@moyewhite.com
Jessica Lynn Olsheski     jessica.olsheski@justice-law.net, julie.streich@justice-law.net
Michael Wayne Oyler     moyler@rwsvlaw.com
Ross A. Plourde     ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
Brian Robert Pollock     bpollock@stites.com
Wendy W Ponader     wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy     traluy@rendigs.com

**SERVICE LIST, CONT'D.**

Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric W. Richardson    ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts    jratty@windstream.net
David Cooper Robertson    crobertson@stites.com, docketclerk@stites.com
Mark A. Robinson    mrobinson@dgeglaw.com
Jeremy S Rogers    Jeremy.Rogers@dinslaw.com
John M. Rogers    johnr@rubin-levin.net, mtucker@rubin-levin.net
Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;mtucker@rubin-levin.net
Steven Eric Runyan    ser@kgrlaw.com
Niccole R. Sadowski    nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com
Thomas C Scherer    tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Stephen E. Schilling    seschilling@strausstroy.com
Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Sarah Elizabeth Sharp    sarah.sharp@faegrebd.com
Suzanne M Shehan    suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith    wsmith@k-glaw.com, sking@k-glaw.com
Amanda Dalton Stafford    ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Robert K Stanley    robert.stanley@FaegreBD.com
Joshua N. Stine    kabritt@vorys.com
Andrew D Stosberg    astosberg@lloydmc.com, vpennington@lloydmc.com
Matthew R. Strzynski    indyattorney@hotmail.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com
Jennifer Joyce Tompkins    jenniferjtompkins@hotmail.com
Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
Christopher M. Trapp    chris_m_trapp@hotmail.com
Chrisandrea L. Turner    clturner@stites.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver    avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrea L Wasson    andrea@wassonthornhill.com
Jennifer Watt    jwatt@kgrlaw.com, tjf@kgrlaw.com
Stephen A. Weigand    sweigand@ficlaw.com
Charles R. Wharton    Charles.R.Wharton@usdoj.gov
Sean T. White    swhite@hooverhullturner.com, malexander@hooverhullturner.com
Michael Benton Willey    michael.willey@ag.tn.gov
April A Wimberg    awimberg@bgdlegal.com
Jason P Wischmeyer    jason@wischmeyerlaw.com
Jessica E. Yates    jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
James T Young    james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

15497784.3