UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JAMES A. KNAUER, | ) | |
| CHAPTER 11 TRUSTEE OF | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 13-59001 |
| | ) | |
| BILL EBERLE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISCOVERY

TO:   All counsel of record

Please take notice that defendant Bill Eberle served the following discovery requests on February 23, 2016 in adversary proceeding 13-59001:

1.   Defendant's Second Set of Interrogatories, Requests for Admission, and Request for Production of Documents and Things to James A. Knauer, Chapter 11 Trustee of Eastern Livestock Co., L.L.C.;

2.   Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Eastern Livestock Co., LLC; and

3.   Subpoena and notice of deposition to Ms. Elizabeth M. Lynch.

DATED: February 23, 2016  BILL EBERLE,
Defendant,

By:    /s/ Andrew T. Kight
Andrew T. Kight, one of his counsel

Andrew T. Kight
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
Email: akight@taftlaw.com

### CERTIFICATE OF SERVICE

     The undersigned certifies that a true and accurate copy of the foregoing was served upon those parties identified on the attached Service List on February 23, 2016 via the Court's ECF system, and that a copy of the foregoing was also served on February 23, 2016 on Thomas Richard Alexander, II via electronic mail at tra@rgba-law.com.

   /s/ Andrew T. Kight
Andrew T. Kight

**SERVICE LIST**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- David L. Abt    davidabt@mwt.net
- Amelia Martin Adams    amelia.m.adams@gmail.com
- John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
- Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
- Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
- C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
- David W. Brangers    dbrangers@lawyer.com
- Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
- Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
- Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
- Joe Lee Brown    Joe.Brown@Hardincounty.biz
- Lisa Koch Bryant    courtmail@tilfordlaw.com
- John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
- James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com
- John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
- Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
- Ben T. Caughey    ben.caughey@icemiller.com
- Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
- Joshua Elliott Clubb    joshclubb@gmail.com
- Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
- Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
- John D Dale    Johndaleatty@msn.com
- Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
- Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
- David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
- Daniel J. Donnellon    ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
- Trevor L. Earl    tearl@rwsvlaw.com
- Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
- Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
- Jeffrey R. Erler    jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
- William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
- Robert H. Foree    robertforee@bellsouth.net
- Sandra D. Freeburger    sfreeburger@dsf-atty.com, scain@dsf-atty.com
- Peter M Gannott    pgannott@gannottlaw.com, gannottlaw@gmail.com
- Melissa S. Giberson    msgiberson@vorys.com
- Thomas P Glass    tpglass@strausstroy.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
- Patrick B Griffin    patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
- Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
- Paul M. Hoffmann    paul.hoffmann@stinsonleonard.com
- John David Hoover    jdhoover@hooverhull.com
- John Huffaker    john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com
- Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov
- James R Irving    jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

3

**SERVICE LIST, CONT'D.**

Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston    tjohnston@mcjllp.com
Jill Zengler Julian    Jill.Julian@usdoj.gov
Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Andrew T Kight    akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
David H Kleiman    dkleiman@beneschlaw.com, ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Erick P Knoblock    eknoblock@daleeke.com, dwright@daleeke.com
Theodore A Konstantinopoulos    ndohbky@jbandr.com
Randall D. LaTour    RDLatour@vorys.com, skbrown@vorys.com;mdwalkuski@vorys.com
David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
James G. Lauck    jgl@kgrlaw.com, kmw@kgrlaw.com
David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Scott R Leisz    sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.net
Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
James B. Lind    jblind@vorys.com
Karen L. Lobring    lobring@msn.com
John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net; paula@lovell-law.net
Harmony A Mappes    harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh    john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
Michael W. McClain    mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com
Kelly Greene McConnell    lisahughes@givenspursley.com
James Edwin McGhee    jmcghee@kplouisville.com, james.mcghee@gmail.com
Brian H Meldrum    bmeldrum@stites.com
William Robert Meyer    rmeyer@stites.com, dgoodman@stites.com
Kevin J. Mitchell    kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Terrill K. Moffett    kendalcantrell@moffettlaw.com
Christie A. Moore    cm@gdm.com, ljs2@gdm.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Allen Morris    amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Erin Casey Nave    enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
Walter Scott Newbern    wsnewbern@msn.com
John O'Brien    jobrien@swlaw.com, agodfrey@swlaw.com
Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs    kim.maynes@moyewhite.com
Jessica Lynn Olsheski    jessica.olsheski@justice-law.net, julie.streich@justice-law.net
Michael Wayne Oyler    moyler@rwsvlaw.com
Ross A. Plourde    ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
Brian Robert Pollock    bpollock@stites.com
Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy    traluy@rendigs.com

**SERVICE LIST, CONT'D.**

Eric C Redman     ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric W. Richardson     ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts     jratty@windstream.net
David Cooper Robertson     crobertson@stites.com, docketclerk@stites.com
Mark A. Robinson     mrobinson@dgeglaw.com
Jeremy S Rogers     Jeremy.Rogers@dinslaw.com
John M. Rogers     johnr@rubin-levin.net, mtucker@rubin-levin.net
Joseph H Rogers     jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;mtucker@rubin-levin.net
Steven Eric Runyan     ser@kgrlaw.com
Niccole R. Sadowski     nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com
Thomas C Scherer     tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Stephen E. Schilling     seschilling@strausstroy.com
Ivana B. Shallcross     ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Sarah Elizabeth Sharp     sarah.sharp@faegrebd.com
Suzanne M Shehan     suzanne.shehan@kutakrock.com,
nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
James E. Smith     jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith     wsmith@k-glaw.com, sking@k-glaw.com
Amanda Dalton Stafford     ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Robert K Stanley     robert.stanley@FaegreBD.com
Joshua N. Stine     kabritt@vorys.com
Andrew D Stosberg     astosberg@lloydmc.com, vpennington@lloydmc.com
Matthew R. Strzynski     indyattorney@hotmail.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com
Jennifer Joyce Tompkins     jenniferjtompkins@hotmail.com
Kevin M. Toner     kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
Christopher M. Trapp     chris_m_trapp@hotmail.com
Chrisandrea L. Turner     clturner@stites.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver     avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrea L Wasson     andrea@wassonthornhill.com
Jennifer Watt     jwatt@kgrlaw.com, tjf@kgrlaw.com
Stephen A. Weigand     sweigand@ficlaw.com
Charles R. Wharton     Charles.R.Wharton@usdoj.gov
Sean T. White     swhite@hooverhullturner.com, malexander@hooverhullturner.com
Michael Benton Willey     michael.willey@ag.tn.gov
April A Wimberg     awimberg@bgdlegal.com
Jason P Wischmeyer     jason@wischmeyerlaw.com
Jessica E. Yates     jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
James T Young     james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

15497801.3