UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE

Deborah J. Caruso, of the law firm of RUBIN & LEVIN, P.C., pursuant to Fed.R.Bankr.P. 9010, S.D.Ind. B-2002-1 and S.D.Ind. B-9010-1, hereby provides notice of her appearance in the above-captioned bankruptcy case on behalf of Kathryn L. Pry, Chapter 7 Trustee of the Bankruptcy Estate of Thomas P. Gibson and Patsy M. Gibson, and requests that copies of all documents filed in this bankruptcy case be given to and served upon her at the following:

> Deborah J. Caruso
> RUBIN & LEVIN, P.C.
> 135 N. Pennsylvania Street, Suite 1400
> Indianapolis, Indiana 46204
> Tel: (317) 860-2867
> Fax: (317) 453-8616
> Email: dcaruso@rubin-levin.net

The undersigned authorizes service by e-mail at the above e-mail address, and certifies that she is admitted to practice in this Court.

Respectfully submitted,

/s/ Deborah J. Caruso
Deborah J. Caruso
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 860-2867
Fax: (317) 453-8616
Email: dcaruso@rubin-levin.net
Attorneys for Kathryn L. Pry, Trustee

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2016, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt    davidabt@mwt.net
Amelia Martin Adams    amelia.m.adams@gmail.com
John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
David W. Brangers    dbrangers@lawyer.com
Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Joe Lee Brown    Joe.Brown@Hardincounty.biz
Lisa Koch Bryant    courtmail@tilfordlaw.com
John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com
John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Ben T. Caughey    ben.caughey@icemiller.com
Ben T. Caughey    ben.caughey@mcdlegalfirm.com
Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb    joshclubb@gmail.com
Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
John D Dale    Johndaleatty@msn.com
Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Dustin R. DeNeal    dustin.deneal@faegrebd.com,

cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
Daniel J. Donnellon    ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
Trevor L. Earl    tearl@rwsvlaw.com
Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Jeffrey R. Erler    jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
Robert H. Foree    robertforee@bellsouth.net
Sandra D. Freeburger    sfreeburger@dsf-atty.com, scain@dsf-atty.com
Peter M Gannott    pgannott@gannottlaw.com, gannottlaw@gmail.com
Melissa S. Giberson    msgiberson@vorys.com
Thomas P Glass    tpglass@strausstroy.com
Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
Patrick B Griffin    patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Paul M. Hoffmann    paul.hoffmann@stinsonleonard.com
John David Hoover    jdhoover@hooverhull.com
John Huffaker    john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com
Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov
James R Irving    jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston    tjohnston@mcjllp.com
Jill Zengler Julian    Jill.Julian@usdoj.gov
Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Andrew T Kight    akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
David H Kleiman    dkleiman@beneschlaw.com, ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock    eknoblock@daleeke.com, dwright@daleeke.com
Theodore A Konstantinopoulos    ndohbky@jbandr.com
Randall D. LaTour    RDLatour@vorys.com, skbrown@vorys.com;mdwalkuski@vorys.com
David A. Laird    david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
James G. Lauck    jgl@kgrlaw.com, kmw@kgrlaw.com
David L. LeBas    dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Scott R Leisz    sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.net
Elliott D. Levin    edl@rubin-levin.net, atty_edl@trustesolutions.com
Kim Martin Lewis    kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
James B. Lind    jblind@vorys.com
Karen L. Lobring    lobring@msn.com
John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell    john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
Harmony A Mappes    harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
Harmony A Mappes    harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh    john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
Michael W. McClain    mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com
Kelly Greene McConnell    lisahughes@givenspursley.com
James Edwin McGhee    jmcghee@kplouisville.com, james.mcghee@gmail.com
Brian H Meldrum    bmeldrum@stites.com
William Robert Meyer    rmeyer@stites.com, dgoodman@stites.com
William Robert Meyer    rmeyer@stites.com, dgoodman@stites.com
Kevin J. Mitchell    kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Terrill K. Moffett    kendalcantrell@moffettlaw.com
Christie A. Moore    cm@gdm.com, ljs2@gdm.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Allen Morris    amorris@stites.com, dgoodman@stites.com
Allen Morris    amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Erin Casey Nave    enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
Walter Scott Newbern    wsnewbern@msn.com

-4-

Walter Scott Newbern    wsnewbern@msn.com
John O'Brien    jobrien@swlaw.com, agodfrey@swlaw.com
Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs    kim.maynes@moyewhite.com
Jessica Lynn Olsheski    jessica.olsheski@justice-law.net, julie.streich@justice-law.net
Michael Wayne Oyler    moyler@rwsvlaw.com
Ross A. Plourde    ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
Brian Robert Pollock    bpollock@stites.com
Brian Robert Pollock    bpollock@stites.com
Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy    traluy@rendigs.com
Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric W. Richardson    ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts    jratty@windstream.net
David Cooper Robertson    crobertson@stites.com, docketclerk@stites.com
Mark A. Robinson    mrobinson@dgeglaw.com
Jeremy S Rogers    Jeremy.Rogers@dinslaw.com
John M. Rogers    johnr@rubin-levin.net, mtucker@rubin-levin.net
Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net
Steven Eric Runyan    ser@kgrlaw.com
Steven Eric Runyan    ser@kgrlaw.com
Niccole R. Sadowski    nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com
Thomas C Scherer    tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Stephen E. Schilling    seschilling@strausstroy.com
Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Sarah Elizabeth Sharp    sarah.sharp@faegrebd.com
Suzanne M Shehan    suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith    wsmith@k-glaw.com, sking@k-glaw.com
Amanda Dalton Stafford    ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Amanda Dalton Stafford    ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Robert K Stanley    robert.stanley@FaegreBD.com
Joshua N. Stine    kabritt@vorys.com
Andrew D Stosberg    astosberg@lloydmc.com, vpennington@lloydmc.com

> Matthew R. Strzynski     indyattorney@hotmail.com
> Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
> John M. Thompson     john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com
> Jennifer Joyce Tompkins     jenniferjtompkins@hotmail.com
> Kevin M. Toner     kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
> Kevin M. Toner     kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
> Christopher M. Trapp     chris_m_trapp@hotmail.com
> Chrisandrea L. Turner     clturner@stites.com
> U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
> Andrew James Vandiver     avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
> Andrea L Wasson     andrea@wassonthornhill.com
> Jennifer Watt     jwatt@kgrlaw.com, tjf@kgrlaw.com
> Jennifer Watt     jwatt@kgrlaw.com, tjf@kgrlaw.com
> Stephen A. Weigand     sweigand@ficlaw.com
> Charles R. Wharton     Charles.R.Wharton@usdoj.gov
> Sean T. White     swhite@hooverhullturner.com, malexander@hooverhullturner.com
> Michael Benton Willey     michael.willey@ag.tn.gov
> April A Wimberg     awimberg@bgdlegal.com
> Jason P Wischmeyer     jason@wischmeyerlaw.com
> Jessica E. Yates     jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
> James T Young     james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

I further certify that on February 26, 2016, a copy of the foregoing *Notice of Appearance* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None.

                                                    /s/ Deborah J. Caruso
                                                    Deborah J. Caruso

g:\wp80\trustee\pry\gibson, thomas & patsy - 86706401 - djc\eastern livestock, 10-93904\appearance.djc.r&l.doc