UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Meredith R. Theisen, of the law firm of RUBIN & LEVIN, P.C., pursuant to Fed.R.Bankr.P. 9010, S.D.Ind. B-2002-1 and S.D.Ind. B-9010-1, hereby provides notice of her appearance in the above-captioned bankruptcy case on behalf of Kathryn L. Pry, Chapter 7 Trustee of the Bankruptcy Estate of Thomas P. Gibson and Patsy M. Gibson, and requests that copies of all documents filed in this bankruptcy case be given to and served upon her at the following:

> Meredith R. Theisen
> RUBIN & LEVIN, P.C.
> 135 N. Pennsylvania Street, Suite 1400
> Indianapolis, Indiana 46204
> Tel: (317) 860-2877
> Fax: (317) 453-8602
> Email: mtheisen@rubin-levin.net

The undersigned authorizes service by e-mail at the above e-mail address, and certifies that she is admitted to practice in this Court.

> Respectfully submitted,
>
>     /s/ Meredith R. Theisen
> Meredith R. Theisen
> RUBIN & LEVIN, P.C.
> 135 N. Pennsylvania Street, Suite 1400
> Indianapolis, Indiana 46204
> Tel: (317) 860-2877
> Fax: (317) 453-8602
> Email: mtheisen@rubin-levin.net
> Attorneys for Kathryn L. Pry, Trustee

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2016, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt    davidabt@mwt.net
Amelia Martin Adams    amelia.m.adams@gmail.com
John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
David W. Brangers    dbrangers@lawyer.com
Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Joe Lee Brown    Joe.Brown@Hardincounty.biz
Lisa Koch Bryant    courtmail@tilfordlaw.com
John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com
John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Ben T. Caughey    ben.caughey@icemiller.com
Ben T. Caughey    ben.caughey@mcdlegalfirm.com
Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb    joshclubb@gmail.com
Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
John D Dale    Johndaleatty@msn.com
Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Dustin R. DeNeal    dustin.deneal@faegrebd.com,

cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
Daniel J. Donnellon    ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
Trevor L. Earl    tearl@rwsvlaw.com
Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Shawna M Eikenberry    shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Jeffrey R. Erler    jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William K. Flynn    wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
Robert H. Foree    robertforee@bellsouth.net
Sandra D. Freeburger    sfreeburger@dsf-atty.com, scain@dsf-atty.com
Peter M Gannott    pgannott@gannottlaw.com, gannottlaw@gmail.com
Melissa S. Giberson    msgiberson@vorys.com
Thomas P Glass    tpglass@strausstroy.com
Jeffrey J. Graham    jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
Patrick B Griffin    patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
Terry E. Hall    terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Paul M. Hoffmann    paul.hoffmann@stinsonleonard.com
John David Hoover    jdhoover@hooverhull.com
John Huffaker    john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com
Jeffrey L Hunter    jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov
James R Irving    jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston    bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston    tjohnston@mcjllp.com
Jill Zengler Julian    Jill.Julian@usdoj.gov
Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy    jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Andrew T Kight    akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
David H Kleiman    dkleiman@beneschlaw.com, ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock     eknoblock@daleeke.com, dwright@daleeke.com
Theodore A Konstantinopoulos     ndohbky@jbandr.com
Randall D. LaTour     RDLatour@vorys.com, skbrown@vorys.com;mdwalkuski@vorys.com
David A. Laird     david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
James G. Lauck     jgl@kgrlaw.com, kmw@kgrlaw.com
David L. LeBas     dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Scott R Leisz     sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin     robin@rubin-levin.net, edl@trustesolutions.net
Elliott D. Levin     edl@rubin-levin.net, atty_edl@trustesolutions.com
Kim Martin Lewis     kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
James B. Lind     jblind@vorys.com
Karen L. Lobring     lobring@msn.com
John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
Harmony A Mappes     harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
Harmony A Mappes     harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh     john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
Michael W. McClain     mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com
Kelly Greene McConnell     lisahughes@givenspursley.com
James Edwin McGhee     jmcghee@kplouisville.com, james.mcghee@gmail.com
Brian H Meldrum     bmeldrum@stites.com
William Robert Meyer     rmeyer@stites.com, dgoodman@stites.com
William Robert Meyer     rmeyer@stites.com, dgoodman@stites.com
Kevin J. Mitchell     kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Terrill K. Moffett     kendalcantrell@moffettlaw.com
Christie A. Moore     cm@gdm.com, ljs2@gdm.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Allen Morris     amorris@stites.com, dgoodman@stites.com
Allen Morris     amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse     judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Erin Casey Nave     enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
Walter Scott Newbern     wsnewbern@msn.com

