SO ORDERED: March 15, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING TRUSTEE'S MOTION FOR LEAVE
### TO DISCONTINUE DISCOVERY REPOSITORY

This matter is before the Court on the *Trustee's Motion for Leave to Discontinue Discovery Repository* [Docket No. 2840]. The Court, having considered the Motion, and being duly advised, now GRANTS the Motion. Accordingly, the Court finds that the Trustee is relieved from any and all obligation to maintain the discovery repository, and the repository can be discontinued effective March 1, 2016. The Trustee's counsel will maintain an electronic copy of all materials currently available on the repository and will make those materials available as appropriate upon request to parties litigating in this Chapter 11 proceeding and related adversary proceedings.

###