UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EASTERN LIVESTOCK CO., LLC | )   Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

The Motion to Approve Compromise and Settlement with Tobin M. Parker, Paint Rock Cattle Management, LLC, Paint Rock Cattle Company, LP, and Plateau Production Company was filed with the Clerk of this Court by James A. Knauer, as Chapter 11 trustee for the bankruptcy estate of Eastern Livestock Co., LLC on March 16, 2016. Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement attached as Exhibit "A" to the Motion. The Settlement Agreement provides for payment of $35,000.00 to the Trustee for the benefit of the Debtor's estate.

**If you have not received a copy of the Motion, you may obtain one through PACER on the Court's website, at the noticing agent's website at www.bmcgroup.com/easternlivestock, or by email or calling Jay P. Kennedy, counsel to the Trustee at jpk@kgrlaw.com or 317-692-9000.**

NOTICE IS GIVEN that any objection to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party **on or before April 6, 2016**. Persons not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

>Clerk, U.S. Bankruptcy Court
>110 U.S. Courthouse
>121 W. Spring St.
>New Albany, IN 47150

**If no objections are timely filed, the requested relief may be granted without further action by the Court. If you do file an objection, the court will set the Motion for hearing, which you or your attorney will be expected to attend.**

Dated: March 16, 2016              Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By:     /s/ Jay P. Kennedy
Jay P. Kennedy, Attorney No. 5477-49
Counsel for James A. Knauer, Trustee
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone
(317) 264-6832 Fax
jpk@kgrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David L. Abt    davidabt@mwt.net
Amelia Martin Adams    amelia.m.adams@gmail.com
John W Ames    james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Christopher E. Baker    cbaker@thbklaw.com, thignight@thbklaw.com
Robert A. Bell    rabell@vorys.com, dmchilelli@vorys.com
C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles    cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
David W. Brangers    dbrangers@lawyer.com
Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Steven A. Brehm    sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Kent A Britt    kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Kayla D. Britton    kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Joe Lee Brown    Joe.Brown@Hardincounty.biz
Lisa Koch Bryant    courtmail@tilfordlaw.com
John R. Burns    john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
James M. Carr    jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com
John R. Carr    jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso    dcaruso@daleeke.com, mtheisen@daleeke.com;dwright@daleeke.com
Ben T. Caughey    ben.caughey@icemiller.com
Ben T. Caughey    ben.caughey@mcdlegalfirm.com
Bret S. Clement    bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb    joshclubb@gmail.com
Jason W. Cottrell    jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher    kcrutcher@mcs-law.com, jparsons@mcs-law.com
John D Dale    Johndaleatty@msn.com
Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Jack S Dawson    jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Dustin R. DeNeal    dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Laura Day DelCotto    ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
David Alan Domina    dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
Daniel J. Donnellon    ddonnellon@bgdlegal.com, knorwick@bgdlegal.com

Trevor L. Earl     tearl@rwsvlaw.com
Shawna M Eikenberry     shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Shawna M Eikenberry     shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Jeffrey R. Erler     jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
William K. Flynn     wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William K. Flynn     wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
Robert H. Foree     robertforee@bellsouth.net
Sandra D. Freeburger     sfreeburger@dsf-atty.com, scain@dsf-atty.com
Peter M Gannott     pgannott@gannottlaw.com, paralegal@gannottlaw.com;gannottlaw@gmail.com
Melissa S. Giberson     msgiberson@vorys.com
Thomas P Glass     tpglass@strausstroy.com
Jeffrey J. Graham     jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
Patrick B Griffin     patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
Terry E. Hall     terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Paul M. Hoffmann     paul.hoffmann@stinsonleonard.com
John David Hoover     jdhoover@hooverhull.com
John Huffaker     john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com
Jeffrey L Hunter     jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov
James R Irving     jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Jay Jaffe     jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
Jay Jaffe     jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
James Bryan Johnston     bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston     tjohnston@mcjllp.com
Jill Zengler Julian     Jill.Julian@usdoj.gov
Jay P. Kennedy     jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy     jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Andrew T Kight     akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
David H Kleiman     dkleiman@beneschlaw.com, ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Erick P Knoblock     eknoblock@daleeke.com, dwright@daleeke.com
Theodore A Konstantinopoulos     ndohbky@jbandr.com
Randall D. LaTour     RDLatour@vorys.com, skbrown@vorys.com;mdwalkuski@vorys.com
David A. Laird     david.laird@moyewhite.com,

