UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EASTERN LIVESTOCK CO., LLC, | ) Case No. 10-93904-BHL-11 |
| | ) |
| Debtor. | ) |

## MOTION TO COMPROMISE AND SETTLE
## AND NOTICE OF OBJECTION DEADLINE
### (Mark Hohenberger d/b/a Hohenberger Cattle)

The *Trustee's Motion To Approve Compromise And Settlement With Mark Hohenberger d/b/a Hohenberger Cattle* (Docket No. 2857) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate of Eastern Livestock Co., LLC (the "Debtor") on March 28, 2016.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with Mark Hohenberger d/b/a Hohenberger Cattle ("Hohenberger"). Pursuant to the Settlement Agreement, and in exchange for the Trustee's dismissal of Hohenberger in Adversary Proceeding No. 11-59108, Hohenberger disclaims any and all interest in the remaining Fredin Interpled Funds.[1]

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the Motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] Fredin Brothers, Inc. ("Fredin") filed a civil action in the State of Colorado where it interpled funds (the "Fredin Interpled Funds") for some of the cattle it had purchased from Hohenberger. Specifically, Fredin interpled: (a) $165,856.52 for 192 steers that ELC had purchased from James Brass; (b) $100,378.37 for 113 steers that had originated from Randall Holsted; and (c) $156,949.18 for 189 steers that ELC had purchased from Edward Strickland. Fredin served the Debtor and other parties named in the case to answer as to their interest in the Fredin Interpled Funds. The case subsequently was removed and transferred to the United States Bankruptcy Court for the Southern District of Indiana, New Albany Division ("Court") where it became Adversary Proceeding No. 11-59108 (the "Adversary"). The Fredin Interpled Funds are interpleaded in the Court's registry and subject to the Court's orders in the Adversary.

US.105456476.01

FAEGRE BAKER DANIELS LLP

By: /s/ Shawna M. Eikenberry

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Shawna Meyer Eikenberry (#21615-53)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
shawna.eikenberry@faegrebd.com

105456476_1