UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
**(Estate of Gary Tate d/b/a Tate Ranch)**

The *Trustee's Motion To Approve Compromise And Settlement With Estate of Gary Tate d/b/a Tate Ranch* (Docket No. 2859) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate of Eastern Livestock Co., LLC (the "Debtor") on March 28, 2016.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement (the "Settlement Agreement") with the Estate of Gary Tate d/b/a Tate Ranch ("Tate" or "Estate of Tate").  Pursuant to the Settlement Agreement, and in exchange for the Trustee's dismissal of Tate from Adversary Proceeding No. 11-59108 and Adversary Proceeding No. 12-59137, the Estate of Tate disclaims any and all interest in the Interpled Funds.[1]

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the Motion.  **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] The Trustee named Tate as a party to answer as to any interest claimed in money interpled by Innovative Livestock Services (the "Interpled Funds") in connection with Adversary Proceeding No. 11-59108.

US.105564646.01

                                    FAEGRE BAKER DANIELS LLP

                                    By: /s/ Shawna M. Eikenberry

| Terry E. Hall (#22041-49) | *Counsel for James A. Knauer, Chapter 11 Trustee* |
|---|---|

Kevin M. Toner (#11343-49)
Shawna M. Eikenberry (#21615-53)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
shawna.eikenberry@faegrebd.com

105564646_1