UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF OBJECTION DEADLINE TO SETTLEMENT AND PROPOSED ELIGIBILITY FOR COMPENSATION FROM SEIZED FUNDS

The *Trustee's Motion To Compromise And Settle* (Docket No. 2862) (the "Motion") was filed by James A. Knauer, as chapter 11 trustee (the "Trustee") for the estate of Eastern Livestock Co., LLC (the "Debtor") on April 1, 2016. A brief summary of the Motion is as follows:

In January of 2011, Judge James D. Moyer, United States Magistrate Judge for the Western District of Kentucky, signed seizure warrants for the contents of certain financial accounts of debtor Thomas P. Gibson[1] and J&L Cattle Co. (the "Accounts"). On January 19th and 20th, of 2011, the contents of the Accounts, in the total sum of $4,825,548.30, were seized by the Federal Bureau of Investigation (the "Seized Funds"). The Seized Funds represent the defendant property in the government seizure action styled *United States of America v. Contents of Account in the Name of Eastern Livestock and Thomas P. Gibson, held by MF Global, Inc. et al.*, Case No. 3:11CV-233-R, pending in the United States District Court of Western District of Kentucky, Louisville Division (the "Forfeiture Action"). On April 18, 2011, The United States of America (the "United States"), filed its *Verified Complaint for Forfeiture In Rem*, against the Accounts. Pursuant to a series of agreed orders in the Forfeiture Action, the proceedings in the Forfeiture Action have been stayed, including the deadline for filing ownership claims to the Seized Funds, but no parties other than the Trustee, Kathryn L. Pry, as Trustee (the "Gibson Trustee") for the bankruptcy estate of Thomas P. Gibson and Patsy M. Gibson, The First Bank and Trust Company ("First Bank") and Your Community Bank ("YCB") have preserved a right to assert an ownership claim against the Seized Funds. The Trustee, the Gibson Trustee, and First Bank all believe that they have a viable ownership claim to all or some of the Seized Funds. YCB may assert a claim to the Seized Funds.

The ELC Trustee and the Gibson Trustee both have similar interests in seeing that the assets of their respective estates, including any interest each estate has in the Seized Funds, are distributed pro rata to the unpaid creditors of each estate in accordance with their fiduciary duties under the Bankruptcy Code. The United States has an interest in seeing that the Seized Funds are distributed pro rata to the victims of the fraud perpetrated by Thomas P. Gibson. **Victims have been identified and a list indicating the names and claims of those determined eligible to receive pro rata compensation from the Seized Funds is attached to this NOTICE and is also available on the ELC Trustee's website, www.easternlivestockbkinfo.com, or with the**

---

[1] Thomas P. Gibson is a debtor in Case No. 10-93867-BHL-7, pending in the United States Bankruptcy Court of Southern District of Indiana, New Albany Division.

**pleadings filed in this bankruptcy case and the bankruptcy case of Thomas P. Gibson and available through the Bankruptcy Court's ECF system (Pacer Account required). You may also call Terry Hall at Faegre Baker Daniels LLP, at 317-237-1230 if you have questions.**

The United States, the Trustee, the Gibson Trustee, First Bank, and YCB, pursuant to the terms contained in the certain *Agreed Order Consenting to Forfeiture* (the "Agreed Order"), to be entered in the Forfeiture Action, have reached an agreement to fully, completely and permanently resolve, compromise and settle all issues and disputes that now exist or may exist in the future with respect to the Seized Funds and the distribution of the Seized Funds. The terms of the settlement are contained in more detail in the Motion and the Agreed Order available at the ELC Trustee's website and the court's websites mentioned above.

**NOTICE IS GIVEN** that any objection to the Motion, including any objection to the proposed amount of an eligible claim or the non-inclusion of a claim the claimant believes should be eligible for compensation must be filed with the Bankruptcy Clerk within 21 days from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> **Clerk, U.S. Bankruptcy Court**
> **110 U.S. Courthouse**
> **121 W. Spring St.**
> **New Albany, IN 47150**

**The objections must be served on the Trustee c/o Faegre Baker Daniels LLP, Terry Hall at the address listed below. If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Motion.**

**PLEASE NOTE THAT THE AMOUNT OF THE CLAIM LISTED IS NOT THE AMOUNT OF THE DISTRIBUTION. The Seized Funds will be distributed pro rata to the listed eligible claims and all final distributions shall be made and determined by the United States through the offices of the Attorney General.**

                FAEGRE BAKER DANIELS LLP

                By: /s/ Terry E. Hall

| | |
|---|---|
| Terry E. Hall (#22041-49) | *Counsel for James A. Knauer, Chapter 11 Trustee* |
| Kevin M. Toner (#11343-49) | |
| Harmony Mappes(#27237-49) | |
| 300 N. Meridian Street, Suite 2700 | |
| Indianapolis, IN 46204-1782 | |
| Telephone: (317) 237-0300 | |
| Facsimile: (317) 237-1000 | |
| terry.hall@faegrebd.com | |
| kevin.toner@faegrebd.com | |
| harmony.mappes@faegrebd.com | |

