**SO ORDERED: April 7, 2016.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                    )
                                          )
EASTERN LIVESTOCK CO., LLC,               )        Case No. 10-93904-BHL-11
                                          )
          Debtor.                         )

### ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH TOBIN M. PARKER, PAINT ROCK CATTLE MANAGEMENT, LLC, PAINT ROCK CATTLE COMPANY, LP, AND PLATEAU PRODUCTION COMPANY

This matter came before the Court on the Motion to Approve Compromise and

Settlement with Tobin M. Parker, Paint Rock Cattle Management, LLC, Paint Rock Cattle

Company, LP, and Plateau Production Company ("Settlement Motion") filed by James A.

Knauer, as Chapter 11 trustee ("Trustee") for the bankruptcy estate of Eastern Livestock Co.,

LLC.

IT IS ORDERED that the Settlement Motion by and between the Trustee and Tobin M.

Parker, Paint Rock Cattle Management, LLC, Paint Rock Cattle Company, LP, and Plateau

Production Company is hereby granted; and the parties are hereby directed to carry out the terms of the Settlement Agreement.

###