UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10-93904-BHL-11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

John O'Brien, first being duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court: | Admission Date: |
|---|---|
| United States Supreme Court | June 2004 |
| United States Court of Appeals for the Tenth Circuit | November 1985 |
| United States Court of Appeals for the Ninth Circuit | March 2005 |
| United States Court of Appeals for the Eighth Circuit | May 2000 |
| United States District Court for the District of Colorado | November 1985 |
| United States District Court for the District of Nebraska | June 2002 |
| State of Colorado | November 1985 |
| United States District Court for the Northern District of Ohio | January 2010 |
| United States District Court for the Northern District of Indiana | April 2011 |

My license has never been suspended nor revoked, and I am currently not subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

Dated this 21st day of April, 2016.

_____
John O'Brien
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202-5854
Phone: (303) 634-2000
Fax: (303) 634-2020
Email: jobrien@swlaw.com

23928642.1

STATE OF COLORADO              )
                               ) ss.
CITY & COUNTY OF DENVER        )

      Before me, a notary public in and for said county and state, personally appeared John O'Brien, and being first duly sworn upon his oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed: April 21, 2016.

[Notary Seal:
ANITA L. SHADDEAU
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20054017311
MY COMMISSION EXPIRES MAY 09, 2017]

_Anita L. Shaddeau_
Notary Public

My Commission Expires:
_May 9, 2017_

23928642.1