SO ORDERED: April 22, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 08/2015)

In re:

**Eastern Livestock Co., LLC**,
Debtor.

Case No. **10–93904–BHL–11**

### ORDER

A(n) Motion to Appear Pro Hac Vice was filed on April 21, 2016, by John O'Brien.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Creditor Midwest Feeders, Inc. must distribute this order.

###