UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 01/2016)

In re:

**Eastern Livestock Co., LLC**,                      Case No. **10−93904−BHL−11**
    Debtor.

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a hearing is required to evaluate the following matter(s):

    Telephonic Hearing Re: Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 filed by Terry E. Hall on behalf of Trustee James A. Knauer with a Limited Objection filed by Creditor, Midwest Feeders, Inc

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  April 28, 2016
    Time:  02:40 PM EDT
    Place: Dial−in # 877−636−9498, Passcode 3935561607#

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  April 22, 2016                                  Kevin P. Dempsey
                                                          Clerk, U.S. Bankruptcy Court