**U.S. ATTORNEY AND EASTERN TRUSTEE SUBMISSIONS**

**RECONCILIATION FOR U.S. ATTORNEY - CPC CREDITOR CIVIL FORFEITURE CLAIMS - AMENDED 04/21/2016**

| No. | Creditor | ELC Dishonored Check Amounts | ELC Non-Payment For Cattle | TOTAL INITIAL LOSS AMOUNTS | Net Cash & Cattle Receipts & Exp. Recovery | TOTAL NET CLAIMS | Total Other Recoveries & Charges | FINAL (1) Civil Forfeiture AMENDED NET LOSS CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 1 | CPC Livestock, LLC | (625,693.13) | (301,664.53) | ($927,357.66) | 296,312.59 | ($631,045.07) | 169,366.10 | ($461,678.97) |
| 14 | Alabama Livestock Auction, Inc. (Comb. Sealy & Son) | (272,936.91) | (12,243.80) | ($285,180.71) | 129,530.49 | ($155,650.22) | 24,106.22 | ($131,544.00) |
| 15 | Ashville Stockyard, Inc. | (163,885.80) | 0.00 | ($163,885.80) | 133,625.65 | ($30,260.15) | (11,496.49) | ($41,756.64) |
| 16 | Athens Stockyard, LLC | (423,258.69) | (256,813.92) | ($680,072.61) | 0.00 | ($680,072.61) | 164,738.01 | ($515,334.60) |
| 17 | Billingsley Auction Sale, Inc. | (119,431.18) | 0.00 | ($119,431.18) | 81,242.85 | ($38,188.33) | (4,189.46) | ($42,377.79) |
| 18 | Franklin, Glen | (501,030.00) | 0.00 | ($501,030.00) | 53,998.13 | ($447,031.87) | 106,704.71 | ($340,327.16) |
| 19 | Kuehny, Brent d/b/a Dollar K Cattle | (158,636.31) | 0.00 | ($158,636.31) | 0.00 | ($158,636.31) | 47,503.07 | ($111,133.24) |
| 20 | Macon Stockyards, Inc. | (113,060.12) | 0.00 | ($113,060.12) | 79,509.42 | ($33,550.70) | (5,203.53) | ($38,754.23) |
| 21 | Reed, Taylor | (577,742.25) | 0.00 | ($577,742.25) | 186,586.85 | ($391,155.40) | 110,574.45 | ($280,580.95) |
| 23 | Strickland, Edwin A. d/b/a Strickland Farms | (155,790.23) | 0.00 | ($155,790.23) | 0.00 | ($155,790.23) | 103,036.36 | ($52,753.87) |
| | **Total CPC CREDITORS CIVIL FORFEITURE CLAIMS** | **(4,615,793.88)** | **(1,500,432.63)** | **(6,116,226.51)** | **1,055,792.39** | **(5,060,434.12)** | **1,358,631.41** | **(3,701,802.71)** |

(1) Includes Total Losses Adjusted For Recoveries From the Eastern PSA Bond, Settlements Payments And Charges