# REVISED and CORRECTED
## Victim Impact Statement

**ALABAMA**

United States v. Thomas Gibson, et al.　　Court Docket: 3:11CR-123-R　　AUSA: James R. Lesousky, Jr./Marisa A. Ford

**A. Initial Crime Related Loss**　**ALABAMA LIVESTOCK AUCTION, INC.**　**NET FINAL LOSSES**
(Consolidated with Sealy & Son)

The total amount of crime related loss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .　**$131,544.00**

On a separate page, please list the individual losses or expenses. If possible, please attach any supporting documents you have such as receipts, repair bills, etc. **SEE ATTACHED EXHIBIT:** *Revised and Corrected Amended Proof Of Claim*

**B. Recovered Losses**

Please list any property or money that you have recovered or is being held by law enforcement officials:

**NONE**

If you received any payments or benefits as a result of the crime, please list below the amounts received and information on the company who provided the payments:

Name:
Address:
Phone:　　Tax ID No. (EIN):
Contact:　　Claim No.:
Amount received:　　Amount of Claim:

Amount of Recovered Losses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .　**$0.00**

**C. Total Crime Related Loss.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .　**$131,544.00**

I declare under penalty of law that the above information I have provided is true:

Signature: /s/ W. Scott Newbern　　Date: 4/22/2016

**W. Scott Newbern, PL**
**Counsel For Alabama Livestock Auction, Inc. and Sealy & Son**

If restitution is ordered, please provide us with an address where restitution payments should be mailed:

Name: Alabama Livestock Auction, Inc.
Address: c/o W. Scott Newbern, PL, 2982 Giverny Circle
City: Tallahassee　　State: Florida　　Zip: 32309
Phone Number: 850.591.1707
Last 4 numbers of Social Security number: 7020

## Victim Impact Statement

In addition to finances, crimes can also have an emotional impact and you and those close to you. The emotional impact of a crime has had on its victims is also important for the Court to know. The following questions are designed to help individuals who are having difficulty expressing their emotions. Feel free to answer the questions below or write up your own statement. If needed, you can attach additional pages.

1. How has this crime affected you and those close to you? Has the crime caused you to suffer any type of physical or emotional injuries?

> See Attached. Fifth Third Bank dishonored Eastern Livestock Co. checks issued in payment for livestock at our Stockyard in amounts that, absent the recovery of cattle and payments as outlined here, the business would have folded. At the same time, we were pursued by the Trustee for actually following the Packer & Stockyards federal law in recovering unpaid amounts to maintain the proper balance in our "Custodial Account For Shippers Proceeds." Despite this, we still incurred a fine from the PSA.

2. Have you or members of your family received counseling or therapy as a result of the crime?

> n/a

3. How has this crime affected your ability to perform daily tasks such as working, taking care of your family, going to school? How has the crime impacted events that you routinely enjoyed doing prior to the crime?

> Absent recovery the business would have gone under. The Eastern matter put a strain on the entire cattle industry, but especially on the small auction markets to whom most of the dishonored checks were issued and were targeted for collecting on unpaid cattle sales as required by the Packers & Stockyards Act.

4. What would you like to see happen to the defendant(s)?

> n/a

5. Is there anything else you would like the Court to know prior to sentencing the defendant?

> n/a

**Fill in this information to identify the case:**

Debtor 1: In Re: Eastern Livestock Co., LLC

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 10-93904-BHL-11

Official Form 410

# Proof of Claim

**REVISED and CORRECTED AMENDED CLAIM**
**See attached Exhibit 14 and Summary**

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Alabama Livestock Auction, Inc. (consolidated with Sealy & Son)
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: "New" Alabama Livestock Auction, Inc.

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: W. Scott Newbern, LC
Number Street: 2982 Giverny Circle
City: Tallahassee   State: FL   ZIP Code: 32309
Contact phone: _____
Contact email: _____

Where should payments to the creditor be sent? (if different)

Name: _____
Number Street: _____
City ___ State ___ ZIP Code ___
Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) **Revised and Corrected** Nos. 503,504    Filed on 04/29/2011

**Revised, Corrected, and Updated Claims**

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   - ☑ No
   - ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $___131,544.00___. Does this amount include interest or other charges?
   including $20k to Trustee
   - ☑ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

   **See Attached Exhibit A and Exhibit 14**

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Unpaid sales of cattle adjusted for collections & settlements

