# REVISED and CORRECTED
## Victim Impact Statement

_United States v. Thomas Gibson, et al._        **Court Docket: 3:11CR-123-R**        **AUSA: James R. Lesousky, Jr./Marisa A. Ford**

---

**A. Initial Crime Related Loss**     **ASHVILLE STOCKYARD, INC.**        **NET FINAL LOSSES**

The total amount of crime related loss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        **$41, 756.64**

On a separate page, please list the individual losses or expenses. If possible, please attach any supporting documents you have such as receipts, repair bills, etc. **SEE ATTACHED EXHIBIT:** _Revised and Corrected Amended Proof Of Claim_

## B. Recovered Losses

Please list any property or money that you have recovered or is being held by law enforcement officials:

**NONE**

If you received any payments or benefits as a result of the crime, please list below the amounts received and information on the company who provided the payments:

Name: 

Address: 

Phone:                                           Tax ID No. (EIN): 

Contact:                                          Claim No.: 

Amount received:                                  Amount of Claim: 

Amount of Recovered Losses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        **$0.00**

## C. Total Crime Related Loss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        **$41, 756.64**

I declare under penalty of law that the above information I have provided is true:

Signature:                                                              Date:   4/22/2016

**W. Scott Newbern, PL**
**Counsel For Ashville Stockyard, Inc.**

If restitution is ordered, please provide us with an address where restitution payments should be mailed:

Name:     ASHVILLE STOCKYARD, INC.

Address:  c/o W. Scott Newbern, PL, 2982 Giverny Circle

City:     Tallahassee              State:   Florida                Zip:   32309

Phone Number:   850.591.1707

Last 4 numbers of Social Security number:    7020

## Victim Impact Statement

In addition to finances, crimes can also have an emotional impact and you and those close to you. The emotional impact of a crime has had on its victims is also important for the Court to know. The following questions are designed to help individuals who are having difficulty expressing their emotions. Feel free to answer the questions below or write up your own statement. If needed, you can attach additional pages.

1. How has this crime affected you and those close to you? Has the crime caused you to suffer any type of physical or emotional injuries?

> See Attached. Fifth Third Bank dishonored Eastern Livestock Co. checks issued in payment for livestock at our Stockyard in amounts that, absent the recovery of cattle and payments as outlined here, the business would have folded. At the same time, we were pursued by the Trustee for actually following the Packer & Stockyards federal law in recovering unpaid amounts to maintain the proper balance in our "Custodial Account For Shippers Proceeds." Despite this, we still incurred a fine from the PSA..

2. Have you or members of your family received counseling or therapy as a result of the crime?

n/a

3. How has this crime affected your ability to perform daily tasks such as working, taking care of your family, going to school? How has the crime impacted events that you routinely enjoyed doing prior to the crime?

> Absent recovery the business would have gone under. The Eastern matter put a strain on the entire cattle industry, but especially on the small auction markets to whom most of the dishonored checks were issued and were targeted for collecting on unpaid cattle sales as required by the Packers & Stockyards Act.

4. What would you like to see happen to the defendant(s)?

n/a

5. Is there anything else you would like the Court to know prior to sentencing the defendant?

n/a

**Fill in this information to identify the case:**

Debtor 1    In Re: Eastern Livestock Co., LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana

Case number   10-93904-BHL-11

---

## Official Form 410

## Proof of Claim

### REVISED and CORRECTED AMENDED CLAIM
### See attached Exhibit 15 and Summary

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

Ashville Stockyard, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

W. Scott Newbern, LC
Name

2982 Giverny Circle
Number   Street

Tallahassee    FL    32309
City    State    ZIP Code

Contact phone   850-591-1707

Contact email   wsnewbern@msn.com

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) BMC 511
Also revise and correct submission to U.S. Attorney 01/14/2016

Filed on   01/11/2016 Amend.
05/06/2011
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

---

6.  **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

---

7.  **How much is the claim?**    $_____ 41,756.64 . **Does this amount include interest or other charges?**

including $20k to Trustee    ☑ No

**See Attached Claim Summary**    ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
**Exhibits A & 15**            charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8.  **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Unpaid cattle sales adjusted for recovery, payment & settlement

---

9.  **Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate (when case was filed)** _____%

☐ Fixed

☐ Variable

---

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/15/2016
                   MM  / DD  /  YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | W. Scott Newbern | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Managing Member | | |
| Company | W. Scott Newbern, PL | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2982 Giverny Circle | | |
| | Number          Street | | |
| | Tallahassee | FL | 32309 |
| | City | State | ZIP Code |
| Contact phone | 850-591-1707 | Email | wsnewbern@msn.com |

**Ashville Stockyard, Inc. Revised And Amended Claim Summary**

| | |
|---|---:|
| Dishonored Check Nos. F 34155 and F 34156 | ($163,885.80) |
| Cattle & Cash Recovery | 133,625.65 |
| **NET Dishonored Checks & Unpaid Cattle Sales** | **($30,260.15)** |
| **NET Total Recoveries from Bond & Settlement Collections/Payments** | **$8,503.52** |
| **NET Revised & Amended Claim Excl. Trustee** | **($21,756.64)** |
| Pending Settlement - Trustee | (20,000.00) |
| **NET Revised & Amended Claim** | **($41,756.64)** |

