**REVISED and CORRECTED**
Victim Impact Statement

BILLINGSLEY

*United States v. Thomas Gibson, et al.*   Court Docket: 3:11CR-123-R   AUSA: James R. Lesousky, Jr./Marisa A. Ford

**A. Initial Crime Related Loss**   BILLINGSLEY AUCTION SALE, INC.   **NET FINAL LOSSES**

The total amount of crime related loss............................................................   **$42,377.79**

On a separate page, please list the individual losses or expenses. If possible, please attach any supporting documents you have such as receipts, repair bills, etc. **SEE ATTACHED EXHIBIT:** *Revised and Corrected Amended Proof Of Claim*

**B. Recovered Losses**

Please list any property or money that you have recovered or is being held by law enforcement officials:

NONE

If you received any payments or benefits as a result of the crime, please list below the amounts received and information on the company who provided the payments:

Name:
Address:
Phone:                      Tax ID No. (EIN):
Contact:                    Claim No.:
Amount received:            Amount of Claim:

Amount of Recovered Losses............................................................   **$0.00**

**C. Total Crime Related Loss**............................................................   **$42,377.79**

I declare under penalty of law that the above information I have provided is true:

Signature: [signed]   Date: 4/22/2016

W. Scott Newbern, PL
Counsel For Billingsley Auction Sale, Inc.

If restitution is ordered, please provide us with an address where restitution payments should be mailed:

Name: BILLINGSLEY AUCTION SALE, INC.
Address: c/o W. Scott Newbern, PL, 2982 Giverny Circle
City: Tallahassee   State: Florida   Zip: 32309
Phone Number: 850.591.1707
Last 4 numbers of Social Security number: 7020

## Victim Impact Statement

In addition to finances, crimes can also have an emotional impact and you and those close to you. The emotional impact of a crime has had on its victims is also important for the Court to know. The following questions are designed to help individuals who are having difficulty expressing their emotions. Feel free to answer the questions below or write up your own statement. If needed, you can attach additional pages.

1. How has this crime affected you and those close to you? Has the crime caused you to suffer any type of physical or emotional injuries?

> See Attached. Fifth Third Bank dishonored Eastern Livestock Co. checks issued in payment for livestock at our Stockyard in amounts that, absent the recovery of cattle and payments as outlined here, the business would have folded. At the same time, we were pursued by the Trustee for actually following the Packer & Stockyards federal law in recovering unpaid amounts to maintain the proper balance in our "Custodial Account For Shippers Proceeds."

2. Have you or members of your family received counseling or therapy as a result of the crime?

> n/a

3. How has this crime affected your ability to perform daily tasks such as working, taking care of your family, going to school? How has the crime impacted events that you routinely enjoyed doing prior to the crime?

> Absent recovery the business would have gone under. The Eastern matter put a strain on the entire cattle industry, but especially on the small auction markets to whom most of the dishonored checks were issued and were targeted for collecting on unpaid cattle sales as required by the Packers & Stockyards Act.

4. What would you like to see happen to the defendant(s)?

> n/a

5. Is there anything else you would like the Court to know prior to sentencing the defendant?

> n/a

**Fill in this information to identify the case:**

Debtor 1: In Re: Eastern Livestock Co., LLC

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 10-93904-BHL-11

---

Official Form 410

# Proof of Claim

**REVISED and CORRECTED AMENDED CLAIM**
See attached Exhibit 17 and Summary

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Billingsley Auction Sale, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

W. Scott Newbern, LC
Name

2982 Giverny Circle
Number    Street

Tallahassee       FL      32309
City            State    ZIP Code

Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Revised and Corrected Submission
To U.S. Attorney 01/14/2016

Filed on ___/___/_____
           MM  /  DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410    Proof of Claim    page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   - ☑ No
   - ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ _____42,377.79_____ . Does this amount include interest or other charges?
   including $20k to Trustee
   - ☑ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

   **See Attached Claim Summary Exhibits A & 17**

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Unpaid sales of cattle and adjustments

9. Is all or part of the claim secured?
   - ☑ No
   - ☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**
     - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
     - ☐ Motor vehicle
     - ☐ Other. Describe: _____

     **Basis for perfection:** _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     Value of property: $_____
     Amount of the claim that is secured: $_____
     Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     Amount necessary to cure any default as of the date of the petition: $_____

     Annual Interest Rate (when case was filed) _____ %
     - ☐ Fixed
     - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    - ☑ No
    - ☐ Yes. Identify the property: _____

