# REVISED and CORRECTED

## Victim Impact Statement

| | | |
|---|---|---|
| *United States v. Thomas Gibson, et al.* | **Court Docket: 3:11CR-123-R** | **AUSA: James R. Lesousky, Jr./Marisa A. Ford** |

### A. Initial Crime Related Loss    MACON STOCKYARD, INC.

**NET FINAL LOSSES**

The total amount of crime related loss..................................................... | **$38,754.23**

On a separate page, please list the individual losses or expenses. If possible, please attach any supporting documents you have such as receipts, repair bills, etc. **SEE ATTACHED EXHIBIT:** *Revised and Corrected Amended Proof Of Claim*

### B. Recovered Losses

Please list any property or money that you have recovered or is being held by law enforcement officials:

**NONE**

If you received any payments or benefits as a result of the crime, please list below the amounts received and information on the company who provided the payments:

| | |
|---|---|
| Name: | |
| Address: | |
| Phone: | Tax ID No. (EIN): |
| Contact: | Claim No.: |
| Amount received: | Amount of Claim: |

Amount of Recovered Losses..................................................... | **$0.00**

### C. Total Crime Related Loss..................................................... | **$38,754.23**

I declare under penalty of law that the above information I have provided is true:

Signature:                                              Date: 4/22/2016

**W. Scott Newbern, PL**
**Counsel For Macon Stockyard, Inc.**

If restitution is ordered, please provide us with an address where restitution payments should be mailed:

| | |
|---|---|
| Name: | MACON STOCKYARD, INC. |
| Address: | c/o W. Scott Newbern, PL, 2982 Giverny Circle |
| City: | Tallahassee | State: Florida | Zip: 32309 |
| Phone Number: | 850.591.1707 |
| Last 4 numbers of Social Security number: | 7020 |

## Victim Impact Statement

In addition to finances, crimes can also have an emotional impact and you and those close to you. The emotional impact of a crime has had on its victims is also important for the Court to know. The following questions are designed to help individuals who are having difficulty expressing their emotions. Feel free to answer the questions below or write up your own statement. If needed, you can attach additional pages.

1. How has this crime affected you and those close to you? Has the crime caused you to suffer any type of physical or emotional injuries?

> See Attached. Fifth Third Bank dishonored Eastern Livestock Co. checks issued in payment for livestock at our Stockyard in amounts that, absent the recovery of cattle and payments as outlined here, the business would have folded. At the same time, we were pursued by the Trustee for actually following the Packer & Stockyards federal law in recovering unpaid amounts to maintain the proper balance in our "Custodial Account For Shippers Proceeds."

2. Have you or members of your family received counseling or therapy as a result of the crime?

> n/a

3. How has this crime affected your ability to perform daily tasks such as working, taking care of your family, going to school? How has the crime impacted events that you routinely enjoyed doing prior to the crime?

> Absent recovery the business would have gone under. The Eastern matter put a strain on the entire cattle industry, but especially on the small auction markets to whom most of the dishonored checks were issued and were targeted for collecting on unpaid cattle sales as required by the Packers & Stockyards Act.

4. What would you like to see happen to the defendant(s)?

> n/a

5. Is there anything else you would like the Court to know prior to sentencing the defendant?

> n/a

**Fill in this information to identify the case:**

Debtor 1    In Re: Eastern Livestock Co., LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Indiana

Case number   10-93904-BHL-11

## Official Form 410

## Proof of Claim

# REVISED and CORRECTED AMENDED CLAIM
## See attached Exhibit 20 and Summary

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Macon Stockyard, Inc. | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |

2. Has this claim been acquired from someone else?
☑ No
☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| W. Scott Newbern, LC | |
| Name | Name |
| 2982 Giverny Circle | |
| Number     Street | Number     Street |
| Tallahassee    FL    32309 | |
| City    State    ZIP Code | City    State    ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4. Does this claim amend one already filed?
☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Revised and Corrected Submission

Filed on ____ MM / DD / YYYY

To U.S. Attorney 01/14/2016

5. Do you know if anyone else has filed a proof of claim for this claim?
☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?**
$ ___38,754.23___  **Does this amount include interest or other charges?**
including $20k to Trustee   ☑ No
**See Attached Claim Summary**
**Exhibits A & 20**
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Unpaid sales of cattle and adjustments

9. **Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.
**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. **Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/14/2016
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | W. Scott Newbern | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Managing Member | | |
| Company | W. Scott Newbern, PL | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2982 Giverny Circle | | |
| | Number        Street | | |
| | Tallahassee | FL | 32309 |
| | City | State | ZIP Code |
| Contact phone | 850-591-1707 | Email | wsnewbern@msn.com |

| Macon Stockyard, Inc. Revised And Amended Claim Summary | |
| --- | --- |
| Dishonored Checks & Non-Payment | ($113,069.12) |
| Cattle & Cash Recovery | 79,509.42 |
| | |
| **NET Dishonored Checks & Non-Payment for Cattle** | **($33,550.70)** |
| | |
| **NET Total Recoveries from Bond & Settlement Collections/Payments** | **$14,796.47** |
| | |
| **NET Revised & Amended Claim Excl. Trustee** | **($18,754.23)** |
| | |
| Pending Settlement - Trustee | (20,000.00) |
| **NET Revised & Amended Claim** | **($38,754.23)** |

