**REVISED and CORRECTED**

**Victim Impact Statement**

*United States v. Thomas Gibson, et al.*    **Court Docket: 3:11CR-123-R**    **AUSA: James R. Lesousky, Jr./Marisa A. Ford**

### A. Initial Crime Related Loss    EDWIN A. STRICKLAND d/b/a Strickland Farms    NET FINAL LOSSES

The total amount of crime related loss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | **$52,753.87** |

On a separate page, please list the individual losses or expenses. If possible, please attach any supporting documents you have such as receipts, repair bills, etc. **SEE ATTACHED EXHIBIT:** *Revised and Corrected Amended Proof Of Claim*

### B. Recovered Losses

Please list any property or money that you have recovered or is being held by law enforcement officials:

> **NONE**

If you received any payments or benefits as a result of the crime, please list below the amounts received and information on the company who provided the payments:

| Name: | |
| Address: | |
| Phone: | | Tax ID No. (EIN): | |
| Contact: | | Claim No.: | |
| Amount received: | | Amount of Claim: | |

Amount of Recovered Losses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | **$0.00** |

### C. Total Crime Related Loss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | **$52,753.87** |

I declare under penalty of law that the above information I have provided is true:

Signature: _____    Date: 4/22/2016

W. Scott Newbern, PL
Counsel For Edwin A. Strickland

If restitution is ordered, please provide us with an address where restitution payments should be mailed:

| Name: | EDWIN A. STRICKLAND |
| Address: | c/o  W. Scott Newbern, PL, 2982 Giverny Circle |
| City: | Tallahassee | State: | Florida | Zip: | 32309 |
| Phone Number: | 850.591.1707 |
| Last 4 numbers of Social Security number: | 7020 |

## Victim Impact Statement

In addition to finances, crimes can also have an emotional impact and you and those close to you. The emotional impact of a crime has had on its victims is also important for the Court to know. The following questions are designed to help individuals who are having difficulty expressing their emotions. Feel free to answer the questions below or write up your own statement. If needed, you can attach additional pages.

1. How has this crime affected you and those close to you? Has the crime caused you to suffer any type of physical or emotional injuries?

> See Attached. Fifth Third Bank dishonored Eastern Livestock Co. checks issued in payment for livestock at our Stockyard in amounts that, absent the recovery of cattle and payments as outlined here, the business would have folded. At the same time, we were pursued by the Trustee for actually following the Packer & Stockyards federal law in recovering unpaid amounts on all cattle sold.

2. Have you or members of your family received counseling or therapy as a result of the crime?

> n/a

3. How has this crime affected your ability to perform daily tasks such as working, taking care of your family, going to school? How has the crime impacted events that you routinely enjoyed doing prior to the crime?

> Absent recovery the business would have gone under. The Eastern matter put a strain on the entire cattle industry, but especially on the small producers, backgrounders, and stockyards to whom a large portion of the dishonored checks were issued and were targeted for collecting on unpaid cattle sales as required by the Packers & Stockyards Act.

4. What would you like to see happen to the defendant(s)?

> n/a

5. Is there anything else you would like the Court to know prior to sentencing the defendant?

> n/a

**Fill in this information to identify the case:**

Debtor 1     Eastern Livestock Co., LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Indiana

Case number   10-93904-BHL-11

---

## Official Form 410

See Attached Exhibit 23

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Edwin A. Strickland<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor  Strickland Farms, LLC |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name   W. Scott Newbern, PL

Number   Street   2982 Giverny Circle

City   Tallahassee   State   FL   ZIP Code   32309

Contact phone   850-591-1707

Contact email   wsnewbern@msn.com

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City   State   ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ___ MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

---

Official Form 410   **Proof of Claim**   page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $ ___52,753.87___ **Does this amount include interest or other charges?**

   | Total Dishonored Checks | $155,790.23 |
   |---|---|
   | Less: Settlement Collections | 103,036.36 |
   | Net Loss | $ 52,753.87 |

   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Unpaid sales of livestock

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ _____
   **Amount of the claim that is secured:** $ _____

   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ _____

   **Annual Interest Rate** (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No |
| | ☐ Yes. *Check one:* |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | |

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐  I am the creditor.

☑  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    04/14/2016
                    MM / DD / YYYY


Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | W. Scott Newbern | | |
| | First name | Middle name | Last name |
| Title | Managing Member | | |
| Company | W. Scott Newbern, PL | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2982 Giverny Circle | | |
| | Number        Street | | |
| | Tallahassee | FL | 32309 |
| | City | State | ZIP Code |
| Contact phone | 850-591-1707 | Email | wsnewbern@ms.com |

# Exhibit 23

## Edwin A. Strickland
## Strickland Farms, LLC

CONFIDENTIAL

INVOICE AND SECURITY AGREEMENT

DATE _Jan 16, 2009_

INVOICE NO. 259926

# Eastern Livestock Co., LLC

SOLD TO _Eddie Strickland_  SHIP TO _____

Address _____  Address _____

City-State-Zip _Theba, Mo_  City-State-Zip _____

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE RESELLER
Claimed on _____ cattle pursuant to
7USC 1.1(n) and 1260.314
DO NOT DEDUCT THE
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED NO. MS-012
X _____ Signature _1/16/09_ Date

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Average | Amount |
|---|---|---|---|---|
| 71 | Steers | 36,885 | 520 - 81.31 | 29991.19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | | | | |

TRUCKER: _D Nabors_

FROM: _Ed Edens IV_

I attest that all livestock referenced by this document and
transferred are of: A $X U.S. Origin (exclusively born
and raised in the U.S.) B. Canadian, Mexican orgin.

_____ Signature  _1-16-09_ Date

COMMISSION _____

VETERINARY _____

TRUCKING _280.00_

OTHER _____

TOTAL _30,271.19_  _1-20-09_

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

# 1087

CONFIDENTIAL

INVOICE AND SECURITY AGREEMENT

DATE _Nov 20, 2009_     Attn: Sandra     INVOICE NO. 285578

# Eastern Livestock Co., LLC

SOLD TO _Eddie Strickland_     SHIP TO _____

Address _____     Address _____

City-State-Zip _Phela, MS_     City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 13 | Steers | 6235 | 480 . 85³⁰ | 5318.46 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER | | |
|  |  | Claimed on # _13_ ...les pursuant to | | |
|  |  | DO NOT DEDUCT THE | | |
|  |  | $1.00 per head beef Promotion Assessment | | |
|  |  | XR ___ 11/20/09 | | |
| TOTALS |  |  |  |  |

TRUCKER: _JD Nabors_

COMMISSION _____

VETERINARY _____

TRUCKING 55⁰⁰

OTHER _____

FROM: _Ed Eden sr_
I attest that all livestock referenced by this document are
transferred are of: A.☒ U.S. Orgin (exclusively born
and raised in the U.S.) B.☐ Canadian, Mexican orgin.

