United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
     Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4     User: kgoss2     Page 1 of 1     Date Rcvd: Apr 22, 2016  
                     Form ID: SF00200     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2016.

```
aty         +Christopher E. Baker,   Tucker Hester Baker & Krebs, LLC,   Regions Tower, 16th Floor,
              One Indiana Square,   Indianapolis, IN 46204-2004
aty         +Thomas Richard Alexander, II,   Richardson Gardner & Alexander,   117 East Washington Street,
              Glasgow, KY 42141-2696
cr           Amos Knopf,   6987 Hwy 278 West,   Ozan, AR  71855-9023
cr          +Bob's Auto, Inc. d/b/a Bob's Auto Supply,   PO Box 419,   Edmonton, KY 42129-0419
cr          +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
cr          +Bradbury & York,   4304 John Reagan,   Marshall, TX 75672-2522
cr          +C. B. Gilbert,   4374 Bloomfield Road,   Taylorsville, KY 40071-9060
cr           Denver Capps,   330 Frogue Road,   Burkesville, KY  42717-8891
adb         #+Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr           Fort Payne Stockyards,   PO  Box 681126,   Fort Payne, AL  35968-1612
op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd       +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,
              Castlewood, VA 24224-9686
ptcrd       +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
cr          +Mike Bradbury,   4304 John Reagan,   Marshall, TX 75672-2522
op           National Cattlemen's Beef Association,   Alice Devine,   Devine & Donley, LLC,
              534 S KS Ave Suite 1420,   Topeka, KA  66603
cr           Philip Martin,   6853 Fairview Rd,   Cookeville, TN  38501-9715
cr          +Sam Fousek,   29972 396th Ave,   Wagner, SD 57380-7124
op          +Southeastern Livestock Network LLC,   176 Pasadena Drive,   Lexington, KY 40503-2900
cr          +Tennessee Livestock Producers, Inc.,   P.O. Box 313,   Columbia, TN 38402-0313
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: asr@btcmlaw.com Apr 22 2016 22:19:05     Ashley S Rusher,
                Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            +C. B. Gilbert,   4374 Bloomfield Road,   Taylorsville, KY 40071-9060
cd*            +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr*            +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2016 at the address(es) listed below:  
NONE.                                                                                                  TOTAL: 0

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00200 (rev 01/2016)

In re:

**Eastern Livestock Co., LLC**,
    Debtor.

Case No. **10−93904−BHL−11**

# NOTICE OF HEARING

The Court, after reviewing this case, determines that a hearing is required to evaluate the following matter(s):

    Telephonic Hearing Re: Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 filed by Terry E. Hall on behalf of Trustee James A. Knauer with a Limited Objection filed by Creditor, Midwest Feeders, Inc

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  April 28, 2016
    Time:  02:40 PM EDT
    Place: Dial−in # 877−636−9498, Passcode 3935561607#

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  April 22, 2016
                                            Kevin P. Dempsey
                                          Clerk, U.S. Bankruptcy Court