UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 28, 2016 02:40 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

### Matters:

1) Telephonic Hearing Re:   Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 filed by Terry E. Hall on behalf of Trustee James A. Knauer  with a Limited Objection filed by Creditor, Midwest Feeders, Inc   [2862,2872]
   **R / M #:**   0 / 0

2) Objection to Motion to Compromise and/or Settle filed by Walter Scott Newbern III on behalf of Creditors Alabama Livestock Auction, Inc., Ashville Stockyard, Inc., Athens Stockyard, LLC, Billingsley Auction Sale, Inc., CPC Livestock, LLC, Glen Franklin, Macon Stockyards, Inc., Phillip Taylor Reed, Edward Strickland  [2862,2875]
   **R / M #:**   0 / 0

### Appearances:

TERRY HALL,  ATTORNEY FOR JAMES A. KNAUER
JAMES A. KNAUER, TRUSTEE , JAMES A. KNAUER
RANDALL D. LATOUR, ATTORNEY FOR FIFTH THIRD BANK
JOHN O'BRIEN, ATTORNEY FOR MIDWEST FEEDERS, INC.
WALTER SCOTT NEWBERN, ATTORNEY FOR CARROLL COUNTY LIVESTOCK SALES BARN, INC, DANIEL M. BYRD, GLEN FRANKLIN, PHILLIP TAYLOR REED, CPC LIVESTOCK, LLC, FLORIDA ASSOCIATION LIVESTOCK MARKETS, GLEN FRANKLIN CATTLE COMPANY, INC., EDWARD STRICKLAND, EDWARD J. EDENS, IV, E4 CATTLE CO., LLC, MATT ELLER, CLARK CHRISTENSEN, PEOPLES LIVESTOCK AUCTION, INC., ASHVILLE STOCKYARD, INC., SEALY AND SONS LIVESTOCK, LLP, ALABAMA LIVESTOCK AUCTION, INC., BILLINGSLEY AUCTION SALE, INC., ATHENS STOCKYARD, LLC, ROBERT RAWLS D/B/A ROBERT RAWLS LIVESTOC, MACON STOCKYARDS, INC., OCALA LIVESTOCK MARKET, INC., NORTH FLORIDA LIVESTOCK MARKET, INC., HARDEE LIVESTOCK MARKET, INC., COLUMBIA LIVESTOCK MARKET, INC., CATTLEMEN'S LIVESTOCK MARKET, INC., ARCADIA STOCKYARD, EAGLE BAY, INC., OAK LAKE CATTLE CO., RON SIZEMORE TRUCKING, INC., MADISON COUNTY LIVESTOCK MARKET, INC. D/, SUMTER COUNTY FARMERS MARKET, INC., OKEECHOBEE LIVESTOCK MARKET, INC., 2Z CATTLE COMPANY, VERNON INMAN, TENNESSEE VALLEY LIVESTOCK, FIRST BANK AND TRUST COMPANY, THE
DAVID ALAN DOMINA, ATTORNEY FOR MADDEN BROTHERS, NU-TECHNOLOGIES, INC, TRAVIS BELLAR, BELLAR FEED LOTS, INC., MADDEN BROTHERS, LLC
DEBORAH CARUSO -  ATTORNEY FOR  TRUSTEE KATHRYN PRY  (THOMAS GIBSON CASE)
JAY KENNEDY - ATTORNEY FOR TRUSTEE

### Proceedings:

(1,2)  Disposition:  Telephone Conference held.   Both objections are settled.   Motion Granted.  Order to be entered.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**