SO ORDERED: April 29, 2016.



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 08/2015)

In re:

**Eastern Livestock Co., LLC**,
Debtor.

Case No. **10–93904–BHL–11**

## ORDER

A(n) Objection was filed on April 20, 2016, by Creditor Denver Capps.

**IT IS ORDERED** that the Objection is **MOOT** (per Trustee – Creditor will receive a settlement as part of the proposed distribution).

The Clerk's Office will distribute this order.

###