```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                         Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                     Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0756-4         User: kgoss            Page 1 of 15             Date Rcvd: Apr 29, 2016
                             Form ID: sgeneric      Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2016.
aty            +Christopher E. Baker,    Tucker Hester Baker & Krebs, LLC,    Regions Tower, 16th Floor,
                 One Indiana Square,    Indianapolis, IN 46204-2004
aty            +Thomas Richard Alexander, II,    Richardson Gardner & Alexander,    117 East Washington Street,
                 Glasgow, KY 42141-2696
cr              Amos Knopf,   6987 Hwy 278 West,    Ozan, AR 71855-9023
cr             +Bob's Auto, Inc. d/b/a Bob's Auto Supply,    PO Box 419,    Edmonton, KY 42129-0419
cr             +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
cr             +Bradbury & York,    4304 John Reagan,    Marshall, TX 75672-2522
cr             +C. B. Gilbert,    4374 Bloomfield Road,    Taylorsville, KY 40071-9060
cr              Denver Capps,    330 Frogue Road,    Burkesville, KY 42717-8891
adb           #+Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
cr              Fort Payne Stockyards,    PO Box 681126,    Fort Payne, AL 35968-1612
op             +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                ?Louisville, KY 40202-3157
ptcrd          +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,
                 Castlewood, VA 24224-9686
ptcrd          +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
cr             +Mike Bradbury,    4304 John Reagan,    Marshall, TX 75672-2522
op              National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                 534 S KS Ave Suite 1420,    Topeka, KA 66603
cr              Philip Martin,    6853 Fairview Rd,    Cookeville, TN 38501-9715
cr             +Sam Fousek,    29972 396th Ave,    Wagner, SD 57380-7124
op             +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
cr             +Tennessee Livestock Producers, Inc.,    P.O. Box 313,    Columbia, TN 38402-0313
10483525       +3 B Farms,    709 N. Pratt,    P.O. Box 6,    Yates Center, KS 66783-0006
10483732       +Denver Capps,    P O Box 975,    Burkesville, KY 42717-0975

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: asr@btcmlaw.com Apr 29 2016 22:02:33      Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,    PO Drawer 25008,    Winston-Salem, NC 27114-5008
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            +C. B. Gilbert,    4374 Bloomfield Road,    Taylorsville, KY 40071-9060
cd*            +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
cr*            +Jeremy Coffey,    6205 Greensburg Road,    Columbia, KY 42728-9487
                                                                                         TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2016 at the address(es) listed below:
              Allen   Morris    on behalf of Creditor Todd  Rosenbaum amorris@stites.com, dgoodman@stites.com
              Allen   Morris    on behalf of Joined Party   Rosenbaum Feeder Cattle, LLC amorris@stites.com,
               dgoodman@stites.com
              Allen   Morris    on behalf of Defendant Todd  Rosenbaum amorris@stites.com, dgoodman@stites.com
              Allen   Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Allen   Morris    on behalf of Defendant    Intrust Bank, NA amorris@stites.com, dgoodman@stites.com
```

```
District/off: 0756-4           User: kgoss                Page 2 of 15               Date Rcvd: Apr 29, 2016
                               Form ID: sgeneric          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Allen  Morris    on behalf of Creditor    Rosenbaum Feeder Cattle Company, LLC amorris@stites.com, dgoodman@stites.com
          Amanda Dalton Stafford    on behalf of Plaintiff    James A. Knauer, Trustee ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer, Trustee ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Counter Defendant James A. Knauer, Trustee ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com
          Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards East, LLC amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant    Fort Payne Stockyards amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant    B&B Land and Livestock amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant Amos  Kropf amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant Jeremy  Coffey amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant Mike  Bradbury amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant    Bradbury & York amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards of Richmond, LLC amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards, LLC amelia.m.adams@gmail.com
          Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant Larry  Zeien, Jr. astosberg@lloydmc.com, vpennington@lloydmc.com
          Andrew D Stosberg    on behalf of Defendant Willie  Downs astosberg@lloydmc.com, vpennington@lloydmc.com
          Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com, vpennington@lloydmc.com
          Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C. avandiver@aswdlaw.com,  sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew T Kight    on behalf of Defendant Bill  Eberle akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Creditor Travis  Dicke akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant    Salem Livestock Auction, Inc. akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant Travis  Dicke akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant Gary  Krantz akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant Ronald  Stahl akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant    Arab Livestock Market, Inc. akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Creditor Bill  Eberle akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Creditor Russell D. Garwood akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com
          Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County traluy@rendigs.com
          Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County traluy@rendigs.com
          April A Wimberg    on behalf of Counterclaimant Stephen N. Kitchens awimberg@bgdlegal.com, jhenson@bgdlegal.com
          April A Wimberg    on behalf of Defendant Glen  Franklin awimberg@bgdlegal.com, jhenson@bgdlegal.com
          April A Wimberg    on behalf of Defendant Stephen N. Kitchens awimberg@bgdlegal.com, jhenson@bgdlegal.com
          Ben T. Caughey    on behalf of Defendant Allen  Barry ben.caughey@mcdlegalfirm.com
          Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@icemiller.com
          Ben T. Caughey    on behalf of Defendant    E4 Cattle Company, LLC ben.caughey@icemiller.com
          Bret S. Clement    on behalf of Creditor    First Bank and Trust Company, The bclement@acs-law.com, sfinnerty@acs-law.com
          Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
          Brian H Meldrum    on behalf of Creditor    Intrust Bank, NA bmeldrum@stites.com
          Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
          Brian H Meldrum    on behalf of Creditor Monty  Koller bmeldrum@stites.com
          Brian Robert Pollock    on behalf of Creditor    Intrust Bank, NA bpollock@stites.com
          Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com
          Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com

