UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re: )
)
EASTERN LIVESTOCK CO., LLC, ) Case Number: 10-93904-BHL-11
)
Debtor. )

POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending: 3/31/2016
Confirmation Date: 12/20/2012

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $100,364.90 | $226,000.00 | $112,825.00 | $439,189.90 |
| Cash Disbursements, including plan payments | -$2,429.06 | -$2,070.54 | -$106,496.89 | -$110,996.49 |
| Total | $97,935.84 | $223,929.46 | $6,328.11 | $328,193.41 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $2,429.06 | $2,070.54 | $106,496.89 | $110,996.49 |
| Secured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $2,429.06 | $2,070.54 | $106,496.89 | $110,996.49 |

1. Have Quarterly U.S. Trustee Fees been paid?    (Yes)    No
   If no, please explain.

2. Have all payments been made as set forth in the plan?    Yes    (No)
   If no, please explain.
   *The Trustee continues to make plan payments*

3. Have all property sales and transfers set forth in the plan been completed?
   If no, please explain.    Yes    (No)
   *Transfers will not be complete until the Trustee resolves all*
   *adversary proceedings and finalizes the allowed amount of claims*

4. Have any distributions been made to stockholders of the debtor?
   If yes, please explain.                                              Yes    (No)

5. Is the debtor current on all post confirmation taxes?               (Yes)    No
   If no, please explain.

6. Have all claims been resolved?                                       Yes    (No)
   If no, please explain.
   *Certain claims are subject to disallowance in adversary proceedings.*

7. When will the application for final decree be filed?
   *Once the estate has been fully administered.*
   *Estimated date is year end 2016*

8. Is this a final report?                                              Yes    (No)
   If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is complete, true and correct to the best of my knowledge, information and belief.

By: _____     Dated: 5/3/16
    James A. Knauer
    Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

## ELC Operating Receipts

**EASTERN LIVESTOCK CO., LLC,**
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

| Name of Bank | JP Morgan Chase Bank NA |
| --- | --- |
| Account Number | 922019401 |
| Purpose of Account | Operating Account |
| Type of Account | Checking Account |

| Date of Transaction | Payer | Purpose or Description | Amount | |
| --- | --- | --- | --- | --- |
| 01/06/2016 | Anthem Dividend | Misc. Income | $ 312.50 | |
| 01/06/2016 | Utility Company Rebate | Misc. Income | $ 52.40 | |
| 01/22/2016 | E.4 Cattle Company | Settlement | $ 100,000.00 | |
| | Total 01/01/2016-01/31/2016 | | | $ 100,364.90 |
| 02/17/2016 | Atkinson Livestock Market | Settlement | $ 86,000.00 | |
| 02/17/2016 | ClicRwright | Settlement | $ 15,000.00 | |
| 02/22/2016 | Rosenbaum Feeder Cattle | Settlement | $ 25,000.00 | |
| 02/03/2016 | Transfer from Escrow | | $ 100,000.00 | |
| | Total 02/01/2016-02/29/16 | | | $ 226,000.00 |
| 03/30/2016 | Rosenbaum Feeder Cattle | Settlement | $ 12,500.00 | |
| 03/30/2016 | Anthem dividend | Misc. Income | $ 325.00 | |
| 03/30/2016 | Brian Witt | Settlement | $ 100,000.00 | |
| | Total 12/01/15-12/31/15 | | | $ 112,825.00 |
| | Total for report | | | $ 439,189.90 |

