SO ORDERED: May 4, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE AND SETTLE**

This matter comes before the Court upon the *Trustee's Motion to Compromise and Settle* (the "Motion") [Docket No. 2862] filed herein by James A. Knauer, the duly appointed Chapter 11 Trustee (the "ELC Trustee") for the bankruptcy estate of Eastern Livestock Co., LLC (the "ELC Estate"), wherein the ELC Trustee seeks approval of a settlement between the ELC Trustee; Kathryn L. Pry, the duly appointed Chapter 7 Trustee (the "Gibson Trustee") for the bankruptcy estate of Thomas P. Gibson and Patsy M. Gibson (the "Gibson Estate"), The United States of America (the "United States"), The First Bank and Trust Company ("First Bank") and Your Community Bank ("YCB").  The Motion was set for telephonic hearing on April 28, 2016 at 2:40 PM EDT ("Hearing").

Three responses were filed to the Motion (collectively referred to herein as the "Responses"):

a. *Limited Housekeeping Objection to Trustee's Motion To Compromise and Settle* filed by Midwest Feeders, Inc. [Docket No. 2872] ("Midwest Objection").

b. *Objection to the Trustee's Motion To Compromise and Settle Under Fed.R.Bankr.P. 9019* filed by Ashville Stockyard, Inc., Alabama *Livestock Auction, Inc.* (consolidated with Sealy And Sons Livestock, LLP), Billingsley Auction Sale, Inc., Macon Stockyard, Inc., Edwin A. Strickland d/b/a/ Dollar K Cattle, and Phillip Taylor Reed (collectively, the "Livestock Creditors") [Docket No. 2875] ("Livestock Creditors Objection"); and

c. *Motion To Collect Relief* filed by Denver Capps [Docket No. 2870] ("Capps Response").

At the Hearing, counsel to the ELC Trustee advised the Court of the following agreements reached with respect to the Responses:

1. As to the Midwest Objection, the claim identified as "Mosely Cattle Auction LLC assigned to Midwest Feeders Docket 2841" shall be corrected and listed on the Claims Listing approved by this Order and as attached as the claim of Midwest Feeders, Inc. and payable to them only in the final amount of $443,579.23 and the address shall be corrected to: Midwest Feeders, Inc., c/o John O'Brien, Snell & Wilmer L.L.P., 1200 Seventeenth Street, Suite 1900, Denver, CO 80202.

2. As to the Livestock Creditors Objection, the ELC Trustee has agreed to the following final claim amounts:

   a. Edwin Strickland d/b/a Strickland Farms - $52,753.87

    b. Glen Franklin - $340,327.16

    c. CPC Livestock, LLC - $461,768.97

    d. Athens Stockyard, LLC - $515,334.60

    e. Brent Kuehny d/b/a Dollar K Cattle -- $111,133.24

    f. P. Taylor Reed - $280,580.95

    g. As to Alabama Livestock Auction/Sealy & Sons, Ashville Stockyard, Inc., Billingsley Auction Sale, Inc. and Macon Stockyards, Inc., a pending avoidance action exists and is in the process of documentation of a settlement. The ELC Trustee agrees to that upon approval of the settlements and payment of the settlement amounts to the ELC Estate, the following claim amounts are agreed, however such amounts may be amended to include the amount of the settlement payment with the creditors responsible for submitting proof of such payment to the US Dept. of Justice for inclusion:

        i. Alabama Livestock Auction/Sealy & Sons - $111,544.00

        ii. Ashville Stockyard, Inc. - $21,756.24

        iii. Billingsley Auction Sale, Inc. - $22,377.79

        iv. Macon Stockyards, Inc. - $18,754.23.

The agreements with respect to the Responses have been incorporated into the Claims Listing as approved and attached to this Order.

At the Hearing, counsel to the ELC Trustee advised the Court that the Trustee, though his counsel, had also received questions from certain creditors that resulted in changes to some of the claims listed on Exhibit 1 to the Motion as follows:

  d.  The claims of Dante Zago, J&J Livestock, and Ike's Trucking were transferred to ASM Capital pursuant to claim transfer notifications at Docket Nos. 1748, 1462, and 1605 respectively. Accordingly, the payee for these claims shall be listed as ASM Capital and the address for payments on the claims shall be ASM Capital, Attn: Heather Berkowitz, 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797.

  e.  The claim of Hodge Livestock, LLC (Claim # 481) had a comment stating that all distributions made on the claim were assigned to the ELC Trustee. This statement is amended to state that the first $10,000 in distributions is assigned to the ELC Trustee, and Hodge Livestock, LLC shall remit its initial $10,000 in distributions to the ELC Trustee pursuant to the approved settlement.

  f.  The claims of Tom Svoboda (Claim Nos. 339/434) shall be stated as $152,960.96 to correct a scrivener's error on the claims listing.

These corrections to the Claims Listing are reflected on the Claims Listing approved and attached to this Order.

The Court, having reviewed and considered the Motion together with all exhibits, heard statements and arguments of counsel at the Hearing, and for good cause shown, hereby enters the following Order:

  1.  All capitalized terms that are not defined herein have the meanings ascribed in the Motion.

  2.  The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (N), and (O).

3. Venue over this Bankruptcy Case and the Motion is proper in this district, pursuant to 28 U.S.C. §§ 1408 and 1409.

4. A reasonable opportunity to object to the Motion and the relief requested therein has been afforded to all interested persons and entities, including but not limited to: (i) the Office of the United States Trustee; (ii) all parties that have requested notice, prior to the date of service of the Motion; and (iii) all parties that are required to receive notice pursuant to Fed. R. Bank. P. 2002. No further notice is necessary.

5. The Motion is hereby GRANTED and the Claims Listing corrected to reflect the agreements to the Responses and the corrections identified above is approved as the Claims Listing.

6. The settlement regarding the distribution of the Seized Funds as described in the *Agreed Order Consenting to Forfeiture* (the "Agreed Order") is hereby APPROVED and the Court finds that the ELC Trustee has exercised his judgment to enter into the Agreed Order consistent with his fiduciary duties to the ELC Estate and to the creditors and the ELC Trustee is authorized to execute and enter into the Agreed Order attached as Exhibit "A" to the Motion.

7. The ELC Trustee is hereby authorized to take all actions required to consummate the terms provided for in the Agreed Order.

