**SO ORDERED: April 22, 2016.**



/Basil H. Lorch III/
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT          SGENERIC (rev 08/2015)
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

In re:

**Eastern Livestock Co., LLC**,                    Case No. **10–93904–BHL–11**
        Debtor.

### <u>ORDER</u>

A(n) Motion to Appear Pro Hac Vice was filed on April 21, 2016, by John O'Brien.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Creditor Midwest Feeders, Inc. must distribute this order.

###