UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the *Order Granting Trustee's Motion to Compromise and Settle* (Docket No. 2883) was sent to those persons listed on the service lists attached hereto at the addresses shown thereon via (i) electronic mail transmission through the Bankruptcy Court's CM/ECF system on May 4, 2016, or (ii) first class United States mail, postage prepaid on May 10, 2016.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Terry E. Hall _____

*Counsel for James A. Knauer, Chapter 11 Trustee*

Terry E. Hall (#22041-49)
Kevin M. Toner (#11343-49)
Harmony Mappes(#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@faegrebd.com
kevin.toner@faegrebd.com
harmony.mappes@faegrebd.com

US.106319071.01

David L. Abt on behalf of Other Professional David L. Abt
davidabt@mwt.net

David L. Abt on behalf of Petitioning Creditor Gary S. Bell
davidabt@mwt.net

David L. Abt on behalf of Plaintiff Rush Creek Ranch, LLP
davidabt@mwt.net

Amelia Martin Adams on behalf of Defendant B&B Land and Livestock
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Defendant Bradbury & York
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Defendant Fort Payne Stockyards
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Defendant Amos Kropf
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Defendant Jeremy Coffey
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Defendant Mike Bradbury
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Third-Party Defendant Bluegrass Stockyards East, LLC
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Third-Party Defendant Bluegrass Stockyards of Richmond,
LLC
amelia.m.adams@gmail.com

Amelia Martin Adams on behalf of Third-Party Defendant Bluegrass Stockyards, LLC
amelia.m.adams@gmail.com

John W Ames on behalf of Creditor Joplin Regional Stockyards
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Creditor Phillip Taylor Reed
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Creditor Ron P. Reed
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

US.106319071.01

John W Ames on behalf of Cross Defendant Superior Livestock Auction, Inc.
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Defendant Superior Livestock Auction
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Petitioning Creditor Southeast Livestock Exchange LLC
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Petitioning Creditor David L. Rings
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Plaintiff Superior Livestock Auction, Inc.
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Christopher E. Baker on behalf of Creditor Capitol Indemnity Corporation
cbaker@thbklaw.com, thignight@thbklaw.com

Robert A. Bell, Jr on behalf of Counter Defendant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

Robert A. Bell, Jr on behalf of Counter Defendant Fifth Third Bank, N.A.
rabell@vorys.com, dmchilelli@vorys.com

Robert A. Bell, Jr on behalf of Creditor Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

Robert A. Bell, Jr on behalf of Cross Defendant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

Robert A. Bell, Jr on behalf of Cross Defendant Fifth Third Bank, N.A.
rabell@vorys.com, dmchilelli@vorys.com

Robert A. Bell, Jr on behalf of Cross-Claimant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

Robert A. Bell, Jr on behalf of Defendant Fifth Third Bank
rabell@vorys.com, dmchilelli@vorys.com

Robert A. Bell, Jr on behalf of Third-Party Defendant Fifth Third Bank

US.106319071.01

rabell@vorys.com, dmchilelli@vorys.com

C. R. Bowles, Jr on behalf of Counterclaimant Madison Cattle
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Counterclaimant Francis J. Madison
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Counterclaimant Jeffrey Madison
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Creditor Joplin Regional Stockyards
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Creditor Northwest Alabama Livestock Yard
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Creditor Randy Hoover & Son, LLC
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Creditor Gary S. Bell
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Creditor Glen Franklin
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Creditor Phillip Taylor Reed
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Creditor Ron P. Reed
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Cross Defendant Superior Livestock Auction
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Cross Defendant Superior Livestock Auction, Inc.
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Defendant ADM Investor Services, Inc.
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Defendant Randy Hoover and Son
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Defendant Superior Livestock Auction
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

US.106319071.01

C. R. Bowles, Jr on behalf of Defendant Glen Franklin
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Joined Party Francis J. Madison, Jeffrey Madison and Madison Ca
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor B&B Farms
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Breeding Brothers
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Southeast Livestock Exchange LLC
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Southland Haulers, LLC
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Billy Neat
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Brent Keith
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor David L. Rings
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Dennis Neat
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Gary S. Bell
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Jeremy Coffey
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Petitioning Creditor Jimmy Brummett
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

US.106319071.01

C. R. Bowles, Jr on behalf of Petitioning Creditor Mike Loy
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

C. R. Bowles, Jr on behalf of Plaintiff Superior Livestock Auction, Inc.
cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com

David W. Brangers on behalf of Defendant Hurstbourne Landings Development Co., LLC
dbrangers@lawyer.com

Steven A. Brehm on behalf of Counterclaimant Hohenberger Cattle
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Steven A. Brehm on behalf of Cross Defendant Superior Livestock Auction, Inc.
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Steven A. Brehm on behalf of Defendant Superior Livestock Auction
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Steven A. Brehm on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Steven A. Brehm on behalf of Plaintiff Superior Livestock Auction, Inc.
sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com

Kent A Britt on behalf of Counter Defendant Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kent A Britt on behalf of Counter Defendant Fifth Third Bank, N.A.
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kent A Britt on behalf of Creditor Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kent A Britt on behalf of Cross Defendant Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kent A Britt on behalf of Cross Defendant Fifth Third Bank, N.A.
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kent A Britt on behalf of Defendant Fifth Third Bank
kabritt@vorys.com, cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com

Kayla D. Britton on behalf of Plaintiff James A. Knauer, Trustee
kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Kayla D. Britton on behalf of Trustee James A. Knauer

US.106319071.01

kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Joe Lee Brown on behalf of Defendant Scotts Hill Stockyard
Joe.Brown@Hardincounty.biz

Lisa Koch Bryant on behalf of Creditor Peoples Bank & trust Co. of Pickett County
courtmail@tilfordlaw.com

John R. Burns, III on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

John R. Burns, III on behalf of Plaintiff James A. Knauer, Trustee
john.burns@faegrebd.com, sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com

James M. Carr on behalf of Intervenor James A. Knauer, Trustee
jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com

James M. Carr on behalf of Plaintiff Okie Farms, L.L.C.
jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com

James M. Carr on behalf of Plaintiff James A. Knauer, Trustee
jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com

John R. Carr, III on behalf of Creditor First Bank and Trust Company, The
jrciii@acs-law.com, sfinnerty@acs-law.com

John R. Carr, III on behalf of Intervenor The First Bank and Trust Company
jrciii@acs-law.com, sfinnerty@acs-law.com

Deborah Caruso on behalf of Other Professional Kathryn Pry
dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net

Deborah Caruso on behalf of Third-Party Defendant Kathryn L. Pry
dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net

Ben T. Caughey on behalf of Defendant E4 Cattle Company, LLC
ben.caughey@icemiller.com

Ben T. Caughey on behalf of Defendant Allen Barry
ben.caughey@mcdlegalfirm.com

Ben T. Caughey on behalf of Defendant James Edward Edens, IV
ben.caughey@icemiller.com

Bret S. Clement on behalf of Creditor First Bank and Trust Company, The
bclement@acs-law.com, sfinnerty@acs-law.com

US.106319071.01

Joshua Elliott Clubb on behalf of Defendant Tim White
joshclubb@gmail.com

Joshua Elliott Clubb on behalf of Other Professional Kentucky Cattlemen's Association
joshclubb@gmail.com

Jason W. Cottrell on behalf of Creditor Rex Elmore
jwc@stuartlaw.com, jbr@stuartlaw.com

Kirk Crutcher on behalf of Counter Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com

Kirk Crutcher on behalf of Creditor Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com

Kirk Crutcher on behalf of Cross Defendant Gene Shipman
kcrutcher@mcs-law.com, jparsons@mcs-law.com

John D Dale, Jr. on behalf of Counterclaimant C. B. Gilbert
Johndaleatty@msn.com

John D Dale, Jr. on behalf of Creditor C. B. Gilbert
Johndaleatty@msn.com

John D Dale, Jr. on behalf of Defendant C. B. Gilbert
Johndaleatty@msn.com

Jack S Dawson on behalf of Creditor Jane, LLC
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Jack S Dawson on behalf of Creditor Nichols Livestock
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Jack S Dawson on behalf of Creditor Robert Nichols
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Jack S Dawson on behalf of Defendant Jane, LLC
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Jack S Dawson on behalf of Defendant Nichols Livestock
jdawson@millerdollarhide.com,

US.106319071.01

jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Jack S Dawson on behalf of Defendant Jane Nichols
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Jack S Dawson on behalf of Defendant Ricky Beard
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Jack S Dawson on behalf of Defendant Robert Nichols
jdawson@millerdollarhide.com,
jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com

Dustin R. DeNeal on behalf of Counterclaimant James A. Knauer
dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Dustin R. DeNeal on behalf of Intervenor James A. Knauer, Trustee
dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Dustin R. DeNeal on behalf of Member Debtor Okie Farms, L.L.C.
dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Dustin R. DeNeal on behalf of Plaintiff Okie Farms, L.L.C.
dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Dustin R. DeNeal on behalf of Plaintiff James A. Knauer, Trustee
dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Dustin R. DeNeal on behalf of Trustee James A. Knauer
dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com

