# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

### CERTIFICATE OF MAILING

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 3732 West 120th Street, Hawthorne, California 90250.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, the documents identified below by docket number were served on the parties as set forth below in Exhibits "A" through "D" at the addresses shown thereon and via the mode of service indicated thereon, on May 12, 2016:

| | |
|---|---|
| Docket No. 2889 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Madison Cattle, Jeffrey Madison, and Francis Madison) [RE: Docket No. 2888] |
| Docket No. 2891 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Bill Eberle) [Re: Docket No. 2890] |
| Docket No. 2893 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (Travis Dicke) [Re: Docket No. 2892] |
| Exhibit "A" | Address List regarding Docket Nos. 2889, 2891 and 2893<br>• The post-confirmation Core Parties are referenced in Service List 62336<br>• Those post-confirmation parties who have requested special notice are referenced in Service List 62335 |

      Exhibit "B"　　Affected Parties Address List regarding Docket No. 2889

      Exhibit "C"　　Affected Party Address List regarding Docket No. 2891

      Exhibit "D"　　Affected Parties Address List regarding Docket No. 2893

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 13th day of May 2016 at Hawthorne, California.

                                                  James H. Myers

**EXHIBIT A**

# Eastern Livestock

**Total number of parties: 16**

### Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 62235 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 62236 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 62235 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 62235 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 62236 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 62236 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 62236 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

**Subtotal for this group: 7**

**EXHIBIT B**

## Exhibit B - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 62237 | BINGHAM GREENEBAUM DOLL LLP, (RE: FRANCIS J MADISON), JAMES R IRVING, 3500 NATIONAL CITY TOWER, 101 SOUTH FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 62237 | BINGHAM GREENEBAUM DOLL LLP, (RE: JEFFREY MADISON), JAMES R IRVING, 3500 NATIONAL CITY TOWER, 101 SOUTH FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 62237 | BINGHAM GREENEBAUM DOLL LLP, (RE: MADISON CATTLE), JAMES R IRVING, 3500 NATIONAL CITY TOWER, 101 SOUTH FIFTH STREET, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 62237 | FRANCIS J MADISON, 1945 215TH STREET, FORT SCOTT, KS, 66701 | US Mail (1st Class) |
| 62237 | JEFFREY MADISON, 1945 215TH STREET, FORT SCOTT, KS, 66701 | US Mail (1st Class) |
| 62237 | MADISON CATTLE, 1945 215TH STREET, FORT SCOTT, KS, 66701 | US Mail (1st Class) |

**Subtotal for this group: 6**

**EXHIBIT C**

**Exhibit C - Eastern Livestock**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 62238 | TAFT, STETTINIUS & HOLLISTER LLP, (RE: BILL EBERLE - EASTERN LIVESTOCK CO. LLC), ANDREW T KIGHT, ONE INDIANA SQUARE, SUITE 3500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

**Subtotal for this group: 1**

**EXHIBIT D**

## Exhibit D - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 62239 | DICKE FEEDYARD, TRAVIS DICKE, TRAVIS DICKE, 38698 175 AVE, CRESTON, NE, 68631-4081 | US Mail (1st Class) |
| 62239 | TAFT, STETTINIUS & HOLLISTER LLP, (RE: DICKE FEEDYARD), ANDREW T KIGHT, ONE INDIANA SQUARE, SUITE 3500, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

**Subtotal for this group: 2**