*Original*
*Copy*

110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

~~UNITED STATES DISTRICT COURT~~
~~WESTERN DISTRICT OF KENTUCKY~~

CASE NUMBER: *10-93904-BHL-11*

PLAINTIFF(S)

*Vetran Denver Capps*

v.

*Eastern Livestock Co.*

DEFENDANT(S)

MOTION FOR *Relief For Worthless Check*

[state what you want the Court to do]

I, *Denver Capps*, the ☑ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order *Collecting Relief For Worthless Check.*

[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

*"Reply Memorandum"*

*Motion, "Plantiff" Objects Counsel for Eastern Livestock Company Trustee is Lying, No Compromise And Settlement WAS Made with Counsel For Eastern Livestock Company Trustee.*

General Motion Form
☐ ENVELOPE NOT PROVIDED
Rev. 4/13
☐ COPIES NOT PROVIDED

Motion, "Plantiff" Objects
Motion, For Settlement With Relief
Sought for Worthless Check 913.24,
And PAYment.

Motion, "Plantiff" Objects
Motion, For Settlement With Relief
Sought for DelAy's OF PAyment,
35% Interest, Worthless Check
DAte 10-12-10, Copy Of Worthless
Check Enclosed.

Motion, "PlAntiff" Motion For
United StAtes BAnkruptcy Court
To Collect This Relief.

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

_____

_____

_____

_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 23 day of M A Y , 20 16

Signed: _Denver Capps_
[your signature]

Print your name: _Denver CAPPS_

Address: _330 Frogue Road_

_Burkesville_

_Kentucky 42717-8891_

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed: _____
[your signature]

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above _Motion For_ was served upon
[name of document]

_FAegre,_
_Baker, Daniels_ by _U.S. Mail_ at _600 E. 96th Street_
[name of opposing party or counsel]   [mail or hand-delivery]   [address]

_Suite 600 Indianapolis,_ on _MAY 24 2016_
_Indiana 46240-3789_                      [date]

Signed: _Denver Capps_
[your signature]

Page 3 of 3

*083902581*
12/07/2010
3989010080000092

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

Return Reason (S)
Refer to Maker

**EASTERN LIVESTOCK CO.**
135 WEST MARKET
NEW ALBANY IN 47150
812-944-3320

Fifth Third Bank

NO. F 015706

7-3-21
421

Return Reason (S)
Refer to Maker

NINE HUNDRED THIRTEEN & 24/100 DOLLARS

DATE          AMOUNT

10/12/10 $*****913.24

PAY
TO
THE
ORDER
OF

15706  9713

DENVER CAPPS
P O BOX 975
BURKESVILLE KY          42717

EASTERN LIVESTOCK CO., LLC
VOID IF NOT CASHED IN 90 DAYS

By _Grant Gibson_

⑈015706⑈ ⑆042100272⑆ 7480493837⑈

⑈015706⑈ ⑆042100272⑆ 7480493837⑈                    ⑈0000091324

Case 10-93904-BHL-11   Doc 2883   Filed 05/04/16   EOD 05/04/16 13:37:25   Pg 7 of 12
Order Exhibit A
Claims Against Seized Funds



