SO ORDERED: May 26, 2016.



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SRESVAC (rev 12/2013)

In re:

**Eastern Livestock Co., LLC**,
                    Debtor.

Case No. **10–93904–BHL–11**

### ORDER

A(n) Order Mooting Issue; Order Previously Entered on 5/4/16 (see doc. #2883) The Clerk's Office will distribute this order was entered in error on May 26, 2016 as document #2900.

**IT IS ORDERED** that the Order Mooting Issue; Order Previously Entered on 5/4/16 (see doc. #2883) The Clerk's Office will distribute this order is **VACATED**.

The Clerk's Office will distribute this order.

###