SO ORDERED: May 26, 2016.



_Basil H. Lorch III_
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 08/2015)

In re:

**Eastern Livestock Co., LLC**,
Debtor.

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion for Authority for Relief for Worthless Check was filed on May 25, 2016, by Creditor Denver Capps.

**IT IS ORDERED** that the Motion for Authority for Relief for Worthless Check is **MOOT** per previous order dated 5/4/16.

The Clerk's Office will distribute this order.

###