08/03/11
COPY

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

FILED
U.S. BANKRUPTCY CT.
NEW ALBANY DIVISION

2016 MAY 27  PM 12: 34

SOUTHERN DISTRICT
OF INDIANA
KEVIN P. DEMPSEY
CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

**CASE NUMBER:** _10-93904-BHL-11_

_Veteran Denver CAPPS_ **PLAINTIFF(S)**

v.

_Eastern Livestock Company_ **DEFENDANT(S)**

**MOTION FOR** _Decision, And Relief Sought_
[state what you want the Court to do]

I, _Denver CAPPS_, the ☑ plaintiff / ☐ defendant [check the appropriate box] in the

above-named proceeding, respectfully move this Court to issue an order _Granting Relief_
_Sought For 913.24  With 10% Interest   10-12-10_
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

_Motion, "Plantiff" Motion For Relief_
_Sought For Worthless Check 913.24_
_With 10% Interest Date: 10-12-10_

_Submission To The Court_

Page 1 of 3

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

☑ **ENVELOPE NOT PROVIDED**
☑ **COPIES NOT PROVIDED**

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

_(You may use additional 8 1/2 x 11 paper if needed)_

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 25 day of __MAY_____, 20_16_

Signed: _Denver, Capps_____
[your signature]

Print your name: _Denver CAPPS__

Address: _330 Frogue RoAd_

_BurKesville, Kentucky_

_42717-8891_

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed:_____
[your signature]

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above _Motion For_____ was served upon
[name of document]

_FAegre_

_BAKer DAniels_ by _U.S. MAil_ at _600E.96th Street_
[name of opposing party or counsel]   [mail or hand-delivery]   [address]

_Suite 600 IndANApolis,_ on _MAY 25, 2016_____.
_IndiAnA 46240-3789_   [date]

Signed: _Denver Capps_____
[your signature]

General Motion Form
For Use By _Pro Se_ Litigants
Rev. 4/13

*083902581*
12/07/2010
398901008000092

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

Return Reason (S?
Refer to Maker

[083902581] 12/07/2010
398901008000092

**E  E
EASTERN
LIVESTOCK CO.**
135 WEST MARKET
NEW ALBANY IN 47160
812 CO ... 005

(S)
Return Reason
Refer to Maker

Fifth Third Bank    73-21
421

**NO. F  015706**

NINE HUNDRED THIRTEEN & 24/100 DOLLARS

DATE          AMOUNT

PAY          15706  9713                        10/12/10 $*****913.24
TO
THE        DENVER CAPPS
ORDER      P O BOX 975
OF         BURKESVILLE KY        42717

EASTERN LIVESTOCK CO., LLC
VOID IF NOT CASHED IN 90 DAYS

By_____ Grant Gibson

⑈015706⑈ ⑈042100272⑈ 7480493837⑈

⑈015706⑈ ⑈042100272⑈ 7480493837⑈                    ⑈000009132⑈

The undersigned seller, in consideration of the payment herein, hereby warrants and delivers the title to said cattle against all persons claiming the same or any part of them, and further warrants that the cattle are free and clear of any encumbrance or are wholesome except those for which consent to and sale and release of said lien is endorsed on this check.

Secured Party of the livestock, if any, hereby consents to the sale thereof and releases said livestock from any security interest or claim whatsoever.

By endorsing said instrument undersigned certifies that to the best of his/her/its knowledge while what they have sold, possession of which passed to the buyer located in or from the Eastern Livestock Co., LLC, are not adulterated within the meaning of the Federal Food, Drug and Cosmetic Act, i.e. none of the cattle or other livestock have been held any material that could cause problems and/or from recommended issues as defined by the Food & Drug Administration Regulations specifications.

