United States Bankruptcy Court
Southern District of Indiana

In re:                                                                       Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: kgoss              Page 1 of 1              Date Rcvd: May 26, 2016
                              Form ID: sgeneric        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2016.
```
aty        +Christopher E. Baker,   Tucker Hester Baker & Krebs, LLC,   Regions Tower, 16th Floor,
             One Indiana Square,   Indianapolis, IN 46204-2004
aty        +Thomas Richard Alexander, II,   Richardson Gardner & Alexander,   117 East Washington Street,
             Glasgow, KY 42141-2696
cr          Amos Knopf,   6987 Hwy 278 West,   Ozan, AR 71855-9023
cr         +Bob's Auto, Inc. d/b/a Bob's Auto Supply,   PO Box 419,   Edmonton, KY 42129-0419
cr         +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
cr         +Bradbury & York,   4304 John Reagan,   Marshall, TX 75672-2522
cr         +C. B. Gilbert,   4374 Bloomfield Road,   Taylorsville, KY 40071-9060
cr          Denver Capps,   330 Frogue Road,   Burkesville, KY 42717-8891
adb        #+Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr          Fort Payne Stockyards,   PO Box 681126,   Fort Payne, AL 35968-1612
op         +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd      +Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,
             Castlewood, VA 24224-9686
ptcrd      +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
cr         +Mike Bradbury,   4304 John Reagan,   Marshall, TX 75672-2522
op          National Cattlemen's Beef Association,   Alice Devine,   Devine & Donley, LLC,
             534 S KS Ave Suite 1420,   Topeka, KA 66603
cr          Philip Martin,   6853 Fairview Rd,   Cookeville, TN 38501-9715
cr         +Sam Fousek,   29972 396th Ave,   Wagner, SD 57380-7124
op         +Southeastern Livestock Network LLC,   176 Pasadena Drive,   Lexington, KY 40503-2900
cr         +Tennessee Livestock Producers, Inc.,   P.O. Box 313,   Columbia, TN 38402-0313
10483344   +Veteran Denver Capps,   330 Frogue Road,   Burkesville, KY 42717-8891
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: asr@btcmlaw.com May 26 2016 22:09:05     Ashley S Rusher,
             Blanco Tackabery & Matamoros PA,   PO Drawer 25008,   Winston-Salem, NC 27114-5008
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*        +C. B. Gilbert,   4374 Bloomfield Road,   Taylorsville, KY 40071-9060
cd*        +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr*        +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
                                                                               TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2016 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

SO ORDERED: May 26, 2016.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 08/2015)

In re:

**Eastern Livestock Co., LLC**,
    Debtor.

Case No. **10–93904–BHL–11**

## ORDER

A(n) Motion for Authority for Relief for Worthless Check was filed on May 25, 2016, by Creditor Denver Capps.

**IT IS ORDERED** that the Motion for Authority for Relief for Worthless Check is **MOOT** per previous order dated 5/4/16.

The Clerk's Office will distribute this order.

###