UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | CASE NO. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch, III |
| | ) | |

**NOTICE OF APPEARANCE**

COMES NOW W. Scott Newbern of W. SCOTT NEWBERN, PL, to submit this Notice Of Appearance in the above-styled matter on behalf of the LANE CATTLE COMPANY, LLC, Lowndesboro, Alabama and requests that all notices, pleadings and documents be sent as counsel of record as follows:

W. Scott Newbern
W. SCOTT NEWBERN, PL
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

Respectfully submitted this 10th day of June 2016,

W. SCOTT NEWBERN, PL

/s/ Walter Scott Newbern

W. Scott Newbern
2982 East Giverny
Tallahassee, FL 32309
(T) 850.591.1707
(F) 850.8940871
wsnewbern@msn.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                         /s/ W. Scott Newbern
                                         W. SCOTT NEWBERN