UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                        )
                                              )
EASTERN LIVESTOCK CO., LLC                    )   Case No. 10-93904-BHL-11
                                              )
            Debtor.                           )

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

The Motion to Approve Compromise and Settlement with Macon Stockyards, Inc. (Motion") was filed with the Clerk of this Court by James A. Knauer, as Chapter 11 trustee for the bankruptcy estate of Eastern Livestock Co., LLC on July 7, 2016.  Pursuant to the Motion, the Trustee requests that the Court approve the Settlement Agreement attached as Exhibit "A" to the Motion.  The Settlement Agreement provides for payment of $20,000.00 to the Trustee for the benefit of the Debtor's estate.

**If you have not received a copy of the Motion, you may obtain one through PACER on the Court's website, at the noticing agent's website at www.bmcgroup.com/easternlivestock, or by email or calling Amanda D. Stafford, counsel to the Trustee at ads@kgrlaw.com or 317-692-9000.**

NOTICE IS GIVEN that any objection to the relief requested in the Motion must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party **on or before July 28, 2016.**  Persons not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

**If no objections are timely filed, the requested relief may be granted without further action by the Court.  If you do file an objection, the court will set the Motion for hearing, which you or your attorney will be expected to attend.**

Dated: July 7, 2016                  Respectfully submitted,

                                     KROGER, GARDIS & REGAS, LLP

                                     By:    /s/ Amanda D. Stafford
                                     Amanda D. Stafford, Attorney No. 30869-49
                                     Counsel for James A. Knauer, Trustee
                                     111 Monument Circle, Suite 900
                                     Indianapolis, Indiana  46204-5125
                                     (317) 692-9000 Telephone
                                     (317) 264-6832 Fax
                                     ads@kgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt davidabt@mwt.net | Amelia Martin Adams aadams@dlgfirm.com | John W. Ames james@bgdlegal.com |
| Kay Dee Baird kbaird@kdlegal.com | Christopher E. Baker cbaker@thbklaw.com | Robert A. Bell rabell@vorys.com |
| C. R. Bowles, Jr cbowles@bgdlegal.com | David W. Brangers dbrangers@lawyer.com | Steven A. Brehm sbrehm@bgdlegal.com |
| Kent A Britt kabritt@vorys.com | Kayla D. Britton kayla.britton@faegrebd.com | Joe Lee Brown Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant courtmail@fbhlaw.net | John R. Burns, III john.burns@faegrebd.com | John R. Carr, III jrciii@acs-law.com |
| Deborah Caruso dcaruso@daleeke.com | Ben T. Caughey ben.caughey@icemiller.com | Bret S. Clement bclement@acs-law.com |
| Joshua Elliott Clubb joshclubb@gmail.com | Jason W. Cottrell jwc@stuartlaw.com | Kirk Crutcher kcrutcher@mcs-law.com |
| Jack S. Dawson jdawson@millerdollarhide.com | Dustin R. DeNeal dustin.deneal@faegrebd.com | Laura Day Delcotto ldelcotto@dlgfirm.com |
| David Alan Domina dad@dominalaw.com | Daniel J. Donnellon ddonnellon@ficlaw.com | Trevor L. Earl tearl@rwsvlaw.com |
| Shawna M. Eikenberry shawna.eikenberry@faegrebd.com | Jeffrey R. Erler jerler@ghjhlaw.com | William K. Flynn wkflynn@strausstroy.com |
| Robert Hughes Foree robertforee@bellsouth.net | Sandra D. Freeburger sfreeburger@dsf-atty.com | Melissa S. Giberson msgiberson@vorys.com |
| Thomas P. Glass tpglass@strausstroy.com | Patrick B. Griffin patrick.griffin@kutakrock.com | Terry E. Hall terry.hall@faegrebd.com |
| Paul M. Hoffman paul.hoffmann@stinsonleonard.com | John David Hoover jdhoover@hooverhull.com | John Huffaker john.huffaker@sprouselaw.com |
| Jeffrey L Hunter jeff.hunter@usdoj.gov | Jay Jaffe jay.jaffe@faegrebd.com | James Bryan Johnston bjtexas59@hotmail.com |
| Todd J. Johnston tjohnston@mcjllp.com | Jill Zengler Julian Jill.Julian@usdoj.gov | Jay P. Kennedy jpk@kgrlaw.com |
| Edward M King tking@fbtlaw.com | James A. Knauer jak@kgrlaw.com | Erick P. Knoblock eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos ndohbky@jbandr.com | Randall D. LaTour rdlatour@vorys.com | David A. Laird david.laird@moyewhite.com |
| David L. LeBas dlebas@namanhowell.com | Martha R. Lehman mlehman@kdlegal.com | Scott R. Leisz sleisz@bgdlegal.com |
| Elliott D. Levin edl@rubin-levin.net | Kim Martin Lewis kim.lewis@dinslaw.com | James B. Lind jblind@vorys.com |
| Karen L. Lobring lobring@msn.com | Jason A. Lopp jlopp@wyattfirm.com | John Hunt Lovell john@lovell-law.net |
| Harmony A. Mappes harmony.mappes@faegrebd.com | John Frederick Massouh john.massouh@sprouselaw.com | Michael W. McClain mmcclain@mcclaindewees.com |
| Kelly Greene McConnell lisahughes@givenspursley.com | James Edwin McGhee mcghee@derbycitylaw.com | Brian H. Meldrum bmeldrum@stites.com |
| William Robert Meyer, II rmeyer@stites.com | Kevin J. Mitchell kevin.mitchell@faegrebd.com | Terrill K. Moffett kendalcantrell@moffettlaw.com |
| Allen Morris amorris@stites.com | Judy Hamilton Morse judy.morse@crowedunlevy.com | Erin Casey Nave enave@taftlaw.com |
| Matthew Daniel Neumann mneumann@hhclaw.com | Walter Scott Newbern wsnewbern@msn.com | Shiv Ghuman O'Neill shiv.oneill@faegrebd.com |
| Matthew J. Ochs kim.maynes@moyewhite.com | Jessica Lynn Olsheski jessica.olsheski@justice-law.net | Michael Wayne Oyler moyler@rwsvlaw.com |
| Ross A. Plourde ross.plourde@mcafeetaft.com | Brian Robert Pollock bpollock@stites.com | Wendy W. Ponader wendy.ponader@faegrebd.com |

