UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC                          CASE NO. 10-93904
                                                    CHAPTER 11
        DEBTOR

---

**DELCOTTO LAW GROUP PLLC'S MOTION TO
WITHDRAW AS COUNSEL FOR CREDITOR PARTIES AND TO
BE REMOVED FROM ELECTRONIC NOTIFICATION
SYSTEM AND SERVICE LISTS**

---

Come Laura Day DelCotto, Esq. and the law firm of DelCotto Law Group PLLC (collectively, "Counsel"), and hereby move the Court for entry of an order allowing Counsel's withdrawal herein, in this chapter 11 case and all related adversary proceedings, as counsel for various creditors/parties in interest as set forth herein, all of which representations have previously concluded, and for removal from all service and electronic notice lists herein.   In support hereof, Counsel states as follows:

1.      Counsel has previously represented a number of parties in interest (the "Parties in Interest"), either in the main case or in adversary proceedings herein, all of which representations are now concluded and the attorney/client relationship ended. These include the following:

> Alton Darnell
> Blue Grass Maysville Stockyards, LLC
> Blue Grass South Livestock Market, LLC
> Blue Grass Stockyards East, LLC
> Blue Grass Stockyards of Campbellsville, LLC
> Blue Grass Stockyards of Richmond, LLC
> Blue Grass Stockyards, LLC
> East Tennessee Livestock Center, Inc.
> Moseley Cattle Auction, LLC
> Piedmont Livestock, Inc.
> Southeast Livestock Exchange, LLC

> B&B Land and Livestock
> Bradbury & York
> Fort Payne Stockyards
> Amos Kropf
> Jeremy Coffey
> Mike Bradbury

2.       Each of the forgoing has completed its engagement with Counsel.  As Counsel's representation of the above-named Parties in Interest in all matters involving Eastern Livestock, this Bankruptcy Estate, this case and all related adversary proceedings has concluded, Counsel requests entry of an order authorizing Counsel's withdrawal herein, and removal from all service and electronic notices lists herein.

3.        Counsel further requests that copies of all notices and filings required to be served, if any, be served going forward upon the above named Parties in Interest at the addresses listed on the attached list and/or their respective Proof of Claim herein.  Counsel likewise requests that any distribution and/or payment to be made to the parties by the Chapter 11 Trustee herein, if any, be sent directly to the Parties in Interest at the addresses listed on the attached list.

4.        Counsel advises the Amelia Martin Adams, Esq., is no longer an attorney with DelCotto Law Group PLLC, and further requests that the Order remove her from any service lists herein and all other electronic notices herein.

WHEREFORE, Laura Day DelCotto and DelCotto Law Group PLLC respectfully request that they be permitted to withdraw as counsel of record for the Parties named herein, on the basis that all representation has concluded, and that they be removed from the Court's electronic notification system and all service lists in this case.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto
Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, Kentucky 40507
Tel:  (859) 231-5800
Fax: (859) 291-1179
ldelcotto@dlgfirm.com
MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's electronic Case Filing System. Parties may access this filing through the Court's System.  In addition, the foregoing has been mailed to the parties on the attached service list by first class mail, postage prepaid, on this 11th day of July, 2016.

/s/  Laura Day DelCotto, Esq.
Laura Day DelCotto, Esq
MOVANT

Z:\DLG wdraw mtn - all parties 20160706.doc

Alton Darnell
480 Blevins Hollow Road
Piney Creek, NC 28663

Moseley Cattle Auction, LLC
c/o Midwest Feeders, Inc.
Attn: John O'Brien, Esq.
1200 17th St., Suite 1900
Denver, CO 80202
(all payments on Moseley claims)

Fort Payne Stockyards
P O Box 681126
Fort Payne, AL 35968-1612

Piedmont Livestock Co., Inc.
Attn:  Joseph R. Jones
P.O. Box 217
Altamahaw, NC 27202-0217

Southeast Livestock Exchange, LLC
Attn:  John M. Queen III
474 Stock Drive
Canton, NC 28716

Jeremy Coffey
6205 Greensburg Rd.
Columbia, KY 42728

East Tennessee Livestock Ctr, Inc.
Attn:  Jennifer Houston
P.O. Box 326
Sweetwater, TN 37874

Bluegrass Stockyards, LLC, *et al.*
Attn:  Jim Akers
1218 Liggett Avenue
Lexington, KY 40508

Amos Kropf
c/o David J. Potter, Esq.
901 N. Stateline Ave.
Texarkana, TX 75501

Bradbury & York Cattle
P O Box 588
Tatum, TX 75691

B&B Land & Livestock
Attn:  Kliff Bare
P O Box 50175
Billings, MT 59105

Moseley Cattle Auction, LLC
Attn:  Will Moseley
P.O. Box 548
Blakely, GA 39823
(notice only)

Z:\\Pleadings\DLG withdraw mot - service
labels 20160711.doc