UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC

DEBTOR

CHAPTER 11
CASE NO. 10-93904

**ORDER GRANTING DELCOTTO LAW GROUP PLLC'S MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR PARTIES AND TO BE REMOVED FROM ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LISTS**

This matter having come before the Court upon DelCotto Law Group PLLC's Motion to Withdraw as Counsel for Creditor Parties and to be Removed from Electronic Notification System and Service Lists (the "Motion") in the above-captioned bankruptcy case, and the Court having reviewed the record and being otherwise sufficiently advised and having considered same;

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is hereby GRANTED;

2. Laura Day DelCotto and DelCotto Law Group PLLC are hereby removed as counsel of record for the following parties in interest:

> Alton Darnell
> Blue Grass Maysville Stockyards, LLC
> Blue Grass South Livestock Market, LLC
> Blue Grass Stockyards East, LLC
> Blue Grass Stockyards of Campbellsville, LLC
> Blue Grass Stockyards of Richmond, LLC
> Blue Grass Stockyards, LLC
> East Tennessee Livestock Center, Inc.
> Moseley Cattle Auction, LLC
> Piedmont Livestock, Inc.
> Southeast Livestock Exchange, LLC
> B&B Land and Livestock
> Bradbury & York
> Fort Payne Stockyards
> Amos Kropf
> Jeremy Coffey
> Mike Bradbury

3. Laura Day DelCotto, Amelia Martin Adams, and DelCotto Law Group PLLC will hereby be removed from the Court's electronic notification system and all service lists in this case.

###

Z:\\DLG Withdraw Mot - PO 20160706.doc