SO ORDERED: July 13, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | CASE NO. 10-93904-BHL-11 |
| Debtor. ) | |

### ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE

Upon the *Verified Application and Notice Requesting Leave to Withdraw Appearance,* filed by Jay P. Kennedy of the law firm of Kroger, Gardis & Regas, LLP, the Court having examined such Verified Application now finds the same should be granted and it is, therefore

ORDERED that the appearance of Jay P. Kennedy is hereby withdrawn in this case.

###