UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

EASTERN LIVESTOCK CO., LLC

CHAPTER 11
CASE NO. 10-93904

DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned hereby certifies that a true and accurate copy of the Order [Doc 2920], entered by the Court on July 12, 2016, was served on July 26, 2016, via first-class U.S. mail, postage prepaid, on the parties listed on the attached service list.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcottto@dlgfirm.com

Z:\s\COS of 2920 DLG withdrawal order.doc

Alton Darnell
480 Blevins Hollow Road
Piney Creek, NC 28663

Piedmont Livestock Co., Inc.
Attn: Joseph R. Jones
P.O. Box 217
Altamahaw, NC 27202-0217

East Tennessee Livestock Ctr, Inc.
Attn: Jennifer Houston
P.O. Box 326
Sweetwater, TN 37874

Bradbury & York Cattle
P O Box 588
Tatum, TX 75691

Moseley Cattle Auction, LLC
Attn: Will Moseley
P.O. Box 548
Blakely, GA 39823
(notice only)

Moseley Cattle Auction, LLC
c/o Midwest Feeders, Inc.
Attn: John O'Brien, Esq.
1200 17th St., Suite 1900
Denver, CO 80202
(all payments on Moseley claims)

Southeast Livestock Exchange
Attn: John M. Queen III
474 Stock Drive
Canton, NC 28716

Bluegrass Stockyards, LLC, *et al.*
Attn: Jim Akers
1218 Liggett Avenue
Lexington, KY 40508

B&B Land & Livestock
Attn: Kliff Bare
P O Box 50175
Billings, MT 59105

Fort Payne Stockyards
P O Box 681126
Fort Payne, AL 35968-1612

Jeremy Coffey
6205 Greensburg Rd.
Columbia, KY 42728

Amos Kropf
c/o David J. Potter, Esq.
901 N. Stateline Ave.
Texarkana, TX 75501