**SO ORDERED: July 29, 2016.**



_Basil H. Lorch III_

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH MACON STOCKYARDS, INC.

This matter came before the Court on the Motion to Approve Compromise and Settlement with Macon Stockyards, Inc. ("Settlement Motion") filed by James A. Knauer, as Chapter 11 trustee ("Trustee") for the bankruptcy estate of Eastern Livestock Co., LLC.

IT IS ORDERED that the Settlement Motion by and between the Trustee and Macon Stockyards, Inc. is hereby granted; and the parties are hereby directed to carry out the terms of the Settlement Agreement and Mutual Release.

###