UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
(Paul Kropf d/b/a K&K Farms)

The *Trustee's Motion To Approve Compromise And Settlement With Paul Kropf d/b/a K&K Farms* (Docket No. 2934) ("Motion") was filed by James A. Knauer, as chapter 11 trustee ("Trustee") for the estate ("Estate") of Eastern Livestock Co., LLC ("Debtor") on September 16, 2016.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement ("Settlement Agreement") with Paul Kropf d/b/a K&K Farms ("Kropf"). Pursuant to the Settlement Agreement, the Trustee and Kropf have agreed to divide the Interpleaded Funds,[1] with Kropf receiving $30,000.00 of the Interpleaded Funds, and the Trustee receiving the remaining $26,440.54 of the Interpleaded Funds, plus all accrued interest. The parties shall release and waive all other claims related to the Kropf Cattle. In accordance with the terms of the Plan, the $26,440.54 of Interpleaded Funds received by the Trustee shall become part of the Collateral Fund (as that term is defined in the Plan).

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

US.108164985.01

FAEGRE BAKER DANIELS LLP

By: /s/ Kevin M. Toner

Kevin M. Toner (#11343-49)  *Counsel for James A. Knauer, Chapter 11*
300 N. Meridian Street, Suite 2700  *Trustee*
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com

108164985_1