UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

The *Ninth Interim Application Of Faegre Baker Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") [Docket No. 2941] was filed with the Clerk of this Court by Faegre Baker Daniels LLP on September 28, 2016.

> Movant seeks allowance of $210,907.50 in compensation and $6,850.77 for out-of-pocket expenses during the period September 1, 2015 through and including July 31, 2016

NOTICE IS GIVEN that any objection to the relief requested in the Application must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before **October 19, 2016**. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Clerk, U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring St.
> New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the Application. **If an objection is NOT timely filed, the requested relief may be granted.**

The Court will hold a telephonic hearing on the Application **ONLY** if an objection is filed on:

> Date:     October 25, 2016
> Time:     1:30 p.m. EDT

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-877-636-9498; passcode 3935561607, followed by the pound ("#") key.

US.107367983.01

A copy of the Application is available on the Bankruptcy Court's PACER site at http://pacer.insb.uscourts.gov, or on the Trustee's blog at www.easternlivestockbkinfo.com, or on the noticing agent's website at www.bmcgroup.com/easternlivestock, or by contacting Terry E. Hall, counsel to the Trustee, at terry.hall@faegrebd.com or via telephone at (317) 237-1230.

                                FAEGRE BAKER DANIELS LLP

                                By: /s/ Terry E. Hall

Terry E. Hall (#22041-49)         *Counsel for James A. Knauer, Chapter 11 Trustee*
Kevin M. Toner (#11343-49)
Harmony Mappes (#27237-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com
terry.hall@faegrebd.com
harmony.mappes@faegrebd.com