|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   |   | Case | Sp Cnsl hours | Sp Cnsl fees | ADM Hours | ADM Fees | Alabama Hours | Alabama Fees | Arab hours | Arab fees | Ashville Hours |
| 2 | Atty/Para | Rate |   |   |   |   |   |   |   |   |   |   |
| 3 | JPK | $175.00 |   | 18.50 | $ 3,237.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 4 | JLW | $175.00 |   |   | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 5 | ADS | $175.00 |   | 23.60 | $ 4,130.00 | 2.60 | $ 455.00 | 4.30 | $ 752.50 | 2.50 | $ 437.50 | 2.50 |
| 6 | TJF | $125.00 |   | 9.50 | $ 1,187.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | JWL | $175.00 |   | 2.20 | $ 385.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | SER | $175.00 |   | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | Total |   |   | 53.80 | $ 8,940.00 | 2.60 | $ 455.00 | 4.30 | $ 752.50 | 2.50 | $ 437.50 | 2.50 |

|   | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ashville Fees | Beard Hours | Beard Fees | Billingsley Hours | Billingsley Fees | Blanton Hours | Blanton Fees | Breitsprecher Hours | Breitsprecher Fees | Buckhorn Cattle Hours | Buckhorn Cattle Fees |
| 2 | | | | | | | | | | | |
| 3 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.80 | $ 315.00 |
| 4 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 5 | $ 437.50 | 0.50 | $ 87.50 | 3.10 | $ 542.50 | 0.80 | $ 140.00 | 0.30 | $ 52.50 | 7.70 | $ 1,347.50 |
| 6 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 9 | $ 437.50 | 0.50 | $ 87.50 | 3.10 | $ 542.50 | 0.80 | $ 140.00 | 0.30 | $ 52.50 | 9.50 | $ 1,662.50 |

2

| | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ECC hours | ECC fees | Elder hours | Elder fees | Garrett hours | Garrett fees | Hustbourne hours | Hustbourne fees | J&L hours | J&L fees | K&S hours | K&S Fees | Krantz hours |
| 2 | | | | | | | | | | | | | |
| 3 | 0.00 | $ - | 1.10 | $ 192.50 | - | $ - | 0.00 | $ - | 0.40 | $ 70.00 | 0.00 | $ - | 0.30 |
| 4 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 5 | 0.70 | $ 122.50 | 51.60 | $ 9,030.00 | 7.00 | $ 1,225.00 | 2.50 | $ 437.50 | 2.00 | $ 350.00 | 4.40 | $ 770.00 | 0.40 |
| 6 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | 0.70 | $ 122.50 | 52.70 | $ 9,222.50 | 7.00 | $ 1,225.00 | 2.50 | $ 437.50 | 2.40 | $ 420.00 | 4.40 | $ 770.00 | 0.70 |

|   | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Krantz fees | Macon hours | Macon fees | Parker hours | Parker fees | Peoples hours | Peoples fees | R. Rawls hours | R. Rawls fees | S. Coffeyville hours | S. Coffeyville fees | Salem hours |
| 2 | | | | | | | | | | | | |
| 3 | $ 52.50 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 4 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 5 | $ 70.00 | 3.70 | $ 647.50 | 5.60 | $ 980.00 | 2.20 | $ 385.00 | 4.20 | $ 735.00 | 0.90 | $ 157.50 | 7.60 |
| 6 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 9 | $ 122.50 | 3.70 | $ 647.50 | 5.60 | $ 980.00 | 2.20 | $ 385.00 | 4.20 | $ 735.00 | 0.90 | $ 157.50 | 7.60 |

|   | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Salem fees | Scotts Hill hours | Scotts Hill fees | Chad Schuchmann hours | Chad Schuchmann fees | D. Stewart hours | D. Stewart fees | Stoops hours | Stoops fees | Tate hours | Tate fees | Tulsa hours | Tulsa fees |
| 2 | | | | | | | | | | | | | |
| 3 | $ - | 0.00 | $ - | $ - | $ - | 0.00 | $ - | 3.40 | $ 595.00 | 0.50 | $ 87.50 | 0.00 | $ - |
| 4 | $ - | 0.00 | $ - | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.30 | $ 52.50 | 0.00 | $ - |
| 5 | $ 1,330.00 | 5.30 | $ 927.50 | $ 0.50 | $ 87.50 | 2.10 | $ 367.50 | 2.50 | $ 437.50 | 5.20 | $ 910.00 | 0.80 | $ 140.00 |
| 6 | $ - | 0.00 | $ - | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 7 | $ - | 0.00 | $ - | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 8 | $ - | 0.00 | $ - | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 9 | $ 1,330.00 | 5.30 | $ 927.50 | | $ 87.50 | 2.10 | $ 367.50 | 5.90 | $ 1,032.50 | 6.00 | $ 1,050.00 | 0.80 | $ 140.00 |

5

|   | BJ | BK | BL | BM |
|---|---|---|---|---|
| 1 | Witt hours | Witt fees | Total hours per Atty/Para | Total fees per Atty/Para |
| 2 |   |   |   |   |
| 3 | 0.20 | $ 35.00 | 26.2 | $ 4,585.00 |
| 4 | 0.00 | $ - | 0.3 | $ 52.50 |
| 5 | 0.00 | $ - | 156.6 | $ 27,405.00 |
| 6 | 0.00 | $ - | 9.5 | $ 1,187.50 |
| 7 |   | $ - | 2.2 | $ 385.00 |
| 8 |   | $ - | 0.0 | $ - |
| 9 | 0.20 | $ 35.00 | 194.8 | $33,615.00 |