<u>**Exhibit C**</u>

| | |
|---|---|
| Mailing Expense | $    20.86 |
| Reproduction Expense | $  189.20 |
| Pacer Service Center Docket Retrieval | $    60.10 |
| Meals | $  121.59 |
| Travel Expenses | $1,289.69 |
| Total | **$1,681.44** |