Case 10-93904-BHL-11   Doc 2945-1   Filed 09/28/16   EOD 09/28/16 12:12:01   Pg 1 of 7



**KROGER GARDIS & REGAS, LLP**
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 1
August 31, 2016
ACCOUNT NO.: 110035.50
Invoice #: 19

re: Trustee

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/09/2015 | JAK | 10  review of prior correspondence and case analysis of Eberle matter per Shawna Eikenberry request to prepare new settlement demand and respond | 0.40 |
| 09/11/2015 | JAK | 4-  review of bank accounts | 0.30 |
| 09/14/2015 | JAK | 4- admin inquiry from K Toner | 0.20 |
| 09/15/2015 | JAK | 10  settlement negotiations on early payoff of Parker settlement | 0.20 |
| 10/20/2015 | JAK | 4- review of Trustee fee app and corrections  review DSI Fee app and email approval | 0.60 |
| 10/26/2015 | JAK | 4 - Review of Regus final billing;  review of Pacific Life T Gibson statement and send to 5/3 counsel; review of UST quarterly billing | 0.30 |
| 11/02/2015 | JAK | 10 -  review of judge's decision re Gary Krantz as affecting other pending cases and meeting with Kennedy and Stafford | 0.50 |
| 11/03/2015 | JAK | 10 -Conference call with Jay Kennedy and M Stafford concerning remaining preference cases with counsel for Bank | 0.40 |
|  | JAK | 10  call with Randy re termination of remaining preference litigation and other matters | 0.30 |
| 11/12/2015 | JAK | 4- review of fee orders;  review of monthly bank account statements | 0.50 |
| 12/07/2015 | JAK | 10 - Email with Shawna Eikenberry regarding Ronald Sthal settlement proposal | 0.20 |
| 12/08/2015 | JAK | 10  email exchanges concerning Madison settlement | 0.30 |

To ensure proper credit, please include account number on remittance check. Thank You.



**Kroger Gardis & Regas, LLP — Attorneys**

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000  Fax (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 2
August 31, 2016
ACCOUNT NO.: 110035.50
Invoice #: 19

re: Trustee

| Date | Atty | Description | Hours |
|---|---|---|---|
| | JAK | 10 - emails and memo re Sthal settlement; review of memo and email to Shawna Eikenberry on settlement approval | 0.40 |
| 12/21/2015 | JAK | 10  settlement emails | 0.40 |
| 12/28/2015 | JAK | 10  review of mediation memo / attend Rosenbaum mediation | 6.40 |
| 01/03/2016 | JAK | 10 - Email with K Toner re Joey Spicolla settlement and other extended payments | 0.20 |
| | JAK | 4- review form for IDR submission to stop tax assessments and reporting | 0.20 |
| 01/05/2016 | JAK | 4  receive and review notice of submission of waiver of escrow fund claims by DelCotto and Newburn; email to counsel re same | 0.20 |
| 01/11/2016 | JAK | 4 - Bank account review | 0.30 |
| 01/13/2016 | JAK | 10  review settlement terms and execute Ronald Stahl settlement agreement | 0.30 |
| | JAK | 4- creditor call | 0.20 |
| 01/14/2016 | JAK | 4  review of Cactus Growers motion for release of escrow funds | 0.20 |
| | JAK | 4- email with counsel on deferred settlement payments charting; email with counsel on US claim resolution | 0.30 |
| 01/27/2016 | JAK | 10  meeting with M Stafford on Ernie Elder case; review of depositions testimony, documents, asset exam and settlement issues | 0.50 |
| 02/02/2016 | JAK | 10 - Review and execute Clickerweight settlement agreement and release | 0.30 |



