UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**MOTION TO COMPROMISE AND SETTLE
AND NOTICE OF OBJECTION DEADLINE**
(John Ted Nuckols)

The *Trustee's Motion To Approve Compromise And Settlement With John Ted Nuckols* (Docket No. 2947) ("Motion") was filed by James A. Knauer, as chapter 11 trustee ("Trustee") for the estate of Eastern Livestock Co., LLC on September 28, 2016.

The Motion seeks Court approval, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, of a proposed settlement agreement ("Settlement Agreement") with John Ted Nuckols ("Mr. Nuckols"). As more specifically set forth in the Settlement Agreement, Mr. Nuckols has agreed to pay the Trustee $25,000.00 in installments to settle the Adversary Proceeding.[1]

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring St.
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted without further hearing on the Trustee's Motion.**

FAEGRE BAKER DANIELS LLP

By: /s/ Kevin M. Toner

Kevin M. Toner (#11343-49)    *Counsel for James A. Knauer, Chapter 11*
300 N. Meridian Street, Suite 2700    *Trustee*
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kevin.toner@faegrebd.com

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

US.108240388.01