# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## CERTIFICATE OF MAILING

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc. whose business address is 3732 West 120th Street, Hawthorne, California 90250.

2. At the direction of Faegre Baker & Daniels, Counsel for James A. Knauer, Trustee in the above-captioned case, the documents identified below by docket number were served on the parties as set forth below in Exhibits "A" and "B" at the addresses shown thereon and via the mode of service indicated thereon, on September 28, 2016:

| | |
|---|---|
| Docket No. 2942 | NOTICE OF HEARING [Re: Ninth Interim Application Of Faegre Baker Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee — Docket No. 2941] |
| Docket No. 2948 | MOTION TO COMPROMISE AND SETTLE AND NOTICE OF OBJECTION DEADLINE (John Ted Nuckols) [Re: Docke No. 2947] |

///

Exhibit "A"   Address List regarding Docket Nos. 2942 and 2948
- The post-confirmation Core Parties are referenced in Service List 63456
- Those post-confirmation parties who have requested special notice are referenced in Service List 63455

Exhibit "B"   Affected Party Address List regarding Docket No. 2948

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 29th day of September 2016 at Hawthorne, California.

_____
Mabel Soto

# EXHIBIT A

# Eastern Livestock

Total number of parties: 8

## Exhibit A - Eastern Livestock

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 63455 | DEITZ, SHIELDS & FREEBURGER, LLP, SANDRA D. FREEBURGER, (RE: ATTY FOR ANNA GAYLE GIBSON & GIBSON FARMS, LLC), 101 FIRST STREET, P.O. BOX 21, HENDERSON, KY, 42419-0021 | US Mail (1st Class) |
| 63456 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 63455 | LOUISE CERNOCH, JR., 6711 GREEN MEADOW LANE, TERRELL, TX, 75160 | US Mail (1st Class) |
| 63455 | ROY DEPOLLITE, 112 HALL RD, MONROE, TN, 38573-6035 | US Mail (1st Class) |
| 63456 | TUCKER HESTER BAKER & KREBS, LLC, CHRISTOPHER E BAKER, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 63456 | TUCKER HESTER BAKER & KREBS, LLC, NICCOLE R. SADOWSKI, (RE: CAPITOL INDEMNITY CORPORATION), REGIONS TOWER/SUITE 1600, ONE INDIANA SQUARE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 63456 | U.S. TRUSTEE, 101 W OHIO STREET, SUITE 1000, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |

Subtotal for this group: 7

# EXHIBIT B

**Exhibit B - Eastern Livestock**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 63461 | JOHN TED NUCKOLS, 1800 WEST STATE HWY 217, CANYON, TX, 79014 | US Mail (1st Class) |

**Subtotal for this group: 1**