SO ORDERED: October 21, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re:                                               )
EASTERN LIVESTOCK CO., LLC,      )        Case No. 10-93904-BHL-11
           Debtor.                              )

### ORDER

This matter comes before the Court *sua sponte* regarding certain documents which were filed under seal by Order of the Court dated August 28, 2012 [Doc. No. 1383]. Those underlying matters having been resolved, and the parties having agreed, the Court now ORDERS that the Clerk of Court, as custodian of the sealed documents, is forthwith authorized to destroy and discard the previously sealed documents in a manner which ensures that the content remains obscure.

**SO ORDERED.**

###

1