# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: edixon | Date Created: 10/21/2016 |
| Case: 10−93904−BHL−11 | Form ID: pdfOrder | Total: 124 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | James A. Knauer | jak@kgrlaw.com |
| aty | Allen Morris | amorris@stites.com |
| aty | Amanda Dalton Stafford | amanda.stafford@nextgearcapital.com |
| aty | Andrea L Wasson | andrea@wassonthornhill.com |
| aty | Andrew T Kight | akight@taftlaw.com |
| aty | Anthony G. Raluy | traluy@rendigs.com |
| aty | Bret S. Clement | bclement@acs−law.com |
| aty | Brian H Meldrum | bmeldrum@stites.com |
| aty | Brian Robert Pollock | bpollock@stites.com |
| aty | C. R. Bowles, Jr | cbowles@bgdlegal.com |
| aty | Charles R. Wharton | Charles.R.Wharton@usdoj.gov |
| aty | Chrisandrea L. Turner | clturner@stites.com |
| aty | Christie A. Moore | cm@gdm.com |
| aty | Christopher E. Baker | cbaker@hbkfirm.com |
| aty | Christopher M. Trapp | chris.trapp@nextgearcapital.com |
| aty | Daniel J. Donnellon | ddonnellon@bgdlegal.com |
| aty | David A. Laird | david.laird@moyewhite.com |
| aty | David Alan Domina | dad@dominalaw.com |
| aty | David H Kleiman | dkleiman@beneschlaw.com |
| aty | David L. Abt | davidabt@mwt.net |
| aty | David L. LeBas | dlebas@namanhowell.com |
| aty | Deborah Caruso | dcaruso@rubin−levin.net |
| aty | Dustin R. DeNeal | dustin.deneal@faegrebd.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Elliott D. Levin | robin@rubin−levin.net |
| aty | Eric W. Richardson | ewrichardson@vorys.com |
| aty | Harley K Means | hkm@kgrlaw.com |
| aty | Harmony A Mappes | harmony.mappes@faegrebd.com |
| aty | Ivana B. Shallcross | ishallcross@bgdlegal.com |
| aty | Jack S Dawson | jdawson@millerdollarhide.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James B. Lind | jblind@vorys.com |
| aty | James Bryan Johnston | bjtexas59@hotmail.com |
| aty | James Edwin McGhee, III | jmcghee@kplouisville.com |
| aty | Jason W. Cottrell | jwc@stuartlaw.com |
| aty | Jeffrey R. Erler | jerler@ghjhlaw.com |
| aty | Jennifer Watt | jwatt@kgrlaw.com |
| aty | Jeremy S Rogers | Jeremy.Rogers@dinslaw.com |
| aty | Jessica Lynn Olsheski | jessica.olsheski@justice−law.net |
| aty | Jill Zengler Julian | Jill.Julian@usdoj.gov |
| aty | John Huffaker | john.huffaker@sprouselaw.com |
| aty | John O'Brien | jobrien@swlaw.com |
| aty | John D Dale, Jr. | Johndaleatty@msn.com |
| aty | John David Hoover | jdhoover@hooverhull.com |
| aty | John Frederick Massouh | john.massouh@sprouselaw.com |
| aty | John Hunt Lovell | john@lovell−law.net |
| aty | John Hunt Lovell | john@lovell−law.net |
| aty | John M. Thompson | john.thompson@crowedunlevy.com |
| aty | John R. Carr, III | jrciii@acs−law.com |
| aty | John W Ames | james@bgdlegal.com |
| aty | Joshua Elliott Clubb | joshclubb@gmail.com |
| aty | Joshua N. Stine | kabritt@vorys.com |
| aty | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| aty | Karen L. Lobring | lobring@msn.com |
| aty | Kayla D. Britton | kayla.britton@faegrebd.com |
| aty | Kelly Greene McConnell | lisahughes@givenspursley.com |
| aty | Kent A Britt | kabritt@vorys.com |
| aty | Kevin M. Toner | kevin.toner@faegrebd.com |
| aty | Kim Martin Lewis | kim.lewis@dinslaw.com |
| aty | Kirk Crutcher | kcrutcher@mcs−law.com |
| aty | Lisa Koch Bryant | courtmail@tilfordlaw.com |
| aty | Mark A. Robinson | mrobinson@dgeglaw.com |
| aty | Martha R. Lehman | mlehman@salawus.com |
| aty | Matthew J. Ochs | kim.maynes@moyewhite.com |
| aty | Melissa S. Giberson | msgiberson@vorys.com |
| aty | Meredith R. Theisen | mtheisen@rubin−levin.net |
| aty | Michael Benton Willey | michael.willey@ag.tn.gov |

