United States Bankruptcy Court
Southern District of Indiana

In re:                                                          Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4        User: edixon          Page 1 of 14        Date Rcvd: Oct 21, 2016
                           Form ID: pdfOrder      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
aty         +Thomas Richard Alexander, II,  Richardson Gardner & Alexander,  117 East Washington Street,
             Glasgow, KY 42141-2696
cr           Amos Knopf,   6987 Hwy 278 West,   Ozan, AR  71855-9023
cr          +Bob's Auto, Inc. d/b/a Bob's Auto Supply,   PO Box 419,   Edmonton, KY 42129-0419
cr          +Bovine Medical Associates, LLC,   1500 Soper Road,  Carlisle, KY 40311-8083
cr          +Bradbury & York,   4304 John Reagan,  Marshall, TX 75672-2522
cr          +C. B. Gilbert,   4374 Bloomfield Road,  Taylorsville, KY 40071-9060
cr           Denver Capps,  330 Frogue Road,  Burkesville, KY  42717-8891
adb         #+Eastern Livestock Co., LLC,  135 W. Market Street,  New Albany, IN 47150-3561
cr           Fort Payne Stockyards,   PO Box 681126,  Fort Payne, AL  35968-1612
op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,  101 South Fifth Street,
             ?Louisville, KY 40202-3157
ptcrd       +Ike's Trucking, Inc.,  Ike and Cherie Jacobs,   3087 Ervin Town Rd.,
             Castlewood, VA 24224-9686
ptcrd       +Jeremy Coffey,  6205 Greensburg Road,  Columbia, KY 42728-9487
cr        ++++MICHAEL WADE LOULA,   1185 COUNTY ROAD 1170,  COLONY OK  73021-2217
             (address filed with court:  Michael Wade Loula,   Rtl, Box 50,  Colony, OK  73021-9631)
cr          +Mike Bradbury,  4304 John Reagan,  Marshall, TX 75672-2522
op           National Cattlemen's Beef Association,   Alice Devine,  Devine & Donley, LLC,
             534 S KS Ave Suite 1420,  Topeka, KA  66603
cr           Philip Martin,  6853 Fairview Rd,  Cookeville, TN  38501-9715
cr          +Sam Fousek,  29972 396th Ave,  Wagner, SD 57380-7124
op          +Southeastern Livestock Network LLC,  176 Pasadena Drive,  Lexington, KY 40503-2900
cr          +Tennessee Livestock Producers, Inc.,  P.O. Box 313,  Columbia, TN 38402-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: asr@btcmlaw.com Oct 21 2016 22:39:45      Ashley S Rusher,
             Blanco Tackabery & Matamoros PA,   PO Drawer 25008,  Winston-Salem, NC  27114-5008
                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*         +C. B. Gilbert,   4374 Bloomfield Road,  Taylorsville, KY 40071-9060
cd*         +Eastern Livestock Co., LLC,  135 W. Market Street,  New Albany, IN 47150-3561
cr*         +Jeremy Coffey,  6205 Greensburg Road,  Columbia, KY 42728-9487
                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                         Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
        Allen  Morris   on behalf of Creditor Todd  Rosenbaum amorris@stites.com,  dgoodman@stites.com
        Allen  Morris   on behalf of Joined Party   Rosenbaum Feeder Cattle, LLC amorris@stites.com,
        dgoodman@stites.com
        Allen  Morris   on behalf of Defendant Todd  Rosenbaum amorris@stites.com,  dgoodman@stites.com
        Allen  Morris   on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
        dgoodman@stites.com
        Allen  Morris   on behalf of Defendant   Intrust Bank, NA amorris@stites.com,  dgoodman@stites.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Allen  Morris    on behalf of Creditor    Rosenbaum Feeder Cattle Company, LLC amorris@stites.com,
            dgoodman@stites.com
          Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer, Trustee
            amanda.stafford@nextgearcapital.com,  cking@kgrlaw.com;srosner@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer
            amanda.stafford@nextgearcapital.com,  cking@kgrlaw.com;srosner@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Trustee James A. Knauer amanda.stafford@nextgearcapital.com,
            cking@kgrlaw.com;srosner@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Counter Defendant James A. Knauer, Trustee
            amanda.stafford@nextgearcapital.com,  cking@kgrlaw.com;srosner@kgrlaw.com
          Amanda Dalton Stafford    on behalf of Plaintiff    James A. Knauer, Trustee
            amanda.stafford@nextgearcapital.com,  cking@kgrlaw.com;srosner@kgrlaw.com
          Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards East, LLC
            amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant    Fort Payne Stockyards amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant    B&B Land and Livestock amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant Amos  Kropf amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant Jeremy  Coffey amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant Mike  Bradbury amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Defendant    Bradbury & York amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards of Richmond, LLC
            amelia.m.adams@gmail.com
          Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards, LLC
            amelia.m.adams@gmail.com
          Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
          Andrew D Stosberg    on behalf of Defendant Larry  Zeien, Jr. astosberg@lloydmc.com,
            vpennington@lloydmc.com
          Andrew D Stosberg    on behalf of Defendant Willie  Downs astosberg@lloydmc.com,
            vpennington@lloydmc.com
          Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com,
            vpennington@lloydmc.com
          Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com,
            sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C.
