# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | EASTERN LIVESTOCK CO., LLC |
| **Case Number:** | 10-93904-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 25, 2016 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

1) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330  for James A. Knauer as Trustee Chapter 9/11 (Fee: $11,970.00, Expense: $154.38) filed by James A. Knauer on behalf of Trustee James A. Knauer [2945]
   **R / M #:**     0 / 0
   **VACATED:   No objection filed.   No telephonic hearing needed.**

2) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Harley K Means as Trustee's Attorney (Fee: $33615.00, Expense: $1681.44) filed by Harley K Means on behalf of Trustee James A. Knauer [2943]
   **R / M #:**     0 / 0
   **VACATED:   No objection filed.   No telephonic hearing needed.**

3) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Terry E. Hall as Trustee's Attorney (Fee: $210,907.50, Expense: $6,850.77) filed by Terry E. Hall on behalf of Trustee James A. Knauer [2941]
   **R / M #:**     0 / 0
   **VACATED:   No objection filed.   No telephonic hearing**

## *Appearances:*

## *Proceedings:*

   *(1 thru 3)  VACATED:  No objection filed.  No telephonic hearing needed.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**