| Matter | Date | Tkpr | A | Code | Rate | Hours | Amount | Description | Office |
|---|---|---|---|---|---|---|---|---|---|
| 13559.00000 | 10/09/2015 | MCM | A | 30 | 160.00 | 1.30 | 208.00 | Prepare for and attend/present Motion in Circuit Court re: Hawkins and efforts to locate Defendant. | ARCH |
| 13559.00000 | 10/09/2015 | MCM | A | 122 | | 0.200 | 2.40 | Photocopying | ARCH |
| 13559.00000 | 10/09/2015 | MCM | A | 114 | | | 0.98 | Postage | ARCH |
| 13559.00000 | 01/11/2016 | MCM | A | 30 | 160.00 | 1.50 | 240.00 | Research regarding service of process issues on Delbert Hawkins. | ARCH |
| 13559.00000 | 01/11/2016 | MCM | A | 30 | 160.00 | 0.50 | 80.00 | Prepared Amended Notice of Hearing for February 1, 2016. | ARCH |
| 13559.00000 | 01/11/2016 | MCM | A | 30 | 160.00 | 1.00 | 160.00 | Reviewed file status, pleadings and discovery issues to prepare for hearing on February 1, 2016. | ARCH |
| 13559.00000 | 01/11/2016 | MCM | A | 30 | 160.00 | 1.20 | 192.00 | Reviewed outstanding discovery due to Plaintiff to ascertain documents/information needed. | ARCH |
| 13559.00000 | 01/14/2016 | MCM | A | 122 | | 0.200 | 2.00 | Photocopying | ARCH |
| 13559.00000 | 01/14/2016 | MCM | A | 114 | | | 14.46 | Postage | ARCH |
| 13559.00000 | 02/02/2016 | MCM | A | 122 | | 0.200 | 4.40 | Photocopying | ARCH |
| 13559.00000 | 02/02/2016 | MCM | A | 114 | | | 3.27 | Postage | ARCH |
| 13559.00000 | 05/23/2016 | MCM | A | 122 | | 0.200 | 10.00 | Photocopying | ARCH |
| 13559.00000 | 05/23/2016 | MCM | A | 114 | | | 6.22 | Postage | ARCH |
| 13559.00000 | 05/27/2016 | MCM | A | 122 | | 0.200 | 0.80 | Photocopying | ARCH |
| 13559.00000 | 05/27/2016 | MCM | A | 114 | | | 1.14 | Postage | ARCH |
| 13559.00000 | 05/27/2016 | MCM | A | 134 | | 0.500 | 1.50 | Fax Charges | ARCH |
| 13559.00001 | 09/24/2015 | MCM | A | 30 | 180.00 | 0.80 | 144.00 | Receive/review Notice from Court re: status report and required filing. | ARCH |
| 13559.00001 | 09/28/2015 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Telephone conference with Circuit Court re: case and Order. | ARCH |
| 13559.00001 | 09/28/2015 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Telephone conference with Judge Pearson's office re: setting pending Motion for hearing. | ARCH |
| 13559.00001 | 09/28/2015 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Prepare Response to Court's Order to Dismiss. | ARCH |
| 13559.00001 | 09/28/2015 | MCM | A | 30 | 180.00 | 0.40 | 72.00 | Prepare letter to Vicki at Judge Pearson's office re: hearing dates. | ARCH |
| 13559.00001 | 09/28/2015 | MCM | A | 30 | 180.00 | 0.60 | 108.00 | Prepare Notice of Hearing for Motion to deem discovery admitted. | ARCH |
| 13559.00001 | 09/28/2015 | MCM | A | 30 | 180.00 | 0.10 | 18.00 | Prepare transmittal letter to Clerk re: filings. | ARCH |
| 13559.00001 | 09/30/2015 | MCM | A | 30 | 180.00 | 1.30 | 234.00 | Finalize Motion Response and related documents to file re: discovery. | ARCH |
| 13559.00001 | 11/03/2015 | MCM | A | 122 | | 0.200 | 0.40 | Photocopying | ARCH |
| 13559.00001 | 11/03/2015 | MCM | A | 114 | | | 1.18 | Postage | ARCH |
