UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2016)

In re:

**Eastern Livestock Co., LLC**,
      Debtor.

Case No. **10–93904–BHL–11**

# NOTICE OF DEFICIENT FILING

An Objection Notice re: Motion to Compromise and/or Settle was filed on December 14, 2016, by Trustee James A. Knauer.

**NOTICE IS GIVEN** that the document is deficient as follows:

    The objection date stated in notice is not 21 days from date of service.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by December 29, 2016, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  December 15, 2016

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court