## Notice Recipients

District/Off: 0756–4　　　　User: cathy　　　　Date Created: 12/15/2016
Case: 10–93904–BHL–11　　Form ID: SF00075　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　　　Harley K Means　　　hkm@kgrlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1