United States Bankruptcy Court
Southern District of Indiana

In re:                                                                Case No. 10-93904-BHL
Eastern Livestock Co., LLC                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-4          User: cathy              Page 1 of 14          Date Rcvd: Jan 23, 2017
                              Form ID: pdfOrder       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
aty            +Charles R. Wharton,    Office of U.S. Trustee,    101 W Ohio St Ste 1000,
                 Indianapolis, IN 46204-1982
aty            +Thomas Richard Alexander, II,    Richardson Gardner & Alexander,    117 East Washington Street,
                 Glasgow, KY 42141-2696
cr              Amos Knopf,   6987 Hwy 278 West,    Ozan, AR  71855-9023
cr             +Bob's Auto, Inc. d/b/a Bob's Auto Supply,    PO Box 419,    Edmonton, KY 42129-0419
cr             +Bovine Medical Associates, LLC,    1500 Soper Road,    Carlisle, KY 40311-8083
cr             +Bradbury & York,    4304 John Reagan,   Marshall, TX 75672-2522
cr             +C. B. Gilbert,    4374 Bloomfield Road,    Taylorsville, KY 40071-9060
cr              Denver Capps,   330 Frogue Road,    Burkesville, KY  42717-8891
adb            +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
cr              Fort Payne Stockyards,    PO Box 681126,   Fort Payne, AL  35968-1612
op             +Greenebaum Doll & McDonald PLLC,    3500 National City Tower,    101 South Fifth Street,
                ?Louisville, KY 40202-3157
ptcrd          +Ike's Trucking, Inc.,    Ike and Cherie Jacobs,    3087 Ervin Town Rd.,
                 Castlewood, VA 24224-9686
ptcrd          +Jeremy Coffey,    6205 Greensburg Road,   Columbia, KY 42728-9487
cr           ++++MICHAEL WADE LOULA,    1185 COUNTY ROAD 1170,    COLONY OK 73021-2217
                (address filed with court: Michael Wade Loula,    Rt1, Box 50,   Colony, OK  73021-9631)
cr             +Mike Bradbury,    4304 John Reagan,   Marshall, TX 75672-2522
op              National Cattlemen's Beef Association,    Alice Devine,    Devine & Donley, LLC,
                 534 S KS Ave Suite 1420,    Topeka, KA  66603
cr              Philip Martin,   6853 Fairview Rd,    Cookeville, TN  38501-9715
cr             +Sam Fousek,    29972 396th Ave,   Wagner, SD 57380-7124
op             +Southeastern Livestock Network LLC,    176 Pasadena Drive,    Lexington, KY 40503-2900
cr             +Tennessee Livestock Producers, Inc.,    P.O. Box 313,    Columbia, TN 38402-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: asr@btcmlaw.com Jan 23 2017 22:17:54     Ashley S Rusher,
                 Blanco Tackabery & Matamoros PA,    PO Drawer 25008,   Winston-Salem, NC  27114-5008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            +C. B. Gilbert,    4374 Bloomfield Road,    Taylorsville, KY 40071-9060
cd*            +Eastern Livestock Co., LLC,    135 W. Market Street,    New Albany, IN 47150-3561
cr*            +Jeremy Coffey,    6205 Greensburg Road,   Columbia, KY 42728-9487
                                                                                     TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              Allen   Morris    on behalf of Creditor Todd  Rosenbaum amorris@stites.com, dgoodman@stites.com
              Allen   Morris    on behalf of Joined Party   Rosenbaum Feeder Cattle, LLC amorris@stites.com,
               dgoodman@stites.com
              Allen   Morris    on behalf of Defendant Todd  Rosenbaum amorris@stites.com, dgoodman@stites.com
              Allen   Morris    on behalf of Creditor   Republic Bank and Trust Company amorris@stites.com,
               dgoodman@stites.com
              Allen   Morris    on behalf of Defendant    Intrust Bank, NA amorris@stites.com, dgoodman@stites.com
              Allen   Morris    on behalf of Creditor   Rosenbaum Feeder Cattle Company, LLC amorris@stites.com,
               dgoodman@stites.com

Case 10-93904-BHL-11   Doc 2969   Filed 01/25/17   EOD 01/26/17 00:31:54   Pg 2 of 16

```
District/off: 0756-4          User: cathy              Page 2 of 14                Date Rcvd: Jan 23, 2017
                              Form ID: pdfOrder        Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer, Trustee
               amanda.stafford@nextgearcapital.com, cking@kgrlaw.com;srosner@kgrlaw.com
              Amanda Dalton Stafford    on behalf of Plaintiff James A. Knauer
               amanda.stafford@nextgearcapital.com, cking@kgrlaw.com;srosner@kgrlaw.com
              Amanda Dalton Stafford    on behalf of Trustee James A. Knauer amanda.stafford@nextgearcapital.com,
               cking@kgrlaw.com;srosner@kgrlaw.com
              Amanda Dalton Stafford    on behalf of Counter Defendant James A. Knauer, Trustee
               amanda.stafford@nextgearcapital.com, cking@kgrlaw.com;srosner@kgrlaw.com
              Amanda Dalton Stafford    on behalf of Plaintiff    James A. Knauer, Trustee
               amanda.stafford@nextgearcapital.com, cking@kgrlaw.com;srosner@kgrlaw.com
              Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards East, LLC
               amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Fort Payne Stockyards amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Defendant    B&B Land and Livestock amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Defendant Amos  Kropf amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Defendant Jeremy  Coffey amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Defendant Mike  Bradbury amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Defendant    Bradbury & York amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards of Richmond, LLC
               amelia.m.adams@gmail.com
              Amelia Martin Adams    on behalf of Third-Party Defendant    Bluegrass Stockyards, LLC
               amelia.m.adams@gmail.com
              Andrea L Wasson    on behalf of Creditor    Lytle Street Development andrea@wassonthornhill.com
              Andrew D Stosberg    on behalf of Defendant Larry  Zeien, Jr. astosberg@lloydmc.com,
               vpennington@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant Willie  Downs astosberg@lloydmc.com,
               vpennington@lloydmc.com
              Andrew D Stosberg    on behalf of Defendant    PBI Bank, Inc. astosberg@lloydmc.com,
               vpennington@lloydmc.com
              Andrew James Vandiver    on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    Gibson Cattle Company, L.L.C.
               avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant Tammy T. Gibson avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew James Vandiver    on behalf of Defendant    GP Cattle Company avandiver@aswdlaw.com,
               sgoins@aswdlaw.com;jrobb@aswdlaw.com
              Andrew T Kight    on behalf of Defendant Bill  Eberle akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Creditor Travis  Dicke akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Defendant    Salem Livestock Auction, Inc. akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Defendant Travis  Dicke akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Defendant Gary  Krantz akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Defendant Ronald  Stahl akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Defendant    Arab Livestock Market, Inc. akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Creditor Bill  Eberle akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Andrew T Kight    on behalf of Creditor Russell D. Garwood akight@taftlaw.com,
               ecfclerk@taftlaw.com;aolave@taftlaw.com
              Anthony G. Raluy    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
               traluy@rendigs.com
              Anthony G. Raluy    on behalf of Defendant    Peoples Bank & Trust Company of Pickett County
               traluy@rendigs.com
              April A Wimberg    on behalf of Counterclaimant Stephen N. Kitchens awimberg@bgdlegal.com,
               jhenson@bgdlegal.com
              April A Wimberg    on behalf of Defendant Glen  Franklin awimberg@bgdlegal.com,
               jhenson@bgdlegal.com
              April A Wimberg    on behalf of Defendant Stephen N. Kitchens awimberg@bgdlegal.com,
               jhenson@bgdlegal.com
              Ben T. Caughey    on behalf of Defendant Allen  Barry ben.caughey@mcdlegalfirm.com
              Ben T. Caughey    on behalf of Defendant James Edward Edens, IV ben.caughey@mcdlegalfirm.com
              Ben T. Caughey    on behalf of Defendant    E4 Cattle Company, LLC ben.caughey@mcdlegalfirm.com
              Bret S. Clement    on behalf of Creditor    First Bank and Trust Company, The bclement@acs-law.com,
               sfinnerty@acs-law.com
              Brian H Meldrum    on behalf of Defendant Monty Larry Koller bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Defendant    Intrust Bank, NA bmeldrum@stites.com
              Brian H Meldrum    on behalf of Creditor Monty  Koller bmeldrum@stites.com
              Brian Robert Pollock    on behalf of Creditor    Intrust Bank, NA bpollock@stites.com
              Brian Robert Pollock    on behalf of Defendant Monty Larry Koller bpollock@stites.com
              Brian Robert Pollock    on behalf of Defendant    Intrust Bank, NA bpollock@stites.com
```

```
District/off: 0756-4              User: cathy                  Page 3 of 14                  Date Rcvd: Jan 23, 2017
                                  Form ID: pdfOrder            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              C. R. Bowles, Jr    on behalf of Counterclaimant    Madison Cattle cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor     Joplin Regional Stockyards cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Ron P. Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Dennis  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor     Superior Livestock Auction, Inc.
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Cross Defendant    Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Phillip Taylor Reed cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor David L. Rings cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant     Superior Livestock Auction cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor     Northwest Alabama Livestock Yard cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Mike  Loy cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor     Randy Hoover & Son, LLC cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Brent  Keith cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor     Breeding Brothers cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant Glen  Franklin cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant     Randy Hoover and Son cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor     Southeast Livestock Exchange LLC
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counterclaimant Jeffrey  Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor     Southland Haulers, LLC
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Defendant     ADM Investor Services, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Joined Party    Francis J. Madison, Jeffrey Madison and Madison Ca
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Plaintiff     Superior Livestock Auction, Inc. cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Counterclaimant Francis J. Madison cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jimmy  Brummett cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Creditor Gary S. Bell cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Billy  Neat cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor Jeremy  Coffey cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor     Moseley Cattle Auction, LLC
               cbowles@bgdlegal.com,    smays@bgdlegal.com;cjenkins@bgdlegal.com
              C. R. Bowles, Jr    on behalf of Petitioning Creditor     B&B Farms cbowles@bgdlegal.com,
               smays@bgdlegal.com;cjenkins@bgdlegal.com
              Chrisandrea L. Turner    on behalf of Defendant     Cornelison Farms, FLP clturner@stites.com
              Chrisandrea L. Turner    on behalf of Creditor     Cornelison Farms, LLC clturner@stites.com
              Christie A. Moore    on behalf of Petitioning Creditor     Superior Livestock Auction, Inc.
               cm@gdm.com,    ljs2@gdm.com
              Christie A. Moore    on behalf of Counter Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Plaintiff     Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Cross Defendant    Superior Livestock Auction, Inc. cm@gdm.com,
               ljs2@gdm.com
              Christie A. Moore    on behalf of Defendant     Superior Livestock Auction cm@gdm.com,  ljs2@gdm.com
              Christopher E. Baker    on behalf of Creditor     Capitol Indemnity Corporation cbaker@hbkfirm.com,
               thignight@hbkfirm.com

```
District/off: 0756-4           User: cathy                 Page 4 of 14                   Date Rcvd: Jan 23, 2017
                               Form ID: pdfOrder           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Christopher M. Trapp  on behalf of Plaintiff  Superior Livestock Auction, Inc.
     chris_m_trapp@hotmail.com
    Christopher M. Trapp  on behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
     chris_m_trapp@hotmail.com
    Christopher M. Trapp  on behalf of Cross Defendant  Superior Livestock Auction, Inc.
     chris_m_trapp@hotmail.com
    Daniel D. Bobilya  on behalf of Defendant  Irsik & Doll Feed Services, Inc.
     dbobilya@bobilyalawgroup.com, lauras@b-blegal.com
    Daniel J. Donnellon  on behalf of Creditor  First Bank and Trust Company, The
     ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
    Daniel J. Donnellon  on behalf of Cross Defendant  The First Bank and Trust Company
     ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
    Daniel J. Donnellon  on behalf of Intervenor  The First Bank and Trust Company
     ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
    Daniel J. Donnellon  on behalf of Cross Defendant  First Bank & Trust Company
     ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
    David A. Laird  on behalf of Creditor  Peoples Bank of Coldwater Kansas
     david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
    David A. Laird  on behalf of Cross Defendant  Peoples Bank david.laird@moyewhite.com,
     lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
    David Alan Domina  on behalf of Creditor  Nu-Technologies, Inc dad@dominalaw.com,
     KKW@dominalaw.com;efiling@dominalaw.com
    David Alan Domina  on behalf of Creditor Travis  Bellar dad@dominalaw.com,
     KKW@dominalaw.com;efiling@dominalaw.com
    David Alan Domina  on behalf of Creditor  Madden Brothers dad@dominalaw.com,
     KKW@dominalaw.com;efiling@dominalaw.com
    David Alan Domina  on behalf of Creditor  Madden Brothers, LLC dad@dominalaw.com,
     KKW@dominalaw.com;efiling@dominalaw.com
    David Alan Domina  on behalf of Creditor  Bellar Feed Lots, Inc. dad@dominalaw.com,
     KKW@dominalaw.com;efiling@dominalaw.com
    David Cooper Robertson  on behalf of Defendant Monty Larry Koller crobertson@stites.com,
     docketclerk@stites.com
    David Cooper Robertson  on behalf of Defendant  Intrust Bank, NA crobertson@stites.com,
     docketclerk@stites.com
    David H Kleiman  on behalf of Mediator David H. Kleiman dkleiman@beneschlaw.com,
     ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
    David L. Abt  on behalf of Plaintiff  Rush Creek Ranch, LLP davidabt@mwt.net
    David L. Abt  on behalf of Other Professional David L. Abt davidabt@mwt.net
    David L. Abt  on behalf of Petitioning Creditor Gary S. Bell davidabt@mwt.net
    David L. LeBas  on behalf of Intervenor  J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
     koswald@namanhowell.com
    David L. LeBas  on behalf of Creditor  J&F Oklahoma Holdings, Inc. dlebas@namanhowell.com,
     koswald@namanhowell.com
    David L. LeBas  on behalf of Third-Party Defendant  J&F Oklahoma Holdings, Inc.
