UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2016)

In re:

**Eastern Livestock Co., LLC**,
    Debtor.

Case No. **10–93904–BHL–11**

# NOTICE OF DEFICIENT FILING

An Amended Motion to Compromise and/or Settle was filed on March 8, 2017, by Trustee James A. Knauer.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Objection Notice has not been filed.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by March 23, 2017, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  March 9, 2017

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court