## Notice Recipients

District/Off: 0756–4 | User: cathy | Date Created: 3/9/2017
Case: 10–93904–BHL–11 | Form ID: SF00075 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty        Harley K Means        hkm@kgrlaw.com

TOTAL: 1