Date: 06/06/2017

**Detail Fee Transaction File List**

Wimberly Lawson Wright Daves & Jones, PLLC

Page: 1

| Client | Trans Date | Atty | H/P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 13559.00001 Eastern Livestock Co., LLC | | | | | | | | | |
| 13559.00001 | 02/03/2017 | MCM | A | 30 | 180.00 | 1.20 | 216.00 | Appearance in Court on Motion regarding discovery. | ARCH |
| 13559.00001 | 02/03/2017 | MCM | A | 30 | 180.00 | 1.50 | 270.00 | Prepared correspondence to Defendant Hawkins and submitted discovery. | ARCH |
| 13559.00001 | 02/06/2017 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Telephone conference with Attorney Dustin DeNeal re: status update. | ARCH |
| 13559.00001 | 02/07/2017 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Prepare Notice of Hearing for status conference for March 24. | ARCH |
| 13559.00001 | 02/09/2017 | MCM | A | 30 | 180.00 | 1.00 | 180.00 | Preparation of Order re: hearing/ status. | ARCH |
| 13559.00001 | 02/09/2017 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Preparation of Notice of Service of Discovery. | ARCH |
| 13559.00001 | 02/09/2017 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Preparation of letter and materials to Judge Alex Pearson. | ARCH |
| 13559.00001 | 02/14/2017 | MCM | A | 30 | 180.00 | 1.00 | 180.00 | Telephone conference with Judge Pearson's office and prepared Amended Order per conversation with Judge's office. | ARCH |
| 13559.00001 | 02/14/2017 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Prepared electronic communication to Judge Pearson's office. | ARCH |
| 13559.00001 | 02/14/2017 | MCM | A | 30 | 180.00 | 0.50 | 90.00 | Prepared letter to Delbert Hawkins regarding hearing. | ARCH |
| 13559.00001 | 02/20/2017 | MCM | A | 30 | 180.00 | 0.20 | 36.00 | Received and reviewed Court Order from Judge Pearson. | ARCH |
| 13559.00001 | 02/20/2017 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Prepared letter to Clerk to transmit Order. | ARCH |
| 13559.00001 | 02/20/2017 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Prepared letter to Defendant Hawkins regarding Order and regarding status hearing. | ARCH |
| 13559.00001 | 03/20/2017 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Prepared electronic communication regarding status to Attorney DeNeal. | ARCH |
| 13559.00001 | 03/20/2017 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Telephone conference with Delbert Hawkins regarding status. | ARCH |
| 13559.00001 | 03/20/2017 | MCM | A | 30 | 180.00 | 0.30 | 54.00 | Reviewed materials regarding date for court hearing. | ARCH |
| 13559.00001 | 03/20/2017 | MCM | A | 30 | 180.00 | 0.10 | 18.00 | Received, reviewed and responded to electronic communication from Attorney DeNeal. | ARCH |
| 13559.00001 | 03/23/2017 | MCM | A | 30 | 180.00 | 1.00 | 180.00 | Reviewed file, history, pleadings, prepared for hearing; Status Conference. | ARCH |
| 13559.00001 | 03/24/2017 | MCM | A | 30 | 180.00 | 1.80 | 324.00 | Travel to/from Hawkins County Court in Rogersville for hearing. | ARCH |
| 13559.00001 | 03/24/2017 | MCM | A | 30 | 180.00 | 1.50 | 270.00 | Attended hearing before Judge Pearson regarding scheduling and status. | ARCH |
| 13559.00001 | 03/24/2017 | MCM | A | 30 | 180.00 | 1.20 | 216.00 | Prepared Order from Scheduling Conference. | ARCH |
| 13559.00001 | 04/13/2017 | MCM | P | 30 | 180.00 | 0.50 | 90.00 | Received and reviewed Order from hearing as entered by Judge Alex Pearson. | 74 |
| 13559.00001 | 04/13/2017 | MCM | P | 30 | 180.00 | 1.50 | 270.00 | Prepare electronic communication to Attorney DeNeal re: status update, effect of Order and strategy alternatives. | 75 |
| 13559.00001 | 04/13/2017 | MCM | P | 30 | 180.00 | 0.80 | 144.00 | Review/ analysis of Counter-Suit re: needed testimony. | 76 |
| 13559.00001 | 04/14/2017 | MCM | P | 30 | 180.00 | 0.30 | 54.00 | Receive and review electronic communication from Attorney DeNeal. | 73 |
| 13559.00001 | 04/17/2017 | MCM | P | 30 | 180.00 | 0.20 | 36.00 | Prepare response electronic communication to Atty. DeNeal re: status. | 77 |
| 13559.00001 | 04/27/2017 | MCM | P | 30 | 180.00 | 0.20 | 36.00 | Prepared status email to Attorney DeNeal. | 78 |
| 13559.00001 | 04/28/2017 | MCM | P | 30 | 180.00 | 0.30 | 54.00 | Telephone conference with attorney Nick Davenport regarding Delbert Hawkins. | 79 |
| 13559.00001 | 04/28/2017 | MCM | P | 30 | 180.00 | 0.10 | 18.00 | Received and reviewed electronic communication from attorney Davenport. | 80 |
| 13559.00001 | 05/02/2017 | MCM | P | 30 | 180.00 | 1.50 | 270.00 | Prepared Motion and proposed Order to Dismiss case with Prejudice. | 81 |
| 13559.00001 | 05/02/2017 | MCM | P | 30 | 180.00 | 0.20 | 36.00 | Prepared electronic communication to Attorney DeNeal. | 82 |
| 13559.00001 | 05/02/2017 | MCM | P | 30 | 180.00 | 0.30 | 54.00 | Prepared electronic communication to Attorney Davenport. | 83 |
| 13559.00001 | 05/02/2017 | MCM | P | 30 | 180.00 | 0.40 | 72.00 | Prepared correspondence to Court offices to advise Judge Pearson of status and to submit Motion and Order to Dismiss. | 84 |
| 13559.00001 | 05/26/2017 | MCM | P | 30 | 180.00 | 0.30 | 54.00 | Received/reviewed Agreed Order from Court. | 85 |
| 13559.00001 | 06/02/2017 | MCM | P | 30 | 180.00 | 2.50 | 450.00 | Prepared letter to Dustin DeNeal regarding Order and prepared Final Application for Attorney's Fees to file with the Court. | 86 |

| Total for Client ID 13559.00001 | | | | Billable | 23.90 | 4,302.00 | Eastern Livestock Co., LLC Post-Bankruptcy work |

**GRAND TOTALS**

| | Billable | 23.90 | 4,302.00 |

Note: Secure Clients and/or transactions may have been excluded.


EXHIBIT A