Date: 06/06/2017     **Detail Cost Transaction File List**     Page: 1
Wimberly Lawson Wright Daves & Jones, PLLC

| Client | Trans Date | Atty | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 13559.00001 Eastern Livestock Co., LLC | | | | | | | | |
| 13559.00001 | 02/22/2017 | MCM | A | 122 | 0.200 | 1.20 | Photocopying | ARCH |
| 13559.00001 | 02/22/2017 | MCM | A | 114 | | 0.46 | Postage | ARCH |
| 13559.00001 | 03/24/2017 | MCM | A | 120 | 0.530 | 29.68 | Mileage to/from Rogersville re: court hearing (50.0000) Mary C. Moffatt | ARCH |
| 13559.00001 | 03/29/2017 | MCM | A | 122 | 0.200 | 0.80 | Photocopying | ARCH |
| 13559.00001 | 03/29/2017 | MCM | A | 134 | 0.500 | 0.50 | Fax Charges | ARCH |
| 13559.00001 | 03/29/2017 | MCM | A | 122 | 0.200 | 1.20 | Photocopying | ARCH |
| 13559.00001 | 03/29/2017 | MCM | A | 114 | | 1.59 | Postage | ARCH |
| 13559.00001 | 05/09/2017 | MCM | P | 122 | 0.200 | 4.60 | Photocopying | 27 |
| 13559.00001 | 05/09/2017 | MCM | P | 114 | | 2.26 | Postage | 28 |

**Total for Client ID 13559.00001**     Billable     42.29 Eastern Livestock Co., LLC
Post-Bankruptcy work

**GRAND TOTALS**

Billable     42.29

Note: Secure Clients and/or transactions may have been excluded.



EXHIBIT B

Tuesday 06/06/2017 10:37 am