UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## NOTICE OF HEARING

The Fourth Interim and Final Application of Wimberly Lawson Wright Daves & Jones, PLLC for Compensation and Reimbursement of Expenses as Chapter 11 Trustee was filed with the Clerk of this Court on August 8, 2017. In the Application, Wimberly Lawson Wright Daves & Jones, PLLC seeks an interim allowance of hourly fees in the amount of $4,302.00; reimbursement of $42.29 for out-of-pocket expenses and final allowance and award of fees of $6,900.67 and $106.09 for out-of-pocket expenses during the period February 28, 2013 through October 24, 2016; for a total of $11,351.05.

**A copy of the Application is available through PACER on the Court's website, on the Trustee's blog at www.easternlivestockbkinfo.com or at the noticing agent's website at www.bmcgroup.com/easternlivestock, or by email or calling Harley Means, counsel to the Trustee at hmeans@kgrlaw.com or 317-692-9000.**

NOTICE IS GIVEN that any objection to the relief requested in the Application must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before August 29, 2017. Persons not required or not permitted to file electronically must deliver any objections by U.S. Mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 US Courthouse
121 W. Spring Street
New Albany, Indiana 47150

**Any interim award of fees is subject to the Court's approval of a final fee application. No party need file any objection or reservation to preserve the right to state their objections and be heard regarding any final fee applications in this case.**

The Court will hold a hearing on the Application on:

    Date:        August 31, 2017
    Time:       10:00 a.m.

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for the telephonic conference call is 1-877-636-9498; Conference Code 3935561607, followed by the pound ("#") key.

**If no objections are timely filed, the requested relief may be granted without further action by the Court.**

Dated: August 8, 2017

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By:  /s/ James A. Knauer
James A. Knauer, Chapter 11 Trustee
James A. Knauer, Attorney No. 5436-49
111 Monument Circle, Suite 900
Indianapolis, Indiana  46204-5125
(317) 692-9000 Telephone
(317) 264-6832 Fax
jak@kgrlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2017, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David L. Abt     davidabt@mwt.net
Amelia Martin Adams     amelia.m.adams@gmail.com
John W Ames     james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Christopher E. Baker     cbaker@hbkfirm.com, thignight@hbkfirm.com
Robert A. Bell     rabell@vorys.com, dmchilelli@vorys.com
Daniel D. Bobilya     dbobilya@bobilyalawgroup.com, lauras@b-blegal.com
C. R. Bowles     cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
C. R. Bowles     cbowles@bgdlegal.com, smays@bgdlegal.com;cjenkins@bgdlegal.com
David W. Brangers     dbrangers@lawyer.com
Steven A. Brehm     sbrehm@bgdlegal.com, bbaumgardner@bgdlegal.com;smays@bgdlegal.com
Kent A Britt     kabritt@vorys.com, dfhine@vorys.com
Kayla D. Britton     kayla.britton@faegrebd.com, rachel.jenkins@faegrebd.com;sarah.herendeen@faegrebd.com
Kayla D. Britton     kayla.britton@faegrebd.com, rachel.jenkins@faegrebd.com;sarah.herendeen@faegrebd.com
Joe Lee Brown     Joe.Brown@Hardincounty.biz
Lisa Koch Bryant     courtmail@tilfordlaw.com, cgregory@tilfordlaw.com
John R. Burns     john.burns@faegrebd.com, sandra.rhoads@faegrebd.com
James M. Carr     jim.carr@faegrebd.com, sarah.herendeen@faegrebd.com
John R. Carr     jrciii@acs-law.com, sfinnerty@acs-law.com
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Ben T. Caughey     ben.caughey@mcdlegalfirm.com
Bret S. Clement     bclement@acs-law.com, sfinnerty@acs-law.com
Joshua Elliott Clubb     joshclubb@gmail.com
Jason W. Cottrell     jwc@stuartlaw.com, jbr@stuartlaw.com
Kirk Crutcher     kcrutcher@mcs-law.com
John D Dale     Johndaleatty@msn.com
Jack S Dawson     jdawson@millerdollarhide.com, jseeger@millerdollarhide.com;receptionist@millerdollarhide.com;chall@millerdollarhide.com
Dustin R. DeNeal     dustin.deneal@faegrebd.com, rachel.jenkins@faegrebd.com;sarah.herendeen@faegrebd.com
Laura Day DelCotto     ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com
David Alan Domina     dad@dominalaw.com, KKW@dominalaw.com;efiling@dominalaw.com
Daniel J. Donnellon     ddonnellon@bgdlegal.com, knorwick@bgdlegal.com
Trevor L. Earl     tearl@rwsvlaw.com
Shawna M Eikenberry     shawna.eikenberry@faegrebd.com, sarah.herendeen@faegrebd.com;dianne.armstroff@faegrebd.com
Jeffrey R. Erler     jerler@ghjhlaw.com, cboston@ghjhlaw.com;lwadley@ghjhlaw.com
William K. Flynn     wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
William K. Flynn     wkflynn@strausstroy.com, fmtuttle@strausstroy.com;rlshapiro@strausstroy.com
Robert H. Foree     robertforee@bellsouth.net

