UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re: )
)
EASTERN LIVESTOCK CO., LLC, ) Case Number: 10-93904-BHL-11
)
Debtor. )

POST-CONFIRMATION QUARTERLY REPORT

For the Quarter Ending: 6/30/2017
Confirmation Date: 12/20/2012

|  | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Cash Receipts | $70,350.00 | $36,270.18 | $500.00 | $107,120.18 |
| Cash Disbursements, including plan payments | -$8,913.00 | -$2,588.00 | -$697.95 | -$12,198.95 |
| Total | $61,437.00 | $33,682.18 | -$197.95 | $94,921.23 |

| Plan Payments | First Month | Second Month | Third Month | Quarterly Total |
|---|---|---|---|---|
| Administrative Expenses | $8,913.00 | $2,588.00 | $697.95 | $12,198.95 |
| Secured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $8,913.00 | $2,588.00 | $697.95 | $12,198.95 |

1. Have Quarterly U.S. Trustee Fees been paid?   (Yes)   No
   If no, please explain.

2. Have all payments been made as set forth in the plan?   Yes   (No)
   If no, please explain.
   *The Trustee continues to make plan payments*

3. Have all property sales and transfers set forth in the plan been completed?
   If no, please explain.   Yes   (No)
   *Transfers will not be complete until the Trustee resolves all adversary proceedings and finalizes the allowed amount of claims*

4. Have any distributions been made to stockholders of the debtor?  
   If yes, please explain.                                                                    Yes        (No)

5. Is the debtor current on all post confirmation taxes?                                      (Yes)       No
   If no, please explain.

6. Have all claims been resolved?                                                             Yes        (No)
   If no, please explain.
   **Certain claims are subject to disallowance in adversary proceedings.**

7. When will the application for final decree be filed?
   **Once the estate has been fully administered.**

8. Is this a final report?                                                                    Yes        (No)
   If yes, complete the next page.

The undersigned certifies under penalty of perjury the information contained in this report is complete, true and correct to the best of my knowledge, information and belief.

By: _____     Dated: __August 15, 2017__
       James A. Knauer
       Trustee for Eastern Livestock Co., LLC

2:28 PM
04/12/13

# ELC Operating
## Receipts

| EASTERN LIVESTOCK CO., LLC, | | Case Number: 10-93904-BHL-11 | |
|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | |
| Name of Bank | JP Morgan Chase Bank NA | | |
| Account Number | 922019401 | | |
| Purpose of Account | Operating Account | | |
| Type of Account | Checking Account | | |

| Date of Transaction | Payer | Purpose or Description | Amount | |
|---|---|---|---|---|
| 04/25/2017 | Nuckols | Settlement | $ 500.00 | |
| 04/25/2017 | Buckhorn | Settlement | $ 11,600.00 | |
| 04/25/2017 | Billingsley | Settlement | $ 20,000.00 | |
| 04/25/2017 | Garrett | Settlement | $ 8,750.00 | |
| 04/25/2017 | Stoops | Settlement | $ 25,000.00 | |
| 04/25/2017 | Scotts Hill | Settlement | $ 2,000.00 | |
| 04/25/2017 | Arab | Settlement | $ 2,500.00 | |
| | Total 04/01/2017-04/30/2017 | | | $ 70,350.00 |
| 05/01/2017 | Gibson | Settlement | $ 18,513.57 | |
| 05/01/2017 | Gibson | Settlement | $ 17,256.61 | |
| 05/10/2017 | Nuckols | Settlement | $ 500.00 | |
| | Total 05/01/2017-05/31/17 | | | $ 36,270.18 |
| 06/19/2017 | Nuckols | Settlement | $ 500.00 | |
| | Total 06/01/17-06/30/17 | | | $ 500.00 |
| | Total for report | | | $ 107,120.18 |

