SO ORDERED: August 31, 2017.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FOURTH INTERIM AND FINAL APPLICATION OF
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Fourth Interim And Final Application Of Wimberly Lawson Wright Daves & Jones, PLLC For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* [Docket No. 2995] ("Application") filed by James A. Knauer, the chapter 11 trustee appointed in this case, on behalf of Wimberly Lawson Wright Daves & Jones, PLLC on August 8, 2017. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. This Application is GRANTED;

2. Wimberly Lawson[1] is granted final allowance and award of fees of $6,900.67 for compensation of professional services to the Trustee during the period February 28, 2013 through October 24, 2016, which compensation was previously awarded to Wimberly Lawson on an interim basis pursuant to orders of this Court;

3. Wimberly Lawson is granted final allowance and award of $106.09 for compensation of out-of-pocket expenses incurred in connection with the rendering of professional services by Wimberly Lawson during the period February 28, 2013 through October 24, 2016, which expenses were previously awarded to Wimberly Lawson on an interim basis pursuant to orders of this Court;

4. Compensation in the amount of $4,302.00 for professional services rendered to the Trustee during the Current Compensation Period is APPROVED and granted as a final allowance and award of fees;

5. Reimbursement of reasonable and necessary expenses incurred in the amount of $42.29 during the Current Compensation Period is APPROVED and granted as a final allowance and award of expenses;

6. The Trustee is authorized and directed to pay the approved fees and expenses of Wimberly Lawson to the extent the Trustee has not paid; and

7. Wimberly Lawson is granted all other just and proper relief.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.