## Notice Recipients

District/Off: 0756–4　　　　　　　User: cathy　　　　　　　　　Date Created: 8/31/2017
Case: 10–93904–BHL–11　　　　　Form ID: pdfOrder　　　　　　Total: 2

**Recipients of Notice of Electronic Filing:**
tr　　　James A. Knauer　　　jak@kgrlaw.com
aty　　James A. Knauer　　　jak@kgrlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2