# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:     1
November 6, 2017
ACCOUNT NO.: 110034.01
Invoice #:     5

re: Brian MacAllister

| Date | Description | Amount |
|---|---|---|
| 08/03/2016 | Reproduction of documents | 2.40 |
| 08/05/2016 | Reproduction of documents | 3.90 |
| 08/08/2016 | Reproduction of documents | 6.10 |
| 05/18/2017 | Reproduction of documents | 0.50 |
| 05/18/2017 | Reproduction of documents | 0.20 |
| | Reproduction of documents | 13.10 |
| | TOTAL EXPENSES THRU 10/31/2017 | 13.10 |
| | TOTAL CURRENT WORK THIS STATEMENT | 13.10 |
| | BALANCE DUE | $13.10 |

EXHIBIT "A"

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:     1
November 6, 2017
ACCOUNT NO.: 110034.13
Invoice #:     8

re: Hustbourne Landings (Note)

| | | | HOURS |
|---|---|---|---|
| 10/12/2016 | HKM | Correspondence from an ███ Redacted ███ | 0.20 |
| 10/20/2016 | HKM | Reviewed file in preparation for upcoming telephonic pretrial status conference. Conference with Stephanie Rosner concerning status and review of file. | 0.40 |
| | HKM | Attended telephonic status conference. Memorandum to file concerning outcome on how to proceed. | 0.50 |
| 12/08/2016 | HKM | Telephone call from ███ Redacted ███ | 0.80 |
| 12/09/2016 | HKM | Telephone call from and to David Brangers. | 0.20 |
| 12/19/2016 | HKM | Telephone call from and to Darren Brangers, owner of Hurstbourne Landings. | 0.30 |
| 10/26/2017 | HKM | Reviewed, augmented and revised motion to enforce consent to judgment.  Assignment to paralegal. | 0.40 |
| | | Harley K. Means | 2.80 |
| 08/25/2016 | ADS | Prepare for and attend telephonic status conference. | 0.20 |
| | | Amanda D. Stafford | 0.20 |
| 10/14/2017 | TJF | Review file material and attempts to obtain signature on Motion to Enforce Settlement; Drafted Motion to Enforce Settlement for H. Means Review and Signature. | 1.50 |
| | | Tammy J. Froelich | 1.50 |
| | | FOR CURRENT SERVICES RENDERED | 4.50 712.50 |

# KGR | KROGER GARDIS & REGAS, LLP
## ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:  2
November 6, 2017
ACCOUNT NO.: 110034.13
Invoice #:  8

re: Hustbourne Landings (Note)

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 2.80 | $175.00 | $490.00 |
| Amanda D. Stafford | 0.20 | 175.00 | 35.00 |
| Tammy J. Froelich | 1.50 | 125.00 | 187.50 |

| | | |
|---|---|---|
| 10/04/2016 | Pacer Service Center docket retrieval | 0.60 |
| | Pacer Service Center docket retrieval | 0.60 |
| | TOTAL ADVANCES THRU 10/31/2017 | 0.60 |
| | TOTAL CURRENT WORK THIS STATEMENT | 713.10 |
| | BALANCE DUE | $713.10 |

To ensure proper credit, please include account number on remittance check. Thank You.

# KGR | KROGER GARDIS & REGAS, LLP
### — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:    1
November 6, 2017
ACCOUNT NO.: 110034.19
Invoice #:    4

re: Gilbert, Clarence (Note)

| | | |
|---|---|---|
| 05/23/2017 | Reproduction of documents | 2.10 |
| | Reproduction of documents | 2.10 |
| | TOTAL EXPENSES THRU 10/31/2017 | 2.10 |
| | TOTAL CURRENT WORK THIS STATEMENT | 2.10 |
| | BALANCE DUE | $2.10 |

To ensure proper credit, please include account number on remittance check. Thank You.

# KGR | KROGER GARDIS & REGAS, LLP
### ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110034.27
Invoice #: 8

re: Buckhorn Cattle (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/05/2017 | HKM | Reviewed Stipulation of Dismissal and Order. | 0.10 | |
| 05/15/2017 | HKM | Correspondence ▮▮▮ Redacted ▮▮▮ | 0.20 | |
| | | Harley K. Means | 0.30 | |
| 05/02/2017 | TJF | Drafted Stipulation of Dismissal and Order Granting Stipulation of Dismissal | 0.60 | |
| | | Tammy J. Froelich | 0.60 | |
| | | FOR CURRENT SERVICES RENDERED | 0.90 | 127.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 0.30 | $175.00 | $52.50 |
| Tammy J. Froelich | 0.60 | 125.00 | 75.00 |

TOTAL CURRENT WORK THIS STATEMENT    127.50

BALANCE DUE    $127.50

# KGR | KROGER GARDIS & REGAS, LLP
## — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:      1
November 6, 2017
ACCOUNT NO.: 110035.01
Invoice #:      9

re: South Coffeyville Stockyards (Preference)

| | | |
|---|---|---|
| 03/28/2017 | Reproduction of documents | 0.10 |
| | Reproduction of documents | 0.10 |
| | TOTAL EXPENSES THRU 10/31/2017 | 0.10 |
| | TOTAL CURRENT WORK THIS STATEMENT | 0.10 |
| | BALANCE DUE | $0.10 |

# KGR | KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:　　1
November 6, 2017
ACCOUNT NO.: 110035.05
Invoice #:　　3

re: Animal Profiling International (Note)

| 03/28/2017 | Reproduction of documents | 0.90 |
| | Reproduction of documents | 0.90 |
| | TOTAL EXPENSES THRU 10/31/2017 | 0.90 |
| | TOTAL CURRENT WORK THIS STATEMENT | 0.90 |
| | BALANCE DUE | $0.90 |

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:   1
November 6, 2017
ACCOUNT NO.: 110035.06
Invoice #:   5

re: Blake Stewart (Preference)

| Date | Description | Amount |
|------|-------------|--------|
| 08/24/2016 | Reproduction of documents | 0.40 |
| 01/20/2017 | Reproduction of documents | 0.30 |
| | Reproduction of documents | 0.70 |
| | TOTAL EXPENSES THRU 10/31/2017 | 0.70 |
| | TOTAL CURRENT WORK THIS STATEMENT | 0.70 |
| | BALANCE DUE | $0.70 |

To ensure proper credit, please include account number on remittance check. Thank You.

