|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  | Case | Sp Cnsl hours | Sp Cnsl fees | ADM Hours | ADM Fees | Alabama Hours | Alabama Fees | Arab hours | Arab fees | Ashville Hours |
| 2 | Atty/Para | Rate |  |  |  |  |  |  |  |  |  |  |
| 3 | HKM | $175.00 |  | 7.40 | $ 1,295.00 | 2.60 | $ 455.00 | 0.10 | $ 17.50 | 3.30 | $ 577.50 | 1.40 |
| 4 | ADS | $175.00 |  | 2.90 | $ 507.50 | 0.00 | $ - | 0.10 | $ 17.50 | 1.20 | $ 210.00 | 0.00 |
| 5 | TJF | $125.00 |  | 29.40 | $ 3,675.00 | 2.80 | $ 350.00 | 1.50 | $ 187.50 | 4.30 | $ 537.50 | 1.70 |
| 6 | CHP | $175.00 |  | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 4.20 |
| 7 | SER | $175.00 |  | 0.00 | $ - | 4.60 | $ 805.00 | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | Total |  |  | 39.70 | $ 5,477.50 | 10.00 | $ 1,610.00 | 1.70 | $ 222.50 | 8.80 | $ 1,325.00 | 7.30 |

EXHIBIT "B"

1

|   | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ashville Fees | Billingsley Hours | Billingsley Fees | Buckhorn Cattle Hours | Buckhorn Cattle Fees | Elder hours | Elder fees | Hustbourne hours | Hustbourne fees | Krantz hours | Krantz fees | Macon hours |
| 2 | | | | | | | | | | | | |
| 3 | $ 245.00 | 0.00 | $ - | 0.30 | $ 52.50 | 0.90 | $ 157.50 | 2.80 | $ 490.00 | 0.00 | $ - | 0.10 |
| 4 | $ - | 0.10 | $ 17.50 | 0.00 | $ - | 0.00 | $ - | 0.20 | $ 35.00 | 0.00 | $ - | 0.10 |
| 5 | $ 212.50 | 0.00 | $ - | 0.60 | $ 75.00 | 2.00 | $ 250.00 | 1.50 | $ 187.50 | 0.60 | $ 75.00 | 1.60 |
| 6 | $ 735.00 | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ 1,192.50 | 0.10 | $ 17.50 | 0.90 | $ 127.50 | 2.90 | $ 407.50 | 4.50 | $ 712.50 | 0.60 | $ 75.00 | 1.80 |

|   | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Macon fees | Peoples hours | Peoples fees | R. Rawls hours | R. Rawls fees | Salem hours | Salem fees | Scotts Hill hours | Scotts Hill fees | Chad Schuchmann hours | Chad Schuchmann fees | D. Stewart hours |
| 2 |   |   |   |   |   |   |   |   |   |   |   |   |
| 3 | $ 17.50 | 1.30 | $ 227.50 | 0.00 | $ - | 1.60 | $ 280.00 | 0.10 | $ 17.50 | 0.50 | $ 87.50 | 0.80 |
| 4 | $ 17.50 | 0.00 | $ - | 0.00 | $ - | 1.00 | $ 175.00 | 0.00 | $ - | 0.00 | $ - | 0.10 |
| 5 | $ 200.00 | 2.80 | $ 350.00 | 1.00 | $ 125.00 | 2.70 | $ 337.50 | 1.40 | $ 175.00 | 0.50 | $ 62.50 | 1.40 |
| 6 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 |
| 8 | $ 235.00 | 4.10 | $ 577.50 | 1.00 | $ 125.00 | 5.30 | $ 792.50 | 1.50 | $ 192.50 |   | $ 150.00 | 2.30 |

3

|   | AK | AL | AM | AN | AO | AP | AQ |
|---|---|---|---|---|---|---|---|
| 1 | D. Stewart fees | Stoops hours | Stoops fees | Tate hours | Tate fees | Total hours per Atty/Para | Total fees per Atty/Para |
| 2 | | | | | | | |
| 3 | $ 140.00 | 2.70 | $ 472.50 | 0.20 | $ 35.00 | 26.1 | $ 4,567.50 |
| 4 | $ 17.50 | 0.50 | $ 87.50 | 0.00 | $ - | 6.2 | $ 1,085.00 |
| 5 | $ 175.00 | 3.50 | $ 437.50 | 1.00 | $ 125.00 | 60.3 | $ 7,537.50 |
| 6 | $ - | 0.00 | $ - | 0.00 | $ - | 4.2 | $ 735.00 |
| 7 | $ - | 0.00 | $ - | 0.00 | $ - | 4.6 | $ 805.00 |
| 8 | $ 332.50 | 6.70 | $ 997.50 | 1.20 | $ 160.00 | 101.4 | $ 14,730.00 |

4