**Exhibit C**

| | |
|---|---|
| Mailing Expense | $ 4.66 |
| Reproduction Expense | $ 97.70 |
| Pacer Service Center Docket Retrieval | $ 96.50 |
| Lexis Nexis Electronic Service | $ 27.81 |
| Total | **$ 226.67** |

EXHIBIT "C"