

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000  FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 1
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

| Date | Atty | Description | HOURS |
|---|---|---|---|
| 08/09/2016 | JAK | 10 - Review of recently filed pleadings in main Bankruptcy case | 0.30 |
| 08/11/2016 | JAK | 4- pleading review | 0.20 |
| 08/15/2016 | JAK | 4- call with T Hall to discuss settlement meeting with 5/3 Bank | 0.20 |
| 08/17/2016 | JAK | 10 - Review of quarterly operating statement and execute and arrange filing | 0.30 |
| 08/22/2016 | JAK | 4- Call with Terry Hall to prepare for conference call with 5th Third | 0.60 |
| 08/23/2016 | JAK | 4- Conference call with Randy LaTour, 5th Third Exec and T Hall to discuss possible settlement of 5/3 claims | 1.40 |
| 08/29/2016 | JAK | 4- receive and review of IRS notice re ELC Plan penalty and email from T Hall re same | 0.20 |
|  | JAK | 4- review of settlement payment shortfalls | 0.20 |
|  | JAK | 4- review of pending matters with M Stafford | 0.70 |
| 09/08/2016 | JAK | Review of Gene Stoops settlement agreement and revise same and send to John Rogers | 0.30 |
|  | JAK | Review of Amos Kropf settlement agreement | 0.20 |
|  | JAK | Review of JT Nuckols settlement and judgment agreement; email to K Toner re same | 0.30 |
| 09/15/2016 | JAK | 4- very long call with T Hall to review current financial status of case and future revenue projections in terms of 5/3 Bank payments and expectations of future payments | 0.60 |



**Kroger Gardis & Regas, LLP — ATTORNEYS**

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000  Fax (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 2
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

|            |     |                                                                                                                   | HOURS |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|------|
| 09/16/2016 | JAK | 4  pleading review Kropf                                                                                          | 0.10 |
|            | JAK | 4- further discussions with T Hall on status of pending settlements and payment projections                        | 0.30 |
| 09/20/2016 | JAK | 4 - Very long conference call with T Hall to review details of current income and expense estimates for response to 5/3 on claim settlement | 0.60 |
|            | JAK | 4 - Callback from T Hall and review of revised spreadsheet and proposed offer to 5/3 Bank; email to T Hall re same | 0.30 |
| 09/21/2016 | JAK | 4- bank account statement review                                                                                  | 0.20 |
|            | JAK | 4- monthly statement review of receipts and disbursements                                                         | 0.20 |
|            | JAK | 4- finalize 5/3 settlement offer with T Hall                                                                      | 0.20 |
| 09/22/2016 | JAK | To Chase Bank to complete $1.6 million wire to 5/3 as part of settlement                                          | 0.50 |
|            | JAK | Emails with R LaTour and T Hall re same                                                                           | 0.10 |
|            | JAK | 4- review of missing 12/31/15 Quarterly report and execute and send for filing                                    | 0.30 |
| 09/23/2016 | JAK | 10- call with H Means on Livestock Auction settlement case setting next week                                      | 0.10 |
|            | JAK | 10- call with A Stafford to discuss Arab Livestock case; call to Andy Kite re same                                | 0.30 |
| 09/26/2016 | JAK | 10  call with Andy Kite re Arab case                                                                              | 0.20 |
| 10/18/2016 | JAK | 4 - Pleading review                                                                                               | 0.30 |
|            | JAK | 4- review of bank accounts                                                                                        | 0.30 |

To ensure proper credit, please include account number on remittance check. Thank You.



Eastern Livestock Bankruptcy

PAGE: 3
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

| Date | Atty | Description | HOURS |
|---|---|---|---|
| | JAK | 4- review of Trustee fee invoice | 0.10 |
| 10/19/2016 | JAK | 4- call from Kristin to discuss destruction of sealed documents filed with Court; email to K Toner re same; response from Toner with sealing order and review | 0.40 |
| | JAK | 4- emails with T Hall on 5/3 settlement; review of settlement | 0.20 |
| 10/20/2016 | JAK | 4- received revised spreadsheets from T Hall and 5/3 Settlement agreement and review of same; | 0.50 |
| | JAK | Very long call with T Hall to discuss impact of proposed settlement and actions toward closing of case and issues holding up United States distributions | 0.90 |
| 11/08/2016 | JAK | 4- review of Bank statements for all accounts and monthly report and revisions | 0.40 |
| 11/16/2016 | JAK | 10- Correspondence and emails with Dustin DeNeal regarding claims against Delbert Hawkins | 0.20 |
| 11/22/2016 | JAK | 4- information request from counsel and review of bank records and send info to counsel | 0.30 |
| 11/28/2016 | JAK | 4- email corresp with KSM re tax notice and penalty; receive response and review and execute power of attorney | 0.20 |
| 11/29/2016 | JAK | Inquiry from Beth Royalty on continuing work as outside consultant for ELC and storage; reply to Beth | 0.20 |
| 12/13/2016 | JAK | 10  review and execute Stoops settlement | 0.20 |
| 12/15/2016 | JAK | 4- court pleading review | 0.20 |
| | JAK | 4- review of accounts to answer question for D Fogle on disbursements | 0.20 |



