SO ORDERED: November 29, 2017.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING EIGHT INTERIM AND FINAL APPLICATION OF
KROGER, GARDIS & REGAS, LLP FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Eighth Interim And Final Application Of Kroger, Gardis & Regas, LLP as Counsel for James A. Knauer As Chapter 11 Trustee* [Docket No. 3002] ("Application") filed by Kroger, Gardis & Regas, LLP, on November 6, 2017. No objections to the Application were filed. The Court, having reviewed the

Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. This Application is GRANTED;

2. Kroger, Gardis & Regas, LLP[1] ("KGR") is granted final allowance and award of fees of $14,730.00 for compensation of professional services to the Trustee during the period August 1, 2016 through October 31, 2017, which compensation was previously awarded to the Trustee on an interim basis pursuant to orders of this Court;

3. The Trustee is granted final allowance and award of $226.67 for compensation of out-of-pocket expenses incurred in connection with the rendering of professional services by the Trustee during the period August 1, 2016 through October 31, 2017, which expenses were previously awarded to the Trustee on an interim basis pursuant to orders of this Court;

4. Compensation in the amount of $14,730.00 for professional services rendered to the Trustee during the Current Compensation Period is APPROVED and granted as a final allowance and award of fees;

5. Compensation in the amount of $183,693.50 as final compensation relating to the 20% Holdback during the Interim Compensation Period is APPROVED and granted as a final allowance;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

6. Reimbursement of reasonable and necessary expenses incurred in the amount of $226.67 during the Current Compensation Period is APPROVED and granted as a final allowance and award of expenses;

7. The Trustee is authorized and directed to pay the approved fees and expenses of KGR to the extent the Trustee has not paid; and

8. KGR is granted all other just and proper relief.

###