SO ORDERED: November 29, 2017.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TENTH INTERIM AND FINAL APPLICATION OF
JAMES A. KNAUER FOR COMPENSATION AND REIMBURSEMENT
<u>OF EXPENSES AS CHAPTER 11 TRUSTEE</u>**

This matter came before the Court on the Tenth Interim And Final Application Of James A. Knauer For Compensation And Reimbursement Of Expenses As Chapter 11 Trustee [Docket No. 3004] ("<u>Application</u>") filed by James A. Knauer, the Chapter 11 trustee appointed in this case, on November 6, 2017. No objections to the Application

were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application.  Accordingly,

IT IS HEREBY ORDERED:

1. This Application is GRANTED;

2. James A. Knauer, Chapter 11 Trustee[1] ("Trustee") is granted final allowance and award of fees of $618,669.75 for compensation of professional services to the Trustee during the period December 27, 2010 through July 31, 2016, which compensation was previously awarded to the Trustee on an interim basis pursuant to orders of this Court;

3. The Trustee is granted final allowance and award of $173.15 for compensation of out-of-pocket expenses incurred in connection with the rendering of professional services by the Trustee during the period August 1, 2016 through October 31, 2017, which expenses were previously awarded to the Trustee on an interim basis pursuant to orders of this Court;

4. Compensation in the amount of $10,545.00 for professional services rendered to the Trustee during the Current Compensation Period is APPROVED and granted as a final allowance and award of fees;

5. Compensation in the amount of $123,734.00 as final compensation relating to the 20% Holdback during the Interim Compensation Period is APPROVED and granted as a final allowance;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

6.	Reimbursement of reasonable and necessary expenses incurred in the amount of $173.15 during the Current Compensation Period is APPROVED and granted as a final allowance and award of expenses;

7.	The Trustee is authorized and directed to pay the approved fees and expenses of the Trustee to the extent the Trustee has not paid; and

8.	The Trustee is granted all other just and proper relief.

###