SO ORDERED: November 29, 2017.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO DESTROY DOCUMENTS AND TO PAY THE COSTS ASSOCIATED WITH THE DESTRUCTION**

This matter came before the Court on the Trustee's Motion for Authority to Destroy Documents and to Pay the costs Associated with the Destruction [Docket No. 3006] ("Motion") filed by James A. Knauer, the Chapter 11 trustee appointed in this case, on November 6, 2017. No objections to Motion were filed. The Court, having reviewed the Motion, and being otherwise sufficiently advised, now GRANTS the Motion. Accordingly,

IT IS HEREBY ORDERED:

1.  This Motion is GRANTED;

2. James A. Knauer, Chapter 11 Trustee ("Trustee") is hereby authorized to (i) shred and destroy the Documents in an environmentally responsible manner; (ii) pay the costs associated with the shredding and destruction of the Documents as an administrative expense of the bankruptcy estate; and (iii) granting the Trustee all other just and proper relief.

###