# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:
**Debtor:** EASTERN LIVESTOCK CO., LLC
**Case Number:** 10-93904-BHL-11   **Chapter:** 11
**Date / Time / Room:** THURSDAY, NOVEMBER 30, 2017 02:45 PM   NA 103
**Bankruptcy Judge:** BASIL H. LORCH
**Courtroom Clerk:**
**Reporter / ECR:** N/A

### Matter:

1) Telephonic Hearing Re: Application for Final Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Harley K Means as Trustee's Attorney (Fee: $14730.00, Expense: $226.67) filed by Harley K Means on behalf of Trustee James A. Knauer [3002]
   **R / M #:** 0 / 0
   **VACATED:** No objections filed. Application Granted. Order to be entered. No telephonic hearing needed.

2) Telephonic Hearing Re: Application for Final Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for James A. Knauer as Trustee Chapter 9/11 (Fee: $10545.00, Expense: $173.15) filed by Attorney James A. Knauer on behalf of Trustee James A. Knauer [3004]
   **R / M #:** 0 / 0
   **VACATED:** No objections filed. Application Granted. Order to be entered. No telephonic hearing needed.

3) Telephonic Hearing Re: Motion to Destroy Documents and Pay Costs Associated with the Destruction filed by James A. Knauer on behalf of Trustee James A. Knauer [3006]
   **R / M #:** 0 / 0
   **VACATED:** No objections filed. Motion Granted. Order to be entered. No telephonic hearing needed.

4) Telephonic Hearing Re: Application for Final Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Terry E. Hall as Trustee's Attorney (Fee: $117811.50, Expense: $24.21) filed by Terry E. Hall on behalf of Trustee James A. Knauer [3007]
   **R / M #:** 0 / 0
   **VACATED:** No objections filed. Application Granted. Order to be entered. No telephonic hearing needed.

### Appearances:


### Proceedings:

*(1,2) VACATED: No objections filed. Application Granted. Order to be entered. No telephonic hearing needed.
(3) VACATED: No objections filed. Motion Granted. Order to be entered. No telephonic hearing needed.
(4) VACATED: No objections filed. Application Granted. Order to be entered. No telephonic hearing needed.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**