# HOOVER HULL LLP
Attorneys at Law

Phone: 317-822-4400  
Fax:   317-822-0234

111 Monument Circle . Suite 4400 . P.O. Box 44989  
Indianapolis, IN  46244-0989

FEIN 35-2138424  
Terms:  Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | 10/01/12 | **Invoice No.** | 35644 |
| **Billed through** | 09/30/12 | **File No.**  JDH  08728 | 00001 |

Kroger, Gardis & Regas, LLP  
Attn: Jim Knauer  
111 Monument Circle, Suite 900  
Indianapolis, IN  46204

**RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/21/12 | STW | Receive and review application to employ Mr Fishman as mediator. (.1)  Conference call with mediator, Trustee, and counsel for Trustee. (1.5)  E-mail from parties re: participants in mediation. (.2) | 1.80 hrs. | 310.00 /hr | 558.00 |
| 09/24/12 | STW | Receive order on application to employ Mr. Fishman as mediator. Receive notice of First Bank filing unredacted reply in support of motion to remove trustee. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 09/25/12 | STW | E-mail from Mr. Peters, counsel for Wells Fargo, re: exhibits to Rule 2004 exams.  (.1)  Call Mr. Peters re: same. (.2) Call Mr. Toner, counsel for Trustee, re: same. (.3)  Call Mr. Knauer, Trustee, re:mediation. (.2) | 0.80 hrs. | 310.00 /hr | 248.00 |
| 09/28/12 | STW | Receive and review Ala. Livestock Auction et all designation of items for appeal and statement of issues. | 0.30 hrs. | 310.00 /hr | 93.00 |

|  |  |
|---|---|
| **Total Fees** | **$961.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| Date | Description | Amount |
|---|---|---|
| 09/30/12 | Photocopy Charges | 24.80 |

|  |  |
|---|---|
| **Total Disbursements & Facility Charges** | **$24.80** |

|  |  |
|---|---|
| **Current Charges** | **$985.80** |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . .** | **$985.80** |

**TIMEKEEPER SUMMARY**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 3.10 | 310.00 | $961.00 |
| | | 3.10 | | $961.00 |



EXHIBIT A

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:   317-822-0234 | Indianapolis, IN   46244-0989 | Terms:  Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 01/02/13 | **Invoice No.** | | 36259 |
| **Billed through** | 12/31/12 | **File No.**   JDH | 08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN   46204

RE:   SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/12 | STW | Call Ms. Hall re: confirmation hearing. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/06/12 | STW | Receive order granting motion to suspend deadlines in First Bank appeal  (.1)  Receive brief in support of amended chapter 11 plan and Mr. Knauer's affidavit. (.3)  Receive Joplins' notice of change to acceptance of plan. (.1)  Receive proposed agenda for hearing on plan confirmation. (.1) | 0.60 hrs. | 310.00 /hr | 186.00 |
| 12/07/12 | STW | Receive and review Notice of Change of Ballot from AB Livestock. (.1)  Receive and review minute entry confirming plan over objections. (.1) | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/10/12 | STW | Receive and review motion to approve additional immaterial modification to Trustee's First Amended Ch. 11 plan on shortened and limited notice and motion to shorten notice time. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/12/12 | STW | Receive and review Bluegrass' objections to professional fees of Trustee, FBD, KGR, Hoover Hull and DSI.  Call Ms. Hall and Toner re: same.  Receive and review US Trustee's objections to professional fees of Trustee and FBD.  Receive and review Alabama Livestock et al's objections to professional fees of Trustee, KGR, Hoover Hull, FBD and DSI. | 0.70 hrs. | 310.00 /hr | 217.00 |
| 12/13/12 | STW | Calls to/from Mr. Knauer, Trustee, and Ms. Hall re: objections to professional fees.  Call Ms. Goss re: motion to quash moot.  E-mail Ms. Hall re: same. | 0.30 hrs. | 310.00 /hr | 93.00 |
| 12/14/12 | STW | Call and e-mail Mr. Knauer, Trustee, and Ms. Hall, co-counsel, re: hearing on fee application.  Review agenda for omnibus hearing. | 0.30 hrs. | 310.00 /hr | 93.00 |
| 12/17/12 | STW | Prepare for and participate in omnibus hearing on fee applications and motion to quash by phone.  Call from Mr. Toner re: same and criminal counsel for T. Gibson and S. McDonald.  E-mail Mr. Toner re: contact information for criminal counsel for T. Gibson and S. McDonald.  Receive order confirming Ch. 11 plan.  Receive and review minute entry re: hearing. | 1.60 hrs. | 310.00 /hr | 496.00 |
| 12/18/12 | STW | Receive orders granting fee application for Hoover Hull and KGR.  Receive and review order mooting motion to quash. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 12/20/12 | STW | Receive and review Notice of Entry of Confirmation Order, Occurrence of Effective Date and Notice of Other Information | 0.10 hrs. | 310.00 /hr | 31.00 |
| 12/27/12 | STW | E-mail from Ms. Delcotto re: order on fee award.  Call Ms. Goss re: same.  Draft amended order. | 0.40 hrs. | 310.00 /hr | 124.00 |
| | | | | **Total Fees** | **$1,488.00** |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. 08728 00001 | Invoice No. 36259 | Page 2 |

