# Hoover Hull Turner LLP

111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989

Phone: 317-822-4400                                              Fax: 317-822-0234

December 01, 2017

Kroger, Gardis & Regas, LLP
Attn: Jim Knauer
111 Monument Circle, Suite 900
Indianapolis, IN  46204

Our File #  JDH    08728 00001

RE:  SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE

Our records indicate that the following invoices are outstanding:

| Invoice # | Invoice Date | Invoice Amount | Balance Due |
|---|---|---|---|
| 35644 | 10/01/2012 | $5,069.74 | $985.80 |
| 36259 | 01/02/2013 | $1,913.73 | $1,514.48 |
| 36375 | 02/01/2013 | $970.40 | $970.40 |
| 36442 | 03/01/2013 | $31.00 | $31.00 |
| 36631 | 04/01/2013 | $515.80 | $515.80 |
| 36740 | 05/01/2013 | $2,487.00 | $2,487.00 |
| 36865 | 06/03/2013 | $3.20 | $3.20 |
| 37185 | 09/03/2013 | $280.20 | $280.20 |

**Total balance due, please pay this amount** . . . . . . . . . . . . . . .            $6,787.88

cc:     HOOVER, JOHN DAVID

**For a copy of an invoice please call Lynn at 317-822-4400 or email her at lgasparovic@hooverhullturner.com**



EXHIBIT B