SO ORDERED: December 4, 2017.



**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING TENTH INTERIM AND FINAL APPLICATION OF
FAEGRE BAKER DANIELS LLP FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Tenth Interim and Final Application Of Faegre Baker Daniels LLP For Compensation And Reimbursement Of Expenses As Counsel For James A. Knauer, Chapter 11 Trustee* [Docket #3007] ("Application") filed by Faegre Baker Daniels LLP ("FBD") on November 6, 2017. No objections to the Application were filed. The Court, finds that (i) it has jurisdiction over the matters raised in the Application under 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding under 28 U.S.C. §157(b)(2); (iii) the relief requested in the Application is in the best interests of the Debtor's estate and its creditors; (iv) the Application seeks reasonable compensation for actual and necessary services provided as counsel to James A. Knauer, Chapter 11 Trustee ; (v) the Application seeks reimbursement for actual and necessary

expenses incurred on behalf of the Trustee; (vi) adequate notice of the Application and the corresponding hearing has been given and that no further notice is necessary. Therefore, pursuant to 11 U.S.C. §328 and §330(a), it is ORDERED:

1. The Application is GRANTED.

2. Compensation in the amount of $117,811.50 for professional services rendered to the Trustee during the period August 1, 2016 through October 31, 2017 (the "Current Compensation Period") is APPROVED.

3. Reimbursement of reasonable and necessary expenses incurred during the Current Compensation Period in the amount of $24.21 is APPROVED.

4. Compensation in the amount of $8,185,755.56 for professional services rendered to the Trustee during the period December 27, 2010 through October 31, 2017 (the "Application Period") is APPROVED on a final basis.

5. Reimbursement of reasonable and necessary expenses incurred during the Application Period in the amount of $186,961.06 is APPROVED on a final basis.

6. The Trustee is hereby authorized and directed to pay to FBD the aggregate amount of $965,928.40, which includes (a) outstanding compensation for the Current Compensation Period in the amount of $117,811.50; (b) outstanding expense reimbursement for the Current Compensation Period in the amount of $24.21; and (c) outstanding holdback amounts during the Application Period in the amount of $848,092.69.

###