UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

## NOTICE OF HEARING

The *Final Application Of Hoover Hull Turner LLP For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") (Docket #3018) was filed with the Clerk of this Court by Hoover Hull Turner LLP on December 1, 2017.

Movant seeks allowance of $6,747.28 in compensation and $40.60 for out-of-pocket expenses during the period October 1, 2012, through August 30, 2013.

NOTICE IS HEREBY GIVEN that any objection to the relief requested in the Application must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before December 28, 2017. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, IN  47150

The objecting party must ensure delivery of the objection to the party filing the Application.  **If an objection is NOT timely filed, the requested relief may be granted.**

The Court will hold a hearing on the Application on:

Date:    January 4, 2018
Time:    10:00 a.m. EST

The dial-in telephone number for interested parties to participate in the hearing by conference call is 1-877-793-3705; passcode 6500575.

A copy of the Application is available on the Bankruptcy Court's PACER site at http://pacer.insb.uscourts.gov, or on the Trustee's blog at www.easternlivestockbkinfo.com, or on the noticing agent's website at www.bmcgroup.com/easternlivestock, or by contacting John D. Hoover, at jdhoover@hooverhullturner.com or via telephone at 317-822-4400.

Dated:  December 5, 2017

Respectfully submitted,

 /s/ *John David Hoover*
John David Hoover (#7945-49)
jdhoover@hooverhullturner.com
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Telephone: (317) 822-4400
Facsimile: (317) 822-0234
Special Counsel for James A. Knauer, Chapter 11 Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to counsel of record through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt<br>davidabt@mwt.net | Amelia Martin Adams<br>aadams@dlgfirm.com | John W. Ames<br>james@bgdlegal.com |
| Kay Dee Baird<br>kbaird@kdlegal.com | Christopher E. Baker<br>cbaker@thbklaw.com | Robert A. Bell<br>rabell@vorys.com |
| C.R. Bowles, Jr.<br>cbowles@bgdlegal.com | David W. Brangers<br>dbrangers@lawyer.com | Steven A. Brehm<br>sbrehm@bgdlegal.com |
| Kent A. Britt<br>kabritt@vorys.com | Kayla D. Britton<br>Kayla.britton@faegrebd.com | Joe Lee Brown<br>Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant<br>courtmail@fbhlaw.net | John R. Burns, III<br>John.burns@faegrebd.com | John R. Carr, III<br>jrciii@acs-law.com |
| Deborah Caruso<br>dcaruso@daleeke.com | Ben T. Caughey<br>Ben.caughey@icemiller.com | Bret S. Clement<br>bclement@acs-law.com |
| Joshua Elliott Clubb<br>joshclubb@gmail.com | Jason W. Cottrell<br>jwc@stuartlaw.com | Kirk Crutcher<br>kcrutcher@mcs-law.com |
| Jack S. Dawson<br>jdawson@millerdollarhide.com | Dustin R. DeNeal<br>dustin.deneal@faegrebd.com | Laura Day Delcotto<br>ldelcotto@dlgfirm.com |
| David Alan Domina<br>dad@dominalaw.com | Daniel J. Donnellon<br>ddonnellon@ficlaw.com | Trevor L. Earl<br>tearl@rwsvlaw.com |
| Shawna M. Eikenberry<br>shawna.eikenberry@faegrebd.com | Jeffrey R. Erler<br>jerler@ghjhlaw.com | William K. Flynn<br>wkflynn@strasstroy.com |
| Robert Hughes Foree<br>robertforee@bellsouth.net | Sandra D. Freeburger<br>sfreeburger@dsf-atty.com | Melissa S. Giberson<br>msgiberson@vorys.com |
| Thomas P. Glass<br>tpglass@strausstroy.com | Patrick B. Griffin<br>Patrick.griffin@kutakrock.com | Terry E. Hall<br>Terry.hall@faegrebd.com |

