**CONTINGENCY FEE CALCULATION - 3RD INTERIM APPLICATION**

| Defendant | Case No. | Hours worked | "Hourly Fee" (x $175) | Recovery as of October 31, 2013 | 25% of Recovery | "Contingent Fee" (Greater of E or H) | | Standard Attorney Rates | 2.5x Std Rate | Hours | "Contingent Fee" Cap | "Contingent Fee" (Lesser of I or O) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tim White | 12-59131 | 8.20 | $ 1,435.00 | $ 6,634.97 | $ 1,658.74 | $ 1,658.74 | JPK | $ 395.00 | $ 987.50 | 1.20 | $ 1,185.00 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 2.00 | $ 1,375.00 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 1.50 | $ 937.50 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 3.50 | $ 1,093.75 | |
| | | | $ 1,435.00 | | | $ 1,658.74 | | | | 8.20 | $ 4,591.25 | $ 1,658.74 |
| Thompson Beef, Inc. | 12-59138 | 12.90 | $ 2,257.50 | $ 30,000.00 | $ 7,500.00 | $ 7,500.00 | JPK | $ 395.00 | $ 987.50 | 5.40 | $ 5,332.50 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 2.40 | $ 1,650.00 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 1.40 | $ 875.00 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 3.20 | $ 1,000.00 | |
| | | | | | | | JLI | $ 75.00 | $ 187.50 | 0.50 | $ 93.75 | |
| | | | $ 2,257.50 | | | $ 7,500.00 | | | | 12.90 | $ 8,951.25 | $ 7,500.00 |
| David A. Phillips; DJ Foods/Texas Brand Ribs, | Wash. Circuit Court | 38.90 | $ 6,807.50 | $ 525,000.00 | $ 131,250.00 | $ 131,250.00 | JPK | $ 395.00 | $ 987.50 | 23.90 | $ 23,601.25 | |
| | | | | | | | JWL | $ 250.00 | $ 625.00 | 2.50 | $ 1,562.50 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 12.50 | $ 7,812.50 | |
| | | | $ 6,807.50 | | | $ 131,250.00 | | | | 38.90 | $ 32,976.25 | $ 32,976.25 |
| NW Alabama | 12-59081 | 25.50 | $ 4,462.50 | $ 10,000.00 | $ 2,500.00 | $ 4,462.50 | JPK | $ 395.00 | $ 987.50 | 7.80 | $ 7,702.50 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 8.10 | $ 5,568.75 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 3.90 | $ 2,437.50 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 5.70 | $ 1,781.25 | |
| | | | $ 4,462.50 | | | $ 4,462.50 | | | | 25.50 | $ 17,490.00 | $ 4,462.50 |
| Eastern Cattle Co.** Amount collected is on judgment to date | 12-59153 | 30.80 | $ 5,390.00 | $ 145,823.60 | $ 36,455.90 | $ 36,455.90 | JPK | $ 395.00 | $ 987.50 | 0.00 | $ - | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | | | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 29.20 | $ 18,250.00 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 1.60 | $ 500.00 | |
| | | | $ 5,390.00 | | | $ 36,455.90 | | | | 30.80 | $ 18,750.00 | $ 18,750.00 |
| Martin Pringle Oliver Wallace & Bauer, LLP | 12-59114 | 7.70 | $ 1,347.50 | $ 10,000.00 | $ 2,500.00 | $ 2,500.00 | JPK | $ 395.00 | $ 987.50 | 2.20 | $ 2,172.50 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 2.30 | $ 1,581.25 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 1.00 | $ 625.00 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 2.20 | $ 687.50 | |
| | | | $ 1,347.50 | | | $ 2,500.00 | | | | 7.70 | $ 5,066.25 | $ 2,500.00 |
| Chastain Feeds and Farm Supply, LLC | 12-59134 | 7.40 | $ 1,295.00 | $ 5,000.00 | $ 1,250.00 | $ 1,295.00 | JPK | $ 395.00 | $ 987.50 | 0.60 | $ 592.50 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 1.70 | $ 1,168.75 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 1.90 | $ 1,187.50 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 3.20 | $ 1,000.00 | |
| | | | $ 1,295.00 | | | $ 1,295.00 | | | | 7.40 | $ 3,948.75 | $ 1,295.00 |
| B&B/Ganado | 12-59083 | 93.30 | $ 16,327.50 | $20,000.00 | $5,000.00 | $ 16,327.50 | JP | $395.00 | $987.50 | 11.60 | $ 11,455.00 | |
| | | | | | | | JLW | $275.00 | $687.50 | 70.80 | $ 48,675.00 | |
| | | | | | | | ADS | $250.00 | $625.00 | 5.40 | $ 3,375.00 | |
| | | | | | | | TJF | $125.00 | $312.50 | 5.60 | $ 1,750.00 | |
| | | | $ 16,327.50 | | | $ 16,327.50 | | | | 93.40 | $ 65,255.00 | $ 16,327.50 |
| Animal Profiling | 12-59105 | 9.30 | $ 1,627.50 | $6,299.70 | $1,574.93 | $ 1,627.50 | JPK | $395.00 | $987.50 | 0.90 | $ 888.75 | |
| | | | | | | | JLW | $275.00 | $687.50 | 0.00 | $ - | |
| | | | | | | | ADS | $250.00 | $625.00 | 8.40 | $ 5,250.00 | |
| | | | | | | | TJF | $125.00 | $312.50 | 0.00 | $ - | |
| | | | $ 1,627.50 | | | $1,627.50 | | | | 9.30 | $6,138.75 | $ 1,627.50 |
| | | | | | | | | | | | GRAND TOTAL | $ 87,097.49 |