## CONTINGENCY FEE CALCULATION - 5th INTERIM APPLICATION

| Defendant | Case No. | Hourly Fee Computation | | Contingent Fee Computation | | | | Contingent Fee Cap Computation | | | | "Contingent Fee" (Lesser of I or O) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours worked | "Hourly Fee" (x $175) | Recovery as of October 31, 2014 | 25% of Recovery | "Contingent Fee" (Greater of E or H) | | Standard Attorney Rates | 2.5x Std Rate | Hours | "Contingent Fee" Cap | |
| Amos Kropf | 12-59095 | 152.10 | $ 26,617.50 | $ 50,000.00 | $ 12,500.00 | $ 26,617.50 | JPK | $ 395.00 | $ 987.50 | 33.30 | $ 32,883.75 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 70.80 | $ 48,675.00 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 41.50 | $ 25,937.50 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 6.50 | $ 2,031.25 | |
| | | | $ 26,617.50 | | | $ 26,617.50 | | | | 152.10 | $ 109,527.50 | $ 26,617.50 |
| Bradbury & York, et al | 12-59136 | 120.90 | $ 21,157.50 | $ 15,000.00 | $ 3,750.00 | $ 21,157.50 | JPK | $ 395.00 | $ 987.50 | 6.30 | $ 6,221.25 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 88.60 | $ 60,912.50 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 20.60 | $ 12,875.00 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 4.60 | $ 1,437.50 | |
| | | | | | | | KDK | $ 275.00 | $ 687.50 | 0.80 | $ 550.00 | |
| | | | $ 21,157.50 | | | $ 21,157.50 | | | | 120.90 | $ 81,996.25 | $ 21,157.50 |
| Brandon Zeisler | 12-59074 | 23.30 | $ 4,077.50 | $ 17,500.00 | $ 4,375.00 | $ 4,375.00 | JPK | $ 395.00 | $ 987.50 | 4.30 | $ 4,246.25 | |
| | | | | | | | JWL | $ 250.00 | $ 625.00 | 7.90 | $ 4,937.50 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 3.90 | $ 2,437.50 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 7.20 | | |
| | | | $ 4,077.50 | | | $ 4,375.00 | | | | 23.30 | $ 11,621.25 | $ 4,375.00 |
| Chad Schuchmann | 12-59155 | 72.70 | $ 12,722.50 | $ 100,000.00 | $ 25,000.00 | $ 25,000.00 | JPK | $ 395.00 | $ 987.50 | 9.70 | $ 9,578.75 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 0.40 | $ 275.00 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 59.80 | $ 37,375.00 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 2.80 | $ 875.00 | |
| | | | $ 12,722.50 | | | $ 25,000.00 | | | | 72.70 | $ 48,103.75 | $ 25,000.00 |
| Cornelison Farms, FLP | 12-59096 | 20.80 | $ 3,640.00 | $ 20,000.00 | $ 5,000.00 | $ 5,000.00 | JPK | $ 395.00 | $ 987.50 | 4.30 | $ 4,246.25 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 5.10 | $ 3,506.25 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 7.90 | $ 4,937.50 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 3.50 | $ 1,093.75 | |
| | | | $ 3,640.00 | | | $ 5,000.00 | | | | 20.80 | $ 13,783.75 | $ 5,000.00 |
| Fort Payne Stock Yard, Inc. | 12-59132 | 183.20 | $ 32,060.00 | $ 20,000.00 | $ 5,000.00 | $ 32,060.00 | JPK | $ 395.00 | $ 987.50 | 18.70 | $ 18,466.25 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 93.40 | $ 64,212.50 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 66.80 | $ 41,750.00 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 4.30 | $ 1,343.75 | |
| | | | $ 32,060.00 | | | $ 32,060.00 | | | | 183.20 | $ 125,772.50 | $ 32,060.00 |
| Kevin Manthey | 12-59075 | 23.50 | $ 4,112.50 | $ 12,000.00 | $ 3,000.00 | $ 4,112.50 | JPK | $ 395.00 | $ 987.50 | 2.90 | $ 2,863.75 | |
| | | | | | | | JLW | $ 275.00 | $ 687.50 | 6.50 | $ 4,468.75 | |
| | | | | | | | ADS | $ 250.00 | $ 625.00 | 6.90 | $ 4,312.50 | |
| | | | | | | | TJF | $ 125.00 | $ 312.50 | 7.20 | $ 2,250.00 | |
| | | | $ 4,112.50 | | | $ 4,112.50 | | | | 23.50 | $ 13,895.00 | $ 4,112.50 |
| PBI Bank | 12-59141 | 19.40 | $ 3,395.00 | $3,000.00 | $750.00 | $ 3,395.00 | JP | $395.00 | $987.50 | 3.40 | $ 3,357.50 | |
| | | | | | | | JLW | $275.00 | $687.50 | 7.00 | $ 4,812.50 | |
| | | | | | | | ADS | $250.00 | $625.00 | 5.50 | $ 3,437.50 | |
| | | | | | | | TJF | $125.00 | $312.50 | 3.50 | $ 1,093.75 | |
| | | | $ 3,395.00 | | | $ 3,395.00 | | | | 19.40 | $ 12,701.25 | $ 3,395.00 |
| Randy Hoover & Sons, et al. | 12-59161 | 39.50 | $ 6,912.50 | $10,000.00 | $2,500.00 | $ 6,912.50 | JPK | $395.00 | $987.50 | 3.00 | $ 2,962.50 | |
| | | | | | | | JLW | $275.00 | $687.50 | 18.50 | $ 12,718.75 | |
| | | | | | | | ADS | $250.00 | $625.00 | 12.40 | $ 7,750.00 | |
| | | | | | | | TJF | $125.00 | $312.50 | 5.60 | $ 1,750.00 | |
| | | | $ 6,912.50 | | | $6,912.50 | | | | 39.50 | $25,181.25 | $ 6,912.50 |
| | | | | | | | | | | GRAND TOTAL | | $ 128,630.00 |