UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EASTERN LIVESTOCK CO., LLC, ) | Case No. 10-93904-BHL-11 |
| ) | |
| Debtor. ) | |

**MOTION FOR SHORTENED NOTICE AS TO MOTION TO AMEND EIGHTH INTERIM AND FINAL APPLICATION OF KROGER, GARDIS & REGAS, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

In support of the above-entitled motion ("Motion"), Kroger, Gardis & Regas, LLP ("KGR"), as special counsel to James A. Knauer, the Chapter 11 trustee appointed in this case ("Trustee"), requests pursuant to Federal Rule of Bankruptcy Procedure 9006 and Southern District of Indiana Local Rule B-9006-1, shortened notice with respect to the *Motion to Amend Eighth Interim and Final Application of Kroger, Gardis & Regas, LLP for Compensation and Reimbursement of Expenses as Special Counsel to Chapter 11 Trustee* (the "Motion to Amend"). In support of this Motion, KGR states as follows:

1. Contemporaneously with the filing of this Motion, KGR has filed the Motion to Amend. In the Motion to Amend, KGR seeks additional contingent fees in the sum of $114,695.00 and an order directing payment of those fees due to errors in calculating the Contingent Fee (as defined in Paragraph 7(b) of the Motion to Amend) in the Third and Fifth Interim Applications for compensation and reimbursement of Expenses.

2. In order for the Motion to Amend to be hearing prior to December 31, 2017, notice of the Motion to Amend must be shortened.

3. KGR requests the Court shorten notice of the Motion to Amend to allow it to be heard, if necessary, prior to December 31, 2017.

4. KGR submits it has complied with the requirements for expedited relief on the Motion to Amend under Local Rule B-9006-1.

5. For the foregoing reasons, KGR submits that cause exists to shorten the notice period in order to permit a hearing on the Motion to Amend, if necessary, prior to December 31, 2017.

WHEREFORE, Kroger, Gardis & Regas, LLP, as special counsel to James A. Knauer, the Chapter 11 trustee appointed in this case respectfully requests that: (1) this Court grant the Motion; (2) shorten notice of the Motion to Amend to 14 days; and (3) the Court hold an expedited hearing on the Motion to Amend, if necessary, prior to December 31, 2017.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

  /s/  Harley K. Means
Harley K. Means, Attorney No. 23068-32
Counsel for James A. Knauer, Trustee

Harley K. Means
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
317-692-9000
hmeans@kgrlaw.com

2

4836-8855-3048, v. 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| David L. Abt davidabt@mwt.net | Amelia Martin Adams aadams@dlgfirm.com | John W. Ames james@bgdlegal.com |
| Kay Dee Baird kbaird@kdlegal.com | Christopher E. Baker cbaker@thbklaw.com | Robert A. Bell rabell@vorys.com |
| C. R. Bowles, Jr cbowles@bgdlegal.com | David W. Brangers dbrangers@lawyer.com | Steven A. Brehm sbrehm@bgdlegal.com |
| Kent A Britt kabritt@vorys.com | Kayla D. Britton kayla.britton@faegrebd.com | Joe Lee Brown Joe.Brown@Hardincounty.biz |
| Lisa Koch Bryant courtmail@fbhlaw.net | John R. Burns, III john.burns@faegrebd.com | John R. Carr, III jrciii@acs-law.com |
| Deborah Caruso dcaruso@daleeke.com | Ben T. Caughey ben.caughey@icemiller.com | Bret S. Clement bclement@acs-law.com |
| Joshua Elliott Clubb joshclubb@gmail.com | Jason W. Cottrell jwc@stuartlaw.com | Kirk Crutcher kcrutcher@mcs-law.com |
| Jack S. Dawson jdawson@millerdollarhide.com | Dustin R. DeNeal dustin.deneal@faegrebd.com | Laura Day Delcotto ldelcotto@dlgfirm.com |
| David Alan Domina dad@dominalaw.com | Daniel J. Donnellon ddonnellon@ficlaw.com | Trevor L. Earl tearl@rwsvlaw.com |
| Shawna M. Eikenberry shawna.eikenberry@faegrebd.com | Jeffrey R. Erler jerler@ghjhlaw.com | William K. Flynn wkflynn@strausstroy.com |
| Robert Hughes Foree robertforee@bellsouth.net | Sandra D. Freeburger sfreeburger@dsf-atty.com | Melissa S. Giberson msgiberson@vorys.com |
| Thomas P. Glass tpglass@strausstroy.com | Patrick B. Griffin patrick.griffin@kutakrock.com | Terry E. Hall terry.hall@faegrebd.com |
| Paul M. Hoffman paul.hoffmann@stinsonleonard.com | John David Hoover jdhoover@hooverhull.com | John Huffaker john.huffaker@sprouselaw.com |
| Jeffrey L Hunter jeff.hunter@usdoj.gov | Jay Jaffe jay.jaffe@faegrebd.com | James Bryan Johnston bjtexas59@hotmail.com |
| Todd J. Johnston tjohnston@mcjllp.com | Jill Zengler Julian Jill.Julian@usdoj.gov | Jay P. Kennedy jpk@kgrlaw.com |
| Edward M King tking@fbtlaw.com | James A. Knauer jak@kgrlaw.com | Erick P. Knoblock eknoblock@daleeke.com |
| Theodore A. Konstantinopoulos ndohbky@jbandr.com | Randall D. LaTour rdlatour@vorys.com | David A. Laird david.laird@moyewhite.com |
| David L. LeBas dlebas@namanhowell.com | Martha R. Lehman mlehman@kdlegal.com | Scott R. Leisz sleisz@bgdlegal.com |
| Elliott D. Levin edl@rubin-levin.net | Kim Martin Lewis kim.lewis@dinslaw.com | James B. Lind jblind@vorys.com |
| Karen L. Lobring | Jason A. Lopp jlopp@wyattfirm.com | John Hunt Lovell john@lovell- |

