**SO ORDERED: December 12, 2017.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER COMBINED WITH NOTICE SHORTENING NOTICE PERIOD AND SETTING HEARING ON MOTION TO AMEND EIGHTH INTERIM AND FINAL APPLICATION OF KROGER, GARDIS & REGAS, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

This matter came before the Court on the Kroger, Gardis & Regas, LLP ("KGR"), as special counsel to James A. Knauer, the Chapter 11 trustee appointed in this case ("Trustee") Motion to Amend Eighth Interim and Final Application of Kroger, Gardis & Regas, LLP for Compensation and Reimbursement of Expenses as Special Counsel to Chapter 11 Trustee ("Motion to Amend").

The Court, being duly advised in the premises, NOW FINDS that the Motion should be GRANTED. Accordingly, notice shall be and hereby is, shortened to fourteen (14) days.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

NOTICE IS GIVEN that any objection to the relief requested in the Motion to Amend must be filed in writing in accordance with Local Rule S.D. Ind. B-9013-1 with the Clerk's Office and served on the attorney for the moving party on or before December 26, 2017 at 5:00 P.M EST with copies provided to counsel for the Trustee, Harley K. Means, Kroger, Gardis & Regas LLP, 111 Monument Circle, Suite 900, Indianapolis, Indiana 46204-5125, e-mail: hmeans@kgrlaw.com.Persons not required or not permitted to file electronically must deliver any objections by U.S. Mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
110 US Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The Court will hold a telephonic hearing on the Motion to Amend, if any objection is timely filed, on:
Date: December 27, 2017
Time: 10:00 A.M.

Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance, or no later than three (3) days before the date of the hearing.

The dial-in telephone number for interested parties to participate in the hearing, by conference call is 1-866-588-5787; Conference Code 5214676798, followed by the pound ("#") key.

**If no objections are timely filed, the requested relief may be granted without further action by the Court.**

###