SO ORDERED: December 21, 2017.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

C002710 (rev 01/2013)

In re:

**Eastern Livestock Co., LLC**,
Debtor.

Case No. **10–93904–BHL–11**

### FINAL DECREE

The estate of Eastern Livestock Co., LLC has been fully administered, and any deposit required by the plan has been distributed.

**IT IS ORDERED** that the trustee is discharged from any duty as trustee in this case.

###