**SO ORDERED: December 22, 2017.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FINAL FEE APPLICATION OF
DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND
REIMBURSEMENT AS CONSULTANT FOR JAMES A. KNAUER, CHAPTER 11
TRUSTEE**

This matter came before the Court on the _Final Fee Application Of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer As Chapter 11 Trustee_ [Docket No. 3016] ("Application") filed by

Development Specialists, Inc., on November 30, 2017. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. This Application is GRANTED;

2. Compensation in the amount of $164,291.25 as final compensation relating to the 20% Holdback during the Interim Compensation Period is APPROVED and granted as a final allowance;

3. The Trustee is authorized and directed to pay the approved fees and expenses of Development Specialists, Inc. to the extent the Trustee has not paid; and

4. Development Specialists, Inc. is granted all other just and proper relief.

###