United States Bankruptcy Court
Southern District of Indiana

In re:  
Eastern Livestock Co., LLC  
     Debtor

Case No. 10-93904-BHL  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0756-4    User: jweiss    Page 1 of 1    Date Rcvd: Dec 22, 2017  
                      Form ID: pdfOrder    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.

```
aty         +Charles R. Wharton,   Office of U.S. Trustee,   101 W Ohio St Ste 1000,
              Indianapolis, IN 46204-1982
aty         +Thomas Richard Alexander, II,   Richardson Gardner & Alexander,   117 East Washington Street,
              Glasgow, KY 42141-2696
cr           Amos Knopf,   6987 Hwy 278 West,   Ozan, AR   71855-9023
cr          +Bob's Auto, Inc. d/b/a Bob's Auto Supply,   PO Box 419,   Edmonton, KY 42129-0419
cr          +Bovine Medical Associates, LLC,   1500 Soper Road,   Carlisle, KY 40311-8083
cr          +Bradbury & York,   4304 John Reagan,   Marshall, TX 75672-2522
cr          +C. B. Gilbert,   4374 Bloomfield Road,   Taylorsville, KY 40071-9060
cr           Denver Capps,   330 Frogue Road,   Burkesville, KY   42717-8891
adb         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr           Fort Payne Stockyards,   PO Box 681126,   Fort Payne, AL   35968-1612
op          +Greenebaum Doll & McDonald PLLC,   3500 National City Tower,   101 South Fifth Street,
              ?Louisville, KY 40202-3157
ptcrd      #+Ike's Trucking, Inc.,   Ike and Cherie Jacobs,   3087 Ervin Town Rd.,
              Castlewood, VA 24224-9686
ptcrd       +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
cr        ++++MICHAEL WADE LOULA,   1185 COUNTY ROAD 1170,   COLONY OK   73021-2217
             (address filed with court: Michael Wade Loula,   Rt1, Box 50,   Colony, OK   73021-9631)
cr          +Mike Bradbury,   4304 John Reagan,   Marshall, TX 75672-2522
op           National Cattlemen's Beef Association,   Alice Devine,   Devine & Donley, LLC,
              534 S KS Ave Suite 1420,   Topeka, KA   66603
cr           Philip Martin,   6853 Fairview Rd,   Cookeville, TN   38501-9715
cr          +Sam Fousek,   29972 396th Ave,   Wagner, SD 57380-7124
op          +Southeastern Livestock Network LLC,   176 Pasadena Drive,   Lexington, KY 40503-2900
cr          +Tennessee Livestock Producers, Inc.,   P.O. Box 313,   Columbia, TN 38402-0313
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*         +C. B. Gilbert,   4374 Bloomfield Road,   Taylorsville, KY 40071-9060
cd*         +Eastern Livestock Co., LLC,   135 W. Market Street,   New Albany, IN 47150-3561
cr*         +Jeremy Coffey,   6205 Greensburg Road,   Columbia, KY 42728-9487
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:  
NONE.                                                                                                   TOTAL: 0

SO ORDERED: December 22, 2017.



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING FINAL FEE APPLICATION OF
DEVELOPMENT SPECIALISTS, INC. FOR COMPENSATION AND
REIMBURSEMENT AS CONSULTANT FOR JAMES A. KNAUER, CHAPTER 11
TRUSTEE**

This matter came before the Court on the *Final Fee Application Of Development Specialists, Inc. for Compensation and Reimbursement of Expenses as Consultant for James A. Knauer As Chapter 11 Trustee* [Docket No. 3016] ("Application") filed by

Development Specialists, Inc., on November 30, 2017. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. This Application is GRANTED;

2. Compensation in the amount of $164,291.25 as final compensation relating to the 20% Holdback during the Interim Compensation Period is APPROVED and granted as a final allowance;

3. The Trustee is authorized and directed to pay the approved fees and expenses of Development Specialists, Inc. to the extent the Trustee has not paid; and

4. Development Specialists, Inc. is granted all other just and proper relief.

###