SO ORDERED: December 28, 2017.



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING MOTION TO AMEND EIGHTH INTERIM AND FINAL APPLICATION OF KROGER, GARDIS & REGAS, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE**

This matter came before the Court on the *Motion to Amend Eighth Interim And Final Application Of Kroger, Gardis & Regas, LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer As Chapter 11 Trustee*

[Docket No. 3021] ("Motion") filed by Kroger, Gardis & Regas, LLP, on December 11, 2017. No objections to the Application were filed. The Court, having reviewed the Application, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. Kroger, Gardis & Regas, LLP is awarded the amount of $128,036.23 as an additional contingency fee;

2. The Trustee is authorized and directed to pay the additional contingency fee;

3. All other provisions of the *Order Granting Eighth Interim And Final Application Of Kroger, Gardis & Regas, LLP for Compensation and Reimbursement of Expenses as Counsel for James A. Knauer As Chapter 11 Trustee* [EFC No. 3012] shall remain unchanged; and

4. KGR is granted all other just and proper relief.

###