SO ORDERED: December 29, 2017.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EASTERN LIVESTOCK CO., LLC, | ) | Case No. 10-93904-BHL-11 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |

**ORDER GRANTING HOOVER HULL TURNER LLP'S FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR JAMES A. KNAUER, CHAPTER 11 TRUSTEE**

This matter came before the Court on *Hoover Hull Turner LLP's Final Application For Compensation And Reimbursement Of Expenses As Special Counsel For James A. Knauer, Chapter 11 Trustee* ("Application") filed by Hoover Hull Turner LLP on December 1, 2017, and being otherwise sufficiently advised, now GRANTS the Application. Accordingly,

IT IS HEREBY ORDERED:

1. The Court hereby approves and allows a final award of compensation for attorneys' fees in the amount of $6,747.28 plus reimbursement for out-of-pocket expenses incurred in the amount of $40.60 for the period October 1, 2012 through and including August 30, 2013.

###