**SO ORDERED: September 22, 2021.**



_____
**Andrea K. McCord
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 10-93904-BHL-11 |
| Eastern Livestock Co. LLC | ) | |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| | ) | |
| James A. Knauer, Trustee | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 12-59158 |
| | ) | |
| | ) | |
| Tammy T. Gibson | ) | |
|     Defendant | ) | |
| | ) | |
| Gibson Cattle Company, L.L.C. | ) | |
|     Defendant | ) | |
| | ) | |
| GP Cattle Company | ) | |
|     Defendant | ) | |
| | ) | |
| Grant P. Gibson | ) | |
|     Defendant | ) | |
| | ) | |
| Atkinson Livestock Market, LLC | ) | |
|     Defendant | ) | |

### ORDER DISMISSING ADVERSARY PROCEEDING

Pursuant to the Court's Order to Show Cause entered on August 19, 2021 and S.D.Ind. B-7041-1, the Court hereby dismisses this adversary proceeding without prejudice.

###