-4-

Walter Scott Newbern     wsnewbern@msn.com
John O'Brien     jobrien@swlaw.com, agodfrey@swlaw.com
Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs     kim.maynes@moyewhite.com
Jessica Lynn Olsheski     jessica.olsheski@justice-law.net, julie.streich@justice-law.net
Michael Wayne Oyler     moyler@rwsvlaw.com
Ross A. Plourde     ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
Brian Robert Pollock     bpollock@stites.com
Brian Robert Pollock     bpollock@stites.com
Wendy W Ponader     wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Wendy W Ponader     wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore     tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy     traluy@rendigs.com
Eric C Redman     ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric C Redman     ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric W. Richardson     ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts     jratty@windstream.net
David Cooper Robertson     crobertson@stites.com, docketclerk@stites.com
Mark A. Robinson     mrobinson@dgeglaw.com
Jeremy S Rogers     Jeremy.Rogers@dinslaw.com
John M. Rogers     johnr@rubin-levin.net, mtucker@rubin-levin.net
Joseph H Rogers     jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net
Steven Eric Runyan     ser@kgrlaw.com
Steven Eric Runyan     ser@kgrlaw.com
Niccole R. Sadowski     nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com
Thomas C Scherer     tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Stephen E. Schilling     seschilling@strausstroy.com
Ivana B. Shallcross     ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Ivana B. Shallcross     ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Sarah Elizabeth Sharp     sarah.sharp@faegrebd.com
Suzanne M Shehan     suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
James E. Smith     jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith     wsmith@k-glaw.com, sking@k-glaw.com
Amanda Dalton Stafford     ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Amanda Dalton Stafford     ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Robert K Stanley     robert.stanley@FaegreBD.com
Joshua N. Stine     kabritt@vorys.com
Andrew D Stosberg     astosberg@lloydmc.com, vpennington@lloydmc.com

> Matthew R. Strzynski    indyattorney@hotmail.com
> Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
> John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com
> Jennifer Joyce Tompkins    jenniferjtompkins@hotmail.com
> Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
> Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
> Christopher M. Trapp    chris_m_trapp@hotmail.com
> Chrisandrea L. Turner    clturner@stites.com
> U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
> Andrew James Vandiver    avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
> Andrea L Wasson    andrea@wassonthornhill.com
> Jennifer Watt    jwatt@kgrlaw.com, tjf@kgrlaw.com
> Jennifer Watt    jwatt@kgrlaw.com, tjf@kgrlaw.com
> Stephen A. Weigand    sweigand@ficlaw.com
> Charles R. Wharton    Charles.R.Wharton@usdoj.gov
> Sean T. White    swhite@hooverhullturner.com, malexander@hooverhullturner.com
> Michael Benton Willey    michael.willey@ag.tn.gov
> April A Wimberg    awimberg@bgdlegal.com
> Jason P Wischmeyer    jason@wischmeyerlaw.com
> Jessica E. Yates    jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
> James T Young    james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

I further certify that on February 26, 2016, a copy of the foregoing *Notice of Appearance* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None.

    /s/ Meredith R. Theisen
    Meredith R. Theisen

g:\wp80\trustee\pry\gibson, thomas & patsy - 86706401 - djc\eastern livestock, 10-93904\appearance.mrt.r&l.doc