3

lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
James G. Lauck     jgl@kgrlaw.com, kmw@kgrlaw.com
David L. LeBas     dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Scott R Leisz     sleisz@bgdlegal.com, disom@bgdlegal.com
Elliott D. Levin     robin@rubin-levin.net, edl@trustesolutions.net
Elliott D. Levin     edl@rubin-levin.net, atty_edl@trustesolutions.com
Kim Martin Lewis     kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
James B. Lind     jblind@vorys.com
Karen L. Lobring     lobring@msn.com
John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell     john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
Harmony A Mappes     harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
Harmony A Mappes     harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh     john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
Michael W. McClain     mmcclain@mcclaindewees.com, larmstrong@mcclaindewees.com;rchester@mcclaindewees.com
Kelly Greene McConnell     lisahughes@givenspursley.com
James Edwin McGhee     mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
James Edwin McGhee     mcghee@derbycitylaw.com, SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com;cantor@derbycitylaw.com
Brian H Meldrum     bmeldrum@stites.com
William Robert Meyer     rmeyer@stites.com
Kevin J. Mitchell     kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Terrill K. Moffett     kendalcantrell@moffettlaw.com
Christie A. Moore     cm@gdm.com, ljs2@gdm.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Allen Morris     amorris@stites.com, dgoodman@stites.com
Allen Morris     amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse     judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Erin Casey Nave     enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
Walter Scott Newbern     wsnewbern@msn.com
Walter Scott Newbern     wsnewbern@msn.com
Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Shiv Ghuman O'Neill     shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs     kim.maynes@moyewhite.com
Jessica Lynn Olsheski     jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Michael Wayne Oyler    moyler@rwsvlaw.com
Ross A. Plourde    ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
Brian Robert Pollock    bpollock@stites.com
Brian Robert Pollock    bpollock@stites.com
Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy    traluy@rendigs.com
Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
Eric W. Richardson    ewrichardson@vorys.com, bjtobin@vorys.com
Joe T. Roberts    jratty@windstream.net
David Cooper Robertson    crobertson@stites.com, docketclerk@stites.com
Mark A. Robinson    mrobinson@dgeglaw.com
Jeremy S Rogers    Jeremy.Rogers@dinslaw.com
John M. Rogers    johnr@rubin-levin.net, mtucker@rubin-levin.net
Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;mtucker@rubin-levin.net
Steven Eric Runyan    ser@kgrlaw.com
Steven Eric Runyan    ser@kgrlaw.com
Niccole R. Sadowski    nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com
Thomas C Scherer    tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Stephen E. Schilling    seschilling@strausstroy.com
Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Sarah Elizabeth Sharp    sarah.sharp@faegrebd.com
Suzanne M Shehan    suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith    wsmith@k-glaw.com, sking@k-glaw.com
Amanda Dalton Stafford    ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Amanda Dalton Stafford    ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
Robert K Stanley    robert.stanley@FaegreBD.com
Joshua N. Stine    kabritt@vorys.com
Andrew D Stosberg    astosberg@lloydmc.com, vpennington@lloydmc.com
Matthew R. Strzynski    indyattorney@hotmail.com
Meredith R. Theisen    mtheisen@daleeke.com, dwright@daleeke.com
John M. Thompson    john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com
Jennifer Joyce Tompkins    jenniferjtompkins@hotmail.com
Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
Kevin M. Toner    kevin.toner@faegrebd.com, judy.ferber@faegrebd.com
Christopher M. Trapp    chris_m_trapp@hotmail.com

Chrisandrea L. Turner     clturner@stites.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver     avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrea L Wasson     andrea@wassonthornhill.com
Jennifer Watt     jwatt@kgrlaw.com, tjf@kgrlaw.com
Jennifer Watt     jwatt@kgrlaw.com, tjf@kgrlaw.com
Stephen A. Weigand     sweigand@ficlaw.com
Charles R. Wharton     Charles.R.Wharton@usdoj.gov
Sean T. White     swhite@hooverhullturner.com, malexander@hooverhullturner.com
Michael Benton Willey     michael.willey@ag.tn.gov
April A Wimberg     awimberg@bgdlegal.com
Jason P Wischmeyer     jason@wischmeyerlaw.com
Jessica E. Yates     jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
James T Young     james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

    I further certify that on March 16, 2016, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II
tra@rgba-law.com

                                              /s/ Jay P. Kennedy
                                              Jay P. Kennedy