105018686_2

Eastern Livestock LLC
Claims Against Seized Funds
Exhibit 1

**Claims Eligible for Distribution**

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 3-B FARMS LLC | 709 N Pratt St., P.O. Box 6 | Yates Center | KS | 66783 | $4,046.26 | | $0.00 | | $4,046.26 | |
| 238 | 4 LEGS DOWN LLC | 4051 N Co Rd 500 E | Greensburg | IN | 47240 | $2,781.00 | | $0.00 | | $2,781.00 | |
| 481 | 24 TRADING CO., LLC | PO Box 1530 | Canutillo | TX | 79835 | $2,240.00 | | $0.00 | | $2,240.00 | |
| 502 | A & B CATTLE & FARM INC | PO Box 5 | Thaxton | MS | 38871 | $35,547.00 | | $0.00 | | $35,547.00 | |
| 481 | ACOTSA-REZA, ROLANDA | PO Box 503 | Aliance | Nebraska | 69301 | $26,476.73 | | $0.00 | | $26,476.73 | |
| 117 | ACREE, PHILLIP NATHAN | 175 Donald Hurt Rd. | Summer Shade | KY | 42166 | $764.79 | | $0.00 | | $764.79 | |
| 525 | ADP | c/o Crystal Garcia 1851 N Resler | El Paso | TX | 79912 | $274.08 | | $0.00 | | $274.08 | |
| 158 | ALBERSON, ROBERT DOUGLAS | Landmark Ln. | Hillman | TN | 38568 | $2,351.58 | $102.67 | $0.00 | | $2,248.91 | |
| 165 | ANIMAL CLINIC | PO Box 781 | Morganfield | KY | 42437-0781 | $560.00 | | $0.00 | | $560.00 | |
| 481 | ARRIETA, LAURA | 1129 Stockwell Ln. | El Paso | TX | 79902-2151 | $16,981.44 | | $0.00 | | $16,981.44 | |
| 500 | ASH FLAT LIVESTOCK AUCTION, INC. | PO Box 308 | Ash Flat | AR | 72513 | $15,575.32 | | $0.00 | | $15,575.32 | |
| 511 | ASHVILLE STOCKYARD INC | PO Box 580 | Ashville | AL | 35953 | $30,260.15 | $1,321.18 | $0.00 | $13,812.35 | $0.00 | preference action pending |
| 55 | ATHENS STOCKYARD LLC | PO Box 67 | Athens | TN | 37371 | $680,072.62 | $16,114.87 | $0.00 | $515,841.93 | $515,841.93 | |
| 357 | B & B FARMS | 8090 Greensburg Rd. | Greensburg | KY | 42743 | $6,393.67 | $185.44 | $0.00 | | $6,208.23 | |
| 255 | BAR K CATTLE | 1275 7th Ave | Sioux Center | IA | 51250-2156 | $30,000.00 | | $0.00 | | $30,000.00 | |
| 481 | BARNES, SHANNON D/B/A/ BARNES TRUCKING | 21936 Lawrence 2222 | Aurora | MO | 65605 | $12,114.00 | | $0.00 | | $12,114.00 | |
| 419 | BERTRAM CATTLE HAULING | PO Box 437 | Vinita | OK | 74301-0437 | $44,116.35 | | $0.00 | | $44,116.35 | |
| 300 | BOB`S AUTO INC DBA BOB`S AUTO SUPPLY | PO Box 419 | Edmonton | KY | 42129 | $703.59 | | $0.00 | | $703.59 | |
| 73 | BOVINE MEDICAL ASSOCIATES | 1500 Soper Rd. | Carlisle | KY | 40311 | $6,255.00 | | $0.00 | | $6,255.00 | |
| 266 | BPT LIVESTOCK | 100 Old Carpenter Lane | Harrison | AR | 72601 | $7,130.10 | | $0.00 | | $7,130.10 | |
| 481 | BRADEN, DANE d/b/a Razorback Farms | 131 Industrial Park Dr., Suite 3 | Hollister | MO | 65672 | $48,559.10 | | $0.00 | | $48,559.10 | |
| 481 | BRADEN, DANE d/b/a American Rock | 131 Industrial Park Dr., Suite 3 | Hollister | MO | 65672 | $463.64 | | $0.00 | | $463.64 | |
| 102 | BRADBURY & YORK CATTLE | PO Box 588 | Tatum | TX | 75691 | $98,725.23 | $4,310.41 | $0.00 | | $94,414.82 | |
| 479 | BRENT KUEHNY DBA DOLLAR K CATTLE CO | c/o Ross A. Plourde McAfee & Taft Two Leadership Square, 10th Floor 211 N Robinson | Oklahoma City | OK | 73102 | $0.00 | | $0.00 | | 0 | claim consolidated with 480 |
| 480 | BRENT KUEHNY, BANK OF KREMLIN & MARK HOHENBERGER | c/o Ross A. Plourde McAfee & Taft Two Leadership Square, 10th Floor 211 N Robinson | Oklahoma City | OK | 73102 | $158,636.31 | $7,000.35 | $0.00 | $111,281.17 | $111,281.17 | |
| 481 | BRISCOE, BRACK | 2069 S Meridian Rd. | Mitchell | IN | 47446 | $9,894.15 | $431.99 | $0.00 | | $9,462.16 | |
| 176 | BUFFALO LIVESTOCK AUCTION LLC | Box 427 | Buffalo | WY | 82834 | $53,939.00 | $2,355.02 | $0.00 | | $51,583.98 | |
| 23 | BURFORD, JAY | 108 Glen Oaks Rd. | McDonough | GA | 30253 | $1,928.78 | $84.82 | $0.00 | | $1,843.96 | |
| 481 | BURKE LIVESTOCK AUCTION | 420 W 4th St. | Burke | SD | 57523 | $14,097.27 | | $0.00 | | $14,097.27 | |
| 435,437, 438, 439, 440, 441 | BYNUM GROUP | PO Box 104 | Sterling | TX | 76951 | $73,632.57 | | $0.00 | | $73,632.57 | |
| 80 | BYRON LANG INC | PO Box 301 | Jackson | MO | 63755-0301 | $5,100.00 | | $0.00 | | $5,100.00 | |
| 486 | CACTUS GROWER INC | c/o John H. Lovell Lovell, Lovell, Newsom & Isern, LLP 112 W 8th Ave, Suite 1000 | Amarillo | TX | 79101 | $32,052.66 | | $0.00 | | $32,052.66 | |
| 249 | CAMBRIDGE TRANSPORTATION | 36392 Treasury Center | Chicago | IL | 60694-6300 | $4.00 | | $0.00 | | $4.00 | |
| 187 | CAPPS, VETERAN DENVER | 330 Frogue Rd. | Burkesville | KY | 42717 | $913.24 | | $0.00 | | $913.24 | |