9. Is all or part of the claim secured?
   - ☑ No
   - ☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**
     - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
     - ☐ Motor vehicle
     - ☐ Other. Describe: _____

     **Basis for perfection:** _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     Value of property: $_____
     Amount of the claim that is secured: $_____
     Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     Amount necessary to cure any default as of the date of the petition: $_____

     Annual Interest Rate (when case was filed) _____ %
     - ☐ Fixed
     - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    - ☑ No
    - ☐ Yes. Identify the property: _____

Official Form 410        Proof of Claim        page 2

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/14/2016
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: W. Scott Newbern
      First name    Middle name    Last name

Title: Managing Member

Company: W. Scott Newbern, PL
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 2982 Giverny Circle
         Number    Street
         Tallahassee                    FL    32309
         City                            State ZIP Code

Contact phone: 850-591-1707      Email: wsnewbern@msn.com

| "New" Alabama Livestock Auction, Inc. (consolidated with Sealy & Son) <br> **Revised And Amended Claim Summary** | |
|---|---:|
| Dishonored Checks and Non-Payment | ($285,180.71) |
| Cattle & Cash Recovery | 129,530.49 |
| **NET Dishonored Checks & Cattle** | **($155,650.22)** |
| **NET Total Recoveries from Bond & Settlement Collections/Payments** | **$44,106.22** |
| **NET Revised & Amended Claim Excl. Trustee** | **($111,544.00)** |
| Pending Settlement - Trustee | (20,000.00) |
| **NET Revised & Amended Claim** | **($131,544.00)** |

# Exhibit A

# Exhibit 14

## Alabama Livestock
### (Includes Sealy & Son)

**CONFIDENTIAL**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of Indiana | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Eastern Livestock Co., LLC | Case Number: 10-93904 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): SEALY AND SON | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>SEALY AND SON<br>700 HIGHWAY 80 E<br>UNIONTOWN, AL 36786<br><br>Telephone number: (334) 628-2371 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 155669.96

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Non-payment of cattle
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $ 155669.96

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 3-1-11  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Brenda Sealy*
Brenda Sealy, Treasurer

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

046483    15707046529022

ENVELOPE NOT PROVIDED
COPIES NOT PROVIDED

**CONFIDENTIAL**

# ALABAMA LIVESTOCK AUCTION



(334) 628-2371
(334) 628-2381

P.O. BOX 279 - UNIONTOWN, ALABAMA 36786

## LIVESTOCK CONTRACT

THIS CONTRACT made this **26** day of **October**, 20**10** by and between **Scott Weeks** of **Weeks Farm**, hereinafter known as Seller, and **Grant Gibson** of **Eastern LVSTK**, hereinafter known as Buyer.

The Seller hereby sells and agrees to deliver to Buyer, or his order, the following described livestock:

| No. | Description | Price | Brand | Approx. Wt. At Delivery |
|---|---|---|---|---|
| 1 load | Steers | 103.50 | | 860 |

All cattle are to be sound and in merchantable condition and free of any contagious disease. With a ____ % cut back, after all stags, crippled, lump-jawed, bad-eyed, or otherwise unmerchantable cattle have been taken out; this cut back to be made by Buyer at

Additional provisions: ✱ **3% shrink** ✱
**4¢ slide**

Seller shall notify Buyer 7 days in advance of actual delivery date.

To the best of Seller's knowledge these cattle while under Seller's ownership or control have been handled in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21 CFR Part 589).

This contract contains the entire agreement between Buyer and Seller and cannot be varied orally. It shall be binding on the respective heirs, legal representative, successors and assigns of the parties.

Seller agrees to furnish all necessary State and Federal inspection certificates.

All _____ are to be delivered free of all encumbrances and with a clear title.

Delivery is to be made on or about **immediate** buyer's (seller's) option, F.O.B. in sound merchantable condition at **Scott Weeks' pen**.

HEAD COUNT PRESENTED TO BUYER AFTER UNMERCHANTABLE CATTLE ARE CUT OFF SHALL NOT VARY 5% FROM NUMBER OF CATTLE ON CONTRACT. ANY VARIANCE IN EXCESS OF 5% SHALL BE SETTLED AT

---

**ALABAMA LIVESTOCK AUCTION, INCORPORATED – UNIONTOWN, ALABAMA**

| DATE | WEIGHER | PEN | BUYER | PRICE | SELLER NUMBER | NUMBER OF HEAD | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | 29455 | Eastern | 103.50 | Scott Weeks | 1 load strs | 850 lbs |

3% shrink
4¢ slide
Imm del.