# **Exhibit A**

# Exhibit 15

## Ashville Stockyard

CONFIDENTIAL

*Chapter 11*

Case # 10-93904-BHL-11

Hon. Basil H Lorch III

OMB CONTROL NO. 0580-0015

| U.S. Department of Agriculture Grain Inspection, Packers and Stockyards Administration Packers and Stockyards Program | Proof of Claim Under: |
|---|---|
| | 1.  Surety Bond, (Clause 2, 3, or 4) |
| | 2.  Trust Fund Agreement, (Clause 2, 3, or 4) |
| | 3.  Trust Agreement, (Clause 2, 3, or 4) |
| | Issued Under Provisions of The Packers and Stockyards Act, 1921, as Amended and Supplemented |

State of (1)  __Alabama__

County (2)  __St. Clair__

As the undersigned, I, (3)  __Ashville Stockyard Inc,__
_(full name of claimant)_

Of (4)  __PO Box 580__          (5)  __205-594-7087 & 5151__
_(complete mailing address)_          _(phone; home, cell)_

__Ashville AL 35953     205-594-5172 fax__
_(other contact information: fax number, email address)_

being duly sworn, depose and state:

**RECEIVED**

I make this claim to (6)  __Capitol Indemnity Corporation__          **MAY 10 2011**
_(name of trustee or surety)_

**BMC GROUP**

Select One:

☒  under the bond issued by the (7a)
   __Capitol Indemnity Corporation__
   _(name of surety company)_

☐  under the Trust Fund Agreement with security held by (7b)

   _____
   _(depository, if one named)_

☐  under the Trust Agreement with letter of credit held by (7c)

   _____
   _(name of trustee)_

on behalf of (8)  __Eastern Livestock Co., LLC__
_(full name and address of principle named in bond or trust agreement)_
135 West Market St., New Albany, IN  47150

in the amount of (9)  __30,260.15__, due and owing for livestock purchased by

(10)  __Eastern Livestock Co., LLC   135 West Market St.__
_(full name and address of buyer) Clause 2, 3, or 4_   New Albany, IN  47150

for his own account or as a market agency buying livestock on a commission basis. This

CONFIDENTIAL

01/30/09

Page

Eastern Livestock
00511

OMB CONTROL NO. 0580-0015

claim is based on the following described livestock which was purchased by

(11)  Eastern Livestock Co., LLC
_____
                      *(name of buyer) Clause 2, 3, or 4*

(12)

| Date of Sale | Number of Head | Description of Livestock | Amount |
|---|---|---|---|
| 10-25-10 | 155 | calves | $75,625.65 |
| 11-1-10 | 175 | calves | 88,260.15 |
| | | | |
| | | | |
| | | | |
| | | | |

Attached and made a part of this claim are copies of the account of purchase and other

documents covering the livestock transaction, such as copies of checks issued and unpaid

for the livestock purchased by:

(13)  Eastern Livestock Co., LLC
_____
                      *(name of buyer) Clause 2, 3, or 4*

and other documents indicating the sale of the livestock in question to such purchaser

for which payment has not been made. (*If full and complete documents of the transaction are not available or if these papers have become lost or destroyed, the claimant should insert a statement below of the facts*:)

(14)  Ed Eden gave a check for the $75,625.65, which
the bank converted into a cashier check.
Ed Eden paid a cashier check for $58,000,
toward the $88,260.15

CONFIDENTIAL

01/30/09

OMB CONTROL NO. 0580-0015

None of the claimed amounts has been paid, and there are no setoffs or counterclaims to the same.

I hereby authorize the Grain Inspection, Packers and Stockyards Administration, Packers and Stockyards Program to release this proof of claim form and all of the attached supporting documents to the trustee or other interested parties to facilitate the processing of my claim.

(15) _Brad Plunkett_
(signature and title of claimant)

(16) Subscribed and sworn to before me this 28th day of Dec , 20 10 .

(17) ___Jina Bruce___

(18) Notary Public for the State of ___AL___

(19) Residing at ___DeKalb___

My commission expires

(20) ___My Commission Expires 9/20-2014___

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0580-0015. The time required to complete is estimated to average 30 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

Current Date:      November 10, 2010

Account Number:    7480493837
Capture Date:      November 10, 2010
Item Number:       22230002590618
Posted Date:       November 10, 2010
Amount:            75,625.65
Record Type:       Debit
RT Number:         042100272



*061000146*
11/10/2010
621521540

This is a legal copy of
your check. You can use it
the same way you would
use the original check.

RETURN REASON - S
REFER TO MAKER

REFER TO MAKER

0222700010033207  11/04/2010
E0b2204013  11/04/2010

EASTERN
LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-8635

NO. F 34155

Nov 3, 2010

PAY to the order of Ashville Stockyard, Inc.          $75,625.65

Seventy five thousand six hundred twenty-five + 65/100          DOLLARS

Eastern Livestock Co., LLC
Ed Edens

Fifth Third Bank

*034155* *042100272* 7480493837*



CONFIDENTIAL

Current Date: November 10, 2010

Account Number: 7480493837
Capture Date: November 10, 2010
Item Number: 22230002590599
Posted Date: November 10, 2010
Amount: 88,260.15
Record Type: Debit
RT Number: 042100272





CONFIDENTIAL

Metro Bank
800 Martin Street South
Pell City, AL   35128

ASHVILLE STOCKYARD INC
CUSTODIAL ACCT - SHIPPERS PROC
PO BOX 580
ASHVILLE, AL 35953

RE: Returned items on account # 26000372

Date: 11/10/10

The items listed below, deposited to your account, have been returned
for the reason indicated.