Official Form 410      Proof of Claim      page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. Check one:    **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/14/2016
               MM / DD / YYYY

_[signature]_
Signature

Print the name of the person who is completing and signing this claim:

Name:  W.  Scott  Newbern
       First name   Middle name   Last name

Title:  Managing Member

Company:  W. Scott Newbern, PL
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address:  2982 Giverny Circle
          Number      Street
          Tallahassee              FL    32309
          City                    State  ZIP Code

Contact phone  850-591-1707    Email  wsnewbern@msn.com

---

Official Form 410                Proof of Claim                page 3

| **Billingsley Auction Sale, Inc. Revised And Amended Claim Summary** | |
|---|---:|
| Dishonored Check No. 124920 | ($119,431.18) |
| Cattle & Cash Recovery | 81,242.85 |
| **NET Dishonored Checks & Cattle** | **($38,188.33)** |
| **NET Total Recoveries from Bond & Settlement Collections/Payments** | **$15,810.81** |
| **NET Revised & Amended Claim** | **($22,377.79)** |
| Pending Settlement - Trustee | 20,000.00 |
| **NET Revised & Amended Claim** | **($42,377.79)** |

# Exhibit A

# Exhibit 17

# Billingsley Auction Sale

**CONFIDENTIAL**

# Billingsley

# Exhibit A

CONFIDENTIAL

# Billingsley Auction Sale, Inc.

SALE DAY Every Thursday

104 W. Quality Lane • P.O. Box 505
Senatobia, Mississippi 38668

Phone: (662) 562-8229

DATE: Oct 28, 2010

INVOICE NO.: 000000

(RECAP)

EASTERN LIVESTOCK
135 W. MARKET
NEW ALBANY, IN 47150

| | | DESCRIPTION | | | QUANTITY | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| E225 | 032709 | 4 MIX | AVG WT: | 271 | 4 | 1085 | 127.76 | 1,386.15 |
| E25X | 032710 | 9 MIX | AVG WT: | 294 | 9 | 2645 | 111.56 | 2,950.88 |
| E26X | 032711 | 4 MIX | AVG WT: | 300 | 4 | 1200 | 93.90 | 1,126.75 |
| F275 | 032712 | 6 MIX | AVG WT: | 309 | 6 | 1855 | 124.61 | 2,311.50 |
| F300 | 032713 | 20 MIX | AVG WT: | 325 | 20 | 6490 | 126.68 | 8,221.28 |
| F350 | 032714 | 11 MIX | AVG WT: | 384 | 11 | 4220 | 123.52 | 5,212.35 |
| F35X | 032715 | 13 MIX | AVG WT: | 362 | 13 | 4710 | 107.72 | 5,073.70 |
| F36X | 032716 | 7 HFR | AVG WT: | 411 | 7 | 2880 | 89.89 | 2,588.80 |
| E375X | 032717 | 20 HFR | AVG WT: | 404 | 20 | 8075 | 102.67 | 8,290.69 |
| E395 | 032718 | 8 MIX | AVG WT: | 420 | 8 | 3360 | 118.79 | 3,991.45 |
| F400 | 032719 | 25 MIX | AVG WT: | 421 | 25 | 10535 | 112.89 | 11,892.51 |
| E401 | 032720 | 13 MIX | AVG WT: | 438 | 13 | 5700 | 116.23 | 6,625.00 |
| E402 | 032721 | 12 MIX | AVG WT: | 434 | 12 | 5205 | 95.95 | 4,994.05 |
| E425 | 032722 | 7 STR | AVG WT: | 484 | 7 | 3385 | 106.00 | 3,588.10 |
| E450X | 032723 | 21 MIX | AVG WT: | 475 | 21 | 9985 | 93.77 | 9,362.78 |
| E451 | 032724 | 3 MIX | AVG WT: | 497 | 3 | 1490 | 109.63 | 1,633.45 |
| E5 | 032725 | 6 STR | AVG WT: | 570 | 6 | 3470 | 102.50 | 3,556.88 |
| E500X | 032726 | 15 HFR | AVG WT: | 522 | 15 | 7830 | 89.31 | 6,993.31 |
| E501 | 032727 | 9 MIX | AVG WT: | 539 | 9 | 4855 | 103.12 | 5,006.25 |
| E59 | 032728 | 9 MIX | AVG WT: | 590 | 9 | 5310 | 89.51 | 4,753.01 |
| E6 | 032729 | 8 MIX | AVG WT: | 689 | 8 | 5515 | 97.86 | 5,397.03 |
| E61 | 032730 | 1 BULL | AVG WT: | 740 | 1 | 740 | 78.00 | 577.20 |
| E65 | 032731 | 6 MIX | AVG WT: | 666 | 6 | 3995 | 82.85 | 3,309.90 |
| E6X | 032732 | 2 HFR | AVG WT: | 710 | 2 | 1420 | 81.42 | 1,156.13 |
| E700 | 032733 | 6 MIX | AVG WT: | 728 | 6 | 4370 | 96.46 | 4,215.19 |
| E71 | 032734 | 7 BULL | AVG WT: | 950 | 7 | 6650 | 69.65 | 4,631.91 |