# Exhibit A

# Exhibit 20

# Macon Stockyard

**CONFIDENTIAL**

# *Macon*

# **Exhibit A**

**CONFIDENTIAL**

BUYER'S STATEMENT - RECAP

# MACON STOCKYARDS, INC.

(662) 726-5122    PO BOX 475/HWY 45 NORTH    (662) 726-5153
MACON, MS  39341-

A20J    (312) 949-5035
EASTERN LIVESTOCK                                    10/25/10                    :31
1065 EAST MAIN
LOUISVILLE, KY  40206-

| Charge Acct | Head | Total Weight | Total Cost | Gross Cost | Average Weight | Average Price | Average Cost |
|---|---|---|---|---|---|---|---|
| ED   9 | 1 | 575 | 586.50 | 586.50 | 575.00 | 102.00 | 586.50 |
| ED  9X | 1 | 570 | 467.40 | 467.40 | 570.00 | 82.00 | 467.40 |
| ED   E | 1 | 685 | 664.45 | 664.45 | 685.00 | 97.00 | 664.45 |
| ED  59 | 4 | 2,435 | 2,148.70 | 2,148.70 | 608.75 | 88.24 | 537.18 |
| ED  61 | 2 | 1,570 | 1,138.25 | 1,138.25 | 785.00 | 72.50 | 569.13 |
| ED  65 | 4 | 2,825 | 2,133.65 | 2,133.65 | 706.25 | 75.53 | 533.41 |
| ED  71 | 1 | 965 | 598.30 | 598.30 | 965.00 | 62.00 | 598.30 |
| ED  10 | 2 | 425 | 516.55 | 516.55 | 212.50 | 121.54 | 258.28 |
| ED 225 | 5 | 1,190 | 1,480.00 | 1,480.00 | 238.00 | 124.37 | 296.00 |
| ED 275 | 2 | 545 | 691.45 | 691.45 | 272.50 | 126.87 | 345.73 |
| ED 300 | 6 | 1,865 | 2,231.85 | 2,231.85 | 310.83 | 119.67 | 371.98 |
| ED 350 | 3 | 1,095 | 1,300.75 | 1,300.75 | 365.00 | 118.79 | 433.58 |
| ED 375X | 8 | 2,990 | 2,873.95 | 2,873.95 | 373.75 | 96.12 | 359.24 |
| ED 395 | 3 | 1,215 | 1,433.70 | 1,433.70 | 405.00 | 118.00 | 477.90 |
| ED 401 | 2 | 875 | 941.75 | 941.75 | 437.50 | 107.63 | 470.88 |
| ED 401X | 4 | 1,695 | 1,544.40 | 1,544.40 | 423.75 | 91.12 | 386.10 |
| ED 450X | 19 | 8,795 | 7,813.50 | 7,813.50 | 462.89 | 88.84 | 411.24 |
| ED 451 | 6 | 2,920 | 3,079.80 | 3,079.80 | 486.67 | 105.47 | 513.30 |
| ED 501 | 3 | 1,675 | 1,731.20 | 1,731.20 | 558.33 | 103.36 | 577.07 |
| | 77 | 34,910 | 33,376.15 | 33,376.15 | 453.38 | 95.61 | 433.46 |

Commiss:    174.55 to MATT ELLER
                 ==============
Total Cost:    33,550.70

I attest that all livestock referenced by
this document and transferred are
of USA origin.    Charles Harley Jr

WE ACT AS AGENTS ONLY    ESTOCK    WE APPRECIATE YOUR BUSINESS! THANKS FOR COMING!!

CONFIDENTIAL                                    Macon 000179 E4

H 33750.70

received CK on 11-1-10
returned on 11-5-10
we redeposit on 1-3-11
reimbursed custodial