TOTAL _5373.46_

_signature_     _11/20/09_
Signature        Date

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9036

CONFIDENTIAL

**INVOICE AND SECURITY AGREEMENT**

DATE April 16, 2010    AttnSandia    INVOICE NO. 290008

# Eastern Livestock Co., LLC

SOLD TO *Eddie Strickland*    SHIP TO

Address _____    Address _____

City-State-Zip *Pheba, Ms*    City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 112 | Steer | 596SS | 533 • 11.55 | 66545.15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | | | | |

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE RESELLER
Claimed on # 112 cattle pursuant to
7CFR § 1260 and 1260.314
DO NOT DEDUCT THE
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED NO. MS-013
Roll 4/16/10
Signature          Date

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .44 |
| Certified Fee | 2.80 | |
| Return Receipt Fee (Endorsement Required) | 2.30 | Postmark Here APR 20 2010 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.54 | |

7009 2820 0002 6448 7566

Sent To Eastern Livestock Co. LLC
Street, Apt. No.; or PO Box No. 135 W. Market
City, State, ZIP+4 New Albany, IN 47150
PS Form 3800, August 2006          See Reverse for Instructions

TRUCKER: JD Nabors · Heath

FROM: Ed Edens II
I attest that all livestock referenced by this docment and
transfered are of: A. ☒ U.S. Orgin (exclusively born
and raised in the U.S.) B. ☐ Canadian, Mexican orgin.

CONFIDENTIAL
Signature _____    Date 4/16/10

| | |
|---|---|
| COMMISSION | _____ |
| VETERINARY | _____ |
| TRUCKING | 350 00 |
| OTHER | _____ |
| TOTAL | 66895 15 |

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035

## INVOICE AND SECURITY AGREEMENT

DATE *April 21, 2010*

Attn Sandra ?

INVOICE NO. 290030

# Eastern Livestock Co., LLC

SOLD TO *Eddie Strickland*

SHIP TO

Address

Address

City-State-Zip *Phdra, MS*

City-State-Zip

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | | Amount |
|---|---|---|---|---|---|
| 85 | Steers | 45195 | 532 | .1105³ | 49954 03 |
| | | | | | |

CERTIFICATION OF NON-PRODUCER STATUS
FOR THE RESELLER
Claimed on a _____ certif. pursuant to
70FR 1, 1298 and 1260.314
DO NOT DEDUCT THE
$1.00 per head Beef Promotion Assessment
QBBB COUNCIL REGISTERED NO. MS-013

Signature                    Date

TOTALS

TRUCKER: *AB*

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.54 |

APR 22 2010
OCCASIONS GIFT SHOP CPU
STARKVILLE MS 39759-9998

Sent To *Eastern Livestock*
Street, Apt. No.; or PO Box No. *135 West Market*
City, State, ZIP+4 *New Albaner IN 47150*
PS Form 3800, August 2006        See Reverse for Instructions

7011 8553 7831
1140 0001
7008

FROM: *Ed Edens IV*

I attest that all livestock referenced by this document and
transferred are of: A. ☒ U.S. Orgin (exclusively born
and raised in the U.S.) B. ☐ Canadian, Mexican orgin.

Signature _____  Date 4/21/10

VETERINARY

TRUCKING *150 00*

OTHER

TOTAL *50104 03*

Please Remit to:  EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN  47150
812-949-0035

CONFIDENTIAL

STRICKLAND FARMS  10/08
CATTLE ACCOUNT
3408 HWY 389
PHEBA, MS 39755

88-178/842          1541

DATE 4-21-10

PAY TO
THE ORDER OF Eastern Livestock     $ 50,104.03

Fifty Thousand, One Hundred, Four 03/100 DOLLARS

BANAFIRST

MEMO enr. # 290030

CONFIDENTIAL

09/24/2010 FRI 16:07 FAX 662 447 54    E 4 CATTLE CO                          ☑002/002

INVOICE AND SECURITY AGREEMENT

DATE **9/24/10**                                              INVOICE NO. **290772**

# Eastern Livestock Co., LLC

SOLD TO  *Eddie Strickland*          SHIP TO  *Same*

Address _____        Address _____

City-State-Zip  *Pheba, MS*            City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 81 | St | 39855 | 492.9560 | 3810138 |
| | | | | |

TOTALS

TRUCKER:  *J.D.Nabors*

COMMISSION _____

VETERINARY _____

TRUCKING  375⁰⁰

FROM:  *Ed Edens ??*

I attest that all livestock referenced by this document and
transferred are of: A.☑ U.S. Origin (exclusively born
and raised in the U.S.) B.☐ Canadian, Mexican orgin.

OTHER _____

TOTAL  3847638

Signature         Date

Please Remit to:   EASTERN LIVESTOCK CO., LLC
                   135 West Market
                   New Albany, IN 47150
                   812-949-8035

CONFIDENTIAL

STRICKLAND FARMS 10/08
CATTLE ACCOUNT
3408 HWY 389
PHEBA, MS 39755

85-170/842

1713

DATE 9-28-10

PAY TO
THE ORDER OF Eastern Livestock Co.

$ 38,476 38

Thirty Eight Thousand, Four Hundred Seventy Six & 38/100 DOLLARS

BANKFIRST

MEMO 81 M

Ollie Strickland

MP

⑈0017130 ⑆084201786⑆ ⑈606 070 ⑊0

CONFIDENTIAL

**INVOICE AND SECURITY AGREEMENT**

DATE Sept 29, 2010

INVOICE NO. 290789

# Eastern Livestock Co., LLC

SOLD TO Eddie Strickland

SHIP TO _____

Address _____

Address _____

City-State-Zip Pheba, MS.

City-State-Zip _____

Specifically subject to all terms, conditions, and provisions
appearing upon the reverse side of this instrument.

| Number Head | Kind | Weight | Averages | Amount |
|---|---|---|---|---|
| 1 | Steer | 455 | 455 • 98 00 | 445.90 |
| | | | pd ck# | |
| | | | 1130 | |
| | | | | |
| | | | | |
| **TOTALS** | | | | |

TRUCKER: _____

FROM: Ed Edens II

I attest that all livestock referenced by this document and
transferred are of: A.☒ U.S. Orgin (exclusively born
and raised in the U.S.) B.☐ Canadian, Mexican orgin.

CONFIDENTIAL

Signature _____ Date 9/29/10

COMMISSION _____

VETERINARY _____

TRUCKING _____

OTHER _____

TOTAL 445.90

Please Remit to: EASTERN LIVESTOCK CO., LLC
135 West Market
New Albany, IN 47150
812-949-9035



**EASTERN LIVESTOCK CO., LLC**

**CORPORATE OFFICE**
534 GIBSON-JACKSON ROAD
PROVIDENCE, KENTUCKY 42450
270-667-2404

**BUSINESS OFFICE**
135 WEST MARKET
NEW ALBANY, IN 47150
812-949-9035
Fax: 812-949-9060

# Cattle Purchase Contract Confirmation

This contract made this _____19_____ day of _____April_____, 20 _10_, by and between _____Eddie Strickland_____
(address) of _____Pheba, MS_____
hereinafter known as Seller, and Eastern Livestock Co., LLC hereinafter known as Buyer.