```
District/off: 0756-4           User: kgoss                 Page 3 of 15                  Date Rcvd: Apr 29, 2016
                               Form ID: sgeneric           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              C. R. Bowles, Jr    on behalf of Counterclaimant    Madison Cattle cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor    Randy Hoover & Son, LLC cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Breeding Brothers cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    Randy Hoover and Son cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counterclaimant Jeffrey  Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant    ADM Investor Services, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Southland Haulers, LLC
               cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Joined Party    Francis J. Madison, Jeffrey Madison and Madison Ca
               cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Plaintiff    Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counterclaimant Francis J. Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor    B&B Farms cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee    U.S. Trustee Charles.R.Wharton@usdoj.gov
              Chrisandrea L. Turner    on behalf of Defendant    Cornelison Farms, FLP clturner@stites.com
              Chrisandrea L. Turner    on behalf of Creditor    Cornelison Farms, LLC clturner@stites.com
              Christie A. Moore    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               cm@gdm.com, ljs2@gdm.com
              Christie A. Moore    on behalf of Counter Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Plaintiff    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Cross Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Defendant    Superior Livestock Auction cm@gdm.com, ljs2@gdm.com
              Christopher E. Baker    on behalf of Creditor    Capitol Indemnity Corporation cbaker@thbklaw.com,
               thignight@thbklaw.com
```