Page 1 of 1

2:28 PM
04/12/13

# ELC Operating
# Disbursements

| EASTERN LIVESTOCK CO., LLC, | | | Case Number: 10-93904-BHL-11 | | |
|---|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | | |
| | Name of Bank | | JP Morgan Chase Bank NA | | |
| | Account Number | | 922019401 | | |
| | Purpose of Account | | Operating Account | | |
| | Type of Account | | Checking Account | | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 2029 | 01/04/2016 | Beth Royalty | Storage | -325.00 | |
| 2030 | 01/04/2016 | BMC Group, Inc. | Claims Agent | -70.75 | |
| 2031 | 01/05/2016 | Donald B. Fogle CPA | Accounting Services | -1,100.00 | |
| 2032 | 01/07/2016 | The Data Vault | Storage | -933.31 | |
| | | Total 01/01/2016-01/31/2016 | | | $ (2,429.06) |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 2033 | 02/08/2016 | The Data Vault | Storage | -324.48 | |
| 2034 | 02/17/2016 | Beth Royalty | Storage | -325.00 | |
| 2036 | 02/17/2016 | Conner Reporting | Court Reporter | -999.92 | |
| 2037 | 02/24/2016 | BMC Group, Inc | Claims Agent | -412.34 | |
| Fees | 02/19/2016 | ADP | Payroll Expense | -8.80 | |
| | | Total 02/01/2016-02/29/2016 | | | $ (2,070.54) |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 2038 | 03/02/2016 | Beth Royalty | Storage | -325.00 | |
| 2039 | 03/07/2016 | The Data Vault | Storage | -324.48 | |
| 2040 | 03/21/2016 | ISU Insurance Services | Insurance | -5,000.00 | |
| 2041 | 03/28/2016 | BMC Group, Inc. | Claims Agent | -419.25 | |
| 2042 | 03/28/2016 | BMC Group, Inc. | Claims Agent | -415.21 | |
| Fees | 03/25/2016 | ADP | | -12.95 | |
| Transfer | 03/30/2016 | Escrow Account | | -100,000.00 | |
| | | Total 03/01/2016-03/31/2016 | | | $ (106,496.89) |
| | | Total for report | | | $ (110,996.49) |

Page 1 of 1

ELC
Schedule of Receipts and Disbursement
Schedule of Bank Account Reconcilations

EASTERN LIVESTOCK CO., LLC,
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements Operating Account** | JP Morgan Chase Bank NA 922019401 | | |
| CASH (Beginning of Period) | $ 929,730.00 | $ 1,027,665.84 | $ 1,251,595.30 |
| Income or Receipts during the period | $ 100,364.90 | $ 226,000.00 | $ 112,825.00 |
| Transfer (to) from Escrow Account | $ - | | $ - |
| Transder (to) from Separate Account | $ - | | $ - |
| Disbursements | $ (2,429.06) | $ (2,070.54) | $ (106,496.89) |
| CASH (End of Period) | $ 1,027,665.84 | $ 1,251,595.30 | $ 1,257,923.41 |

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconcilation Operating Account** | JP Morgan Chase Bank NA 922019401 | | |
| Balance per Bank | $ 1,028,102.05 | $ 1,252,031.51 | $ 1,259,194.08 |
| Deposits in Transit | $ - | $ - | $ - |
| Outstanding Checks | 1746 $ (66.05) | 1746 $ (66.05) | 1746 $ (66.05) |
| | 1764 $ (250.00) | 1764 $ (250.00) | 1764 $ (250.00) |
| | 1839 $ (85.57) | 1839 $ (85.57) | 1839 $ (85.57) |
| | 1849 $ (34.59) | 1849 $ (34.59) | 1849 $ (34.59) |
| | | | 2041 $ (419.25) |
| | | | 2042 $ (415.21) |
| Month End Balance | $ 1,027,665.84 | $ 1,251,595.30 | $ 1,257,923.41 |
| Balance per Books | $ 1,027,665.84 | $ 1,251,595.30 | $ 1,257,923.41 |
| Difference | $ - | $ - | $ - |

ELC
**Schedule of Receipts and Disbursement**
**Schedule of Bank Account Reconcilations**

EASTERN LIVESTOCK CO., LLC,
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** | | JP Morgan Chase Bank N.A. | |
| Escrow Account | | 922019419 | |
| CASH (Beginning of Period) | $ 472,879.74 | $ 472,879.74 | $ 372,879.74 |
| Income or Receipts during the period | $ - | $ - | $ - |
| Transfer to/from Operating Account | $ - | $ (100,000.00) | $ 100,000.00 |
| Disbursements | $ - | $ - | $ - |
| CASH (End of Period) | $ 472,879.74 | $ 372,879.74 | $ 472,879.74 |

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconcilation** | | JP Morgan Chase Bank N.A. | |
| Escrow Account | | 922019419 | |
| Balance per Bank | $ 472,879.74 | $ 372,879.74 | $ 472,879.74 |
| Deposits In Transit | $ - | $ - | $ - |
| Month end Balance | $ 472,879.74 | $ 372,879.74 | $ 472,879.74 |
| Balance per Books | $ 472,879.74 | $ 372,879.74 | $ 472,879.74 |
| Difference | $ - | $ - | $ - |