*###*

### Claims Eligible for Distribution

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 3-B FARMS LLC | 709 N Pratt St., P.O. Box 6 | Yates Center | KS | 66783 | $4,046.26 | | $0.00 | | $4,046.26 | |
| 238 | 4 LEGS DOWN LLC | 4051 N Co Rd 500 E | Greensburg | IN | 47240 | $2,781.00 | | $0.00 | | $2,781.00 | |
| 481 | 24 TRADING CO., LLC | PO Box 1530 | Canutillo | TX | 79835 | $2,240.00 | | $0.00 | | $2,240.00 | |
| 502 | A & B CATTLE & FARM INC | PO Box 5 | Thaxton | MS | 38871 | $35,547.00 | | $0.00 | | $35,547.00 | |
| 481 | ACOTSA-REZA, ROLANDA | PO Box 503 | Aliance | Nebraska | 69301 | $26,476.73 | | $0.00 | | $26,476.73 | |
| 117 | ACREE, PHILLIP NATHAN | 175 Donald Hurt Rd. | Summer Shade | KY | 42166 | $764.79 | | $0.00 | | $764.79 | |
| 525 | ADP | c/o Crystal Garcia 1851 N Resler | El Paso | TX | 79912 | $274.08 | | $0.00 | | $274.08 | |
| 158 | ALBERSON, ROBERT DOUGLAS | Landmark Ln. | Hillman | TN | 38568 | $2,351.58 | $102.67 | $0.00 | | $2,248.91 | |
| 165 | ANIMAL CLINIC | PO Box 781 | Morganfield | KY | 42437-0781 | $560.00 | | $0.00 | | $560.00 | |
| 481 | ARRIETA, LAURA | 1129 Stockwell Ln. | El Paso | TX | 79902-2151 | $16,981.44 | | $0.00 | | $16,981.44 | |
| 500 | ASH FLAT LIVESTOCK AUCTION, INC. | PO Box 308 | Ash Flat | AR | 72513 | $15,575.32 | | $0.00 | | $15,575.32 | |
| 511 | ASHVILLE STOCKYARD INC | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $30,260.15 | $1,321.18 | $0.00 | $13,812.35 | $21,756.64 | Claim may be increased by paid settlement amount upon proof of payment of avoidance action settlement |
| 55 | ATHENS STOCKYARD LLC | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $680,072.62 | $16,114.87 | $0.00 | $515,841.93 | $515,334.60 | |
| 357 | B & B FARMS | 8090 Greensburg Rd. | Greensburg | KY | 42743 | $6,393.67 | $185.44 | $0.00 | | $6,208.23 | |
| 255 | BAR K CATTLE | 1275 7th Ave | Sioux Center | IA | 51250-2156 | $30,000.00 | | $0.00 | | $30,000.00 | |
| 481 | BARNES, SHANNON D/B/A/ BARNES TRUCKING | 21936 Lawrence 2222 | Aurora | MO | 65605 | $12,114.00 | | $0.00 | | $12,114.00 | |
| 419 | BERTRAM CATTLE HAULING | PO Box 437 | Vinita | OK | 74301-0437 | $44,116.35 | | $0.00 | | $44,116.35 | |
| | BILLINGSLEY AUCTION SALE, INC | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $119,431.18 | | $0.00 | | $22,377.79 | Claim may be increased by paid settlement amount upon proof of payment of avoidance action settlement |
| 300 | BOB`S AUTO INC DBA BOB`S AUTO SUPPLY | PO Box 419 | Edmonton | KY | 42129 | $703.59 | | $0.00 | | $703.59 | |
| 73 | BOVINE MEDICAL ASSOCIATES | 1500 Soper Rd. | Carlisle | KY | 40311 | $6,255.00 | | $0.00 | | $6,255.00 | |
| 266 | BPT LIVESTOCK | 100 Old Carpenter Lane | Harrison | AR | 72601 | $7,130.10 | | $0.00 | | $7,130.10 | |
| 481 | BRADEN, DANE d/b/a Razorback Farms | 131 Industrial Park Dr., Suite 3 | Hollister | MO | 65672 | $48,559.10 | | $0.00 | | $48,559.10 | |
| 481 | BRADEN, DANE d/b/a American Rock | 131 Industrial Park Dr., Suite 3 | Hollister | MO | 65672 | $463.64 | | $0.00 | | $463.64 | |
| 102 | BRADBURY & YORK CATTLE | PO Box 588 | Tatum | TX | 75691 | $98,725.23 | $4,310.41 | $0.00 | | $94,414.82 | |
| 479/480 | BRENT KUEHNY DBA DOLLAR K CATTLE CO | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $0.00 | | $0.00 | | $111,133.24 | |
| 481 | BRISCOE, BRACK | 2069 S Meridian Rd. | Mitchell | IN | 47446 | $9,894.15 | $431.99 | $0.00 | | $9,462.16 | |
| 176 | BUFFALO LIVESTOCK AUCTION LLC | Box 427 | Buffalo | WY | 82834 | $53,939.00 | $2,355.02 | $0.00 | | $51,583.98 | |
| 23 | BURFORD, JAY | 108 Glen Oaks Rd. | McDonough | GA | 30253 | $1,928.78 | $84.82 | $0.00 | | $1,843.96 | |
| 481 | BURKE LIVESTOCK AUCTION | 420 W 4th St. | Burke | SD | 57523 | $14,097.27 | | $0.00 | | $14,097.27 | |
| 435,437, 438, 439, 440, 441 | BYNUM GROUP | PO Box 104 | Sterling | TX | 76951 | $73,632.57 | | $0.00 | | $73,632.57 | |
| 80 | BYRON LANG INC | PO Box 301 | Jackson | MO | 63755-0301 | $5,100.00 | | $0.00 | | $5,100.00 | |
| 486 | CACTUS GROWER INC | c/o John H. Lovell Lovell, Lovell, Newsom & Isern, LLP 112 W 8th Ave, Suite 1000 | Amarillo | TX | 79101 | $32,052.66 | | $0.00 | | $32,052.66 | |

106176694_2.xlsx

Case 10-93904-BHL-11    Doc 2883    Filed 05/04/16    EOD 05/04/16 13:37:25    Pg 7 of 12
Order Exhibit Eastern Livestock LLC
Claims Against Seized Funds