Laura Day DelCotto on behalf of Creditor Alton Darnell dba Darnell Alton Barn
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Blue Grass Maysville Stockyards, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Blue Grass South Livestock Market, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Blue Grass Stockyards East, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Blue Grass Stockyards of Campbellsville, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

US.106319071.01

Laura Day DelCotto on behalf of Creditor Blue Grass Stockyards of Richmond, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Blue Grass Stockyards, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor East Tennessee Livestock Center, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor First Bank and Trust Company, The
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Moseley Cattle Auction, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Piedmont Livestock Company, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Piedmont Livestock, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Southeast Livestock Exchange, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Alton Darnell
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Creditor Michael Wade Loula
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross Defendant East Tennessee Live Stock Center, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross Defendant Moseley Cattle Auction, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross Defendant Piedmont Livestock Company, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross Defendant Southeast Livestock Exchange, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross Defendant Alton Darnell
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

US.106319071.01

Laura Day DelCotto on behalf of Cross-Claimant East Tennessee Live Stock Center, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross-Claimant East Tennessee Livestock Center, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross-Claimant Moseley Cattle Auction, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross-Claimant Piedmont Livestock Company, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross-Claimant Southeast Livestock Exchange, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Cross-Claimant Alton Darnell
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Defendant B&B Land and Livestock
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Defendant Bradbury & York
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Defendant Fort Payne Stockyards
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Defendant Amos Kropf
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Defendant Jeremy Coffey
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Defendant Mike Bradbury
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Petitioning Creditor Southeast Livestock Exchange LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Special Counsel Delcotto Law Group PLLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Third-Party Defendant Bluegrass Stockyards East, LLC

US.106319071.01

ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Third-Party Defendant Bluegrass Stockyards of Richmond, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Third-Party Defendant Bluegrass Stockyards, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Third-Party Defendant East Tennessee Livestock Center, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Third-Party Defendant Moseley Cattle Auction, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Third-Party Defendant Piedmont Livestock, Inc.
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

Laura Day DelCotto on behalf of Third-Party Defendant Southeast Livestock Exchange, LLC
ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com

David Alan Domina on behalf of Creditor Bellar Feed Lots, Inc.
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

David Alan Domina on behalf of Creditor Madden Brothers
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

David Alan Domina on behalf of Creditor Madden Brothers, LLC
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

David Alan Domina on behalf of Creditor Nu-Technologies, Inc
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

David Alan Domina on behalf of Creditor Travis Bellar
dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com

Daniel J. Donnellon on behalf of Creditor First Bank and Trust Company, The
ddonnellon@bgdlegal.com, knorwick@bgdlegal.com

Daniel J. Donnellon on behalf of Cross Defendant First Bank & Trust Company
ddonnellon@bgdlegal.com, knorwick@bgdlegal.com

Daniel J. Donnellon on behalf of Cross Defendant The First Bank and Trust Company
ddonnellon@bgdlegal.com, knorwick@bgdlegal.com

Daniel J. Donnellon on behalf of Intervenor The First Bank and Trust Company

US.106319071.01

ddonnellon@bgdlegal.com, knorwick@bgdlegal.com

Trevor L. Earl on behalf of Creditor Your Community Bank
tearl@rwsvlaw.com

Shawna M Eikenberry on behalf of Counterclaimant James A. Knauer
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Shawna M Eikenberry on behalf of Cross Defendant James A. Knauer, Trustee
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Shawna M Eikenberry on behalf of Defendant James A Knauer
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Shawna M Eikenberry on behalf of Intervenor James A. Knauer, Trustee
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Shawna M Eikenberry on behalf of Plaintiff James A. Knauer, Trustee
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Shawna M Eikenberry on behalf of Trustee James A. Knauer
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Shawna M Eikenberry on behalf of U.S. Trustee U.S. Trustee
shawna.eikenberry@faegrebd.com,
sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com

Jeffrey R. Erler on behalf of Creditor Russell DeCordova d/b/a deCordova Cattle Company
jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com

Jeffrey R. Erler on behalf of Cross-Claimant DeCordova Cattle Company
jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com

William K. Flynn on behalf of Creditor E4 Cattle Co., LLC
wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

William K. Flynn on behalf of Creditor Edward J. Edens, IV
wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

William K. Flynn on behalf of Defendant E4 Cattle Company, LLC

US.106319071.01

13

wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

William K. Flynn on behalf of Defendant James Edward Edens, IV
wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com

Robert H. Foree on behalf of Creditor Kentucky Cattlemen's Association
robertforee@bellsouth.net

Robert H. Foree on behalf of Other Professional Kentucky Cattlemen's Association
robertforee@bellsouth.net

Sandra D. Freeburger on behalf of Creditor Estate of John S. Gibson, Anna Gayle Gibson, Execu
sfreeburger@dsf-atty.com, scain@dsf-atty.com

Sandra D. Freeburger on behalf of Creditor Gibson Farms. LLC
sfreeburger@dsf-atty.com, scain@dsf-atty.com

Sandra D. Freeburger on behalf of Cross Defendant Anna Gayle Gibson
sfreeburger@dsf-atty.com, scain@dsf-atty.com

Sandra D. Freeburger on behalf of Joined Party Anna Gayle Gibson
sfreeburger@dsf-atty.com, scain@dsf-atty.com

Peter M Gannott on behalf of Counterclaimant Laurel Livestock Market, INC.
pgannott@gannottlaw.com, gannottlaw@gmail.com

Peter M Gannott on behalf of Other Professional Laurel Livestock Market Inc.
pgannott@gannottlaw.com, gannottlaw@gmail.com

Melissa S. Giberson on behalf of Counter Defendant Fifth Third Bank
msgiberson@vorys.com

Melissa S. Giberson on behalf of Counter Defendant Fifth Third Bank, N.A.
msgiberson@vorys.com

Melissa S. Giberson on behalf of Creditor Fifth Third Bank
msgiberson@vorys.com

Melissa S. Giberson on behalf of Cross Defendant Fifth Third Bank
msgiberson@vorys.com

Melissa S. Giberson on behalf of Cross Defendant Fifth Third Bank, N.A.
msgiberson@vorys.com

Melissa S. Giberson on behalf of Defendant Fifth Third Bank
msgiberson@vorys.com

US.106319071.01

14

Melissa S. Giberson on behalf of Third-Party Defendant Fifth Third Bank
msgiberson@vorys.com

Thomas P Glass on behalf of Defendant E4 Cattle Company, LLC
tpglass@strausstroy.com

Thomas P Glass on behalf of Defendant James Edward Edens, IV
tpglass@strausstroy.com

Jeffrey J. Graham on behalf of Defendant Arab Livestock Market, Inc.
jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com

Jeffrey J. Graham on behalf of Defendant J & S Feedlots, Inc.
jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com

Patrick B Griffin on behalf of Other Professional Wells Fargo Bank, National Association
patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com

Terry E. Hall on behalf of Counterclaimant James A. Knauer
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Terry E. Hall on behalf of Intervenor James A. Knauer, Trustee
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Terry E. Hall on behalf of Plaintiff James A. Knauer, Trustee
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Terry E. Hall on behalf of Trustee James A. Knauer
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Paul M. Hoffmann on behalf of Creditor ADM Investor Services, Inc.
paul.hoffmann@stinsonleonard.com

Paul M. Hoffmann on behalf of Defendant ADM Investor Services, Inc.
paul.hoffmann@stinsonleonard.com

John David Hoover on behalf of Special Counsel Hoover Hull LLP
jdhoover@hooverhull.com

John David Hoover on behalf of Trustee James A. Knauer
jdhoover@hooverhull.com

John Huffaker on behalf of Creditor Friona Industries, LP
john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com

US.106319071.01

John Huffaker on behalf of Plaintiff Friona Industries, LP
john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com

Jeffrey L Hunter on behalf of Joined Party United States Department of Agriculture, Grain Ins
jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov

James R Irving on behalf of Defendant Madison Cattle
jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

James R Irving on behalf of Defendant Francis J. Madison
jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

James R Irving on behalf of Defendant Jeffrey Madison
jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Jay Jaffe on behalf of Intervenor James A. Knauer, Trustee
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

Jay Jaffe on behalf of Plaintiff James A. Knauer, Trustee
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com

James Bryan Johnston on behalf of Creditor Bynum Ranch Co.
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Creditor Davis Quarter Horse
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Creditor Bill Davis
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Creditor Bobby Bynum
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Creditor Eddie Eicke
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Creditor Frank Powell
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Creditor Johnny Mayo, Jr.
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Creditor Tom Svoboda
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Cross-Claimant Eddie Eickie

US.106319071.01

bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Cross-Claimant Tom Svoboda
bjtexas59@hotmail.com, bryan@ebs-law.net