10617669M_2.xlsx

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 378 | CATTLCO LLC | 100 Peabody Place, Suite 900 Bass, Berry & Sims PLC | Memphis | TN | 38103 | $65,438.12 | | $0.00 | | $65,438.12 | |
| 249 | CAMBRIDGE TRANSPORTATION | 36362 Treasury Center | Chicago | IL | 60694-6300 | $4.00 | | $0.00 | | $4.00 | |
| 187 | CAPPS, VETERAN DENVER | 333 Frogue Rd. c/o Nolan M. Johnson | Burkesville | KY | 42717 | $913.24 | | $0.00 | | $913.24 | |
| 85 | CERNOCH JR, LOUIS | 8711 Green Meadow Ln. | Terrell | TX | 75160 | $308,174.59 | $13,252.90 | $0.00 | | $294,921.60 | |
| 381 | CHIP MILLER TRUCKING INC | PO Box 126 | St. George | KY | 68535 | $3,879.75 | | $0.00 | | $3,879.75 | |
| 7 | CHRISTIE FAMILY ENTERPRISES INC | 5161 Eagle Feather Rd | Delta | CO | 81416 | $16,729.20 | | $0.00 | | $16,729.20 | |
| 134 | CLEVENGER, PHIL | 10653 Hwy 127 | Sweet Springs | MO | 65333-2115 | $10,369.11 | | $0.00 | | $10,369.11 | |
| 132 | COFFEY, JEREMY ADAM | 8205 Greenburg Rd | Columbia | KY | 42728 | $31,271.89 | $606.47 | $0.00 | | $30,665.42 | |
| 268 | COFFEYVILLE LIVESTOCK MARKET LLC | PO Box 1074 | Coffeyville | KS | 67337 | $19,888.50 | $868.39 | $0.00 | | $19,020.11 | |
| 481 | COLLEY, CHAMP | 2002 Line 2120 c/o Brian K. Cook 830765 & 3570 Rd. | Sarcoxie | MO | 64862 | $2,688.60 | | $0.00 | | $2,688.60 | |
| 195 | COOK TRUCKING INC | 1397 Upper Hilltram Road | Stroud | OK | 74079 | $70,561.72 | | $0.00 | | $70,561.72 | |
| 81 | COOPER, KEETON | 221 Lomond Lane | Livingston | TN | 38570 | $2,916.39 | $114.32 | $0.00 | | $2,504.07 | |
| 305 | CORCORAN TRUCKING INC | c/o W. Scott Newbern 2882 East Gwenney Circle | Billings | MT | 59101 | $28,145.26 | | $0.00 | | $28,145.26 | |
| 197 | CPC LIVESTOCK | 443 N College Street | Tallahassee | FL | 32309 | $631,045.07 | $27,258.54 | $0.00 | $462,200.44 | $461,578.97 | |
| 215 | CRISWELL INC | 16515 Crooked Oaks Rd. | Trenton | TN | 38382 | $27,560.90 | | $0.00 | | $27,560.90 | |
| 481 | CROWLEY, CLINTON | 4925 Fitberg Church Rd. | St. Onge | SD | 57779 | $2,158.27 | | $0.00 | | $2,158.27 | |
| 467 | CRUMPLER BROS | 75 County Rd. 1339 | Wichita Falls | TX | 76305 | $105,691.01 | $3,658.21 | $0.00 | | $102,032.80 | |
| 229 | CULLMAN STOCKYARD INC | Box 41 | Cullman | AL | 35058 | $42,708.02 | $1,864.66 | $0.00 | | $40,843.36 | |
| 68 | DALE STULL TRUCKING | Box 41 | Nara Visa | NM | 88430-0041 | $26,283.75 | | $0.00 | | $26,283.75 | |
| 154 | DALE STULL TRUCKING | Box 41 | Nara Visa | NM | 88430-0041 | $1,700.00 | | $0.00 | | $1,700.00 | |
| 361 | DARNELL, CLINTON ALTON | 480 Blevins Hollow Rd. | Piney Creek | NC | 28665 | $154,536.60 | $6,747.18 | $0.00 | $105,691.54 | $105,691.54 | |
| 350 | DEWALT & SONS CATTLE CO LLC | 10004 Reno W | El Reno | OK | 73036 | $51,413.40 | $2,244.75 | $0.00 | | $49,168.65 | |
| 497 | DICKSON LIVESTOCK CENTER, INC. | PO Box 591 | Dickson | TN | 37056 | $7,832.61 | $341.99 | $0.00 | | $7,490.62 | |
| 251 | DOTHAN LIVESTOCK CO | 9711 Hwy 231 South | Dothan | AL | 36301 | $26,683.36 | $1,262.34 | $0.00 | | $27,431.02 | |
| 166 | EARL VETERINARY SUPPLY INC | 204 Hwy 231 South PO Box 70 | Fayette | MO | 65248 | $1,023.04 | $715.31 | $0.00 | | $1,023.04 | |
| 481 | EAST MISSISSIPPI FARMERS LIVESTOCK MARKET | 12180 Pecan Ave. c/o Jennifer Houston, Treasurer | Philadelphia | MS | 39350 | $16,383.48 | | $0.00 | | $16,383.17 | |
| 374 | EAST TENNESSEE LIVESTOCK CENTER INC | PO Box 328 | Sweetwater | TN | 37874 | $415,930.45 | | $0.00 | $305,301.07 | $305,301.07 | |
| 433 | BECKE RANCH II | 11689 CR 1202 | Snyder | TX | 79549 | $48,732.74 | $2,328.38 | $0.00 | | $46,403.36 | |
| 481 | EBSCHED TRUCKING, LLC | 32360 454th | Motley | MN | 79248 | $5,978.80 | | $0.00 | | $5,978.80 | |
| 227 | ELLIS, RANDALL | 5355 Mt. Hebrod Road | Lancaster | KY | 40444-8223 | $7,081.00 | | $0.00 | | $7,081.00 | |
| 510 | EVERET, J ROSE | PO Box 1667 | Woodward | OK | 73802 | $24,043.00 | | $0.00 | | $24,043.00 | |
| 299 | F & M FARMS LLC | PO Box 14 | Bullard | TX | 75757-0014 | $10,989.50 | | $0.00 | | $10,989.50 | |
| 361 | FARMER, BOBBY | PO Box 77 | Warrenville | NC | 28693-0067 | $4,221.00 | | $0.00 | | $4,221.00 | |
| 481 | FARMER, JOE DIRA RAF CATTLE | 300 W Lamar St. | Richland | TX | 79088 | $6,750.00 | | $0.00 | | $6,750.00 | |
| 110 | FARMERS LIVESTOCK MARKETING | PO Box 87 c/o Ayers Carr & Sullivan, P.C. | Carthage | MS | 39051 | $24,191.92 | $1,056.24 | $0.00 | | $23,135.68 | |
| 481 | First Bank (Claim Against Gibson Estate) | 251 East Ohio Street, Suite 500 | Indianapolis | IN | 46204-2184 | $4,894,060.00 | | $0.00 | | $4,894,060.00 | By agreement recovery capped at $700,000 |
| 138 | FISCHER BROS. TRUCKING, LLC | 29540 431st Ave. | Leslieville | SD | 57042 | $3,068.00 | | $0.00 | | $3,068.00 | |
| 455 | FIVE STAR LIVESTOCK LLC | 10319 Highway 82 | Charleston | IN | 47111-8937 | $1,735.44 | | $0.00 | | $1,735.44 | |
| 318 | FLOOD, BRAD | 910 W Main St. | Cloverport | KY | 40111 | $4,650.00 | $200.80 | $0.00 | | $4,449.20 | |
| 62 | FNI LLC | PO Box 596 | Water | NE | 68791 | $15,256.83 | | $0.00 | | $15,256.83 | |
| 540 | FORT PAYNE STOCK YARD INC | PO Box 681128 | Fort Payne | AL | 35968 | $20,000.00 | | $0.00 | | $20,000.00 | |
| 473 | FOUSER FARMS & TRUCKING LLC | 29391 US Hwy 281 | Armour | SD | 57313 | $11,564.81 | | $0.00 | | $11,564.81 | |