copy 765.069.5302

_____
(Buyer's Party's Signature)

13-2-10

463396

0839025B1  12/07/2010
318901008000042

Claims Against Seized Funds

| Claim No. | Creditor | Address | City | State | Zip | Original Proof of Claim Amount | Bond Payment on Claim | Other Payments and Reductions | Claim Amendments and Settlements | Final Victim Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 249 | CAMBRIDGE TRANSPORTATION | 35382 Treasury Center | Chicago | IL | 60694-5300 | $4.00 | | $0.00 | | $4.00 | |
| 187 | CAPPS, VETERAN DENVER | 330 Prague Rd | Burkesville | KY | 42717 | $913.24 | | $0.00 | | $913.24 | |
| 378 | CATTLO LLC | c/o Nolen M. Johnson Bass, Berry & Ililis PLC 100 Peabody Place, Suite 800 | Memphis | TN | 38103 | $65,438.12 | | $0.00 | | $65,438.12 | |
| 381 | CERNOCH JR, LOUIS | 8711 Green Meadow Ln. | Terrell | TX | 75160 | $308,174.59 | $13,252.99 | $0.00 | | $294,921.60 | |
| 85 | CHIP MILLER TRUCKING INC | PO Box 126 | St. George | KY | 86535 | $3,879.75 | | $0.00 | | $3,879.75 | |
| 7 | CHRISTIE FAMILY ENTERPRISES INC | 5161 Eagle Feather Rd | Delta | CO | 81416 | $16,729.20 | | $0.00 | | $16,729.20 | |
| 104 | CLEVENKEIER, PHIB | 10951 Hwy 127 | Sweet Springs | MO | 65355-2115 | $10,369.11 | | $0.00 | | $10,369.11 | |
| 132 | COFFEY, JEREMY ADAM | 6205 Greenmburg Rd | Columbia | KY | 42728 | $31,271.09 | | $606.47 | | $30,665.42 | |
| 208 | COFFEYVILLE LIVESTOCK MARKET LLC | PO Box 1074 | Coffeyville | KS | 67337 | $19,689.50 | $600.50 | $0.00 | | $19,021.11 | |
| 481 | CONLEY, CHAMP | 2002 Linn 2120 | Saccone | MO | 64002 | $2,688.60 | | $0.00 | | $2,688.60 | |
| 185 | COOK TRUCKING INC | c/o Brian K. Cook 820165 S 3570 Rd | Stuart | OK | 74070 | $70,561.72 | | $0.00 | | $70,561.72 | |
| 81 | COOPER, KEITON | 1397 Upper Hilham Road | Livingston | TN | 38570 | $2,618.30 | $114.32 | $0.00 | | $2,504.07 | |
| 305 | CORCORAN TRUCKING INC | 221 Lenrord Lane | Billings | MT | 59101 | $28,145.26 | | $0.00 | | $28,145.26 | |
| 197 | CPC LIVESTOCK | 2982 East Glenway Circle | Tallahassee | FL | 32300 | $631,045.97 | $27,256.54 | $0.00 | $462,200.44 | $461,678.97 | |
| 215 | CRISWELL INC | 443 N College Blvd | Trenton | TN | 38382 | $27,560.80 | | $0.00 | | $27,560.80 | |
| 481 | CROWLEY, CLINTON | 10515 Crooked Oaks Rd | St. Onge | SD | 57779 | $2,158.27 | | $0.00 | | $2,158.27 | |
| 467 | CRUMP'ER BROS | 4925 Fribrrg Chaclh Rd | Wichita Falls | TX | 76305 | $199,091.01 | $4,658.21 | $0.00 | | $102,032.80 | |
| 229 | GILLMAN STOCKYARD INC | 75 Country Rd. 1370 | Cullman | AL | 35058 | $42,708.07 | $1,864.66 | $0.00 | | $40,843.36 | |
| 88 | DALE STILL TRUCKING | Box 41 | New Viea | NM | 88430-0041 | $26,293.75 | | $0.00 | | $26,293.75 | |
| 154 | DALE STILL TRUCKING | Box 41 | New Viea | NM | 88430-0041 | $1,700.00 | | $0.00 | | $1,700.00 | |