| | | |
|---|---|---|
| Timothy T. Pridmore tpridmore@mcjllp.com | Anthony G. Raluy traluy@fbhlaw.net | Eric C. Redman ksmith@redmanludwig.com |
| Eric W. Richardson ewrichardson@vorys.com | Joe T. Roberts jratty@windstream.net | David Cooper Robertson crobertson@stites.com |
| Mark A. Robinson mrobinson@vhrlaw.com | Jeremy S. Rogers Jeremy.Rogers@dinslaw.com | John M. Rogers johnr@rubin-levin.net |
| Joseph H. Rogers jrogers@millerdollarhide.com | James E. Rossow jim@rubin-levin.net | Steven Eric Runyan ser@kgrlaw.com |
| Niccole R. Sadowski nsadowski@thbklaw.com | Thomas C. Scherer tscherer@bgdlegal.com | Stephen E. Schilling seschilling@strausstroy.com |
| Ivana B. Shallcross ishallcross@bgdlegal.com | Sarah Elizabeth Sharp sarah.sharp@faegrebd.com | Suzanne M Shehan suzanne.shehan@kutakrock.com |
| James E. Smith, Jr. jsmith@smithakins.com | William E. Smith, III wsmith@k-glaw.com | Amanda Dalton Stafford ads@kgrlaw.com |
| Joshua N. Stine kabritt@vorys.com | Andrew D. Stosberg astosberg@lloydmc.com | Matthew R. Strzynski indyattorney@hotmail.com |
| Meredith R. Theisen mtheisen@daleeke.com | John M. Thompson john.thompson@crowedunlevy.com | Kevin M. Toner kevin.toner@faegrebd.com |
| Christopher M. Trapp ctrapp@rubin-levin.net | Chrisandrea L. Turner clturner@stites.com | U.S. Trustee ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver avandiver@aswdlaw.com | Andrea L. Wasson andrea@wassonthornhill.com | Jennifer Watt jwatt@kgrlaw.com |
| Stephen A. Weigand sweigand@ficlaw.com | Charles R. Wharton Charles.R.Wharton@usdoj.gov | Sean T. White swhite@hooverhull.com |
| Michael Benton Willey michael.willey@ag.tn.gov | Jason P. Wischmeyer jason@wischmeyerlaw.com | James T. Young james@rubin-levin.net |

      I further certify that on July 7, 2016, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II  tra@rgba-law.com

      I further certify that on July 7, 2016, a copy of the foregoing was served via United States mail, first class on the following:

Deitz, Shields & Freeburger, LLP
Sandra D. Freeburger
101 First St.
P.O. Box 21
Henderson, KY 42419-0021

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Louise Cernoch, Jr.
6711 Green Meadow Ln.
Terrell, TX 75160

Roy Depollite

112 Hall Rd.
Monroe, TN 38573-6035

Tucker, Hester, Baker & Krebs LLC
Regions Tower
Suite 1600
One Indiana Square
Indianapolis, IN 46204

US Trustee
101 W. Ohio St.
Suite 1000
Indianapolis, IN 46204

Bingham, Greenbaum Doll LLP

3

| | |
|---|---|
| James R. Irving<br>3500 National City Tower<br>101 S. Fifth St.<br>Louisville, KY 40202 | Andrew T. Kight<br>Taft, Stettinius & Hollister LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204 |
| Francis J. Madison<br>Jeffrey Madison<br>Madison Cattle<br>1945 215th St.<br>Fort Scott, KS 66701 | Dicke Feedyard<br>Travis Dicke<br>38698 175 Ave<br>Creston, NE 68631-4081 |

/s/ Amanda D. Stafford
Amanda D. Stafford

4