**KGR | Kroger Gardis & Regas, LLP**
ATTORNEYS

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 3
August 31, 2016
ACCOUNT NO.: 110035.50
Invoice #: 19

re: Trustee

| | | | | HOURS |
|---|---|---|---|---|
| 02/03/2016 | JAK | 4- arrange for escrow transfer for settlement | | 0.20 |
| 02/11/2016 | JAK | 10- Emails re Madison County settlement | | 0.20 |
| 02/16/2016 | JAK | 10- emails with K Toner on Hoenberger / Bank of Kremlin case issues and settlement | | 0.20 |
| 02/17/2016 | JAK | 4- actions regarding Indiana Tax warrant; review of warrant; call to Sheriff's office; letter to Sheriffs office | | 0.40 |
| 02/18/2016 | JAK | 4- email re bond renewal | | 0.10 |
| 02/23/2016 | JAK | 10- Review of proposed asset forfeiture order regarding funds seized by United States and comments to counsel | | 0.50 |
| 02/24/2016 | JAK | 4- letter from Kentucky Mutual Employer's Insurance concerning payroll audit request and prepare letter response; emails with D Fogle regarding payroll printout and compare with ADP printout; revise letter to Kentucky Mutual | | 0.80 |
| 02/29/2016 | JAK | 4- review of accumulated pleadings on administrative matters | | 0.50 |
| | JAK | Review of January Operating report; also review of all case income to date | | 0.30 |
| 03/09/2016 | JAK | 4- conference call with K Sullivan to discuss IRS penalty notices | | 0.40 |
| | JAK | 4- prepare letter of explanation for IRS on case history at suggestion of Katz Sapper Miller / | | 0.30 |
| 03/15/2016 | JAK | 4- Bank account reviews | | 0.20 |
| 03/17/2016 | JAK | 10 - Review and approve and execute Hoenberger settlement | | 0.30 |

To ensure proper credit, please include account number on remittance check. Thank You.



111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000  FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 4
August 31, 2016
ACCOUNT NO.: 110035.50
Invoice #: 19

re: Trustee

| Date | Atty | Description | HOURS |
|---|---|---|---|
| 03/23/2016 | JAK | 10- Eberle settlement review of fact memo and respond for more information and comments to Shawna Eikenberry | 0.20 |
| 03/30/2016 | JAK | 4 - Long call with Terry Hall and Kevin Toner on case funding, calculation of available funds, creditor distributions, fee payment, court reporting and other | 0.50 |
|  | JAK | 10 - Email to 5/3 counsel on payment and fee issues | 0.30 |
| 03/31/2016 | JAK | 4 - Long call with Terry Hall to discuss distributions, collections and future actions | 0.50 |
| 04/19/2016 | JAK | 4- to bank to arrange $1.0M wire transfer to fifth Third | 0.80 |
| 04/20/2016 | JAK | 10  receive extensive memo from Shawna Eikenberry concerning various transactions with Travis Dicke and documents; emails with Shawna concerning settlement terms | 0.30 |
| 04/22/2016 | JAK | 4  call with A Stafford on Newburn client issues | 0.20 |
| 04/23/2016 | JAK | 4 - Review of Newburn objections to seized funds motion | 0.20 |
| 04/25/2016 | JAK | 10  review, execute and approve Garrett settlement | 0.20 |
| 04/28/2016 | JAK | 10-  conference call with J Kennedy and A Stafford to discuss today's 3 scheduled telephone hearings | 0.30 |
|  | JAK | 10 - Participate in 1st hearing on pending cases, Innovative Livestock and others | 0.50 |
|  | JAK | 10 - Participate in 2nd hearing on seized funds issues | 0.30 |
| 05/03/2016 | JAK | 4- review of quarterly post-confirmation report and execute | 0.30 |
| 05/09/2016 | JAK | 10 - Email from H Mappes re Madison Cattle settlement; review of settlement, execute, image and return to Mappes | 0.30 |

To ensure proper credit, please include account number on remittance check. Thank You.