| | | |
|---|---|---|
| aty | Michael W. McClain | mmcclain@mcclaindewees.com |
| aty | Michael Wayne Oyler | moyler@rwsvlaw.com |
| aty | Niccole R. Sadowski | nsadowski@thbklaw.com |
| aty | Patrick B Griffin | patrick.griffin@kutakrock.com |
| aty | Paul M. Hoffmann | paul.hoffmann@stinsonleonard.com |
| aty | Peter M Gannott | pgannott@gannottlaw.com |
| aty | Randall D. LaTour | RDLatour@vorys.com |
| aty | Robert A. Bell, Jr | rabell@vorys.com |
| aty | Robert H. Foree | robertforee@bellsouth.net |
| aty | Robert K Stanley | robert.stanley@FaegreBD.com |
| aty | Ronald J. Moore | Ronald.Moore@usdoj.gov |
| aty | Ross A. Plourde | ross.plourde@mcafeetaft.com |
| aty | Sandra D. Freeburger | sfreeburger@dsf–atty.com |
| aty | Sarah Elizabeth Sharp | sarah.sharp@faegrebd.com |
| aty | Sean T. White | swhite@hooverhullturner.com |
| aty | Shawna M Eikenberry | shawna.eikenberry@faegrebd.com |
| aty | Shiv Ghuman O'Neill | shiv.oneill@faegrebd.com |
| aty | Steven A. Brehm | sbrehm@bgdlegal.com |
| aty | Suzanne M Shehan | suzanne.shehan@kutakrock.com |
| aty | Terry E. Hall | terry.hall@faegrebd.com |
| aty | Theodore A Konstantinopoulos | ndohbky@jbandr.com |
| aty | Thomas C Scherer | tscherer@bgdlegal.com |
| aty | Timothy T. Pridmore | tpridmore@mcjllp.com |
| aty | Todd J. Johnston | tjohnston@mcjllp.com |
| aty | Trevor L. Earl | tearl@rwsvlaw.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Walter Scott Newbern, III | wsnewbern@msn.com |
| aty | Wendy W Ponader | wendy.ponader@faegrebd.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William K. Flynn | wkflynn@strausstroy.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |
| aty | William Robert Meyer, II | rmeyer@stites.com |

TOTAL: 101

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Eastern Livestock Co., LLC | 135 W. Market Street   New Albany, IN 47150 |
| op | National Cattlemen's Beef Association | Alice Devine   Devine & Donley, LLC   534 S KS Ave Suite 1420   Topeka, KA 66603 |
| ptcrd | Ike's Trucking, Inc. | Ike and Cherie Jacobs   3087 Ervin Town Rd.   Castlewood, VA 24224 |
| ptcrd | Jeremy Coffey | 6205 Greensburg Road   Columbia, KY 42728 |
| cr | Bovine Medical Associates, LLC | 1500 Soper Road   Carlisle, KY 40311 |
| op | Greenebaum Doll & McDonald PLLC | 3500 National City Tower   101 South Fifth Street   ?Louisville, KY 40202–3103 |
| op | Southeastern Livestock Network LLC | 176 Pasadena Drive   Lexington, KY 40503 |
| cr | Bob's Auto, Inc. d/b/a Bob's Auto Supply | PO Box 419   Edmonton, KY 42129 |
| cr | Philip Martin | 6853 Fairview Rd   Cookeville, TN 38501–9715 |
| cr | Tennessee Livestock Producers, Inc. | P.O. Box 313   Columbia, TN 38402 |
| cr | Michael Wade Loula | Rt1, Box 50   Colony, OK 73021–9631 |
| cr | Sam Fousek | 29972 396th Ave   Wagner, SD 57380 |
| cr | Mike Bradbury | 4304 John Reagan   Marshall, TX 75670 |
| cr | Bradbury & York | 4304 John Reagan   Marshall, TX 75670 |
| cr | Fort Payne Stockyards | PO Box 681126   Fort Payne, AL 35968–1612 |
| cr | Amos Knopf | 6987 Hwy 278 West   Ozan, AR 71855–9023 |
| cr | C. B. Gilbert | 4374 Bloomfield Road   Taylorsville, KY 40071 |
| cc | C. B. Gilbert | 4374 Bloomfield Road   Taylorsville, KY 40071 |
| cd | Eastern Livestock Co., LLC | 135 W. Market Street   New Albany, IN 47150 |
| cr | Jeremy Coffey | 6205 Greensburg Road   Columbia, KY 42728 |
| cr | Denver Capps | 330 Frogue Road   Burkesville, KY 42717–8891 |
| aty | Ashley S Rusher | Blanco Tackabery & Matamoros PA   PO Drawer 25008   Winston–Salem, NC 27114–5008 |
| aty | Thomas Richard Alexander, II | Richardson Gardner & Alexander   117 East Washington Street   Glasgow, KY 42141 |

TOTAL: 23