            avandiver@aswdlaw.com,  sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com,
            sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com,
            sgoins@aswdlaw.com;jrobb@aswdlaw.com
          Andrew T Kight    on behalf of Defendant Bill  Eberle akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Creditor Travis  Dicke akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant    Salem Livestock Auction, Inc. akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant Travis  Dicke akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant Gary  Krantz akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant Ronald  Stahl akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Defendant    Arab Livestock Market, Inc. akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Creditor Bill  Eberle akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Andrew T Kight    on behalf of Creditor Russell D. Garwood akight@taftlaw.com,
            ecfclerk@taftlaw.com;aolave@taftlaw.com
          Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
            traluy@rendigs.com
          Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County
            traluy@rendigs.com
          April A Wimberg    on behalf of Counterclaimant Stephen N. Kitchens awimberg@bgdlegal.com,
            jhenson@bgdlegal.com
          April A Wimberg    on behalf of Defendant Glen  Franklin awimberg@bgdlegal.com,
            jhenson@bgdlegal.com
          April A Wimberg    on behalf of Defendant Stephen N. Kitchens awimberg@bgdlegal.com,
            jhenson@bgdlegal.com
          Ben T. Caughey    on behalf of Defendant Allen  Barry ben.caughey@mcdlegalfirm.com
          Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@mcdlegalfirm.com
          Ben T. Caughey    on behalf of Defendant    E4 Cattle Company, LLC ben.caughey@mcdlegalfirm.com
          Bret S. Clement    on behalf of Creditor    First Bank and Trust Company, The bclement@acs-law.com,
            sfinnerty@acs-law.com
          Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
          Brian H Meldrum    on behalf of Creditor    Intrust Bank, NA bmeldrum@stites.com
          Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
          Brian H Meldrum    on behalf of Creditor Monty  Koller bmeldrum@stites.com
          Brian Robert Pollock    on behalf of Creditor    Intrust Bank, NA bpollock@stites.com
          Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com
              C. R. Bowles, Jr   on behalf of Counterclaimant   Madison Cattle cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Creditor   Joplin Regional Stockyards cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Cross Defendant   Superior Livestock Auction, Inc.
              cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
              cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Cross Defendant   Superior Livestock Auction cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Defendant   Superior Livestock Auction cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Creditor   Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Creditor   Randy Hoover & Son, LLC cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor   Breeding Brothers cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Defendant Glen  Franklin cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Defendant   Randy Hoover and Son cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor   Southeast Livestock Exchange LLC
              cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Counterclaimant Jeffrey  Madison cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Defendant   ADM Investor Services, Inc. cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor   Southland Haulers, LLC
              cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Joined Party   Francis J. Madison, Jeffrey Madison and Madison Ca
              cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Plaintiff   Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Counterclaimant Francis J. Madison cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor   Moseley Cattle Auction, LLC
              cbowles@bgdlegal.com,  smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr   on behalf of Petitioning Creditor   B&B Farms cbowles@bgdlegal.com,
              smays@bgdlegal.com;cjenkins@bgdlegal.com
              Charles R. Wharton    on behalf of U.S. Trustee   U.S. Trustee Charles.R.Wharton@usdoj.gov
              Chrisandrea L. Turner   on behalf of Defendant   Cornelison Farms, FLP clturner@stites.com
              Chrisandrea L. Turner   on behalf of Creditor   Cornelison Farms, LLC clturner@stites.com
              Christie A. Moore   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
              cm@gdm.com,  ljs2@gdm.com
              Christie A. Moore   on behalf of Counter Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
              ljs2@gdm.com
              Christie A. Moore   on behalf of Plaintiff   Superior Livestock Auction, Inc. cm@gdm.com,
              ljs2@gdm.com
              Christie A. Moore   on behalf of Cross Defendant   Superior Livestock Auction, Inc. cm@gdm.com,
              ljs2@gdm.com
              Christie A. Moore   on behalf of Defendant   Superior Livestock Auction cm@gdm.com,  ljs2@gdm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher E. Baker   on behalf of Creditor   Capitol Indemnity Corporation cbaker@hbkfirm.com,
                 thignight@hbkfirm.com
              Christopher M. Trapp   on behalf of Plaintiff   Superior Livestock Auction, Inc.
                 chris_m_trapp@hotmail.com
              Christopher M. Trapp   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
                 chris_m_trapp@hotmail.com
              Christopher M. Trapp   on behalf of Cross Defendant   Superior Livestock Auction, Inc.
                 chris_m_trapp@hotmail.com
              Daniel D. Bobilya   on behalf of Defendant   Irsik & Doll Feed Services, Inc.
                 dbobilya@bobilyalawgroup.com,  lauras@b-blegal.com
              Daniel J. Donnellon   on behalf of Creditor   First Bank and Trust Company, The
                 ddonnellon@bgdlegal.com,  knorwick@bgdlegal.com
              Daniel J. Donnellon   on behalf of Cross Defendant   The First Bank and Trust Company
                 ddonnellon@bgdlegal.com,  knorwick@bgdlegal.com
              Daniel J. Donnellon   on behalf of Intervenor   The First Bank and Trust Company
                 ddonnellon@bgdlegal.com,  knorwick@bgdlegal.com
              Daniel J. Donnellon   on behalf of Cross Defendant   First Bank & Trust Company
                 ddonnellon@bgdlegal.com,  knorwick@bgdlegal.com
              David A. Laird   on behalf of Creditor   Peoples Bank of Coldwater Kansas
                 david.laird@moyewhite.com,  lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David A. Laird   on behalf of Cross Defendant   Peoples Bank david.laird@moyewhite.com,
                 lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
              David Alan Domina   on behalf of Creditor   Nu-Technologies, Inc dad@dominalaw.com,
                 KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina   on behalf of Creditor Travis  Bellar dad@dominalaw.com,
                 KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina   on behalf of Creditor   Madden Brothers dad@dominalaw.com,
                 KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina   on behalf of Creditor   Madden Brothers, LLC dad@dominalaw.com,
                 KKW@dominalaw.com;efiling@dominalaw.com
              David Alan Domina   on behalf of Creditor   Bellar Feed Lots, Inc. dad@dominalaw.com,
                 KKW@dominalaw.com;efiling@dominalaw.com
              David Cooper Robertson   on behalf of Defendant Monty Larry Koller crobertson@stites.com,
                 docketclerk@stites.com
              David Cooper Robertson   on behalf of Defendant   Intrust Bank, NA crobertson@stites.com,
                 docketclerk@stites.com
              David H Kleiman   on behalf of Mediator David H. Kleiman dkleiman@beneschlaw.com,
                 ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
              David L. Abt   on behalf of Plaintiff   Rush Creek Ranch, LLP davidabt@mwt.net
              David L. Abt   on behalf of Other Professional David L. Abt davidabt@mwt.net
              David L. Abt   on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
              David L. LeBas   on behalf of Intervenor   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
                 koswald@namanhowell.com
              David L. LeBas   on behalf of Creditor   J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
                 koswald@namanhowell.com
              David L. LeBas   on behalf of Third-Party Defendant   J&F Oklahoma Holdings, Inc.