| 13559.00001 | 11/04/2015 | MCM | A | 122 | | 0.200 | 2.00 | Photocopying | ARCH |
| 13559.00001 | 11/04/2015 | MCM | A | 114 | | | 1.92 | Postage | ARCH |
| 13559.00001 | 11/16/2015 | MCM | A | 134 | | 0.500 | 2.50 | Fax Charges | ARCH |
| 13559.00001 | 11/16/2015 | MCM | A | 122 | | 0.200 | 0.20 | Photocopying | ARCH |
| 13559.00001 | 11/16/2015 | MCM | A | 122 | | 0.200 | 1.80 | Photocopying | ARCH |
| 13559.00001 | 11/16/2015 | MCM | A | 114 | | | 2.14 | Postage | ARCH |
| 13559.00001 | 02/01/2016 | MCM | A | 30 | 180.00 | 1.80 | 324.00 | Prepared for hearing or Motion to Deem Discovery Admitted. | ARCH |
| 13559.00001 | 02/01/2016 | MCM | A | 30 | 180.00 | 1.20 | 216.00 | Attended hearing in Hamblen County Circuit Court on Motion. | ARCH |
| 13559.00001 | 02/01/2016 | MCM | A | 30 | 180.00 | 1.50 | 270.00 | Prepared renewed discovery regarding Hawkins. | ARCH |
| 13559.00001 | 05/23/2016 | MCM | A | 30 | 180.00 | 0.60 | 108.00 | Prepare electronic communication to Attorney Deneal re: status. | ARCH |
| 13559.00001 | 05/23/2016 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Review bankruptcy case status. | ARCH |
| 13559.00001 | 05/23/2016 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Prepare Notice of Hearing re: Motion for Discovery. | ARCH |
| 13559.00001 | 05/23/2016 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Prepare Notice, letter for transmittal to Clerk for filing with court. | ARCH |
| 13559.00001 | 08/05/2016 | MCM | A | 30 | 180.00 | 3.00 | 540.00 | Attended Court status hearing per Court Order. | ARCH |
| 13559.00001 | 10/07/2016 | MCM | A | 30 | 180.00 | 2.50 | 450.00 | Court appearance per Court Order regarding pending dismissal by the Court. | ARCH |
| 13559.00001 | 10/13/2016 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Prepared electronic communication to Attorney Deneal regarding status. | ARCH |
| 13559.00001 | 10/14/2016 | MCM | A | 30 | 180.00 | 0.20 | 36.00 | Telephone conference with Attorney Deneal regarding status. | ARCH |
| 13559.00001 | 10/14/2016 | MCM | A | 30 | 180.00 | 0.20 | 36.00 | Prepared electronic communication to Attorney Deneal. | ARCH |
| 13559.00001 | 10/14/2016 | MCM | A | 30 | 180.00 | 1.10 | 198.00 | Prepared Order from hearing held regarding status. | ARCH |
| 13559.00001 | 10/20/2016 | MCM | A | 30 | 180.00 | 0.40 | 72.00 | Prepared Notice of Hearing. | ARCH |
| 13559.00001 | 10/20/2016 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Reviewed materials from Attorney Deneal regarding defendant. | ARCH |
| 13559.00001 | 10/20/2016 | MCM | A | 30 | 180.00 | 0.60 | 108.00 | Prepared Requests/Discovery for delivery to defendant. | ARCH |
| 13559.00001 | 10/20/2016 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Finalized Order and communication to Court. | ARCH |
| 13559.00001 | 10/24/2016 | MCM | A | 122 | | 0.200 | 4.80 | Photocopying | ARCH |
| 13559.00001 | 10/24/2016 | MCM | A | 114 | | | 2.56 | Postage | ARCH |

**Total:**                                                                                             **$4,546.67**