     dlebas@namanhowell.com, koswald@namanhowell.com
    David L. LeBas  on behalf of Counter Defendant  J&F Oklahoma Holdings, Inc.
     dlebas@namanhowell.com, koswald@namanhowell.com
    David W. Brangers  on behalf of Defendant  Hurstbourne Landings Development Co., LLC
     dbrangers@lawyer.com
    Deborah Caruso  on behalf of Other Professional Kathryn Pry dcaruso@rubin-levin.net,
     dwright@rubin-levin.net;mcruser@rubin-levin.net
    Deborah Caruso  on behalf of Third-Party Defendant Kathryn L. Pry dcaruso@rubin-levin.net,
     dwright@rubin-levin.net;mcruser@rubin-levin.net
    Dustin R. DeNeal  on behalf of Trustee James A. Knauer dustin.deneal@faegrebd.com,
     cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
    Dustin R. DeNeal  on behalf of Plaintiff  Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
     cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
    Dustin R. DeNeal  on behalf of Intervenor James A. Knauer, Trustee dustin.deneal@faegrebd.com,
     cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
    Dustin R. DeNeal  on behalf of Counterclaimant James A. Knauer dustin.deneal@faegrebd.com,
     cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
    Dustin R. DeNeal  on behalf of Plaintiff James A. Knauer, Trustee dustin.deneal@faegrebd.com,
     cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
    Dustin R. DeNeal  on behalf of Member Debtor  Okie Farms, L.L.C. dustin.deneal@faegrebd.com,
     cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
    Edward M King  on behalf of Creditor  Fifth Third Bank tking@fbtlaw.com,
     lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
    Elliott D. Levin  on behalf of Defendant Gene  Stoops edl@rubin-levin.net,
     atty_edl@trustesolutions.com
    Elliott D. Levin  on behalf of Plaintiff  Superior Livestock Auction, Inc. edl@rubin-levin.net,
     atty_edl@trustesolutions.com
    Elliott D. Levin  on behalf of Petitioning Creditor  Superior Livestock Auction, Inc.
     robin@rubin-levin.net, edl@trustesolutions.net
    Eric C Redman  on behalf of Defendant  Bankfirst Financial Services ksmith@redmanludwig.com,
     kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
    Eric C Redman  on behalf of Cross Defendant Edward  Strickland ksmith@redmanludwig.com,
     kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com

```
District/off: 0756-4                  User: cathy                   Page 5 of 14                   Date Rcvd: Jan 23, 2017
                                      Form ID: pdfOrder             Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric C Redman     on behalf of Defendant Edward  Strickland ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
              Eric C Redman     on behalf of Intervenor    Strickland Farms ksmith@redmanludwig.com,
               kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com
              Eric W. Richardson    on behalf of Creditor    Fifth Third Bank ewrichardson@vorys.com,
               bjtobin@vorys.com
              Erick P Knoblock    on behalf of Third-Party Defendant Kathryn L. Pry eknoblock@daleeke.com
              Erick P Knoblock    on behalf of Cross-Claimant Kathryn L. Pry eknoblock@daleeke.com
              Erin Casey Nave    on behalf of Defendant    J & S Feedlots, Inc. enave@taftlaw.com,
               ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Kevin  Manthey enave@taftlaw.com,
               ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Brandon  Zeisler enave@taftlaw.com,
               ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Erin Casey Nave    on behalf of Defendant Thomas R. Glover enave@taftlaw.com,
               ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com
              Harley K Means    on behalf of Plaintiff    James A. Knauer, Trustee hkm@kgrlaw.com,
               kmw@kgrlaw.com;smr@kgrlaw.com
              Harley K Means    on behalf of Plaintiff James A. Knauer hkm@kgrlaw.com,
               kmw@kgrlaw.com;smr@kgrlaw.com
              Harley K Means    on behalf of Plaintiff James A. Knauer, Trustee hkm@kgrlaw.com,
               kmw@kgrlaw.com;smr@kgrlaw.com
              Harley K Means    on behalf of Trustee James A. Knauer hkm@kgrlaw.com,
               kmw@kgrlaw.com;smr@kgrlaw.com
              Harmony A Mappes    on behalf of Defendant James A Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               harmony.mappes@faegrebd.com,    sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Counterclaimant James A. Knauer, Trustee
               harmony.mappes@faegrebd.com,    sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross Defendant James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Third-Party Plaintiff James A. Knauer, Trustee
               harmony.mappes@faegrebd.com,    sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff    Okie Farms, L.L.C. harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Intervenor James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross-Claimant James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Trustee James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Plaintiff James A. Knauer, Trustee harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Counterclaimant James A. Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Harmony A Mappes    on behalf of Cross-Claimant James A Knauer harmony.mappes@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant Francis J. Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor Ron P. Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor Phillip Taylor Reed ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Cross Defendant    Hodge Livestock Network Incorporated
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant Jeffrey  Madison ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Northwest Alabama Livestock Auction
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Hodge Livestock Network Incorporated
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               ishallcross@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Petitioning Creditor David L. Rings ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Defendant    Madison Cattle ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              Ivana B. Shallcross    on behalf of Creditor    Joplin Regional Stockyards ishallcross@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
```

```
District/off: 0756-4                  User: cathy                    Page 6 of 14                   Date Rcvd: Jan 23, 2017
                                      Form ID: pdfOrder              Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ivana B. Shallcross    on behalf of Defendant    Superior Livestock Auction
               ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
              Jack S Dawson     on behalf of Defendant     Nichols Livestock jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Ricky  Beard jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant    Jane, LLC jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Creditor    Jane, LLC jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Jane  Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Defendant Robert  Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Creditor    Nichols Livestock jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              Jack S Dawson     on behalf of Creditor Robert  Nichols jdawson@millerdollarhide.com,
               jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
              James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Trustee James A. Knauer jak@kgrlaw.com,  tjf@kgrlaw.com
              James A. Knauer     on behalf of Intervenor James  Knauer jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Intervenor James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff    James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Counterclaimant James A. Knauer, Trustee jak@kgrlaw.com,
               tjf@kgrlaw.com
              James A. Knauer     on behalf of Plaintiff James A. Knauer, Trustee jak@kgrlaw.com, tjf@kgrlaw.com
              James B. Lind     on behalf of Counter Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind     on behalf of Cross Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind     on behalf of Cross Defendant    Fifth Third Bank, N.A. jblind@vorys.com
              James B. Lind     on behalf of Counter Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind     on behalf of Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind     on behalf of Third-Party Defendant    Fifth Third Bank jblind@vorys.com
              James B. Lind     on behalf of Creditor    Fifth Third Bank jblind@vorys.com
              James Bryan Johnston    on behalf of Defendant Gary  Tate, d/b/a Tate Ranch bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston    on behalf of Creditor Johnny  Mayo, Jr. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Creditor Tom  Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Cross-Claimant Tom  Svoboda bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Creditor Eddie  Eicke bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Creditor Bobby  Bynum bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Creditor    Bynum Ranch Co. bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Creditor Bill  Davis bjtexas59@hotmail.com, bryan@ebs-law.net
              James Bryan Johnston     on behalf of Cross-Claimant Eddie  Eickie bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Creditor Frank  Powell bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James Bryan Johnston     on behalf of Creditor    Davis Quarter Horse bjtexas59@hotmail.com,
               bryan@ebs-law.net
              James E Rossow, Jr.    on behalf of Plaintiff    Superior Livestock Auction, Inc.
               jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
              James E Rossow, Jr.    on behalf of Counter Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
              James E Rossow, Jr.    on behalf of Third-Party Defendant    Superior Livestock Auction, Inc.
               jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
              James E. Smith, Jr.    on behalf of Cross Defendant    Diamond B Ranches jsmith@smithakins.com,
               legalassistant@smithakins.com
              James Edwin McGhee, III    on behalf of Cross Defendant    Vermilion Ranch Corp.
               jmcghee@kplouisville.com,  james.mcghee@gmail.com
              James Edwin McGhee, III    on behalf of Creditor    Vermilion Ranch Corporation
               jmcghee@kplouisville.com,  james.mcghee@gmail.com
              James G. Lauck    on behalf of Plaintiff James A. Knauer, Trustee jgl@kgrlaw.com, kmw@kgrlaw.com
              James M. Carr     on behalf of Plaintiff    Okie Farms, L.L.C. jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James M. Carr     on behalf of Plaintiff James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James M. Carr     on behalf of Intervenor James A. Knauer, Trustee jim.carr@faegrebd.com,
               sarah.herendeen@faegrebd.com
              James R Irving    on behalf of Defendant Jeffrey  Madison jirving@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
```

```
District/off: 0756-4                User: cathy                 Page 7 of 14                  Date Rcvd: Jan 23, 2017
                                    Form ID: pdfOrder           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James R Irving    on behalf of Defendant    Madison Cattle jirving@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              James R Irving    on behalf of Defendant Francis J. Madison jirving@bgdlegal.com,
               smays@bgdlegal.com;tmills@bgdlegal.com
              James T Young    on behalf of Intervenor Michael J Walro james@rubin-levin.net,
               lking@rubin-levin.net;atty_young@bluestylus.com
              Jason P Wischmeyer    on behalf of Defendant    G. Anderson Farms, Inc. jason@wischmeyerlaw.com,
               G37743@notify.cincompass.com
              Jason W. Cottrell    on behalf of Creditor Rex  Elmore jwc@stuartlaw.com, jbr@stuartlaw.com
              Jay  Jaffe    on behalf of Intervenor James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay  Jaffe    on behalf of Plaintiff James A. Knauer, Trustee jay.jaffe@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff    James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Defendant Rex  Mooney jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Plaintiff James A. Knauer jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jay P. Kennedy    on behalf of Counter Defendant James A. Knauer, Trustee jpk@kgrlaw.com,
               tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
              Jeffrey J. Graham    on behalf of Defendant    Arab Livestock Market, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey J. Graham    on behalf of Defendant    J & S Feedlots, Inc. jgraham@taftlaw.com,
               ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
              Jeffrey R. Erler    on behalf of Cross-Claimant    DeCordova Cattle Company jerler@ghjhlaw.com,
               cboston@ghjhlaw.com;lwadley@ghjhlaw.com
              Jeffrey R. Erler    on behalf of Creditor Russell  DeCordova d/b/a deCordova Cattle Company
               jerler@ghjhlaw.com,  cboston@ghjhlaw.com;lwadley@ghjhlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer jwatt@kgrlaw.com, tjf@kgrlaw.com
              Jennifer  Watt    on behalf of Trustee James A. Knauer jwatt@kgrlaw.com, tjf@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff James A. Knauer, Trustee jwatt@kgrlaw.com, tjf@kgrlaw.com
              Jennifer  Watt    on behalf of Plaintiff    James A. Knauer, Trustee jwatt@kgrlaw.com,
               tjf@kgrlaw.com
              Jennifer Joyce Tompkins    on behalf of Defendant Chad  Houck jenniferjtompkins@hotmail.com
              Jennifer Joyce Tompkins    on behalf of Defendant    Flying M Ranch jenniferjtompkins@hotmail.com
              Jennifer Joyce Tompkins    on behalf of Defendant    Faith Cattle Company
               jenniferjtompkins@hotmail.com
              Jeremy S Rogers    on behalf of Other Professional Elizabeth M. Lynch Jeremy.Rogers@dinslaw.com
              Jessica E. Yates    on behalf of Plaintiff    Fredin Brothers, Inc. jyates@swlaw.com,
               docket_den@swlaw.com;mmccleery@swlaw.com
              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Livestock LLC
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant Donald K. Garrett jessica.olsheski@justice-law.net,
               julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Counterclaimant Donald K. Garrett
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Livestock, LLC
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    Sage Builders, LLC
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Defendant    J & L Farms, LLC
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    Sage Builders LLC
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party    J&L Farms LLC
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jessica Lynn Olsheski    on behalf of Joined Party Donald K. Garrett
               jessica.olsheski@justice-law.net,  julie.streich@justice-law.net
              Jill Zengler Julian    on behalf of Joined Party    United States Department of Agriculture, Grain
               Ins Jill.Julian@usdoj.gov
              Joe Lee Brown    on behalf of Defendant    Scotts Hill Stockyard Joe.Brown@Hardincounty.biz
              Joe T. Roberts    on behalf of Counterclaimant    Laurel Livestock Market, INC.