Sandra D. Freeburger	sfreeburger@dsf-atty.com, scain@dsf-atty.com
Peter M Gannott	pgannott@gannottlaw.com, GannottLawECF@gmail.com;eadams@gannottlaw.com
Melissa S. Giberson	msgiberson@vorys.com
Thomas P Glass	tpglass@strausstroy.com
Jeffrey J. Graham	jgraham@taftlaw.com, ECFClerk@taftlaw.com;aolave@taftlaw.com;rryan@taftlaw.com
Patrick B Griffin	patrick.griffin@kutakrock.com, stephanie.brockman@kutakrock.com
Terry E. Hall	terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
Paul M. Hoffmann	paul.hoffmann@stinsonleonard.com
John David Hoover	jdhoover@hooverhull.com
John Huffaker	john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com
James R Irving	jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Jay Jaffe	jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com;rachel.jenkins@faegrebd.com
Jay Jaffe	jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com;rachel.jenkins@faegrebd.com
James Bryan Johnston	bjtexas59@hotmail.com, bryan@ebs-law.net
Todd J. Johnston	tjohnston@mcjllp.com
Jill Zengler Julian	Jill.Julian@usdoj.gov
Jay P. Kennedy	jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Jay P. Kennedy	jpk@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Andrew T Kight	akight@jhklegal.com, assistant@jhklegal.com
Andrew T Kight	akight@taftlaw.com, assistant@jhklegal.com
Edward M King	tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
David H Kleiman	dkleiman@beneschlaw.com,
ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
James A. Knauer	jak@kgrlaw.com, tjf@kgrlaw.com
James A. Knauer	jak@kgrlaw.com, tjf@kgrlaw.com
Erick P Knoblock	eknoblock@daleeke.com
Theodore A Konstantinopoulos	ndohbky@jbandr.com
Randall D. LaTour	RDLatour@vorys.com, kcmunn@vorys.com
David A. Laird	david.laird@moyewhite.com, lisa.oliver@moyewhite.com;deanne.stoneking@moyewhite.com
James G. Lauck	jgl@kgrlaw.com, kmw@kgrlaw.com
David L. LeBas	dlebas@namanhowell.com, koswald@namanhowell.com
Martha R. Lehman	mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Scott R Leisz	sleisz@bgdlegal.com, dsams@bgdlegal.com
Elliott D. Levin	robin@rubin-levin.net, edl@trustesolutions.net
Elliott D. Levin	edl@rubin-levin.net, atty_edl@trustesolutions.com;robin@rubin-levin.net
Kim Martin Lewis	kim.lewis@dinslaw.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
James B. Lind	jblind@vorys.com
Karen L. Lobring	lobring@msn.com
John Hunt Lovell	john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
John Hunt Lovell	john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net
Harmony A Mappes	harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
Harmony A Mappes	harmony.mappes@faegrebd.com, sarah.herendeen@faegrebd.com
John Frederick Massouh	john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
Michael W. McClain	mmcclain@mcclaindewees.com
Kelly Greene McConnell	lisahughes@givenspursley.com
James Edwin McGhee	jmcghee@kplouisville.com, apatenaude@kplouisville.com;r44709@notify.bestcase.com
Harley K Means	hkm@kgrlaw.com, kmw@kgrlaw.com;smr@kgrlaw.com;tjf@kgrlaw.com
Brian H Meldrum	bmeldrum@stites.com
William Robert Meyer	rmeyer@stites.com, dgoodman@stites.com
William Robert Meyer	rmeyer@stites.com, dgoodman@stites.com
Kevin J. Mitchell	kevin.mitchell@faegrebd.com, cyndy.maucher@faegrebd.com;oliana.nansen@faegrebd.com
Terrill K. Moffett	kendalcantrell@moffettlaw.com
Christie A. Moore	cm@gdm.com, ljs2@gdm.com
Ronald J. Moore	Ronald.Moore@usdoj.gov
Allen Morris	amorris@stites.com, dgoodman@stites.com
Allen Morris	amorris@stites.com, dgoodman@stites.com
Judy Hamilton Morse	judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;karen.martin@crowedunlevy.com;karol.brown@crowedunlevy.com
Erin Casey Nave	enave@taftlaw.com, ecfclerk@taftlaw.com;dhighbaugh@taftlaw.com