2:28 PM
04/12/13

## ELC Operating
## Disbursements

| EASTERN LIVESTOCK CO., LLC, | | Case Number: 10-93904-BHL-11 | | |
|---|---|---|---|---|
| Attachment to: Post Confirmation Quarterly Report | | | | |
| Name of Bank | | JP Morgan Chase Bank NA | | |
| Account Number | | 922019401 | | |
| Purpose of Account | | Operating Account | | |
| Type of Account | | Checking Account | | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 2084 | 04/05/2017 | Beth Royalty | Storage | -325.00 | |
| 2085 | 04/05/2017 | The Data Vault | Storage | -338.00 | |
| 2086 | 04/17/2017 | Mayfield Insurance | Insurance | -5,000.00 | |
| 2087 | 04/18/2017 | United States Trustee | Trustee Fees | -3,250.00 | |
| | | Total 04/01/2017-04/30/2017 | | | $ (8,913.00) |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 2090 | 05/01/2017 | Beth Royalty | Storage | -325.00 | |
| 2091 | 05/05/2017 | Donald B. Fogle CPA | Monthly Accounting Services | -1,925.00 | |
| 2092 | 05/09/2017 | The Data Vault | Storage | -338.00 | |
| | | Total 05/01/2017-05/31/2017 | | | $ (2,588.00) |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 2093 | 04/05/2017 | Beth Royalty | Storage | -325.00 | |
| 2094 | 04/05/2017 | The Data Vault | Storage | -372.95 | |
| | | Total 06/01/2017-06/30/2017 | | | $ (697.95) |
| | | **Total for report** | | | $ (12,198.95) |

Page 1 of 1

ELC
Schedule of Receipts and Disbursement
Schedule of Bank Account Reconcilations

EASTERN LIVESTOCK CO., LLC,  
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Operating Account** | JP Morgan Chase Bank NA <br> 922019401 | | |
| CASH (Beginning of Period) | $ 1,274,067.82 | $ 1,335,504.82 | $ 1,369,187.00 |
| Income or Receipts during the period | $ 70,350.00 | $ 36,270.18 | $ 500.00 |
| Transfer (to) from Escrow Account | $ - | | $ - |
| Transder (to) from Separate Account | $ - | | $ - |
| Disbursements | $ (8,913.00) | $ (2,588.00) | $ (697.95) |
| CASH (End of Period) | $ 1,335,504.82 | $ 1,369,187.00 | $ 1,368,989.05 |

|  | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconcilation** <br> **Operating Account** | JP Morgan Chase Bank NA <br> 922019401 | | |
| Balance per Bank | $ 1,335,941.03 | $ 1,369,623.21 | $ 1,369,425.26 |
| Deposits in Transit | $ - | $ - | $ - |
| Outstanding Checks | | | |
| 1746 | $ (66.05) | $ (66.05) | $ (66.05) |
| 1764 | $ (250.00) | $ (250.00) | $ (250.00) |
| 1839 | $ (85.57) | $ (85.57) | $ (85.57) |
| 1849 | $ (34.59) | $ (34.59) | $ (34.59) |
| Month End Balance | $ 1,335,504.82 | $ 1,369,187.00 | $ 1,368,989.05 |
| Balance per Books | $ 1,335,504.82 | $ 1,369,187.00 | $ 1,368,989.05 |
| Difference | $ - | $ - | $ - |

ELC
Schedule of Receipts and Disbursement
Schedule of Bank Account Reconcilations

EASTERN LIVESTOCK CO., LLC,
Attachment to: Post Confirmation Quarterly Report

Case Number: 10-93904-BHL-11

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Schedule of Receipts and Disbursements** <br> **Escrow Account** | | JP Morgan Chase Bank N.A. <br> 922019419 | |
| CASH (Beginning of Period) | $ 272,879.74 | $ 272,879.74 | $ 272,879.74 |
| Income or Receipts during the period | $ - | $ - | $ - |
| Transfer to/from Operating Account | $ - | $ - | $ - |
| Disbursements | | $ - | $ - |
| CASH (End of Period) | $ 272,879.74 | $ 272,879.74 | $ 272,879.74 |

| | First Month | Second Month | Third Month |
|---|---|---|---|
| **Bank Reconcilation** <br> **Escrow Account** | | JP Morgan Chase Bank N.A. <br> 922019419 | |
| Balance per Bank | $ 272,879.74 | $ 272,879.74 | $ 272,879.74 |
| Deposits in Transit | $ - | $ - | |
| Month end Balance | $ 272,879.74 | $ 272,879.74 | $ 272,879.74 |
| Balance per Books | $ 272,879.74 | $ 272,879.74 | $ 272,879.74 |
| Difference | $ - | $ - | $ - |