# KGR | KROGER GARDIS & REGAS, LLP
### A T T O R N E Y S

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:     1
November 6, 2017
ACCOUNT NO.: 110035.14
Invoice #:     8

re: Danny Stewart (Preference)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/01/2017 | HKM | Telephone call with Kristin Goss and discussed status of Eastern Livestock unsettled adversary proceedings including Danny Stewart matter which is stayed by prior Chapter 12 bankruptcy filing. | 0.30 | |
| 10/26/2017 | HKM | Reviewed augmented and revised motion and order for administrative closure.  Obtained and reviewed Chapter 13 bankruptcy court docket for Danny Stewart for additional dates. | 0.50 | |
|  |  | Harley K. Means | 0.80 | |
| 08/31/2016 | ADS | Check bankruptcy status. Diary for follow up. | 0.10 | |
|  |  | Amanda D. Stafford | 0.10 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| 10/19/2017 | TJF | Drafted Motion to Administratively Close Matter and Order for H. Means' review | 0.60 | |
| 10/28/2017 | TJF | Finalized Motion to Administrative Closure and Order Granting Motion. | 0.20 | |
|  |  | Tammy J. Froelich | 1.40 | |
|  |  | FOR CURRENT SERVICES RENDERED | 2.30 | 332.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 0.80 | $175.00 | $140.00 |
| Amanda D. Stafford | 0.10 | 175.00 | 17.50 |
| Tammy J. Froelich | 1.40 | 125.00 | 175.00 |

# KGR | Kroger Gardis & Regas, LLP
## — A T T O R N E Y S —

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:          2
November 6, 2017
ACCOUNT NO.: 110035.14
Invoice #:          8

re: Danny Stewart (Preference)

TOTAL CURRENT WORK THIS STATEMENT                    332.50

BALANCE DUE                                          $332.50

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.25
Invoice #: 8

re: Gary Tate-Tate Ranch (Preference)

| Date | TK | Description | HOURS | |
|---|---|---|---|---|
| 10/26/2017 | HKM | Obtained and reviewed stipulation and order of dismissal. Assignment to paralegal to transmit to opposing counsel for approval, then file with the court. | 0.20 | |
| | | Harley K. Means | 0.20 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| 10/19/2017 | TJF | Drafted Motion to Dismiss with Prejudice and Order for H. Means' review | 0.40 | |
| | | Tammy J. Froelich | 1.00 | |
| | | FOR CURRENT SERVICES RENDERED | 1.20 | 160.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 0.20 | $175.00 | $35.00 |
| Tammy J. Froelich | 1.00 | 125.00 | 125.00 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 160.00 |
| BALANCE DUE | $160.00 |

# KGR | KROGER GARDIS & REGAS, LLP
## ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 Fax (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:     1
November 6, 2017
ACCOUNT NO.: 110035.27
Invoice #:     8

re: ADM (Preference)

| | | | HOURS |
|---|---|---|---|
| 05/14/2014 | HKM | Conference with ████ Redacted ████ (.90). Obtained and reviewed 11 U.S.C. section 108 c 2 to determine its applicability and conducted additional research concerning the same (.70). | 1.60 |
| 05/09/2017 | HKM | Correspondence from ████ Redacted ████ . | 0.20 |
| 08/14/2017 | HKM | Reviewed, augmented and revised Motion for Default Judgment, proposed Order granting Default Judgment and Affidavit in Support of Default Judgment; conference with Steve Runyan concerning Affidavit and amount of damages; transmitted proposed redline to Steve Runyan. | 0.80 |
| | | Harley K. Means | 2.60 |
| 05/22/2017 | SER | Discussion regarding entry of judgment against McDonald in the ADM matter at request of court. | 0.10 |
| 06/09/2017 | SER | Begin work on judgment against Michael McDonald. | 0.40 |
| 08/10/2017 | SER | Attention to motion for judgment pleadings and accompanying affidavit identifying damages. | 1.30 |
| 08/14/2017 | SER | Review prior communications regarding settlement amounts as well as bases for amounts, finalize default judgment pleadings and send to Harley Means and Tammy Froelich for review and comment. | 2.20 |
| 08/15/2017 | SER | Review comments regarding all judgment pleadings, discussion with Tammy Froelich regarding service in preparation for filing. | 0.60 |

# KGR KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.27
Invoice #: 8

re: ADM (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| | | Steven E. Runyan | 4.60 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 08/15/2017 | TJF | Research on location of Michael Steven McDonald using Accurint, Westlaw, Bureau of Parole, Bureau of Probation; conference with S. Runyan | 1.80 | |
| | | Tammy J. Froelich | 2.80 | |
| | | FOR CURRENT SERVICES RENDERED | 10.00 | 1,330.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 2.60 | $175.00 | $175.00 |
| Steven E. Runyan | 4.60 | 175.00 | 805.00 |
| Tammy J. Froelich | 2.80 | 125.00 | 350.00 |

| | | | |
|---|---|---|---|
| 08/14/2017 | Reproduction of documents | | 1.70 |
| | Reproduction of documents | | 1.70 |
| 10/24/2016 | Mailing expense | | 0.99 |
| 08/21/2017 | Mailing expense | | 0.71 |
| | Mailing expense | | 1.70 |
| | TOTAL EXPENSES THRU 10/31/2017 | | 3.40 |

# KGR | KROGER GARDIS & REGAS, LLP
## — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 3
November 6, 2017
ACCOUNT NO.: 110035.27
Invoice #: 8

re: ADM (Preference)

| Date | Description | Amount |
|------|-------------|--------|
| 08/14/2017 | Pacer Service Center docket retrieval | 0.10 |
| 08/14/2017 | Pacer Service Center docket retrieval | 2.40 |
| 08/15/2017 | Pacer Service Center docket retrieval | 0.90 |
| 08/15/2017 | Pacer Service Center docket retrieval | 1.10 |
| 08/15/2017 | Pacer Service Center docket retrieval | 1.40 |
| 08/15/2017 | Pacer Service Center docket retrieval | 2.30 |
| 08/21/2017 | Pacer Service Center docket retrieval | 0.30 |
| 08/21/2017 | Pacer Service Center docket retrieval | 3.70 |
| 08/24/2017 | Pacer Service Center docket retrieval | 3.00 |
| | Pacer Service Center docket retrieval | 15.20 |
| 08/15/2017 | LexisNexis Electronic Service | 27.81 |
| | LexisNexis Electronic Service | 27.81 |
| | TOTAL ADVANCES THRU 10/31/2017 | 43.01 |
| | TOTAL CURRENT WORK THIS STATEMENT | 1,376.41 |
| | BALANCE DUE | $1,376.41 |