**KROGER GARDIS & REGAS, LLP**
— ATTORNEYS —

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 4
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

| | | | HOURS |
|---|---|---|---|
| 12/19/2016 | JAK | 4- investigate charges to account at request of Don Fogle | 0.30 |
| 12/21/2016 | JAK | 4- Receive US Beef letter and distribution and email to counsel and accountants re same | 0.20 |
| 12/29/2016 | JAK | Review of November report and email to D Fogle on missing portions of report | 0.30 |
| 01/09/2017 | JAK | 10- approve settlement with Ajax Cattle Co | 0.20 |
| | JAK | 4- review of IRS penalty issues and email corresp | 0.40 |
| 01/25/2017 | JAK | 4- Contact from FBI agent Julian _____ on records destruction | 0.20 |
| 01/30/2017 | JAK | 4- review of 1099's for 2016 for ELC estate | 0.20 |
| | JAK | 4 - Pleading review | 0.10 |
| 02/06/2017 | JAK | 4- Review of operating report and approve and execute for filing | 0.30 |
| | JAK | 10- emails with Dustin DeNeal on problems closing western adversary | 0.20 |
| 02/07/2017 | JAK | 4- review of year end statements from GPS / US Courts / IRS on prior penalty | 0.20 |
| 02/08/2017 | JAK | 4- letter from FBI on document destruction and respond with letter | 0.30 |
| 02/21/2017 | JAK | Review of invoices and approve; email to BMC | 0.20 |
| 03/20/2017 | JAK | 4- pleading review | 0.20 |
| 03/29/2017 | JAK | 4- review of Trustee's final report in Gibson case | 0.20 |

To ensure proper credit, please include account number on remittance check. Thank You.



Eastern Livestock Bankruptcy

PAGE: 5
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

| Date | Atty | Description | HOURS |
|---|---|---|---|
| 04/20/2017 | JAK | 10- review and approve Ernie Elder settlement | 0.30 |
| 05/02/2017 | JAK | 4- review and execute March Quarterly report | 0.30 |
| 05/03/2017 | JAK | 10  review of another Newburn settlement renig re | 0.70 |
| 07/19/2017 | JAK | 4- review of accountants correspondence to US Beef | 0.10 |
| 07/24/2017 | JAK | 4- email to K Toner on preparing for closing case | 0.20 |
| 08/10/2017 | JAK | 4 review of special counsel fee app and notice | 0.40 |
| 08/15/2017 | JAK | 10 - Review of McDonald default pleadings and revise affidavit | 0.30 |
|  | JAK | 4- review June quarterly report an execute | 0.20 |
| 08/31/2017 | JAK | 4- pleading review | 0.10 |
| 09/26/2017 | JAK | 4- review of Gibson Estate final report and attachments | 0.30 |
| 10/04/2017 | JAK | 4- review of IRS payment demand and email to Chad Halstead re same | 0.30 |
| 10/12/2017 | JAK | 4 - Review of case and status documents to prepare for meeting | 0.20 |
|  | JAK | 4 - Meeting with Harley Means, Terry Hall, Tammy Froelich to review requirements for winding up case | 1.60 |
| 10/23/2017 | JAK | 4- review of bank account statements | 0.20 |
|  |  | James A. Knauer | 22.20 |
| 09/27/2016 | CRR | Hand Delivery to Kevin Toner at Faegre Baker Daniels. | 1.00 |
|  |  | Courier | 1.00 |

Case 10-93904-BHL-11   Doc 3004-1   Filed 11/06/17   EOD 11/06/17 14:08:33   Pg 6 of 8