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---:|
| 12/01/12 | Litigation Support Vendors - PACERS SERVICE CENTER | 3.08 |
| 12/31/12 | Photocopy Charges | 23.40 |
| | **Total Disbursements & Facility Charges** | **$26.48** |

|  |  |
|---|---:|
| **Current Charges** | $1,514.48 |
| **PLEASE PAY THIS AMOUNT............** | **$1,514.48** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| WHITE, SEAN T. | NE PARTNER | 4.80 | 310.00 | $1,488.00 |
| | | 4.80 | | $1,488.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP
### Attorneys at Law

Phone: 317-822-4400　　　111 Monument Circle . Suite 4400 . P.O. Box 44989　　　FEIN 35-2138424
Fax:　　317-822-0234　　　　　　　Indianapolis, IN  46244-0989　　　　　　　Terms: Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 02/01/13 | **Invoice No.** | | 36375 |
| **Billed through** | 01/31/13 | **File No.**  JDH | 08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | |
|---|---|---|---|---|
| 01/02/13 | STW | Receive and review First Bank's withdrawal of objection to purchase money claims report and proofs of claim (.1). Receive e-mail from District Court re: dismissal of First Bank's appeal. (.1) E-mails to/from Ms. Lynch re: GP Cattle bank statements. (.2)  Search for same in Metcalfe County records. (.9) | | |
| | | 1.30 hrs. | 310.00 /hr | 403.00 |
| 01/03/13 | STW | Review Metcalfe County records for bank statements for GP Cattle and Tom Gibson and e-mail to Ms. Lynch per her request. (.7)  E-mail from Ms. Hall re: fee applications and invoices.(.1) | | |
| | | 0.80 hrs. | 310.00 /hr | 248.00 |
| 01/04/13 | STW | Search for bank records for accounts for T. Gibson for L. Lynch | | |
| | | 0.50 hrs. | 310.00 /hr | 155.00 |
| 01/11/13 | STW | Receive and review Blugrass' Objection to Trustee's motion to dismiss appeal | | |
| | | 0.20 hrs. | 310.00 /hr | 62.00 |
| 01/14/13 | STW | Review Alabama Livestock's response in opposition to motion to dismiss appeals. | | |
| | | 0.20 hrs. | 310.00 /hr | 62.00 |
| 01/15/13 | STW | Receive order denying Kentucky Cattlemen Association's motion to remove trustee. | | |
| | | 0.10 hrs. | 310.00 /hr | 31.00 |
| 01/31/13 | STW | *** NO CHARGE *** E-mail invoices to Ms. Hall per request. | | |
| | | 0.20 hrs. | 0.00 /hr | 0.00 |
| | | | **Total Fees** | **$961.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 01/01/13 | Litigation Support Vendors - PACER SERVICE CENTER | 0.90 |
| 01/01/13 | Litigation Support Vendors - PACER SERVICE CENTER | 1.70 |
| 01/31/13 | Photocopy Charges | 6.80 |
| | **Total Disbursements & Facility Charges** | **$9.40** |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No.   08728   00001 | Invoice No.   36375 | Page   2 |