| Paul M. Hoffman<br>Paul.hoffmann@stinsonleonard.com | John Huffaker<br>John.huffaker@sprouselaw.com | Jeffrey L. Hunter<br>jeff.hunter@usdoj.gov |
|---|---|---|
| Jay Jaffe<br>Jay.jaffe@faegrebd.com | James Bryan Johnson<br>Bjtexas59@hotmail.com | Todd J. Johnston<br>tjohnston@mcjllp.com |
| Jill Zenger Julian<br>Jill.Julian@usdoj.gov | Jay P. Kennedy<br>jpk@kgrlaw.com | Edward M. King<br>tking@fbtlaw.com |
| James A. Knauer<br>jak@kgrlaw.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Theodore Konstantinopoulos<br>ndohbky@jbandr.com |
| Randall D. LaTour<br>rdlatour@vorys.com | David A. Laird<br>David.laird@moyewhite.com | David L. LeBas<br>dlebas@namanhowell.com |
| Martha R. Lehman<br>mlehman@kdlegal.com | Scott R. Leisz<br>sleisz@bgdlegal.com | Elliott D. Levin<br>edl@rubin-levin.net |
| Kim Martin Lewis<br>kim.lewis@dinslaw.com | James B. Lind<br>jblind@vorys.com | Karen L. Lobring<br>lobring@msn.com |
| Jason A. Lopp<br>jlopp@wyattfirm.com | John Hunt Lowell<br>john@lovell-law.net | Harmony A. Mappes<br>harmony.mappes@faegrebd.com |
| John Frederick Massouh<br>john.massouh@sprouselaw.com | Michael W. McClain<br>mcclain@mcclaindewees.com | Kelly Greene McConnell<br>lisahughes@givenspursley.com |
| James Edwin McGhee<br>mcghee@derbycitylaw.com | Brian H. Meldrum<br>bmdeldrum@stites.com | William Robert Meyers, II<br>rmeyer@stites.com |
| Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com | Terrill K. Moffett<br>kendalcantrell@moffettlaw.com | Allen Morris<br>amorris@stites.com |
| Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Erin Casey Nave<br>enave@taftlaw.com | Matthew Daniel Neumann<br>mneumann@hhclaw.com |
| Walter Scott Newbern<br>wsnewbern@msn.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com | Matthew J. Ochs<br>kim.maynes@moyewhite.com |
| Jessica Lynn Olsheski<br>jessica.olsheski@justice-law.net | Michael Wayne Oyler<br>moyler@rwsvlaw.com | Ross A. Plourde<br>ross.plourde@mcafeetaft.com |
| Brian Robert Pollock<br>bpollock@stites.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com | Timothy T. Pridmore<br>tpridmore@mcjllp.com |
| Anthony G. Raluy<br>traluy@fbhlaw.net | Eric C. Redman<br>ksmith@redmanludwig.com | Eric W. Richardson<br>ewrichardson@vorys.com |
| Joe T. Roberts<br>jratty@windstream.net | David Cooper Robertson<br>crobertson@stites.com | Mark A. Robinson<br>mrobinson@vhrlaw.com |
| Jeremy S. Rogers<br>jeremy.Rogers@dinslaw.com | John M. Rogers<br>johnr@rubin-levin.net | Joseph H. Rogers<br>jrogers@millerdollarhide.com |
| James E. Rossow<br>jim@rubin-levin.net | Steven Eric Runyan<br>ser@kgrlaw.com | Niccole R. Sadowski<br>nsadowski@thbklaw.com |
| Thomas C. Scherer<br>tscherer@bgdlegal.com | Stephen E. Schilling<br>seschilling@strausstroy.com | Ivana B. Shallcross<br>ishallcross@bgdlegal.com |
| Sarah Elizabeth Sharp<br>sarah.sharp@faegrebd.com | Suzanne M. Shehan<br>suzanne.shehan@kutakrock.com | James E. Smith, Jr.<br>jsmith@smithakins.com |
| William E. Smith, III<br>wsmith@k-glaw.com | Amanda Dalton Stafford<br>ads@kgrlaw.com | Joshua N. Stine<br>kabritt@vorys.com |
| Andrew D. Stosberg<br>astosberg@lloydmc.com | Matthew R. Strzynski<br>indyattorney@hotmail.com | Meredith R. Theisen<br>mtheisen@daleeke.com |

| | | |
|---|---|---|
| John M. Thompson<br>john.thompson@crowedunley.com | Kevin M. Toner<br>kevin.toner@faegrebd.com | Christopher M. Trapp<br>ctrapp@rubin-levin.net |
| Chrisandrea L. Turner<br>clturner@stites.com | U.S. Trustee<br>Ustpregion10.in.ecf@usdoj.gov | Andrew James Vandiver<br>avandiver@aswdlaw.com |
| Andrea L. Wasson<br>andrea@wassonthornhill.com | Jennifer Watt<br>jwatt@kgrlaw.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | Jason P. Wischmeyer<br>jason@wischmeyerlaw.com | James T. Young<br>james@rubin-levin.net |
| John D. Dale, Jr.<br>Johndaleatty@msn.com | | |

/s/ *John David Hoover*

861807v1