3

| | | |
|---|---|---|
| lobring@msn.com | | law.net |
| Harmony A. Mappes<br>harmony.mappes@faegrebd.com | John Frederick Massouh<br>john.massouh@sprouselaw.com | Michael W. McClain<br>mmcclain@mcclaindewees.com |
| Kelly Greene McConnell<br>lisahughes@givenspursley.com | James Edwin McGhee<br>mcghee@derbycitylaw.com | Brian H. Meldrum<br>bmeldrum@stites.com |
| William Robert Meyer, II<br>rmeyer@stites.com | Kevin J. Mitchell<br>kevin.mitchell@faegrebd.com | Terrill K. Moffett<br>kendalcantrell@moffettlaw.com |
| Allen Morris<br>amorris@stites.com | Judy Hamilton Morse<br>judy.morse@crowedunlevy.com | Erin Casey Nave<br>enave@taftlaw.com |
| Matthew Daniel Neumann<br>mneumann@hhclaw.com | Walter Scott Newbern<br>wsnewbern@msn.com | Shiv Ghuman O'Neill<br>shiv.oneill@faegrebd.com |
| Matthew J. Ochs<br>kim.maynes@moyewhite.com | Jessica Lynn Olsheski<br>jessica.olsheski@justice-law.net | Michael Wayne Oyler<br>moyler@rwsvlaw.com |
| Ross A. Plourde<br>ross.plourde@mcafeetaft.com | Brian Robert Pollock<br>bpollock@stites.com | Wendy W. Ponader<br>wendy.ponader@faegrebd.com |
| Timothy T. Pridmore<br>tpridmore@mcjllp.com | Anthony G. Raluy<br>traluy@fbhlaw.net | Eric C. Redman<br>ksmith@redmanludwig.com |
| Eric W. Richardson<br>ewrichardson@vorys.com | Joe T. Roberts<br>jratty@windstream.net | David Cooper Robertson<br>crobertson@stites.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | Jeremy S. Rogers<br>Jeremy.Rogers@dinslaw.com | John M. Rogers<br>johnr@rubin-levin.net |
| Joseph H. Rogers<br>jrogers@millerdollarhide.com | James E. Rossow<br>jim@rubin-levin.net | Steven Eric Runyan<br>ser@kgrlaw.com |
| Niccole R. Sadowski<br>nsadowski@thbklaw.com | Thomas C. Scherer<br>tscherer@bgdlegal.com | Stephen E. Schilling<br>seschilling@strausstroy.com |
| Ivana B. Shallcross<br>ishallcross@bgdlegal.com | Sarah Elizabeth Sharp<br>sarah.sharp@faegrebd.com | Suzanne M Shehan<br>suzanne.shehan@kutakrock.com |
| James E. Smith, Jr.<br>jsmith@smithakins.com | William E. Smith, III<br>wsmith@k-glaw.com | Amanda Dalton Stafford<br>ads@kgrlaw.com |
| Joshua N. Stine<br>kabritt@vorys.com | Andrew D. Stosberg<br>astosberg@lloydmc.com | Matthew R. Strzynski<br>indyattorney@hotmail.com |
| Meredith R. Theisen<br>mtheisen@daleeke.com | John M. Thompson<br>john.thompson@crowedunlevy.com | Kevin M. Toner<br>kevin.toner@faegrebd.com |
| Christopher M. Trapp<br>ctrapp@rubin-levin.net | Chrisandrea L. Turner<br>clturner@stites.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Andrew James Vandiver<br>avandiver@aswdlaw.com | Andrea L. Wasson<br>andrea@wassonthornhill.com | Jennifer Watt<br>jwatt@kgrlaw.com |
| Stephen A. Weigand<br>sweigand@ficlaw.com | Charles R. Wharton<br>Charles.R.Wharton@usdoj.gov | Sean T. White<br>swhite@hooverhull.com |
| Michael Benton Willey<br>michael.willey@ag.tn.gov | Jason P. Wischmeyer<br>jason@wischmeyerlaw.com | James T. Young<br>james@rubin-levin.net |

I further certify that on December 11, 2017, a copy of the foregoing pleading was served via electronic mail transmission on the following:

Thomas Richard Alexander, II
tra@rgba-law.com

/s/ Harley K. Means
Harley K. Means, Attorney No. 23068-32
Counsel for James A. Knauer, Trustee

4

4836-8855-3048, v. 1