Eastern Livestock LLC
Claims Against Seized Funds
Exhibit 1

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 378 | CATTLCO LLC | c/o Nolan M. Johnson Bass, Berry & Sims PLC 100 Peabody Place, Suite 900 | Memphis | TN | 38103 | $65,438.12 | | $0.00 | | $65,438.12 | |
| 381 | CERNOCH JR, LOUIS | 6711 Green Meadow Ln. | Terrell | TX | 75160 | $308,174.59 | $13,252.99 | $0.00 | | $294,921.60 | |
| 85 | CHIP MILLER TRUCKING INC | PO Box 126 | St. George | KY | 66535 | $3,879.75 | | $0.00 | | $3,879.75 | |
| 7 | CHRISTIE FAMILY ENTERPRISES INC | 5161 Eagle Feather Rd | Delta | CO | 81416 | $16,729.20 | | $0.00 | | $16,729.20 | |
| 134 | CLEVENGER, PHIL | 10653 Hwy 127 | Sweet Springs | MO | 65351-2115 | $10,369.11 | | $0.00 | | $10,369.11 | |
| 132 | COFFEY, JEREMY ADAM | 6205 Greensburg Rd | Columbia | KY | 42728 | $31,271.89 | | $606.47 | | $30,665.42 | |
| 268 | COFFEYVILLE LIVESTOCK MARKET LLC | PO Box 1074 | Coffeyville | KS | 67337 | $19,889.50 | $868.39 | $0.00 | | $19,021.11 | |
| 481 | COLLEY, CHAMP | 2002 Law 2120 | Sarcoxie | MO | 64062 | $2,688.60 | | $0.00 | | $2,688.60 | |
| 195 | COOK TRUCKING INC | c/o Brian K. Cook 820765 S 3570 Rd | Stroud | OK | 74079 | $70,561.72 | | $0.00 | | $70,561.72 | |
| 81 | COOPER, KEETON | 1397 Upper Hilham Road | Livingston | TN | 38570 | $2,618.39 | $114.32 | $0.00 | | $2,504.07 | |
| 305 | CORCORAN TRUCKING INC | 221 Lomond Lane | Billings | MT | 59101 | $28,145.26 | | $0.00 | | $28,145.26 | |
| 197 | CPC LIVESTOCK | 13196 Holland Rd. | Fountain Run | KY | 42133 | $631,045.07 | $27,258.54 | $0.00 | $462,200.44 | $462,200.44 | |
| 215 | CRISWELL INC | 443 N College Street | Trenton | TN | 38382 | $27,560.90 | | $0.00 | | $27,560.90 | |
| 481 | CROWLEY, CLINTON | 19515 Crooked Oaks Rd. | St. Onge | SD | 57779 | $2,158.27 | | $0.00 | | $2,158.27 | |
| 467 | CRUMPLER BROS | 4925 Friberg Church Rd. | Wichita Falls | TX | 76305 | $106,691.01 | $4,658.21 | $0.00 | | $102,032.80 | |
| 229 | CULLMAN STOCKYARD INC | 75 County Rd. 1339 | Cullman | AL | 35058 | $42,708.02 | $1,864.66 | $0.00 | | $40,843.36 | |
| 68 | DALE STULL TRUCKING | Box 41 | Nara Visa | NM | 88430-0041 | $26,293.75 | | $0.00 | | $26,293.75 | |
| 154 | DALE STULL TRUCKING | Box 41 | Nara Visa | NM | 88430-0041 | $1,700.00 | | $0.00 | | $1,700.00 | |
| 361 | DARNELL, CLINTON ALTON | 480 Blevins Hollow Rd. | Piney Creek | NC | 28663 | $154,536.60 | $6,747.18 | $0.00 | $105,691.54 | $105,691.54 | |
| 350 | DENWALT & SONS CATTLE CO LLC | 10004 Reno W | El Reno | OK | 73036 | $51,413.40 | $2,244.75 | $0.00 | | $49,168.65 | |
| 497 | DICKSON LIVESTOCK CENTER, INC. | PO Box 591 | Dickson | TN | 37056 | $7,832.81 | $341.99 | $0.00 | | $7,490.82 | |
| 251 | DOTHAN LIVESTOCK CO | 9711 Hwy 231 South | Dothan | AL | 36301 | $28,683.36 | $1,252.34 | $0.00 | | $27,431.02 | |
| 186 | EARL VETERINARY SUPPLY INC | 204 Hwy 5 South PO Box 70 | Fayette | MO | 65248 | $1,023.04 | | $0.00 | | $1,023.04 | |
| 481 | EAST MISSISSIPPI FARMERS LIVESTOCK MARKET | 12190 Pecan Ave. | Philadelphia | MS | 39350 | $16,383.48 | $715.31 | $0.00 | | $15,668.17 | |
| 374 | EAST TENNESSEE LIVESTOCK CENTER INC | c/o Jennifer Houston, Treasurer PO Box 326 | Sweetwater | TN | 37874 | $415,930.45 | | $0.00 | $305,301.07 | $305,301.07 | |
| 433 | EICKE RANCH II | 11888 CR 1202 | Snyder | TX | 79549 | $48,732.74 | $2,329.38 | $0.00 | | $46,403.36 | |
| 481 | EISCHEID TRUCKING, LLC | 32390 454th | Motley | MN | 56466 | $5,978.80 | | $0.00 | | $5,978.80 | |
| 227 | ELLIS, RANDALL | 5359 Mt. Hebrod Road | Lancaster | KY | 40444-8223 | $7,081.00 | | $0.00 | | $7,081.00 | |
| 510 | EVERETT, BOB | PO Box 1887 | Woodward | OK | 73802 | $24,043.00 | | $0.00 | | $24,043.00 | |
| 299 | F & M FARMS LLC | PO Box 14 | Bullard | TX | 75757-0014 | $10,969.50 | | $0.00 | | $10,969.50 | |
| 264 | FARMER, BOBBY | PO Box 77 | Warrensville | NC | 28693-0067 | $4,221.00 | | $0.00 | | $4,221.00 | |
| 481 | FARMER, JOE D/B/A B&F CATTLE | 300 W Lamar St. | Richland | TX | 766681 | $6,750.00 | | $0.00 | | $6,750.00 | |
| 110 | FARMERS LIVESTOCK MARKETING | PO Box 87 | Carthage | MS | 39051 | $24,191.92 | $1,056.24 | $0.00 | | $23,135.68 | |
| 481 | First Bank (Claim Against Gibson Estate) | c/o Ayres Carr & Sullivan, P.C. 251 East Ohio Street, Suite 500 | Indianapolis | IN | 46204-2184 | $4,894,060.60 | | | | $4,894,060.60 | By agreement recovery capped at $700,000 |
| 138 | FISCHER BROS. TRUCKING, LLC | 29549 431st Ave. | Lesterville | SD | 57040 | $3,068.00 | | $0.00 | | $3,068.00 | |
| 455 | FIVE STAR LIVESTOCK LLC | 10319 Highway 62 | Charlestown | IN | 47111-8937 | $1,735.44 | | $0.00 | | $1,735.44 | |
| 318 | FLOOD, BRAD | 910 W Main St. | Cloverport | KY | 40111 | $4,650.00 | $200.80 | $0.00 | | $4,449.20 | |
| 62 | FNJ LLC | PO Box 596 | Wisner | NE | 68791 | $15,256.83 | | $0.00 | | $15,256.83 | |
| 540 | FORT PAYNE STOCK YARD INC | PO Box 681126 | Fort Payne | AL | 35968 | $20,000.00 | | | | | |
| 477 & 531 | FOUSEK FARMS & TRUCKING LLC | 28381 US Hwy 281 | Armour | SD | 57313 | $11,564.81 | | $0.00 | | $11,564.81 | |
| 232 | FOUSEK, SAM | First National Bank 106 RR SW | Wagner | SD | 57380 | $97,644.47 | | $0.00 | | | amendment? |
| 353 | FRANKLIN, GLEN | PO Box 703 | House | NM | 88121 | $375,427.78 | $21,875.33 | $0.00 | $249,107.75 | $249,107.75 | |
| 303 | FRIONA INDUSTRIES LP | c/o John Massouh Sprouse Shrader Smith P.C. PO Box 15008 | Amarillo | TX | 79105-5008 | $39,245.78 | | $0.00 | | $39,245.78 | |