**CONFIDENTIAL**



# FIRST BANK OF LINDEN
FOUNDED 1904



LINDEN, ALABAMA 36748

ALABAMA LIVESTOCK
AUCTION INC
P O BOX 279
UNIONTOWN, ALABAMA
36786

Date 11/12/2010

The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

**Account Holder:** Eastern Livestock Co., LLC

**Amount:** $49597.28

**Reason:** REFER TO MAKER

```
*061000146*
11/12/2010
6611162447

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON - S
REFER TO MAKER
```



REFER TO MAKER

No 124980

EASTERN LIVESTOCK CO., LLC
155 West Market
New Albany, IN 47150
812-948-9035

PAY TO THE ORDER OF
DATE 10/11/01  CHECK No. 124980  AMOUNT ***49,597.28

ALABAMA LIVESTOCK AUCTION
BOX 279
UNIONTOWN, AL 36786

⑆124980⑆ ⑈042100272⑈ 7480493779⑉

⑆124980⑆   ⑈042100272⑈   7480493779⑉   ⑇000495972⑇

POST OFFICE BOX 481119 • LINDEN, ALABAMA 36748 • TELEPHONE (334) 295-8741

**CONFIDENTIAL**

# ALABAMA LIVESTOCK AUCTION



(334) 628-2371
(334) 628-2381

P.O. BOX 279 — UNIONTOWN, ALABAMA 36786

## LIVESTOCK CONTRACT

THIS CONTRACT made this __3__ day of __August__, 20__10__ by and between __Sealy & Son__ of __Uniontown__, hereinafter known as Seller, and __Grant Gibson__ of __Eastern Livestock__, hereinafter known as Buyer.

The Seller hereby sells and agrees to deliver to Buyer, or his order, the following described livestock:

| No. | Description | Price | Brand | Approx. Wt. At Delivery |
|---|---|---|---|---|
| 2 | 49000-50000 loads steers | 108.35 | | 700 |

All cattle are to be sound and in merchantable condition and free of any contagious disease. With a ____% cut back, after all stags, crippled, lump-jawed, bad-eyed, or otherwise unmerchantable cattle have been taken out; this cut back to be made by Buyer at

Additional provisions: __2% Shrink__
__4¢ Slide__

Seller shall notify Buyer 7 days in advance of actual delivery date.

To the best of Seller's knowledge these cattle while under Seller's ownership or control have been handled in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21CFR Part 589).

This contract contains the entire agreement between Buyer and Seller and cannot be varied orally. It shall be binding on the respective heirs, legal representative, successors and assigns of the parties.

Seller agrees to furnish all necessary State and Federal inspection certificates.

All _____ are to be delivered free of all encumbrances and with a clear title.

Delivery is to be made on or about __Oct. 13-18__ buyer's (seller's) option, F.O.B. in sound merchantable condition at __Alabama Livestock__

№ 124980

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

```
HECK NUMBER:  124980    CHECK DATE: 10/11/01   CHECK AMOUNT:   49,597.28
      101029   56H @   48059#            00005              49,597.28
```

## EASTERN LIVESTOCK CO., LLC

**CONFIDENTIAL**



# First Bank of Linden

FOUNDED 1904



LINDEN, ALABAMA 36748

Date 11/10/2010

ALABAMA LIVESTOCK
P O BOX 279
UNIONTOWN, AL 36786

The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

**Account Holder:** ALABAMA LIVESTOCK AUCTION INC

**Amount:** $106052.94

**Reason:** NSF



*061000146*
11/10/2010
6215215682

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON - S
REFER TO MAKER

⑈"123230⑈"  ⑈:042100272⑈:  7480493779⑈"  ⑈"0010605294⑈"

**CONFIDENTIAL**

# ALABAMA LIVESTOCK AUCTION, INC.

BOX 279
UNIONTOWN, ALABAMA 36786
PHONE A/C 205-628-2371

Date: 10-23-10

SOLD TO: Eastern Livestock

[handwritten note near logo: "bud wheez"]

| # | Cattle | Hogs | Sheep | H&M | Description | WEIGHT | PRICE | AMOUNT | PEN NO | TAG NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 134 | | | | steers | 100090 | 98088 108.11 | 106052 94 | Slaley & Son | |
| 2 | | | | | | 716 | | | | |
| 3 | | | | | | | | 10 00 | Readish paper | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | 106062 94 | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Eastern Livestock Co, LLC | Case Number: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Alabama Livestock Auction Inc