The following items will be charged to account 26000372

| Check# | Amount | Drawn by | Reason |
|---|---|---|---|
| 516 | $1,543.00 | JUSTIN WEEMS | Insufficient funds |
| 308 | $9,420.09 | LISA WALTERS | Insufficient funds |
| 34155 | $75,625.65 | EASTERN LIVESTOCK CO | Refer to maker |
| 34156 | $88,260.15 | EASTERN LIVESTOCK | Refer to maker |

We have subtracted 4 items totaling $174,848.89 from account number
26000372.
Please subtract this amount from your records.

If you have any questions please contact us at (205)884-2265

Thank you.

Metro Bank

CONFIDENTIAL



| | United States | Grain Inspection, | 210 Walnut St., Room 317 |
|---|---|---|---|
| **USDA** | Department of | Packers and Stockyards | Des Moines, IA  50309-2110 |
| | Agriculture | Administration | (515) 323-2579  FAX  (515) 323-2590 |

December 8, 2010

Ashville Stockyard
PO Box 580
Ashville, AL  35953

<div style="border:1px solid">

**CERTIFIED MAIL NO.**
91 7108 2133 3939 1446 2648
*Return Receipt Requested*

</div>

Dear Ashville Stockyard:

This letter is a follow-up to our previous bond claim notification letter regarding Eastern Livestock Co., LLC, (Eastern), 135 West Market St., New Albany, IN  47150. Our review of Eastern's business records disclosed that some livestock transactions were entered into on behalf of Eastern by dealers separately registered and bonded under the Packers and Stockyards Act, 1921, as amended and supplemented. You may also wish to consider filing a claim on the bond of that registered dealer.

A list of regulated entities and bond amounts can be found on the Packers and Stockyards website: www.gipsa.usda.gov. If you have any questions as to whether a buyer is registered and bonded, you may refer to the website or contact this office by telephone at (515) 323-2579.

Enclosed is a copy of a "Proof of Claim" form. In order that your claim may be handled promptly, it is suggested that you complete the Proof of Claim form and transmit the original, along with copies of supporting documents, to Grain Inspection, Packers and Stockyards Administration Midwestern Regional Office at the address shown above as soon as practical.

To properly support your claim, you should provide this office with copies of the following:

a.  Buyers' invoices or accounts of sale, showing the date of transaction, number of head and species of livestock, weight, price, etc.

b.  Insufficient funds check(s) or draft(s).

c.  Returned item from your bank, showing that checks issued in payment for livestock were returned by the bank because of insufficient funds.

d.  Any other records you have pertaining to the transaction.

e.  A full statement explaining the transaction upon which you are basing the claim.

CAUTION:  The bonds of Packers and Stockyards registrants contain a provision which requires that all claims filed thereunder <u>must be filed in writing</u> with the trustee or Packers and Stockyards Programs. Such claims must be filed with one of the parties mentioned <u>within 60 days from the date of the transaction on which the claim is based</u>. Therefore, if it is your intention to file a claim, we urge you to complete the enclosed Proof of Claim form and return it to this office without delay. The Proof of Claim form should be accompanied by copies of invoices, returned checks, and any other documents, which will support the claim. Retain the Originals in your files.

CONFIDENTIAL

## Instructions to Complete
## Proof of Claim under Surety Bond
### *Clause Two, Three and Four*
## Form P&SP-2120

When you, as a livestock seller, have not received payment for livestock sold use this form to submit a claim against the livestock buyer's bond.

Mail two copies of the completed notarized form with accompanying documentation, to the regional office of the Packers and Stockyards Program as listed below. The states covered by each regional office are listed below their address. A copy should be retained for the complainant's files.

| Regional Offices of the Packers and Stockyards Program | | |
|---|---|---|
| Grain Inspection, Packers and Stockyards Administration | | |
| **Eastern Regional Office** | **Western Regional Office** | **Midwestern Regional Office** |
| Suite 230 | One Gateway Centre | Room 317 |
| 75 Spring Street | 3950 Lewiston St., Suite 200 | 210 Walnut Street |
| Atlanta, GA 30303-3308 | Aurora, CO 80011-1556 | Des Moines, IA 50309-2110 |
| Telephone: (404) 562-5840 | Telephone: (303) 375-4240 | Telephone: (515) 323-2579 |
| FAX: (404) 562-5848 | FAX: (303) 371-4609 | FAX: (515) 323-2590 |
| e-mail: | e-mail: | e-mail: |
| PSPAtlantaGA.GIPSA@usda.gov | PSPDenverCO.GIPSA@usda.gov | PSPDesMoinesIA.GIPSA@usda.gov |
| **States Covered** | **States Covered** | **States Covered** |
| AL, AR, CT, DC, DE, FL, GA, LA, MA, MD, ME, MS, NC, NH, NJ, NY, PA, RI, SC, TN, VA, VT, WV | AK, AZ, CA, CO, HI, ID, KS, MT, NM, NV, OK, OR, TX, UT, WA, WY | IA, IL, IN, KY, OH, MI, MO, MN, ND, NE, SD, WI |

If you have questions regarding completion of any portion of the bond claim form, please contact the Regional Office that covers the state where you reside for assistance.