| AVERAGE WEIGHT | | AVERAGE COST | | | 252 | 116,975 | GROSS TOTAL | $118,846.25 |

BUYER COMM. 584.93

THE ABOVE PROPERTY PURCHASED ON CONDITIONS STATED BELOW.
Customers purchasing and paying for livestock through this company by check or draft expressly agree, that title does not pass to said purchaser, but retained by owner until funds are actually received on such draft or check. Checks and drafts accepted only subject to rules and practices of any bank which it may be deposited for collection, only as an accommodation to the maker, and does not constitute payment for animals purchased until remittance received thereon.

NOT RESPONSIBLE FOR ACCIDENTS, SICKNESS OR DEATH.
WE ACT AS AGENTS ONLY.

TOTAL EXPENSES: $584.93

ON RECEIPT PLEASE REMIT: $119,431.18

**CONFIDENTIAL**

Billingsley 000075 E4

# EASTERN LIVESTOCK
## Purchase Invoice

DATE 10/29/10

PURCHASED FROM: Billingsley Auction Sale Inc
Senatobia, MS

Grade#

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 252 | 116975 | | | 119431.18 |
| | easliv07 | AC | 108467 | |
| | emelwt | YP | 252.00 | |
| | edelwt | LP | 252.00 | |
| | e4com | CP | 584.88 | |
| | scoled | tp | 330.00 | 110 x 3.00 |
| | ed4tru | tp | 330.00 | |
| | | | | Senatobia 100% |

BRANCH _____
OPERATOR _____
VOUCHER DATE _____
POSTED DATE _____
G/L ACCT # _____
VENDOR CODE _____
QUANTITY & MATH CHECK _____
APPROVED FOR PAYMENT _____

Trucking _____
Commission _____
Transit _____
Weigh _____
Charges _____
Vet. _____
Feed _____
Other _____

TOTAL _____

CONFIDENTIAL

Billingsley 000076 E4

*Billingsley*

# Exhibit B

**CONFIDENTIAL**



**CONFIDENTIAL**

Billingsley 000006



Billingsley 000007

**CONFIDENTIAL**



**EASTERN LIVESTOCK CO., LLC**
135 West Market
New Albany, IN 47150
812-949-9035

Nº 124920
75-27/421
Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | AMOUNT |
|---|---|---|
| 10/10/29 | 124920 | **119,431.18 |

BILLINGSLEY AUCTION SALE, INC.
P.O. BOX 505
SENATOBIA, MS 38668

SIGNATURE

102.10 lb

116,916 lb

Billingsley 000008

**CONFIDENTIAL**

The undersigned seller, in consideration of the payment herein, hereby warrants and defends the title to said cattle against any person claiming the same or any part of them, and further warrants that the cattle are free and clear of any encumbrance or lien whatsoever except those for which consent to said sale and release of said lien is endorsed on this check.

Secured Party of the livestock, if any, hereby consents to the sale thereof and releases said livestock from any security interest or claim whatsoever.

By endorsing said instrument undersigned certifies that to the best of his/her/its knowledge while under this ownership, possession or direct control, the subject livestock sold to Eastern Livestock Co., LLC are not adulterated within the meaning of the Federal Food, Drug and Cosmetic Act, i.e., none of the cattle or other ruminants have been fed any material that contains protein derived from mammalian tissues as defined by the Food & Drug Administration Regulations, specifically 21 CFR-589.2000.

(Seller's Signature)
**For Deposit Only**
**Billingsley Auction Sale**
(Secured Party's Signature)

SB 84202086
Sycamore Bank
2010-11-03
1218605391

2186605391

**CONFIDENTIAL**

Billingsley 000009