7

BUYER'S STATEMENT - RECAP

# MACON STOCKYARDS, INC.

(662) 726-5122    PO BOX 476/HWY 45 NORTH    (662) 726-5153
MACON, MS 39341-

131

4203    (812) 949-9035
EASTERN LIVESTOCK                  10/25/10
1065 EAST MAIN
LOUISVILLE, KY   40206-

| | | | Total | | | Average | |
|---|---|---|---|---|---|---|---|
| harge Acct | Head | Weight | Cost | Gross Cost | Weight | Price | Cost |
| ) 5 | 1 | 575 | 586.50 | 586.50 | 575.00 | 102.00 | 586.50 |
| ) 5X | 1 | 570 | 467.40 | 467.40 | 570.00 | 82.00 | 467.40 |
| ) 6 | 1 | 685 | 664.45 | 664.45 | 685.00 | 97.00 | 664.45 |
| ) 59 | 4 | 2,435 | 2,148.70 | 2,148.70 | 608.75 | 88.24 | 537.18 |
| ) 61 | 2 | 1,570 | 1,138.25 | 1,138.25 | 785.00 | 72.50 | 569.13 |
| ) 65 | 4 | 2,825 | 2,133.65 | 2,133.65 | 706.25 | 75.53 | 533.41 |
| ) 71 | 1 | 965 | 598.30 | 598.30 | 965.00 | 62.00 | 598.30 |
| D 101 | 2 | 425 | 516.55 | 516.55 | 212.50 | 121.54 | 258.28 |
| 0 225 | 5 | 1,190 | 1,480.00 | 1,480.00 | 238.00 | 124.37 | 296.00 |
| D 275 | 2 | 545 | 691.45 | 691.45 | 272.50 | 126.87 | 345.73 |
| D 300 | 6 | 1,865 | 2,231.85 | 2,231.85 | 310.83 | 119.67 | 371.98 |
| D 350 | 3 | 1,095 | 1,300.75 | 1,300.75 | 365.00 | 118.79 | 433.58 |
| D 375X | 8 | 2,990 | 2,873.95 | 2,873.95 | 373.75 | 96.12 | 359.24 |
| D 395 | 3 | 1,215 | 1,433.70 | 1,433.70 | 405.00 | 118.00 | 477.90 |
| D 401 | 2 | 875 | 941.75 | 941.75 | 437.50 | 107.63 | 470.88 |
| D 401X | 4 | 1,695 | 1,544.40 | 1,544.40 | 423.75 | 91.12 | 386.10 |
| D 450X | 19 | 8,795 | 7,813.50 | 7,813.50 | 462.89 | 88.84 | 411.24 |
| D 451 | 6 | 2,920 | 3,079.80 | 3,079.80 | 486.67 | 105.47 | 513.30 |
| D 501 | 3 | 1,675 | 1,731.20 | 1,731.20 | 558.33 | 103.36 | 577.07 |
| | 77 | 34,910 | 33,376.15 | 33,376.15 | 453.38 | 95.61 | 433.46 |

Commiss:    174.55 to MATT ELLER
================
Total Cost:    33,550.70

CONFIDENTIAL
AGLAS AGENTS ONLY

Macon 000015

EASTERN LIVESTOCK   WE APPRECIATE YOUR BUSINESS! THANKS FOR COMING!!

EASTERN LIVESTOCK

# Purchase Invoice

DATE 10/26/10

PURCHASED FROM:

Macon Stockyard, Inc

Macon, MS

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 77 | 34910 | | | 33550.70 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ILMtr | +P | 273 53 | -130 X 3⁰⁰ | |
| Easliv 07 | AC | 349 LQ | Meridian, Macon | |
| Eme int | YP | 77 ⁰⁰ | 100K | |
| Ede int | IP | 77 ⁰⁰ | | |
| E4 com | CP | 174.55 | | |
| | BRANCH 24 | | | |
| | OPERATOR | | | |
| | VOUCHER DATE | | | |
| | POSTED DATE | | | |
| | G/L ACCT # | | | |
| | VENDOR CODE | | | |
| | QUANTITY & MATH CHECK | | | |
| | APPROVED FOR PAYMENT | | | |

| | |
|---|---|
| Trucking | |
| Commission | |
| Transit | |
| Weigh | |
| Charges | |
| Vet. | |
| Feed | |
| Other | |
| | |
| | |
| TOTAL | |

CONFIDENTIAL

Macon 000180 E4

# EASTERN LIVESTOCK
## Purchase Invoice

DATE 10/26/10

PURCHASED FROM:

Macon Stockyard Inc

Macon, MS

Grade#

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 77 | 34910 | | | 33550.70 |
| | | | | |

RECEIVED OCT 28 2010

| | | | | |
|---|---|---|---|---|
| ILMtr | +P | 27353 | -130X 3⁰⁰ | |
| Easliv07 | AC | 349 �LQ | Meridian, Macon | |
| Eme int | YP | 77⁰⁰ | 150K | |
| Fde int | 1P | 77⁰⁰ | | |
| E4 com | CP | 174.55 | | |

BRANCH 24

OPERATOR TD

VOUCHER DATE

POSTED DATE 10/26/10

G/L ACCT #

VENDOR CODE MAC STO 03

QUANTITY & MATH CHECK TD

APPROVED FOR PAYMENT

123418

weight

| | |
|---|---|
| Trucking | |
| Commission | |
| Transit | |
| Weigh | |
| Charges | |
| Vet. | |
| Feed | |
| Other | |
| **TOTAL** | |

Trust (MS)000007

Macon 000185 E4Dp

CONFIDENTIAL



EASTERN LIVESTOCK CO., LLC

CONFIDENTIAL

Macon 000187 E4Dp

Trust (MS)000009



Macon 000161

CONFIDENTIAL

ANKFIRST
FINANCIAL SERVICES

A Better Way to Bank Since 1888.