Buyer agrees to purchase and receive and Seller agrees to sell and deliver to Buyer the cattle described below, which were shown to Buyer's representative, upon terms and conditions, as follows.

*ELC # 117*

( 1 ) DESCRIPTION, PRICE, DELIVERY SCHEDULE:

| APPROX. NO. OF HEAD | KIND | AGE | BREED | QUALITY | BRAND | BRAND LOCATION | PRICE PER CWT. | DELIVERY SCHEDULE BETWEEN DATES SPECIFIED |
|---|---|---|---|---|---|---|---|---|
| 3 Loads | | | Steers | 750# | | | 107 00 | Nov, 2010 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ADDITIONAL PROVISIONS: _____4¢ slide over 750# up to 800#, If over 800#, 6¢ slide back to 750#_____

( 2 ) LOCATION AND FEED: Said cattle are now located at _____Pheba_____ in the county of _____, State of _____MS_____, and are on _____ and shall remain on same pasture and feed and be handled in their normal and usual manner until delivered unless otherwise expressly agreed upon in writing.

_____

( 3 ) WEIGHING CONDITIONS: Said cattle shall be driven from _____ and weighed dry on _____ scales located at _____ with __2__ % shrink after _____ hours stand and having been driven _____ miles without food and water.

( 4 ) PAYMENT: Seller acknowledges receipt of a partial payment of $_____, by Buyer's check No. _____.
Balance of said purchase price shall be paid upon delivery of said cattle, less any partial payment.

( 5 ) DELIVERY AND ACCEPTANCE: Said cattle shall be delivered to buyer or Buyer's order F.O.B. cars or trucks at _____ on or between the dates above specified, subject to: (a) five (5) days prior notice by either party; (b) Buyer's ability to bill destination; (c) acceptance by Buyer as to compliance with this contract. Should Seller fail to deliver the number of head of each lot specified herein, Buyer may, at Buyer's option, in addition to any other remedies, deduct from the total price due hereunder the difference between the contract price and the then prevailing market price of the animals not so delivered. The Risk of Loss from any casualty to the cattle regardless of the cause shall be on the Seller until accepted by Buyer.

( 6 ) Title to the cattle that are the subject of this agreement shall remain in Seller until after the weighing and loading on Buyer's cattle cars or other carrier of the cattle as hereinabove set forth. Until the cattle are so loaded, Seller will indemnify Buyer against any and all actions or claims arising out of the terms of this agreement or the shipping of cattle pursuant hereto and against any damages or injuries arising therefrom.

( 7 ) BRUCELLOSIS CERTIFICATION: Seller hereby warrants and certifies that females and bulls herein described are as follows; (Strike conditions not to be included)
(a) UNDER 8 MONTHS OF AGE AT TIME OF DELIVERY
(b) FROM A BRUCELLOSIS FREE HERD OR AREA
(c) OFFICIAL VACCINATE UNDER 30 MONTHS OF AGE AT TIME OF SHIPMENT
(d) SELLER SHALL CAUSE THE CATTLE TO PASS FEDERAL, STATE AND ALL NECESSARY INSPECTIONS FOR ALL DISEASES, BRANDS, AND MARKS AT THE EXPENSE OF THE SELLER PRIOR TO DELIVERY
(e) OTHER (SPECIFY) _____

( 8 ) INSPECTIONS AND WARRANTIES: (a) Seller warrants that these cattle have not and will not be fed nor implanted with stimulants of any kind. This will include but not limited to all hormone type stimulants, natural or manufactured, such as stilbestrol and all derivatives and compounds thereof.
(b) Seller certifies that, to the best of its knowledge, while under its ownership, possession or direct control, none of the livestock sold to Eastern Livestock Co., LLC are adulterated within the meaning of the Federal Food, Drug and Cosmetic Act, i.e. none of the cattle or other ruminants have been fed any material that contains protein derived from mammalian tissues as defined by Food and Drug Administration Regulations, specifically 21CFR§ 589.2000.
(c) Seller will pay all weighing and inspection fees, and furnish all Federal and State health and brand certificates required, and assumes all risks of loss or injury to said cattle until shipment.
(d) Seller warrants that all of said cattle shall at delivery, grade up to the quality specified herein, be in sound and merchantable condition and free from disease or infestation and deformities of every kind, and that, except as specifically noted herein, said cattle shall not include any bulls, stags, Mexican or dairy type breeds unless otherwise specified.
(e) Should said cattle be placed under quarantine by any Federal or State agency, Buyer may, at Buyer's option, and in addition to any other remedies, rescind this contract and all money advanced shall immediately be refunded to Buyer.

( 9 ) The laws of the Commonwealth of Kentucky shall govern this contract and any lawsuit arising from the execution or operation of the contract shall be brought in Jefferson County, Kentucky.

( 10 ) In the event of a breach of this agreement by Seller, Buyers may terminate this Agreement and Seller shall be liable to Buyer for all of Buyer's damages relating to the breach. The failure of Buyer to take action by reason of such breach shall not deprive Buyer of the right to take action at any time while such breach continues. Seller shall be liable to Buyer for Buyer's damages relating to the delays occasioned by such breach. Seller agrees to pay all damages including but not limited to attorneys' fees, court costs and litigation expenses resulting from a breach of this Agreement by Seller.

( 11 ) There shall be no modification or recision of this contract except in writing.

( 12 ) Failure to make objection to any term of this confirmation of contract in writing by the fastest practicable means will be understood as Seller's approval and acceptance of the terms and conditions stated herein. For Buyer's convenience and records Buyer asks that Seller return a signed copy, but this contract will be binding on the terms stated herein if there has not been such immediate objection. In case of any signed confirmation of contract is returned by Seller.

( 13 ) LIENS AND ENCUMBRANCES: Seller hereby warrants that there are no liens, claims or encumbrances on said cattle except the following:

CONFIDENTIAL

**ADDITIONAL PROVISIONS:** _If slide over 750 up to 800, if over 800,_
_60 slide back to 750#_

( 2 ) **LOCATION AND FEED:** Said cattle are now located at ___Pheba___ _____ in the county of _____, State of ___MS___ _____ and are on _____ and shall remain on same pasture and feed and be handled in their normal and usual manner until delivered unless otherwise expressly agreed upon in writing.

( 3 ) **WEIGHING CONDITIONS:** Said cattle shall be driven from _____ and weighed dry on _____ scales located at _____ with ___2___ % shrink after _____ hours stand and having been driven _____ miles without food and water.