```
District/off: 0756-4                User: kgoss                   Page 4 of 15                   Date Rcvd: Apr 29, 2016
                                    Form ID: sgeneric             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Christopher M. Trapp    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               chris_m_trapp@hotmail.com
              Christopher M. Trapp    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               chris_m_trapp@hotmail.com
              Christopher M. Trapp    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               chris_m_trapp@hotmail.com
              Daniel D. Bobilya    on behalf of Defendant    Irsik & Doll Feed Services, Inc.
               dbobilya@bobilyalawgroup.com, lauras@b-blegal.com
              Daniel J. Donnellon    on behalf of Creditor    First Bank and Trust Company, The
               ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
              Daniel J. Donnellon    on behalf of Cross Defendant    The First Bank and Trust Company
               ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
              Daniel J. Donnellon    on behalf of Intervenor    The First Bank and Trust Company
               ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
              Daniel J. Donnellon    on behalf of Cross Defendant    First Bank & Trust Company
               ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
              David A. Laird    on behalf of Creditor    Peoples Bank of Coldwater Kansas
               david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David A. Laird    on behalf of Cross Defendant    Peoples Bank david.laird@moyewhite.com,
               lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina    on behalf of Creditor    Nu-Technologies, Inc dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina    on behalf of Creditor Travis  Bellar dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina    on behalf of Creditor    Madden Brothers dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina    on behalf of Creditor    Madden Brothers, LLC dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina    on behalf of Creditor    Bellar Feed Lots, Inc. dad@dominalaw.com,
               KKW@dominalaw.com;efiling@dominalaw.com
              David Cooper Robertson    on behalf of Defendant Monty Larry Koller crobertson@stites.com,
               docketclerk@stites.com
              David Cooper Robertson    on behalf of Defendant    Intrust Bank, NA crobertson@stites.com,
               docketclerk@stites.com
              David H Kleiman    on behalf of Mediator David H. Kleiman dkleiman@beneschlaw.com,
               ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
              David L. Abt    on behalf of Plaintiff    Rush Creek Ranch, LLP davidabt@mwt.net
              David L. Abt    on behalf of Other Professional David L. Abt davidabt@mwt.net
              David L. Abt    on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
              David L. LeBas    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas    on behalf of Creditor    J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
               koswald@namanhowell.com
              David L. LeBas    on behalf of Third-Party Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com, koswald@namanhowell.com
              David L. LeBas    on behalf of Counter Defendant    J&F Oklahoma Holdings, Inc.
               dlebas@namanhowell.com, koswald@namanhowell.com
              David W. Brangers    on behalf of Defendant    Hurstbourne Landings Development Co., LLC
               dbrangers@lawyer.com
              Deborah  Caruso    on behalf of Other Professional Kathryn  Pry dcaruso@rubin-levin.net,
               dwright@rubin-levin.net;mcruser@rubin-levin.net
              Deborah  Caruso    on behalf of Third-Party Defendant Kathryn L. Pry dcaruso@rubin-levin.net,
               dwright@rubin-levin.net;mcruser@rubin-levin.net
              Dustin R. DeNeal    on behalf of Member Debtor    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Plaintiff    Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Counterclaimant James A. Knauer dustin.deneal@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal    on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King    on behalf of Creditor    Fifth Third Bank tking@fbtlaw.com,
               lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
              Elliott D. Levin    on behalf of Defendant Gene  Stoops edl@rubin-levin.net,
               atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Plaintiff    Superior Livestock Auction, Inc. edl@rubin-levin.net,
               atty_edl@trustesolutions.com
              Elliott D. Levin    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               robin@rubin-levin.net, edl@trustesolutions.net
              Eric C Redman    on behalf of Defendant    Bankfirst Financial Services ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
              Eric C Redman    on behalf of Cross Defendant Edward  Strickland ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
```