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 249 | CAMBRIDGE TRANSPORTATION | 36392 Treasury Center | Chicago | IL | 60694-6300 | $4.00 | | $0.00 | | $4.00 | |
| 187 | CAPPS, VETERAN DENVER | 330 Frogue Rd. | Burkesville | KY | 42717 | $913.24 | | $0.00 | | $913.24 | |
| 378 | CATTLCO LLC | c/o Nolan M. Johnson Bass, Berry & Sims PLC 100 Peabody Place, Suite 900 | Memphis | TN | 38103 | $65,438.12 | | $0.00 | | $65,438.12 | |
| 381 | CERNOCH JR, LOUIS | 6711 Green Meadow Ln. | Terrell | TX | 75160 | $308,174.59 | $13,252.99 | $0.00 | | $294,921.60 | |
| 85 | CHIP MILLER TRUCKING INC | PO Box 126 | St. George | KY | 66535 | $3,879.75 | | $0.00 | | $3,879.75 | |
| 7 | CHRISTIE FAMILY ENTERPRISES INC | 5161 Eagle Feather Rd | Delta | CO | 81416 | $16,729.20 | | $0.00 | | $16,729.20 | |
| 134 | CLEVENGER, PHIL | 10653 Hwy 127 | Sweet Springs | MO | 65351-2115 | $10,369.11 | | $0.00 | | $10,369.11 | |
| 132 | COFFEY, JEREMY ADAM | 6205 Greensburg Rd | Columbia | KY | 42728 | $31,271.89 | | $606.47 | | $30,665.42 | |
| 268 | COFFEYVILLE LIVESTOCK MARKET LLC | PO Box 1074 | Coffeyville | KS | 67337 | $19,889.50 | $868.39 | $0.00 | | $19,021.11 | |
| 481 | COLLEY, CHAMP | 2002 Law 2120 | Sarcoxie | MO | 64062 | $2,688.60 | | $0.00 | | $2,688.60 | |
| 195 | COOK TRUCKING INC | c/o Brian K. Cook 820765 S 3570 Rd | Stroud | OK | 74079 | $70,561.72 | | $0.00 | | $70,561.72 | |
| 81 | COOPER, KEETON | 1397 Upper Hilham Road | Livingston | TN | 38570 | $2,618.39 | $114.32 | $0.00 | | $2,504.07 | |
| 305 | CORCORAN TRUCKING INC | 221 Lomond Lane | Billings | MT | 59101 | $28,145.26 | | $0.00 | | $28,145.26 | |
| 197 | CPC LIVESTOCK | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $631,045.07 | $27,258.54 | $0.00 | $462,200.44 | $461,678.97 | |
| 215 | CRISWELL INC | 443 N College Street | Trenton | TN | 38382 | $27,560.90 | | $0.00 | | $27,560.90 | |
| 481 | CROWLEY, CLINTON | 19515 Crooked Oaks Rd. | St. Onge | SD | 57779 | $2,158.27 | | $0.00 | | $2,158.27 | |
| 467 | CRUMPLER BROS | 4925 Friberg Church Rd. | Wichita Falls | TX | 76305 | $106,691.01 | $4,658.21 | $0.00 | | $102,032.80 | |
| 229 | CULLMAN STOCKYARD INC | 75 County Rd. 1339 | Cullman | AL | 35058 | $42,708.02 | $1,864.66 | $0.00 | | $40,843.36 | |
| 68 | DALE STULL TRUCKING | Box 41 | Nara Visa | NM | 88430-0041 | $26,293.75 | | $0.00 | | $26,293.75 | |
| 154 | DALE STULL TRUCKING | Box 41 | Nara Visa | NM | 88430-0041 | $1,700.00 | | $0.00 | | $1,700.00 | |
| 361 | DARNELL, CLINTON ALTON | 480 Blevins Hollow Rd. | Piney Creek | NC | 28663 | $154,536.60 | $6,747.18 | $0.00 | $105,691.54 | $105,691.54 | |
| 350 | DENWALT & SONS CATTLE CO LLC | 10004 Reno W | El Reno | OK | 73036 | $51,413.40 | $2,244.75 | $0.00 | | $49,168.65 | |
| 497 | DICKSON LIVESTOCK CENTER, INC. | PO Box 591 | Dickson | TN | 37056 | $7,832.81 | $341.99 | $0.00 | | $7,490.82 | |
| 251 | DOTHAN LIVESTOCK CO | 9711 Hwy 231 South | Dothan | AL | 36301 | $28,683.36 | $1,252.34 | $0.00 | | $27,431.02 | |
| 186 | EARL VETERINARY SUPPLY INC | 204 Hwy 5 South PO Box 70 | Fayette | MO | 65248 | $1,023.04 | | $0.00 | | $1,023.04 | |
| 481 | EAST MISSISSIPPI FARMERS LIVESTOCK MARKET | 12190 Pecan Ave. | Philadelphia | MS | 39350 | $16,383.48 | $715.31 | $0.00 | | $15,668.17 | |
| 374 | EAST TENNESSEE LIVESTOCK CENTER INC | c/o Jennifer Houston, Treasurer PO Box 326 | Sweetwater | TN | 37874 | $415,930.45 | | $0.00 | $305,301.07 | $305,301.07 | |
| 433 | EICKE RANCH II | 11888 CR 1202 | Snyder | TX | 79549 | $48,732.74 | $2,329.38 | $0.00 | | $46,403.36 | |
| 481 | EISCHEID TRUCKING, LLC | 32390 454th | Motley | MN | 56466 | $5,978.80 | | $0.00 | | $5,978.80 | |
| 227 | ELLIS, RANDALL | 5359 Mt. Hebrod Road | Lancaster | KY | 40444-8223 | $7,081.00 | | $0.00 | | $7,081.00 | |
| 510 | EVERETT, BOB | PO Box 1887 | Woodward | OK | 73802 | $24,043.00 | | $0.00 | | $24,043.00 | |
| 299 | F & M FARMS LLC | PO Box 14 | Bullard | TX | 75757-0014 | $10,969.50 | | $0.00 | | $10,969.50 | |
| 264 | FARMER, BOBBY | PO Box 77 | Warrensville | NC | 28693-0067 | $4,221.00 | | $0.00 | | $4,221.00 | |
| 481 | FARMER, JOE D/B/A B&F CATTLE | 300 W Lamar St. | Richland | TX | 766681 | $6,750.00 | | $0.00 | | $6,750.00 | |
| 110 | FARMERS LIVESTOCK MARKETING | PO Box 87 | Carthage | MS | 39051 | $24,191.92 | $1,056.24 | $0.00 | | $23,135.68 | |
| 481 | First Bank (Claim Against Gibson Estate) | c/o Ayres Carr & Sullivan, P.C. 251 East Ohio Street, Suite 500 | Indianapolis | IN | 46204-2184 | $4,894,060.60 | | | | $4,894,060.60 | By agreement recovery capped at $700,000 |
| 138 | FISCHER BROS. TRUCKING, LLC | 29549 431st Ave. | Lesterville | SD | 57040 | $3,068.00 | | $0.00 | | $3,068.00 | |
| 455 | FIVE STAR LIVESTOCK LLC | 10319 Highway 62 | Charlestown | IN | 47111-8937 | $1,735.44 | | $0.00 | | $1,735.44 | |
| 318 | FLOOD, BRAD | 910 W Main St. | Cloverport | KY | 40111 | $4,650.00 | $200.80 | $0.00 | | $4,449.20 | |
| 62 | FNJ LLC | PO Box 596 | Wisner | NE | 68791 | $15,256.83 | | $0.00 | | $15,256.83 | |
| 540 | FORT PAYNE STOCK YARD INC | PO Box 681126 | Fort Payne | AL | 35968 | $20,000.00 | | | | $20,000.00 | |
| 477 & 531 | FOUSEK FARMS & TRUCKING LLC | 28381 US Hwy 281 | Armour | SD | 57313 | $11,564.81 | | $0.00 | | $11,564.81 | |