James Bryan Johnston on behalf of Defendant Gary Tate, d/b/a Tate Ranch
bjtexas59@hotmail.com, bryan@ebs-law.net

Todd J. Johnston on behalf of Counterclaimant Gabriel Moreno
tjohnston@mcjllp.com

Todd J. Johnston on behalf of Creditor Gabriel Moreno
tjohnston@mcjllp.com

Jill Zengler Julian on behalf of Joined Party United States Department of Agriculture, Grain Ins
Jill.Julian@usdoj.gov

Jay P. Kennedy on behalf of Counter Defendant James A. Knauer, Trustee
jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Jay P. Kennedy on behalf of Defendant Rex Mooney
jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee
jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Jay P. Kennedy on behalf of Plaintiff James A. Knauer
jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee
jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Jay P. Kennedy on behalf of Plaintiff James A. Knauer, Trustee
jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Jay P. Kennedy on behalf of Trustee James A. Knauer
jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com

Andrew T Kight on behalf of Creditor Bill Eberle
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Andrew T Kight on behalf of Creditor Russell D. Garwood
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Andrew T Kight on behalf of Creditor Travis Dicke
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

US.106319071.01

Andrew T Kight on behalf of Defendant Arab Livestock Market, Inc.
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Andrew T Kight on behalf of Defendant Salem Livestock Auction, Inc.
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Andrew T Kight on behalf of Defendant Bill Eberle
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Andrew T Kight on behalf of Defendant Gary Krantz
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Andrew T Kight on behalf of Defendant Ronald Stahl
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Andrew T Kight on behalf of Defendant Travis Dicke
akight@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

Edward M King on behalf of Creditor Fifth Third Bank
tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com

David H Kleiman on behalf of Mediator David H. Kleiman
dkleiman@beneschlaw.com,
ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com

James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Counterclaimant James A. Knauer, Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Intervenor James Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Intervenor James A. Knauer, Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Plaintiff James A. Knauer, Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Plaintiff James A. Knauer, Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

US.106319071.01

18

James A. Knauer on behalf of Plaintiff James A. Knauer, Trustee
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Trustee James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

James A. Knauer on behalf of Trustee James A. Knauer
jak@kgrlaw.com, tjf@kgrlaw.com

Erick P Knoblock on behalf of Cross-Claimant Kathryn L. Pry
eknoblock@daleeke.com

Erick P Knoblock on behalf of Third-Party Defendant Kathryn L. Pry
eknoblock@daleeke.com

Theodore A Konstantinopoulos on behalf of Creditor General Electric Capital Corporation
ndohbky@jbandr.com

Randall D. LaTour on behalf of Counter Defendant Fifth Third Bank
RDLatour@vorys.com, kcmunn@vorys.com

Randall D. LaTour on behalf of Counter Defendant Fifth Third Bank, N.A.
RDLatour@vorys.com, kcmunn@vorys.com

Randall D. LaTour on behalf of Creditor Fifth Third Bank
RDLatour@vorys.com, kcmunn@vorys.com

Randall D. LaTour on behalf of Cross Defendant Fifth Third Bank
RDLatour@vorys.com, kcmunn@vorys.com

Randall D. LaTour on behalf of Cross Defendant Fifth Third Bank, N.A.
RDLatour@vorys.com, kcmunn@vorys.com

Randall D. LaTour on behalf of Cross-Claimant Fifth Third Bank
RDLatour@vorys.com, kcmunn@vorys.com

Randall D. LaTour on behalf of Defendant Fifth Third Bank
RDLatour@vorys.com, kcmunn@vorys.com

Randall D. LaTour on behalf of Third-Party Defendant Fifth Third Bank
RDLatour@vorys.com, kcmunn@vorys.com

David A. Laird on behalf of Creditor Peoples Bank of Coldwater Kansas
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

US.106319071.01

David A. Laird on behalf of Cross Defendant Peoples Bank
david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com

James G. Lauck on behalf of Plaintiff James A. Knauer, Trustee
jgl@kgrlaw.com, kmw@kgrlaw.com

David L. LeBas on behalf of Counter Defendant J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

David L. LeBas on behalf of Creditor J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

David L. LeBas on behalf of Intervenor J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

David L. LeBas on behalf of Third-Party Defendant J&F Oklahoma Holdings, Inc.
dlebas@namanhowell.com, koswald@namanhowell.com

Martha R. Lehman on behalf of Creditor Janousek Farms, Inc.
mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com

Scott R Leisz on behalf of Defendant Chastain Feeds & Farm Supply, LLC
sleisz@bgdlegal.com, dsams@bgdlegal.com

Elliott D. Levin on behalf of Defendant Gene Stoops
edl@rubin-levin.net, atty_edl@trustesolutions.com

Elliott D. Levin on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
robin@rubin-levin.net, edl@trustesolutions.net

Elliott D. Levin on behalf of Plaintiff Superior Livestock Auction, Inc.
edl@rubin-levin.net, atty_edl@trustesolutions.com

Kim Martin Lewis on behalf of Other Professional Elizabeth M. Lynch
kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

James B. Lind on behalf of Counter Defendant Fifth Third Bank
jblind@vorys.com

James B. Lind on behalf of Counter Defendant Fifth Third Bank, N.A.
jblind@vorys.com

James B. Lind on behalf of Creditor Fifth Third Bank
jblind@vorys.com

James B. Lind on behalf of Cross Defendant Fifth Third Bank

US.106319071.01

jblind@vorys.com

James B. Lind on behalf of Cross Defendant Fifth Third Bank, N.A.
jblind@vorys.com

James B. Lind on behalf of Defendant Fifth Third Bank
jblind@vorys.com

James B. Lind on behalf of Third-Party Defendant Fifth Third Bank
jblind@vorys.com

Karen L. Lobring on behalf of Creditor Deere & Company
lobring@msn.com

Karen L. Lobring on behalf of Creditor FPC Financial, f.s.b.
lobring@msn.com

John Hunt Lovell on behalf of Counter Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Counter Defendant Friona Industries, LP
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Creditor Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Creditor De Maio Farms & Ranches, Inc. a/k/a de Maio Land a
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Cross Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Defendant Demaio Farms & Ranches, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Plaintiff Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Third-Party Defendant Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

John Hunt Lovell on behalf of Third-Party Plaintiff Cactus Growers, Inc.
john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net

Harmony A Mappes on behalf of Counterclaimant James A. Knauer
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

US.106319071.01

Harmony A Mappes on behalf of Counterclaimant James A. Knauer, Trustee
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Cross Defendant James A Knauer
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Cross Defendant James A. Knauer
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Cross-Claimant James A Knauer
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Cross-Claimant James A. Knauer
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Defendant James A Knauer
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Intervenor James A. Knauer, Trustee
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Intervenor James A. Knauer, Trustee
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Plaintiff Okie Farms, L.L.C.
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Plaintiff James A. Knauer, Trustee
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Plaintiff James A. Knauer, Trustee
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Third-Party Plaintiff James A. Knauer, Trustee
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

Harmony A Mappes on behalf of Trustee James A. Knauer
harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com

John Frederick Massouh on behalf of Counter Defendant Cactus Growers, Inc.
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

US.106319071.01

22

John Frederick Massouh on behalf of Counter Defendant Friona Industries, L.P.
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Counter Defendant Friona Industries, LP
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Creditor ADM Investor Services, Inc.
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Creditor Friona Industries, LP
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Creditor Rufenacht Commodities, Inc.
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Creditor Robert Rufenacht
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Creditor Zeien II Larry
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Defendant Cattlemen's Feedlot, Ltd.
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Defendant Rufenacht Commodities, Inc.
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Defendant Robert Rufenacht
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Plaintiff Friona Industries, LP
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John Frederick Massouh on behalf of Third-Party Defendant Friona Industries, L.P.
john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

Michael W. McClain on behalf of Creditor GP Cattle LLC
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Creditor Grant Gibson
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Cross Defendant Amanda Gibson
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Cross Defendant Anna Gibson

US.106319071.01

mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Cross Defendant Grant P. Gibson
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Cross Defendant Mary Kathryn Gibson
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Cross Defendant Matthew Gibson
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Cross Defendant Patrick Gibson
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Defendant John F. Gibson
mmcclain@mcclaindewees.com

Michael W. McClain on behalf of Defendant Nancy G. McDonald
mmcclain@mcclaindewees.com

Kelly Greene McConnell on behalf of Creditor AB Livestock, LLC
lisahughes@givenspursley.com

Kelly Greene McConnell on behalf of Creditor Supreme Cattle Feeders, L.L.C.
lisahughes@givenspursley.com

James Edwin McGhee, III on behalf of Creditor Vermilion Ranch Corporation
jmcghee@kplouisville.com, james.mcghee@gmail.com

James Edwin McGhee, III on behalf of Cross Defendant Vermilion Ranch Corp.
jmcghee@kplouisville.com, james.mcghee@gmail.com