| 381 | DARNELL, CLINTON ALTON | 400 Blister Butter Rd | Honey Creek | NC | 29063 | $154,536.60 | $55,747.18 | $0.00 | $105,691.54 | $105,691.54 | |
| 350 | DENWALT & SONS CATTLE CO LLC | 10004 Brren W | El Rrno | OK | 73070 | $51,413.40 | $2,244.75 | $0.00 | | $49,168.65 | |
| 467 | DICKSON LIVESTOCK CENTER, INC | PO Box 501 | Dickson | TN | 37055 | $7,832.81 | $341.99 | $0.00 | | $7,490.82 | |
| 251 | DOTHAN LIVESTOCK CO | 9711 Hwy 231 South | Dothan | AL | 36301 | $28,683.36 | $1,252.34 | $0.00 | | $27,431.02 | |
| 186 | EARL VETERINARY SUPPLY INC | 204 Hwy 5 South PO Box 70 | Fayette | MO | 65248 | $1,023.04 | | $0.00 | | $1,023.04 | |
| 481 | EAST MISSISSIPPI FARMERS LIVESTOCK MARKET | 12100 Phr.un Ave | Philadelphia | MS | 39350 | $16,383.48 | $715.31 | $0.00 | | $15,668.17 | |
| 374 | EAST TENNESSEE LIVESTOCK CENTER INC | c/o Jennifer Houston, Treasurer PO Box 336 | Sweetwater | TN | 37874 | $415,630.45 | | $0.00 | $305,301.07 | $305,301.07 | |
| 433 | EICKE RANCH II | 11888 CR 1202 | Snyder | TX | 79549 | $48,732.74 | $2,720.38 | $0.00 | | $46,403.36 | |
| 481 | EISCHEID TRUCKING, LLC | 32380 454th | Motley | MN | 56460 | $5,978.80 | | $0.00 | | $5,978.80 | |
| 227 | ELLIS, RANDALL | 5359 Mt. Hebool Road | Lancaster | KY | 40444-8723 | $7,081.00 | | $0.00 | | $7,081.00 | |
| 510 | EVERETT, BOB | PO Box 1087 | Woodward | TX | 73802 | $24,043.00 | | $0.00 | | $24,043.00 | |
| 209 | F & M FARMS LLC | PO Box 14 | Bullard | TX | 75757-0014 | $10,969.50 | | $0.00 | | $10,969.50 | |
| 204 | FARMER, BOBBY | PO Box 77 | Warrensville | NC | 28693-0067 | $4,221.00 | | $0.00 | | $4,221.00 | |
| 481 | FARMER, JOE DBM B&F CATTLE | 300 W Lanue St. | Richland | TX | 76680 | $56,750.00 | | $0.00 | | $56,750.00 | |
| 110 | FARMERS LIVESTOCK MARKET INC | PO Box 87 | Carthage | MS | 39051 | $23,135.68 | $1,050.24 | $0.00 | | $23,135.68 | |
| 481 | First Bank (Claim Against Gibson Estate) | c/o Ayers Clark & Sullivan, P C 251 East 96th Street, Suite 500 | Indianapolis | IN | 46204-2184 | $4,894,000.00 | | $0.00 | | $4,894,000.00 | By agreement recovery capped at $700,000 |
| 138 | FISCHER BROS. TRUCKING, LLC | 28649 431st Ave | Laikville | SD | 57040 | $3,068.00 | | $0.00 | | $3,068.00 | |
| 481 | FIVE STAR LIVESTOCK LLC | 10310 Highway 62 | Charlestown | IN | 47111-8657 | $1,235.44 | | $0.00 | | $1,235.44 | |
| 316 | FLOOD, BRAD | 910 Wilson Bt. | Clovroport | KY | 40111 | $4,650.00 | $760.80 | $0.00 | | $4,440.20 | |
| 52 | FNJ LLC | PO Box 598 | Weuns | NE | 68791 | $15,296.83 | | $0.00 | | $15,296.83 | |
| 540 | FORT PAYNE STOCK YARD INC | PO Box 681126 | Fort Payne | AL | 35968 | $20,000.00 | | $0.00 | | $20,000.00 | |
| 477 & 531 | FOUSEK FARMS & TRUCKING LLC | 28381 051 Hwy 281 | Aurnor | SD | 57013 | $11,994.81 | | $0.00 | | $11,994.81 | |

Page 2 of 7