**Kroger Gardis & Regas, LLP**
— ATTORNEYS —

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 5
August 31, 2016
ACCOUNT NO.: 110035.50
Invoice #: 19

re: Trustee

| | | | | HOURS | |
|---|---|---|---|---|---|
| 05/11/2016 | JAK | 10 - Review of Settlement agreement with Eberle and execute and return | | 0.20 | |
| 05/16/2016 | JAK | 10  review of all pending KGR cases with J Kennedy and M Stafford | | 0.60 | |
| 05/19/2016 | JAK | 10  review of Freidan Bros. Motion to transfer funds from escrow and related mattes | | 0.20 | |
| 05/31/2016 | JAK | 4- review of letter from counsel for Larry Zien and Atkinson Livestock on financing of payments and mortgages release; email from K Toner re same and arrange for execution of releases | | 0.30 | |
| 06/09/2016 | JAK | 4- pleading review of 2 settlements, claim dismissal, claim assignment and notice of hearing | | 0.30 | |
| 06/23/2016 | JAK | Review of estate billings and approve | | 0.20 | |
| | | James A. Knauer | | 25.20 | |
| 02/17/2016 | CRR | Hand Deliver to Sheriff J. Layton | | 1.00 | |
| | | Courier | | 1.00 | |
| | | FOR CURRENT SERVICES RENDERED | | 26.20 | 12,010.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James A. Knauer | 25.20 | $475.00 | $11,970.00 |
| Courier | 1.00 | 40.00 | 40.00 |

| | | | |
|---|---|---|---|
| 02/02/2016 | Reproduction of documents | | 0.10 |
| | Reproduction of documents | | 0.10 |

To ensure proper credit, please include account number on remittance check. Thank You.



**Kroger Gardis & Regas, LLP — Attorneys**

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000  Fax (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 6
August 31, 2016
ACCOUNT NO.: 110035.50
Invoice #: 19

re: Trustee

| Date | Description | Amount |
|---|---|---|
| 09/08/2015 | Mailing expense | 0.51 |
| 09/16/2015 | Mailing expense | 0.51 |
| 10/06/2015 | Mailing expense | 0.51 |
| 10/08/2015 | Mailing expense | 0.51 |
| 10/14/2015 | Mailing expense | 0.51 |
| 11/02/2015 | Mailing expense | 0.51 |
| 11/03/2015 | Mailing expense | 0.51 |
| 11/09/2015 | Mailing expense | 0.51 |
| 12/08/2015 | Mailing expense | 1.03 |
| 12/08/2015 | Mailing expense | 0.51 |
| 01/11/2016 | Mailing expense | 2.06 |
| 02/08/2016 | Mailing expense | 0.51 |
| 02/11/2016 | Mailing expense | 0.98 |
| 02/24/2016 | Mailing expense | 1.03 |
| 02/29/2016 | Mailing expense | 1.03 |
| 03/02/2016 | Mailing expense | 0.51 |
| 03/08/2016 | Mailing expense | 0.51 |
| 03/10/2016 | Mailing expense | 0.51 |
| 03/16/2016 | Mailing expense | 0.51 |
| 03/30/2016 | Mailing expense | 0.51 |
| 04/05/2016 | Mailing expense | 0.50 |
| 05/03/2016 | Mailing expense | 1.48 |
| 05/31/2016 | Mailing expense | 0.49 |
| 06/06/2016 | Mailing expense | 0.49 |
| 07/05/2016 | Mailing expense | 0.49 |
| 07/05/2016 | Mailing expense | 0.49 |
|  | Mailing expense | 17.72 |
|  | TOTAL EXPENSES THRU 07/31/2016 | 17.82 |
| 11/16/2015 | Direct Checks Unlimited | 76.78 |
|  |  | 76.78 |
| 09/22/2015 | Pacer Service Center docket retrieval | 0.40 |
|  | Pacer Service Center docket retrieval | 0.40 |

To ensure proper credit, please include account number on remittance check. Thank You.



111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 7
August 31, 2016
ACCOUNT NO.: 110035.50
Invoice #: 19

re: Trustee

| 06/06/2016 | Overnight mail - FEDERAL EXPRESS | 19.38 |
| | Overnight mail | 19.38 |
| | TOTAL ADVANCES THRU 07/31/2016 | 96.56 |
| | TOTAL CURRENT WORK THIS STATEMENT | 12,124.38 |
| | BALANCE DUE | $12,124.38 |

To ensure proper credit, please include account number on remittance check. Thank You.