                 dlebas@namanhowell.com,  koswald@namanhowell.com
              David L. LeBas   on behalf of Counter Defendant   J&F Oklahoma Holdings, Inc.
                 dlebas@namanhowell.com,  koswald@namanhowell.com
              David W. Brangers   on behalf of Defendant   Hurstbourne Landings Development Co., LLC
                 dbrangers@lawyer.com
              Deborah Caruso   on behalf of Other Professional Kathryn  Pry dcaruso@rubin-levin.net,
                 dwright@rubin-levin.net;mcruser@rubin-levin.net
              Deborah Caruso   on behalf of Third-Party Defendant Kathryn L. Pry dcaruso@rubin-levin.net,
                 dwright@rubin-levin.net;mcruser@rubin-levin.net
              Dustin R. DeNeal   on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
                 cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Plaintiff   Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
                 cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
                 cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Counterclaimant James A. Knauer dustin.deneal@faegrebd.com,
                 cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
                 cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Dustin R. DeNeal   on behalf of Member Debtor   Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
                 cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Edward M King   on behalf of Creditor   Fifth Third Bank tking@fbtlaw.com,
                 lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
              Elliott D. Levin   on behalf of Defendant Gene  Stoops edl@rubin-levin.net,
                 atty_edl@trustesolutions.com
              Elliott D. Levin   on behalf of Plaintiff   Superior Livestock Auction, Inc. edl@rubin-levin.net,
                 atty_edl@trustesolutions.com
              Elliott D. Levin   on behalf of Petitioning Creditor   Superior Livestock Auction, Inc.
                 robin@rubin-levin.net,  edl@trustesolutions.net
              Eric C Redman   on behalf of Defendant   Bankfirst Financial Services ksmith@redmanludwig.com,
                 kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric C Redman    on behalf of Cross Defendant Edward  Strickland ksmith@redmanludwig.com,
                 kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
              Eric C Redman    on behalf of Defendant Edward  Strickland ksmith@redmanludwig.com,
                 kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
              Eric C Redman    on behalf of Intervenor    Strickland Farms ksmith@redmanludwig.com,
                 kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
              Eric W. Richardson    on behalf of Creditor    Fifth Third Bank ewrichardson@vorys.com,
                 bjtobin@vorys.com
              Erick P Knoblock    on behalf of Third-Party Defendant Kathryn L. Pry eknoblock@daleeke.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com
              Erin Casey Nave    on behalf of Defendant    J & S Feedlots, Inc. enave@taftlaw.com,
                 ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Kevin  Manthey enave@taftlaw.com,
                 ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Brandon  Zeisler enave@taftlaw.com,
                 ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Thomas R. Glover enave@taftlaw.com,
                 ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Harley K Means    on behalf of Plaintiff    James A. Knauer, Trustee hkm@kgrlaw.com,
                 kmw@kgrlaw.com;ads@kgrlaw.com
              Harley K Means    on behalf of Plaintiff James A. Knauer hkm@kgrlaw.com,
                 kmw@kgrlaw.com;ads@kgrlaw.com
              Harley K Means    on behalf of Plaintiff James A. Knauer, Trustee hkm@kgrlaw.com,
                 kmw@kgrlaw.com;ads@kgrlaw.com
              Harley K Means    on behalf of Trustee James A. Knauer hkm@kgrlaw.com,
                 kmw@kgrlaw.com;ads@kgrlaw.com
              Harmony A Mappes    on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
                 harmony.mappes@faegrebd.com,  sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Counterclaimant James A. Knauer, Trustee
                 harmony.mappes@faegrebd.com,  sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Third-Party Plaintiff James A. Knauer, Trustee
                 harmony.mappes@faegrebd.com,  sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff    Okie Farms, L.L.C. harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Counterclaimant James A. Knauer harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
                 ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
                 ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Cross Defendant    Hodge Livestock Network Incorporated
                 ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant Jeffrey  Madison ishallcross@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Northwest Alabama Livestock Auction
                 ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Hodge Livestock Network Incorporated
                 ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
                 ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Plaintiff    Superior Livestock Auction, Inc.
                 ishallcross@bgdlegal.com,  smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Madison Cattle ishallcross@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com

District/off: 0756-4          User: edixon              Page 6 of 14              Date Rcvd: Oct 21, 2016
                              Form ID: pdfOrder         Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Ivana B. Shallcross    on behalf of Creditor    Joplin Regional Stockyards ishallcross@bgdlegal.com,
                 smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Superior Livestock Auction
                 ishallcross@bgdlegal.com,   smays@bgdlegal.com;tmills@bgdlegal.com
              Jack S Dawson    on behalf of Defendant    Nichols Livestock jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Ricky  Beard jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Creditor    Jane, LLC jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant    Jane, LLC jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Jane  Nichols jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Defendant Robert  Nichols jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Creditor    Nichols Livestock jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson    on behalf of Creditor Robert  Nichols jdawson@millerdollarhide.com,
                 jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              James A. Knauer    jak@kgrlaw.com,  tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com,
                 tjf@kgrlaw.com
              James A. Knauer    on behalf of Trustee James A. Knauer jak@kgrlaw.com,  tjf@kgrlaw.com
              James A. Knauer    on behalf of Intervenor James  Knauer jak@kgrlaw.com,  tjf@kgrlaw.com
              James A. Knauer    on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com,  tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff    James A. Knauer, Trustee jak@kgrlaw.com,
                 tjf@kgrlaw.com
              James A. Knauer    on behalf of Counterclaimant James A. Knauer, Trustee jak@kgrlaw.com,
                 tjf@kgrlaw.com
              James A. Knauer    on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com,  tjf@kgrlaw.com
              James B. Lind    on behalf of Counter Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Cross Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind    on behalf of Counter Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Third-Party Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind    on behalf of Creditor    Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Defendant Gary  Tate, d/b/a Tate Ranch bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Johnny  Mayo, Jr. bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Tom  Svoboda bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Tom  Svoboda bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bobby  Bynum bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Eddie  Eicke bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Bill  Davis bjtexas59@hotmail.com,  bryan@ebs-law.net
              James Bryan Johnston    on behalf of Cross-Claimant Eddie  Eickie bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Frank  Powell bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com,
                 bryan@ebs-law.net
              James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc.