               jratty@windstream.net
              John  Huffaker    on behalf of Creditor    Friona Industries, LP john.huffaker@sprouselaw.com,
               rhonda.rogers@sprouselaw.com
              John  Huffaker    on behalf of Plaintiff    Friona Industries, LP john.huffaker@sprouselaw.com,
               rhonda.rogers@sprouselaw.com
              John  O’Brien    on behalf of Creditor    Midwest Feeders, Inc. jobrien@swlaw.com,
               agodfrey@swlaw.com
              John D Dale, Jr.    on behalf of Creditor C. B. Gilbert Johndaleatty@msn.com
              John D Dale, Jr.    on behalf of Counterclaimant C. B. Gilbert Johndaleatty@msn.com
              John D Dale, Jr.    on behalf of Defendant C. B. Gilbert Johndaleatty@msn.com
              John David Hoover    on behalf of Trustee James A. Knauer jdhoover@hooverhull.com
              John David Hoover    on behalf of Special Counsel    Hoover Hull LLP jdhoover@hooverhull.com
```

```
District/off: 0756-4          User: cathy               Page 8 of 14                 Date Rcvd: Jan 23, 2017
                              Form ID: pdfOrder         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         John Frederick Massouh    on behalf of Defendant    Rufenacht Commodities, Inc.
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Third-Party Defendant    Friona Industries, L.P.
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Counter Defendant    Cactus Growers, Inc.
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Defendant    Cattlemen's Feedlot, Ltd.
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Counter Defendant    Friona Industries, LP
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Creditor Zeien II   Larry john.massouh@sprouselaw.com,
          sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Creditor    ADM Investor Services, Inc.
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Plaintiff    Friona Industries, LP
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Creditor    Friona Industries, LP
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Defendant Robert    Rufenacht john.massouh@sprouselaw.com,
          sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Creditor    Rufenacht Commodities, Inc.
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Creditor Robert    Rufenacht john.massouh@sprouselaw.com,
          sherida.stone@sprouselaw.com
         John Frederick Massouh    on behalf of Counter Defendant    Friona Industries, L.P.
          john.massouh@sprouselaw.com,    sherida.stone@sprouselaw.com
         John Hunt Lovell    on behalf of Counter Defendant    Friona Industries, LP john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Creditor    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Defendant    Demaio Farms & Ranches, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Third-Party Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Creditor    De Maio Farms & Ranches, Inc. a/k/a de Maio Land a
          john@lovell-law.net,    sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Counter Defendant    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Plaintiff    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Cross Defendant    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John Hunt Lovell    on behalf of Third-Party Defendant    Cactus Growers, Inc. john@lovell-law.net,
          sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
         John M. Rogers    on behalf of Plaintiff    Superior Livestock Auction, Inc. johnr@rubin-levin.net,
          jkrichbaum@rubin-levin.net
         John M. Rogers    on behalf of Defendant Gene    Stoops johnr@rubin-levin.net,
          jkrichbaum@rubin-levin.net
         John M. Thompson    on behalf of Creditor    Heritage Feeders LP john.thompson@crowedunlevy.com
         John R. Burns, III    on behalf of Plaintiff James A. Knauer, Trustee john.burns@faegrebd.com,
          sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
         John R. Burns, III    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
          john.burns@faegrebd.com,    sandy.rhoads@faegrebd.com;oliana.nansen@faegrebd.com
         John R. Carr, III    on behalf of Creditor    First Bank and Trust Company, The jrciii@acs-law.com,
          sfinnerty@acs-law.com
         John R. Carr, III    on behalf of Intervenor    The First Bank and Trust Company jrciii@acs-law.com,
          sfinnerty@acs-law.com
         John W Ames    on behalf of Cross Defendant    Superior Livestock Auction, Inc. james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Petitioning Creditor    Southeast Livestock Exchange LLC
          james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Defendant    Superior Livestock Auction james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Plaintiff    Superior Livestock Auction, Inc. james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Creditor    Joplin Regional Stockyards james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Creditor Ron P. Reed james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Creditor Phillip Taylor Reed james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Petitioning Creditor    Moseley Cattle Auction, LLC james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
          james@bgdlegal.com,    smays@bgdlegal.com;tmills@bgdlegal.com
         John W Ames    on behalf of Petitioning Creditor David L. Rings james@bgdlegal.com,
          smays@bgdlegal.com;tmills@bgdlegal.com

```
District/off: 0756-4           User: cathy                 Page 9 of 14                  Date Rcvd: Jan 23, 2017
                               Form ID: pdfOrder           Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph H Rogers, III    on behalf of Defendant Robert  Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant Jane  Nichols jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joseph H Rogers, III    on behalf of Defendant   Nichols Livestock jrogers@millerdollarhide.com,
               cdow@millerdollarhide.com
              Joshua Elliott Clubb    on behalf of Defendant Tim  White joshclubb@gmail.com
              Joshua Elliott Clubb    on behalf of Other Professional    Kentucky Cattlemen's Association
               joshclubb@gmail.com
              Joshua N. Stine    on behalf of Counter Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com
              Joshua N. Stine    on behalf of Counter Defendant    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com
              Joshua N. Stine    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com
              Judy Hamilton Morse    on behalf of Creditor    Heritage Feeders LP judy.morse@crowedunlevy.com,
               ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
              Karen L. Lobring    on behalf of Creditor    Deere & Company lobring@msn.com
              Karen L. Lobring    on behalf of Creditor    FPC Financial, f.s.b. lobring@msn.com
              Kayla D. Britton    on behalf of Plaintiff James A. Knauer, Trustee kayla.britton@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Kayla D. Britton    on behalf of Trustee James A. Knauer kayla.britton@faegrebd.com,
               cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
              Kelly Greene McConnell    on behalf of Creditor    AB Livestock, LLC lisahughes@givenspursley.com
              Kelly Greene McConnell    on behalf of Creditor    Supreme Cattle Feeders, L.L.C.