4845-7586-2092, v. 1

Walter Scott Newbern    wsnewbern@msn.com
Walter Scott Newbern    wsnewbern@msn.com
John O'Brien    jobrien@swlaw.com, agodfrey@swlaw.com
Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Shiv Ghuman O'Neill    shiv.oneill@faegrebd.com, amanda.castor@faegrebd.com
Matthew J. Ochs    kim.maynes@moyewhite.com
Jessica Lynn Olsheski    jessica.olsheski@justice-law.net, julie.streich@justice-law.net
Michael Wayne Oyler    moyler@rwsvlaw.com
Ross A. Plourde    ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com
Brian Robert Pollock    bpollock@stites.com
Brian Robert Pollock    bpollock@stites.com
Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Wendy W Ponader    wendy.ponader@faegrebd.com, sarah.herendeen@faegrebd.com
Timothy T. Pridmore    tpridmore@mcjllp.com, lskibell@mcjllp.com
Anthony G. Raluy    traluy@rendigs.com
Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com;r51146@notify.bestcase.com
Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com;myecfmailrl@gmail.com;bsears@redmanludwig.com;r51146@notify.bestcase.com
Eric W. Richardson    ewrichardson@vorys.com
Joe T. Roberts    jratty@windstream.net
David Cooper Robertson    crobertson@stites.com, docketclerk@stites.com
Mark A. Robinson    mrobinson2403@gmail.com
Jeremy S Rogers    Jeremy.Rogers@dinslaw.com
John M. Rogers    johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com
Joseph H Rogers    jrogers@millerdollarhide.com, cdow@millerdollarhide.com
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Steven Eric Runyan    ser@kgrlaw.com
Steven Eric Runyan    ser@kgrlaw.com
Niccole R. Sadowski    nsadowski@thbklaw.com, twilkerson@thbklaw.com;mmurray@thbklaw.com
Thomas C Scherer    tscherer@bgdlegal.com, floyd@bgdlegal.com
Stephen E. Schilling    seschilling@strausstroy.com
Ivana B. Shallcross    ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Sarah Elizabeth Sharp    sarah.sharp@faegrebd.com
Suzanne M Shehan    suzanne.shehan@kutakrock.com, nancy.johnson@kutakrock.com;joy.lehnert@kutakrock.com
James E. Smith    jsmith@smithakins.com, legalassistant@smithakins.com
William E Smith    wsmith@k-glaw.com, clipke@k-glaw.com
Amanda Dalton Stafford    amanda.stafford@nextgearcapital.com, cking@kgrlaw.com;srosner@kgrlaw.com
Robert K Stanley    robert.stanley@FaegreBD.com
Joshua N. Stine    kabritt@vorys.com
Andrew D Stosberg    astosberg@lloydmc.com, vpennington@lloydmc.com
Matthew R. Strzynski    indyattorney@hotmail.com
Meredith R. Theisen    mtheisen@rubin-levin.net, jkrichbaum@rubin-levin.net;lisa@rubin-levin.net;atty_mtheisen@bluestylus.com
John M. Thompson    john.thompson@crowedunlevy.com
Jennifer Joyce Tompkins    jenniferjtompkins@hotmail.com
Kevin M. Toner    kevin.toner@faegrebd.com, sarah.herendeen@faegrebd.com
Kevin M. Toner    kevin.toner@faegrebd.com, sarah.herendeen@faegrebd.com
Christopher M. Trapp    chris_m_trapp@hotmail.com
Chrisandrea L. Turner    clturner@stites.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Andrew James Vandiver    avandiver@aswdlaw.com, sgoins@aswdlaw.com;jrobb@aswdlaw.com
Andrea L Wasson    andrea@wassonthornhill.com, r49837@notify.bestcase.com
Jennifer Watt    jwatt@kgrlaw.com, tjf@kgrlaw.com
Jennifer Watt    jwatt@kgrlaw.com, tjf@kgrlaw.com
Stephen A. Weigand    sweigand@ficlaw.com
Sean T. White    swhite@hooverhullturner.com, malexander@hooverhullturner.com
Michael Benton Willey    michael.willey@ag.tn.gov
April A Wimberg    awimberg@bgdlegal.com, jhenson@bgdlegal.com

4845-7586-2092, v. 1

Jason P Wischmeyer    jason@wischmeyerlaw.com, G37743@notify.cincompass.com
Jessica E. Yates    jyates@swlaw.com, docket_den@swlaw.com;mmccleery@swlaw.com
James T Young    james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com

                                                /s/ James A. Knauer

4845-7586-2092, v. 1