# KGR | KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.34
Invoice #: 9

re: Macon Stockyard (Preference)

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 05/05/2017 | HKM | Reviewed Stipulation of Dismissal and Order. | 0.10 | |
| | | Harley K. Means | 0.10 | |
| 08/09/2016 | ADS | Receive/review order granting motion to compromise. Calculate and calendar effective date. | 0.10 | |
| | | Amanda D. Stafford | 0.10 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 05/02/2017 | TJF | Drafted Stipulation of Dismissal and Order Granting Stipulation of Dismissal | 0.60 | |
| | | Tammy J. Froelich | 1.60 | |
| | | FOR CURRENT SERVICES RENDERED | 1.80 | 235.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 0.10 | $175.00 | $17.50 |
| Amanda D. Stafford | 0.10 | 175.00 | 17.50 |
| Tammy J. Froelich | 1.60 | 125.00 | 200.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | | 235.00 |
| BALANCE DUE | | $235.00 |

# KGR  KROGER GARDIS & REGAS, LLP
## — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:      1
November 6, 2017
ACCOUNT NO.: 110035.36
Invoice #:      8

re: Ashville Stockyard  (Preference)

|  |  |  | HOURS |
|---|---|---|---|
| 05/19/2017 | HKM | Reviewed Motion and Order to approve settlement; assignment to paralegal to file. | 0.20 |
| 06/14/2017 | HKM | Correspondence from and to Kristen Goss concerning passage of objection period; assignment to paralegal to draft and upload Order. | 0.20 |
| 07/31/2017 | HKM | Correspondence from and to Scott Newbern concerning status of settlement; assignment to paralegal. | 0.20 |
| 08/17/2017 | HKM | Correspondence from and to Scott Newbern concerning settlement and issuance of check. | 0.20 |
| 08/28/2017 | HKM | Correspondence from and to Kristen Goss concerning approval of settlement and timeline for dismissal of adversary complaint.  Conference with paralegal concerning remaining payments on settlement and likely timeline for dismissal.  Drafted correspondence to Kristen concerning timeline for dismissal. | 0.40 |
| 10/27/2017 | HKM | Correspondence ▇▇▇▇▇ Redacted ▇▇▇▇▇ | 0.20 |
|  |  | Harley K. Means | 1.40 |
| 05/10/2017 | CHP | Review emails and documents regarding settlement; Begin drafting Motion to Enforce Settlement Agreement. | 1.10 |
| 05/11/2017 | CHP | Draft Motion to Enforce Settlement Agreement. | 3.10 |
|  |  | Christopher H. Park | 4.20 |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 |

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.36
Invoice #: 8

re: Ashville Stockyard  (Preference)

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 10/18/2017 | TJF | Review email from Kristin at Bankruptcy Court requesting motion to dispose of matter; Draft Stipulation of Dismissal and Order Granting Dismissal for review by S. Newbern and H. Means | 0.50 | |
| 10/30/2017 | TJF | Filed Stipulation of Dismissal and Order Granting Dismissal using Court's ECF System. | 0.20 | |
| | | Tammy J. Froelich | 1.70 | |
| | | FOR CURRENT SERVICES RENDERED | 7.30 | 1,192.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 1.40 | $175.00 | $245.00 |
| Christopher H. Park | 4.20 | 175.00 | 735.00 |
| Tammy J. Froelich | 1.70 | 125.00 | 212.50 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 1,192.50 |
| BALANCE DUE | $1,192.50 |

# KGR  KROGER GARDIS & REGAS, LLP
## — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:     1
November 6, 2017
ACCOUNT NO.: 110035.39
Invoice #:     9

re: Billingsley Auction Sale, Inc. (Preference)

| Date | | Description | HOURS | |
|------|------|-------------|-------|---|
| 08/31/2016 | ADS | Review order granting motion to compromise and settle. | 0.10 | |
| | | Amanda D. Stafford | 0.10 | |
| | | FOR CURRENT SERVICES RENDERED | 0.10 | 17.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Amanda D. Stafford | 0.10 | $175.00 | $17.50 |

TOTAL CURRENT WORK THIS STATEMENT                17.50

BALANCE DUE                $17.50

# KGR | KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:    1
November 6, 2017
ACCOUNT NO.: 110035.41
Invoice #:    1

re: Baca County Feed Yard (Preference)

| | | |
|---|---|---|
| 08/15/2016 | Reproduction of documents | 1.50 |
| | Reproduction of documents | 1.50 |
| | TOTAL EXPENSES THRU 10/31/2017 | 1.50 |
| | TOTAL CURRENT WORK THIS STATEMENT | 1.50 |
| | BALANCE DUE | $1.50 |

# KGR  KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:        1
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #:        14

re: Attorney for Trustee (Special Counsel)

| | | | HOURS |
|---|---|---|---|
| 11/01/2016 | HKM | Obtained and reviewed fee application, correspondence to Jim Knauer and to paralegal concerning the same. | 0.10 |
| 05/01/2017 | HKM | Redacted courtroom deputy concerning case status. | 0.30 |
| 08/02/2017 | HKM | Telephone call from courtroom deputy concerning status of adversary proceedings; conference with paralegal concerning remaining adversaries and moving them forward. | 0.30 |
| 10/12/2017 | HKM | Redacted | 1.60 |
| 10/16/2017 | HKM | Correspondence from and to Kristin Goss concerning an outstanding matters and timeline for completion of the same. | 0.40 |
| 10/18/2017 | HKM | Redacted 017. | 0.50 |
| 10/19/2017 | HKM | Lengthy conference with Tammy Froelich concerning preparation of final fee application. | 0.40 |
| 10/23/2017 | HKM | Redacted . Drafted correspondence to Jim Knauer and Terry Hall concerning the same. | 0.20 |
| 10/25/2017 | HKM | Began review, augmentation and revision to motion for administrative closure and various other pleadings. | 1.20 |