**KROGER GARDIS & REGAS, LLP**
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 6
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

|  |  | HOURS |  |
|---|---|---|---|
| FOR CURRENT SERVICES RENDERED |  | 23.20 | 10,585.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James A. Knauer | 22.20 | $475.00 | $10,545.00 |
| Courier | 1.00 | 40.00 | 40.00 |

| Date | Description | Amount |
|---|---|---|
| 11/06/2014 | Reproduction of documents | 0.80 |
|  | Reproduction of documents | 0.80 |
| 08/02/2016 | Mailing expense | 0.49 |
| 08/03/2016 | Mailing expense | 0.49 |
| 08/04/2016 | Mailing expense | 0.49 |
| 09/01/2016 | Mailing expense | 0.49 |
| 09/08/2016 | Mailing expense | 0.49 |
| 09/13/2016 | Mailing expense | 7.36 |
| 09/25/2016 | Mailing expense | 0.49 |
| 09/26/2016 | Mailing expense | 1.48 |
| 10/03/2016 | Mailing expense | 0.49 |
| 10/06/2016 | Mailing expense | 0.49 |
| 10/19/2016 | Mailing expense | 0.49 |
| 10/26/2016 | Mailing expense | 0.49 |
| 11/02/2016 | Mailing expense | 0.49 |
| 11/03/2016 | Mailing expense | 0.49 |
| 12/01/2016 | Mailing expense | 0.49 |
| 12/05/2016 | Mailing expense | 0.49 |
| 01/04/2017 | Mailing expense | 0.99 |
| 01/05/2017 | Mailing expense | 0.49 |
| 01/26/2017 | Mailing expense | 0.49 |
| 01/30/2017 | Mailing expense | 2.51 |
| 02/02/2017 | Mailing expense | 0.49 |
| 02/07/2017 | Mailing expense | 0.49 |
| 02/07/2017 | Mailing expense | 0.49 |
| 02/16/2017 | Mailing expense | 0.51 |
| 02/22/2017 | Mailing expense | 1.03 |

To ensure proper credit, please include account number on remittance check. Thank You.



**Kroger Gardis & Regas, LLP — Attorneys**

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

---

Eastern Livestock Bankruptcy

PAGE: 7
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

| Date | Description | Amount |
|---|---|---|
| 03/06/2017 | Mailing expense | 1.03 |
| 03/07/2017 | Mailing expense | 0.51 |
| 04/03/2017 | Mailing expense | 0.51 |
| 04/05/2017 | Mailing expense | 0.51 |
| 04/18/2017 | Mailing expense | 0.51 |
| 05/01/2017 | Mailing expense | 1.03 |
| 05/09/2017 | Mailing expense | 0.51 |
| 06/01/2017 | Mailing expense | 0.51 |
| 06/06/2017 | Mailing expense | 0.51 |
| 07/05/2017 | Mailing expense | 0.51 |
| 07/11/2017 | Mailing expense | 0.51 |
| 07/24/2017 | Mailing expense | 1.47 |
| 08/01/2017 | Mailing expense | 0.51 |
| 08/03/2017 | Mailing expense | 0.51 |
| 08/31/2017 | Mailing expense | 0.51 |
| 09/05/2017 | Mailing expense | 0.51 |
| 09/11/2017 | Mailing expense | 5.64 |
| 09/19/2017 | Mailing expense | 2.94 |
| 10/02/2017 | Mailing expense | 0.51 |
| 10/17/2017 | Mailing expense | 0.51 |
|  | Mailing expense | 42.95 |
|  | **TOTAL EXPENSES THRU 10/31/2017** | **43.75** |
| 01/04/2017 | Weebly Pro Account | 47.88 |
|  |  | 47.88 |
| 02/07/2017 | Pacer Service Center docket retrieval | 1.40 |
|  | Pacer Service Center docket retrieval | 1.40 |
| 09/13/2017 | Overnight mail - FEDERAL EXPRESS | 27.76 |
|  | Overnight mail | 27.76 |
| 09/19/2017 | LexisNexis Electronic Service | 12.36 |
|  | LexisNexis Electronic Service | 12.36 |



**Kroger Gardis & Regas, LLP — Attorneys**

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000　Fax (317) 264-6832

Eastern Livestock Bankruptcy

PAGE: 8
November 6, 2017
ACCOUNT NO.: 110035.50
Invoice #: 20

re: Trustee

| | |
|---|---:|
| TOTAL ADVANCES THRU 10/31/2017 | 89.40 |
| TOTAL CURRENT WORK THIS STATEMENT | 10,718.15 |
| BALANCE DUE | $10,718.15 |

**Kroger Gardis & Regas, LLP — Attorneys**