|  |  |
|---|---|
| Current Charges | $970.40 |
| Net Balance Forward | $95,675.08 |
| **PLEASE PAY THIS AMOUNT............** | **$96,645.48** |

TIMEKEEPER SUMMARY

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 3.10 | 310.00 | $961.00 |
|  |  | 3.30 |  | $961.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

Attorneys at Law

Phone: 317-822-4400  111 Monument Circle . Suite 4400 . P.O. Box 44989  FEIN 35-2138424
Fax:   317-822-0234  Indianapolis, IN 46244-0989  Terms: Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | 03/01/13 | **Invoice No.** | 36442 |
| **Billed through** | 02/28/13 | **File No.**  JDH  08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | |
|---|---|---|---|---|---|
| 02/19/13 | STW | Receive and review Joplin's disclaimer of interest in purchase money escrow proceeds. | | | |
| | | | 0.10  hrs. | 310.00  /hr | 31.00 |
| 02/20/13 | STW | *** NO CHARGE *** Call Mr. Knauer, Trustee, re: status of case. | | | |
| | | | 0.10  hrs. | 0.00  /hr | 0.00 |
| | | | | **Total Fees** | **$31.00** |

| | |
|---|---|
| Current Charges | $31.00 |
| Net Balance Forward | $96,645.48 |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . . .** | **$96,676.48** |

<u>TIMEKEEPER SUMMARY</u>

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 0.10 | 310.00 | $31.00 |
| | | 0.20 | | $31.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

Attorneys at Law

| | | |
|---|---|---|
| Phone: 317-822-4400 | 111 Monument Circle . Suite 4400 . P.O. Box 44989 | FEIN 35-2138424 |
| Fax:   317-822-0234 | Indianapolis, IN  46244-0989 | Terms: Due Upon Receipt |

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 04/01/13 | **Invoice No.** | | 36631 |
| **Billed through** | 03/31/13 | **File No.**  JDH | 08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/05/13 | STW | Call Ms. Hall re: fee application. | | | | |
| | | | 0.10 hrs. | 310.00 /hr | | 31.00 |
| 03/11/13 | STW | Begin to draft fee application. | | | | |
| | | | 0.50 hrs. | 310.00 /hr | | 155.00 |
| 03/14/13 | STW | Draft third interim application for compensation and reimbursement of expenses.  Review and revise invoices for privilege and work product information. | | | | |
| | | | 1.00 hrs. | 310.00 /hr | | 310.00 |
| | | | | **Total Fees** | | **$496.00** |

**DISBURSEMENTS & FACILITY CHARGES**

| | | | |
|---|---|---|---|
| 03/31/13 | Photocopy Charges | | 19.80 |
| | **Total Disbursements & Facility Charges** | | **$19.80** |

| | |
|---|---|
| **Current Charges** | $515.80 |
| Net Balance Forward | $96,676.48 |
| **PLEASE PAY THIS AMOUNT. . . . . . . . . . . . .** | **$97,192.28** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 1.60 | 310.00 | $496.00 |
| | | 1.60 | | $496.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

Attorneys at Law

Phone: 317-822-4400　　　　　　　　111 Monument Circle . Suite 4400 . P.O. Box 44989　　　　　　　FEIN 35-2138424
Fax:　　317-822-0234　　　　　　　　　　　　　Indianapolis, IN  46244-0989　　　　　　　　　　　Terms: Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | 05/01/13 | **Invoice No.** | 36740 |
| **Billed through** | 04/30/13 | **File No.**  JDH  08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

**RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/13 | STW | Receive and review Objections to Professional Fees from Alton Darnell et al and Alabama Live Stock et al. | 0.30 hrs. | 310.00 /hr | 93.00 |
| 04/12/13 | STW | Calls to/from Ms. Hall and Mr. Knauer re: hearing on fee application and objections to same. Receive and review agenda for hearing including fee application and objections to same. | 0.20 hrs. | 310.00 /hr | 62.00 |
| 04/15/13 | STW | Prepare for (.2) and participate in omnibus hearing, including hearing on third interim fee application and objections to same. (.8) Receive and review minute entry on same. (.1) | 1.10 hrs. | 310.00 /hr | 341.00 |
| 04/16/13 | STW | E-mails to/from Ms. Hall re: order on fee application. Draft proposed order. | 0.30 hrs. | 310.00 /hr | 93.00 |
| 04/18/13 | STW | E-mail from Ms. Hall to Mr. LaTour et al re: orders on fee applications. | 0.10 hrs. | 310.00 /hr | 31.00 |
| 04/19/13 | STW | Receive and review notice of telephonic status conference in appeals of orders denying motion to remove trustee. | 0.10 hrs. | 310.00 /hr | 31.00 |
| 04/22/13 | STW | Call from Mr. Toner, counsel for Trustee, re: document production to USDA. (.2) Review Your Community Bank account statements and determine source of production for purposes of responding to USDA request. (.3) | 0.50 hrs. | 310.00 /hr | 155.00 |
| 04/23/13 | STW | Call Mr. Prather, assistant AG, re: Metcalfe County documents. (.1) Call Metcalfe County re: confidential nature of documents. (.2) Attention to production of YCB statements and source of same for purposes of disclosing to GIPSA, if possible. (.6) Calls to/from and emails to/from Mr. Toner, counsel for Trustee, re: same and proposed response to GIPSA. (.2) | 1.10 hrs. | 310.00 /hr | 341.00 |
| 04/24/13 | STW | E-mails to/from Mr. Toner, counsel for Trustee, re: production of documents to USDA GIPSA. | 0.10 hrs. | 310.00 /hr | 31.00 |
| 04/29/13 | STW | Calls to/from Mr. Richardson, counsel for Fifth Third re: 2004 transcripts and production to Wells Fargo. (.3) Attention to issues relating to same and review of emails between Mr. Walton and Mr. Peters, counsel for Wells Fargo. (.6) Review file for communications with Wells Fargo re: confidential nature of Rule 2004 exams. (.9) Call and email Mr. Toner and Mr. Knauer re: same. (.3) Begin to draft affidavit. (.4) | 2.50 hrs. | 310.00 /hr | 775.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

| File No. 08728 00001 | Invoice No. 36740 | Page 2 |

| 04/30/13 | STW | Draft affidavit re: confidential nature of Rule 2004 exams and letter to Mr. Peters, counsel for Wells Fargo, re: same. | | |
|---|---|---|---|---|
| | | 1.70 hrs. | 310.00 /hr | 527.00 |
| | | | Total Fees | $2,480.00 |

**DISBURSEMENTS & FACILITY CHARGES**

| 04/30/13 | Photocopy Charges | 7.00 |
|---|---|---|
| | Total Disbursements & Facility Charges | $7.00 |

| | | |
|---|---|---|
| | **Current Charges** | $2,487.00 |
| | Net Balance Forward | $97,192.28 |
| | **PLEASE PAY THIS AMOUNT............** | **$99,679.28** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 8.00 | 310.00 | $2,480.00 |
| | | 8.00 | | $2,480.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

Attorneys at Law

Phone: 317-822-4400  
Fax: 317-822-0234

111 Monument Circle . Suite 4400 . P.O. Box 44989  
Indianapolis, IN 46244-0989

FEIN 35-2138424  
Terms: Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 06/03/13 | **Invoice No.** | | 36865 |
| **Billed through** | 05/31/13 | **File No.  JDH** | 08728 | 00001 |