Eastern Livestock LLC
Claims Against Seized Funds
Exhibit 1

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 320 | GARRETT FARMS | PO Box 31541 | Amarillo | TX | 79120 | $13,022.50 | | $0.00 | | $13,022.50 | |
| 481 | GARY WELCH CATTLE COMPANY | PO Box 10 | Norman | NC | 28367 | $102,971.41 | $4,495.81 | $0.00 | | $98,475.60 | |
| 442 | GLENWILD STOCKYARD, INC. | 3383 Hwy 51 S | Grenada | MS | 38901 | $13,227.30 | $577.51 | $0.00 | | $12,649.79 | |
| | David Marrs Gordon | 1758 Old Temple Hill Rd. | Tompkinsville | KY | 42167 | $5,312.03 | | $3,596.03 St. | | $1,716.00 | |
| 481 | GRAHAM, CHARLES | P.O. Box 775 | Gatesville | TX | 76528 | $441,387.97 | $19,271.32 | $0.00 | | $422,116.65 | |
| 97 | GREEN, DON | 9973 Co. Road | Roanoke | AL | 36274 | $48,330.49 | | $0.00 | | $48,330.49 | |
| 335 | HAIGH LIVESTOCK LLC | PO Box | Merrill | OR | 97633 | $4,827.84 | | $0.00 | | $4,827.84 | |
| 481 | HALEY, JASON | 265 Haley Rd. | Watertown | TN | 31784 | $11,743.88 | $326.60 | $11,260.54 | | $156.74 | |
| 481 | HARDIN COUNTY STOCKYARD, INC. | PO Box 189 | Waynesboro | TN | 38485 | $26,195.92 | $1,143.73 | $0.00 | | $25,052.19 | |
| 253 | HAROLD WHITAKER LIVESTOCK TRANSPORTATION, LLC | PO Box 1179 | Roswell | NM | 88202 | $6,443.85 | | $0.00 | | $6,443.85 | |
| 146 | HEAD, BUDDY | 1830 Safari Camp Road | Lebanon | TN | 37090 | $61,386.00 | | $0.00 | | $61,386.00 | |
| 443 | HERRBOLDT TRUCKING | 29449 432nd Ave | Lesterville | SD | 57040 | $15,874.25 | | $0.00 | | $15,874.25 | |
| 362 | HILLS, WALTER | 3377 FM 1226 N | Anson | TX | 79501 | $99,802.35 | $4,254.44 | $0.00 | | $95,547.91 | |
| 208 | HIRSCH PARTNERSHIP | 502 Locust Lane | Shelbyville | KY | 40065 | $33,142.20 | $1,447.01 | $0.00 | | $31,695.19 | |
| 481 | HODGE LIVESTOCK INC | PO Box 627 | Newport | TN | 37822 | $295,741.32 | | $0.00 | | $295,741.32 | all distributions from victim's fund assigned to ELC trustee as part of settlement of adversary proceeding |
| 481 | HONAKER, ANGIE | 1186 Leatherwood Rd. | Tompkinsville | KY | 42167 | $858.01 | $37.46 | $0.00 | | $820.55 | |
| 5 | HORA, GEORGE | 1894 N. Dubuque Rd. | Iowa City | IA | 52245 | $4,566.20 | | $0.00 | | $4,566.20 | |
| 161 | IKE`S TRUCKING INC | PO Box 81 | St. Paul | VA | 24283 | $82,253.06 | | $0.00 | | $82,253.06 | |
| 366 | INGLAND TRUCKING | 11932 Road 6 | Liberal | KS | 67901 | $15,237.00 | | $0.00 | | $15,237.00 | |
| 50 | IRSIK & DOLL FEED SERVICES INC | c/o Charles D. Lee Martindell Swearer Shaffer Ridneour LLP 20 Compound Drive | Hutchinson | KS | 67504 | $265,000.00 | | $0.00 | | $265,000.00 | |
| 474 & 532 | J & J LIVESTOCK TRUCKING | PO Box 202 | Darrouzett | TX | 79024 | $10,326.25 | | $0.00 | | $10,326.25 | |
| 141 | J&F OKLAHOMA HOLDINGS INC | c/o David LeBas 8310 N. Capital of Texas Hwy, Suite 490 | Austin | TX | 78731 | $16,473.85 | | $0.00 | | $16,473.85 | |
| 418 | JACK ROTH TRUCKING | 22147 Y Hwy | Booneville | MO | 65233 | $10,589.15 | | $0.00 | | $10,589.15 | |
| 63 | JAMES H BRASS CATTLE ACCOUNT | PO Box 777 | Coldwater | KS | 67029 | $157,606.47 | $6,881.21 | $0.00 | | $150,725.26 | |
| 114 | JASON FARMER TRANSPORTATION | 192 County Road 427 | Lorena | TX | 76655 | $4,023.79 | | $0.00 | | $4,023.79 | |
| 137 | JC BAR TRUCKING INC | c/o Charles Graham 210 Windy Lane | Gatesville | TX | 76528 | $17,865.20 | | $0.00 | | $17,865.20 | |
| 59 | JD CATTLE COMPANY INC | 1196 Twin Forks Lane | St. Paul | NE | 68873 | $14,499.94 | | $0.00 | | $14,499.94 | |
| 169 | JIMMIE ROGERS INC | 5042 Hwy 54 | Liberal | KS | 67901 | $5,040.79 | | $0.00 | | $5,040.79 | |
| 178 | JOE KANTHAK TRUCKING | 48640 161st Street | Revillo | SD | 57259-6616 | $2,581.30 | | $0.00 | | $2,581.30 | |
| 217 | JORDAN, JERRY W | 6046 Simmons Bluff Rd | Lebanon | TN | 37090 | $34,223.75 | $992.62 | $0.00 | | $33,231.13 | |
| 508 | J & S LIVESTOCK | PO Box 398 | Armuchee | GA | 30105-0398 | $20,476.89 | | $0.00 | | $20,476.89 | |
| 481 | KD FARM SERVICE, LLC | PO Box 330 | Grandview | TX | 76050 | $14,966.00 | | $0.00 | | $14,966.00 | |
| 106 | KENTUCKIANA LIVESTOCK MARKET, INC. | PO Box 774 | Owensboro | KY | 42302 | $109,304.82 | $4,772.33 | $0.00 | | $104,532.49 | |
| 481 | KEYWOOD ANIMAL CLINIC LLC | 16067 Porterfield Hwy | Abingdon | VA | 24210 | $1,575.30 | | $0.00 | | $1,575.30 | |
| 120 | KILMON, KEITH | 8095 Edmonton Rd | Summer Shade | KY | 42166 | $1,949.05 | | $0.00 | | $1,949.05 | |
| 481 | KNESS TRUCKING INC | PO Box 463 | Chadwick | IL | 61014 | $2,883.15 | | $0.00 | | $2,883.15 | |
| 470 | KNOXVILLE LIVESTOCK AUCTION CENTER | P.O.Box 167 | Mascot | TN | 37806 | $67,578.75 | $2,950.54 | $0.00 | | $64,628.21 | |
| 345 | PAUL & AMOS KROPF DBA K & K FARMS | c/o David J. Potter 901 N Stateline Ave | Texarkana | TX | 75501 | $55,557.96 | | $0.00 | | | still in litigation |
| 302 | L&F CATTLE | 8365 W, FM 217 | Gatesville | TX | 76528 | $160,121.56 | $6,991.02 | $0.00 | | $153,130.54 | |

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | LANE CATTLE COMPANY | c/o Tindal & Hickman, LLP 915 South Hull Street | Montgomery | AL | 36104 | $52,607.43 | | $0.00 | | $52,607.43 | |
| 481 | LANG TRUCKING | PO Box 187 | Jackson | MO | 63755-0187 | $4,706.63 | | $0.00 | | $4,706.63 | |