Name and address where notices should be sent:
Alabama Livestock Auction Inc
P.O. Box 279
Uniontown AL 36786

Telephone number: (334) 628-2381

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

FILED
U.S. BANKRUPTCY COURT
NEW ALBANY, INDIANA
APR 29 2011
SOUTHERN DISTRICT OF INDIANA
KEVIN P. DEMPSEY, CLERK

RECEIVED
MAY 06 2011
BMC GROUP

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 49,997.28

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Worthless check - non-payment for 56 steers
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ _____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 4-6-11

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Brenda S Sealy   Brenda S Sealy, Treasurer

FOR COURT USE ONLY
Eastern Livestock
00504

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# First Bank of Linden

FOUNDED 1904

LINDEN, ALABAMA 36748

ALABAMA LIVESTOCK
AUCTION INC
P O BOX 279
UNIONTOWN, ALABAMA
36786

Date   11/12/2010

The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

**Account Holder:** Eastern Livestock Co., LLC

**Amount:** $49597.28

**Reason:** REFER TO MAKER



*061000146*
11/12/2010
6611162447

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON - S
REFER TO MAKER

POST OFFICE BOX 481119   •   LINDEN, ALABAMA 36748   •   TELEPHONE (334) 295-8741

## ALABAMA LIVESTOCK AUCTION



(334) 628-2371
(334) 628-2381

P.O. BOX 279 UNIONTOWN, ALABAMA 36786

### LIVESTOCK CONTRACT

THIS CONTRACT made this **26** day of **October**, 20**10** by and between **Scott Weeks** of **Weeks Farm**, hereinafter known as Seller, and **Grant Gibson** of **Eastern LVSTK**, hereinafter known as Buyer.

The Seller hereby sells and agrees to deliver to Buyer, or his order, the following described livestock:

| No. | Description | Price | Brand | Approx. Wt. At Delivery |
|---|---|---|---|---|
| 1 load | Steers | 103.50 | | 860 |
| | | | | |
| | | | | |

All cattle are to be sound and in merchantable condition and free of any contagious disease. With a _____ % cut back, after all stags, crippled, lump-jawed, bad-eyed, or otherwise unmerchantable cattle have been taken out; this cut back to be made by Buyer at _____.

Additional provisions: ☆ **3% shrink** ☆
                       **4¢ slide**

Seller shall notify Buyer 7 days in advance of actual delivery date.

To the best of Seller's knowledge these cattle while under Seller's ownership or control have been handled in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21 CFR Part 589).

This contract contains the entire agreement between Buyer and Seller and cannot be varied orally. It shall be binding on the respective heirs, legal representative, successors and assigns of the parties.

Seller agrees to furnish all necessary State and Federal inspection certificates.

All _____ are to be delivered free of all encumbrances and with a clear title.

Delivery is to be made on or about **immediate** _____ buyer's (seller's) option, F.O.B. in sound merchantable condition at **Scott Weeks' pen**.

HEAD COUNT PRESENTED TO BUYER AFTER UNMERCHANTABLE CATTLE ARE CUT OFF SHALL NOT VARY 5% FROM NUMBER OF CATTLE ON CONTRACT. ANY VARIANCE IN EXCESS OF 5% SHALL BE SETTLED AT

---

ALABAMA LIVESTOCK AUCTION, INCORPORATED – UNIONTOWN, ALABAMA

| DATE | PEN | BUYER | PRICE | SELLER NUMBER | NUMBER OF HEAD | WEIGHT |
|---|---|---|---|---|---|---|
| | 29455 | Eastern | 103.50 | Scott Weeks | 1 load strs / 3% shrink | 850 / 860 lbs |



# First Bank of Linden

FOUNDED 1904

LINDEN, ALABAMA 36748

ALABAMA LIVESTOCK
AUCTION INC
P O BOX 279
UNIONTOWN, ALABAMA
36786

Date: 11/12/2010

"The item(s) listed below were presented for credit but have been returned for the reason indicated. Please update your records accordingly.

Account Holder: Eastern Livestock Co., LLC

Amount: $49597.28

Reason: REFER TO MAKER

*061000146*
11/12/2010
6611162447

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON - S
REFER TO MAKER



⑈124980⑈   ⑆042100272⑆   7480493779⑈