In most instances, the regional office of the Packers and Stockyards Program will complete line numbers 6, 7, 8, 10, and 11. This is not a requirement, and the claimant may complete those items of the form.

The claimant(s) must complete line numbers 1, 2, 3, 4, 5, 9, 12, 13, and 14, and must sign line 15.

A NOTARY PUBLIC must complete line numbers 16, 18, 19 and 20, and sign line 17.

| Line No. | Subject | Instruction |
|---|---|---|
| 1. | State | Enter the state where you live. |
| 2. | County | Enter the county where you live. |
| 3. | Full Name of Claimant | Enter your full name or your firm's name, respectively, as the person(s)/firm making claim against the Principal's bond. |
| 4. | City | Enter the city where you live. |
| 5. | State | Enter the state where you live. |
| 6. | Name of Trustee (if applicable) | If a trustee has been named on the referenced bond, enter that name as listed on the bond on file with the Packers and Stockyards Program. If a trustee is not required on the bond, enter "None Named", or leave this item blank. If you do not know the name of the trustee, or whether a trustee is required for the referenced bond, contact the regional office of the Packers and Stockyards Program that covers your state. |

**REFER TO MAKER**

*061000146*
11/10/2010
6215215402

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON – S
REFER TO MAKER



EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

NO. F 34156

Nov 3, 2010

PAY to the order of  Ashville Stockyard, Inc          $88,260.15

Eightyeight thousand two hundred sixty + 15/100          DOLLARS

Fifth Third Bank
Northern Kentucky

Eastern Livestock Co., LLC
Ed Edens IV

⑈034156⑈ ⑉042100272⑈ 7480493837⑈

⑈034156⑈    ⑉042100272⑈    7480493837⑈    ⑈000882601

---

**REFER TO MAKER**

*061000146*
11/10/2010
6215215401

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON – S
REFER TO MAKER

EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

NO. F 34155

Nov 3, 2010

PAY to the order of  Ashville Stockyard, Inc          $75,625.65

Seventy five thousand six hundred twenty-five + 65/100          DOLLARS

Fifth Third Bank
Northern Kentucky

Eastern Livestock Co., LLC
Ed Edens IV

⑈034155⑈ ⑉042100272⑈ 7480493837⑈

⑈034155⑈    ⑉042100272⑈    7480493837⑈    ⑈000756258

Current Date: June 14, 2012

| | |
|---|---|
| Account Number: | 160011959386 |
| Capture Date: | November 09, 2010 |
| Item Number: | 22270001028793 |
| Posted Date: | November 09, 2010 |
| Posted Item Number: | 7383 |
| Amount: | 75,625.65 |
| Record Type: | Foreign Item (Not On Us) |
| RT Number: | 061103056 |



OFFICIAL CHECK

01181756

**BancorpSouth**

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: WACHOVIA BANK, N.A., BUFORD, GA 84-305/611

DATE NOVEMBER 09, 2010

PAY  * * * * * * 75625DOLS65CTS          $75,625.65

TO THE ORDER OF   ASHVILLE STOCKYARD, INC

DRAWER: BANCORPSOUTH   00353

NAME OF REMITTER   JAMES E EDENS IV DBA E4 CATTLE CO.   *Mary Smith*

ADDRESS                                        AUTHORIZED SIGNATURE

⑈0⑈⑈8⑈756⑈ ⑆06⑈⑈03056⑆0⑈600⑈⑈959386⑈

ENDORSE CHECK HERE
X
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

| | |
|---|---|
| Current Date: | June 14, 2012 |
| Account Number: | 160011959386 |
| Capture Date: | November 10, 2010 |
| Item Number: | 22270001029997 |
| Posted Date: | November 10, 2010 |
| Posted Item Number: | 7858 |
| Amount: | 58,000.00 |
| Record Type: | Foreign Item (Not On Us) |
| RT Number: | 061103056 |



**OFFICIAL CHECK**

01380320

**BancorpSouth**

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476, MINNEAPOLIS, MN 55440
DRAWEE: WACHOVIA BANK, N.A., BUFORD, GA   64-305/611

DATE

NOVEMBER 10, 2010

PAY

*****58000DOLS00CTS                    $58,000.00

TO THE ORDER OF

ASHVILLE STOCKYARD INC

DRAWER: BANCORPSOUTH

00610

NAME OF REMITTER                    BY _____
AUTHORIZED SIGNATURE

ADDRESS    ED EDENS

⑈01380320⑈ ⑆061103056⑇ 160011959386⑈

2012-08-15 05:32     ASHVILLESTOCKYARDINC     12055945672>>     8508940871     P6/9

Case 10-93904-BHL-11   Doc 2875-3   Filed 04/22/16   EOD 04/22/16 22:56:34   Pg 19 of