Current Date: September 05, 2012

Account Number:
Capture Date: November 05, 2010
Item Number: 200001499941
Posted Date: November 05, 2010
Amount: 33,550.70
Record Type: Debit

This is a photographic facsimile of the original check.
All prior and any missing endorsements and the validity
of this facsimile are hereby guaranteed.

Official Signature





CONFIDENTIAL

Macon 000162



Current Date: September 05, 2012

| | |
|---|---|
| Account Number: | 7480493779 |
| Capture Date: | November 05, 2010 |
| Item Number: | 200001499941 |
| Posted Date: | November 05, 2010 |
| Amount: | 33,550.70 |
| Record Type: | Debit |

A Better Way to Bank Since 1888.

This is a photographic facsimile of the original check.
All prior and any missing endorsements and the validity
of this facsimile are hereby guaranteed.

Official Signature





CONFIDENTIAL

Macon 000023

Account: ▮▮▮▮
Statement Date: 11/30/10

## d Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/18 | DDA REGULAR DEPOSIT | 162,120.28 |
| 11/19 | DDA REGULAR DEPOSIT | 59,522.54 |
| 11/22 | DDA REGULAR DEPOSIT | 36,059.06 |
| 11/29 | DDA REGULAR DEPOSIT | 7,397.18 |
| 11/30 | DDA REGULAR DEPOSIT | 504.65 |
| 11/30 | DDA REGULAR DEPOSIT | 4,561.64 |
| 11/30 | DDA REGULAR DEPOSIT | 16,371.48 |
| 11/30 | DDA REGULAR DEPOSIT | 39,561.30 |

4A

## its

| Date | Description | Amount |
|------|-------------|--------|
| 11/05 | RETURN ITEM DEBIT | 33,550.70 |
| 11/05 | RETURN ITEM FEE DEBIT | 5.00 |
| 11/30 | SERVICE CHARGE | 71.03 |
| | MAINTENANCE FEE | 8.00- |
| | DR ITEM FEES IN S/C | 83.68- |
| | TRANSIT FEE IN S/C | 13.68- |
| | ON-US FEES IN S/C | 4.56- |
| | BALANCE CREDIT/ADJ. IN S/C | 39.09- |

10-25-10
sale date
deposited on
11-1-10
returned on
11-5-10

## Checks

| Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|
| 11/12 | 101864 | 9,071.24 | 11/02 | 102647* | 701.20 |
| 11/04 | 102063* | 140.00 | 11/01 | 102648 | 811.27 |
| 11/19 | 102127* | 1,015.09 | 11/08 | 102651* | 526.52 |
| 11/17 | 102154* | 474.67 | 11/24 | 102657* | 400.74 |
| 11/16 | 102198* | 2,410.51 | 11/01 | 102658 | 2,017.86 |
| 11/09 | 102246* | 313.82 | 11/01 | 102659 | 100.00 |
| 11/15 | 102277* | 447.26 | 11/02 | 102668* | 322.36 |
| 11/30 | 102319* | 312.41 | 11/01 | 102669 | 775.40 |
| 11/22 | 102387* | 832.36 | 11/01 | 102676* | 2,106.49 |
| 11/09 | 102412* | 15,248.88 | 11/08 | 102679* | 2,086.28 |
| 11/24 | 102447* | 1,033.77 | 11/05 | 102685* | 15,521.58 |
| 11/19 | 102487* | 3,383.79 | 11/01 | 102692* | 1,550.81 |
| 11/08 | 102501* | 684.03 | 11/18 | 102693 | 3,502.32 |
| 11/22 | 102505* | 1,502.16 | 11/04 | 102714* | 555.62 |
| 11/09 | 102515* | 499.56 | 11/05 | 102724* | 977.86 |
| 11/02 | 102535* | 85.00 | 11/01 | 102727* | 4,181.70 |
| 11/03 | 102549* | 2,950.17 | 11/03 | 102728 | 1,615.99 |
| 11/04 | 102558* | 547.82 | 11/15 | 102729 | 1,374.51 |
| 11/22 | 102564* | 1,078.52 | 11/22 | 102730 | 617.58 |
| 11/10 | 102565 | 4,819.24 | 11/04 | 102737* | 1,685.74 |
| 11/12 | 102594* | 2,221.00 | 11/01 | 102750* | 1,783.62 |
| 11/01 | 102595 | 5,248.43 | 11/03 | 102751 | 2,378.32 |
| 11/04 | 102598* | 623.20 | 11/05 | 102752 | 611.36 |
| 11/01 | 102600* | 749.04 | 11/05 | 102753 | 611.35 |
| 11/03 | 102603* | 2,412.62 | 11/03 | 102760* | 2,007.83 |
| 11/09 | 102611* | 6,325.27 | 11/10 | 102766* | 9,150.37 |
| 11/01 | 102618* | 275.00 | 11/09 | 102768* | 1,042.77 |
| 11/15 | 102622* | 246.15 | 11/01 | 102769 | 193.90 |
| 11/12 | 102625* | 281.10 | 11/02 | 102770 | 2,712.96 |
| 11/04 | 102630* | 225.00 | 11/03 | 102773* | 1,386.88 |
| 11/08 | 102636* | 694.20 | 11/05 | 102774 | 286.58 |
| 11/10 | 102641* | 315.88 | 11/17 | 102775 | 40.40 |
| 11/01 | 102643* | 1,144.80 | 11/12 | 102777* | 160.00 |