( 4 ) **PAYMENT:** Seller acknowledges receipt of a partial payment of $_____, by Buyer's check No. _____ Balance of said purchase price shall be paid upon delivery and acceptance of said cattle, less any partial payment.

( 5 ) **DELIVERY AND ACCEPTANCE:** Said cattle shall be delivered to buyer or Buyer's order F.O.B. cars or trucks at _____ on or between the dates above specified, subject to: (a) five (5) days prior notice by either party; (b) Buyer's ability to bill destination; (c) acceptance by Buyer as to compliance with this contract. Should Seller fail to deliver the number of head of each lot specified herein, Buyer may, at Buyer's option, in addition to any other remedies, deduct from the total price due hereunder the difference between the contract price and the then prevailing market price of the animals not so delivered. The Risk of Loss from any casualty to the cattle regardless of the cause shall be on the Seller until accepted by Buyer.

( 6 ) Title to the cattle that are the subject of this agreement shall remain in Seller until after the weighing and loading on Buyer's cattle cars or other carrier of the cattle as hereinabove set forth. Until the cattle are so loaded, Seller will indemnify Buyer against any and all actions or claims arising out of the terms of this agreement or the shipping of cattle pursuant hereto and against any damages or injuries arising therefrom.

( 7 ) **BRUCELLOSIS CERTIFICATION:** Seller hereby warrants and certifies that females and bulls herein described are as follows; (Strike conditions not to be included)
  (a) UNDER 8 MONTHS OF AGE AT TIME OF DELIVERY
  (b) FROM A BRUCELLOSIS FREE HERD OR AREA
  (c) OFFICIAL VACCINATE UNDER 30 MONTHS OF AGE AT TIME OF SHIPMENT
  (d) SELLER SHALL CAUSE THE CATTLE TO PASS FEDERAL, STATE AND ALL NECESSARY INSPECTIONS FOR ALL DISEASES, BRANDS, AND MARKS AT THE EXPENSE OF THE SELLER PRIOR TO DELIVERY
  (e) OTHER (SPECIFY) _____

( 8 ) **INSPECTIONS AND WARRANTIES:** (a) Seller warrants that these cattle have not and will not be fed nor implanted with stimulants of any kind. This will include but not limited to all hormone type stimulants, natural or manufactured, such as stilbestrol and all derivatives and compounds thereof.
  (b) Seller certifies that, to the best of its knowledge, while under its ownership, possession or direct control, none of the livestock sold to Eastern Livestock Co., LLC. are adulterated within the meaning of the Federal Food, Drug and Cosmetic Act, i.e. none of the cattle or other ruminants have been fed any material that contains protein derived from mammalian tissues as defined by Food and Drug Administration Regulations, specifically 21CFR§ 589.2000.
  (c) Seller will pay all weighing and inspection fees, and furnish all Federal and State health and brand certificates required, and assumes all risks of loss or injury to said cattle until shipment.
  (d) Seller warrants that all of said cattle shall at delivery, grade up to the quality specified herein, be in sound and merchantable condition and free from disease or infestation and deformities of every kind, and that, except as specifically noted herein, said cattle shall not include any bulls, stags, Mexican or dairy type breeds unless otherwise specified.
  (e) Should said cattle be placed under quarantine by any Federal or State agency, Buyer may, at Buyer's option, and in addition to any other remedies, rescind this contract and all money advanced shall immediately be refunded to Buyer.

( 9 ) The laws of the Commonwealth of Kentucky shall govern this contract and any lawsuit arising from the execution or operation of the contract shall be brought in Jefferson County, Kentucky.

( 10 ) In the event of a breach of this agreement by Seller, Buyers may terminate this Agreement and Seller shall be liable to Buyer for all of Buyer's damages relating to the breach. The failure of Buyer to take action by reason of such breach shall not deprive Buyer of the right to take action at any time while such breach continues. Seller shall be liable to Buyer for Buyer's damages relating to the delays occasioned by such breach. Seller agrees to pay all damages including but not limited to attorneys' fees, court costs and litigation expenses resulting from a breach of this Agreement by Seller.

( 11 ) There shall be no modification or recision of this contract except in writing.

( 12 ) Failure to make objection to any term of this confirmation of contract in writing by the fastest practicable means will be understood as Seller's approval and acceptance of the terms and conditions stated herein. For Buyer's convenience and records Buyer asks that Seller return a signed copy, but this contract will be binding on the terms stated herein if there has not been such immediate objection, even if no signed confirmation of contract is returned by Seller.

( 13 ) **LIENS, CLAIMS AND ENCUMBRANCES:** Seller hereby warrants that there are no liens, claims or encumbrances on said cattle except the following:

| _(Lienholder)_ | _(amount)_ | _(address)_ |
|---|---|---|

| _(Lienholder)_ | _(amount)_ | _(address)_ |
|---|---|---|

If no lienholder is listed above, Seller warrants there is none. As to those lienholders listed above, Seller warrants that he will satisfy them from the proceeds of sale of said cattle or otherwise contemporaneously with this sale. Buyer may make purchase check payable jointly to Seller and lienholders, at Buyer's option, but Buyer's failure to do so shall in no way relieve Seller of his obligation to discharge liens, claims and encumbrances. Seller further warrants that he will defend title to the cattle and indemnify Buyer from any and all loss or damage on account of any such liens, encumbrances, or other defects in title.

( 14 ) Seller warrants that the above sale shall not constitute the sale of all or substantially all of Seller's assets, and is made in the ordinary course of Seller's business.

( 15 ) The instrument may serve as a security agreement, in the amount of the above advance payment and Seller further agrees to execute any and all other legal instruments required to file notice of said agreement, subject only to prior liens set forth above.

( 16 ) OTHER TERMS: _____

DATED this ___5___ day of ___MAY___ 20 _10_.

___Eddie Strickland___
_(Seller)_
By ___Eddie Strickland___

**Eastern Livestock Co., LLC**

By ___Ed Salem IV___

CONFIDENTIAL



**EASTERN LIVESTOCK CO., LLC**

CORPORATE OFFICE
534 GIBSON-JACKSON ROAD
PROVIDENCE, KENTUCKY 42450
270-667-2404

BUSINESS OFFICE
135 WEST MARKET
NEW ALBANY, IN 47150
812-949-9035
Fax: 812-949-9060

# Cattle Purchase Contract Confirmation

This contract made this __14__ day of __April__, 20 _10_ by and between __Eddie Strickland__ (address) of _3408 Hwy 389 Pheba, MS_ hereinafter known as Seller, and Eastern Livestock Co., LLC hereinafter known as Buyer.

Buyer agrees to purchase and receive and Seller agrees to sell and deliver to Buyer the cattle described below, which were shown to Buyer's representative, upon terms and conditions, as follows.