```
District/off: 0756-4                  User: kgoss                   Page 5 of 15                   Date Rcvd: Apr 29, 2016
                                      Form ID: sgeneric             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Eric C Redman   on behalf of Defendant Edward  Strickland ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
        Eric C Redman   on behalf of Intervenor  Strickland Farms ksmith@redmanludwig.com,
         kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
        Eric W. Richardson   on behalf of Creditor  Fifth Third Bank ewrichardson@vorys.com,
         bjtobin@vorys.com
        Erick P Knoblock   on behalf of Third-Party Defendant Kathryn L. Pry eknoblock@daleeke.com
        Erick P Knoblock   on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com
        Erin Casey Nave   on behalf of Defendant   J & S Feedlots, Inc. enave@taftlaw.com,
         ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Kevin  Manthey enave@taftlaw.com,
         ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Brandon  Zeisler enave@taftlaw.com,
         ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Erin Casey Nave   on behalf of Defendant Thomas R. Glover enave@taftlaw.com,
         ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
        Harmony A Mappes   on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
         harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Counterclaimant James A. Knauer, Trustee
         harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Third-Party Plaintiff James A. Knauer, Trustee
         harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Plaintiff  Okie Farms, L.L.C. harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Counterclaimant James A. Knauer harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Harmony A Mappes   on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com,
         sarah.herendeen@faegrebd.com
        Ivana B. Shallcross   on behalf of Petitioning Creditor   Southeast Livestock Exchange LLC
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Cross Defendant   Superior Livestock Auction, Inc.
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Cross Defendant   Hodge Livestock Network Incorporated
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant Jeffrey  Madison ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant   Northwest Alabama Livestock Auction
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant   Hodge Livestock Network Incorporated
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Petitioning Creditor   Moseley Cattle Auction, LLC
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Plaintiff   Superior Livestock Auction, Inc.
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant   Madison Cattle ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Creditor   Joplin Regional Stockyards ishallcross@bgdlegal.com,
         smays@bgdlegal.com;tmills@bgdlegal.com
        Ivana B. Shallcross   on behalf of Defendant   Superior Livestock Auction
         ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
        Jack S Dawson   on behalf of Defendant   Nichols Livestock jdawson@millerdollarhide.com,
         jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
        Jack S Dawson   on behalf of Defendant Ricky  Beard jdawson@millerdollarhide.com,
         jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
        Jack S Dawson   on behalf of Creditor   Jane, LLC jdawson@millerdollarhide.com,
         jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

```
District/off: 0756-4                  User: kgoss                   Page 6 of 15                  Date Rcvd: Apr 29, 2016
                                      Form ID: sgeneric              Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jack S Dawson     on behalf of Defendant    Jane, LLC jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Jane   Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Robert   Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Creditor    Nichols Livestock jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Creditor Robert   Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              James A. Knauer      jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Trustee James A. Knauer jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Intervenor James   Knauer jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff    James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Counterclaimant James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James B. Lind    on behalf of Counter Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Counter Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Third-Party Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Creditor    Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Defendant Gary   Tate, d/b/a Tate Ranch bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Johnny   Mayo, Jr. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Tom   Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Tom   Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bobby   Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Eddie   Eicke bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bill   Davis bjtexas59@hotmail.com, bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Eddie   Eickie bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Frank   Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net
              James E Rossow, Jr.    on behalf of Counter Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net
              James E Rossow, Jr.    on behalf of Third-Party Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net
              James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee, III     on behalf of Cross Defendant    Vermilion Ranch Corp.
               jmcghee@kplouisville.com, james.mcghee@gmail.com
              James Edwin McGhee, III     on behalf of Creditor    Vermilion Ranch Corporation
               jmcghee@kplouisville.com, james.mcghee@gmail.com
              James G. Lauck    on behalf of Plaintiff James A. Knauer, Trustee jgl@kgrlaw.com, kmw@kgrlaw.com
              James M. Carr    on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James M. Carr    on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James M. Carr    on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James R Irving    on behalf of Defendant Jeffrey   Madison jirving@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              James R Irving    on behalf of Defendant    Madison Cattle jirving@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              James R Irving    on behalf of Defendant Francis J. Madison jirving@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              James T Young    on behalf of Intervenor Michael J Walro james@rubin-levin.net,
               lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com
              Jason P Wischmeyer    on behalf of Defendant    G. Anderson Farms, Inc. jason@wischmeyerlaw.com
              Jason W. Cottrell    on behalf of Creditor Rex   Elmore jwc@stuartlaw.com, jbr@stuartlaw.com
```

```
District/off: 0756-4                User: kgoss                  Page 7 of 15                  Date Rcvd: Apr 29, 2016
                                    Form ID: sgeneric            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Jay Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay Jaffe    on behalf of Plaintiff James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Trustee James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff    James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Defendant Rex  Mooney jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Counter Defendant James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jeffrey J. Graham    on behalf of Defendant    Arab Livestock Market, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    J & S Feedlots, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey L Hunter    on behalf of Joined Party    United States Department of Agriculture, Grain Ins
               jeff.hunter@usdoj.gov,    USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov
              Jeffrey R. Erler    on behalf of Cross-Claimant    DeCordova Cattle Company jerler@ghjhlaw.com,
               cboston@ghjhlaw.com;lwadley@ghjhlaw.com
              Jeffrey R. Erler    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jerler@ghjhlaw.com,    cboston@ghjhlaw.com;lwadley@ghjhlaw.com
              Jennifer Watt    on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com,  tjf@kgrlaw.com
              Jennifer Watt    on behalf of Trustee James A. Knauer jwatt@kgrlaw.com,  tjf@kgrlaw.com
              Jennifer Watt    on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com,  tjf@kgrlaw.com
              Jennifer Watt    on behalf of Plaintiff    James A. Knauer, Trustee jwatt@kgrlaw.com,
               tjf@kgrlaw.com
              Jennifer Joyce Tompkins    on behalf of Defendant Chad  Houck jenniferjtompkins@hotmail.com
              Jennifer Joyce Tompkins    on behalf of Defendant    Flying M Ranch jenniferjtompkins@hotmail.com
              Jennifer Joyce Tompkins    on behalf of Defendant    Faith Cattle Company
               jenniferjtompkins@hotmail.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff    Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com
              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Livestock LLC
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant Donald K. Garrett jessica.olsheski@justice-law.net,
               julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Counterclaimant Donald K. Garrett
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Livestock, LLC
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Builders, LLC
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    J & L Farms, LLC
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Builders LLC
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    J&L Farms LLC
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party Donald K. Garrett
               jessica.olsheski@justice-law.net,    julie.streich@justice-law.net
              Jill Zengler Julian    on behalf of Joined Party    United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe Lee Brown    on behalf of Defendant    Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
              Joe T. Roberts    on behalf of Counterclaimant    Laurel Livestock Market, INC.
               jratty@windstream.net
              John Huffaker    on behalf of Creditor    Friona Industries, LP john.huffaker@sprouselaw.com,
               rhonda.rogers@sprouselaw.com
              John Huffaker    on behalf of Plaintiff    Friona Industries, LP john.huffaker@sprouselaw.com,
               rhonda.rogers@sprouselaw.com
              John O'Brien    on behalf of Creditor    Midwest Feeders, Inc. jobrien@swlaw.com,
               agodfrey@swlaw.com
              John D Dale, Jr.    on behalf of Creditor C. B. Gilbert Johndaleatty@msn.com
              John D Dale, Jr.    on behalf of Counterclaimant C. B. Gilbert Johndaleatty@msn.com
              John D Dale, Jr.    on behalf of Defendant C. B. Gilbert Johndaleatty@msn.com
              John David Hoover    on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
              John David Hoover    on behalf of Special Counsel    Hoover Hull LLP jdhoover@hooverhull.com
              John Frederick Massouh    on behalf of Defendant    Rufenacht Commodities, Inc.
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Third-Party Defendant    Friona Industries, L.P.
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Counter Defendant    Cactus Growers, Inc.
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
```

```
District/off: 0756-4           User: kgoss                 Page 8 of 15                  Date Rcvd: Apr 29, 2016
                               Form ID: sgeneric           Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John Frederick Massouh    on behalf of Defendant    Cattlemen's Feedlot, Ltd.
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Counter Defendant    Friona Industries, LP
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor Zeien II   Larry john.massouh@sprouselaw.com,
               sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    ADM Investor Services, Inc.
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Plaintiff    Friona Industries, LP
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    Friona Industries, LP
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Defendant Robert    Rufenacht john.massouh@sprouselaw.com,
               sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor    Rufenacht Commodities, Inc.
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Creditor Robert    Rufenacht john.massouh@sprouselaw.com,
               sherida.stone@sprouselaw.com
              John Frederick Massouh    on behalf of Counter Defendant    Friona Industries, L.P.
               john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
              John Hunt Lovell    on behalf of Counter Defendant    Friona Industries, LP john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Creditor    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Defendant    Demaio Farms & Ranches, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Third-Party Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Creditor    De Maio Farms & Ranches, Inc. a/k/a de Maio Land a
               john@lovell-law.net,    sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Counter Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John Hunt Lovell    on behalf of Third-Party Defendant    Cactus Growers, Inc. john@lovell-law.net,
               sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
              John M. Rogers    on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
               marie@rubin-levin.net
              John M. Rogers    on behalf of Defendant Gene    Stoops johnr@rubin-levin.net,   marie@rubin-levin.net
              John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com
              John R. Burns, III    on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
               sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               john.burns@faegrebd.com,    sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Carr, III    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John R. Carr, III    on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
               sfinnerty@acs-law.com
              John W Ames    on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor Ron P. Reed james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              John W Ames    on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Joseph H Rogers, III    on behalf of Defendant Robert    Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant Jane    Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant    Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua Elliott Clubb    on behalf of Defendant Tim   White joshclubb@gmail.com
```

```
District/off: 0756-4           User: kgoss               Page 9 of 15              Date Rcvd: Apr 29, 2016
                               Form ID: sgeneric         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Joshua Elliott Clubb    on behalf of Other Professional    Kentucky Cattlemen's Association
               joshclubb@gmail.com
              Joshua N. Stine    on behalf of Counter Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Counter Defendant    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor    Deere & Company lobring@msn.com
              Karen L. Lobring    on behalf of Creditor    FPC Financial, f.s.b. lobring@msn.com
              Kayla D. Britton    on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Kayla D. Britton    on behalf of Trustee James A. Knauer kayla.britton@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Kelly Greene McConnell    on behalf of Creditor    AB Livestock, LLC lisahughes@givenspursley.com
              Kelly Greene McConnell    on behalf of Creditor    Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Counter Defendant    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank kabritt@vorys.com,
               cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
              Kevin J. Mitchell    on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com,
               cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
              Kevin M. Toner    on behalf of Third-Party Plaintiff James A. Knauer, Trustee
               kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Counterclaimant James A. Knauer, Trustee kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Counterclaimant James A. Knauer kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Member Debtor    Okie Farms, L.L.C. kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               kevin.toner@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff    Okie Farms, L.L.C. kevin.toner@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk   Crutcher    on behalf of Counter Defendant Gene   Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com
              Kirk   Crutcher    on behalf of Cross Defendant Gene   Shipman kcrutcher@mcs-law.com,
               jparsons@mcs-law.com
              Kirk   Crutcher    on behalf of Creditor Gene   Shipman kcrutcher@mcs-law.com,   jparsons@mcs-law.com
              Laura Day DelCotto    on behalf of Cross-Claimant Alton   Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Blue Grass Stockyards of Campbellsville, LLC
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Blue Grass Stockyards East, LLC
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant    B&B Land and Livestock ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    East Tennessee Livestock Center, Inc.
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant    Bradbury & York ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Creditor    Piedmont Livestock, Inc. ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant Amos   Kropf ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant    Piedmont Livestock, Inc.
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com