106176694_2.xlsx

Order Exhibit Eastern Livestock LLC
Claims Against Seized Funds

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 232 | FOUSEK, SAM | First National Bank 106 RR SW | Wagner | SD | 57380 | $97,644.47 | | $0.00 | | 0 | claim should have been amended by other payments received, but no amendment received |
| 353 | FRANKLIN, GLEN | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $375,427.78 | $21,875.33 | $0.00 | $249,107.75 | $340,327.16 | |
| 303 | FRIONA INDUSTRIES LP | c/o John Massouh Sprouse Shrader Smith P.C. PO Box 15008 | Amarillo | TX | 79105-5008 | $39,245.78 | | $0.00 | | $39,245.78 | |
| 320 | GARRETT FARMS | PO Box 31541 | Amarillo | TX | 79120 | $13,022.50 | | $0.00 | | $13,022.50 | |
| 481 | GARY WELCH CATTLE COMPANY | PO Box 10 | Norman | NC | 28367 | $102,971.41 | $4,495.81 | $0.00 | | $98,475.60 | |
| 442 | GLENWILD STOCKYARD, INC. | 3383 Hwy 51 S | Grenada | MS | 38901 | $13,227.30 | $577.51 | $0.00 | | $12,649.79 | |
| | David Marrs Gordon | 1758 Old Temple Hill Rd. | Tompkinsville | KY | 42167 | $5,312.03 | | $3,596.03 St. | | $1,716.00 | |
| 481 | GRAHAM, CHARLES | P.O. Box 775 | Gatesville | TX | 76528 | $441,387.97 | $19,271.32 | $0.00 | | $422,116.65 | |
| 97 | GREEN, DON | 9973 Co. Road | Roanoke | AL | 36274 | $48,330.49 | | $0.00 | | $48,330.49 | |
| 335 | HAIGH LIVESTOCK LLC | PO Box | Merrill | OR | 97633 | $4,827.84 | | $0.00 | | $4,827.84 | |
| 481 | HALEY, JASON | 265 Haley Rd. | Watertown | TN | 31784 | $11,743.88 | $326.60 | $11,260.54 | | $156.74 | |
| 481 | HARDIN COUNTY STOCKYARD, INC. | PO Box 189 | Waynesboro | TN | 38485 | $26,195.92 | $1,143.73 | $0.00 | | $25,052.19 | |
| 253 | HAROLD WHITAKER LIVESTOCK TRANSPORTATION, LLC | PO Box 1179 | Roswell | NM | 88202 | $6,443.85 | | $0.00 | | $6,443.85 | |
| 146 | HEAD, BUDDY | 1830 Safari Camp Road | Lebanon | TN | 37090 | $61,386.00 | | $0.00 | | $61,386.00 | |
| 443 | HERRBOLDT TRUCKING | 29449 432nd Ave | Lesterville | SD | 57040 | $15,874.25 | | $0.00 | | $15,874.25 | |
| 362 | HILLS, WALTER | 3377 FM 1226 N | Anson | TX | 79501 | $99,802.35 | $4,254.44 | $0.00 | | $95,547.91 | |
| 208 | HIRSCH PARTNERSHIP | 502 Locust Lane | Shelbyville | KY | 40065 | $33,142.20 | $1,447.01 | $0.00 | | $31,695.19 | |
| 481 | HODGE LIVESTOCK INC | PO Box 627 | Newport | TN | 37822 | $295,741.32 | | $0.00 | | $295,741.32 | the first $10,000 in distributions is assigned to the ELC Trustee, and Hodge Livestock, LLC shall remit its initial $10,000 in distributions to the ELC Trustee pursuant to the approved settlement |
| 481 | HONAKER, ANGIE | 1186 Leatherwood Rd. | Tompkinsville | KY | 42167 | $858.01 | $37.46 | $0.00 | | $820.55 | |
| 5 | HORA, GEORGE | 1894 N. Dubuque Rd. | Iowa City | IA | 52245 | $4,566.20 | | $0.00 | | $4,566.20 | |
| 161 | IKE'S TRUCKING INC | c/o ASM Capital Attn: Heather Berkowitz 7600 Jericho Turnpike, Suite 302 | Woodbury | NY | 11797 | $82,253.06 | | $0.00 | | $82,253.06 | |
| 366 | INGLAND TRUCKING | 11932 Road 6 | Liberal | KS | 67901 | $15,237.00 | | $0.00 | | $15,237.00 | |
| 50 | IRSIK & DOLL FEED SERVICES INC | c/o Charles D. Lee Martindell Swearer Shaffer Ridneour LLP 20 Compound Drive | Hutchinson | KS | 67504 | $265,000.00 | | $0.00 | | $265,000.00 | |
| 474 & 532 | J & J LIVESTOCK TRUCKING | c/o ASM Capital Attn: Heather Berkowitz 7600 Jericho Turnpike, Suite 302 | Woodbury | NY | 11797 | $10,326.25 | | $0.00 | | $10,326.25 | |
| 141 | J&F OKLAHOMA HOLDINGS INC | c/o David LeBas 8310 N. Capital of Texas Hwy, Suite 490 | Austin | TX | 78731 | $16,473.85 | | $0.00 | | $16,473.85 | |
| 418 | JACK ROTH TRUCKING | 22147 Y Hwy | Booneville | MO | 65233 | $10,589.15 | | $0.00 | | $10,589.15 | |
| 63 | JAMES H BRASS CATTLE ACCOUNT | PO Box 777 | Coldwater | KS | 67029 | $157,606.47 | $6,881.21 | $0.00 | | $150,725.26 | |
| 114 | JASON FARMER TRANSPORTATION | 192 County Road 427 | Lorena | TX | 76655 | $4,023.79 | | $0.00 | | $4,023.79 | |
| 137 | JC BAR TRUCKING INC | c/o Charles Graham 210 Windy Lane | Gatesville | TX | 76528 | $17,865.20 | | $0.00 | | $17,865.20 | |
| 59 | JD CATTLE COMPANY INC | 1196 Twin Forks Lane | St. Paul | NE | 68873 | $14,499.94 | | $0.00 | | $14,499.94 | |
| 169 | JIMMIE ROGERS INC | 5042 Hwy 54 | Liberal | KS | 67901 | $5,040.79 | | $0.00 | | $5,040.79 | |
| 178 | JOE KANTHAK TRUCKING | 48640 161st Street | Revillo | SD | 57259-6616 | $2,581.30 | | $0.00 | | $2,581.30 | |