Brian H Meldrum on behalf of Creditor Intrust Bank, NA
bmeldrum@stites.com

Brian H Meldrum on behalf of Creditor Monty Koller
bmeldrum@stites.com

Brian H Meldrum on behalf of Defendant Intrust Bank, NA
bmeldrum@stites.com

Brian H Meldrum on behalf of Defendant Monty Larry Koller
bmeldrum@stites.com

William Robert Meyer, II on behalf of Creditor Republic Bank and Trust Company
rmeyer@stites.com, dgoodman@stites.com

US.106319071.01

William Robert Meyer, II on behalf of Creditor Rosenbaum Feeder Cattle Company, LLC
rmeyer@stites.com, dgoodman@stites.com

William Robert Meyer, II on behalf of Creditor Todd Rosenbaum
rmeyer@stites.com, dgoodman@stites.com

William Robert Meyer, II on behalf of Defendant Intrust Bank, NA
rmeyer@stites.com, dgoodman@stites.com

William Robert Meyer, II on behalf of Defendant Monty Larry Koller
rmeyer@stites.com, dgoodman@stites.com

William Robert Meyer, II on behalf of Defendant Todd Rosenbaum
rmeyer@stites.com, dgoodman@stites.com

Kevin J. Mitchell on behalf of Plaintiff James A. Knauer, Trustee
kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com

Terrill K. Moffett on behalf of Defendant Rex Mooney
kendalcantrell@moffettlaw.com

Christie A. Moore on behalf of Counter Defendant Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Christie A. Moore on behalf of Cross Defendant Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Christie A. Moore on behalf of Defendant Superior Livestock Auction
cm@gdm.com, ljs2@gdm.com

Christie A. Moore on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Christie A. Moore on behalf of Plaintiff Superior Livestock Auction, Inc.
cm@gdm.com, ljs2@gdm.com

Ronald J. Moore on behalf of U.S. Trustee U.S. Trustee
Ronald.Moore@usdoj.gov

Allen Morris on behalf of Creditor Republic Bank and Trust Company
amorris@stites.com, dgoodman@stites.com

Allen Morris on behalf of Creditor Rosenbaum Feeder Cattle Company, LLC
amorris@stites.com, dgoodman@stites.com

US.106319071.01

Allen Morris on behalf of Creditor Todd Rosenbaum
amorris@stites.com, dgoodman@stites.com

Allen Morris on behalf of Defendant Intrust Bank, NA
amorris@stites.com, dgoodman@stites.com

Allen Morris on behalf of Defendant Todd Rosenbaum
amorris@stites.com, dgoodman@stites.com

Allen Morris on behalf of Joined Party Rosenbaum Feeder Cattle, LLC
amorris@stites.com, dgoodman@stites.com

Judy Hamilton Morse on behalf of Creditor Heritage Feeders LP
judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com

Erin Casey Nave on behalf of Defendant J & S Feedlots, Inc.
enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com

Erin Casey Nave on behalf of Defendant Brandon Zeisler
enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com

Erin Casey Nave on behalf of Defendant Kevin Manthey
enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com

Erin Casey Nave on behalf of Defendant Thomas R. Glover
enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com

Walter Scott Newbern, III on behalf of Creditor 2Z Cattle Company
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Alabama Livestock Auction, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Arcadia Stockyard
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Ashville Stockyard, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Athens Stockyard, LLC
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Billingsley Auction Sale, Inc.
wsnewbern@msn.com

US.106319071.01

26

Walter Scott Newbern, III on behalf of Creditor CPC Livestock, LLC
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Carroll County Livestock Sales Barn, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Cattlemen's Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Columbia Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor E4 Cattle Co., LLC
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Eagle Bay, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Edward J. Edens, IV
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor First Bank and Trust Company, The
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Florida Association Livestock Markets
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Glen Franklin Cattle Company, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Hardee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Macon Stockyards, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Madison County Livestock Market, Inc. d/b/a Townse
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor North Florida Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Oak Lake Cattle Co.
wsnewbern@msn.com

US.106319071.01

Walter Scott Newbern, III on behalf of Creditor Ocala Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Okeechobee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Peoples Livestock Auction, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Ron Sizemore Trucking, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Sealy And Sons Livestock, LLP
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Sumter County Farmers Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Tennessee Valley Livestock
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Clark Christensen
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Daniel M. Byrd
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Edward Strickland
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Glen Franklin
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Matt Eller
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Robert Rawls d/b/a Robert Rawls Livestock
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Vernon Inman, I
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Creditor Vernon Inman, II
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Arcadia Stockyard

US.106319071.01

wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant CPC Livestock, LLC
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Cattlemen's Livestock Market
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Columbia Livestock Market of Lake City, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Hardee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant North Florida Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Ocala Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Okeechobee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Ronald Sizemore Trucking, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Sumter County Farmer's Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Townsend Livestock Market
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant Edward Strickland
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Cross Defendant James Byrd
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant 2Z Cattle Company
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Alabama Livestock Auction, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Arcadia Stockyard

US.106319071.01

wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Ashville Stockyard, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Billingsley Auction Sale, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Carroll Co L/S Sale Barn, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Cattlemen's Livestock Market
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Columbia Livestock Market of Lake City, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant E4 Cattle Company, LLC
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Hardee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Macon Stockyard
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant North Florida Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Ocala Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Okeechobee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Peoples Livestock Auction, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Ronald Sizemore Trucking, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Sumter County Farmer's Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Tennessee Valley Livestock
wsnewbern@msn.com

US.106319071.01

Walter Scott Newbern, III on behalf of Defendant Townsend Livestock Market
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Clark Christensen
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Edward Strickland
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Ernest Elder
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Glen Franklin
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant James Byrd
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant James Edward Edens, IV
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Matt Eller
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Tom Freeman
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Vernon Inman, I
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Defendant Vernon Inman, II
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Arcadia Stockyard
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Cattlemen's Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Columbia Livestock Market of Lake City, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Eagle Bay, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Hardee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Madison County Livestock Market, Inc. d/b/a
Townse
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor North Florida Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Oak Lake Cattle Co.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Ocala Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Okeechobee Livestock Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Ron Sizemore Trucking, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Strickland Farms
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Sumter County Farmer's Market, Inc.
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Intervenor Daniel M. Byrd
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Plaintiff Rush Creek Ranch, LLP
wsnewbern@msn.com

Walter Scott Newbern, III on behalf of Third-Party Defendant CPC Livestock, LLC
wsnewbern@msn.com

John O'Brien on behalf of Creditor Midwest Feeders, Inc.
jobrien@swlaw.com, agodfrey@swlaw.com

Shiv Ghuman O'Neill on behalf of Plaintiff James A. Knauer, Trustee
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Shiv Ghuman O'Neill on behalf of Plaintiff James A. Knauer, Trustee
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

US.106319071.01

Shiv Ghuman O'Neill on behalf of Trustee James A. Knauer
shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com

Matthew J. Ochs on behalf of Creditor Peoples Bank of Coldwater Kansas
kim.maynes@moyewhite.com

Jessica Lynn Olsheski on behalf of Counterclaimant Donald K. Garrett
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Defendant J & L Farms, LLC
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Defendant Sage Builders, LLC
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Defendant Sage Livestock, LLC
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Defendant Donald K. Garrett
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Joined Party J&L Farms LLC
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Joined Party Sage Builders LLC
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Joined Party Sage Livestock LLC
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Jessica Lynn Olsheski on behalf of Joined Party Donald K. Garrett
jessica.olsheski@justice-law.net, julie.streich@justice-law.net

Michael Wayne Oyler on behalf of Creditor Your Community Bank
moyler@rwsvlaw.com

Ross A. Plourde on behalf of Creditor Crumpler Bros.
ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com

Ross A. Plourde on behalf of Creditor Stockman Oklahoma Livestock Marketing, Inc.
ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com

Ross A. Plourde on behalf of Creditor The Bank of Kremlin
ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com

Ross A. Plourde on behalf of Creditor Brent Kuehny

US.106319071.01

ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com

Brian Robert Pollock on behalf of Creditor Intrust Bank, NA
bpollock@stites.com

Brian Robert Pollock on behalf of Defendant Intrust Bank, NA
bpollock@stites.com

Brian Robert Pollock on behalf of Defendant Monty Larry Koller
bpollock@stites.com

Wendy W Ponader on behalf of Plaintiff James A. Knauer, Trustee
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Wendy W Ponader on behalf of Plaintiff James A. Knauer, Trustee
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Wendy W Ponader on behalf of Trustee James A. Knauer
wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com

Timothy T. Pridmore on behalf of Counterclaimant Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Timothy T. Pridmore on behalf of Creditor Gabriel Moreno
tpridmore@mcjllp.com, lskibell@mcjllp.com

Anthony G. Raluy on behalf of Creditor Peoples Bank & trust Co. of Pickett County
traluy@rendigs.com

Anthony G. Raluy on behalf of Defendant Peoples Bank & Trust Company of Pickett County
traluy@rendigs.com

Eric C Redman on behalf of Cross Defendant Edward Strickland
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com

Eric C Redman on behalf of Defendant Bankfirst Financial Services
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com