                 jim@rubin-levin.net,  ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
              James E Rossow, Jr.    on behalf of Counter Defendant    Superior Livestock Auction, Inc.
                 jim@rubin-levin.net,  ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
              James E Rossow, Jr.    on behalf of Third-Party Defendant    Superior Livestock Auction, Inc.
                 jim@rubin-levin.net,  ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
              James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com,
                 legalassistant@smithakins.com
              James Edwin McGhee, III    on behalf of Cross Defendant    Vermilion Ranch Corp.
                 jmcghee@kplouisville.com,  james.mcghee@gmail.com
              James Edwin McGhee, III    on behalf of Creditor    Vermilion Ranch Corporation
                 jmcghee@kplouisville.com,  james.mcghee@gmail.com
              James G. Lauck    on behalf of Plaintiff James A. Knauer, Trustee jgl@kgrlaw.com,  kmw@kgrlaw.com
              James M. Carr    on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              James M. Carr    on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com,
                 sarah.herendeen@faegrebd.com
              James M. Carr    on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com,
                 sarah.herendeen@faegrebd.com

```
District/off: 0756-4          User: edixon           Page 7 of 14           Date Rcvd: Oct 21, 2016
                              Form ID: pdfOrder       Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James R Irving    on behalf of Defendant Jeffrey  Madison jirving@bgdlegal.com,
              smays@bgdlegal.com;tmills@bgdlegal.com
          James R Irving    on behalf of Defendant  Madison Cattle jirving@bgdlegal.com,
              smays@bgdlegal.com;tmills@bgdlegal.com
          James R Irving    on behalf of Defendant Francis J. Madison jirving@bgdlegal.com,
              smays@bgdlegal.com;tmills@bgdlegal.com
          James T Young    on behalf of Intervenor Michael J Walro james@rubin-levin.net,
              lking@rubin-levin.net;atty_young@bluestylus.com
          Jason P Wischmeyer    on behalf of Defendant  G. Anderson Farms, Inc. jason@wischmeyerlaw.com
          Jason W. Cottrell    on behalf of Creditor Rex  Elmore jwc@stuartlaw.com, jbr@stuartlaw.com
          Jay Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com,
              sarah.herendeen@faegrebd.com
          Jay Jaffe    on behalf of Plaintiff James A. Knauer, Trustee jay.jaffe@faegrebd.com,
              sarah.herendeen@faegrebd.com
          Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
              tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff  James A. Knauer, Trustee jpk@kgrlaw.com,
              tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Defendant Rex  Mooney jpk@kgrlaw.com,
              tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
              tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
          Jay P. Kennedy    on behalf of Counter Defendant James A. Knauer, Trustee jpk@kgrlaw.com,
              tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
          Jeffrey J. Graham    on behalf of Defendant  Arab Livestock Market, Inc. jgraham@taftlaw.com,
              ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
          Jeffrey J. Graham    on behalf of Defendant  J & S Feedlots, Inc. jgraham@taftlaw.com,
              ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
          Jeffrey R. Erler    on behalf of Cross-Claimant  DeCordova Cattle Company jerler@ghjhlaw.com,
              cboston@ghjhlaw.com;lwadley@ghjhlaw.com
          Jeffrey R. Erler    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
              jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
          Jennifer Watt    on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com, tjf@kgrlaw.com
          Jennifer Watt    on behalf of Trustee James A. Knauer jwatt@kgrlaw.com, tjf@kgrlaw.com
          Jennifer Watt    on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com, tjf@kgrlaw.com
          Jennifer Watt    on behalf of Plaintiff  James A. Knauer, Trustee jwatt@kgrlaw.com,
              tjf@kgrlaw.com
          Jennifer Joyce Tompkins    on behalf of Defendant Chad  Houck jenniferjtompkins@hotmail.com
          Jennifer Joyce Tompkins    on behalf of Defendant  Flying M Ranch jenniferjtompkins@hotmail.com
          Jennifer Joyce Tompkins    on behalf of Defendant  Faith Cattle Company
              jenniferjtompkins@hotmail.com
          Jeremy S Rogers    on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
          Jessica E. Yates    on behalf of Plaintiff  Fredin Brothers, Inc. jyates@swlaw.com,
              docket_den@swlaw.com;mmccleery@swlaw.com
          Jessica Lynn Olsheski    on behalf of Joined Party  Sage Livestock LLC
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Defendant Donald K. Garrett jessica.olsheski@justice-law.net,
              julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Counterclaimant Donald K. Garrett
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Defendant  Sage Livestock, LLC
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Defendant  Sage Builders, LLC
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Defendant  J & L Farms, LLC
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Joined Party  Sage Builders LLC
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Joined Party  J&L Farms LLC
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jessica Lynn Olsheski    on behalf of Joined Party Donald K. Garrett
              jessica.olsheski@justice-law.net, julie.streich@justice-law.net
          Jill Zengler Julian    on behalf of Joined Party  United States Department of Agriculture, Grain
              Ins Jill.Julian@usdoj.gov
          Joe Lee Brown    on behalf of Defendant  Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
          Joe T. Roberts    on behalf of Counterclaimant  Laurel Livestock Market, INC.