               lisahughes@givenspursley.com
              Kent A Britt    on behalf of Counter Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
               dfhine@vorys.com
              Kent A Britt    on behalf of Counter Defendant    Fifth Third Bank kabritt@vorys.com,
               dfhine@vorys.com
              Kent A Britt    on behalf of Defendant    Fifth Third Bank kabritt@vorys.com,  dfhine@vorys.com
              Kent A Britt    on behalf of Creditor    Fifth Third Bank kabritt@vorys.com,  dfhine@vorys.com
              Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank, N.A. kabritt@vorys.com,
               dfhine@vorys.com
              Kent A Britt    on behalf of Cross Defendant    Fifth Third Bank kabritt@vorys.com,
               dfhine@vorys.com
              Kevin J. Mitchell    on behalf of Plaintiff James A. Knauer, Trustee kevin.mitchell@faegrebd.com,
               cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
              Kevin M. Toner    on behalf of Third-Party Plaintiff James A. Knauer, Trustee
               kevin.toner@faegrebd.com,  sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Counterclaimant James A. Knauer, Trustee kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Trustee kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Counterclaimant James A. Knauer kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Trustee James A. Knauer kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Member Debtor    Okie Farms, L.L.C. kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Cross-Claimant James A. Knauer kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Intervenor James A. Knauer, Trustee kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Cross Defendant James A. Knauer kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               kevin.toner@faegrebd.com,  sarah.herendeen@faegrebd.com
              Kevin M. Toner    on behalf of Plaintiff    Okie Farms, L.L.C. kevin.toner@faegrebd.com,
               sarah.herendeen@faegrebd.com
              Kim Martin Lewis    on behalf of Other Professional Elizabeth M. Lynch kim.lewis@dinslaw.com,
               lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
              Kirk  Crutcher    on behalf of Counter Defendant Gene  Shipman kcrutcher@mcs-law.com
              Kirk  Crutcher    on behalf of Cross Defendant Gene  Shipman kcrutcher@mcs-law.com
              Kirk  Crutcher    on behalf of Creditor Gene  Shipman kcrutcher@mcs-law.com
              Laura Day DelCotto    on behalf of Cross-Claimant Alton  Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant    East Tennessee Live Stock Center, Inc.
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant    B&B Land and Livestock ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant    Bradbury & York ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant    Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant Amos  Kropf ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant    Piedmont Livestock, Inc.
               ldelcotto@dlgfirm.com,  dlgecf@dlgfirm.com;dlgecfs@gmail.com
```

```
District/off: 0756-4                  User: cathy                    Page 10 of 14                   Date Rcvd: Jan 23, 2017
                                      Form ID: pdfOrder              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Laura Day DelCotto    on behalf of Defendant    Fort Payne Stockyards ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross-Claimant     East Tennessee Live Stock Center, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant    Piedmont Livestock Company, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant Jeremy   Coffey ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross-Claimant     Piedmont Livestock Company, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant     Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Defendant Mike   Bradbury ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant Alton   Darnell ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant     Bluegrass Stockyards East, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Special Counsel    Delcotto Law Group PLLC ldelcotto@dlgfirm.com,
               dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant     Bluegrass Stockyards of Richmond, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross-Claimant     Moseley Cattle Auction, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant     East Tennessee Livestock Center, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross Defendant    Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross-Claimant     East Tennessee Livestock Center, Inc.
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant     Bluegrass Stockyards, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Third-Party Defendant     Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Laura Day DelCotto    on behalf of Cross-Claimant     Southeast Livestock Exchange, LLC
               ldelcotto@dlgfirm.com,    dlgecf@dlgfirm.com;dlgecfs@gmail.com
              Lisa Koch Bryant    on behalf of Creditor    Peoples Bank & trust Co. of Pickett County
                courtmail@tilfordlaw.com,    cgregory@tilfordlaw.com
              Mark A. Robinson    on behalf of Defendant    Atkinson Livestock Market, LLC mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Defendant    Demaio Farms & Ranches, Inc. mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Third-Party Plaintiff     Cactus Growers, Inc.
               mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Defendant    Ganado, Inc. mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Plaintiff    Friona Industries, LP mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Creditor    Cactus Growers, Inc. mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Defendant Brian   Witt mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Intervenor    J&F Oklahoma Holdings, Inc. mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Creditor    J&F Oklahoma Holdings, Inc. mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Plaintiff    Cactus Growers, Inc. mrobinson2403@gmail.com
              Mark A. Robinson    on behalf of Creditor    Friona Industries, LP mrobinson2403@gmail.com
              Martha R. Lehman    on behalf of Creditor    Janousek Farms, Inc. mlehman@salawus.com,
                marthalehman87@gmail.com;pdidandeh@salawus.com
              Matthew J. Ochs    on behalf of Creditor    Peoples Bank of Coldwater Kansas
                kim.maynes@moyewhite.com
              Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Company, LP
                indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant    Plateau Production Company
                indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant    Paint Rock Cattle Management, LLC
                indyattorney@hotmail.com
              Matthew R. Strzynski    on behalf of Defendant Tobin M. Parker indyattorney@hotmail.com
              Melissa S. Giberson    on behalf of Counter Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Third-Party Defendant     Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Counter Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Creditor    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank msgiberson@vorys.com
              Melissa S. Giberson    on behalf of Cross Defendant    Fifth Third Bank, N.A. msgiberson@vorys.com
              Meredith R. Theisen    on behalf of Other Professional Kathryn   Pry mtheisen@rubin-levin.net,
                mcruser@rubin-levin.net
              Michael Benton Willey    on behalf of Creditor    Tennessee Department of Revenue
                michael.willey@ag.tn.gov
              Michael W. McClain    on behalf of Defendant Nancy G. McDonald mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Grant P. Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Defendant John F. Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Matthew   Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Patrick   Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Mary Kathryn Gibson mmcclain@mcclaindewees.com
```

**Case 10-93904-BHL-11    Doc 2969    Filed 01/25/17    EOD 01/26/17 00:31:54    Pg 11 of 16**

```
District/off: 0756-4           User: cathy              Page 11 of 14                 Date Rcvd: Jan 23, 2017
                               Form ID: pdfOrder        Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael W. McClain    on behalf of Cross Defendant Anna  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Creditor Grant  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Cross Defendant Amanda  Gibson mmcclain@mcclaindewees.com
              Michael W. McClain    on behalf of Creditor   GP Cattle LLC mmcclain@mcclaindewees.com
              Michael Wayne Oyler    on behalf of Creditor   Your Community Bank moyler@rwsvlaw.com
              Niccole R. Sadowski    on behalf of Creditor   Capitol Indemnity Corporation nsadowski@thbklaw.com,
               twilkerson@thbklaw.com;mmurray@thbklaw.com
              Patrick B Griffin    on behalf of Other Professional    Wells Fargo Bank, National Association
               patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
              Paul M. Hoffmann    on behalf of Defendant    ADM Investor Services, Inc.