# KGR | KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:    2
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #:    14

re: Attorney for Trustee (Special Counsel)

HOURS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/26/2017 | HKM | Reviewed, augmented and revised ninth interim and final fee application for Trustee Knauer. | 0.90 |
| 10/30/2017 | HKM | Lengthy conference with ███ Redacted ███████ ██████████████████████. | 0.80 |
| | HKM | Began review and augmentation of tenth interim and final fee application for Chapter 11 Trustee Jim Knauer. | 0.70 |
| | | Harley K. Means | 7.40 |
| 08/15/2016 | ADS | ███████ Redacted ████████. Review/analyze settlement agreement with A. Kropf and deposition of Kropf. ██████ Redacted ████████ | 0.60 |
| 08/16/2016 | ADS | Email from ████ Redacted ████████ | 0.10 |
| 08/19/2016 | ADS | Draft email to ███ Redacted ██████████. | 0.50 |
| 08/22/2016 | ADS | Email correspondence with ████ Redacted ████. (.10). Email to ████ Redacted ████. (.20). Follow up with paralegal regarding ████ Redacted ████. (.10). | 0.40 |

# KGR    KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 3
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #: 14

re: Attorney for Trustee (Special Counsel)

|            |     |                                                                                                                                                                                                            | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 08/23/2016 | ADS | Confer with [Redacted]                                                                                                                                                                                      | 0.30  |
| 08/25/2016 | ADS | Review/analyze and redact invoices for fee application for KGR.  Assignment to paralegal to finalize same.                                                                                                  | 0.80  |
| 08/29/2016 | ADS | Letter from J [Redacted]                                                                                                                                                                                    | 0.20  |
|            |     | Amanda D. Stafford                                                                                                                                                                                          | 2.90  |
| 08/22/2016 | TJF | Began drafting seventh fee application for KGR and review billing statements for exhibits, begin drafting ninth fee application for J. Knauer and review billing statements for exhibits.                    | 1.00  |
| 08/29/2016 | TJF | Continued drafting seventh fee application for KGR and review billing statements for exhibits, continued drafting ninth fee application for J. Knauer and review billing statements for exhibits.            | 2.00  |
| 08/30/2016 | TJF | Augmentation to KGR and J. Knauer fee applications; conference with M. Stafford and J. Knauer regarding billing statements and augmentations to fee applications; conference with T. Hornback regarding calculations of expenses for fee applications. | 2.00  |
| 08/31/2016 | TJF | Continued augmenting fee applications; continued review of billing calculations; drafted Notice of Hearing; email communication to and from Sarah H. FBD regarding filing of fee applications for hearing dates; conference with M. Stafford and S. Runyan regarding same. | 2.00  |
| 09/01/2016 | TJF | Conference with [Redacted]; review new billing statements                                                                                                                                                  | 1.00  |

---

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:      4
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #:      14

re: Attorney for Trustee (Special Counsel)

|            |     |                                                                                                                                                      | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/15/2016 | TJF | Email from ████ Redacted ████                                                                                                                         | 0.50  |
| 09/27/2016 | TJF | Drafted H. Means Appearance; filed same using Bankruptcy Court's ECF System.                                                                           | 0.30  |
|            | TJF | Augmentation to Notice of Hearing for Fee Applications of KGR and J. Knauer; emails to/from S. Herendeen regarding date for hearing on Fee Applications. | 0.60  |
| 09/28/2016 | TJF | Filed fees for KGR and J. Knauer using ECF filing system.                                                                                             | 0.30  |
| 10/20/2016 | TJF | Augmentation to Order Approving Fee Application for J. Knauer; augmentation to Order Approving Fee Application for Kroger Gardis & Regas, LLP; uploaded same using Court's ECF docket system. | 0.30  |
| 10/31/2016 | TJF | Filed Post Confirmation Quarterly Report for Period Ending September 30, 2016 using Court's ECF system.                                                | 0.20  |
| 11/03/2016 | TJF | Email from/to Sarah at FBD regarding payments from Nucklos.                                                                                            | 0.10  |
| 01/09/2017 | TJF | Email to J. ████ Redacted ████                                                                                                                        | 0.30  |
| 02/16/2017 | TJF | Drafted letter t ████ Redacted ████                                                                                                                    | 0.20  |
| 03/29/2017 | TJF | Pulled all dockets for active ELC cases for status conference with H. Means.                                                                          | 0.70  |

# KGR | KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:      5
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #:      14

re: Attorney for Trustee (Special Counsel)

|  |  |  | HOURS |
|---|---|---|---|
| 04/04/2017 | TJF | Review of dockets for remaining case to determine next steps in finalizing closure of each case. | 1.50 |
| 08/08/2017 | TJF | Drafted Objection notice; email to/from Kristin Goss regarding hearing date; email to Dustin DeNeal regarding objection notice; filed Fourth Interim and Final Fee Application for Wimberly Lawson Wright Daves & Jones; filed Objection notice | 1.00 |
| 10/11/2017 | TJF | Redacted | 2.00 |
| 10/12/2017 | TJF | Redacted | 1.30 |
| 10/17/2017 | TJF | Conference with H. Means Redacted | 1.50 |
| 10/18/2017 | TJF | Continued review of Redacted | 1.70 |
|  | TJF | Redacted | 2.00 |
| 10/19/2017 | TJF | Reviewed KGR WIPS relating to J. Knauer's ELC time as Trustee; drafted Tenth Interim and Final Fee Application for J. Knauer and H. Means review. | 2.00 |
| 10/24/2017 | TJF | Review WIPS; draft Exhibit B to KGR's 8th and FINAL Fee Application | 1.00 |

# KGR | KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:    6
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #:    14

re: Attorney for Trustee (Special Counsel)