Kroger, Gardis & Regas, LLP  
Attn: Jim Knauer  
111 Monument Circle, Suite 900  
Indianapolis, IN  46204

**RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

| | | | | | |
|---|---|---|---|---|---|
| 05/29/13 | STW | *** NO CHARGE *** Call Mr. Knauer, Trustee, re: telephonic status conference in Blue Grass/Alabama Livestock appeals.  Call Mr. Toner, counsel for the Trustee, re: same. | | | |
| | | | 0.30 hrs. | 0.00 /hr | 0.00 |

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 05/01/13 | Litigation Support Vendors - PACER SERVICE CENTER | 0.10 |
| 05/01/13 | Litigation Support Vendors - PACER SERVICE CENTER | 3.10 |
| | **Total Disbursements & Facility Charges** | **$3.20** |

| | |
|---|---|
| **Current Charges** | $3.20 |
| Net Balance Forward | $99,679.28 |
| **PLEASE PAY THIS AMOUNT.............** | **$99,682.48** |

TIMEKEEPER SUMMARY

| Hours | Rate | Amount |
|---|---|---|
| 0.30 | | $0.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**

# HOOVER HULL LLP

Attorneys at Law

Phone: 317-822-4400　　　　　　111 Monument Circle . Suite 4400 . P.O. Box 44989　　　　　　FEIN 35-2138424
Fax:　　317-822-0234　　　　　　　　　　　Indianapolis, IN 46244-0989　　　　　　　　　　Terms: Due Upon Receipt

| | | | |
|---|---|---|---|
| **Invoice Date** | 09/03/13 | **Invoice No.** | 37185 |
| **Billed through** | 08/31/13 | **File No.** JDH　08728 | 00001 |

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN 46204

**RE: SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | TK | Description | | | Amount |
|---|---|---|---|---|---|
| 08/06/13 | STW | Receive and review email from Mr. Toner, counsel for Trustee, re: Fifth Third's motion for protective order and receive and review same. (.1) Call Mr. Toner re: same. (.2) | | | |
| | | 0.30 hrs. | 310.00 /hr | | 93.00 |
| 08/08/13 | STW | Call Ms. Hall, counsel for Trustee, re: Fifth Third's motion to affirm protective order. | | | |
| | | 0.10 hrs. | 310.00 /hr | | 31.00 |
| 08/14/13 | STW | Receive and review objections of First Bank and Trust, Wells Fargo, and CPC Livestock et al to Fifth Third's motion for protective order. | | | |
| | | 0.30 hrs. | 310.00 /hr | | 93.00 |
| 08/15/13 | STW | Receive and review Fifth Third's motion to continue hearing on motion for protective order and objections to same filed by First Bank, Wells Fargo and CPC Livestock et al. | | | |
| | | 0.20 hrs. | 310.00 /hr | | 62.00 |
| 08/29/13 | STW | *** NO CHARGE *** Review 7th Circuit's decision in Sentinel Management reversing on fraudulent transfer and equitable subordination. | | | |
| | | 0.50 hrs. | 0.00 /hr | | 0.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total Fees**　　**$279.00**

**DISBURSEMENTS & FACILITY CHARGES**

| | | |
|---|---|---|
| 08/31/13 | Photocopy Charges | 1.20 |
| | **Total Disbursements & Facility Charges** | **$1.20** |

| | |
|---|---|
| **Current Charges** | $280.20 |
| Net Balance Forward | $99,682.48 |
| **PLEASE PAY THIS AMOUNT............** | **$99,962.68** |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| WHITE, SEAN T. | NE PARTNER | 0.90 | 310.00 | $279.00 |
| | | 1.40 | | $279.00 |

**This statement contains information protected by the attorney-client and/or attorney work product privileges.**