| 501 | LAS ANIMAS TRANSFER, INC. | 242 Bent Ave. | Las Animas | CO | 81054 | $14,110.60 | | $0.00 | | $14,110.60 | |
| 247 | LEATH, ANTHONY | 3916 Thaxton Rd | Thaxton | MS | 38871 | $7,103.50 | | $0.00 | | $7,103.50 | |
| 203 | LEON BOGARD TRUCKING | 2003 N. Spruce | McAlester | OK | 74501 | $10,539.92 | | $0.00 | | $10,539.92 | |
| 101 | LINDEN STOCKYARD INC | PO Box 480160 | Linden | AL | 36748 | $208,111.45 | $9,086.30 | $0.00 | | $199,025.15 | |
| 481 | LIVESTOCK DISPATCH SERVICE | c/o Steve Hendershot PO Box 133 | La Porte City | IA | 50651-0133 | $6,628.25 | | $0.00 | | $6,628.25 | |
| 289 | LIVINGSTON STOCKYARD C/O WILLIAM TINSLEY | PO Box 398 | Livingston | AL | 35470 | $26,333.05 | $1,149.72 | $0.00 | | $25,183.33 | |
| 67 | LOULA, MICHAEL WADE | Rt. 1 Box 50 | Colony | OK | 73021 | $52,731.60 | $2,302.30 | $0.00 | $39,442.89 | $39,442.89 | |
| 185 | LW MILLER LIVESTOCK INC | 94 N. 400 W | North Salt Lake | UT | 84054 | $15,312.35 | | $0.00 | | $15,312.35 | |
| 481 | MAC`S VET SUPPLY LLC | 601 Front St | Monett | MO | 65708-2151 | $5,336.74 | | $0.00 | | $5,336.74 | |
| 189 | MARTIN, T. | 6204 Charlestown Pike | Charlestown | IN | 47111 | $15,722.00 | | $0.00 | | $15,722.00 | |
| 281 | MARTY BUNDY | PO Box 1249 | St. George | UT | 84771 | $3,660.00 | | $0.00 | | $3,660.00 | |
| 481 | MATNEY, AVERY | 3673 Iron Mountain Road | Center | KY | 42214 | $951.62 | | $0.00 | | $951.62 | |
| 174 | MCCOMBS, TYLER | 133 Scottsborough Circle | Bowling Green | KY | 42103 | $1,047.66 | $45.74 | $0.00 | | $1,001.92 | |
| 481 | MCPHAIL LAND & CATTLE | 15888 N 2235 Rd. | Mt. Park | OK | 73559 | $54,968.66 | $2,399.97 | $0.00 | | $52,568.69 | |
| 93 | MERIDIAN STOCKYARDS, INC. | PO Box 581 | Meridian | MS | 39305 | $24,783.37 | $1,082.06 | $0.00 | | $23,701.31 | |
| 218 | MIDDLETON, JERRY | 1108 W Ridge | McAlester | OK | 74501 | $27,640.70 | | $0.00 | | $27,640.70 | |
| 272 | MID-KENTUCKY LIVESTOCK MARKET | PO Box 134 | Upton | KY | 42784 | $24,206.17 | $1,056.86 | $0.00 | | $23,149.31 | |
| 273 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $58,997.09 | $11,955.01 | $0.00 | | $47,042.08 | |
| 274 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $11,975.33 | | $0.00 | | $11,975.33 | |
| 275 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $156,292.63 | | $0.00 | | $156,292.63 | |
| 481 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $46,550.97 | | $0.00 | | $46,550.97 | |
| 481 | MID-STATE STOCKYARDS, LLC | PO Box 210 | Letohatchee | AL | 36047 | $95,916.68 | $4,187.79 | $0.00 | | $91,728.89 | |
| 206 | MILLER, ALLEN | 701 Falling Springs Hollow | Horse Caves | KY | 42749 | $2,555.38 | $111.57 | $0.00 | | $2,443.81 | |
| 481 | MILLER, MARION | 30143 Kapok Drive | Stark City | MO | 64866-8175 | $6,909.75 | | $0.00 | | $6,909.75 | |
| 280 | MOLER, BILL D/B/A D&B CATTLE CO. | 100 Bonita St. | Elk City | OK | 73644 | $774.61 | | $0.00 | | $774.61 | |
| 492 | MONTGOMERY STOCK YARD INC | PO Box 250108 | Montgomery | AL | 36125-0108 | $36,623.07 | | $0.00 | | $36,623.07 | |
| 307 | MONTGOMERY, DARBY | 36 Thompson Road | Lancaster | KY | 40444-8138 | $2,020.80 | | $0.00 | | $2,020.80 | |
| 304 | MORENO, GABRIEL | c/o Tim Pridmore McWhorter, Cobb & Johnson PO Box 2547 | Lubbock | TX | 79408 | $196,484.51 | $8,578.66 | $0.00 | | $187,905.85 | |
| 481 | MORGAN LIVESTOCK LLC | Box 196 | Trenton | KY | 42286 | $9,051.66 | | $0.00 | | $9,051.66 | |
| 359 | MOSELEY CATTLE AUCTION LLC - assigned to Midwest Feeders Docket 2841 | PO Box 548 | Blakely | GA | 39823 | $670,949.88 | $29,294.16 | $0.00 | $495,735.15 | $495,735.15 | |
| 481 | MOULTON STOCKYARD | 13130 AL Hwy 157 | Moulton | AL | 45650 | $10,232.93 | $446.78 | $0.00 | | $9,786.15 | |
| 481 | MOWERS, JEFF A. | 1200 Blacks Ferry Rd. | Burkesville | KY | 42717 | $779.14 | $34.02 | $0.00 | | $745.12 | |
| 72 | NATURAL BRIDGE STOCKYARD | PO Box 401 | Natural Bridge | AL | 35577 | $26,592.18 | $1,161.03 | $0.00 | | $25,431.15 | |
| 190 | NELSON TRUCKING INC | 2547 Cold Spring Road | Mountain City | TN | 37683-8026 | $7,558.50 | | $0.00 | | $7,558.50 | |
| 160 | NEUFELD, RONALD D | 5590 NE 157th Terr | Williston | FL | 32696 | $12,409.00 | | $0.00 | | $12,409.00 | |
| 198 | NEWMAN, BOBBY | PO Box 1002 | Bixby | OK | 74008-1002 | $14,684.33 | | $0.00 | | $14,684.33 | |
| 481 | NU-TECHNOLOGIES | c/o Judith Ackland 9203 Valaretta Drive | Gretna | NE | 68208 | $0.00 | | $0.00 | | $0.00 | |
| 188 | OELZE, STEPHEN | 2753 Hwy 2779 | Hardinsburg | KY | 40143 | $10,526.50 | $459.59 | $0.00 | | $10,066.91 | |
| 170 | OLLERICH, JERRY | 46884 267 Street | Sioux Falls | SD | 57106-7000 | $1,658.50 | | $0.00 | | $1,658.50 | |
| 498 | ORENDER TRUCK LINE INC | 7562 West 349th Street | Lebo | KS | 66856-9355 | $3,451.35 | | $0.00 | | $3,451.35 | |
| 481 | OZARKS REGIONAL STOCKYARDS, INC | PO Box 928 | West Plains | MO | 65775 | $259,261.15 | $11,319.53 | $0.00 | | $247,941.62 | |
| 256 | PAGE, JOHN | PO Box 250 | Tompkinsville | KY | 42167 | $2,520.27 | | $1,600.06 | | $920.21 | |
| 313 | PARKS LIVESTOCK INC | Box 429 | Oakwood | IL | 61858-0429 | $5,675.81 | | $0.00 | | $5,675.81 | |