# ASHVILLE STOCKYARD, IN

## PO BOX 580   PHONE (205)594-515X
### ASHVILLE, AL 35953-

SALE EVERY MONDAY 12:30 PM

Invoice #   78150
10/25/2010 20:43:23

EASTERN LIVESTOCK LLC FAX
135WEST MARKET
NEW ALBANY, IN 47150-3561

SCOTT AARON
9705 TRAMMELL RD
DORA, AL 35062-

### *** RECAP *** SUMMARY ***

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount |
|---|---|---|---|---|---|---|
| E  5X | 7 | 3875 | 3415.60 | 554 | 88.14 | 487.94 |
| E  6 | 2 | 1295 | 1201.25 | 648 | 92.76 | 600.63 |
| E  6X | 4 | 2570 | 2144.15 | 643 | 83.43 | 536.04 |
| E  7X | 6 | 4360 | 3415.70 | 727 | 78.34 | 569.28 |
| E  51 | 13 | 6725 | 6646.10 | 517 | 98.83 | 511.24 |
| E  55X | 12 | 6595 | 5411.90 | 550 | 82.06 | 450.99 |
| E  59 | 7 | 4230 | 3912.45 | 604 | 92.49 | 558.92 |
| E  61 | 1 | 870 | 609.00 | 870 | 70.00 | 609.00 |
| E  65 | 7 | 4800 | 4049.15 | 686 | 84.36 | 578.45 |
| E  71 | 1 | 920 | 625.60 | 920 | 68.00 | 625.60 |
| E  101 | 4 | 835 | 1304.70 | 209 | 156.25 | 326.18 |
| E  225 | 1 | 235 | 329.00 | 235 | 140.00 | 329.00 |
| E  275 | 1 | 270 | 378.00 | 270 | 140.00 | 378.00 |
| E  300 | 2 | 645 | 861.45 | 323 | 133.56 | 430.73 |
| E  350 | 2 | 760 | 893.25 | 380 | 117.53 | 446.63 |
| E  375X | 6 | 2280 | 2385.90 | 380 | 104.64 | 397.65 |
| E  395 | 18 | 7305 | 8797.95 | 406 | 120.44 | 488.77 |
| E  400 | 4 | 1675 | 1938.50 | 419 | 115.73 | 484.63 |
| E  401 | 2 | 890 | 1032.40 | 445 | 116.00 | 516.20 |
| E  401X | 19 | 7875 | 7703.30 | 414 | 97.82 | 405.44 |
| E  402 | 3 | 1200 | 1264.30 | 400 | 105.36 | 421.43 |
| E  450X | 11 | 5065 | 4692.65 | 460 | 92.65 | 426.60 |
| E  451 | 8 | 3700 | 4075.75 | 463 | 110.16 | 509.47 |
| E  501 | 12 | 6250 | 6385.70 | 521 | 102.17 | 532.14 |
| E  700 | 1 | 715 | 693.55 | 715 | 97.00 | 693.55 |
| E  800 | 1 | 870 | 774.30 | 870 | 89.00 | 774.30 |
| | 155 | 76810 | 74941.60 | | | |

Trucking: SCOTT AARON                                                          300.00
Commission: Paid to Agent 1            Per CWT   0.50   76810 lbs.   384.05

            Total Head          155
            Total Weight        76810
            Purchases        74,941.60
Continued on next page...

(Barn Copy)

2012-08-15 05:32    ASHVILESTOCKYARDINC    12055945672 >>    8508940871    P 7/9

# ASHVILLE STOCKYARD, IN

PO BOX 580    PHONE (205)594-5151

ASHVILLE, AL 35953-

Invoice #    78151
10/25/2010 20:43:30

EASTERN LIVESTOCK LLC FAX
135 WEST MARKET
NEW ALBANY, IN 47150-3561

SCOTT AARON
9705 TRAMMELL RD
DORA, AL 35062-

## *** RECAP *** SUMMARY ***

| | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

Total Trucking            300.00
Total Commission          384.05

**Total Bill**          **75,625.65**  **Charged (Due Buyer)**

NEXT HOLIDAY:    THANKSGIVING CHRISTMAS & NEW YEAR.
WE APPRECIATE YOUR BUSINESS. GOAT SALE STARTS 11:30  CATTLE 12:30 EVERY MONDAY

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Brad Plunkett*

(Barn Copy)

# ASH - LEE STOCKYARD, I .

PO BOX 580    PHONE (205)594-5151
ASHVILLE, AL 35953-

Invoice #   78823
11/01/2010 21:20:56

EASTERN LIVESTOCK LLC FAX                    SCOTT AARON
DISTRICT STREET                              9705 TRAMMELL RD
NEW ALBANY IN 47150-3561                     DORA, AL 35062-

### *** RECAP *** SUMMARY ***

| Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount |
|---|---|---|---|---|---|

NEXT HOLIDAY:    THANKSGIVING CHRISTMAS & NEW YEAR.
APPRECIATE YOUR BUSINESS. GOAT SALE STARTS 11:30  CATTLE 12:30 EVERY MONDAY

ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN

*Brad Plunkett*

(Barn Copy)

SALE EVERY MONDAY 12:30 PM

# ASHVILLE STOCKYARD, INC

PO BOX 580   PHONE (205)594-5151
ASHVILLE, AL 35953-

Invoice #   78822
11/01/2010 21:20:51

EASTERN LIVESTOCK LLC FAX              SCOTT AARON
135WEST MARKET                         9705 TRAMMELL RD
NEW ALBANY, IN 47150-3561              DORA, AL 35062-

## *** RECAP *** SUMMARY ***

| Charge Account | | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount |
|---|---|---|---|---|---|---|---|
| E | 5X | .4 | 2165 | 1854.15 | 541 | 85.64 | 463.54 |
| E | 6X | 5 | 3205 | 2603.50 | 641 | 81.23 | 520.70 |
| E | 7X | 6 | 4640 | 3630.30 | 773 | 78.24 | 605.05 |
| E | 9 | 2 | 1960 | 1460.20 | 980 | 74.50 | 730.10 |
| E | 10X | 5 | 1120 | 1176.00 | 224 | 105.00 | 235.20 |
| E | 55X | 1 | 540 | 426.60 | 540 | 79.00 | 426.60 |
| E | 59 | 16 | 9715 | 8846.70 | 607 | 91.06 | 552.92 |
| E | 61 | 2 | 1550 | 1231.75 | 775 | 79.47 | 615.88 |
| E | 65 | 8 | 5365 | 4483.75 | 671 | 83.57 | 560.47 |
| E | 71 | 5 | 5135 | 3447.60 | 1027 | 67.14 | 689.52 |
| E | 275 | 2 | 580 | 833.20 | 290 | 143.66 | 416.60 |
| E | 300 | 11 | 3550 | 4549.60 | 323 | 128.16 | 413.60 |
| E | 350 | 4 | 1435 | 1780.00 | 359 | 124.04 | 445.00 |
| R | 395 | 19 | 7785 | 9551.80 | 410 | 122.69 | 502.73 |
| E | 400 | 2 | 845 | 925.95 | 423 | 109.58 | 462.98 |
| E | 402 | 2 | 835 | 847.30 | 418 | 101.47 | 423.65 |
| E | 450X | 35 | 16365 | 14282.05 | 468 | 87.27 | 408.06 |
| E | 451 | 5 | 2360 | 2637.40 | 472 | 111.75 | 527.48 |
| E | 496 | 17 | 8505 | 8623.65 | 500 | 101.40 | 507.27 |
| E | 501 | 12 | 6460 | 6402.75 | 538 | 99.11 | 533.56 |
| E | 700 | 11 | 8135 | 7313.00 | 740 | 89.90 | 664.82 |
| E | 800 | 1 | 870 | 687.30 | 870 | 79.00 | 687.30 |
| | | 175 | 93120 | 87594.55 | | | |

Trucking: SCOTT AARON                                              200.00
Commission: Paid to Agent 1        Per CWT   0.50  93120 lbs.     465.60

                Total Head          175
                Total Weight        93120
                Purchases           87,594.55
                Total Trucking      200.00
                Total Commission    465.60

                Total Bill          88,260.15  Charged (Due Buyer)
Continued on next page...

(Barn Copy)

# ASHVILLE STOCKYARD, INC

PO BOX 580    PHONE (205)594-5151

ASHVILLE, AL 35953-

EASTERN LIVESTOCK LLC FAX
135WEST MARKET
NEW ALBANY, IN 47150-3561

**Invoice # 79527**
10/25/2010 23:25:21
·SCOTT AARON
9705 TRAMMELL RD
DORA, AL 35062-

### *** RECAP *** SUMMARY ***

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount |
|---|---|---|---|---|---|---|
| 5X | 7 | 3875 | 3415.60 | 554 | 88.14 | 487.94 |
| 6 | 2 | 1295 | 1201.25 | 648 | 92.76 | 600.63 |
| 6X | 4 | 2570 | 2144.15 | 643 | 83.43 | 536.04 |
| 7X | 6 | 4360 | 3415.70 | 727 | 78.34 | 569.28 |
| 51 | 13 | 6725 | 6646.10 | 517 | 98.83 | 511.24 |
| 55X | 12 | 6595 | 5411.90 | 550 | 82.06 | 450.99 |
| 59 | 7 | 4230 | 3912.45 | 604 | 92.49 | 558.92 |
| 61 | 1 | 870 | 609.00 | 870 | 70.00 | 609.00 |
| 65 | 7 | 4800 | 4049.15 | 686 | 84.36 | 578.45 |
| 71 | 1 | 920 | 625.60 | 920 | 68.00 | 625.60 |
| 101 | 4 | 835 | 1304.70 | 209 | 156.25 | 326.18 |
| 225 | 1 | 235 | 329.00 | 235 | 140.00 | 329.00 |
| 275 | 1 | 270 | 378.00 | 270 | 140.00 | 378.00 |
| 300 | 2 | 645 | 861.45 | 323 | 133.56 | 430.73 |
| 350 | 2 | 760 | 893.25 | 380 | 117.53 | 446.63 |
| 375X | 6 | 2280 | 2385.90 | 380 | 104.64 | 397.65 |
| 395 | 18 | 7305 | 8797.95 | 406 | 120.44 | 488.77 |
| 400 | 4 | 1675 | 1938.50 | 419 | 115.73 | 484.63 |
| 401 | 2 | 890 | 1032.40 | 445 | 116.00 | 516.20 |
| 401X | 19 | 7875 | 7703.30 | 414 | 97.82 | 405.44 |
| 402 | 3 | 1200 | 1264.30 | 400 | 105.36 | 421.43 |
| 450X | 11 | 5065 | 4692.65 | 460 | 92.65 | 426.60 |
| 451 | 8 | 3700 | 4075.75 | 463 | 110.16 | 509.47 |
| 501 | 12 | 6250 | 6385.70 | 521 | 102.17 | 532.14 |
| 700 | 1 | 715 | 693.55 | 715 | 97.00 | 693.55 |
| 800 | 1 | 870 | 774.30 | 870 | 89.00 | 774.30 |
| | 155 | 76810 | 74941.60 | | | |