CONFIDENTIAL

Macon 000010

*Macon*

# Exhibit B

CONFIDENTIAL

BUYER'S STATEMENT -- RECAP

# MACON STOCKYARDS, INC.

(662)726-5182    PO BOX 476/HWY 45 NORTH    (662)726-5153
MACON, MS 39341-

5022                                                     127
EASTERN LIVESTOCK #2
1065 EAST MAIN                                   11/01/10
LOUISVILLE, KY 40206-

| Charge Acct | Head | Weight | Total Cost | Gross Cost | Weight | Average Price | Cost |
|---|---|---|---|---|---|---|---|
| ED 105 | 55 | 31,595 | 34,865.09 | 34,865.09 | 574.45 | 110.35 | 633.91 |
| ED 105X | 34 | 18,190 | 18,253.68 | 18,253.68 | 535.00 | 100.35 | 536.87 |
| | 89 | 49,785 | 53,118.77 | 53,118.77 | 559.38 | 106.70 | 596.84 |

Total Cost:       53,118.77

*89   49,785     53,118.77*

I attest that all livestock referenced by
this document and transferred are
of USA origin.

*Charles Hawley Jr.*

WE ACT AS AGENTS ONLY.
EASTERN LIVESTOCK & WE APPRECIATE YOUR BUSINESS! THANKS FOR COMING!!    **Macon 000181 E4**

CONFIDENTIAL

EASTERN LIVESTOCK
**Purchase Invoice**

Macon

DATE 11-2-10

PURCHASED FROM:

Macon Stockyards, Inc

Macon, MS

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|------|----------|-----------|---------|
| 89 | 49785 | | | 53118.77 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Easliv 07 AC      848.93

BRANCH _____ 24
OPERATOR _____
VOUCHER DATE _____
POSTED DATE _____
G/L ACCT # _____
VENDOR CODE _____
QUANTITY & MATH CHECK _____
APPROVED FOR PAYMENT _____

Trucking _____
Commission _____
Transit _____
Weigh _____
Charges _____
Vet. _____
Feed _____
Other _____
_____
_____

TOTAL _____

CONFIDENTIAL

Macon 000182 E4

CENTRAL PRINTING CO., INC. • LOUISVILLE, KY. 40208

# EASTERN LIVESTOCK
## Purchase Invoice

*Macon*

DATE 11-2-10

PURCHASED FROM:

Macon Stockyards, Inc

Macon, MS

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|------|----------|-----------|--------|
| 89 | 49785 | | | 53118.77 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Easliv 07 AC      048.93

BRANCH          24

OPERATOR _____

VOUCHER DATE _____

POSTED DATE _____

G/L ACCT # _____

VENDOR CODE _____

QUANTITY & MATH CHECK _____

APPROVED FOR PAYMENT _____

Trucking _____
Commission _____
Transit _____
Weigh _____
Charges _____
Vet. _____
Feed _____
Other _____

Trust (MS)000010

CONFIDENTIAL

Macon 000188 E4Dp

@011/030

BUYER'S STATEMENT - RECAP

# MACON STOCKYARDS, INC.

(662)726-5122          PO BOX 426/HWY 45 NORTH          (662)726-5153
MACON, MS 39341--

5020                                                                  127
EASTERN LIVESTOCK CO                            11/01/10
1965 EAST MAIN
LOUISVILLE, KY 40206

| Charge Acct | Head | --- Total --- | | | --- Average --- | | |
| | | Weight | Cost | Gross Cost | Weight | Price | Cost |
| 50  105 | 55 | 31,595 | 34,665.09 | 34,665.09 | 574.45 | 119.35 | 633.91 |
| 10  105X | 34 | 18,190 | 13,253.58 | 18,653.68 | 535.00 | 103.35 | 536.67 |
| | 89 | 49,785 | 53,118.77 | 53,118.77 | 559.38 | 106.73 | 596.84 |

Total Cost:        53,118.77

89    49,785    53,118.77

I attest that all livestock referenced by
this document and transferred are
of USA origin.

Charles Haney Jr.

WE ACT AS AGENTS ONLY
BUYING MS LIVESTOCK & WE APPRECIATE YOUR BUSINESS!  THANKS FOR COMING!!