ELC # 932

(1) DESCRIPTION, PRICE, DELIVERY SCHEDULE:

| APPROX NO. OF HEAD | KIND | AGE | BREED | QUALITY | BRAND | BRAND LOCATION | PRICE PER CWT. | DELIVERY SCHEDULE BETWEEN DATES SPECIFIED |
|---|---|---|---|---|---|---|---|---|
| 4 Loads | | | Steers | 750# | | | 107.00 | Sept 15 — Oct 15, 2010 |
| | | | | | | | | |
| | | | | | | | | |

ADDITIONAL PROVISIONS: __4¢ slide over 750# up to 800#. If over 800#,__
__6¢ slide back to 750#__

(2) LOCATION AND FEED: Said cattle are now located at ___Pheba___ in the county of ___, State of __MS__, and are on ___ and shall remain on same pasture and feed and be handled in their normal and usual manner until delivered unless otherwise expressly agreed upon in writing.

(3) WEIGHING CONDITIONS: Said cattle shall be driven from ___ and weighed dry on ___ scales located at ___ with __2__% shrink after ___ hours stand and having been driven ___ miles without food and water.

(4) PAYMENT: Seller acknowledges receipt of a partial payment of $___, by Buyer's check No. ___.
Balance of said purchase price shall be paid upon delivery and acceptance of said cattle, less any partial payment.

(5) DELIVERY AND ACCEPTANCE: Said cattle shall be delivered to Buyer or Buyer's order F.O.B. cars or trucks at ___ on or between the dates above specified, subject to: (a) five (5) days prior notice by either party; (b) Buyer's ability to bill destination; (c) acceptance by Buyer as to compliance with this contract. Should Seller fail to deliver the number of head of each lot specified herein, Buyer may, at Buyer's option, in addition to any other remedies, deduct from the total price due hereunder the difference between the contract price and the then prevailing market price of the animals not so delivered. The Risk of Loss from any casualty to the cattle regardless of the cause shall be on the Seller until accepted by Buyer.

(6) Title to the cattle that are the subject of this agreement shall remain in Seller until after the weighing and loading on Buyer's cattle cars or other carrier of the cattle as hereinabove set forth. Until the cattle are so loaded, Seller will indemnify Buyer against any and all actions or claims arising out of the terms of this agreement or the shipping of cattle pursuant hereto and against any damages or injuries arising therefrom.

(7) BRUCELLOSIS CERTIFICATION: Seller hereby warrants and certifies that females and bulls herein described are as follows: (Strike conditions not to be included)
(a) UNDER 8 MONTHS OF AGE AT TIME OF DELIVERY
(b) FROM A BRUCELLOSIS FREE HERD OR AREA
(c) OFFICIAL VACCINATE UNDER 30 MONTHS OF AGE AT TIME OF SHIPMENT
(d) SELLER SHALL CAUSE THE CATTLE TO PASS FEDERAL, STATE AND ALL NECESSARY INSPECTIONS FOR ALL DISEASES, BRANDS, AND MARKS AT THE EXPENSE OF THE SELLER PRIOR TO DELIVERY
(e) OTHER (SPECIFY) ___

(8) INSPECTIONS AND WARRANTIES: (a) Seller warrants that these cattle have not and will not be fed nor implanted with stimulants of any kind. This will include but are limited to all hormone type stimulants, natural or manufactured, such as stilbestrol and all derivatives and compounds thereof.
(b) Seller certifies that, to the best of its knowledge, while under its ownership, possession or direct control, none of the livestock sold to Eastern Livestock Co., LLC, are identified within the meaning of the Federal Food, Drug and Cosmetic Act, i.e. none of the cattle or other ruminants have been fed any material that contains protein derived from mammalian tissues as defined by Food and Drug Administration Regulations, specifically 21CFR§ 589.2000.
(c) Seller will pay all weighing and inspection fees, and furnish all Federal and State health and brand certificates required, and assumes all risks of loss or injury to said cattle until shipment.
(d) Seller warrants that all of said cattle shall at delivery, grade up to the quality specified herein, be in sound and merchantable condition and free from disease or information and deformities of every kind, and that, except as specifically noted herein, said cattle shall not include any bulls, stags, Mexican or dairy type breeds unless otherwise specified.
(e) Should said cattle be placed under quarantine by any Federal or State agency, Buyer may, at Buyer's option, and in addition to any other remedies, rescind this contract and all money advanced shall immediately be refunded to Buyer.
(9) The laws of the Commonwealth of Kentucky shall govern this contract and any lawsuit arising from the execution or operation of this contract shall be brought in Jefferson County, Kentucky.
(10) In the event of a breach of this agreement by Seller, Buyers may terminate this Agreement and Seller shall be liable to Buyer for all of Buyer's damages relating to the breach. The failure of Buyer to take action by reason of such breach shall not deprive Buyer of the right to take action at any time while such breach continues. Seller shall be liable to Buyer for Buyer's damages relating to the delays occasioned by such breach. Seller agrees to pay all damages including but not limited to attorneys' fees, court costs and litigation expenses resulting from a breach of this Agreement by Seller.
(11) There shall be no modification or recision of this contract except in writing.
(12) Failure to make objection to any term of this confirmation of contract in writing by the fastest practicable means will be understood as Seller's approval and acceptance of the terms and conditions stated herein. For Buyer's convenience and records Buyer asks that Seller return a signed copy, but this contract will be binding on the terms stated herein if there has not been such immediate objection, even if no signed confirmation of contract is returned by Seller.
(13) LIENS, CLAIMS AND ENCUMBRANCES: Seller hereby warrants that there are no liens, claims or encumbrances on said cattle except the following:

| *(Lienholder)* | *(amount)* | *(address)* |
|---|---|---|
| *(Lienholder)* | *(amount)* | *(address)* |

If no lienholder is listed above, Seller warrants there is none. As to those lienholders listed above, Seller warrants that he will satisfy them from the proceeds of sale of said cattle or otherwise contemporaneously with this sale. Buyer may make purchase check payable jointly to Seller and lienholders, at Buyer's option, but Buyer's failure to do so shall in no way relieve Seller of his obligation to discharge liens, claims and encumbrances. Seller further warrants that he will defend title to the cattle and indemnify Buyer from any and all loss or damage on account of any such liens, encumbrances, or other defects in title.
(14) Seller warrants that the above sale shall not constitute the sale of all or substantially all of Seller's assets, and is made in the ordinary course of Seller's business.
(15) The instrument may serve as a security agreement, in the amount of the above advance payment and Seller further agrees to execute any and all other legal instruments required to the notice of said agreement, subject only to prior liens set forth above.
(16) OTHER TERMS: ___

DATED this __5__ day of __May__, 20 _10_.