```
District/off: 0756-4           User: kgoss                  Page 10 of 15                  Date Rcvd: Apr 29, 2016
                               Form ID: sgeneric            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Laura Day DelCotto    on behalf of Defendant    Fort Payne Stockyards ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor Alton  Darnell ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Blue Grass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross Defendant    Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Defendant Jeremy  Coffey ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Defendant Mike  Bradbury ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Blue Grass Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross Defendant Alton  Darnell ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Bluegrass Stockyards East, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    First Bank and Trust Company, The ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor Michael Wade Loula ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Special Counsel    Delcotto Law Group PLLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Bluegrass Stockyards of Richmond, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Blue Grass Maysville Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Blue Grass South Livestock Market, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Bluegrass Stockyards, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Southeast Livestock Exchange, LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Piedmont Livestock Company, Inc. ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Creditor    Alton Darnell dba Darnell Alton Barn ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County courtmail@tilfordlaw.com
        Mark A. Robinson    on behalf of Defendant    Atkinson Livestock Market, LLC mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Defendant    Demaio Farms & Ranches, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Third-Party Plaintiff    Cactus Growers, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Defendant    Ganado, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Defendant Brian  Witt mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson@dgeglaw.com
        Martha R. Lehman    on behalf of Creditor    Janousek Farms, Inc. mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
        Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas kim.maynes@moyewhite.com
        Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Company, LP indyattorney@hotmail.com