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | JORDAN, JERRY W | 6046 Simmons Bluff Rd | Lebanon | TN | 37090 | $34,223.75 | $992.62 | $0.00 | | $33,231.13 | |
| 508 | J & S LIVESTOCK | PO Box 398 | Armuchee | GA | 30105-0398 | $20,476.89 | | $0.00 | | $20,476.89 | |
| 481 | KD FARM SERVICE, LLC | PO Box 330 | Grandview | TX | 76050 | $14,966.00 | | $0.00 | | $14,966.00 | |
| 106 | KENTUCKIANA LIVESTOCK MARKET, INC. | PO Box 774 | Owensboro | KY | 42302 | $109,304.82 | $4,772.33 | $0.00 | | $104,532.49 | |
| 481 | KEYWOOD ANIMAL CLINIC LLC | 16067 Porterfield Hwy | Abingdon | VA | 24210 | $1,575.30 | | $0.00 | | $1,575.30 | |
| 120 | KILMON, KEITH | 8095 Edmonton Rd | Summer Shade | KY | 42166 | $1,949.05 | | $0.00 | | $1,949.05 | |
| 481 | KNESS TRUCKING INC | PO Box 463 | Chadwick | IL | 61014 | $2,883.15 | | $0.00 | | $2,883.15 | |
| 470 | KNOXVILLE LIVESTOCK AUCTION CENTER | P.O.Box 167 | Mascot | TN | 37806 | $67,578.75 | $2,950.54 | $0.00 | | $64,628.21 | |
| 345 | PAUL & AMOS KROPF DBA K & K FARMS | c/o David J. Potter 901 N Stateline Ave | Texarkana | TX | 75501 | $55,557.96 | | $0.00 | | 0 | still in litigation |
| 302 | L&F CATTLE | 8365 W, FM 217 | Gatesville | TX | 76528 | $160,121.56 | $6,991.02 | $0.00 | | $153,130.54 | |
| 166 | LANE CATTLE COMPANY | c/o Tindal & Hickman, LLP 915 South Hull Street | Montgomery | AL | 36104 | $52,607.43 | | $0.00 | | $52,607.43 | |
| 481 | LANG TRUCKING | PO Box 187 | Jackson | MO | 63755-0187 | $4,706.63 | | $0.00 | | $4,706.63 | |
| 501 | LAS ANIMAS TRANSFER, INC. | 242 Bent Ave. | Las Animas | CO | 81054 | $14,110.60 | | $0.00 | | $14,110.60 | |
| 247 | LEATH, ANTHONY | 3916 Thaxton Rd | Thaxton | MS | 38871 | $7,103.50 | | $0.00 | | $7,103.50 | |
| 203 | LEON BOGARD TRUCKING | 2003 N. Spruce | McAlester | OK | 74501 | $10,539.92 | | $0.00 | | $10,539.92 | |
| 101 | LINDEN STOCKYARD INC | PO Box 480160 | Linden | AL | 36748 | $208,111.45 | $9,086.30 | $0.00 | | $199,025.15 | |
| 481 | LIVESTOCK DISPATCH SERVICE | c/o Steve Hendershot PO Box 133 | La Porte City | IA | 50651-0133 | $6,628.25 | | $0.00 | | $6,628.25 | |
| 289 | LIVINGSTON STOCKYARD C/O WILLIAM TINSLEY | PO Box 398 | Livingston | AL | 35470 | $26,333.05 | $1,149.72 | $0.00 | | $25,183.33 | |
| 67 | LOULA, MICHAEL WADE | Rt. 1 Box 50 | Colony | OK | 73021 | $52,731.60 | $2,302.30 | $0.00 | $39,442.89 | $39,442.89 | |
| 185 | LW MILLER LIVESTOCK INC | 94 N. 400 W | North Salt Lake | UT | 84054 | $15,312.35 | | $0.00 | | $15,312.35 | |
| 481 | MAC`S VET SUPPLY LLC | 601 Front St | Monett | MO | 65708-2151 | $5,336.74 | | $0.00 | | $5,336.74 | |
| | MACON STOCKYARDS | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | unknown | | $0.00 | | $18,754.23 | Claim may be increased by paid settlement amount upon proof of payment of avoidance action settlement |
| 189 | MARTIN, T. | 6204 Charlestown Pike | Charlestown | IN | 47111 | $15,722.00 | | $0.00 | | $15,722.00 | |
| 281 | MARTY BUNDY | PO Box 1249 | St. George | UT | 84771 | $3,660.00 | | $0.00 | | $3,660.00 | |
| 481 | MATNEY, AVERY | 3673 Iron Mountain Road | Center | KY | 42214 | $951.62 | | $0.00 | | $951.62 | |
| 174 | MCCOMBS, TYLER | 133 Scottsborough Circle | Bowling Green | KY | 42103 | $1,047.66 | $45.74 | $0.00 | | $1,001.92 | |
| 481 | MCPHAIL LAND & CATTLE | 15888 N 2235 Rd. | Mt. Park | OK | 73559 | $54,968.66 | $2,399.97 | $0.00 | | $52,568.69 | |
| 93 | MERIDIAN STOCKYARDS, INC. | PO Box 581 | Meridian | MS | 39305 | $24,783.37 | $1,082.06 | $0.00 | | $23,701.31 | |
| 218 | MIDDLETON, JERRY | 1108 W Ridge | McAlester | OK | 74501 | $27,640.70 | | $0.00 | | $27,640.70 | |
| 272 | MID-KENTUCKY LIVESTOCK MARKET | PO Box 134 | Upton | KY | 42784 | $24,206.17 | $1,056.86 | $0.00 | | $23,149.31 | |
| 273 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $58,997.09 | $11,955.01 | $0.00 | | $47,042.08 | |
| 274 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $11,975.33 | | $0.00 | | $11,975.33 | |
| 275 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $156,292.63 | | $0.00 | | $156,292.63 | |
| 481 | MID-SOUTH LIVESTOCK CENTER LLC | PO Box 3033 | Lebanon | TN | 37088 | $46,550.97 | | $0.00 | | $46,550.97 | |
| 481 | MID-STATE STOCKYARDS, LLC | PO Box 210 | Letohatchee | AL | 36047 | $95,916.68 | $4,187.79 | $0.00 | | $91,728.89 | |
| 206 | MILLER, ALLEN | 701 Falling Springs Hollow | Horse Caves | KY | 42749 | $2,555.38 | $111.57 | $0.00 | | $2,443.81 | |
| 481 | MILLER, MARION | 30143 Kapok Drive | Stark City | MO | 64866-8175 | $6,909.75 | | $0.00 | | $6,909.75 | |
| 280 | MOLER, BILL D/B/A D&B CATTLE CO. | 100 Bonita St. | Elk City | OK | 73644 | $774.61 | | $0.00 | | $774.61 | |
| 492 | MONTGOMERY STOCK YARD INC | PO Box 250108 | Montgomery | AL | 36125-0108 | $36,623.07 | | $0.00 | | $36,623.07 | |
| 307 | MONTGOMERY, DARBY | 36 Thompson Road | Lancaster | KY | 40444-8138 | $2,020.80 | | $0.00 | | $2,020.80 | |
| 304 | MORENO, GABRIEL | c/o Tim Pridmore McWhorter, Cobb & Johnson PO Box 2547 | Lubbock | TX | 79408 | $196,484.51 | $8,578.66 | $0.00 | | $187,905.85 | |