Eric C Redman on behalf of Defendant Edward Strickland
ksmith@redmanludwig.com,
kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com

Eric C Redman on behalf of Intervenor Strickland Farms
ksmith@redmanludwig.com,

US.106319071.01

34

kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com

Eric W. Richardson on behalf of Creditor Fifth Third Bank
ewrichardson@vorys.com, bjtobin@vorys.com

Joe T. Roberts on behalf of Counterclaimant Laurel Livestock Market, INC.
jratty@windstream.net

David Cooper Robertson on behalf of Defendant Intrust Bank, NA
crobertson@stites.com, docketclerk@stites.com

David Cooper Robertson on behalf of Defendant Monty Larry Koller
crobertson@stites.com, docketclerk@stites.com

Mark A. Robinson on behalf of Creditor Cactus Growers, Inc.
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Creditor Friona Industries, LP
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Creditor J&F Oklahoma Holdings, Inc.
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Defendant Atkinson Livestock Market, LLC
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Defendant Demaio Farms & Ranches, Inc.
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Defendant Ganado, Inc.
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Defendant Brian Witt
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Intervenor J&F Oklahoma Holdings, Inc.
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Plaintiff Cactus Growers, Inc.
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Plaintiff Friona Industries, LP
mrobinson@dgeglaw.com

Mark A. Robinson on behalf of Third-Party Plaintiff Cactus Growers, Inc.
mrobinson@dgeglaw.com

US.106319071.01

Jeremy S Rogers on behalf of Other Professional Elizabeth M. Lynch
Jeremy.Rogers@dinslaw.com

John M. Rogers on behalf of Defendant Gene Stoops
johnr@rubin-levin.net, marie@rubin-levin.net

John M. Rogers on behalf of Plaintiff Superior Livestock Auction, Inc.
johnr@rubin-levin.net, marie@rubin-levin.net

Joseph H Rogers, III on behalf of Defendant Nichols Livestock
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

Joseph H Rogers, III on behalf of Defendant Jane Nichols
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

Joseph H Rogers, III on behalf of Defendant Robert Nichols
jrogers@millerdollarhide.com, cdow@millerdollarhide.com

James E Rossow, Jr. on behalf of Counter Defendant Superior Livestock Auction, Inc.
jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net

James E Rossow, Jr. on behalf of Plaintiff Superior Livestock Auction, Inc.
jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net

James E Rossow, Jr. on behalf of Third-Party Defendant Superior Livestock Auction, Inc.
jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net

Steven Eric Runyan on behalf of Defendant ADM Investor Services, Inc.
ser@kgrlaw.com

Steven Eric Runyan on behalf of Plaintiff James A. Knauer, Trustee
ser@kgrlaw.com

Niccole R. Sadowski on behalf of Creditor Capitol Indemnity Corporation
nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com

Thomas C Scherer on behalf of Creditor Cullman Stockyard, Inc.
tscherer@bgdlegal.com, rjenkins@bgdlegal.com

Stephen E. Schilling on behalf of Defendant E4 Cattle Company, LLC
seschilling@strausstroy.com

Stephen E. Schilling on behalf of Defendant James Edward Edens, IV
seschilling@strausstroy.com

US.106319071.01

36

Ivana B. Shallcross on behalf of Creditor Joplin Regional Stockyards
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Creditor Phillip Taylor Reed
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Creditor Ron P. Reed
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Cross Defendant Hodge Livestock Network Incorporated
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Cross Defendant Superior Livestock Auction, Inc.
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Hodge Livestock Network Incorporated
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Madison Cattle
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Northwest Alabama Livestock Auction
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Superior Livestock Auction
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Francis J. Madison
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Jeffrey Madison
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Petitioning Creditor Moseley Cattle Auction, LLC
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Petitioning Creditor Southeast Livestock Exchange LLC
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Petitioning Creditor David L. Rings
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Ivana B. Shallcross on behalf of Plaintiff Superior Livestock Auction, Inc.
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Sarah Elizabeth Sharp on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee

US.106319071.01

sarah.sharp@faegrebd.com

Sarah Elizabeth Sharp on behalf of Trustee James A. Knauer
sarah.sharp@faegrebd.com

Suzanne M Shehan on behalf of Other Professional Wells Fargo Bank, National Association
suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com

James E. Smith, Jr. on behalf of Cross Defendant Diamond B Ranches
jsmith@smithakins.com, legalassistant@smithakins.com

William E Smith, III on behalf of Creditor Coffeyville Livestock Market, LLC
wsmith@k-glaw.com, sking@k-glaw.com

William E Smith, III on behalf of Defendant South Coffeyville Stockyards
wsmith@k-glaw.com, sking@k-glaw.com

William E Smith, III on behalf of Defendant Tulsa Stockyards
wsmith@k-glaw.com, sking@k-glaw.com

Amanda Dalton Stafford on behalf of Counter Defendant James A. Knauer, Trustee
ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com

Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer, Trustee
ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com

Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer, Trustee
ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com

Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer
ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com

Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer, Trustee
ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com

Amanda Dalton Stafford on behalf of Plaintiff James A. Knauer, Trustee
ads@kgrlaw.com, cking@kgrlaw.com;srosner@kgrlaw.com

Robert K Stanley on behalf of Defendant Eastern Livestock Co., LLC
robert.stanley@FaegreBD.com

Robert K Stanley on behalf of Intervenor James A. Knauer, Trustee
robert.stanley@FaegreBD.com

Robert K Stanley on behalf of Plaintiff James A. Knauer, Trustee
robert.stanley@FaegreBD.com

US.106319071.01

Robert K Stanley on behalf of Trustee James A. Knauer
robert.stanley@FaegreBD.com

Joshua N. Stine on behalf of Counter Defendant Fifth Third Bank
kabritt@vorys.com

Joshua N. Stine on behalf of Counter Defendant Fifth Third Bank, N.A.
kabritt@vorys.com

Joshua N. Stine on behalf of Creditor Fifth Third Bank
kabritt@vorys.com

Joshua N. Stine on behalf of Cross Defendant Fifth Third Bank, N.A.
kabritt@vorys.com

Joshua N. Stine on behalf of Defendant Fifth Third Bank
kabritt@vorys.com

Andrew D Stosberg on behalf of Defendant PBI Bank, Inc.
astosberg@lloydmc.com, vpennington@lloydmc.com

Andrew D Stosberg on behalf of Defendant Larry Zeien, Jr.
astosberg@lloydmc.com, vpennington@lloydmc.com

Andrew D Stosberg on behalf of Defendant Willie Downs
astosberg@lloydmc.com, vpennington@lloydmc.com

Matthew R. Strzynski on behalf of Defendant Paint Rock Cattle Company, LP
indyattorney@hotmail.com

Matthew R. Strzynski on behalf of Defendant Paint Rock Cattle Management, LLC
indyattorney@hotmail.com

Matthew R. Strzynski on behalf of Defendant Plateau Production Company
indyattorney@hotmail.com

Matthew R. Strzynski on behalf of Defendant Tobin M. Parker
indyattorney@hotmail.com

Meredith R. Theisen on behalf of Other Professional Kathryn Pry
mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net

John M. Thompson on behalf of Creditor Heritage Feeders LP
john.thompson@crowedunlevy.com, jody.moore@crowedunlevy.com

US.106319071.01

Jennifer Joyce Tompkins on behalf of Defendant Faith Cattle Company
jenniferjtompkins@hotmail.com

Jennifer Joyce Tompkins on behalf of Defendant Flying M Ranch
jenniferjtompkins@hotmail.com

Jennifer Joyce Tompkins on behalf of Defendant Chad Houck
jenniferjtompkins@hotmail.com

Kevin M. Toner on behalf of Counterclaimant James A. Knauer
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Counterclaimant James A. Knauer, Trustee
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Cross Defendant James A. Knauer
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Cross Defendant James A. Knauer
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Cross-Claimant James A. Knauer
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Cross-Claimant James A. Knauer
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Intervenor James A. Knauer, Trustee
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Member Debtor Okie Farms, L.L.C.
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Plaintiff Okie Farms, L.L.C.
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Plaintiff James A. Knauer, Trustee
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Plaintiff James A. Knauer, Trustee
kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Third-Party Plaintiff James A. Knauer, Trustee

US.106319071.01

kevin.toner@faegrebd.com

Kevin M. Toner on behalf of Trustee James A. Knauer
kevin.toner@faegrebd.com

Christopher M. Trapp on behalf of Cross Defendant Superior Livestock Auction, Inc.
chris_m_trapp@hotmail.com

Christopher M. Trapp on behalf of Petitioning Creditor Superior Livestock Auction, Inc.
chris_m_trapp@hotmail.com

Christopher M. Trapp on behalf of Plaintiff Superior Livestock Auction, Inc.
chris_m_trapp@hotmail.com

Chrisandrea L. Turner on behalf of Creditor Cornelison Farms, LLC
clturner@stites.com