              jratty@windstream.net
          John Huffaker    on behalf of Creditor  Friona Industries, LP john.huffaker@sprouselaw.com,
              rhonda.rogers@sprouselaw.com
          John Huffaker    on behalf of Plaintiff  Friona Industries, LP john.huffaker@sprouselaw.com,
              rhonda.rogers@sprouselaw.com
          John O'Brien    on behalf of Creditor  Midwest Feeders, Inc. jobrien@swlaw.com,
              agodfrey@swlaw.com
          John D Dale, Jr.    on behalf of Creditor C. B. Gilbert Johndaleatty@msn.com
          John D Dale, Jr.    on behalf of Counterclaimant C. B. Gilbert Johndaleatty@msn.com
          John D Dale, Jr.    on behalf of Defendant C. B. Gilbert Johndaleatty@msn.com
          John David Hoover    on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
          John David Hoover    on behalf of Special Counsel  Hoover Hull LLP jdhoover@hooverhull.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Frederick Massouh   on behalf of Defendant    Rufenacht Commodities, Inc.
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Third-Party Defendant    Friona Industries, L.P.
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Counter Defendant    Cactus Growers, Inc.
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Defendant    Cattlemen's Feedlot, Ltd.
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Counter Defendant    Friona Industries, LP
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Creditor Zeien II  Larry john.massouh@sprouselaw.com,
          sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Creditor    ADM Investor Services, Inc.
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Plaintiff    Friona Industries, LP
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Creditor    Friona Industries, LP
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Defendant Robert    Rufenacht john.massouh@sprouselaw.com,
          sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Creditor    Rufenacht Commodities, Inc.
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Creditor Robert    Rufenacht john.massouh@sprouselaw.com,
          sherida.stone@sprouselaw.com
          John Frederick Massouh   on behalf of Counter Defendant    Friona Industries, L.P.
          john.massouh@sprouselaw.com,   sherida.stone@sprouselaw.com
          John Hunt Lovell   on behalf of Counter Defendant    Friona Industries, LP john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Creditor    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Defendant    Demaio Farms & Ranches, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Third-Party Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Counter Defendant    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Creditor    De Maio Farms & Ranches, Inc. a/k/a de Maio Land a
          john@lovell-law.net,   sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John Hunt Lovell   on behalf of Third-Party Defendant    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
          John M. Rogers   on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
          marie@rubin-levin.net
          John M. Rogers   on behalf of Defendant Gene    Stoops johnr@rubin-levin.net,  marie@rubin-levin.net
          John M. Thompson   on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com
          John R. Burns, III   on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
          sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Burns, III   on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
          john.burns@faegrebd.com,   sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
          John R. Carr, III   on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
          sfinnerty@acs-law.com
          John R. Carr, III   on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
          sfinnerty@acs-law.com
          John W Ames   on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
          james@bgdlegal.com,   smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Creditor Ron P. Reed james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
          james@bgdlegal.com,   smays@bgdlegal.com;tmills@bgdlegal.com
          John W Ames   on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
          Joseph H Rogers, III   on behalf of Defendant Robert    Nichols jrogers@millerdollarhide.com,
          cdow@millerdollarhide.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joseph H Rogers, III   on behalf of Defendant Jane  Nichols jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joseph H Rogers, III   on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
           cdow@millerdollarhide.com
          Joshua Elliott Clubb   on behalf of Defendant Tim  White joshclubb@gmail.com
          Joshua Elliott Clubb   on behalf of Other Professional   Kentucky Cattlemen's Association
           joshclubb@gmail.com
          Joshua N. Stine   on behalf of Counter Defendant   Fifth Third Bank, N.A. kabritt@vorys.com
          Joshua N. Stine   on behalf of Cross Defendant   Fifth Third Bank, N.A. kabritt@vorys.com
          Joshua N. Stine   on behalf of Counter Defendant   Fifth Third Bank kabritt@vorys.com
          Joshua N. Stine   on behalf of Defendant   Fifth Third Bank kabritt@vorys.com
          Joshua N. Stine   on behalf of Creditor   Fifth Third Bank kabritt@vorys.com
          Judy Hamilton Morse   on behalf of Creditor   Heritage Feeders LP judy.morse@crowedunlevy.com,
           ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
          Karen L. Lobring    on behalf of Creditor   Deere & Company lobring@msn.com
          Karen L. Lobring    on behalf of Creditor   FPC Financial, f.s.b. lobring@msn.com
          Kayla D. Britton   on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,
           cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
          Kayla D. Britton   on behalf of Trustee James A. Knauer kayla.britton@faegrebd.com,
           cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
          Kelly Greene McConnell   on behalf of Creditor   AB Livestock, LLC lisahughes@givenspursley.com
          Kelly Greene McConnell   on behalf of Creditor   Supreme Cattle Feeders, L.L.C.