               paul.hoffmann@stinsonleonard.com
              Paul M. Hoffmann    on behalf of Creditor    ADM Investor Services, Inc.
               paul.hoffmann@stinsonleonard.com
              Peter M Gannott    on behalf of Other Professional    Laurel Livestock Market Inc.
               pgannott@gannottlaw.com, GannottLawECF@gmail.com;eadams@gannottlaw.com
              Peter M Gannott    on behalf of Counterclaimant    Laurel Livestock Market, INC.
               pgannott@gannottlaw.com, GannottLawECF@gmail.com;eadams@gannottlaw.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Counter Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Cross Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Cross-Claimant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Third-Party Defendant    Fifth Third Bank RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Counter Defendant    Fifth Third Bank, N.A. RDLatour@vorys.com,
               kcmunn@vorys.com
              Randall D. LaTour    on behalf of Creditor    Fifth Third Bank RDLatour@vorys.com, kcmunn@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Creditor    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Third-Party Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter Defendant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Counter Defendant    Fifth Third Bank, N.A. rabell@vorys.com,
               dmchilelli@vorys.com
              Robert A. Bell, Jr    on behalf of Cross-Claimant    Fifth Third Bank rabell@vorys.com,
               dmchilelli@vorys.com
              Robert H. Foree    on behalf of Other Professional    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert H. Foree    on behalf of Creditor    Kentucky Cattlemen's Association
               robertforee@bellsouth.net
              Robert K Stanley    on behalf of Intervenor James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Trustee James A. Knauer robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Defendant    Eastern Livestock Co., LLC robert.stanley@FaegreBD.com
              Robert K Stanley    on behalf of Plaintiff James A. Knauer, Trustee robert.stanley@FaegreBD.com
              Ronald J. Moore    on behalf of U.S. Trustee    U.S. Trustee Ronald.Moore@usdoj.gov
              Ross A. Plourde    on behalf of Creditor    Crumpler Bros. ross.plourde@mcafeetaft.com,
               penni.jones@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    Stockman Oklahoma Livestock Marketing, Inc.
               ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor    The Bank of Kremlin ross.plourde@mcafeetaft.com,
               penni.jones@mcafeetaft.com
              Ross A. Plourde    on behalf of Creditor Brent  Kuehny ross.plourde@mcafeetaft.com,
               penni.jones@mcafeetaft.com
              Sandra D. Freeburger    on behalf of Cross Defendant Anna Gayle Gibson sfreeburger@dsf-atty.com,
               scain@dsf-atty.com
              Sandra D. Freeburger    on behalf of Joined Party Anna Gayle Gibson sfreeburger@dsf-atty.com,
               scain@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor    Gibson Farms. LLC sfreeburger@dsf-atty.com,
               scain@dsf-atty.com
              Sandra D. Freeburger    on behalf of Creditor    Estate of John S. Gibson, Anna Gayle Gibson, Execu
               sfreeburger@dsf-atty.com, scain@dsf-atty.com
              Sarah Elizabeth Sharp    on behalf of Plaintiff James A. Knauer, Chapter 11 Trustee
               sarah.sharp@faegrebd.com
              Sarah Elizabeth Sharp    on behalf of Trustee James A. Knauer sarah.sharp@faegrebd.com
              Scott R Leisz    on behalf of Defendant    Chastain Feeds & Farm Supply, LLC sleisz@bgdlegal.com,
               dsams@bgdlegal.com
```

Case 10-93904-BHL-11   Doc 2969   Filed 01/25/17   EOD 01/26/17 00:31:54   Pg 12 of 16

```
District/off: 0756-4              User: cathy                  Page 12 of 14                  Date Rcvd: Jan 23, 2017
                                  Form ID: pdfOrder            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Sean T. White     on behalf of Special Counsel   Hoover Hull LLP swhite@hooverhullturner.com,
               malexander@hooverhullturner.com
              Sean T. White     on behalf of Trustee James A. Knauer swhite@hooverhullturner.com,
               malexander@hooverhullturner.com
              Shawna M Eikenberry    on behalf of Defendant James A Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry    on behalf of Plaintiff James A. Knauer, Trustee
               shawna.eikenberry@faegrebd.com,   sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shawna M Eikenberry    on behalf of Trustee James A. Knauer shawna.eikenberry@faegrebd.com,
               sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Trustee James A. Knauer shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Shiv Ghuman O'Neill    on behalf of Plaintiff James A. Knauer, Trustee shiv.oneill@faegrebd.com,
               amanda.castor@faegrebd.com
              Stephen A. Weigand    on behalf of Intervenor   The First Bank and Trust Company
               sweigand@ficlaw.com
              Stephen E. Schilling    on behalf of Defendant   E4 Cattle Company, LLC seschilling@strausstroy.com
              Stephen E. Schilling    on behalf of Defendant James Edward Edens, IV seschilling@strausstroy.com
              Steven A. Brehm    on behalf of Cross Defendant    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Plaintiff    Superior Livestock Auction, Inc. sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Petitioning Creditor    Superior Livestock Auction, Inc.
               sbrehm@bgdlegal.com,    bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven A. Brehm    on behalf of Defendant    Superior Livestock Auction sbrehm@bgdlegal.com,
               bbaumgardner@bgdlegal.com;smays@bgdlegal.com
              Steven Eric Runyan    on behalf of Defendant    ADM Investor Services, Inc. ser@kgrlaw.com
              Steven Eric Runyan    on behalf of Plaintiff   James A. Knauer, Trustee ser@kgrlaw.com
              Suzanne M Shehan    on behalf of Other Professional   Wells Fargo Bank, National Association
               suzanne.shehan@kutakrock.com,   nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
              Terrill K. Moffett    on behalf of Defendant Rex   Mooney kendalcantrell@moffettlaw.com
              Terry E. Hall    on behalf of Plaintiff James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Intervenor James A. Knauer, Trustee terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Counterclaimant James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Terry E. Hall    on behalf of Trustee James A. Knauer terry.hall@faegrebd.com,
               sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
              Theodore A Konstantinopoulos    on behalf of Creditor   General Electric Capital Corporation
               ndohbky@jbandr.com
              Thomas C Scherer    on behalf of Creditor    Cullman Stockyard, Inc. tscherer@bgdlegal.com,
               floyd@bgdlegal.com
              Thomas P Glass     on behalf of Defendant James Edward Edens, IV tpglass@strausstroy.com
              Thomas P Glass     on behalf of Defendant   E4 Cattle Company, LLC tpglass@strausstroy.com
              Timothy T. Pridmore    on behalf of Creditor Gabriel   Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Timothy T. Pridmore    on behalf of Counterclaimant Gabriel   Moreno tpridmore@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Counterclaimant Gabriel   Moreno tjohnston@mcjllp.com
              Todd J. Johnston    on behalf of Creditor Gabriel   Moreno tjohnston@mcjllp.com
              Trevor L. Earl    on behalf of Creditor   Your Community Bank tearl@rwsvlaw.com
              U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
              Walter Scott Newbern, III    on behalf of Creditor    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Vernon   Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Matt   Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ron Sizemore Trucking, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Alabama Livestock Auction, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Phillip Taylor Reed wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Vernon   Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Edward J. Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Sumter County Farmer's Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    North Florida Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Cattlemen's Livestock Market
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Athens Stockyard, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Glen Franklin Cattle Company, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Cattlemen's Livestock Market, Inc.
               wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Okeechobee Livestock Market, Inc.
               wsnewbern@msn.com
```

```
District/off: 0756-4           User: cathy                 Page 13 of 14                   Date Rcvd: Jan 23, 2017
                               Form ID: pdfOrder           Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Walter Scott Newbern, III   on behalf of Creditor    Peoples Livestock Auction, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    First Bank and Trust Company, The
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Hardee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Ocala Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Lane Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Ocala Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Vernon  Inman, I wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Columbia Livestock Market of Lake City, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Ernest  Elder wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Sumter County Farmers Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor Daniel M. Byrd wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    North Florida Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    North Florida Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Sumter County Farmer's Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Ronald Sizemore Trucking, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Plaintiff    Rush Creek Ranch, LLP wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Montgomery Stock Yards, LLC wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Madison County Livestock Market, Inc. d/b/a
                Townse wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Carroll County Livestock Sales Barn, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Cattlemen's Livestock Market
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    E4 Cattle Company, LLC wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Cattlemen's Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Sumter County Farmer's Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Columbia Livestock Market of Lake City,
                Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    North Florida Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Townsend Livestock Market wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Strickland Farms wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Oak Lake Cattle Co. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Madison County Livestock Market, Inc. d/b/a
                Townse wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Billingsley Auction Sale, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Tom  Freeman wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant    Billingsley Auction Sale, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Defendant Vernon  Inman, II wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Hardee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Columbia Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    E4 Cattle Co., LLC wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Linden Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor Robert  Rawls d/b/a Robert Rawls Livestock
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Third-Party Defendant    CPC Livestock, LLC
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Creditor    Eagle Bay, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Okeechobee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Intervenor    Columbia Livestock Market of Lake City,
                Inc. wsnewbern@msn.com
              Walter Scott Newbern, III   on behalf of Cross Defendant    Arcadia Stockyard wsnewbern@msn.com
```

Case 10-93904-BHL-11   Doc 2969   Filed 01/25/17   EOD 01/26/17 00:31:54   Pg 14 of 16

```
District/off: 0756-4           User: cathy              Page 14 of 14               Date Rcvd: Jan 23, 2017
                               Form ID: pdfOrder        Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Walter Scott Newbern, III    on behalf of Creditor    Sealy And Sons Livestock, LLP
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Florida Association Livestock Markets
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Hardee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ashville Stockyard, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Ocala Livestock Market, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Matt  Eller wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Carroll Co L/S Sale Barn, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Ron Sizemore Trucking, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    CPC Livestock, LLC wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    2Z Cattle Company wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James  Byrd wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Arcadia Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Okeechobee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Glen  Franklin wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant Edward  Strickland wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Hardee Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant James Edward Edens, IV wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Ocala Livestock Market, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Cross Defendant    Townsend Livestock Market
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Ronald Sizemore Trucking, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Peoples Livestock Auction, Inc.
                wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Macon Stockyards, Inc. wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor    Tennessee Valley Livestock wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Creditor Clark  Christensen wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Defendant    Macon Stockyard wsnewbern@msn.com
              Walter Scott Newbern, III    on behalf of Intervenor    Oak Lake Cattle Co. wsnewbern@msn.com
              Wendy W Ponader    on behalf of Trustee James A. Knauer wendy.ponader@faegrebd.com,
                sarah.herendeen@faegrebd.com
              Wendy W Ponader    on behalf of Plaintiff James A. Knauer, Trustee wendy.ponader@faegrebd.com,
                sarah.herendeen@faegrebd.com
              William E Smith, III    on behalf of Defendant    Tulsa Stockyards wsmith@k-glaw.com,
                clipke@k-glaw.com
              William E Smith, III    on behalf of Defendant    South Coffeyville Stockyards wsmith@k-glaw.com,
                clipke@k-glaw.com
              William E Smith, III    on behalf of Creditor    Coffeyville Livestock Market, LLC
                wsmith@k-glaw.com, clipke@k-glaw.com
              William K. Flynn    on behalf of Defendant    E4 Cattle Company, LLC wkflynn@strausstroy.com,
                fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Defendant James Edward Edens, IV wkflynn@strausstroy.com,
                fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Creditor    Edward J. Edens, IV wkflynn@strausstroy.com,
                fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William K. Flynn    on behalf of Creditor    E4 Cattle Co., LLC wkflynn@strausstroy.com,
                fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
              William Robert Meyer, II    on behalf of Defendant Monty Larry Koller rmeyer@stites.com,
                dgoodman@stites.com
              William Robert Meyer, II    on behalf of Creditor Todd  Rosenbaum rmeyer@stites.com,
                dgoodman@stites.com
              William Robert Meyer, II    on behalf of Defendant    Intrust Bank, NA rmeyer@stites.com,
                dgoodman@stites.com
              William Robert Meyer, II    on behalf of Creditor    Republic Bank and Trust Company
                rmeyer@stites.com, dgoodman@stites.com
              William Robert Meyer, II    on behalf of Creditor    Rosenbaum Feeder Cattle Company, LLC
                rmeyer@stites.com, dgoodman@stites.com
              William Robert Meyer, II    on behalf of Defendant Todd  Rosenbaum rmeyer@stites.com,
                dgoodman@stites.com
                                                                                             TOTAL: 590
```

SO ORDERED: January 23, 2017.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING THIRD INTERIM APPLICATION OF
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Third Interim Application Of Wimberly Lawson Wright Daves & Jones, PLLC For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* [Docket No. 2959] ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case, on behalf of Wimberly Lawson Wright Daves & Jones, PLLC on December 12, 2016. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1.  Wimberly Lawson Wright Daves & Jones, PLLC is allowed interim compensation for special counsel fees in the amount of $4,546.67 for the period September 24, 2015 through and including October 24, 2016.

2.  Wimberly Lawson Wright Daves & Jones, PLLC is granted all other just and proper relief.

###