HOURS

| Date | | Description | Hours | |
|------|------|-------------|-------|---|
| 10/28/2017 | TJF | Drafted Order Granting Tenth Interim and Final Fee Application for J. Knauer; drafted Notice for Tenth Interim and Final Fee Application for J. Knauer; drafted Eighth Interim and Final Fee Application for KGR; drafted Notice of Eight Interim and Final Fee Application for KGR; drafted Order Granting Eighth Interim and Final Fee Application for KGR; emails to J. Knauer and H. Means regarding same. | 2.30 | |
| 10/30/2017 | TJF | Conference with H. Means re hourly rates; review Application to Employ and prior fee applications concerning hourly rates on special counsel matters; conference with H. Means regarding same. | 1.30 | |
| 10/31/2017 | TJF | Prepared Exhibit C to KGR's 8th Interim and Final Fee Application. | 0.30 | |
| | | Tammy J. Froelich | 29.40 | |
| | | FOR CURRENT SERVICES RENDERED | 39.70 | 5,477.50 |

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Harley K. Means | 7.40 | $175.00 | $1,295.00 |
| Amanda D. Stafford | 2.90 | 175.00 | 507.50 |
| Tammy J. Froelich | 29.40 | 125.00 | 3,675.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/2015 | Reproduction of documents | 0.10 |
| 07/07/2015 | Reproduction of documents | 5.60 |
| 08/27/2015 | Reproduction of documents | 0.50 |
| 08/17/2016 | Reproduction of documents | 14.70 |
| 08/22/2016 | Reproduction of documents | 6.80 |
| 08/30/2016 | Reproduction of documents | 6.10 |
| 04/18/2017 | Reproduction of documents | 0.10 |
| 05/01/2017 | Reproduction of documents | 0.20 |

# KGR KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:　7
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #:　14

re: Attorney for Trustee (Special Counsel)

| 08/03/2017 | Reproduction of documents | 0.20 |
|---|---|---|
| 10/10/2017 | Reproduction of documents | 0.40 |
| 10/12/2017 | Reproduction of documents | 28.80 |
| 10/30/2017 | Reproduction of documents | 14.10 |
| | Reproduction of documents | 77.60 |
| | | |
| 09/20/2016 | Mailing expense | 0.49 |
| | Mailing expense | 0.49 |
| | | |
| | TOTAL EXPENSES THRU 10/31/2017 | 78.09 |
| | | |
| 08/11/2016 | Pacer Service Center docket retrieval | 2.20 |
| 08/17/2016 | Pacer Service Center docket retrieval | 2.10 |
| 08/30/2016 | Pacer Service Center docket retrieval | 1.10 |
| 08/31/2016 | Pacer Service Center docket retrieval | 1.10 |
| 08/31/2016 | Pacer Service Center docket retrieval | 0.60 |
| 09/27/2016 | Pacer Service Center docket retrieval | 2.00 |
| 10/03/2016 | Pacer Service Center docket retrieval | 0.20 |
| 10/13/2016 | Pacer Service Center docket retrieval | 0.40 |
| 10/17/2016 | Pacer Service Center docket retrieval | 1.80 |
| 10/18/2016 | Pacer Service Center docket retrieval | 0.40 |
| 10/31/2016 | Pacer Service Center docket retrieval | 1.10 |
| 12/12/2016 | Pacer Service Center docket retrieval | 1.40 |
| 12/15/2016 | Pacer Service Center docket retrieval | 0.70 |
| 01/03/2017 | Pacer Service Center docket retrieval | 0.60 |
| 01/09/2017 | Pacer Service Center docket retrieval | 2.00 |
| 02/15/2017 | Pacer Service Center docket retrieval | 0.30 |
| 03/29/2017 | Pacer Service Center docket retrieval | 2.50 |
| 04/03/2017 | Pacer Service Center docket retrieval | 1.50 |
| 04/04/2017 | Pacer Service Center docket retrieval | 31.00 |
| 04/26/2017 | Pacer Service Center docket retrieval | 1.20 |
| 05/02/2017 | Pacer Service Center docket retrieval | 2.90 |
| 05/03/2017 | Pacer Service Center docket retrieval | 10.00 |
| 05/04/2017 | Pacer Service Center docket retrieval | 0.10 |
| 05/04/2017 | Pacer Service Center docket retrieval | 0.70 |
| 05/22/2017 | Pacer Service Center docket retrieval | 0.40 |

**KGR** **KROGER GARDIS & REGAS, LLP**
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 8
November 6, 2017
ACCOUNT NO.: 110035.53
Invoice #: 14

re: Attorney for Trustee (Special Counsel)

| Date | Description | Amount |
|------|-------------|--------|
| 05/22/2017 | Pacer Service Center docket retrieval | 1.70 |
| 08/15/2017 | Pacer Service Center docket retrieval | 0.70 |
| | Pacer Service Center docket retrieval | 70.70 |
| | TOTAL ADVANCES THRU 10/31/2017 | 70.70 |
| | TOTAL CURRENT WORK THIS STATEMENT | 5,626.29 |
| | BALANCE DUE | $5,626.29 |

To ensure proper credit, please include account number on remittance check. Thank You.

# KGR KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.55
Invoice #: 9

re: Salem Livestock (Preference)

|  |  |  | HOURS |
|---|---|---|---|
| 03/08/2017 | HKM | Telephone call from and to Andy Kight. | 0.20 |
| 10/11/2017 | HKM | Drafted correspondence to defendant's counsel John Humphrey concerning status of settlement agreement. | 0.30 |
| 10/26/2017 | HKM | Telephone call with ▬▬▬ Redacted ▬▬▬. | 0.20 |
| 10/31/2017 | HKM | Reviewed, ▬▬▬ Redacted ▬▬▬. | 0.60 |
|  | HKM | Correspondence ▬▬▬ Redacted ▬▬▬ | 0.30 |
|  |  | Harley K. Means | 1.60 |
| 08/05/2016 | ADS | Telephone call with A. Kight regarding settlement and upcoming trial dates. | 0.10 |
| 08/09/2016 | ADS | Receive/review revisions to settlement agreement by A. Kight.  Email to A. Kight regarding same. | 0.20 |
| 08/10/2016 | ADS | Email to K. Goss regarding continuance of trials. Assignment to paralegal to draft motions for continuance. | 0.10 |
| 08/11/2016 | ADS | Draft/revise motion to vacate trial. Email same to A. Kight. | 0.10 |
|  | ADS | Revise and finalize agreed motion to continue trial. Email to opposing counsel regarding same. | 0.30 |