105745138_2

Eastern Livestock LLC
Claims Against Seized Funds
Exhibit 1

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | PAYNE, ROGER | 115 Beverly Dr. | Glasgow | KY | 42141 | $1,300.22 | $56.77 | $0.00 | | $1,243.45 | |
| 412 | PHIL MULDER TRUCKING INC | PO Box 205 Main St. | Doon | IA | 51235 | $3,300.00 | | $0.00 | | $3,300.00 | |
| 411 | PHILLIP`S FARMS | 560 Monterey Hwy | Livingston | TN | 38570 | $6,294.00 | | $0.00 | | $6,294.00 | |
| 139 | PHILLIPS, TERRY | 560 Monterey Hwy | Livingston | TN | 38570 | $8,745.15 | | $0.00 | | $8,745.15 | |
| 317 | PIEDMONT LIVESTOCK INC | PO Box 217 | Altamahaw | NC | 27202 | $365,407.48 | $15,953.95 | $0.00 | $267,877.92 | $267,877.92 | |
| 31 | PINE RIDGE FARM | 7594 Hwy 55 South | Glens Fork | KY | 42741 | $11,161.37 | | $0.00 | | $11,161.37 | |
| 402 | PLATT LIVESTOCK LLC | PO Box 164 | New Castle | UT | 84756 | $3,416.20 | | $0.00 | | $3,416.20 | |
| 94 | PONTOTOC STOCKYARD | PO Box 1026 | Pontotoc | MS | 38863 | $63,916.55 | $2,790.64 | $0.00 | | $61,125.91 | |
| 296 | POWELL, JC | Box 1389 | Lindale | TX | 75771-1389 | $15,060.00 | | $0.00 | | $15,060.00 | |
| 481 | PRUITT FARMS | 4215 F M 929 | Gatesville | TX | 76528-3393 | $15,375.30 | | $0.00 | | $15,375.30 | |
| 481 | PULASKI STOCKYARD | 607 W. Shoal Street PO Box 719 | Pulaski | TN | 38478 | $54,024.53 | $2,358.75 | $0.00 | | $51,665.78 | |
| 24 | RABICH, RON | 5920 Dry Creek Rd. | Elk Horn | KY | 42733 | $2,848.73 | $124.38 | $0.00 | | $2,724.35 | |
| 244 | RANDALL SPURLING TRUCKING | 2120 Spurlington Rd. | Campbellsville | KY | 42718 | $4,220.65 | | $0.00 | | $4,220.65 | |
| 512 | RANDY CARDEN INC | 376 Wallis Rd. | Villa Rica | GA | 30180 | $23,036.32 | | $0.00 | | $23,036.32 | |
| 355 | RANDY HOOVER & SON | 3973 St Rd 14 | West Plains | MO | 65775 | $103,376.05 | | $0.00 | | $103,376.05 | |
| 10 | REED, PHILLIP TAYLOR | 21 Reed Rd. | Foraker | OK | 74652 | $391,155.40 | $25,224.64 | $0.00 | $280,894.15 | $280,894.15 | |
| 33 | REPS DISPATCH LLC | 16150 MCR 19 | Fort Morgan | CO | 80701 | $32,995.75 | | $0.00 | | $32,995.75 | |
| 58 | RICHARD RIVERS TRUCKING | 11510 Tanner Williams Rd. | Lucedale | MS | 39452 | $8,284.00 | | $0.00 | | $8,284.00 | |
| 481 | RICHARDSON INC | PO Box 172 | Lucerne | CO | 80646-0172 | $1,260.00 | | $0.00 | | $1,260.00 | |
| 328 | RICHMOND, MARK | 5121 Oak Ridge Rd. | Ravenden Springs | AR | 72460 | $2,700.00 | | $0.00 | | $2,700.00 | |
| 481 | RICHY ROBBINS (ROBBINS TRUCKING) | 250 Neals Creek Road | Stanford | KY | 40484 | $26,646.25 | | $0.00 | | $26,646.25 | |
| 481 | ROANOKE STOCKYARD, INC. | 1009 Chestnut St., P.O. Box 307 | Roanoke | AL | 36274 | $25,514.04 | | $0.00 | | $25,514.04 | |
| 44 | ROBERTS, RANDY | 5055 W. Swamp Rd. | Winchester | OH | 45697 | $13,660.70 | $596.44 | $0.00 | | $13,064.26 | |
| 60 | ROLANDO ACOSTA TRUCKING LLC | PO Box 503 | Aliance | NE | 69301 | $22,549.38 | | $0.00 | | $22,549.38 | |
| 26 | RON NEUFELD TRUCKING | 5590 NE 157th Terr | Williston | FL | 32696 | $5,011.00 | | $0.00 | | $5,011.00 | |
| 20 | RONNIE REITER | 324 Elm Street | Hereford | TX | 79045 | $33,702.32 | | $0.00 | | $33,702.32 | |
| 413 | RUMMEL, BRADLEY | 8860 W Farm Road 112 | Willard | MO | 65781 | $6,320.00 | | $0.00 | | $6,320.00 | |
| 481 | RUSSELL DECORDOVA DBA DECORDOVA CATTLE COMPANY | c/o Brad Odell Bell Nunnally & Martin LLP 3232 McKinney Avenue, Suite 1400 | Dallas | TX | 75204 | $84,372.58 | | $0.00 | | $84,372.58 | |
| 481 | RUSSELL SPRADIN FARMS | 766 Bishop Rd. | Glasgow | KY | 42141 | $2,316.85 | | $0.00 | | $2,316.85 | |
| 252 | S&S CATTLE | 407 Bakerton Rd. | Burkesville | KY | 42717 | $1,183.52 | $51.67 | $0.00 | | $1,131.85 | |
| 481 | SAND MOUNTAIN STOCKYARD | PO Box 25 | Albertville | AL | 35950-0001 | $35,080.78 | | $0.00 | | $35,080.78 | |
| 230 | S&T TRUCKING LOGISTICS | PO Box 400, 803 S Ben St. | Parkston | SD | 57366 | $2,985.00 | | $0.00 | | $2,985.00 | |
| 32 | SANDY GLASS TRUCKING | 90 Circle Rd. | Glasgow | KY | 42141 | $12,060.00 | | $0.00 | | $12,060.00 | |
| 290 | SCHLESSIGER, JACK | 1266 NE 120 Road | Claflin | KS | 67525 | $948.40 | | $0.00 | | $948.40 | |
| 36 | SCOTT LEDBETTER TRUCKING LLC | PO Box 373 | Bruce | MS | 38915-0373 | $45,854.00 | | $0.00 | | $45,854.00 | |
| 147 | SCOTTS HILL STOCKYARD | PO Box 1796 | Savannah | TN | 38372 | $32,670.57 | $1,426.42 | $0.00 | | $0.00 | preference action pending |
| 547 | SEALY & SON (consolidated with Alabama Livestock Auction Claims 503 and 504) | 700 Highway 80 E | Uniontown | AL | 36786 | $247,259.90 | | $0.00 | $108,711.66 | $0.00 | preference action pending |
| 481 | SEIBERT CATTLE CO LLC | 1136E Campbell Ave. | Phoenix | AZ | 85014 | $48,561.34 | | $0.00 | | $48,561.34 | |
| 98 | SHIPMAN, GENE | 11401 E FM 1075 | Happy | TX | 79042 | $47,848.50 | $2,089.08 | $3,200.00 | | $42,559.42 | |
| 222 | SIMPSON, JESSE | 415 Jesse Simpson Rd. | Tompkinsville | KY | 42167 | $6,006.05 | $14.75 | $508.56 | | $5,482.74 | |
| 341 | SMITH, DWAYNE | 4238 Garfield Hinds Rd. | Monroe | TN | 38573 | $2,146.81 | $93.73 | $0.00 | | $2,053.08 | |
| 481 | SMITH, SHIRLEY | 1105 Grady Rd | Munfordville | KY | 42765 | $590.96 | | $0.00 | | $590.96 | |
| 382 | SOMERVILLE LIVESTOCK SALES | PO Box 382 | Sommerville | TN | 38068 | $87,783.56 | | $0.00 | | $87,783.56 | |
| 142 | SOUTHEAST LIVESTOCK EXCHANGE LLC | PO Box 908 | Canton | NC | 28716 | $788,013.54 | $33,814.52 | $0.00 | $558,152.25 | $558,152.25 | |