Trucking:  SCOTT AARON                                              300.00
Commission:  Paid to Agent 1            Per CWT    0.50  76810  lbs.   384.05

Total Head            155
Total Weight        76810
Purchases        74,941.60

Continued on next page...

(Barn Copy)

SALE EVERY MONDAY 12:30 PM

# ASHVILLE STOCKYARD, INC
## PO BOX 580    PHONE (205)594-5151
### ASHVILLE, AL 35953-

**Invoice #    78528**
10/25/2010 23:25:23

EASTERN LIVESTOCK LLC FAX
135WEST MARKET
NEW ALBANY, IN 47150-3561

SCOTT AARON
9705 TRAMMELL RD
DORA, AL 35062-

### *** RECAP *** SUMMARY ***

| harge ccount | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount |
|---|---|---|---|---|---|---|
| | Total Trucking | | 300.00 | | | |
| | Total Commission | | 384.05 | | | |
| | **Total Bill** | | **75,625.65** | **Charged (Due Buyer)** | | |

NEXT HOLIDAY:   THANKSGIVING CHRISTMAS & NEW YEAR.
WE APPRECIATE YOUR BUSINESS. GOAT SALE STARTS 11:30  CATTLE 12:30 EVERY MONDAY

**I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN**

*Brad Plunkett*

(Barn Copy)

DATE 10/26/10

PURCHASED FROM:

Ashville Stockyard

Ashville, AL

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 155 | 76810 | | | 75625 65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ed4tru | tp | 540 00 | | |
| MCNerr | tp | 558 00 | Ashville to 180x310 | |
| ed4tru | tp | (300 00) | OK | |
| Easliv 07 | AC | 768 10 | | |
| Eme int | YP | 155 00 | | |
| Ede int | IP | 155 00 | | |
| E4com | CP | 384 05 | | |

BRANCH _____24_____

OPERATOR _____

VOUCHER DATE _____

POSTED DATE _____

G/L ACCT # _____

VENDOR CODE _____

QUANTITY & MATH CHECK _____

APPROVED FOR PAYMENT _____

Trucking _____
Commission _____
Transit _____
Weigh _____
Charges _____
Vet. _____
Feed _____
Other _____
_____
_____
TOTAL _____

135 West Market
New Albany, IN 47150



**EASTERN LIVESTOCK CO., LLC**

DATE Oct 26, 2010

SELLER _Ashville Stockyard, Inc_

ADDRESS _Ashnlle, AL_

BUYER _Ed Edens II_

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV.WT. | PRICE | AMOUNT |
|---------|-------------|--------|--------|---------|--------|-------|--------|
| 155 | | | | 76810 | | | 75625 65 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| LESS PART PAYMENT | |
| BEEF CHECKOFF | |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 75 625 65 |