11/02/2010 TUE 10:36  FAX 662 447 5446 E 4 CATTLE CO +++ JOYCE

Macon 000189 E4Dp

Trust (MS)000011

CONFIDENTIAL

*Macon*

# Exhibit C

CONFIDENTIAL

*Picked up.*

BUYER'S STATEMENT - RECAP

# MACON STOCKYARDS, INC.

(662)726-5122     PO BOX 476/HWY 45 NORTH     (662)726-5157
MACON, MS  39341-

4203     (812)949-9035
EASTERN LIVESTOCK                                11/01/10                    130
1065 EAST MAIN
LOUISVILLE, KY  40206-

| Charge Acct | Head | Weight | Cost | Gross Cost | Weight | Price | Cost |
|---|---|---|---|---|---|---|---|
| ED  5X | 2 | 1,090 | 991.70 | 991.70 | 545.00 | 90.98 | 495.85 |
| ED  10 | 1 | 190 | 256.50 | 256.50 | 190.00 | 135.00 | 256.50 |
| ED  10X | 1 | 210 | 258.30 | 258.30 | 210.00 | 123.00 | 258.30 |
| ED  55X | 1 | 550 | 467.50 | 467.50 | 550.00 | 85.00 | 467.50 |
| ED  59 | 4 | 2,460 | 2,168.45 | 2,168.45 | 615.00 | 88.15 | 542.11 |
| ED  61 | 2 | 1,715 | 1,124.75 | 1,124.75 | 857.50 | 65.58 | 562.38 |
| ED 300 | 2 | 670 | 870.10 | 870.10 | 335.00 | 129.87 | 435.05 |
| ED 350 | 2 | 725 | 849.00 | 849.00 | 362.50 | 117.10 | 424.50 |
| ED 395 | 4 | 1,635 | 1,884.75 | 1,884.75 | 408.75 | 115.26 | 471.19 |
| ED 401 | 10 | 4,510 | 5,150.40 | 5,150.40 | 451.00 | 114.20 | 515.04 |
| ED 450X | 17 | 8,380 | 7,687.70 | 7,687.70 | 492.94 | 91.74 | 452.22 |
| ED 451 | 3 | 1,455 | 1,554.35 | 1,554.35 | 485.00 | 106.83 | 518.12 |
| ED 501 | 4 | 2,270 | 2,264.35 | 2,264.35 | 567.50 | 99.75 | 566.09 |
| ED 700 | 1 | 780 | 717.60 | 717.60 | 780.00 | 92.00 | 717.60 |
| | 54 | 26,640 | 26,245.45 | 26,245.45 | 493.33 | 98.52 | 486.03 |

Commiss:     133.20 to MATT ELLER
Vet:          12.00

Total Cost:   26,390.65

I attest that all livestock referenced by
this document and transferred are
of USA origin.

*Charles Hailey Jr.*

WE ACT AS AGENTS ONLY.

**Macon 000183 E4**

EASTERN LIVESTOCK     WE APPRECIATE YOUR BUSINESS! THANKS FOR COMING

CONFIDENTIAL

# EASTERN LIVESTOCK
## Purchase Invoice

DATE 11-2-10

PURCHASED FROM: Macon Stockyards, Inc

Macon, MS

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|---|---|---|---|---|
| 54 | 26640 | | | 26,390.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| IIIMtr | +P | 277.06 | – 80 X 3" Meridian | |
| Easliv 07 ACU | YP | 266.40 | Macon to | |
| Eme int | YP | 54.00 | OK | |
| Ede int | IP | 54.00 | | |
| E4com | CP | 133.20 | | |

BRANCH 24
OPERATOR _____
VOUCHER DATE _____
POSTED DATE _____
G/L ACCT # _____
VENDOR CODE _____
QUANTITY & MATH CHECK _____
APPROVED FOR PAYMENT _____

Trucking _____
Commission _____
Transit _____
Weigh _____
Charges _____
Vet. _____
Feed _____
Other _____

TOTAL _____

Trust (MS)000012

CONFIDENTIAL

Macon 000190 E4Dp

Purchase Invoice

DATE *11-2-10*

PURCHASED FROM:

*Macon Stockyards, Inc*

*Macon, MS*

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 54 | 26640 | | | 26,390.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|------|------|--------|--|----------|
| II Mtr | +P | 277.06 | — BO X 3⁰⁰ Meridian, |
| Easl'v 07 | AC | 266.40 | Macon to |
| Eme int | YP | 54.00 | OK |
| Ede int | IP | 54.00 | |
| E 4 com | cP | 133.20 | |

BRANCH _____ 24

OPERATOR _____

VOUCHER DATE _____

POSTED DATE _____

G/L ACCT # _____

VENDOR CODE _____

QUANTITY & MATH CHECK _____

APPROVED FOR PAYMENT _____

Trucking _____
Commission _____
Transit _____
Weigh _____
Charges _____
Vet. _____
Feed _____
Other _____
_____
_____
TOTAL _____