_Eddie Strickland_
(Seller)
By: ___

Eastern Livestock Co., LLC
By: ___

CONFIDENTIAL

# Exhibit J

CONFIDENTIAL

**135 West Market**
**New Albany, IN  47150**



EASTERN
IVESTOCK CO., LLC

DATE Oct 29, 2010

SELLER Eddie Stickland & Bank First

ADDRESS Pheba, Ms

BUYER Ed Edens IV

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---------|-------------|--------|--------|---------|---------|-------|--------|
| 24 | Stees | | | 99489 | 802 | 492 | 04383.86 |
| 05 | Stees | | | 51034 | 785 | 0 10 | 51595.37 |
| 89 | | | | | | | |
| | | | | | | | |
| | | | | 150523 | | | 155979.23 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| LESS PART PAYMENT | |
|---|---|
| BEEF CHECKOFF | − 189 00 |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 155790 23 |



ASTERN
IVESTOCK CO., LLC

135 West Market
New Albany, IN  47150
812-949-9035

73-21
421

NO. F 34111

Oct 29, 2010

PAY to the order of  Eddie Strickland & Bank First          $ 155,790 23

One hundred fifty five thousand seven hundred ninety + 23/100          DOLLARS

Fifth Third Bank

Eastern Livestock Co., LLC

Ed Edens IV

CONFIDENTIAL

# Exhibit K

CONFIDENTIAL



**STRICKLAND CATTLE**

3408 HIGHWAY 389, Pheba, Mississippi 39755

Cell-(662)418-8190/Office-(662)-494-6833

1ST TRUCK
62 Hd

| 12 Hd. | 9890 |
| 12 | 10,305 |
| 12 | 9900 |
| 12 | 9910 |
| 12 | 9850 |
| 2 | 1630 |
| 62 Hd | 51,485 |

DATE: 10-29-10

WEIGHT: 830 per Hd

GROSS:

TARE:

NET: 51,485

*Sondra Strickland*

CONFIDENTIAL



**3408 HIGHWAY 389, Pheba, Mississippi 39755**

**Cell-(662)418-8190/Office-(662)-494-6833**

| | | |
|---|---|---|
| 12 Hd | 9710 | |
| 12 " | 9846 | |
| 12 " | 9805 | |
| 12 " | 9455 | |
| 14 " | 11760 | |
| 62 Hd | 50,560 | |

2ND TRUCK
62 Hd

DATE: _____10-29-10_____

WEIGHT: _____815 pr Hd_____

GROSS: _____

TARE: _____

NET: _____50,560_____

*Sandra Strickland*

CONFIDENTIAL



**3408 HIGHWAY 389, Pheba, Mississippi 39755**

**Cell-(662)418-8190/Office-(662)-494-6833**

3RD TRUCK
605 HD

| | |
|---|---|
| 12 HD | 9445 |
| 12 | 9825 |
| 12 | 9610 |
| 12 | 9640 |
| 12 | 9635 |
| 5 | 3920 |

DATE: 10-29-10

WEIGHT: 801 per HD

GROSS:

TARE:

NET: 52,075

*Sandra Strickland*

CONFIDENTIAL



135 West Market
New Albany, IN 47150

DATE Oct 29, 2010

SELLER Eddie Stickland + Bank First

ADDRESS Pheba, Mis

BUYER Ed Edens IV

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 124 | Steer | | | 99489 | 802 | 104.92 | 104383.86 |
| 65 | Steer | | | 51034 | 785 | 101.10 | 51595.37 |
| 189 | | | | | | | |
| | | | | 150523 | | | 155979.23 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| LESS PART PAYMENT | |
| BEEF CHECKOFF | - 189.00 |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 155790.23 |

VOID VOID VOID VOID VOID

135 West Market
New Albany, IN 47150
812-949-9035

73-21
421

NO. F 34111

Oct 29, 2010

PAY to the order of Eddie Stickland + Bank First          $ 155,790.23

One hundred fifty-five thousand seven hundred ninety + 23/100          DOLLARS

Eastern Livestock Co., LLC

Fifth Third Bank
Northern Kentucky

Ed Edens IV

# Exhibit L

CONFIDENTIAL

## STRSTR

| SALE | DESCRIPTION | WT. | COST/100# | TOTAL |
|------|-------------|-----|-----------|-------|
| | Load 1            62 | 51485 | | |
| | | -390 | | |
| | | ~~50455~~ | | |
| | 814 | 49940 | | |
| | | | | |
| | Load 2          62 | 50560 | | |
| | | -290 | | |
| | 799 | 49549 | | |
| | 802       184 | ~~50029~~ | | |
| | | 99489 | 107 $^{\omega}$ | |
| | | | -208 | |
| | | | 10492 | 10438386 |
| | | | | |
| | Load 3          65 | 52075 | 10250 | |
| | | -290 | ~140 | |
| | 785 | 51034 | 102 $^{10}$ | 5159551 |
| | | | | |
| | | 133575 | tp | 45000 |
| | 796       189 | 150523 | 10392 | 15642983 |
| Mark (1) 285880 | | | | |
| Mark (2) 296090 | | | | |
| Ledbetter | Colorado Beef | | 109 $^{del}$@785 | |
| | LaMar 660 | | 10816 | 162805.68 |
| | | | | |
| | DM $567000 | Sold to Morrell | |
| | | Out 10 Load Joal. | |

CONFIDENTIAL

# Exhibit M

CONFIDENTIAL



135 West Market
New Albany, IN 47150

ASTERN
IVESTOCK CO., LLC

DATE Oct 19, 2010

SELLER Eddie Strickland + Bank First
ADDRESS Pheba, MS

BUYER Ed Edens 4R

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV.WT. | PRICE | AMOUNT |
|---------|-------------|--------|--------|---------|--------|-------|--------|
| 62 | Steers contract 932 | 50405 | -2% | 49397 | 797 | 105 20 | 51965.64 |
| 62 | Steers contract 117 | 50150 | -2% | 49147 | 793 | 105 20 | 51702.64 |
| 124 | | | | 98544 | 795 | | 103668.28 |
| | 795 | | | | | | |
| | -750 10700 | | | | | | |
| | 45X04=1.80 | | | | | | |
| | 105 20 | | | | | | |
| | | | | | | | |
| | | | | | | | |

| LESS PART PAYMENT | |
|-------------------|---|
| BEEF CHECKOFF | −124 00 |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 103544.28 |



Case 10-93906-BHL-11 Doc 1138 Filed 08/06/13 EOD 08/06/13 14:16:32 Pg 29 of 49

# EASTERN LIVESTOCK
## Purchase Invoice

No. 9836

DATE 12/19/10

PURCHASED FROM: Eddie Strickland
Pheba, MS

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 62 | 49397 | 797 | 105.20 | 51,965.64 |
|  |  |  | BP - | 62.00 |
|  | Contract 952 |  |  | 51,903.64 |
| abcat04 | tp | 150.00 | 50 X 3.00 |
|  |  | Pheba to Okolona |  |
| 62 | 49147 | 793 | 105.20 | 51,702.64 |
|  |  |  | BP - | 62.00 |
|  | Contract 117 |  |  | 51,640.64 |
| ggtru04 | tp | 150.00 | 50 X 3.00 |
|  |  | Pheba to Okolona |  |