Case 10-93904-BHL-11   Doc 2881   Filed 05/01/16   EOD 05/02/16 00:28:26   Pg 11 of 16

```
District/off: 0756-4                  User: kgoss                      Page 11 of 15                  Date Rcvd: Apr 29, 2016
                                      Form ID: sgeneric                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Matthew R. Strzynski    on behalf of Defendant    Plateau Production Company
               indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Management, LLC
               indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant Tobin M. Parker indyattorney@hotmail.com
              Melissa S. Giberson    on behalf of Counter Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Third-Party Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Counter Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Meredith R. Theisen    on behalf of Other Professional Kathryn  Pry mtheisen@rubin-levin.net,
               dwright@rubin-levin.net;mcruser@rubin-levin.net
              Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue
               michael.willey@ag.tn.gov
              Michael W. McClain    on behalf of Defendant Nancy G. McDonald mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Defendant John F. Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Matthew  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Patrick  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Anna  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Creditor Grant  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Amanda  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Creditor    GP Cattle LLC mmcclain@mcclaindewees.com
              Michael Wayne Oyler    on behalf of Creditor    Your Community Bank moyler@rwsvlaw.com
              Niccole R. Sadowski    on behalf of Creditor    Capitol Indemnity Corporation nsadowski@thbklaw.com,
               twilkerson@thbklaw.com;mmurray@thbklaw.com
              Patrick B Griffin    on behalf of Other Professional    Wells Fargo Bank, National Association
               patrick.griffin@kutakrock.com,    stephanie.brockman@kutakrock.com
              Paul M. Hoffmann    on behalf of Defendant    ADM Investor Services, Inc.
               paul.hoffmann@stinsonleonard.com
              Paul M. Hoffmann    on behalf of Creditor    ADM Investor Services, Inc.
               paul.hoffmann@stinsonleonard.com
              Peter M Gannott    on behalf of Other Professional    Laurel Livestock Market Inc.
               pgannott@gannottlaw.com,    gannottlaw@gmail.com
              Peter M Gannott    on behalf of Counterclaimant    Laurel Livestock Market, INC.
               pgannott@gannottlaw.com,    gannottlaw@gmail.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Counter Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Cross-Claimant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Third-Party Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Counter Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Creditor    Fifth Third Bank RDLatour@vorys.com,    kcmunn@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Creditor    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Third-Party Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross-Claimant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Other Professional    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert H. Foree    on behalf of Creditor    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Defendant    Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
```