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 481 | MORGAN LIVESTOCK LLC | Box 196 | Trenton | KY | 42286 | $9,051.66 | | $0.00 | | $9,051.66 | |
| 359 | MIDWEST FEEDERS, INC. | Midwest Feeders, Inc. c/o John O'Brien Snell & Wilmer L.L.P 1200 Seventeenth St, Ste 1900 | Denver | CO | 80202 | $670,949.88 | $29,294.16 | $0.00 | $495,735.15 | $443,579.23 | |
| 481 | MOULTON STOCKYARD | 13130 AL Hwy 157 | Moulton | AL | 45650 | $10,232.93 | $446.78 | $0.00 | | $9,786.15 | |
| 481 | MOWERS, JEFF A. | 1200 Blacks Ferry Rd. | Burkesville | KY | 42717 | $779.14 | $34.02 | $0.00 | | $745.12 | |
| 72 | NATURAL BRIDGE STOCKYARD | PO Box 401 | Natural Bridge | AL | 35577 | $26,592.18 | $1,161.03 | $0.00 | | $25,431.15 | |
| 190 | NELSON TRUCKING INC | 2547 Cold Spring Road | Mountain City | TN | 37683-8026 | $7,558.50 | | $0.00 | | $7,558.50 | |
| 160 | NEUFELD, RONALD D | 5590 NE 157th Terr | Williston | FL | 32696 | $12,409.00 | | $0.00 | | $12,409.00 | |
| 198 | NEWMAN, BOBBY | PO Box 1002 | Bixby | OK | 74008-1002 | $14,684.33 | | $0.00 | | $14,684.33 | |
| 481 | NU-TECHNOLOGIES | c/o Judith Ackland 9203 Valaretta Drive | Gretna | NE | 68208 | $0.00 | | $0.00 | | $0.00 | |
| 188 | OELZE, STEPHEN | 2753 Hwy 2779 | Hardinsburg | KY | 40143 | $10,526.50 | $459.59 | $0.00 | | $10,066.91 | |
| 170 | OLLERICH, JERRY | 46884 267 Street | Sioux Falls | SD | 57106-7000 | $1,658.50 | | $0.00 | | $1,658.50 | |
| 498 | ORENDER TRUCK LINE INC | 7562 West 349th Street | Lebo | KS | 66856-9355 | $3,451.35 | | $0.00 | | $3,451.35 | |
| 481 | OZARKS REGIONAL STOCKYARDS, INC | PO Box 928 | West Plains | MO | 65775 | $259,261.15 | $11,319.53 | $0.00 | | $247,941.62 | |
| 256 | PAGE, JOHN | PO Box 250 | Tompkinsville | KY | 42167 | $2,520.27 | | $1,600.06 | | $920.21 | |
| 313 | PARKS LIVESTOCK INC | Box 429 | Oakwood | IL | 61858-0429 | $5,675.81 | | $0.00 | | $5,675.81 | |
| 35 | PAYNE, ROGER | 115 Beverly Dr. | Glasgow | KY | 42141 | $1,300.22 | $56.77 | $0.00 | | $1,243.45 | |
| 412 | PHIL MULDER TRUCKING INC | PO Box 205 Main St. | Doon | IA | 51235 | $3,300.00 | | $0.00 | | $3,300.00 | |
| 411 | PHILLIP`S FARMS | 560 Monterey Hwy | Livingston | TN | 38570 | $6,294.00 | | $0.00 | | $6,294.00 | |
| 139 | PHILLIPS, TERRY | 560 Monterey Hwy | Livingston | TN | 38570 | $8,745.15 | | $0.00 | | $8,745.15 | |
| 317 | PIEDMONT LIVESTOCK INC | PO Box 217 | Altamahaw | NC | 27202 | $365,407.48 | $15,953.95 | $0.00 | $267,877.92 | $267,877.92 | |
| 31 | PINE RIDGE FARM | 7594 Hwy 55 South | Glens Fork | KY | 42741 | $11,161.37 | | $0.00 | | $11,161.37 | |
| 402 | PLATT LIVESTOCK LLC | PO Box 164 | New Castle | UT | 84756 | $3,416.20 | | $0.00 | | $3,416.20 | |
| 94 | PONTOTOC STOCKYARD | PO Box 1026 | Pontotoc | MS | 38863 | $63,916.55 | $2,790.64 | $0.00 | | $61,125.91 | |
| 296 | POWELL, JC | Box 1389 | Lindale | TX | 75771-1389 | $15,060.00 | | $0.00 | | $15,060.00 | |
| 481 | PRUITT FARMS | 4215 F M 929 | Gatesville | TX | 76528-3393 | $15,375.30 | | $0.00 | | $15,375.30 | |
| 481 | PULASKI STOCKYARD | 607 W. Shoal Street PO Box 719 | Pulaski | TN | 38478 | $54,024.53 | $2,358.75 | $0.00 | | $51,665.78 | |
| 24 | RABICH, RON | 5920 Dry Creek Rd. | Elk Horn | KY | 42733 | $2,848.73 | $124.38 | $0.00 | | $2,724.35 | |
| 244 | RANDALL SPURLING TRUCKING | 2120 Spurlington Rd. | Campbellsville | KY | 42718 | $4,220.65 | | $0.00 | | $4,220.65 | |
| 512 | RANDY CARDEN INC | 376 Wallis Rd. | Villa Rica | GA | 30180 | $23,036.32 | | $0.00 | | $23,036.32 | |
| 355 | RANDY HOOVER & SON | 3973 St Rd 14 | West Plains | MO | 65775 | $103,376.05 | | $0.00 | | $103,376.05 | |
| 10 | REED, PHILLIP TAYLOR | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $391,155.40 | $25,224.64 | $0.00 | $280,894.15 | $280,580.95 | |
| 33 | REPS DISPATCH LLC | 16150 MCR 19 | Fort Morgan | CO | 80701 | $32,995.75 | | $0.00 | | $32,995.75 | |
| 58 | RICHARD RIVERS TRUCKING | 11510 Tanner Williams Rd. | Lucedale | MS | 39452 | $8,284.00 | | $0.00 | | $8,284.00 | |
| 481 | RICHARDSON INC | PO Box 172 | Lucerne | CO | 80646-0172 | $1,260.00 | | $0.00 | | $1,260.00 | |
| 328 | RICHMOND, MARK | 5121 Oak Ridge Rd. | Ravenden Springs | AR | 72460 | $2,700.00 | | $0.00 | | $2,700.00 | |
| 481 | RICHY ROBBINS (ROBBINS TRUCKING) | 250 Neals Creek Road | Stanford | KY | 40484 | $26,646.25 | | $0.00 | | $26,646.25 | |
| 481 | ROANOKE STOCKYARD, INC. | 1009 Chestnut St., P.O. Box 307 | Roanoke | AL | 36274 | $25,514.04 | | $0.00 | | $25,514.04 | |
| 44 | ROBERTS, RANDY | 5055 W. Swamp Rd. | Winchester | OH | 45697 | $13,660.70 | $596.44 | $0.00 | | $13,064.26 | |
| 60 | ROLANDO ACOSTA TRUCKING LLC | PO Box 503 | Aliance | NE | 69301 | $22,549.38 | | $0.00 | | $22,549.38 | |
| 26 | RON NEUFELD TRUCKING | 5590 NE 157th Terr | Williston | FL | 32696 | $5,011.00 | | $0.00 | | $5,011.00 | |
| 20 | RONNIE REITER | 324 Elm Street | Hereford | TX | 79045 | $33,702.32 | | $0.00 | | $33,702.32 | |
| 413 | RUMMEL, BRADLEY | 8860 W Farm Road 112 | Willard | MO | 65781 | $6,320.00 | | $0.00 | | $6,320.00 | |
| 481 | RUSSELL DECORDOVA DBA DECORDOVA CATTLE COMPANY | c/o Brad Odell Bell Nunnally & Martin LLP 3232 McKinney Avenue, Suite 1400 | Dallas | TX | 75204 | $84,372.58 | | $0.00 | | $84,372.58 | |
| 481 | RUSSELL SPRADIN FARMS | 766 Bishop Rd. | Glasgow | KY | 42141 | $2,316.85 | | $0.00 | | $2,316.85 | |