Chrisandrea L. Turner on behalf of Defendant Cornelison Farms, FLP
clturner@stites.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Andrew James Vandiver on behalf of Defendant GP Cattle Company
avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrew James Vandiver on behalf of Defendant Gibson Cattle Company, L.L.C.
avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrew James Vandiver on behalf of Defendant Grant P. Gibson
avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrew James Vandiver on behalf of Defendant Tammy T. Gibson
avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com

Andrea L Wasson on behalf of Creditor Lytle Street Development
andrea@wassonthornhill.com

Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee
jwatt@kgrlaw.com, tjf@kgrlaw.com

Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee
jwatt@kgrlaw.com, tjf@kgrlaw.com

Jennifer Watt on behalf of Plaintiff James A. Knauer
jwatt@kgrlaw.com, tjf@kgrlaw.com

US.106319071.01

Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee
jwatt@kgrlaw.com, tjf@kgrlaw.com

Jennifer Watt on behalf of Plaintiff James A. Knauer, Trustee
jwatt@kgrlaw.com, tjf@kgrlaw.com

Jennifer Watt on behalf of Trustee James A. Knauer
jwatt@kgrlaw.com, tjf@kgrlaw.com

Stephen A. Weigand on behalf of Intervenor The First Bank and Trust Company
sweigand@ficlaw.com

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov

Sean T. White on behalf of Special Counsel Hoover Hull LLP
swhite@hooverhullturner.com, malexander@hooverhullturner.com

Sean T. White on behalf of Trustee James A. Knauer
swhite@hooverhullturner.com, malexander@hooverhullturner.com

Michael Benton Willey on behalf of Creditor Tennessee Department of Revenue
michael.willey@ag.tn.gov

April A Wimberg on behalf of Counterclaimant Stephen N. Kitchens
awimberg@bgdlegal.com

April A Wimberg on behalf of Defendant Glen Franklin
awimberg@bgdlegal.com

April A Wimberg on behalf of Defendant Stephen N. Kitchens
awimberg@bgdlegal.com

Jason P Wischmeyer on behalf of Defendant G. Anderson Farms, Inc.
jason@wischmeyerlaw.com

Jessica E. Yates on behalf of Plaintiff Fredin Brothers, Inc.
jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com

James T Young on behalf of Intervenor Michael J Walro
james@rubin-levin.net, lking@rubin-levin.net;kim@rubin-levin.net;atty_young@bluestylus.com

US.106319071.01

3-B FARMS LLC
709 N Pratt St., P.O. Box 6
Yates Center, KS 66783

4 LEGS DOWN LLC
4051 N Co Rd 500 E
Greensburg, IN 47240

24 TRADING CO., LLC
PO Box 1530
Canutillo, TX 79835

A & B CATTLE & FARM INC
PO Box 5
Thaxton, MS 38871

ACOTSA-REZA, ROLANDA
PO Box 503
Aliance, NE 69301

ACREE, PHILLIP NATHAN
175 Donald Hurt Rd.
Summer Shade, KY 42166

ADP
c/o Crystal Garcia
1851 N Resler
El Paso, TX 79912

ALBERSON, ROBERT DOUGLAS
Landmark Ln.
Hillman, TN 38568

ANIMAL CLINIC
PO Box 781
Morganfield, KY 42437

ARRIETA, LAURA
1129 Stockwell Ln.
El Paso, TX 79902

ASH FLAT LIVESTOCK AUCTION, INC.
PO Box 308
Ash Flat, AR 72513

ASHVILLE STOCKYARD INC
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

ATHENS STOCKYARD LLC
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

B & B FARMS
8090 Greensburg Rd.
Greensburg, KY 42743

BAR K CATTLE
1275 7th Ave
Sioux Center, IA 51250

BARNES, SHANNON D/B/A/ BARNES
TRUCKING
21936 Lawrence 2222
Aurora, MO 65605

BERTRAM CATTLE HAULING
PO Box 437
Vinita, OK 74301

BILLINGSLEY AUCTION SALE, INC
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

BOB`S AUTO INC DBA BOB`S AUTO
SUPPLY
PO Box 419
Edmonton, KY 42129

BOVINE MEDICAL ASSOCIATES
1500 Soper Rd.
Carlisle, KY 40311

BPT LIVESTOCK
100 Old Carpenter Lane
Harrison, AR 72601

BRADEN, DANE d/b/a Razorback Farms
131 Industrial Park Dr., Suite 3
Hollister, MO 65672

BRADEN, DANE d/b/a American Rock
131 Industrial Park Dr., Suite 3
Hollister, MO 65672

BRADBURY & YORK CATTLE
PO Box 588
Tatum, TX 75691

BRENT KUEHNY DBA DOLLAR K
CATTLE CO
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

BRISCOE, BRACK
2069 S Meridian Rd.
Mitchell, IN 47446

BUFFALO LIVESTOCK AUCTION LLC
Box 427
Buffalo, WY 82834

BURFORD, JAY
108 Glen Oaks Rd.
McDonough, GA 30253

BURKE LIVESTOCK AUCTION
420 W 4th St.
Burke, SD 57523

BYNUM GROUP
PO Box 104
Sterling, TX 76951

BYRON LANG INC
PO Box 301
Jackson, MO 63755

CACTUS GROWER INC
c/o John H. Lovell
Lovell, Lovell, Newsom & Isern, LLP
112 W 8th Ave, Suite 1000
Amarillo, TX 79101

CAMBRIDGE TRANSPORTATION
36392 Treasury Center
Chicago, IL 60694

CAPPS, VETERAN DENVER
330 Frogue Rd.
Burkesville, KY 42717

CATTLCO LLC
c/o Nolan M. Johnson
Bass, Berry & Sims PLC
100 Peabody Place, Suite 900
Memphis, TN 38103

CERNOCH JR, LOUIS
6711 Green Meadow Ln.
Terrell, TX 75160

CHIP MILLER TRUCKING INC
PO Box 126
St. George, KY 66535

CHRISTIE FAMILY ENTERPRISES INC
5161 Eagle Feather Rd
Delta, CO 81416

CLEVENGER, PHIL
10653 Hwy 127
Sweet Springs, MO 65351

COFFEY, JEREMY ADAM
6205 Greensburg Rd
Columbia, KY 42728

COFFEYVILLE LIVESTOCK MARKET
LLC
PO Box 1074
Coffeyville, KS 67337

COLLEY, CHAMP
2002 Law 2120
Sarcoxie, MO 64062

COOK TRUCKING INC
c/o Brian K. Cook
820765 S 3570 Rd
Stroud, OK 74079

COOPER, KEETON
1397 Upper Hilham Road
Livingston, TN 38570

CORCORAN TRUCKING INC
221 Lomond Lane
Billings, MT 59101

CPC LIVESTOCK
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

CRISWELL INC
443 N College Street
Trenton, TN 38382

CROWLEY, CLINTON
19515 Crooked Oaks Rd.
St. Onge, SD 57779

CRUMPLER BROS
4925 Friberg Church Rd.
Wichita Falls, TX 76305

CULLMAN STOCKYARD INC
75 County Rd. 1339
Cullman, AL 35058

DALE STULL TRUCKING
Box 41
Nara Visa, NM 88430

DALE STULL TRUCKING
Box 41
Nara Visa, NM 88430

DARNELL, CLINTON ALTON
480 Blevins Hollow Rd.
Piney Creek, NC 28663

DENWALT & SONS CATTLE CO LLC
10004 Reno W
El Reno, OK 73036

DICKSON LIVESTOCK CENTER, INC.
PO Box 591
Dickson, TN 37056

DOTHAN LIVESTOCK CO
9711 Hwy 231 South
Dothan, AL 36301

EARL VETERINARY SUPPLY INC
204 Hwy 5 South
PO Box 70
Fayette, MO 65248

EAST MISSISSIPPI FARMERS
LIVESTOCK MARKET
12190 Pecan Ave.
Philadelphia, MS 39350

EAST TENNESSEE LIVESTOCK
CENTER INC
c/o Jennifer Houston, Treasurer
PO Box 326
Sweetwater, TN 37874

EICKE RANCH II
11888 CR 1202
Snyder, TX 79549

EISCHEID TRUCKING, LLC
32390 454th
Motley, MN 56466

ELLIS, RANDALL
5359 Mt. Hebrod Road
Lancaster, KY 40444

EVERETT, BOB
PO Box 1887
Woodward, OK 73802

F & M FARMS LLC
PO Box 14
Bullard, TX 75757

FARMER, BOBBY
PO Box 77
Warrensville, NC 28693

FARMER, JOE D/B/A B&F CATTLE
300 W Lamar St.
Richland, TX 76681

FARMERS LIVESTOCK MARKETING
PO Box 87
Carthage, MS 39051

First Bank (Claim Against Gibson Estate)
c/o Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