           lisahughes@givenspursley.com
          Kent A Britt   on behalf of Counter Defendant   Fifth Third Bank, N.A. kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt   on behalf of Counter Defendant   Fifth Third Bank, N.A. kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt   on behalf of Defendant   Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt   on behalf of Creditor   Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt   on behalf of Cross Defendant   Fifth Third Bank, N.A. kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kent A Britt   on behalf of Cross Defendant   Fifth Third Bank kabritt@vorys.com,
           cbkappes@vorys.com;dfhine@vorys.com;tbfinney@vorys.com
          Kevin J. Mitchell   on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com,
           cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
          Kevin M. Toner   on behalf of Third-Party Plaintiff James A. Knauer, Trustee
           kevin.toner@faegrebd.com,  sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Counterclaimant James A. Knauer, Trustee kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Counterclaimant James A. Knauer kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Member Debtor   Okie Farms, L.L.C. kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
           kevin.toner@faegrebd.com,  sarah.herendeen@faegrebd.com
          Kevin M. Toner   on behalf of Plaintiff   Okie Farms, L.L.C. kevin.toner@faegrebd.com,
           sarah.herendeen@faegrebd.com
          Kim Martin Lewis   on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com,
           lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
          Kirk  Crutcher   on behalf of Counter Defendant Gene  Shipman kcrutcher@mcs-law.com,
           jparsons@mcs-law.com
          Kirk  Crutcher   on behalf of Cross Defendant Gene  Shipman kcrutcher@mcs-law.com,
           jparsons@mcs-law.com
          Kirk  Crutcher   on behalf of Creditor Gene  Shipman kcrutcher@mcs-law.com,  jparsons@mcs-law.com
          Laura Day DelCotto   on behalf of Cross-Claimant Alton  Darnell ldelcotto@dlgirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto   on behalf of Cross Defendant   East Tennessee Live Stock Center, Inc.
           ldelcotto@dlgirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto   on behalf of Defendant   B&B Land and Livestock ldelcotto@dlgirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto   on behalf of Defendant   Bradbury & York ldelcotto@dlgirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto   on behalf of Cross Defendant   Moseley Cattle Auction, LLC
           ldelcotto@dlgirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
          Laura Day DelCotto   on behalf of Defendant Amos  Kropf ldelcotto@dlgirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Laura Day DelCotto    on behalf of Third-Party Defendant    Piedmont Livestock, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Defendant    Fort Payne Stockyards ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    East Tennessee Live Stock Center, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Defendant Jeremy    Coffey ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    Piedmont Livestock Company, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Moseley Cattle Auction, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Defendant Mike    Bradbury ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross Defendant Alton    Darnell ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Bluegrass Stockyards East, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Special Counsel    Delcotto Law Group PLLC ldelcotto@dlgfirm.com,
           dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Bluegrass Stockyards of Richmond, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    Moseley Cattle Auction, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    East Tennessee Livestock Center, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    East Tennessee Livestock Center, Inc.
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Bluegrass Stockyards, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Cross-Claimant    Southeast Livestock Exchange, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Laura Day DelCotto    on behalf of Third-Party Defendant    Southeast Livestock Exchange, LLC
           ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
        Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
           courtmail@tilfordlaw.com
        Mark A. Robinson    on behalf of Defendant    Atkinson Livestock Market, LLC mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Defendant    Demaio Farms & Ranches, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Third-Party Plaintiff    Cactus Growers, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Defendant    Ganado, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Defendant Brian    Witt mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson@dgeglaw.com
        Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson@dgeglaw.com
        Martha R. Lehman    on behalf of Creditor    Janousek Farms, Inc. mlehman@salwus.com,
           marthalehman87@gmail.com;pdidandeh@salawus.com
        Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas
           kim.maynes@moyewhite.com
        Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Company, LP
           indyattorney@hotmail.com
        Matthew R. Strzynski    on behalf of Defendant    Plateau Production Company
           indyattorney@hotmail.com
        Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Management, LLC
           indyattorney@hotmail.com
        Matthew R. Strzynski    on behalf of Defendant Tobin M. Parker indyattorney@hotmail.com
        Melissa S. Giberson    on behalf of Counter Defendant    Fifth Third Bank msgiberson@vorys.com
        Melissa S. Giberson    on behalf of Third-Party Defendant    Fifth Third Bank msgiberson@vorys.com
        Melissa S. Giberson    on behalf of Counter Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
        Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
        Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
        Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
        Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
        Meredith R. Theisen    on behalf of Other Professional Kathryn    Pry mtheisen@rubin-levin.net,
           dwright@rubin-levin.net;mcruser@rubin-levin.net
        Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue
           michael.willey@ag.tn.gov
        Michael W. McClain    on behalf of Defendant Nancy G. McDonald mmcclain@mcclaindewees.com
        Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mmcclain@mcclaindewees.com
        Michael W. McClain    on behalf of Defendant John F. Gibson mmcclain@mcclaindewees.com
        Michael W. McClain    on behalf of Cross Defendant Matthew    Gibson mmcclain@mcclaindewees.com
        Michael W. McClain    on behalf of Cross Defendant Patrick    Gibson mmcclain@mcclaindewees.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Anna  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Creditor Grant  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Amanda  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Creditor  GP Cattle LLC mmcclain@mcclaindewees.com
              Michael Wayne Oyler    on behalf of Creditor  Your Community Bank moyler@rwsvlaw.com
              Niccole R. Sadowski    on behalf of Creditor  Capitol Indemnity Corporation nsadowski@thbklaw.com,
              twilkerson@thbklaw.com;mmurray@thbklaw.com
              Patrick B Griffin    on behalf of Other Professional  Wells Fargo Bank, National Association
              patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
              Paul M. Hoffmann    on behalf of Defendant  ADM Investor Services, Inc.
              paul.hoffmann@stinsonleonard.com
              Paul M. Hoffmann    on behalf of Creditor  ADM Investor Services, Inc.
              paul.hoffmann@stinsonleonard.com
              Peter M Gannott    on behalf of Other Professional  Laurel Livestock Market Inc.
              pgannott@gannottlaw.com, GannottLawECF@gmail.com;mpeak@gannottlaw.com
              Peter M Gannott    on behalf of Counterclaimant  Laurel Livestock Market, INC.