# KGR  KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.55
Invoice #: 9

re: Salem Livestock (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 08/22/2016 | ADS | Review and sign settlement agrement and mutual release. Update litigation spreadsheet regarding case status. Assignment to legal assistant to email to opposing counsel with signed settlement. | 0.20 | |
| | | Amanda D. Stafford | 1.00 | |
| 08/11/2016 | TJF | Drafted Motion to Vacate Trial for A. Staffford's review | 0.40 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 05/02/2017 | TJF | Email to Salem's counsel requesting signature on Settlement Agreement and Mutual Release | 0.10 | |
| 10/31/2017 | TJF | Reviewed email communications between A. Stafford and A. Kight; drafted Motion to Enforce  Settlement | 1.20 | |
| | | Tammy J. Froelich | 2.70 | |
| | | FOR CURRENT SERVICES RENDERED | 5.30 | 792.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 1.60 | $175.00 | $280.00 |
| Amanda D. Stafford | 1.00 | 175.00 | 175.00 |
| Tammy J. Froelich | 2.70 | 125.00 | 337.50 |

TOTAL CURRENT WORK THIS STATEMENT                    792.50

**KGR** | **KROGER GARDIS & REGAS, LLP**
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:      3
November 6, 2017
ACCOUNT NO.: 110035.55
Invoice #:      9

re: Salem Livestock (Preference)

BALANCE DUE                                      $792.50

# KGR | Kroger Gardis & Regas, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.58
Invoice #: 8

re: Alabama Livestock Auction (Preference)

| Date | TK | Description | HOURS | |
|------|-----|-------------|-------|---|
| 05/05/2017 | HKM | Reviewed Stipulation of Dismissal and Order. | 0.10 | |
| | | Harley K. Means | 0.10 | |
| 08/09/2016 | ADS | Receive/review order granting motion to compromise. Calculate and calendar effective date. | 0.10 | |
| | | Amanda D. Stafford | 0.10 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 04/18/2017 | TJF | Drafted stipulation of Dismissal for H. Means Review. | 0.30 | |
| 05/02/2017 | TJF | Drafted Order Granting Stipulation of Dismissal | 0.20 | |
| | | Tammy J. Froelich | 1.50 | |
| | | FOR CURRENT SERVICES RENDERED | 1.70 | 222.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Harley K. Means | 0.10 | $175.00 | $17.50 |
| Amanda D. Stafford | 0.10 | 175.00 | 17.50 |
| Tammy J. Froelich | 1.50 | 125.00 | 187.50 |

| | | |
|------|------|------|
| 10/05/2016 | Pacer Service Center docket retrieval | 1.80 |

**KGR** | **KROGER GARDIS & REGAS, LLP**
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:  2
November 6, 2017
ACCOUNT NO.: 110035.58
Invoice #:  8

re: Alabama Livestock Auction (Preference)

| | |
|---|---:|
| Pacer Service Center docket retrieval | 1.80 |
| TOTAL ADVANCES THRU 10/31/2017 | 1.80 |
| TOTAL CURRENT WORK THIS STATEMENT | 224.30 |
| BALANCE DUE | $224.30 |

# KGR | KROGER GARDIS & REGAS, LLP
### — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.60
Invoice #: 8

re: Peoples Livestock Auction (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 10/11/2017 | HKM | Drafted correspondence to Scott Newburn concerning status of settlement agreement. | 0.30 | |
| 10/13/2017 | HKM | Conference with Tammy Froelich concerning execution of settlement by Scott Newburn's client. | 0.30 | |
| 10/19/2017 | HKM | Drafted follow up correspondence to Scott Newburn concerning status of executed settlement agreement. | 0.30 | |
| 10/31/2017 | HKM | Review of significant revision to motion to enforce settlement agreement.  Assignment to paralegal. | 0.40 | |
| | | Harley K. Means | 1.30 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 05/02/2017 | TJF | Email to Peoples' counsel requesting signature on Settlement Agreement and Mutual Release | 0.10 | |
| 10/13/2017 | TJF | Conference with H. Means regarding settlement agreement execution by Peoples Livestock Auction. | 0.30 | |
| 10/31/2017 | TJF | Reviewed email communications between A. Stafford and S. Newbern; drafted Motion to Enforce Settlement for H. Means Review and Signature. | 1.40 | |
| | | Tammy J. Froelich | 2.80 | |
| | | FOR CURRENT SERVICES RENDERED | 4.10 | 577.50 |

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.60
Invoice #: 8

re: Peoples Livestock Auction (Preference)

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 1.30 | $175.00 | $227.50 |
| Tammy J. Froelich | 2.80 | 125.00 | 350.00 |

| | | |
|---|---|---|
| 09/13/2016 | Mailing expense | 1.48 |
| | Mailing expense | 1.48 |
| | TOTAL EXPENSES THRU 10/31/2017 | 1.48 |
| | TOTAL CURRENT WORK THIS STATEMENT | 578.98 |
| | BALANCE DUE | $578.98 |

To ensure proper credit, please include account number on remittance check. Thank You.

# KGR | KROGER GARDIS & REGAS, LLP
## — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:    1
November 6, 2017
ACCOUNT NO.: 110035.61
Invoice #:    9

re: Robert Rawls Livestock (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| | | Tammy J. Froelich | 1.00 | |
| | | FOR CURRENT SERVICES RENDERED | 1.00 | 125.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 1.00 | $125.00 | $125.00 |

| | | | |
|---|---|---|---|
| 10/24/2016 | Mailing expense | | 0.99 |
| | Mailing expense | | 0.99 |
| | TOTAL EXPENSES THRU 10/31/2017 | | 0.99 |
| | TOTAL CURRENT WORK THIS STATEMENT | | 125.99 |
| | BALANCE DUE | | $125.99 |