Eastern Livestock LLC
Claims Against Seized Funds
Exhibit 1

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | SOUTHERN TRANSPORT LLC | 309 Connie Dr. | Elk City | OK | 73644 | $7,533.00 | | $0.00 | | $7,533.00 | |
| 481 | SOUTHLAND HAULERS LLC | PO Box 142 | Brantely | AL | 36009 | $176,949.00 | | $0.00 | | $176,949.00 | |
| 121 | SPURLING, MYLES | 2120 Spurlington Rd. | Campbellsville | KY | 42718 | $125.00 | | $0.00 | | $125.00 | |
| 481 | STAR KAN INC | PO Box 130 | Edna | KS | 67342-0130 | $24,566.96 | | $0.00 | | $24,566.96 | |
| 241 | STARNES, ROY | 398 Starnes Rd. | Mt. Hermon | KY | 42157 | $2,429.11 | | $0.00 | | $2,429.11 | |
| 481 | STEVE GRAVES TRUCKING LLC | 625 Ferguson Rd. | Wheatland | WY | 82201 | $4,198.95 | | $0.00 | | $4,198.95 | |
| 481 | STEVENS, JACK | 1121 Chapel Hill Rd. | Morganfield | KY | 42437 | $2,928.75 | | $0.00 | | $2,928.75 | |
| 351 | STINNET, BOBBY | 62 Tatesville Rd. | Palmer | TN | 37365 | $753.23 | $32.89 | $0.00 | | $720.34 | |
| 261 | SUNDERMAN, DOUGLAS D | 83386 556th Avenue | Norfolk | NE | 68701-1554 | $13,740.00 | | $0.00 | | $13,740.00 | |
| 434 | SUSAN RAMEY LIVESTOCK | 5664 Elizaville Road | Ewing | KY | 41039-8434 | $16,678.20 | | $0.00 | | $16,678.20 | |
| 339/434 | SVOBODA, TOM | 3055 AA Ave. | Herington | KS | 67449 | $159,670.28 | $6,971.32 | $0.00 | $143,703.25 | $136,731.93 | |
| 260 | SYMPSON, DONALD R | 151 Murrays Run Rd. | Bardstown | KY | 40004 | $5,797.30 | | $0.00 | | $5,797.30 | |
| 212 | SYMPSON, JAMES G | 608 Murray's Run Rd. | Bardstown | KY | 40004 | $17,118.07 | | $0.00 | | $17,118.07 | |
| 445 | TATE RANCH | 6510 W Lake Road | Abilene | TX | 79601-8206 | $209,533.15 | $6,816.57 | $0.00 | | $0.00 | preference action pending |
| 481 | T R SMITH LIVESTOCK | 921 West Choctaw Street | Lindsay | OK | 73052-5019 | $9,611.15 | | $0.00 | | $9,611.15 | |
| 326 | TADLOCK STOCKYARD | PO Box 42 | Forest | MS | 39074 | $6,516.84 | $1,305.46 | $0.00 | | $5,211.38 | |
| 481 | TENNESSEE LIVESTOCK PRODUCERS INC | PO Box 313 | Columbia | TN | 38402-0313 | $162,831.58 | $5,215.20 | $0.00 | | $157,616.38 | |
| 54 | TERRY, STEVEN | PO Box 448 | Red Cloud | NE | 68970 | $1,401.58 | | $0.00 | | $1,401.58 | |
| 193 | THE ANIMAL HOSPITAL | PO Box 6 | Campbellsville | KY | 42719-0006 | $6,671.01 | | $0.00 | | $6,671.01 | |
| 214 | THOMAS COUNTY STOCKYARDS INC | PO Box 2565 | Thomasville | GA | 31799 | $46,683.35 | $2,038.23 | $0.00 | | $44,645.12 | |
| 481 | THOMPSON BROTHERS | 1448 S Jackson Hwy | Hardyville | KY | 42746 | $2,353.08 | $68.25 | $0.00 | | $2,284.83 | |
| 209 | THOMPSON, CAROLYN | 1300 Ritchie Lane | Bardstown | KY | 40004 | $341.36 | | $0.00 | | $341.36 | |
| 481 | THOMPSON, GARY | PO Box 113 | Pitkin | LA | 70656-0113 | $10,146.35 | | $0.00 | | $10,146.35 | |
| 1 | THOMPSON, JAMES | 1300 Ritchie Ln. | Bardstown | KY | 40004 | $405.00 | | $0.00 | | $405.00 | |
| 199 | THOMSON WEST | 610 Opperman Drive, D6-11-3710 | Eagan | MN | 55123 | $2,329.05 | | $0.00 | | $2,329.05 | |
| 269 | TORRINGTON LIVESTOCK CATTLE COMPANY | c/o David A. Domina 2425 S 144th Street | Omaha | NE | 68144 | $177,258.38 | | $0.00 | | $177,258.38 | |
| 481 | TORRINGTON LIVESTOCK MARKETS LLC | c/o David A. Domina 2425 S 144th Street | Omaha | NE | 68144 | $276,956.61 | | $0.00 | | $276,956.61 | |
| 481 | TORQUE TRANSPORTATION | P.O. Box 95283 | South Jordan | UT | 84095 | $4,410.85 | | $0.00 | | $4,410.85 | |
| 130 | TRAVIS, MICHAEL PERRY | 208 Oak Street | Marion | KY | 42064 | $10,080.00 | | $0.00 | | $10,080.00 | |
| 291 | TRI-COUNTY LIVESTOCK EXCHANGE | PO Box 122 | Smithfield | KY | 40068 | $22,928.47 | $1,001.07 | $0.00 | | $21,927.40 | |
| 375 | TUPPER LIVESTOCK CO | PO Box 20 | Kimball | SD | 57355 | $52,733.40 | $2,302.34 | $0.00 | | $50,431.06 | |
| 481 | TURNER COUNTY STOCKYARDS INC | 1315 US Hwy 41 S | Ashburn | GA | 31714 | $143,425.13 | $4,168.75 | $0.00 | | $133,798.18 | Claim settled at $133,798.18; Docket 2580 |
| 348 | UNION STOCK YARDS CO., INC. | PO Box 129, 7510 State RT 138 E | Hillsboro | OH | 45133 | $13,660.70 | | $0.00 | | $13,660.70 | |
| 417 | UNITED PRODUCERS INC | 8351 N. High St. Ste.250 | Columbus | OH | 43235 | $250,254.00 | $10,926.27 | $0.00 | | $239,327.73 | |
| 250 | UPPER CUMBERLAND SHOPPER | 2685 Lake Valley Dr | Cookeville | TN | 38506-7451 | $159.00 | | $0.00 | | $159.00 | |
| 481 | VALLEY STOCKYARD | 206 Pine Ave. SW | Decatur | AL | 35601 | $57,104.36 | $2,493.22 | $0.00 | | $54,611.14 | |
| 481 | VANDERBRINK, ED | 319 Main St., Box 111 | Alvord | IA | 51230 | $4,218.00 | | $0.00 | | $4,218.00 | |
| 92 | VERMILION RANCH CORPORATION | c/o Joseph Goggins 2443 N Frontage Rd | Billings | MT | 59101 | $564,965.60 | | $0.00 | | $564,965.60 | |
| 330 | VIBBERT, TIM | 444 Jack Brown Rd. | Glasgow | KY | 42141 | $2,029.79 | | $799.79 | | $1,230.00 | |
| 444 | WAECHTER HAY & GRAIN INC | PO Box 2123 | Emporia | KS | 66801 | $6,428.22 | | $0.00 | | $6,428.22 | |
| 207 | WALLACE, DICK | 8045 FM 182 | Gatesville | TX | 76528 | $49,363.43 | $2,122.87 | $740.90 | | $46,499.66 | |
| 457 | WEBORG FEEDING CO LLC | 1737 V Road | Pender | NE | 68047-4422 | $110,180.00 | | $0.00 | | $110,180.00 | |
| 490 | WELCH, MADISON A | 4030 N. 900 E | Lafayette | IN | 47905 | $1,356.46 | | $0.00 | | $1,356.46 | |
| 329 | WEST COAST LIVESTOCK EXPRESS | PO Box 1691 | Sterling | CO | 80751-1691 | $7,339.32 | | $0.00 | | $7,339.32 | |

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334 | WEST PLAINS CO | 4800 Main St., Suite 274 | Kansas City | MO | 64112 | $54,904.75 | | $0.00 | | $54,904.75 | |
| 513 | WILLIAMS, LARRY | 225 County Road 141 | Okolona | MS | 38860-9752 | $500.00 | | $0.00 | | $500.00 | |
| 119 | WINNER LIVESTOCK AUCTION | Box 611 | Winner | SD | 57580-0611 | $53,579.98 | | $0.00 | | $53,579.98 | |
| 21 | WINONA STOCKYARD - CUSTODIAL | PO Box 429 | Winona | MS | 38967 | $18,790.34 | $820.40 | $0.00 | | $17,969.94 | |
| 404 | WISCHMEIER TRUCKING INC | PO Box 244 | Brownstown | IN | 47220 | $4,634.10 | | $0.00 | | $4,634.10 | |
| 126 | YOUNG, FRED K | 1017 James Howard Young Road | Edmonton | KY | 42129 | $992.24 | | $0.00 | | $992.24 | |
| | ZAGO, DANTE | 8201 Couchville Pk. | Mt. Juliet | TN | 37122 | $34,093.10 | $1,488.53 | $0.00 | | $32,604.57 | |
| | | | | | | | | | | $16,841,718.97 | |