---

**EASTERN LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

73-21
421

NO. **F** 34067

Oct 26, 20 10

PAY to the order of _Ashville Stockyard, Inc._    $ 75,625 65

_Seventy-five thousand six hundred twenty five + 65/100_ ——— DOLLARS

**Fifth Third Bank**
Northern Kentucky

Eastern Livestock Co., LLC
_Ed Edens IV_

⑈034067⑈ ⑆042100272⑆ 7480493837⑈

# ASHVILLE STOCKYARD, INC
PO BOX 580   PHONE (205)594-5151
ASHVILLE, AL 35953-

Invoice #   78847
11/01/2010 21:21:07

EASTERN LIVESTOCK LLC FAX
135WEST MARKET
NEW ALBANY, IN 47150-3561

SCOTT AARON
9705 TRAMMELL RD
DORA, AL 35062-

### *** RECAP *** SUMMARY ***

| Charge Account | Number Head | Total Weight | Total Amount | Avg Weight | Avg Price | Avg Amount |
|---|---|---|---|---|---|---|
| 5X | 4 | 2165 | 1854.15 | 541 | 85.64 | 463.54 |
| 6X | 5 | 3205 | 2603.50 | 641 | 81.23 | 520.70 |
| 7X | 6 | 4640 | 3630.30 | 773 | 78.24 | 605.05 |
| 9 | 2 | 1960 | 1460.20 | 980 | 74.50 | 730.10 |
| 10X | 5 | 1120 | 1176.00 | 224 | 105.00 | 235.20 |
| 55X | 1 | 540 | 426.60 | 540 | 79.00 | 426.60 |
| 59 | 16 | 9715 | 8846.70 | 607 | 91.06 | 552.92 |
| 61 | 2 | 1550 | 1231.75 | 775 | 79.47 | 615.88 |
| 65 | 8 | 5365 | 4483.75 | 671 | 83.57 | 560.47 |
| 71 | 5 | 5135 | 3447.60 | 1027 | 67.14 | 689.52 |
| 275 | 2 | 580 | 833.20 | 290 | 143.66 | 416.60 |
| 300 | 11 | 3550 | 4549.60 | 323 | 128.16 | 413.60 |
| 350 | 4 | 1435 | 1780.00 | 359 | 124.04 | 445.00 |
| 395 | 19 | 7785 | 9551.80 | 410 | 122.69 | 502.73 |
| 400 | 2 | 845 | 925.95 | 423 | 109.58 | 462.98 |
| 402 | 2 | 835 | 847.30 | 418 | 101.47 | 423.65 |
| 450X | 35 | 16365 | 14282.05 | 468 | 87.27 | 408.06 |
| 451 | 5 | 2360 | 2637.40 | 472 | 111.75 | 527.48 |
| 495 | 17 | 8505 | 8623.65 | 500 | 101.40 | 507.27 |
| 501 | 12 | 6460 | 6402.75 | 538 | 99.11 | 533.56 |
| 700 | 11 | 8135 | 7313.00 | 740 | 89.90 | 664.82 |
| 800 | 1 | 870 | 687.30 | 870 | 79.00 | 687.30 |
| | 175 | 93120 | 87594.55 | | | |

Trucking: SCOTT AARON                                        200.00
Commission: Paid to Agent 1        Per CWT    0.50   93120 lbs.   465.60

Total Head          175
Total Weight        93120
Purchases           87,594.55
Total Trucking      200.00
Total Commission    465.60

**Total Bill**      88,260.15   Charged (Due Buyer)

Continued on next page...

(Customer Copy)

DATE _11-2-10_

PURCHASED FROM: _Ashville Stockyards, Inc_

_Ashville, AL_

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 175 | 93120 | | | 88260.15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ed4 trn | tp | (200⁰⁰) | | |
| abcat04 | tp | 540⁰⁰ | 180×3⁰⁰ ashville | |
| McMeer | tp | 558⁰⁰ | 180×3¹⁰ to Okolona | |
| Easliv 07 | AC | 931.20 | | |
| Emeint | YP | 175.00 | | |
| Ede int | 1P | 175.00 | | |
| E4 com | CP | 465.60 | | |

BRANCH ___24___

OPERATOR _____

VOUCHER DATE _____

POSTED DATE _____

G/L ACCT # _____

VENDOR CODE _____

QUANTITY & MATH CHECK _____

APPROVED FOR PAYMENT _____

Lanes

III Mtr tp 2121.56

Lanex,

III Mtr tp 1278.44

(140+3 Quah to mule shoe)

| | |
|---|---|
| Trucking | _____ |
| Commission | _____ |
| Transit | _____ |
| Weigh | _____ |
| Charges | _____ |
| Vet. | _____ |
| Feed | _____ |
| Other | _____ |
| | _____ |
| | _____ |
| TOTAL | _____ |

135 West Market
New Albany, IN 47150



**EASTERN LIVESTOCK CO., LLC**

DATE _Nov 2, 2010_

SELLER _Ashville Stockyard, Inc_

ADDRESS _Ashville, AL_

BUYER _Ed Edens IV_

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---------|-------------|--------|--------|---------|---------|-------|--------|
| 175 |  | 93120 |  |  |  |  | 88260.15 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| | |
|---|---|
| LESS PART PAYMENT |  |
| BEEF CHECKOFF |  |
| EARNEST MONEY |  |
| TOTAL DEDUCTIONS |  |
| NET PROCEEDS | 88,260.15 |

---

**EASTERN LIVESTOCK CO., LLC**

135 West Market
New Albany, IN 47150
812-949-9035

73-21
421

NO. F 34138

_Nov 2,_ 20 _10_

PAY to the order of _Ashville Stockyard, Inc_                    $ 88,260 15/xx

_Eighty-eight thousand two hundred sixty and 15/100_ ———— DOLLARS

**Fifth Third Bank**
Northern Kentucky

Eastern Livestock Co., LLC
_Ed Edens IV_

⑈034138⑈ ⑆042100272⑆ 7480493837⑈

DATE Nov 3, 2010

SELLER Ashville Stockyard, Inc

ADDRESS Ashville, AL

BUYER _____

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV.WT. | PRICE | AMOUNT |
|---------|-------------|--------|--------|---------|--------|-------|--------|
| | Replacing F34138 | | | | | | 88266015 |
| | Sale Nov 1, 2010 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| LESS PART PAYMENT | |
| BEEF CHECKOFF | |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 8876015 |

Cashier's check          11/10     pd $58,000.00

Ashville Stockyard