CONFIDENTIAL

Macon 000184 E4

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

№ 125204

CHECK NUMBER:   125204   CHECK DATE: 10/11/02   CHECK AMOUNT:      79,509.42

    101102   54H @   26640#          00005          26,390.65
    101102   89H @   49785#          00008          53,118.77

## EASTERN LIVESTOCK CO., LLC



135 West Market
New Albany, IN 47150
812-949-9035

№ 125204

78-27
421

Fifth Third Bank
Northern Kentucky

PAY TO THE ORDER OF

| DATE | CHECK No. | | AMOUNT |
|---|---|---|---|
| 10/11/02 | 125204 | **\*\*\*79,509.42 | \*\*\*79,509.42 |

MACON STOCKYARD

P O BOX 476
MACON, MS 39341

SIGNATURE

Macon 000163

CONFIDENTIAL

*Macon*

# Exhibit D

CONFIDENTIAL





**A Better Way to Bank Since 1888.**

Account Number:      71072888
Capture Date:        November 10, 2010
Item Number:         200001510106
Posted Date:         November 10, 2010
Posted Item Number:  7958
Amount:              53,118.77
Record Type:         Foreign Item (Not On Us)

This is a photographic facsimile of the original check.
All prior and any missing endorsements and the validity
of this facsimile are hereby guaranteed.

_____
Official Signature



CONFIDENTIAL                                         Macon 000022

*Macon*

# Exhibit E

**CONFIDENTIAL**

BUYER'S STATEMENT - RECAP

# PEOPLES LIVESTOCK AUCTION

(662)456-3018          P.O. BOX 268          (662)456-7200
HOUSTON, MS  38851-

692                                                              148
EASTERN L/S CO., LLC                          11/01/10

NEW ALBANY, MS  38652-

| Charge Acct | Head | Weight | Total Cost | Gross Cost | Average Weight | Price | Cost |
|---|---|---|---|---|---|---|---|
| E  5X | 6 | 3,145 | 2,790.95 | 2,790.95 | 524.17 | 88.74 | 465.16 |
| E  6X | 4 | 2,485 | 2,166.45 | 2,166.45 | 621.25 | 87.18 | 541.61 |
| E  7X | 4 | 2,845 | 2,195.43 | 2,195.43 | 711.25 | 77.17 | 548.86 |
| E  10 | 3 | 660 | 848.88 | 848.88 | 220.00 | 128.62 | 282.96 |
| E  59 | 10 | 5,795 | 5,240.48 | 5,240.48 | 579.50 | 90.43 | 524.05 |
| E  61 | 1 | 775 | 561.88 | 561.88 | 775.00 | 72.50 | 561.88 |
| E  65 | 5 | 3,430 | 2,906.75 | 2,906.75 | 686.00 | 84.74 | 581.35 |
| E  71 | 1 | 1,055 | 691.03 | 691.03 | 1,055.00 | 65.50 | 691.03 |
| E 225 | 2 | 485 | 650.95 | 650.95 | 242.50 | 134.22 | 325.48 |
| E 300 | 6 | 1,975 | 2,451.50 | 2,451.50 | 329.17 | 124.13 | 408.58 |
| E 350 | 4 | 1,510 | 1,903.70 | 1,903.70 | 377.50 | 126.07 | 475.93 |
| E 395 | 10 | 4,000 | 4,684.28 | 4,684.28 | 400.00 | 117.11 | 468.43 |
| E 400 | 1 | 465 | 511.50 | 511.50 | 465.00 | 110.00 | 511.50 |
| E 401 | 5 | 2,180 | 2,494.40 | 2,494.40 | 436.00 | 114.42 | 498.88 |
| E 450X | 13 | 5,900 | 5,391.30 | 5,391.30 | 453.85 | 91.38 | 414.72 |
| E 501 | 19 | 10,325 | 10,264.20 | 10,264.20 | 543.42 | 99.41 | 540.22 |
| E 700 | 2 | 1,460 | 1,233.71 | 1,233.71 | 730.00 | 84.50 | 616.86 |
| | 96 | 48,490 | 46,987.33 | 46,987.33 | 505.10 | 96.90 | 489.45 |

Commiss:          242.45 to JAKE JOHNS

Total Cost:       47,229.84

OUR NEXT SPECIAL SALE WILL BE SATURDAY, NOV 13TH @ 6 PM!!!