BRANCH 24

OPERATOR _____

VOUCHER DATE _____

POSTED DATE _____

G/L ACCT # _____

VENDOR CODE _____

QUANTITY & MATH CHECK _____

APPROVED FOR PAYMENT _____

Trucking _____
Commission _____
Transit _____
Weigh _____
Charges _____
Vet. _____
Feed _____
Other _____
_____
_____

TOTAL _____

CONFIDENTIAL

135 West Market
New Albany, IN 47150



**ASTERN IVESTOCK CO., LLC**

DATE Sept 16, 2010

SELLER Eddie Strickland

ADDRESS Phila, MS

BUYER Ed Colens

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---------|-------------|--------|--------|---------|---------|-------|--------|
| 183 | Steers | 152870 | -290 | 149813 | 819 | 102⁸⁰ | 154097.65 |
|  | 819 |  |  |  |  |  |  |
|  | -750   107.00 |  |  |  |  |  |  |
|  | 69 X .062 4.14 |  |  |  |  |  |  |
|  | 102.86 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| LESS PART PAYMENT | |
|---|---|
| BEEF CHECKOFF | -183⁰⁰ |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 153914.65 |



CONFIDENTIAL

Strstr

# Purchase Invoice

DATE 9/16/10

**PURCHASED FROM:**

Eddie Strickland

Phila, MS

Grade# _____

| HEAD | WT. | AVG. WT. | AVG. COST | AMOUNT |
|------|-----|----------|-----------|--------|
| 183 | 149813 | 819 | 102.86 | 154097.65 |
|  |  |  | FAT −183.00 |  |
|  |  |  |  | 153914.65 |

Pd over

BRANCH _____

OPERATOR_____

VOUCHER DATE _____

POSTED DATE _____

G/L ACCT # _____

VENDOR CODE _____

QUANTITY & MATH CHECK_____

APPROVED FOR PAYMENT_____

Trucking _____

Commission _____

Transit _____

Weigh _____

Charges _____

Vet. _____

Feed _____

Other _____

TOTAL _____

CONFIDENTIAL

contract
#182   Strstr

Cadie Strickland

Str                          183   152870
RtR                                -2%
Cook         819#             149812
B2kead

860 miles

-1½
crossbred cattle  dslide
                  want
                  dbl
$111          4 @750#
              6@800#

Pnelato
§final

CONFIDENTIAL

# Exhibit N

CONFIDENTIAL



135 West Market
New Albany, IN 47150

**EASTERN LIVESTOCK CO., LLC**

DATE Oct 19, 2010

SELLER Eddie Strickland + Bank First

ADDRESS Pheba, MS

BUYER Ed Edens4H

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 62 | Steers contract 932 | 50405 | -2% | 49397 | 797 | 105²⁰ | 51965.64 |
| 62 | Steers contract 117 | 50150 | -2% | 49147 | 793 | 105²⁰ | 51702.64 |
| 124 | | | | 98544 | 795 | | 103668.28 |
| | 795 | | | | | | |
| | -750   107⁰⁰ | | | | | | |
| | 45 X 04 = 1.82 | | | | | | |
| | 105.20 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| LESS PART PAYMENT | |
|---|---|
| BEEF CHECKOFF | −124 ⁰⁰ |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 103544.28 |

CONFIDENTIAL

# BANK FIRST
### FINANCIAL SERVICES
*A Better Way To Bank*

DATE 10/22/10

DEPOSIT TO THE CREDIT OF

Strickland Farms

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUB-
JECT TO THE TERMS AND CONDITIONS OF THIS BANK'S COL-
LECTION AGREEMENT IN ACCORDANCE WITH MISSISSIPPI UNI-
FORM COMMERCIAL CODE.   PLEASE USE ACCOUNT NUMBER

6006701

⑆08420⑈786⑆

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS | | |
| Easter Livestock 1034428 | | |
| | | |
| | | |
| (TOTAL OF CHECKS LISTED ON BACK) | | |
| RECD BY   LESS CASH | | |

$ 10354428

4 1

---

# BANK FIRST
### FINANCIAL SERVICES
*A Better Way To Bank*

Strickland Farms

⑆556900000⑆

**COMMERCIAL LOAN   PAYMENT RECEIPT**

NOTE NUMBER
86061

EFFECTIVE DATE
102210

29 Principal
TRANSACTION

TR   $   10354428
TOTAL PAYMENT

CONFIDENTIAL



3408 HIGHWAY 389, Pheba, Mississippi 39755

Cell-(662)418-8190/Office-(662)-494-6833

| | | |
|---|---|---|
| 12 Hd | 9440 | |
| 12 Hd | 9900 | |
| 12 Hd | 9905 | |
| 12 Hd | 9900 | |
| 12 Hd | 9650 | |
| 3 Hd | 2485 | |
| 63 Hd | 51,280 | |
| -1 Hd | -875 | |
| 62 Hd | 50,405 | |

62 Hd.   1ST TRUCK

DATE: 10-19-10

WEIGHT: _813 lb. per Hd._

GROSS: _____

TARE: _____

NET: _51,280  50,405_

_Sandra Strickland_

CONFIDENTIAL



3408 Highway 389 • Pheba, Mississippi 39755
662-494-6833 • 662-324-2301

62 NH

2nd Truck

5
25
25
7

DATE: _____10-19-10_____

WEIGHT: _____859 lb per NH_____

GROSS: _____

TARE: _____

NET: _____50,150_____

Sandra Strickland

CONFIDENTIAL

**135 West Market**
**New Albany, IN 47150**



EASTERN
IVESTOCK CO., LLC

DATE Sept 16, 2010

SELLER Eddie Strickland

ADDRESS Phila, Ms

BUYER Ed Edens IV

| NO. HD. | DESCRIPTION | WEIGHT | SHRINK | NET WT. | AV. WT. | PRICE | AMOUNT |
|---------|-------------|--------|--------|---------|---------|-------|--------|
| 183 | Steers | 152870 | -290 | 149813 | 819 | 102³⁶ | 154097.65 |
| | 819 | | | | | | |
| | -750  107.00 | | | | | | |
| | 69 × .06 = 4.14 | | | | | | |
| | 102.36 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| LESS PART PAYMENT | |
| BEEF CHECKOFF | -183°° |
| EARNEST MONEY | |
| TOTAL DEDUCTIONS | |
| NET PROCEEDS | 153914.65 |

CONFIDENTIAL

**BANKFIRST**
FINANCIAL SERVICES

A Better Way to Bank Since 1888.