**Case 10-93904-BHL-11   Doc 2881   Filed 05/01/16   EOD 05/02/16 00:28:26   Pg 12 of 16**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ronald J. Moore     on behalf of U.S. Trustee    U.S. Trustee Ronald.Moore@usdoj.gov
              Ross A. Plourde     on behalf of Creditor    Crumpler Bros. ross.plourde@mcafeetaft.com,
               penni.jones@mcafeetaft.com
              Ross A. Plourde     on behalf of Creditor    Stockman Oklahoma Livestock Marketing, Inc.
               ross.plourde@mcafeetaft.com,   penni.jones@mcafeetaft.com
              Ross A. Plourde     on behalf of Creditor    The Bank of Kremlin ross.plourde@mcafeetaft.com,
               penni.jones@mcafeetaft.com
              Ross A. Plourde     on behalf of Creditor Brent   Kuehny ross.plourde@mcafeetaft.com,
               penni.jones@mcafeetaft.com
              Sandra D. Freeburger     on behalf of Cross Defendant Anna Gayle Gibson sfreeburger@dsf-atty.com,
               scain@dsf-atty.com
              Sandra D. Freeburger     on behalf of Joined Party Anna Gayle Gibson sfreeburger@dsf-atty.com,
               scain@dsf-atty.com
              Sandra D. Freeburger     on behalf of Creditor    Gibson Farms. LLC sfreeburger@dsf-atty.com,
               scain@dsf-atty.com
              Sandra D. Freeburger     on behalf of Creditor     Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com,   scain@dsf-atty.com
              Sarah Elizabeth Sharp     on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               sarah.sharp@faegrebd.com
              Sarah Elizabeth Sharp     on behalf of Trustee James A. Knauer sarah.sharp@faegrebd.com
              Scott R Leisz    on behalf of Defendant    Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
               dsams@bgdlegal.com
              Sean T. White    on behalf of Special Counsel    Hoover Hull LLP swhite@hooverhullturner.com,
               malexander@hooverhullturner.com
              Sean T. White    on behalf of Trustee James A. Knauer swhite@hooverhullturner.com,
               malexander@hooverhullturner.com
              Shawna M Eikenberry     on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry     on behalf of Plaintiff James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry     on behalf of Intervenor James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry     on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry     on behalf of U.S. Trustee    U.S. Trustee shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry     on behalf of Cross Defendant James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry     on behalf of Counterclaimant James A. Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shiv Ghuman O'Neill     on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Shiv Ghuman O'Neill     on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand     on behalf of Intervenor    The First Bank and Trust Company
               sweigand@ficlaw.com
              Stephen E. Schilling     on behalf of Defendant    E4 Cattle Company, LLC seschilling@strausstroy.com
              Stephen E. Schilling     on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
              Steven A. Brehm     on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,   bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm     on behalf of Plaintiff    Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm     on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,   bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm     on behalf of Defendant    Superior Livestock Auction sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven Eric Runyan     on behalf of Defendant    ADM Investor Services, Inc. ser@kgrlaw.com
              Steven Eric Runyan     on behalf of Plaintiff    James A. Knauer, Trustee ser@kgrlaw.com
              Suzanne M Shehan     on behalf of Other Professional    Wells Fargo Bank, National Association
               suzanne.shehan@kutakrock.com,   nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
              Terrill K. Moffett     on behalf of Defendant Rex   Mooney kendalcantrell@moffettlaw.com
              Terry E. Hall    on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Counterclaimant James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos     on behalf of Creditor    General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor    Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               rjenkins@bgdlegal.com
              Thomas P Glass    on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
              Thomas P Glass    on behalf of Defendant    E4 Cattle Company, LLC tpglass@strausstroy.com
              Timothy T. Pridmore     on behalf of Creditor Gabriel   Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
```

Case 10-93904-BHL-11    Doc 2881    Filed 05/01/16    EOD 05/02/16 00:28:26    Pg 13 of 16