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 252 | S&S CATTLE | 407 Bakerton Rd. | Burkesville | KY | 42717 | $1,183.52 | $51.67 | $0.00 | | $1,131.85 | |
| 481 | SAND MOUNTAIN STOCKYARD | PO Box 25 | Albertville | AL | 35950-0001 | $35,080.78 | | $0.00 | | $35,080.78 | |
| 230 | S&T TRUCKING LOGISTICS | PO Box 400, 803 S Ben St. | Parkston | SD | 57366 | $2,985.00 | | $0.00 | | $2,985.00 | |
| 32 | SANDY GLASS TRUCKING | 90 Circle Rd. | Glasgow | KY | 42141 | $12,060.00 | | $0.00 | | $12,060.00 | |
| 290 | SCHLESSIGER, JACK | 1266 NE 120 Road | Claflin | KS | 67525 | $948.40 | | $0.00 | | $948.40 | |
| 36 | SCOTT LEDBETTER TRUCKING LLC | PO Box 373 | Bruce | MS | 38915-0373 | $45,854.00 | | $0.00 | | $45,854.00 | preference action pending - NO PAYMENT UNTIL ACTION COMPLETED |
| 147 | SCOTTS HILL STOCKYARD | PO Box 1796 | Savannah | TN | 38372 | $32,670.57 | $1,426.42 | $0.00 | | $0.00 | preference action pending - NO PAYMENT UNTIL ACTION COMPLETED |
| 547 | Alabama Livestock Auction Claims 503 and 504 consolidated with Sealy & Sons | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $247,259.90 | | $0.00 | $108,711.66 | $111,544.00 | Claim may be increased by paid settlement amount upon proof of payment of avoidance action settlement |
| 481 | SEIBERT CATTLE CO LLC | 1136E Campbell Ave. | Phoenix | AZ | 85014 | $48,561.34 | | $0.00 | | $48,561.34 | |
| 98 | SHIPMAN, GENE | 11401 E FM 1075 | Happy | TX | 79042 | $47,848.50 | $2,089.08 | $3,200.00 | | $42,559.42 | |
| 222 | SIMPSON, JESSE | 415 Jesse Simpson Rd. | Tompkinsville | KY | 42167 | $6,006.05 | $14.75 | $508.56 | | $5,482.74 | |
| 341 | SMITH, DWAYNE | 4238 Garfield Hinds Rd. | Monroe | TN | 38573 | $2,146.81 | $93.73 | $0.00 | | $2,053.08 | |
| 481 | SMITH, SHIRLEY | 1105 Grady Rd | Munfordville | KY | 42765 | $590.96 | | $0.00 | | $590.96 | |
| 382 | SOMERVILLE LIVESTOCK SALES | PO Box 382 | Sommerville | TN | 38068 | $87,783.56 | | $0.00 | | $87,783.56 | |
| 142 | SOUTHEAST LIVESTOCK EXCHANGE LLC | PO Box 908 | Canton | NC | 28716 | $788,013.54 | $33,814.52 | $0.00 | $558,152.25 | $558,152.25 | |
| 28 | SOUTHERN TRANSPORT LLC | 309 Connie Dr. | Elk City | OK | 73644 | $7,533.00 | | $0.00 | | $7,533.00 | |
| 481 | SOUTHLAND HAULERS LLC | PO Box 142 | Brantely | AL | 36009 | $176,949.00 | | $0.00 | | $176,949.00 | |
| 121 | SPURLING, MYLES | 2120 Spurlington Rd. | Campbellsville | KY | 42718 | $125.00 | | $0.00 | | $125.00 | |
| 481 | STAR KAN INC | PO Box 130 | Edna | KS | 67342-0130 | $24,566.96 | | $0.00 | | $24,566.96 | |
| 241 | STARNES, ROY | 398 Starnes Rd. | Mt. Hermon | KY | 42157 | $2,429.11 | | $0.00 | | $2,429.11 | |
| 481 | STEVE GRAVES TRUCKING LLC | 625 Ferguson Rd. | Wheatland | WY | 82201 | $4,198.95 | | $0.00 | | $4,198.95 | |
| 481 | STEVENS, JACK | 1121 Chapel Hill Rd. | Morganfield | KY | 42437 | $2,928.75 | | $0.00 | | $2,928.75 | |
| 351 | STINNET, BOBBY | 62 Tatesville Rd. | Palmer | TN | 37365 | $753.23 | $32.89 | $0.00 | | $720.34 | |
| | STRICKLAND, Eddie | c/o W. Scott Newbern 2982 East Giverney Circle | Tallahassee | FL | 32309 | $155,790.23 | | $0.00 | | $52,753.87 | |
| 261 | SUNDERMAN, DOUGLAS D | 83386 556th Avenue | Norfolk | NE | 68701-1554 | $13,740.00 | | $0.00 | | $13,740.00 | |
| 434 | SUSAN RAMEY LIVESTOCK | 5664 Elizaville Road | Ewing | KY | 41039-8434 | $16,678.20 | | $0.00 | | $16,678.20 | |
| 339/434 | SVOBODA, TOM | 3055 AA Ave. | Herington | KS | 67449 | $159,670.28 | $6,971.32 | $0.00 | $143,703.25 | $152,960.96 | |
| 260 | SYMPSON, DONALD R | 151 Murrays Run Rd. | Bardstown | KY | 40004 | $5,797.30 | | $0.00 | | $5,797.30 | |
| 212 | SYMPSON, JAMES G | 608 Murray's Run Rd. | Bardstown | KY | 40004 | $17,118.07 | | $0.00 | | $17,118.07 | |
| 445 | TATE RANCH | 6510 W Lake Road | Abilene | TX | 79601-8206 | $209,533.15 | $6,816.57 | $0.00 | | $0.00 | preference action pending - NO PAYMENT UNTIL ACTION COMPLETED |
| 481 | T R SMITH LIVESTOCK | 921 West Choctaw Street | Lindsay | OK | 73052-5019 | $9,611.15 | | $0.00 | | $9,611.15 | |
| 326 | TADLOCK STOCKYARD | PO Box 42 | Forest | MS | 39074 | $6,516.84 | $1,305.46 | $0.00 | | $5,211.38 | |
| 481 | TENNESSEE LIVESTOCK PRODUCERS INC | PO Box 313 | Columbia | TN | 38402-0313 | $162,831.58 | $5,215.20 | $0.00 | | $157,616.38 | |
| 54 | TERRY, STEVEN | PO Box 448 | Red Cloud | NE | 68970 | $1,401.58 | | $0.00 | | $1,401.58 | |
| 193 | THE ANIMAL HOSPITAL | PO Box 6 | Campbellsville | KY | 42719-0006 | $6,671.01 | | $0.00 | | $6,671.01 | |