FISCHER BROS. TRUCKING, LLC
29549 431st Ave.
Lesterville, SD 57040

FIVE STAR LIVESTOCK LLC
10319 Highway 62
Charlestown, IN 47111

FLOOD, BRAD
910 W Main St.
Cloverport, KY 40111

FNJ LLC
PO Box 596
Wisner, NE 68791

FORT PAYNE STOCK YARD INC
PO Box 681126
Fort Payne, AL 35968

FOUSEK FARMS & TRUCKING LLC
28381 US Hwy 281
Armour, SD 57313

FOUSEK, SAM
First National Bank
106 RR SW
Wagner, SD 57380

FRANKLIN, GLEN
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

FRIONA INDUSTRIES LP
c/o John Massouh
Sprouse Shrader Smith P.C.
PO Box 15008
Amarillo, TX 79105

GARRETT FARMS
PO Box 31541
Amarillo, TX 79120

GARY WELCH CATTLE COMPANY
PO Box 10
Norman, NC 28367

GLENWILD STOCKYARD, INC.
3383 Hwy 51 S
Grenada, MS 38901

David Marrs Gordon
1758 Old Temple Hill Rd.
Tompkinsville, KY 42167

GRAHAM, CHARLES
P.O. Box 775
Gatesville, TX 76528

GREEN, DON
9973 Co. Road
Roanoke, AL 36274

HAIGH LIVESTOCK LLC
PO Box
Merrill, OR 97633

HALEY, JASON
265 Haley Rd.
Watertown, TN 31784

HARDIN COUNTY STOCKYARD, INC.
PO Box 189
Waynesboro, TN 38485

HAROLD WHITAKER LIVESTOCK
TRANSPORTATION, LLC
PO Box 1179
Roswell, NM 88202

HEAD, BUDDY
1830 Safari Camp Road
Lebanon, TN 37090

HERRBOLDT TRUCKING
29449 432nd Ave
Lesterville, SD 57040

HILLS, WALTER
3377 FM 1226 N
Anson, TX 79501

HIRSCH PARTNERSHIP
502 Locust Lane
Shelbyville, KY 40065

HODGE LIVESTOCK INC
PO Box 627
Newport, TN 37822

HONAKER, ANGIE
1186 Leatherwood Rd.
Tompkinsville, KY 42167

HORA, GEORGE
1894 N. Dubuque Rd.
Iowa City, IA 52245

IKE'S TRUCKING INC
c/o ASM Capital
Attn: Heather Berkowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

INGLAND TRUCKING
11932 Road 6
Liberal, KS 67901

IRSIK & DOLL FEED SERVICES INC
c/o Charles D. Lee
Martindell Swearer Shaffer Ridneour LLP
20 Compound Drive
Hutchinson, KS 67504

J & J LIVESTOCK TRUCKING
c/o ASM Capital
Attn: Heather Berkowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

J&F OKLAHOMA HOLDINGS INC
c/o David LeBas
8310 N. Capital of Texas Hwy, Suite 490
Austin, TX 78731

JACK ROTH TRUCKING
22147 Y Hwy
Booneville, MO 65233

JAMES H BRASS CATTLE ACCOUNT
PO Box 777
Coldwater, KS 67029

JASON FARMER TRANSPORTATION
192 County Road 427
Lorena, TX 76655

JC BAR TRUCKING INC
c/o Charles Graham
210 Windy Lane
Gatesville, TX 76528

JD CATTLE COMPANY INC
1196 Twin Forks Lane
St. Paul, NE 68873

JIMMIE ROGERS INC
5042 Hwy 54
Liberal, KS 67901

JOE KANTHAK TRUCKING
48640 161st Street
Revillo, SD 57259

JORDAN, JERRY W
6046 Simmons Bluff Rd
Lebanon, TN 37090

J & S LIVESTOCK
PO Box 398
Armuchee, GA 30105

KD FARM SERVICE, LLC
PO Box 330
Grandview, TX 76050

KENTUCKIANA LIVESTOCK MARKET,
INC.
PO Box 774
Owensboro, KY 42302

KEYWOOD ANIMAL CLINIC LLC
16067 Porterfield Hwy
Abingdon, VA 24210

KILMON, KEITH
8095 Edmonton Rd
Summer Shade, KY 42166

KNESS TRUCKING INC
PO Box 463
Chadwick, IL 61014

KNOXVILLE LIVESTOCK AUCTION
CENTER
P.O.Box 167
Mascot, TN 37806

PAUL & AMOS KROPF DBA K & K
FARMS
c/o David J. Potter
901 N Stateline Ave
Texarkana, TX 75501

L&F CATTLE
8365 W, FM 217
Gatesville, TX 76528

LANE CATTLE COMPANY
c/o Tindal & Hickman, LLP
915 South Hull Street
Montgomery, AL 36104

LANG TRUCKING
PO Box 187
Jackson, MO 63755

LAS ANIMAS TRANSFER, INC.
242 Bent Ave.
Las Animas, CO 81054

LEATH, ANTHONY
3916 Thaxton Rd
Thaxton, MS 38871

LEON BOGARD TRUCKING
2003 N. Spruce
McAlester, OK 74501

LINDEN STOCKYARD INC
PO Box 480160
Linden, AL 36748

LIVESTOCK DISPATCH SERVICE
c/o Steve Hendershot
PO Box 133
La Porte City, IA 50651

LIVINGSTON STOCKYARD C/O
WILLIAM TINSLEY
PO Box 398
Livingston, AL 35470

LOULA, MICHAEL WADE
Rt. 1 Box 50
Colony, OK 73021

LW MILLER LIVESTOCK INC
94 N. 400 W
North Salt Lake, UT 84054

MAC`S VET SUPPLY LLC
601 Front St
Monett, MO 65708

MACON STOCKYARDS
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

MARTIN, T.
6204 Charlestown Pike
Charlestown, IN 47111

MARTY BUNDY
PO Box 1249
St. George, UT 84771

MATNEY, AVERY
3673 Iron Mountain Road
Center, KY 42214

MCCOMBS, TYLER
133 Scottsborough Circle
Bowling Green, KY 42103

MCPHAIL LAND & CATTLE
15888 N 2235 Rd.
Mt. Park, OK 73559

MERIDIAN STOCKYARDS, INC.
PO Box 581
Meridian, MS 39305

MIDDLETON, JERRY
1108 W Ridge
McAlester, OK 74501

MID-KENTUCKY LIVESTOCK
MARKET
PO Box 134
Upton, KY 42784

MID-SOUTH LIVESTOCK CENTER LLC
PO Box 3033
Lebanon, TN 37088

MID-SOUTH LIVESTOCK CENTER LLC
PO Box 3033
Lebanon, TN 37088

MID-SOUTH LIVESTOCK CENTER LLC
PO Box 3033
Lebanon, TN 37088

MID-SOUTH LIVESTOCK CENTER LLC
PO Box 3033
Lebanon, TN 37088

MID-STATE STOCKYARDS, LLC
PO Box 210
Letohatchee, AL 36047

MILLER, ALLEN
701 Falling Springs Hollow
Horse Caves, KY 42749

MILLER, MARION
30143 Kapok Drive
Stark City, MO 64866

MOLER, BILL D/B/A D&B CATTLE CO.
100 Bonita St.
Elk City, OK 73644

MONTGOMERY STOCK YARD INC
PO Box 250108
Montgomery, AL 36125

MONTGOMERY, DARBY
36 Thompson Road
Lancaster, KY 40444

MORENO, GABRIEL
c/o Tim Pridmore
McWhorter, Cobb & Johnson
PO Box 2547
Lubbock, TX 79408

MORGAN LIVESTOCK LLC
Box 196
Trenton, KY 42286

MIDWEST FEEDERS, INC.
Midwest Feeders, Inc.
c/o John O'Brien
Snell & Wilmer L.L.P
1200 Seventeenth St, Ste 1900
Denver, CO 80202