              pgannott@gannottlaw.com, GannottLawECF@gmail.com;mpeak@gannottlaw.com
              Randall D. LaTour    on behalf of Counter Defendant  Fifth Third Bank RDLatour@vorys.com,
              kcmunn@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant  Fifth Third Bank, N.A. RDLatour@vorys.com,
              kcmunn@vorys.com
              Randall D. LaTour    on behalf of Cross-Claimant  Fifth Third Bank RDLatour@vorys.com,
              kcmunn@vorys.com
              Randall D. LaTour    on behalf of Defendant  Fifth Third Bank RDLatour@vorys.com,
              kcmunn@vorys.com
              Randall D. LaTour    on behalf of Third-Party Defendant  Fifth Third Bank RDLatour@vorys.com,
              kcmunn@vorys.com
              Randall D. LaTour    on behalf of Counter Defendant  Fifth Third Bank, N.A. RDLatour@vorys.com,
              kcmunn@vorys.com
              Randall D. LaTour    on behalf of Creditor  Fifth Third Bank RDLatour@vorys.com,  kcmunn@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant  Fifth Third Bank RDLatour@vorys.com,
              kcmunn@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant  Fifth Third Bank, N.A. rabell@vorys.com,
              dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Creditor  Fifth Third Bank rabell@vorys.com,
              dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant  Fifth Third Bank rabell@vorys.com,
              dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Third-Party Defendant  Fifth Third Bank rabell@vorys.com,
              dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Defendant  Fifth Third Bank rabell@vorys.com,
              dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter Defendant  Fifth Third Bank rabell@vorys.com,
              dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter Defendant  Fifth Third Bank, N.A. rabell@vorys.com,
              dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross-Claimant  Fifth Third Bank rabell@vorys.com,
              dmchilelli@vorys.com
              Robert H. Foree    on behalf of Other Professional  Kentucky Cattlemen's Association
              robertforee@bellsouth.net
              Robert H. Foree    on behalf of Creditor  Kentucky Cattlemen's Association
              robertforee@bellsouth.net
              Robert K Stanley    on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Defendant  Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Ronald J. Moore    on behalf of U.S. Trustee  U.S. Trustee Ronald.Moore@usdoj.gov
              Ross A. Plourde    on behalf of Creditor  Crumpler Bros. ross.plourde@mcafeetaft.com,
              penni.jones@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor  Stockman Oklahoma Livestock Marketing, Inc.
              ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor  The Bank of Kremlin ross.plourde@mcafeetaft.com,
              penni.jones@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor Brent  Kuehny ross.plourde@mcafeetaft.com,
              penni.jones@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Cross Defendant Anna Gayle Gibson sfreeburger@dsf-atty.com,
              scain@dsf-atty.com
              Sandra D. Freeburger    on behalf of Joined Party Anna Gayle Gibson sfreeburger@dsf-atty.com,
              scain@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor  Gibson Farms. LLC sfreeburger@dsf-atty.com,
              scain@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor  Estate of John S. Gibson, Anna Gayle Gibson, Execu
              sfreeburger@dsf-atty.com, scain@dsf-atty.com
              Sarah Elizabeth Sharp    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
              sarah.sharp@faegrebd.com
              Sarah Elizabeth Sharp    on behalf of Trustee James A. Knauer sarah.sharp@faegrebd.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Scott R Leisz    on behalf of Defendant    Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
                    dsams@bgdlegal.com
                Sean T. White    on behalf of Special Counsel    Hoover Hull LLP swhite@hooverhullturner.com,
                    malexander@hooverhullturner.com
                Sean T. White    on behalf of Trustee James A. Knauer swhite@hooverhullturner.com,
                    malexander@hooverhullturner.com
                Shawna M Eikenberry    on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
                    sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
                Shawna M Eikenberry    on behalf of Plaintiff James A. Knauer, Trustee
                    shawna.eikenberry@faegrebd.com,  sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
                Shawna M Eikenberry    on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
                    sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
                Shiv Ghuman O'Neill    on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
                    amanda.castor@faegrebd.com
                Shiv Ghuman O'Neill    on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
                    amanda.castor@faegrebd.com
                Stephen A. Weigand    on behalf of Intervenor    The First Bank and Trust Company
                    sweigand@ficlaw.com
                Stephen E. Schilling    on behalf of Defendant    E4 Cattle Company, LLC seschilling@strausstroy.com
                Stephen E. Schilling    on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
                Steven A. Brehm    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
                    sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com
                Steven A. Brehm    on behalf of Plaintiff    Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
                    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
                Steven A. Brehm    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
                    sbrehm@bgdlegal.com,  bbaumgardner@bgdlegal.com;smays@bgdlegal.com
                Steven A. Brehm    on behalf of Defendant    Superior Livestock Auction sbrehm@bgdlegal.com,
                    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
                Steven Eric Runyan    on behalf of Defendant    ADM Investor Services, Inc. ser@kgrlaw.com
                Steven Eric Runyan    on behalf of Plaintiff    James A. Knauer, Trustee ser@kgrlaw.com
                Suzanne M Shehan    on behalf of Other Professional    Wells Fargo Bank, National Association
                    suzanne.shehan@kutakrock.com,  nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
                Terrill K. Moffett    on behalf of Defendant Rex  Mooney kendalcantrell@moffettlaw.com
                Terry E. Hall    on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
                    sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
                Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com,
                    sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
                Terry E. Hall    on behalf of Counterclaimant James A. Knauer, Trustee terry.hall@faegrebd.com,
                    sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
                Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com,
                    sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
                Theodore A Konstantinopoulos    on behalf of Creditor    General Electric Capital Corporation
                    ndohbky@jbandr.com
                Thomas C Scherer    on behalf of Creditor    Cullman Stockyard, Inc. tscherer@bgdlegal.com,
                    floyd@bgdlegal.com
                Thomas P Glass    on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
                Thomas P Glass    on behalf of Defendant    E4 Cattle Company, LLC tpglass@strausstroy.com
                Timothy T. Pridmore    on behalf of Creditor Gabriel  Moreno tpridmore@mcjllp.com,
                    lskibell@mcjllp.com
                Timothy T. Pridmore    on behalf of Counterclaimant Gabriel  Moreno tpridmore@mcjllp.com,
                    lskibell@mcjllp.com
                Todd J. Johnston    on behalf of Counterclaimant Gabriel  Moreno tjohnston@mcjllp.com
                Todd J. Johnston    on behalf of Creditor Gabriel  Moreno tjohnston@mcjllp.com
                Trevor L. Earl    on behalf of Creditor    Your Community Bank tearl@rwsvlaw.com
                U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                Walter Scott Newbern, III    on behalf of Creditor    Okeechobee Livestock Market, Inc.