**KGR** KROGER GARDIS & REGAS, LLP
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.68
Invoice #: 8

re: Ernie Elder (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/09/2017 | HKM | Telephone call and correspondence from and to Kristen Goss concerning pending adversary proceedings; assignment to paralegal. | 0.30 | |
| | HKM | Correspondence from Scott Newbern concerning settlement; assignment to paralegal to draft Motion to Compromise & Settle. | 0.20 | |
| 04/11/2017 | HKM | Reviewed, augmented and revised Motion to Approve and Compromise Settlement; assignment to paralegal to file. | 0.20 | |
| 05/10/2017 | HKM | Reviewed and approved Stipulation and Order of Dismissal of adversary proceeding; assignment to paralegal to file. | 0.20 | |
| | | Harley K. Means | 0.90 | |
| 03/27/2017 | TJF | Drafted Motion to Compromise, Order Granting Motion to Compromise, Notice of Hearing for H. Means' Review. | 1.00 | |
| 04/20/2017 | TJF | Filed Motion to Compromise in Main Bankruptcy Case using Court's ECF system. | 0.20 | |
| 05/03/2017 | TJF | Drafted Stipulation of Dismissal and Order Granting Stipulation of Dismissal | 0.60 | |
| 05/22/2017 | TJF | Filed Stipulation of Dismissal using Court's ECF System. | 0.20 | |
| | | Tammy J. Froelich | 2.00 | |
| | | FOR CURRENT SERVICES RENDERED | 2.90 | 407.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 0.90 | $175.00 | $157.50 |
| Tammy J. Froelich | 2.00 | 125.00 | 250.00 |

**KGR** | **KROGER GARDIS & REGAS, LLP**
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.68
Invoice #: 8

re: Ernie Elder (Note)

| | |
|---|---|
| TOTAL CURRENT WORK THIS STATEMENT | 407.50 |
| BALANCE DUE | $407.50 |

**KGR** | **KROGER GARDIS & REGAS, LLP**
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:        1
November 6, 2017
ACCOUNT NO.: 110035.69
Invoice #:        8

re: Chad Schuchmann (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/30/2016 | HKM | Correspondences from and to ▮Redacted▮ | 0.20 |  |
| 10/13/2016 | HKM | Correspondence from and to counsel for ▮Redacted▮ | 0.30 |  |
|  |  | Harley K. Means | 0.50 |  |
| 10/13/2016 | TJF | Email from H. Means ▮Redacted▮ email communication to H. Means regarding same. | 0.50 |  |
|  |  | Tammy J. Froelich | 0.50 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 1.00 | 150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 0.50 | $175.00 | $87.50 |
| Tammy J. Froelich | 0.50 | 125.00 | 62.50 |

TOTAL CURRENT WORK THIS STATEMENT        150.00

BALANCE DUE        $150.00

# KGR | KROGER GARDIS & REGAS, LLP
## — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.75
Invoice #: 9

re: Gene Stoops (Note)

| Date | | Description | HOURS |
|---|---|---|---|
| 09/29/2016 | HKM | Correspondences from and to John [Redacted] | 0.20 |
| 12/06/2016 | HKM | Obtained and reviewed Motion, Order and Notice to approve compromise and settlement. Augmented and revised the same. Conference with paralegal concerning revisions to Motion to Approve and how to proceed. | 0.50 |
| 12/14/2016 | HKM | Correspondence from and to paralegal concerning filing of Motion to Approve and Compromise. | 0.10 |
| 12/15/2016 | HKM | Conference with paralegal concerning noticing issue on settlement with Gene Stoops. | 0.30 |
| 01/06/2017 | HKM | Correspondence from and to Kristen Goss concerning recently filed Motion and request to upload Order for approval. Assignment to paralegal to draft Order and upload the same. | 0.30 |
| 01/12/2017 | HKM | Correspondence from and to Defendant's counsel, John Rogers. | 0.30 |
| 01/13/2017 | HKM | Correspondence from and to Jay Kennedy concerning status of settlement. | 0.20 |
| 01/23/2017 | HKM | Augmented and revised Stipulation of Dismissal and Order; assignment to paralegal. | 0.20 |
| 01/25/2017 | HKM | Reviewed Order granting stipulation of dismissal; assignment to paralegal. | 0.20 |
| 01/27/2017 | HKM | Correspondence from and to Defendant's counsel concerning issue relating to executed settlement agreement; assignment to paralegal to locate fully executed settlement agreement. | 0.20 |

**KGR** | **KROGER GARDIS & REGAS, LLP**
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.75
Invoice #: 9

re: Gene Stoops (Note)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/30/2017 | HKM | Correspondence from and to attorney concerning possible executed settlement agreement. | 0.20 | |
|  |  | Harley K. Means | 2.70 | |
| 08/10/2016 | ADS | Email with opposing counsel regarding status of settlement agreement. Email to court to vacate status conference. | 0.20 | |
| 08/31/2016 | ADS | Review/revise settlement agreement and mutual release. Email same to opposing counsel for review. | 0.30 | |
|  |  | Amanda D. Stafford | 0.50 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
|  | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 11/29/2016 | TJF | Draft Motion to Compromise and Settle Pursuant to Rule 9019 | 1.70 | |
| 01/16/2017 | TJF | Drafted Stipulation of Dismissal | 0.40 | |
| 01/24/2017 | TJF | Drafted order and filed stipulation and order with Court. | 0.40 | |
|  |  | Tammy J. Froelich | 3.50 | |
|  |  | FOR CURRENT SERVICES RENDERED | 6.70 | 997.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 2.70 | $175.00 | $472.50 |
| Amanda D. Stafford | 0.50 | 175.00 | 87.50 |
| Tammy J. Froelich | 3.50 | 125.00 | 437.50 |

---

To ensure proper credit, please include account number on remittance check. Thank You.

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE:        3
November 6, 2017
ACCOUNT NO.: 110035.75
Invoice #:        9

re: Gene Stoops (Note)

TOTAL CURRENT WORK THIS STATEMENT                997.50

BALANCE DUE                                     $997.50

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.81
Invoice #: 9

re: Scotts Hill Stockyard (Preference)

| | | | HOURS | |
|---|---|---|---|---|
| 05/05/2017 | HKM | Reviewed Stipulation of Dismissal and corresponding Order. | 0.10 | |
| | | Harley K. Means | 0.10 | |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 | |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 | |
| 05/02/2017 | TJF | Drafted Stipulation of Dismissal and Order Granting Stipulation of Dismissal | 0.60 | |
| 05/10/2017 | TJF | Filed Stipulation of Dismissal using Court's ECF System. | 0.20 | |
| | | Tammy J. Froelich | 1.40 | |
| | | FOR CURRENT SERVICES RENDERED | 1.50 | 192.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Harley K. Means | 0.10 | $175.00 | $17.50 |
| Tammy J. Froelich | 1.40 | 125.00 | 175.00 |