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claims Not Eligible For Distribution** | | | | | | | | | | | |
| 29 | AMEX TRAVEL RELATED SERVICES CO INC CO | c/o Becket and Lee LLP PO Box 3001 | Malvern | PA | 19355-0701 | $11,645.55 | | $0.00 | | | |
| 530 | BankFirst Financial Services | c/o Eric C. Redman Redman Ludwig, P.C. 151 N. Delaware Street, Suite 1106 | Indianapolis | IN | 46204 | $156,949.18 | | $0.00 | | | |
| 454 | BANKRUPTCY ESTATE OF THOMAS P & PATSY M GIBSON | c/o Meredith R. Theisen Rubin & Levin, P.C. 135 N. Pennsylvania Street, Suite 1400 | Indianapolis | IN | 46204 | $18,075,872.64 | | $0.00 | | | |
| 4 | BUETOW LEMASTUS & DICK PLLC | c/o Terry L. Stapp 1510 PNC Plaza | Louisville | KY | 40202 | $30,794.59 | | $0.00 | | | |
| 42 | CAPITOL INDEMNITY CORPORATION | PO Box 5900 | Madison | WI | 53705-0900 | $875,000.00 | | $0.00 | | | |
| 91 | COLUMBIA GAS OF KENTUCKY | 200 Civic Center Drive, 11th Floor | Columbus | OH | 43215 | $208.08 | | $0.00 | | | |
| 11 | DUKE ENERGY INDIANA | 1000 E Main Street | Plainfield | IN | 46168 | $2,432.53 | | $0.00 | | | |
| 494 | EDMONTON, CITY OF | PO Box 374 | Edmonton | KY | 42129-0374 | $451.53 | | $0.00 | | | |
| 8 | FIA CARD SERVICES NA | 1000 Samoset Drive DE5-023-03-03 | Newark | DE | 19713 | $1,402.89 | | $0.00 | | | |
| 13 | FIFTH THIRD BANK | c/o Randall D. LaTour Vorys, Sater, Seymour and Pease LLP 52 East Gay Street | Columbus | OH | 43215 | $35,833,415.02 | | $0.00 | | | Claim against Funds Waived |
| 446 | FPC FINANCIAL FSB | Lobring & Associates, LLP 5977 West State Road 252 | Edinburgh | IN | 46124 | $11,144.31 | | $0.00 | | | |
| 518 | GENERAL ELECTRIC CAPITAL CORPORATION | 300 John Carpenter Fwy, Suite 207 | Irving | TX | 75062 | $63,316.66 | | $0.00 | | | |
| 316 | GREENSBURG RECORD HERALD | PO Box 130 | Greensburg | KY | 42743-0130 | $657.90 | | $0.00 | | | |
| 196 | GUNGOLL JACKSON & COLLINS | c/o Bradley Gungoll PO Box 1549 | Enid | OK | 73702-1549 | $1,867.50 | | $0.00 | | | |
| 83 | INDIANA-AMERICAN WATER CO | PO Box 578 | Alton | IL | 62002 | $102.02 | | $0.00 | | | |
| 312 | INTRUST BANK NA | c/o Jeffrey E. Ramsey Blackwell, Burke & Ramsey, PC 111 Monument Circle, Suite 452 | Indianapolis | IN | 46204 | $9,029,203.24 | | $0.00 | | | |
| 482 | J & L FARMS LLC | c/o John Kopf Thompson Hine LLP 41 South High Street, 17th Floor | Columbus | OH | 43215 | $0.00 | | $0.00 | | | |
| | JIMMY KINDER | Rt 1 Box 25 | Walters | OK | 73572-9717 | $0.00 | | $0.00 | | | |
| 99 | JOHN COWHERD, ATTORNEY AT LAW PC | PO Box 268 | Mount Vernon | MO | 65712 | $1,888.40 | | $0.00 | | | |
| 271 | KENTUCKY AMERICAN WATER | PO Box 578 | Alton | IL | 62002 | $202.14 | | $0.00 | | | |
| 509 | MFA OIL COMPANY | PO Box 519 | Columbia | MO | 65205 | $739.74 | | $0.00 | | | |
| 519 | REPUBLIC BANK & TRUST COMPANY | c/o Allen L. Morris Stites & Harbison PLLC PO Box 946 323 East Court Avenue | Jeffersonville | IN | 47131-0946 | $220,923.74 | | $0.00 | | | |
| 14 | TELVENT DTN INC | 9110 W Dodge Rd | Omaha | NE | 68114 | $2,968.92 | | $0.00 | | | |

Eastern Livestock LLC
Claims Against Seized Funds
Exhibit 1

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 311 | UNITED PARCEL SERVICE | c/o Receivable Management Services PO Box 4396 | Timonium | MD | 21094 | $523.73 | | $0.00 | | | |
| 150 | VERIZON WIRELESS | PO Box 3397 | Bloomington | IL | 61702 | $5,211.76 | | $0.00 | | | |
| | BILLINGSLEY AUCTION SALE, INC | PO Box 505 | Senatobia | MS | 38668 | $119,431.18 | | $0.00 | | | preference action pending |
| | Bluegrass South, Livestock Market, LLC | PO Box 438 277 Cordier Ln. | Stanford | KY | 40484 | $279,988.34 | | $0.00 | | | claims waived against forfeiture funds |
| | Bluegrass Stockyards, East, LLC | PO Box 765 | Mt. Sterling | KY | 40353 | $26,796.22 | | $0.00 | | | claims waived against forfeiture funds |
| | Bluegrass Stockyards of Campbellsville | PO Box 509 | Campbellsville | KY | 42719 | $283,174.75 | | $0.00 | | | claims waived against forfeiture funds |
| | Blue Grass Stockyards of Richmond, LLC | 348 K Street | Richmond | KY | 40475 | $181,440.99 | | $0.00 | | | claims waived against forfeiture funds |
| | Bluegrass Stockyards, LLC | 1218 Liggett Ave | Lexington | KY | 40508 | $528,367.44 | | $0.00 | | | claims waived against forfeiture funds |
| | Bluegrass Maysville Stockyards, LLC | 7124 AA Hwy East | Maysville | KY | 41056 | $35,831.99 | | $0.00 | | | claims waived against forfeiture funds |
| | Carroll County Livestock Sales Barn, Inc. | PO Box 279 | Carrollton | GA | 30117-0279 | unknown | | $0.00 | | | |
| | Ed Edens and E4 Cattle | Highway 32 West PO Box 570 | Okolona | MS | 38860 | $350,000.00 | | $0.00 | | | |
| | Fort Payne Stockyards | PO Box 681126 | Fort Payne | AL | 35968 | unknown | | $0.00 | | | |
| | Vernon Inman, I | 4460 Pulaski Highway | Culleoka | TN | 38451 | unknown | | $0.00 | | | |
| | Vernon Inman, II | Route 2 Box 121 | Culleoka | TN | 38451 | unknown | | $0.00 | | | |
| | Macon Stockyards | PO Box 476, 12409 Hwy 145 | Macon | MS | 39341 | unknown | | $0.00 | | | |
| | People's Livestock Auction, Inc. | PO Box 3064 | Cookeville | TN | 38502 | unknown | | $0.00 | | | Claim 483 withdrawn Doc. # 2750; pending preference action |
| | Robert Rawls d/b/a Robert Rawls Livestock | PO Box 3220 | Brookhaven | MS | 39603 | unknown | | $0.00 | | | Claim waived, Docket 2715(amendment not effective on Claim 551) |
| 483 | STOCKMAN OKLAHOMA LIVESTOCK MARKETIN | c/o Ross A. Plourde McAfee & Taft Two Leadership Square, 10th Floor 211 N Robinson | Oklahoma City | OK | 73102 | $916,120.51 | | $0.00 | | 0 | claims settled |
| 484 | STOCKMAN OKLAHOMA LIVESTOCK MARKETIN | c/o Ross A. Plourde McAfee & Taft Two Leadership Square, 10th Floor 211 N Robinson | Oklahoma City | OK | 73102 | $1,026,188.56 | | $0.00 | $798,229.55 | $0.00 | claims settled |
| | Eddie Strickland | 3408 Hwy 389 | Phela | MS | 39755 | $155,790.23 | | $0.00 | | | |
| | Market Management Services | | | | | unknown | | $0.00 | | | |
| | Jimmy Brummett | 7594 Hwy 55 South | Glens Fork | KY | 42741 | $11,161.37 | | $0.00 | | | |
| | Milligan Farms / Paul Milligan | 651 Grassy Springs Rd | Columbia | KY | 42728-8374 | $4,271.00 | | $0.00 | | | |
| | Arnold Farms / Howard Arnold | 9845 Weatherly Rd. | Lascassas | TN | 37085 | $49,782.60 | | $49,782.60 St. | | $0.00 | |
| | Jerry Herald | 1191 Oakhill School Rd. | Smiths Grove | KY | 42171 | $2,953.50 | | $2,920.66 St. | | $32.84 | |
| | Jimmy Manion | 107 Indie Circle | Glasgow | KY | 42141 | $4,053.00 | | $4,051.28 St. | | $1.72 | |
| | Ocala Livestock Market | PO Box 539 | Lowell | FL | 32663 | $100,000.00 | | $0.00 | | 0 | |
| | R & G Trucking & Livestock | 40 East Meadow Dr. | Nancy | KY | 42544 | $8,609.39 | | $0.00 | | | |

105745138_2

Eastern Livestock LLC
Claims Against Seized Funds
Exhibit 1

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 363 | FREDIN BROTHERS INC | Highway 14E, Box 37 | Springfield | MO | 56087 | $423,184.07 | | $0.00 | | 0 | Claim 144 withdrawn with prejudice |
| 349 | HAIAR, MONTE JAMES | 501 Randall Street | Fairfax | SD | 57335 | $6,000.00 | | $0.00 | | 0 | |
| 278 | ROSENBAUM FEEDER CATTLE LLC | c/o Allen L. Morris<br>Stites & Harbison PLLC<br>PO Box 946<br>323 East Court Avenue | Jeffersonville | IN | 47131-0946 | $150,823.92 | | $0.00 | | 0 | |