FINANCIAL STATEMENT

Trust (PLA)000003

Peoples 000094 E4Dp

CONFIDENTIAL

# MACON STOCKYARD, INC.

**Auction Every Monday — 12:30 P.M.**

Phone (662) 726-5122

**MACON, MISSISSIPPI 39341** Mail

NO. 103749

01/03/11     103749

7983   M&C FARM

**(Seller Check)**

| Tag No | Description | Comments | Buyer | CD | Weight | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1,41  1010 - 1003  1004 | 4  MIXED STEER Avg Wt: 910 | | D 75 | GW | 3640 | 108.75 | 3958.50 |
| 1385  1005  1007  1008 | 4  MIXED STEER Avg Wt: 940 | | D 75 | GW | 3760 | 108.75 | 4089.00 |
| 1009  1010  1011  1012 | 4  MIXED STEER Avg Wt: 818 | | D 75 | GW | 3270 | 108.75 | 3556.13 |
| 5683  1014  1017  1018 | 4  MIXED STEER Avg Wt: 789 | | D 75 | GW | 3155 | 108.75 | 3431.06 |
| 1017  1018  1019  1020 | 4  MIXED STEER Avg Wt: 852 | | D 75 | GW | 3410 | 108.75 | 3708.38 |
| 1021  1022  1023  1024 | 4  MIXED STEER Avg Wt: 795 | | D 75 | GW | 3180 | 108.75 | 3458.25 |
| 1025  1026  1027 | 3  MIXED STEER Avg Wt: 805 | | D 75 | GW | 2655 | 108.75 | 2887.31 |
| 1028  1029  1030 | 3  MIXED STEER Avg Wt: 888 | | D 75 | GW | 2665 | 108.75 | 2898.19 |
| 1931  1032  1033  1034 | 4  MIXED STEER Avg Wt: 878 | | D 75 | GW | 3510 | 108.75 | 3817.13 |

TOTAL 34                          29,245              31,803.95

|  | Average |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Sex | Head | Weight | Gross | Weight | Per Pound | Per Head |
| STEER | 34 | 29245 | 31803.95 | 860.15 | 108.75 | 935.41 |

| Com | Yard | Ins | SC |
|---|---|---|---|
| 318.50 | 71.00 | 57.00 | 26.00 |

Total Deduct
652.25

NET AMOUNT:     31,151.70

WE APPRECIATE YOUR BUSINESS! THANKS FOR COMING!!

---

## MACON STOCKYARD, INC.
**Auction Every Monday — 12:30 P.M.**
Phone (662) 726-5122

BANK FIRST FINANCIAL SERVICES
MACON, MISSISSIPPI

85-176 / 842     NO. 103749
SC 103749

DATE  January 3, 2011

|  | DOLLARS | CENTS |
|---|---|---|
| Thirty One Thousand One Hundred Fifty One and 70/1 | ***31,151 | 70 |

PAY
TO THE
ORDER OF   M&C FARM

MACON MS  39341-

MACON STOCKYARD, INC.
(CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS)

**NON-NEGOTIABLE**

CONFIDENTIAL

BUYER'S STATEMENT — RECAP

# MACON STOCKYARDS, INC.

(662)726-5122    PO BOX 476/HWY 45 NORTH    (662)726-5153
MACON, MS 39341-

4203    (812)949-9035                                   130
EASTERN LIVESTOCK                       11/01/10
1065 EAST MAIN
LOUISVILLE, KY 40206-

| arge Acct | Head | Total Weight | Total Cost | Gross Cost | Average Weight | Average Price | Average Cost |
|---|---|---|---|---|---|---|---|
| 5X | 2 | 1,090 | 991.70 | 991.70 | 545.00 | 90.98 | 495.85 |
| 10 | 1 | 190 | 256.50 | 256.50 | 190.00 | 135.00 | 256.50 |
| 10X | 1 | 210 | 258.30 | 258.30 | 210.00 | 123.00 | 258.30 |
| 55X | 1 | 550 | 467.50 | 467.50 | 550.00 | 85.00 | 467.50 |
| 59 | 4 | 2,460 | 2,168.45 | 2,168.45 | 615.00 | 88.15 | 542.11 |
| 61 | 2 | 1,715 | 1,124.75 | 1,124.75 | 857.50 | 65.58 | 562.38 |
| 300 | 2 | 670 | 870.10 | 870.10 | 335.00 | 129.87 | 435.05 |
| 350 | 2 | 725 | 849.00 | 849.00 | 362.50 | 117.10 | 424.50 |
| 395 | 4 | 1,635 | 1,884.75 | 1,884.75 | 408.75 | 115.28 | 471.19 |
| 401 | 10 | 4,510 | 5,150.40 | 5,150.40 | 451.00 | 114.20 | 515.04 |
| 450X | 17 | 8,380 | 7,687.70 | 7,687.70 | 492.94 | 91.74 | 452.22 |
| 451 | 3 | 1,455 | 1,554.35 | 1,554.35 | 485.00 | 106.83 | 518.12 |
| 501 | 4 | 2,270 | 2,264.35 | 2,264.35 | 567.50 | 99.75 | 566.09 |
| 700 | 1 | 780 | 717.60 | 717.60 | 780.00 | 92.00 | 717.60 |
| | 54 | 26,640 | 26,245.45 | 26,245.45 | 493.33 | 98.52 | 486.03 |

Commiss:    133.20 to MATT ELLER
Vet:    12.00
Total Cost:    26,390.65

ACT AS AGENTS ONLY.
EASTERN LIVESTOCK    WE APPRECIATE YOUR BUSINESS: THANKS FOR COMING!!

* Paid this with cattle that were
Picked up from Ed Clers

CONFIDENTIAL                         Macon 000143