DATE 9/20/10

DEPOSIT TO THE CREDIT OF

Strickland Farms

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE TERMS AND CONDITIONS OF THIS BANK'S COLLECTION AGREEMENT IN ACCORDANCE WITH MISSISSIPPI UNIFORM COMMERCIAL CODE. PLEASE USE ACCOUNT NUMBER

6060 701

⑆084201786⑆

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS | 153914 | 65 |
| | | |
| | | |
| (TOTAL OF CHECKS LISTED ON BACK) | | |
| REC'D BY | LESS CASH | |

$ 153914 65

41

---

**BANKFIRST**
FINANCIAL SERVICES

A Better Way To Bank

Strickland Farms

⑆556900000⑆

**COMMERCIAL LOAN     PAYMENT RECEIPT**

NOTE NUMBER
86061

EFFECTIVE DATE
092010

29  Pving Pol

TW     TOTAL PAYMENT
$ 153914 65

CONFIDENTIAL

STRICKLAND CATTLE

3408 Highway 389 • Pheba, Mississippi 39755
662-494-6833 • 662-324-2301

$12^{hd}$   9950   > 20,160
$12^{hd}$   10210

$12^{hd}$   9830   > 19905
$12^{hd}$   10 015

$12^{hd}$   10.345
$1^{hd}$   810
_____
51220

61 head
1st truck

DATE: _____9·16·16_____

WEIGHT: _____840_____

GROSS: _____

TARE: _____

NET: _____51,220_____

Sandra Strickland

CONFIDENTIAL

**STRICKLAND CATTLE**

3408 Highway 389 • Pheba, Mississippi 39755
662-494-6833 • 662-324-2301

12 hd 10,065
12 hd 9,895
12 hd 9,830
12 hd 9,995
13 hd 10,710
50,495

61 hd
2nd truck

DATE: 9-16-10

WEIGHT: 828

GROSS:

TARE:

NET: 50,495

*Sandra Strickland*

CONFIDENTIAL

# STRICKLAND CATTLE

3408 Highway 389 • Pheba, Mississippi 39755
662-494-6833 • 662-324-2301

12 hd 10,110
13 hd 10,930
12 hd 10,010
12 hd 10,160
12 hd 9,945
      51,155

61 Hd
3Rd tRuck

DATE: 9-16-10

WEIGHT: _____ 839 _____

GROSS: _____

TARE: _____

NET: _____ 51,155 _____

Sandra Strickland

CONFIDENTIAL

# Exhibit O

CONFIDENTIAL

# MILLER CATTLE CO.

**DANNY MILLER**
(662) 418-6900

P.O. BOX 816 · MARION, MS 39342
PHONE (601) 483-8207
TOLL-FREE (800) 833-4566

PHYSICAL ADDESS:
5125 Old Hwy 45N
Meridian, MS 39301

DATE ___August-20-2010___

PURCHASED FROM ___EDDIE STRICKLAND___

___3408 HWY 389___

___PHEBA MS 39755___

| NO. HEAD CATTLE | DESCRIPTION | WT. | PRICE | AMOUNT |
|---|---|---|---|---|
| 183 | COUNTRY STEERS | 147936 | $0.9968 | $147,462.60 |
| | | | | |
| | (LESS DOWN PAYMENT) | | | ($15,750.00) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 183 | | 147,936 | | $131,712.60 |

TERMS-DRAFT DRAWN [       ]                                        TOTAL

PAID                08/20/10
DATE
CK#    19569

| TRUCKING | | |
|---|---|---|
| DOWN MONEY | | |
| BEEF PROMOTION ($1 per head) | ($183.00) | |
| TOTAL DEDUCTIONS | ($183.00) | $131,529.60 |

TOTAL

CONFIDENTIAL

# BANKFIRST
### FINANCIAL SERVICES

*A Better Way to Bank Since 1888.*

DATE  8/31/10

DEPOSIT TO THE CREDIT OF

*Strickland Farm*

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE TERMS AND CONDITIONS OF THIS BANK'S COLLECTION AGREEMENT IN ACCORDANCE WITH MISSISSIPPI UNIFORM COMMERCIAL CODE. PLEASE USE ACCOUNT NUMBER

6060701

⑆084201786⑆

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

|  | DOLLARS | CENTS |
|---|---|---|
| CURRENCY |  |  |
| COIN |  |  |
| CHECKS | 19569 | 131529 60 |
|  |  |  |
| (TOTAL OF CHECKS LISTED ON BACK) |  |  |
| REC'D BY | LESS CASH |  |

TOTAL $ 131 529 60

4 1

---

# BANKFIRST
### FINANCIAL SERVICES
*A Better Way To Bank*

**COMMERCIAL LOAN    PAYMENT RECEIPT**

NOTE NUMBER  86061

EFFECTIVE DATE  M M D D Y Y  083110

*Strickland Farms*

29  Principal
TRANSACTION

TOTAL PAYMENT  $ 131 529 60

⑆556900000⑆

---

MILLER CATTLE CO., INC.

019569

EDDIE STRICKLAND
3408 HWY 389
PHEBA, MS 39755

183 HEAD OF CATTLE

Amount of Check  $131529.60

CONFIDENTIAL

Truck # Old Man

```
12 hd          9870  > 19855
12 hd          9985
12 hd          9840  > 19720
12 hd          9880
12 hd          9830  > 10685
 1 hd           855
---            ------
61 hd          50260
- 1  (7-24-25-5)  - 800  hurt foot
60            49460
+ 1 hd        + 825
---            ------
61 hd          50285      # 824 per hd
```

Truck # 2

```
12 hd          9710  > 19475
12 hd          9765
12 hd  (7-24-24-6)  9565  > 19725
12 hd         10160
13 hd         10960
---            ------
61 hd          50160      # 822 per hd
```

Truck # 3

```
12 hd          9955  > 20715
13 hd         10760
11 hd  (6-24-24-7)  9035  > 19805
13 hd         10770
13 hd         10700
---            ------
62 hd          51220
- 1            - 710
---            ------
61 hd          50510      # 828 per hd
```

CONFIDENTIAL

# STRICKLAND CATTLE

3408 Highway 389 • Pheba, Mississippi 39755
662-494-6833 • 662-324-2301

12 hd - 9870
12 hd 9985
12 hd 9780 9840
12 hd 9880
12 hd 9830
1 hd 865

50260
- 80 0
49460
+ 825
50 285

Truck #1
6/hd
( 7-24-25-5 )

DATE: 8-20-10

WEIGHT: 824 lbs a hd

GROSS: _____

TARE: _____

NET: 50,160

CONFIDENTIAL



Truck #2

3408 Highway 389 • Pheba, Mississippi 39755
662-494-6833 • 662-324-2301

61/hd
(7-24-24-6)

DATE: _8-20-10_

WEIGHT: _822_ /lbs per hd

GROSS: _____

TARE: _____

NET: _50,160_

CONFIDENTIAL



**STRICKLAND CATTLE**

3408 Highway 389 • Pheba, Mississippi 39755
662-494-6833 • 662-324-2301

TRUCK #3
61st
(6-24-24-7)

DATE: 8-20-10

WEIGHT: 828 lbs putd

GROSS:

TARE:

NET: 50,510

CONFIDENTIAL