```
District/off: 0756-4           User: kgoss                  Page 13 of 15                  Date Rcvd: Apr 29, 2016
                               Form ID: sgeneric            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Timothy T. Pridmore    on behalf of Counterclaimant Gabriel  Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston     on behalf of Counterclaimant Gabriel  Moreno tjohnston@mcjllp.com
              Todd J. Johnston     on behalf of Creditor Gabriel  Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor    Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern, III    on behalf of Creditor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ron Sizemore Trucking, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Phillip Taylor Reed wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    First Bank and Trust Company, The
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Columbia Livestock Market of Lake City, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Ernest  Elder wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sumter County Farmers Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
```

Case 10-93904-BHL-11    Doc 2881    Filed 05/01/16    EOD 05/02/16 00:28:26    Pg 14 of 16

```
District/off: 0756-4               User: kgoss                  Page 14 of 15                  Date Rcvd: Apr 29, 2016
                                   Form ID: sgeneric            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Walter Scott Newbern, III    on behalf of Defendant    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
               Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Tom  Freeman wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Billingsley Auction Sale, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Columbia Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Robert  Rawls d/b/a Robert Rawls Livestock
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Third-Party Defendant    CPC Livestock, LLC
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Columbia Livestock Market of Lake City,
               Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sealy And Sons Livestock, LLP
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Florida Association Livestock Markets
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ocala Livestock Market, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Carroll Co L/S Sale Barn, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ron Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Hardee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ocala Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Townsend Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ronald Sizemore Trucking, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Peoples Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Macon Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Macon Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Oak Lake Cattle Co. wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Wendy W Ponader    on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
               sarah.herendeen@faegrebd.com
              William E Smith, III    on behalf of Defendant    Tulsa Stockyards wsmith@k-glaw.com,
               sking@k-glaw.com
```

```
District/off: 0756-4          User: kgoss              Page 15 of 15            Date Rcvd: Apr 29, 2016
                              Form ID: sgeneric        Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         William E Smith, III    on behalf of Defendant    South Coffeyville Stockyards wsmith@k-glaw.com, sking@k-glaw.com
         William E Smith, III    on behalf of Creditor    Coffeyville Livestock Market, LLC wsmith@k-glaw.com,  sking@k-glaw.com
         William K. Flynn    on behalf of Defendant    E4 Cattle Company, LLC wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
         William K. Flynn    on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
         William K. Flynn    on behalf of Creditor    Edward J. Edens, IV wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
         William K. Flynn    on behalf of Creditor    E4 Cattle Co., LLC wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
         William Robert Meyer, II    on behalf of Defendant Monty Larry Koller rmeyer@stites.com, dgoodman@stites.com
         William Robert Meyer, II    on behalf of Creditor Todd  Rosenbaum rmeyer@stites.com, dgoodman@stites.com
         William Robert Meyer, II    on behalf of Defendant    Intrust Bank, NA rmeyer@stites.com, dgoodman@stites.com
         William Robert Meyer, II    on behalf of Creditor    Republic Bank and Trust Company rmeyer@stites.com,  dgoodman@stites.com
         William Robert Meyer, II    on behalf of Creditor    Rosenbaum Feeder Cattle Company, LLC rmeyer@stites.com,  dgoodman@stites.com
         William Robert Meyer, II    on behalf of Defendant Todd  Rosenbaum rmeyer@stites.com, dgoodman@stites.com

         TOTAL: 606

SO ORDERED: April 29, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 08/2015)

In re:

**Eastern Livestock Co., LLC**,
    Debtor.

Case No. **10–93904–BHL–11**

### ORDER

A(n) Objection was filed on April 20, 2016, by Creditor Denver Capps.

**IT IS ORDERED** that the Objection is **MOOT** (per Trustee – Creditor will receive a settlement as part of the proposed distribution).

The Clerk's Office will distribute this order.

                          ###