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 214 | THOMAS COUNTY STOCKYARDS INC | PO Box 2565 | Thomasville | GA | 31799 | $46,683.35 | $2,038.23 | $0.00 | | $44,645.12 | |
| 481 | THOMPSON BROTHERS | 1448 S Jackson Hwy | Hardyville | KY | 42746 | $2,353.08 | $68.25 | $0.00 | | $2,284.83 | |
| 209 | THOMPSON, CAROLYN | 1300 Ritchie Lane | Bardstown | KY | 40004 | $341.36 | | $0.00 | | $341.36 | |
| 481 | THOMPSON, GARY | PO Box 113 | Pitkin | LA | 70656-0113 | $10,146.35 | | $0.00 | | $10,146.35 | |
| 1 | THOMPSON, JAMES | 1300 Ritchie Ln. | Bardstown | KY | 40004 | $405.00 | | $0.00 | | $405.00 | |
| 199 | THOMSON WEST | 610 Opperman Drive, D6-11-3710 | Eagan | MN | 55123 | $2,329.05 | | $0.00 | | $2,329.05 | |
| 269 | TORRINGTON LIVESTOCK CATTLE COMPANY | c/o David A. Domina 2425 S 144th Street | Omaha | NE | 68144 | $177,258.38 | | $0.00 | | $177,258.38 | |
| 481 | TORRINGTON LIVESTOCK MARKETS LLC | c/o David A. Domina 2425 S 144th Street | Omaha | NE | 68144 | $276,956.61 | | $0.00 | | $276,956.61 | |
| 481 | TORQUE TRANSPORTATION | P.O. Box 95283 | South Jordan | UT | 84095 | $4,410.85 | | $0.00 | | $4,410.85 | |
| 130 | TRAVIS, MICHAEL PERRY | 208 Oak Street | Marion | KY | 42064 | $10,080.00 | | $0.00 | | $10,080.00 | |
| 291 | TRI-COUNTY LIVESTOCK EXCHANGE | PO Box 122 | Smithfield | KY | 40068 | $22,928.47 | $1,001.07 | $0.00 | | $21,927.40 | |
| 375 | TUPPER LIVESTOCK CO | PO Box 20 | Kimball | SD | 57355 | $52,733.40 | $2,302.34 | $0.00 | | $50,431.06 | |
| 481 | TURNER COUNTY STOCKYARDS INC | 1315 US Hwy 41 S | Ashburn | GA | 31714 | $143,425.13 | $4,168.75 | $0.00 | | $133,798.18 | Claim settled at $133,798.18; Docket 2580 |
| 348 | UNION STOCK YARDS CO., INC. | PO Box 129, 7510 State RT 138 E | Hillsboro | OH | 45133 | $13,660.70 | | $0.00 | | $13,660.70 | |
| 417 | UNITED PRODUCERS INC | 8351 N. High St. Ste.250 | Columbus | OH | 43235 | $250,254.00 | $10,926.27 | $0.00 | | $239,327.73 | |
| 250 | UPPER CUMBERLAND SHOPPER | 2685 Lake Valley Dr | Cookeville | TN | 38506-7451 | $159.00 | | $0.00 | | $159.00 | |
| 481 | VALLEY STOCKYARD | 206 Pine Ave. SW | Decatur | AL | 35601 | $57,104.36 | $2,493.22 | $0.00 | | $54,611.14 | |
| 481 | VANDERBRINK, ED | 319 Main St., Box 111 | Alvord | IA | 51230 | $4,218.00 | | $0.00 | | $4,218.00 | |
| 92 | VERMILION RANCH CORPORATION | c/o Joseph Goggins 2443 N Frontage Rd | Billings | MT | 59101 | $564,965.60 | | $0.00 | | $564,965.60 | |
| 330 | VIBBERT, TIM | 444 Jack Brown Rd. | Glasgow | KY | 42141 | $2,029.79 | | $799.79 | | $1,230.00 | |
| 444 | WAECHTER HAY & GRAIN INC | PO Box 2123 | Emporia | KS | 66801 | $6,428.22 | | $0.00 | | $6,428.22 | |
| 207 | WALLACE, DICK | 8045 FM 182 | Gatesville | TX | 76528 | $49,363.43 | $2,122.87 | $740.90 | | $46,499.66 | |
| 457 | WEBORG FEEDING CO LLC | 1737 V Road | Pender | NE | 68047-4422 | $110,180.00 | | $0.00 | | $110,180.00 | |
| 490 | WELCH, MADISON A | 4030 N. 900 E | Lafayette | IN | 47905 | $1,356.46 | | $0.00 | | $1,356.46 | |
| 329 | WEST COAST LIVESTOCK EXPRESS | PO Box 1691 | Sterling | CO | 80751-1691 | $7,339.32 | | $0.00 | | $7,339.32 | |
| 334 | WEST PLAINS CO | 4800 Main St., Suite 274 | Kansas City | MO | 64112 | $54,904.75 | | $0.00 | | $54,904.75 | |
| 513 | WILLIAMS, LARRY | 225 County Road 141 | Okolona | MS | 38860-9752 | $500.00 | | $0.00 | | $500.00 | |
| 119 | WINNER LIVESTOCK AUCTION | Box 611 | Winner | SD | 57580-0611 | $53,579.98 | | $0.00 | | $53,579.98 | |
| 21 | WINONA STOCKYARD - CUSTODIAL | PO Box 429 | Winona | MS | 38967 | $18,790.34 | $820.40 | $0.00 | | $17,969.94 | |
| 404 | WISCHMEIER TRUCKING INC | PO Box 244 | Brownstown | IN | 47220 | $4,634.10 | | $0.00 | | $4,634.10 | |
| 126 | YOUNG, FRED K | 1017 James Howard Young Road | Edmonton | KY | 42129 | $992.24 | | $0.00 | | $992.24 | Claim may be increased by paid settlement amount upon proof of payment of avoidance action settlement |
| | ZAGO, DANTE | c/o ASM Capital Attn: Heather Berkowitz 7600 Jericho Turnpike, Suite 302 | Woodbury | NY | 11797 | $34,093.10 | $1,488.53 | $0.00 | | $32,604.57 | |
| | CURRENT TOTAL ELIGIBLE CLAIMS | | | | | | | | | $17,142,708.09 | |