MOULTON STOCKYARD
13130 AL Hwy 157
Moulton, AL 45650

MOWERS, JEFF A.
1200 Blacks Ferry Rd.
Burkesville, KY 42717

NATURAL BRIDGE STOCKYARD
PO Box 401
Natural Bridge, AL 35577

NELSON TRUCKING INC
2547 Cold Spring Road
Mountain City, TN 37683

NEUFELD, RONALD D
5590 NE 157th Terr
Williston, FL 32696

NEWMAN, BOBBY
PO Box 1002
Bixby, OK 74008

NU-TECHNOLOGIES
c/o Judith Ackland
9203 Valaretta Drive
Gretna, NE 68208

OELZE, STEPHEN
2753 Hwy 2779
Hardinsburg, KY 40143

OLLERICH, JERRY
46884 267 Street
Sioux Falls, SD 57106

ORENDER TRUCK LINE INC
7562 West 349th Street
Lebo, KS 66856

OZARKS REGIONAL STOCKYARDS,
INC
PO Box 928
West Plains, MO 65775

PAGE, JOHN
PO Box 250
Tompkinsville, KY 42167

PARKS LIVESTOCK INC
Box 429
Oakwood, IL 61858

PAYNE, ROGER
115 Beverly Dr.
Glasgow, KY 42141

PHIL MULDER TRUCKING INC
PO Box 205 Main St.
Doon, IA 51235

PHILLIP`S FARMS
560 Monterey Hwy
Livingston, TN 38570

PHILLIPS, TERRY
560 Monterey Hwy
Livingston, TN 38570

PIEDMONT LIVESTOCK INC
PO Box 217
Altamahaw, NC 27202

PINE RIDGE FARM
7594 Hwy 55 South
Glens Fork, KY 42741

PLATT LIVESTOCK LLC
PO Box 164
New Castle, UT 84756

PONTOTOC STOCKYARD
PO Box 1026
Pontotoc, MS 38863

POWELL, JC
Box 1389
Lindale, TX 75771

PRUITT FARMS
4215 F M 929
Gatesville, TX 76528

PULASKI STOCKYARD
607 W. Shoal Street
PO Box 719
Pulaski, TN 38478

RABICH, RON
5920 Dry Creek Rd.
Elk Horn, KY 42733

RANDALL SPURLING TRUCKING
2120 Spurlington Rd.
Campbellsville, KY 42718

RANDY CARDEN INC
376 Wallis Rd.
Villa Rica, GA 30180

RANDY HOOVER & SON
3973 St Rd 14
West Plains, MO 65775

REED, PHILLIP TAYLOR
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

REPS DISPATCH LLC
16150 MCR 19
Fort Morgan, CO 80701

RICHARD RIVERS TRUCKING
11510 Tanner Williams Rd.
Lucedale, MS 39452

RICHARDSON INC
PO Box 172
Lucerne, CO 80646

RICHMOND, MARK
5121 Oak Ridge Rd.
Ravenden Springs, AR 72460

RICHY ROBBINS (ROBBINS TRUCKING)
250 Neals Creek Road
Stanford, KY 40484

ROANOKE STOCKYARD, INC.
1009 Chestnut St., P.O. Box 307
Roanoke, AL 36274

ROBERTS, RANDY
5055 W. Swamp Rd.
Winchester, OH 45697

ROLANDO ACOSTA TRUCKING LLC
PO Box 503
Aliance, NE 69301

RON NEUFELD TRUCKING
5590 NE 157th Terr
Williston, FL 32696

RONNIE REITER
324 Elm Street
Hereford, TX 79045

RUMMEL, BRADLEY
8860 W Farm Road 112
Willard, MO 65781

RUSSELL DECORDOVA DBA DECORDOVA CATTLE COMPANY
c/o Brad Odell
Bell Nunnally & Martin LLP
3232 McKinney Avenue, Suite 1400
Dallas  TX 75204

RUSSELL SPRADIN FARMS
766 Bishop Rd.
Glasgow, KY 42141

S&S CATTLE
407 Bakerton Rd.
Burkesville, KY 42717

SAND MOUNTAIN STOCKYARD
PO Box 25
Albertville, AL 35950

S&T TRUCKING LOGISTICS
PO Box 400, 803 S Ben St.
Parkston, SD 57366

SANDY GLASS TRUCKING
90 Circle Rd.
Glasgow, KY 42141

SCHLESSIGER, JACK
1266 NE 120 Road
Claflin, KS 67525

SCOTT LEDBETTER TRUCKING LLC
PO Box 373
Bruce, MS 38915

SCOTTS HILL STOCKYARD
PO Box 1796
Savannah, TN 38372

Alabama Livestock Auction Claims 503 and 504 consolidated with Sealy & Sons
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

SEIBERT CATTLE CO LLC
1136E Campbell Ave.
Phoenix, AZ 85014

SHIPMAN, GENE
11401 E FM 1075
Happy, TX 79042

SIMPSON, JESSE
415 Jesse Simpson Rd.
Tompkinsville, KY 42167

SMITH, DWAYNE
4238 Garfield Hinds Rd.
Monroe, TN 38573

SMITH, SHIRLEY
1105 Grady Rd
Munfordville, KY 42765

SOMERVILLE LIVESTOCK SALES
PO Box 382
Sommerville, TN 38068

SOUTHEAST LIVESTOCK EXCHANGE LLC
PO Box 908
Canton, NC 28716

SOUTHERN TRANSPORT LLC
309 Connie Dr.
Elk City, OK 73644

SOUTHLAND HAULERS LLC
PO Box 142
Brantely, AL 36009

SPURLING, MYLES
2120 Spurlington Rd.
Campbellsville, KY 42718

STAR KAN INC
PO Box 130
Edna, KS 67342

STARNES, ROY
398 Starnes Rd.
Mt. Hermon, KY 42157

STEVE GRAVES TRUCKING LLC
625 Ferguson Rd.
Wheatland, WY 82201

STEVENS, JACK
1121 Chapel Hill Rd.
Morganfield, KY 42437

STINNET, BOBBY
62 Tatesville Rd.
Palmer, TN 37365

STRICKLAND, Eddie
c/o W. Scott Newbern
2982 East Giverney Circle
Tallahassee, FL 32309

SUNDERMAN, DOUGLAS D
83386 556th Avenue
Norfolk, NE 68701

SUSAN RAMEY LIVESTOCK
5664 Elizaville Road
Ewing, KY 41039

SVOBODA, TOM
3055 AA Ave.
Herington, KS 67449

SYMPSON, DONALD R
151 Murrays Run Rd.
Bardstown, KY 40004

SYMPSON, JAMES G
608 Murray's Run Rd.
Bardstown, KY 40004

TATE RANCH
6510 W Lake Road
Abilene, TX 79601

T R SMITH LIVESTOCK
921 West Choctaw Street
Lindsay, OK 73052

TADLOCK STOCKYARD
PO Box 42
Forest, MS 39074

TENNESSEE LIVESTOCK PRODUCERS
INC
PO Box 313
Columbia, TN 38402

TERRY, STEVEN
PO Box 448
Red Cloud, NE 68970

THE ANIMAL HOSPITAL
PO Box 6
Campbellsville, KY 42719

THOMAS COUNTY STOCKYARDS INC
PO Box 2565
Thomasville, GA 31799

THOMPSON BROTHERS
1448 S Jackson Hwy
Hardyville, KY 42746

THOMPSON, CAROLYN
1300 Ritchie Lane
Bardstown, KY 40004

THOMPSON, GARY
PO Box 113
Pitkin, LA 70656

THOMPSON, JAMES
1300 Ritchie Ln.
Bardstown, KY 40004

THOMSON WEST
610 Opperman Drive, D6-11-3710
Eagan, MN 55123

TORRINGTON LIVESTOCK CATTLE
COMPANY
c/o David A. Domina
2425 S 144th Street
Omaha, NE 68144

TORRINGTON LIVESTOCK MARKETS
LLC
c/o David A. Domina
2425 S 144th Street
Omaha, NE 68144

TORQUE TRANSPORTATION
P.O. Box 95283
South Jordan, UT 84095

TRAVIS, MICHAEL PERRY
208 Oak Street
Marion, KY 42064

TRI-COUNTY LIVESTOCK EXCHANGE
PO Box 122
Smithfield, KY 40068

TUPPER LIVESTOCK CO
PO Box 20
Kimball, SD 57355

TURNER COUNTY STOCKYARDS INC
1315 US Hwy 41 S
Ashburn, GA 31714

UNION STOCK YARDS CO., INC.
PO Box 129, 7510 State RT 138 E
Hillsboro, OH 45133

UNITED PRODUCERS INC
8351 N. High St. Ste.250
Columbus, OH 43235

UPPER CUMBERLAND SHOPPER
2685 Lake Valley Dr
Cookeville, TN 38506

VALLEY STOCKYARD
206 Pine Ave. SW
Decatur, AL 35601

VANDERBRINK, ED
319 Main St., Box 111
Alvord, IA 51230

VERMILION RANCH CORPORATION
c/o Joseph Goggins
2443 N Frontage Rd
Billings, MT 59101

VIBBERT, TIM
444 Jack Brown Rd.
Glasgow, KY 42141

WAECHTER HAY & GRAIN INC
PO Box 2123
Emporia, KS 66801

WALLACE, DICK
8045 FM 182
Gatesville, TX 76528

WEBORG FEEDING CO LLC
1737 V Road
Pender, NE 68047

WELCH, MADISON A
4030 N. 900 E
Lafayette, IN 47905

WEST COAST LIVESTOCK EXPRESS
PO Box 1691
Sterling, CO 80751

WEST PLAINS CO
4800 Main St., Suite 274
Kansas City, MO 64112

WILLIAMS, LARRY
225 County Road 141
Okolona, MS 38860

WINNER LIVESTOCK AUCTION
Box 611
Winner, SD 57580

WINONA STOCKYARD - CUSTODIAL
PO Box 429
Winona, MS 38967

WISCHMEIER TRUCKING INC
PO Box 244
Brownstown, IN 47220

YOUNG, FRED K
1017 James Howard Young Road
Edmonton, KY 42129

ZAGO, DANTE
c/o ASM Capital
Attn: Heather Berkowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797