                    wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor Vernon  Inman, II wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc.
                    wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Defendant Matt  Eller wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor    Ron Sizemore Trucking, Inc. wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc.
                    wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor Phillip Taylor Reed wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor Vernon  Inman, I wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc.
                    wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc.
                    wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market
                    wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc.
                    wsnewbern@msn.com
                Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc.
                    wsnewbern@msn.com

District/off: 0756-4          User: edixon              Page 13 of 14              Date Rcvd: Oct 21, 2016
                             Form ID: pdfOrder          Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Peoples Livestock Auction, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    First Bank and Trust Company, The
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Hardee Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Clark   Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant Edward   Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ocala Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Lane Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ocala Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon   Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Columbia Livestock Market of Lake City, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Ernest   Elder wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant James   Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Sumter County Farmers Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    North Florida Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    North Florida Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Sumter County Farmer's Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Montgomery Stock Yards, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
                 Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Cattlemen's Livestock Market
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Sumter County Farmer's Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
                 Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    North Florida Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
                 Townse wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Billingsley Auction Sale, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Tom   Freeman wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Billingsley Auction Sale, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Vernon   Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Hardee Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Columbia Livestock Market, Inc.
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Third-Party Defendant    CPC Livestock, LLC
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Linden Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Glen   Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Robert   Rawls d/b/a Robert Rawls Livestock
                 wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Okeechobee Livestock Market, Inc.
                 wsnewbern@msn.com

District/off: 0756-4          User: edixon          Page 14 of 14          Date Rcvd: Oct 21, 2016
                             Form ID: pdfOrder      Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Walter Scott Newbern, III   on behalf of Intervenor   Columbia Livestock Market of Lake City,
            Inc. wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Cross Defendant   Arcadia Stockyard wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   Sealy And Sons Livestock, LLP
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   Florida Association Livestock Markets
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Cross Defendant   Hardee Livestock Market, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   Ashville Stockyard, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   Ocala Livestock Market, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   Arcadia Stockyard wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor Matt   Eller wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Intervenor   Arcadia Stockyard wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Cross Defendant   CPC Livestock, LLC wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   Carroll Co L/S Sale Barn, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   2Z Cattle Company wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Intervenor   Ron Sizemore Trucking, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   CPC Livestock, LLC wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   2Z Cattle Company wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor Edward   Strickland wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant James   Byrd wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   Arcadia Stockyard wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   Okeechobee Livestock Market, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant Glen   Franklin wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant Edward   Strickland wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   Hardee Livestock Market, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Cross Defendant   Ocala Livestock Market, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Cross Defendant   Townsend Livestock Market
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   Ronald Sizemore Trucking, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   Peoples Livestock Auction, Inc.
            wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   Macon Stockyards, Inc. wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor   Tennessee Valley Livestock wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Creditor Clark   Christensen wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Defendant   Macon Stockyard wsnewbern@msn.com
          Walter Scott Newbern, III   on behalf of Intervenor   Oak Lake Cattle Co. wsnewbern@msn.com
          Wendy W Ponader   on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
            sarah.herendeen@faegrebd.com
          Wendy W Ponader   on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
            sarah.herendeen@faegrebd.com
          William E Smith, III   on behalf of Defendant   Tulsa Stockyards wsmith@k-glaw.com,
            clipke@k-glaw.com
          William E Smith, III   on behalf of Defendant   South Coffeyville Stockyards wsmith@k-glaw.com,
            clipke@k-glaw.com
          William E Smith, III   on behalf of Creditor   Coffeyville Livestock Market, LLC
            wsmith@k-glaw.com, clipke@k-glaw.com
          William K. Flynn   on behalf of Defendant   E4 Cattle Company, LLC wkflynn@strausstroy.com,
            fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
          William K. Flynn   on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com,
            fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
          William K. Flynn   on behalf of Creditor   Edward J. Edens, IV wkflynn@strausstroy.com,
            fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
          William K. Flynn   on behalf of Creditor   E4 Cattle Co., LLC wkflynn@strausstroy.com,
            fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
          William Robert Meyer, II   on behalf of Defendant Monty Larry Koller rmeyer@stites.com,
            dgoodman@stites.com
          William Robert Meyer, II   on behalf of Creditor Todd   Rosenbaum rmeyer@stites.com,
            dgoodman@stites.com
          William Robert Meyer, II   on behalf of Defendant   Intrust Bank, NA rmeyer@stites.com,
            dgoodman@stites.com
          William Robert Meyer, II   on behalf of Creditor   Republic Bank and Trust Company
            rmeyer@stites.com,  dgoodman@stites.com
          William Robert Meyer, II   on behalf of Creditor   Rosenbaum Feeder Cattle Company, LLC
            rmeyer@stites.com,  dgoodman@stites.com
          William Robert Meyer, II   on behalf of Defendant Todd   Rosenbaum rmeyer@stites.com,
            dgoodman@stites.com
                                                                                         TOTAL: 591

SO ORDERED: October 21, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re:                                    )
EASTERN LIVESTOCK CO., LLC,               )          Case No. 10-93904-BHL-11
            Debtor.                       )

### ORDER

This matter comes before the Court *sua sponte* regarding certain documents which were filed under seal by Order of the Court dated August 28, 2012 [Doc. No. 1383]. Those underlying matters having been resolved, and the parties having agreed, the Court now ORDERS that the Clerk of Court, as custodian of the sealed documents, is forthwith authorized to destroy and discard the previously sealed documents in a manner which ensures that the content remains obscure.

**SO ORDERED.**

### 

1