TOTAL CURRENT WORK THIS STATEMENT          192.50

BALANCE DUE          $192.50

# KGR | KROGER GARDIS & REGAS, LLP
## — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:       1
November 6, 2017
ACCOUNT NO.: 110035.85
Invoice #:       9

re: Krantz, Gary (Preference)

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. |  | 0.40 |  |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. |  | 0.20 |  |
|  |  | Tammy J. Froelich |  | 0.60 |  |
|  |  | FOR CURRENT SERVICES RENDERED |  | 0.60 | 75.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tammy J. Froelich | 0.60 | $125.00 | $75.00 |

TOTAL CURRENT WORK THIS STATEMENT                75.00

BALANCE DUE                $75.00

# KGR  KROGER GARDIS & REGAS, LLP
## — ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE:      1
November 6, 2017
ACCOUNT NO.: 110035.99
Invoice #:      8

re: Arab Livestock Market, Inc. (Preference)

|            |     |                                                                                                                                                              | HOURS |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/23/2016 | HKM | Correspondences from and to Andy Kight concerning upcoming hearing.  Telephone call with Jim Knauer concerning the same.                                       | 0.30  |
| 10/04/2016 | HKM | Obtained and reviewed Order granting Motion to Continue. Drafted memorandum to file concerning entry of Order.                                                 | 0.10  |
| 12/21/2016 | HKM | Telephone call with Kristen from Judge Lurch's chambers concerning upcoming trial. Drafted correspondence to Chapter 11 Trustee, Jim Knauer, seeking status and approval to settle with Defendant's counsel, Andy Kight. | 0.40  |
| 01/04/2017 | HKM | Drafted follow up memorandum to Jim Knauer concerning status of settlement and upcoming trial date.                                                           | 0.30  |
| 01/09/2017 | HKM | Correspondence from and to ▮▮▮▮ Redacted ▮▮▮▮ ▮▮▮▮▮▮▮▮.                                                                                                        | 0.30  |
|            | HKM | Assignment to paralegal to draft settlement agreement and Motion & Order to compromise and settle pursuant to Rule 9019.                                       | 0.20  |
| 01/13/2017 | HKM | Correspondence to Kristen Goss concerning settlement and cancellation of trial.                                                                               | 0.20  |
|            | HKM | Reviewed, augmented and revised Motion & Order to Compromise and Settle; reviewed, augmented and revised settlement agreement.                                 | 0.40  |
| 01/23/2017 | HKM | Augmented and revised settlement agreement, motion and order to compromise and settle; assignment to paralegal.                                               | 0.30  |
| 01/25/2017 | HKM | Correspondence from and to Defendant's counsel, Andrew Kiight, concerning revisions to settlement agreement; assignment to paralegal to revise and recirculate. | 0.20  |

To ensure proper credit, please include account number on remittance check. Thank You.

**KGR** | **KROGER GARDIS & REGAS, LLP**
— A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.99
Invoice #: 8

re: Arab Livestock Market, Inc. (Preference)

| | | | HOURS |
|---|---|---|---|
| 03/08/2017 | HKM | Telephone call from and to Defendant's counsel Andy Kight. | 0.30 |
| 03/09/2017 | HKM | Conference with paralegal; correspondence to Andy Kight confirming receipt of settlement check and filing of Motion to Compromise & Settle. | 0.20 |
| 05/05/2017 | HKM | Reviewed Stipulation of Dismissal and Order. | 0.10 |
| | | Harley K. Means | 3.30 |
| 08/02/2016 | ADS | Email to A. Kight on settlement status and continuation of trial. | 0.10 |
| 08/05/2016 | ADS | Telephone call with A. Kight regarding settlement and upcoming trial dates. | 0.10 |
| 08/09/2016 | ADS | Emails with A. Kight regarding settlement and continuance of trial date. | 0.10 |
| 08/10/2016 | ADS | Email to K. Goss regarding continuance of trials. Assignment to paralegal to draft motions for continuance. | 0.10 |
| 08/11/2016 | ADS | Draft/revise motion to continue trial. Email same to A. Kight. | 0.10 |
| | ADS | Revise and finalize agreed motion to continue trial. Email to opposing counsel regarding same. | 0.30 |
| 08/24/2016 | ADS | Telephone call with A. Kight regarding settlement. | 0.40 |
| | | Amanda D. Stafford | 1.20 |
| 08/11/2016 | TJF | Drafted Motion to Continue Trial for A. Stafford's review | 0.40 |
| 10/17/2016 | TJF | Drafted Motion for Withdrawal of Attorney as to J. Watt; conference with J. Watt regarding same. | 0.40 |
| 10/18/2016 | TJF | Filed Motion for Withdrawal of Attorney as to J. Watt using Court's ECF System. | 0.20 |

# KGR KROGER GARDIS & REGAS, LLP
### — A T T O R N E Y S —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 3
November 6, 2017
ACCOUNT NO.: 110035.99
Invoice #: 8

re: Arab Livestock Market, Inc. (Preference)

HOURS

| Date | TK | Description | Hours | |
|------|-----|-------------|-------|---|
| | TJF | Drafted Motion for Withdrawal of Attorney as to M. Stafford; filed Motion for Withdrawal as to M. Stafford using Court's ECF System | 0.40 | |
| 01/12/2017 | TJF | Drafted Motion to Approve Compromise, Notice of Objection, Order Approving Motion to Approve Compromise and Settlement Agreement for H. Mean's review. | 2.20 | |
| 04/18/2017 | TJF | Drafted stipulation of Dismissal for H. Means Review. | 0.30 | |
| 05/02/2017 | TJF | Drafted Order Granting Stipulation of Dismissal | 0.20 | |
| 05/10/2017 | TJF | Filed Stipulation of Dismissal using Court's ECF System. | 0.20 | |
| | | Tammy J. Froelich | 4.30 | |
| | | FOR CURRENT SERVICES RENDERED | 8.80 | 1,325.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Harley K. Means | 3.30 | $175.00 | $577.50 |
| Amanda D. Stafford | 1.20 | 175.00 | 210.00 |
| Tammy J. Froelich | 4.30 | 125.00 | 537.50 |

TOTAL CURRENT WORK THIS STATEMENT             1,325.00

BALANCE DUE                                   $1,325.00